D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Movant and Creditor,
HOUSER BROS. CO. dba RANCHO DEL
REY MOBILE HOME ESTATES

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>    Debtor. | Case No. 8:21-bk-11710-ES<br><br>Chapter 7<br><br>NOTICE OF MOTION AND MOTION OBJECTING TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF D. EDWARD HAYS IN SUPPORT<br><br>Date:   June 2, 2022<br>Time:  10:30 a.m.<br>Ctrm:  5A[1]<br>Location: 411 W. Fourth Street, Santa Ana, CA 92701 |

TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY JUDGE, THE

DEBTOR, AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that on June 2, 2022, at 10:30 a.m., in Courtroom 5A, of the

United States Bankruptcy Court, the Motion objecting to Debtor's claimed homestead exemption

("Motion"), filed by Houser Bros. Co., dba Rancho Del Rey Mobile Home Estates ("Houser Bros.")

---

[1] To continue to aid in the mitigation of the spread of the COVID-19 virus and in light of the response of the Bar to continue virtual appearances, Judge Smith will continue to hold the majority of her hearings remotely using ZoomGov audio and video. However, beginning September 1, 2021, Judge Smith will allow the option for in-person hearings and/or hybrid proceedings for trial and evidentiary hearings only.

1

1  will be heard. The Motion is based upon this notice of motion, the Motion, and memorandum of

2  points and authorities in support thereof, the Declaration of D. Edward Hays, the pleadings and files

3  in the Debtor's bankruptcy case, and upon such further oral and documentary evidence as may be

4  presented to the Court in support of the Motion.

5        PLEASE TAKE FURTHER NOTICE that any response to the Motion must be in the form as

6  required by Local Bankruptcy Rule 9013-1(f) and filed with the Clerk of the above-entitled Court no

7  later than 14 days prior to the hearing date set forth above, and a copy served on Marshack Hays

8  LLP to the attention of D. Edward Hays, Laila Masud, and Bradford N. Barnhardt at the address

9  indicated above. A copy of any response must also be served on the Office of the United States

10  Trustee, 411 W. Fourth Street, Suite 7160, Santa Ana, CA 92701.

11

12  DATED: May 12, 2022          MARSHACK HAYS LLP

13                      /s/ D. Edward Hays

             By: _____

14                    D. EDWARD HAYS

15                    LAILA MASUD
                  BRADFORD N. BARNHARDT

16                    Attorneys for Movant and Creditor,
                  HOUSER BROS. CO. dba RANCHO DEL

17                    REY MOBILE HOME ESTATES

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF MOTION AND MOTION OBJECTING TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION
4880-1284-8131,v.1

# TABLE OF CONTENTS

1.    SUMMARY OF ARGUMENT ...................................................................... 3

2.    FACTUAL BACKGROUND ....................................................................... 4

    A.    Procedural Background................................................................. 4

        i.    Debtor's Schedules ........................................................ 4

        ii.    Debtor's Bank Statements and HCD Title Searches.................... 5

        iii.    HCD Title Transactions .................................................. 7

        iv.    Attempted Payments to Houser Bros. ................................... 8

3.    LEGAL ARGUMENT .............................................................................. 9

    A.    A debtor may only exempt property that is property of the estate.......... 9

    B.    Homestead Exemption ................................................................ 9

    C.    Burden of Proof........................................................................ 11

    D.    Because J-Sandcastle LLC was the Property's owner of record on the Petition Date, the Property did not become property of the estate subject to any exemption............................................................................... 12

    E.    Alternatively, § 522(p) imposes a $170,350 cap on any exemption Debtor can claim in the Property................................................................. 15

4.    CONCLUSION..................................................................................... 16

DECLARATION OF D. EDWARD HAYS......................................................... 18

# TABLE OF AUTHORITIES

**<u>CASES</u>**

*Abrahim & Sons Enters. v. Equilon Enters.*,
    292 F.3d 958, 963 (9th Cir. 2002) .................................................... 3, 9

*Diaz v. Kosmala (In re Diaz),*
    547 B.R. 329, 334 (B.A.P. 9th Cir. 2016)............................................. 10

*Diaz v. Kosmala (In re Diaz),*
    547 B.R. 329, 336-37 (B.A.P. 9th Cir. 2016) ........................................ 12

*Harrington v. Ainsworth (In re Harrington)*,
   2005 Bankr.LEXIS 3379, at *8 (B.A.P. 9th Cir. Aug. 22, 2005)...........................................10

*In re Farokhirad*,
   8:21-bk-10026-MW, ECF No. 98 (Bankr. C.D. Cal. Apr. 29, 2021).....................9, 11, 14, 15

*In re Narita*,
   2008 Bankr.LEXIS 5174, at *11 (Bankr. D. Nev. Jan. 10, 2008) ...........................................16

*In re Reade*,
   2014 Bankr.LEXIS 1391, at *10 (Bankr. C.D. Cal. Mar. 28, 2014) ........................................10

*In re Sain*,
   584 B.R. 325, 328 (Bankr. S.D. Cal. 2018) ...................................................................9, 10, 12

*In re Tallerico*,
   532 B.R. 774, 780 (Bankr. E.D. Cal. 2015)...............................................................11, 12

*Kelley v. Locke (In re Kelley)*,
   300 B.R. 11, 17, 20 (B.A.P. 9th Cir. 2003)...............................................................10

*McBeth v. Karr (In re Karr)*, 2006 Bankr.LEXIS 4801, at *15-17 n.3 (B.A.P. 9th Cir.
   Oct. 2, 2006) .............................................................................................................12

*Owen v. Owen*,
   500 U.S. 305 (1991)..................................................................................................3, 9

*Phillips v. Gilman (In re Gilman)*,
   887 F.3d 956, 964 (9th Cir. 2018) ......................................................................................16

*Schaefers v. Blizzard Energy, Inc.*
   *(In re Schaefers)*, 623 B.R. 777, 783 (B.A.P. 9th Cir. 2020).........................9, 11, 15

*Schaefers v. Blizzard Energy, Inc.*
   *(In re Schaefers)*, 623 B.R. 777, 783 (B.A.P. 9th Cir. 2020)........................................3

**STATUTES**

11 U.S.C. § 522 ..............................................................................................................9

11 U.S.C. § 522(b) ......................................................................................................3, 9

11 U.S.C. § 522(b)(3)(A).............................................................................................15

11 U.S.C. § 522(c) ......................................................................................................3, 9

11 U.S.C. § 522(g) ........................................................................................................3

NOTICE OF MOTION AND MOTION OBJECTING TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION
4880-1284-8131,v.1

11 U.S.C. § 522(p) .......................................................................................... 15, 16

11 U.S.C. § 522(p)(1). ......................................................................................... 15

11 U.S.C. § 704.730 ............................................................................................. 16

11 U.S.C. § 704.740(a) ........................................................................................ 10

11 U.S.C. § 704.740(b) ........................................................................................ 10

Cal. Code Civ. P. § 703.130 ................................................................................. 16

Cal. Code Civ. P. § 704.710(c) ............................................................................ 11

Cal. Code Civ. P. § 704.720(a) ............................................................................ 10

Cal. Code Civ. Proc. § 704.710(a)(2) .................................................................. 11

CCP § 704.730 ............................................................................................ 9, 11, 15

CCP § 704.780(a) ................................................................................................. 12

CCP § 704.780(a)(1) ............................................................................................ 11

CCP §§ 704.710-704.850 ....................................................................................... 9

CCP §§ 704.910-704.995 ....................................................................................... 9

CCP 704.730(a) .................................................................................................... 10

## OTHER AUTHORITIES

4 Collier on Bankruptcy P 522.13[1] (2022) ..................................................... 15

4 Collier on Bankruptcy P 522.13[1] (2022). .................................................... 15

## RULES

Rule 4003(c) ........................................................................................................ 12

NOTICE OF MOTION AND MOTION OBJECTING TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION
4880-1284-8131,v.1

# Memorandum of Points and Authorities

## 1.    Summary of Argument

A debtor may only exempt property that constitutes property of the estate.[2] Assets owned by an LLC are not assets of an LLC's member's bankruptcy estate. *Abrahim & Sons Enters. v. Equilon Enters*., 292 F.3d 958, 963 (9th Cir. 2002) ("Once members contribute assets to an LLC, those assets become capital of the LLC and the members lose any interest they had in the assets."). As a result, the Ninth Circuit Bankruptcy Appellate Panel has denied a claimed homestead exemption in a residence owned by an LLC in which the debtor was a member. *Schaefers v. Blizzard Energy, Inc. (In re Schaefers)*, 623 B.R. 777, 783 (B.A.P. 9th Cir. 2020). This is the exact situation presented by this case.

Specifically, Debtor resides in a manufactured home which she has claimed as exempt. But, Debtor did not acquire title to the manufactured home in her name. Instead, she readily admits that she transferred title to the manufactured home to an LLC in which she was a member. Because property of the estate includes only the LLC interest - and <u>not</u> the manufactured home owned by the LLC - Debtor's claim of exemption must be disallowed.

Further, there is purportedly a lien against the manufactured home held by one of Debtor's other LLCs which is subject to avoidance as fraudulent. Indeed, Debtor has a litigious history and a long line of creditors. Her actions in fraudulently transferring title to her manufactured home to one LLC and separately subjecting its value to phony liens held by another LLC prevent her from claiming a homestead exemption. To the extent the Trustee (1) recovers or brings the property into the estate by way of an avoidance action or by dissolving the LLC and distributing the assets to its member(s); or (2) avoids, recovers, and preserves such liens, the estate will obtain the benefit of the liens and Debtor will similarly be barred from claiming any exemption in such recovery under 11 U.S.C. § 522(g).

---

[2]  11 U.S.C. § 522(b) (providing that "an individual debtor may exempt ***from property of the estate***…") (emphasis added); *see also Owen v. Owen*, 500 U.S. 305 (1991) ("Property that is properly exempted under § 522 is (with some exceptions) immunized against liability for prebankruptcy debts. § 522(c). No property can be exempted (and thereby immunized), however, unless it first falls *within* the bankruptcy estate.") (emphasis in original).

The benefits of bankruptcy including discharge and exemptions are for the honest, but unfortunate debtor. Debtor must now suffer the consequences of her pre-bankruptcy conduct in attempting to shelter her property from creditors. Because Debtor cannot meet her burden of proof to establish a homestead, this court must decide whether to disallow it.

## 2.    Factual Background

### A.    Procedural Background

On July 9, 2021 ("Petition Date"), Jamie Lynn Gallian ("Debtor") filed a voluntary petition under Chapter 7 of Title 11 of the United States Code. On the same date, Ms. Gallian filed her initial Schedules and Statements ("Original Schedules"). A true and correct copy of the Original Schedules is attached to the Declaration of D. Edward Hays ("Hays Declaration") as **Exhibit 2.**

As set forth below, on the Petition Date, the registered title owner of the manufactured home located at 16222 Monterey Lane, Space #376, Huntington Beach, CA 92649 ("Property") was J-Sandcastle Co, LLC ("J-Sandcastle LLC") subject to liens purportedly held by the legal owners, J-Pad, LLC and Ron Pierpont ("Mr. Pierpont"). Debtor's Schedules further reflect that she was the 100% owner of J-Sandcastle LLC. Because the LLC (and not Debtor) was the owner of the manufactured home on the Petition Date, the Property was not property of the Estate, and Debtor is not entitled to a homestead exemption.

### i.    Debtor's Schedules

Since filing her Original Schedules on the Petition Date, Debtor has filed **_nine_** additional sets of amended schedules. The various Schedules present an ever-evolving and inconsistent picture of the ownership of the Property on the Petition Date, as well as Debtor's interest in J-Sandcastle LLC (the owner of the home) and J-Pad, LLC (the purported secured creditor). Debtor's Original Schedules, filed on the Petition Date, provided as follows: "Registered Title with HCD[3] Debtor's single member LLC, J-Sandcastle Co, LLC." Debtor further scheduled a 100% interest in J-Sandcastle LLC, noting that its "Purpose is to hold Registered title with HCD, to Debtor's primary

---

[3] HCD is the Department of Housing and Community Development which issues certificates of title for manufactured homes.

NOTICE OF MOTION AND MOTION OBJECTING TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION
4880-1284-8131,v.1

residence." And, Debtor scheduled a 33.33% interest in J-Pad, LLC, noting that its "only purpose is to hold a note and UCC-1 filing on Debtor's primary residence."

Since filing the Original Schedules, Debtor has amended them multiple times to allege that she was the registered owner of the Property on the Petition Date, with her interest perfected with the California Department of Housing and Community Development ("HCD") on February 25, 2021. Debtor's most recently filed Schedule C claims a $600,000 exemption in the Property pursuant to § 704.730 of the California Code of Civil Procedure ("CCP"). Attached as Exhibit "1" is a table reflecting the information contained in Debtors' multiple sets of amended schedules. Attached as Exhibits "2" through "11", are the Debtor's Schedules, Dk. Nos. 1, 15, 16, 17, 22, 37, 38, 39, 42, 72, and 75[4].

On March 16, 2022, as Docket No. 77, Debtor filed a "Corporate Ownership Statement . . ." indicating that on November 22, 2021, she filed with the California Secretary of State certificates of cancellation for both J-Pad, LLC and J-Sandcastle LLC (which actions exercised control over estate property without Court authorization).

## ii.    Debtor's Bank Statements and HCD Title Searches

According to records of the California Department of Housing and Community Development ("HCD"), on November 1, 2018, the Property was transferred to J-Sandcastle LLC as registered owner, with a "Pending Reg Card" as of January 18, 2019 ("Jan. 18, 2019, Title Search"). A true and correct copy of the Jan. 18, 2019, Title Search is attached to the Hays Declaration as **Exhibit 12.** The Property was transferred to J-Sandcastle LLC from Lisa T. Ryan. A true and correct copy of a release form dated November 1, 2018 ("Ryan Release Form"), is attached to the Hays Declaration as **Exhibit 13.** A true and correct copy of an HCD "Notice of Sale or Transfer" from Lisa Ryan to J-Sandcastle LLC on November 1, 2018 ("Notice of Sale"), is attached to the Hays Declaration as **Exhibit 14.**[5]

---

[4] The Chart attached as Exhibit 1, reflects the various differences between the Original Schedules on the Petition Date and the amended Schedules.

[5] Debtor used her personal funds to purchase the Property but put title in the name of the J-Sandcastle LLC which transfer was avoidable as an actual and constructive fraudulent transfer.

NOTICE OF MOTION AND MOTION OBJECTING TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION
4880-1284-8131,v.1

1    As of July 23, 2020, the Property's registered owner was J-Sandcastle LLC per a transfer on

2   November 1, 2018, with "Last Title Date" and "Last Reg Card" as January 19, 2019 ("July 23, 2020,

3   Title Search"). A true and correct copy of the July 23, 2020, Title Search is attached to the Hays

4   Declaration as **Exhibit 15.**

5    On February 18, 2021, Debtor submitted an $81 debit card payment to the HCD. A true and

6   correct copy of Debtor's bank statements is attached to the Hays Declaration as **Exhibit 16.**

7    As of June 7, 2021, about a month before the Petition Date, the Property's registered owner

8   remained J-Sandcastle LLC per a November 1, 2018, transfer, with "Last Title Date" and "Last Reg

9   Card" as February 24, 2021 ("June 7, 2021, Title Search"). A true and correct copy of the June 7,

10  2021, Title Search is attached to the Hays Declaration as **Exhibit 17.** The Property's "Legal

11  Owner[s]" were Pierpont and J-Pad LLC as tenants in common, with "Lien Perfected On: 08/20/20."

12  *Id.*

13    On July 9, 2021, Debtor commenced this bankruptcy case. The evidence is clear that title on

14  the Petition Date was J-Sandcastle and not Debtor.

15    On July 18, 2021, Debtor submitted a $116 debit card payment to the HCD. Hays

16  Declaration Ex. 16 at 137.

17    On July 20, 2021, Debtor submitted a $25 debit card payment to the HCD. *Id.* at 137.

18    A week later, Debtor submitted three $35 debit card payments to the HCD, and the next day,

19  she submitted a $35 debit card payment to the HCD. *Id.* at 136.

20    On August 5, 2021, Debtor submitted a $35 debit card payment to the HCD. *Id.* at 135.

21    As of August 10, 2021, HCD records were changed to reflect that the Property's registered

22  owner was "Jamie Lynn Gallian," with "Last Title Date" and "Last Reg Card" as August 10, 2021,

23  per a "Sale/Transfer" of "Price $.00 Transferred on 02/25/2021" ("Aug. 10, 2021, Title Search"). A

24  true and correct copy of the Aug. 10, 2021, Title Search is attached to the Hays Declaration as

25  **Exhibit 18.** No legal owners were listed, and the following "Record Conditions" were included: "An

26  application for title or registration change is pending with the department." *Id.*

27    On August 11, 2021, Debtor submitted an $81 debit card payment to the HCD. Hays

28  Declaration Ex. 16 at 135.

NOTICE OF MOTION AND MOTION OBJECTING TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION
4880-1284-8131,v.1

As of September 21, 2021, the registered owner was Debtor, per a February 25, 2021, transfer for $0, with "Last Title Date" and "Last Reg Card" as August 12, 2021 ("Sept. 21, 2021, Title Search"). A true and correct copy of the Sept. 21, 2021, Title Search is attached to the Hays Declaration as **Exhibit 19.** The "Legal Owner" was listed as J-Pad LLC, with "Lien Perfected On: 01/14/19." *Id.* at 145.

### iii.    HCD Title Transactions

HCD records show a legal owner assignment regarding the Property with transaction date of February 1, 2021 ("February 2021 HCD Transaction"). A true and correct copy of the February 2021 HCD Transaction is attached to the Hays Declaration as **Exhibit 20.** The February 2021 HCD Transaction included an HCD certificate of title, which showed J-Sandcastle LLC as the Property's registered owner, with title issued January 19, 2019. Hays Declaration Ex. 20 at 149. It also included a "Statement to Encumber" (*i.e.*, record a lien) in favor of Mr. Pierpont and J-Pad LLC. *Id.* at 157.

HCD records further show a registered owner transfer – "No Sale" – with transaction date of July 14, 2021 ("July 2021 HCD Transaction"). A true and correct copy of the July 2021 HCD Transaction is attached to the Hays Declaration as **Exhibit 21.** Attached to the July 2021 HCD Transaction is an HCD certificate of title, which showed J-Sandcastle LLC as the Property's registered owner and Pierpont and J-Pad LLC as the Property's legal owners, with title issued as of February 24, 2021. Hays Declaration Ex. 21 at 171. Debtor sought to add herself as the "New Registered Owner," and provided a "Releasing Signature" of J-Sandcastle LLC, with February 25, 2021, as the "Date of Release." *Id.* at 172. Debtor also included a "Lien Satisfied" document in which Mr. Pierpont certified that his and J-Pad LLC's lien had been fully satisfied. *Id.* at 179. And, an attached County of Orange "Tax Clearance Certificate" executed and issued on July 9, 2021—the Petition Date—showed J-Sandcastle LLC as the "Current Registered Owner." *Id.* at 191.

An HCD legal owner addition with a transaction date of August 10, 2021 ("August 2021 HCD Transaction") included a certificate of title showing Debtor as the Property's registered owner, with title issued August 3, 2021. A true and correct copy of the August 2021 HCD Transaction is

attached to the Hays Declaration as **Exhibit 22.** An attached "Statement to Encumber" sought to add

J-Pad LLC as the Property's legal owner. *Id.* at 201.

### iv.    Attempted Payments to Houser Bros.

Between February 1, 2021, and July 30, 2021, Debtor tried to make the following payments

to Houser Bros. regarding the Property:

| Date of Attempted Payment | Amount of Attempted Payment | Payor |
|---|---|---|
| February 1, 2021 | $1,086 | J-Sandcastle LLC, Jamie Gallian |
| March 2, 2021 | $1,086 | J-Sandcastle LLC, Jamie Gallian |
| April 9, 2021 | $1,086 | J-Sandcastle LLC, Jamie Gallian |
| May 13, 2021 | $1,100 | J-Sandcastle LLC, by Jamie Gallian, Member |
| June 4, 2021 | $1,100 | J-Sandcastle LLC c/o QIP Management |
| July 1, 2021 | $1,100 | J-Sandcastle LLC, by Jamie Gallian, Member |
| July 30, 2021 | $2,269.43 | Jamie Gallian |

True and correct copies of the returned payments are attached to the Hays Declaration as

**Exhibit 23**. In other words, before the July 9, 2021, Petition Date, all payments that Debtor

submitted to Houser Bros. listed J-Sandcastle LLC as the payor/were on behalf of J-Sandcastle LLC.

Only *after* the Petition Date did Debtor submit a payment on her own behalf.

NOTICE OF MOTION AND MOTION OBJECTING TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION
4880-1284-8131,v.1

## 3.    Legal Argument

### A.    A debtor may only exempt property that is property of the estate.

A debtor may only exempt property that constitutes property of the estate. 11 U.S.C. § 522(b) (providing that "an individual debtor may exempt *from property of the estate*…") (emphasis added); *See also Owen v. Owen*, 500 U.S. 305 (1991) ("Property that is properly exempted under § 522 is (with some exceptions) immunized against liability for prebankruptcy debts. § 522(c). No property can be exempted (and thereby immunized), however, unless it first falls *within* the bankruptcy estate.") (emphasis in original).

Assets owned by an LLC are not assets of an LLC member's bankruptcy estate. *Abrahim & Sons Enters. v. Equilon Enters.*, 292 F.3d 958, 963 (9th Cir. 2002) ("Once members contribute assets to an LLC, those assets become capital of the LLC and the members lose any interest they had in the assets."). The Ninth Circuit Bankruptcy Appellate Panel has denied a claimed homestead exemption in a residence owned by an LLC in which the debtor was a member. *Schaefers v. Blizzard Energy, Inc. (In re Schaefers)*, 623 B.R. 777, 783 (B.A.P. 9th Cir. 2020). *See also*, *In re Farokhirad*, 8:21-bk-10026-MW, ECF No. 98 (Bankr. C.D. Cal. Apr. 29, 2021) (sustaining chapter 7 trustee's objection to a debtor's claimed homestead exemption under CCP § 704.730 where title to the property was held by an LLC in which debtor was the sole member).

### B.    Homestead Exemption

California provides two alternative homestead exemptions: the declared homestead exemption set forth in CCP §§ 704.910-704.995, and the automatic homestead exemption set forth in CCP §§ 704.710-704.850. *In re Sain*, 584 B.R. 325, 328 (Bankr. S.D. Cal. 2018). Because declared homesteads apply to voluntary sales, they generally do not arise in bankruptcy cases. *Id.*

In this case, Debtor's most recent Schedule C claimed an exemption under the automatic homestead exemption.[6] Hays Decl. Ex. 10 at 103 (Eighth Amended Schedules, claiming a $600,000 exemption in the Property pursuant to CCP § 704.730).

---

[6] In the Second Amended Schedules, Debtor asserts that that she recorded a "Homestead Declaration . . . with OC Clerk Recorder 7/9/2021@12:48 p.m.," approximately 90 minutes before her petition was filed. Hays Decl. Ex. 4 at 50. Further, on March 11, 2022, as Docket No. 74, Debtor filed a "Verification of Declaration of Homestead filed with Orange County Clerk Recorder."

NOTICE OF MOTION AND MOTION OBJECTING TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION
4880-1284-8131,v.1

Section 704.730(a) of the CCP provides:

(a) The amount of the homestead exemption is the greater of the following:

　　　(1) The countywide median sale price for a single-family home in the calendar year prior to the calendar year in which the judgment debtor claims the exemption, not to exceed six hundred thousand dollars ($600,000).

　　　(2) Three hundred thousand dollars ($300,000).

The automatic homestead exemption protects a debtor from a forced sale. Cal. Code Civ. P. § 704.720(a) ("A homestead is exempt from sale under this division" (Division 2 - Enforcement of Money Judgments)); *id.* § 704.740(a) ("a dwelling may not be sold under this division to enforce a money judgment except pursuant to a court order for sale obtained under this article" (Article 4 - Homestead Exemption)); *id.* § 704.740(b) ("If the dwelling is personal property… an exemption claim shall be made and determined as provided in Article 2 (Article 2 - Procedure for Claiming Exemptions)). The filing of a bankruptcy petition constitutes a forced sale. *Diaz v. Kosmala (In re Diaz)*, 547 B.R. 329, 334 (B.A.P. 9th Cir. 2016); *Kelley v. Locke (In re Kelley)*, 300 B.R. 11, 17, 20 (B.A.P. 9th Cir. 2003).

A debtor's right to claim an exemption is determined as of the petition date. *In re Reade*, 2014 Bankr.LEXIS 1391, at *10 (Bankr. C.D. Cal. Mar. 28, 2014); *see also Harrington v. Ainsworth (In re Harrington)*, 2005 Bankr.LEXIS 3379, at *8 (B.A.P. 9th Cir. Aug. 22, 2005) (noting that the homestead exemptions set forth in CCP § 704.730(a) depend on whether the debtor is eligible for an exemption as of the petition date).

---

Debtor submitted the homestead declaration pursuant to § 704.930 of the CCP, meaning that it pertains to the declared homestead. *See Kelley v. Locke (In re Kelley)*, 300 B.R. 11, 17-18 (B.A.P. 9th Cir. 2003) (noting that the declared homestead exemption set forth in CCP §§ 704.910-704.995 requires recordation of a declaration of homestead). But, declared homesteads are not applicable to sales by a bankruptcy trustee. *See In re Sain*, 584 B.R. 325, 329 (Bankr. S.D. Cal. 2018) (indicating that only the automatic homestead was available to a debtor who held a recorded declaration of homestead, because the debtor had not elected a declared homestead exemption in his schedules, and declared homesteads are not applicable to sales by bankruptcy trustees); *see also In re Kelley*, 300 B.R. at 21 (noting that in the bankruptcy context, a debtor's declaration of homestead "helps him not at all, as the additional benefits conferred in Article 5 [Sections 704.910-704.995] would benefit him only in the situation of a <u>voluntary</u> sale") (emphasis in original).

NOTICE OF MOTION AND MOTION OBJECTING TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION
4880-1284-8131,v.1

California law defines a "homestead" as:

the principal dwelling (1) in which the judgment debtor or the judgment debtor's spouse resided on the date the judgment creditor's lien attached to the dwelling, and (2) in which the judgment debtor or the judgment debtor's spouse resided continuously thereafter until the date of the court determination that the dwelling is a homestead.

Cal. Code Civ. P. § 704.710(c).

A "manufactured home together with the outbuildings and land upon which they are situated" is eligible for a homestead exemption. Cal. Code Civ. Proc. § 704.710(a)(2) (defining "dwelling"). An LLC interest, however, does not qualify for a homestead exemption. *Schaefers v. Blizzard Energy, Inc. (In re Schaefers)*, 623 B.R. 777, 783 (B.A.P. 9th Cir. 2020) (indicating that California's residential exemption is inapplicable to interests in an LLC, which are personal property interests outside the statutory definition of homestead under CCP § 704.710(c)).

Specifically, where title to a residential property is held by an LLC rather than a debtor personally, the debtor cannot claim a homestead exemption in that property. *See In re Schaefers*, 623 B.R. at 783, 785 (holding that a debtor could not claim a homestead exemption in the property where he resided because he admitted that the property was owned by an LLC); *In re Farokhirad*, 8:21-bk-10026-MW, ECF No. 98 (Bankr. C.D. Cal. Apr. 29, 2021) (sustaining a chapter 7 trustee's objection to a debtor's claimed homestead exemption under CCP § 704.730 where title to the property was held by an LLC in which one of the debtors was the sole member). The rationale for these rulings is that an LLC is a separate and distinct legal entity from its owners or members, and the LLC members have no interest in the company's assets. *In re Schaefers*, 623 B.R. at 783.

## C.    Burden of Proof

California, by statute, regulates the burden of proof regarding its exemptions. *In re Tallerico*, 532 B.R. 774, 780 (Bankr. E.D. Cal. 2015). CCP § 704.780(a)(1) provides:

The burden of proof at the hearing is determined in the following manner:

(1) If the records of the county tax assessor indicate that there is a current homeowner's exemption or disabled veteran's exemption for the dwelling claimed by the judgment debtor or the judgment debtor's spouse, the judgment creditor has the burden of proof that the dwelling is not a homestead. If the records of the county tax assessor indicate that there is not a current homeowner's exemption or disabled veteran's exemption for the dwelling claimed by the judgment debtor or the judgment

11

debtor's spouse, the burden of proof that the dwelling is a homestead is on the person who claims that the dwelling is a homestead.

California law allocates the burden of proof on a homestead based on the records of the county tax assessor. CCP § 704.780(a). *See also, In re Tallerico*, 532 B.R. 774, 780 (Bankr. E.D. Cal. 2015); *Diaz v. Kosmala (In re Diaz)*, 547 B.R. 329, 336-37 (B.A.P. 9th Cir. 2016) (holding that where a state law exemption statute specifically allocates the burden of proof to the debtor, Rule 4003(c) does not change that allocation) (citing *Raleigh v. Ill. Dep't of Revenue*, 530 U.S. 15 (2000)).

**D.     Because J-Sandcastle LLC was the Property's owner of record on the Petition Date, the Property did not become property of the estate subject to any exemption.**

Here, Debtor bears the burden of proof to show entitlement to the homestead exemption because the Orange County Treasurer-Tax Collector records do not indicate that there is a "current homeowner's exemption or disabled veteran's exemption" for the Property.[7] A true and correct copy of the 2021-22 tax bill for the Property is attached to the Hays Declaration as **Exhibit 24,** and, for reference, a true and correct copy of the tax bill for 16222 Monterey Lane, Space #375, Huntington Beach, CA 92649, which reflects a $7,000 homeowner's exemption, is attached to the Hays Declaration as **Exhibit 25.** *See also McBeth v. Karr (In re Karr)*, 2006 Bankr.LEXIS 4801, at *15-17 n.3 (B.A.P. 9th Cir. Oct. 2, 2006) (noting that California law allocates the burden of proof on a homestead based on the records of the county tax assessor). Debtor cannot meet this burden because the HCD records show that J-Sandcastle LLC was the Property's owner of record on the Petition Date.

---

[7] Although Debtor claims to have recorded a Homestead Declaration, she did so with the Orange County Clerk-Recorder, *not* the Orange County Treasurer-Tax Collector. Further, a declaration of homestead does not pertain to the automatic homestead exemption. *See In re Sain*, *supra*.

According to an HCD webpage, for a manufactured home or manufactured home titled with the HCD with a decal number that begins with the letter 'L,' such as the Property here,[8] certain "documents and fees" must be submitted to the HCD to "transfer ownership." A true and correct copy of the HCD webpage is attached to the Hays Declaration as **Exhibit 26.** Fees can be paid by card. A true and correct copy of the HCD webpage for submission of a payment is attached to the Hays Declaration as **Exhibit 27.** The HCD's payment portal provides a way to submit payment for "any Codes and Standards transactions that require payment," including "Manufactured home/manufactured home title transfers." Hays Decl. Ex. 27 at 227.

Based on Debtor's 2021 bank statements and the 2021 HCD title searches for the Property, there is a correlation between Debtor's submission of payments to the HCD and changes to the Property's title information:

| Date | Significance of Date | Citation |
|---|---|---|
| 2/18/2021 | $81 payment from Debtor to HCD | Bank Statements at 7 |
| 2/24/2021 | Update to "Title Date" and "Reg Card" per HCD title records. J-Sandcastle LLC shown as registered owner, and Ronald Pierpont and Jpad LLC shown as legal owners. | June 7, 2021 Title Search |
| 7/9/2021 | Petition Date | BK Docket #1 |
| 7/18/2021 | $116 payment from Debtor to HCD | Bank Statements at 21 |
| 7/20/2021 | $25 payment from Debtor to HCD | Bank Statements at 21 |
| 7/27/2021 | Three $35 payments from Debtor to HCD | Bank Statements at 20 |
| 7/28/2021 | $35 payment from Debtor to HCD | Bank Statements at 20 |
| 8/3/2021 | Update to "Title Date" and "Reg Card" per HCD title records. Debtor shown as registered owner per a transfer on February 25, 2021. | August 10, 2021 Title Search |
| 8/5/2021 | $35 payment from Debtor to HCD | Bank Statements at 19 |
| 8/11/2021 | $81 payment from Debtor to HCD | Bank Statements at 19 |
| 8/12/2021 | Update to "Title Date" and "Reg Card" per HCD title records. Debtor shown as registered owner per a transfer on February 25, 2021. J-Pad LLC shown as legal owner. | September 21, 2021 Title Search |

As of June 7, 2021—about a month before the Petition Date—the Property's registered owner was J-Sandcastle LLC, and the legal owners were Pierpont and J-Pad LLC. Hays Declaration

---

[8] The Property has Decal No. LBM1081. *See, e.g.*, Hays Decl. Ex. 21 at 169 (Certificate of Title attached to the July 2021 HCD Transaction).

NOTICE OF MOTION AND MOTION OBJECTING TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION
4880-1284-8131,v.1

Ex. 17 at 142 (June 7, 2021, Title Search). The June 7, 2021, Title Search did not note any pending applications for title or registration change that might have added Debtor as the registered or legal owner of the Property before the Petition Date. *Compare* Hays Declaration Ex. 18 at 143 (Aug. 10, 2021, Title Search noting that an application for title or registration change was pending with the HCD), *with* Hays Declaration Ex. 17 at 142 (June 7, 2021, Title Search which does not include any such note).

And, Debtor paid no fees to the HCD between June 7, 2021, and the Petition Date that could have effectuated a change in title. *See* Hays Decl.: Ex. 26 (HCD webpage, indicating that "documents *and fees*" must be submitted to the HCD to transfer ownership of a manufactured home or manufactured home) (emphasis added); Ex. 272 (HCD payment portal, indicating that manufactured home/manufactured home title transfers require payment).

Further, the July 2021 HCD Transaction had a transaction date of July 14, 2021—five days after the Petition Date—and included a certificate of title showing J-Sandcastle LLC as the Property's registered owner and Pierpont and J-Pad LLC as the Property's legal owners. Hays Declaration Ex. 21 at 171. Included in this post-petition transaction was a document to add Debtor as the Property's "*New* Registered Owner." *Id.* at 172 (emphasis added). Also attached was a County of Orange "Tax Clearance Certificate" issued and executed on the Petition Date, which gave the Property's "Current Registered Owner" as J-Sandcastle LLC. *Id.* at 191. The August 2021 HCD Transaction did include a certificate of title showing Debtor as the Property's registered owner, but according to the certificate, title was issued on August 3, 2021, nearly a month after the Petition Date. Hays Declaration Ex. 22 at 195. Indeed, Debtor's attempted payments to Houser Bros. regarding the Property were paid on behalf of J-Sandcastle LLC pre-petition, and only after the Petition Date did Debtor try to submit a payment in her own name. *See* Hays Decl. Ex. 23 at 203-222 (returned payments that Debtor tried to make to Houser Bros.).

The evidence is thus clear – on the Petition Date, the Property's registered owner was J-Sandcastle LLC, and the legal owners were Pierpont and J-Pad, LLC. Until the post-petition recordation with the HCD, any alleged transfer of title to Debtor personally was ineffective. *See In re Farokhirad*, Case No. 8:21-bk-10026-MW, ECF No. 98 (Bankr. C.D. Cal. Apr. 29, 2021)

14

(sustaining a trustee's objection to an individual debtor's claimed homestead exemption in property held by a wholly owned LLC, and indicating that a provision of the LLC agreement purporting to transfer an interest in the property to the debtor prepetition was ineffective because an unrecorded deed could not bind the trustee). And, as indicated above, where title to a residence is held by an LLC rather than the debtor, the debtor cannot claim a homestead exemption in that property. *See Schaefers v. Blizzard Energy, Inc. (In re Schaefers)*, 623 B.R. 777, 783, 785 (B.A.P. 9th Cir. 2020) (holding that a debtor could not claim a homestead exemption in his residence because the property was held by an LLC); *In re Farokhirad*, 8:21-bk-10026-MW, ECF No. 98 (Bankr. C.D. Cal. Apr. 29, 2021) (sustaining a chapter 7 trustee's objection to a CCP § 704.730 homestead exemption where title to the property was held by an LLC in which one of the debtors was the sole member).

### E.    Alternatively, § 522(p) imposes a $170,350 cap on any exemption Debtor can claim in the Property.

11 U.S.C. § 522(p) imposes a monetary limit of $170,350 on the amount of a debtor's interest in homestead property that may be exempted to the extent that there has been an acquisition of a homestead interest within a period of 1,215 days before the commencement of the case. 4 COLLIER ON BANKRUPTCY P 522.13[1] (2022). It provides, in relevant part:

> [A]s a result of electing under subsection (b)(3)(A) to exempt property under State or local law, a debtor may not exempt any amount of interest that was acquired by the debtor during the 1215-day period preceding the date of the filing of the petition that exceeds in the aggregate $170,350 in value in—
>
> **(A)** real or personal property that the debtor or a dependent of the debtor uses as a residence; . . . or
> **(D)** real or personal property that the debtor or dependent of the debtor claims as a homestead.

11 U.S.C. § 522(p)(1).

Section 522(p) applies when a debtor seeks to exempt an interest in homestead property under § 522(b)(3)(A) by claiming exemptions under state law or local law. 4 COLLIER ON BANKRUPTCY P 522.13[1] (2022). "Section 522(p) applies in all cases regardless of whether a state has opted out of federal bankruptcy exemptions." *In re Narita*, 2008 Bankr.LEXIS 5174, at *11

(Bankr. D. Nev. Jan. 10, 2008) (citation omitted).[9]  California has opted out of the federal exemption scheme and provides its own bankruptcy exemptions. Cal. Code Civ. P. § 703.130; *Phillips v. Gilman (In re Gilman)*, 887 F.3d 956, 964 (9th Cir. 2018).

To the extent this Court finds that, on the Petition Date, Debtor held title to the manufactured home and thus is eligible to claim an exemption, any such is capped at $170,350 pursuant to Section 522(p). Debtor claims a $600,000 homestead exemption in the Property pursuant to § 704.730 of the CCP. Hays Decl. Ex. 10 at 103. She further values the Property at $235,000 in her schedules. *See, e.g.*, Hays Decl. Ex. 2 at 33 (Debtor's Original Schedules, valuing the Property at $235,000). Yet, J-Sandcastle LLC acquired the Property from Lisa Ryan on November 1, 2018, and Debtor acquired her interest in the Property in 2021. *See* Hays Decl., Ex. 12 at 115 (Jan. 18, 2019, Title Search, showing that the Property was transferred to J-Sandcastle LLC on November 1, 2018); Ex. 13 at 116-117 (Ryan Release Form, indicating that the Property was transferred to J-Sandcastle LLC from Lisa Ryan on November 1, 2018); Ex. 14 at 118-119 (Notice of Sale, same); Ex. 18 at 143 (August 10, 2021, Title Search, providing that the Property's registered owner was "Jamie Lynn Gallian," with "Last Title Date" and "Last Reg Card" as August 10, 2021). These dates are well within the 1,215-day period before the Petition Date, which is between March 12, 2018, and July 9, 2021. Therefore, any allowed exemption must be limited to $170,350 pursuant to 11 U.S.C. § 522(p).

## 4.    Conclusion

Assets owned by an LLC are not property of an individual member's bankruptcy estate. As stated by the Supreme Court in *Owen*, "No property can be exempted (and thereby immunized), however, unless it first falls within the bankruptcy estate." Debtor's claimed exemption in the Property thus fails. In the alternative, any allowed exemption must be capped at $170,350.

Movant thus respectfully requests that the Court enter an order:

1) Granting this Motion;

---

[9] *Contra*, *In re McNabb*, 326 B.R. 785 (Bankr. D. Ariz. 2005).

NOTICE OF MOTION AND MOTION OBJECTING TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION
4880-1284-8131,v.1

1    2)   Sustaining the objection to Debtor's claimed homestead exemption under CCP § 704.730,

2          and disallowing any claim of exemption by Debtor in the Property pursuant to CCP

3          § 704.730;

4    3)   Alternatively, finding that any allowed exemption be capped at $170,350 pursuant to 11

5          U.S.C. § 522(p); and

6    4)   Awarding such other and further relief as the Court deems just and proper.

7
8    DATED: May 12, 2022                    MARSHACK HAYS LLP

9                                                    /s/ D. Edward Hays
                                        By: _____
10                                             D. EDWARD HAYS
                                               LAILA MASUD
11                                             BRADFORD N. BARNHARDT
                                               Attorneys for Movant and Creditor,
12                                             HOUSER BROS. CO. dba RANCHO DEL
                                               REY MOBILE HOME ESTATES
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF MOTION AND MOTION OBJECTING TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION
4880-1284-8131,v.1

# Declaration of D. Edward Hays

I, D. EDWARD HAYS, say and declare as follows:

1.      I am an individual over 18 years of age and competent to make this Declaration.

2.      If called upon to do so, I could and would competently testify as to the facts set forth in this Declaration.

3.      The facts set forth below are true of my personal knowledge.

4.      I am an attorney at law duly admitted to practice before this Court and all courts of the State of California.

5.      I am a partner in the law firm of Marshack Hays LLP, attorneys of record for Houser Bros. Co., dba Rancho Del Rey Mobile Home Estates ("Houser Bros.").

6.      I make this Declaration in support of the "Notice of Motion and Motion Objecting to Debtor's Claimed Homestead Exemption" ("Motion").

7.      Capitalized terms not defined in this Declaration have the meaning ascribed to them in the Motion.

8.      A table reflecting the information contained in Debtors' multiple sets of amended schedules is attached as **Exhibit 1.**

9.      A true and correct copy of Debtor's Original Schedules[10] filed July 9, 2021, as Docket #1 is attached as **Exhibit 2.**

10.      A true and correct copy of Debtor's First Amended Schedules filed September 7, 2021, as Docket #15 is attached as **Exhibit 3**.

11.      A true and correct copy of Debtor's Second Amended Schedules filed September 22, 2021, as Docket #s 16-17 is attached as **Exhibit 4**.

12.      A true and correct copy of Debtor's Third Amended Schedules filed October 14, 2021, as Docket #22 is attached as **Exhibit 5**.

---

[10] For the sake of brevity, all schedules, other than Debtor's Eighth Amended Schedules, will include only Schedules A/B and D, as applicable. Debtor's Eighth Amended Schedules will also include Schedule C.

13.     A true and correct copy of Debtor's Fourth Amended Schedules filed November 16, 2021, as Docket #37 is attached as **Exhibit 6**.

14.     A true and correct copy of Debtor's Fifth Amended Schedules filed November 22, 2021, as Docket #38 is attached as **Exhibit 7**.

15.     A true and correct copy of Debtor's Sixth Amended Schedules filed November 23, 2021, as Docket #39 is attached as **Exhibit 8**.

16.     A true and correct copy of Debtor's Seventh Amended Schedules filed December 1, 2021, as Docket #42 is attached as **Exhibit 9**.

17.     A true and correct copy of Debtor's Eighth Amended Schedules filed March 11, 2022, as Docket #72 is attached as **Exhibit 10**.

18.     A true and correct copy of Debtor's Ninth Amended Schedules filed March 15, 2022, as Docket #75 is attached as **Exhibit 11**.

19.     On November 10, 2021, I received from Chris Houser ("Mr. Houser") a California Department of Housing and Community Development ("HCD") "Title Search" printed January 18, 2019 ("Jan. 18, 2019, Title Search"). A true and correct copy of the Jan. 18, 2019, Title Search, provided to me, is attached as **Exhibit 12**.

20.     A true and correct copy of the Ryan Release Form, provided to me, is attached as **Exhibit 13**.

21.     A true and correct copy of the Notice of Sale, provided to me, is attached as **Exhibit 14**.

22.     On November 10, 2021, I received from Mr. Houser an HCD "Title Search" printed July 23, 2020 ("July 23, 2020, Title Search"). A true and correct copy of the July 23, 2020, Title Search, provided to me, is attached as **Exhibit 15**.

23.     On or around October 20, 2021, I received an e-mail from the office of Chapter 7 Trustee Jeffrey Golden which contained copies of the Bank of America, N.A. statements of Debtor regarding a debit card ending -7357 for the period starting December 13, 2020, through October 12, 2021 ("Bank Statements"). A true and correct copy of the Bank Statements provided to me is attached as **Exhibit 16**.

DECLARATION OF D. EDWARD HAYS

24.     On November 10, 2021, I received from Mr. Houser an HCD "Title Search" printed June 7, 2021 ("June 7, 2021, Title Search"). A true and correct copy of the June 7, 2021, Title Search provided to me is attached as **Exhibit 17**.

25.     On November 10, 2021, I received from Mr. Houser an HCD "Title Search" printed August 10, 2021 ("Aug. 10, 2021, Title Search"). A true and correct copy of the Aug. 10, 2021, Title Search provided to me is attached as **Exhibit 18**.

26.     On November 10, 2021, I received from Mr. Houser an HCD "Title Search" printed September 21, 2021 ("Sept. 21, 2021, Title Search"). A true and correct copy of the Sept. 21, 2021, Title Search provided to me is attached as **Exhibit 19**.

27.     A true and correct copy of the February 2021 HCD Transaction provided to me is attached as **Exhibit 20**.

28.     A true and correct copy of the July 2021 HCD Transaction provided to me is attached as **Exhibit 21**.

29.     A true and correct copy of the August 2021 HCD Transaction provided to me is attached as **Exhibit 22**.

30.     I am informed and believe that between February 1, 2021, and July 30, 2021, Debtor/J-Sandcastle LLC attempted to make payments to Houser Bros. regarding the Property. True and correct copies of the returned payments from Debtor/J-Sandcastle LLC to Houser Bros. provided to me are attached as **Exhibit 23**.

31.     A true and correct copy of the Orange County Treasurer-Tax Collector "2021-22 Secured Property Tax Bill" for 16222 Monterey Lane, Space #376, Huntington Beach, CA 92649 (the "Property"), available at http://oct.estreamone.com/Show.aspx?parcel=891-569-62&year=2021, as of May 2, 2022, is attached as **Exhibit 24**.

32.     A true and correct copy of the Orange County Treasurer-Tax Collector "2021-22 Secured Property Tax Bill" for 16222 Monterey Lane, Space #375, Huntington Beach, CA 92649, available at http://oct.estreamone.com/Show.aspx?parcel=891-563-75&year=2021, as of May 2, 2022, is attached as **Exhibit 25**.

33.     A true and correct copy of a California Department of Housing and Community Development Division of Codes and Standards Registration and Titling Program "Private Party Sale for a Home on Local Property Tax with HCD Certificate of Title," revised October 2020, available at https://www.hcd.ca.gov/manufactured-mobile-home/registration-titling/docs/hcdrt804.pdf, as of May 2, 2022, is attached as **Exhibit 26**.

34.     A true and correct copy of a California Department of Housing and Community Development Codes and Standards Automated System webpage to "Pay Fees – Submit a Payment," available at https://casas.hcd.ca.gov/casas/casasApplication/payApplicationFeesOnline, as of May 2, 2022, is attached as **Exhibit 27**.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on May 12, 2022.

/s/ D. Edward Hays

D. EDWARD HAYS

4873-3244-8261, v. 5

DECLARATION OF D. EDWARD HAYS

**EXHIBIT 1**

| Schedules | Sch. A/B re: Property | Sch. A/B re: J-Sandcastle LLC | Sch. A/B re: J-Pad, LLC | Sch. D re: liens |
|---|---|---|---|---|
| Original Schedules, filed July 9, 2021, as Docket #1, Hays Decl. Ex. 2 | Debtor scheduled a $235,000 interest in the Property, noting: "Registered Title with HCD Debtor's single member LLC, J-Sandcastle Co, LLC." | Debtor scheduled a 100% interest in J-Sandcastle LLC. According to Debtor, "Purpose is to hold Registered title with HCD, to Debtor's primary residence." | Debtor scheduled a 33.33% interest in J-Pad, LLC, noting: "only purpose is to hold a note and UCC-1 filing on Debtor's primary residence." | Schedule D listed a $175,000 secured claim of J-Pad, LLC and Pierpont against the Property perfected August 20, 2020. |
| First Amended Schedules, filed September 7, 2021, as Docket #15, Hays Decl. Ex. 3 | Debtor scheduled a $235,000 interest in the Property, indicating: "Registered Owner, Jamie Lynn Gallian with HCD perfected 2/25/2021." | Debtor scheduled a 100% interest in J-Sandcastle LLC. According to Debtor: "Original purpose of LLC was to hold HCD Registration to | Debtor scheduled a 33.33% interest in J-Pad, LLC, with the following information: "Entity Assets include . . . Certificate of Title with HCD, | No amended schedule D was filed. |

| | | Debtor's residence. HCD Registration was transferred to debtor on 2/25/2021." | perfected 1/14/2019, LBM 1081; 2014 Skyline Custom Villa Manufactured Home UCC-1 Manufactured Home Financing Statement perfected 1/14/2019, against personal property located at 16222 Monterey Lane, Space 376, Huntington Beach, CA 92649." | |
|---|---|---|---|---|
| Second Amended Schedules, filed September 22, 2021, as Docket #s 16-17, Hays | Debtor scheduled a $235,000 interest in the Property, indicating: "HCD COT Registration | Debtor scheduled a 100% interest in J-Sandcastle LLC, indicating: "Debtor | Debtor scheduled a 1/7 interest in J-Pad, LLC, noting: "Only purpose is to hold HCD | Debtor's Schedule D included a $175,000 secured claim of J-Pad, LLC; |

| Decl. Ex. 4 | transferred 2/25/2021, from J-Sandcastle Co LLC Debtor's single member LLC, to Debtor . . . . Debtor Homestead Declaration filed with OC Clerk Recorder 7/9/2021@12:48 p.m." | Purchased home on 11/1/2018 . . . . HCD Registered to J-Sandcastle Co LLC. . . . J-Sandcastle Co LLC transferred Registration to Jamie Lynn Gallian, perfected with HCD 2/25/2021 . . . ." | Certificate of Title, perfected 1/14/2019 of debtors primary residence . . . ." | Steven and Brian Gallian; EJ Gallian; Justin Barclay; Pierpont; Robert Pierpont; and Debtor, against the Property. |
| Third Amended Schedules, filed October 14, 2021, as Docket #22, Hays Decl. Ex. 5 | Debtor scheduled a $275,000 interest in the Property, indicating: "Title/Registration through HCD; LBM 1081 to Debtor." | Debtor scheduled a 100% interest in J-Sandcastle LLC, adding: "Note payable in the approximate amount of $225,000.00, dated 11/16/2018, | Debtor scheduled a 70% interest in J-Pad, LLC, indicating: "J-Pad, LLC holds COT perfected with HCD. Holder of UCC-1, perfected 1/14/2019, secured Note | Debtor's Schedule D included a $225,000 secured claim of J-Pad, LLC, and Steven and Brian Gallian against the Property. |

|  |  | secured by UCC-1, perfected 1/14/2019. . . ." | receivable $225,000.00. . . ." |  |
|---|---|---|---|---|
| Fourth Amended Schedules, filed November 16, 2021, as Docket #37, Hays Decl. Ex. 6 | Debtor scheduled a $235,000 interest in the Property. | Debtor scheduled a 100% interest in J-Sandcastle LLC, indicating: "Original purpose of LLC was to hold HCD Registration to Debtor's residence. HCD Registration was transferred to debtor on 2/25/2021 . . . ." | Debtor scheduled a 33-1/3% interest in J-Pad, LLC, noting: "J-Pad, LLC Holder of COTA perfected 1/14/2019. UCC-1 AD filed 1/14/2019, 30-yr. Manufactured Home Transaction secured by LBM1081, located on APN 178-011-16, Tract 10542, Unit 4, Lot 376. J-Pad, LLC Holder of | No amended Schedule D was filed. |

| | | | Security Agreement, dated 11/16/18, Promissory Note ($175,000 & $88,000). Matures 2048. . . . Debtor manages 100%." | |
|---|---|---|---|---|
| Fifth Amended Schedules, filed November 22, 2021, as Docket #38, Hays Decl. Ex. 7 | Debtor scheduled a $235,000 interest in the Property, indicating that the Property was "Registered to Debtor" with "HCD COTA perfected 1/14/2019." | Debtor scheduled a 100% interest in J-Sandcastle LLC, adding: "Original purpose of LLC was to hold HCD Registration to Debtor's residence. HCD Registration was transferred to debtor on 2/25/2021 . . . ." | Debtor scheduled a 100% interest in J-Pad, LLC, noting: "J-Pad, LLC, Holder of COTA perfected 1/14/2019." | No amended Schedule D was filed. |
| Sixth Amended | Debtor scheduled | Debtor | Debtor | No amended |

| | | | | |
|---|---|---|---|---|
| Schedules, filed November 23, 2021, as Docket #39, Hays Decl. Ex. 8 | a $235,000 interest in the property, stating that the Property was "Registered to Debtor. HCD COTA perfected 1/14/2019." | scheduled a 100% interest in J-Sandcastle LLC, with the same note as in the Fifth Amended Schedules. | scheduled a 100% interest in J-Pad, LLC, with the same note as in the Fifth Amended Schedules. | Schedule D was filed. |
| Seventh Amended Schedules, filed December 1, 2021, as Docket #42, Hays Decl. Ex. 9 | No amended Schedule A/B was filed. | No amended Schedule A/B was filed. | No amended Schedule A/B was filed. | Debtor's Seventh Amended Schedules list a $225,000 secured claim of Debtor and Steven and Brian Gallian against the Property. |
| Eighth Amended Schedules, Filed March 11, 2022, as Docket #72, Hays Decl. Ex. 10 | Debtor scheduled a $235,000 interest in the Property. | Debtor scheduled a 100% interest in J-Sandcastle LLC, noting, among other things, "Debtors | Debtor scheduled a 100% interest in J-Pad, LLC, which she valued at $500. | No amended Schedule D was filed. |

| | | [sic] primary residence is 16222 Monterey Ln. Unit 376 . . . ." | | |
|---|---|---|---|---|
| Ninth Amended Schedules, Filed March 15, 2022, as Docket #75, Hays Decl. Ex. 11 | No Amended Schedule A/B was filed. | No Amended Schedule A/B was filed. | No Amended Schedule A/B was filed. | Debtor scheduled a $0 claim against the Property held by the Orange County Assessor; a $46,138 claim against the Property held by Janine Jasso regarding an Orange County Superior Court ("OCSC") judgment; $0 claims against the Property held by Jennifer Paulin, Lindy Beck, Lori |

| | | | | Burrett, Lee Gragnano, and Theodore Phillips, regarding OCSC judgments; a $9,265 claim against the Property held by the Huntington Beach Gables Homeowners Association regarding an OCSC judgment; a $319,653.59 claim against the Property held by the Huntington Beach Gables Homeowners Association regarding an OCSC |
|---|---|---|---|---|

| | | | | judgment; a $0 claim against the Property held by BS Investors LP; a $0 claim against the Property held by Houser Bros.; a $0 claim against the Property held by S4, a California Limited Partnership; a $46,138 claim against the Property held by Huntington Beach Gables Homeowners Association regarding an OCSC judgment; a $319,653.19 |

| | | | | claim against the Property held by the Huntington Beach Gables Homeowners Association regarding an OCSC judgment; a $3,070 claim against the Property held by the Huntington Beach Gables Homeowners Association regarding an OCSC judgment; a $13,229.34 claim against the Property held by the People of the State of |
|---|---|---|---|---|

| | | | | California regarding an OCSC judgment; and a $13,229.34 claim against the Property held by Janine Jasso for civil attorney's fees regarding an OCSC judgment. |
|---|---|---|---|---|

**EXHIBIT 2**

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | |

☐ Check if this is an
amended filing

## Official Form 106A/B
# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.

■ Yes.  Where is the property?

### Located on APN 178-011-16, Space No. 376

| 1.1 | | What is the property? Check all that apply | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| | **16222 Monterey Ln Space #376** | ☐ Single-family home | |
| | Street address, if available, or other description | ☐ Duplex or multi-unit building | |
| | | ☐ Condominium or cooperative | |
| | | ■ Manufactured or mobile home | Current value of the entire property? / Current value of the portion you own? |
| | **Huntington Beach  CA  92649-0000** | ☐ Land | $235,000.00 / $235,000.00 |
| | City    State    ZIP Code | ☐ Investment property | |
| | | ☐ Timeshare | Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known. |
| | | ☐ Other | |
| | **Orange** | Who has an interest in the property? Check one | **Fee simple** |
| | County | ■ Debtor 1 only | |
| | Personal Residence of Debtor since 11/1/2018 | ☐ Debtor 2 only | |
| | 2014 Skyline Custom Villa Manufactured Home | ☐ Debtor 1 and Debtor 2 only | ☐ Check if this is community property |
| | Decal No. LBM1081 | ☐ At least one of the debtors and another | (see instructions) |
| | Serial Number AC7V710394GB 56'x15'2" | Other information you wish to add about this item, such as local property identification number: LPT APN  891-569-62 | |
| | Serial Number AC7V710394GA 60'x15'2" | | |
| | | **Registered Title with HCD Debtor's single member LLC, J-Sandcastle Co, LLC** | |

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..................................................................=> | **$235,000.00** |

**Part 2:    Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

EXHIBIT 2, PAGE 33

Debtor 1    **Jamie Lynn Gallian**                                          Case number *(if known)*  _____

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No

■ Yes

| | | | |
|---|---|---|---|
| 3.1 | Make: **Kia** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |

| | | |
|---|---|---|
| Model: **Sportage** | ■ Debtor 1 only | |
| Year: **2020** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Approximate mileage: _____ | ☐ Debtor 1 and Debtor 2 only | |
| Other information: | ☐ At least one of the debtors and another | |
| **Location: 16222 Monterey Ln #376, Huntington Beach CA 92649 (LEASE)** | ☐ Check if this is community property *(see instructions)* | **$0.00**        **$0.00** |

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No

☐ Yes

**5** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.........................................................=>    **$0.00**

**Part 3:    Describe Your Personal and Household Items**

**Do you own or have any legal or equitable interest in any of the following items?**     Current value of the portion you own?
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes.  Describe.....

| Location: 16222 Monterey Ln #376, Huntington Beach CA 92649 | **$4,500.00** |
|---|---|

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
■ Yes. Describe        **Wall Television, Computer, Printer.**                                    **$ 500.00**
☐ No.
               **Location: 16222 Monterey Ln #376, Huntington Beach CA 92649**

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
■ No
☐ Yes.  Describe.....

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
■ No
☐ Yes.  Describe.....

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
■ No
☐ Yes.  Describe.....

Debtor 1    __Jamie Lynn Gallian_____     Case number *(if known)* _____

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
■ Yes.  Describe.....

| Location: 16222 Monterey Ln #376, Huntington Beach CA 92649 | $1,000.00 |

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
■ Yes. Describe    **20 year old Movado Wrist-watch 40th birthday gift; Costume jewelry from Mother and**
☐ No                **Grandmother Misc/ sized rings, various non-gold chains and bracelets, earrings.**    $1,000.00

Location: 16222 Monterey Ln #376, Huntington Beach CA 92649

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses
■ Yes. Describe    **5-year old Rescued Wired Terrier Dog-White "Ammie"**
☐ No.              Location: 16222 Monterey Ln #376, Huntington Beach CA 92649

**14. Any other personal and household items you did not already list, including any health aids you did not list**
■ No
☐ Yes.  Give specific information.....

**15.  Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
for Part 3. Write that number here** .................................................................................    $7,000.00

---

**Part 4:    Describe Your Financial Assets**

**Do you own or have any legal or equitable interest in any of the following?**    Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
■ No
☐ Yes................................................................................................

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar
institutions. If you have multiple accounts with the same institution, list each.
☐ No
■ Yes......................
Institution name:

|  |  | J-Sandcastle Co LLC - Chase - Un-cashed Tendered Space 376 Rent Checks | $ 8,050.00 |
| 17.1 | Checking and savings | Alliant Credit Union (Personal) Stimulus Ck | $ 4,048.34 |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
■ No
☐ Yes.................    Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and
joint venture**
☐ No
■ Yes.  Give specific information about them...................
Name of entity:    % of ownership:

| J-Sandcastle Co., LLC - Debtor's single member LLC (Purpose is to hold Registered title with HCD, to Debtor's primary residence)   LBM1081 | 100 % | $0.00 |

---

EXHIBIT 2, PAGE 35

Debtor 1    **Jamie Lynn Gallian**                                             Case number *(if known)* _____

| | | |
|---|---|---|
| **J-Pad, LLC** <br> **(Debtor owns 1/3 interest in LLC; only purpose** <br> **is to hold a note and UCC-1 filing on Debtor's** <br> **primary residence) LBM1081** | **33.33    %** | **$0.00** |

**20.  Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone just by signing or delivering them.
■ No
☐ Yes. Give specific information about them.
              Issuer name:

**21.  Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☐ No
■ Yes. List each account separately.
              Type of account:              Institution name:

| | | |
|---|---|---|
| **IRA** | **Fidelity** | **$7,400.00** |

**22.  Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
        No
■ Yes. ..................    Institution name or individual:    Houser Bros Co. dba Rancho Del Rey Mobilehome Estates
                                                                  Ground Lease Deposit (Ryan) Agreement Space 376 - 1/1/2006    **$ 686.00**

**23.  Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes.............    Issuer name and description.

**24.  Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
■ No
☐ Yes.............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25.  Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes.  Give specific information about them...

**26.  Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes.  Give specific information about them...

**27.  Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes.  Give specific information about them...

**Money or property owed to you?**                                          **Current value of the**
                                                                            **portion you own?**
                                                                            Do not deduct secured
                                                                            claims or exemptions.

**28.  Tax refunds owed to you**
■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

_____

**29.  Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No

EXHIBIT 2, PAGE 36

Debtor 1    **Jamie Lynn Gallian**                                          Case number *(if known)*

☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security
    benefits; unpaid loans you made to someone else
    ☑ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☑ No
    ☐ Yes. Name the insurance company of each policy and list its value.
            Company name:                    Beneficiary:                    Surrender or refund
                                                                              value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive
    property because someone has died.

    No
    ☒ Yes. Give specific information..     **Father, DOD 6/17/2000, Charles J. Bradley, Jr.  Probate OCSC**      $ unknown
                                           **30-2017-00915711**

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    No
    ☑ Yes. Describe each claim.........    **Personal Injury: Against HOA Date of Injury 8/5/2018;  Severe nerve injury to**
                                           **top of left foot and left wrist Injury; occurred in the HOA common area of APN**      $ unknown
                                           **178-771-03, located on  APN 178-011-16,**

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☐ No
    ☑ Yes. Describe each claim.........    **Personal injury claims against Huntington Beach Gables**
                                           **Homeowner's Association and Ind. Jesus Jasso Jr.;**
                                           **DOI: 8/5/2018; Case No.: 30-2020-01153679**                                          $ unknown

                                           **Potential insurance bad faith claim against Mercury**
                                           **Insurance Failure to Indemnify; No lawsuit filed yet.**
                                           **Related to Case No(s).: 30-2017-00913985, 30-2017-00962999**                         $ unknown

                                           **Real estate failure to disclose, claim against previous**
                                           **homeowner Sandra Bradley; DOI: 04/11/2017; No lawsuit**                              $ unknown
                                           **filed yet.**

                                           **Houser Bros Co GP dba Rancho Del Rey Mobilehome Estates**
                                           **Retaliation; Trespassing/Unlawful Entry; Wrongful Eviction;**
                                           **Forcible Detainer; Cruelty to an animal causing death.**                            $ unknown
                                           **Failure to offer and execute rental agreement.**

35. **Any financial assets you did not already list**
    ☑ No
    ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached**
    **for Part 4. Write that number here**....................................................................................     $20,184.34

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ☑ No. Go to Part 6.
    ☐ Yes. Go to line 38.

Official Form 106A/B                          Schedule A/B: Property                                          page 5

EXHIBIT 2, PAGE 37

Debtor 1    **Jamie Lynn Gallian**                                                    Case number *(if known)*

---

**Part 6**   **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

---

**Part 7:**   **Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ..................................... | **$0.00**

---

**Part 8:**   **List the Totals of Each Part of this Form**

55. **Part 1: Total real estate, line 2** ............................................................................ | **$235,000.00**
56. **Part 2: Total vehicles, line 5**                                    **$0.00**
57. **Part 3: Total personal and household items, line 15**           **$ 7,000.00**
58. **Part 4: Total financial assets, line 36**                       **$ 20,184.34**
59. **Part 5: Total business-related property, line 45**                **$0.00**
60. **Part 6: Total farm- and fishing-related property, line 52**       **$0.00**
61. **Part 7: Total other property not listed, line 54**          +     **$0.00**

62. **Total personal property. Add lines 56 through 61...**        **$27,184.34**   Copy personal property total    **$27,184.34**

63. **Total of all property on Schedule A/B. Add line 55 + line 62**                        | **$262,184.34** |

EXHIBIT 2, PAGE 38

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|
| **2.1    Houser Bros. Co.**<br>Creditor's Name<br>**DBA Rancho Del Rey**<br>**Mobilehome Estates**<br>**16222 Monterey Ln**<br>**Huntington Beach, CA**<br>**92649**<br><br>Number, Street, City, State & Zip Code | $0.00 | $235,000.00 | $0.00 |

**Describe the property that secures the claim:**

**16222 Monterey Ln #376 Huntington Beach, CA 92649  Orange County Registered HCD Title held by Debtor's single member LLC - J-Sandcastle Co, LLC**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 and another (J-Sandcastle Co, LLC)
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)    **Unexpired term of 80-yr. Ground Leasehold - Tract No. 10542, Unit 4, Space 376.**

Date debt was incurred    **11/1/2018 ongoing**    Last 4 digits of account number    **0376**

EXHIBIT 2, PAGE 39

Debtor 1   **Jamie Lynn Gallian**
   First Name     Middle Name     Last Name            Case number (if known) _____

---

**2.2** **J-Pad, LLC** |   | $175,000.00 | $235,000.00 | $0.00

Creditor's Name

4519 Ponderosa Way
Yorba Linda, CA 92886
Number, Street, City, State & Zip Code

**Ron Pierpont**
Creditor's Name
4519 Ponderosa Way
Yorba Linda, CA 92886

**Describe the property that secures the claim:**

16222 Monterey Ln #376 Huntington Beach, CA 92649  Orange County, HCD Title held by Debtor's single member LLC - J-Sandcastle Co, LLC

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
    community debt

Date debt was incurred    1/14/2019;
8/20/2020.

☑ An agreement you made (such as mortgage or secured car loan) **Manufactured Home Financing Note**

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **UCC-1 File No. 19-7691905279  Filing Date: 1/14/2019;**
■ **Encumbrance; HCD Lien perfected 8/20/2020, Ronald J. Pierpont (Loan WJC 8/7/2019, 1/27/2020)**

Last 4 digits of account number     **LBM1081**

---

**2.3** **Kia Motors Finance** |   | $4,186.00 | $0.00 | $4,186.00

Creditor's Name

PO Box 20815
Fountain Valley, CA
92728
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

2020 Kia Sportage
Location: 16222 Monterey Ln #376, Huntington Beach CA 92649 (LEASE)

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
    community debt

Date debt was incurred _____

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Auto Lease**

Last 4 digits of account number     **9742**

---

**2.4** **Orange County Tax Assessor** |   | $0.00 | $235,000.00 | $0.00

Creditor's Name

P.O. Box 149
Santa Ana, CA 92702
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

16222 Monterey Ln #376 Huntington Beach, CA 92649  Orange County Title held by Debtor's single member LLC - J-Sandcastle Co, LLC, APN 891-569-62

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
    community debt

Date debt was incurred _____

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Property Taxes**

Last 4 digits of account number     **Decal LBM 1081; APN: 891-569-62**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**EXHIBIT 2, PAGE 40**

Debtor 1    **Jamie Lynn Gallian**                                              Case number (if known) _____
             First Name      Middle Name        Last Name

| 2.5 | The Huntington Beach Gables Homeowners Association | Describe the property that secures the claim: | $319,653.59 | $235,000.00 | $241,319.59 |

Creditor's Name
c/o Epsten Grinnell & Howell, APC
10200 Willow Creek Road, Ste 100
San Diego, CA 92131;
c/o Feldsott & Lee
23161 Mill Creek Drive Ste 300
Laguna Hills, CA 92653
Number, Street, City, State & Zip Code

**16222 Monterey Ln #376 Huntington Beach, CA 92649  Orange County HCD Title held by Debtor's single member LLC - J-Sandcastle Co, LLC**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____
                           EJ-1

Date debt was incurred    **May 6, 2019**        Last 4 digits of account number    **OCJC  30-2017-00913985**

| 2.6 | The Huntington Beach Gables Homeowners Association | Describe the property that secures the claim: | $9,265.00 | $235,000.00 | $9,265.00 |

Creditor's Name
c/o Epsten Grinnell & Howell, APC
10200 Willow Creek Road, Ste 100
San Diego, CA 92131;
c/o Feldsott & Lee
23161 Mill Creek Drive Ste 300
Laguna Hills, CA 92653

Number, Street, City, State & Zip Code

**16222 Monterey Ln #376 Huntington Beach, CA 92649  Orange County HCD Title held by Debtor's single member LLC - J-Sandcastle Co, LLC**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____
                     EJ-001 2019000148568 - filed OC REC. 5/3/2019

Date debt was incurred    **March 21, 2019**      Last 4 digits of account number    **OCJC  30-2017-00962999**

EXHIBIT 2, PAGE 41

Debtor 1   **Jamie Lynn Gallian**                                    Case number *(if known)*
   First Name     Middle Name     Last Name

| 2.7 | **Huntington Beach Gables Homeowners Association** | Describe the property that secures the claim: | $53,684.41 | $235,000.00 | $53,684.41 |

Creditor's Name:
Jasso; Gragnano; Phillips; Beck;
Paulin; Burrett.
*c/o Gordon Rees Scully & Mansukhani*
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071
c/o Epsten Grinnell & Howell, APC
10200 Willow Creek Road, Ste 100
San Diego, CA 92131;
   Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**16222 Monterey Ln #376 Huntington Beach, CA 92649  Orange County HCD Title held by Debtor's single member LLC - J-Sandcastle Co, LLC**

As of the date you file, the claim is: Check all that apply.

☐ Contingent

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)   **Judgment Lien (JL1)   File # U200003862424 -7/26/2020**

Date debt was incurred   Dec. 4, 2018      Last 4 digits of account number    OCJC 30-2017-00913985

Add the dollar value of your entries in Column A on this page. Write that number here:   | $561,789.00 |

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:   | $561,789.00 |

**Part 2:**   **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**EXHIBIT 3**

Fill in this information to identify your case and this filing:

| | | | |
|---|---|---|---|
| Debtor 1 | **Jamie Lynn Gallian** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION | | |
| Case number | **8:21-bk-11710-ES** | | |

■ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.

■ Yes. Where is the property?

1.1
Located on APN 178-011-01
Tract 10542, Unit 4, Lot 376

**16222 Monterey Ln. Spc 376**
Street address, if available, or other description

**Huntington Beach   CA    92649-0000**
City         State    ZIP Code

**Orange**
County

**What is the property?** Check all that apply

☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
■ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$235,000.00** | **$235,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

APN: 891-569-62; Lot 376; LBM 1081; 2014 Skyline Custom Villa Manufactured Home.  Serial Number AC7V710394GB, 56'x15'2"; Serial Number AC7V710394GA. 60'x15'2". Registered Owner, Jamie Lynn Gallian with HCD perfected 2/25/2021

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................=> | **$235,000.00** |

**Part 2:** Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

EXHIBIT 3, PAGE 43

| Debtor 1   Jamie Lynn Gallian | Case number *(if known)*   8:21-bk-11710-ES |
|---|---|

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

■ No
☐ Yes

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

**5** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for
pages you have attached for Part 2. Write that number here................................................. ➡    $0.00

**Part 3:**  Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes. Describe.....

| Misc. household goods and furnishings
Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $3,500.00 |
|---|---|
| waterford crystal set red and white wine glasses | $1,000.00 |

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices
including cell phones, cameras, media players, games
☐ No
■ Yes. Describe.....

| Wall television, computer, printer and peripherals
Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $500.00 |
|---|---|

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections;
other collections, memorabilia, collectibles
☐ No
■ Yes. Describe.....

| Lladro figurine collection (20) | $1,900.00 |
|---|---|

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools;
musical instruments
■ No
☐ Yes. Describe.....

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
■ No
☐ Yes. Describe.....

Official Form 106A/B                              Schedule A/B: Property                                    page 2

EXHIBIT 3, PAGE 44

| Debtor 1 | Jamie Lynn Gallian | | Case number (if known) 8:21-bk-11710-ES |
|---|---|---|---|

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

■ Yes. Describe.....

| Misc. clothing<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $1,000.00 |
|---|---|

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

■ Yes. Describe.....

| Movado wrist watch (20 yrs. old); costume jewelry, misc. non-gold chains/bracelets, and earrings.<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $1,000.00 |
|---|---|

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No

■ Yes. Describe.....

| 5-year old Wired Terrier Dog | $25.00 |
|---|---|

**14. Any other personal and household items you did not already list, including any health aids you did not list**

■ No

☐ Yes. Give specific information.....

| 15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ................................................................................. | $8,925.00 |
|---|---|

**Part 4:** Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

■ No

☐ Yes.................................................................................................

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

■ Yes........................                                    Institution name:

| | 17.1. | EDD Debit account | Bank of America | $3,793.00 |
|---|---|---|---|---|

| | 17.2. | Savings | Alliant Credit Union--Only funds are Covid-19 relief funds from the government. | $1,407.00 |
|---|---|---|---|---|

Official Form 106A/B                    Schedule A/B: Property                    page 3

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | Jamie Lynn Gallian | | Case number (if known) | 8:21-bk-11710-ES |

| | 17.3. **Savings** | Alliant Credit Union--Only funds are Covid-19 relief funds from the government. | $2,600.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
    Examples: Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes.................        Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes. Give specific information about them...................
                 Name of entity:                                                  % of ownership:

    **J-Sandcastle Co, LLC  Entity currently has a bank account of less than $2,000 assets.**

    **Original purpose of LLC was to hold HCD Registration to Debtor's residence.  HCD Registration was transferred to debtor on 2/25/2021.  According to the Mobilehome Park Management Houser Bros,  park rules forbid home to be held in name other than an individual.**          100          %          $2,000.00

    **J-PAD, LLC.  Entity Assets include bank account of around $4,000;**

    **Certificate of Title with HCD, perfected 1/14/2019, LBM 1081; 2014 Skyline Custom Villa Manufactured Home UCC-1 Manufactured Home Financing Statement perfected 1/14/2019. against personal property located at 16222 Monterey Lane, Space 376, Huntington Beach, CA. 92649**          33.33          %          $59,666.00

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.
    Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
                 Issuer name:

21. **Retirement or pension accounts**
    Examples: Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.
                 Type of account:                  Institution name:

                 IRA                              Fidelity                                            $7,400.00

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    Examples: Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ☐ Yes
    ■ No.                                          Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............          Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

Official Form 106A/B                           Schedule A/B: Property                                         page 4

EXHIBIT 3, PAGE 46

Debtor 1    **Jamie Lynn Gallian**    Case number *(if known)*   **8:21-bk-11710-ES**

■ No

☐ Yes..............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

■ No

☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

■ No

☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

■ No

☐ Yes.  Give specific information about them...

**Money or property owed to you?**

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

28. **Tax refunds owed to you**

■ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No

☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
    benefits; unpaid loans you made to someone else

■ No

☐ Yes.  Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

■ No

☐ Yes. Name the insurance company of each policy and list its value.
    Company name:    Beneficiary:    Surrender or refund
    value:

32. **Any interest in property that is due from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
    someone has died.

☐ No

■ Yes.  Give specific information..    **Probate estate of Father Charles J. Bradley, Jr.  DOD 6/18/2000**

    [32.1]

| OCSC Case No. 30-2017-00915711. |
| Uncertain what, if any, proceeds will pass to debtor. |

Unknown

Official Form 106A/B    Schedule A/B: Property    page 5

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

EXHIBIT 3, PAGE 47

Case 8:21-bk-11710-ES    Doc 15    Filed 09/07/21    Entered 09/07/21 11:31:55    Desc
Main Document    Page 8 of 29

Debtor 1    Jamie Lynn Gallian    Case number *(if known)*    8:21-bk-11710-ES

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    □ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    □ No
    ■ Yes. Describe each claim.........

| [34.1] | Personal Injury claim against Huntington Beach Gables Homeowners Association; Jesus Jasso, Jr. et al.  DOI: 8/5/2018 OCSC Case No. 30-2020-01153679. | Unknown |
|---|---|---|

| [34.2] | Claim against Houser Bros Co. dba Rancho Del Rey Mobilehome Estates for Violation(s) of Civil Code and MRL §798, et seq.  Failure to Offer and countersign Lease Agreement, Lot 376, 2014 manufactured home sold in place 11/1/2018 to debtor.  Failure to disclose possible MH park Change of Use; Failure to timely pursue/ prosecute frivolous UD claim filed 1/2/19, against Debtor;  Multiple acts by park management including retaliation, discrimination, trespassing, unlawful entry; forcible detainer, wrongful eviction.  No lawsuit yet filed. | Unknown |
|---|---|---|

35. **Any financial assets you did not already list**
    □ No
    ■ Yes. Give specific information..

| [35..1] | Possible Victim Restitution Order against Jesus Jasso Jr. for battery, Penal Code §242 OCDA Criminal Case,  People of the State of California vs Jesus Jasso Jr. OCSC Case No. 19WM09951    Estimated loss of income    $73,000.00 | Unknown |
|---|---|---|

| [35.2] | Possible COVID-19 Rent Relief Act from State of California (Applied for June 2021, but not yet approved).  Not property of the estate. | $27,000.00 |
|---|---|---|

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.**.................................................................................................................. | $103,866.00 |

**Part 5:** **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

Official Form 106A/B    Schedule A/B: Property    page 6

| Debtor 1 | Jamie Lynn Gallian | | Case number (if known) | 8:21-bk-11710-ES |
|---|---|---|---|---|

**37. Do you own or have any legal or equitable interest in any business-related property?**
■ No. Go to Part 6.
☐ Yes. Go to line 38.

---

**Part 6    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
■ No. Go to Part 7.
☐ Yes. Go to line 47.

---

**Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above**

**53. Do you have other property of any kind you did not already list?**
Examples: Season tickets, country club membership
■ No
☐ Yes. Give specific information.........

**54. Add the dollar value of all of your entries from Part 7. Write that number here** .................................... | **$0.00**

**Part 8:    List the Totals of Each Part of this Form**

| | | | |
|---|---|---|---|
| 55. Part 1: Total real estate, line 2 .......................................................................................................... | | | **$235,000.00** |
| 56. Part 2: Total vehicles, line 5 | $0.00 | | |
| 57. Part 3: Total personal and household items, line 15 | $8,925.00 | | |
| 58. Part 4: Total financial assets, line 36 | $103,866.00 | | |
| 59. Part 5: Total business-related property, line 45 | $0.00 | | |
| 60. Part 6: Total farm- and fishing-related property, line 52 | $0.00 | | |
| 61. Part 7: Total other property not listed, line 54 | + $0.00 | | |
| 62. Total personal property. Add lines 56 through 61... | **$112,791.00** | Copy personal property total | **$112,791.00** |

| 63. Total of all property on Schedule A/B. Add line 55 + line 62 | **$347,791.00** |
|---|---|

EXHIBIT 3, PAGE 49

**EXHIBIT 4**

Fill in this information to identify your case and this filing:

| Debtor 1 | **Jamie Lynn Gallian** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION

Case number    **8:21-bk-11710-ES**

■ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
■ Yes. Where is the property?

   **Located Tract 10542, Unit 4, Lot 376 on APN 178-011-01.**

| 1.1 | | | |
|---|---|---|---|
| **16222 Monterey Ln. Spc 376** | **What is the property?** Check all that apply | | |

Street address, if available, or other description

☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
■ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Huntington Beach   CA   92649-0000**
City              State      ZIP Code

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $235,000.00 | $235,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Orange**
County

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:
**APN: 891-569-62; HCD COT Registration transferred 2/25/2021, from J-Sandcastle Co LLC Debtor's single member LLC, to Debtor, in attempt to end UD litigation and obtain counter-signed Leasehold Agreement with RDRMHE. Debtor Homestead Declaration filed with OC Clerk Recorder 7/9/2021@12:48 p.m.**

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.............................................=>

| $235,000.00 |
|---|

**Part 2:** Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

EXHIBIT 4, PAGE 50

Debtor 1    **Jamie Lynn Gallian**                                                    Case number *(if known)*    **8:21-bk-11710-ES**

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

■ **YES  Lease 2020 Kia Sportage**    **LOCATION: 16222 MONTEREY LN #376**
☐ No                                            **HUNTINGTON BEACH, CA 92649**

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples: Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories*

■ No
☐ Yes

**5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.........................................=>**    | $0.00 |

| Part 3: | Describe Your Personal and Household Items |

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |

**6. Household goods and furnishings**
*Examples: Major appliances, furniture, linens, china, kitchenware*
☐ No
■ Yes.  Describe.....

| **Misc. household goods and furnishings**<br>**Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649** | $3,500.00 |

| **waterford crystal red & white wine glasses** | $1,000.00 |

**7. Electronics**
*Examples: Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games*
☐ No
■ Yes.  Describe.....

| **Wall television, computer, printer and peripherals**<br>**Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649** | $500.00 |

**8. Collectibles of value**
*Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles*
☐ No
■ Yes.  Describe.....

| **Lladro figurines collection (20)**<br>**Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649** | $1,900.00 |

**9. Equipment for sports and hobbies**
*Examples: Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments*
■ No
☐ Yes.  Describe.....

**10. Firearms**
*Examples: Pistols, rifles, shotguns, ammunition, and related equipment*
■ No
☐ Yes.  Describe.....

**EXHIBIT 4, PAGE 51**

Debtor 1    **Jamie Lynn Gallian**

Case number *(if known)*    **8:21-bk-11710-ES**

11. **Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| **Misc. clothing**<br>**Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649** | **$1,000.00** |

12. **Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| **Movado wrist watch (20 yrs. old); costume jewelry, misc. non-gold chains/bracelets, and earrings.**<br>**Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649** | **$1,000.00** |

13. **Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ☐ No
   ■ Yes.  Describe.....     **5-year old Wired Terrier Dog**

| | |
|---|---|
| **Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649** | **$25.00** |

14. **Any other personal and household items you did not already list, including any health aids you did not list**
   ■ No
   ☐ Yes.  Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...........................................................................

| |
|---|
| **$8,925.00** |

| Part 4: | Describe Your Financial Assets |
|---|---|

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

16. **Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ■ No
   ☐ Yes.................................................................................................................

17. **Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes........................            Institution name:

| | | | |
|---|---|---|---|
| 17.1. | **EDD Debit account** | **Bank of America** | **$3,793.00** |
| 17.2. | **Savings** | **Alliant Credit Union** | **$1,407.00** |

EXHIBIT 4, PAGE 52

| Debtor 1 | **Jamie Lynn Gallian** | Case number *(if known)* | **8:21-bk-11710-ES** |
|---|---|---|---|

| | 17.3. | **Savings** | **Alliant Credit Union** | **$2,600.00** |
|---|---|---|---|---|

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
■ No
☐ Yes................ Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
☐ No
■ Yes.  Give specific information about them...................

Name of entity:

[19.a]  **J-Sandcastle Co LLC-**  Entity currently has $500.00 in bank account.  Debtor Purchased home on 11/1/2018 with proceeds from 10/31/2018 sale of debtors previous residence APN 937-63-053.  HCD Registered to J-Sandcastle Co LLC.  RDRMHE Park Mgr. refused to countersign 1/1/2006 Ryan Leasehold Agreement, Space 376, to Applicant, J-Sandcastle, Co. LLC. or enter new agreement.  J-Sandcastle Co  LLC transferred Registration to Jamie Lynn Gallian, perfected with HCD 2/25/2021 to obtain Lot 376 Leasehold Agreement with RDRMHE.  RDRMHE Mgrs. forbid home to be held in name other than individual.  However, Park Management allow Registration of MH to be held in the name of a Trust.

% of ownership:
100%

[19.b]  **J-Pad, LLC - Manager-Managed LLC-**  Entity has approximately $7,000.00, from un-cashed space 376 rent checks tendered to RDRMHE, returned to Debtor un-cashed.
Only purpose is to hold HCD Certificate of Title, perfected 1/14/2019 of debtors primary residence 2014 Skyline Custom Villa, Decal No. LBM 1081; Serial No. 7V710394GB/GA to protect purchase of 2014 Manufactured Home as debtors primary residence and qualification 1/1/2006 Ryan Ground Leasehold Assigned to Debtor, located on APN 178-011-01 Tract 10542, Unit 4, Lot 376, pending litigation;  preservation.

% of ownership:
1/7- th

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
■ No
☐ Yes. Give specific information about them
Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☐ No
■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| **IRA** | **Fidelity** | **$7,400.00** |

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
☐ Yes
■ No ............. Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes............. Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
■ No
☐ Yes............. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes.  Give specific information about them...

Official Form 106A/B

Schedule A/B: Property

page 4

EXHIBIT 4, PAGE 53

| Debtor 1 | **Jamie Lynn Gallian** | Case number *(if known)* | **8:21-bk-11710-ES** |
|---|---|---|---|

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific information about them...

**Money or property owed to you?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information......

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information..

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☐ No
☑ Yes. Give specific information..

| Probate estate of Charles J. Bradley, Jr. DOD 6/18/2000 OCSC Case No. 30-2017-00915711. Uncertain what, if any proceeds will pass to debtor. | Unknown |
|---|---|

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes. Describe each claim.....

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
☐ No
☑ Yes. Describe each claim.........

| **[34.1]** | Personal Injury claim filed against Huntington Beach Gables HOA; Jesus Jasso, Jr., et al. OCSC Case No. 30-2020-01153679. Date of injury 8/5/2018. | Unknown |
|---|---|---|

**EXHIBIT 4, PAGE 54**

| Debtor 1 | **Jamie Lynn Gallian** | | Case number *(if known)*  **8:21-bk-11710-ES** |
|---|---|---|---|

| **[34.2]** | Possible Victim Restitution Award Order - People of the State of CA vs. Jesus Jasso Jr., PC §242, OCSC  Case No. 19WM09951.  Claim submitted to OC District Attorney through Victim Witness Agency.      $73,000.00 | **$73,000.00** |
|---|---|---|
| **[34.3]** | Potential Claim against Houser Bros Co. dba Rancho Del Rey Mobilehome Estates.  Violation(s) of MRL §798, et seq.; multiple acts (retaliation, discrimination, trespassing/unlawful entry; forcible detainer, wrongful eviction.  Failure to timely pursue/prosecute frivolous UD claim filed 1/2/19, against debtor, bona fide purchaser for value on 11/1/2018.    Potential award of attorney fees under MRL. | **UNKNOWN** |
| **[34.4]** | Possible right to reversionary interest in unexpired 80 yr Ground Leasehold and Sub-condominium Leasehold,  Lot 1 & 2, Tract 10542, APN 178-011-01I Gables subd. located on APN 178-771-03.<br>Huntington Beach Gables HOA has a cross-complaint in the Nickel complaint pending OCSC 30-2020-01163055, in which Gables HOA seek a voiding of Unit 53 sale and Assignment of unexpired Ground Leasehold and Subcondominium Leasehold October 31, 2018, to bona fide purchaser Randall L. Nickel for valuable consideration.    Gallian had a homestead exemption.<br>On November 1, 2018, Debtor announced to Court on the record, OCSC 30-2017-00913985, C-33, Gallian sold the subject property.<br><br>On November 9, 2018, Hon. James L. Crandall, C-33, Denied Gables HOA 30-2017-00913985, exparte MOT to freeze debtors equity from sale to bona fide purchaser Randall L. Nickel.  "It's her equity."<br>On December 6, 2018, Court vacated jury trial sua sponte. | **UNKNOWN** |

---

**35.  Any financial assets you did not already list**

☐ No

■ Yes.  Give specific information..

| | |
|---|---|
| **Possible COVID-19 Rent Relief Act from State of California for rent relief (Applied for June 2021, but not yet approved). Not property of the estate.   $27,000.00** | **$27,000.00** |

---

**36.  Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here......................................................................................**     **$ 122,700.00**

---

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

**37.  Do you own or have any legal or equitable interest in any business-related property?**

■ No. Go to Part 6.

☐ Yes.  Go to line 38.

---

| Part 6 | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.<br>If you own or have an interest in farmland, list it in Part 1. |
|---|---|

**46.  Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.

☐ Yes.  Go to line 47.

---

| Part 7: | Describe All Property You Own or Have an Interest In That You Did Not List Above |
|---|---|

Debtor 1    **Jamie Lynn Gallian**                                              Case number *(if known)*   **8:21-bk-11710-ES**

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ..................................... | **$0.00** |

| Part 8: | List the Totals of Each Part of this Form |

55. **Part 1: Total real estate, line 2** ............................................................................................. | | **$235,000.00** |
56. **Part 2: Total vehicles, line 5** | **$0.00** |
57. **Part 3: Total personal and household items, line 15** | **$8,925.00** |
58. **Part 4: Total financial assets, line 36** | **$122,700.00** |
59. **Part 5: Total business-related property, line 45** | **$0.00** |
60. **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** |
61. **Part 7: Total other property not listed, line 54** | + | **$0.00** |

62. **Total personal property. Add lines 56 through 61...** | **$131,625.00** | Copy personal property total | **$131,625.00** |

63. **Total of all property on Schedule A/B. Add line 55 + line 62** | **$366,625.00** |

EXHIBIT 4, PAGE 56

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Jamie Lynn Gallian** | |
| | First Name       Middle Name       Last Name | |
| Debtor 2 (Spouse if, filing) | First Name       Middle Name       Last Name | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION | |
| Case number (if known) | **8:21-bk-11710-ES** | ■ Check if this is an amended filing |

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:      List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|
| **2.1** **J-Pad, LLC,**<br>**Steven & Brian**<br>**Gallian;**<br>**EJ Gallian; Justin**<br>**Barclay; Ronald j.**<br>**Pierpont; Robert J.**<br>**Pierpont; Jamie Lynn**<br>**Gallian**<br>Creditor's Name<br><br>**21742 Anza Avenue**<br>**Torrance, CA  90503**<br>Number, Street, City, State & Zip Code | Describe the property that secures the claim:<br><br>**16222 Monterey Ln. Spc 376**<br>**Huntington Beach, CA 92649**<br>**Orange County**<br>**APN: 891-569-62; 2014 Skyline**<br>**Custom Villa Manufactured Home.**<br>**Decal No. LBM1081. Serial Number**<br>**AC7V710394GB 56'x15'2"; Serial**<br>**Number AC7V710394GA 60'x15'2".**<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $175,000.00 | $235,000.00 | $0.00 |

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
    community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit    **Holder of UCC 1 Perfected 1/14/2019;**
☐ Other (including a right to offset)  **HCD Registration Jamie Lynn Gallian perfected 2-25-2021**

**Date debt was incurred** _____    **Last 4 digits of account number**    **N/A** _____

EXHIBIT 4, PAGE 57

| Debtor 1 | Jamie Lynn Gallian | | | Case number (if known) | 8:21-bk-11710-ES |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | | | | | |
|---|---|---|---|---|---|
| **2.2** | **Janine Jasso** | Describe the property that secures the claim: | **$53,684.41** | **$235,000.00** | **$0.00** |
| | Creditor's Name | 16222 Monterey Ln. Spc 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home. Decal No. LBM1081. Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2". | | | |

16025 Warmington Lane
Huntington Beach, CA
92649
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred  **12/4/2018**      Last 4 digits of account number   **HOA Fees 3985**

| | | | | | |
|---|---|---|---|---|---|
| **2.3** | **Janine Jasso** | Describe the property that secures the claim: | **$13,229.24** | **$235,000.00** | **$6,913.65** |
| | Creditor's Name | 16222 Monterey Ln. Spc 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home. Decal No. LBM1081. Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2". | | | |

16025 Warmington Lane
Huntington Beach, CA
92649
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred  **2018**      Last 4 digits of account number   **Attorney Fees $9400.00 Civil OCSC 30-2018-00986785.**

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$241,913.65** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$241,913.65** |

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| Debtor 1 | **Jamie Lynn Gallian** | | | Case number (if known) | **8:21-bk-11710-ES** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

[  ]    Name, Number, Street, City, State & Zip Code          On which line in Part 1 did you enter the creditor?   **2.2; 2.3**
**Janine Jasso. Esq.**
**16025 Warmington Lane**                                     Last 4 digits of account number  _____
**Huntington Beach, CA 92649**


**J-Pad, LLC**                                                On which line in Part 1 did you enter the creditor?   2.1
**21742 Anza Avenue**
**Torrance, CA 90503**                                        Last 4 digits of account number  _____

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 3

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

EXHIBIT 4, PAGE 59

**EXHIBIT 5**

Fill in this information to identify your case and this filing:

| Debtor 1 | Jamie Lynn Gallian | | |
| --- | --- | --- | --- |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number      **8:21-bk-11710-ES**

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property

**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest in

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.

■ Yes. Where is the property?

**APN 178-011-16, Tract 10542, Unit 4, Lot 376**

1.1

| **16222 Monterey Ln #376** | What is the property? Check all that apply | |
| --- | --- | --- |
| Street address, if available, or other description | ☒ Single-family home | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. |
| | ☐ Duplex or multi-unit building | |
| | ☐ Condominium or cooperative | |
| | ■ Manufactured or mobile home | |
| **Huntington Beach  CA  92649-0000** | ☐ Land | **Current value of the entire property?** / **Current value of the portion you own?** |
| City       State    ZIP Code | ☐ Investment property | **$275,000.00** / **$275,000.00** |
| | ☐ Timeshare | Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known. |
| | ☐ Other _____ | |
| | Who has an interest in the property? Check one | **Fee simple** |
| | ■ Debtor 1 only | |
| **Orange** | ☐ Debtor 2 only | |
| County | ☐ Debtor 1 and Debtor 2 only | ☐ Check if this is community property (see instructions) |
| | ☐ At least one of the debtors and another | |
| | Other information you wish to add about this item, such as local property identification number: APN 891.569.62 | |
| | Title/Registration through HCD; LBM 1081 to Debtor. | |

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here................................................=>

**$275,000.00**

**Part 2:** Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Official Form 106A/B                    Schedule A/B: Property                    page 1

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | Jamie Lynn Gallian | | Case number *(if known)* | **8:21-bk-11710-ES** |
|---|---|---|---|---|

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: **Kia** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| | Model: **Sportage** | ■ Debtor 1 only | |
| | Year: **2020** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | ☐ At least one of the debtors and another | | |
| | **Location: 16222 Monterey Ln #376, Huntington Beach CA 92649 (LEASE)** | ☐ Check if this is community property (see instructions) | **$0.00** | **$0.00** |

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5 Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.............................................................=>     **$0.00**

**Part 3:   Describe Your Personal and Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**6. Household goods and furnishings**
Example     Major appliances, W/D, Refrigerator, living furniture, linens, china, kitchenware, beds, Sofa, chairs, dressers, coffee table, end table, Stools, dining table, hutch, side table, curio cabinet, wall unit, desk.
☐ No     **Location: 16222 Monterey Ln #376, Huntington Beach CA 92649**     $3,500.00

■ Yes. Describe.....

| Waterford crystal set red & white wine glasses | $1,000.00 |
|---|---|

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

■ Yes. Describe
☐ No..     **Wall television, computer, printer, and peripherals**
**Location: 16222 Monterey Ln #376, Huntington Beach CA 92649**     $1,500.00

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

■ Yes. Describe     **Lladro figurine boy dog collection (20)**
☐ No.     **Location: 16222 Monterey Ln #376, Huntington Beach CA 92649**     $1,950.00

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

■ No
☐ Yes. Describe.....

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

■ No
☐ Yes. Describe.....

| Official Form 106A/B | Schedule A/B: Property | page 2 |
|---|---|---|
| Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com | | Best Case Bankruptcy |

| Debtor 1 | Jamie Lynn Gallian | | Case number *(if known)* | 8:21-bk-11710-ES |
|---|---|---|---|---|

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

■ Yes. Describe.....    **Misc. clothing, winter jackets, purses, blouses, pants, dresses, uniforms, shoes, boots, tennis shoes, sandals, heels, work shoes**
Location: 16222 Monterey Ln #376, Huntington Beach CA 92649    $1,000.00

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

■ Yes. Describe
☐ No.....    **Movado wrist watch (20 yrs old.),  costume jewelry, misc non-gold chains, bracelets and earrings.**
Location: 16222 Monterey Ln #376, Huntington Beach CA 92649    $1,000.00

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses

■ Yes. Describe
☐ No..    **5-year old Wired Terrier Dog**
Location: 16222 Monterey Ln #376, Huntington Beach CA 92649    $25.00

**14. Any other personal and household items you did not already list, including any health aids you did not list**

■ No

☐ Yes. Give specific information.....

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .............................................................................    $9.975.00

---

**Part 4:    Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?    Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

■ No
☐ Yes...................................................................................................

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No    Institution name:

■ Yes....................17.1    **EDD Debit Card**    **Bank of America**    $3,793.00

17.2.    **Checking and Savings**    **Alliant Credit Union  Covid Relief Funds**    $1,407.00

17.3    **Savings**    **Alliant Credit Union  Covid Relief Funds**    $ 2,600.00.

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No    Institution or issuer name:
☐ Yes.

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

Percentage of Ownership

☐ No
■ Yes    Give specific information about them....................

Name of entity:
**J-Sandcastle Co., LLC - Entity is debtor's single member LLC.**
**Note payable in the approximate amount of $ 225,000.00, dated 11/16/2018, secured by UCC-1, perfected 1/14/2019.**
**Entity currently has a bank account $16,000, holding funds from tendered, Lot 376, Tract 10542,Unit 4, rent checks payable to RDRMHE; Ground Space #376 for 2014 Skyline manufactured home, LBM1081. RDRMHE refused to countersign Ground Space Agreement with Applicant.  According to RDRMHE, park rules forbid home to be held in name other than individual.**    **100 %**    **< $209,000.00 >**
**However, RDRMHE allows registration held in the name of a Trust.**

EXHIBIT 5, PAGE 62

Case 8:21-bk-11710-ES    Doc 22    Filed 10/14/21    Entered 10/14/21 17:12:48    Desc
Main Document    Page 6 of 31

| Debtor 1 | Jamie Lynn Gallian | | Case number *(if known)* | 8:21-bk-11710-ES |

**J-Pad, LLC - Entity is a manager-managed LLC.**
Debtor has ____ interest in LLC; J-Pad, LLC holds COT perfected with HCD.
Holder of UCC-1, perfected 1/14/2019, secured Note receivable $225,000.00.              70    %
($175,000 & $88,000.00 Less note $225.000.00 = $38,000.00. Promissory Note
~~payable to Ron Pierpont; Robert McLelland vs equity in LLC + protection.~~

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
                    Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.
                    Type of account:          Institution name:

| | | | |
|---|---|---|---|
| **401k** | **Fidelity 401k** | | **$7,400.00** |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ...................          Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes. Give specific information about them...

**Money or property owed to you?**                                                     Current value of the
                                                                                       portion you own?
                                                                                       Do not deduct secured
                                                                                       claims or exemptions.

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No

Official Form 106A/B                           Schedule A/B: Property                                    page 4

EXHIBIT 5, PAGE 63

| Debtor 1 | Jamie Lynn Gallian | | Case number *(if known)* | 8:21-bk-11710-ES |

☐ Yes. Give specific information......

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

■ No
☐ Yes. Give specific information..

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

■ No
☐ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ Yes...
☐ No..

Probate Estate Charles James Bradley Jr. DOD 6-18-2000.Case No.30-2017-00915711.
Uncertain what, if any, proceeds will pass to debtor. Will placed in paper shredder by
Administrator Sandra Bradley, decedent's widow. Witnessed first hand by decedent's
brother & wife, David Bradley and Diane Goetz.

unknown

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

est.   **$ 100,000.00**

■ Yes. Describe each claim......... Potential claim for wrongful termination claim against employer, United Airlines under Railroad Labor Act.
☐ No..   Potential claim against Association of Flight Attendants-MEC for failure to arbitrate employee's claim with CO.

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
☐ No
■ Yes. Describe each claim.........

| 34.1 | Personal injury claim against Huntington Beach Gables Homeowner's Association and Jesus Jasso Jr.; DOI: 8/5/2018; Case No.: 30-2020-01153679 | est. | $75,000.00 |
| 34.2 | Potential Claim against Houser Bros Co dba Rancho Del Rey MHE for violation(s) of MRL §798, et seq multiple acts of retaliation, discrimination, trespassing, unlawful entry, forcible detainer, wrongful eviction, failure to timely pursue frivilous Unlawful detainer, forcible Detainer Action filed 1/2/19. against bona fide purchaser for value 11/1/2018.   Potential Attorney fee award. | | $ 75,,000.00 |
| 34.3 | Possible rights to reversionary interest in unexpired 80 yr Ground Leasehold, Tract 10542, Lot 1 & 2, and Subcondominium Leasehold Unit $3. | | unknown |
| 34.4 | Potential Victim Restitution Order in favor debtor for economic losses injury sustained from PC §242, 8/5/2018, against Jesus Jasso Jr,; OCDAfiled Case No. 19WM09951, June 25, 2019 | est. | $ 73,000.00 |

**35. Any financial assets you did not already list**

■ Yes. Give specific information..
☐ No.

possible COVID-19 rent relief from State of California
(applied for, but not yet approved).  Not property of the estate.

est.   $ 27,000.00

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**....................................................................................................

$ 350,000.00

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**
■ No. Go to Part 6.
☐ Yes. Go to line 38.

EXHIBIT 5, PAGE 64

| Debtor 1 | **Jamie Lynn Gallian** | Case number *(if known)* | **8:21-bk-11710-ES** |
| --- | --- | --- | --- |

---

**Part 6**    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
           If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Part 7:**    Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................    | **$0.00** |

**Part 8:**    List the Totals of Each Part of this Form

| | | |
| --- | --- | --- |
| 55. **Part 1: Total real estate, line 2** ....................................................................................................... | | **$275,000.00** |
| 56. **Part 2: Total vehicles, line 5** | **$ 0.00** | |
| 57. **Part 3: Total personal and household items, line 15** | **$ 9,975.00** | |
| 58. **Part 4: Total financial assets, line 36** | **$ 350,000.00** | |
| 59. **Part 5: Total business-related property, line 45** | **$0.00** | |
| 60. **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. **Part 7: Total other property not listed, line 54** + | **$0.00** | |
| 62. **Total personal property.** Add lines 56 through 61... | **$ 359,975.00**    Copy personal property total | **$359,975.00** |
| 63. **Total of all property on Schedule A/B.** Add line 55 + line 62 | | **$ 634,975.00** |

EXHIBIT 5, PAGE 65

**Fill in this information to identify your case:**

| Debtor 1 | Jamie Lynn Gallian | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number    8:21-bk-11710-ES
(if known)

☒ Check if this is an
amended filing

## Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property                 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| 2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | | Amount of claim Do not deduct the value of collateral. | Value of collateral that supports this claim | Unsecured portion If any |
| **2.1** **Houser Bros. Co.** | Describe the property that secures the claim: | $0.00 | $275,000.00 | $0.00 |
| Creditor's Name **DBA Rancho Del Rey Estates** 16222 Monterey Ln. **Huntington Beach, CA 92649** | **16222 Monterey Ln #376 Huntington Beach, CA 92649 Orange County, LBM1081 HCD Title held by Debtor** | | | |
| | As of the date you file, the claim is: Check that apply. | | | |
| | ☐ Contingent | | | |
| Number, Street, City, State & Zip Code | ☐ Unliquidated | | | |
| | ☐ Disputed | | | |
| Who owes the debt? Check one. | Nature of lien. Check all that apply. | | | |
| ■ Debtor 1 only | ☐ An agreement you made (such as mortgage or secured car loan) | | | |
| ☐ Debtor 2 only | | | | |
| ☐ Debtor 1 and Debtor 2 only | ☐ Statutory lien (such as tax lien, mechanic's lien) | | | |
| ☐ At least one of the debtors and another | ☐ Judgment lien from a lawsuit | | | |
| ☐ Check if this claim relates to a community debt | ■ Other (including a right to offset)   Ground Lease,  Lot 376, Tract 10542, Unit 4 located APN 178-011-01 | | | |
| Date debt was incurred | Last 4 digits of account number | | | |

Official Form 106D          Schedule D: Creditors Who Have Claims Secured by Property                    page 1 of ♦ 7

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

EXHIBIT 5, PAGE 66

Debtor 1    Jamie Lynn Gallian

First Name    Middle Name    Last Name

Case number (if known)    **8:21-bk-11710-ES**

| 2.2 | J-Pad, LLC; Steven & Brian Gallian | Describe the property that secures the claim: | $225,,000.00 | $275,000.00 | $ 00.00 |

Creditor's Name

16222 Monterey Ln #376 Huntington Beach, CA 92649 Orange County LBM1081 HCD Title held by Debtor

As of the date you file, the claim is: Check all that apply.

☐ Contingent

Number, Street, City, State & Zip Code    ☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.    **Nature of lien.** Check all that apply.

■ Debtor 1 only

☐ Debtor 2 only

☒ An agreement you made (such as mortgage or secured car loan)

☐ Debtor 1 and Debtor 2 only    ☐ Statutory lien (such as tax lien, mechanic's lien)

☐ At least one of the debtors and another    ☐ Judgment lien from a lawsuit

☐ Check if this claim relates to a community debt    ■ Other (including a right to offset)  **UCC-1**    Certificate of Title Legal Owner recorded with HCD. UCC-1 perfected 1/14/2019

Date debt was incurred _____    Last 4 digits of account number _____

| 2.3 | Hyundai Capital America | Describe the property that secures the claim: | $4,186.00 | $0.00 | $4,186.00 |

Creditor's Name

2020 Kia Sportage Location: 16222 Monterey Ln #376, Huntington Beach CA 92649 (LEASE)

P.O. Box 269011
Plano, TX 75026

As of the date you file, the claim is: Check all that apply.

☐ Contingent

Number, Street, City, State & Zip Code    ☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.    **Nature of lien.** Check all that apply.

■ Debtor 1 only

☐ Debtor 2 only

☐ An agreement you made (such as mortgage or secured car loan)

☐ Debtor 1 and Debtor 2 only    ☐ Statutory lien (such as tax lien, mechanic's lien)

☐ At least one of the debtors and another    ☐ Judgment lien from a lawsuit

☐ Check if this claim relates to a community debt    ■ Other (including a right to offset)  **Auto Lease**

Date debt was incurred _____    Last 4 digits of account number _____

| 2.4 | Orange County Tax Assessor | Describe the property that secures the claim: | $0.00 | $275,000.00 | $0.00 |

Creditor's Name

16222 Monterey Ln #376 Huntington Beach, CA 92649 Orange County Title held by Debtor's single member LLC - J-Sandcastle Co, LLC

As of the date you file, the claim is: Check all that apply.

☐ Contingent

Number, Street, City, State & Zip Code    ☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.    **Nature of lien.** Check all that apply.

■ Debtor 1 only

☐ Debtor 2 only

☐ An agreement you made (such as mortgage or secured car loan)

☐ Debtor 1 and Debtor 2 only    ☐ Statutory lien (such as tax lien, mechanic's lien)

☐ At least one of the debtors and another    ☐ Judgment lien from a lawsuit

☐ Check if this claim relates to a community debt    ■ Other (including a right to offset)  **Property Taxes**

Date debt was incurred _____    Last 4 digits of account number _____

Official Form 106D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page 2 of 7

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Jamie Lynn Gallian | | Case number (if known) | 8:21-bk-11710-ES |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

| 2.5 | **The Huntington Beach Gables** | **Describe the property that secures the claim:** | $319,653.59 | $275,000.00 | $319,653.59 |
|---|---|---|---|---|---|

Creditor's Name
**Homeowners
Association
c/o Epsten Grinnell &
Howell, APC
10200 Willow Creek
Road, Ste 100
San Diego, CA 92131**

Number, Street, City, State & Zip Code

**16222 Monterey Ln #376 Huntington
Beach, CA 92649 Orange County ;
LBM1081; 2014 Skyline Manufactured
Home APN 891-569-62**
As of the date you file, the claim is: Check all that apply.
☐ Contingent

☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☒ Other (including a right to offset)   5/16/2019   Abstract Judgment 2019 165259

Date debt was incurred   5/16/2019        Last 4 digits of account number   OCSC   30-2017-00913985

| 2.6 | **Huntington Beach Gables Homeowners** | **Describe the property that secures the claim:** | $319,653.59 | $275,000.00 | $319,653.59 |
|---|---|---|---|---|---|

Creditor's Name
**Association
c/o Epsten Grinnell &
Howell, APC
10200 Willow Creek
Road, Ste 100
San Diego, CA 92131**

Number, Street, City, State & Zip Code

**16222 Monterey Ln #376 Huntington
Beach, CA 92649 Orange County; LBM
1081; 2014 Skyline Manufactured Home**
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☒ Other (including a right to offset)   Abstract Judgment 201900166068

Date debt was incurred   05/16/2019        Last 4 digits of account number   OCSC   30-2017-00913985

EXHIBIT 5, PAGE 68

Debtor 1    **Jamie Lynn Gallian**
            First Name        Middle Name        Last Name                              Case number (if known)    **8:21-bk-11710-ES**

---

| 2.7 | **The Huntington Beach Gables Homeowners** | Describe the property that secures the claim: | $3,070.00 | $275,000.00 | $3,070.00 |
|---|---|---|---|---|---|

Creditor's Name
**Association
c/o Epsten Grinnell &
Howell, APC
10200 Willow Creek
Road, Ste 100
San Diego, CA 92131**

**16222 Monterey Ln #376 Huntington
Beach, CA 92649  Orange County ;
LBM1081; 2014 Skyline Manufactured
Home APN 891-569-62**
As of the date you file, the claim is: Check all that
apply.
☐ Contingent

Number, Street, City, State & Zip Code

☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only

☐ An agreement you made (such as mortgage or secured
car loan)

☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Statutory lien (such as tax lien, mechanic's lien)

■ Judgment lien from a lawsuit

☐ Check if this claim relates to a
community debt

☒ Other (including a right to offset)    **11/19/2018    Abstract Judgment 2018435011**

Date debt was incurred    **11/19/2018**    Last 4 digits of account number    **OCSC    30-2017-00913985**

---

| 2.8 | **Huntington Beach Gables Homeowners** | Describe the property that secures the claim: | $9,265.00 | $275,000.00 | $9,265.00 |
|---|---|---|---|---|---|

Creditor's Name
**Association
c/o Epsten Grinnell &
Howell, APC
10200 Willow Creek
Road, Ste 100
San Diego, CA 92131**

**16222 Monterey Ln #376 Huntington Beach,
CA 92649  Orange County;    LBM 1081;
2014 Skyline Manufactured Home; APN
891-569-62**
As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated

Number, Street, City, State & Zip Code

☐ Disputed
**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ An agreement you made (such as mortgage or secured
car loan)

■ Debtor 1 only
☐ Debtor 2 only

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Judgment lien from a lawsuit

☐ Check if this claim relates to a
community debt

☒ Other (including a right to offset)    **Abstract Judgment 2019148568**

Date debt was incurred    **05/03/2019**    Last 4 digits of account number    **OCSC    30-2017-00962999**

---

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 4 of 6 7

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

EXHIBIT 5, PAGE 69

Debtor 1   Jamie Lynn Gallian
   First Name      Middle Name            Last Name

Case number (if known)   **8:21-bk-11710-ES**

| 2.9 | Janine Basso, ESQ | Describe the property that secures the claim: | $13,229.24 | $275,000.00 | $13,229.24 |
|---|---|---|---|---|---|

**Janine Basso, ESQ**
Creditor's Name

**16222 Monterey Ln #376 Huntington Beach, CA 92649 Orange County ; LBM1081; 2014 Skyline Manufactured Home APN 891-569-62**

16025 Warmington Lane
Huntinton Beach, CA
92649

As of the date you file, the claim is: Check all that apply.
☐ Contingent

Number, Street, City, State & Zip Code

☐ Unliquidated
☒ Disputed

Nature of lien. Check all that apply.

Who owes the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

■ Judgment lien from a lawsuit

☒ Other (including a right to offset)   **11/19/2018**   **Abstract Judgment 2021000348287**

Date debt was incurred   **5/27/2021**

Last 4 digits of account number   **OCSC**   **30-2018-00986785**

| 2.10 | People of the ST of CA | Describe the property that secures the claim: | $13,229.24 | $275,000.00 | $13,229.24 |
|---|---|---|---|---|---|

Creditor's Name

**16222 Monterey Ln #376 Huntington Beach, CA 92649 Orange County; LBM 1081; 2014 Skyline Manufactured Home; APN 891-569-62**

8141 13th Street
Westminister, CA
92683

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated   **On Appeal 30-2021-01189657**
☐ Disputed

Number, Street, City, State & Zip Code

Nature of lien. Check all that apply.

Who owes the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

■ Judgment lien from a lawsuit

☒ Other (including a right to offset)   **Abstract Judgment 2021000348287**

Date debt was incurred   **5/27/2021**

Last 4 digits of account number   **OCSC**   **18WM05278**

Official Form 106D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

page 5 of 8

EXHIBIT 5, PAGE 70

Debtor 1   **Jamie Lynn Gallian**
   First Name         Middle Name             Last Name

Case number (if known)    **8:21-bk-11710-ES**

| 2.11 | **Janine Basso, ESQ** | Describe the property that secures the claim: | $53,684.41 | $275,000.00 | $53,684.41 |
|---|---|---|---|---|---|

| 2.11 | | | | | |
|---|---|---|---|---|---|

**2.11   Janine Basso, ESQ**

Creditor's Name

**16025 Warmington Lane
Huntinton Beach, CA
92649**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
community debt

Date debt was incurred    **7/23/2020**

Describe the property that secures the claim:    **$53,684.41**    **$275,000.00**    **$53,684.41**

**16222 Monterey Ln #376 Huntington
Beach, CA 92649  Orange County ;
LBM1081; 2014 Skyline Manufactured
Home APN 891-569-62**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured
car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☒ Other (including a right to offset)    **12/14/2018  Abstract Judgment 2018000467142**

Last 4 digits of account number    **OCSC**    **30-2017-00913985**

| 2.12 | **Huntington Beach
Gables Homeowners
Association** | Describe the property that secures the claim: | $46,138.00 | $275,000.00 | $46,138.00 |
|---|---|---|---|---|---|

Creditor's Name

**c/o Epsten Grinnell &
Howell, APC
10200 Willow Creek
Road, Ste 100
San Diego, CA 92131**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
community debt

Date debt was incurred    **12/14/2018**

Describe the property that secures the claim:    **$46,138.00**    **$275,000.00**    **$46,138.00**

**16222 Monterey Ln #376 Huntington Beach,
CA 92649  Orange County;
LBM 1081; 2014 Skyline Manufactured
Home; APN 891-569-62**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured
car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☒ Other (including a right to offset)    **12/14/2018  Abstract Judgment 2018000467142**

Last 4 digits of account number    **OCSC**    **30-2017-00913985**

EXHIBIT 5, PAGE 71

Debtor 1    Jamie Lynn Gallian
　　First Name　　　　　Middle Name　　　　　　　　Last Name

Case number (if known)　　　**8:21-bk-11710-ES**

| 2.7 | **The Huntington Beach Gables** | Describe the property that secures the claim: | $46,138.00 | $275,000.00 | $46,138.00 |
|---|---|---|---|---|---|

Creditor's Name

**Homeowners Association
Gordon, Rees,
Mansukhani
633 W 5th Street, 52nd
Floor
Los Angeles, CA 90071**

**16222 Monterey Ln #376 Huntington
Beach, CA 92649  Orange County;
2014 Skyline Manufactured Home
LBM 1081**
As of the date you file, the claim is: Check all that
apply.
☐ Contingent

Number, Street, City, State & Zip Code

☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.

**Nature of lien.** Check all that apply.

☑ Debtor 1 only

☐ An agreement you made (such as mortgage or secured
car loan)

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ At least one of the debtors and another

☐ Judgment lien from a lawsuit

☐ Check if this claim relates to a
community debt

☑ Other (including a right to offset)　　**Abstract of Judgement  2018000467142**

Date debt was incurred　　**12/14/2018**　　　Last 4 digits of account number　　**30-2017-00913985**

Add the dollar value of your entries in Column A on this page. Write that number here:　　$604,242.59

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:　　$ 604,242.59

**Part 2:　List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is
trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more
than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any
debts in Part 1, do not fill out or submit this page.

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 7 of 7

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**EXHIBIT 6**

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION |
| Case number | 8:21-bk-11710-ES |

■ Check if this is an
amended filing

## Official Form 106A/B
## Schedule A/B: Property                                                          12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
■ Yes. Where is the property?

| | | | |
|---|---|---|---|
| 1.1 | **Located on APN 178-011-01** | | |
| | **Tract 10542, Unit 4, Lot 376** | | |

**16222 Monterey Ln. Spc 376**
Street address, if available, or other description

**What is the property?** Check all that apply

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
■ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $235,000.00 | $235,000.00 |

**Huntington Beach    CA    92649-0000**
City              State      ZIP Code

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Fee Simple**

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Orange**
County

☐ Check if this is community property
(see instructions)

**Other information you wish to add about this item, such as local property identification number:**
**APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home. Decal No. LBM1081. Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2".**

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here............................................................=>**

| |
|---|
| $235,000.00 |

**Part 2:**    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

EXHIBIT 6, PAGE 73

| Debtor 1 | **Jamie Lynn Gallian** | | Case number *(if known)* | **8:21-bk-11710-ES** |

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycle**

■ Yes    Lease 2020 Kia Sportage    Expires 12/2022

☐ No

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No

☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for
pages you have attached for Part 2. Write that number here.............................................................=>

| | $0.00 |

**Part 3:  Describe Your Personal and Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes.  Describe.....

| Misc. household goods and furnishings Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $3,500.00 |

| waterford crystal set red and white wine glasses | $1,000.00 |

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
■ Yes.  Describe.....

| Wall television, computer, printer and peripherals Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $500.00 |

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☐ No
■ Yes.  Describe.....    Location:  16222 Monterey Lane, Space 376, Huntington Beach CA 92649

| Lladro figurine collection (20) | $1,900.00 |

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
■ No
☐ Yes.  Describe.....

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
■ No
☐ Yes.  Describe.....

Official Form 106A/B                    Schedule A/B: Property                    page 2

EXHIBIT 6, PAGE 74

Debtor 1    **Jamie Lynn Gallian**                                          Case number *(if known)*   **8:21-bk-11710-ES**

---

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

☑ Yes.  Describe.....

| | |
|---|---|
| Misc. clothing<br>**Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649** | $1,000.00 |

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

☑ Yes.  Describe.....

| | |
|---|---|
| **Movado wrist watch (20 yrs. old); costume jewelry, misc. non-gold chains/bracelets, and earrings.**<br>**Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649** | $1,000.00 |

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No

☑ Yes.  Describe.....

| | |
|---|---|
| **5-year old Wired Terrier Dog** | $25.00 |

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No

☐ Yes.  Give specific information.....

**15.**  Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ...........................................................................

| |
|---|
| $8,925.00 |

---

**Part 4:**  Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No

☐ Yes..................................................................................................

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes........................                          Institution name:

| | | |
|---|---|---|
| 17.1. | **EDD Debit account**  **Bank of America** | $3,793.00 |
| 17.2. | **Savings**  **Alliant Credit Union--Only funds are Covid-19 relief funds from the government.** | $1,407.00 |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

EXHIBIT 6, PAGE 75

| Debtor 1 | **Jamie Lynn Gallian** | | Case number *(if known)* | **8:21-bk-11710-ES** |

| 17.3. | **Savings** | **Alliant Credit Union--Only funds are Covid-19 relief funds from the government.** | $2,600.00 |

**18.   Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ■ No
   ☐ Yes.................     Institution or issuer name:

**19.   Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☐ No
   ☐ Yes.   Give specific information about them....................
         Name of entity:                                    % of ownership:

| | % of ownership | |
|---|---|---|
| **J-Sandcastle Co, LLC  single member entity** currently has a bank account of less than $500.00 assets. **Original purpose of LLC was to hold HCD Registration to Debtor's residence. HCD Registration was transferred to debtor on 2/25/2021 after voluntary mediation with RDRMHE Park in UD Case.  Park refused to countersign lease agreement with HCD Registered Applicant, J-Sandcastle Co LLC. According to Houser Bros RDR Park Owner/Manager, Park Rules allegedly forbid home to be held in name other than an  individual; However, Park allow homes titled in a Trust.  Debtor unable to verify stated reason in RDRMHE Park Rules.** | 100 % | $ 500.00 |
| **J-PAD, LLC.  Manager-Managed closed family LLC.  Members Assets include bank account of around $2,000; Uncashed B/A Cashiers Check $13,710.00, from ChaseJ-Sandcastle 7/9/21, rent funds to RDRMHE; Rent Checks tendered for space 376 rent paid in full by debtor (Alliant CU Acct)  through December 2021, returned from Rancho Del Rey MHE. J-Pad, LLC Holder of  COTA  perfected 1/14/2019.  UCC-1 AD  filed 1/14/2019, 30-yr. Manufactured Home Transaction secured by LBM1081, located on APN 178-011-16, Tract 10542, Unit 4, Lot 376.  J-Pad, LLC  Holder of Security Agreement, dated 11/16/18, Promissory Note ($175,000 & $88,000). Matures 2048.  Various minimal debts owed approx. $15,000.  Debtor 341 testimony concerned frivolous costly ongoing litigation debt; Debtor manages 100%.** | 33-1/3 % | $ 75,000.00 |

**20.   Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ■ No
   ☐ Yes. Give specific information about them
            Issuer name:

**21.   Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ☐ No
   ■ Yes. List each account separately.
         Type of account:              Institution name:

| | Type of account | Institution name | |
|---|---|---|---|
| | **IRA** | **Fidelity** | $ 7,400.00 |

**22.   Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ☐ Yes
   ■ No. .                          Institution name or individual:

**23.   Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   ☐ Yes.............     Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

EXHIBIT 6, PAGE 76

Debtor 1    Jamie Lynn Gallian                                    Case number (if known)    8:21-bk-11710-ES

■ No
☐ Yes.............    Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
              benefits; unpaid loans you made to someone else
■ No
☐ Yes.  Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
■ No
☐ Yes. Name the insurance company of each policy and list its value.
                    Company name:                    Beneficiary:                    Surrender or refund
                                                                                     value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
    someone has died.
☐ No
■ Yes.  Give specific information..    **Probate estate of Charles J. Bradley, Jr.  Case No. 30-2017-00915711.**
                                        **Uncertain what, if any, proceeds will pass to debtor.**

                                        **Creditor's claim Estate of Charles James Bradley  Jr. filed by debtor for $1**
                                        **million, June 2020, denied by Administrator, Sandra Bradley, approx.**
                                        **March 29, 2021.  Unknown whether any recovery will be awarded.**                Unknown

EXHIBIT 6, PAGE 77

Debtor 1    **Jamie Lynn Gallian**    Case number *(if known)*    **8:21-bk-11710-ES**

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ Yes. Describe each claim.    **Wrongful termination against United Airlines. No lawsuit filed.**
☐ No. .    **Claim filed Collective Bargaining with Association of Flight Attendants under**
**Railway Labor Act. Arbitration with Compa\ny & AFA requested and being pursued.**    **Unknown**

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
☐ No
☑ Yes. Describe each claim.........

| | | |
|---|---|---|
| *34.1* | **Claim against Sandra Bradley and Houser Bros Co for failure to disclose real estate transaction May 2010, that ultimately lead to recordation of Grant Deed Doc # 2010219518 APN 937-63-053, Unit 53 in name of Houser Bros instead of intended transfer to Sandra L. Bradley Trust.** No lawsuit filed yet. | **Unknown** |
| *34.2* | **Possible claim against Sandra Bradley for failure to disclose previous alleged ARC violations in connection with improvements to Unit 53 in 2014, 2015, 2016, at Alderport, that occurred prior to debtor became legal owner of the Alderport property on March 23, 2017, the subject of 4/11/2017 FAC 5/16/2017, Gables HOA civil complaint.** | **Unknown** |
| *34.3* | **Multiple claims against Tract 10542 Master Lessor Houser Bros Co. and Park Manager Houser Bros Co. dba Rancho Del Rey Mobilehome Estates for Violation(s) Davis Stirling Act; Civil Code; violations of MRL §798, et seq. multiple acts (retaliation, discrimination, trespassing/unlawful entry; forcible detainer, wrongful eviction, failure to timely pursue/prosecute frivolous UD claim filed 1/2/19. Failure to counter sign Consumer Lease Agreement with Applicant(s); Registered Owners of bona fide purchase 2014 Skyline Custom Villa, LBM1081** Possible award of Attorney Fees under Davis Stirling Act; CA Civil Code; and (MRL) | **Unknown** |
| *34.4* | **Personal Injury claim pending against Huntington Beach Gables HOA; Jesus Jasso, Jr. et al. Case No. 30-2020-01153679.** Estimated damages approximately $195,000. | **Unknown** |
| *34.5* | Due to pending litigation  Potential right of debtor to reversionary interest in Unit 53, unexpired Ground Leasehold and Subcondominum Leasehold in Condominium Project Lot 1 & 2, Tract 10542, APN 178-011-01; 178-011-16,  Holding Alternate APN 178-771-03;  Unit 53 APN 937-63-053; Original Master Lessor Houser Bros Co. and Robert P. Warmington, an Ind. Original Tenant; Robert P. Warmington, an Ind. Sublessor, assigned to Robert P. Warmington Company, Subleasee; Further assigned Declarant Robert P. Warmington Co. Sublessor assigned certain rights of Declarant to various consumers until 2059, termination 80-year GroundLeasehold and Subcondominium Leasehold;  Further rights clarified by Master Lessor and Sublessor in First Amendment to CC&Rs filed OC Clerk Recorder, 8/5/1980, Doc No. 8005, detailing Consumer's Interest in Master Ground Leasehold and Subcondominium Leasehold  relative to Lot 1 & 2 Tract 10542, City of Huntington Beach, CA.  (Huntington Beach Gables HOA has a filed cross-complaint pending OCSC, in which Gables HOA seek a voiding of the debtors sale of unencumbered rights in debtors previous residence; Ground Leasehold and SubCondominium Leasehold sold on 10/31/2018 to a bona fide purchaser for value, Randall Nickels, including rights of Assignment of unexpired term of 80 yr Ground Leasehold and Subcondominium Leasehold from Debtor to purchaser Randall Nickels). | **Unknown** |
| **34.6** | **Potential Victim restitution Order from Defendant Jesus Jasso, Jr,  OCSC Case No. 19WM09951** **Approx. economic damages  $ 73,000.00** . | **Unknown** |

35. **Any financial assets you did not already list**
☐ No
☑ Yes. Give specific information..    **CA COVID-19 relief from State of California for rent relief (debtor**
**applied approx June 9,2021.  CA Covid-19 Relief Award**
**October 27, 2021.**    Not property of the estate.    **$24,301.55**

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................................................................    **$ 115,001.55**

**Part 5:**    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

EXHIBIT 6, PAGE 78

Debtor 1    **Jamie Lynn Gallian**                                    Case number *(if known)*    **8:21-bk-11710-ES**

37. **Do you own or have any legal or equitable interest in any business-related property?**
   ■ No. Go to Part 6.
   ☐ Yes.  Go to line 38.

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   ■ No. Go to Part 7.
   ☐ Yes.  Go to line 47.

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   ■ No
   ☐ Yes. Give specific information.........

54.  **Add the dollar value of all of your entries from Part 7. Write that number here**  ....................................          **$0.00**

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

55.  **Part 1: Total real estate, line 2** ............................................................................................................          **$235,000.00**
56.  **Part 2: Total vehicles, line 5**          **$0.00**
57.  **Part 3: Total personal and household items, line 15**          **$8,925.00**
58.  **Part 4: Total financial assets, line 36**          **$115,001.55**
59.  **Part 5: Total business-related property, line 45**          **$0.00**
60.  **Part 6: Total farm- and fishing-related property, line 52**          **$0.00**
61.  **Part 7: Total other property not listed, line 54**     +          **$0.00**

62.  **Total personal property.** Add lines 56 through 61...          **$123,926.55**     Copy personal property total          **$123,926.55**

63.  **Total of all property on Schedule A/B.** Add line 55 + line 62          **$358,926.55**

EXHIBIT 6, PAGE 79

**EXHIBIT 7**

**Fill in this information to identify your case and this filing:**

Debtor 1    **Jamie Lynn Gallian**
             First Name         Middle Name              Last Name

Debtor 2     _____
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION

Case number    8:21-bk-11710-ES

■ Check if this is an
amended filing

## Official Form 106A/B
# Schedule A/B: Property                                          12/15

In each category, separately list and describe items. List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**    **Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
■ Yes. Where is the property?

| | | |
|---|---|---|
| 1.1 | **Located on APN 178-011-01 Tract 10542, Unit 4, Lot 376** | **What is the property?** Check all that apply |
| | **16222 Monterey Ln. Spc 376** | ☒ Single-family home |
| | Street address, if available, or other description | ☐ Duplex or multi-unit building |
| | | ☐ Condominium or cooperative |
| | | ■ Manufactured or mobile home |
| | | ☐ Land |
| | **Huntington Beach   CA   92649-0000** | ☐ Investment property |
| | City          State        ZIP Code | ☐ Timeshare |
| | | ☐ Other |

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
$235,000.00                              $235,000.00

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.  80 yr Ground Leasehold, APN 178-011-01, Tract 10542, Unit 4, Lot 376. OC Clk Rec. RS Bk 58 pg 35-36; Parcel Map, Bk 108 Pg 47, 48; MM Bk 456, Pg 49-50;

☐ **Check if this is community property** (see instructions)

**Orange**
County

Other information you wish to add about this item, such as local property identification number:
**APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home. HCD Decal No. LBM 1081. Serial Number AC7V710394GB/GA 56'x15'2". Registered to Debtor. HCD COTA perfected 1/14/2019**

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................=>    $235,000.00

**Part 2:**    **Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

EXHIBIT 7, PAGE 80

Debtor 1    **Jamie Lynn Gallian**                                    Case number *(if known)*    **8:21-bk-11710-ES**

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycle**

■ Yes        Lease 2020 Kia Sportage   Expires 12/2022

☐ No

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No

☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for
   pages you have attached for Part 2. Write that number here...................................................................=>        **$0.00**

| **Part 3:** | **Describe Your Personal and  Household Items** |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes.  Describe.....

| Misc. household goods and furnishings<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $3,500.00 |
|---|---|
| waterford crystal set red and white wine glasses | $1,000.00 |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes.  Describe.....

| Wall television, computer, printer and peripherals<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $500.00 |
|---|---|

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ■ Yes.  Describe.....        Location:  16222 Monterey Lane, Space 376, Huntington Beach CA 92649

| Lladro figurine collection (20) | $1,900.00 |
|---|---|

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes.  Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes.  Describe.....

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

EXHIBIT 7, PAGE 81

Debtor 1   **Jamie Lynn Gallian** _____      Case number *(if known)*   **8:21-bk-11710-ES**

---

11. **Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

■ Yes.  Describe.....

| | |
|---|---|
| Misc. clothing<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $1,000.00 |

12. **Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

■ Yes.  Describe.....

| | |
|---|---|
| Movado wrist watch (20 yrs. old); costume jewelry, misc. non-gold chains/bracelets, and earrings.<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $1,000.00 |

13. **Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No

■ Yes.  Describe.....

| | |
|---|---|
| 5-year old Wired Terrier Dog | $25.00 |

14. **Any other personal and household items you did not already list, including any health aids you did not list**

■ No

☐ Yes.  Give specific information.....

15.   Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ............................................................................

| |
|---|
| $8,925.00 |

---

**Part 4:**  Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

■ No

☐ Yes....................................................................................................................

17. **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

■ Yes........................      Institution name:

| 17.1. | **EDD Debit account** | **Bank of America** | $3,793.00 |
|---|---|---|---|
| 17.2. | **Savings** | **Alliant Credit Union--Only funds are Covid-19 relief funds from the government.** | $1,407.00 |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

EXHIBIT 7, PAGE 82

Debtor 1    **Jamie Lynn Gallian**    Case number *(if known)*    **8:21-bk-11710-ES**

| | | | |
|---|---|---|---|
| 17.3. | **Savings** | Alliant Credit Union--Only funds are Covid-19 relief funds from the government. | $2,600.00 |

**18.  Bonds, mutual funds, or publicly traded stocks**
  *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
  ■ No
  ☐ Yes.................        Institution or issuer name:

**19.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
  ☐ No
  ■ Yes.  Give specific information about them...................
          Name of entity:                                    % of ownership:

**J-Sandcastle Co, LLC  single member entity** had a bank account of  $9000.00 assets to B/A
Cashiers Chk. Uncashed space 376 rent funds.  Current less than $500.00
Original purpose of LLC was to hold HCD Registration to Debtor's residence.
HCD Registration was transferred to debtor on 2/25/2021 after voluntary
mediation with RDRMHE Park re: 2019 UD Case.  Park refused to countersign
lease agreement with HCD Registered Applicant, J-Sandcastle Co LLC. Accord-
ing to Houser Bros Park Owner/Manager, Park Rules allegedly forbid home
to be held in business name; insistent only in an individual name.  However, Park allows
homes held  in Trust. Debtor unable to verify stated reason in RDRMHE Park Rules.    100 %    $500.00

**J-PAD, LLC.  Manager-Managed  LLC.  Assets** include bank account of less than $1,000;
 B/A Cashier;s Check approx, $13,710.00, from 7/9/21 Chase Bank- J-Sandcastle Co LLC;
Rent Checks tendered for space 376 as agreed.  Space rent tendered each month since filing
BK petition 7-9-21 by debtor (Alliant CU Acct.)  through December 31, 2021, Concurrently
with CA Covid-19 Relief AWARD 10/27/2021;  Houser Bros Co. caused further harm to
debtor, Houser Bros sent uncashed checks to various un-authorized entities including the
IRS, in violation of debtors STAY.
Debtors  J-Pad, LLC,  Holder of  COTA  perfected 1/14/2019.    100 %    $14,710.00

**20.  Government and corporate bonds and other negotiable and non-negotiable instruments**
  *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
  *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
  ■ No
  ☐ Yes. Give specific information about them
          Issuer name:

**21.  Retirement or pension accounts**
  *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
  ☐ No
  ■ Yes. List each account separately.
          Type of account:            Institution name:

| | | |
|---|---|---|
| **IRA** | **Fidelity** | $ 7,400.00 |

**22.  Security deposits and prepayments**
  Your share of all unused deposits you have made so that you may continue service or use from a company
  *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
  ☐ Yes
  ■ No. .                          Institution name or individual:

**23.  Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
  ■ No
  ☐ Yes.............        Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
  26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

Debtor 1    **Jamie Lynn Gallian**                                    Case number *(if known)*   **8:21-bk-11710-ES**

■ No
☐ Yes.............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ■ No
   ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ■ No
   ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ■ No
   ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
   ■ No
   ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   ■ No
   ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
             benefits; unpaid loans you made to someone else
   ■ No
   ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ■ No
   ☐ Yes. Name the insurance company of each policy and list its value.
   Company name:                    Beneficiary:                    Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
   someone has died.
   ☐ No
   ■ Yes.  Give specific information..    **Probate estate of Charles J. Bradley, Jr.  Case No. 30-2017-00915711.
                                      Uncertain what, if any, proceeds will pass to debtor.**

   **Creditor's claim Estate of Charles James Bradley  Jr. filed by debtor for $1
   million, June 2020, denied by Administrator, Sandra Bradley, approx.
   March 29, 2021.  Unknown whether any recovery will be awarded.**                    **Unknown**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

EXHIBIT 7, PAGE 84

| Debtor 1 | **Jamie Lynn Gallian** | | Case number *(if known)* | **8:21-bk-11710-ES** |

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

■ Yes. Describe each claim.    Wrongful termination against United Airlines. No lawsuit filed.
☐ No. .    Claim filed Collective Bargaining with Association of Flight Attendants under
    Railway Labor Act. Arbitration with Compa\ny & AFA requested and being pursued.    **Unknown**

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ☐ No
    ■ Yes. Describe each claim.........

| | | |
|---|---|---|
| *34.1* | Claim against Sandra Bradley and Houser Bros Co for failure to disclose real estate transaction May 2010, that ultimately lead to recordation of Grant Deed Doc # 2010219518 APN 937-63-053, Unit 53 in name of Houser Bros instead of intended transfer to Sandra L. Bradley Trust.            No lawsuit filed yet. | **Unknown** |
| *34.2* | Possible claim against Sandra Bradley for failure to disclose previous alleged ARC violations in connection with improvements to Unit 53 in 2014, 2015, 2016, at Alderport, that occurred prior to debtor became legal owner of the Alderport property on March 23, 2017, the subject of 4/11/2017  FAC 5/16/2017, Gables HOA civil complaint. | **Unknown** |
| *34.3* | Multiple claims against Tract 10542 Master Lessor Houser Bros Co. and Park Manager Houser Bros Co. dba Rancho Del Rey Mobilehome Estates for Violation(s) Davis Stirling Act; Civil Code; violations of MRL §798, et seq.  multiple acts (retaliation, discrimination, trespassing/unlawful entry; forcible detainer, wrongful eviction, failure to timely pursue/prosecute frivolous UD claim filed 1/2/19.  Failure to counter sign Consumer Lease Agreement with Applicant(s); Registered Owners of bona fide purchase 2014 Skyline Custom Villa, LBM1081<br><br>Possible award of Attorney Fees under Davis Stirling Act;  CA Civil Code; and (MRL) | **Unknown** |
| *34.4* | Personal Injury claim pending against Huntington Beach Gables HOA; Jesus Jasso, Jr. et al.  Case No. 30-2020-01153679.<br><br>Estimated  damages approximately $195,000. | **Unknown** |
| *34.5* | Due to pending litigation  potential right of debtor to reversionary interest  unexpired Ground Leasehold in Condominium Project Lot 1 & 2, Tract 10542, APN 178-011-01; 178-011-16,  Holding Alternate APN 178-771-03;<br>Original Master Lessor Houser Bros Co. and Robert P. Warmington, an Ind. Original Tenant; Robert P. Warmington, an Ind. Sublessor, assigned to Robert P. Warmington Company, Subleasee; Further assigned Declarant Robert P. Warmington Co. Sublessor assigned certain rights of the Declarant to various consumers until 2059, an 80-year GroundLeasehold and Subcondominium Leasehold Tract 10542, Lot 1 and 2;  Further rights clarified by Master Lessor and Sublessor in that certain First Amendment to CC&Rs filed OC Clerk Recorder, 8/5/1980, Doc No. 8005, detailing Consumer's Interest in Master Ground-Leasehold and Subcondominium Leasehold relative to Lot 1 & 2 Tract 10542 Hunt. Beach.<br><br>(Huntington Beach Gables HOA has filed a cross-complaint pending OCSC, in which Gables HOA seek a voiding of the debtors sale of unencumbered fee interest in debtor's previous residence; Ground Leasehold and SubCondominium Leasehold sold on 10/31/2018 to a bona fide purchaserfor value, Randall Nickels, including rights of Assignment of unexpired term of 80 yr Ground Leasehold and Subcondominium Leasehold from Debtor to purchaser Randall Nickels). | **Unknown** |
| **34.6** | Potential Victim Restitution Order from Defendant Jesus Jasso, Jr, PC§242 OCSC Case No. 19WM09951<br>.            Approx. economic damages  $ 73,000.00 | **Unknown** |

35. **Any financial assets you did not already list**
    ☐ No
    ■ Yes.  Give specific information..    CA COVID-19 Award - State of California.  Landlord refused to participate or apply on
    behalf of this tenant after receiving Tenants Declaration re: Covid related afflictions
    from Tenant.  Tenant applied 6/9/21 and was Awarded Relief on 10/27/2021.    **$24,301.55**

    Landlord waited three weeks to notify Counsel in UD case of funds received.  Landlord
    refused to dismiss UD case.  Application to avoid Lease Forfeiture Filed @ CJC.

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached**
    **for Part 4. Write that number here.**    **$ 54,711.55**

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

Debtor 1   **Jamie Lynn Gallian**                                    Case number *(if known)*   **8:21-bk-11710-ES**

37. **Do you own or have any legal or equitable interest in any business-related property?**
   ☑ No. Go to Part 6.
   ☐ Yes.  Go to line 38.

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   ☑ No. Go to Part 7.
   ☐ Yes.  Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   ☑ No
   ☐ Yes. Give specific information.........

54.   **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................   **$0.00**

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

| | | |
|---|---|---|
| 55. | **Part 1: Total real estate, line 2** .......................................................................................................... | **$235,000.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$0.00** |
| 57. | **Part 3: Total personal and household items, line 15** | **$8,925.00** |
| 58. | **Part 4: Total financial assets, line 36** | **$54,711.55** |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** |
| 61. | **Part 7: Total other property not listed, line 54** | + **$0.00** |
| 62. | **Total personal property.** Add lines 56 through 61... | **$63,636.55**   Copy personal property total   **$63,636.55** |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | **$298,636.55** |

EXHIBIT 7, PAGE 86

**EXHIBIT 8**

**Fill in this information to identify your case and this filing:**

Debtor 1    **Jamie Lynn Gallian**
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION

Case number    8:21-bk-11710-ES

■ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
■ Yes. Where is the property?

1.1

**Located on APN 178-011-01 Tract 10542, Unit 4, Lot 376**

**16222 Monterey Ln. Spc 376**
Street address, if available, or other description

**Huntington Beach  CA  92649-0000**
City    State    ZIP Code

**Orange**
County

**What is the property?** Check all that apply

☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
■ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?
**$235,000.00**    **$235,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.  80 yr Ground Leasehold, APN 178-011-01, Tract 10542, Unit 4, Lot 376. OC Clk Rec. RS Bk 58 pg 35-36; Parcel Map, Bk 108 Pg 47, 48; MM Bk 456, Pg 49-50;

☐ **Check if this is community property** (see instructions)

Other information you wish to add about this item, such as local property identification number:
**APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home. HCD Decal No. LBM 1081. Serial Number AC7V710394GB/GA 56'x15'2". Registered to Debtor. HCD COTA perfected 1/14/2019**

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................................=>**    **$235,000.00**

**Part 2:** Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

EXHIBIT 8, PAGE 87

Debtor 1   **Jamie Lynn Gallian**   Case number *(if known)*   **8:21-bk-11710-ES**

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycle**

■ Yes   Lease 2020 Kia Sportage   Expires 12/2022

☐ No

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No

☐ Yes

5   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.............................................................=>   | **$0.00**

| **Part 3:** | Describe Your Personal and Household Items |

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes. Describe.....

| Misc. household goods and furnishings<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $3,500.00 |
| waterford crystal set red and white wine glasses | $1,000.00 |

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
■ Yes. Describe.....

| Wall television, computer, printer and peripherals<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $500.00 |

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☐ No
■ Yes. Describe.....   Location:  16222 Monterey Lane, Space 376, Huntington Beach CA 92649

| Lladro figurine collection (20) | $1,900.00 |

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
■ No
☐ Yes. Describe.....

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
■ No
☐ Yes. Describe.....

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

EXHIBIT 8, PAGE 88

| Debtor 1 | Jamie Lynn Gallian | Case number *(if known)* | 8:21-bk-11710-ES |
|---|---|---|---|

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

☑ Yes. Describe.....

| Misc. clothing<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $1,000.00 |
|---|---|

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

☑ Yes. Describe.....

| Movado wrist watch (20 yrs. old); costume jewelry, misc. non-gold chains/bracelets, and earrings.<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $1,000.00 |
|---|---|

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No

☑ Yes. Describe.....

| 5-year old Wired Terrier Dog | $25.00 |
|---|---|

**14.** Any other personal and household items you did not already list, including any health aids you did not list

☑ No

☐ Yes. Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ......................................................................

| $8,925.00 |
|---|

| **Part 4:** | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No

☐ Yes...................................................................................................

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes........................       Institution name:

| 17.1. | **EDD Debit account** | **Bank of America** | $3,793.00 |
|---|---|---|---|

| 17.2. | **Savings** | **Alliant Credit Union--Only funds are Covid-19 relief funds from the government.** | $1,407.00 |
|---|---|---|---|

EXHIBIT 8, PAGE 89

| Debtor 1 | **Jamie Lynn Gallian** | Case number *(if known)* | **8:21-bk-11710-ES** |
|---|---|---|---|

| | 17.3. | **Savings** | **Alliant Credit Union--Only funds are Covid-19 relief funds from the government.** | $2,600.00 |
|---|---|---|---|---|

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
■ No
☐ Yes.................    Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
☐ No
■ Yes.  Give specific information about them...................
Name of entity:    % of ownership:

**J-Sandcastle Co, LLC  single member entity** had a bank account of  $9000.00 assets to B/A
Cashiers Chk. Uncashed space 376 rent funds.  Current less than $500.00
Original purpose of LLC was to hold HCD Registration to Debtor's residence.
HCD Registration was transferred to debtor on 2/25/2021 after voluntary
mediation with RDRMHE Park re: 2019 UD Case.  Park refused to countersign
lease agreement with HCD Registered Applicant, J-Sandcastle Co LLC. Accord-
ing to Houser Bros Park Owner/Manager, Park Rules allegedly forbid home
to be held in business name; insistent only in an individual name.  However, Park allows
homes held  in Trust. Debtor unable to verify stated reason in RDRMHE Park Rules.    **100 %**    **$500.00**

**J-PAD, LLC.  Manager-Managed  LLC.  Assets** include bank account of less than $1,000;
 B/A Cashier;s Check approx, $13,710.00, from 7/9/21 Chase Bank- J-Sandcastle Co LLC;
Rent Checks tendered for space 376 as agreed.  Space rent tendered each month since filing
BK petition 7-9-21 by debtor (Alliant CU Acct.)  through December 31, 2021, Concurrently
with CA Covid-19 Relief AWARD 10/27/2021;  Houser Bros Co. caused further harm to
debtor, Houser Bros sent uncashed checks to various un-authorized entities including the
IRS, in violation of debtors STAY.
Debtors  J-Pad, LLC,  Holder of  COTA  perfected 1/14/2019.    **100 %**    $14,710.00

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
■ No
☐ Yes. Give specific information about them
Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☐ No
■ Yes. List each account separately.
Type of account:    Institution name:

| | | |
|---|---|---|
| **IRA** | **Fidelity** | **$ 7,400.00** |

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
☐ Yes
■ No. .    Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes.............    Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

EXHIBIT 8, PAGE 90

Debtor 1    **Jamie Lynn Gallian**                              Case number *(if known)*    **8:21-bk-11710-ES**

■ No
☐ Yes.............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ■ No
   ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ■ No
   ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ■ No
   ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
   ■ No
   ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   ■ No
   ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
   ■ No
   ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ■ No
   ☐ Yes. Name the insurance company of each policy and list its value.
   Company name:            Beneficiary:            Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
   ☐ No
   ■ Yes.  Give specific information..    **Probate estate of Charles J. Bradley, Jr.  Case No. 30-2017-00915711.
   Uncertain what, if any, proceeds will pass to debtor.**

   **Creditor's claim Estate of Charles James Bradley  Jr. filed by debtor for $1
   million, June 2020, denied by Administrator, Sandra Bradley, approx.
   March 29, 2021.  Unknown whether any recovery will be awarded.**                    **Unknown**

EXHIBIT 8, PAGE 91

| Debtor 1 | **Jamie Lynn Gallian** | | Case number *(if known)* | **8:21-bk-11710-ES** |

---

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No.

■ Yes. Describe each claim.   Wrongful termination against United Airlines. No lawsuit filed.
Claim filed Collective Bargaining with Association of Flight Attendants under
Railway Labor Act. Arbitration with Compa\ny & AFA requested and being pursued.                    **Unknown**

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☐ No

■ Yes. Describe each claim.........

| 34.1 | Claim against Sandra Bradley and Houser Bros Co for failure to disclose real estate transaction May 2010, that ultimately lead to recordation of Grant Deed Doc # 2010219518 APN 937-63-053, Unit 53 in name of Houser Bros instead of intended transfer to Sandra L. Bradley Trust.                    No lawsuit filed yet. | **Unknown** |

| 34.2 | Possible claim against Sandra Bradley for failure to disclose previous alleged ARC violations in connection with improvements to Unit 53 in 2014, 2015, 2016, at Alderport, that occurred prior to debtor became legal owner of the Alderport property on March 23, 2017, the subject of 4/11/2017 FAC 5/16/2017, Gables HOA civil complaint. | **Unknown** |

| 34.3 | Multiple claims against Tract 10542 Master Lessor Houser Bros Co. and Park Manager Houser Bros Co. dba Rancho Del Rey Mobilehome Estates for Violation(s) Davis Stirling Act; Civil Code; violations of MRL §798, et seq.  multiple acts (retaliation, discrimination, trespassing/unlawful entry; forcible detainer, wrongful eviction, failure to timely pursue/prosecute frivolous UD claim filed 1/2/19.  Failure to counter sign Consumer Lease Agreement with Applicant(s); Registered Owners of bona fide purchase 2014 Skyline Custom Villa, LBM1081 <br><br> Possible award of Attorney Fees under Davis Stirling Act;  CA Civil Code; and (MRL) | **Unknown** |

| 34.4 | Personal Injury claim pending against Huntington Beach Gables HOA; Jesus Jasso, Jr. et al.  Case No. 30-2020-01153679. <br><br> Estimated  damages approximately $195,000. | **Unknown** |

| 34.5 | Due to pending litigation  potential right of debtor to reversionary interest  unexpired Ground Leasehold in Condominium Project Lot 1 & 2, Tract 10542, APN 178-011-01; 178-011-16,  Holding Alternate APN 178-771-03; <br> Original Master Lessor Houser Bros Co. and Robert P. Warmington, an Ind. Original Tenant; Robert P. Warmington, an Ind. Sublessor, assigned to Robert P. Warmington Company, Subleasee; Further assigned Declarant Robert P. Warmington Co. Sublessor assigned certain rights of the Declarant to various consumers until 2059, an 80-year GroundLeasehold and Subcondominium Leasehold Tract 10542, Lot 1 and 2;  Further rights clarified by Master Lessor and Sublessor in that certain First Amendment to CC&Rs filed OC Clerk Recorder, 8/5/1980, Doc No. 8005, detailing Consumer's Interest in Master Ground-Leasehold and Subcondominium Leasehold relative to Lot 1 & 2 Tract 10542 Hunt. Beach. <br><br> (Huntington Beach Gables HOA has filed a cross-complaint pending OCSC, in which Gables HOA seek a voiding of the debtors sale of unencumbered fee interest in debtor's previous residence; Ground Leasehold and SubCondominium Leasehold sold on 10/31/2018 to a bona fide purchaserfor value, Randall Nickels, including rights of Assignment of unexpired term of 80 yr Ground Leasehold and Subcondominium Leasehold from Debtor to purchaser Randall Nickels). | **Unknown** |

| 34.6 | Potential Victim Restitution Order from Defendant Jesus Jasso, Jr, PC§242 OCSC Case No. 19WM09951 <br> .                    Approx. economic damages  $ 73,000.00 | **Unknown** |

---

35. **Any financial assets you did not already list**

☐ No

■ Yes.  Give specific information..   CA COVID-19 Award - State of California.  Landlord refused to participate or apply on
behalf of this tenant after receiving Tenants Declaration re: Covid related afflictions
from Tenant.  Tenant applied 6/9/21 and was Awarded Relief on 10/27/2021.                    **$24,301.55**

Landlord waited three weeks to notify Counsel in UD case of funds received.  Landlord
refused to dismiss UD case.  Application to avoid Lease Forfeiture Filed @ CJC.

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.** ............................................................................    **$ 54,711.55**

---

**Part 5:**   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

EXHIBIT 8, PAGE 92

| Debtor 1    Jamie Lynn Gallian | Case number *(if known)*    8:21-bk-11710-ES |
|---|---|

**37. Do you own or have any legal or equitable interest in any business-related property?**
■ No. Go to Part 6.
☐ Yes.  Go to line 38.

**Part 6:** **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
■ No. Go to Part 7.
☐ Yes.  Go to line 47.

**Part 7:** **Describe All Property You Own or Have an Interest in That You Did Not List Above**

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
■ No
☐ Yes. Give specific information.........

**54.** Add the dollar value of all of your entries from Part 7. Write that number here ....................................  | **$0.00** |

**Part 8:** **List the Totals of Each Part of this Form**

| | | |
|---|---|---|
| **55.** **Part 1: Total real estate, line 2** ............................................................................................. | | **$235,000.00** |
| **56.** **Part 2: Total vehicles, line 5** | **$0.00** | |
| **57.** **Part 3: Total personal and household items, line 15** | **$8,925.00** | |
| **58.** **Part 4: Total financial assets, line 36** | **$54,711.55** | |
| **59.** **Part 5: Total business-related property, line 45** | **$0.00** | |
| **60.** **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| **61.** **Part 7: Total other property not listed, line 54** + | **$0.00** | |
| **62.** **Total personal property.** Add lines 56 through 61... | **$63,636.55** | Copy personal property total    **$63,636.55** |
| **63.** **Total of all property on Schedule A/B.** Add line 55 + line 62 | | **$298,636.55** |

EXHIBIT 8, PAGE 93

**EXHIBIT 9**

**Fill in this information to identify your case:**

| Debtor 1 | Jamie Lynn Gallian | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION

Case number    **8:21-bk-11710-ES**
(if known)

☐ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

| **Part 1:** | **List All Secured Claims** |
|---|---|

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|
| **2.1** **Jamie Gallian; Steven Gallian; Brian Gallian**<br>Creditor's Name | Describe the property that secures the claim:<br>**16222 Monterey Ln. Spc 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home. Decal No. LBM1081. Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2".** | $225,000.00 | $235,000.00 | $10,000.00 |

**16222 Monterey Ln. #376 Huntington Beach, CA 92649**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim relates to a community debt

Date debt was incurred

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Last 4 digits of account number

CA Sec. of State UCC-1, File No. 19761916827, 1/14/2019. Manufactured Home Transaction, Amended 09/12/2021. Debtor is Holder of a Security Agreement and Promissory Note dated 11/16/2018 against LBM1081 Serial No; 7V710394GB/GA. HCD COTA perfected 1/14/2019. HCD Registration changed 2/25/2021 named Ind., Jamie Gallian, to obtain promised countersigned lease hold agreement from Landlord and end Frivolous Unlawful Detainer Case filed 1/2/19, pending for three years. Debtors single member LLC original HCD registration refused a Ground Lease Agreement Sp 376.

EXHIBIT 9, PAGE 94

Debtor 1    **Jamie Lynn Gallian**
　　　　　　First Name　　　　Middle Name　　　　Last Name

Case number (if known)　　**8:21-bk-11710-ES**

■

Add the dollar value of your entries in Column A on this page. Write that number here:

| | $225,000.00 |
|---|---|

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:

| | $225,000.00 |
|---|---|

**Part 2:**　List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Official Form 106D　　Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**　　page 2 of 2

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com　　　　　　　　　　　　Best Case Bankruptcy

**EXHIBIT 9, PAGE 95**

**EXHIBIT 10**

| Fill in this information to identify your case and this filing: | | |
|---|---|---|
| Debtor 1 | **Jamie Lynn Gallian** | |
| | First Name          Middle Name          Last Name | |
| Debtor 2 | | |
| (Spouse, if filing) | First Name          Middle Name          Last Name | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA–SANTA ANA DIVISION | |
| Case number | **8:21-bk-11710-ES** | ■ Check if this is an amended filing |

## Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.

■ Yes. Where is the property?

| 1.1 | | What is the property? Check all that apply | | |
|---|---|---|---|---|
| | **16222 Monterey Ln. Unit 376** | ☐ Single-family home | | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Street address, if available, or other description | ☐ Duplex or multi-unit building | | |
| | | ☐ Condominium or cooperative | | |
| | | ■ Manufactured or mobile home | | |
| | **Huntington Beach   CA    92649-0000** | ☐ Land | | Current value of the entire property?  Current value of the portion you own? |
| | City          State      ZIP Code | ☐ Investment property | | $ unknown          $235,000.00 |
| | | ☐ Timeshare | | |
| | | ☐ Other | | Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known. |
| | | Who has an interest in the property? Check one | | |
| | **Orange** | ■ Debtor 1 only | | Existing 1979 80 year Ground Leasehold Parcel 1 & 2 Tract 10542, Unit(s) 1,2,3,4 |
| | County | ☐ Debtor 2 only | | |
| | | ☐ Debtor 1 and Debtor 2 only | | ☐ Check if this is community property (see instructions) |
| | | ☐ At least one of the debtors and another | | |
| | | Other information you wish to add about this item, such as local property identification number:   LPT 891-569-62 | | |

2.  Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here............................................=> 

$235,000.00

**Part 2:**  Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

EXHIBIT 10, PAGE 96

Debtor 1    **Jamie Lynn Gallian**                                           Case number *(if known)*   **8:21-bk-11710-ES**

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

■ No
☐ Yes

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

**5** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for
pages you have attached for Part 2. Write that number here.......................................... =>    | **$0.00** |

| Part 3: | Describe Your Personal and Household Items |
|---|---|

Do you own or have any legal or equitable interest in any of the following items?    **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes. Describe.....

| Misc. household goods and furnishings<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $3,500.00 |
|---|---|
| waterford crystal set red and white wine glasses | $1,000.00 |

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
■ Yes. Describe.....

| Wall television, computer, printer and peripherals<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $500.00 |
|---|---|

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☐ No
■ Yes. Describe.....

| Lladro figurine collection (20) | $1,900.00 |
|---|---|

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
■ No
☐ Yes. Describe.....

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
■ No
☐ Yes. Describe.....

EXHIBIT 10, PAGE 97

Debtor 1    **Jamie Lynn Gallian**                                    Case number *(if known)*    **8:21-bk-11710-ES**

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
■ Yes. Describe.....

| | |
|---|---|
| **Misc. clothing**<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $1,000.00 |

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
■ Yes. Describe.....

| | |
|---|---|
| **Movado wrist watch (20 yrs. old); costume jewelry, misc. non-gold chains/bracelets, and earrings.**<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $1,000.00 |

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses
☐ No
■ Yes. Describe.....

| | |
|---|---|
| **5-year old Wired Terrier Dog** | $25.00 |

**14. Any other personal and household items you did not already list, including any health aids you did not list**
■ No
☐ Yes. Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ................................................................    **$8,925.00**

| Part 4: | Describe Your Financial Assets |
|---|---|

**Do you own or have any legal or equitable interest in any of the following?**    Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
■ No
☐ Yes.................................................................

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
■ Yes.....................    Institution name:

| | | | |
|---|---|---|---|
| 17.1. | **EDD Debit account** | **Bank of America** | $3,793.00 |
| 17.2. | **Savings** | **Alliant Credit Union--Only funds are Covid-19 relief funds from the government.** | $1,407.00 |

**EXHIBIT 10, PAGE 98**

| Debtor 1 | **Jamie Lynn Gallian** | | Case number *(if known)* | **8:21-bk-11710-ES** |

| | | 17.3. | **Savings** | **Alliant Credit Union--Only funds are Covid-19 relief funds from the government.** | **$2,600.00** |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
■ No
☐ Yes.................      Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
☐ No
■ Yes. Give specific information about them....... Name of entity:      % of ownership:

19.1  J-Sandcastle Co, LLC- Assets include a bank account of less than $1,000.
Debtor peacefully resided at 4476 Alderport since 11/23/2009. On 8/5/2018, debtor was battered at her home in HOA. Criminal charges PC §242 were filed; trial is pending 19WM00951. Request for victim restitution. Debtor moved out of the HOA-Alderport home out of fear on 9/11/18. On 9/11/2018, a three year residential property lease 5782 Pinon Dr signed. Debtors Alderport home sold on 10/31/2018. Debtor purchased investment rental property on 11/1/2018 within TRACT 10542 APN 178-011-01 located in Huntington Harbour with proceeds from unencumbered sale of her Alderport with the intent of living in the property at the end of the signed lease commitment. Debtors Retirement Funds were completely depleted from 2016-2019 legal expenses incurred defending Gables HOA civil complaints filed against her  On 11/8/18, ST Court denied Gables HOA MOTION to freeze debtors equity in the Alderport sale. Debtor executed a Security Agreement and Promissory Note with the LLC dated 11/16/2018, perfected HCD Certificate of Title and UCC-1 on 1/14/2019 No. 19-7691916827. Debtor continued on medical LOA and never returned to her 20 year employment as a Flight Attendant due to the 8/5/18 battery with severe nerve injury. On February 1, 2019, Debtor successfully terminated the 3 year Pinon Drive lease agreement with Landlord Henry Newton. Debtors primary residence is 16222 Monterey Ln. Unit 376, Located on Lot 2 Tract 10542 Unit 4 per 8/7/1979 City of HB.    100    %    $1,000.00

19.2  J-PAD, LLC. has a bank account of around $ 500.00    100    %    $    500.00

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
■ No
☐ Yes. Give specific information about them
        Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☐ No
■ Yes. List each account separately.
        Type of account:      Institution name:

| | **IRA** | **Fidelity** | **$7,400.00** |

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
■ No
   Yes. ....................      Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes............      Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

Debtor 1    **Jamie Lynn Gallian**                                      Case number *(if known)*   **8:21-bk-11710-ES**

- ■ No
- ☐ Yes.............      Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
- ■ No
- ☐ Yes. Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
- ■ No
- ☐ Yes. Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
- ■ No
- ☐ Yes. Give specific information about them...

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**
- ■ No
- ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
- ■ No
- ☐ Yes. Give specific information......

**30. Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
- ■ No
- ☐ Yes. Give specific information..

**31. Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
- ■ No
- ☐ Yes. Name the insurance company of each policy and list its value.

|   | Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|---|

**32. Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
- ☐ No
- ■ Yes.  Give specific information..

| 32.1 | Probate estate of Charles J. Bradley, Jr.  Case No. 30-2017-00915711.  Uncertain what, if any, proceeds will pass to debtor. | Unknown |
|---|---|---|

| 32.2 | "Creditor's claim" in probate estate of Charles Bradley filed by debtor for $1 million.   Unknown whether any recovery will be awarded or available. | Unknown |
|---|---|---|

Official Form 106A/B                                     Schedule A/B: Property                                          page 5
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor 1    **Jamie Lynn Gallian**                                    Case number *(if known)*    **8:21-bk-11710-ES**

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples: Accidents, employment disputes, insurance claims, or rights to sue*
    ☑ No
    ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ☐ No
    ☑ Yes.  Describe each claim.........

| | | |
|---|---|---|
| 34.1 | Potential claim for bad faith denial of insurance against Mercury Insurance Company failure to defend/indemnify HOA Civil Action filed 4/11/2017, 18 days after title recorded. Debtor purchased homeowners insurance policy on 3/22/17 | Unknown |
| 34.2 | Potential Victim Restitution Award from Jesus Jesus Jr, for battery 8/5/2018.  Criminal Case pending 19WM09951. Estimated economic damages exceed $73,000.00 | Unknown |
| 34.3 | Claim against Houser Bros Co. dba Rancho Del Rey Mobilehome Estates  for Violation(s) of Davis Stirling Act, MRL §798, et seq. multiple acts of retaliation, discrimination, trespassing/unlawful entry; forcible detainer, wrongful eviction, failure to timely pursue/prosecute frivolous UD claim pending since 1/2/19.  Failure to apply to CA Covid19 Relief after debtor delivered 9/7/20 Declaration of Covid afflictions and hardship.        No lawsuit yet filed. | Unknown |
| 34.4 | Personal Injury claim against Huntington Beach Gables HOA; Jesus Jasso, Jr.  Case No. 30-2020-01153679. Estimated damages $195,000. | Unknown |
| 34.5 | Potential Claim against Master Lessor, Houser Company, Lessor(s) BS Investors, LP, S4 I, GP due to overpayment of Ground Leasehold fees charged to Consumers.  Master Lessor Houser Company recorded Annexation approx. 8/17/1979.  The Original Tenant Robert P. Warmington, an Ind., ro Sublessor RPW, Co. and Houser Bros Co dba Rancho Del Rey MHE misrepresent to consumers Fee Interest vs, Air-Space Condominium Project within Parcel 1 & Parcel 2; Ground Leases recorded in violation of known City of Huntington Beach Ordinance from City Attorney. Master Lessor, Tenant, & RPW, Co recorded 1979 Ground Lease and Subcondominium Lease on APN 178-011-01, and not APN 178-771-03. Only easements were recorded.  Additionally, Lessors Amended CC&Rs 8/5/1980 after Final Subdivision Report was issued by DRE July 1980, without Notice to Consumers or providing NT of Copy of Rec,  First Amendment to CC&Rs Doc No. 1980-5002.  Subsequently in 2005, Craig Houser, RDRMHE  recorded Amendment to all 80 Ground Leases without Notice to Park Consumers or Gables HOA Consumers.  Huntington Beach Gables HOA has a cross-complaint pending in the ST. Court Case Randall Nickels vs. Huntington Beach Gables HOA, et al. 30-2020-01163055-CU-OR-CJC which the HOA seeks a voiding of the sale and Assignment of unexpired term of Subcondominium Leasehold APN 937-63-053, on October 31, 2018, from Debtor to bona fide purchaser Randall Nickels.    Potential Cross-Petition not yet filed. | Unknown |

35. **Any financial assets you did not already list**
    ☐ No
    ☑ Yes.  Give specific information..

| | | |
|---|---|---|
| | CA COVID-19 Rent Relief Award10/27/2021, post petition tendered to Houser Bros Co. Ck No. 58066665    $ 24,301.55. Not property of the estate. | $    0.00 |
| 35.1  ☑ *Yes.* | Bank of America Cashier's Check [uncashed] tendered rent chk Houser Bros Co. Not property of the estate.        $ 14,118.00 | $    0.00 |

36.  **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................................... | **$ 16,700.00**

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

Case 8:21-bk-11710-ES    Doc 72    Filed 03/11/22    Entered 03/14/22 09:54:23    Desc
Main Document        Page 19 of 64

Debtor 1    **Jamie Lynn Gallian**                                            Case number *(if known)*   **8:21-bk-11710-ES**

---

**37. Do you own or have any legal or equitable interest in any business-related property?**

■ No. Go to Part 6.

☐ Yes. Go to line 38.

---

| Part 6 | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.

☐ Yes.  Go to line 47.

---

| Part 7: | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

**53. Do you have other property of any kind you did not already list?**

   *Examples:* Season tickets, country club membership

■ No

☐ Yes. Give specific information.........

**54. Add the dollar value of all of your entries from Part 7. Write that number here** ...................................    **$0.00**

---

| Part 8: | **List the Totals of Each Part of this Form** |
|---|---|

| 55. | **Part 1: Total real estate, line 2** .................................................................................... | | **$235,000.00** |
|---|---|---|---|
| 56. | **Part 2: Total vehicles, line 5** | **$0.00** | |
| 57. | **Part 3: Total personal and household items, line 15** | **$ 8,925.00** | |
| 58. | **Part 4: Total financial assets, line 36** | **$ 16,700.00** | |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. | **Part 7: Total other property not listed, line 54** | **+**  **$0.00** | |
| 62. | **Total personal property. Add lines 56 through 61...** | **$25,625.00** | Copy personal property total    **$25,625.00** |
| 63. | **Total of all property on Schedule A/B. Add line 55 + line 62** | | **$260,625.00** |

---

EXHIBIT 10, PAGE 102

**Fill in this information to identify your case:**

Debtor 1      **Jamie Lynn Gallian**
              First Name        Middle Name        Last Name

Debtor 2
(Spouse if, filing)    First Name        Middle Name        Last Name

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA–SANTA ANA DIVISION

Case number    **8:21-bk-11710-ES**
(if known)

■ Check if this is an
amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt
4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:**    **Identify the Property You Claim as Exempt**

1.  **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ■ You are claiming state and federal nonbankruptcy exemptions.    11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions.    11 U.S.C. § 522(b)(2)

2.  **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **16222 Monterey Ln. Spc 376 Huntington Beach, CA 92649  Orange County** **APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home. Decal No. LBM1081.  Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2".** Line from *Schedule A/B*: **1.1** | $235,000.00 | ■ $600,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.730 |
| **Misc. household goods and furnishings** **Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649** Line from *Schedule A/B*: **6.1** | $3,500.00 | ■ $3,500.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **waterford crystal set red and white wine glasses** Line from *Schedule A/B*: **6.2** | $1,000.00 | ■ $1,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |

EXHIBIT 10, PAGE 103

Debtor 1   **Jamie Lynn Gallian**                                                                 Case number *(if known)*   **8:21-bk-11710-ES**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Wall television, computer, printer and peripherals**<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649<br>Line from *Schedule A/B*: **7.1** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Lladro figurine collection (20)**<br>Line from *Schedule A/B*: **8.1** | $1,900.00 | ■ $1,900.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| **Misc. clothing**<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649<br>Line from *Schedule A/B*: **11.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Movado wrist watch (20 yrs. old); costume jewelry, misc. non-gold chains/bracelets, and earrings.**<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649<br>Line from *Schedule A/B*: **12.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| **5-year old Wired Terrier Dog**<br>Line from *Schedule A/B*: **13.1** | $25.00 | ■ $25.00<br>☐ 100% of fair market value, up to any appliacable statutory limit | C.C.P. § 704.020 |
| **EDD Debit account: Bank of America**<br>Line from *Schedule A/B*: **17.1** | $3,793.00 | ■ $3,793.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |
| **Savings: Alliant Credit Union--Only funds are Covid-19 relief funds from the government.**<br>Line from *Schedule A/B*: **17.2** | $1,407.00 | ■ $1,407.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.220 |
| **Savings: Alliant Credit Union--Only funds are Covid-19 relief funds from the government.**<br>Line from *Schedule A/B*: **17.3** | $2,600.00 | ■ $381.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.220 |
| **Savings: Alliant Credit Union--Only funds are Covid-19 relief funds from the government.**<br>Line from *Schedule A/B*: **17.3** | $2,600.00 | ■ $2,219.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |
| **IRA: Fidelity**<br>Line from *Schedule A/B*: **21.1** | $7,400.00 | ■ $7,400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.115(a)(1) & (2), (b) |

EXHIBIT 10, PAGE 104

Debtor 1   **Jamie Lynn Gallian**                                     Case number (if known)   **8:21-bk-11710-ES**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **IRA: Fidelity**<br>Line from *Schedule A/B:* **21.1** | **$7,400.00** | ■  **$7,400.00**<br>☐  100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C)** |
| **Personal Injury claim against Huntington Beach Gables HOA; Jesus Jasso, Jr.  Case No. 30-2020-01153679.  Estimated damages $195,000.**<br>Line from *Schedule A/B:* **34.4** | **Unknown** | ■  **$195,000.00**<br>☐  100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.140** |
| **Potential Victim Restitution Order Jesus Jasso, Jr, OCSC 19WM09951**<br>Line from *Schedule A/B:* **34.2** | **Unknown** | XX  **$73,000.00**<br>100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.140** |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐  No
   ■  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐  No
       ■  Yes

EXHIBIT 10, PAGE 105

**EXHIBIT 11**

| Debtor 1 | Jamie Lynn Gallian | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION

Case number    8:21-bk-11710-ES
(if known)

■ Check if this is an
amended filing

Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|---|
| 2.1 | **Orange County Tax Assessor**<br>Creditor's Name | Describe the property that secures the claim:<br>**16222 Monterey Ln. Unit 376**<br>**Huntington Beach, CA 92649**<br>**Orange County**<br>**APN: 891-569-62;**<br>**Decal No. LBM1081.** | $ 0.00 | $235,000.00 | $0.00 |

**P.O. Box 1438**
**Santa Ana, CA**
**92701**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

Nature of lien. Check all that apply
☑ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred         Last 4 digits of account number    **LPT 891-569-62**

EXHIBIT 11, PAGE 106

| Debtor 1 | Jamie Lynn Gallian | | | Case number (if known) | 8:21-bk-11710-ES |
| --- | --- | --- | --- | --- | --- |
| | First Name | Middle Name | Last Name | | |

| 2.2 | Janine Jasso | Describe the property that secures the claim: | $ 46,138.00 | $ 235,000.00 | $ 188,862.00 |
| --- | --- | --- | --- | --- | --- |
| | Creditor's Name | 16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; LBM1081 **Judgment Superior Court of California for the CO of Orange Case No. 30-2017-00913985; Recorded Doc No. 2018000467142** | | | |

16025 Warmington Lane
Huntington Beach, CA
92649
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☒ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **12/4/2018**          Last 4 digits of account number _____

| 2.3 | Jennifer Paulin | Describe the property that secures the claim: | $ 0.00 | $235,000.00 | $ 0.00 |
| --- | --- | --- | --- | --- | --- |
| | Creditor's Name | 16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; LBM1081. **Judgment Superior Court of California for the CO of Orange Case No. 30-2017-00913985; Recorded Doc No. 2018000467142** | | | |

4446 Alderport Drive
Huntington Beach, CA
92649
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☒ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **12/4/2018**          Last 4 digits of account number _____

Add the dollar value of your entries in Column A on this page. Write that number here:          $  46,138.00
If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:

**Part 2:  List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Debtor 1  **Jamie Lynn Gallian**
First Name    Middle Name    Last Name

Case number (if known)    **8:21-bk-11710-ES**

| | 2.4 | **Lindy Beck** | | $ 0.00 | $ 235,000.00 | $ 0.00 |
|---|---|---|---|---|---|---|

**2.4  Lindy Beck**
Creditor's Name

Describe the property that secures the claim:

**16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; LBM1081**

**Judgment Superior Court of California for the CO of Orange Case No. 30-2017-00913985; Recorded Doc No. 2018000467142**

**4443 Chase Huntington Beach, CA 92649**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred  12/4/2018**    Last 4 digits of account number _____

---

**2.5  Lori Burrett**
Creditor's Name

Describe the property that secures the claim:    $ 0.00    $235,000.00    $ 0.00

**16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; LBM1081.**

**Judgment Superior Court of California for the CO of Orange Case No. 30-2017-00913985; Recorded Doc No. 2018000467142**

**16107 Sherlock Huntington Beach, CA 92649**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☒ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred  12/4/2018**    Last 4 digits of account number _____

---

Add the dollar value of your entries in Column A on this page. Write that number here:    $ 0.00
If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Official Form 106D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page 3 of 9

EXHIBIT 11, PAGE 108

| Debtor 1 | Jamie Lynn Gallian | | Case number (if known) | 8:21-bk-11710-ES |
| | First Name   Middle Name   Last Name | | | |

| | | Describe the property that secures the claim: | | | | | |
|---|---|---|---|---|---|---|---|
| 2.6 | Lee Gragnano | 16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; LBM1081 | $ 0.00 | $ 235,000.00 | $ 0.00 |
| | Creditor's Name | | | | |

16222 Monterey Ln. Unit 376 Huntington
Beach, CA 92649 Orange County
APN: 891-569-62; LBM1081

Judgment Superior Court of California for
the CO of Orange Case No.
30-2017-00913985;
**Recorded Doc No. 2018000467142**

**16062 Warmington Lane**
**Huntington Beach, CA**
**92649**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred  **12/4/2018**    Last 4 digits of account number _____

---

| 2.7 | Theodore Phillips | Describe the property that secures the claim: | $ 0.00 | $235,000.00 | $ 0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

16222 Monterey Ln. Unit 376 Huntington
Beach, CA 92649 Orange County
APN: 891-569-62; LBM1081.

Judgment Superior Court of California for
the CO of Orange Case No.
30-2017-00913985;
**Recorded Doc No. 2018000467142**

**17612 Sandra Lee**
**Huntington Beach, CA**
**92649**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☒ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred  **12/4/2018**    Last 4 digits of account number _____

---

Add the dollar value of your entries in Column A on this page. Write that number here:    $ 0.00
If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| Debtor 1 | Jamie Lynn Gallian | | Case number (if known) | 8:21-bk-11710-ES |
| | First Name    Middle Name    Last Name | | | |

| | | Describe the property that secures the claim: | $ 9,265.00 | $ 235,000.00 | $ |

**2.8** Huntington Beach Gables Homeowners Association
Creditor's Name

16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County
APN: 891-569-62; LBM1081

Judgment Superior Court of California for the CO of Orange Case No. 30-2018-00962999;
**Recorded Doc No. 2019000148568**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

10200 Willow Creek Rd. Ste. 100
San Diego, CA 92131
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred 03/21/2019    Last 4 digits of account number

---

**2.9** Huntington Beach Gables Homeowners Association
Creditor's Name

| | | Describe the property that secures the claim: | $ 319,653.59 | $235,000.00 | $ |

16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County
APN: 891-569-62; LBM1081.

Judgment Superior Court of California for the CO of Orange Case No. 30-2017-00913985
**Recorded Doc No. 2019000165259**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

10200 Willow Creek Rd. Ste. 100
San Diego, CA 92131
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☒ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred 5/6/2019    Last 4 digits of account number

---

Add the dollar value of your entries in Column A on this page. Write that number here:    $ 328,918.59
If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

EXHIBIT 11, PAGE 110

Debtor 1  **Jamie Lynn Gallian**
First Name    Middle Name    Last Name

Case number (if known)   **8:21-bk-11710-ES**

| | | | | |
|---|---|---|---|---|

**2.10** **BS Investors-LP Lessor**
Creditor's Name

Describe the property that secures the claim:

16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County
APN: 891-569-62; LBM1081

$ 0.00     $ 235,000.00     $ 0.00

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

18201 Von Karman
Ste.400
Irvine, CA 92612
Number, Street, City, State & Zip Code

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **12/12/2019**      Last 4 digits of account number ____

---

**2.11** **Houser Bros, GP dba Rancho Del Rey Mobilehome Estates Park Manager**
Creditor's Name

Describe the property that secures the claim:

16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County
APN: 891-569-62; LBM1081.

$ 0.00     $235,000.00     $ 0.00

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

16222 Monterey Ln, (OFC)
Huntington Beach, CA
92649
Number, Street, City, State & Zip Code

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒☒ Other (including a right to offset) **Houser Bros Co received post petition CA Covid-19 Rent Relief Funds Award to Debtor on 10/27/2021. Ck No, 58066665, $24301.55. Debtor filed Application For Relief from Forfeiture OCSC ST Court 30-2019-01041423 on 11/8/2021; Refer to Minute Order 11/10/2021-Honorable Sheri Honer, C-66.**

Date debt was incurred ____      Last 4 digits of account number ____

---

Add the dollar value of your entries in Column A on this page. Write that number here:          $ 0.00
If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:

**Part 2:** **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Official Form 106D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page  6 of 9

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

Debtor 1   **Jamie Lynn Gallian**
   First Name   Middle Name   Last Name

Case number (if known)   **8:21-bk-11710-ES**

| | | | | | |
|---|---|---|---|---|---|
| 2.12 | **S 4, A California Limited Partnership. Tenant** | Describe the property that secures the claim: | $ 0.00 | $ 235,000.00 | $ 0.00 |

Creditor's Name

Describe the property that secures the claim:
16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County
APN: 891-569-62; LBM1081

**1001 Dove Street, Ste. 230 Newport Beach, CA 92660**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Other (including a right to offset)
☐ Judgment lien from a lawsuit

Date debt was incurred   **12/12/2019**       Last 4 digits of account number ____

| | | | | | |
|---|---|---|---|---|---|
| 2.13 | **Huntington Beach Gables Homeowners Association**<br>**Gorden, Rees, Skully Mansukhani, APC** | Describe the property that secures the claim: | $ 46,138.00 | $235,000.00 | $ |

Creditor's Name

Describe the property that secures the claim:
16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County
APN: 891-569-62; LBM1081.

Judgment Superior Court of California for the CO of Orange Case No. 30-2017-00913985
Recorded Doc No. 2018000467412

**633 W. 5th Street 52 FL Los Angeles, CA 90071-2005**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
xx Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **12/4/2018**       Last 4 digits of account number ____

Add the dollar value of your entries in Column A on this page. Write that number here:     $ 46,138.00
If this is the last page of your form, add the dollar value totals from all pages. Write that number here: _____

**Part 2:**   **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Official Form 106D       Additional Page of Schedule D: Creditors Who Have Claims Secured by Property       **Page 7 of 9**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

EXHIBIT 11, PAGE 112

Debtor 1   **Jamie Lynn Gallian**
    First Name   Middle Name   Last Name

Case number (if known)   **8:21-bk-11710-ES**

**Huntington Beach Gables**

**2.14  Homeowners Association**

Creditor's Name

10200 Willow Creek Rd.
Ste. 100
San Diego, CA 92131

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred   **N/A**

Describe the property that secures the claim:

16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County
APN: 891-569-62; LBM1081

Judgment Superior Court of California for he CO of Orange Case No. 30-2017-00913985
Recorded Doc No.2019000166068

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☑ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

Last 4 digits of account number

$ 319,653.19   $ 235 000.00   $

**Abstract Released by Gables HOA 9/10/2020 OC CLK REC. Doc No. 20200000481922**

---

**2.15  Huntington Beach Gables Homeowners Association**

Creditor's Name

10200 Willow Creek Rd.
Ste. 100
San Diego, CA 92131

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred   **9/27/2018**

Describe the property that secures the claim:

16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County
APN: 891-569-62; LBM1081.

Judgment Superior Court of California for the CO of Orange Case No. 30-2017-00913985
Recorded Doc No. 2018000435011

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☒ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

Last 4 digits of account number

$ 3,070.00   $235,000.00   $

---

Add the dollar value of your entries in Column A on this page. Write that number here:   **$ 322,723.19**
If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Official Form 106D   Additional Page of Schedule D: Creditors Who Have Claims Secured by Property   page **8 of 9**

Software Copyright (c) 1996 2021 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor 1   **Jamie Lynn Gallian**                                              Case number (if known)   **8:21-bk-11710-ES**
    First Name   Middle Name   Last Name

| | | | | | |
|---|---|---|---|---|---|
| **2.16** | **People of the State of California**<br>Creditor's Name | **Describe the property that secures the claim:**<br><br>**16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; LBM1081**<br><br>**Judgment Superior Court of California for the CO of Orange Case No. 18WM05278;**<br>**Recorded Doc No. 2021000348287** | $    13,229.34 | $ 235,000.00 | $ |

**8141 13th Street
Westminister, CA
92683**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)   **Less Debtor Paid Fine & Fees pursuant to CT Order 12/12/2019 @ WJC**

Date debt was incurred **12/12/19; 1/20/21**        Last 4 digits of account number

---

| | | | | | |
|---|---|---|---|---|---|
| **2.17** | **Janine Jasso**<br>Creditor's Name | **Describe the property that secures the claim:**<br><br>**16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; LBM1081.**<br><br>**Judgment Superior Court of California for the CO of Orange Case No. 18WM05278;**<br>**Recorded Doc No. 2021000348287** | $    13,229.34 | $235,000.00 | $ |

**16025 Warmington Ln
Huntington Beach, CA
92649**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☒ Judgment lien from a lawsuit
☒ Other (including a right to offset)   **Civil Attorney Fees 6785 with Misc**
        **Less Debtor Paid Fine & Fees pursuant to CT Order 12/12/2019 @ WJC**

Date debt was incurred   **1/20/2021**        Last 4 digits of account number

---

Add the dollar value of your entries in Column A on this page. Write that number here:        $  26,458.68
If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Official Form 106D        Additional Page of Schedule D: Creditors Who Have Claims Secured by Property        page  9 of 9

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**EXHIBIT 12**

STATE OF CALIFORNIA - BUSINESS, CONSUMER SERVICES, AND HOUSING                                    GAVIN NEWSOM, Governor
**DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT**
DIVISION OF CODES AND STANDARDS



## Title Search

Date Printed:  Jan 18, 2019

| | | | |
|---|---|---|---|
| Decal #: | LBM1081 | Use Code: | SFD |
| Manufacturer: | SKYLINE HOMES INC | Original Price Code: | BVH |
| Tradename: | CUSTOM VILLA | Rating Year: | |
| Model: | | Tax Type: | LPT |
| Manufactured Date: | 05/29/2014 | Last ILT Amount: | |
| Registration Exp: | | Date ILT Fees Paid: | |
| First Sold On: | 07/28/2014 | ILT Exemption: | NONE |

| Serial Number | HUD Label / Insignia | Length | Width |
|---|---|---|---|
| AC7V710394GA | PFS1130282 | 60' | 15' 2" |
| AC7V710394GB | PFS1130281 | 56' | 15' 2" |

Registered Owner:

    J-SANDCASTLE CO LLC
    16222 MONTEREY LANE ROOM 376
    HUNTINGTON BEACH, CA 92649

| | |
|---|---|
| **Last Title Date:** | 09/10/2014 |
| **Last Reg Card:** | Pending Reg Card |
| **Sale/Transfer Info:** | Price $175,000.00 Transferred on 11/01/2018 |

Situs Address:

    16222 MONTEREY LN SPACE 376
    HUNTINGTON BEACH, CA  92649
    Situs County:  ORANGE

### ***END OF TITLE SEARCH***

EXHIBIT 12, PAGE 115

**EXHIBIT 13**

## STATE OF CALIFORNIA - DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
### CERTIFICATE OF TITLE
Manufactured Home

Decal No: **LBM1081**

| Manufacturer ID/Name | | Trade Name | Model | | DOM | DFS | | RY | Exp. Date |
|---|---|---|---|---|---|---|---|---|---|
| 90002 | SKYLINE HOMES INC | CUSTOM VILLA | | | 05/29/2014 | 07/28/2014 | | | |

| Serial Number | Label/Insignia Number | Weight | Length | Width | SPC | SCC | Exempt | Use | Type |
|---|---|---|---|---|---|---|---|---|---|
| AC7V710394GB | PFS1130281 | 22,383 | 56' | 15' 2" | | 30 | | SFD | LPT |
| AC7V710394GA | PFS1130282 | 25,068 | 60' | 15' 2" | | | | | |

| | Issued | Total Fees Paid |
|---|---|---|
| | Sep 10, 2014 | $91.00 |

**Addressee**
LISA T RYAN
16222 MONTEREY LN 376
HUNTINGTON BEACH, CA  92649

**Registered Owner(s)**
LISA T RYAN
16222 MONTEREY LN 376
HUNTINGTON BEACH, CA  92649

**Situs Address**
16222 MONTEREY LN 376
HUNTINGTON BEACH, CA  92649

**IMPORTANT**
THE OWNER INFORMATION SHOWN ABOVE MAY NOT REFLECT ALL LIENS RECORDED WITH THE
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT AGAINST THE DESCRIBED UNIT.
THE CURRENT TITLE STATUS OF THE UNIT MAY BE CONFIRMED THROUGH THE DEPARTMENT.

DTN: 8169431

NOV 1 6 2018

09102014 - 244

EXHIBIT 13, PAGE 116

## SECTION A - SMOKE DETECTOR AND WATER HEATER SEISMIC BRACING CERTIFICATION

California Health and Safety Code (HSC) Sections 18029.6 and 18031.7 require that on the date of transfer of title all used manufactured homes, used mobilehomes, and used multifamily manufactured homes: 1) be equipped with an operable smoke detector in each room designed for sleeping, and 2) all fuel-gas-burning water heater appliances be seismically braced, anchored, or strapped pursuant to existing codes. A declaration may be signed within 45 days prior to the date of transfer of title stating that these requirements have been met.

I/We further agree to indemnify and save harmless the Director of the State of California, Department of Housing and Community Development, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the unit in California or from issuance of a California Certificate of Title covering the same. I/We certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 11/1/2018 at Huntington Beach, CA

Printed Name: LISA T RYAN

## SECTION B - RELEASING SIGNATURES

1a. _____ Date of Release 11/1/2018
Releasing Signature of Registered Owner

1b. _____ Date of Release _____
Releasing Signature of Registered Owner

2. _____ ☒ Release ☐ Retain *☐ Assign Interest
Legal Owner of Record must sign and check appropriate box (* If Assign Interest is checked - Complete New Legal Owner Below)

## SECTION C - NEW OWNER INFORMATION

NEW REGISTERED OWNER - Please Print or Type Clearly

3a. J. Sandcastle Co, LLC    3c. _____
New Registered Owners Name    New Registered Owners Name

3b. _____    3d. _____
New Registered Owners Name    New Registered Owners Name

If more than one New Owner going onto title, please check the appropriate Co-owner term box.

☐ Joint Tenants with Right of Survivorship    ☐ Tenants In Common OR    *☐ Trust/Trustee(s) (* If this box is checked-Complete HCD 476.6B)

☐ Tenants In Common AND    ☐ Community Property    ☐ Community Property with Right of Survivorship

4. 16222 Monterey Ln #376    Huntington Beach CA 92649
Mailing Address of New Registered Owner    City/State    Zip Code

5. Same as Above
Actual Location Address of Unit    City/State    Zip Code

6. $125,000 $175,000    11-1-18
Purchase Price or check box if Gift-☐    Purchase Date or Transfer Date

7a. J. Sandcastle Co, LLC    7c. _____
Signature of New Registered Owners    Signature of New Registered Owners

7b. _____    7d. _____
Signature of New Registered Owners    Signature of New Registered Owners

NEW LEGAL OWNER - Please Print or Type Clearly

8a. _____    8b. _____
New Legal Owners Name    New Legal Owners Name

If more than one New Lender going onto title, please check the appropriate Co-owner term box below.

☐ Joint Tenants with Right of Survivorship    ☐ Tenants In Common OR    *☐ Trust/Trustee(s) (* If this box is checked-Complete HCD 476.6B)

☐ Tenants In Common AND    ☐ Community Property    ☐ Community Property with Right of Survivorship

9. _____
Mailing Address of New Legal Owner    City/State    Zip Code

NEW JUNIOR LIENHOLDER - Please Print or Type Clearly

10a. _____    10b. _____
New Junior Lienholder Name    New Junior Lienholder Name

11. _____
Mailing Address of New Junior Lienholder    City/State    Zip Code

## SECTION D - RELEASE OF DEALERS

12. _____
Signature of Selling Dealer    Print Dealers Name and Dealer Number

OSP 09 112819

EXHIBIT 13, PAGE 117

**EXHIBIT 14**

**State of California**

BUSINESS, TRANSPORTATION AND HOUSING AGENCY
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION AND TITLING PROGRAM
PO Box 2111 Sacramento CA 95812-2111
1 800 952-8356
www.hcd.ca.gov



## NOTICE OF SALE OR TRANSFER

**ATTENTION: THIS FORM IS TO BE USED <u>ONLY</u> WHEN YOU SELL OR TRANSFER YOUR MOBILEHOME OR COMMERCIAL COACH. AT THAT TIME COMPLETE, SIGN, AND RETURN TO THE ADDRESS STATED ABOVE TO REPORT THE CHANGE OF OWNERSHIP.**

**SECTION I:** Enter the following information that describes your unit: Decal/License plate number(s), Serial(s) number, and Trade name of Unit.

**SECTION II:** Enter the sale price and the date of sale/transfer including the month, day, and year.

**SECTION III:** Enter the full name and mailing address of the new owner/buyer(s).

**SECTION IV:** Enter date, city, and state indicating where and when this form is being executed. SELLER(S) MUST SIGN and print their names(s).

---

**SECTION I.**  DESCRIPTION OF UNIT

| Decal Number(s) | Serial Number(s) | Trade Name |
|---|---|---|
| LBM1081 | M7V71039 4 GB  AC747103946A | Custom Villa |

---

**SECTION II.**  SALE OR TRANSFER INFORMATION

For the sum of $ 225,000 the receipt of which is hereby acknowledged, I/we did sell, transfer and deliver to the purchaser/owner named below, on 11-1-18 , my/our right title and interest in the unit described above.
*Date of Transfer*

**SECTION III.**  NAME OF PURCHASER/NEW OWNER:

Name:  J-Sandcastle Co, LLC
Its Manager JAMIE L. GALLIAN

Address:  6782 Pinon Dr.

City:  Huntington Bch   State: CA   Zip Code: 92649

**SECTION IV.**  CERTIFICATION AND RELEASE

I/we certify under penalty of perjury under the laws of the State of California that: 1) I/We are the lawful owner(s) of the unit, and 2) I/We have the right to sell it, and 3) I/We guarantee and will defend the title to the unit against the claims and demands of any and all persons arising prior to this date, and 4) the unit is free of all liens and encumbrances.

I/we certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed On 11/1/2018 at Huntington Beach CA
*Date*    *City*    *State*

Signature of Sellers: _____  _____ 11/15/2018

Printed Name: LISA T RYAN

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of Orange )

On November 15, 2018 before me, Brandon Vargas, Notary Public
Date                          Here Insert Name and Title of the Officer

personally appeared Lisa Theresa Ryan
                    Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

BRANDON VARGAS
Commission # 2203957
Notary Public - California
Orange County
My Comm. Expires JULY 3, 2021

Signature _Brandon V._
                          Signature of Notary Public

Place Notary Seal Above

———————————— OPTIONAL ————————————
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _Department of Housing and community Development Certificate of title, section B_
Document Date: _____ Number of Pages: _3_
Signer(s) Other Than Named Above: _____

**EXHIBIT 15**

STATE OF CALIFORNIA - BUSINESS, CONSUMER SERVICES AND HOUSING                              GAVIN NEWSOM, Governor
**DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT**
DIVISION OF CODES AND STANDARDS



# Title Search

Date Printed:   Jul 23, 2020

| | | | |
|---|---|---|---|
| Decal #: | LBM1081 | Use Code: | SFD |
| Manufacturer: | SKYLINE HOMES INC | Original Price Code: | BVH |
| Tradename: | CUSTOM VILLA | Rating Year: | |
| Model: | | Tax Type: | LPT |
| Manufactured Date: | 05/29/2014 | Last ILT  Amount: | |
| Registration Exp: | | Date ILT Fees Paid: | |
| First Sold On: | 07/28/2014 | ILT Exemption: | NONE |

| Serial Number | HUD Label / Insignia | Length | Width |
|---|---|---|---|
| AC7V710394GA | PFS1130282 | 60' | 15' 2" |
| AC7V710394GB | PFS1130281 | 56' | 15' 2" |

Registered Owner:

J-SANDCASTLE CO LLC
16222 MONTEREY LANE ROOM 376
HUNTINGTON BEACH, CA 92649

**Last Title Date:**           01/19/2019

**Last Reg Card:**           01/19/2019

**Sale/Transfer Info:**           Price $175,000.00 Transferred on 11/01/2018

Situs Address:

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA  92649
Situs County:  ORANGE

Title Searches:

JANINE JASSO
PO BOX 370161
EL PASO, TX 79937

**Title File No:**           LBM1081

## ***END OF TITLE SEARCH***

**EXHIBIT 16**


**BANK OF AMERICA**

Bank Of America, N. A.
101 South Tryon Street
Charlotte, North Carolina 28255

## Statement for January 12, 2021

EDD Debit Card

**Forward Service Requested**

JAMIE L GALLIAN
16222 MONTEREY LN #376
HUNTINGTON BCH, CA 92649-2288

| | |
|---|---|
| Customer Service: | 866-692-9374 |
| Card Number: | **** **** **** 7357 |
| Period Start Date: | 12/13/2020 |
| Period End Date: | 01/12/2021 |

## Summary of Transactions

| Previous Balance | (+) Credits and Adjustments | (-) Purchases and Adjustments | New Balance |
|---|---|---|---|
| $ ▇▇ | ▇▇ | ▇▇ | $ 0.00 |

## Account Transaction Activity



## Summary of Fees



Bank Of America, N. A.
101 South Tryon Street
Charlotte, North Carolina 28255

## Statement for February 12, 2021

EDD Debit Card

**Forward Service Requested**

JAMIE L GALLIAN
16222 MONTEREY LN #376
HUNTINGTON BCH, CA 92649-2288

| | |
|---|---|
| **Customer Service:** | 866-692-9374 |
| **Card Number:** | **** **** **** 7357 |
| **Period Start Date:** | 01/13/2021 |
| **Period End Date:** | 02/12/2021 |

## Summary of Transactions

| Previous Balance | (+) Credits and Adjustments | (-) Purchases and Adjustments | New Balance |
|---|---|---|---|
| $ ▆▆ | ▆▆▆▆ | ▆▆▆▆ | ▆▆▆▆ |

## Account Transaction Activity

| Merchant Name | Posted Date | Reference Number | Transaction Details | Credit | Debit |
|---|---|---|---|---|---|
| ▆▆▆▆▆▆▆▆ | ▆▆ | ▆▆ | ▆▆ | | ▆ |
| ▆▆▆▆▆▆▆▆ | ▆▆ | ▆▆ | ▆▆ | | ▆ |
| ▆▆▆▆▆▆▆▆ | ▆▆ | ▆▆ | ▆▆ | | ▆ |
| ▆▆▆▆▆▆▆▆ | ▆▆ | ▆▆ | ▆▆ | | ▆ |
| ▆▆▆▆▆▆▆ | ▆▆ | ▆▆ | ▆▆ | | ▆ |
| ▆▆▆▆▆▆▆ | ▆▆ | ▆▆ | ▆▆ | | ▆ |
| ▆▆▆▆▆▆▆ | ▆▆ | ▆▆ | ▆▆ | | ▆ |
| ▆▆▆▆▆▆▆ | ▆▆ | ▆▆ | ▆▆ | | ▆ |
| ▆▆▆▆▆▆▆ | ▆▆ | ▆▆ | ▆▆ | | ▆ |
| ▆▆▆▆▆▆▆ | ▆▆ | ▆▆ | ▆▆ | | ▆ |
| ▆▆▆▆▆ | ▆▆ | ▆▆ | ▆▆▆ | | ▆ |
| ▆▆▆▆▆▆ | ▆▆ | ▆▆ | ▆▆ | | ▆ |
| ▆▆▆▆▆ | ▆▆ | ▆▆ | ▆▆▆ | | ▆ |
| ▆▆▆▆▆ | ▆▆ | ▆▆ | ▆▆ | | ▆ |
| ▆▆▆▆▆▆ | ▆▆ | ▆▆ | ▆▆▆ | | ▆ |

EXHIBIT 16, PAGE 122



| Merchant Name | Posted Date | Reference Number | Transaction Details | Credit | Debit |
|---|---|---|---|---|---|
| ███████ | ███ | ███ | ███ | | ███ |
| ███ | ███ | ███ | ███ | ███ | |
| ███ | ███ | ███ | ███ | | ███ |
| ███ | ███ | ███ | ███ | | |
| ███ | ███ | ███ | | | ███ |
| ███ | ███ | ███ | | | |
| ███ | ███ | ███ | | | ███ |
| ███ | ███ | ███ | ███ | | ███ |
| ███ | ███ | ███ | ███ | | ███ |
| ███ | ███ | ███ | ███ | | |
| ███ | ███ | ███ | | ███ | |
| ███ | ███ | ███ | | | |
| | | | | $ ███ | |

## Summary of Fees

| Fees for Current Statement | Year-To-Date Fees |
|---|---|
| $ ███ | $ ███ |

**Privacy Notice** - Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at www.bankofamerica.com/prepaidprivacynotice or we will mail you a free copy upon request if you call us at (855) 333-4896 (English), (855) 355-5057 (Spanish).

**CARDHOLDERS WHO RECEIVE MONTHLY ACCOUNT STATEMENTS BY MAIL**
**In Case of Errors or Questions About Your Electronic Transfers:**
Telephone us at (866) 692-9374, (866) 656-5913 TTY, or (423) 262-1650 (Collect when calling outside the U.S.), or write to us at Bank of America, P.O. Box 8488, Gray, TN 37615-8488.

Call or write us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared:
1. Tell us your name and Account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your Account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**CARDHOLDERS WHO DO NOT RECEIVE MONTHLY ACCOUNT STATEMENTS BY MAIL**
**In Case of Errors or Questions About Your Electronic Transfers:**
Telephone us at (866) 692-9374, (866) 656-5913 TTY, or (423) 262-1650 (Collect when calling outside the U.S.), or write to us at Bank of America, P.O. Box 8488, Gray, TN 37615-8488.

Call or write us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after the date you electronically access your Account, if the error could be viewed in your electronic history, or the date we sent the FIRST written history on which the error appeared; but in any event you must report the error no more than 120 days after the transaction allegedly in error was credited or debited to your Account:


**BANK OF AMERICA**

Bank Of America, N. A.
101 South Tryon Street
Charlotte, North Carolina 28255

## Statement for March 12, 2021

EDD Debit Card

**Forward Service Requested**

JAMIE L GALLIAN
16222 MONTEREY LN SPC 376
HUNTINGTON BH, CA 92649-0000

| | |
|---|---|
| Customer Service: | 866-692-9374 |
| Card Number: | **** **** **** 7357 |
| Period Start Date: | 02/13/2021 |
| Period End Date: | 03/12/2021 |

## Summary of Transactions

| Previous Balance | (+) Credits and Adjustments | (-) Purchases and Adjustments | New Balance |
|---|---|---|---|
| $ ▉▉▉ | ▉▉▉ | ▉▉▉ | ▉▉▉ |

## Account Transaction Activity



| Merchant Name | Posted Date | Reference Number | Transaction Details | Credit | Debit |
|---|---|---|---|---|---|
| ▉▉▉▉ | ▉▉ | ▉▉ | ▉▉ | | ▉▉ |
| ▉▉▉▉ | ▉▉ | ▉▉ | ▉▉ | | ▉▉ |
| ▉▉▉▉ | ▉▉ | ▉▉ | ▉▉ | | |
| ▉▉▉▉ | ▉▉ | ▉▉ | ▉▉ | | ▉▉ |
| ▉▉▉▉ | ▉▉ | ▉▉ | ▉▉ | | |
| ▉▉▉▉ | ▉▉ | ▉▉ | ▉▉ | | ▉▉ |
| ▉▉▉▉ | ▉▉ | ▉▉ | ▉▉ | | |
| ▉▉▉▉ | ▉▉ | ▉▉ | ▉▉ | | ▉▉ |
| ▉▉▉▉ | ▉▉ | ▉▉ | ▉▉ | | |
| ▉▉▉▉ | ▉▉ | ▉▉ | ▉▉ | | ▉▉ |
| ▉▉▉▉ | ▉▉ | ▉▉ | ▉▉ | | |
| ▉▉▉▉ | ▉▉ | ▉▉ | ▉▉ | | ▉▉ |
| ▉▉▉▉ | ▉▉ | ▉▉ | ▉▉ | | ▉▉ |
| ▉▉▉▉ | ▉▉ | ▉▉ | ▉▉ | | ▉▉ |
| ▉▉▉▉ | ▉▉ | ▉▉ | ▉▉ | | ▉▉ |

EXHIBIT 16, PAGE 124

| Merchant Name | Posted Date | Reference Number | Transaction Details | Credit | Debit |
|---|---|---|---|---|---|
| ████ ████ | ████ | ████ | ████ ████ | | ████ |
| ████ | ████ | ████ | ████ ████ | | ████ |
| ████ | ████ | ████ | ████ ████ | | ████ |
| ████ ████ | ████ | ████ | ████ ████ | | ████ |
| ████ | ████ | ████ | ████ ████ | | |
| ████ ████ | ████ | ████ | ████ ████ | | ████ |
| ████ | ████ | ████ | ████ | ████ | |
| ████ ████ | ████ | ████ | ████ ████ | | ████ |
| ████ ████ | ████ | ████ | ████ ████ | | ████ |
| ████ ████ | ████ | ████ | ████ ████ | | ████ |
| ████ | ████ | ████ | ████ ████ | | ████ |
| ████ ████ | ████ | ████ | ████ ████ | | ████ |
| ████ ████ | ████ | ████ | ████ ████ | | ████ |
| ████ | ████ | ████ | ████ ████ | | ████ |
| ████ ████ | ████ | ████ | ████ ████ | | ████ |
| ████ ████ | ████ | ████ | ████ ████ | | ████ |
| ████ | ████ | ████ | ████ ████ | | ████ |
| ████ ████ | ████ | ████ | ████ ████ | | ████ |
| ████ ████ | ████ | ████ | ████ ████ | | ████ |
| ████ ████ | ████ | ████ | ████ ████ | | ████ |
| ████ ████ | ████ | ████ | ████ ████ | | ████ |
| ████ ████ | ████ | ████ | ████ ████ | | ████ |
| ████ | ████ | ████ | ████ | | ████ |
| ████ | ████ | ████ | ████ ████ | | ████ |
| DEPT OF HOUSING/COMMUNITY 916-3239252, California 95833 United States of America | 02/18/2021 | 104925640490 | Purchase of Goods or Services | | $ -81.00 |
| ████ ████ | ████ | ████ | ████ ████ | | ████ |

EXHIBIT 16, PAGE 125



| Merchant Name | Posted Date | Reference Number | Transaction Details | Credit | Debit |
|---|---|---|---|---|---|
| ██ █████████████ | ██████ | | ██████ | ████ | |
| ███████████████████████████ | ██████ | ██████ | █████ | | ████ |
| ████████ | | | | | |
| █████████████████████████ | ██████ | ██████ | ████████ | | ████ |
| ██████████████████████ | ██████ | ██████ | █████ | | ████ |
| ████ | | | | | |
| | | | **Totals** | $ ████ | ████ |

## Summary of Fees

| Fees for Current Statement | Year-To-Date Fees |
|---|---|
| $ ██ | $ ██ |

**Privacy Notice -** Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at **www.bankofamerica.com/prepaidprivacynotice** or we will mail you a free copy upon request if you call us at (855) 333-4896 (English), (855) 355-5057 (Spanish).

**CARDHOLDERS WHO RECEIVE MONTHLY ACCOUNT STATEMENTS BY MAIL**
**In Case of Errors or Questions About Your Electronic Transfers:**
Telephone us at (866) 692-9374, (866) 656-5913 TTY, or (423) 262-1650 (Collect when calling outside the U.S.), or write to us at Bank of America, P.O. Box 8488, Gray, TN 37615-8488.

Call or write us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared:
1. Tell us your name and Account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your Account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**CARDHOLDERS WHO DO NOT RECEIVE MONTHLY ACCOUNT STATEMENTS BY MAIL**
**In Case of Errors or Questions About Your Electronic Transfers:**
Telephone us at (866) 692-9374, (866) 656-5913 TTY, or (423) 262-1650 (Collect when calling outside the U.S.), or write to us at Bank of America, P.O. Box 8488, Gray, TN 37615-8488.

Call or write us as soon as you can if you think in your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after the earlier of the date you electronically access your Account, if the error could be viewed in your electronic history, or the date we sent the FIRST written history on which the error appeared; but in any event you must report the error no more than 120 days after the transaction allegedly in error was credited or debited to your Account:
1. Tell us your name and Account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your Account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**eCommunications**
You may request that rather than receiving your monthly Account statement or notices by mail, you can review them on this website. Monthly Account statements posted to this website will be available for at least 12 months.

You can withdraw this request to not receive your monthly Account statement or notices by mail by calling us at (866) 692-9374. You may also obtain copies of your statements by calling us at (866) 692-9374. A fee may apply for copies.

EXHIBIT 16, PAGE 126



BANK OF AMERICA

Bank Of America, N. A.
101 South Tryon Street
Charlotte, North Carolina 28255

## Statement for April 12, 2021

EDD Debit Card

**Forward Service Requested**

JAMIE L GALLIAN
16222 MONTEREY LN #376
HUNTINGTON BCH, CA 92649-2288

| | |
|---|---|
| Customer Service: | 866-692-9374 |
| Card Number: | **** **** **** 7357 |
| Period Start Date: | 03/13/2021 |
| Period End Date: | 04/12/2021 |

## Summary of Transactions

| Previous Balance | (+) Credits and Adjustments | (-) Purchases and Adjustments | New Balance |
|---|---|---|---|
| $ ▇▇ | ▇▇▇ | ▇▇▇ | ▇▇▇ |

## Account Transaction Activity



| Merchant Name | Posted Date | Reference Number | Transaction Details | Credit | Debit |
|---|---|---|---|---|---|



## Summary of Fees

| Fees for Current Statement | Year-To-Date Fees |
|---|---|
| $ ▓▓▓ | $ ▓▓▓ |

**Privacy Notice** - Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at www.bankofamerica.com/prepaidprivacynotice or we will mail you a free copy upon request if you call us at (855) 333-4896 (English), (855) 355-5057 (Spanish).

**CARDHOLDERS WHO RECEIVE MONTHLY ACCOUNT STATEMENTS BY MAIL**
**In Case of Errors or Questions About Your Electronic Transfers:**
Telephone us at (866) 692-9374, (866) 656-5913 TTY, or (423) 262-1650 (Collect when calling outside the U.S.), or write to us at Bank of America, P.O. Box 8488, Gray, TN 37615-8488.

Call or write us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement

EXHIBIT 16, PAGE 128



Bank Of America, N. A.
101 South Tryon Street
Charlotte, North Carolina 28255

## Statement for May 12, 2021

EDD Debit Card

**Forward Service Requested**

JAMIE L GALLIAN
16222 MONTEREY LN SPC 376
HUNTINGTON BH, CA 92649-0000

| | |
|---|---|
| Customer Service: | 866-692-9374 |
| Card Number: | **** **** **** 7357 |
| Period Start Date: | 04/13/2021 |
| Period End Date: | 05/12/2021 |

## Summary of Transactions

| Previous Balance | (+) Credits and Adjustments | (-) Purchases and Adjustments | New Balance |
|---|---|---|---|
| $ ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ |

## Account Transaction Activity



| Merchant Name | Posted Date | Reference Number | Transaction Details | Credit | Debit |
|---|---|---|---|---|---|



| Merchant Name | Posted Date | Reference Number | Transaction Details | Credit | Debit |
|---|---|---|---|---|---|
| ██████████████ ████ | ████ | ████ | ████ | | ██ |
| ██████████████ ████ | ████ | ████ | ████ | | ██ |
| | | | Totals | $ ██ | ████4 |

## Summary of Fees

| Fees for Current Statement | Year-To-Date Fees |
|---|---|
| $ ██ | $ ██ |

**Privacy Notice** - Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at www.bankofamerica.com/prepaidprivacynotice or we will mail you a free copy upon request if you call us at (855) 333-4896 (English), (855) 355-5057 (Spanish).

**CARDHOLDERS WHO RECEIVE MONTHLY ACCOUNT STATEMENTS BY MAIL**
**In Case of Errors or Questions About Your Electronic Transfers:**
Telephone us at (866) 692-9374, (866) 656-5913 TTY, or (423) 262-1650 (Collect when calling outside the U.S.), or write to us at Bank of America, P.O. Box 8488, Gray, TN 37615-8488.

Call or write us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared:
1. Tell us your name and Account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your Account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**CARDHOLDERS WHO DO NOT RECEIVE MONTHLY ACCOUNT STATEMENTS BY MAIL**
**In Case of Errors or Questions About Your Electronic Transfers:**
Telephone us at (866) 692-9374, (866) 656-5913 TTY, or (423) 262-1650 (Collect when calling outside the U.S.), or write to us at Bank of America, P.O. Box 8488, Gray, TN 37615-8488.

Call or write us as soon as you can if you think in your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after the earlier of the date you electronically access your Account, if the error could be viewed in your electronic history, or the date we sent the FIRST written history on which the error appeared; but in any event you must report the error no more than 120 days after the transaction allegedly in error was credited or debited to your Account:
1. Tell us your name and Account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your Account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**eCommunications**
You may request that rather than receiving your monthly Account statement or notices by mail, you can review them on this website. Monthly Account statements posted to this website will be available for at least 12 months.

You can withdraw this request to not receive your monthly Account statement or notices by mail by calling us at (866) 692-9374. You may also obtain copies of your statements by calling us at (866) 692-9374. A fee may apply for copies.



Bank Of America, N. A.
101 South Tryon Street
Charlotte, North Carolina 28255

## Statement for June 12, 2021

**EDD Debit Card**

**Forward Service Requested**

JAMIE L GALLIAN
16222 MONTEREY LN SPC 376
HUNTINGTON BH, CA 92649-0000

| | |
|---|---|
| **Customer Service:** | 866-692-9374 |
| **Card Number:** | **** **** **** 7357 |
| **Period Start Date:** | 05/13/2021 |
| **Period End Date:** | 06/12/2021 |

## Summary of Transactions

| Previous Balance | (+) Credits and Adjustments | (-) Purchases and Adjustments | New Balance |
|---|---|---|---|
| $ ▉ | ▉ | ▉ | $▉ |

## Account Transaction Activity

| Merchant Name | Posted Date | Reference Number | Transaction Details | Credit | Debit |
|---|---|---|---|---|---|
| ALBERTSONS #080 ALBERTSONS #080 HUNTINGTON BE, California 92649 United ▉ | ▉ | ▉ | ▉ | | ▉ |
| ▉ | ▉ | ▉ | ▉ | | ▉ |
| ▉ | ▉ | ▉ | ▉ | | ▉ |
| ▉ | ▉ | ▉ | ▉ | | ▉ |
| ▉ | ▉ | ▉ | ▉ | | ▉ |
| ▉ | ▉ | ▉ | ▉ | ▉ | |
| ▉ | ▉ | ▉ | ▉ | | ▉ |
| ▉ | ▉ | ▉ | ▉ | | ▉ |
| ▉ | ▉ | ▉ | ▉ | | ▉ |
| ▉ | ▉ | ▉ | ▉ | | ▉ |
| ▉ | ▉ | ▉ | ▉ | | ▉ |
| ▉ | ▉ | ▉ | ▉ | | ▉ |
| ▉ | ▉ | ▉ | ▉ | | ▉ |
| ▉ | ▉ | ▉ | ▉ | | ▉ |
| ▉ | ▉ | ▉ | ▉ | ▉ | |

| Merchant Name | Posted Date | Reference Number | Transaction Details | Credit | Debit |
|---|---|---|---|---|---|
| ███████████ | ████ | ████ | ████ | ███ | |
| ███████████ | ████ | ████ | ████ | ███ | |
| ███████████ | ████ | ████ | ████ | ███ | |
| ████████████████ | ████ | ████ | █████ | | ███ |
| █████████████ | ████ | ████ | ████ | | ███ |
| ████████████ ██ | ████ | ████ | █████ | | ███ |
| ████████████ ██ | ████ | ████ | █████ | | ███ |
| █████████████ | ████ | ████ | █████ | | ███ |
| █████████████ ██ | ████ | ████ | █████ | | ███ |
| █████████████ ███ | ████ | ████ | █████ | | ███ |
| ████████████ ██ | ████ | ████ | █████ | | ███ |
| █████████████ ██ | ████ | ████ | █████ | | ███ |
| ████████████ ████ | ████ | ████ | █████ | | ███ |
| █████████████ ██ | ████ | ████ | █████ | | ███ |
| ███████████ | ████ | ████ | █████ | | ███ |
| █████████████ | ████ | ████ | █████ | | ███ |
| █████████████ ██ | ████ | ████ | █████ | | ███ |
| ████████████ ██ | ████ | ████ | █████ | | ███ |
| ██████████████ | ████ | ████ | █████ | | ███ |
| ████████████████ | ████ | ████ | █████ | | ███ |
| █████████████ ███ | ████ | ████ | █████ | | ███ |
| ██████████ | ████ | ████ | | ████ | |
| ███████████ | ████ | ████ | | ████ | |
| | | | Totals | $██ 0 | $███ |

## Summary of Fees

| Fees for Current Statement | Year-To-Date Fees |
|---|---|
| $██ | $██ |

**Privacy Notice** - Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed



Bank Of America, N. A.
101 South Tryon Street
Charlotte, North Carolina 28255

## Statement for July 12, 2021

**EDD Debit Card**

**Forward Service Requested**

JAMIE L GALLIAN

16222 MONTEREY LN SPC 376

HUNTINGTON BH, CA 92649-0000

| | |
|---|---|
| Customer Service: | 866-692-9374 |
| Card Number: | **** **** **** 7357 |
| Period Start Date: | 06/13/2021 |
| Period End Date: | 07/12/2021 |

## Summary of Transactions

| Previous Balance | (+) Credits and Adjustments | (-) Purchases and Adjustments | New Balance |
|---|---|---|---|
| $ ▇▇▇ | $ ▇▇▇ | $ ▇▇▇ | $ ▇▇▇ |

## Account Transaction Activity

| Merchant Name | Posted Date | Reference Number | Transaction Details | Credit | Debit |
|---|---|---|---|---|---|
| ▇▇▇▇ | ▇▇▇ | ▇▇▇ | ▇▇▇ | ▇▇▇ | |
| ▇▇▇▇ ▇▇ | ▇▇▇ | ▇▇▇ | ▇▇ | | ▇▇ |
| ▇▇▇▇ ▇ | ▇▇▇ | ▇▇▇ | ▇▇ | | ▇▇ |
| ▇▇▇▇ | ▇▇▇ | ▇▇▇ | ▇▇ | | ▇▇ |
| ▇▇▇▇ ▇ | ▇▇▇ | ▇▇▇ | ▇▇▇ | | ▇▇ |
| ▇▇▇▇ | ▇▇▇ | ▇▇▇ | ▇▇▇ | | ▇▇ |
| ▇▇▇▇ ▇ | ▇▇▇ | ▇▇▇ | ▇▇▇ | | ▇▇ |
| ▇▇▇▇ ▇ | ▇▇▇ | ▇▇▇ | ▇▇▇ | | ▇▇ |
| ▇▇▇▇ | ▇▇▇ | ▇▇▇ | ▇▇▇ | | ▇▇ |
| ▇▇▇▇ ▇ | ▇▇▇ | ▇▇▇ | ▇▇ | | ▇▇ |
| ▇▇▇▇ | ▇▇▇ | ▇▇▇ | ▇▇ | | ▇▇ |
| ▇▇▇▇ | ▇▇▇ | ▇▇▇ | ▇▇ | | ▇▇ |
| ▇▇▇▇ | ▇▇▇ | ▇▇▇ | ▇▇ | | ▇▇ |
| ▇▇▇▇ ▇ | ▇▇▇ | ▇▇▇ | ▇▇▇ | | ▇▇ |
| ▇▇▇▇ | ▇▇▇ | ▇▇▇ | ▇▇▇ | | ▇▇ |

EXHIBIT 16, PAGE 133

| Merchant Name | Posted Date | Reference Number | Transaction Details | Credit | Debit |
|---|---|---|---|---|---|
| ███████████████████ ██████ | ████ | ████ | ██████████ | | ███ |
| | | | ████ | Totals  $ ███ | ████ 48 |

## Summary of Fees

| Fees for Current Statement | Year-To-Date Fees |
|---|---|
| $ ███ | $ ███ |

**Privacy Notice** - Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at www.bankofamerica.com/prepaidprivacynotice or we will mail you a free copy upon request if you call us at (855) 333-4896 (English), (855) 355-5057 (Spanish).

**CARDHOLDERS WHO RECEIVE MONTHLY ACCOUNT STATEMENTS BY MAIL**
**In Case of Errors or Questions About Your Electronic Transfers:**
Telephone us at (866) 692-9374, (866) 656-5913 TTY, or (423) 262-1650 (Collect when calling outside the U.S.), or write to us at Bank of America, P.O. Box 8488, Gray, TN 37615-8488.

Call or write us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared:
1. Tell us your name and Account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your Account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**CARDHOLDERS WHO DO NOT RECEIVE MONTHLY ACCOUNT STATEMENTS BY MAIL**
**In Case of Errors or Questions About Your Electronic Transfers:**
Telephone us at (866) 692-9374, (866) 656-5913 TTY, or (423) 262-1650 (Collect when calling outside the U.S.), or write to us at Bank of America, P.O. Box 8488, Gray, TN 37615-8488.

Call or write us as soon as you can if you think in your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after the earlier of the date you electronically access your Account, if the error could be viewed in your electronic history, or the date we sent the FIRST written history on which the error appeared; but in any event you must report the error no more than 120 days after the transaction allegedly in error was credited or debited to your Account:
1. Tell us your name and Account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your Account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**eCommunications**
You may request that rather than receiving your monthly Account statement or notices by mail, you can review them on this website. Monthly Account statements posted to this website will be available for at least 12 months.

You can withdraw this request to not receive your monthly Account statement or notices by mail by calling us at (866) 692-9374. You may also obtain copies of your statements by calling us at (866) 692-9374. A fee may apply for copies.

EXHIBIT 16, PAGE 134



Bank Of America, N. A.
101 South Tryon Street
Charlotte, North Carolina 28255

## Statement for August 12, 2021

EDD Debit Card

**Forward Service Requested**

JAMIE L GALLIAN
16222 MONTEREY LN SPC 376
HUNTINGTON BH, CA 92649-0000

| | |
|---|---|
| Customer Service: | 866-692-9374 |
| Card Number: | **** **** **** 7357 |
| Period Start Date: | 07/13/2021 |
| Period End Date: | 08/12/2021 |

## Summary of Transactions

| Previous Balance | (+) Credits and Adjustments | (-) Purchases and Adjustments | New Balance |
|---|---|---|---|
| $ ▮▮▮ | $ ▮▮▮ | $ ▮▮▮ | $ ▮▮▮ |

## Account Transaction Activity

| Merchant Name | Posted Date | Reference Number | Transaction Details | Credit | Debit |
|---|---|---|---|---|---|
| DEPT OF HOUSING/COMMUNITY 916-3239252, California 95833 United States of America | 08/11/2021 | 122320642230 | Purchase of Goods or Services | | $ -81.00 |
| ▮▮▮ | ▮▮ | ▮▮ | ▮▮ | | ▮▮ |
| ▮▮▮ | ▮▮ | ▮▮ | ▮▮ | | ▮▮ |
| ▮▮▮ | ▮▮ | ▮▮ | ▮▮ | | ▮▮ |
| ▮▮▮ | ▮▮ | ▮▮ | ▮▮ | | ▮▮ |
| ▮▮▮ | ▮▮ | ▮▮ | ▮▮ | | ▮▮ |
| ▮▮▮ | ▮▮ | ▮▮ | ▮▮ | | ▮▮ |
| ▮▮▮ | ▮▮ | ▮▮ | ▮▮ | | ▮▮ |
| ▮▮▮ | ▮▮ | ▮▮ | ▮▮ | | ▮▮ |
| DEPT OF HOUSING/COMMUNITY 916-3239252, California 95833 United States of America | 08/05/2021 | 121725642170 | Purchase of Goods or Services | | $ -35.00 |
| ▮▮▮ | ▮▮ | ▮▮ | ▮▮ | | ▮▮ |
| ▮▮▮ | ▮▮ | ▮▮ | ▮▮ | | ▮▮ |
| ▮▮▮ | ▮▮ | ▮▮ | ▮▮ | | ▮▮ |
| ▮▮▮ | ▮▮ | ▮▮ | ▮▮ | | ▮▮ |
| ▮▮▮ | ▮▮ | ▮▮ | ▮▮ | | ▮▮ |

EXHIBIT 16, PAGE 135

| Merchant Name | Posted Date | Reference Number | Transaction Details | Credit | Debit |
|---|---|---|---|---|---|
| ███████████████████ | ████ | ████ | ██████ | | ███ |
| ███████████████████ | ████ | ████ | ████ | | ███ |
| ███████████████████ | ████ | ████ | ████ | ███ | |
| ███████████████████ | ████ | ████ | ████ | | ███ |
| ███████████████████ | ████ | ████ | ████ | | ███ |
| ██████████████ | ████ | ███ | ████ | | ███ |
| █████████████████ | ████ | ████ | ████ | | ███ |
| ████████████████ | ████ | ████ | ████ | | ███ |
| ████████ | ████ | ████ | ████ | █████ | |
| ████████████████ | ████ | ████ | ████ | | ███ |
| ████████████████ | ████ | ████ | ████ | | ███ |
| ████████████████ | ████ | ████ | ████ | | ████ |
| DEPT OF HOUSING/COMMUNITY 916-3239252, California 95833 United States of America | 07/28/2021 | 120921642090 | Purchase of Goods or Services | | $ -35.00 |
| ████████████████ | ████ | ████ | ████ | | ███ |
| DEPT OF HOUSING/COMMUNITY 916-3239252, California 95833 United States of America | 07/27/2021 | 120826642080 | Purchase of Goods or Services | | $ -35.00 |
| DEPT OF HOUSING/COMMUNITY 916-3239252, California 95833 United States of America | 07/27/2021 | 120825642080 | Purchase of Goods or Services | | $ -35.00 |
| DEPT OF HOUSING/COMMUNITY 916-3239252, California 95833 United States of America | 07/27/2021 | 120827642080 | Purchase of Goods or Services | | $ -35.00 |
| ████████████████ | ███ | ████ | ████ | | ███ |
| ████████████████ | ███ | ████ | ████ | | ███ |
| ████████████████ | ███ | ████ | ████ | | ███ |
| ███████████████ | ███ | ████ | ████ | | ███ |
| ██████████████ | ███ | ████ | ████ | | ███ |
| ██████████████ | ███ | ████ | ████ | | ███ |
| ██████████████ | ███ | ████ | ████ | | ███ |
| ██████████████ | ███ | ████ | ████ | | ███ |
| ███████████████ | ███ | ████ | ████ | | ███ |



| Merchant Name | Posted Date | Reference Number | Transaction Details | Credit | Debit |
|---|---|---|---|---|---|
| ████████████ | | | ██████ | | ███ |
| DEPT OF HOUSING/COMMUNITY 916-3239252, California 95833 United States of America | 07/20/2021 | 120127642010 | Purchase of Goods or Services | | $ -25.00 |
| ████████████ | ████ | ████ | ██████ | | ███ |
| ████████████ | ████ | ████ | ██████ | | ██ |
| ████████████ | ████ | ████ | ██████ | | |
| ████████████ | ████ | ████ | ██████ | | ███ |
| DEPT OF HOUSING/COMMUNITY 916-3239252, California 95833 United States of America | 07/17/2021 | 119824641980 | Purchase of Goods or Services | | $ -116.00 |
| ████████████ | ████ | ████ | ██████ | | ███ |
| ████████████ | ████ | ███ | ██████ | | ███ |
| ████████████ | ████ | ████ | ██████ | | ███ |
| ████████████ | ████ | ████ | ██████ | | ███ |
| ████████████ | ████ | ████ | ██████ | | ███ |
| ████████████ | ████ | ████ | ██████ | | ███ |
| ████████████ | ████ | ███ | ██████ | | ███ |
| ████████████ | ████ | ████ | ██████ | | ███ |
| ████████████ | ████ | ████ | ██████ | | ███ |
| | | | **Totals** | ████ | ███30 |

## Summary of Fees

| Fees for Current Statement | Year-To-Date Fees |
|---|---|
| $ ███ | $ ███ |

**Privacy Notice** - Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at www.bankofamerica.com/prepaidprivacynotice or we will mail you a free copy upon request if you call us at (855) 333-4896 (English), (855) 355-5057 (Spanish).

**CARDHOLDERS WHO RECEIVE MONTHLY ACCOUNT STATEMENTS BY MAIL**
**In Case of Errors or Questions About Your Electronic Transfers:**
Telephone us at (866) 692-9374, (866) 656-5913 TTY, or (423) 262-1650 (Collect when calling outside the U.S.), or write to us at Bank of America, P.O. Box 8488, Gray, TN 37615-8488.

Call or write us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement

EXHIBIT 16, PAGE 137



Bank Of America, N. A.

101 South Tryon Street

Charlotte, North Carolina 28255

**EDD Debit Card**

**Forward Service Requested**

| | |
|---|---|
| Customer Service: | 866-692-9374 |
| Card Number: | **** **** **** 7357 |

JAMIE L GALLIAN

16222 MONTEREY LN SPC 376

HUNTINGTON BH, CA 92649-0000

| | |
|---|---|
| Period Start Date: | 08/13/2021 |
| Period End Date: | 09/12/2021 |

## Summary of Transactions

| Previous Balance | (+) Credits and Adjustments | (-) Purchases and Adjustments | New Balance |
|---|---|---|---|
| $ ███ | $ ███ | $ ███ | $ ███ |

## Account Transaction Activity

| Merchant Name | Posted Date | Reference Number | Transaction Details | Credit | Debit |
|---|---|---|---|---|---|
| ████████ | ███ | ███ | ███ | ███ | |
| ████████ | ███ | ███ | ███ | ███ | |
| █████████████ | ███ | ███ | ███████ ██ | | ███ |
| ████████████████ | ███ | ███ | ███████ ██ | | ███ |
| █████████████████ | ███ | ███ | ███████ ██ | | ███ |
| ████████████ | ███ | ███ | ███████ ██ | | ███ |
| █████████████ | ███ | ███ | ███████ ██ | | ███ |
| █████████████████ █ | ███ | ███ | ████ | ███ | |
| ████████████ █ | ███ | ███ | ████ | | ███ |
| ████████████████ █ | ███ | ███ | ████ | | ███ |
| ███████████████ | ███ | ███ | ████ | | ███ |
| ████████████████ | ███ | ███ | ████ | | ███ |
| ██████████ | ███ | ███ | ████ | | ███ |
| ███████████████ | ███ | ███ | ████ | | ███ |
| ████████████████ | ███ | ███ | ████ | | ███ |
| ███████████ | ███ | ███ | ████ | | ███ |
| █████████████ | ███ | ███ | ████ | | ███ |

EXHIBIT 16, PAGE 138



## Summary of Fees

| Fees for Current Statement | Year-To-Date Fees |
|---|---|
| $ ▮▮▮ | $ ▮▮▮ |

**Privacy Notice** - Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at www.bankofamerica.com/prepaidprivacynotice or we will mail you a free copy upon request if you call us at (855) 333-4896 (English), (855) 355-5057 (Spanish).

**CARDHOLDERS WHO RECEIVE MONTHLY ACCOUNT STATEMENTS BY MAIL**
**In Case of Errors or Questions About Your Electronic Transfers:**
Telephone us at (866) 692-9374, (866) 656-5913 TTY, or (423) 262-1650 (Collect when calling outside the U.S.), or write to us at Bank of America, P.O. Box 8488, Gray, TN 37615-8488.

Call or write us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared:
1. Tell us your name and Account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your Account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**CARDHOLDERS WHO DO NOT RECEIVE MONTHLY ACCOUNT STATEMENTS BY MAIL**
**In Case of Errors or Questions About Your Electronic Transfers:**
Telephone us at (866) 692-9374, (866) 656-5913 TTY, or (423) 262-1650 (Collect when calling outside the U.S.), or write to us at Bank of America, P.O. Box 8488, Gray, TN 37615-8488.

Call ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

EXHIBIT 16, PAGE 139



Bank Of America, N. A.
101 South Tryon Street
Charlotte, North Carolina 28255

**EDD Debit Card**

**Forward Service Requested**

JAMIE L GALLIAN
16222 MONTEREY LN SPC 376
HUNTINGTON BH, CA 92649-0000

| | |
|---|---|
| **Customer Service:** | 866-692-9374 |
| **Card Number:** | **** **** **** 7357 |
| **Period Start Date:** | 09/13/2021 |
| **Period End Date:** | 10/12/2021 |

## Summary of Transactions

| Previous Balance | (+) Credits and Adjustments | (-) Purchases and Adjustments | New Balance |
|---|---|---|---|
| $ ▉▉▉ | $ ▉▉▉ | $ ▉▉▉ | $ ▉▉▉ |

## Account Transaction Activity

| Merchant Name | Posted Date | Reference Number | Transaction Details | Credit | Debit |
|---|---|---|---|---|---|
| ▉▉▉▉▉▉ | ▉▉ ▉▉ | ▉▉ | ▉▉ | | ▉▉ |
| ▉▉▉▉▉ | ▉▉ ▉▉ | ▉▉ | ▉▉ | | ▉▉ |
| ▉▉▉▉▉ | ▉▉ ▉▉ | ▉▉ | ▉▉ | | ▉▉ |
| ▉▉▉▉▉ | ▉▉ ▉▉ | ▉▉ | ▉▉ | | ▉▉ |
| ▉▉▉▉ | ▉▉ ▉▉ | ▉▉ | ▉▉ | | ▉▉ |
| ▉▉▉▉ | ▉▉ ▉▉ | ▉▉ | ▉▉ | | ▉▉ |
| ▉▉▉▉ | ▉▉ ▉▉ | ▉▉ | ▉▉ | | |
| ▉▉▉ | ▉▉ ▉▉ | ▉▉ | ▉▉ | | ▉▉ |
| ▉▉▉▉ | ▉▉ ▉▉ | ▉▉ | ▉▉ | | ▉▉ |
| ▉▉▉ | ▉▉ ▉▉ | ▉▉ | ▉▉ | | ▉▉ |
| ▉▉▉ | ▉▉ ▉▉ | ▉▉ | ▉▉ | | ▉▉ |
| ▉▉▉ | ▉▉ ▉▉ | ▉▉ | ▉▉ | | ▉▉ |
| ▉▉▉▉ | ▉▉ ▉▉ | ▉▉ | ▉▉ | | |
| ▉▉▉▉ | ▉▉ ▉▉ | ▉▉ | ▉▉ | | ▉▉ |
| ▉▉▉ | ▉▉ ▉▉ | ▉▉ | ▉▉ | | ▉▉ |
| ▉▉▉ | ▉▉ ▉▉ | ▉▉ | ▉▉ | | ▉▉ |

EXHIBIT 16, PAGE 140



## Summary of Fees

| Fees for Current Statement | Year-To-Date Fees |
|---|---|
| ▮ | $ ▮ |

**Privacy Notice** - Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at www.bankofamerica.com/prepaidprivacynotice or we will mail you a free copy upon request if you call us at (855) 333-4896 (English), (855) 355-5057 (Spanish).

**EXHIBIT 17**

**STATE OF CALIFORNIA - BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY**　　　　**GAVIN NEWSOM, Governor**

**DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT**
**DIVISION OF CODES AND STANDARDS**



# Title Search

Date Printed:  Jun 7, 2021

| | | | |
|---|---|---|---|
| Decal #: | LBM1081 | Use Code: | SFD |
| Manufacturer: | SKYLINE HOMES INC | Original Price Code: | BVH |
| Tradename: | CUSTOM VILLA | Rating Year: | |
| Model: | | Tax Type: | LPT |
| Manufactured Date: | 05/29/2014 | Last ILT  Amount: | |
| Registration Exp: | | Date ILT Fees Paid: | |
| First Sold On: | 07/28/2014 | ILT Exemption: | NONE |

| Serial Number | HUD Label / Insignia | Length | Width |
|---|---|---|---|
| AC7V710394GA | PFS1130282 | 60' | 15' 2" |
| AC7V710394GB | PFS1130281 | 56' | 15' 2" |

Registered Owner:

　　　　J-SANDCASTLE CO LLC
　　　　16222 MONTEREY LANE ROOM 376
　　　　HUNTINGTON BEACH, CA 92649

**Last Title Date:**　　　02/24/2021

**Last Reg Card:**　　　02/24/2021

**Sale/Transfer Info:**　　Price $175,000.00 Transferred on 11/01/2018

Situs Address:

　　　　16222 MONTEREY LN SPACE 376
　　　　HUNTINGTON BEACH, CA  92649
　　　　Situs County:  ORANGE

Legal Owner:

　　　　RONALD J PIERPONT
　　　　JPAD LLC
　　　　Tenants in Common Or
　　　　16222 MONTEREY LN SPACE 376
　　　　HUNTINGTON BEACH, CA 92649

**Lien Perfected On:**　　08/20/20 11:58:00

Title Searches:

　　　　JANINE JASSO
　　　　PO BOX 370161
　　　　EL PASO, TX 79937

**Title File No:**　　　LBM1081

## ***END OF TITLE SEARCH***

**EXHIBIT 18**

STATE OF CALIFORNIA - BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY                    GAVIN NEWSOM, Governor

**DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT**
DIVISION OF CODES AND STANDARDS



# Title Search

Date Printed:  Aug 10, 2021

| | | | |
|---|---|---|---|
| Decal #: | LBM1081 | Use Code: | SFD |
| Manufacturer: | SKYLINE HOMES INC | Original Price Code: | BVH |
| Tradename: | CUSTOM VILLA | Rating Year: | |
| Model: | | Tax Type: | LPT |
| Manufactured Date: | 05/29/2014 | Last ILT  Amount: | |
| Registration Exp: | | Date ILT Fees Paid: | |
| First Sold On: | 07/28/2014 | ILT Exemption: | NONE |

| Serial Number | HUD Label / Insignia | Length | Width |
|---|---|---|---|
| AC7V710394GA | PFS1130282 | 60' | 15' 2" |
| AC7V710394GB | PFS1130281 | 56' | 15' 2" |

Record Conditions:

- An application for title or registration change is pending with the department.  For information regarding this application, please call 1-800-952-8356 and request to speak with a customer representative.

Registered Owner:

JAMIE LYNN GALLIAN
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

| | |
|---|---|
| **Last Title Date:** | 08/03/2021 |
| **Last Reg Card:** | 08/03/2021 |
| **Sale/Transfer Info:** | Price $.00 Transferred on 02/25/2021 |

Situs Address:

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA  92649
Situs County:  ORANGE

Title Searches:

JANINE JASSO
PO BOX 370161
EL PASO, TX 79937

| | |
|---|---|
| **Title File No:** | LBM1081 |

JAMIE GALLIAN
16222 MONTEREY LANE SPACE 376
HUNTINGTN BCH, CA 92649

| | |
|---|---|
| **Title File No:** | LBM1081 |

JAMIE GALLIAN
16222 MONTEREY LANE SPACE 376
HUNTINGTN BCH, CA 92649

| | |
|---|---|
| **Title File No:** | LBM1081 |

HOUSER BROS. CO.
16222 MONTEREY LN OFC
HUNTINGTON BEACH, CA 92649

**Title File No:**                         LBM1081

JAMIE GALLIAN
16222 MONTEREY LANE SPACE 376
HUNTINGTN BCH, CA 92649

**Title File No:**                         LBM1081

JAMIE GALLIAN
16222 MONTEREY LANE SPACE 376
HUNTINGTN BCH, CA 92649

**Title File No:**                         LBM1081

JAMIE GALLIAN
16222 MONTEREY LANE SPACE 376
HUNTINGTN BCH, CA 92649

**Title File No:**                         LBM1081

***END OF TITLE SEARCH***              Page Number:2

EXHIBIT 18, PAGE 144

**EXHIBIT 19**

STATE OF CALIFORNIA - BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY          GAVIN NEWSOM, Governor

**DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT**
DIVISION OF CODES AND STANDARDS



# Title Search

Date Printed:  Sep 21, 2021

| | | | |
|---|---|---|---|
| Decal #: | LBM1081 | Use Code: | SFD |
| Manufacturer: | SKYLINE HOMES INC | Original Price Code: | BVH |
| Tradename: | CUSTOM VILLA | Rating Year: | |
| Model: | | Tax Type: | LPT |
| Manufactured Date: | 05/29/2014 | Last ILT  Amount: | |
| Registration Exp: | | Date ILT Fees Paid: | |
| First Sold On: | 07/28/2014 | ILT Exemption: | NONE |

| Serial Number | HUD Label / Insignia | Length | Width |
|---|---|---|---|
| AC7V710394GA | PFS1130282 | 60' | 15' 2" |
| AC7V710394GB | PFS1130281 | 56' | 15' 2" |

Registered Owner:

JAMIE LYNN GALLIAN
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

**Last Title Date:**            08/12/2021

**Last Reg Card:**            08/12/2021

**Sale/Transfer Info:**            Price $.00 Transferred on 02/25/2021

Situs Address:

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA  92649
Situs County:  ORANGE

Legal Owner:

J-PAD LLC
21742 ANZA AVE
TORRANCE, CA 90503

**Lien Perfected On:**            01/14/19 15:22:00

Title Searches:

JANINE JASSO
PO BOX 370161
EL PASO, TX 79937

**Title File No:**            LBM1081

JAMIE GALLIAN
16222 MONTEREY LANE SPACE 376
HUNTINGTN BCH, CA 92649

**Title File No:**            LBM1081

JAMIE GALLIAN
16222 MONTEREY LANE SPACE 376
HUNTINGTN BCH, CA 92649

**Title File No:**            LBM1081

EXHIBIT 19, PAGE 145

HOUSER BROS. CO.
16222 MONTEREY LN OFC
HUNTINGTON BEACH, CA 92649

**Title File No:**                    LBM1081

JAMIE GALLIAN
16222 MONTEREY LANE SPACE 376
HUNTINGTN BCH, CA 92649

**Title File No:**                    LBM1081

JAMIE GALLIAN
16222 MONTEREY LANE SPACE 376
HUNTINGTN BCH, CA 92649

**Title File No:**                    LBM1081

JAMIE GALLIAN
16222 MONTEREY LANE SPACE 376
HUNTINGTN BCH, CA 92649

**Title File No:**                    LBM1081

***END OF TITLE SEARCH***          Page Number:2

EXHIBIT 19, PAGE 146

**EXHIBIT 20**



DTN:            **12153896**

Decal:          **LBM1081**

Unit ID:        252606085

Trans Type:     L/O Assignment

Trans Date:     02/01/2021

Trade Name:     CUSTOM VILLA

Serial #:       AC7V710394GA, AC7V710394GB

Insignia #      PFS1130281, PFS1130282

Status Date:    02/23/2021    User Name:    SHAH, KIRAN

EXHIBIT 20, PAGE 148

# STATE OF CALIFORNIA - DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
## CERTIFICATE OF TITLE

Manufactured Home                    Decal:    LBM1081

| Manufacturer ID/Name | Trade Name | Model | | DOM | DFS | RY |
|---|---|---|---|---|---|---|
| 90002     SKYLINE HOMES INC | CUSTOM VILLA | -- | | 05/29/2014 | 07/28/2014 | |

| Serial Number | Label/Insignia Number | Weight | Length | Width | Issued |
|---|---|---|---|---|---|
| AC7V710394GB | PFS1130281 | 22,383 | 56' | 15' 2" | Jan 19, 2019 |
| AC7V710394GA | PFS1130282 | 25,068 | 60' | 15' 2" | |

**Addressee**

J-SANDCASTLE CO LLC
16222 MONTEREY LANE ROOM 376
HUNTINGTON BEACH, CA  92649

**Registered Owner(s)**

J-SANDCASTLE CO LLC
16222 MONTEREY LANE ROOM 376
HUNTINGTON BEACH, CA 92649

**Situs Address**

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

## IMPORTANT
THE OWNER INFORMATION SHOWN ABOVE MAY NOT REFLECT ALL LIENS RECORDED WITH THE
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT AGAINST THE DESCRIBED UNIT.  THE
CURRENT TITLE STATUS OF THE UNIT MAY BE CONFIRMED THROUGH THE DEPARTMENT.

DTN:  10670236                                              01192019 - 2

*Copy*

## SECTION A - SMOKE DETECTOR AND WATER HEATER SEISMIC BRACING CERTIFICATION

California Health and Safety Code (HSC) Sections 18029.6 and 18031.7 require that on the date of transfer of title all used manufactured homes, used mobilehomes, and used multifamily manufactured homes: 1) be equipped with an operable smoke detector in each room designed for sleeping, and 2) all fuel-gas-burning water heater appliances be seismically braced, anchored, or strapped pursuant to existing codes. A declaration may be signed within 45 days prior to the date of transfer of title stating that these requirements have been met.

I/We further agree to indemnify and save harmless the Director of the State of California, Department of Housing and Community Development, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the unit in California or from issuance of a California Certificate of Title covering the same. I/We certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on _____ _____ State _____

## SECTION B - RELEASING SIGNATURES

1a. _____
Signature of Registered Owner

1b. _____          Date of Release _____

2. _____          ☐ Retain        Assign Interest
Legal Owner of Record (if any) sign and check appropriate box    (* If Assign Interest is check... Complete New Legal Owner Below)

## SECTION C - NEW OWNER INFORMATION

### NEW REGISTERED OWNER - Please Print or Type Clearly

3a. _____        3c. _____
New Registered Owners Name                    New Registered Owners Name

3b. _____        3d. _____
New Registered Owners Name                    New Registered Owners Name

If more than one New Owner going onto title, please check the appropriate Co-owner term box below.

☐ Joint Tenants with Right of Survivorship   ☐ Tenants In Common OR   *☐ Trust/Trustee(s)
                                                                    (* If this box is checked-Complete HCD 476.6B)
☐ Tenants In Common AND   ☐ Community Property   ☐ Community Property with Right of Survivorship

4. _____        _____        _____
Mailing Address of New Registered Owner       City/State                    Zip Code

5. _____        _____        _____
Actual Location Address of Unit               City/State                    Zip Code

6. _____        _____
Purchase Price or check box if Gift ☐         Purchase Date or Transfer Date

7a. _____        _____
Signature of New Registered Owners            Signature of New Registered Owners

7b. _____        7d. _____
Signature of New Registered Owners            Signature of New Registered Owners

### NEW LEGAL OWNER - Please Print or Type Clearly

8a. **BRIAN J. GALLIAN**        8b. **Steven D. Gallian**
New Legal Owners Name                    New Legal Owners Name

If more than one New Lender going onto title, please check the appropriate Co-owner term box below.

☒ Joint Tenants with Right of Survivorship   ☐ Tenants In Common OR   *☐ Trust/Trustee(s)
                                                                    (* If this box is checked-Complete HCD 476.6B)
☐ Tenants In Common AND   ☐ Community Property   ☐ Community Property with Right of Survivorship

9. **16222 Monterey Ln #376**        **Huntington Beach, CA**        **92649**
Mailing Address of New Legal Owner            City/State                    Zip Code

### NEW JUNIOR LIENHOLDER - Please Print or Type Clearly

10a. _____        10b. _____
New Junior Lienholder Name                    New Junior Lienholder Name

11. _____        _____        _____
Mailing Address of New Junior Lienholder      City/State                    Zip Code

## SECTION D - RELEASE OF DEALERS

12. _____        _____
Signature of Selling Dealer                   Print Dealers Name and Dealer Number

OSP 09 112819

EXHIBIT 20, PAGE 151

## STATE OF CALIFORNIA - DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
### REGISTRATION CARD

Manufactured Home

**Decal: LBM1081**

| Manufacturer ID/Name | Trade Name | Model | DOM | DFS | RY | Exp. Date |
|---|---|---|---|---|---|---|
| 90002    SKYLINE HOMES INC | CUSTOM VILLA | | 05/29/2014 | 07/28/2014 | | |

| Serial Number | Label/Insignia Number | Weight | Length | Width | Issued |
|---|---|---|---|---|---|
| AC7V710394GB | PFS1130281 | 22,383 | 56' | 15' 2" | Jan 19, 2019 |
| AC7V710394GA | PFS1130282 | 25,068 | 60' | 15' 2" | |

**Addressee**

J-SANDCASTLE CO LLC
16222 MONTEREY LANE ROOM 376
HUNTINGTON BEACH, CA  92649



**Registered Owner(s)**

J-SANDCASTLE CO LLC
16222 MONTEREY LANE ROOM 376
HUNTINGTON BEACH, CA 92649

**Situs Address**

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

************************************************
ATTENTION OWNER:

THIS IS THE REGISTRATION CARD FOR THE
UNIT DESCRIBED ABOVE.  PLEASE KEEP THIS
CARD IN A SAFE PLACE WITHIN THE UNIT.

INSTRUCTIONS FOR RENEWAL:

REGISTRATION FOR THIS UNIT EXPIRES ON THE
DATE INDICATED ABOVE IN THE BOX LABELED
"Exp. Date".  THERE ARE SUBSTANTIAL
PENALTIES FOR DELINQUENCY.  IF YOU DO NOT
RECEIVE A RENEWAL NOTICE WITHIN 10 DAYS
PRIOR TO THE EXPIRATION DATE, CONTACT
H.C.D. FOR RENEWAL INSTRUCTIONS.
************************************************

**IMPORTANT**
THE OWNER INFORMATION SHOWN ABOVE MAY NOT REFLECT ALL LIENS RECORDED WITH THE
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT AGAINST THE DESCRIBED UNIT.  THE
CURRENT TITLE STATUS OF THE UNIT MAY BE CONFIRMED THROUGH THE DEPARTMENT.

DTN: 10670236

01192019 - 1

**STATE OF CALIFORNIA**
**BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY**
**DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT**
**DIVISION OF CODES AND STANDARDS**
**REGISTRATION AND TITLING PROGRAM**



## STATEMENT OF FACTS

This unit is a: ☑ Manufactured Home / Mobilehome  ☐ Commercial Modular  ☐ Floating Home  ☐ Truck Camper

| Decal (License) No.(s): | Trade Name: | Serial No.(s): |
|---|---|---|
| LBM 1081 | | |

I/We, the undersigned, hereby state:

*The original paperwork to add legal owner was lost in the mail. Customer sent photocopies of the application. Representative for J-Sandcastle CO LLC, Jamie Gallian states the Legal owner is Joint Ronald J. Pierpont and JPad LLC at the same address: 16222 Monterey Ln # 376 Huntington Beach CA 92649*

I/We further agree to indemnify and save harmless the Director of the Department of Housing and Community Development, State of California, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the above-described unit in California, or from issuance of a California Certificate of Title covering the same.

I/We certify under penalty of perjury that the foregoing is true and correct.

Executed on  02/22/2021  at  Sacramento  ,  CA
　　　　　　　 *Date* 　　　　　　　　 *City* 　　　　　　　 *State*

Signature(s): *Rebecca O'Loughlin*

Printed name(s): *Rebecca O'Loughlin, Program Tech III*

Address _____

City _____  State _____

HCD RT 476.6 (Rev. 07/16)

EXHIBIT 20, PAGE 155

**STATE OF CALIFORNIA**
**BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY**
**DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT**
**DIVISION OF CODES AND STANDARDS**
**REGISTRATION AND TITLING PROGRAM**



## STATEMENT TO ENCUMBER

---

**SECTION I.    DESCRIPTION OF UNIT**

This unit is a (check one):

[X] Manufactured Home, Mobilehome, Multifamily Manufactured Home   [ ] Commercial Modular   [ ] Truck Camper   [ ] Floating Home

The Decal (License) Number(s) is: __LBM1081__

The Trade Name is: __SKYLINE HOMES CUSTOM VILLA__

The Serial Number(s) is: __AC7V710394GB/GA__

---

**SECTION II.    LEGAL OWNER INFORMATION**

I/We are releasing legal owner interest in the above-described unit to encumber the title (record a lien) in
favor of:

_Ronald J. Pierpont, Member J Pad LLC_
<span style="font-size:smaller">(Name of New Legal Owner)</span>

*Address:* __16222 MONTEREY LN, #376 HUNTINGTON BEACH, CA 92649__
<span style="font-size:smaller">Street Address or P.O. Box                                         City                                    State          Zip</span>

---

**SECTION III.    CERTIFICATION**

I/We certify under penalty of perjury under the laws of the State of California that the foregoing is true and
correct.

Executed on __8/20/2020__     at    __HUNTINGTON  BEACH, CALIFORNIA__
<span style="font-size:smaller">             Date                                                    City                                    State</span>

Signature of each registered owner:              Printed name of each registered owner:

_Jamie L. Gallian, Member_                         J-SANDCASTLE CO LLC JAMIE L.GALLIAN, MEMBER

Address: __16222 MONTEREY LN #376 HUNTINGTON BEACH, CA 92649__
<span style="font-size:smaller">             Street Address or P. O. Box                              City                                    State          Zip</span>

HCD 484.7 (Rev. 11/14)

STATE OF CALIFORNIA
BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION AND TITLING PROGRAM



## STATEMENT OF FACTS

This unit is a: ☑ Manufactured Home / Mobilehome   ☐ Commercial Modular   ☐ Floating Home   ☐ Truck Camper

| Decal (License) No.(s): | Trade Name: | Serial No.(s): |
|---|---|---|
| LBM1081 | Custom Villa | AC7V710394GB AC7V710394GA |

I/We, the undersigned, hereby state:

J Sandcastle wishes to disregard former Statement to Encumber/Lien Assignment. for favor of NEW legal owner J-Pad LLC Ronald J. Pierpont. The New legal owner is J-PAD LLC, Ronalds Pier pont, Member,

I/We further agree to indemnify and save harmless the Director of the Department of Housing and Community Development, State of California, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the above-described unit in California, or from issuance of a California Certificate of Title covering the same.

I/We certify under penalty of perjury that the foregoing is true and correct.

Executed on __8/20/2020__ at __Huntington Beach__, __CA__
                    Date                          City                        State

| Signature(s): | Printed name(s): |
|---|---|
| J Sandcastle CoLLC By James L Gillum JAMIE L. BAHIAN | J-Sandcastle CoLLC |

Address __16222 Monterey Ln #376__

City __Huntington Beach__   State __CA__

HCD RT 476.6 (Rev. 07/16)

STATE OF CALIFORNIA
BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION AND TITLING PROGRAM



## STATEMENT OF FACTS

This unit is a: ☑ Manufactured Home / Mobilehome  ☐ Commercial Modular  ☐ Floating Home  ☐ Truck Camper

| Decal (License) No.(s): | Trade Name: | Serial No.(s): |
|---|---|---|
| LBM 1081 | SKYLINE HOMES | AC7V710394GB/GA |

I/We, the undersigned, hereby state: *J-Sandcastle Co LLC made errors on the Certificate of Title. The only change to the Certificate of Title is the addition of two names as Legal owners as indicated on the Statement to Encumber dated 8/20/2020. The Legal owners to be added to the Certificate of Title are Steven D. Gallian Brian J. Gallian*

I/We further agree to indemnify and save harmless the Director of the Department of Housing and Community Development, State of California, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the above-described unit in California, or from issuance of a California Certificate of Title covering the same.

I/We certify under penalty of perjury that the foregoing is true and correct.

Executed on  08/20/2020  at  HUNTINGTON BEACH  ,  CA
              _Date_                 _City_              _State_

Signature(s):  _[signature]_

Printed name(s):
J-SANDCASTLE CO LLC JAMIE GALLIAN MEMBER

Address  16222 MONTEREY LN. #376

City  HUNTINGTON BEACH  State  CA

HCD.RT 476.6 (Rev. 07/16)

EXHIBIT 20, PAGE 161

*Copy*

STATE OF CALIFORNIA
BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION AND TITLING PROGRAM



## STATEMENT TO ENCUMBER

---

**SECTION I.      DESCRIPTION OF UNIT**

This unit is a (check one):

[X] Manufactured Home, Mobilehome, Multifamily Manufactured Home   [ ] Commercial Modular   [ ] Truck Camper   [ ] Floating Home

The Decal (License) Number(s) is: __LBM1081__

The Trade Name is: __SKYLINE HOMES CUSTOM VILLA__

The Serial Number(s) is: __AC7V710394GB/GA__

---

**SECTION II.      LEGAL OWNER INFORMATION**

I/We are releasing legal owner interest in the above-described unit to encumber the title (record a lien) in favor of:

STEVEN D GALLIAN   AND   BRIAN J. GALLIAN   JOINT TENANTS Right of Survivorship

*(Name of New Legal Owner)*

*Address:*  __16222 MONTEREY LN. #376 HUNTINGTON BEACH, CA 92649__

Street Address or P.O. Box            City            State       Zip

---

**SECTION III.      CERTIFICATION**

I/We certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on __8/20/2020__      at   HUNTINGTON  BEACH, CALIFORNIA

            Date                    City           State

Signature of each registered owner:        Printed name of each registered owner:

_J-SANDCASTLE CO LLC JAMIE L.GALLIAN, MEMBER_

Address: __16222 MONTEREY LN #376 HUNTINGTON BEACH, CA 92649__

         Street Address or P. O. Box          City         State     Zip

HCD 484.7 (Rev. 11/14)

EXHIBIT 20, PAGE 164

STATE OF CALIFORNIA
BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION AND TITLING PROGRAM



## LIEN ASSIGNMENT

| SECTION I. | DESCRIPTION OF UNIT |
|---|---|

This unit is a (check one):

☒ Manufactured Home, Mobilehome, Multifamily Manufactured Home   ☐ Commercial Modular   ☐ Truck Camper   ☐ Floating Home

The Decal (License) Number(s) is:   LBM 1081

The Trade Name is:   SKYLINE HOMES CUSTOM VILLA

The Serial Number(s) is:   AC7V710394GB/GA

| SECTION II. | NAME AND ADDRESS OF PARTY ASSIGNING LIEN (ASSIGNOR) |
|---|---|

Name of Assignor:   J-SANDCASTLE CO LLC, JAMIE L. GALLIAN, MEMBER

Mailing Address of Assignor:   16222 Monterey Ln. #376 Huntington Beach CA 92649
<div style="font-size:small"> Street Address or P.O. Box     City     State     Zip</div>

| SECTION III. | DEBTOR(S) NAME AND ADDRESS |
|---|---|

Name of Debtor(s):   J-SANDCASTLE CO LLC , JAMIE L. GALLIAN, MEMBER

Mailing Address of Debtor(s):   16222 MONTEREY LN #376 HUNTINGTON BEACH, CA 92649
<div style="font-size:small"> Street Address or P.O. Box     City     State     Zip</div>

Location Address:   16222 MONTEREY LN. #376 HUNTINGTON BEACH, CA 92649
<div style="font-size:small"> Street Address     City     County     State</div>

| SECTION IV. | NAME AND ADDRESS OF PARTY TO WHICH LIEN HAS BEEN ASSIGNED (ASSIGNEE) |
|---|---|

Name of Assignee:   STEVEN D. GALLIAN AND BRIAN J. GALLIAN, JOINT TENANTS Right of Survivorship

Mailing Address of Assignee:   16222 MONTEREY LN. #376 HUNTINGTON BEACH, CA 92649
<div style="font-size:small"> Street Address or P.O. Box     City     State     Zip</div>

| SECTION V. | ASSIGNOR'S CERTIFICATION |
|---|---|

I/We the assignor certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct that my/our lien in the name of the debtor(s), for the described unit, has been transferred to the assignee on   8/20/2020                           .
<div style="font-size:small"> Date of Lien Assignment</div>

Executed on   8/20/2020              at   HUNTINGTON BEACH, CA
<div style="font-size:small"> Date     City     State</div>

Signature of Authorized Agent:   _Jamie L. Gallian_

HCD 485.1 (Rev. 12/14)

# ACKNOWLEDGMENT

> A notary public or other officer completing this
> certificate verifies only the identity of the individual
> who signed the document to which this certificate is
> attached, and not the truthfulness, accuracy, or
> validity of that document.

State of California
County of _____ORANGE_____ )

On __AUG,28,2020_____ before me, __ALEX MAJDPOUR NOTARY PUBLIC__
                                         (insert name and title of the officer)

personally appeared __JAMIE LYNN GALLIAN_____
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.


Signature _____        (Seal)

**EXHIBIT 21**



DTN:                        **12313525**

Decal:                      **LBM1081**

Unit ID:                    252606085

Trans Type:                 R/O Transfer - No Sale

Trans Date:                 07/14/2021

Trade Name:                 CUSTOM VILLA

Serial #:                   AC7V710394GA, AC7V710394GB

Insignia #                  PFS1130281, PFS1130282

Status Date:    08/02/2021    User Name:    SHAH, KIRAN

# STATE OF CALIFORNIA - DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
## CERTIFICATE OF TITLE



Manufactured Home                                **Decal:**  **LBM1081**

| Manufacturer ID/Name | Trade Name | Model | DOM | DFS | RY |
|---|---|---|---|---|---|
| 90002    SKYLINE HOMES INC | CUSTOM VILLA | | 05/29/2014 | 07/28/2014 | |
| **Serial Number** | **Label/Insignia Number** | **Weight** | **Length** | **Width** | **Issued** |
| AC7V710394GB | PFS1130281 | 22,383 | 56' | 15' 2" | Feb 24, 2021 |
| AC7V710394GA | PFS1130282 | 25,068 | 60' | 15' 2" | |

**Addressee**

RONALD J PIERPONT
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA  92649

*JUL 14 2021*

**Registered Owner(s)**

J-SANDCASTLE CO LLC
16222 MONTEREY LANE ROOM 376
HUNTINGTON BEACH, CA 92649

**Situs Address**

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

**Legal Owner(s)**

RONALD J PIERPONT
JPAD LLC
Tenants in Common Or
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

Lien Perfected On:        08/20/20 11:58:00

123135325

**IMPORTANT**
**THE OWNER INFORMATION SHOWN ABOVE MAY NOT REFLECT ALL LIENS RECORDED WITH THE
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT AGAINST THE DESCRIBED UNIT.  THE
CURRENT TITLE STATUS OF THE UNIT MAY BE CONFIRMED THROUGH THE DEPARTMENT.**

DTN: 12153896                                                              02242021 - 2

## SECTION A - SMOKE DETECTOR AND WATER HEATER SEISMIC BRACING CERTIFICATION

California Health and Safety Code (HSC) Sections 18029.6 and 18031.7 require that on the date of transfer of title all used manufactured homes, used mobilehomes, and used multifamily manufactured homes: 1) be equipped with an operable smoke detector in each room designed for sleeping, and 2) all fuel-gas-burning water heater appliances be seismically braced, anchored, or strapped pursuant to existing codes. A declaration may be signed within 45 days prior to the date of transfer of title stating that these requirements have been met.

I/We further agree to indemnify and save harmless the Director of the State of California, Department of Housing and Community Development, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the unit in California or from issuance of a California Certificate of Title covering the same. I/We certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on _2/25/2021_ at _Huntington Beach   California_
                              City                    State

_Janice Gallian, its member_        _J Sandcastle Co LLC_
Signature                            Printed Name

## SECTION B - RELEASING SIGNATURES

1a. _J Sandcastle Co LLC   Janice Gallian, member_        Date of Release _2/25/2021_
    Releasing Signature of Registered Owner

1b. _____        Date of Release _____
    Releasing Signature of Registered Owner

2. _____  ☒ Release   ☐ Retain   * ☐ Assign Interest
   Legal Owner of Record (if any) sign and check appropriate box   (* If Assign Interest is checked - Complete New Legal Owner Below)

## SECTION C - NEW OWNER INFORMATION

### NEW REGISTERED OWNER - Please Print or Type Clearly

3a. _Janie Lynn Gallian_                    3c. _J Sandcastle Co LLC_
    New Registered Owners Name                   New Registered Owners Name

3b. _J Sandcastle Co LLC_                    3d. _____
    New Registered Owners Name                   New Registered Owners Name

If more than one New Owner going onto title, please check the appropriate Co-owner term box.

☐ Joint Tenants with Right of Survivorship   ☐ Tenants In Common OR   * ☐ Trust/Trustee(s)
                                                                         (* If this box is checked-Complete HCD 476.6B)
☒ Tenants In Common AND   ☐ Community Property   ☐ Community Property with Right of Survivorship

4. _16222 Monterey Ln #376_        _Huntington Beach, CA_   _92649_
   Mailing Address of New Registered Owner   City/State        Zip Code

5. _16222 Monterey Ln #376_        _Huntington Beach, CA_   _92649_
   Actual Location Address of Unit   City/State              Zip Code

6. _0_                    _2/25/2021_
   Purchase Price or check box if Gift ☐   Purchase Date or Transfer Date

7a. _Janie Lynn Gallian_                7c. _Janie Lynn Gallian, its member_
    Signature of New Registered Owners         _J Sandcastle Co LLC_

7b. _J Sandcastle Co LLC  Janice Gallian member_   _____
    Signature of New Registered Owners              Signature of New Registered Owners

### NEW LEGAL OWNER - Please Print or Type Clearly

8a. _J Pad, LLC_                    8b. _____
    New Legal Owners Name                   New Legal Owners Name

If more than one New Lender going onto title, please check the appropriate Co-owner term box below.

☐ Joint Tenants with Right of Survivorship   ☐ Tenants In Common OR   * ☐ Trust/Trustee(s)
                                                                         (* If this box is checked-Complete HCD 476.6B)
☐ Tenants In Common AND   ☐ Community Property   ☐ Community Property with Right of Survivorship

9. _16222 Monterey Ln #376_        _Huntington Beach, CA_   _92649_
   Mailing Address of New Legal Owner   City/State            Zip Code

### NEW JUNIOR LIENHOLDER - Please Print or Type Clearly

10a. _____        10b. _____
     New Junior Lienholder Name                   New Junior Lienholder Name

11. _____
    Mailing Address of New Junior Lienholder   City/State        Zip Code

## SECTION D – RELEASE OF DEALERS

12. _____        _____
    Signature of Selling Dealer                 Print Dealers Name and Dealer Number

OSP 20 149325

EXHIBIT 21, PAGE 172

# ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _____ Orange _____ )

On 2/25/21 _____ before me, Greg Buysman, Notary Public

(insert name and title of the officer)

personally appeared _ Jasmin Lynn Gaillian _____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

GREG BUYSMAN
COMM # 2341449
ORANGE County
California Notary Public
Comm Exp Feb. 5, 2025

Signature _____   (Seal)

EXHIBIT 21, PAGE 173

## STATE OF CALIFORNIA - DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
### REGISTRATION CARD

Manufactured Home

**Decal:  LBM1081**

| Manufacturer ID/Name | Trade Name | Model | DOM | DFS | RY | Exp. Date |
|---|---|---|---|---|---|---|
| 90002   SKYLINE HOMES INC | CUSTOM VILLA | | 05/29/2014 | 07/28/2014 | | |

| Serial Number | Label/Insignia Number | Weight | Length | Width | Issued |
|---|---|---|---|---|---|
| AC7V710394GB | PFS1130281 | 22,383 | 56' | 15' 2" | Feb 24, 2021 |
| AC7V710394GA | PFS1130282 | 25,068 | 60' | 15' 2" | |



**Addressee**

RONALD J PIERPONT
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA  92649

**Registered Owner(s)**

J-SANDCASTLE CO LLC
16222 MONTEREY LANE ROOM 376
HUNTINGTON BEACH, CA 92649

**Situs Address**

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

**Legal Owner(s)**

RONALD J PIERPONT
JPAD LLC
Tenants in Common Or
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

Lien Perfected On:     08/20/20 11:58:00

**LEGAL OWNER COPY
INFORMATION ONLY**

### IMPORTANT
**THE OWNER INFORMATION SHOWN ABOVE MAY NOT REFLECT ALL LIENS RECORDED WITH THE
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT AGAINST THE DESCRIBED UNIT.  THE
CURRENT TITLE STATUS OF THE UNIT MAY BE CONFIRMED THROUGH THE DEPARTMENT.**

DTN: 12153896

02242021 - 1

EXHIBIT 21, PAGE 176

# STATE OF CALIFORNIA - DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
## REGISTRATION CARD
Manufactured Home

**Decal:  LBM1081**

| Manufacturer ID/Name | Trade Name | Model | DOM | DFS | RY | Exp. Date |
|---|---|---|---|---|---|---|
| 90002    SKYLINE HOMES INC | CUSTOM VILLA | | 05/29/2014 | 07/28/2014 | | |

| Serial Number | Label/Insignia Number | Weight | Length | Width | Issued |
|---|---|---|---|---|---|
| AC7V710394GB | PFS1130281 | 22,383 | 56' | 15' 2" | Feb 24, 2021 |
| AC7V710394GA | PFS1130282 | 25,068 | 60' | 15' 2" | |

**Addressee**

J-SANDCASTLE CO LLC
16222 MONTEREY LANE ROOM 376
HUNTINGTON BEACH, CA  92649



**Registered Owner(s)**

J-SANDCASTLE CO LLC
16222 MONTEREY LANE ROOM 376
HUNTINGTON BEACH, CA 92649

**Situs Address**

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

**Legal Owner(s)**

RONALD J PIERPONT
JPAD LLC
Tenants in Common Or
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

Lien Perfected On:      08/20/20 11:58:00

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**ATTENTION OWNER:**

**THIS IS THE REGISTRATION CARD FOR THE
UNIT DESCRIBED ABOVE.  PLEASE KEEP THIS
CARD IN A SAFE PLACE WITHIN THE UNIT.**

**INSTRUCTIONS FOR RENEWAL:**

**REGISTRATION FOR THIS UNIT EXPIRES ON THE
DATE INDICATED ABOVE IN THE BOX LABELED
"Exp. Date".  THERE ARE SUBSTANTIAL
PENALTIES FOR DELINQUENCY.  IF YOU DO NOT
RECEIVE A RENEWAL NOTICE WITHIN 10 DAYS
PRIOR TO THE EXPIRATION DATE, CONTACT
H.C.D. FOR RENEWAL INSTRUCTIONS.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**IMPORTANT**
**THE OWNER INFORMATION SHOWN ABOVE MAY NOT REFLECT ALL LIENS RECORDED WITH THE
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT AGAINST THE DESCRIBED UNIT.  THE
CURRENT TITLE STATUS OF THE UNIT MAY BE CONFIRMED THROUGH THE DEPARTMENT.**

DTN: 12153896

02242021 - 1

STATE OF CALIFORNIA
BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION AND TITLING PROGRAM



## LIEN SATISFIED

---

| **SECTION I.** | **DESCRIPTION OF UNIT** |
| --- | --- |

This unit is a:

☑ Manufactured Home/Mobilehome ☐ Commercial Modular ☐ Floating Home ☐ Truck Camper

The Decal (License) No.(s) of the unit is: LBM1081

The Trade Name of the unit is: CUSTOM VILLA

The Serial No.(s) of the unit is: AC7V710394GB/AC7V710394GA

---

| **SECTION II.** | **DEBTOR(S) NAME(S)** |
| --- | --- |

Name of Debtor(s): J-SANDCASTLE CO, LLC

---

| **SECTION III.** | **LIENHOLDER'S CERTIFICATION** |
| --- | --- |

This is to certify that our/my lien in the name(s) of the debtor(s) shown above against the described unit has been fully satisfied and has not been assigned to any other party.

I/We certify under penalty of perjury that the foregoing is true and correct.

Print or Type Name of Legal Owner or Jr. Lienholder (Lender):

J-PAD LLC or RONALD J. PIERPONT

Signature of Legal Owner, Jr. Lienholder (Lender) or their Authorized Agent:

*Ronald J Pierpont*                                    Date 7/9/2021

| Address | 16222 MONTEREY LN. #376 | HUNTINGTON BEACH, | CA | 92649 |
| --- | --- | --- | --- | --- |
| | Street Address or P.O. Box | City | State | Zip |

HCD RT 475.3 (Rev. 07/16)

EXHIBIT 21, PAGE 179

STATE OF CALIFORNIA
BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION AND TITLING PROGRAM



## STATEMENT OF FACTS

This unit is a: ☑ Manufactured Home / Mobilehome   ☐ Commercial Modular   ☐ Floating Home   ☐ Truck Camper

| Decal (License) No.(s):<br>LBM 1081 | Trade Name:<br>Skyline Custom Villa | Serial No.(s):<br>AC7V710394GB/GA |
|---|---|---|

I/We, the undersigned, hereby state:

Jamie Lynn Gallian is the sole registered owner of 2014 home.  J-Pad LLC or Robert McLelland is the Legal Owner.

I/We further agree to indemnify and save harmless the Director of the Department of Housing and Community Development, State of California, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the above-described unit in California, or from issuance of a California Certificate of Title covering the same.

I/We certify under penalty of perjury that the foregoing is true and correct.

Executed on ___25th of Feb. 2021___ at ___Huntington Beach,_____, ___CA 92649___
　　　　　　　　　*Date*　　　　　　　　　　　　　　　*City*　　　　　　　　　　　*State*

Signature(s): _____ | Printed name(s):
　　　　　　　　　　　　　　　　　　　　　 | Jamie Lynn Gallian

Address ___21742 Anza Avenue_____
City ___Torrance_____   State ___CA 90503_____

HCD RT 476.6 (Rev. 07/16)

# ACKNOWLEDGMENT

A notary public or other officer completing this
certificate verifies only the identity of the individual
who signed the document to which this certificate is
attached, and not the truthfulness, accuracy, or
validity of that document.

State of California

County of ___Orange___ )

On _2/25/21_ before me, _Greg Buysman Notary Public_
(insert name and title of the officer)

personally appeared _Jamie Lynn Gillis_,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

**GREG BUYSMAN**
COMM # 2341449
ORANGE County
California Notary Public
Comm Exp Feb. 5, 2025

Signature _____    (Seal)

EXHIBIT 21, PAGE 183

**STATE OF CALIFORNIA**
**BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY**
**DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT**
**DIVISION OF CODES AND STANDARDS**
**REGISTRATION AND TITLING PROGRAM**



## STATEMENT OF FACTS

This unit is a: ☑ Manufactured Home / Mobilehome  ☐ Commercial Modular  ☐ Floating Home  ☐ Truck Camper

| Decal (License) No.(s): | Trade Name: | Serial No.(s): |
|---|---|---|
| LBM 1081 | | |

I/We, the undersigned, hereby state:

*I spoke with Jamie Gallian and she states the unit should be registered as Jamie Gallian as sole registered owner. The lien has been satisfied and there is no legal owner at this time. Jamie advised the county and was told there was no need to revise the Tax Clearance certificate.*

I/We further agree to indemnify and save harmless the Director of the Department of Housing and Community Development, State of California, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the above-described unit in California, or from issuance of a California Certificate of Title covering the same.

I/We certify under penalty of perjury that the foregoing is true and correct.

Executed on __7/28/21__ at __Sacramento__ , __CA__
　　　　　　　　*Date*　　　　　　　　　*City*　　　　　　　　*State*

Signature(s):　　　　　　　　　　　　　Printed name(s):

*Rebecca M. O'Loughlin*　　　　　*Rebecca M O'Loughlin, Program Tech III*

Address _____

City _____  State _____

HCD RT 476.6 (Rev. 07/16)

EXHIBIT 21, PAGE 185

**State of California**
**Department of Housing and Community Development**
**Division of Codes and Standards**
**Registration and Titling Program**
**P.O. Box 277820, Sacramento, CA 95827-7820**
**(800) 952-8356**
**www.hcd.ca.gov**



## MULTI-PURPOSE TRANSFER FORM

## PLEASE COMPLETE ONLY THE SECTIONS THAT APPLY AND SIGN BOTTOM OF FORM

### UNIT DESCRIPTION

Decal (License) No.(s): LBM1081      Serial No.(s): AC7V710394GA; AV7V710394GA

### SMOKE DETECTOR AND CARBON MONOXIDE CERTIFICATION

I/We, the undersigned, hereby state that the manufactured home, mobilehome, or multifamily manufactured home described above is equipped with a properly working, operable smoke detector in accordance with California Health and Safety Code Section 18029.6 and a carbon monoxide detector in accordance to California Residential Code Section R315.

☑ YES ☐ NO

### PARK PURCHASE FEE EXEMPTION

The registered owner of the above-described manufactured home/mobilehome that is located on private property owned by the registered owner is exempt from payment of the $5 Park Purchase Fund (PPF) fee (Health and Safety Code Section 18114.1). If you feel you qualify for the exemption, complete the following questions:

- Do you (the registered owner) own your manufactured home/mobilehome? ☑ YES ☐ NO
- Do you (the registered owner) own the land your manufactured home/mobilehome is located on? ☐ YES ☑ NO

### DESIGNATION OF CO-OWNER TERM

We request the Department of Housing and Community Development to register our ownership interest in the unit described above with the following co-owner term: **(READ CAREFULLY AND CHECK ONE BOX.)**

☐ **JTRS (Joint Tenants with Right of Survivorship):** Upon the death of a joint tenant, the interest of the deceased party passes to the surviving joint tenant. The signature of each joint tenant is required to transfer or encumber the title.

☑ **TENCOM AND (Tenants in Common with the names joined by the word AND):** Each tenant in common may transfer his or her individual interest without the signature of the other tenant(s) in common. The signature of each tenant in common is required to transfer full interest in the unit to a new registered owner or to encumber the title.

☐ **TENCOM OR (Tenants in Common with the names joined by the word OR):** Any one of the tenants in common may transfer full ownership interest in the unit to a new registered owner without the signature of the other tenant(s) in common. The signature of each tenant in common is required to encumber the title.

☐ **COMPRO (Community Property):** A unit may be registered as community property in the names of a husband and wife. The signature of each spouse is required to transfer full interest in the unit or encumber the title.

☐ **COMPROS (Community Property with Right of Survivorship):** A unit may be registered as community property in the names of a husband and wife. At the death of one spouse, the decedent's community property interest passes to the surviving spouse without administration. The signature of each spouse is required to transfer full interest in the unit or encumber the title.

I/We further agree to indemnify and save harmless the Director of the State of California, Department of Housing and Community Development, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the above described unit in California, or from, issuance of a California Certificate of Title covering the same.

I/We certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 02/25/2021    at    HUNTINGTON BEACH, CALIFORNIA    COUNTY OF ORANGE

| | | |
|---|---|---|
| *Date* | *City* | *State* |

Signature _____

Signature _____   J-SANDCASTLE CO LLC, JAMIE LYNN GALLIAN,

Signature _____                IT'S MEMBER

Signature _____   Signature _____

PHONE #: (714) 321-3449      E-MAIL ADDRESS: jamiegalian@ gmail.com

HCD RT 476.6G Side 1 (Rev. 08/20)

EXHIBIT 21, PAGE 187

EXHIBIT 21, PAGE 188

Decal (License) No.(s): LBM1081 _____     Serial No.(s): AC7V710394GA; AC7V710394GA _____

### DECLARATION OF INSTALLATION OF WATER HEATER SEISMIC BRACING

I/We the undersigned hereby state that all fuel gas-burning water heater appliances in the manufactured home, mobilehome, or multifamily manufactured housing described above are seismically braced, anchored, or strapped in accordance with Health and Safety Code Section 18031.7 and Part 5 of Title 24 of the California Code of Regulations.

☑ YES    ☐ NO    ☐ Electric water heater is installed per
                                              manufacturer's instructions.

### SIGNATURE ON FRONT SIDE IS CERTIFICATION FOR THIS SECTION

### REASON FOR USE TAX AND/OR MOBILEHOME RECOVERY FUND FEE EXEMPTION

Check appropriate box(es):

☑ The above-described unit was a gift.  All rights and interest of ownership were transferred without exchange or money or other valuable consideration.

☑ The above-described unit has been acquired from: J-SANDCASTLE CO LLC, JAMIE LYNN GALLIAN, ITS MEMBER _____
    *parents, spouse, grandparent(s), grandchild, child, brother(s)*, sister(s)**

☑ The name of a CO-OWNER _____ is being ☑ **ADDED**  ☐ **DELETED** to the record.
              *show relationship*

☐ The above-described unit was received as the result of an inheritance.

☐ Transfer of the above-described unit is being made pursuant to a court order.

☐ The transfer of the unit is being made to a revocable trust which (1) the seller has an unrestricted power to revoke the trust, (2) the transfer does not result in any change in the beneficial ownership of the property, (3) the trust provides that upon revocation of the trust the property will revert wholly to the seller, and (4) the only consideration for the transfer is the assumption by the trust of an existing loan for which the tangible personal property being transferred is the sole collateral for the assumed loan.

**NOTE:  A sale between brother(s) or sister(s) is subject to use tax unless both are minors.  If minors, check here:** ☐

### SIGNATURE ON FRONT SIDE IS CERTIFICATION FOR THIS SECTION

### DESIGNATION OF TRUST

I/We, the undersigned trustee(s), hereby state that the unit described above has been placed into a trust.  This Declaration of Trust is dated _____.

In compliance with Section 18080.1(b) of the California Health and Safety Code, I/we as trustee(s) hereby request the unit described above be registered as shown below.  I/we acknowledge that the Department's permanent title record and the titling documents for the unit will reflect the information as shown below.

_____
*Print Name of the Trust.  This is how the name of the Trust will appear on title.*

I/We as trustee(s) agree(s) to notify and make application with the Department of Housing and Community Development to appropriately amend the permanent registration and titling record immediately upon any change to the original trust agreement described herein by submitting this form along with all appropriate documents, fees or any other needed items to the Department.

I/We as trustee(s) further agree(s) to indemnify and save harmless the Director of the Department of Housing and Community Development, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the above described unit in California and from issuance of a California Certificate of Title covering the same.

I/We certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on _____ at _____
              *Date*                              *City*                                        *State*

_____
*Trustee Signature(s):*

_____
*Street Address or P.O. Box*              *City*                          *State*

HCD RT 476.6G Side 2 (Rev. 08/20)

EXHIBIT 21, PAGE 190



# TAX CLEARANCE CERTIFICATE

☒ **Mobile Home**          ☐ **Floating Home**

### COUNTY OF ORANGE

| | |
|---|---|
| SERIAL NUMBER/HULL NUMBER<br>AC7V710394GA, AC7V710394GB | DECAL NUMBER/CF NUMBER<br>LBM1081 |
| LOCATION OF HOME<br>16222 MONTEREY LN 376 HUNTINGTON BEACH | ASSESSOR'S PARCEL NUMBER<br>891-569-62 |
| CURRENT REGISTERED OWNER<br>J-SANDCASTLE CO LLC<br>16222 MONTEREY LN<br>SPC 376<br>HUNTINGTON BEACH CA 92649 | APPLICANT<br>J-SANDCASTLE CO LLC & JAMIE L. GALLIAN<br>16222 MONTEREY LN #376<br>HUNTINGTON BEACH CA 92649 |

I hereby certify that the following has been paid:

☐  Delinquent license fees

☐  Property taxes applicable to the home identified above through the fiscal year

☒  A security deposit for payment of the property taxes for the fiscal year 2021-2022

☒  No taxes due or payable at this time.

There may be a supplemental assessment not covered by this "Tax Clearance Certificate" which may create an additional bill.

**THIS CERTIFICATE IS VOID ON AND AFTER SEPTEMBER 7, 2021.**

Executed on July 9, 2021 at Santa Ana.
Treasurer-Tax Collector for Orange County, State of California.

Issued on July 9, 2021 _____
                                              (Signature)

§2189.8, 5832 R & T Code                                          TDL 10-01 (7-87)

EXHIBIT 21, PAGE 192

**EXHIBIT 22**



DTN:                          **12339739**

Decal:                        **LBM1081**

Unit ID:                      252606085

Trans Type:                   L/O Addition

Trans Date:                   08/10/2021

Trade Name:                   CUSTOM VILLA

Serial #:                     AC7V710394GA, AC7V710394GB

Insignia #                    PFS1130281, PFS1130282

Status Date:       08/11/2021       User Name:      CRUZ, SYLVIA

# STATE OF CALIFORNIA - DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
## CERTIFICATE OF TITLE
Manufactured Home                                        Decal:    LBM1081

| Manufacturer ID/Name 90002   SKYLINE HOMES INC | Trade Name CUSTOM VILLA | Model | DOM 05/29/2014 | DFS 07/28/2014 | RY |
|---|---|---|---|---|---|
| **Serial Number** AC7V710394GB AC7V710394GA | **Label/Insignia Number** PFS1130281 PFS1130282 | **Weight** 22,383 25,068 | **Length** 56' 60' | **Width** 15' 2" 15' 2" | **Issued** Aug 03, 2021 |

**Addressee**

JAMIE LYNN GALLIAN
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA  92649

**Registered Owner(s)**

JAMIE LYNN GALLIAN
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

**Situs Address**

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

**IMPORTANT**
**THE OWNER INFORMATION SHOWN ABOVE MAY NOT REFLECT ALL LIENS RECORDED WITH THE
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT AGAINST THE DESCRIBED UNIT.  THE
CURRENT TITLE STATUS OF THE UNIT MAY BE CONFIRMED THROUGH THE DEPARTMENT.**

DTN: 12313525                                                                08032021 - 2

AUG 1 0 2021

EXHIBIT 22, PAGE 195

## SECTION A - SMOKE DETECTOR AND WATER HEATER SEISMIC BRACING CERTIFICATION

California Health and Safety Code (HSC) Sections 18029.6 and 18031.7 require that on the date of transfer of title all used manufactured homes, used mobilehomes, and used multifamily manufactured homes: 1) be equipped with an operable smoke detector in each room designed for sleeping, and 2) all fuel-gas-burning water heater appliances be seismically braced, anchored, or strapped pursuant to existing codes. A declaration may be signed within 45 days prior to the date of transfer of title stating that these requirements have been met.

I/We further agree to indemnify and save harmless the Director of the State of California, Department of Housing and Community Development, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the unit in California or from issuance of a California Certificate of Title covering the same. I/We certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on_____at_____
　　　　　　　　Date　　　　　　　　　City　　　　　　　　　　　　　State

_____
　　　　Signature　　　　　　　　　　　　　　　　　Printed Name

## SECTION B - RELEASING SIGNATURES

1a. _____   Date of Release _____
　　　Releasing Signature of Registered Owner

1b. _____   Date of Release _____
　　　Releasing Signature of Registered Owner

2. _____ ❑ **Release**　❑ **Retain**　* ❑ **Assign Interest**
　　Legal Owner of Record (if any) sign and check appropriate box　　(* If Assign Interest is checked - Complete New Legal Owner Below)

## SECTION C - NEW OWNER INFORMATION

### NEW REGISTERED OWNER - Please Print or Type Clearly

3a. _____   3c. _____
　　　New Registered Owners Name　　　　　　　　　　　　New Registered Owners Name

3b. _____   3d. _____
　　　New Registered Owners Name　　　　　　　　　　　　New Registered Owners Name

If more than one New Owner going onto title, please check the appropriate Co-owner term box.

❑ **Joint Tenants with Right of Survivorship**　❑ **Tenants In Common OR**　* ❑ **Trust/Trustee(s)**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(* If this box is checked-Complete HCD 476.6B)

❑ **Tenants In Common AND**　❑ **Community Property**　❑ **Community Property with Right of Survivorship**

4. _____   _____   _____
　　Mailing Address of New Registered Owner　　City/State　　　　　Zip Code

5. _____   _____   _____
　　Actual Location Address of Unit　　　　　　City/State　　　　　Zip Code

6. _____   _____
　　Purchase Price or check box if Gift-❑　　Purchase Date or Transfer Date

7a. _____   7c. _____
　　　**Signature** of New Registered Owners　　　　　　　**Signature** of New Registered Owners

7b. _____   7d. _____
　　　**Signature** of New Registered Owners　　　　　　　**Signature** of New Registered Owners

### NEW LEGAL OWNER - Please Print or Type Clearly

8a. _____   8b. _____
　　　New Legal Owners Name　　　　　　　　　　　　New Legal Owners Name

If more than one New Lender going onto title, please check the appropriate Co-owner term box below.

❑ **Joint Tenants with Right of Survivorship**　❑ **Tenants In Common OR**　* ❑ **Trust/Trustee(s)**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(* If this box is checked-Complete HCD 476.6B)

❑ **Tenants In Common AND**　❑ **Community Property**　❑ **Community Property with Right of Survivorship**

9. _____   _____   _____
　　Mailing Address of New Legal Owner　　　City/State　　　　　Zip Code

### NEW JUNIOR LIENHOLDER - Please Print or Type Clearly

10a. _____   10b. _____
　　　New Junior Lienholder Name　　　　　　　　　　　New Junior Lienholder Name

11. _____   _____   _____
　　Mailing Address of New Junior Lienholder　　City/State　　　　　Zip Code

## SECTION D – RELEASE OF DEALERS

12. _____   _____
　　　Signature of Selling Dealer　　　　　　　　　　　Print Dealers Name and Dealer Number

OSP 20 149325

EXHIBIT 22, PAGE 196

# STATE OF CALIFORNIA - DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
## REGISTRATION CARD

Manufactured Home

**Decal: LBM1081**

| Manufacturer ID/Name | | Trade Name | | Model | | DOM | | DFS | | RY | | Exp. Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 90002    SKYLINE HOMES INC | | CUSTOM VILLA | | | | 05/29/2014 | | 07/28/2014 | | | | |

| Serial Number | Label/Insignia Number | Weight | Length | Width | Issued |
|---|---|---|---|---|---|
| AC7V710394GB | PFS1130281 | 22,383 | 56' | 15' 2" | Aug 03, 2021 |
| AC7V710394GA | PFS1130282 | 25,068 | 60' | 15' 2" | |



**Addressee**

JAMIE LYNN GALLIAN
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA  92649

**Registered Owner(s)**

JAMIE LYNN GALLIAN
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

**Situs Address**

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

*************************************************
**ATTENTION OWNER:**

THIS IS THE REGISTRATION CARD FOR THE
UNIT DESCRIBED ABOVE.  PLEASE KEEP THIS
CARD IN A SAFE PLACE WITHIN THE UNIT.

**INSTRUCTIONS FOR RENEWAL:**

REGISTRATION FOR THIS UNIT EXPIRES ON THE
DATE INDICATED ABOVE IN THE BOX LABELED
"Exp. Date".  THERE ARE SUBSTANTIAL
PENALTIES FOR DELINQUENCY.  IF YOU DO NOT
RECEIVE A RENEWAL NOTICE WITHIN 10 DAYS
PRIOR TO THE EXPIRATION DATE, CONTACT
H.C.D. FOR RENEWAL INSTRUCTIONS.
*************************************************

**IMPORTANT**
**THE OWNER INFORMATION SHOWN ABOVE MAY NOT REFLECT ALL LIENS RECORDED WITH THE**
**DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT AGAINST THE DESCRIBED UNIT.  THE**
**CURRENT TITLE STATUS OF THE UNIT MAY BE CONFIRMED THROUGH THE DEPARTMENT.**

DTN:  12313525                                                                08032021 - 1

STATE OF CALIFORNIA
BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION AND TITLING PROGRAM



## STATEMENT OF FACTS

This unit is a: ☑ Manufactured Home / Mobilehome    ☐ Commercial Modular    ☐ Floating Home    ☐ Truck Camper

| Decal (License) No.(s): | Trade Name: | Serial No.(s): |
|---|---|---|
| LBM1081 | CUSTOM VILLA | AC7V710394GB/GA |

I/We, the undersigned, hereby state:

Jamie L. Gallian, say that J-Pad, LLC is the Legal Owner and perfected their lien 1/14/2019.

*The correct Address for the Legal Owner - J-Pad LLC 21742 Anza Ave, Torrance, CA 90503*

I/We further agree to indemnify and save harmless the Director of the Department of Housing and Community Development, State of California, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the above-described unit in California, or from issuance of a California Certificate of Title covering the same.

I/We certify under penalty of perjury that the foregoing is true and correct.

Executed on  8/6/2021          at  Huntington Beach                      ,   CA
                  _Date_                          _City_                                    _State_

Signature(s):                              Printed name(s):
_Jamie L Gallian_                          Jamie Lynn Gallian


Address  16222 Monterey Ln #376

City  Huntington Beach                                          State  CA 92649

HCD RT 476.6 (Rev. 07/16)

EXHIBIT 22, PAGE 199

STATE OF CALIFORNIA
BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION AND TITLING PROGRAM



## STATEMENT TO ENCUMBER

**SECTION I.       DESCRIPTION OF UNIT**

This unit is a (check one):

☒ Manufactured Home, Mobilehome, Multifamily Manufactured Home   ☐ Commercial Modular   ☐ Truck Camper   ☐ Floating Home

The Decal (License) Number(s) is: __LBM1081__

The Trade Name is: __SKYLINE HOMES-CUSTOM VILLA__

The Serial Number(s) is: __AC7V710394GB; AC7V710394GA__

**SECTION II.       LEGAL OWNER INFORMATION**

I/We are releasing legal owner interest in the above-described unit to encumber the title (record a lien) in favor of:

      J-PAD, LLC - SOS ENTITY NO. 201804010750

_____
                    *(Name of New Legal Owner)*

*Address:*   __2702 N. GAFF STREET__          __ORANGE,__          __CA__          __92865__
             Street Address or P.O. Box              City                State          Zip

**SECTION III.       CERTIFICATION**

I/We certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on __1/14/2019__     at   __HUNTINGTON BEACH,   CALIFORNIA, CO. OF ORANGE__
              Date                           City                          State

Signature of each registered owner:              Printed name of each registered owner:

*Janue L Gullen, its Member*                    J-SANDCASTLE CO LLC

_____              _____

_____              _____

Address: __16222 MONTEREY LN  376   HUNTINGTON BEACH,__      __CA__      __92649__
          Street Address or P. O. Box                City                State      Zip

HCD 484.7 (Rev. 11/14)

EXHIBIT 22, PAGE 202

**EXHIBIT 23**

*Rancho Del Rey*

**MOBILE HOME ESTATES**
16222 MONTEREY LANE
HUNTINGTON BEACH, CA 92649
PHONE: (714) 846-1429

## Return of Payment

February 2, 2021

**TO**:

Gallian. Jamie and J-Sandcastle Co. LLC
16222 Monterey Ln. SPC 376
Huntington Beach, CA 92649

Dear Jamie Gallian and J-Sandcastle Co. LLC,

At this time we are unable to accept your payment of $ 1086.00 dated  February 1, 2021  check # 4508  due to the current legal proceedings and being that you are not a registered resident of Space #376. You will find the check enclosed.

Sincerely,

Molly Curtiss
Rancho Del Rey Mobile Home Estates

EXHIBIT 23, PAGE 203





*Rancho Del Rey*

**MOBILE HOME ESTATES**
16222 MONTEREY LANE
HUNTINGTON BEACH, CA 92649
PHONE: (714) 846-1429

## Return of Payment

April 12, 2021

**TO**:

Gallian. Jamie and J-Sandcastle Co. LLC
16222 Monterey Ln. SPC 376
Huntington Beach, CA 92649

Dear Jamie Gallian and J-Sandcastle Co. LLC,

At this time we are unable to accept your payment of $1086.00 dated April 9, 2021 check # 4590 due to the current legal proceedings and being that you are not a registered resident of Space #376. You will find the check enclosed.

Sincerely,

Molly Curtiss
Rancho Del Rey Mobile Home Estates

EXHIBIT 23, PAGE 206



Rent Payment.

Please Credit to the Account
↓ Sandcastle Co LLC Space
16222 Monterey Ln # 376
Huntington Beach, CA 92649

Cash Payment $1100.00
Placed in Office At RDR 5/13/2021 12:11 PM.
Hallam, Member

On Thursday May 13th 2021, we received an envelope in the box during our lunch closure. The envelope contained $1100 and a note from Jamie Gallian. All three of us counted the money. It is being returned to her attorney.

x _____    5/13/21
Molly Curtiss

x _____    5/13/21
Rick Maskulinski

x _____    5/13/21
Chris Houser

EXHIBIT 23, PAGE 209



ELAINE B. ALSTON
VIVIENNE J. ALSTON
DONALD A. DIEBOLD

## ALSTON, ALSTON & DIEBOLD
ATTORNEYS AT LAW

TELEPHONE (714) 556-9400
FACSIMILE (714) 556-9500

27201 PUERTA REAL
SUITE 300
MISSION VIEJO, CALIFORNIA 92691

1510

May 14, 2021

Hand Delivered

Mr. James Casello
Casello and Lincoln
525 Cabrillo Park Dr., Ste 104
Santa Ana, California 92701

**Re: Houser Bros Co. v Gallian**
**Ca. Court Case Number 30-2019-01041423 CL UD CJC**

Dear Mr. Casello:

Please find attached to this hand delivered letter the return of the cash payment of $1,100.00 which Ms. Gallian dropped through the mail slot at the Park Office yesterday afternoon.

As you and Ms. Gallian are aware Rancho Del Rey Mobile Home Estates will not accept any monies from Ms. Gallian as payment of rent due to the pending litigation.

This money is being returned to your office as a one-time courtesy due to security concerns.  As Ms. Gallian does not usually answer her door to speak with Park Management, Park Management did not want to leave an envelope containing a large sum of cash taped to her door.  However, if Ms. Gallian makes any future attempt to pay with cash, the Park Management will return it to her at her space and if she does not answer the door the monies will be taped to the mobilehome, despite the security risks.  I sincerely hope that will not be necessary.

Further, Ms. Gallian contacted my office earlier this week stating her electricity was about to be cut off.  As I stated in my e-mail to you, the Park is not involved in any disruption of her services.  Both I, and Park Management, are willing to assist you in avoiding a disruption of her services.  Please let me know if you need any assistance in this issue.

Very truly yours,

Vivienne J Alston

EXHIBIT 23, PAGE 211

J-SANDCASTLE CO LLC
C/O QIP MANAGEMENT
3334 E. COAST HWY. #126
CORONA DEL MAR, CA 92625
714-321-3449

June 4, 2021

RE Ground Space Payment  #376

Space/Ground Rent Received on June 4, 2021 $1100.00 CASH gave to Rancho Del Rey Manager
in Office located at 16222 Monterey Lane at 3:46pm.

Please credit to the account of J-Sandcastle Co LLC for our home located at APN 178-011-16
identified as APN-891-569-62 LBM 1081.

Sincerely,

/s/

Steven Gallian, Director
QIP Management

EXHIBIT 23, PAGE 212

*Rancho Del Rey*

**MOBILE HOME ESTATES**
16222 MONTEREY LANE
HUNTINGTON BEACH, CA 92649
PHONE: (714) 846-1429

TO :

Gallian. Jamie and J-Sandcastle Co. LLC
16222 Monterey Ln. SPC 376
Huntington Beach, CA 92649

Dear Jamie Gallian and J-Sandcastle Co. LLC,

At this time we are unable to accept your payment of $ 1,100.00 received on
6/7/2021 in cash due to the current legal proceedings and being that you are
not a registered resident of Space #376.

Sincerely,

Chris Houser
Rancho Del Rey Mobile Home Estates

EXHIBIT 23, PAGE 213

July 1, 2021

Payment of $1100.00 in cash of Ground Space Rent Lot 376.

Payment for hand delivered to Rancho Del Rey  Offices

Jamie Gallian, its Member, J-Sandcastle Co LLC.

Signed this 1st day of July 2021, at Huntington Beach, CA 92649.

_____  7/1/21

JAMIE L. GALLIAN, Member, J-Sandcastle Co LLC



EXHIBIT 23, PAGE 215

## Rancho Del Rey

16222 Monterey Ln. OFC
Huntington Beach, California 92649
714-846-1429

# Statement

TO:

Ver Steeg, Marianne
16222 Monterey Ln. SPC 379
Huntington Beach, CA 92649

| Billing Period | Statement Date |
|---|---|
| 07/02/21 - 08/01/21 | 07/27/21 |

| Property | Unit | Type | Acc # |
|---|---|---|---|
| RDR | SPC 379 | Lot | 425 |

| Previous Balance | Current Charges | Current Credits | Balance Due |
|---|---|---|---|
| 1,268.19 | 1,289.43 | 1,276.80 | 1,285.07 |

| Last Payment | Amount Enclosed |
|---|---|
| 7/7/21  $1,276.80  ECK - 3106 | |

PLEASE RETURN TOP PORTION WITH YOUR REMITTANCE

| Date | Reference | Description | | | Amount |
|---|---|---|---|---|---|
| | | Previous Balance | | | 1,268.19 |
| 07/07/21 | ECK - 3106 | Payment Received | | | -1,276.80 |
| 08/01/21 | | Electric Utility | | | 29.00 |
| | *Readings:* | *Current: 07/22/21 - 770* | *Previous: 06/22/21 - 605* | *Usage: 165* | |
| 08/01/21 | | Gas Utility | | | 4.36 |
| | *Readings:* | *Current: 07/22/21 - 518* | *Previous: 06/22/21 - 518* | *Usage: 0* | |
| 08/01/21 | | Water & Sewer | Includes HB Sewer & OCSD | | 44.62 |
| | *Readings:* | *Current: 07/22/21 - 1196* | *Previous: 06/22/21 - 1193* | *Usage: 3* | |
| 08/01/21 | | Garbage Fee | Republic Services | | 19.45 |
| 08/01/21 | | Rent Charge | August Space Rent | | 1,192.00 |

| | |
|---|---|
| Sub Total | **1,280.82** |
| Unapplied Credits | **4.25** |
| Balance Due | **1,285.07** |

| ELECTRIC | | CARE | GAS | | CARE | WATER & SEWER | | |
|---|---|---|---|---|---|---|---|---|
| KWH: 165  Daily Baseline KWH: 11.4 | | | Therms(T): 0 x 1.033 = 0 | | | 3 CCF ~ 2244 Gallons | | |
| Basic Charge | 0.0240 x 30 days | $0.72 | Daily Baseline Therms: 0.4240 | | | Meter Charge | 0.4867 x 30 days | $14.60 |
| T1 0-100% | 0.1331 x 165 kwh | $21.96 | Daily | 0.16438 x 30 Days | $4.93 | Usage Charge | 2.2267 x 3 CCF | $6.68 |
| T2 101-400% | 0.1999 x 0 kwh | $0.00 | Baseline | 1.22378 x 0 T | $0.00 | Cap Charge | 0.0145 x 30 days | $0.44 |
| T3 401%+ | 0.2752 x 0 kwh | $0.00 | Non Baseline | 1.62341 x 0 T | $0.00 | | Tax 5% of 6.68 | $0.33 |
| Generation | 0.0956 x 165 kwh | $15.77 | Transport Adj | 0 x 0.0014 | $0.00 | Water Total | | $22.05 |
| | CARE Discount | -10.88 | PPPCharge | 0.02278 x 0 T | $0.00 | HB Sewer | 30 days x 0.2824 | $8.47 |
| | Subtotal | $27.57 | State Reg Fee | 0.00577 x 0 T | $0.00 | OCSD | 30 days x 0.4699 | $14.10 |
| HB Tax | 0.05 x 27.57 | $1.38 | MHP Charge | | $0.21 | | Total | $44.62 |
| State Fee | 0.00030 x 165 kwh | $0.05 | | Care Credit | $-0.99 | | | |
| | Total | $29.00 | | SubTotal | $4.15 | | | |
| | | | | HB Tax 5% | $0.21 | | | |
| | | | | Total | $4.36 | | | |

| Comments |
|---|
| *Please note that HB Sewer and OCSD Sewer are now billed with Water on a daily rate. You may view the charges under the water calculation. |

## Rancho Del Rey

16222 Monterey Ln. OFC
Huntington Beach, California 92649
714-846-1429

# Statement

TO:

GALLIAN, JAMIE LYNN
16222 Monterey Ln. SPC 376
Huntington Beach, CA 92649

BEGINNING POST BK FILING 7/9/2021, Case 11710

| Billing Period | Statement Date |
|---|---|
| 6/02/21 - 08/01/21 | 07/30/21 |

| Property | Unit | Type | Acc # |
|---|---|---|---|
| RDR | SPC 376 | Lot | GALLIAN-376 |

| Previous Balance | Current Charges | Current Credits | Balance Due |
|---|---|---|---|
| 1,086.00 | 1,183.43 | 0.00 | 2,269.43 |

| Last Payment | | Amount Enclosed |
|---|---|---|
| 7/30/2021 | Check No 2578. | $2,269.43 |

PLEASE RETURN TOP PORTION WITH YOUR REMITTANCE

| Date | Reference | Description | | | Amount |
|---|---|---|---|---|---|
| 07/01/21 | Cash Payment | Rent Payment~July, 2021 | | | |
| 07/07/21 | | Cash Payment Returned to tenant @ Sp. 376 | | | |
| 08/01/21 | | Electric Utility | | | 29.00 |
| | Readings: | Current: 07/22/21 - | Previous: 06/22/21 - | Usage: | |
| 08/01/21 | | Gas Utility | | | 4.36 |
| | Readings: | Current: 07/22/21 - | Previous: 06/22/21 - | Usage: | |
| 08/01/21 | | Water & Sewer | Includes HB Sewer & OCSD | | 44.62 |
| | Readings: | Current: 07/22/21 - | Previous: 06/22/21 - | Usage: | |
| 08/01/21 | | Garbage Fee | Republic Services | | 19.45 |
| 08/01/21 | | Rent Charge | Utility Subtotal | | 97.43 |
| | | | August Space 376 Rent | | 1,086.00 |

| | |
|---|---|
| Sub Total | 1,183.43 |
| Unapplied Credits | 1,086.00 |
| Balance Due | 2,269.43 |

## July 2021 ESTIMATED USAGE AMOUNTS

**ELECTRIC**

| | | CARE |
|---|---|---|
| KWH: 165 | Daily Baseline KWH: 11.4 | |
| Basic Charge | 0.0240 x 30 days | $0.72 |
| T1 0-100% | 0.1331 x 165 kwh | $21.96 |
| T2 101-400% | 0.1999 x 0 kwh | $0.00 |
| T3 401%+ | 0.2752 x 0 kwh | $0.00 |
| Generation | 0.0956 x 165 kwh | $15.77 |
| | CARE Discount | -10.88 |
| | Subtotal | $27.57 |
| HB Tax | 0.05 x $27.57 | $1.38 |
| State Fee | 0.00030 x 165 kwh | $0.05 |
| | Total | $29.00 |

**GAS**

| | | CARE |
|---|---|---|
| Therms(T): | 0 x 1.033 = 0 | |
| Daily Baseline Therms: 0.4240 | | |
| Daily | 0.16438 x 30 Days | $4.93 |
| Baseline | 1.22378 x 0 T | $0.00 |
| Non Baseline | 1.62341 x 0 T | $0.00 |
| Transport Adj | 0 x 0.0014 | $0.00 |
| PPPCharge | 0.02278 x 0 T | $0.00 |
| State Reg Fee | 0.00577 x 0 T | $0.00 |
| MHP Charge | | $0.21 |
| | Care Credit | $-0.99 |
| | SubTotal | $4.15 |
| | HB Tax 5% | $0.21 |
| | Total | $4.36 |

**WATER & SEWER**

3 CCF ~ 2244 Gallons

| | | |
|---|---|---|
| Meter Charge | 0.4867 x 30 days | $14.60 |
| Usage Charge | 2.2267 x 3 CCF | $6.68 |
| Cap Charge | 0.0145 x 30 days | $0.44 |
| | Tax 5% of 6.68 | $0.33 |
| Water Total | | $22.05 |
| HB Sewer | 30 days x 0.2824 | $8.47 |
| OCSD | 30 days x 0.4699 | $14.10 |
| | Total | $44.62 |

| Comments |
|---|
| *Please note that HB Sewer and OCSD Sewer are now billed with Water on a daily rate. You may view the charges under the water calculation. |

EXHIBIT 23, PAGE 217





*Rancho Del Rey*

**MOBILE HOME ESTATES**
16222 MONTEREY LANE
HUNTINGTON BEACH, CA 92649
PHONE: (714) 846-1429

## Return of Payment

**TO**:

Gallian. Jamie and J-Sandcastle Co. LLC
16222 Monterey Ln. SPC 376
Huntington Beach, CA 92649

Dear Jamie Gallian and J-Sandcastle Co. LLC,

At this time we are unable to accept your payment of $ 2269.43  dated
July 30, 2021            due to the current legal proceedings and being that you are
not a registered resident of Space #376.

You will find the ☐ Cash ☑ Check # 2578              enclosed.

Sincerely,

Molly Curtiss        7/30/21
Rancho Del Rey Mobile Home Estates



Jamie Gallian
16222 Monterey Ln SPC 376
Huntington Beach, CA 92649



**EXHIBIT 24**



**Shari L. Freidenrich, CPA**
Orange County Treasurer-Tax Collector
P.O. BOX 1438 • Santa Ana, CA 92702-1438
601 N. Ross Street, Building 16, Santa Ana
Office Hours: 8:00 AM-5:00 PM Monday - Friday
Phone Hours: 9:00 AM-5:00 PM (714) 834-3411
octreasurer.com/octaxbill

**INTERNET COPY**

## 2021-22 SECURED PROPERTY TAX BILL
For Fiscal Year Beginning July 1, 2021 and Ending June 30, 2022
0000210-0000210 PDFE------   34403I OCT017

**ASSESSEE NAME AND ADDRESS ARE NOT AVAILABLE
ONLINE PER CA GOV CODE §6254.21**

### DID YOU KNOW?

Sign up to receive a text/email due date reminder at octreasurer.com/securedreminders
Pay online at octreasurer.com/octaxbill to receive same day credit, no service fee by eCheck and an emailed receipt.

Mailed payments must have a USPS postmark on or before the last timely payment date. If you wait until the last day to mail your payment, get your envelope hand-stamped with a postmark to ensure it is timely. See octreasurer.com/postmarks.

### PROPERTY LOCATION

**16222 MONTEREY LN 376 HUNTINGTON BEACH**

### OWNER OF RECORD AS OF 12:01 AM, JANUARY 1, 2021

**ASSESSEE NAME AND ADDRESS ARE NOT AVAILABLE ONLINE PER CA
GOV CODE §6254.21**

## MOBILE HOME

### ASSESSED VALUES & EXEMPTIONS AS OF JANUARY 1, 2021

| DESCRIPTION | FULL VALUE | COMPUTED TAX |
|---|---|---|
| PERSONAL PROPERTY - OTHER | 86,339 | |
| | | |
| TOTAL VALUES: | 86,339 | 946.92 |
| TOTAL NET TAXABLE VALUE: | 86,339 | 946.92 |

| PARCEL NO. (APN) | TAX RATE AREA | 1st Installment DUE 11/1/21 | | 2nd Installment DUE 2/1/22 | | TO PAY BOTH INSTALLMENTS BY 12/10/21 |
|---|---|---|---|---|---|---|
| 891-569-62 | 04-902 | $473.46 | + | $473.46 | = | $946.92 |

### IMPORTANT INFORMATION

**INFORMATION COPY**

Taxes were pre-paid at the time of purchase and will be credited towards this tax bill.

### VOTER APPROVED TAXES AND SPECIAL ASSESSMENTS

| SERVICE AGENCY | RATE | VALUE | TAXES |
|---|---|---|---|
| BASIC LEVY RATE | 1.00000 | 86,339 | 863.39 |
| COAST COMM COLLEGE DIST | .03119 | 86,339 | 26.92 |
| OCEAN VIEW SCHOOL DIST | .02796 | 86,339 | 24.14 |
| HUNTINGTON BCH UNION HS | .02260 | 86,339 | 19.52 |
| HUNTINGTON BEACH EMPLOYEE RETIREME | .01500 | 86,339 | 12.95 |
| | | | |
| TOTAL CHARGED | 1.09675 | | 946.92 |

FOR DETAILS OF TAX TYPES, VISIT OUR WEBPAGE AT OCTREASURER.COM/OCTAXBILL

THERE WILL BE A $26.00 FEE FOR EACH PAYMENT RETURNED UNPAID BY YOUR BANK FOR ANY REASON

F074-453 (2021)

| FIRST INSTALLMENT DUE 11/1/21 → | $.00 | SECOND INSTALLMENT DUE 2/1/22 → | $.00 | TOTAL DUE AND PAYABLE → | $.00 |
|---|---|---|---|---|---|

# THIS IS NOT A BILL

**EXHIBIT 25**

**Shari L. Freidenrich, CPA**
Orange County Treasurer - Tax Collector
P.O. BOX 1438 • Santa Ana, CA 92702-1438
601 N. Ross Street, Building 16, Santa Ana
Office Hours: 8:00 AM-5:00 PM Monday - Friday
Phone Hours: 9:00 AM-5:00 PM (714) 834-3411
octreasurer.com/octaxbill

**INTERNET COPY**

## 2021–22 SECURED PROPERTY TAX BILL
For Fiscal Year Beginning July 1, 2021 and Ending June 30, 2022
002256-002025x PDFE------ 344053 OCT013
ASSESSEE NAME AND ADDRESS ARE NOT AVAILABLE
ONLINE PER CA GOV CODE §6254.21

### DID YOU KNOW?
Sign up to receive a text/email due date reminder at octreasurer.com/securedreminders
Pay online at octreasurer.com/octaxbill to receive same day credit, no service fee by eCheck and an emailed receipt.
Mailed payments must have a USPS postmark on or before the last timely payment date. If you wait until the last day to mail your payment, get your envelope hand-stamped with a postmark to ensure it is timely. See octreasurer.com/postmarks.

### PROPERTY LOCATION
16222 MONTEREY LN 375 HUNTINGTON BEACH

### ASSESSED VALUES & EXEMPTIONS AS OF JANUARY 1, 2021

| DESCRIPTION | FULL VALUE | COMPUTED TAX |
|---|---|---|
| PERSONAL PROPERTY - OTHER | 42,443 | 465.49 |
| | | |
| TOTAL VALUES: | 42,443 | 465.49 |
| HOMEOWNER EXEMPTION | -7,000 | -76.77 |
| TOTAL NET TAXABLE VALUE: | 35,443 | 388.72 |

### OWNER OF RECORD AS OF 12:01 AM, JANUARY 1, 2021
ASSESSEE NAME AND ADDRESS ARE NOT AVAILABLE ONLINE PER CA GOV CODE §6254.21

| PARCEL NO. (APN) | TAX RATE AREA | 1st Installment DUE 11/1/21 | 2nd Installment DUE 2/1/22 | TO PAY BOTH INSTALLMENTS BY 12/10/21 |
|---|---|---|---|---|
| 891-563-75 | 04-902 | $194.36  + | $194.36  = | $388.72 |

### IMPORTANT INFORMATION
If you sold this property or no longer own it, you can disregard this bill. Property taxes are the responsibility of the new owner. Contact the Office of the Assessor at (714) 834-2727 regarding ownership changes.

### VOTER APPROVED TAXES AND SPECIAL ASSESSMENTS

| SERVICE AGENCY | RATE | VALUE | TAXES |
|---|---|---|---|
| BASIC LEVY RATE | 1.00000 | 35,443 | 354.43 |
| COAST COMM COLLEGE DIST | .03119 | 35,443 | 11.05 |
| OCEAN VIEW SCHOOL DIST | .02796 | 35,443 | 9.91 |
| HUNTINGTON BCH UNION HS | .02260 | 35,443 | 8.01 |
| HUNTINGTON BEACH EMPLOYEE RETIREME | .01500 | 35,443 | 5.32 |
| | | | |
| TOTAL CHARGED | 1.09675 | | 388.72 |

MH LOCATED IN SPACE 375 ON AP 178-011-16

F074-453 (2021)

FOR DETAILS OF TAX TYPES, VISIT OUR WEBPAGE AT OCTREASURER.COM/OCTAXBILL

---

THERE WILL BE A $26.00 FEE FOR EACH PAYMENT RETURNED UNPAID BY YOUR BANK FOR ANY REASON
RETAIN TOP PORTION FOR YOUR RECORDS – IF PAYING BY CHECK, YOUR CANCELLED CHECK IS YOUR RECEIPT OR PAY ONLINE AND RECEIVE AN EMAILED RECEIPT

DETACH AND MAIL STUB WITH 2ND INSTALLMENT IN ENVELOPE PROVIDED
WRITE YOUR PARCEL NO. ON YOUR CHECK

| PARCEL NUMBER (APN) | DELINQUENT AFTER |
|---|---|
| 891-563-75 | APRIL 11, 2022 |

ASSESSEE:
ASSESSEE NAME AND ADDRESS ARE NOT AVAILABLE ONLINE PER CA GOV CODE §6254.21
Make checks payable to: County of Orange

COUNTY OF ORANGE
ATTN: TREASURER-TAX COLLECTOR
P.O. Box 1438
Santa Ana, CA 92702-1438

**INTERNET COPY**

### ORANGE COUNTY 2021-22 PROPERTY TAX
Pay taxes online by eCheck or by credit card
eCheck  No Cost
  - 2.29% Fee Min. $1.95
octreasurer.com/octaxbill

Scan the code to view and pay your specific parcel online



**DUE FEB 1, 2022**  **2**

$194.36

AMOUNT DUE AFTER 4/11/22 (INCLUDES 10% PENALTY + $23 COST)    $236.79

018915637500001202102041122000019436063022000002367900000000000008

---

DETACH AND MAIL STUB WITH 1ST INSTALLMENT IN ENVELOPE PROVIDED
WRITE YOUR PARCEL NO. ON YOUR CHECK

| PARCEL NUMBER (APN) | DELINQUENT AFTER | TO PAY BOTH INSTALLMENTS BY DEC. 10 |
|---|---|---|
| 891-563-75 | DECEMBER 10, 2021 | $388.72 |

ASSESSEE:
ASSESSEE NAME AND ADDRESS ARE NOT AVAILABLE ONLINE PER CA GOV CODE §6254.21
Make checks payable to: County of Orange

COUNTY OF ORANGE
ATTN: TREASURER-TAX COLLECTOR
P.O. Box 1438
Santa Ana, CA 92702-1438

**INTERNET COPY**

### ORANGE COUNTY 2021-22 PROPERTY TAX
Pay taxes online by eCheck or by credit card
eCheck  No Cost
  - 2.29% Fee Min. $1.95
octreasurer.com/octaxbill

Scan the code to view and pay your specific parcel online



**DUE NOV 1, 2021**  **1**

$194.36

AMOUNT DUE AFTER 12/10/21 (INCLUDES 10% PENALTY)    $213.79

018915637500001202101121021000019436063022000021379000000000000006

EXHIBIT 25, PAGE 224

**EXHIBIT 26**

**Department of Housing and Community Development**
**Division of Codes and Standards**
**Registration and Titling Program**



## Private Party Sale for a Home on Local Property Tax
## with HCD Certificate of Title

HCD RT 804 (Rev. 10/20)

*IMPORTANT: Please return this letter with the items requested below to the address
listed on side 2.*

The following are instructions on how to transfer ownership of a manufactured home or
mobilehome sold by someone other than a licensed California dealer when all the
following apply:

1) The home is titled with HCD.

2) The home is subject to local property taxation (LPT) and bears an HCD decal
   number that begins with the letter "L."

In order to transfer ownership of a home meeting the above criteria, the following
documents and fees must be submitted to the address listed on side 2 of this letter:

1) The original HCD Certificate of Title signed off by all owners printed on the title. The
   new owners should complete the "New Owner Information" area and sign where
   appropriate. If the original title has been lost, an Application for Duplicate Certificate
   of Title (form HCD RT 480.4) can be completed and submitted with a $25 duplicate
   fee.

2) The original last-issued registered owner's Registration Card or, if lost, an
   Application for Duplicate Registration Card (form HCD RT 481.2) completed and
   submitted with a $25 duplicate fee.

3) A valid original Tax Clearance Certificate (not your tax bill) issued by the County Tax
   Collector where the home is located. The new buyers should be shown as the
   Applicant on this form.

   For a list of County Tax Collector contact numbers, please visit the California Board
   of Equalization's Listing of County Tax Collectors or call (800) 952-8356 for further
   assistance.

4) Multi-Purpose Transfer Form (form HCD RT 476.6G) completed in appropriate
   sections and signed by all new buyers.

EXHIBIT 26, PAGE 225

5)  Transfer Fee ..................................... $35
    Transfer Fee Penalty ........................ $25
    ......................................................... (due if postmarked 20 days after date of sale)
    Mobilehome Recovery Fund Fee ...... $10 (due for each sale after January 1, 2008)
    Registration Fee................................ $23 per section
    Registration Fee Penalty................... $3 per section
    ......................................................... (due if postmarked 20 days after date of sale)
    Park Purchase Fee ........................... $5 per section (not due if buyer owns the land)
    Lien Registration Fee........................ $25
    ......................................................... (due if adding, changing, or deleting a lender)
    Duplicate Title Fee ........................... $25 (due if duplicate submitted)
    Duplicate Registration Card Fee ....... $25 (due if duplicate submitted)

Make **CHECK** or **MONEY ORDER** payable to **HCD** and show the **DECAL NUMBER**.

Please mail to:      HCD
                     P.O. Box 277820
                     Sacramento, CA  95827-7820

Basic transfer requirements and fees must be postmarked and/or received by HCD within 20 calendar days from the date of sale to avoid transfer penalties.

If, after a review of your application, additional fees and/or documents are required, your application will be returned to you with further instructions for completing your transaction.

If you have any questions regarding the above requirements or forms, please contact HCD at (800) 952-8356 or ContactRT@hcd.ca.gov for assistance.

Visit HCD's website for a list of DISTRICT OFFICES or call (800) 952-8356.

HCD RT 804 (Rev. 10/20) Side 2

EXHIBIT 26, PAGE 226

**EXHIBIT 27**



## California Department of Housing and Community Development

*Codes and Standards Automated System (CASAS)*

Home

## Pay Fees — Submit a Payment

You can now pay fees — submit a payment for any Codes and Standards transactions that require payment.

For example:

- Manufactured home/mobilehome title transfers
- Duplicate titling documents
- Permit and inspection fees
- Mobilehome/RV park permits to operate
- Employee housing permits to operate
- Occupational license renewals
- Any other Codes and Standards-related transaction that requires payment

**Before you begin, you will need:**

1. Your document tracking number (DTN)
2. Zip code related to this application
3. A valid VISA or Mastercard credit card and billing information

✱ Indicates Required Field

Document Tracking Number

(DTN)            ✱

Zip Code  ✱

☐ I'm not a robot

reCAPTCHA
Privacy - Terms

Continue    Clear Form

Version 2.0.358

EXHIBIT 27, PAGE 227

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION AND MOTION OBJECTING TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 12, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **May 12, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR**
JAMIE LYNN GALLIAN
16222 MONTEREY LN UNIT 376
HUNTINGTON BEACH, CA 92649

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 12, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

PURSUANT TO THE COURTROOM POLICIES AND PROCEDURES OF THE HONORABLE ERITHE A. SMITH, COURTROOM 5A, §VIII. JUDGES' OR COURTESY COPIES, EXCEPT FOR DOCUMENTS 200 PAGES OR OVER, INCLUDING EXHIBITS, JUDGE SMITH **DOES NOT** REQUIRE JUDGES' COPIES.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 12, 2022 | Layla Buchanan | /s/ Layla Buchanan |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:
   - **ATTORNEY FOR TRUSTEE JEFFREY I GOLDEN (TR):** Aaron E DE Leest adeleest@DanningGill.com, danninggill@gmail.com; adeleest@ecf.inforuptcy.com
   - **ATTORNEY FOR CREDITOR and PLAINTIFF THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION:** Robert P Goe kmurphy@goeforlaw.com, rgoe@goeforlaw.com; goeforecf@gmail.com
   - **TRUSTEE JEFFREY I GOLDEN (TR):** Jeffrey I Golden (TR lwerner@wgllp.com, jig@trustesolutions.net; kadele@wgllp.com
   - **ATTORNEY FOR PLAINTIFF HOUSER BROS. CO.:** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
   - **ATTORNEY FOR CREDITOR and PLAINTIFF THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION:** Brandon J Iskander biskander@goeforlaw.com, kmurphy@goeforlaw.com
   - **ATTORNEY FOR TRUSTEE JEFFREY I GOLDEN (TR):** Eric P Israel eisrael@DanningGill.com, danninggill@gmail.com; eisrael@ecf.inforuptcy.com
   - **ATTORNEY FOR PLAINTIFF HOUSER BROS. CO.:** Laila Masud lmasud@marshackhays.com, lmasud@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
   - **ATTORNEY FOR DEFENDANT RANDALL L NICKEL:** Mark A Mellor mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com
   - **INTERESTED PARTY COURTESY NEF:** Valerie Smith claims@recoverycorp.com
   - **U.S. TRUSTEE:** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.