| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| D. EDWARD HAYS, #162507<br>ehays@marshackhays.com<br>LAILA MASUD, #311731<br>lmasud@marshackhays.com<br>BRADFORD N. BARNHARDT, #328705<br>bbarnhardt@marshackhays.com<br>MARSHACK HAYS LLP<br>870 Roosevelt<br>Irvine, CA 92620<br>Telephone: (949) 333-7777<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney for: Houser Bros. Co. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>JAMIE LYNN GALLIAN, | CASE NO.: 8:21-bk-11710-ES<br>CHAPTER: 7 |
|---|---|
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>Hearing on Motion Objecting<br>to Debtor's Claimed Homestead Exemption |
| Debtor(s) | |

PLEASE TAKE NOTE that the order titled Order Continuing Hearing on Motion Objecting to Debtor's Claimed Homestead Exemption

was lodged on (*date*) 06/09/2022 and is attached. This order relates to the motion which is docket number 95.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 1    F 9021-1.2.BK.NOTICE.LODGMENT



**Bankruptcy LODGED ORDER UPLOAD FORM**

Thursday, June 09, 2022

CONFIRMATION :

Your Lodged Order Info:
( **11209910.doc** )
A new order and exhibit has been added

- **Office**: Santa Ana
- **Case Title**: Jamie Lynn Gallian
- **Case Number**: 21-11710
- **Judge Initial**: ES
- **Case Type**: bk ( Bankruptcy )
- **Document Number**: 95
- **On Date**: 06/09/2022 @ 11:19 PM

Thank You!

---

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012

D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Movant and Creditor,
HOUSER BROS. CO. dba RANCHO DEL REY MOBILE HOME ESTATES

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>    Debtor. | Case No. 8:21-bk-11710-ES<br><br>Chapter 7<br><br>ORDER CONTINUING HEARING ON MOTION OBJECTING TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION<br><br>PREVIOUS HEARING DATE<br>Date:   June 2, 2022<br>Time:   10:30 a.m.<br>Ctrm:   5A<br>Location: 411 W. Fourth Street, Santa Ana, CA 92701<br><br>CONTINUED HEARING DATE<br>Date:   July 21, 2022<br>Time:   10:30 a.m.<br>Ctrm:   5A[1]<br>Location: 411 W. Fourth Street, Santa Ana, CA 92701 |

---

[1] To continue to aid in the mitigation of the spread of the COVID-19 virus and in light of the response of the Bar to continue virtual appearances, Judge Smith will continue to hold the majority of her hearings remotely using ZoomGov audio and video. However, beginning September 1, 2021, Judge Smith will allow the option for in-person hearings and/or hybrid proceedings for trial and evidentiary hearings only.

1

On June 2, 2022, at 10:30 a.m., the Court conducted a hearing on the Motion objecting to Debtor's claimed homestead exemption ("Motion"), filed by Houser Bros. Co., dba Rancho Del Rey Mobile Home Estates ("Houser Bros.") on May 12, 2022, as Dk No. 95. All appearances were as noted on the record. Prior to the hearing, the Court published a tentative ruling regarding the Motion, which is attached as Exhibit "1" and incorporated as the final ruling of the Court.

The Court, having read and considered the Motion, declaration, supporting evidence, and memorandum of points and authorities, filed by Houser Bros.; the Debtor's late filed opposition to the Motion, Dk. No. 105; the joinders to the Motion filed by The Huntington Beach Gables Homeowners Associations ("HOA"), Dk. No. 98, and by Janine Jasso ("Ms. Jasso," and collectively with HOA the "Joining Parties"), Dk. No. 100; and all other pleadings and papers filed in this case, and having heard the statements of counsel, the Court orders as follows:

IT IS ORDERED that:

1. The hearing on the Motion is continued to July 21, 2022, at 10:30 a.m. to allow Houser Bros. and/or the Joining Parties to file a reply/replies to Debtor's late opposition filed on June 1, 2022.

