D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Movant and Creditor,
HOUSER BROS. CO. dba RANCHO DEL
REY MOBILE HOME ESTATES

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>　　　　Debtor. | Case No. 8:21-bk-11710-ES<br><br>Chapter 7<br><br>DECLARATION OF GREG BUYSMAN RE: MOTION OBJECTING TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION<br><br>Date:　July 21, 2022<br>Time:　10:30 a.m.<br>Ctrm:　5A[1]<br>Location: 411 W. Fourth Street, Santa Ana, CA 92701 |

I, Greg Buysman, say and declare as follows:

1.　　I am an individual over 18 years of age and competent to make this Declaration.

2.　　If called upon to do so, I could and would competently testify as to the facts set forth in this Declaration.

---

[1] To continue to aid in the mitigation of the spread of the COVID-19 virus and in light of the response of the Bar to continue virtual appearances, Judge Smith will continue to hold the majority of her hearings remotely using ZoomGov audio and video. However, beginning September 1, 2021, Judge Smith will allow the option for in-person hearings and/or hybrid proceedings for trial and evidentiary hearings only.

1

3.      The facts set forth below are true of my personal knowledge.

4.      I am employed at The UPS Store at 5942 Edinger Ave., Ste. 113, Huntington Beach, CA 92649.

5.      I am also a California Notary Public, with Commission Number 2341449. My commission expiration date is February 5, 2025.

6.      I make this declaration in support of the homestead exemption objection filed by Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates ("Houser Bros.").

7.      A true and correct copy of my notary book for February 25, 2021, is attached as **Exhibit 1**.

8.      According to my records, on February 25, 2021, I notarized an Affidavit of Death and a Transfer Grant Deed for Jamie Lynn Gallian ("Ms. Gallian").

9.      A true and correct copy of an "Affidavit of Death" that I notarized for Ms. Gallian on February 25, 2021, is attached as **Exhibit 2**. I wrote on the first page of this document "See Attached Acknowledgment."

10.     A true and correct copy of an "Affidavit, Death of Grantor of Interfamily Transfer Grant Deed" that I notarized for Ms. Gallian on February 25, 2021, is attached as **Exhibit 3**. I wrote on the first page of this document "See Attached Acknowledgement."

11.     I have been provided a copy of a California Department of Housing and Community Development ("HCD") document that contains my acknowledgment signature in two places. A true and correct copy of the HCD document provided to me is attached as **Exhibit 4**. I did not, however, notarize this document.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 20, 2022.

GREG BUYSMAN

2
DECLARATION OF GREG BUYSMAN

**EXHIBIT 1**



EXHIBIT 1, PAGE 3

Identification of Signer

Additional Information

Notary Fee

Signature of Signer

Right Thumbprint of Signer

Personally Known by the Notary
Cards -- Describe each card below
Credible Witness(es) -- Include signature of each witness

Top of thumb here

48

8   7   6   5   4   3   1

EXHIBIT 1, PAGE 4

**EXHIBIT 2**

Electronically Filed by Superior Court of California, County of Orange, 05/12/2021 08:44:00 AM.
30-2017-00915711-PR-LA-CJC - ROA # 141 - DAVID H. YAMASAKI, Clerk of the Court By e Clerk, Deputy Clerk.

Recording at the request of:

JAMIE LYNN GALLIAN
16222 MONTEREY LANE #376
HUNTINGTON BEACH, CA 92649
714-321-3449

*This space for recorder's use only*

## AFFADAVIT OF DEATH

### CHARLES JAMES BRADLEY, JR. Date of Death 06/18/2000

Affiant's Name: JAMIE LYNN GALLIAN

The affiant, JAMIE LYNN GALLIAN, first being sworn, deposes and says: I am fully capacitated at this present time to give sworn written testimony, and hereby acknowledge the following to be true.  I am over the age of 18 years and I am currently a resident within the State of California, County of Orange. I say, I am the only daughter of the decedent Charles James Bradley, Jr. and named executor in that certain Will of the Decedent of Charles J. Bradley, Jr.

I standby all facts herein stated within this written instrument to be true.  The following testimony is an accurate account, both true and correct, of my personal knowledge.

I, JAMIE LYNN GALLIAN, the affiant, testify under oath to the following written statement: That the decedent CHARLES JAMES BRADLEY, JR. born September 13, 1935, died on June 18, 2000, State of Montana. A true and correct copy of Decedent Charles J. Bradley, Jr. Certificate of Death, Montana, State File No. 8446 is attached, herein.

That Sandra L. Bradley transferred community property conveyed to said GRANTEE by the Decedent, GRANTOR, Charles J. Bradley, Jr. and knowingly and willfully filed a fraudulent Quitclaim Deed on October 24, 2001, Document No. 20010753606, at the Clerk Recorders Office, County of Orange California, without authority of the Grantee.

Notice is hereby given said Document No. 20010753606, attached herein, is VOID.  *See Attachments*

Dated this 25 day of _February_ 20 21

Sworn (or affirmed) before me at

_____

Signature of Affiant _____  *See Notarial Acknowledgment*

Signature of Notary _____

## ACKNOWLEDGMENT

A notary public or other officer completing this
certificate verifies only the identity of the individual
who signed the document to which this certificate is
attached, and not the truthfulness, accuracy, or
validity of that document.

State of California
County of _____Orange_____ )

On _2/25/21_ before me, _Greg Buysman Notary Public_
(insert name and title of the officer)

personally appeared _Jamie Lynn Gallian_ ,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

GREG BUYSMAN
COMM # 2341449
ORANGE County
California Notary Public
Comm Exp Feb. 5, 2025

Signature_____ (Seal)

EXHIBIT 2, PAGE 6

FORM V.S. 3 (1988 revision)

Local File Number: 34

MONTANA
CERTIFICATE OF DEATH

State File Number: 8446

| DECEDENT'S NAME (First): Charles | (Middle): James | (Last): Bradley Jr. | SEX: Male | DATE OF DEATH (Month, Day, Year): June 18, 2000 |
|---|---|---|---|---|

| RACE—American Indian, Black White, etc. (Specify): White | AGE—Last Birthday (Years): 64 | UNDER 1 YEAR / UNDER 1 DAY | DATE OF BIRTH (Month, Day, Year): September 13, 1935 | COUNTY OF DEATH: Beaverhead |

7b. PLACE OF DEATH (Check only one)

HOSPITAL: ☐ Inpatient  ☐ ER/Outpatient  ☐ DOA   OTHER: ☐ Nursing Home  ☐ Residence  ☒ Other (Specify)

| FACILITY NAME (If not institution, give street and number): Hwy #278 | CITY, TOWN, OR LOCATION OF DEATH: Near Jackson |

**DECEDENT**

| BIRTHPLACE (City and State or Foreign Country): Worthington, Minn. | MARITAL STATUS: ☐ Never Married ☐ Widowed ☒ Married ☐ Divorced | SURVIVING SPOUSE (If wife, give maiden surname): Sandra L. Smith |

| SOCIAL SECURITY NUMBER: 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 | DECEDENT'S USUAL OCCUPATION (Give kind of work done during most of working life. Do not use retired.): Management | KIND OF BUSINESS/INDUSTRY: Construction engineering | WAS DECEDENT EVER IN U.S. ARMED FORCES? (Yes or no): No |

| RESIDENCE—STATE: California | COUNTY: Orange | CITY, TOWN, OR LOCATION: Coto de Caza | STREET NUMBER: 9 Rae's Creek Lane |

| INSIDE CITY LIMITS? (Yes or no): Yes | ZIP CODE: 92679 | ANCESTRY—Mexican, Puerto Rican, Cuban, African, English, Irish-German, Hmong, etc. (Specify): English | 16. DECEDENT'S EDUCATION (Specify only highest grade completed) Elementary/Secondary (0-12) / College (1-4 or 5+): College |

**PARENTS**

| FATHER'S NAME (First, Middle, Last): Charles James Bradley | MOTHER'S NAME (First, Middle, Maiden Surname): Bernice Stone |

**INFORMANT**

| INFORMANT'S NAME (Type/Print): Sandra L. Bradley | MAILING ADDRESS (Street and Number or Rural Route Number, City or Town, State, Zip Code): 9 Rae's Creek Lane - Coto de Caza, CA 92679 |

**DISPOSITION**

METHOD OF DISPOSITION: ☐ Burial  ☒ Cremation  ☐ Removal from State  ☐ Other (Specify)

| PLACE OF DISPOSITION (Name of cemetery, crematory, or other place): Butte Crematory Inc | LOCATION—City or Town, State: Butte, Montana |

| SIGNATURE OF FUNERAL SERVICE LICENSEE OR OTHER PERSON IN CHARGE OF DISPOSITION: [signature] | MONTANA LICENSE NUMBER (of Licensee): #381 | NAME AND ADDRESS OF FACILITY: Brundage Funeral Home Inc. 300 South Atlantic Dillon, Montana 59725 |

**CAUSE OF DEATH**

22. PART I. Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. List only one cause on each line. (See instructions on other side)

| | | Approximate interval Between Onset and Death. |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | a. crushing injuries to the head & thoracic | sudden |
| | DUE TO (OR AS A CONSEQUENCE OF): | |
| Sequentially list conditions if any, leading to immediate cause Enter Underlying Cause (Disease or injury that initiated events resulting in death) Last | b. | |
| | DUE TO (OR AS A CONSEQUENCE OF): | |
| | c. | |
| | DUE TO (OR AS A CONSEQUENCE OF): | |

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I

not wearing seat belt

| WAS AN AUTOPSY PERFORMED? (Yes or no): no | WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? (Yes or no) |
| WAS CASE REFERRED TO CORONER? (Yes or no): yes | |

| 28 MANNER OF DEATH: ☐ Natural ☐ Pending Investigation ☒ Accident ☐ Could not be Determined ☐ Suicide ☐ Homicide | DATE OF INJURY (Month, Day, Year): 6/18/00 | TIME OF INJURY: app. 8:30 a M | INJURY AT WORK? (Yes or no): no | DESCRIBE HOW INJURY OCCURRED: thrown from auto |
| | PLACE OF INJURY—At home, farm, street, factory, office building, etc. (Specify): Hwy | LOCATION (Street and Number or Rural Route Number, City or Town, State): #278 near Jackson |

**CERTIFIER**

| 28a. TO BE COMPLETED BY CERTIFYING PHYSICIAN ONLY. To the best of my knowledge, death occurred at the time, date and place and due to the cause(s) stated (Signature and Title) | 29a. TO BE COMPLETED BY CORONER ONLY. On the basis of examination and/or investigation in my opinion death occurred at the time, date and place and due to the cause(s) and manner stated (Signature and Title) [signature] Coroner |
| DATE SIGNED (Month, Day, Year): | DATE SIGNED (Month, Day, Year): June 20, 2000 | HOUR OF DEATH: app 8:30a |
| HOUR OF DEATH: | DATE PRONOUNCED DEAD (Month, Day, Year): June 18, 2000 | PRONOUNCED DEAD (Hour): app 10:00a |

NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER (Type or Print):

NAME AND ADDRESS OF CERTIFIER (PHYSICIAN OR CORONER) (Type or Print): Kenneth W. Brunkhorst - 300 South Atlantic - Dillon, Montana 59725

**REGISTRAR**

| LOCAL REGISTRAR'S SIGNATURE: [signature] | DATE FILED (Month, Day, Year): June 26, 2000 |

EXHIBIT 2, PAGE 7

STATE OF MONTANA }
County of Beaverhead } ss

I hereby certify that the instrument to which
this certificate is annexed, is a true, complete
and correct copy of the original on file in my
office. Witness my hand and seal of office

_____ June 26, 2000 _____
                Date
_____
      County Clerk and Recorder
By _____
              Deputy

**EXHIBIT 2, PAGE 8**

RECORDING REQUESTED BY:

Mrs. Sandra L. Bradley
9 Rae's Creek Lane
Coto de Caza, CA 92679

Recorded in Official Records, County of Orange
Gary Granville, Clerk-Recorder

||||||||||||||||||||||||||||||||||||||8.00
20010753606 03:36pm 10/24/01
114 16 D10 2
0.00 0.00 0.00 0.00 2.00 0.00 0.00 0.00

WHEN RECORDED RETURN TO:
same as above

MAIL TAX STATEMENTS TO:
same as above

---

(space above this line for recorder's use)

A.P.N.# 778 201-17

## QUITCLAIM DEED

The undersigned quitclaimer declares:  Documentary transfer tax is NONE.
No consideration given - Change in formal title only.
FOR VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,
**Sandra L. Bradley, AS HER SOLE AND SEPARATE PROPERTY** does hereby REMISE, RELEASE AND
FOREVER QUITCLAIM to Sandra L. Bradley trustee of the SANDRA L. BRADLEY TRUST dated
October 17, 2001 the real property in the City of (UNINCORPORATED AREA), County of
ORANGE commonly known as 9 Rae's Creek Lane, Coto de Caza, CA 92679.  Legal Description
is attached hereto and made a part hereof as Exhibit "A".

