JAMIE LYNN GALLIAN
16222 Monterey Lane Unit 376
Huntington Beach, CA 92649
(714) 321-3449
jamiegallian@gmail.com

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

In re:

JAMIE LYNN GALLIAN,

Debtor.

Case No. 8:21-bk-11710-ES

Chapter 7

**JAMIE LYNN GALLIAN REPLY TO GREG BUYSMAN, CA NOTARY PUBLIC COMMISSION NUMBER 2341449; OWNER & OPERATOR THE UPS STORE, EDINGER/SPRINGDALE**

Hearing Date: July 21, 2022
Time:          10:30 a.m.
Courtroom:  5A

    I, Jamie Lynn Gallian ("Debtor") hereby file this reply to the Declaration of Notary Greg Buysman,, A California Notary Public, Commission Number 2341449, also the owner and operator of the The UPS Store located at 5942 Edinger Ave. Ste. 113, Huntington Beach, CA 92649.

    If called as a witness, I could and would competently testimony to the following facts.

    On February 25, 2021, I drove to the local UPS store at Edinger and Springdale in the City of Huntington Beach and subsequently paid for Acknowledgment of two documents.

1

1  Thereafter, the same day, February 25, 2021, I drove to the Orange County Clerk Recorders Office in Santa Ana, CA for recording of the two Acknowledged Documents into the Official Records of the Clerk Recorders Office, County of Orange, which in turn imparts constructive notice.

I checked in with the Information Desk upon entering the glass doors at the brand new office building and was given a number by the information clerk and told to watch the television screens for my number to be called.

My number was called and I proceeded to the corresponding recording clerk's desk. Behind the recording clerk massive and continuing counter, there were several individual desk's. Directly behind the counter I was standing at being helped by the clerk was a woman seated at the desk which appeared to me to possibly be a supervisor over seeing the clerks recording counter.

I handed the two documents to the clerk for recording. The clerk carefully read the documents and asked me to step aside while she spoke to her supervisor seated at the desk referenced above.

The supervisor appeared to review the documents given to her by the clerk for recording .

The supervisor and the clerk returned to the front counter and called me to return to the counter. The supervisor told me that the ACKNOWLEDGMENT I provided with each document was insufficient to allow the clerk to record the documents requested into the Official Records, Real Property Documents of the Clerk Recorder. The supervisor told me I needed what is referred to as a "JURAT".

A "jurat" requires the following steps:

1. The signer must appear in person before the Notary Public and sign the document in their presence.

2. In some states, the Notary Public is required to positively identify the signer.

3. The Notary Public must administer a spoken oath or an affirmation, and the signer must respond out loud. Silent answers such as a nod of the head are not acceptable. While not required by law, it is strongly recommended that the Notary Public have the signer raise his or her right hand to emphasize the seriousness of the oath or affirmation.

After returning to my car, I called the UPS Store and spoke to the Store Owner, Greg Buysman, also the Notary Public and explained that I was unable record the two documents [Acknowledged by the Mr. Buysman], into the Official Records, Real Property, County of Orange, and the supervisor at the Clerk Recorders Office in Santa Ana stated I needed a "JURAT" instead of the "Acknowledgment" in addition to a Tax Clearance Certificate after completing a Change of Ownership for the Tax Assessor for the property indicated in the two affidavits.

Mr. Buysman disagreed with the supervisor analysis as stated above. I explained I was unable to file the documents and asked if he was qualified to administer a "JURAT". I did not receive an answer. I was unclear why a "Jurat" was required as opposed to an "Acknowledgment", however I explained to the Notary, Mr. Buysman, I was not prepared to obtain a Tax Clearance Certificate and did not have the additional paperwork completed to proceed. The Notary said to me, :"I suppose you'll want a refund now!"

I told the Notary I would come by the store and discuss the refund for the two Acknowledgment forms.

The same day I returned to The UPS Store in Huntington Beach and was greeted by Mr. Buysman, the owner of the UPS store and the Notary Public. I brought with me two documents to the UPS Store: 1. Certificate of Title for the 2014 Skyline Manufactured Home and
    2. Notice of Sale or Transfer Document.
I signed both documents on February 25, 2021, and requested Mr. Buysman verify and Acknowledge I was Jamie Lynn Gallian the individual who signed the above documents. He agreed.

