**FILED**
**JUL 22 2022**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>JAMIE LYNN GALLIAN<br>aka JAMIE L. GALLIAN<br>dba J-SANDCASTLE CO., LLC<br>dba J-PAD, LLC<br><br><br>Debtor(s) | CASE NO.: 8:21-bk-11710-ES<br>ADVERSARY NO.:<br>APPEAL DOCKET ENTRY NO.: 143 |
|---|---|
| <br>vs.<br><br>Plaintiff(s)<br><br><br>Defendant(s) | **NOTICE OF APPEAL DEFICIENCY<br>TO APPELLANT [FRBP 8003(a)]** |

The Notice of Appeal filed in this case on (date) __07/21/2022__ has one or more of the following deficiencies that require either payment of the appropriate fee, and/or the filing of an Amended Notice of Appeal that includes the non-fee items listed below. Fees and/or filings must be submitted to the United States Bankruptcy Court, Central District of California, within 14 days from the date of this notice.

☒ Notice of Appeal filing fee was not paid.

☐ Notice of Cross-Appeal filing fee was not paid.

☐ The Notice of Appeal does not conform substantially with the Notice of Appeal and Statement of Election (Official Form 417A):

  ☐ Does not include the title of order, judgment, or decree.

  ☐ Does not include the entered date of order, judgment, or decree.

  ☒ Does not include the ☐ names ☐ addresses ☒ telephone numbers of the opposing parties.

  ☐ Not signed by the Appellant.

☒ Does not include entered stamped copy of order, judgment, or decree.

KATHLEEN J. CAMPBELL
Clerk of Court

Date: 07/22/2022        By:  /s/ Nickie Bolte  *Nickie Bolte*
                              Deputy Clerk

                              (714) 338-5378
                              Telephone Number