

ORDER No. _____

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

### TRANSCRIPT ORDER FORM

CHAPTER 7.00

APPEAL? ☒ Yes ☐ No
APPEAL No. _____
(if known)

(File this form on the related case docket)

Ordering Party's Name: JAMIE LYNN GALLIAN   Attorney Bar# _____

Law Firm: _____

Mailing Address: 16222 MONTEREY LANE UNIT 376 HUNTINGTON BEACH, CA 92649

Person to Contact (If Judge-ordered: Transcriber to contact Procurement**): JAMIE LYNN GALLIAN

Telephone: (714) 321-3449   E-mail: JAMIEGALLIAN@GMAIL.COM

Bankruptcy Case #: 8:21-BK-11710-ES   Adversary Proceeding #/MP #: _____

Date of Hearing (complete a SEPARATE form for EACH hearing date): 7.21.2022   Time: 10:30AM

Debtor: JAMIE LYNN GALLIAN

Adversary Proceeding Name: ~~HOUSER BROS CO~~ vs. ~~JAMIE LYNN GALLIAN~~

Hearing Judge: E. Smith   Courtroom #: SA 5A

**TRANSCRIBER:** Echo Reporting   **ALTERNATE:** Briggs Reporting

(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM.** For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

**Transcript Type:**   NOTE: The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.

**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☒ Ordinary (30 days)   ☐ 3 Days   ☐ Entire Hearing
☐ 14 Days   ☐ Daily (24 hours)   ☒ Ruling/Opinion of Judge only
☐ 7 Days   ☐ Testimony of Witness _____
   ☐ Other* _____
   (name of witness)

*Special Instructions: TRANSCRIBE ALL ARGUMENT PRESENTED FROM PARTIES AND JUDGE SMITH'S RULING

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

### TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript**\*\*: Clerk must **docket this form**; CM/ECF will automatically notify Procurement.

Date Request Filed: _____ Date Sent to Transcriber: _____ By ☐ FDS ☐ Mail ☐ Messenger

Digital Recording (or Analog Tape Recording)

(Tape #: ___) Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____

(Tape #: ___) Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____

Court Recorder: _____ Division: _____ Processed by: _____

### **TRANSCRIBER INSTRUCTIONS

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote prior to transcribing.

*Rev. November 2018. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*