United States Bankruptcy Court

Central District of California

In re:  Case No. 21-11710-ES
Jamie Lynn Gallian  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8     User: admin     Page 1 of 4
Date Rcvd: Jul 22, 2022     Form ID: ntcpdiv     Total Noticed: 85

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Michael D Poole, Feldsott & Lee, ALC, 23161 Mill Creek Dr Ste 300, Laguna Hills, CA 92653-7907 |
| cr | + | Houser Bros. Co. dba Rancho Del Rey Mobile Home Es, c/o Marshack Hays LLP, 870 Roosevelt, Irvine, CA 92620-3663 |
| 41034234 | | Association of Flight Attendants, 625 No. River Road Ste. 4020, Rosemont, IL. 60018 |
| 40940570 | | BS Investors, Robert P. Warmington C/o, Gorden May Grant, Genovese & Baratta, 2030 Hain St. Ste. 1600, Irvine, CA 92614 |
| 40861554 | | County of Orange, c/o Treasurer-Tax Collector, P.O. Box 4515, Santa Ana CA 92702-4515 |
| 41123018 | | Danning, Gill, Israel & Krasnoff, LLP, 1901 Ave of The Stars, Ste 450, Los Angeles CA 90067-6006 |
| 40861531 | + | David R. Flyer, 4120 Birch St. Ste. 101,, Newport Beach, CA 92660-2228 |
| 40861532 | + | Feldsott & Lee, 23161 Mill Creek Drive Ste 30O, Laguna Hills, CA 92653-7907 |
| 40861533 | + | Frank Satalino, 19 Velarde Ct., Rancho Santa Margarita, CA 92688-8502 |
| 40861535 | + | Gordon Rees Scully & Mansukhani, 633 W 5th Street, 52nd Floor, Los Angeles, CA 90071-2005 |
| 40861534 | + | Gordon Rees Scully & Mansukhani, 5 Park Plaza Ste. 1100, Irvine, CA 92614-8502 |
| 40861536 | + | Houser Bros. Co., DBA Rancho De1 Rey Estates, 16222 Monterey Ln, Huntington Beachr CA 92649-6214 |
| 40861537 | + | Houser Bros. Co.dba Rancho De1, Rey Mobile Home Estates, 17610 Beach Blvd Ste. 32, Huntington Beach, CA 92647-6876 |
| 40940571 | + | Houser Brothers Co., dba Rancho Del Rey Mobilehome Est., 17610 Beach Blvd. Ste. 32, Huntington Beach, CA 92647-6876 |
| 40940572 | + | Huntington Beach Gables H0A, c/o Feldsott & Lee, 23161 Mill Creek Dr. Ste. 300 Laguna, Hllls, CA 92653-7907 |
| 41123074 | + | Huntington Beach Gables Homeowners Association, Epstein, Grinnel & Howell, APC, 10200 Willow Creek Rd Ste 100, San Diego CA 92131-1655 |
| 40861538 | + | Huntington Harbor Village, 16400 Saybrook, Huntington Beach, CA 92649-2277 |
| 41034219 | + | Huntington Hobile Home Inv. LLC., 430 S. San Dimas Ave., San Dimasa CA 91773-4045 |
| 40940573 | + | Huntington Mobile Home Investments, 16400 Saybrook Lane, Huntington Beach, CA 92649-2277 |
| 41034218 | | Huntington Mobile Home Investments LLC, 1100 Newport Beach Blvd. Ste 1150, Newport Beach, CA 92560 |
