# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>Jamie Lynn Gallian<br><br><br><br><br>Debtor(s) | CASE NO.: 8:21-BK-11710-ES<br><br>ADVERSARY NO.:<br><br>APPEAL DOCKET ENTRY NO.: |
|---|---|
| <br>\<br>vs.<br><br><br>Plaintiff(s)<br><br><br><br><br>Defendant(s) | **NOTICE OF APPEAL DEFICIENCY<br>TO APPELLANT [FRBP 8003(a)]** |

The Notice of Appeal filed in this case on (*date*) __07/28/2022__ has one or more of the following deficiencies that require either payment of the appropriate fee, and/or the filing of an Amended Notice of Appeal that includes the non-fee items listed below. Fees and/or filings must be submitted to the United States Bankruptcy Court, Central District of California, within 14 days from the date of this notice.

☒ Notice of Appeal filing fee was not paid.

☐ Notice of Cross-Appeal filing fee was not paid.

☐ The Notice of Appeal does not conform substantially with the Notice of Appeal and Statement of Election (Official Form 417A):

  ☐ Does not include the title of order, judgment, or decree.
  ☐ Does not include the entered date of order, judgment, or decree.
  ☐ Does not include the  ☐ names  ☐ addresses  ☐ telephone numbers of the opposing parties.
  ☐ Not signed by the Appellant.

☒ Does not include entered stamped copy of order, judgment, or decree.

KATHLEEN J. CAMPBELL
Clerk of Court

By: ___*Tamika Haw*___
Deputy Clerk

714-338-5367
Telephone Number

Date: 07/28/2022