| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **CENTRAL DISTRICT OF CALIFORNIA** ||
| In re: <br><br> Jamie Lynn Gallian <br><br><br><br><br><br> Debtor(s) | CASE NO.: 8:21-bk-11710-ES <br><br> ADVERSARY NO.: <br><br> APPEAL DOCKET ENTRY NO.: |
| <br><br> vs. <br><br><br> Plaintiff(s) <br><br><br><br><br> Defendant(s) | **NOTICE OF APPEAL DEFICIENCY** <br> **TO APPELLANT [FRBP 8003(a)]** |

The Notice of Appeal filed in this case on (*date*) __08/04/2022__ has one or more of the following deficiencies that require either payment of the appropriate fee, and/or the filing of an Amended Notice of Appeal that includes the non-fee items listed below. Fees and/or filings must be submitted to the United States Bankruptcy Court, Central District of California, within 14 days from the date of this notice.

☒ Notice of Appeal filing fee was not paid.

☐ Notice of Cross-Appeal filing fee was not paid.

☒ The Notice of Appeal does not conform substantially with the Notice of Appeal and Statement of Election (Official Form 417A):

   ☒ Does not include the title of order, judgment, or decree.
   ☒ Does not include the entered date of order, judgment, or decree.
   ☐ Does not include the ☐ names ☐ addresses ☐ telephone numbers of the opposing parties.
   ☐ Not signed by the Appellant.

☒ Does not include entered stamped copy of order, judgment, or decree.

KATHLEEN J. CAMPBELL
Clerk of Court

Date: 08/04/2022                     By: ___/s/ Tamika Rau___
                                          Deputy Clerk
                                          714-338-5367
                                          Telephone Number