**FILED**

AUG - 4 2022

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>JAMIE LYNN GALLIAN<br>aka JAMIE L. GALLIAN<br>dba J-SANDCASTLE CO., LLC<br>dba J-PAD, LLC<br><br>Debtor(s) | CASE NO.: 8:21-bk-11710-ES<br>ADVERSARY NO.: N/A<br>NOTICE OF APPEAL FILED: 08/04/2022<br>NOTICE OF CROSS APPEAL FILED:<br>BANKRUPTCY CASE FILED: 07/09/2021<br>APPEAL DOCKET ENTRY NO.: 169 |
|---|---|
| vs.<br><br>Plaintiff(s)<br><br><br>Defendant(s) | **NOTICE OF REFERRAL OF APPEAL** |

To all parties in interest, and the:

☒ Bankruptcy Appellate Panel of the Ninth Circuit
☐ United States District Court, Central District of California

You are hereby notified that the following document(s) have been filed at the Bankruptcy Court.

☒ Motion for Leave to Appeal
☐ Answer in opposition to Motion for Leave to Appeal
☒ Notice of Appeal and Statement of Election
☐ Notice of Cross-Appeal
☐ Appellant's Statement of Election to Transfer Appeal to the District Court
☐ Other (specify):

By virtue of orders of the Judicial Council of the Ninth Circuit and the District Court for this District, the above appeal and related documents have been referred to the Bankruptcy Appellate Panel or U.S. District Court, as indicated above.

I certify that a true copy of the Notice of Appeal and Statement of Election, Notice of Referral of Appeal, Transcript Order Form, and Notice of Transcript were served on each of the parties listed in the Appeal, together with a copy of the Amended Order Continuing the Bankruptcy Appellate Panel of the Ninth Circuit, as applicable.

Kathleen J. Campbell
Clerk of Court

Date: 08/04/2022      By: /s/ Nickie Bolte _Nickie Bolte_
Deputy Clerk

# NOTICE OF APPEAL SERVICE LIST

1. **SERVED BY THE BANKRUPTCY COURT BY NOTICE OF ELECTRONIC FILING (NEF):**

   - [X] Bankruptcy Appellate Panel of the Ninth Circuit at bapca09filings@ca9.uscourts.gov
   - [ ] United States District Court at bkappeal_cacd@cacd.uscourts.gov

   Office of the United States Trustee
   - [ ] Los Angeles Division at ustpregion16.la.ecf@usdoj.gov
   - [ ] Riverside Division at ustpregion16.rs.ecf@usdoj.gov
   - [X] Santa Ana Division at ustpregion16.sa.ecf@usdoj.gov
   - [ ] San Fernando Valley Division at ustpregion16.wh.ecf@usdoj.gov
   - [ ] Northern Division at ustpregion16.nd.ecf@usdoj.gov

   Other parties served by NEF:
   Aaron E DE Leest    adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com
   Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
   Jeffrey I Golden (TR)    lwerner@wgllp.com, jig@trustesolutions.net;kadele@wgllp.com
   D Edward Hays    ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
   Brandon J Iskander    biskander@goeforlaw.com, kmurphy@goeforlaw.com
   Eric P Israel    eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
   Laila Masud    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
   Mark A Mellor    mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com
   Valerie Smith    claims@recoverycorp.com
   United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

2. **SERVED BY THE BANKRUPTCY COURT BY UNITED STATES MAIL:**

   Jamie Lynn Gallian
   aka Jamie L Gallian; dba J-Sandcastle Co., LLC
   dba J-PAD, LLC
   16222 Monterey Lane, Unit 376
   Huntington Beach, CA  92649

   Janine Jasso, Esq.
   16025 Warmington Lane
   Huntington Beach, CA  92649

   Janine Jasso, Esq.
   P.O. Box 370161
   El Paso, TX  79937