**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br>JAMIE LYNN GALLIAN<br>aka JAMIE L. GALLIAN<br>dba J-SANDCASTLE CO., LLC<br>dba J-PAD, LLC<br><br>Debtor(s) | CASE NO.: 8:21-bk-11710-ES<br>ADVERSARY NO.: N/A<br>APPEAL DOCKET ENTRY NO.: 189 |
| **Plaintiff(s)**<br>vs.<br><br>**Defendant(s)** | **NOTICE OF APPEAL DEFICIENCY**<br>**TO APPELLANT [FRBP 8003(a)]** |

The Notice of Appeal filed in this case on (*date*) __08/18/2022__ has one or more of the following deficiencies that require either payment of the appropriate fee, and/or the filing of an Amended Notice of Appeal that includes the non-fee items listed below. Fees and/or filings must be submitted to the United States Bankruptcy Court, Central District of California, within 14 days from the date of this notice.

☒ Notice of Appeal filing fee was not paid.

☐ Notice of Cross-Appeal filing fee was not paid.

☐ The Notice of Appeal does not conform substantially with the Notice of Appeal and Statement of Election (Official Form 417A):

  ☐ Does not include the title of order, judgment, or decree.
  ☐ Does not include the entered date of order, judgment, or decree.
  ☐ Does not include the ☐ names ☐ addresses ☐ telephone numbers of the opposing parties.
  ☐ Not signed by the Appellant.

☐ Does not include entered stamped copy of order, judgment, or decree.

KATHLEEN J. CAMPBELL
Clerk of Court

Date: 08/18/2022         By:    /s/ Nickie Bolte
                                Deputy Clerk

                                (714) 338-5378
                                Telephone Number

*January 2016*                                    **APPEAL.NOTICE.DEFICIENCY**