1  JAMIE LYNN GALLIAN, DEBTOR
2  16222 Monterey Lane, Unit 376
   Huntington Beach, CA 92649
3  (714)321-3449
   jamiegallian@gmail.com
4  IN PRO PER

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| In re | Case No. 8:21-bk-11710-ES |
|---|---|
| JAMIE LYNN GALLIAN, | Chapter 7 |
| Debtor. | **DEBTOR'S NOTICE TO TRUSTEE TO ABANDON ESTATE'S INTEREST IN REINVESTED FUNDS FROM SALE OF UNIT 53, 10/31/2018 APN 937-630-53 TO PURCHASE LBM1081 ON NOVEMBER 1, 2018, AND AGAINST JAMIE LYNN GALLIAN RELATING TO THE PURCHASE IN THE PERSONAL PROPERTY COMMONLY KNOWN AS 16222 MONTEREY LN #376, HUNTINGTON BEACH, CALIFORNIA 92649**<br>[No Hearing Required] |

**TO ALL CREDITORS AND INTERESTED PARTIES:**

**PLEASE TAKE NOTICE THAT** JAMIE LYNN GALLIAN (the "Debtor") in the bankruptcy estate (the "Estate") of Jamie Lynn Gallian (the "Debtor"), seeks to have Jeffrey I Golden ("Trustee") abandon the Estate's interest in debtor's personal residence she resides in and against Jamie Lynn Gallian ("Gallian") arising solely out of the purchase on November 1, 2018 with reinvested proceeds (the "Reinvested Proceeds") in the property commonly known as 16222 Monterey Lane Dr. Unit 376 , Huntington Beach, California 92649 (the "Property") to Gallian, including any claims under the Uniform Voidable Transactions Act (California Civil Code §§ 3439 et seq.) and 11 U.S.C. § 544.

1

The Debtor has investigated the Claims relating to the Purchase of the Property Unit 376, November 1, 2018, with the funds re-invested from the sale of Unit 53, October 31, 2018, and has concluded that there is little to no value to the Estate in pursuing the Claims because the Trustee is not likely to recover more than the fees, perfected liens, and costs to be incurred by the Estate. Accordingly, the Debtor believes that the Claims are burdensome to the Estate and of inconsequential value to the Estate. Therefore, the Debtor hereby gives notice of her request the Trustee to abandon the personal property LBM1081.

**NOTICE IS ALSO GIVEN** that, pursuant to Local Bankruptcy Rule 6007-1 and 9013-1(o)(3), any objection and request for a hearing must, not later than fourteen days from the date of service of this notice, plus an additional three days if served by mail or pursuant to Fed. R. Civ. P. 5(b)(2)(D) or (F), be filed with the Clerk of the Bankruptcy Court and served on: (Jamie Lynn Gallian 16222 Monterey Lane Unit 376 Huntington Beach, CA 92649 whose address is listed on the top left hand corner  (2) Jeffrey I. Golden, Trustee, 650 Town Center Drive, Suite 600, Costa Mesa, CA 92626; (3) the Office of the United States Trustee at 411 West Fourth Street, Suite 7160, Santa Ana, CA 92701;

Pursuant to Local Bankruptcy Rule 6007-1(d), if no timely objection and request for a hearing are filed and served, the Trustee will take the intended action without further notice or order of the Court. Any objections not timely filed and properly served will be deemed waived.

Pursuant to Local Bankruptcy Rule 6007-1(d)(2), aftr 14 days, plus 3 days if mailed, the Debtor may lodge a proposed order confirming the Trustee abandonment of Unit 376,  but is not required to do so.

DATED:  August 25, 2022        By: *Jamie Lynn Gallian*
                                                       JAMIE LYNN GALLIAN

DATE OF MAILING:  August 25, 2022

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 5801 Skylab Road Huntington Beach, CA 92649

A true and correct copy of the foregoing document entitled (*specify*): DEBTORS NOTICE TO TRUSTEE TO ABANDON ESTATE'S INTEREST IN  CLAIMS AGAINST JAMIE LYNN GALLIAN RELATING TO THE NOVEMBER 1, 2018, RE-INVESTMENT OF PROCEEDS  FROM SALE OF UNIT 53 OCTOBER 31, 2018, TO DEBTORS PERSONAL RESIDENCE, UNIT 376, THE PROPERTY COMMONLY KNOWN AS 16222 MONTEREY LANE. #376, HUNTINGTON BEACH, CALIFORNIA 92649  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On  August 25, 2022  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**: On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by causing to be placed a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed. ☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 25, 2022 | ROBERT MCLELLAND | *Robert McLelland* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

