D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Movant and Creditor,
HOUSER BROS. CO. dba RANCHO DEL
REY MOBILE HOME ESTATES

FILED & ENTERED

AUG 30 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle          DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>Debtor. | Case No. 8:21-bk-11710-ES<br><br>Chapter 7<br><br>ORDER DENYING MOTION FOR LEAVE FROM THE BANKRUPTCY APPEAL PANEL TO PERMIT THE BANKRUPTCY COURT TO CONSIDER DEBTOR'S MOTION FOR RE-CONSIDERATION [DOC 157] ON AUGUST 18, 2022<br><br>[MOTION: DOCKET NO. 167] |

On August 1, 2022, as Docket No. 167, Jamie Lynn Gallian ("Debtor") filed a "Motion for Leave from the Bankruptcy Appeal Panel to Permit the Bankruptcy Court to Consider Debtor's Motion for Re-Consideration [Doc 157] on August 18, 2022" ("Motion"). Debtor did not set the Motion for hearing as required by Rule 9013-1(b)(2) of the Local Bankruptcy Rules ("LBR"), nor does the Motion provide that it is noticed pursuant to LBR 9013-1(o).

On August 9, 2022, as Docket No. 182, Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates ("Houser Bros.") filed an "Opposition and Request for Hearing on Debtor's Motion for Leave from the Bankruptcy Appeal Panel to Permit the Bankruptcy Court to Consider Debtor's Motion for Reconsideration" ("Opposition"). Houser Bros. provided proof of service of the Opposition on Debtor on that same date. Docket No. 182.

More than 14 days have passed since the filing and service of the Opposition, and Debtor has not set the Motion for hearing.

IT IS ORDERED that:

1. Pursuant to LBR 9013-1(o)(4), the Motion is denied without prejudice.

### #

Date: August 30, 2022

Erithe Smith
United States Bankruptcy Judge

4887-9822-9808, v. 1

2