Robert P. Goe – State Bar No. 137019
Brandon J. Iskander – State Bar No. 300916
**GOE FORSYTHE & HODGES LLP**
18101 Von Karman Avenue, Suite 1200
Irvine, CA 92612
rgoe@goeforlaw.com
biskander@goeforlaw.com

Telephone: (949) 798-2460
Facsimile:  (949) 955-9437

Attorneys for The Huntington Beach Gables Homeowners Association

FILED & ENTERED

AUG 30 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY: Sudiana DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>JAMIE LYNN GALLIAN,<br><br><br>Debtor. | Case No. 8:21-bk-11710-ES<br><br>Chapter 7 Proceeding<br><br>**ORDER DENYING DEBTOR'S AMENDED MOTION TO AVOID LIEN**<br><br>**[DOCKET NO. 147]** |

The Court having reviewed the Debtor's Amended Motion to Avoid Lien Under 11 U.S.C. § 522(f) [Docket No. 147] ("Motion"), the Huntington Beach Gables Homeowners Association's Opposition and Request for Hearing [Docket No. 178], and the Declaration of Brandon J. Iskander Regarding Debtor's Failure to Set Hearing on her Amended Motion to Avoid Lien Under 11 U.S.C. § 522(f) [Docket No. 205], and good cause appearing

**IT IS ORDERED** that the Motion is denied.

###

Date: August 30, 2022

*Erithe A. Smith*
Erithe Smith
United States Bankruptcy Judge

1