JAMIE LYNN GALLIAN, DEBTOR
16222 Monterey Lane, Unit 376
Huntington Beach, CA 92649
(714)321-3449
jamiegallian@gmail.com
IN PRO PER

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>Debtor. | Case No. 8:21-bk-11710-ES<br><br>Chapter 7<br><br>**DEBTOR'S NOTICE OF 2018 IRS UNDERPAYMENT, PAID IN FULL**<br>ISO DOC 208; Related to DOC 162<br>Hearing September 13, 2022<br>Time: 11:00am<br>Department 5C |

**TO ALL CREDITORS AND INTERESTED PARTIES:**

**PLEASE TAKE NOTICE THAT** JAMIE LYNN GALLIAN (the "Debtor") in the bankruptcy estate (the "Estate") of Jamie Lynn Gallian (the "Debtor"), Debtor's Notice of 2018 IRS PAID IN FULL in the amount of $3900.00. Accrued interest was paid from 7/9/21 to date.

DEBTOR was misinformed by the Chapter 7 Trustee regarding the 2018 IRS. Debtor was told there were no outstanding or unpaid IRS monies owned in contradiction to what debtor knew was correct and disclosed, The 2018 monies owing have been paid including additional monies for accrued interest.

I declare under penalty of perjury the above statement is true and correct

8/31/2022

*Jamie Lynn Gallian*
JAMIE LYNN GALLIAN

1

 Gmail

Jamie Gallian <jamiegallian@gmail.com>

## Regarding Houser BROS SENDING MY RENT CHECK TO THE IRS
1 message

**Jamie Gallian** <jamiegallian@gmail.com>    Wed, Aug 31, 2022 at 11:05 AM
To: Jeff Golden <jgolden@wgllp.com>, Eric Israel <epi@danninggill.com>

Mr. Golden,

It is disturbing when a Officer of The Court lies to the debtor.

I have provided the copies of the check sent to the IRS by Houser to you and the letter from the IRS returning the check to me several months ago with their apology.

You and I specifically talked about the IRS potential claims I listed in my p
Chapter 7 petition and amendments thereafter filed as a Pro Per.

You. specifically told me personally "there were no IRS claims" after looking "it up" you told me.

I have paid at least two bills from the IRS and FTB. My filed tax return for
2021 I paid amounts owed.

No thanks to you in communicating accurate information readily available to you.

I'm am extremely disappointed in your failure to be transparent.


Jamie Gallian
Sent from my iPhone



# Confirmation

Your payment has been submitted. An email confirming this transaction will be sent to the email address you provided. You may want to print or record the information on this screen for future reference.

**Confirmation Number**
222-2643-9359-3344

**Submitted**
08-31-2022 10:27 A.M. Pacific Time (UTC -8:00)

**Payment Amount**
$3,900.00





222-2643-9359-3344

**Submitted**

08-31-2022 10:27 A.M. Pacific Time (UTC -8:00)

**Payment Amount**

$3,900.00

**Payment Status**

Scheduled

**Payment Date**

August 31, 2022

**Reason for Payment**

Proposed Tax Assessment

**Payment Type**

Income Tax - Form 1040

**Tax Year for Payment**

2018

**Bank Name**

JPMORGAN CHASE BANK, NA

**Account Number**

📶 Verizon LTE     📞 10:28 AM     🔴 57% 🔋

🔒 directpay.irs.gov

**Payment Amount**

$3,900.00

**Payment Status**

Scheduled

**Payment Date**

August 31, 2022

**Reason for Payment**

Proposed Tax Assessment

**Payment Type**

Income Tax - Form 1040

**Tax Year for Payment**

2018

**Bank Name**

JPMORGAN CHASE BANK, NA

**Account Number**

xxxxx7860

**Email Address**

jamiegallian@gmail.com

**MAKE ANOTHER PAYMENT**

**Fill in this information to identify the case:**

Debtor 1    JAMIE LYNN GALLIAN

Debtor 2    _____
(Spouse, if filing)

United States Bankruptcy Court for the: CENTRAL District of CALIFORNIA

Case number   8:21-BK-11710-ES

## Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

1. **Who is the current creditor?**
   Department of Treasury - Internal Revenue Service
   Name of the current creditor (the person or entity to be paid for this claim)
   
