United States Bankruptcy Court

Central District of California

In re:  Case No. 21-11710-ES
Jamie Lynn Gallian  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8  User: admin  Page 1 of 2
Date Rcvd: Aug 30, 2022  Form ID: pdf042  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: jamiegallian@gmail.com | Aug 31 2022 00:25:00 | Jamie Lynn Gallian, 16222 Monterey Ln Unit 376, Huntington Beach, CA 92649-2258 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2022 at the address(es) listed below:

**Name**      **Email Address**

Aaron E DE Leest
    on behalf of Trustee Jeffrey I Golden (TR) adeleest@DanningGill.com  danninggill@gmail.com;adeleest@ecf.inforuptcy.com

Brandon J Iskander
    on behalf of Plaintiff The Huntington Beach Gables Homeowners Association biskander@goeforlaw.com  kmurphy@goeforlaw.com

Brandon J Iskander
    on behalf of Creditor The Huntington Beach Gables Homeowners Association biskander@goeforlaw.com  kmurphy@goeforlaw.com

D Edward Hays
    on behalf of Interested Party Courtesy NEF ehays@marshackhays.com  ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

| District/off: 0973-8 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 30, 2022 | Form ID: pdf042 | Total Noticed: 1 |

D Edward Hays
    on behalf of Plaintiff Houser Bros. Co. ehays@marshackhays.com
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
    on behalf of Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates ehays@marshackhays.com
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Eric P Israel
    on behalf of Trustee Jeffrey I Golden (TR) eisrael@DanningGill.com    danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Jeffrey I Golden (TR)
    lwerner@wgllp.com    jig@trustesolutions.net;kadele@wgllp.com

Laila Masud
    on behalf of Plaintiff Houser Bros. Co. lmasud@marshackhays.com    lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Laila Masud
    on behalf of Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates lmasud@marshackhays.com
lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Laila Masud
    on behalf of Interested Party Courtesy NEF lmasud@marshackhays.com
lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Mark A Mellor
    on behalf of Interested Party Courtesy NEF mail@mellorlawfirm.com    mellormr79158@notify.bestcase.com

Mark A Mellor
    on behalf of Defendant Randall L Nickel mail@mellorlawfirm.com    mellormr79158@notify.bestcase.com

Robert P Goe
    on behalf of Plaintiff The Huntington Beach Gables Homeowners Association kmurphy@goeforlaw.com
rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe
    on behalf of Creditor The Huntington Beach Gables Homeowners Association kmurphy@goeforlaw.com
rgoe@goeforlaw.com;goeforecf@gmail.com

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov

Valerie Smith
    on behalf of Interested Party Courtesy NEF claims@recoverycorp.com

TOTAL: 17

Robert P. Goe – State Bar No. 137019
Brandon J. Iskander – State Bar No. 300916
**GOE FORSYTHE & HODGES LLP**
18101 Von Karman Avenue, Suite 1200
Irvine, CA 92612
rgoe@goeforlaw.com
biskander@goeforlaw.com

Telephone: (949) 798-2460
Facsimile:  (949) 955-9437

Attorneys for The Huntington Beach Gables Homeowners Association

**FILED & ENTERED**

AUG 30 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY: Ykim DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In re:

JAMIE LYNN GALLIAN,

Debtor.

Case No. 8:21-bk-11710-ES

Chapter 7 Proceeding

**ORDER DENYING DEBTOR'S AMENDED MOTION TO AVOID LIEN**

**[DOCKET NO. 147]**

The Court having reviewed the Debtor's Amended Motion to Avoid Lien Under 11 U.S.C. § 522(f) [Docket No. 147] ("Motion"), the Huntington Beach Gables Homeowners Association's Opposition and Request for Hearing [Docket No. 178], and the Declaration of Brandon J. Iskander Regarding Debtor's Failure to Set Hearing on her Amended Motion to Avoid Lien Under 11 U.S.C. § 522(f) [Docket No. 205], and good cause appearing

**IT IS ORDERED** that the Motion is denied.

###

Date: August 30, 2022

Erithe Smith
United States Bankruptcy Judge

1