1       JS6
2
3
4
5
6
7
8       UNITED STATES DISTRICT COURT
9       CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

10  In re | District Court Case No. 8:22-cv-01462-RGK
11  JAMIE LYNN GALLIAN, | [Bankruptcy Case No. 8:21-bk-11710-ES]
12      Debtor. | Chapter 7
13  | [PROPOSED] STIPULATION TO DISMISS APPEAL WITHOUT PREJUDICE [7]
14  | [Notice of Appeal filed in Bankruptcy Court on July 28, 2022, as Dk. No. 161]
15  |
16  | [NO HEARING REQUIRED]
17

18      The Court having considered the Stipulation ("Stipulation") entered into by and among
19  Appellee, HOUSER BROS. CO., a California limited partnership dba RANCHO DEL REY
20  MOBILE HOME ESTATES ("Houser Bros."), together with Appellant and Debtor, Jamie Lynn
21  Gallian ("Ms. Gallian," and together with Houser Bros., the "Parties") regarding the dismissal of the
22  appeal with prejudice, and has found good cause to approve the Stipulation as follows:
23      IT IS ORDERED that:
24      1.      Debtor's Appeal shall be dismissed without prejudice;
25  / / /
26  / / /
27
28

1

2.    Debtor may file an appeal of the Order and/or any order on her Reconsideration Motion in the Bankruptcy Court on or before the date that is 14 days after entry of the order on the Reconsideration Motion pursuant to Rule 8002 of the Federal Rules of Bankruptcy Procedure; and

3.    Each party shall bear its own attorneys' fees and costs with respect to this appeal.

Dated 9/1/2022

*[signature: Gary Klausner]*

HONORABLE GARY KLAUSNER

cc: BAP

2