JAMIE LYNN GALLIAN, DEBTOR
16222 Monterey Lane, Unit 376
Huntington Beach, CA 92649
(714)321-3449
jamiegallian@gmail.com
IN PRO PER

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

In re

JAMIE LYNN GALLIAN,

　　　　Debtor.

Case No. 8:21-bk-11710-ES

Chapter 7

DEBTOR'S NOTICE OF 2019 IRS 1040 UNDERPAYMENT, PAID IN FULL

Date:   9/13/22
Time:   11:00am
Department 5C

TO ALL CREDITORS AND INTERESTED PARTIES:

**PLEASE TAKE NOTICE THAT** JAMIE LYNN GALLIAN (the "Debtor") in the bankruptcy estate (the "Estate") of Jamie Lynn Gallian (the "Debtor"), Debtor's Notice of 2018 IRS PAID IN FULL in the amount of $350.00. Accrued interest was paid from 7/9/21 to date.

DEBTOR was misinformed by the Chapter 7 Trustee regarding IRS. Debtor was told there were no outstanding or unpaid IRS monies owned in contradiction to what debtor knew was correct and disclosed, The 2019 1040- corrected IRS underpayment monies owing have been paid including additional monies for accrued interest. Debtor schedule US Bank $9,145.00, as Debt to be discharged. Midland Funding, paid in full.

I declare under penalty of perjury the above statement is true and correct

Debtor emailed Angela Smith of IRS Insolvency and Trustee Jeffrey Golden to explain error and requested a call back. No call back has been received by debtor.

9/2/2022

　　　　　　　　　　　　　　　　*Jamie Lynn Gallian*
　　　　　　　　　　　　　　　　JAMIE LYNN GALLIAN

1

**Jamie Gallian <jamiegallian@gmail.com>**  Thu, Sep 1, 12:06 PM (1 day ago)

---------- Forwarded message ---------
From: **Jamie Gallian** <jamiegallian@gmail.com>

To: <ANGELA.R.SMITH@irs.gov>, Jeff Golden <jgolden@wgllp.com>, Eric Israel <EPI@danninggill.com>

Correction

Sincerely,


Jamie Gallian
714-321-3449
jamiegallian@gmail.com


Dear Ms. Smith,

Please find attached to this email, the confirmation number 222-2644-4208-7431, of the transaction as payment in full and accrued interest formy1040 tax Return 2019 underpayment. See Letter Attached IRS_Correspondence Below.
Please kindly credit my tax account when you have verified receipt of the payment.

I apologize for this unfortunate delay and confusion in my 1040 returns and the IRS receiving late 1099s.

More importantly, on July 9, 2021, I filed a Chapter 7 Bankruptcy Petition 8:21-bk-11710-ES, as listed on the IRS Creditors Claim filed August 11, 2022.
The IRS Creditor Claim lists a 2018 Tax Assessment Date of July 19, 2021, ten days after filing Debtors Chapter 7 Petition on July 9, 2021.

The second issue concerns underpayment of the 2018 1040 reflected on IRS Notice CP2000, dated November 23, 2020, Control Number 50039-2534 apparently due because of 2018 Cancellation of Debt, US Bank and Midland Funding in the amount of $12,167.00.

Debtor filed Chapter 7 on July 9, 2021.
The IRS Tax Assessment date is July 19, 2021, 10 days after the Petition date.
Therefore, debtor was insolvent and not responsible for this debt.

Please kindly Amend the IRS Creditors Claim filed 8/11/2022.

The [Cancellation of Debt] for US BANK in the amount of $9145.00 was listed/schedued on my Chapter 7 FIRST Amendment DOC 16 & 17, filed September 22, 2021 and Final Schedule Amendment DOC 72, 73, 74, 75. March 11, 2022.

Thank you in advance for your prompt reply.

