D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Movant and Creditor,
HOUSER BROS. CO. dba RANCHO DEL REY MOBILE HOME ESTATES

**FILED & ENTERED**

**SEP 07 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** jle    **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>   Debtor. | Case No. 8:21-bk-11710-ES<br><br>Chapter 7<br><br>ORDER CONTINUING HEARING ON DEBTOR'S NOTICE OF AND MOTION FOR RECONSIDERATION OF 7.21.22 ORDER SUSTAINING HOUSER BROS. CO. DBA RANCHO DEL REY MOBILE HOME ESTATES'S OBJECTION TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION<br><br>[MOTION: DK. NO. 157]<br><br>HEARING DATE<br>Date:   August 18, 2022<br>Time:  10:30 a.m.<br>Ctrm:  5A<br>Location: 411 W. Fourth Street, Santa Ana, CA 92701<br><br>CONTINUED HEARING DATE<br>Date:   September 22, 2022<br>Time:  10:00 a.m.<br>Ctrm:  5A<br>Location: 411 W. Fourth Street, Santa Ana, CA 92701 |

On August 18, 2022, at 10:30 a.m., the Court held a hearing on the Motion for Reconsideration of 7.21.22 Order Sustaining Houser Bros. Co. DBA Rancho Del Rey Mobile Home Estates Objection to Debtor's Claimed Homestead Exemption ("Motion"), filed by Jamie Lynn Gallian ("Debtor") on July 26, 2022, as Dk. No. 157. Appearances were as noted on the

1

record. During the hearing, all parties were given an opportunity to be heard. The Court, having read and considered the Motion; the Response by Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates ("Houser Bros."), Dk. No. 170; the Joinders of Chapter 7 Trustee Jeffrey I. Golden and The Huntington Beach Gables Homeowners Association in Houser Bros.'s Response, Dk. Nos. 171, 173; and Debtor's Reply, Dk. No. 185; and all other pleadings and papers filed in this case, the Court's tentative ruling, and having heard the arguments made on the record during the hearing, the Court enters its order as follows:

IT IS ORDERED that:

1. The hearing on the Motion is continued to September 22, 2022, at 10:00 a.m., before this Court;

2. No further briefing on the Motion is allowed or will be considered, and all pleadings are closed;

3. The Court will proceed on the merits of Debtor's Motion if Debtor's appeals [Dk. Nos. 143, 161, 169, and 189] are dismissed, and no further appeals are pending regarding the Court's ruling on Houser Bros.'s Motion Objecting to Debtor's Claimed Homestead Exemption, Dk. No. 95.

### 

Date: September 7, 2022

Erithe Smith
United States Bankruptcy Judge

4862-6578-5903, v. 1

2