JAMIE LYNN GALLIAN
16222 MONTEREY LANE UNIT 376
HUNTINGTON BEACH, CA 92649
714-321-3449
JAMIEGALLIAN@GMAIL.COM

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| JAMIE LYNN GALLIAN<br><br>DEBTOR, | Case No. 8:21-bk-11710-SC<br>Chapter 7<br><br>**ORDER AUTHORIZING DEBTORS NOTICE TO TRUSTEE TO ABANDON ESTATE'S INTEREEST IN REINVESTED FUNDS FROM SALE OF UNIT 53, 10/31/2018 APN 937-630-53 TO PURCHASE LBM1081 ON NOVEMBER 1, 2018, AND AGAINST JAMIE LYNN GALLIAN RELATING TO THE PURCHASE IN THE PERSONAL PROPERTY COMMONY KNOWN AS 16222 MONTEREY LN. #376, HUNTINGTON BEACH, CALIFORNIA 92649.**<br>**[DOC 203]** |
|---|---|

The Court having reviewed the Debtor's Notice to Chapter 7 Trustee to Abandon Estate's Interest in Debtor's Reinvested Funds From The Sale Of Unit 53 on 10/31/2018 A.P.N. 937-630-53 To Purchase LBM1081 on November 1, 2018, and against debtor Relating to the Purchase of the Personal Property Commonly Known As 16222 Monterey Ln. #376, Huntington Beach, California 92649, and is in the best interest of the estate.

1

It also appears that due and proper notice of the application was given to the Trustee, Trustee's counsel, the United States Trustee, and all parties in interest. It also appears that no objections or requests for hearing with respect to the application to abandon property have been filed.

/ / /

/ / /

It appearing that good cause exists,

**IT IS ORDERED THAT:**

1. The application by Debtor is approved, and the Trustee is authorized to abandon the Estate's Interest in Debtor's Reinvested Funds From the the Chapter Sale of Unit 53, on 10/31/2018 APN 937-630-53, To Purchase LBM1081 on November 1, 2018 and against Jamie Gallian Relating to the Purchase in the Personal Property Commonly Known As 16222 Monterey Ln. #376, Huntington Beach, California 92649, is abandoned to the Debtor.

###

Dated: September ___, 2022

Scott C. Clarkson
United States Bankruptcy Judge

2