1   ERIC P. ISRAEL (State Bar No. 132426)
    *eisrael@DanningGill.com*
2   AARON E. DE LEEST (State Bar No. 216832)
    *adeleest@DanningGill.com*
3   DANNING, GILL, ISRAEL & KRASNOFF, LLP
    1901 Avenue of the Stars, Suite 450
4   Los Angeles, California 90067-6006
    Telephone:   (310) 277-0077
5   Facsimile:   (310) 277-5735

6   Attorneys for Jeffrey I. Golden,
    Chapter 7 Trustee
7

8               **UNITED STATES BANKRUPTCY COURT**

9               **CENTRAL DISTRICT OF CALIFORNIA**

10                   **SANTA ANA DIVISION**

11

12  In re                              Case No. 8:21-bk-11710-SC

13  JAMIE LYNN GALLIAN,                 Chapter 7

14                                      **TRUSTEE'S OBJECTION TO DEBTOR'S**
                                        **NOTICE OF LODGMENT OF ORDER**
15          Debtor.                     **AND FORM OF AMENDED - ORDER**
                                        **DENYING CHAPTER 7 TRUSTEE**
16                                      **JEFFREY I GOLDEN'S APPLICATION**
                                        **OF THE CHAPTER 7 TRUSTEE TO**
17                                      **EMPLOY REAL ESTATE BROKER**
                                        **COLDWELL BANKER REALTY AND**
18                                      **AGENTS WILLIAM FRIEDMAN AND**
                                        **GREG BINGHAM PURSUANT TO 11**
19                                      **U.S.C. §§ 327 AND 328**

20                                      Date:     September 13, 2022
                                        Time:     11:00 a.m.
21                                      Place:    Courtroom "5C"
                                                  411 W. 4th Street
22                                                Santa Ana, California 92701

23      ────────────────────────────

24          Jeffrey I. Golden, the Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Jamie

25  Lynn Gallian (the "Debtor), hereby objects to the form of Debtor's proposed Order (the "Proposed

26  Order") attached to the Notice of Lodgment of Order (*docket no. 230*) (the "Notice of Lodgment"),

27  denying the Trustee's Application to Employ Real Estate Broker Coldwell Banker Realty and

28  Agents William Friedman And Greg Bingham Pursuant to 11 U.S.C. §§ 327 and (*docket no. 162*)

1    (the "Application").  A copy of the Proposed Order lodged by the Debtor is attached as Exhibit "1"

2    hereto.  The Trustee objects to the form of Proposed Order as follows:

3         1.    The Court's order should only reflect the Court's ruling in relation to the underlying

4    Application – which was to deny the Application, without prejudice.  Here, however, the Proposed

5    Order includes a recitation of facts, purported statements and arguments, and exhibits that were not

6    part of the Court's ruling and that the Court did not authorize to be included in its order on the

7    Application.  In addition, although not appropriate to include in any order, the Court simply did not

8    recite any facts, make any factual findings, or reference any separate authority as part of its ruling.

9    It also did not ask the Debtor to prepare the Proposed Order or, particularly, to include any facts,

10   findings, or authority in the Proposed Order.  The Court's official record, not the order, reflects

11   what occurred at the hearing.

12        2.    The Proposed Order improperly includes exhibits not authorized by the Local Rules.

13   *See* LBR 9021-1(a).

14        3.    The Proposed Order does not accurately reflect who appeared at the hearing for the

15   Trustee.  The Proposed Order incorrectly states that Mr. Israel appeared at the hearing.  However, it

16   was Aaron E. de Leest that appeared for the Trustee, not Mr. Israel.

17        Wherefore, in light of the above objections, the Trustee respectfully requests that the Court

18   not enter the Proposed Order lodged by the Debtor, and, instead, enter the form of order lodged by

19   the Trustee, a copy of which is attached as Exhibit "2" hereto.

