D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Creditor,
HOUSER BROS. CO. dba RANCHO DEL
REY MOBILE HOME ESTATES

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>                Debtor. | Case No. 8:21-bk-11710-SC<br><br>Chapter 7<br><br>STATUS REPORT IN ADVANCE OF CONTINUED HEARING ON MOTION FOR RECONSIDERATION OF 7.21.22 ORDER SUSTAINING HOUSER BROS. CO. DBA RANCHO DEL REY MOBILE HOME ESTATE'S OBJECTION TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION<br><br>Date:   September 22, 2022<br>Time:  10:00 a.m.<br>Ctrm:  5C[1]<br>Location: 411 W. Fourth Street, Santa Ana, CA 92701 |

/ / /

/ / /

---

[1] Notwithstanding the opening of the Courthouse to in-person proceedings, in light of the overwhelming support by the Bar for continued virtual appearances, Judge Clarkson will continue utilizing ZoomGov in a hybrid format, holding the majority of hearings by video, with an option for in-person hearings. Please see the calendaring instructions which may be located in the Self-Calendaring section of Judge Clarkson's webpage for more details and effective dates..

1  TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE,

2  THE DEBTOR, AND ALL INTERESTED PARTIES:

3         Houser Bros. Co., dba Rancho Del Rey Mobile Home Estates ("Houser Bros.") files this

4  status report to advise the Court regarding the status of Debtor's appeals of the Court's "Order

5  Granting Houser Bros. Co. DBA Rancho Del Rey Mobile Home Estates's Motion Objecting to

6  Debtor's Claimed Homestead Exemption in 16222 Monterey Lane, Space #376, Huntington Beach,

7  CA 92649, Docket No. 95," entered on August 5, 2022, as Docket No. 177.

8         The four appeals filed by the Debtor have subsequently been dismissed. See, Request for

9  Judicial Notice.

10

11

12  DATED: September 20, 2022              MARSHACK HAYS LLP

13
                                          */s/ D. Edward Hays*
14                              By: _____
                                          D. EDWARD HAYS
15                                        LAILA MASUD
                                          BRADFORD N. BARNHARDT
16                                        Attorneys for Movant and Creditor,
                                          HOUSER BROS. CO. dba RANCHO DEL
17                                        REY MOBILE HOME ESTATES

18

19

20

21

22

23

24

25

26

27

28

STATUS REPORT RE: DEBTOR'S MOTION FOR RECONSIDERATION

4880-1284-8131,v.1

# REQUEST FOR JUDICIAL NOTICE

Houser Bros. Co., dba Rancho Del Rey Mobile Home Estates ("Houser Bros."), through its attorneys Marshack Hays LLP, hereby requests pursuant to Federal Rule of Evidence 201, that this Court take judicial notice of the following documents:

| NO. | JUDICIALLY NOTICED DOCUMENTS |
|---|---|
| 1. | A true and correct copy of the Docket related to U.S. Bankruptcy Appellate Panel Case No. 22-1166, *Jamie Gallian v. Houser Bros. Co., et al.* |
| 2. | A true and correct copy of the Docket related to U.S. Bankruptcy Appellate Panel Case No. 22-1146, *Jamie Gallian v. Houser Bros. Co., et al.* |
| 3. | A true and correct copy of the Docket related to U.S. District Court Case No. 8:22-cv-01462-RGK, *Jamie Gallian v. Houser Bros. Co., et al.* |
| 4. | A true and correct copy of the Docket related to U.S. District Court Case No. 8:22-cv-01454-ODW, *Jamie Gallian v. Houser Bros. Co., et al.* |

DATED: September 20, 2022                    MARSHACK HAYS LLP

                                             */s/ D. Edward Hays*
                                    By: _____
                                             D. EDWARD HAYS
                                             LAILA MASUD
                                             BRADFORD N. BARNHARDT
                                             Attorneys for Movant and Creditor,
                                             HOUSER BROS. CO. dba RANCHO DEL
                                             REY MOBILE HOME ESTATES

STATUS REPORT RE: DEBTOR'S MOTION FOR RECONSIDERATION

4880-1284-8131,v.1

EXHIBIT  1

**General Docket**
**U. S. Bankruptcy Appellate Panel for the Ninth Circuit**

| | |
|---|---|
| **Bankruptcy Appellate Panel Docket #:** 22-1166 | **Docketed:** 08/18/2022 |
| Jamie Gallian v. Houser Bros. Co., et al | **Termed:** 09/16/2022 |
| **Appeal From:** California Central - Santa Ana | |
| **Fee Status:** fee paid | |

