1  ERIC P. ISRAEL (State Bar No. 132426)
   eisrael@DanningGill.com
2  AARON E. DE LEEST (State Bar No. 216832)
   adeleest@DanningGill.com
3  DANNING, GILL, ISRAEL & KRASNOFF, LLP
   1901 Avenue of the Stars, Suite 450
4  Los Angeles, California 90067-6006
   Telephone:   (310) 277-0077
5  Facsimile:   (310) 277-5735

6  Attorneys for Jeffrey I. Golden,
   Chapter 7 Trustee

FILED & ENTERED

SEP 23 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mccall     DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>Debtor. | Case No. 8:21-bk-11710-SC<br><br>Chapter 7<br><br>**ORDER AUTHORIZING TRUSTEE'S ABANDONMENT OF ESTATE'S INTEREST IN CLAIMS AGAINST RANDALL L. NICKEL RELATING TO THE OCTOBER 2018 TRANSFER OF THE PROPERTY COMMONLY KNOWN AS 4476 ALDERPORT DR. #53, HUNTINGTON BEACH, CALIFORNIA 92649**<br><br>[No Hearing Required] |

The Court having reviewed the Trustee's Notice of Intent to Abandon Estate's Interest in Claims against Randall L. Nickel relating to the October 2018 Transfer of the Property commonly known as 4476 Alderport Dr. #53, Huntington Beach, California 92649 (the "Notice of Intent") (*docket no. 201*), filed by Jeffrey I. Golden, as Chapter 7 Trustee for the bankruptcy estate (the "Estate") of Jamie Lynn Gallian (the "Debtor), and no objections or opposition having been filed to the Notice of Intent, the Court hereby

1693356.1  27064                           1

ORDERS THAT:

1. The Estate's interest in claims against Randall L. Nickel ("Nickel") arising solely out of the October 2018 transfer of the Debtor's interest in the property commonly known as 4476 Alderport Dr. #53, Huntington Beach, California 92649, to Nickel, including any claims under the Uniform Voidable Transactions Act (California Civil Code §§ 3439 et seq.) and 11 U.S.C. § 544, is abandoned.

###

Date: September 23, 2022

Scott C. Clarkson
United States Bankruptcy Judge

1693356.1  27064                                    2