ERIC P. ISRAEL (State Bar No. 132426)
eisrael@DanningGill.com
AARON E. DE LEEST (State Bar No. 216832)
adeleest@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone:   (310) 277-0077
Facsimile:   (310) 277-5735

Attorneys for Jeffrey I. Golden,
Chapter 7 Trustee

**FILED & ENTERED**

**SEP 28 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY **bolte**        DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>           Debtor. | Case No. 8:21-bk-11710-SC<br><br>Chapter 7<br><br>**ORDER DENYING APPLICATION OF THE CHAPTER 7 TRUSTEE TO EMPLOY REAL ESTATE BROKER COLDWELL BANKER REALTY AND AGENTS WILLIAM FRIEDMAN AND GREG BINGHAM PURSUANT TO 11 U.S.C. §§ 327 AND 328 WITHOUT PREJUDICE**<br><br>Date:      September 13, 2022<br>Time:      11:00 a.m.<br>Place:     Courtroom "5C"<br>              411 W. 4th Street<br>              Santa Ana, California 92701 |

On September 13, 2022 at 11:00 a.m., there came before the United States Bankruptcy Court for the Central District of California, Santa Ana Division, the Honorable Scott C. Clarkson, United States Bankruptcy Judge, presiding, a hearing on the *Trustee's Application to Employ Real Estate Broker Coldwell Banker Realty and Agents William Friedman and Greg Bingham Pursuant to 11 U.S.C. §§ 327 and 328* (*docket no. 162*) (the "Application") filed by Jeffrey I. Golden, Chapter 7 Trustee (the "Trustee"). Aaron E. de Leest of Danning, Gill, Israel & Krasnoff, LLP, appeared for the Trustee, who also appeared. Robert P. Goe of Goe

1 | Forsythe & Hodges LLP, appeared for Huntington Beach Gables Homeowners Association.  The
2 | Debtor appeared in pro per.  There were no other appearances.
3 |   The Court having read and considered the Application, the Debtor's opposition to the
4 | Application (*docket no. 208*), the Trustee's reply to the Debtor's opposition (*docket no. 219*), and
5 | the HOA's joinder in the Trustee's reply (*docket no. 221*), having heard the oral statements of the
6 | Debtor, the Trustee, and counsel at the hearing, and for the reasons set forth by the Court on the
7 | record at the hearing, it is hereby
8 |   ORDERED THAT:
9 |   1.  The Application is denied, without prejudice.
10 |               ###

Date: September 28, 2022

Scott C. Clarkson
United States Bankruptcy Judge

1693912.1  27064

2