1  JAMIE LYNN GALLIAN
2  16222 Monterey Lane Unit 376
   Huntington Beach, CA 92649
3  (714)321-3449
   jamiegallian@gmail.com
4
5  IN PRO PER
6
7              UNITED STATES BANKRUPTCY COURT
8          CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>JAMIE LYNN GALLIAN,<br><br>Debtor. | Case No. 8:21-bk-11710-SC<br><br>Chapter 7<br><br>*Honorable Scott C. Clarkson*<br><br>**DEBTOR'S NOTICE OF ERRATA REGARDING [DOC 246, 247, 252] DEBTOR'S AMENDED MOTION TO AVOID LIEN UNDER 11 U.S.C. §522(f) [DOC 244] WAS UNOPPOSED AND NO REQUEST FOR HEARING WAS FILED BY HUNTINGTON BEACH GABLES HOA OR DIRECLY RELATED PARTY; DECLARATION OF JAMIE LYNN GALLIAN**<br><br>**[NO HEARING REQUIRED]** |

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE TRUSTEE AND HIS COUNSEL, AND DIRECTLY RELATED PARTIES:

JAMIE LYNN GALLIAN ("Debtor") hereby files this NOTICE OF ERRATA regarding NOTICE OF MOTION TO DEBTOR'S AMENDED MOTION TO AVOID LIEN UNDER 11 U.S.C. §522(f) [DOC 246, 247, 252]

Debtor respectfully requests the Clerk remove Movants' self calendar event November 15, 2022 at 11:00 a.m. The hearing is unnecessary as the Huntington Beach Gables HOA or any directly related party did not file a timely request for hearing or file a response to DOC 244 & 245.

1

## DECLARATION OF JAMIE LYNN GALLIAN

1. I, Jamie Lynn Gallian make this declaration in Support of Debtor's Notice of Errata RE: Debtor's October 7, 2022, Notice of Opportunity to Request a Hearing DOC 245] Debtor's Declaration that no party filed an opposition and request for hearing. DOC 253.

2. I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify thereto.

3. On 10/07/2022 Movant filed a motion or application (Motion) entitled: (1)Debtor's Notice Of Motion And Motion To Avoid Lien Under 11 U.S.C. § 522(f) Real Property Amended: (2) Notice of Opportunity to Request a Hearing. [DOC 245]

5. A copy of the Motion and Notice of Motion was attached to the declaration served.

6. On 10/07/2022 Movant's Motion was served with a copy of the Notice of Motion and Motion To Avoid Lien Under 11 U.S.C. § 522(f) Real Property, Amended; Notice of Opportunity To Request Hearing on required parties through the Courts NEF system on the Proof of Service of the Notice of Motion the same day, October 7, 2022.

7. Pursuant to LBR 9013-1 (o), the Notice of Motion provides that the deadline to file and serve a written response and request for a hearing is 14 days [after] [Courts NEF system the date of service] of the notice of motion, plus 3 additional days [if] served by mail, or pursuant to F.R.Civ.P. 5(b)(2)(0) or (F).

8. Movant, in anticipating the Court's Thanksgiving Holiday Schedule, opposing Counsel Holiday Schedule, used the courts self calendar system and selected November 15, 2022, as the date the Court had available to hear Movant's Motion. [DOC 244]

9. However, Movant [did not] receive any Opposition or Request for Hearing from the Huntington Beach Gables Homeowners Association, timely, [14 days after Courts NEF system served the notice of motion on October 7, 2022], at the Movants' address or email address specified in the left hand corner of the notice of motion.

10. **Request Clerk remove movants self calendar action, November 15, 2022, 11:00 am, as unneccessary.**

11. Based on the foregoing, and pursuant to LBR 9013-1 (o), a hearing is not required.

12. Movant requests that the court grant the motion and enter an order w/o hearing.

I, Jamie Lynn Gallian, declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated 10/24/2022

*Jamie Lynn Gallian*
JAMIE LYNN GALLIAN

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 5801 Skylab Road Huntington Beach, CA 92647

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S NOTICE OF ERRATA REGARDING [DOC 246, 247, 252] DEBTOR'S AMENDED MOTION TO AVOID LIEN UNDER 11 U.S.C. §522(f) [DOC 244] WAS UNOPPOSED AND NO REQUEST FOR HEARING WAS FILED BY HUNTINGTON BEACH GABLES HOA OR DIRECLY RELATED PARTY;   DECLARATION OF JAMIE LYNN GALLIAN**

**[NO HEARING REQUIRED] DECLARATION  OF  JAMIE  LYNN  GALLIAN IN SUPPORT THEREOF.**

☒

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On October 24, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

XX   Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) August 30, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) October 23, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Scott C. Clarkson, USBC, 411 West Fourth Street, Santa Ana, CA 92701 (document delivery is suspended due to COVID 19 protocols)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 24, 2022 | Robert McLelland | *Robert McLelland* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

Mailing Information for Case 8:21-bk-11710-SC

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Aaron E DE Leest**  adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com
- **Robert P Goe**  kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Jeffrey I Golden (TR)**  lwerner@wgllp.com, jig@trustesolutions.net;kadele@wgllp.com
- **D Edward Hays**  ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
- **Brandon J Iskander**  biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **Eric P Israel**  eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- **Laila Masud**  lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- **Mark A Mellor**  mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com
- **Valerie Smith**  claims@recoverycorp.com
- **United States Trustee (SA)**  ustpregion16.sa.ecf@usdoj.gov