2. Any replies by Houser Bros. or the Joining Parties must be filed by July 7, 2022.

3. No other pleadings may be filed regarding the Motion.

# # #

**EXHIBIT 1**

# United States Bankruptcy Court
# Central District of California
### Santa Ana
### Erithe Smith, Presiding
### Courtroom 5A Calendar

---

**Thursday, June 2, 2022**                                                                 **Hearing Room    5A**

---

**10:30 AM**
**8:21-11710**    **Jamie Lynn Gallian**                                                    **Chapter 7**

  #30.00    Hearing RE: Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home
            Estates Motion Objecting to Debtor's Claimed Homestead Exemption

                            Docket        95

**Courtroom Deputy:**
    - NONE LISTED -

**Tentative Ruling:**

**June 2, 2022**

Continue hearing to July 21, 2022 at 10:30 a.m. to allow Movant/Joining Parties to file a reply to Debtor's late opposition filed on June 1, 2022, which reply(ies) must be filed by July 7, 2022.  No other pleadings may be filed.

Basis for Tentative Ruling:

1.  Because Debtor filed her opposition one day prior to the hearing, the court has not had an opportunity to review it and the Movant was not afforded the opportunity to file a reply to the opposition. Under the Local Bankruptcy Rules, the court may exclude late-filed pleadings and not consider them at all. On this one occassion, the court will make an exception and allow the opposition.  However, in the future, the court will not consider any pleadings filed by Debtor after the day they are due.

2.  Based solely on the timely filed Motion and joinders, the court would be inclined to grant the Motion.

|                              Party Information                               |
|------------------------------------------------------------------------------|

**Debtor(s):**

   Jamie Lynn Gallian                        Pro Se

**Trustee(s):**

   Jeffrey I Golden (TR)                     Represented By

---

# United States Bankruptcy Court
# Central District of California
Santa Ana
Erithe Smith, Presiding
Courtroom 5A Calendar

---

**Thursday, June 2, 2022**      **Hearing Room**    **5A**

---

<u>10:30 AM</u>
**CONT...**    **Jamie Lynn Gallian**      **Chapter 7**

                 Aaron E DE Leest
                 Eric P Israel

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 9, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **June 9, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR**
JAMIE LYNN GALLIAN
16222 MONTEREY LN UNIT 376
HUNTINGTON BEACH, CA 92649

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

PURSUANT TO THE COURTROOM POLICIES AND PROCEDURES OF THE HONORABLE ERITHE A. SMITH, COURTROOM 5A, §VIII. JUDGES' OR COURTESY COPIES, EXCEPT FOR DOCUMENTS 200 PAGES OR OVER, INCLUDING EXHIBITS, JUDGE SMITH **DOES NOT** REQUIRE JUDGES' COPIES.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 9, 2022 | Layla Buchanan | */s/ Layla Buchanan* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:
   - **ATTORNEY FOR TRUSTEE JEFFREY I GOLDEN (TR):** Aaron E DE Leest adeleest@DanningGill.com, danninggill@gmail.com; adeleest@ecf.inforuptcy.com
   - **ATTORNEY FOR CREDITOR and PLAINTIFF THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION:** Robert P Goe kmurphy@goeforlaw.com, rgoe@goeforlaw.com; goeforecf@gmail.com
   - **TRUSTEE JEFFREY I GOLDEN (TR):** Jeffrey I Golden (TR lwerner@wgllp.com, jig@trustesolutions.net; kadele@wgllp.com
   - **ATTORNEY FOR PLAINTIFF HOUSER BROS. CO.:** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
   - **ATTORNEY FOR CREDITOR and PLAINTIFF THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION:** Brandon J Iskander biskander@goeforlaw.com, kmurphy@goeforlaw.com
   - **ATTORNEY FOR TRUSTEE JEFFREY I GOLDEN (TR):** Eric P Israel eisrael@DanningGill.com, danninggill@gmail.com; eisrael@ecf.inforuptcy.com
   - **ATTORNEY FOR PLAINTIFF HOUSER BROS. CO.:** Laila Masud lmasud@marshackhays.com, lmasud@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
   - **ATTORNEY FOR DEFENDANT RANDALL L NICKEL:** Mark A Mellor mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com
   - **INTERESTED PARTY COURTESY NEF:** Valerie Smith claims@recoverycorp.com
   - **U.S. TRUSTEE:** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**