This conveyance is pursuant to Rev. & Tax Code Section 62(d)(2), does not constitute a
change in ownership and does not subject the property to reassessment.

Dated: 10/17/01

_Sandra L. Bradley_

SANDRA L. BRADLEY

STATE OF CALIFORNIA      }
                          }ss.
COUNTY OF ORANGE         }

On 10-17-01            , before me, the undersigned, a Notary Public in and for
said State, personally appeared
                  SANDRA L. BRADLEY
Personally known to me (or proved to me on the basis of satisfactory evidence) to be
the person who executed the within instrument and acknowledged to me that said persons
executed the same in her authorized capacity, and that by her signature on the
instrument the person, or the entity upon behalf of which the person acted, executed
the instrument.

WITNESS my hand and official seal.

_Dorothy Smetana_

*DEED BRANDLEY home*

DOROTHY SMETANA
Commission # 1237285
Notary Public - California
Orange County
My Comm. Expires Oct 22, 2003

Document Number: 20010753606 Page: 1 of 2

EXHIBIT 2, PAGE 9

LOTS 9-20 TRACT 15161

EXHIBIT "A"

ALL THAT CERTAIN LAND SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF ORANGE, AND IS DESCRIBED AS FOLLOWS:

PARCEL 1:

LOT 17 OF TRACT NO. 15161, AS SHOWN ON A MAP RECORDED IN BOOK 732, PAGES 45 TO 49 INCLUSIVE, OF MISCELLANEOUS MAPS, RECORDS OF ORANGE COUNTY, CALIFORNIA.

EXCEPTING THEREFROM ONE-HALF (1/2) OF ALL RIGHTS TO OIL, GAS, PETROLEUM, HYDROCARBON SUBSTANCES AND OTHER MINERALS AND GASES BELOW A DEPTH OF 500 FEET MEASURED VERTICALLY FROM THE PRESENT SURFACE OF SAID LAND, WITHOUT THE RIGHT OF SURFACE ENTRY AND WITHOUT THE RIGHT OF ENTRY WITHIN SAID 500 FEET, AS RESERVED BY ERNEST A. BRYANT, JR., AND JUDITH TILT BRYANT, HUSBAND AND WIFE, IN THE DEED RECORDED SEPTEMBER 24, 1963 IN BOOK 6729, PAGE 443 OF OFFICIAL RECORDS.

ALSO EXCEPTING ALL WATER RIGHTS OR INTERESTS IN WATER RIGHTS THAT MAY BE WITHIN, UNDER OR ON THE PROPERTY, WHETHER SUCH WATER RIGHTS ARE RIPARIAN, OVERLYING, APPROPRIATIVE, PERCOLATING, PRESCRIPTIVE OR CONTRACTUAL; PROVIDED, HOWEVER, THAT THE RESERVATION MADE HEREIN SHALL NOT RESERVE TO OR FOR THE BENEFIT OF GRANTOR ANY RIGHT TO ENTER UPON THE SURFACE OF THE PROPERTY IN THE EXERCISE OF SUCH RIGHTS, TOGETHER WITH THE RIGHT AND POWER TO USE OR UTILIZE ON ANY OTHER PROPERTY OWNED OR LEASED BY GRANTOR ANY AND ALL WATER RIGHTS OR INTERESTS IN WATER RIGHTS NO MATTER HOW ACQUIRED BY GRANTOR, AS RESERVED IN THE DEED FROM COTO DE CAZA LTD., RECORDED NOVEMBER 9, 1995 AS INSTRUMENT NO. 19950500138 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM ALL WATER AND WATER RIGHTS, IF ANY, INCLUDED WITHIN SAID TRACT AS DEDICATED TO THE SANTA MARGARITA WATER DISTRICT ON THE MAP OF SAID TRACT.

RESERVING THEREFROM, FOR THE BENEFIT OF GRANTOR AND OTHERS, NON-EXCLUSIVE EASEMENTS FOR ACCESS, INGRESS, EGRESS, ENCROACHMENT, MAINTENANCE, REPAIR, DRAINAGE AND SUPPORT, AS DESCRIBED IN THE RECORDED SUBDIVISION MAP FOR TRACT 15161 AND IN THE MASTER DECLARATION AND THE SUPPLEMENTAL DECLARATION DEFINED BELOW.

PARCEL 2:

NON-EXCLUSIVE EASEMENTS FOR ACCESS, INGRESS, EGRESS, MAINTENANCE, REPAIR, DRAINAGE, ENCROACHMENT AND SUPPORT, ALL AS DESCRIBED IN THE MASTER DECLARATION OF COVENANTS, CONDITIONS, RESTRICTIONS AND RESERVATION OF EASEMENTS FOR COTO DE CAZA ("MASTER DECLARATION"), RECORDED MARCH 5, 1984 AS INSTRUMENT NO. 84-092424, AND THE NOTICE OF ADDITION OF TERRITORY AND SUPPLEMENTAL DECLARATION OF COVENANTS, CONDITIONS, RESTRICTIONS AND RESERVATION OF EASEMENTS FOR COTO DE CAZA ("SUPPLEMENTAL DECLARATION") RECORDED MAY 7, 1996 AS INSTRUMENT NO. 19960229147 AND RE-RECORDED MAY 14, 1996 AS INSTRUMENT NO. 19960242101 AND RE-RECORDED NOVEMBER 13, 1996 AS INSTRUMENT NO. 19960574009, ALL IN OFFICIAL RECORDS OF ORANGE COUNTY, CALIFORNIA.

* * * * * * * * * * * * * * *

EXHIBIT 2, PAGE 10

*11.*

RECORDING REQUESTED BY
Mrs. Sandra L. Bradley
9 Rae's Creek Lane
Coto de Caza, CA 92679

Recorded in Official Records, County of Orange
Gary Granville, Clerk-Recorder

WHEN RECORDED MAIL TO
same as above

|||||||||||||||||||||||||||||||||||||||||||||12.00
20010753552 03:25pm 10/24/01
114 16 A09 4
0.00 0.00 0.00 0.00 6.00 0.00 0.00 0.00

Mail Tax Statements to
same as above

---

## AFFIDAVIT - DEATH OF JOINT TENANT

1T
4P
2N
1CF

STATE OF CALIFORNIA,
County of ORANGE

Sandra L. Bradley, of legal age, being first duly sworn, deposes and says:
That **CHARLES JAMES BRADLEY**, the decedent mentioned in the attached certified
copy of Certificate of Death, is the same person as **Charles J. Bradley** in that
certain Grant Deed dated ___11-21-96___, and executed by R. Lawrence Olin
& Greg R. Petersen , recorded as Instrument No. 19970061523 on 02/07-97 of
Official Records of ORANGE County, CA, covering **(See Exhibit "A" attached**
**hereto and by this reference made a part hereof).**

Dated ___10/17/01___

_Sandra L Bradley_
SANDRA L. BRADLEY

SUBSCRIBED AND SWORN TO before me

this _17_ day of _October_

Signature _____

DOROTHY SMETANA
Commission # 1237285
Notary Public - California
Orange County
My Comm. Expires Oct 22, 2003

Document Number: 20010753552 Page: 1 of 4

EXHIBIT 2, PAGE 11

LOTS 9-20 TRACT 15161

EXHIBIT "A"

ALL THAT CERTAIN LAND SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF ORANGE, AND IS
DESCRIBED AS FOLLOWS:

PARCEL 1:

LOT 17 OF TRACT NO. 15161, AS SHOWN ON A MAP RECORDED IN BOOK 732, PAGES 45 TO 49
INCLUSIVE, OF MISCELLANEOUS MAPS, RECORDS OF ORANGE COUNTY, CALIFORNIA.

EXCEPTING THEREFROM ONE-HALF (1/2) OF ALL RIGHTS TO OIL, GAS, PETROLEUM, HYDROCARBON
SUBSTANCES AND OTHER MINERALS AND GASES BELOW A DEPTH OF 500 FEET MEASURED VERTICALLY
FROM THE PRESENT SURFACE OF SAID LAND, WITHOUT THE RIGHT OF SURFACE ENTRY AND WITHOUT
THE RIGHT OF ENTRY WITHIN SAID 500 FEET, AS RESERVED BY ERNEST A. BRYANT, JR., AND
JUDITH TILT BRYANT, HUSBAND AND WIFE, IN THE DEED RECORDED SEPTEMBER 24, 1963 IN BOOK
6729, PAGE 443 OF OFFICIAL RECORDS.

ALSO EXCEPTING ALL WATER RIGHTS OR INTERESTS IN WATER RIGHTS THAT MAY BE WITHIN, UNDER
OR ON THE PROPERTY, WHETHER SUCH WATER RIGHTS ARE RIPARIAN, OVERLYING, APPROPRIATIVE,
PERCOLATING, PRESCRIPTIVE OR CONTRACTUAL; PROVIDED, HOWEVER, THAT THE RESERVATION MADE
HEREIN SHALL NOT RESERVE TO OR FOR THE BENEFIT OF GRANTOR ANY RIGHT TO ENTER UPON THE
SURFACE OF THE PROPERTY IN THE EXERCISE OF SUCH RIGHTS, TOGETHER WITH THE RIGHT AND
POWER TO USE OR UTILIZE ON ANY OTHER PROPERTY OWNED OR LEASED BY GRANTOR ANY AND ALL
WATER RIGHTS OR INTERESTS IN WATER RIGHTS NO MATTER HOW ACQUIRED BY GRANTOR, AS
RESERVED IN THE DEED FROM COTO DE CAZA LTD., RECORDED NOVEMBER 9, 1995 AS INSTRUMENT
NO. 19950500138 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM ALL WATER AND WATER RIGHTS, IF ANY, INCLUDED WITHIN SAID TRACT
AS DEDICATED TO THE SANTA MARGARITA WATER DISTRICT ON THE MAP OF SAID TRACT.

RESERVING THEREFROM, FOR THE BENEFIT OF GRANTOR AND OTHERS, NON-EXCLUSIVE EASEMENTS FOR
ACCESS, INGRESS, EGRESS, ENCROACHMENT, MAINTENANCE, REPAIR, DRAINAGE AND SUPPORT, AS
DESCRIBED IN THE RECORDED SUBDIVISION MAP FOR TRACT 15161 AND IN THE MASTER DECLARATION
AND THE SUPPLEMENTAL DECLARATION DEFINED BELOW.

PARCEL 2:

NON-EXCLUSIVE EASEMENTS FOR ACCESS, INGRESS, EGRESS, MAINTENANCE, REPAIR, DRAINAGE,
ENCROACHMENT AND SUPPORT, ALL AS DESCRIBED IN THE MASTER DECLARATION OF COVENANTS,
CONDITIONS, RESTRICTIONS AND RESERVATION OF EASEMENTS FOR COTO DE CAZA ("MASTER
DECLARATION"), RECORDED MARCH 5, 1984 AS INSTRUMENT NO. 84-092424, AND THE NOTICE OF
ADDITION OF TERRITORY AND SUPPLEMENTAL DECLARATION OF COVENANTS, CONDITIONS,
RESTRICTIONS AND RESERVATION OF EASEMENTS FOR COTO DE CAZA ("SUPPLEMENTAL DECLARATION")
RECORDED MAY 7, 1996 AS INSTRUMENT NO. 19960229147 AND RE-RECORDED MAY 14, 1996 AS
INSTRUMENT NO. 19960242101 AND RE-RECORDED NOVEMBER 13, 1996 AS INSTRUMENT NO.
19960574009, ALL IN OFFICIAL RECORDS OF ORANGE COUNTY, CALIFORNIA.