Mr. Buysman, the Notary Public, retrieved his notary book and stamp while another young male employee continued to help the other customers in the store. I remember Mr Buysman asked me to step to an independent counter away from the cash register counter. I returned to Mr. Buysman the two "Acknowledgment" from the two Affidavits Mr. Buysman verified earlier. Mr. Buysman opened his notary and stated, "Oh, you're the one that the CLERK said needs a "JURAT". I remember now. Mr. Buysman looked at the two Acknowledgment and handed all four documents back to to me. I did not pay for two new

3

Acknowledgments.

After leaving the store with the Certificate of Title signed on February 25, 2021, with the Acknowledgment verified and signed on February 25, 2021 and the Notice of Sale or Transfer signed on February 25, 2021 and the Acknowledgment verified on February 25, 2021, that I was indeed Jamie Lynn Gallian the individual who signed the documents, I went back into the store and went up to the counter. I asked Mr Buysman of I could talk to him about the Notary procedure.

I am not a Notary and am not readily familiar with the "CA Rules or Proper Procedures" I asked Mr. Buysman if he needed me to sign his Notary Book again, "He stated, "No." I said "Okay, I appreciate you not charging me a second time, however, I am just concerned...." Mr. Buysman stated, "I have to remember about my Notary Book,,.." At the time I did not pay to much attention to what he meant.

It appears now, almost two years later, that Houser Bros Co dba Rancho Del Rey and their attorney's "Gotcha moment" in the 11th hour, is just another "hail mary."

I am still bewildered on the issue of STANDING concerning Houser Bros. Co in bringing this Motion to begin with, Houser Bros Co has no judgment against Jamie Gallian, Refuses to execute a lease with Jamie Gallian, after receiving tendered $1,086.00, every month in Space Rent, but sends the tendered checks back, going on 4 years and egregiously failed to apply for Rent Relief on behalf of a qualified individual, only after Gallian applied was awarded $ 24,301.55 in CA Covid Rent Relief check to Houser Bros Co three weeks before admitting to the State Court Judge, Sherri Honer, Houser Bros received funds from the COVID Rent Relief Fund, refusing to deposit the check, credit Space 376 account; Violating the automatic STAY, then Ordered by the State Court to deliver the CA Covid 19 Rent Relief check to the Bankruptcy Trustee, Jeffrey Golden, to be used only for Rent stated in the Courts Minute Order. However, Houser Bros Co refused to endorse the check befoe delivering the $24,301.55 CA Covid Rent Relief check to the Trustee, therefore the check in the possession of the Trustee allegedly became Stale after 90 days I am informed and believe the $24,301.55 CA Covid Rent Relief can still be deposited, drawn on Chase Bank and will be honored. Demand has been made upon the Trustee, Jeffrey Golden to surrender the check to Jamie Gallian after the Trustee abandon the check to debtor. The Trustee has not complied with debtors request after the Order was signed by this Court abandoning the Check to debtor.

4

I declare under penalty of perjury by the laws of the State of Ca the foregoing to be true and correct .

Signed this 7th day of July 2022, at Huntington Beach, CA, County of Orange

*[signature]*

JAMIE LYNN GALLIAN

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____)

On _____ before me, _____
(insert name and title of the officer)

personally appeared _____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.


Signature _____    (Seal)

**JURAT**

State of _____

County of _____ } ss.

Subscribed and sworn to (or affirmed) before me this

_____ day of _____, _____, by
Date            Month            Year

_____
Name of Signer No. 1

_____
Name of Signer No. 2 (if any)

_____
Signature of Notary Public

Place Notary Seal/Stamp Above

Any Other Required Information
(Residence, Expiration Date, etc.)

— OPTIONAL —

This section is required for notarizations performed in Arizona but is optional in other states. Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

©2018 National Notary Association

EF-502-AH-R16-0617-30006370-1
BOE-502-AH (P1) REV. 16 (06-17)

# CHANGE OF OWNERSHIP STATEMENT

This statement represents a written request from the Assessor. Failure to file will result in the assessment of a penalty.