| 40940574 | + | Hyundal Capital America, P0 B0X 269011, Plano, TX 75026-9011 |
| 41123017 | + | J-Sandcastle Co, LLC, 16222 Monterey Ln Unit 376, Huntington Beach CA 92649-2258 |
| 40861540 | + | J-pad, LLC, 2702 N Gaff Street, Orange, CA 92865-2417 |
| 40940576 | + | J-pad, LLC, 21742 Anza Avenue, Torrance, CA 90503-6428 |
| 40861541 | + | James H Cosello, Casello & Lincoln,, 525 N Cabrillo Park Dr. Ste 1O4, Santa Ana, CA 92701-5017 |
| 41034221 | #+ | Janine Jasso, 16025 Warmington Lane, Huntington Beach, CA 92649-2278 |
| 40861542 | + | Janine Jasso, c/o Gordon Rees Scully &, Mansukhani, 633 W 5th Street, 52nd Floor, Los Angeles, CA 90071-2005 |
| 40861544 | + | Jennifer Ann Paulin, c/o Gordon Rees Scully &, Mansukhani, 633 W 5th Street, 52nd Floor, Los Angeles, CA 90071-2005 |
| 41034222 | + | Jennifer Paulin, 4446 Alderport Dr., Huntington Beach, CA 92649-2286 |
| 40861545 | + | Kia Motors Finance, PO Box 20815, Fountain Valley, CA 92728-0815 |
| 40940579 | + | Lee Gragnano, 16062 Warmington Ave., Huntington Beacha CA 92649-2285 |
| 41034223 | + | Lee Gragrano, 16062 Warmington Ave., Huntington Beach, CA 92649-2285 |
| 40861546 | + | Lee S. Gragnano, c/o Gordon Rees Scully &, Mansukhani, 633 W 5th Street, 52nd Floor, Los Angeles, CA 90071-2005 |
| 40861547 | + | Linda Jean "Lindy" Beck, c/o Gordon Rees Scully &, Mansukhani, 633 W 5th Street, 52nd Floor, Los Angeles, CA 90071-2005 |
| 40940580 | + | Lindy Beck, 4443 Chase Dr., Huntington Beach, CA 92649-2297 |
| 40861548 | + | Lisa T. Ryan, 20949 Lassen St. Apt 208, Chattsworth, CA 91311-4239 |
| 40861549 | + | Lori Ann Burrett, c/o Gordon Rees Scully &, Mansukhani, 633 W 5th Street, 52nd Floor, Los Angeles, CA 90071-2005 |
| 41034225 | + | Lori Burrett, 16107 Sherlock Lane, Huntington Beach, CA 92649-2293 |
| 40940581 | + | Lori Burrett, 16107 Harmington Lane, Huntington Beach, CA 92649-2281 |
| 40861550 | | Mark A.Mellor Mellor Law Firm, c/o Randall Nickell, 6800 Indiana Ave., Riverside, CA 92506-4267 |
| 40861552 | | Michael S. Devereux, Wex Law, 9171 Wilshire Blvd. Ste. 50O, Beverly Hills, CA 90210-5536 |
| 40861553 | + | Nationwide Reconveyance, LLC, c/o Feldsott & Lee, 23161 Mill Creek Drive Ste 3O0, Laguna Hills, CA 92653-7908 |
| 41123075 | + | Orange County Alternate Defender, 600 Santa Ana Blvd, Ste 600, Santa Ana CA 92701-4552 |
| 41123088 | | Orange County Public Defender, 801 Civic Center Dr, West Santa Ana, CA 92702 |
| 41034226 | + | Orange County Superior Court, c/o Feldsott & Lee, 23161 Mill Creek Dr. Ste. 300, Laguna Hills, CA 92653-7907 |