ADDITIONAL SERVICE INFORMATION (if needed):

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Aaron E DE Leest on behalf of Trustee Jeffrey I Golden (TR)
adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com

Robert P Goe on behalf of Creditor The Huntington Beach Gables Homeowners Association
kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe on behalf of Plaintiff The Huntington Beach Gables Homeowners Association
kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com

Jeffrey I Golden (TR)
lwerner@wgllp.com, jig@trustesolutions.net;kadele@wgllp.com

D Edward Hays on behalf of Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates
ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays on behalf of Interested Party Courtesy NEF
ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays on behalf of Plaintiff Houser Bros. Co.
ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Brandon J Iskander on behalf of Creditor The Huntington Beach Gables Homeowners Association
biskander@goeforlaw.com, kmurphy@goeforlaw.com

Brandon J Iskander on behalf of Plaintiff The Huntington Beach Gables Homeowners Association
biskander@goeforlaw.com, kmurphy@goeforlaw.com

Eric P Israel on behalf of Trustee Jeffrey I Golden (TR)
eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Laila Masud on behalf of Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates
lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Laila Masud on behalf of Interested Party Courtesy NEF
lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Laila Masud on behalf of Plaintiff Houser Bros. Co.
lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Mark A Mellor on behalf of Defendant Randall L Nickel
mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                              **F 9013-3.1.PROOF.SERVICE**

Mark A Mellor on behalf of Interested Party Courtesy NEF
mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com

Valerie Smith on behalf of Interested Party Courtesy NEF   claims@recoverycorp.com

United States Trustee (SA)   ustpregion16.sa.ecf@usdoj.gov

**2. SERVED BY U.S. MAIL**

| | | |
|---|---|---|
| Debtor<br>Jamie Lynn Gallian<br>16222 Monterey Ln SP #376<br>Huntington Beach, CA 92649 | The Honorable Erithe Smith<br>U.S. Bankruptcy Court<br>411 West Fourth Street, Suite 5040<br>Santa Ana, CA 92701-4593 | |
| Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | Franchise Tax Board<br>Bankruptcy Section MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Houser Bros. Co. dba Rancho Del Rey Mobile H<br>c/o Marshack Hays LLP<br>870 Roosevelt<br>Irvine, CA 92620-3663 |
| Santa Ana Division<br>411 West Fourth Street, Suite 2030,<br>Santa Ana, CA 92701-4500 | Association of Flight Attendants<br>625 No. River Road Ste. 4020<br>Rosemont, IL. 60018 | BS Investors<br>Robert P. Warmington C/o<br>Gorden May Grant, Genovese & Baratta<br>2030 Hain St. Ste. 1600<br>Irvine, CA 92614 |
| County of Orange<br>c/o Treasurer-Tax Collector<br>P.O. Box 4515<br>Santa Ana CA 92702-4515 | David R. Flyer<br>4120 Birch St. Ste. 101,<br>Newport Beach, CA 92660-2228 | Feldsott & Lee<br>23161 Mill Creek Drive Ste 30O<br>Laguna Hills, CA 92653-7907 |
| Frank Satalino<br>19 Velarde Ct.<br>Rancho Santa Margarita, CA 92688-8502 | Gordon Rees Scully & Mansukhani<br>5 Park Plaza Ste. 1100<br>Irvine, CA 92614-8502 | Gordon Rees Scully & Mansukhani<br>633 W 5th Street, 52nd Floor<br>Los Angeles, CA 90071-2005 |
| Houser Bros. Co.<br>DBA Rancho De1 Rey Estates<br>16222 Monterey Ln<br>Huntington Beachr CA 92649-6214 | Houser Bros. Co.dba Rancho De1 Rey Mobile Home Estates<br>17610 Beach Blvd Ste. 32<br>Huntington Beach, CA 92647-6876 | Houser Brothers Co.<br>dba Rancho Del Rey Mobilehome Est.<br>17610 Beach Blvd. Ste. 32<br>Huntington Beach, CA 92647-6876 |
| Huntington Beach Gables H0A<br>c/o Feldsott & Lee<br>23161 Mill Creek Dr. Ste. 300 Laguna Hllls, CA 92653-7907 | Huntington Beach Gables Homeowners Associati<br>Epstein, Grinnel & Howell, APC<br>10200 Willow Creek Rd Ste 100<br>San Diego CA 92131-1655 | Huntington Harbor Village<br>16400 Saybrook<br>Huntington Beach, CA 92649-2277 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                   **F 9013-3.1.PROOF.SERVICE**