   Other names the creditor used with the debtor _____

2. **Has this claim been acquired from someone else?**
   ☒ No
   ☐ Yes. From whom? _____

3. **Where should notices and payments to the creditor be sent?**
   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)
   
   **Where should notices to the creditor be sent?**
   Internal Revenue Service
   Name
   P.O. Box 7346
   Number Street
   Philadelphia    PA    19101-7346
   City    State    ZIP Code
   Contact phone  1-800-973-0424
   Contact email _____
   
   Creditor Number:  40861539
   
   Uniform claim identifier for electronic payments in chapter 13 (if you use one):
   __ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __
   
   **Where should payments to the creditor be sent?** (if different)
   Internal Revenue Service
   Name
   P.O. Box 7317
   Number Street
   Philadelphia    PA    19101-7317
   City    State    ZIP Code
   Contact phone  1-800-973-0424
   Contact email _____

4. **Does this claim amend one already filed?**
   ☒ No
   ☐ Yes. Claim number on court claims registry (if known) _____
   Filed on _____ / _____ / _____
   MM / DD / YYYY

5. **Do you know if anyone else has filed a proof of claim for this claim?**
   ☒ No
   ☐ Yes. Who made the earlier filing? _____

Official Form 410    **Proof of Claim**    page 1

### Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**

☐ No
☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: See Attachment

**7. How much is the claim?** $_____3,416.58_____. **Does this amount include interest or other charges?**

☐ No
☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Taxes

**9. Is all or part of the claim secured?**

☒ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____
**Amount of the claim that is secured:** $_____
**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed) _____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☒ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

**11. Is this claim subject to a right of setoff?**

☐ No
☒ Yes. Identify the property: See Attachment

Official Form 410        **Proof of Claim**        page 2

| | | |
|---|---|---|
| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☐ No | |
| | ☒ Yes. Check one: | **Amount entitled to priority** |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☒ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $3,417.25 |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3:  Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☒ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  08/11/2022
                   MM / DD / YYYY

/s/ ANGELA SMITH
_____
Signature

**Print the name of the person who is completing and signing this claim:**

| | | |
|---|---|---|
| Name | ANGELA | SMITH |
| | First name    Middle name | Last name |
| Title | Bankruptcy Specialist | |
| Company | Internal Revenue Service | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | |
| Address | Insolvency Group 7  300 North Los Angeles St, M/S 5022 | |
| | Number Street | |
| | Los Angeles          CA          90012 | |
| | City          State          ZIP Code | |
| Contact phone | 213-372-4381          Email  angela.r.smith@irs.gov | |

Official Form 410  **Proof of Claim**  page 3

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service

**In the Matter of:** JAMIE LYNN GALLIAN
AKA JAMIE L GALLIAN
16222 MONTEREY LN SP #376
HUNTINGTON BEACH, CA 92649

Form 410 Attachment

Case Number
8:21-BK-11710-ES

Type of Bankruptcy Case
CHAPTER 7A

Date of Petition
07/09/2021

The United States has the right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agency. All rights of setoff are preserved and will be asserted to the extent lawful.

**Unsecured Priority Claims** under section 507(a)(8) of the Bankruptcy Code

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|
| XXX-XX-3936 | INCOME | 12/31/2018 | 07/19/2021 | $3,113.00 | $304.25 |
|  |  |  |  | $3,113.00 | $304.25 |

**Total Amount of Unsecured Priority Claims:** $3,417.25

Case 8:21-bk-11710-ES    Doc 212    Filed 08/31/22    Entered 09/01/22 10:21:24    Desc
Main Document    Page 9 of 10

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 5801 Skylab Road Huntington Beach, CA 92649

A true and correct copy of the foregoing document entitled (*specify*):  <u>DEBTORS NOTICE ALL INTERESTED PARTIES UNDERPAYMENT 2018 IRS, PAID IN FULL $3900.00.</u>
 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>August 31, 2022</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**: On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by causing to be placed a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 31, 2022 | ROBERT MCLELLAND | *Robert McLelland* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    F 9013-3.1.PROOF.SERVICE