Sincerely,


Jamie Gallian
714-321-3449
jamiegallian@gmail.com

**Fill in this information to identify the case:**

Debtor 1  JAMIE LYNN GALLIAN

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the:  CENTRAL  District of  CALIFORNIA

Case number  8:21-BK-11710-ES

Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**

Department of Treasury - Internal Revenue Service
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Internal Revenue Service
Name
P.O. Box 7346
Number Street
Philadelphia    PA    19101-7346
City    State    ZIP Code

Contact phone  1-800-973-0424

Contact email _____

Creditor Number:  40861539

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

Where should payments to the creditor be sent? (if different)

Internal Revenue Service
Name
P.O. Box 7317
Number Street
Philadelphia    PA    19101-7317
City    State    ZIP Code

Contact phone  1-800-973-0424

Contact email _____

**4. Does this claim amend one already filed?**

☒ No
☐ Yes. Claim number on court claims registry (if known) _____    Filed on ___/___/_____
                                                                                                         MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes. Who made the earlier filing? _____

Official Form 410    Proof of Claim    page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

6. **Do you have any number you use to identify the debtor?**
   ☐ No
   ☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: See Attachment

7. **How much is the claim?** $_____3,416.58_____. **Does this amount include interest or other charges?**
   ☐ No
   ☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**
   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
   Limit disclosing information that is entitled to privacy, such as health care information.

   Taxes

9. **Is all or part of the claim secured?**
   ☒ No
   ☐ Yes. The claim is secured by a lien on property.

   **Nature of property:**
   ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
   ☐ Motor vehicle
   ☐ Other. Describe: _____

   **Basis for perfection:** _____
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   **Value of property:** $_____
   **Amount of the claim that is secured:** $_____

   **Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

   **Amount necessary to cure any default as of the date of the petition:** $_____

   **Annual Interest Rate** (when case was filed) _____%
   ☐ Fixed
   ☐ Variable

10. **Is this claim based on a lease?**
    ☒ No
    ☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

11. **Is this claim subject to a right of setoff?**
    ☐ No
    ☒ Yes. Identify the property: See Attachment

Official Form 410    Proof of Claim    page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☐ No ☒ Yes. Check one: | Amount entitled to priority |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☒ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ 3,417.25 |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

### Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☒ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  08/11/2022
                  MM / DD / YYYY

/s/ ANGELA SMITH
_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name: ANGELA  SMITH
      First name   Middle name   Last name

Title: Bankruptcy Specialist

Company: Internal Revenue Service
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: Insolvency Group 7  300 North Los Angeles St, M/S 5022
Number Street
Los Angeles          CA     90012
City                 State  ZIP Code

Contact phone: 213-372-4381        Email: angela.r.smith@irs.gov

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service

**In the Matter of:** JAMIE LYNN GALLIAN
AKA JAMIE L GALLIAN
16222 MONTEREY LN SP #376
HUNTINGTON BEACH, CA 92649

**Form 410 Attachment**

**Case Number**
8:21-BK-11710-ES

**Type of Bankruptcy Case**
CHAPTER 7A

**Date of Petition**
07/09/2021

The United States has the right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agency. All rights of setoff are preserved and will be asserted to the extent lawful.

**Unsecured Priority Claims** under section 507(a)(8) of the Bankruptcy Code

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|
| XXX-XX-3936 | INCOME | 12/31/2018 | 07/19/2021 | $3,113.00 | $304.25 |
| | | | | $3,113.00 | $304.25 |

**Total Amount of Unsecured Priority Claims:** $3,417.25





| | |
|---|---|
| Notice | CP3219A |
| Tax year | 2019 |
| Notice date | April 18, 2022 |
| Social security number | 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 |
| Page 5 of 10 | |

## Changes to your 2019 tax return

| Your tax computations | Shown on return | As corrected by IRS | Difference |
|---|---|---|---|
| Taxable income, Form 1040, line 11b | -$8,940 | -$8,548 | $392 |
| Tax, Form 1040, line 12b | $0 | $0 | $0 |
| Tax on qualified plans | $0 | $320 | $320 |
| Total tax, Form 1040, line 16 | $0 | $320 | $320 |
| Earned income credit, Form 1040, line 18a | $258 | $285 | $27 |
| **Tax you owe *1** | | | **$293** |

| Payments | Shown on return | As corrected by IRS | Difference |
|---|---|---|---|
| Income tax withheld, Form 1040, line 17 | $406 | $408 | $2 |
| **Total payments *2** | | | **$2** |

(*1) Increases to credits result in a decrease to tax.
(*2) Increases to payments decrease the amount owed.