20

21   DATED:  September 20, 2022            DANNING, GILL, ISRAEL & KRASNOFF, LLP

22

23                                        By:    ___/s/ Aaron E. de Leest_____

24                                            AARON E. DE LEEST
                                             Attorneys for Jeffrey I. Golden, Chapter 7 Trustee
25

26

27

28

1693915.1  27064                          2

EXHIBIT 1

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| JAMIE LYNN GALLIAN<br>16222 MONTEREY LANE UNIT 376<br>HUNTINGTON BEACH, CA 92649<br>(714)321-3449<br>JAMIEGALLIAN@GMAIL.COM | |
| ☒ Individual *appearing without an attorney*<br>☐ Attorney for: | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>JAMIE LYNN GALLIAN | CASE NO.: 8:21-BK-11710-SC<br>CHAPTER: 7 |
|---|---|
| Debtor(s) | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion[1]*):<br>CHAPTER 7 TRUSTEE'S APPLICATION TO EM<br>REAL ESTATE BROKER COLDWELL BANKER<br>AND AGENTS PURSUANT TO 11 U.S.C. §§ 327<br>and 328. |

PLEASE TAKE NOTE that the order titled <u>ORDER DENYING CHAPTER 7 TRUSTEE JEFFREY I GOLDEN'S APPLICATION</u>
<u>OF THE CHAPTER 7 TRUSTEE TO EMPLOY REAL ESTATE BROKER COLDWELL BANKER REALTY AND AGENTS \</u>
<u>FRIEDMAN AND GREG BINGHAM PURSUANT TO 11 U.S.C. §§ 327 AND 328.</u>

was lodged on (*date*) <u>09/17/2022</u> and is attached. This order relates to the motion which is docket number <u>162</u>.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

EXHIBIT 1            3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
5801 SKYLAB ROAD
HUNTINGTON BEACH, CA 92649

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) ___09/17/2022___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (date) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/17/2022 | ROBERT MCLELLAND | *Robert McLelland* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>: CONTINUED:
   - **ATTORNEY FOR TRUSTEE JEFFREY I GOLDEN (TR):** Aaron E DE Leest adeleest@DanningGill.com, danninggill@gmail.com; adeleest@ecf.inforuptcy.com
   - **ATTORNEY FOR CREDITOR and PLAINTIFF THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION:** Robert P Goe kmurphy@goeforlaw.com, rgoe@goeforlaw.com; goeforecf@gmail.com
   - **TRUSTEE JEFFREY I GOLDEN (TR):** Jeffrey I Golden (TR lwerner@wgllp.com, jig@trustesolutions.net; kadele@wgllp.com
   - **ATTORNEY FOR PLAINTIFF HOUSER BROS. CO.:** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
   - **ATTORNEY FOR CREDITOR and PLAINTIFF THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION:** Brandon J Iskander biskander@goeforlaw.com, kmurphy@goeforlaw.com
   - **ATTORNEY FOR TRUSTEE JEFFREY I GOLDEN (TR):** Eric P Israel eisrael@DanningGill.com, danninggill@gmail.com; eisrael@ecf.inforuptcy.com
   - **ATTORNEY FOR PLAINTIFF HOUSER BROS. CO.:** Laila Masud lmasud@marshackhays.com, lmasud@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
   - **ATTORNEY FOR DEFENDANT RANDALL L NICKEL:** Mark A Mellor mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com
   - **INTERESTED PARTY COURTESY NEF:** Valerie Smith claims@recoverycorp.com
   - **U.S. TRUSTEE:** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

JAMIE LYNN GALLIAN
16222 Monterey Lane Unit 376
Huntington Beach, CA 92649
(714)321-3449
jamiegallian@gmail.com

IN PRO PER

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:21-bk-11710-SC |
| JAMIE LYNN GALLIAN, | Hon. Scott C. Clarkson |
| Debtor. | Chapter 7 |
| | AMENDED - ORDER DENYING CHAPTER 7 TRUSTEE JEFFREY I GOLDEN'S APPLICATION OF THE CHAPTER 7 TRUSTEE TO EMPLOY REAL ESTATE BROKER COLDWELL BANKER REALTY AND AGENTS WILLIAM FRIEDMAN AND GREG BINGHAM PURSUANT TO 11 U.S.C. §§ 327 AND 328; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATIONS OF WILLIAM FRIEDMAN AND GREG BINGHAM IN SUPPORT [DOC 162] |
| | HEARING DATE
Date:      September 13, 2022
Time:      11:00 a.m.
Ctrm:      5C VIA ZOOMGOV
Address: 411 W. Fourth Street
Santa Ana, CA 92701 |

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY

JUDGE, AND ALL INTERESTED PARTIES:

On July 28, 2022, Chapter 7 Trustee, Jeffrey I. Golden, ("Trustee") filed "APPLICATION