**Case Type Information:**
   1) Bankruptcy
   2) Chapter 7 Non-Business
   3) null

**Originating Court Information:**
   **District:** 0973-8 : 8:21-bk-11710-ES
   **Presiding Judge:** Erithe A. Smith, U.S. Bankruptcy Judge
   **Date Filed:** 07/09/2021
   **Date Order/Judgment:**                 **Date NOA Filed:**                 **Date Rec'd BAP:**
   08/05/2022                                      08/18/2022                            08/18/2022

**Prior Cases:**
   22-1149    **Date Filed:** 07/28/2022    **Date Disposed:** 08/03/2022    **Disposition:** Transferred by election
   22-1155    **Date Filed:** 08/05/2022    **Date Disposed:** 08/18/2022    **Disposition:** Transferred by election

**Current Cases:**

| | **Lead** | **Member** | **Start** | **End** |
|---|---|---|---|---|
| Related | | | | |
| | 22-1146 | 22-1149 | 07/28/2022 | |
| | 22-1146 | 22-1155 | 08/05/2022 | |
| | 22-1146 | 22-1166 | 08/18/2022 | |

| |
|---|
| **Panel Assignment:**     Not available |

---

In re: JAMIE LYNN GALLIAN
            Debtor

------------------------------

JAMIE LYNN GALLIAN                                    Jamie Lynn Gallian
            Appellant                                        Direct: 714-321-3449
                                                                   [NTC Pro Se]
                                                                   Unit 376
                                                                   16222 Monterey Lane
                                                                   Huntington Beach, CA 92649

v.

HOUSER BROS. CO., dba Rancho Del Rey Mobile Home Estates    David Edward Hays, Esquire, Counsel
            Appellee                                        Direct: 949-333-7777
                                                                   [COR LD NTC Retained]
                                                                   Marshack Hays LLP
                                                                   870 Roosevelt Avenue
                                                                   Irvine, CA 92620

JEFFREY IAN GOLDEN, Trustee                          Aaron E. DE Leest
            Appellee                                        Direct: 310-277-0077
                                                                   [COR LD NTC Retained]
                                                                   Danning, Gill, Israel & Krasnoff, LLP
                                                                   Suite 450
                                                                   1901 Avenue of the Stars
                                                                   Los Angeles, CA 90067-2904

                                                                   Eric P. Israel, Attorney
                                                                   Direct: 310-277-0077
                                                                   [COR LD NTC Retained]
                                                                   Danning, Gill, Israel & Krasnoff, LLP
                                                                   Suite 450

EXHIBIT 1, PAGE 4

|  | 1901 Avenue of the Stars<br>Los Angeles, CA 90067-2904 |
|---|---|
| JANINE JASSO, Esquire<br>    Appellee | Janine Jasso, Esquire<br>Direct: 213-247-6030<br>[NTC Pro Se]<br>P.O. Box 370161<br>El Paso, TX 79937 |
|  | Janine Jasso, Esquire<br>[Pro Se]<br>16025 Warmington Lane<br>Huntington Beach, CA 92649 |
| HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION<br>    Appellee | Robert P. Goe, Esquire, Attorney<br>Direct: 949-798-2460<br>[COR LD NTC Retained]<br>Goe Forsythe & Hodges LLP<br>Suite 210<br>17701 Cowan<br>Building D<br>Irvine, CA 92614 |

EXHIBIT 1, PAGE 5

In re:  JAMIE LYNN GALLIAN

        Debtor

-------------------------------

JAMIE LYNN GALLIAN

        Appellant

v.