* * * * * * * * * * * * * * * *

EXHIBIT 2, PAGE 12

FORM V.S. 3 (1988 revision)

**34**

Local File Number

MONTANA
CERTIFICATE OF DEATH

**8446**

State File Number

| DECEDENT'S NAME (First) Charles | (Middle) James | (Last) Bradley Jr. | SEX ,Male | DATE OF DEATH (Month, Day, Year) June 18, 2000 |
|---|---|---|---|---|

| RACE—American Indian, Black White, etc. (Specify) 4 White | AGE—Last Birthday (Years) 5a 64 | UNDER 1 YEAR Months 5b Days | UNDER 1 DAY Hours 5c Minutes | DATE OF BIRTH (Month, Day, Year) 6 September 13, 1935 | COUNTY OF DEATH 7a Beaverhead |
|---|---|---|---|---|---|

7b. PLACE OF DEATH (Check only one)

HOSPITAL ☐ Inpatient   ☐ ER/Outpatient   ☐ DOA   OTHER ☐ Nursing Home   ☐ Residence   ☒ Other (Specify)

| FACILITY NAME (If not institution, give street and number) 7c Hwy #278 | CITY, TOWN, OR LOCATION OF DEATH 7d Near Jackson |
|---|---|

| BIRTHPLACE (City and State or Foreign Country) 8 Worthington, Minn. | MARITAL STATUS 9. ☐ Never Married ☐ Widowed ☒ Married ☐ Divorced | SURVIVING SPOUSE (If wife, give maiden surname) 10 Sandra L. Smith |
|---|---|---|

**DECEDENT**

| SOCIAL SECURITY NUMBER 11. 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 | DECEDENT'S USUAL OCCUPATION (Give kind of work done during most of working life. Do not give retired.) 12a. Management | KIND OF BUSINESS/INDUSTRY 12b. Construction engineering | WAS DECEDENT EVER IN U.S. ARMED FORCES? (Yes or no) 13. No |
|---|---|---|---|

| RESIDENCE—STATE 14a California | COUNTY 14b Orange | CITY, TOWN, OR LOCATION 14c Coto de Caza | STREET NUMBER 14d 9 Rae's Creek Lane |
|---|---|---|---|

| INSIDE CITY LIMITS? (Yes or no) 14e Yes | ZIP CODE 14f 92679 | ANCESTRY—Mexican, Puerto Rican, Cuban, African, English, Irish German, Hmong, etc. (Specify) 15. English | 16. DECEDENT'S EDUCATION (Specify only highest grade completed) Elementary/Secondary (0-12) | College (1-4 or 5+) College |
|---|---|---|---|---|

**PARENTS**

| FATHER'S NAME (First, Middle, Last) 17 Charles James Bradley | MOTHER'S NAME (First, Middle, Maiden Surname) 18 Bernice Stone |
|---|---|

**INFORMANT**

| INFORMANT'S NAME (Type/Print) 19a Sandra L. Bradley | MAILING ADDRESS (Street and Number or Rural Route Number, City or Town, State, Zip Code) 19b 9 Rae's Creek Lane - Coto de Caza, CA 92679 |
|---|---|

**DISPOSITION**

| METHOD OF DISPOSITION 20a ☐ Burial   ☒ Cremation   ☐ Removal from State   ☐ Other (Specify) | PLACE OF DISPOSITION (Name of cemetery, crematory, or other place) 20b Butte Crematory Inc | LOCATION—City or Town, State 20c Butte, Montana |
|---|---|---|

| SIGNATURE OF FUNERAL SERVICE LICENSEE OR OTHER PERSON IN CHARGE OF DISPOSITION 21a | MONTANA LICENSE NUMBER (of Licensee) 21b #381 | NAME AND ADDRESS 22 _____ funeral home _____ Home Inc. 300 South Atlantic Dillon, Montana 59725 |
|---|---|---|

**CAUSE OF DEATH**

23. PART I. Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. List only the cause on each line. (See instructions on other side)

|  |  | Approximate Interval Between Onset and Death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | a. crushing injuries to the head & thoracic | sudden |
| Sequentially list conditions if any, leading to immediate cause. Enter Underlying Cause (Disease or injury that initiated events resulting in death) Last | b. DUE TO (OR AS A CONSEQUENCE OF) | |
| | c. DUE TO (OR AS A CONSEQUENCE OF) | |
| | d. DUE TO (OR AS A CONSEQUENCE OF) | |

| PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I not wearing seat belt | WAS AN AUTOPSY PERFORMED? (Yes or no) 24a no WAS CASE REFERRED TO CORONER? (Yes or no) 25 yes | 34b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? (Yes or no) |
|---|---|---|

| 26 MANNER OF DEATH ☐ Natural ☐ Pending Investigation ☒ Accident ☐ Could not be Determined ☐ Suicide ☐ Homicide | DATE OF INJURY (Month, Day, Year) 27a 6/18/00 app | TIME OF INJURY 27b 8:30 a M | INJURY AT WORK? (Yes or no) 27c no | DESCRIBE HOW INJURY OCCURRED 27d thrown from auto |
|---|---|---|---|---|

| | PLACE OF INJURY—At home, farm, street, factory, office building, etc. (Specify) 27e Hwy | | LOCATION (Street and Number or Rural Route Number, City or Town, State) 27f #278 near Jackson |
|---|---|---|---|

**CERTIFIER**

| 28a TO BE COMPLETED BY CERTIFYING PHYSICIAN ONLY. To the best of my knowledge, death occurred at the time, date and place due to the cause(s) stated. (Signature and Title) 28b. | 29a TO BE COMPLETED BY CORONER ONLY. On the basis of examination and/or investigation in my opinion death occurred at the time, date and place and due to the cause(s) and manner as stated. (Signature and Title) Coroner |
|---|---|

| DATE SIGNED (Month, Day, Year) 28c. | HOUR OF DEATH 28d | DATE SIGNED (Month, Day, Year) 29b June 20, 2000 | HOUR OF DEATH 29c app 8:30a |
|---|---|---|---|

| NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER (Type or Print) 28e. | DATE PRONOUNCED DEAD (Month, Day, Year) 29d June 18, 2000 | PRONOUNCED DEAD (Hour) 29e app 10:00a |
|---|---|---|

| NAME AND ADDRESS OF CERTIFIER (PHYSICIAN OR CORONER) (Type or Print) 30. Kenneth W. Brunkhorst - 300 South Atlantic - Dillon, Montana 59725 |
|---|

**REGISTRAR**

| LOCAL REGISTRAR'S SIGNATURE 31a | DATE FILED (Month, Day, Year) 31b June 26, 2000 |
|---|---|

Document Number: 20010753552 Page: 3 of 4

EXHIBIT 2, PAGE 13

STATE OF MONTANA
County of Beaverhead } ss
I hereby certify that the instrument to which
this certificate is annexed, is a true, complete
and correct copy of the original on file in my
office. Witness my hand and seal of office

_____
Date

_____
County Clerk and Recorder

BY _____
Deputy

Document Number: 20010753552 Page: 4 of 4

EXHIBIT 2, PAGE 14

Order No. 9645696 -BL
Escrow No. 1949-JM
RECORDING REQUESTED BY
FIRST AMERICAN TITLE INS.
WHEN RECORDED MAIL TO:

    Sandra L. Bradley
    9 Rae's Creek Lane
    Coto de Caza Ca 92679

Recorded in the County of Orange, California
Gary L. Granville, Clerk/Recorder
16.00
19970061523 04:30PM 02/07/97
004 17002363 17 17
G02 4 55 539.00 7.00 9.00 0.00 0.00 0.00 0.00
0.00 0.00

---

**THE UNDERSIGNED DECLARES:**
**DOCUMENTARY TRANSFER TAX $** 539.-
XX Computed on the consideration or value of property conveyed;OR
__ Computed on the consideration or value less liens or encumbrances remaining at time of sale.

---

## G R A N T   D E E D

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

### POLYGON GLENEAGLES LIMITED PARTNERSHIP, A WASHINGTON LIMITED PARTNERSHIP

hereby GRANTS to: CHARLES J. BRADLEY AND SANDRA L. BRADLEY, HUSBAND AND WIFE AS COMMUNITY PROPERTY

the real property in the   City of  (UNINCORPORATED AREA),  County of    ORANGE,
State of California, described as follows:

(DESCRIPTION)     LOT _17_ OF TRACT 15161, AS MORE PARTICULARLY DESCRIBED IN EXHIBIT "A"
ATTACHED HERETO AND INCORPORATED HEREIN BY THIS REFERENCE.

SUBJECT TO:

1. TAXES/ASSESSMENTS. NONDELINQUENT REAL PROPERTY TAXES AND ALL NONDELINQUENT UNPAID GENERAL AND SPECIAL ASSESSMENTS;

2. RECORD/SURVEY MATTERS. COVENANTS, CONDITIONS, RESTRICTIONS, EASEMENTS, RESERVATIONS, DEDICATIONS, RIGHTS AND RIGHTS-OF-WAY OF RECORD, INCLUDING WITHOUT LIMITATION, THE MASTER DECLARATION, AND THE SUPPLEMENTAL DECLARATION.

3. GRANTEE ACKNOWLEDGMENT. GRANTEE, BY ACCEPTANCE AND RECORDATION OF THIS DEED, EXPRESSLY ACCEPTS, COVENANTS, AND AGREES TO BE BOUND BY AND ASSUME PERFORMANCE OF ALL APPLICABLE PROVISIONS SET FORTH HEREIN AND IN THE MASTER DECLARATION AND THE SUPPLEMENTAL DECLARATION, WHICH PROVISIONS ARE ACKNOWLEDGED TO BE REASONABLE; AND THIS GRANT IS EXPRESSLY SUBJECT TO THE PERFORMANCE OF SUCH PROVISIONS TO BE PERFORMED BY GRANTEE THEREUNDER. RESTRICTIONS ON GRANTEE'S USE OF THE PROPERTY ARE SET FORTH IN THIS DEED, THE MASTER DECLARATION, THE SUPPLEMENTAL DECLARATION AND THE RECORDED SUBDIVISION MAP(S) FOR THE PROPERTY TO WHICH THIS CONVEYANCE IS SPECIFICALLY AND EXPRESSLY MADE SUBJECT.

MAIL TAX STATEMENTS TO:     Sandra L. Bradley
    9 Rae's Creek Lane
    Coto de Caza Ca 92679

DATED _____11-21-96_____

POLYGON GLENEAGLES LIMITED PARTNERSHIP,
A WASHINGTON LIMITED PARTNERSHIP

BY:   POLYGON COMMUNITIES, INC., A WASHINGTON
CORPORATION, ITS GENERAL PARTNER

BY:   R. Lawrence Olin
ITS:  President

BY:   Greg R. Petersen
ITS:  Vice President

STATE OF CALIFORNIA        )
                           )ss.
COUNTY OF ORANGE           )

On _____, before me, the undersigned, a Notary Public in and for said State, personally

appeared _____
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized
capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the
person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____
Notary Public

EXHIBIT 2, PAGE 16

STATE OF CALIFORNIA                    }
COUNTY OF ORANGE                       } SS.
                                       }

On ___November 21, 1996___, before me, **Charlotte L. Baxter** personally
appeared___R. Lawrence Olin and Greg R. Petersen_____
_____, personally known to me (or proved to me on the
basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the
within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the
instrument the person(s) or the entity upon behalf of which the person(s) acted, executed
the instrument.

WITNESS my hand and official seal.

Signature_____

(This area for official notarial seal)

CHARLOTTE L. BAXTER
COMM. # 1058533
Notary Public — California
ORANGE COUNTY
My Comm. Expires MAY 10, 1999

EXHIBIT 2, PAGE 17

LOTS 9-20 TRACT 15161

## EXHIBIT "A"

ALL THAT CERTAIN LAND SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF ORANGE, AND IS DESCRIBED AS FOLLOWS:

PARCEL 1:

LOT 17 OF TRACT NO. 15161, AS SHOWN ON A MAP RECORDED IN BOOK 732, PAGES 45 TO 49 INCLUSIVE, OF MISCELLANEOUS MAPS, RECORDS OF ORANGE COUNTY, CALIFORNIA.

EXCEPTING THEREFROM ONE-HALF (1/2) OF ALL RIGHTS TO OIL, GAS, PETROLEUM, HYDROCARBON SUBSTANCES AND OTHER MINERALS AND GASES BELOW A DEPTH OF 500 FEET MEASURED VERTICALLY FROM THE PRESENT SURFACE OF SAID LAND, WITHOUT THE RIGHT OF SURFACE ENTRY AND WITHOUT THE RIGHT OF ENTRY WITHIN SAID 500 FEET, AS RESERVED BY ERNEST A. BRYANT, JR., AND JUDITH TILT BRYANT, HUSBAND AND WIFE, IN THE DEED RECORDED SEPTEMBER 24, 1963 IN BOOK 6729, PAGE 443 OF OFFICIAL RECORDS.