FILE THIS STATEMENT BY: _____

**Claude Parrish**
**Orange County Assessor**
Civic Center Plaza, Building 11
625 N. Ross Street, Room 142
P.O. Box 1948
Santa Ana, CA 92702-1948
(714) 834-5031
www.ocgov.com/assessor

FOR ASSESSOR'S USE ONLY

ASSESSOR'S PARCEL NUMBER: _____
SELLER/TRANSFEROR: _____
BUYER'S DAYTIME TELEPHONE NUMBER: ( ) _____
BUYER'S EMAIL ADDRESS: _____

STREET ADDRESS OR PHYSICAL LOCATION OF REAL PROPERTY: _____

| | YES | NO | | MO | DAY | YEAR |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | This property is intended as my principal residence. If YES, please indicate the date of occupancy or intended occupancy. | | | |
| | ☐ | ☐ | Are you a disabled veteran or a unmarried surviving spouse of a disabled veteran who was compensated at 100% by the Department of Veterans Affairs? | | | |

MAIL PROPERTY TAX INFORMATION TO (NAME): _____

MAIL PROPERTY TAX INFORMATION TO (ADDRESS): _____    CITY: _____    STATE: ___    ZIP CODE: ___

## PART 1. TRANSFER INFORMATION    *Please complete all statements.*

This section contains possible exclusions from reassessment for certain types of transfers.

YES   NO
☐    ☐    A. This transfer is solely between spouses *(addition or removal of a spouse, death of a spouse, divorce settlement, etc.).*
☐    ☐    B. This transfer is solely between domestic partners currently registered with the California Secretary of State *(addition or removal of a partner, death of a partner, termination settlement, etc.).*
☐    ☐    *C. This is a transfer: ☐ between parent(s) and child(ren)   ☐ from grandparent(s) to grandchild(ren).
☐    ☐    *D. This transfer is the result of a cotenant's death. Date of death _____
☐    ☐    *E. This transaction is to replace a principal residence owned by a person 55 years of age or older. Within the same county? ☐ YES ☐ NO
☐    ☐    *F. This transaction is to replace a principal residence by a person who is severely disabled as defined by Revenue and Taxation Code section 69.5. Within the same county? ☐ YES ☐ NO
☐    ☐    G. This transaction is only a correction of the name(s) of the person(s) holding title to the property *(e.g., a name change upon marriage).* If YES, please explain: _____
☐    ☐    H. The recorded document creates, terminates, or reconveys a lender's interest in the property.
☐    ☐    I. This transaction is recorded only as a requirement for financing purposes or to create, terminate, or reconvey a security interest *(e.g., cosigner).* If YES, please explain: _____
☐    ☐    J. The recorded document substitutes a trustee of a trust, mortgage, or other similar document.
             K. This is a transfer of property:
☐    ☐       1. to/from a revocable trust that may be revoked by the transferor and is for the benefit of
                ☐ the transferor, and/or  ☐ the transferor's spouse  ☐ registered domestic partner.
☐    ☐       2. to/from an irrevocable trust for the benefit of the
                ☐ creator/grantor/trustor and/or  ☐ grantor's/trustor's spouse  ☐ grantor's/trustor's registered domestic partner.
☐    ☐    L. This property is subject to a lease with a remaining lease term of 35 years or more including written options.
☐    ☐    M. This is a transfer between parties in which proportional interests of the transferor(s) and transferee(s) in each and every parcel being transferred remain exactly the same after the transfer.
☐    ☐    N. This is a transfer subject to subsidized low-income housing requirements with governmentally imposed restrictions, or restrictions imposed by specified nonprofit corporations.
☐    ☐    *O. This transfer is to the first purchaser of a new building containing an active solar energy system.
☐    ☐    P. Other. This transfer is to _____

* Please refer to the instructions for Part 1.