| District/off: 0973-8 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 22, 2022 | Form ID: ntcpdiv | Total Noticed: 85 |

| | | |
|---|---|---|
| 40861555 | + | Patricia Ryan, 20949 Lassen St. Apt 208, Chattsworth, CA 91311-4239 |
| 40861557 | + | People of the St of CA, 8141 13th Street, Westminster, CA 92683-4576 |
| 40861558 | + | Randall Nickel, 11619 Inwood Drive,, Riverside, CA 92503-5000 |
| 41034227 | + | Randall Nickell, 4476 Alderport Dr., Huntington Beach. CA 92649-2288 |
| 41034228 | + | Randell Nickel, c/o Mark Mellor, Esq., 6800 Indiana Ave. Ste. 220, Riverside, CA 92506-4267 |
| 40940582 | | Randell Nickel, c/o Mark Mellor, Esq. Ste. 220 6800, Indiana Ave., Riverside, CA 92506 |
| 40861556 | + | Raquel Flyer-Dashner, 4120 Birch St. Ste. 101,, Newport Beach, CA 92660-2228 |
| 40940583 | + | Robert P. Warmington Co., c/o BS Investors, 18201 Von Karmen Ste. 450, Irvine, CA 92612-1195 |
| 41034229 | + | Robert P. Warmington Co., c/o BS Investors LP, 18201 Von Karmen Ste. 450, Irvine, CA 92612-1195 |
| 41123087 | + | Rutan & Tucker, 18575 Jamboree Rd 9th Fl, Irvine CA 92612-2559 |
| 41123090 | | S4 A California Limited Partnership, 1001 Cove St Ste 230, Newport Beach CA 92660 |
| 40940584 | + | Sandra L. Bradley, 18 Meadowwood, Coto De Caza, CA 92679-4738 |
| 41034230 | + | Sardra Bradley, 18 Meadow Hood, Coto De Caza, CA 92679-4738 |
| 40861560 | + | Stanley Feldsott: Esq, Feldsott & Lee, 23161 Mill Creek Drive, Laguna Hills, CA 92653-7907 |
| 40861561 | + | Steven A. Fink, 13 Corporate Plaza Ste. l50, Newport Beach, CA 92660-7919 |
| 41123091 | + | Superior Court of CA, County of Orange, 711 Civic Center Dr West, Santa Ana CA 92701-3907 |
| 40861559 | + | Superior Default Services Inc, c/o Feldsott & Lee, 23161 Mill Creek Drive Ste 30O, Laguna Hills, CA 92653-7908 |
| 41034231 | + | Suzanne Tague, Ross Wolcott, Teinert, Prout, 3151 Airway Ave. S-1, Costa Mesa, CA 92626-4627 |
| 40940585 | | Ted Phillips, 17162 Sandra Lee, Huntington Beach, CA 92649 |
| 41034232 | | Ted Phillips, 17912 Sandra Lee, Huntington Beach, CA 92649 |
| 40861563 | + | The Huntington Beach Gables, Homeowners Association, c/o Epsten Grinnell & Howell APC, 10200 Willow Creek Road, Ste 10O, San Diego, CA 92131-1669 |
| 40861562 | | The Huntington Beach Gables, Homeowners Association, c/o Epsten Grinnell & Howell,, APC 10200 Willow Creek Road,, Ste 1OO San Diego, CA 92131 |
| 41226475 | + | The Huntington Beach Gables Homeowners Association, c/o Goe Forsythe & Hodges LLP, 18101 Von Karman Ave, Suite 1200, Irvine, CA 92612-7119 |
| 41123085 | | Theodore Phillips, 17612 Sandea Lee, Huntington Beach CA 92649 |
| 40861564 | + | Theodore R "Ted" Phillips, c/o Gordon Rees Scully &, Mansukhani, 633 W 5th Street, 52nd Floor, Los Angeles, CA 90071-2005 |
| 41034233 | + | United Airlines, 233 S. Hacker Dr., Chicago, IL 60606-6462 |
| 40861565 | | United Airlines, P.O. Box 0675, Carol Stream, 60132-0675 |
| 40861567 | + | Vivienne J Alston, Alston, Alston & Diebold, 27201 Puerta Real Ste 30O, Mission Viejo, CA 92691-8590 |
| 40940578 | + | qennifer Paulin, 4446 Alderport Dr., Huntington Beach, CA 92649-2286 |
| 40940577 | + | zanine Jasso, 16025 Harmington Lane, Huntington Beacha CA 92649-2278 |

TOTAL: 75

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: jamiegallian@gmail.com | Jul 23 2022 00:44:00 | Jamie Lynn Gallian, 16222 Monterey Ln Unit 376, Huntington Beach, CA 92649-2258 |
| smg | | EDI: EDD.COM | Jul 23 2022 04:43:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Jul 23 2022 04:43:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | | Email/Text: j9_jasso@yahoo.com | Jul 23 2022 00:44:00 | Janine Jasso, PO Box 370161, El Paso, CA 79937 |
| 41034220 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jul 23 2022 00:44:00 | Hyundai Capital America, PO B0X 269011, Plano, TX 75026-9011 |
| 40861539 | | EDI: IRS.COM | Jul 23 2022 04:43:00 | Internal Revenue Service, PO Box 7346, Philadelphia, 19101-7346 |
| 40861543 | | Email/Text: j9_jasso@yahoo.com | Jul 23 2022 00:44:00 | Janine Jasso, P.O. Box 370161, El Paso, TX 79937 |
| 40861530 | + | Email/PDF: jamiegallian@gmail.com | Jul 23 2022 00:44:00 | Jamie Lynn Gallian, 16222 Monterey Ln #376, Huntington Beach, CA 92649-2258 |
| 41123092 | | EDI: USBANKARS.COM | Jul 23 2022 04:43:00 | US Bank, P O Box 5229, Cincinnati OH 45201-5229 |
| 40861566 | | EDI: USBANKARS.COM | Jul 23 2022 04:43:00 | US Bank NA, PO Box 64799, Saint Paul, MN |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 3 of 4 |
| Date Rcvd: Jul 22, 2022 | Form ID: ntcpdiv | Total Noticed: 85 |