Huntington Hobile Home Inv. LLC.
430 S. San Dimas Ave.
San Dimasa CA 91773-4045

Huntington Mobile Home Investments
16400 Saybrook Lane
Huntington Beach, CA 92649-2277

Huntington Mobile Home Investments LLC
1100 Newport Beach Blvd. Ste 1150
Newport Beach, CA 92560

Internal Revenue Service Insolvency
P0 B0X 7346
Philadelphia, PA 19101-7346

James H Cosello
Casello & Lincoln,
525 N Cabrillo Park Dr. Ste 1O4
Santa Ana, CA 92701-5017

Internal Revenue Service
PO Box 7346
Philadelphia, 19101-7346

Janine Jasso
16025 Warmington Lane
Huntington Beach, CA 92649-2278

Jennifer Paulin
4446 Alderport Dr.
Huntington Beach, CA 92649-2286

J-pad, LLC
21742 Anza Avenue
Torrance, CA 90503-6428

Lee Gragnano
16062 Warmington Ave.
Huntington Beach, CA 92649-2285

Lindy Beck
4443 Chase Dr.
Huntington Beach, CA 92649-2297

Jamie Lynn Gallian
16222 Monterey Ln #376 Huntington Beach, CA 92649-2258

Lisa T. Ryan
20949 Lassen St. Apt 208
Chatsworth, CA 91311-4239

Lori Burrett
16107 Sherlock Lane
Huntington Beach, CA 92649-2293

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                          **F 9013-3.1.PROOF.SERVICE**

Mark A.Mellor Mellor Law Firm
c/o Randall Nickell
6800 Indiana Ave.
Riverside, CA 92506-4267

Orange County Public Defender
801 Civic Center Dr
West Santa Ana, CA 92702

Orange County Alternate Defender
600 Santa Ana Blvd, Ste 600
Santa Ana CA 92701-4552

People of the St of CA
8141 13th St
Westminster CA 92683-4576

Patricia Ryan
20949 Lassen St. Apt 208
Chattsworth, CA 91311-4239

Randell Nickel
c/o Mark Mellor, Esq.
6800 Indiana Ave. Ste. 220
Riverside, CA 92506-4267

Randall Nickell
4476 Alderport Dr.
Huntington Beach. CA 92649-2288

S4 A California Limited Partnership
1001 Cove St Ste 230
Newport Beach CA 92660

Rutan & Tucker
18575 Jamboree Rd 9th Fl
Irvine CA 92612-2559

Stanley Feldsott: Esq
Feldsott & Lee
23161 Mill Creek Drive
Laguna Hills, CA 92653-7907

Superior Court of CA
County of Orange
711 Civic Center Dr West
Santa Ana CA 92701-3907

Ted Phillips
17142 Sandra Lee
Huntington Beach, CA 92649

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    **F 9013-3.1.PROOF.SERVICE**

The Huntington Beach Gables
Homeowners Association
c/o Epsten Grinnell & Howell,
APC 10200 Willow Creek Road,
Ste 100
San Diego, CA 92131

The Huntington Beach Gables
Homeowners Assoc
c/o Goe Forsythe & Hodges LLP

US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

Vivienne J Alston
Alston, Alston & Diebold
27201 Puerta Real Ste 300 Mission
Viejo, CA 92691-8590

Jennifer Paulin
4446 Alderport Dr.
Huntington Beach, CA 92649-2286

Janine Jasso
16025 Warmington Lane
Huntington Beach CA 92649-2278

Jamie Lynn Gallian
16222 Monterey Ln Unit 376
Huntington Beach, CA 92649-2258

Jeffrey I Golden (TR)
650 Town Center Drive, Suite 600
Costa Mesa, CA 92626-7121

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**