## Explanation of changes to your 2019 Form 1040

This section tells you specifically what income information the IRS received about you from others (including your employers, banks, mortgage holders, etc.). This information doesn't match the information you reported on your tax return.

Use the table to compare the data the IRS received from others to the information you reported on your tax return to understand where the difference(s) occurred. To assist you in reviewing your income amounts, the table may include both reported and unreported amounts.

### Interest

| Received from | Address | Account Information | Shown on return | Reported by others | Difference |
|---|---|---|---|---|---|
| ALLIANT CREDIT UNION | 11545 W TOUHY AVENUE CHICAGO IL 606669808 | 0027055601550493936 SSN 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 Form 1099-INT | $0 | $19 | $19 |

### Tax Withheld

| Received from | Address | Account Information | Shown on return | Reported by others | Difference |
|---|---|---|---|---|---|
| UNITED AIRLINES INC | 233 S WACKER DR 14TH F CHICAGO IL 60606 | SSN 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 Form W-2 | $406 | $408 | $2 |

### Retirement distributions

We couldn't identify the retirement distribution reported on your return based solely on information your payers reported to us. We need to know if the reported income is a pension, annuity, IRA, lump sum distribution, or employee savings plan.

If it's an annuity and you're recovering your after-tax contributions using the Simplified Method or General Rule, send us a signed statement with the date of your first payment, the amount you receive monthly, and the total amount you contributed.

If it's an IRA or lump sum distribution which you rolled over, send us Form 5498, IRA Contribution Information or similar documentation.

If the income is an employee savings plan, send us a copy of the document showing the gross and non-taxable amount of the distribution you received.

Continued on back...



Signed in as: **JAMIE GALLIAN** | Sign Out

# Direct Pay

Have questions or need additional information?

Step 5 of 5

## Confirmation

Your payment has been submitted. An email confirming this transaction will be sent to the email address you provided. You may want to print or record the information on this screen for future reference.

**Confirmation Number** 222-2644-4208-7431

**Submitted**
09-01-2022 11:39 A.M. Pacific Time (UTC -8:00)

**Payment Amount**
$350.00

**Payment Status**
Scheduled

**Payment Date**
September 01, 2022

**Reason for Payment**
Balance Due

**Payment Type**
Income Tax - Form 1040



```
Department of the Treasury
Internal Revenue Service
3211 S NORTHPOINTE DR              In reply refer to: 1083652484
FRESNO  CA  93725                  Oct. 13, 2021   LTR 4314C  A2 A
                                   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  201912 30
                                   Input Op: 1083652484 00037670
                                                      BODC: NOBOD


        JAMIE L GALLIAN
        16222 MONTEREY LN SPC 376
        HUNTINGTN BCH  CA  92649-2258
```



071550

Taxpayer identification number: 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
                 Tax periods: Dec. 31, 2019

                        Form: 1040

Dear Jamie L Gallian:

We received your reply on Sep. 03, 2021, to our notice about proposed changes to some of the items on your tax return.

We need additional time to complete our review of the information you provided on                    . If we can't complete our review within       days, we'll contact you again with an update on when you can expect our response. You don't need to respond to this letter. We apologize for the inconvenience.

If you have questions, you can call Office of M Aguirre at 800-829-8310 between 7:00 AM and 8:00 PM PDT.

If you prefer, you can write to us at the address at the top of the first page of this letter.

When you write, include a copy of this letter, and provide your telephone number and the hours we can reach you.

Keep a copy of this letter for your records.

Thank you for your cooperation.

                                        Sincerely yours,


                                        MARIA AGUIRRE
                                        OPERATIONS MANAGER, AUR



Department of the Treasury
Internal Revenue Service
PO BOX 621505
ATLANTA GA 30362-1505

| | |
|---|---|
| Notice | CP2000 |
| Tax year | 2018 |
| Notice date | November 23, 2020 |
| Social Security number | 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 |
| AUR control number | 50039-2534 |
| To contact us | Phone 1-800-829-8310 |
| | Fax 1-877-477-0967 |
| Page 1 of 9 | |



055646.289511.519257.17411 2 MB 0.439 1274

JAMIE L GALLIAN
16222 MONTEREY LN SPC 376
HUNTINGTN BCH CA 92649-2258



*55049393620181*



055646

We are proposing changes to your 2018 Form 1040 tax return. This is not a bill.