TO EMPLOY REAL ESTATE BROKER COLDWELL BANKER REALTY AND AGENTS

WILLIAM FRIEDMAN AND GREG BINGHAM PURSUANT TO 11 U.S.C. §§ 327 AND 328;

MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATIONS OF WILLIAM

1

6

1 FRIEDMAN AND GREG BINGHAM IN SUPPORT" [DOC 162]. The Motion was set for hearing

2 on September 13, 2022, at 11:00 a.m. [DOC NO. 195]

3      On August 30, 2022, Jamie Lynn Gallian ("DEBTOR") filed "OPPOSITION TO

4 APPLICATION OF THE CHAPTER 7 TRUSTEE TO EMPLOY REAL ESTATE BROKER

5 COLDEWELL BANKER REALTY AND AGENTS WILLIAM FRIEDMAN AND GREG

6 BINGHAM PURSUANT TO 11 U.S.C. §§327 AND 328; DOC 128; DECLARATION JAMIE

7 LYNN GALLIAN ISO OF OPPOSITION. ("OPPOSITION") [DOC 208].

8      On September 7, 2022, *Statement 218, The Huntington Beach Gables Homeowners*

9 *Association Joinder to Trustee's Reply in Support of Application to Employ Real Estate Broker*.

10 [DOC 221].

11      On September 13, 2022, at 11:00 a.m. the Court conducted a hearing on the Application of

12 the Chapter 7 Trustee to Employ Real Estate Broker Coldwell Banker Realty and Agents William

13 Friedman and Greg Bingham pursuant to 11 U.S.C. §§327 and 328.

14      Before September 13, 2022, at 11:00 a.m., the Court published a tentative ruling. A true and

15 correct copy of the Court's tentative ruling for the September 13, 2022, hearing is attached as

16 **EXHIBIT 1.**

17      On September 13, 2022, at 11:00 a.m. the Court held a hearing on the Trustee's Application.

18 [DOC 162]. Appearances were as noted on the record.

19      During the hearing, all parties were given an opportunity to be heard. The Court having read

20 and considered the Trustee's Application, argument presented by the Trustee's Counsel, Eric Israel;

21 argument presented by Jamie Lynn Gallian ("Debtor") in support of Opposition to Trustee's

22 Application; and argument presented by Joinder Huntington Beach Gables Homeowners Association

23 ("Gables HOA") Attorney Robert Goe.

24      Attorney Goe presented argument concerning debtors denied homestead exemption [DOC

25 177], citing *In re Schaefers,* 623 B.R. 777 (B.A.P. 9th Cir. 2020) to the Court.

26      The Honorable Scott C Clarkson addressed Attorney Goes' argument and discussed a recent

27 unpublished opinion by the Ninth District Court. See Footnote 1.

28                                     2

                                                                                                7

1    On August 31, 2022, The Ninth Circuit filed MEMORANDUM No. 20-60055.

2    The relevant portion to the Debtor's bankruptcy case at bar, page 3, of the Ninth Circuit

3    Memorandum No. 60055……"the published decision of the Bankruptcy Appellate Panel Order of

4    the bankruptcy court sustaining the objection to the claimed homestead exemption, *In re Bernd*

5    *Schaefers* [Dkt. No. 143], Case No. 9:19-bk-11163-MB (Bank. C.D. Cal. Mar. 18, 2020) **are**

6    **VACATED".   EXHIBIT 2**

7    After all arguments were addressed by the Court, all other pleadings and papers filed in this

8    case considered, and having heard the arguments made on the record during the September 13, 2022,

9    hearing, the Court enters its order as follows:

10

11

12

13

14

15

16

17    _____

**Foot Note 1**

18   **Ninth Circuit Rule 36-3. Citation of Unpublished Dispositions or Orders**
        **Not Precedent.** Unpublished dispositions and orders of this Court are not precedent, except when

19   **(a)** relevant under the doctrine of law of the case or rules of claim preclusion or issue preclusion.
        **Citation of Unpublished Dispositions and Orders Issued on or after January 1, 2007.**

20       Unpublished dispositions and orders of this Court issued on or after January 1, 2007 may be cited

21   **(b)** to the courts of this circuit in accordance with FRAP 32.1.
        **Citation of Unpublished Dispositions and Orders Issued before January 1, 2007.**

22       Unpublished dispositions and orders of this Court issued before January 1, 2007 may not be cited

23   **(c)** to the courts of this circuit, except in the following circumstances.
      **(i)** They may be cited to this Court or to or by any other court in this circuit when relevant under the

24   doctrine of law of the case or rules of claim preclusion or issue preclusion.
      **(ii)** They may be cited to this Court or by any other courts in this circuit for factual purposes, such as

25   to show double jeopardy, sanctionable conduct, notice, entitlement to attorneys' fees, or the
      existence of a related case.