HOUSER BROS. CO., dba Rancho Del Rey Mobile Home Estates; JEFFREY IAN GOLDEN, Trustee; JANINE JASSO, Esquire; HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION

        Appellees

EXHIBIT 1, PAGE 6

| 08/18/2022 | ☐ 1<br>18 pg, 3.4 MB | Received notice of appeal filed in Bankruptcy Court on 08/18/2022, and copy of order. (PI) [Entered: 08/24/2022 01:06 PM] |
| 08/24/2022 | ☐ 2<br>17 pg, 214.6 KB | Notice to all parties and Bankruptcy Court RE: BAP Case number assigned: CC-22-1166. Sent Bankruptcy Record Request Form to Bankruptcy Court. (PI) [Entered: 08/24/2022 01:08 PM] |
| 08/24/2022 | ☐ 3<br>2 pg, 165.4 KB | Received from Bankruptcy Court copy of notice of referral filed in Bk. Ct. 08/18/2022. (PI) [Entered: 08/24/2022 01:12 PM] |
| 08/29/2022 | ☐ 4<br>6 pg, 416.2 KB | Filed (ECF) Attorney Mr. David Edward Hays, Esquire for Appellee Houser Bros. Co.'s stipulation to dismiss the case; 08/29/2022 served by: email - Attorney for Appellees: DE Leest, Goe, Hays, Israel; US mail - Appellant Gallian; Appellee Jasso. [22-1166] (DEH) [Entered: 08/29/2022 07:14 PM] |
| 09/16/2022 | ☐ 5<br>2 pg, 143.46 KB | ORDER OF DISMISSAL (Lafferty, Taylor and Gan) The stipulations are granted. IT IS ORDERED the APPEALS ARE DISMISSED. ; [EOD] Date: 09/16/2022. [22-1146, 22-1166] (PI) [Entered: 09/16/2022 12:55 PM] |
| 09/16/2022 | ☐ 6 | CLOSED: Case closed: Dismissed/Other;Procedural termination after other judicial action.. [22-1146, 22-1166] (PI) [Entered: 09/16/2022 01:07 PM] |

EXHIBIT 1, PAGE 7

22-1166 Docket

Clear All

● **Documents and Docket Summary**
○ **Documents Only**

☑ **Include Page Numbers**

**Selected Pages:** 0    **Selected Size:** 0 KB

View Selected

---

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| BAP for the Ninth Circuit - 09/20/2022 16:46:41 | | | |
| **PACER Login:** | atty311731 | **Client Code:** | 9999-001 |
| **Description:** | Docket Report (full) | **Search Criteria:** | 22-1166 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

EXHIBIT 1, PAGE 8

EXHIBIT  2

**General Docket**
**U. S. Bankruptcy Appellate Panel for the Ninth Circuit**

| | |
|---|---|
| **Bankruptcy Appellate Panel Docket #:** 22-1146 | **Docketed:** 07/22/2022 |
| Jamie Gallian v. Houser Bros. Co., et al | **Termed:** 09/16/2022 |
| **Appeal From:** California Central - Santa Ana | |
| **Fee Status:** fee paid | |

**Case Type Information:**
   **1)** Bankruptcy
   **2)** Chapter 7 Non-Business
   **3)** null

**Originating Court Information:**
   **District:** 0973-8 : 8:21-bk-11710-ES
   **Presiding Judge:** Erithe A. Smith, U.S. Bankruptcy Judge
   **Date Filed:** 07/09/2021
   **Date NOA Filed:**                                                  **Date Rec'd BAP:**
   07/21/2022                                                          07/22/2022

**Prior Cases:**
   None

**Current Cases:**

| | Lead | Member | Start | End |
|---|---|---|---|---|
| Related | | | | |
| | 22-1146 | 22-1149 | 07/28/2022 | |
| | 22-1146 | 22-1155 | 08/05/2022 | |
| | 22-1146 | 22-1166 | 08/18/2022 | |

| **Panel Assignment:** | Not available |
|---|---|

---

In re: JAMIE LYNN GALLIAN
            Debtor

------------------------------

JAMIE LYNN GALLIAN                                  Jamie Lynn Gallian
            Appellant                              Direct: 714-321-3449
                                                   [NTC Pro Se]
                                                   Unit 376
                                                   16222 Monterey Lane
                                                   Huntington Beach, CA 92649

v.

HOUSER BROS. CO., dba Rancho Del Rey Mobile Home Estates      David Edward Hays, Esquire, Counsel
            Appellee                               Direct: 949-333-7777
                                                   [COR LD NTC Retained]
                                                   Marshack Hays LLP
                                                   870 Roosevelt Avenue
                                                   Irvine, CA 92620

JEFFREY IAN GOLDEN, Trustee                        Aaron E. DE Leest
            Appellee                               Direct: 310-277-0077
                                                   [COR LD NTC Retained]
                                                   Danning, Gill, Israel & Krasnoff, LLP
                                                   Suite 450
                                                   1901 Avenue of the Stars
                                                   Los Angeles, CA 90067-2904

                                                   Eric P. Israel, Attorney
                                                   Direct: 310-277-0077
                                                   [COR LD NTC Retained]
                                                   Danning, Gill, Israel & Krasnoff, LLP
                                                   Suite 450
                                                   1901 Avenue of the Stars
                                                   Los Angeles, CA 90067-2904

EXHIBIT 2, PAGE 8

In re:  JAMIE LYNN GALLIAN

              Debtor

-------------------------------

JAMIE LYNN GALLIAN

              Appellant

v.