ALSO EXCEPTING ALL WATER RIGHTS OR INTERESTS IN WATER RIGHTS THAT MAY BE WITHIN, UNDER OR ON THE PROPERTY, WHETHER SUCH WATER RIGHTS ARE RIPARIAN, OVERLYING, APPROPRIATIVE, PERCOLATING, PRESCRIPTIVE OR CONTRACTUAL; PROVIDED, HOWEVER, THAT THE RESERVATION MADE HEREIN SHALL NOT RESERVE TO OR FOR THE BENEFIT OF GRANTOR ANY RIGHT TO ENTER UPON THE SURFACE OF THE PROPERTY IN THE EXERCISE OF SUCH RIGHTS, TOGETHER WITH THE RIGHT AND POWER TO USE OR UTILIZE ON ANY OTHER PROPERTY OWNED OR LEASED BY GRANTOR ANY AND ALL WATER RIGHTS OR INTERESTS IN WATER RIGHTS NO MATTER HOW ACQUIRED BY GRANTOR, AS RESERVED IN THE DEED FROM COTO DE CAZA LTD., RECORDED NOVEMBER 9, 1995 AS INSTRUMENT NO. 19950500138 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM ALL WATER AND WATER RIGHTS, IF ANY, INCLUDED WITHIN SAID TRACT AS DEDICATED TO THE SANTA MARGARITA WATER DISTRICT ON THE MAP OF SAID TRACT.

RESERVING THEREFROM, FOR THE BENEFIT OF GRANTOR AND OTHERS, NON-EXCLUSIVE EASEMENTS FOR ACCESS, INGRESS, EGRESS, ENCROACHMENT, MAINTENANCE, REPAIR, DRAINAGE AND SUPPORT, AS DESCRIBED IN THE RECORDED SUBDIVISION MAP FOR TRACT 15161 AND IN THE MASTER DECLARATION AND THE SUPPLEMENTAL DECLARATION DEFINED BELOW.

PARCEL 2:

NON-EXCLUSIVE EASEMENTS FOR ACCESS, INGRESS, EGRESS, MAINTENANCE, REPAIR, DRAINAGE, ENCROACHMENT AND SUPPORT, ALL AS DESCRIBED IN THE MASTER DECLARATION OF COVENANTS, CONDITIONS, RESTRICTIONS AND RESERVATION OF EASEMENTS FOR COTO DE CAZA ("MASTER DECLARATION"), RECORDED MARCH 5, 1984 AS INSTRUMENT NO. 84-092424, AND THE NOTICE OF ADDITION OF TERRITORY AND SUPPLEMENTAL DECLARATION OF COVENANTS, CONDITIONS, RESTRICTIONS AND RESERVATION OF EASEMENTS FOR COTO DE CAZA ("SUPPLEMENTAL DECLARATION") RECORDED MAY 7, 1996 AS INSTRUMENT NO. 19960229147 AND RE-RECORDED MAY 14, 1996 AS INSTRUMENT NO. 19960242101 AND RE-RECORDED NOVEMBER 13, 1996 AS INSTRUMENT NO. 19960574009, ALL IN OFFICIAL RECORDS OF ORANGE COUNTY, CALIFORNIA.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*



EXHIBIT 2, PAGE 18

I hereby certify the foregoing instrument consisting of ___ page(s)
is a true and correct copy of the original on file in this court.

**MAR 1 6 2022**

ATTEST: (DATE)_____
DAVID H. YAMASAKI, EXECUTIVE OFFICER AND CLERK OF THE
SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE

BY _____ DEPUTY

BERENICE FUENTES

EXHIBIT 2, PAGE 19

**EXHIBIT 3**

Electronically Filed by Superior Court of California, County of Orange, 05/12/2021 08:55:00 AM.
30-2017-00915711-PR-LA-CJC - ROA # 143 - DAVID H. YAMASAKI, Clerk of the Court By e Clerk, Deputy Clerk.

RECORDING REQUESTED BY

Jamie Lynn Gallian
16222 Monterey Ln. #376
Huntington Beach, CA 92649

_____

THIS SPACE FOR RECORDERS USE ONLY

## AFFIDAVIT, DEATH OF GRANTOR OF INTERFAMILY TRANSFER GRANT DEED

JAMIE LYNN GALLIAN, BEING OF LEGAL AGE, BEING FIRST SWORN, DEPOSES AND SAYS:

THAT THE DECEDENT, CHARLES JAMES BRADLEY, JR. DIED ON 6-18-2000.  THAT THE DECEDENT, CHARLES

JAMES BRADLEY, JR. IS THE SAME PERSON AS CHARLES J. BRADLEY, AND CHARLES J. BRADLEY, JR.,

MENTIONED IN THE ATTACHED CERTIFIED COPY OF CERTIFICATE OF DEATH, MONTANA, STATE FILE NO. 8446.

**THAT CHARLES JAMES BRADLEY JR., IS THE SAME PERSON AS CHARLES J. BRADLEY IN THAT
RECORDED GRANT DEED DATED 11/21/1996 CHARLES J BRADLEY AND SANDRA L BRADLEY, HUSBAND AND
WIFE AS COMMUNITY PROPERTY,** EXECUTED BY POLYGON GLENEAGLES LIMITED PARTNERSHIP, BY
POLYGON COMMUNITIES, INC., IT'S GENERAL PARTNERS R. LAWRENCE OLIN AND GREG R. PETERSON,
RECORDED IN THE COUNTY OF ORANGE, CALIFORNIA, OFFICIAL RECORDS OF THE CLERK RECORDER ON
**02/07/1997, AS INSTRUMENT NO. 19970061523.** ATTACHED HERETO, EXHIBIT "A" AND MADE A PART
HEREIN.

THAT CHARLES JAMES BRADLEY, JR. IS THE SAME PERSON AS CHARLES BRADLEY JR., GRANTOR, THAT
CERTAIN **UNRECORDED <u>INTERFAMILY TRANSFER GRANT DEED DATED JUNE 9, 1999,</u>**
EXECUTED BY CHARLES BRADLEY JR.(GRANTOR) HEREIN GRANTS TO JAMIE LYNN GALLIAN (GRANTEE), ONE-
HALF OF THE COMMUNITY PROPERTY INTEREST, IN THAT CERTAIN GRANT DEED, RECORDED 02/07/1997, AS
INSTRUMENT NO. 19970061523. ATTACHED HERETO, EXHIBIT "B" AND MADE A PART THERETO.

State of California, County of Orange.

On _____, before me _____ , a Notary Public in and for the State of
California, personally appeared, JAMIE LYNN GALLIAN, personally known to me or proved to me on the
basis of satisfactory evidence to the person whose  name is subscribed to the within instrument and
acknowledged to me that she executed the same in her authorized capacity, and that by her signature
on the instrument the person or the entity upon behalf of which the person acted, executed the
instrument.

Witness my hand and official seal

_Jamie Lynn Gallian_
JAMIE LYNN Gallian

Signature _____
Notary Public in and for the State of California

Dated this 25th day of February
2021

See Attached Ark nonledgent

## ACKNOWLEDGMENT

A notary public or other officer completing this
certificate verifies only the identity of the individual
who signed the document to which this certificate is
attached, and not the truthfulness, accuracy, or
validity of that document.

State of California
County of _____ Orange _____ )

On _2/25/21_____ before me, _Greg Buysman, Notary Public_
                                                    (insert name and title of the officer)

personally appeared _Jamie Lynn Castillo_____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

GREG BUYSMAN
COMM # 2341449
ORANGE County
California Notary Public
Comm Exp Feb. 5, 2025

Signature _____     (Seal)

FORM V.S. 3 (1988 revision)

**MONTANA CERTIFICATE OF DEATH**

34

8446

State File Number

Local File Number

| 1. DECEDENT'S NAME (First) | (Middle) | (Last) | | SEX | 3. DATE OF DEATH (Month, Day, Year) |
|---|---|---|---|---|---|
| Charles | James | Bradley Jr. | | Male | June 18, 2000 |

| 4. RACE—American Indian, Black White, etc. (Specify) | 5a. AGE—Last Birthday (Years) | UNDER 1 YEAR 5b. Months Days | UNDER 1 DAY 5c. Hours Minutes | 6. DATE OF BIRTH (Month, Day, Year) | 7a. COUNTY OF DEATH |
|---|---|---|---|---|---|
| White | 64 | | | September 13, 1935 | Beaverhead |

7b. PLACE OF DEATH (Check only one)

HOSPITAL: ☐ Inpatient  ☐ ER/Outpatient  ☐ DOA    OTHER: ☐ Nursing Home  ☐ Residence  ☒ Other (Specify)

| 7c. FACILITY NAME (If not institution, give street and number) | 7d. CITY, TOWN, OR LOCATION OF DEATH |
|---|---|
| Hwy #278 | Near Jackson |

| 8. BIRTHPLACE (City and State or Foreign Country) | 9. MARITAL STATUS | 10. SURVIVING SPOUSE (If wife, give maiden surname) |
|---|---|---|
| Worthington, Minn. | ☐ Never Married ☐ Widowed ☒ Married ☐ Divorced | Sandra L. Smith |

| 11. SOCIAL SECURITY NUMBER | 12a. DECEDENT'S USUAL OCCUPATION (Give kind of work done during most of working life. Do not use retired.) | 12b. KIND OF BUSINESS/INDUSTRY | 13. WAS DECEDENT EVER IN U.S. ARMED FORCES? (Yes or no) |
|---|---|---|---|
| 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 | Management | Construction engineering | No |

| 14a. RESIDENCE—STATE | 14b. COUNTY | 14c. CITY, TOWN, OR LOCATION | 14d. STREET NUMBER |
|---|---|---|---|
| California | Orange | Coto de Caza | 9 Rae's Creek Lane |

| 14e. INSIDE CITY LIMITS? (Yes or no) | 14f. ZIP CODE | 15. ANCESTRY—Mexican, Puerto Rican, Cuban, African, English, Irish-German, Hmong, etc. (Specify) | 16. DECEDENT'S EDUCATION (Specify only highest grade completed) Elementary/Secondary (0-12)  College (1-4 or 5+) |
|---|---|---|---|
| Yes | 92679 | English | College |

| 17. FATHER'S NAME (First, Middle, Last) | 18. MOTHER'S NAME (First, Middle, Maiden Surname) |
|---|---|
| Charles James Bradley | Bernice Stone |

| 19a. INFORMANT'S NAME (Type/Print) | 19b. MAILING ADDRESS (Street and Number or Rural Route Number, City or Town, State, Zip Code) |
|---|---|
| Sandra L. Bradley | 9 Rae's Creek Lane — Coto de Caza, CA 92679 |

| 20a. METHOD OF DISPOSITION ☐ Burial  ☒ Cremation  ☐ Removal from State  ☐ Other (Specify) | 20b. PLACE OF DISPOSITION (Name of cemetery, crematory, or other place) Butte Crematory Inc | 20c. LOCATION—City or Town, State Butte, Montana |
|---|---|---|

| 21a. SIGNATURE OF FUNERAL SERVICE LICENSEE OR OTHER PERSON IN CHARGE OF DISPOSITION | 21b. MONTANA LICENSE NUMBER (of Licensee) #381 | 22. NAME AND ADDRESS OF FACILITY funeral home Brundage Funeral Home Inc. 300 South Atlantic Dillon, Montana 59725 |
|---|---|---|

23. PART I. Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. List only one cause on each line. (See instructions on other side)

Approximate Interval Between Onset and Death.