**Please provide any other information that will help the Assessor understand the nature of the transfer.**

**THIS DOCUMENT IS NOT SUBJECT TO PUBLIC INSPECTION**

EF-502-AH-R16-0617-30006370

EF-502-AH-R16-0617-30006370-2
BOE-502-AH (P2) REV. 16 (06-17)

### PART 2. OTHER TRANSFER INFORMATION    *Check and complete as applicable.*

A. Date of transfer, if other than recording date: _____
B. Type of transfer:
- [ ] Purchase   [ ] Foreclosure   [ ] Gift   [ ] Trade or exchange   [ ] Merger, stock, or partnership acquisition (Form BOE-100-B)
- [ ] Contract of sale. Date of contract: _____   [ ] Inheritance. Date of death: _____
- [ ] Sale/leaseback   [ ] Creation of a lease   [ ] Assignment of a lease   [ ] Termination of a lease. Date lease began: _____
    Original term in years (including written options): ____   Remaining term in years (including written options): ____
- [ ] Other. Please explain: _____

C. Only a partial interest in the property was transferred.   [ ] YES   [ ] NO   If YES, indicate the percentage transferred: _____ %

### PART 3. PURCHASE PRICE AND TERMS OF SALE    *Check and complete as applicable.*

A. Total purchase price    $_____
B. Cash down payment or value of trade or exchange excluding closing costs    Amount $_____
C. First deed of trust @ _____% interest for _____ years.   Monthly payment $_____    Amount $_____
- [ ] FHA (___Discount Points)   [ ] Cal-Vet   [ ] VA (___Discount Points)   [ ] Fixed rate   [ ] Variable rate
- [ ] Bank/Savings & Loan/Credit Union   [ ] Loan carried by seller
- [ ] Balloon payment $_____   Due date: _____

D. Second deed of trust @ _____% interest for _____ years. Monthly payment $_____    Amount $_____
- [ ] Fixed rate   [ ] Variable rate   [ ] Bank/Savings & Loan/Credit Union   [ ] Loan carried by seller
- [ ] Balloon payment $_____   Due date: _____

E. Was an Improvement Bond or other public financing assumed by the buyer?   [ ] YES   [ ] NO   Outstanding balance $_____
F. Amount, if any, of real estate commission fees paid by the buyer which are not included in the purchase price   $_____
G. The property was purchased:   [ ] Through real estate broker. Broker name: _____   Phone number: (___) _____
- [ ] Direct from seller   [ ] From a family member-Relationship _____
- [ ] Other. Please explain: _____

H. Please explain any special terms, seller concessions, broker/agent fees waived, financing, and any other information (e.g., buyer assumed the existing loan balance) that would assist the Assessor in the valuation of your property.

### PART 4. PROPERTY INFORMATION    *Check and complete as applicable.*

A. Type of property transferred
- [ ] Single-family residence                    [ ] Co-op/Own-your-own       [ ] Manufactured home
- [ ] Multiple-family residence. Number of units: ____   [ ] Condominium             [ ] Unimproved lot
- [ ] Other. Description: (i.e., timber, mineral, water rights, etc.) _____   [ ] Timeshare   [ ] Commercial/Industrial

B. [ ] YES  [ ] NO  Personal/business property, or incentives, provided by seller to buyer are included in the purchase price. Examples of personal property are furniture, farm equipment, machinery, etc. Examples of incentives are club memberships, etc. Attach list if available.
    If YES, enter the value of the personal/business property:   $_____   Incentives $_____

C. [ ] YES  [ ] NO  A manufactured home is included in the purchase price.
    If YES, enter the value attributed to the manufactured home:   $_____
    [ ] YES  [ ] NO  The manufactured home is subject to local property tax. If NO, enter decal number: _____

D. [ ] YES  [ ] NO  The property produces rental or other income.
    If YES, the income is from:   [ ] Lease/rent   [ ] Contract   [ ] Mineral rights   [ ] Other: _____

E. The condition of the property at the time of sale was:   [ ] Good   [ ] Average   [ ] Fair   [ ] Poor
    Please describe: _____

### CERTIFICATION

I certify (or declare) that the foregoing and all information hereon, including any accompanying statements or documents, is true and correct to the best of my knowledge and belief.