55164

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| cr | | The Huntington Beach Gables Homeowners Association |
| 40861551 | | Michael Chulak-tunknown), Mchulak@MTcLaw.com |
| 41123086 | * | County of Orange, c/o Treasurer-Tax Collector, P.O. Box 4515, Santa Ana CA 92702-4515 |
| 40940575 | * | Internal Revenue Service Insolvency, P0 B0X 7346, Philadelphia, PA 19101-7346 |
| 41034224 | *+ | Lindy Beck, 4443 Chase Dr., Huntington Beach, CA 92649-2297 |
| 41123089 | * | People of the St of CA, 8141 13th St, Westminster CA 92683-4576 |

TOTAL: 3 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 24, 2022     Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron E DE Leest | on behalf of Trustee Jeffrey I Golden (TR) adeleest@DanningGill.com  danninggill@gmail.com;adeleest@ecf.inforuptcy.com |
| Brandon J Iskander | on behalf of Plaintiff The Huntington Beach Gables Homeowners Association biskander@goeforlaw.com kmurphy@goeforlaw.com |
| Brandon J Iskander | on behalf of Creditor The Huntington Beach Gables Homeowners Association biskander@goeforlaw.com kmurphy@goeforlaw.com |
| D Edward Hays | on behalf of Interested Party Courtesy NEF ehays@marshackhays.com ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| D Edward Hays | on behalf of Plaintiff Houser Bros. Co. ehays@marshackhays.com ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| D Edward Hays | on behalf of Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates ehays@marshackhays.com ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com |
| Eric P Israel | on behalf of Trustee Jeffrey I Golden (TR) eisrael@DanningGill.com  danninggill@gmail.com;eisrael@ecf.inforuptcy.com |
| Jeffrey I Golden (TR) | lwerner@wgllp.com  jig@trustesolutions.net;kadele@wgllp.com |
| Laila Masud | on behalf of Plaintiff Houser Bros. Co. lmasud@marshackhays.com  lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 4 of 4 |
| Date Rcvd: Jul 22, 2022 | Form ID: ntcpdiv | Total Noticed: 85 |

| | |
|---|---|
| Laila Masud | on behalf of Interested Party Courtesy NEF lmasud@marshackhays.com lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com |
| Mark A Mellor | on behalf of Interested Party Courtesy NEF mail@mellorlawfirm.com mellormr79158@notify.bestcase.com |
| Mark A Mellor | on behalf of Defendant Randall L Nickel mail@mellorlawfirm.com mellormr79158@notify.bestcase.com |
| Robert P Goe | on behalf of Plaintiff The Huntington Beach Gables Homeowners Association kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com |
| Robert P Goe | on behalf of Creditor The Huntington Beach Gables Homeowners Association kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| Valerie Smith | on behalf of Interested Party Courtesy NEF claims@recoverycorp.com |

TOTAL: 16

# United States Bankruptcy Court
## Central District of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

## NOTICE OF POSSIBLE DIVIDEND AND ORDER FIXING TIME TO FILE CLAIMS

**DEBTOR(S) INFORMATION:**
Jamie Lynn Gallian
**SSN:** xxx−xx−3936
**EIN:** N/A
aka Jamie L Gallian, dba J−Sandcastle Co, LLC,
dba J−PAD, LLC

16222 Monterey Ln Unit 376
Huntington Beach, CA 92649

**BANKRUPTCY NO.** 8:21−bk−11710−ES
**CHAPTER** 7

Notice is hereby given that sufficient assets may become available for a distribution to creditors in the above−captioned bankruptcy case.

Therefore, in accordance with the provisions of Bankruptcy Rule 3002(c)(5), creditors must file their proofs of claim **on or before October 25, 2022**.

**ANY CREDITOR WHO HAS PREVIOUSLY FILED A PROOF OF CLAIM NEED NOT FILE AGAIN.**

A Proof of Claim form (Official Form 410) can be obtained at the United States Court's website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.

Dated: July 22, 2022

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntcpdiv − VAN−10) Rev 12/2015

**142 / JG**