## Proposed amount due: $3,361

We received information from third parties such as employers or financial institutions that doesn't match the information you reported on your tax return. This notice:

- Proposes a change to tax and/or payments and credits (such as federal income tax withheld, earned income credit, etc.) that you originally reported.
- Provides you with an opportunity to agree or disagree with the proposed changes.

If our information is correct, you will owe $3,361 (including interest), which you need to pay by December 23, 2020.

### Summary of proposed changes

| | |
|---|---|
| Tax you owe | $3,113 |
| Payments | $0 |
| Interest | $248 |
| Proposed amount due by December 23, 2020 | $3,361 |

Reminder: This is not a bill. We haven't charged the proposed amount due.

### What you need to do immediately

If you need more time to respond to this notice, contact us at 1-800-829-8310. Interest will continue to accrue during this period if the information in this notice is correct.

Review this notice, and compare our changes to the information on your 2018 tax return.

**If you agree with the proposed changes**

- Complete, sign, and date the Response form on Page 7 **(we require both spouses' signatures if you filed married filing jointly)**, and mail it to us along with your payment of $3,361 so we receive it by December 23, 2020.
- **Do not file an amended return (Form 1040X) if you fully agree with our changes.** We'll make the correction when we receive your signed response.

**If you don't agree with the proposed changes**

- Complete the Response form on Page 7, and send it to us along with a signed statement explaining your disagreement and include any documentation that supports your claim so we receive it by December 23, 2020.
- If you have allowable costs or expenses related to the unreported income that will change our proposal, it may benefit you to include the applicable form or schedule with your response.

Continued on back...



| | |
|---|---|
| Notice | CP2000 |
| Tax year | 2018 |
| Notice date | November 23, 2020 |
| Social Security number | 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 |
| Page 3 of 9 | |

## Changes to your 2018 tax return

| Your income and deductions | Shown on return | As corrected by IRS | Difference |
|---|---|---|---|
| Cancellation of debt | $0 | $12,167 | $12,167 |
| Interest | $0 | $20 | $20 |
| **Income net difference** | | | **$12,187** |
| IRA/DEC contribution | $1,940 | $0 | -$1,940 |
| **Deduction net difference *1** | | | **-$1,940** |
| **Change to taxable income** | | | **$14,127** |

| Your tax computations | Shown on return | As corrected by IRS | Difference |
|---|---|---|---|
| Taxable income, Form 1040, line 10 | $56,077 | $70,204 | $14,127 |
| Tax, Form 1040, line 11 | $8,276 | $11,389 | $3,113 |
| Tax on qualified plans | $2,700 | $2,700 | $0 |
| Total tax, Form 1040, line 15 | $10,976 | $14,089 | $3,113 |
| **Tax you owe** | | | **$3,113** |

| Payments | Shown on return | As corrected by IRS | Difference |
|---|---|---|---|
| Income tax withheld, Form 1040, line 16 | $8,956 | $8,956 | $0 |
| **Total payments** | | | **$0** |

(*1) Decreases to deductions result in an increase to taxable Income.

### Explanation of changes to your 2018 Form 1040

This section tells you specifically what income information the IRS received about you from others (including your employers, banks, mortgage holders, etc.). This information doesn't match the information you reported on your tax return.

Use the table to compare the data the IRS received from others to the information you reported on your tax return to understand where the difference(s) occurred. To assist you in reviewing your income amounts, the table may include both reported and unreported amounts.