26   **(iii)** They may be cited to this Court in a request to publish a disposition or order made pursuant to
      Circuit Rule 36-4, or in a petition for panel rehearing or rehearing en banc, in order to demonstrate

27   the existence of a conflict among opinions, dispositions, or orders.

28                                              3

IT IS ORDERED that Chapter 7 Trustee's Application to Employ Real Estate Broker Coldwell Banker Realty and Agents William Friedman and Greg Bingham pursuant to 11 U.S.C. §§327 and 328 is DENIED WITHOUT PREJUDICE.

### # # #

Date:  September _____, 2022          _____

                                      Scott C. Clarkson
                                      United States Bankruptcy Judge

4

**EXHIBIT 1**

**United States Bankruptcy Court**
**Central District of California**
Santa Ana
Scott Clarkson, Presiding
Courtroom 5C Calendar

| | | |
|---|---|---|
| **Tuesday, September 13, 2022** | **Hearing Room** | **5C** |

<u>11:00 AM</u>
**8:21-11710    Jamie Lynn Gallian**                                                    **Chapter 7**

**#12.00**

Hearing RE: Application Of The Chapter 7 Trustee To Employ Real Estate
Broker Coldwell Banker Realty And Agents William Friedman And Greg
Bingham Pursuant To 11 U.S.C. Sections 327 And 328
(Motion filed 7/28/2022)
(Set per Amended Notice of Hearing filed 8/22/2022)

Docket      162

**Tentative Ruling:**

Tentative for 9/13/22:

The Court would like to hear from the parties regarding this analysis:

If the broker fails to sell the Property (because no one will buy it or it cannot
be sold under § 363), the broker will not receive compensation from the
Estate. Further, it appears that the broker is not being employed to sell the
non-real property "interest" of the Debtor, but only the real estate. If
employment is granted, it will not be determinative of whether the real
property may be sold under § 363, but only that if it can be (and is) sold, the
broker may be compensated.

Virtual appearances required. The courtroom will be locked; parties will not be
permitted to appear in the courtroom. The hearing will take place using Zoom
for Government, a free service that provides audioconference and
videoconference capabilities.

Participants may connect to the videoconference through an Internet browser
by entering the Videoconference URL shown below, as well as the meeting ID
and password, when prompted.

Videoconference URL:      https://cacb.zoomgov.com/j/1613937735

Meeting ID:                      161 393 7735

**United States Bankruptcy Court**
**Central District of California**
Santa Ana
Scott Clarkson, Presiding
Courtroom 5C Calendar

Tuesday, September 13, 2022                                    **Hearing Room    5C**

11:00 AM
CONT...        **Jamie Lynn Gallian**                                    Chapter 7

Password:                      918252

If a participant is unable to send and receive audio through his/her computer,
or join the videoconference through an Internet browser for any reason, the
audio of the hearing may be accessed by telephone using the following audio
conference information:

Audioconference Tel. No.: +1 (669) 254 5252 or +1 (646) 828 7666

Meeting ID:                161 393 7735

Password:                  918252

For further details, please consult the instructions on the Court's website
https://www.cacb.uscourts.gov/judges/honorable-scott-c-clarkson.

Please note that default matters may be called prior to the videoconference,
so there may be a slight delay to the official start time of the videoconference
hearing.