HOUSER BROS. CO., dba Rancho Del Rey Mobile Home Estates; JEFFREY IAN GOLDEN, Trustee

              Appellees

EXHIBIT 2, PAGE 9

| 07/22/2022 | ☐ 1<br>6 pg, 2.79 MB | Received notice of appeal filed in Bankruptcy Court on 07/21/2022. (PI) [Entered: 08/02/2022 01:27 PM] |
| 08/02/2022 | ☐ 2<br>160 pg, 14.54 MB | Filed Party Jamie Lynn Gallian's Motion to Allow Reconsideration Motion to Proceed at Bankruptcy Court.; filed in bankruptcy court 8/1/22. (PI) [Entered: 08/02/2022 04:39 PM] |
| 08/24/2022 | ☐ 3<br>17 pg, 214.72 KB | Notice to all parties and Bankruptcy Court RE: BAP Case number assigned: CC-22-1146. Sent Bankruptcy Record Request Form to Bankruptcy Court. (PI) [Entered: 08/24/2022 10:53 AM] |
| 08/24/2022 | ☐ 4<br>4 pg, 50.33 KB | Sent BRIEFING ORDER to appellant Jamie Lynn Gallian. Copies to all parties. Appellant Jamie Lynn Gallian's opening brief due 09/23/2022. (PI) [Entered: 08/24/2022 11:00 AM] |
| 08/24/2022 | ☐ 5<br>2 pg, 167.02 KB | Received from Bankruptcy Court copy of notice of referral filed in Bk. Ct. 08/18/2022. (PI) [Entered: 08/24/2022 11:55 AM] |
| 08/29/2022 | ☐ 6<br>6 pg, 385.87 KB | Filed (ECF) Attorney Mr. David Edward Hays, Esquire for Appellee Houser Bros. Co.'s stipulation to dismiss the case; 08/29/2022 served by: email - Attorney for Appellees: DE Leest, Hays, Israel; US mail - Appellant Gallian. [22-1146] (DEH) [Entered: 08/29/2022 07:13 PM] |
| 09/16/2022 | ☐ 7<br>2 pg, 143.46 KB | ORDER OF DISMISSAL (Lafferty, Taylor and Gan) The stipulations are granted. IT IS ORDERED the APPEALS ARE DISMISSED. ; [EOD] Date: 09/16/2022. [22-1146, 22-1166] (PI) [Entered: 09/16/2022 12:55 PM] |
| 09/16/2022 | ☐ 8 | CLOSED: Case closed: Dismissed/Other;Procedural termination after other judicial action.. [22-1146, 22-1166] (PI) [Entered: 09/16/2022 01:07 PM] |

EXHIBIT 2, PAGE 10

9/20/22, 4:47 PM

22-1146 Docket

Clear All

(•) **Documents and Docket Summary**
( ) **Documents Only**

[✓] **Include Page Numbers**

**Selected Pages:** 0    **Selected Size:** 0 KB

View Selected

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| BAP for the Ninth Circuit - 09/20/2022 16:47:35 | | | |
| **PACER Login:** | atty311731 | **Client Code:** | 9999-001 |
| **Description:** | Docket Report (full) | **Search Criteria:** | 22-1146 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

EXHIBIT 2, PAGE 11

EXHIBIT  3

CLOSED,MANADR

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Southern Division - Santa Ana)
## CIVIL DOCKET FOR CASE #: 8:22-cv-01462-RGK

In Re Debtor Jamie Lynn Gallian                         Date Filed: 08/05/2022
Assigned to: Judge R. Gary Klausner                     Date Terminated: 09/01/2022
Case in other court:  USBC Central, 8:21-BK-11710       Jury Demand: None
           USBC Central - BAP, CC: 22-01149    Nature of Suit: 422 Bankruptcy Appeal
Cause: 28:0158 Notice of Appeal re Bankruptcy Matter (BAP)   (801)
                                      Jurisdiction: Federal Question

**In re Debtor**

**Jamie Lynn Gallian**


V.