IMMEDIATE CAUSE (Final disease or condition resulting in death)

a. crushing injuries to the head & thoracic    sudden

DUE TO (OR AS A CONSEQUENCE OF):

Sequentially list conditions if any, leading to immediate cause. Enter Underlying Cause (Disease or injury that initiated events resulting in death) Last

b. _____ DUE TO (OR AS A CONSEQUENCE OF):

c. _____ DUE TO (OR AS A CONSEQUENCE OF):

d. _____

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I

not wearing seat belt

| 24a. WAS AN AUTOPSY PERFORMED? (Yes or no) no | 24b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? (Yes or no) |
|---|---|
| 25. WAS CASE REFERRED TO CORONER? (Yes or no) yes | |

| 26. MANNER OF DEATH ☐ Natural ☐ Pending Investigation ☒ Accident ☐ Could not be Determined ☐ Suicide ☐ Homicide | 27a. DATE OF INJURY (Month, Day, Year) 5/18/00 | 27b. TIME OF INJURY 8PP 8:30 a M | 27c. INJURY AT WORK? (Yes or no) no | 27d. DESCRIBE HOW INJURY OCCURRED thrown from auto |
|---|---|---|---|---|
| | 27e. PLACE OF INJURY—At home, farm, street, factory, office building, etc. (Specify) Hwy | | | 27f. LOCATION (Street and Number or Rural Route Number, City or Town, State) #278 near Jackson |

28a. TO BE COMPLETED BY CERTIFYING PHYSICIAN ONLY. To the best of my knowledge, death occurred at the time, date and place and due to the cause(s) stated

29a. TO BE COMPLETED BY CORONER ONLY. On the basis of examination and/or investigation in my opinion death occurred at the time, date and place and due to the cause(s) and manner as stated

(Signature and Title) _____

(Signature and Title) _____   Coroner

| 28b. DATE SIGNED (Month, Day, Year) | 28c. HOUR OF DEATH | 29b. DATE SIGNED (Month, Day, Year) June 20, 2000 | 29c. HOUR OF DEATH app 8:30a |
|---|---|---|---|
| 28d. NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER (Type or Print) | | 29d. DATE PRONOUNCED DEAD (Month, Day, Year) June 18, 2000 | 29e. PRONOUNCED DEAD (Hour) app 10:00a |

30. NAME AND ADDRESS OF CERTIFIER (PHYSICIAN OR CORONER) (Type or Print)

Kenneth W. Brunkhorst — 300 South Atlantic — Dillon, Montana 59725

| 33a. LOCAL REGISTRAR'S SIGNATURE | 33b. DATE FILED (Month, Day, Year) June 26, 2000 |
|---|---|

# EXHIBIT A

# EXHIBIT A

Order No. 9645696 -BU
Escrow No. 1949-JM
RECORDING REQUESTED BY
FIRST AMERICAN TITLE INS.
WHEN RECORDED MAIL TO:

Sandra L. Bradley
9 Rae's Creek Lane
Coto de Caza Ca 92679

Recorded in the County of Orange, California
Gary L. Granville, Clerk/Recorder

16.00

19970061523 04:30PM 02/07/97
004 17082363 17 17
G02 4 55 539.00 7.00 9.00 0.00 0.00 0.00 0.00
0.00 0.00

---

THE UNDERSIGNED DECLARES:
DOCUMENTARY TRANSFER TAX $____539.____

XX Computed on the consideration or value of property conveyed;OR
___ Computed on the consideration or value less liens or encumbrances remaining at time of sale.

---

### G R A N T   D E E D

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

**POLYGON GLENEAGLES LIMITED PARTNERSHIP, A WASHINGTON LIMITED PARTNERSHIP**

hereby GRANTS to:  CHARLES J. BRADLEY AND SANDRA L. BRADLEY, HUSBAND AND WIFE AS COMMUNITY PROPERTY

the real property in the   City of   (UNINCORPORATED AREA), County of   ORANGE,
State of California, described as follows:

(DESCRIPTION)       LOT _17_ OF TRACT 15161, AS MORE PARTICULARLY DESCRIBED IN EXHIBIT "A"
ATTACHED HERETO AND INCORPORATED HEREIN BY THIS REFERENCE.

SUBJECT TO:

1. TAXES/ASSESSMENTS. NONDELINQUENT REAL PROPERTY TAXES AND ALL NONDELINQUENT UNPAID
GENERAL AND SPECIAL ASSESSMENTS;

2. RECORD/SURVEY MATTERS. COVENANTS, CONDITIONS, RESTRICTIONS, EASEMENTS, RESERVATIONS,
DEDICATIONS, RIGHTS AND RIGHTS-OF-WAY OF RECORD, INCLUDING WITHOUT LIMITATION, THE
MASTER DECLARATION, AND THE SUPPLEMENTAL DECLARATION.

3. GRANTEE ACKNOWLEDGMENT. GRANTEE, BY ACCEPTANCE AND RECORDATION OF THIS DEED,
EXPRESSLY ACCEPTS, COVENANTS, AND AGREES TO BE BOUND BY AND ASSUME PERFORMANCE OF ALL
APPLICABLE PROVISIONS SET FORTH HEREIN AND IN THE MASTER DECLARATION AND THE
SUPPLEMENTAL DECLARATION, WHICH PROVISIONS ARE ACKNOWLEDGED TO BE REASONABLE; AND
THIS GRANT IS EXPRESSLY SUBJECT TO THE PERFORMANCE OF SUCH PROVISIONS TO BE PERFORMED
BY GRANTEE THEREUNDER. RESTRICTIONS ON GRANTEE'S USE OF THE PROPERTY ARE SET FORTH IN
THIS DEED, THE MASTER DECLARATION, THE SUPPLEMENTAL DECLARATION AND THE RECORDED
SUBDIVISION MAP(S) FOR THE PROPERTY TO WHICH THIS CONVEYANCE IS SPECIFICALLY AND
EXPRESSLY MADE SUBJECT.

MAIL TAX STATEMENTS TO:       Sandra L. Bradley
9 Rae's Creek Lane
Coto de Caza Ca 92679

EXHIBIT 3, PAGE 24

DATED _11-21-96_

POLYGON GLENEAGLES LIMITED PARTNERSHIP,
A WASHINGTON LIMITED PARTNERSHIP

BY:    POLYGON COMMUNITIES, INC., A WASHINGTON
CORPORATION, ITS GENERAL PARTNER

BY:
ITS:    R. Lawrence Olin
        President

BY:
ITS:    Greg R. Petersen
        Vice President

STATE OF CALIFORNIA      )
                         )ss.
COUNTY OF ORANGE         )

On _____, before me, the undersigned, a Notary Public in and for said State, personally
appeared _____
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized
capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the
person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____
Notary Public

STATE OF CALIFORNIA                   }
                                      } SS.
COUNTY OF ORANGE                      }

On   November 21, 1996      , before me, **Charlotte L. Baxter** personally
appeared   R. Lawrence Olin and Greg R. Petersen
_____, personally known to me (or proved to me on the
basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the
within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the
instrument the person(s) or the entity upon behalf of which the person(s) acted, executed
the instrument.

WITNESS my hand and official seal.

Signature _____

(This area for official notarial seal)

CHARLOTTE L. BAXTER
COMM. # 1058533
Notary Public — California
ORANGE COUNTY
My Comm. Expires MAY 10, 1999

EXHIBIT 3, PAGE 26

LOTS 9-20 TRACT 15161

EXHIBIT "A"

ALL THAT CERTAIN LAND SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF ORANGE, AND IS DESCRIBED AS FOLLOWS:

PARCEL 1:

LOT 17 OF TRACT NO. 15161, AS SHOWN ON A MAP RECORDED IN BOOK 732, PAGES 45 TO 49 INCLUSIVE, OF MISCELLANEOUS MAPS, RECORDS OF ORANGE COUNTY, CALIFORNIA.

EXCEPTING THEREFROM ONE-HALF (1/2) OF ALL RIGHTS TO OIL, GAS, PETROLEUM, HYDROCARBON SUBSTANCES AND OTHER MINERALS AND GASES BELOW A DEPTH OF 500 FEET MEASURED VERTICALLY FROM THE PRESENT SURFACE OF SAID LAND, WITHOUT THE RIGHT OF SURFACE ENTRY AND WITHOUT THE RIGHT OF ENTRY WITHIN SAID 500 FEET, AS RESERVED BY ERNEST A. BRYANT, JR., AND JUDITH TILT BRYANT, HUSBAND AND WIFE, IN THE DEED RECORDED SEPTEMBER 24, 1963 IN BOOK 6729, PAGE 443 OF OFFICIAL RECORDS.

ALSO EXCEPTING ALL WATER RIGHTS OR INTERESTS IN WATER RIGHTS THAT MAY BE WITHIN, UNDER OR ON THE PROPERTY, WHETHER SUCH WATER RIGHTS ARE RIPARIAN, OVERLYING, APPROPRIATIVE, PERCOLATING, PRESCRIPTIVE OR CONTRACTUAL; PROVIDED, HOWEVER, THAT THE RESERVATION MADE HEREIN SHALL NOT RESERVE TO OR FOR THE BENEFIT OF GRANTOR ANY RIGHT TO ENTER UPON THE SURFACE OF THE PROPERTY IN THE EXERCISE OF SUCH RIGHTS, TOGETHER WITH THE RIGHT AND POWER TO USE OR UTILIZE ON ANY OTHER PROPERTY OWNED OR LEASED BY GRANTOR ANY AND ALL WATER RIGHTS OR INTERESTS IN WATER RIGHTS NO MATTER HOW ACQUIRED BY GRANTOR, AS RESERVED IN THE DEED FROM COTO DE CAZA LTD., RECORDED NOVEMBER 9, 1995 AS INSTRUMENT NO. 19950500138 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM ALL WATER AND WATER RIGHTS, IF ANY, INCLUDED WITHIN SAID TRACT AS DEDICATED TO THE SANTA MARGARITA WATER DISTRICT ON THE MAP OF SAID TRACT.

RESERVING THEREFROM, FOR THE BENEFIT OF GRANTOR AND OTHERS, NON-EXCLUSIVE EASEMENTS FOR ACCESS, INGRESS, EGRESS, ENCROACHMENT, MAINTENANCE, REPAIR, DRAINAGE AND SUPPORT, AS DESCRIBED IN THE RECORDED SUBDIVISION MAP FOR TRACT 15161 AND IN THE MASTER DECLARATION AND THE SUPPLEMENTAL DECLARATION DEFINED BELOW.

PARCEL 2:

NON-EXCLUSIVE EASEMENTS FOR ACCESS, INGRESS, EGRESS, MAINTENANCE, REPAIR, DRAINAGE, ENCROACHMENT AND SUPPORT, ALL AS DESCRIBED IN THE MASTER DECLARATION OF COVENANTS, CONDITIONS, RESTRICTIONS AND RESERVATION OF EASEMENTS FOR COTO DE CAZA ("MASTER DECLARATION"), RECORDED MARCH 5, 1984 AS INSTRUMENT NO. 84-092424, AND THE NOTICE OF ADDITION OF TERRITORY AND SUPPLEMENTAL DECLARATION OF COVENANTS, CONDITIONS, RESTRICTIONS AND RESERVATION OF EASEMENTS FOR COTO DE CAZA ("SUPPLEMENTAL DECLARATION") RECORDED MAY 7, 1996 AS INSTRUMENT NO. 19960229147 AND RE-RECORDED MAY 14, 1996 AS INSTRUMENT NO. 19960242101 AND RE-RECORDED NOVEMBER 13, 1996 AS INSTRUMENT NO. 19960574009, ALL IN OFFICIAL RECORDS OF ORANGE COUNTY, CALIFORNIA.

* * * * * * * * * * * * * * * *

RECORDING REQUESTED BY
Mr. C.J. Bradley, Jr.
3333 Michelson Drive 10th
Floor
Irvine, CA 92612

When recorded mail to

Ms.J. Gallian
837 So. Danbrook Drive
Anaheim, CA 92804

APN: 778-201-17                                    SPACE ABOVE THIS LINE IS FOR RECORDER'S USE

## INTRA-FAMILY TRANSFER GRANT DEED

GRANTOR declares Documentary transfer tax is NONE

[  ]    Computed on full value of property conveyed, or
[  ]    Computed on full value less value of liens and encumbrances remaining at time of sale.

This transfer is exempt from documentary transfer tax under the provisions of R&T 11911 for the following reason;
This transfer is a bona fide gift between family members. The GRANTOR received nothing in return Rev & T C §§63.1 (a)
(1 ) 63.1 (a)(2).

**FOR NO CONSIDERATION, CHARLES BRADLEYJR. ("the GRANTOR")** with an address of
9 Rae's Creek Road, Coto de Caza, California 92679, hereby grants and conveys **GRANTORS UNDIVIDED ONE-HALF
INTEREST,** separate property, by Intra Family Gift Grant Deed to:

**JAMIE LYNN GALLIAN, (the "GRANTEE") a Single Woman, as her sole and separate property**

with an address of 837 So. Danbrook Drive, Anaheim, California 92804, an undivided one-half interest in the
Grantor's Separate Community Property in that Certain Grant Deed dated 11/21/1996, executed by R Lawrence Olin and
Greg R Peterson, recorded on 02/07/1997, in Official Records of the Clerk Recorder of said County as Instrument No.
19970061523, attached hereto and made a part herein, described as follows:

Lot 17 of Tract No. 15161, in the City of Coto de Caza, an unincorporated area of Orange County, California, as
per map recorded in Miscellaneous Maps, Book 732, Page(s) 45-49, inclusive, in the office of the County Recorder of said
County. Legal Description Exhibit "A" is made a part herein and is attached hereto.