SIGNATURE OF BUYER/TRANSFEREE OR CORPORATE OFFICER    DATE    TELEPHONE ( )
▶
NAME OF BUYER/TRANSFEREE/PERSONAL REPRESENTATIVE/CORPORATE OFFICER (PLEASE PRINT)   TITLE   EMAIL ADDRESS

The Assessor's office may contact you for additional information regarding this transaction.

EF-502-AH-R16-0617-30006370

EF-502-AH-R16-0617-30006370-3
BOE-502-AH (P3) REV. 16 (06-17)

## IMPORTANT NOTICE

The law requires any transferee acquiring an interest in real property or manufactured home subject to local property taxation, and that is assessed by the county assessor, to file a change in ownership statement with the county recorder or assessor. The change in ownership statement must be filed at the time of recording or, if the transfer is not recorded, within 90 days of the date of the change in ownership, except that where the change in ownership has occured by reason of death the statement shall be filed within 150 days after the date of death or, if the estate is probated, shall be filed at the time the inventory and appraisal is filed. The failure to file a change in ownership statement within 90 days from the date a written request is mailed by the assessor results in a penalty of either: (1) one hundred dollars ($100), or (2) 10 percent of the taxes applicable to the new base year value reflecting the change in ownership of the real property or manufactured home, whichever is greater, but not to exceed five thousand dollars ($5,000) if the property is eligible for the homeowners' exemption of twenty thousand dollars ($20,000) if the property is not eligible for the homeowners' exemption if that failure to file was not willful. The assessor is required to mail the request to file a change in ownership statement to the transferee at the address specified for mailing tax information on either the recorded instrument, the document evidencing a transfer of an interest in real property or manufactured home, or on the filed preliminary change in ownership report, or, if an address is not specified for mailing tax information, to any address reasonably known to the assessor. This penalty will be added to the assessment roll and shall be collected like any other delinquent property taxes, and be subject to the same penalties for nonpayment.

## ADDITIONAL INFORMATION

**NAME AND MAILING ADDRESS OF BUYER:** Please make necessary corrections to the printed name and mailing address. Enter Assessor's Parcel Number, name of seller, buyer's daytime telephone number, buyer's email address, and street address or physical location of the real property.

**NOTE:** Your telephone number and/or email address is <u>very important</u>. If there is a question or a problem, the Assessor needs to be able to contact you.

**MAIL PROPERTY TAX INFORMATION TO:** Enter the name, address, city, state, and zip code where property tax information should be mailed. This must be a valid mailing address.

**PRINCIPAL RESIDENCE:** To help you determine your principal residence, consider (1) where you are registered to vote, (2) the home address on your automobile registration, and (3) where you normally return after work. If after considering these criteria you are still uncertain, choose the place at which you have spent the major portion of your time this year. Check YES if the property is intended as your principal residence, and indicate the date of occupancy or intended occupancy.

**DISABLED VETERAN:** If you checked YES, you may qualify for a property tax exemption. **A claim form must be filed and all requirements met in order to obtain the exemption. Please contact the Assessor for a claim form.**

## PART 1: TRANSFER INFORMATION

**If you check YES to any of these statements, the Assessor may ask for supporting documentation.**

**C, D, E, F:** If you checked YES to any of these statements, you may qualify for a property tax reassessment exclusion, which may allow you to maintain your property's previous tax base. **A claim form must be filed and all requirements met in order to obtain any of these exclusions.** Contact the Assessor for claim forms. NOTE: If you give someone money or property during your life, you may be subject to federal gift tax. You make a gift if you give property (including money), the use of property, or the right to receive income from property without expecting to receive something of at least equal value in return. The transferor (donor) may be required to file Form 709, Federal Gift Tax Return, with the Internal Revenue Service if they make gifts in excess of the annual exclusion amount.

**G:** Check YES if the reason for recording is to correct a name already on title [e.g., Mary Jones, who acquired title as Mary J. Smith, is granting to Mary Jones]. This is not for use when a name is being removed from title.