### Interest

| Received from | Address | Account Information | Shown on return | Reported by others | Difference |
|---|---|---|---|---|---|
| ALLIANT CREDIT UNION | 11545 W TOUHY AVENUE CHICAGO IL 606669808 | 0027055601550493936 SSN 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 Form 1099-INT | $0 | $20 | $20 |

### Cancellation of Debt

| Received from | Address | Account Information | Shown on return | Reported by others | Difference |
|---|---|---|---|---|---|
| MIDLAND FUNDING LLC | 3111 CAMINO DEL RIO NORTH SAN DIEGO CA 92108 | 8567773976 SSN 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 Form 1099-C Date 12/9/18 | $0 | $1,725 | $1,725 |
| MIDLAND FUNDING LLC | 3111 CAMINO DEL RIO NORTH SAN DIEGO CA 92108 | 8567773042 SSN 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 Form 1099-C Date 12/9/18 | $0 | $1,297 | $1,297 |
| U S BANK NA RETAIL BANKING EP-MN-WS5A | P O BOX 64799 ST PAUL MN 551640799 | 53048GALLI0057386482 SSN 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 Form 1099-C Date 12/31/18 | $0 | $9,145 | $9,145 |

Continued on back...

| | | |
|---|---|---|
| Notice | CP2000 | |
| Tax year | 2018 | |
| Notice date | November 23, 2020 | |
| Social Security number | 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 | |
| Page 4 of 9 | | |

| | | | |
|---|---|---|---|
| Cancellation of Debt Total | $0 | $12,167 | $12,167 |

**Your Individual Retirement Account (IRA) contributions aren't verified**
Your trustee didn't verify the amount you claimed on your tax return as contributions to your individual retirement account (IRA). Contributions you made after December 31st for the previous tax year aren't reported to the IRS until the end of that calendar year. Send us a copy of your Forms 5498, IRA Contribution Information, or similar documents to support your IRA deduction. If you or your spouse were covered by a pension plan, we may reduce or eliminate your IRA deduction if your modified adjusted gross income is more than the amount allowed for your filing status. For more information, see Publication 590-A, Contributions to Individual Retirement Arrangements (IRAs).

**Cancellation of Debt - Form 1099-C**
If a federal government agency, financial institution, credit union, or other lender cancels or forgives a debt you owe, you may receive a Form 1099-C, Cancellation of Debt. In most cases, you must include the canceled or forgiven amount in your income. There are several situations in which you don't have to include the canceled amount as income, but these exclusions aren't automatic. You must claim the benefit of any exclusion by filing Form 982, Reduction of Tax Attributes Due to Discharge of Indebtedness (and Section 1082 Basis Adjustment).

You can only exclude debt cancellation up to the insolvent amount. If you can exclude the canceled debt due to insolvency, provide a detail of your total assets and liabilities immediately before the discharge. You're insolvent to the extent your total liabilities exceeded your total assets. For more information and a worksheet to help calculate insolvency, see Publication 4681, Canceled Debts, Foreclosures, Repossessions and Abandonments (for Individuals). You must include any canceled debt that exceeds the amount of your insolvency as income on your tax return, unless another exclusion applies.

If you filed for bankruptcy, provide to us a copy of your bankruptcy paperwork to show you included the canceled debt in the bankruptcy. If you don't make payments you owe on a loan secured by property, the lender may foreclose on the loan or repossess the property, which is treated as a sale or exchange from which you may realize a gain or loss. If the lender foreclosed on your principal residence, you may realize ordinary income from cancellation of debt if the loan balance is more than the fair market value of the property. If the amount of principal you owed on your home mortgage was reduced as part of a loan modification, you may be able to exclude the amount of canceled debt from income.

For more information on these topics, see Publication 4681, Canceled Debts, Foreclosures, Repossessions, and Abandonments (for Individuals), or Publication 544, Sales and Other Dispositions of Assets.



## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 5801 Skylab Road Huntington Beach, CA 92649

A true and correct copy of the foregoing document entitled (*specify*): DEBTORS NOTICE ALL INTERESTED PARTIES UNDERPAYMENT ~~2018 IRS PAID IN FULL $8900.00~~ of 2019 IRS 1040 paid in full
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 9/2/ ~~On August 31~~ 2022 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**: On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by causing to be placed a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed. ☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

September 2, 2022

| ~~August 31 2022~~ | ROBERT MCLELLAND | *Robert McLelland* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                         F 9013-3.1.PROOF.SERVICE