As noted in the Court's Zoom Video Hearing Guide, located at
https://www.cacb.uscourts.gov/node/7890, all persons are strictly prohibited
from making any recording of court proceedings, whether by video, audio,
"screenshot," or otherwise. Violation of this prohibition may result in the
imposition of monetary and non-monetary sanctions.

| Party Information |
|---|

**Debtor(s):**

    Jamie Lynn Gallian                          Pro Se

**United States Bankruptcy Court**
**Central District of California**
**Santa Ana**
**Scott Clarkson, Presiding**
**Courtroom 5C Calendar**

Tuesday, September 13, 2022                                      Hearing Room        5C

11:00 AM
CONT...        Jamie Lynn Gallian                                              Chapter 7

  Movant(s):

        Jeffrey I Golden (TR)              Represented By
                                            Aaron E DE Leest
                                            Eric P Israel


  Trustee(s):

        Jeffrey I Golden (TR)              Represented By
                                            Aaron E DE Leest
                                            Eric P Israel

**EXHIBIT 2**

NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 31 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: BERND SCHAEFERS, | No.   20-60055 |
| Debtor, | BAP No. 20-1067 |
| ------------------------------ | |
| BERND SCHAEFERS, | MEMORANDUM* |
| Appellant, | |
| v. | |
| BLIZZARD ENERGY, INC.; FRANZISKA SHEPARD, | |
| Appellees. | |

Appeal from the Ninth Circuit
Bankruptcy Appellate Panel
Spraker, Gan, and Lafferty III, Bankruptcy Judges, Presiding

Submitted August 30, 2022**

Before:  WALLACE, FERNANDEZ, and SILVERMAN, Circuit Judges

---

\*       This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Bernd Schaefers appeals pro se from the decision of the Bankruptcy

Appellate Panel that affirmed the denial by the bankruptcy court of his homestead

exemption claim.  We have jurisdiction under 28 U.S.C. § 158(d), and we dismiss

the appeal as moot.

Schaefers claimed a homestead exemption in his interest in BKS Cambria,

LLC.  While this appeal was pending, the bankruptcy court granted the Chapter 7

trustee's motion to abandon all assets of the estate, including any interest in BKS

Cambria, LLC.  Because BKS Cambria, LLC is no longer part of the estate,

Schaefers can no longer claim a homestead exemption in it in the bankruptcy case.

See 11 U.S.C. § 522(b)(1) (stating that "an individual debtor may exempt *from*

*property of the estate…*") (emphasis added).

Thus, this appeal is moot.  *See In re Nat'l Mass Media Telecomm. Sys., Inc.*,

152 F.3d 1178, 1180 (9th Cir. 1998) (holding that a case is moot when "an event

occurs while a case is pending appeal that makes it impossible for the court to

grant 'any effectual relief'"), *quoting Church of Scientology of California v. United*

*States*, 506 U.S. 9, 12 (1992).

Because the appeal is moot due to reasons outside of Schaefers' control,

vacatur of the decisions below is warranted.  *See In re Pattullo*, 271 F.3d 898, 902

(9th Cir. 2001) (vacating district court and bankruptcy court orders where

bankruptcy appeal was mooted by dismissal of Chapter 13 proceeding).

2

16

Accordingly, the published decision of the Bankruptcy Appellate Panel, *In re Schaefers*, 623 B.R. 777 (B.A.P. 9th Cir. 2020), and the order of the bankruptcy court sustaining the objection to the claimed homestead exemption, *In re Bernd Schaefers*, Dkt. No. 143, Case No. 9:19-bk-11163-MB (Bank. C.D. Cal. Mar. 18, 2020), are VACATED.

Schaefers' requests for judicial notice (Dkt. Nos. 15 and 24) are GRANTED.

**APPEAL DISMISSED.**

EXHIBIT 2

1  ERIC P. ISRAEL (State Bar No. 132426)
   *eisrael@DanningGill.com*
2  AARON E. DE LEEST (State Bar No. 216832)
   *adeleest@DanningGill.com*
3  DANNING, GILL, ISRAEL & KRASNOFF, LLP
   1901 Avenue of the Stars, Suite 450
4  Los Angeles, California 90067-6006
   Telephone:   (310) 277-0077
5  Facsimile:    (310) 277-5735

6  Attorneys for Jeffrey I. Golden,
   Chapter 7 Trustee
7

8              **UNITED STATES BANKRUPTCY COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10                   **SANTA ANA DIVISION**

11

12  In re                                    Case No. 8:21-bk-11710-SC

13  JAMIE LYNN GALLIAN,                       Chapter 7

14                                            **ORDER DENYING APPLICATION OF
                                              THE CHAPTER 7 TRUSTEE TO**
15              Debtor.                       **EMPLOY REAL ESTATE BROKER
                                              COLDWELL BANKER REALTY AND**
16                                            **AGENTS WILLIAM FRIEDMAN AND
                                              GREG BINGHAM PURSUANT TO 11**
17                                            **U.S.C. §§ 327 AND 328 WITHOUT
                                              PREJUDICE**
18
                                             Date:      September 13, 2022
19                                           Time:      11:00 a.m.
                                             Place:     Courtroom "5C"
20                                                       411 W. 4th Street
                                                         Santa Ana, California 92701
21