**Appellant**

**Jamie Lynn Gallian**                         represented by   **Jamie Lynn Gallian**
                                              16222 Monterey Lane Unit 376
                                              Huntington, CA 92649
                                              714-321-3449
                                              PRO SE


V.

**Appellee**

**Houser Bros. Co.**                         represented by   **David Edward Hays**
*doing business as*                                          Marshack Hays LLP
Rancho Del Rey Mobile Home Estate                            870 Roosevelth Avenue
                                              Irvine, CA 92620
                                            949-333-7777
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

                                            **D Edward Hays**
                                            Marshack Hays LLP
                                            870 Roosevelt
                                            Irvine, CA 92620
                                            949-333-7777
                                            Fax: 949-333-7778
                                            Email: ehays@marshackhays.com
                                            *ATTORNEY TO BE NOTICED*

**Appellee**

**Huntington Beach Gables Homeowners**        represented by   **Robert P Goe**
**Association**                                              Goe Forsythe and Hodges LLP
                                              17701 Cowan, Building D Suite 210
                                            Irvine, CA 92614

**EXHIBIT 3, PAGE 12**

CM/ECF - California Central District

949-798-2460
Fax: 949-955-9437
Email: rgoe@goeforlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/05/2022 | 1 | NOTICE OF APPEAL: filed by Appellant Jamie Lynn Gallian Re: Objection to Debtors Claimed and Declared Homestead Exemption entered on 7/28/2022 by Bankruptcy Judge Erithe A. Smith, filed in the Bankruptcy Court on 7/28/2022. Bankruptcy Court case number: 8:21-bk-11710-ES, Adversary number: N/A, BAP case number: CC: 22-1149. (Attachments: # 1 BK Docket) (jtil) (Entered: 08/10/2022) |
| 08/05/2022 | 2 | NOTICE OF TRANSFER OF APPEAL TO DISTRICT COURT.(jtil) (Entered: 08/10/2022) |
| 08/05/2022 | 3 | NOTICE OF REFERRAL OF APPEAL (ADVERSARY) prepared by the United States Bankruptcy Court on 8/5/2022. (jtil) (Entered: 08/10/2022) |
| 08/05/2022 | 4 | OPTIONAL APPELLEE STATEMENT OF ELECTION TO PROCEED IN DISTRICT COURT filed by Appellee Houser Bros. Co. Modified on 8/10/2022 (jtil). (Entered: 08/10/2022) |
| 08/10/2022 | 5 | NOTICE REGARDING APPEAL FROM BANKRUPTCY COURT. The appeal has been assigned to Judge R. Gary Klausner. Refer to the Notice for specifics. (jtil) (Entered: 08/10/2022) |
| 08/10/2022 | 6 | NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM filed. (jtil) (Entered: 08/10/2022) |
| 08/29/2022 | 7 | STIPULATION to Dismiss Case pursuant to Stipulation to Dismiss Appeal Without Prejudice filed by Appellee Houser Bros. Co.. (Attachments: # 1 Proposed Order)(Attorney D Edward Hays added to party Houser Bros. Co.(pty:e))(Hays, D) (Entered: 08/29/2022) |
| 09/01/2022 | 8 | ORDER RE STIPULATION TO DISMISS APPEAL WITHOUT PREJUDICE 7 by Judge R. Gary Klausner that (1) Debtor's Appeal shall be dismissed without prejudice; (2) Debtor may file an appeal of the Order and/or any order on her Reconsideration Motion in the Bankruptcy Court on or before the date that is 14 days after entry of the order on the Reconsideration Motion pursuant to Rule 8002 of the Federal Rules of Bankruptcy Procedure; and (3) Each party shall bear its own attorneys' fees and costs with respect to this appeal. (Made JS-6. Case Terminated.) (jp) (Entered: 09/01/2022) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 09/20/2022 16:48:59 | | |
| **PACER Login:** | atty311731 | **Client Code:** 9999-001 |
| **Description:** | Docket Report | **Search Criteria:** 8:22-cv-01462-RGK End date: 9/20/2022 |
| **Billable Pages:** | 2 | **Cost:** 0.20 |