Dated June 7, 1999

STATE OF CALIFORNIA
COUNTY OF _Orange_                                    S S                    _Charles Bradley Jr._
                                                                              CHARLES BRADLEY, JR.
On _June 9 1999_ before me
_Tiffany Diane Koebrick_
a Notary Public in and for said County and State,
personally appeared
_Charles Bradley Jr._
personally known to me (or proved to me on the basis of
satisfactory evidence) to be the person(s) whose name(s)
is/are subscribed to the within instrument and acknowledged
to me that he/she/they executed the same in his/her/their
authorized capacity(ies) and that by his/her/their signature(s)
on the instrument the person(s), or the entity upon behalf of
which the person(s)  acted  executed the instrument

WITNESS my hand and official seal                    (This                    TIFFANY DIANE KOEBRICK
                                                                              COMM. # 1214684
Signature _Tiffany Diane Koebrick_                                            NOTARY PUBLIC CALIFORNIA
                                                                              ORANGE COUNTY
                                                                              My Term Exp. April 1 2003

| | | | | | | |
|---|---|---|---|---|---|---|
| | STATE California | | CERTIFICATE OF LIVE BIRTH | LOCAL REGISTERED NO. 7058 | | |
| | FILE NUMBER | | STATE OF CALIFORNIA—DEPARTMENT OF PUBLIC HEALTH | DISTRICT AND CERTIFICATE NUMBER | | 060458 |

| | | | | |
|---|---|---|---|---|
| THIS CHILD | 1 NAME OF CHILD—FIRST NAME  Jamie | 1b MIDDLE NAME  Lynn | | 1c LAST NAME  Peters |
| | 2 SEX  Female | 3a THIS BIRTH SINGLE TWIN OR TRIPLET  Single | 3b IF TWIN OR TRIPLET THIS CHILD WAS BORN 1ST 2ND 3RD | 4a DATE OF BIRTH MONTH DAY YEAR  November 16, 1962 | 4b HOUR  8:26P |
| PLACE OF BIRTH | 5a PLACE OF BIRTH  NAME OF HOSPITAL  St. Francis Hospital | | 6 STREET ADDRESS  5630 Imperial Highway | |
| | 5b CITY OR TOWN  Lynwood | | 7 COUNTY  Los Angeles | |
| MOTHER OF CHILD | 8a MAIDEN NAME OF MOTHER—FIRST NAME  Peters | 8b MIDDLE NAME  Patricia  Mary | 8c LAST NAME  Rowe | 9 COLOR OR RACE OF MOTHER  White |
| | 10 AGE OF MOTHER AT THE OF THIS BIRTH  21 YEARS | 11 BIRTHPLACE STATE OR FOREIGN COUNTRY  Waukegan, Illinois | | |
| USUAL OF MOTHER (actually when mother live) | 12a USUAL RESIDENCE OF MOTHER  STREET ADDRESS  5108 Clara | | 12b IF INSIDE CORPORATE LIMITS | 12c OUTSIDE CITY CORPORATE LIMITS |
| | 12d CITY OR TOWN  Cudahy | | 13 COUNTY  Los Angeles | 14 STATE  California |
| FATHER OF CHILD | 15a NAME OF FATHER—FIRST NAME  Charles | 15b MIDDLE NAME  James | 15c LAST NAME  Bradley Jr | 16 COLOR OR RACE OF FATHER  White |
| | 17 AGE OF FATHER AT THE OF THIS BIRTH  27  YEARS | 18 BIRTHPLACE STATE OR FOREIGN COUNTRY  Worthington, Minnesota | 19 PRESENT OR LAST OCCUPATION  Office Support Staff | 20 KIND OF INDUSTRY OR BUSINESS  Constr. Engineering |
| INFORMANT'S CERTIFICATION | 21 I HAVE REVIEWED THE ABOVE STATED INFORMATION AND HEREBY CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE | | 21a PARENT OR OTHER INFORMANT—SIGNATURE  Patricia M. Peters | 21b PARENT OR OTHER INFORMANT—SIGNATURE |
| ATTENDANT'S CERTIFICATION | 22 I HEREBY CERTIFY THAT I ATTENDED THIS BIRTH AND THAT THE CHILD WAS BORN ALIVE AT THE HOUR DATE AND PLACE STATED ABOVE | | 22a OPTIONAL | 22b CITY  Bell, California |
| REGISTRAR'S CERTIFICATION | 23 DATE ON WHICH NAME ADDED BY SUPPL MENTAL NAME REPORT | 24 LOCAL REGISTRAR—SIGNATURE | | 25 DATE  November 29, 1962 |

Filed DEC 21 1962 RAY E. LEE, COUNTY RECORDER

LOTS 9-20 TRACT 15161

EXHIBIT "A"

ALL THAT CERTAIN LAND SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF ORANGE, AND IS DESCRIBED AS FOLLOWS:

PARCEL 1:

LOT 17 OF TRACT NO. 15161, AS SHOWN ON A MAP RECORDED IN BOOK 732, PAGES 45 TO 49 INCLUSIVE, OF MISCELLANEOUS MAPS, RECORDS OF ORANGE COUNTY, CALIFORNIA.

EXCEPTING THEREFROM ONE-HALF (1/2) OF ALL RIGHTS TO OIL, GAS, PETROLEUM, HYDROCARBON SUBSTANCES AND OTHER MINERALS AND GASES BELOW A DEPTH OF 500 FEET MEASURED VERTICALLY FROM THE PRESENT SURFACE OF SAID LAND, WITHOUT THE RIGHT OF SURFACE ENTRY AND WITHOUT THE RIGHT OF ENTRY WITHIN SAID 500 FEET, AS RESERVED BY ERNEST A. BRYANT, JR., AND JUDITH TILT BRYANT, HUSBAND AND WIFE, IN THE DEED RECORDED SEPTEMBER 24, 1963 IN BOOK 6729, PAGE 443 OF OFFICIAL RECORDS.

ALSO EXCEPTING ALL WATER RIGHTS OR INTERESTS IN WATER RIGHTS THAT MAY BE WITHIN, UNDER OR ON THE PROPERTY, WHETHER SUCH WATER RIGHTS ARE RIPARIAN, OVERLYING, APPROPRIATIVE, PERCOLATING, PRESCRIPTIVE OR CONTRACTUAL; PROVIDED, HOWEVER, THAT THE RESERVATION MADE HEREIN SHALL NOT RESERVE TO OR FOR THE BENEFIT OF GRANTOR ANY RIGHT TO ENTER UPON THE SURFACE OF THE PROPERTY IN THE EXERCISE OF SUCH RIGHTS, TOGETHER WITH THE RIGHT AND POWER TO USE OR UTILIZE ON ANY OTHER PROPERTY OWNED OR LEASED BY GRANTOR ANY AND ALL WATER RIGHTS OR INTERESTS IN WATER RIGHTS NO MATTER HOW ACQUIRED BY GRANTOR, AS RESERVED IN THE DEED FROM COTO DE CAZA LTD., RECORDED NOVEMBER 9, 1995 AS INSTRUMENT NO. 19950500138 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM ALL WATER AND WATER RIGHTS, IF ANY, INCLUDED WITHIN SAID TRACT AS DEDICATED TO THE SANTA MARGARITA WATER DISTRICT ON THE MAP OF SAID TRACT.

RESERVING THEREFROM, FOR THE BENEFIT OF GRANTOR AND OTHERS, NON-EXCLUSIVE EASEMENTS FOR ACCESS, INGRESS, EGRESS, ENCROACHMENT, MAINTENANCE, REPAIR, DRAINAGE AND SUPPORT, AS DESCRIBED IN THE RECORDED SUBDIVISION MAP FOR TRACT 15161 AND IN THE MASTER DECLARATION AND THE SUPPLEMENTAL DECLARATION DEFINED BELOW.

PARCEL 2:

NON-EXCLUSIVE EASEMENTS FOR ACCESS, INGRESS, EGRESS, MAINTENANCE, REPAIR, DRAINAGE, ENCROACHMENT AND SUPPORT, ALL AS DESCRIBED IN THE MASTER DECLARATION OF COVENANTS, CONDITIONS, RESTRICTIONS AND RESERVATION OF EASEMENTS FOR COTO DE CAZA ("MASTER DECLARATION"), RECORDED MARCH 5, 1984 AS INSTRUMENT NO. 84-092424, AND THE NOTICE OF ADDITION OF TERRITORY AND SUPPLEMENTAL DECLARATION OF COVENANTS, CONDITIONS, RESTRICTIONS AND RESERVATION OF EASEMENTS FOR COTO DE CAZA ("SUPPLEMENTAL DECLARATION") RECORDED MAY 7, 1996 AS INSTRUMENT NO. 19960229147 AND RE-RECORDED MAY 14, 1996 AS INSTRUMENT NO. 19960242101 AND RE-RECORDED NOVEMBER 13, 1996 AS INSTRUMENT NO. 19960574009, ALL IN OFFICIAL RECORDS OF ORANGE COUNTY, CALIFORNIA.

* * * * * * * * * * * * * * * *

POS-050/EFS-050

| ATTORNEY OR PARTY WITHOUT ATTORNEY:    STATE BAR NO: | FOR COURT USE ONLY |
|---|---|
| NAME: JAMIE LYNN GALLIAN | |
| FIRM NAME: | |
| STREET ADDRESS: 16222 MONTEREY LANE #376 | |
| CITY: HUNTINGTN BEACH      STATE: CA    ZIP CODE: 92649 | |
| TELEPHONE NO.: 714-321-3449      FAX NO. : | |
| E-MAIL ADDRESS: JAMIEGALLIAN@GMAIL.COM | |
| ATTORNEY FOR (name): IN PRO PER | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORNAGE | |
|---|---|
| STREET ADDRESS: 700 CIVIC CENTER DRIVE | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE:    SANTA ANA, CA 92701 | |
| BRANCH NAME: CENTRAL JUSTICE CENTER | |

| PLAINTIFF/PETITIONER: JAMIE LYNN GALLIAN | CASE NUMBER:
30-2017-00915711 |
|---|---|
| DEFENDANT/RESPONDENT:      IN THE ESTATE OF CHARLES BRADLEY | JUDICIAL OFFICER: |
| **PROOF OF ELECTRONIC SERVICE** | DEPARTMENT:
C08 |

1. I am at least 18 years old.
   a. My residence or business address is *(specify)*:
      5801 SKYLAB HUNTINGTON BEACH, CA 92647

   b. My electronic service address is *(specify)*:
      BOBWENTFLYING@YAHOO.COM

2. I electronically served the following documents *(exact titles)*:
   PETITION FOR HEIRSHIP AND DECLARATION OF JAMIE LYNN GALLIAN
   *Affadavit of Death Intra-family Grant Deed.*

   ☐ The documents served are listed in an attachment. *(Form POS-050(D)/EFS-050(D) may be used for this purpose.)*

3. I electronically served the documents listed in 2 as follows:
   a. Name of person served: GIANNA GRUENWALD

      On behalf of *(name or names of parties represented, if person served is an attorney)*:
      SANDRA L. BRADLEY, ADMINISTRATOR

   b. Electronic service address of person served *:
      GIANNA@ROSSLLP.COM

   c. On *(date)*:

      ☐ The documents listed in item 2 were served electronically on the persons and in the manner described in an attachment.
      *(Form POS-050(P)/EFS-050(P) may be used for this purpose.)*

Date: 5-12-2021

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

ROBERT MCLELLAND                                              *Robert Mclelland*
_____                    _____
(TYPE OR PRINT NAME OF DECLARANT)                    (SIGNATURE OF DECLARANT)

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
POS-050/EFS-050 [Rev. February 1, 2017]
**PROOF OF ELECTRONIC SERVICE**
**(Proof of Service/Electronic Filing and Service)**
Cal. Rules of Court, rule 2.251
www.courts.ca.gov

EXHIBIT 3, PAGE 31

I hereby certify the foregoing instrument consisting of _12_ page(s) is a true and correct copy of the original on file in this court.