**H:** Check YES if the change involves a lender, who holds title for security purposes on a loan, and who has no other beneficial interest in the property.

"**Beneficial interest**" is the right to enjoy all the benefits of property ownership. Those benefits include the right to use, sell, mortgage, or lease the property to another. A beneficial interest can be held by the beneficiary of a trust, while legal control of the trust is held by the trustee.

**I:** A "**cosigner**" is a third party to a mortgage/loan who provides a guarantee that a loan will be repaid. The cosigner signs an agreement with the lender stating that if the borrower fails to repay the loan, the cosigner will assume legal liability for it.

**M:** This is primarily for use when the transfer is into, out of, or between legal entities such as partnerships, corporations, or limited liability companies. Check YES only if the interest held in each and every parcel being transferred remains <u>exactly</u> the same.

**N:** Check YES only if this property is subject to a government or nonprofit affordable housing program that imposes restrictions. Property may qualify for a restricted valuation (i.e., may result in lower taxes).

**O:** If you checked YES, you may qualify for a new construction property tax exclusion. **A claim form must be filed and all requirements met in order to obtain the exclusion. Contact the Assessor for a claim form.**

## PART 2: OTHER TRANSFER INFORMATION

**A:** The date of recording is rebuttably presumed to be the date of transfer. If you believe the date of transfer was a different date (e.g., the transfer was by an unrecorded contract, or a lease identifies a specific start date), put the date you believe is the correct transfer date. If it is not the date of recording, the Assessor may ask you for supporting documentation.

**B:** Check the box that corresponds to the type of transfer. If OTHER is checked, please provide a detailed description. Attach a separate sheet if necessary.

**C:** If this transfer was the result of an inheritance following the death of the property owner, please complete a *Change in Ownership Statement, Death of Real Property Owner*, form BOE-502-D, if not already filed with the Assessor's office.



EF-502-AH-R16-0617-30006370-4

BOE-502-AH (P4) REV. 16 (06-17)

## PART 3: PURCHASE PRICE AND TERMS OF SALE

It is important to complete this section completely and accurately. The reported purchase price and terms of sale are important factors in determining the assessed value of the property, which is used to calculate your property tax bill. Your failure to provide any required or requested information may result in an inaccurate assessment of the property and in an overpayment or underpayment of taxes.

**A.** Enter the total purchase price, not including closing costs or mortgage insurance.

   **"Mortgage insurance"** is insurance protecting a lender against loss from a mortgagor's default, issued by the FHA or a private mortgage insurer.

**B.** Enter the amount of the down payment, whether paid in cash or by an exchange. If through an exchange, exclude the closing costs.

   **"Closing costs"** are fees and expenses, over and above the price of the property, incurred by the buyer and/or seller, which include title searches, lawyer's fees, survey charges, and document recording fees.

**C.** Enter the amount of the First Deed of Trust, if any. Check all the applicable boxes, and complete the information requested.

   A **"balloon payment"** is the final installment of a loan to be paid in an amount that is disproportionately larger than the regular installment.

**D.** Enter the amount of the Second Deed of Trust, if any. Check all the applicable boxes, and complete the information requested.

**E.** If there was an assumption of an improvement bond or other public financing with a remaining balance, enter the outstanding balance, and mark the applicable box.

   An **"improvement bond or other public financing"** is a lien against real property due to property-specific improvement financing, such as green or solar construction financing, assessment district bonds, Mello-Roos (a form of financing that can be used by cities, counties and special districts to finance major improvements and services within the particular district) or general improvement bonds, etc. Amounts for repayment of contractual assessments are included with the annual property tax bill.

**F.** Enter the amount of any real estate commission fees paid by the buyer which are not included in the purchase price.

**G.** If the property was purchased through a real estate broker, check that box and enter the broker's name and phone number. If the property was purchased directly from the seller (who is not a family member of one of the parties purchasing the property), check the "Direct from seller" box. If the property was purchased directly from a member of your family, or a family member of one of the parties who is purchasing the property, check the "From a family member" box and indicate the relationship of the family member (e.g., father, aunt, cousin, etc.). If the property was purchased by some other means (e.g., over the Internet, at auction, etc.), check the "OTHER" box and provide a detailed description (attach a separate sheet if necessary).