22          On September 13, 2022 at 11:00 a.m., there came before the United States Bankruptcy

23  Court for the Central District of California, Santa Ana Division, the Honorable

24  Scott C. Clarkson, United States Bankruptcy Judge, presiding, a hearing on the *Trustee's*

25  *Application to Employ Real Estate Broker Coldwell Banker Realty and Agents William Friedman*

26  *and Greg Bingham Pursuant to 11 U.S.C. §§ 327 and 328* (docket no. 162) (the "Application")

27  filed by Jeffrey I. Golden, Chapter 7 Trustee (the "Trustee"). Aaron E. de Leest of Danning, Gill,

28  Israel & Krasnoff, LLP, appeared for the Trustee, who also appeared. Robert P. Goe of Goe

1    Forsythe & Hodges LLP, appeared for Huntington Beach Gables Homeowners Association.  The

2    Debtor appeared in pro per.  There were no other appearances.

3          The Court having read and considered the Application, the Debtor's opposition to the

4    Application (*docket no. 208*), the Trustee's reply to the Debtor's opposition (*docket no. 219*), and

5    the HOA's joinder in the Trustee's reply (*docket no. 221*), having heard the oral statements of the

6    Debtor, the Trustee, and counsel at the hearing, and for the reasons set forth by the Court on the

7    record at the hearing, it is hereby

8          ORDERED THAT:

9          1.      The Application is denied, without prejudice.

10                                        ###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled (*specify*): TRUSTEE'S OBJECTION TO DEBTOR'S NOTICE OF LODGMENT OF ORDER AND FORM OF AMENDED - ORDER DENYING CHAPTER 7 TRUSTEE JEFFREY I GOLDEN'S APPLICATION OF THE CHAPTER 7 TRUSTEE TO EMPLOY REAL ESTATE BROKER COLDWELL BANKER REALTY AND AGENTS WILLIAM FRIEDMAN AND GREG BINGHAM PURSUANT TO 11 U.S.C. §§ 327 AND 328 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 20, 2022  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

⊠ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:  On  September 20, 2022 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

⊠ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 20, 2022 | Beverly Lew | /s/ Beverly Lew |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**ADDITIONAL SERVICE INFORMATION** (if needed):

## 1.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

Aaron E DE Leest on behalf of Trustee Jeffrey I Golden (TR)
adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com

Robert P Goe on behalf of Creditor The Huntington Beach Gables Homeowners Association
kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe on behalf of Plaintiff The Huntington Beach Gables Homeowners Association
kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com

Jeffrey I Golden (TR)      lwerner@go2.law, jig@trustesolutions.net;kadele@go2.law

D Edward Hays on behalf of Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays on behalf of Interested Party Courtesy NEF
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays on behalf of Plaintiff Houser Bros. Co.
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Brandon J Iskander on behalf of Creditor The Huntington Beach Gables Homeowners Association
biskander@goeforlaw.com, kmurphy@goeforlaw.com

Brandon J Iskander on behalf of Plaintiff The Huntington Beach Gables Homeowners Association
biskander@goeforlaw.com, kmurphy@goeforlaw.com

Eric P Israel on behalf of Trustee Jeffrey I Golden (TR)
eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Laila Masud on behalf of Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates
lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Laila Masud on behalf of Interested Party Courtesy NEF
lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Laila Masud on behalf of Plaintiff Houser Bros. Co.
lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Mark A Mellor on behalf of Defendant Randall L Nickel
mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com

Mark A Mellor on behalf of Interested Party Courtesy NEF
mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com

Valerie Smith on behalf of Interested Party Courtesy NEF      claims@recoverycorp.com

United States Trustee (SA)      ustpregion16.sa.ecf@usdoj.gov

## 2.  SERVED BY U.S. MAIL

Debtor                          The Honorable Scott C. Clarkson
Jamie Lynn Gallian              U.S. Bankruptcy Court
16222 Monterey Ln Unit 376      411 W. Fourth Street, Suite 5130
Huntington Beach, CA 92649      Santa Ana, CA 92701

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                              **F 9013-3.1.PROOF.SERVICE**