EXHIBIT 3, PAGE 13

EXHIBIT 4

9/20/22, 4:50 PM                                          CM/ECF - California Central District

CLOSED,MANADR

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Southern Division - Santa Ana)
### CIVIL DOCKET FOR CASE #: 8:22-cv-01454-ODW

In Re Jamie Lynn Gallian
Assigned to: Judge Otis D. Wright, II
Case in other court:  USBC Central District of California at Santa
              Ana, 8:21-bk-11710-ES
Cause: 28:0158 Notice of Appeal re Bankruptcy Matter (BAP)

Date Filed: 08/05/2022
Date Terminated: 08/30/2022
Jury Demand: None
Nature of Suit: 422 Bankruptcy Appeal
(801)
Jurisdiction: Federal Question

**In re Debtor**

**Jamie Lynn Gallian**


V.

**Appellant**

**Jamie Lynn Gallian**                                represented by  **Jamie Lynn Gallian**
                                                       16222 Monterey Lane Unit 376
                                                       Huntington, CA 92649
                                                       714-321-3449
                                                       PRO SE


V.

**Appellee**

**Houser Bros Co**                                   represented by  **D Edward Hays**
*doing business as*                                                Marshack Hays LLP
Del Rey Mobilehome Estates                                         870 Roosevelt
                                                       Irvine, CA 92620
                                                       949-333-7777
                                                       Fax: 949-333-7778
                                                       Email: ehays@marshackhays.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*


**Appellee**

**Huntington Beach Gables Homeowners**               represented by  **Robert P Goe**
**Association**                                                    Goe Forsythe and Hodges LLP
                                                       17701 Cowan, Building D Suite 210
                                                       Irvine, CA 92614
                                                       949-798-2460
                                                       Fax: 949-955-9437
                                                       Email: rgoe@goeforlaw.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

EXHIBIT 4, PAGE 14

9/20/22, 4:50 PM                                    CM/ECF - California Central District

| Date Filed | # | Docket Text |
|---|---|---|
| 08/05/2022 | 2 | NOTICE OF APPEAL AND STATEMENT OF ELECTION: Re: TENTATIVE RULING 7/21/2022, UPDATED 7/22/2022 5:46:01PM, HONORABLE EDITHE A. SMITH SUSTAINING HOUSER BROS CO DBA RANCHO DEL REY MOBILEHOME ESTATES OBJECTION TO DEBTOR'S CLAIMED AND DECLARED HOMESTEAD EXEMPTION ON FILE ORANGE COUNTY TAX ASSESSOR EFFECTIVE 2/25/2021, PRIOR TO THE PETITION FOR CHAPTER 7 PETITION entered on 7/28/2022 by Bankruptcy Judge Erithe A. Smith, filed in the Bankruptcy Court on 7/28/2022. Bankruptcy Court case number: 8:21-cv-11710-ES, Adversary number: N/A, BAP case number: CC-1149., filed by appellant Jamie Lynn Gallian. (Attachments: # 1 BK Docket Sheets, # 2 BAP Docket Sheets) (ghap) (Entered: 08/10/2022) |
| 08/05/2022 | 4 | U.S. BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT TRANSMITTAL; Notice of transfer of appeal to district court; regarding BAP: CC-22-1149. (ghap) (Entered: 08/10/2022) |
| 08/05/2022 | 5 | OPTIONAL APPELLEE STATEMENT RE: ELECTION TO TRANSFER APPEAL TO DISTRICT COURT filed by Appellee Houser Bros Co. (ghap) (Entered: 08/10/2022) |
| 08/09/2022 | 1 | OBJECTIONS *Appellee's Opposition to Appellant's Motion to Allow Reconsideration Motion to Proceed at Bankruptcy Court; with Proof of Service* filed by Appellee Houser Bros Co. (Hays, D) (Entered: 08/09/2022) |
| 08/10/2022 | 3 | NOTICE REGARDING APPEAL FROM BANKRUPTCY COURT. The appeal has been assigned to Judge Otis D. Wright, II. Refer to the Notice for specifics. (ghap) (Entered: 08/10/2022) |
| 08/10/2022 | 6 | NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM filed. (ghap) (Entered: 08/10/2022) |
| 08/29/2022 | 7 | STIPULATION to Dismiss Case filed by Appellee Houser Bros Co. (Attachments: # 1 Proposed Order)(Hays, D) (Entered: 08/29/2022) |
| 08/30/2022 | 8 | ORDER APPROVING STIPULATION TO DISMISS APPEAL WITHOUT PREJUDICE 7 by Judge Otis D. Wright, II: 1. Debtors Appeal shall be dismissed without prejudice;2. Debtor may file an appeal of the Order and/or any order on herReconsideration Motion in the Bankruptcy Court on or before the date that is14 days after entry of the order on the Reconsideration Motion pursuant toRule 8002 of the Federal Rules of Bankruptcy Procedure; and 3. Each party shall bear its own attorneys fees and costs with respect to this appeal. The Court VACATES all dates and deadlines. The Clerk of the Court shall close the case. (Made JS-6. Case Terminated.) (lc) (Entered: 08/31/2022) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 09/20/2022 16:50:24 | | |
| **PACER Login:** | atty311731 | **Client Code:** | 9999-001 |
| **Description:** | Docket Report | **Search Criteria:** | 8:22-cv-01454-ODW End date: 9/20/2022 |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

EXHIBIT 4, PAGE 15

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620.

A TRUE AND CORRECT COPY OF THE FOREGOING DOCUMENT ENTITLED: STATUS REPORT IN ADVANCE
OF CONTINUED HEARING ON MOTION FOR RECONSIDERATION OF 7.21.22 ORDER SUSTAINING
HOUSER BROS. CO. DBA RANCHO DEL REY MOBILE HOME ESTATE'S OBJECTION TO
DEBTOR'S CLAIMED HOMESTEAD EXEMPTION

 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On
**September 21, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined
that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On **September 21, 2022**, I served the following persons and/or entities at the
last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a
sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here
constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR**
JAMIE LYNN GALLIAN
16222 MONTEREY LN UNIT 376
HUNTINGTON BEACH, CA 92649

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to
F.R.Civ.P. 5 and/or controlling LBR, on **September 21,  2022**, I served the following persons and/or entities by personal
delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission
and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the
judge will be completed no later than 24 hours after the document is filed.

PURSUANT TO THE COURTROOM POLICIES AND PROCEDURES OF THE HONORABLE ERITHE A. SMITH,
COURTROOM 5A, §VIII. JUDGES' OR COURTESY COPIES, EXCEPT FOR DOCUMENTS 200 PAGES OR OVER,
INCLUDING EXHIBITS, JUDGE SMITH **DOES NOT** REQUIRE JUDGES' COPIES.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 21, 2022 | Layla Buchanan | /s/ Layla Buchanan |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>: CONTINUED:
   - ATTORNEY FOR DEBTOR JAMIE GALLIAN: **Bert Briones**    bb@redhilllawgroup.com, helpdesk@redhilllawgroup.com;RedHillLawGroup@jubileebk.net
   - **ATTORNEY FOR TRUSTEE JEFFREY I GOLDEN (TR):** Aaron E DE Leest adeleest@DanningGill.com, danninggill@gmail.com; adeleest@ecf.inforuptcy.com
   - **ATTORNEY FOR CREDITOR and PLAINTIFF THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION:** Robert P Goe kmurphy@goeforlaw.com, rgoe@goeforlaw.com; goeforecf@gmail.com
   - **TRUSTEE JEFFREY I GOLDEN (TR):** Jeffrey I Golden (TR lwerner@wgllp.com, jig@trustesolutions.net; kadele@wgllp.com
   - **ATTORNEY FOR PLAINTIFF HOUSER BROS. CO.:** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
   - **ATTORNEY FOR CREDITOR and PLAINTIFF THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION:** Brandon J Iskander biskander@goeforlaw.com, kmurphy@goeforlaw.com
   - **ATTORNEY FOR TRUSTEE JEFFREY I GOLDEN (TR):** Eric P Israel eisrael@DanningGill.com, danninggill@gmail.com; eisrael@ecf.inforuptcy.com
   - **ATTORNEY FOR PLAINTIFF HOUSER BROS. CO.:** Laila Masud lmasud@marshackhays.com, lmasud@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
   - **ATTORNEY FOR DEFENDANT RANDALL L NICKEL:** Mark A Mellor mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com
   - **INTERESTED PARTY COURTESY NEF:** Valerie Smith claims@recoverycorp.com
   - **U.S. TRUSTEE:** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

4871-0442-7551, v. 1

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                     **F 9013-3.1.PROOF.SERVICE**