ATTEST: (DATE) **MAR 1 6 2022**

DAVID H. YAMASAKI, EXECUTIVE OFFICER AND CLERK OF THE
SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE

BY _____, DEPUTY

BERENICE FUENTES

EXHIBIT 3, PAGE 32

**EXHIBIT 4**



DTN:                    **12313525**

Decal:                  **LBM1081**

Unit ID:                252606085

Trans Type:             R/O Transfer - No Sale

Trans Date:             07/14/2021

Trade Name:             CUSTOM VILLA

Serial #:               AC7V710394GA, AC7V710394GB

Insignia #              PFS1130281, PFS1130282

Status Date:    08/02/2021      User Name:     SHAH, KIRAN

# STATE OF CALIFORNIA - DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
## CERTIFICATE OF TITLE

Manufactured Home    **Decal:  LBM1081**

| Manufacturer ID/Name | Trade Name | Model | DOM | DFS | RY |
|---|---|---|---|---|---|
| 90002    SKYLINE HOMES INC | CUSTOM VILLA | | 05/29/2014 | 07/28/2014 | |

| Serial Number | Label/Insignia Number | Weight | Length | Width | Issued |
|---|---|---|---|---|---|
| AC7V710394GB | PFS1130281 | 22,383 | 56' | 15' 2" | Feb 24, 2021 |
| AC7V710394GA | PFS1130282 | 25,068 | 60' | 15' 2" | |

**Addressee**

RONALD J PIERPONT
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA  92649

JUL 14 2021

**Registered Owner(s)**

J-SANDCASTLE CO LLC
16222 MONTEREY LANE ROOM 376
HUNTINGTON BEACH, CA 92649

**Situs Address**

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

**Legal Owner(s)**

RONALD J PIERPONT
JPAD LLC
Tenants in Common Or
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

Lien Perfected On:        08/20/20 11:58:00

**IMPORTANT**
**THE OWNER INFORMATION SHOWN ABOVE MAY NOT REFLECT ALL LIENS RECORDED WITH THE DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT AGAINST THE DESCRIBED UNIT.  THE CURRENT TITLE STATUS OF THE UNIT MAY BE CONFIRMED THROUGH THE DEPARTMENT.**

DTN: 12153896                                              02242021 - 2

EXHIBIT 4, PAGE 35

## SECTION A - SMOKE DETECTOR AND WATER HEATER SEISMIC BRACING CERTIFICATION

California Health and Safety Code (HSC) Sections 18029.6 and 18031.7 require that on the date of transfer of title all used manufactured homes, used mobilehomes, and used multifamily manufactured homes: 1) be equipped with an operable smoke detector in each room designed for sleeping, and 2) all fuel-gas-burning water heater appliances be seismically braced, anchored, or strapped pursuant to existing codes. A declaration may be signed within 45 days prior to the date of transfer of title stating that these requirements have been met.

I/We further agree to indemnify and save harmless the Director of the State of California, Department of Housing and Community Development, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the unit in California or from issuance of a California Certificate of Title covering the same. I/We certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on _2/25/2021_ at _Huntington Beach_     _California_
                                          City                   State

Signature                                      Printed Name _J. SANDCASTLE CO LLC_

## SECTION B - RELEASING SIGNATURES

1a. _J Sandcastle Co LLC_                              Date of Release _2/25/2021_
    Releasing Signature of Registered Owner

1b. _____                  Date of Release _____
    Releasing Signature of Registered Owner

2. _____  ☒ Release   ☐ Retain   * ☐ Assign Interest
   Legal Owner of Record (if any) sign and check appropriate box   (* If Assign Interest is checked - Complete New Legal Owner Below)

## SECTION C - NEW OWNER INFORMATION

### NEW REGISTERED OWNER - Please Print or Type Clearly

3a. _JAMIE LYNN GALLIAN_                         3c. _J Sandcastle Co LLC_
    New Registered Owners Name                       New Registered Owners Name

3b. _J Sandcastle Co LLC_                         3d. _____
    New Registered Owners Name                       New Registered Owners Name

If more than one New Owner going onto title, please check the appropriate Co-owner term box.

☐ Joint Tenants with Right of Survivorship   ☐ Tenants In Common OR   * ☐ Trust/Trustee(s)
                                                                         (* If this box is checked-Complete HCD 476.6B)

☒ Tenants In Common AND   ☐ Community Property   ☐ Community Property with Right of Survivorship

4. _16222 Monterey Ln #376_           _Huntington Beach, CA_     _92649_
   Mailing Address of New Registered Owner    City/State           Zip Code

5. _16222 Monterey Ln #376_           _Huntington Beach, CA_     _92649_
   Actual Location Address of Unit            City/State           Zip Code

6. _0_                                _2/25/2021_
   Purchase Price or check box if Gift ☒   Purchase Date or Transfer Date

7a. _Jamie Lynn Gallian_              7c. _J Sandcastle Co LLC_
    Signature of New Registered Owners        Signature of New Registered Owners

7b. _J Sandcastle Co LLC_             7d. _____
    Signature of New Registered Owners        Signature of New Registered Owners

### NEW LEGAL OWNER - Please Print or Type Clearly

8a. _J PAD, LLC_                        8b. _____
    New Legal Owners Name                    New Legal Owners Name

If more than one New Lender going onto title, please check the appropriate Co-owner term box below.

☐ Joint Tenants with Right of Survivorship   ☐ Tenants In Common OR   * ☐ Trust/Trustee(s)
                                                                         (* If this box is checked-Complete HCD 476.6B)

☐ Tenants In Common AND   ☐ Community Property   ☐ Community Property with Right of Survivorship

9. _16222 Monterey Ln #376_           _Huntington Beach, CA_     _92649_
   Mailing Address of New Legal Owner         City/State           Zip Code

### NEW JUNIOR LIENHOLDER - Please Print or Type Clearly

10a. _____          10b. _____
     New Junior Lienholder Name              New Junior Lienholder Name

11. _____
    Mailing Address of New Junior Lienholder   City/State          Zip Code

## SECTION D – RELEASE OF DEALERS

12. _____
    Signature of Selling Dealer                Print Dealers Name and Dealer Number

OSP 20 149325

EXHIBIT 4, PAGE 36

# ACKNOWLEDGMENT

> A notary public or other officer completing this
> certificate verifies only the identity of the individual
> who signed the document to which this certificate is
> attached, and not the truthfulness, accuracy, or
> validity of that document.

State of California
County of _____ Orange _____ )

On _2/25/21_____ before me, _Greg Buysman, Notary Public_____
(insert name and title of the officer)

personally appeared _Jasmin Lynn Gollian_____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

**GREG BUYSMAN**
COMM # 2341449
ORANGE County
California Notary Public
Comm Exp Feb. 5, 2025

Signature _____          **(Seal)**



GREG BUYSMAN
COMM # 2241149
ORANGE County
California Notary Public
My Comm. Exp. Feb. 5, 2025

# STATE OF CALIFORNIA - DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
## REGISTRATION CARD

Manufactured Home

**Decal: LBM1081**

| Manufacturer ID/Name | Trade Name | Model | DOM | DFS | RY | Exp. Date |
|---|---|---|---|---|---|---|
| 90002   SKYLINE HOMES INC | CUSTOM VILLA | | 05/29/2014 | 07/28/2014 | | |

| Serial Number | Label/Insignia Number | Weight | Length | Width | Issued |
|---|---|---|---|---|---|
| AC7V710394GB | PFS1130281 | 22,383 | 56' | 15' 2" | Feb 24, 2021 |
| AC7V710394GA | PFS1130282 | 25,068 | 60' | 15' 2" | |



**Addressee**

RONALD J PIERPONT
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA  92649

**Registered Owner(s)**

J-SANDCASTLE CO LLC
16222 MONTEREY LANE ROOM 376
HUNTINGTON BEACH, CA 92649

**Situs Address**

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

**Legal Owner(s)**

RONALD J PIERPONT
JPAD LLC
Tenants in Common Or
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

Lien Perfected On:    08/20/20 11:58:00

**LEGAL OWNER COPY
INFORMATION ONLY**

**IMPORTANT**
**THE OWNER INFORMATION SHOWN ABOVE MAY NOT REFLECT ALL LIENS RECORDED WITH THE
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT AGAINST THE DESCRIBED UNIT.  THE
CURRENT TITLE STATUS OF THE UNIT MAY BE CONFIRMED THROUGH THE DEPARTMENT.**

DTN: 12153896

02242021 - 1

## STATE OF CALIFORNIA - DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
### REGISTRATION CARD
Manufactured Home

**Decal: LBM1081**

| Manufacturer ID/Name | | Trade Name | Model | DOM | DFS | RY | Exp. Date |
|---|---|---|---|---|---|---|---|
| 90002    SKYLINE HOMES INC | | CUSTOM VILLA | | 05/29/2014 | 07/28/2014 | | |

| Serial Number | Label/Insignia Number | Weight | Length | Width | Issued |
|---|---|---|---|---|---|
| AC7V710394GB | PFS1130281 | 22,383 | 56' | 15' 2" | Feb 24, 2021 |
| AC7V710394GA | PFS1130282 | 25,068 | 60' | 15' 2" | |



**Addressee**

J-SANDCASTLE CO LLC
16222 MONTEREY LANE ROOM 376
HUNTINGTON BEACH, CA  92649

**Registered Owner(s)**

J-SANDCASTLE CO LLC
16222 MONTEREY LANE ROOM 376
HUNTINGTON BEACH, CA 92649

**Situs Address**

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

**Legal Owner(s)**

RONALD J PIERPONT
JPAD LLC
Tenants in Common Or
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

Lien Perfected On:     08/20/20 11:58:00

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**ATTENTION OWNER:**

**THIS IS THE REGISTRATION CARD FOR THE
UNIT DESCRIBED ABOVE.  PLEASE KEEP THIS
CARD IN A SAFE PLACE WITHIN THE UNIT.**

**INSTRUCTIONS FOR RENEWAL:**

**REGISTRATION FOR THIS UNIT EXPIRES ON THE
DATE INDICATED ABOVE IN THE BOX LABELED
"Exp. Date".  THERE ARE SUBSTANTIAL
PENALTIES FOR DELINQUENCY.  IF YOU DO NOT
RECEIVE A RENEWAL NOTICE WITHIN 10 DAYS
PRIOR TO THE EXPIRATION DATE, CONTACT
H.C.D. FOR RENEWAL INSTRUCTIONS.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**IMPORTANT**
**THE OWNER INFORMATION SHOWN ABOVE MAY NOT REFLECT ALL LIENS RECORDED WITH THE
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT AGAINST THE DESCRIBED UNIT.  THE
CURRENT TITLE STATUS OF THE UNIT MAY BE CONFIRMED THROUGH THE DEPARTMENT.**

DTN: 12153896

02242021 - 1

STATE OF CALIFORNIA
BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION AND TITLING PROGRAM



## LIEN SATISFIED

---

| **SECTION I.** | **DESCRIPTION OF UNIT** |
| --- | --- |

This unit is a:

☑ Manufactured Home/Mobilehome  ☐ Commercial Modular  ☐ Floating Home  ☐ Truck Camper

The Decal (License) No.(s) of the unit is: LBM1081

The Trade Name of the unit is: CUSTOM VILLA

The Serial No.(s) of the unit is: AC7V710394GB/AC7V710394GA

---

| **SECTION II.** | **DEBTOR(S) NAME(S)** |
| --- | --- |

Name of Debtor(s): J-SANDCASTLE CO, LLC

---

| **SECTION III.** | **LIENHOLDER'S CERTIFICATION** |
| --- | --- |

This is to certify that our/my lien in the name(s) of the debtor(s) shown above against the described unit has been fully satisfied and has not been assigned to any other party.

I/We certify under penalty of perjury that the foregoing is true and correct.

Print or Type Name of Legal Owner or Jr. Lienholder (Lender):

J-PAD LLC or RONALD J. PIERPONT

Signature of Legal Owner, Jr. Lienholder (Lender) or their Authorized Agent:

*Ronald J Pierpont*                                    Date **7/9/2021**

Address    16222 MONTEREY LN. #376        HUNTINGTON BEACH,    CA    92649
            Street Address or P.O. Box                     City                State    Zip

HCD RT 475.3 (Rev. 07/16)

EXHIBIT 4, PAGE 43

STATE OF CALIFORNIA
BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION AND TITLING PROGRAM



## STATEMENT OF FACTS

This unit is a: ☑ Manufactured Home / Mobilehome  ☐ Commercial Modular  ☐ Floating Home  ☐ Truck Camper

| Decal (License) No.(s):<br>LBM 1081 | Trade Name:<br>Skyline Custom Villa | Serial No.(s):<br>AC7V710394GB/GA |
| --- | --- | --- |

I/We, the undersigned, hereby state:

Jamie Lynn Gallian is the sole registered owner of 2014 home.  J-Pad LLC or Robert McLelland is the Legal Owner.

I/We further agree to indemnify and save harmless the Director of the Department of Housing and Community Development, State of California, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the above-described unit in California, or from issuance of a California Certificate of Title covering the same.

I/We certify under penalty of perjury that the foregoing is true and correct.

Executed on ___25th of Feb. 2021___ at ___Huntington Beach,_____, ___CA 92649___
             *Date*                     *City*            *State*

Signature(s): _____  Printed name(s):
         *[signature]*               Jamie Lynn Gallian

Address ___21742 Anza Avenue_____

City ___Torrance_____  State ___CA 90503___

HCD RT 476.6 (Rev. 07/16)

# ACKNOWLEDGMENT

A notary public or other officer completing this
certificate verifies only the identity of the individual
who signed the document to which this certificate is
attached, and not the truthfulness, accuracy, or
validity of that document.

State of California
County of _Orange_ )

On _2/25/21_ before me, _Greg Buysman Notary Public_
(insert name and title of the officer)

personally appeared _Jamie Lynn Gallina_,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

GREG BUYSMAN
COMM # 2341449
ORANGE County
California Notary Public
Comm Exp Feb. 5, 2025

Signature _____    (Seal)

**STATE OF CALIFORNIA**
**BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY**
**DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT**
**DIVISION OF CODES AND STANDARDS**
**REGISTRATION AND TITLING PROGRAM**



## STATEMENT OF FACTS

This unit is a: ☑ Manufactured Home / Mobilehome    ☐ Commercial Modular    ☐ Floating Home    ☐ Truck Camper

| Decal (License) No.(s): | Trade Name: | Serial No.(s): |
|---|---|---|
| LBM1081 | | |

I/We, the undersigned, hereby state:

*I spoke with Jamie Gallian and she states the unit should be registered as Jamie Gallian as sole registered owner. The lien has been satisfied and there is no legal owner at this time. Jamie advised the county and was told there was no need to revise the Tax Clearance certificate.*

I/We further agree to indemnify and save harmless the Director of the Department of Housing and Community Development, State of California, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the above-described unit in California, or from issuance of a California Certificate of Title covering the same.

I/We certify under penalty of perjury that the foregoing is true and correct.

Executed on ___7/28/21___ at ___Sacramento___, ___CA___
            Date                          City                  State

Signature(s):                    Printed name(s):

*Rebecca M. O'Loughlin*        *Rebecca M O'Loughlin, Program Tech III*

Address _____

City _____    State _____

HCD RT 476.6 (Rev. 07/16)

**State of California**
**Department of Housing and Community Development**
**Division of Codes and Standards**
**Registration and Titling Program**
**P.O. Box 277820, Sacramento, CA 95827-7820**
**(800) 952-8356**
**www.hcd.ca.gov**



## MULTI-PURPOSE TRANSFER FORM

### PLEASE COMPLETE ONLY THE SECTIONS THAT APPLY AND SIGN BOTTOM OF FORM

#### UNIT DESCRIPTION

Decal (License) No.(s): __LBM1081__          Serial No.(s): __AC7V710394GA; AV7V710394GA__

#### SMOKE DETECTOR AND CARBON MONOXIDE CERTIFICATION

I/We, the undersigned, hereby state that the manufactured home, mobilehome, or multifamily manufactured home described above is equipped with a properly working, operable smoke detector in accordance with California Health and Safety Code Section 18029.6 and a carbon monoxide detector in accordance to California Residential Code Section R315.

☑ YES   ☐ NO

#### PARK PURCHASE FEE EXEMPTION

The registered owner of the above-described manufactured home/mobilehome that is located on private property owned by the registered owner is exempt from payment of the $5 Park Purchase Fund (PPF) fee (Health and Safety Code Section 18114.1). If you feel you qualify for the exemption, complete the following questions:

- Do you (the registered owner) own your manufactured home/mobilehome?   ☑ YES   ☐ NO
- Do you (the registered owner) own the land your manufactured home/mobilehome is located on?   ☐ YES   ☑ NO

#### DESIGNATION OF CO-OWNER TERM

We request the Department of Housing and Community Development to register our ownership interest in the unit described above with the following co-owner term:   **(READ CAREFULLY AND CHECK ONE BOX.)**

☐   **JTRS (Joint Tenants with Right of Survivorship):** Upon the death of a joint tenant, the interest of the deceased party passes to the surviving joint tenant. The signature of each joint tenant is required to transfer or encumber the title.

☑   **TENCOM AND (Tenants in Common with the names joined by the word AND):** Each tenant in common may transfer his or her individual interest without the signature of the other tenant(s) in common. The signature of each tenant in common is required to transfer full interest in the unit to a new registered owner or to encumber the title.

☐   **TENCOM OR (Tenants in Common with the names joined by the word OR):** Any one of the tenants in common may transfer full ownership interest in the unit to a new registered owner without the signature of the other tenant(s) in common. The signature of each tenant in common is required to encumber the title.

☐   **COMPRO (Community Property):** A unit may be registered as community property in the names of a husband and wife. The signature of each spouse is required to transfer full interest in the unit or encumber the title.

☐   **COMPROS (Community Property with Right of Survivorship):** A unit may be registered as community property in the names of a husband and wife. At the death of one spouse, the decedent's community property interest passes to the surviving spouse without administration. The signature of each spouse is required to transfer full interest in the unit or encumber the title.

I/We further agree to indemnify and save harmless the Director of the State of California, Department of Housing and Community Development, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the above described unit in California, or from, issuance of a California Certificate of Title covering the same.

I/We certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on __02/25/2021__ at __HUNTINGTON BEACH,__ __CALIFORNIA__ COUNTY OF __ORANGE__
_____Date_____   _____City_____   _____State

_Signature_ ~~Jamie Lynn Gallian~~

_Signature_ ~~Jamie Lynn Gallian~~ J-SANDCASTLE CO LLC, JAMIE LYNN GALLIAN, IT'S MEMBER

_Signature_                                   _Signature_

PHONE #: __(714) 321-3449__          E-MAIL ADDRESS: __jamiegalian@gmail.com__

HCD RT 476.6G Side 1 (Rev. 08/20)

Decal (License) No.(s): LBM1081      Serial No.(s): AC7V710394GA; AC7V710394GA

## DECLARATION OF INSTALLATION OF WATER HEATER SEISMIC BRACING

I/We the undersigned hereby state that all fuel gas-burning water heater appliances in the manufactured home, mobilehome, or multifamily manufactured housing described above are seismically braced, anchored, or strapped in accordance with Health and Safety Code Section 18031.7 and Part 5 of Title 24 of the California Code of Regulations.

☑ YES    ☐ NO    ☐ Electric water heater is installed per manufacturer's instructions.

### SIGNATURE ON FRONT SIDE IS CERTIFICATION FOR THIS SECTION

## REASON FOR USE TAX AND/OR MOBILEHOME RECOVERY FUND FEE EXEMPTION

Check appropriate box(es):

☑ The above-described unit was a gift. All rights and interest of ownership were transferred without exchange or money or other valuable consideration.

☑ The above-described unit has been acquired from: J-SANDCASTLECO LLC, JAMIE LYNN GALLIAN, ITS MEMBER

         *parents, spouse, grandparent(s), grandchild, child, brother(s)\*, sister(s)\**

☑ The name of a CO-OWNER _____ is being ☑ **ADDED**   ☐ **DELETED** to the record.
        *show relationship*

☐ The above-described unit was received as the result of an inheritance.

☐ Transfer of the above-described unit is being made pursuant to a court order.

☐ The transfer of the unit is being made to a revocable trust which (1) the seller has an unrestricted power to revoke the trust, (2) the transfer does not result in any change in the beneficial ownership of the property, (3) the trust provides that upon revocation of the trust the property will revert wholly to the seller, and (4) the only consideration for the transfer is the assumption by the trust of an existing loan for which the tangible personal property being transferred is the sole collateral for the assumed loan.

    **\*NOTE: A sale between brother(s) or sister(s) is subject to use tax unless both are minors. If minors, check here:** ☐

### SIGNATURE ON FRONT SIDE IS CERTIFICATION FOR THIS SECTION

## DESIGNATION OF TRUST

I/We, the undersigned trustee(s), hereby state that the unit described above has been placed into a trust. This Declaration of Trust is dated _____.

In compliance with Section 18080.1(b) of the California Health and Safety Code, I/we as trustee(s) hereby request the unit described above be registered as shown below. I/we acknowledge that the Department's permanent title record and the titling documents for the unit will reflect the information as shown below.

_____
*Print Name of the Trust. This is how the name of the Trust will appear on title.*

I/We as trustee(s) agree(s) to notify and make application with the Department of Housing and Community Development to appropriately amend the permanent registration and titling record immediately upon any change to the original trust agreement described herein by submitting this form along with all appropriate documents, fees or any other needed items to the Department.

I/We as trustee(s) further agree(s) to indemnify and save harmless the Director of the Department of Housing and Community Development, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the above described unit in California and from issuance of a California Certificate of Title covering the same.

I/We certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on _____ at _____
       *Date*               *City*            *State*

_____    _____
*Trustee Signature(s):*

_____    _____    _____
*Street Address or P.O. Box*         *City*         *State*

HCD RT 476.6G Side 2 (Rev. 08/20)



# TAX CLEARANCE CERTIFICATE

☒ **Mobile Home**          ☐ **Floating Home**

### COUNTY OF ORANGE

| SERIAL NUMBER/HULL NUMBER | DECAL NUMBER/CF NUMBER |
|---|---|
| AC7V710394GA, AC7V710394GB | LBM1081 |

| LOCATION OF HOME | ASSESSOR'S PARCEL NUMBER |
|---|---|
| 16222 MONTEREY LN 376 HUNTINGTON BEACH | 891-569-62 |

| CURRENT REGISTERED OWNER | APPLICANT |
|---|---|
| J-SANDCASTLE CO LLC<br>16222 MONTEREY LN<br>SPC 376<br>HUNTINGTON BEACH CA 92649 | J-SANDCASTLE CO LLC & JAMIE L. GALLIAN<br>16222 MONTEREY LN #376<br>HUNTINGTON BEACH, CA 92649 |

I hereby certify that the following has been paid:

☐ Delinquent license fees

☐ Property taxes applicable to the home identified above through the fiscal year

☒ A security deposit for payment of the property taxes for the fiscal year 2021-2022

☒ No taxes due or payable at this time.

There may be a supplemental assessment not covered by this "Tax Clearance Certificate" which may create an additional bill.

**THIS CERTIFICATE IS VOID ON AND AFTER SEPTEMBER 7, 2021.**

Executed on July 9, 2021 at Santa Ana.
Treasurer-Tax Collector for Orange County, State of California.

Issued on July 9, 2021 _____
(Signature)

§2189.8, 5832 R & T Code                                    TDL 10-01 (7-87)

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **DECLARATION OF GREG BUYSMAN RE: MOTION OBJECTING TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 7, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **_____**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July 7, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

PURSUANT TO THE COURTROOM POLICIES AND PROCEDURES OF THE HONORABLE ERITHE A. SMITH, COURTROOM 5A, §VIII. JUDGES' OR COURTESY COPIES, EXCEPT FOR DOCUMENTS 200 PAGES OR OVER, INCLUDING EXHIBITS, JUDGE SMITH **DOES NOT** REQUIRE JUDGES' COPIES.

**DEBTOR – VIA OVERNIGHT DELIVERY**
JAMIE LYNN GALLIAN
16222 MONTEREY LN UNIT 376
HUNTINGTON BEACH, CA 92649

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 7, 2022 | Layla Buchanan | /s/ Layla Buchanan |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

- **ATTORNEY FOR TRUSTEE JEFFREY I GOLDEN (TR):** Aaron E DE Leest adeleest@DanningGill.com, danninggill@gmail.com; adeleest@ecf.inforuptcy.com
- **ATTORNEY FOR CREDITOR and PLAINTIFF THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION:** Robert P Goe kmurphy@goeforlaw.com, rgoe@goeforlaw.com; goeforecf@gmail.com
- **TRUSTEE JEFFREY I GOLDEN (TR):** Jeffrey I Golden (TR lwerner@wgllp.com, jig@trustesolutions.net; kadele@wgllp.com
- **ATTORNEY FOR PLAINTIFF HOUSER BROS. CO.:** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR and PLAINTIFF THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION:** Brandon J Iskander biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **ATTORNEY FOR TRUSTEE JEFFREY I GOLDEN (TR):** Eric P Israel eisrael@DanningGill.com, danninggill@gmail.com; eisrael@ecf.inforuptcy.com
- **ATTORNEY FOR PLAINTIFF HOUSER BROS. CO.:** Laila Masud lmasud@marshackhays.com, lmasud@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
- **ATTORNEY FOR DEFENDANT RANDALL L NICKEL:** Mark A Mellor mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com
- **INTERESTED PARTY COURTESY NEF:** Valerie Smith claims@recoverycorp.com
- **U.S. TRUSTEE:** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_June 2012_                                                                                    **F 9013-3.1.PROOF.SERVICE**