**H.** Describe any special terms (e.g., seller retains an unrecorded life estate in a portion of the property, etc.), seller concessions (e.g., seller agrees to replace roof, seller agrees to certain interior finish work, etc.), broker/agent fees waived (e.g., fees waived by the broker/agent for either the buyer or seller), financing, buyer paid commissions, and any other information that will assist the Assessor in determining the value of the property.

## PART 4: PROPERTY INFORMATION

**A.** Indicate the property type or property right transferred. Property rights may include water, timber, mineral rights, etc.

**B.** Check YES if personal, business property or incentives are included in the purchase price in Part 3. Examples of personal or business property are furniture, farm equipment, machinery, etc. Examples of incentives are club memberships (golf, health, etc.), ski lift tickets, homeowners' dues, etc. Attach a list of items and their purchase price allocation. An adjustment will not be made if a detailed list is not provided.

**C.** Check YES if a manufactured home or homes are included in the purchase price. Indicate the purchase price directly attributable to each of the manufactured homes. If the manufactured home is registered through the Department of Motor Vehicles in lieu of being subject to property taxes, check NO and enter the decal number.

**D.** Check YES if the property was purchased or acquired with the intent to rent or lease it out to generate income, and indicate the source of that anticipated income. Check NO if the property will not generate income, or was purchased with the intent of being owner-occupied.

**E.** Provide your opinion of the condition of the property at the time of purchase. If the property is in "fair" or "poor" condition, include a brief description of repair needed.



# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
5801 Skylab Road Huntington Beach, CA 92647

A true and correct copy of the foregoing document entitled: **DECLARATION OF JAMIE LYNN GALLIAN IN REPLY OF DECLARATION OF GARY BUYSMAN** NOTARY PUBLIC, **OBJECTING TO CLAIMED HOMESTEAD EXEMPTION;** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 7, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

PURSUANT TO THE COURTROOM POLICIES AND PROCEDURES OF THE HONORABLE ERITHE A. SMITH, COURTROOM 5A, §VIII. JUDGES' OR COURTESY COPIES, EXCEPT FOR DOCUMENTS 200 PAGES OR OVER, INCLUDING EXHIBITS, JUDGE SMITH **DOES NOT** REQUIRE JUDGES' COPIES.

Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

☐

| July 7, 2022 | Robert McLelland | *Robert McLelland* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                    F 9013-3.1.PROOF.SERVICE

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:
    - **ATTORNEY FOR TRUSTEE JEFFREY I GOLDEN (TR):** Aaron E DE Leest adeleest@DanningGill.com, danninggill@gmail.com; adeleest@ecf.inforuptcy.com
    - **ATTORNEY FOR CREDITOR and PLAINTIFF THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION:** Robert P Goe kmurphy@goeforlaw.com, rgoe@goeforlaw.com; goeforecf@gmail.com
    - **TRUSTEE JEFFREY I GOLDEN (TR):** Jeffrey I Golden (TR lwerner@wgllp.com, jig@trustesolutions.net; kadele@wgllp.com
    - **ATTORNEY FOR PLAINTIFF HOUSER BROS. CO.:** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
    - **ATTORNEY FOR CREDITOR and PLAINTIFF THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION:** Brandon J Iskander biskander@goeforlaw.com, kmurphy@goeforlaw.com
    - **ATTORNEY FOR TRUSTEE JEFFREY I GOLDEN (TR):** Eric P Israel eisrael@DanningGill.com, danninggill@gmail.com; eisrael@ecf.inforuptcy.com
    - **ATTORNEY FOR PLAINTIFF HOUSER BROS. CO.:** Laila Masud lmasud@marshackhays.com, lmasud@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
    - **ATTORNEY FOR DEFENDANT RANDALL L NICKEL:** Mark A Mellor mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com
    - **INTERESTED PARTY COURTESY NEF:** Valerie Smith claims@recoverycorp.com
    - **U.S. TRUSTEE:** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE