1    Robert P. Goe – State Bar No. 137019
Brandon J. Iskander – State Bar No. 300916
2    **GOE FORSYTHE & HODGES LLP**
17701 Cowan Avenue, Suite 210
3    Irvine, CA 92614
rgoe@goeforlaw.com
4    biskander@goeforlaw.com

5    Telephone: (949) 798-2460
Facsimile:  (949) 955-9437

6    Attorneys for The Huntington Beach Gables Homeowners Association

7

8                 **UNITED STATES BANKRUPTCY COURT**

9        **CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

10

11    In re:                           Case No. 8:21-bk-11710-SC

12    JAMIE LYNN GALLIAN,         Chapter 7 Proceeding

13                            **REQUEST FOR JUDICIAL NOTICE IN**
**SUPPORT OF OPPOSITION TO**
14          Debtor.              **AMENDED NOTICE OF MOTION AND**
**MOTION TO AVOID LIEN UNDER 11**
15                            **U.S.C. § 522(f)**

16                            **[OPPOSING DOCKET NOS. 244, 245,**
**246, 247, 252, 257 & 258]**
17

18                            **Zoom Hearing:**
Date:        November 15, 2022
19                            Time:        11:00 a.m.
Place.:       Courtroom 5C
20                                 U.S. Bankruptcy Court
                                    411 W. Fourth Street
21                                     Santa Ana, CA 92708

22          **TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES**

23 **BANKRUPTCY JUDGE, THE DEBTOR IN PRO PER, THE OFFICE OF THE UNITED**

24 **STATES TRUSTEE, THE TRUSTEE AND HIS COUNSEL, AND ALL PARTIES IN**

25 **INTEREST:**

26 The Huntington Beach Gables Homeowners Association ("HOA"), in the above-captioned

27 proceedings, respectfully requests the Court take judicial notice pursuant to Federal Rule of

28

Bankruptcy Procedure 9017, incorporating by reference Federal Rule of Evidence 201, the following documents in support of his *Opposition to Amended Notice of Motion and Motion to Avoid Lien under 11 U.S.C. § 522(f)* ("Motion") of Debtor filed concurrently herewith.

  1. A true and correct copy of the Orange County Superior Court Docket, in *Huntington Beach Gables Homeowners Association v. Bradley, et. al*, Case No. Case No. 30-2017-00913985-CU-CO-CJC is attached hereto as **Exhibit A**.

  2. A true and correct copy of Debtor's Original Petition, Schedules, and Statement of Financial Affairs [Docket No. 1] filed in *In re Jamie Lynn Gallian*, a case before the United States Bankruptcy Court, Central District of California, Santa Ana Division, Case No. 8:21-bk-11710-SC is attached hereto as **Exhibit B**.

  3. A true and correct copy of this Court's docket in *In re Jamie Lynn Gallian*, a case before the United States Bankruptcy Court, Central District of California, Santa Ana Division, Case No. 8:21-bk-11710-SC as of November 1, 2022 is attached hereto as **Exhibit C**.

  4. A true and correct copy of this Court's Order Granting Houser Bros Co. dba Ranco Del Rey Moile Home Estates's Motion Objecting to Debtor's Claimed Homestead Exemption in 16222 Monterey Lane, Space #376, Huntington Beach, CA 92649, Docket No. 95 (entered as Docket No. 177 in *In re Jamie Lynn Gallian*, a case before the United States Bankruptcy Court, Central District of California, Santa Ana Division, Case No. 8:21-bk-11710-SC) is attached hereto as **Exhibit D**.

  5. A true and correct copy of the Court's Local Bankruptcy Rules effective January 31, 2022 at pages 122-23 concerning Local Bankruptcy Rule 9013-1(*l*) is attached hereto as **Exhibit E**.

Respectfully submitted,

DATED:  November 1, 2022   **GOE FORSYTHE & HODGES LLP**

       By: /s/ Brandon J. Iskander
         Robert P. Goe
         Brandon J. Iskander
         Attorneys for The Huntington Beach
         Gables Homeowners' Association

# EXHIBIT A

Case Summary:

| Case Id: | 30-2017-00913985-CU-CO-CJC |
|---|---|
| Case Title: | THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION VS. SANDRA L. BRADLEY |
| Case Type: | CONTRACT - OTHER |
| Filing Date: | 04/11/2017 |
| Category: | CIVIL - UNLIMITED |

Register Of Actions:

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 1 | E-FILING TRANSACTION 4707225 RECEIVED ON 04/11/2017 03:59:58 PM. | 04/11/2017 | | *NV* | |
| 2 | COMPLAINT FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 04/11/2017 | 04/11/2017 | | 113 pages | ☐ |
| 3 | CIVIL CASE COVER SHEET FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 04/11/2017 | 04/11/2017 | | 2 pages | ☐ |
| 4 | SUMMONS ISSUED AND FILED FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 04/11/2017 | 04/11/2017 | | 1 pages | ☐ |
| 5 | STATEMENT OF COMPLIANCE FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 04/11/2017 | 04/11/2017 | | 1 pages | ☐ |
| 6 | PAYMENT RECEIVED BY ONELEGAL FOR 194 - COMPLAINT OR OTHER 1ST PAPER IN THE AMOUNT OF 435.00, TRANSACTION NUMBER 12137902 AND RECEIPT NUMBER 11961685. | 04/11/2017 | | 1 pages | ☐ |
| 7 | CASE ASSIGNED TO JUDICIAL OFFICER CRANDALL, JAMES ON 04/11/2017. | 04/11/2017 | | 1 pages | ☐ |
| 8 | CASE MANAGEMENT CONFERENCE SCHEDULED FOR 08/02/2017 AT 08:30:00 AM IN C33 AT CENTRAL JUSTICE CENTER. | 04/19/2017 | | 2 pages | ☐ |
| 9 | E-FILING TRANSACTION 4724885 RECEIVED ON 05/16/2017 01:36:50 PM. | 05/16/2017 | | *NV* | |
| 10 | AMENDED COMPLAINT (FIRST) FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 05/16/2017 | 05/16/2017 | | 114 pages | ☐ |
| 11 | E-FILING TRANSACTION 4731110 RECEIVED ON 05/30/2017 12:52:54 PM. | 05/30/2017 | | *NV* | |
| 12 | PROOF OF SERVICE OF SUMMONS FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 05/30/2017 | 05/30/2017 | | 2 pages | ☐ |
| 13 | E-FILING TRANSACTION 3553875 RECEIVED ON 06/07/2017 10:20:25 AM. | 06/07/2017 | | *NV* | |
| 14 | PROOF OF SERVICE OF SUMMONS FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 06/07/2017 | 06/07/2017 | | 2 pages | ☐ |
| 15 | E-FILING TRANSACTION 1393779 RECEIVED ON 06/22/2017 10:07:37 AM. | 06/22/2017 | | *NV* | |
| 16 | ANSWER TO AMENDED COMPLAINT (FIRST) FILED BY BRADLEY, SANDRA L.; SANDRA L. BRADLEY AS TRUSTEE OF THE SANDRA L. BRADLEY TRUST ON 06/22/2017 | 06/22/2017 | | 7 pages | ☐ |
| 17 | PAYMENT RECEIVED BY DDSLEGAL FOR 195 - ANSWER OR OTHER 1ST PAPER, 195 - ANSWER OR OTHER 1ST PAPER IN THE AMOUNT OF 870.00, TRANSACTION NUMBER 12176063 AND RECEIPT NUMBER 11999763. | 06/22/2017 | | 1 pages | ☐ |
| 18 | E-FILING TRANSACTION 4741029 RECEIVED ON 06/22/2017 10:16:35 AM. | 06/22/2017 | | *NV* | |
| 19 | CROSS-COMPLAINT FILED BY BRADLEY, SANDRA L.; SANDRA L. BRADLEY AS TRUSTEE OF THE SANDRA L. BRADLEY TRUST ON 06/22/2017 | 06/22/2017 | | 6 pages | ☐ |
| 20 | SUMMONS ISSUED AND FILED FILED BY BRADLEY, SANDRA L.; SANDRA L. BRADLEY AS TRUSTEE OF THE SANDRA L. BRADLEY TRUST ON 06/22/2017 | 06/22/2017 | | 1 pages | ☐ |
| 22 | CROSS-COMPLAINT FILED BY GALLIAN, JAMIE L. ON 07/05/2017 | 07/05/2017 | | 6 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 23 | PAYMENT RECEIVED BY GALLIAN, JAMIE FOR 195 - ANSWER OR OTHER 1ST PAPER IN THE AMOUNT OF 435.00, TRANSACTION NUMBER 12183056 AND RECEIPT NUMBER 12006751. | 07/06/2017 | | 1 pages | ☐ |
| 24 | SUMMONS ISSUED AND FILED SUBMITTED BY GALLIAN, JAMIE L. REJECTED ON 07/06/2017. | 07/06/2017 | | 1 pages | ☐ |
| 25 | E-FILING TRANSACTION 3565842 RECEIVED ON 07/12/2017 04:29:30 PM. | 07/12/2017 | | NV | |
| 26 | CROSS-COMPLAINT FILED BY GALLIAN, JAMIE L. ON 07/12/2017 | 07/12/2017 | | 6 pages | ☐ |
| 27 | E-FILING TRANSACTION 3566228 RECEIVED ON 07/13/2017 02:42:07 PM. | 07/14/2017 | | NV | |
| 28 | CERTIFICATE - OTHER FILED BY GALLIAN, JAMIE L. ON 07/13/2017 | 07/13/2017 | | 15 pages | ☐ |
| 29 | E-FILING TRANSACTION 2572899 RECEIVED ON 07/14/2017 01:15:56 PM. | 07/14/2017 | | NV | |
| 30 | SUBSTITUTION OF ATTORNEY FILED BY BRADLEY, SANDRA L. ON 07/14/2017 | 07/14/2017 | | 2 pages | ☐ |
| 31 | E-FILING TRANSACTION 3567174 RECEIVED ON 07/17/2017 03:08:53 PM. | 07/17/2017 | | NV | |
| 32 | CASE MANAGEMENT STATEMENT FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 07/17/2017 | 07/17/2017 | | 6 pages | ☐ |
| 33 | E-FILING TRANSACTION 2573558 RECEIVED ON 07/17/2017 04:34:33 PM. | 07/17/2017 | | NV | |
| 34 | PROOF OF ESERVICE FILED BY GALLIAN, JAMIE L. ON 07/17/2017 | 07/17/2017 | | 1 pages | ☐ |
| 35 | PROOF OF ESERVICE FILED BY GALLIAN, JAMIE L. ON 07/17/2017 | 07/17/2017 | | 1 pages | ☐ |
| 36 | E-FILING TRANSACTION 2574076 RECEIVED ON 07/18/2017 05:51:39 PM. | 07/18/2017 | | NV | |
| 37 | CASE MANAGEMENT STATEMENT FILED BY GALLIAN, JAMIE L.; GALLIAN, JAMIE L. ON 07/18/2017 | 07/18/2017 | | 13 pages | ☐ |
| 38 | E-FILING TRANSACTION 2574362 RECEIVED ON 07/19/2017 01:30:26 PM. | 07/19/2017 | | NV | |
| 39 | CASE MANAGEMENT STATEMENT FILED BY BRADLEY, SANDRA L. ON 07/19/2017 | 07/19/2017 | | 6 pages | ☐ |
| 40 | E-FILING TRANSACTION 2574527 RECEIVED ON 07/19/2017 05:07:51 PM. | 07/24/2017 | | NV | |
| 41 | DECLARATION - OTHER (OF SERVICE) FILED BY GALLIAN, JAMIE L.; GALLIAN, JAMIE L. ON 07/19/2017 | 07/19/2017 | | 2 pages | ☐ |
| 42 | E-FILING TRANSACTION 3569918 RECEIVED ON 07/25/2017 01:26:39 PM. | 07/25/2017 | | NV | |
| 43 | PROOF OF SERVICE FILED BY GALLIAN, JAMIE L.; GALLIAN, JAMIE L.; GALLIAN, JAMIE L. ON 07/25/2017 | 07/25/2017 | | 2 pages | ☐ |
| 44 | E-FILING TRANSACTION 3569837 RECEIVED ON 07/25/2017 11:34:03 AM. | 07/25/2017 | | NV | |
| 45 | CROSS-COMPLAINT FILED BY GALLIAN, JAMIE L. ON 07/25/2017 | 07/25/2017 | | 5 pages | ☐ |
| 46 | PROOF OF SERVICE FILED BY GALLIAN, JAMIE L. ON 07/25/2017 | 07/25/2017 | | 2 pages | ☐ |
| 47 | E-FILING TRANSACTION NUMBER 3571916 REJECTED. | 08/01/2017 | | 1 pages | ☐ |
| 48 | E-FILING TRANSACTION 3571754 RECEIVED ON 07/31/2017 01:18:22 PM. | 08/02/2017 | | NV | |
| 49 | ANSWER TO CROSS-COMPLAINT FILED BY BRADLEY, SANDRA L.; SANDRA L. BRADLEY AS TRUSTEE OF THE SANDRA L. BRADLEY TRUST ON 07/31/2017 | 07/31/2017 | | 7 pages | ☐ |
| 50 | SUMMONS ISSUED AND FILED (ON CROSS COMPLAINT) FILED BY GALLIAN, JAMIE L. ON 08/02/2017 | 08/02/2017 | | 2 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 51 | PAYMENT RECEIVED BY FOR 44 - COPY OF ANY RECORD (PER SIDE) IN THE AMOUNT OF 1.00, TRANSACTION NUMBER 12196962 AND RECEIPT NUMBER 12020697. | 08/02/2017 | | 1 pages | ☐ |
| 52 | SUMMONS ISSUED AND FILED (AS TO CROSS COMPLAINT) FILED BY GALLIAN, JAMIE L. ON 08/02/2017 | 08/02/2017 | | 1 pages | ☐ |
| 53 | ANSWER TO CROSS-COMPLAINT FILED BY GALLIAN, JAMIE L. ON 08/02/2017 | 08/02/2017 | | 8 pages | ☐ |
| 54 | CROSS-COMPLAINT FILED BY GALLIAN, JAMIE L. ON 08/02/2017 | 08/02/2017 | | 7 pages | ☐ |
| 55 | SUMMONS ISSUED AND FILED FILED BY GALLIAN, JAMIE L. ON 08/02/2017 | 08/02/2017 | | 1 pages | ☐ |
| 56 | PAYMENT RECEIVED BY FOR 44 - COPY OF ANY RECORD (PER SIDE) IN THE AMOUNT OF 1.00, TRANSACTION NUMBER 12197154 AND RECEIPT NUMBER 12020889. | 08/02/2017 | | 1 pages | ☐ |
| 57 | JURY TRIAL SCHEDULED FOR 04/16/2018 AT 08:30:00 AM IN C33 AT CENTRAL JUSTICE CENTER. | 08/02/2017 | | *NV* | |
| 58 | MANDATORY SETTLEMENT CONFERENCE SCHEDULED FOR 02/02/2018 AT 08:30:00 AM IN C33 AT CENTRAL JUSTICE CENTER. | 08/02/2017 | | *NV* | |
| 59 | THE JURY TRIAL IS SCHEDULED FOR 04/16/2018 AT 08:30 AM IN DEPARTMENT C33. | 08/02/2017 | | *NV* | |
| 60 | THE MANDATORY SETTLEMENT CONFERENCE IS SCHEDULED FOR 02/02/2018 AT 08:30 AM IN DEPARTMENT C33. | 08/02/2017 | | *NV* | |
| 61 | MINUTES FINALIZED FOR CASE MANAGEMENT CONFERENCE 08/02/2017 08:30:00 AM. | 08/02/2017 | | 1 pages | ☐ |
| 62 | E-FILING TRANSACTION 3573817 RECEIVED ON 08/04/2017 04:23:49 PM. | 08/04/2017 | | *NV* | |
| 63 | PROOF OF SERVICE FILED BY GALLIAN, JAMIE L.; GALLIAN, JAMIE L.; GALLIAN, JAMIE L.; GALLIAN, JAMIE L. ON 08/04/2017 | 08/04/2017 | | 1 pages | ☐ |
| 64 | E-FILING TRANSACTION 2579987 RECEIVED ON 08/04/2017 05:06:10 PM. | 08/04/2017 | | *NV* | |
| 65 | PROOF OF SERVICE FILED BY GALLIAN, JAMIE L.; GALLIAN, JAMIE L.; GALLIAN, JAMIE L.; GALLIAN, JAMIE L. ON 08/04/2017 | 08/04/2017 | | 5 pages | ☐ |
| 66 | E-FILING TRANSACTION 4755080 RECEIVED ON 08/07/2017 10:31:00 AM. | 08/07/2017 | | *NV* | |
| 67 | PROOF OF SERVICE FILED BY GALLIAN, JAMIE L.; GALLIAN, JAMIE L.; GALLIAN, JAMIE L.; GALLIAN, JAMIE L. ON 08/07/2017 | 08/07/2017 | | 3 pages | ☐ |
| 68 | E-FILING TRANSACTION NUMBER 1406105 REJECTED. | 08/08/2017 | | 1 pages | ☐ |
| 69 | E-FILING TRANSACTION NUMBER 1406201 REJECTED. | 08/08/2017 | | 1 pages | ☐ |
| 70 | E-FILING TRANSACTION NUMBER 4755078 REJECTED. | 08/09/2017 | | 1 pages | ☐ |
| 71 | PROPOSED ORDER RECEIVED ON 08/10/2017 | 08/10/2017 | | 2 pages | ☐ |
| 72 | PROPOSED ORDER RECEIVED ON 08/10/2017 | 08/10/2017 | | 2 pages | ☐ |
| 73 | E-FILING TRANSACTION 1409609 RECEIVED ON 08/10/2017 04:08:02 PM. | 08/14/2017 | | *NV* | |
| 74 | DEMURRER TO CROSS-COMPLAINT FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 08/10/2017 | 08/10/2017 | | 14 pages | ☐ |
| 75 | DECLARATION IN SUPPORT FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 08/10/2017 | 08/10/2017 | | 2 pages | ☐ |
| 76 | PROOF OF SERVICE FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 08/10/2017 | 08/10/2017 | | 3 pages | ☐ |
| 77 | PAYMENT RECEIVED BY ONELEGAL FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 12203271 AND RECEIPT NUMBER 12026996. | 08/14/2017 | | 1 pages | ☐ |
| 78 | DEMURRER TO CROSS-COMPLAINT SCHEDULED FOR 09/21/2017 AT 01:30:00 PM IN C33 AT CENTRAL JUSTICE CENTER. | 08/14/2017 | | *NV* | |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 79 | E-FILING TRANSACTION 2581793 RECEIVED ON 08/10/2017 04:26:46 PM. | 08/14/2017 | | *NV* | |
| 80 | MOTION TO STRIKE FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 08/10/2017 | 08/10/2017 | | 10 pages | ☐ |
| 81 | PROOF OF SERVICE FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 08/10/2017 | 08/10/2017 | | 3 pages | ☐ |
| 82 | PAYMENT RECEIVED BY ONELEGAL FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 12203281 AND RECEIPT NUMBER 12027006. | 08/14/2017 | | 1 pages | ☐ |
| 83 | MOTION TO STRIKE CROSS-COMPLAINT SCHEDULED FOR 09/21/2017 AT 01:30:00 PM IN C33 AT CENTRAL JUSTICE CENTER. | 08/14/2017 | | *NV* | |
| 84 | E-FILING TRANSACTION 4757472 RECEIVED ON 08/14/2017 12:02:52 PM. | 08/15/2017 | | *NV* | |
| 85 | NOTICE OF TRIAL (AND MSC) FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 08/14/2017 | 08/14/2017 | | 4 pages | ☐ |
| 86 | PROOF OF SERVICE FILED BY GALLIAN, JAMIE L. ON 08/17/2017 | 08/17/2017 | | 2 pages | ☐ |
| 87 | PROOF OF SERVICE FILED BY GALLIAN, JAMIE L. ON 08/17/2017 | 08/17/2017 | | 2 pages | ☐ |
| 88 | PROOF OF SERVICE FILED BY GALLIAN, JAMIE L. ON 08/17/2017 | 08/17/2017 | | 2 pages | ☐ |
| 89 | PROOF OF SERVICE FILED BY GALLIAN, JAMIE L. ON 08/17/2017 | 08/17/2017 | | 2 pages | ☐ |
| 90 | PROOF OF SERVICE FILED BY GALLIAN, JAMIE L. ON 08/17/2017 | 08/17/2017 | | 2 pages | ☐ |
| 91 | PROOF OF SERVICE FILED BY GALLIAN, JAMIE L. ON 08/17/2017 | 08/17/2017 | | 2 pages | ☐ |
| 92 | PROOF OF SERVICE FILED BY GALLIAN, JAMIE L. ON 08/17/2017 | 08/17/2017 | | 2 pages | ☐ |
| 93 | E-FILING TRANSACTION 1411652 RECEIVED ON 08/17/2017 11:25:49 AM. | 08/17/2017 | | *NV* | |
| 94 | DECLARATION - OTHER FILED BY GALLIAN, JAMIE L.; GALLIAN, JAMIE L.; GALLIAN, JAMIE L. ON 08/17/2017 | 08/17/2017 | | 4 pages | ☐ |
| 95 | PROPOSED ORDER RECEIVED ON 08/21/2017 | 08/21/2017 | | 2 pages | ☐ |
| 96 | PROPOSED ORDER RECEIVED ON 08/21/2017 | 08/21/2017 | | 2 pages | ☐ |
| 97 | E-FILING TRANSACTION 3579011 RECEIVED ON 08/21/2017 01:34:23 PM. | 08/22/2017 | | *NV* | |
| 98 | MOTION TO STRIKE FILED BY JASSO, JANINE; PAULIN, JENNIFER; GRAGNANO, LEE; BECK, LINDY; BURRETT, LORI; PHILLIPS, TED ON 08/21/2017 | 08/21/2017 | | 8 pages | ☐ |
| 99 | PROOF OF SERVICE FILED BY JASSO, JANINE; PAULIN, JENNIFER; GRAGNANO, LEE; BECK, LINDY; BURRETT, LORI; PHILLIPS, TED ON 08/21/2017 | 08/21/2017 | | 3 pages | ☐ |
| 100 | PAYMENT RECEIVED BY ONELEGAL FOR 195 - ANSWER OR OTHER 1ST PAPER, 195 - ANSWER OR OTHER 1ST PAPER, 195 - ANSWER OR OTHER 1ST PAPER, 195 - ANSWER OR OTHER 1ST PAPER, 195 - ANSWER OR OTHER 1ST PAPER IN THE AMOUNT OF 2,610.00, TRANSACTION NUMBER 12207897 AND RECEIPT NUMBER 12031605. | 08/22/2017 | | 1 pages | ☐ |
| 101 | MOTION TO STRIKE CROSS-COMPLAINT SCHEDULED FOR 09/28/2017 AT 01:30:00 PM IN C33 AT CENTRAL JUSTICE CENTER. | 08/22/2017 | | *NV* | |
| 102 | E-FILING TRANSACTION 2584795 RECEIVED ON 08/21/2017 01:03:50 PM. | 08/22/2017 | | *NV* | |
| 103 | DEMURRER TO CROSS-COMPLAINT FILED BY JASSO, JANINE; PAULIN, JENNIFER; GRAGNANO, LEE; BECK, LINDY; BURRETT, LORI; PHILLIPS, TED ON 08/21/2017 | 08/21/2017 | | 15 pages | ☐ |
| 104 | DECLARATION IN SUPPORT FILED BY JASSO, JANINE; PAULIN, JENNIFER; GRAGNANO, LEE; BECK, LINDY; BURRETT, LORI; PHILLIPS, TED ON 08/21/2017 | 08/21/2017 | | 2 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 105 | PROOF OF SERVICE FILED BY JASSO, JANINE; PAULIN, JENNIFER; GRAGNANO, LEE; BECK, LINDY; BURRETT, LORI; PHILLIPS, TED ON 08/21/2017 | 08/21/2017 | | 3 pages | ☐ |
| 106 | PAYMENT RECEIVED BY ONELEGAL FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 12208096 AND RECEIPT NUMBER 12031804. | 08/22/2017 | | 1 pages | ☐ |
| 107 | DEMURRER TO CROSS-COMPLAINT SCHEDULED FOR 09/28/2017 AT 01:30:00 PM IN C33 AT . | 08/22/2017 | | *NV* | |
| 108 | E-FILING TRANSACTION 2585579 RECEIVED ON 08/23/2017 10:04:08 AM. | 08/23/2017 | | *NV* | |
| 109 | NOTICE OF CONTINUANCE FILED BY JASSO, JANINE; PAULIN, JENNIFER; GRAGNANO, LEE; BECK, LINDY; BURRETT, LORI; PHILLIPS, TED; THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 08/23/2017 | 08/23/2017 | | 2 pages | ☐ |
| 110 | PROOF OF SERVICE FILED BY JASSO, JANINE; PAULIN, JENNIFER; GRAGNANO, LEE; BECK, LINDY; BURRETT, LORI; PHILLIPS, TED; THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 08/23/2017 | 08/23/2017 | | 3 pages | ☐ |
| 111 | DEMURRER TO CROSS-COMPLAINT SCHEDULED FOR 09/28/2017 AT 01:30:00 PM IN C33 AT CENTRAL JUSTICE CENTER. | 08/24/2017 | | *NV* | |
| 112 | MOTION TO STRIKE CROSS-COMPLAINT SCHEDULED FOR 09/28/2017 AT 01:30:00 PM IN C33 AT CENTRAL JUSTICE CENTER. | 08/24/2017 | | *NV* | |
| 113 | E-FILING TRANSACTION 3583647 RECEIVED ON 09/05/2017 12:38:08 PM. | 09/05/2017 | | *NV* | |
| 114 | NOTICE - OTHER FILED BY GALLIAN, JAMIE L.; GALLIAN, JAMIE L.; GALLIAN, JAMIE L.; GALLIAN, JAMIE L.; GALLIAN, JAMIE L. ON 09/05/2017 | 09/05/2017 | | 4 pages | ☐ |
| 115 | E-FILING TRANSACTION 4764707 RECEIVED ON 09/06/2017 09:15:23 AM. | 09/06/2017 | | *NV* | |
| 116 | OPPOSITION FILED BY GALLIAN, JAMIE L.; GALLIAN, JAMIE L.; GALLIAN, JAMIE L.; GALLIAN, JAMIE L. ON 09/06/2017 | 09/06/2017 | | 15 pages | ☐ |
| 117 | PROPOSED ORDER RECEIVED ON 09/11/2017 | 09/11/2017 | | 4 pages | ☐ |
| 118 | E-FILING TRANSACTION 3585597 RECEIVED ON 09/11/2017 12:31:37 PM. | 09/11/2017 | | *NV* | |
| 119 | EX PARTE APPLICATION - OTHER FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 09/11/2017 | 09/11/2017 | | 19 pages | ☐ |
| 120 | DECLARATION IN SUPPORT FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 09/11/2017 | 09/11/2017 | | 63 pages | ☐ |
| 121 | DECLARATION IN SUPPORT FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 09/11/2017 | 09/11/2017 | | 60 pages | ☐ |
| 122 | DECLARATION - OTHER (OF SERVICE) FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 09/11/2017 | 09/11/2017 | | 2 pages | ☐ |
| 123 | PAYMENT RECEIVED BY ONELEGAL FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 12218099 AND RECEIPT NUMBER 12041813. | 09/11/2017 | | 1 pages | ☐ |
| 124 | EX PARTE SCHEDULED FOR 09/12/2017 AT 08:30:00 AM IN C33 AT CENTRAL JUSTICE CENTER. | 09/11/2017 | | *NV* | |
| 125 | ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION SCHEDULED FOR 09/28/2017 AT 01:30:00 PM IN C33 AT CENTRAL JUSTICE CENTER. | 09/12/2017 | | *NV* | |
| 126 | THE ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION IS SCHEDULED FOR 09/28/2017 AT 01:30 PM IN DEPARTMENT C33. | 09/12/2017 | | *NV* | |
| 127 | MINUTES FINALIZED FOR EX PARTE 09/12/2017 08:30:00 AM. | 09/12/2017 | | 1 pages | ☐ |
| 128 | MINUTES FINALIZED FOR EX PARTE 09/12/2017 08:30:00 AM. | 09/12/2017 | | 1 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 129 | E-FILING TRANSACTION NUMBER 4766334 REJECTED. | 09/12/2017 | | 1 pages | ☐ |
| 130 | PROPOSED STIPULATION AND ORDER RECEIVED ON 09/13/2017 | 09/13/2017 | | 4 pages | ☐ |
| 131 | E-FILING TRANSACTION 2592118 RECEIVED ON 09/13/2017 10:26:57 AM. | 09/13/2017 | | NV | |
| 132 | PROOF OF SERVICE FILED BY JASSO, JANINE; PAULIN, JENNIFER; GRAGNANO, LEE; BECK, LINDY; BURRETT, LORI; PHILLIPS, TED; THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 09/13/2017 | 09/13/2017 | | 3 pages | ☐ |
| 133 | E-FILING TRANSACTION 4767228 RECEIVED ON 09/13/2017 11:08:11 AM. | 09/13/2017 | | NV | |
| 134 | PROOF OF SERVICE FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 09/13/2017 | 09/13/2017 | | 6 pages | ☐ |
| 135 | DEMURRER TO CROSS-COMPLAINT SCHEDULED FOR 10/26/2017 AT 01:30:00 PM IN C33 AT CENTRAL JUSTICE CENTER. | 09/14/2017 | | NV | |
| 136 | DEMURRER TO CROSS-COMPLAINT SCHEDULED FOR 10/26/2017 AT 01:30:00 PM IN C33 AT CENTRAL JUSTICE CENTER. | 09/14/2017 | | NV | |
| 137 | MOTION TO STRIKE CROSS-COMPLAINT SCHEDULED FOR 10/26/2017 AT 01:30:00 PM IN C33 AT CENTRAL JUSTICE CENTER. | 09/14/2017 | | NV | |
| 138 | MOTION TO STRIKE CROSS-COMPLAINT SCHEDULED FOR 10/26/2017 AT 01:30:00 PM IN C33 AT CENTRAL JUSTICE CENTER. | 09/14/2017 | | NV | |
| 139 | E-FILING TRANSACTION 3586546 RECEIVED ON 09/13/2017 10:26:58 AM. | 09/14/2017 | | NV | |
| 140 | STIPULATION AND ORDER (TO CONTINUE DEMURRERS AND MOTIONS) FILED BY JASSO, JANINE; PAULIN, JENNIFER; GRAGNANO, LEE; BECK, LINDY; BURRETT, LORI; PHILLIPS, TED; THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 09/13/2017 | 09/13/2017 | | 4 pages | ☐ |
| 141 | PAYMENT RECEIVED BY ONELEGAL FOR 37 - STIPULATION AND ORDER IN THE AMOUNT OF 20.00, TRANSACTION NUMBER 12220274 AND RECEIPT NUMBER 12043978. | 09/14/2017 | | 1 pages | ☐ |
| 142 | E-FILING TRANSACTION 1422698 RECEIVED ON 09/20/2017 04:52:30 PM. | 09/21/2017 | | NV | |
| 143 | OPPOSITION FILED BY GALLIAN, JAMIE L. ON 09/20/2017 | 09/20/2017 | | 5 pages | ☐ |
| 144 | DECLARATION - OTHER FILED BY GALLIAN, JAMIE L. ON 09/20/2017 | 09/20/2017 | | 5 pages | ☐ |
| 145 | OBJECTION FILED BY GALLIAN, JAMIE L. ON 09/20/2017 | 09/20/2017 | | 3 pages | ☐ |
| 146 | PROPOSED ORDER RECEIVED ON 09/25/2017 | 09/25/2017 | | 3 pages | ☐ |
| 147 | E-FILING TRANSACTION 3590659 RECEIVED ON 09/25/2017 03:19:38 PM. | 09/26/2017 | | NV | |
| 148 | REPLY TO MOTION FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 09/25/2017 | 09/25/2017 | | 6 pages | ☐ |
| 149 | DECLARATION - OTHER FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 09/25/2017 | 09/25/2017 | | 10 pages | ☐ |
| 150 | DECLARATION - OTHER FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 09/25/2017 | 09/25/2017 | | 2 pages | ☐ |
| 151 | DECLARATION - OTHER FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 09/25/2017 | 09/25/2017 | | 33 pages | ☐ |
| 152 | PROOF OF SERVICE FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 09/25/2017 | 09/25/2017 | | 2 pages | ☐ |
| 153 | E-FILING TRANSACTION 2596031 RECEIVED ON 09/25/2017 03:34:01 PM. | 09/26/2017 | | NV | |
| 154 | DECLARATION IN SUPPORT FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 09/25/2017 | 09/25/2017 | | 4 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 155 | ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION SCHEDULED FOR 10/26/2017 AT 01:30:00 PM IN C33 AT CENTRAL JUSTICE CENTER. | 09/28/2017 | | *NV* | |
| 156 | ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION CONTINUED TO 10/26/2017 AT 01:30 PM IN THIS DEPARTMENT PURSUANT TO COURT'S MOTION. | 09/28/2017 | | *NV* | |
| 157 | MINUTES FINALIZED FOR ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION 09/28/2017 01:30:00 PM. | 09/28/2017 | | 1 pages | ☐ |
| 158 | OPPOSITION FILED BY GALLIAN, JAMIE L. ON 09/28/2017 | 09/28/2017 | | 68 pages | ☐ |
| 159 | E-FILING TRANSACTION NUMBER 2598584 REJECTED. | 10/03/2017 | | 1 pages | ☐ |
| 160 | E-FILING TRANSACTION 3594190 RECEIVED ON 10/04/2017 06:26:09 PM. | 10/05/2017 | | *NV* | |
| 161 | AMENDED ANSWER (FIRST) FILED BY GALLIAN, JAMIE L. ON 10/04/2017 | 10/05/2017 | | 7 pages | ☐ |
| 162 | E-FILING TRANSACTION 2600286 RECEIVED ON 10/06/2017 03:12:22 PM. | 10/06/2017 | | *NV* | |
| 163 | NOTICE OF CONTINUANCE FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 10/06/2017 | 10/06/2017 | | 4 pages | ☐ |
| 164 | E-FILING TRANSACTION 1428350 RECEIVED ON 10/06/2017 03:16:22 PM. | 10/10/2017 | | *NV* | |
| 165 | SUPPLEMENTAL (BRIEF IN SUPPORT) FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 10/06/2017 | 10/06/2017 | | 14 pages | ☐ |
| 166 | E-FILING TRANSACTION 1433068 RECEIVED ON 10/20/2017 04:17:05 PM. | 10/20/2017 | | *NV* | |
| 167 | OPPOSITION FILED BY GALLIAN, JAMIE L.; GALLIAN, JAMIE L.; GALLIAN, JAMIE L.; GALLIAN, JAMIE L.; GALLIAN, JAMIE L. ON 10/20/2017 | 10/20/2017 | | 12 pages | ☐ |
| 168 | OPPOSITION FILED BY GALLIAN, JAMIE L.; GALLIAN, JAMIE L.; GALLIAN, JAMIE L.; GALLIAN, JAMIE L.; GALLIAN, JAMIE L. ON 10/20/2017 | 10/20/2017 | | 12 pages | ☐ |
| 169 | OPPOSITION FILED BY GALLIAN, JAMIE L.; GALLIAN, JAMIE L.; GALLIAN, JAMIE L.; GALLIAN, JAMIE L.; GALLIAN, JAMIE L. ON 10/20/2017 | 10/20/2017 | | 41 pages | ☐ |
| 170 | E-FILING TRANSACTION 1433446 RECEIVED ON 10/23/2017 03:34:42 PM. | 10/23/2017 | | *NV* | |
| 171 | REPLY TO OPPOSITION FILED BY JASSO, JANINE; PAULIN, JENNIFER; GRAGNANO, LEE; BECK, LINDY; BURRETT, LORI; PHILLIPS, TED; THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 10/23/2017 | 10/23/2017 | | 6 pages | ☐ |
| 172 | DECLARATION IN SUPPORT OF REPLY FILED BY JASSO, JANINE; PAULIN, JENNIFER; GRAGNANO, LEE; BECK, LINDY; BURRETT, LORI; PHILLIPS, TED; THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 10/23/2017 | 10/23/2017 | | 14 pages | ☐ |
| 173 | PROOF OF SERVICE FILED BY JASSO, JANINE; PAULIN, JENNIFER; GRAGNANO, LEE; BECK, LINDY; BURRETT, LORI; PHILLIPS, TED; THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 10/23/2017 | 10/23/2017 | | 3 pages | ☐ |
| 174 | E-FILING TRANSACTION 4780371 RECEIVED ON 10/23/2017 03:49:59 PM. | 10/23/2017 | | *NV* | |
| 175 | DECLARATION IN SUPPORT OF OPPOSITION FILED BY GALLIAN, JAMIE L.; GALLIAN, JAMIE L.; GALLIAN, JAMIE L.; GALLIAN, JAMIE L. ON 10/23/2017 | 10/23/2017 | | 21 pages | ☐ |
| 176 | E-FILING TRANSACTION 4780182 RECEIVED ON 10/25/2017 12:00:03 PM. | 10/25/2017 | | *NV* | |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 177 | SUPPLEMENTAL (BRIEF) FILED BY GALLIAN, JAMIE L. ON 10/23/2017 | 10/23/2017 | | 33 pages | ☐ |
| 178 | E-FILING TRANSACTION 3601160 RECEIVED ON 10/25/2017 01:31:03 PM. | 10/25/2017 | | NV | |
| 179 | REQUEST FOR JUDICIAL NOTICE FILED BY GALLIAN, JAMIE L. ON 10/25/2017 | 10/25/2017 | | 6 pages | ☐ |
| 180 | E-FILING TRANSACTION 1433932 RECEIVED ON 10/24/2017 03:22:04 PM. | 10/25/2017 | | NV | |
| 181 | MOTION FOR LEAVE TO AMEND FILED BY GALLIAN, JAMIE L. ON 10/24/2017 | 10/24/2017 | | 15 pages | ☐ |
| 182 | PAYMENT RECEIVED BY DDSLEGAL FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 12242715 AND RECEIPT NUMBER 12066433. | 10/25/2017 | | 1 pages | ☐ |
| 183 | MOTION FOR LEAVE TO AMEND SCHEDULED FOR 11/02/2017 AT 01:30:00 PM IN C33 AT CENTRAL JUSTICE CENTER. | 10/25/2017 | | NV | |
| 184 | PROPOSED ORDER RECEIVED ON 10/25/2017 | 10/25/2017 | | 3 pages | ☐ |
| 185 | E-FILING TRANSACTION 4780937 RECEIVED ON 10/24/2017 05:30:42 PM. | 10/25/2017 | | NV | |
| 186 | MOTION FOR LEAVE TO AMEND FILED BY GALLIAN, JAMIE L. ON 10/24/2017 | 10/24/2017 | | 16 pages | ☐ |
| 187 | MOTION FOR LEAVE TO AMEND FILED BY GALLIAN, JAMIE L. ON 10/24/2017 | 10/24/2017 | | 16 pages | ☐ |
| 188 | PAYMENT RECEIVED BY DDSLEGAL FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING, 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 120.00, TRANSACTION NUMBER 12242814 AND RECEIPT NUMBER 12066532. | 10/25/2017 | | 1 pages | ☐ |
| 189 | MOTION FOR LEAVE TO FILE AMENDED CROSS-COMPLAINT SCHEDULED FOR 12/14/2017 AT 01:30:00 PM IN C33 AT CENTRAL JUSTICE CENTER. | 10/25/2017 | | NV | |
| 190 | MOTION FOR LEAVE TO FILE AMENDED CROSS-COMPLAINT SCHEDULED FOR 12/14/2017 AT 01:30:00 PM IN C33 AT CENTRAL JUSTICE CENTER. | 10/25/2017 | | NV | |
| 191 | E-FILING TRANSACTION 2606194 RECEIVED ON 10/25/2017 03:08:29 PM. | 10/25/2017 | | NV | |
| 192 | DECLARATION IN SUPPORT FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 10/25/2017 | 10/25/2017 | | 12 pages | ☐ |
| 193 | DECLARATION IN SUPPORT FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 10/25/2017 | 10/25/2017 | | 31 pages | ☐ |
| 194 | PROOF OF SERVICE FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 10/25/2017 | 10/25/2017 | | 2 pages | ☐ |
| 195 | E-FILING TRANSACTION NUMBER 1409628 REJECTED. | 10/27/2017 | | 1 pages | ☐ |
| 196 | E-FILING TRANSACTION NUMBER 2584815 REJECTED. | 10/27/2017 | | 1 pages | ☐ |
| 197 | ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION SCHEDULED FOR 11/30/2017 AT 01:30:00 PM IN C33 AT CENTRAL JUSTICE CENTER. | 10/26/2017 | | NV | |
| 198 | MOTION FOR LEAVE TO AMEND SCHEDULED FOR 11/30/2017 AT 01:30:00 PM IN C33 AT CENTRAL JUSTICE CENTER. | 10/26/2017 | | NV | |
| 199 | MOTION FOR LEAVE TO FILE AMENDED CROSS-COMPLAINT SCHEDULED FOR 11/30/2017 AT 01:30:00 PM IN C33 AT CENTRAL JUSTICE CENTER. | 10/26/2017 | | NV | |
| 200 | MOTION FOR LEAVE TO FILE AMENDED CROSS-COMPLAINT SCHEDULED FOR 11/30/2017 AT 01:30:00 PM IN C33 AT CENTRAL JUSTICE CENTER. | 10/26/2017 | | NV | |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|-----|--------|-------------|--------------|----------|--------|
| 201 | MANDATORY SETTLEMENT CONFERENCE SCHEDULED FOR 11/30/2017 AT 01:30:00 PM IN C33 AT CENTRAL JUSTICE CENTER. | 10/26/2017 | | *NV* | |
| 202 | ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION CONTINUED TO 11/30/2017 AT 01:30 PM IN THIS DEPARTMENT PURSUANT TO COURT'S MOTION. | 10/26/2017 | | *NV* | |
| 203 | MOTION FOR LEAVE TO AMEND CONTINUED TO 11/30/2017 AT 01:30 PM IN THIS DEPARTMENT PURSUANT TO RESET. | 10/26/2017 | | *NV* | |
| 204 | MOTION FOR LEAVE TO FILE AMENDED CROSS-COMPLAINT CONTINUED TO 11/30/2017 AT 01:30 PM IN THIS DEPARTMENT PURSUANT TO COURT'S MOTION. | 10/26/2017 | | *NV* | |
| 205 | MOTION FOR LEAVE TO FILE AMENDED CROSS-COMPLAINT CONTINUED TO 11/30/2017 AT 01:30 PM IN THIS DEPARTMENT PURSUANT TO COURT'S MOTION. | 10/26/2017 | | *NV* | |
| 206 | MANDATORY SETTLEMENT CONFERENCE CONTINUED TO 11/30/2017 AT 01:30 PM IN THIS DEPARTMENT PURSUANT TO COURT'S MOTION. | 10/26/2017 | | *NV* | |
| 207 | MINUTES FINALIZED FOR MULTIPLE EVENTS 10/26/2017 01:30:00 PM. | 10/30/2017 | | 4 pages | ☐ |
| 208 | E-FILING TRANSACTION 2607521 RECEIVED ON 10/30/2017 03:01:03 PM. | 10/30/2017 | | *NV* | |
| 209 | NOTICE OF RULING FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 10/30/2017 | 10/30/2017 | | 7 pages | ☐ |
| 210 | PROOF OF SERVICE FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 10/30/2017 | 10/30/2017 | | 3 pages | ☐ |
| 211 | E-FILING TRANSACTION 3602975 RECEIVED ON 10/31/2017 01:06:53 PM. | 10/31/2017 | | *NV* | |
| 212 | PROOF OF ESERVICE FILED BY JASSO, JANINE; PAULIN, JENNIFER; GRAGNANO, LEE; BECK, LINDY; BURRETT, LORI; PHILLIPS, TED; THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 10/31/2017 | 10/31/2017 | | 3 pages | ☐ |
| 213 | PROPOSED ORDER RECEIVED ON 10/31/2017 | 10/31/2017 | | 2 pages | ☐ |
| 214 | E-FILING TRANSACTION 2609319 RECEIVED ON 11/03/2017 01:37:21 PM. | 11/03/2017 | | *NV* | |
| 215 | NOTICE OF CONTINUANCE FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 11/03/2017 | 11/03/2017 | | 4 pages | ☐ |
| 216 | E-FILING TRANSACTION 4783177 RECEIVED ON 10/31/2017 06:26:10 PM. | 11/06/2017 | | *NV* | |
| 217 | APPLICATION FOR DETERMINATION OF GOOD FAITH SETTLEMENT FILED BY BRADLEY, SANDRA L.; SANDRA L. BRADLEY AS TRUSTEE OF THE SANDRA L. BRADLEY TRUST ON 10/31/2017 | 10/31/2017 | | 15 pages | ☐ |
| 218 | NOTICE OF SETTLEMENT FILED BY BRADLEY, SANDRA L.; SANDRA L. BRADLEY AS TRUSTEE OF THE SANDRA L. BRADLEY TRUST ON 10/31/2017 | 10/31/2017 | | 3 pages | ☐ |
| 219 | PROPOSED ORDER RECEIVED ON 10/31/2017. | 10/31/2017 | | 3 pages | ☐ |
| 220 | E-FILING TRANSACTION NUMBER 3575716 REJECTED. | 11/13/2017 | | 1 pages | ☐ |
| 222 | E-FILING TRANSACTION NUMBER 1412627 REJECTED. | 11/13/2017 | | 1 pages | ☐ |
| 223 | PROPOSED ORDER RECEIVED ON 11/15/2017 | 11/15/2017 | | 2 pages | ☐ |
| 224 | PROPOSED ORDER RECEIVED ON 11/15/2017 | 11/15/2017 | | 2 pages | ☐ |
| 225 | E-FILING TRANSACTION 3608151 RECEIVED ON 11/15/2017 03:17:37 PM. | 11/15/2017 | | *NV* | |
| 226 | PROOF OF ESERVICE FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 11/15/2017 | 11/15/2017 | | 3 pages | ☐ |
| 227 | E-FILING TRANSACTION 3608213 RECEIVED ON 11/15/2017 04:08:46 PM. | 11/15/2017 | | *NV* | |
| 228 | OPPOSITION FILED BY BRADLEY, SANDRA L. ON 11/15/2017 | 11/15/2017 | | 4 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 229 | E-FILING TRANSACTION 1441203 RECEIVED ON 11/15/2017 04:20:42 PM. | 11/15/2017 | | *NV* | |
| 230 | OPPOSITION FILED BY JASSO, JANINE; PAULIN, JENNIFER; GRAGNANO, LEE; BECK, LINDY; BURRETT, LORI; PHILLIPS, TED; THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 11/15/2017 | 11/15/2017 | | 2 pages | ☐ |
| 231 | PROOF OF SERVICE FILED BY JASSO, JANINE; PAULIN, JENNIFER; GRAGNANO, LEE; BECK, LINDY; BURRETT, LORI; PHILLIPS, TED; THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 11/15/2017 | 11/15/2017 | | 3 pages | ☐ |
| 232 | E-FILING TRANSACTION 3608237 RECEIVED ON 11/15/2017 04:30:49 PM. | 11/15/2017 | | *NV* | |
| 233 | OPPOSITION FILED BY JASSO, JANINE; PAULIN, JENNIFER; GRAGNANO, LEE; BECK, LINDY; BURRETT, LORI; PHILLIPS, TED; THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 11/15/2017 | 11/15/2017 | | 2 pages | ☐ |
| 234 | PROOF OF SERVICE FILED BY JASSO, JANINE; PAULIN, JENNIFER; GRAGNANO, LEE; BECK, LINDY; BURRETT, LORI; PHILLIPS, TED; THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 11/15/2017 | 11/15/2017 | | 3 pages | ☐ |
| 235 | ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION SCHEDULED FOR 01/11/2018 AT 01:30:00 PM IN C33 AT CENTRAL JUSTICE CENTER. | 11/16/2017 | | *NV* | |
| 236 | MOTION FOR LEAVE TO AMEND SCHEDULED FOR 01/11/2018 AT 01:30:00 PM IN C33 AT CENTRAL JUSTICE CENTER. | 11/16/2017 | | *NV* | |
| 237 | MOTION FOR LEAVE TO FILE AMENDED CROSS-COMPLAINT SCHEDULED FOR 01/11/2018 AT 01:30:00 PM IN C33 AT CENTRAL JUSTICE CENTER. | 11/16/2017 | | *NV* | |
| 238 | MOTION FOR LEAVE TO FILE AMENDED CROSS-COMPLAINT SCHEDULED FOR 01/11/2018 AT 01:30:00 PM IN C33 AT CENTRAL JUSTICE CENTER. | 11/16/2017 | | *NV* | |
| 239 | MANDATORY SETTLEMENT CONFERENCE SCHEDULED FOR 01/11/2018 AT 01:30:00 PM IN C33 AT CENTRAL JUSTICE CENTER. | 11/16/2017 | | *NV* | |
| 240 | MANDATORY SETTLEMENT CONFERENCE CONTINUED TO 01/11/2018 AT 01:30 PM IN THIS DEPARTMENT PURSUANT TO COURT'S MOTION. | 11/16/2017 | | *NV* | |
| 241 | MINUTES FINALIZED FOR CHAMBERS WORK 11/16/2017 01:46:00 PM. | 11/16/2017 | | 1 pages | ☐ |
| 242 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 11/16/2017 | | 2 pages | ☐ |
| 243 | E-FILING TRANSACTION 2614693 RECEIVED ON 11/21/2017 12:15:32 PM. | 11/22/2017 | | *NV* | |
| 244 | SUBSTITUTION OF ATTORNEY FILED BY GALLIAN, JAMIE L. ON 11/21/2017 | 11/21/2017 | | 2 pages | ☐ |
| 245 | E-FILING TRANSACTION 2612866 RECEIVED ON 11/15/2017 03:17:39 PM. | 11/29/2017 | | *NV* | |
| 246 | ORDER - OTHER (DEMURRER TO CROSS-COMPLAINT) FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 11/20/2017 | 11/20/2017 | | 2 pages | ☐ |
| 247 | E-FILING TRANSACTION 4787953 RECEIVED ON 11/15/2017 03:17:41 PM. | 12/04/2017 | | *NV* | |
| 248 | ORDER - OTHER FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 11/20/2017 | 11/20/2017 | | 2 pages | ☐ |
| 249 | CROSS-COMPLAINT DISPOSED WITH DISPOSITION OF OTHER COURT DISMISSAL - CONDITIONAL OR GOOD FAITH. | 12/04/2017 | | *NV* | |
| 250 | CROSS-COMPLAINT DISPOSED WITH DISPOSITION OF OTHER COURT DISMISSAL - CONDITIONAL OR GOOD FAITH. | 12/04/2017 | | *NV* | |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 251 | E-FILING TRANSACTION 2608091 RECEIVED ON 10/31/2017 06:26:09 PM. | 12/11/2017 | | *NV* | |
| 252 | ORDER - OTHER (ON APPLICATION FOR DETERMINATION OF GOOD-FAITH SETTLEMENT) FILED BY BRADLEY, SANDRA L. ON 12/04/2017 | 12/04/2017 | | 2 pages | ☐ |
| 253 | E-FILING TRANSACTION 3619256 RECEIVED ON 12/21/2017 09:04:38 AM. | 12/21/2017 | | *NV* | |
| 254 | NOTICE - OTHER FILED BY BRADLEY, SANDRA L. ON 12/21/2017 | 12/21/2017 | | 6 pages | ☐ |
| 255 | E-FILING TRANSACTION 4798429 RECEIVED ON 12/20/2017 03:12:24 PM. | 12/21/2017 | | *NV* | |
| 256 | REQUEST FOR DISMISSAL WITHOUT PREJUDICE - PARTY FILED BY BRADLEY, SANDRA L. ON 12/20/2017 | 12/20/2017 | | 2 pages | ☐ |
| 257 | E-FILING TRANSACTION 1452023 RECEIVED ON 12/21/2017 10:30:03 AM. | 12/22/2017 | | *NV* | |
| 259 | REQUEST FOR DISMISSAL WITH PREJUDICE - PARTY SUBMITTED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION REJECTED ON 12/22/2017. | 12/22/2017 | | 1 pages | ☐ |
| 260 | E-FILING TRANSACTION 1452084 RECEIVED ON 12/21/2017 11:39:17 AM. | 12/22/2017 | | *NV* | |
| 261 | REQUEST FOR DISMISSAL WITH PREJUDICE - PARTY FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 12/21/2017 | 12/21/2017 | | 4 pages | ☐ |
| 262 | E-FILING TRANSACTION NUMBER 1453177 REJECTED. | 12/27/2017 | | 1 pages | ☐ |
| 263 | E-FILING TRANSACTION 3620555 RECEIVED ON 12/27/2017 01:25:08 PM. | 12/28/2017 | | *NV* | |
| 264 | REQUEST FOR DISMISSAL WITH PREJUDICE - PARTY FILED BY GALLIAN, JAMIE L.; GALLIAN, JAMIE L. ON 12/27/2017 | 12/27/2017 | | 2 pages | ☐ |
| 265 | E-FILING TRANSACTION 2625275 RECEIVED ON 12/28/2017 11:32:46 AM. | 01/03/2018 | | *NV* | |
| 266 | SUBSTITUTION OF ATTORNEY FILED BY GALLIAN, JAMIE L. ON 12/28/2017 | 12/28/2017 | | 2 pages | ☐ |
| 267 | E-FILING TRANSACTION 3621582 RECEIVED ON 01/02/2018 10:41:42 AM. | 01/03/2018 | | *NV* | |
| 268 | NOTICE OF RELATED CASE FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 01/02/2018 | 01/02/2018 | | 3 pages | ☐ |
| 269 | PROPOSED ORDER RECEIVED ON 01/04/2018 | 01/04/2018 | | 4 pages | ☐ |
| 270 | E-FILING TRANSACTION 3622729 RECEIVED ON 01/04/2018 03:43:59 PM. | 01/05/2018 | | *NV* | |
| 271 | MANDATORY SETTLEMENT CONFERENCE STATEMENT RECEIVED ON 01/04/2018. | 01/04/2018 | | *NA* | |
| 272 | E-FILING TRANSACTION 1455413 RECEIVED ON 01/04/2018 04:28:10 PM. | 01/05/2018 | | *NV* | |
| 273 | MANDATORY SETTLEMENT CONFERENCE STATEMENT RECEIVED ON 01/04/2018. | 01/04/2018 | | *NA* | |
| 274 | E-FILING TRANSACTION 4801938 RECEIVED ON 01/04/2018 03:12:27 PM. | 01/05/2018 | | *NV* | |
| 275 | REPLY - OTHER FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 01/04/2018 | 01/04/2018 | | 5 pages | ☐ |
| 276 | DECLARATION - OTHER FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 01/04/2018 | 01/04/2018 | | 159 pages | ☐ |
| 277 | DECLARATION - OTHER FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 01/04/2018 | 01/04/2018 | | 5 pages | ☐ |
| 278 | PROPOSED ORDER (COVER SHEET) (ELECTRONIC FILING) RECEIVED ON 01/04/2018. | 01/04/2018 | | 4 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 279 | PROOF OF SERVICE OF ORDER TO SHOW CAUSE FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 01/04/2018 | 01/04/2018 | | 2 pages | ☐ |
| 280 | REQUEST - OTHER SUBMITTED BY GALLIAN, JAMIE L. REJECTED ON 01/05/2018. | 01/05/2018 | | 1 pages | ☐ |
| 281 | E-FILING TRANSACTION NUMBER 3623287 REJECTED. | 01/08/2018 | | 1 pages | ☐ |
| 282 | E-FILING TRANSACTION 1457161 RECEIVED ON 01/10/2018 01:14:23 PM. | 01/10/2018 | | NV | |
| 283 | DECLARATION - OTHER FILED BY GALLIAN, JAMIE L.; GALLIAN, JAMIE L. ON 01/10/2018 | 01/10/2018 | | 33 pages | ☐ |
| 284 | MANDATORY SETTLEMENT CONFERENCE SCHEDULED FOR 01/26/2018 AT 08:30:00 AM IN C33 AT CENTRAL JUSTICE CENTER. | 01/11/2018 | | NV | |
| 285 | MANDATORY SETTLEMENT CONFERENCE CONTINUED TO 01/26/2018 AT 08:30 AM IN THIS DEPARTMENT PURSUANT TO COURT'S MOTION. | 01/11/2018 | | NV | |
| 287 | MINUTES FINALIZED FOR MANDATORY SETTLEMENT CONFERENCE 01/11/2018 01:30:00 PM. | 01/12/2018 | | 1 pages | ☐ |
| 288 | MINUTES FINALIZED FOR MOTION FOR PRELIMINARY INJUNCTION 01/11/2018 01:30:00 PM. | 01/12/2018 | | 3 pages | ☐ |
| 289 | E-FILING TRANSACTION 1434366 RECEIVED ON 10/25/2017 03:08:20 PM. | 01/16/2018 | | NV | |
| 290 | ORDER - OTHER (GRANTING MOTION FOR PRELIMINARY INJUNCTION) FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 01/11/2018 | 01/11/2018 | | 3 pages | ☐ |
| 291 | NOTICE - OTHER (OF POSTING OF BOND OR UNDERTAKING BY PLAINTIFF) FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 01/16/2018 | 01/16/2018 | | 9 pages | ☐ |
| 292 | DOCUMENT - OTHER (UNDERTAKING) FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 01/16/2018 | 01/16/2018 | | 2 pages | ☐ |
| 293 | E-FILING TRANSACTION 1459783 RECEIVED ON 01/18/2018 01:16:43 PM. | 01/18/2018 | | NV | |
| 294 | NOTICE OF RULING FILED BY JASSO, JANINE; PAULIN, JENNIFER; GRAGNANO, LEE; BECK, LINDY; BURRETT, LORI; PHILLIPS, TED; THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 01/18/2018 | 01/18/2018 | | 11 pages | ☐ |
| 295 | PROOF OF SERVICE FILED BY JASSO, JANINE; PAULIN, JENNIFER; GRAGNANO, LEE; BECK, LINDY; BURRETT, LORI; PHILLIPS, TED; THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 01/18/2018 | 01/18/2018 | | 3 pages | ☐ |
| 296 | E-FILING TRANSACTION NUMBER 4771082 REJECTED. | 01/23/2018 | | 1 pages | ☐ |
| 297 | E-FILING TRANSACTION NUMBER 4801937 REJECTED. | 01/23/2018 | | 1 pages | ☐ |
| 298 | MANDATORY SETTLEMENT CONFERENCE SCHEDULED FOR 03/02/2018 AT 08:30:00 AM IN C33 AT CENTRAL JUSTICE CENTER. | 01/26/2018 | | NV | |
| 299 | MANDATORY SETTLEMENT CONFERENCE CONTINUED TO 03/02/2018 AT 08:30 AM IN THIS DEPARTMENT PURSUANT TO RESET. | 01/26/2018 | | NV | |
| 300 | MINUTES FINALIZED FOR MANDATORY SETTLEMENT CONFERENCE 01/26/2018 08:30:00 AM. | 01/26/2018 | | 1 pages | ☐ |
| 301 | E-FILING TRANSACTION 1464399 RECEIVED ON 01/31/2018 02:08:26 PM. | 01/31/2018 | | NV | |
| 302 | NOTICE OF RULING FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 01/31/2018 | 01/31/2018 | | 4 pages | ☐ |
| 303 | E-FILING TRANSACTION 3631965 RECEIVED ON 01/31/2018 03:42:23 PM. | 01/31/2018 | | NV | |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 304 | NOTICE OF ENTRY OF DISMISSAL AND PROOF OF SERVICE FILED BY JASSO, JANINE; PAULIN, JENNIFER; GRAGNANO, LEE; BECK, LINDY; BURRETT, LORI; PHILLIPS, TED; THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 01/31/2018 | 01/31/2018 | | 4 pages | ☐ |
| 305 | E-FILING TRANSACTION 2638310 RECEIVED ON 02/07/2018 11:21:24 AM. | 02/07/2018 | | NV | |
| 306 | NOTICE - OTHER FILED BY GALLIAN, JAMIE L.; GALLIAN, JAMIE L.; GALLIAN, JAMIE L. ON 02/07/2018 | 02/07/2018 | | 8 pages | ☐ |
| 307 | E-FILING TRANSACTION 2639996 RECEIVED ON 02/13/2018 08:27:04 AM. | 02/15/2018 | | NV | |
| 308 | MEMORANDUM OF COSTS (SUMMARY) FILED BY JASSO, JANINE; PAULIN, JENNIFER; GRAGNANO, LEE; BECK, LINDY; BURRETT, LORI; PHILLIPS, TED ON 02/13/2018 | 02/13/2018 | | 3 pages | ☐ |
| 309 | E-FILING TRANSACTION 2640230 RECEIVED ON 02/13/2018 01:05:00 PM. | 02/15/2018 | | NV | |
| 310 | MEMORANDUM OF COSTS (SUMMARY) FILED BY GALLIAN, JAMIE L. ON 02/13/2018 | 02/13/2018 | | 3 pages | ☐ |
| 311 | PROPOSED ORDER RECEIVED ON 02/16/2018 | 02/16/2018 | | 2 pages | ☐ |
| 312 | PROPOSED ORDER RECEIVED ON 02/16/2018 | 02/16/2018 | | 2 pages | ☐ |
| 313 | PROPOSED ORDER RECEIVED ON 02/16/2018 | 02/16/2018 | | 2 pages | ☐ |
| 314 | PROPOSED ORDER RECEIVED ON 02/16/2018 | 02/16/2018 | | 2 pages | ☐ |
| 315 | PROPOSED ORDER RECEIVED ON 02/16/2018 | 02/16/2018 | | 2 pages | ☐ |
| 316 | E-FILING TRANSACTION 2641517 RECEIVED ON 02/16/2018 09:56:29 AM. | 02/16/2018 | | NV | |
| 317 | MOTION TO COMPEL ANSWERS TO INTERROGATORIES FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 02/16/2018 | 02/16/2018 | | 2 pages | ☐ |
| 318 | SEPARATE STATEMENT FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 02/16/2018 | 02/16/2018 | | 49 pages | ☐ |
| 319 | MEMORANDUM OF POINTS AND AUTHORITIES FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 02/16/2018 | 02/16/2018 | | 12 pages | ☐ |
| 320 | DECLARATION IN SUPPORT FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 02/16/2018 | 02/16/2018 | | 56 pages | ☐ |
| 321 | PROOF OF SERVICE FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 02/16/2018 | 02/16/2018 | | 3 pages | ☐ |
| 322 | PAYMENT RECEIVED BY ONELEGAL FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 12300893 AND RECEIPT NUMBER 12124653. | 02/16/2018 | | 1 pages | ☐ |
| 323 | MOTION TO COMPEL FURTHER RESPONSES TO SPECIAL INTERROGATORIES SCHEDULED FOR 04/05/2018 AT 01:30:00 PM IN C33 AT CENTRAL JUSTICE CENTER. | 02/16/2018 | | NV | |
| 324 | E-FILING TRANSACTION 1469791 RECEIVED ON 02/16/2018 09:03:26 AM. | 02/16/2018 | | NV | |
| 325 | MOTION TO COMPEL ANSWERS TO INTERROGATORIES FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 02/16/2018 | 02/16/2018 | | 2 pages | ☐ |
| 326 | MEMORANDUM OF POINTS AND AUTHORITIES FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 02/16/2018 | 02/16/2018 | | 5 pages | ☐ |
| 327 | DECLARATION IN SUPPORT FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 02/16/2018 | 02/16/2018 | | 32 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 328 | PROOF OF ESERVICE FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 02/16/2018 | 02/16/2018 | | 2 pages | ☐ |
| 329 | PAYMENT RECEIVED BY ONELEGAL FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 12300924 AND RECEIPT NUMBER 12124684. | 02/16/2018 | | 1 pages | ☐ |
| 330 | MOTION TO COMPEL ANSWERS TO FORM INTERROGATORIES SCHEDULED FOR 04/05/2018 AT 01:30:00 PM IN C33 AT CENTRAL JUSTICE CENTER. | 02/16/2018 | | *NV* | |
| 331 | E-FILING TRANSACTION 4816382 RECEIVED ON 02/16/2018 09:56:48 AM. | 02/16/2018 | | *NV* | |
| 332 | MOTION TO COMPEL ANSWERS TO REQUEST FOR ADMISSIONS FILED BY JASSO, JANINE; PAULIN, JENNIFER; GRAGNANO, LEE; BECK, LINDY; BURRETT, LORI; PHILLIPS, TED; THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 02/16/2018 | 02/16/2018 | | 2 pages | ☐ |
| 333 | MEMORANDUM OF POINTS AND AUTHORITIES FILED BY JASSO, JANINE; PAULIN, JENNIFER; GRAGNANO, LEE; BECK, LINDY; BURRETT, LORI; PHILLIPS, TED; THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 02/16/2018 | 02/16/2018 | | 9 pages | ☐ |
| 334 | SEPARATE STATEMENT FILED BY JASSO, JANINE; PAULIN, JENNIFER; GRAGNANO, LEE; BECK, LINDY; BURRETT, LORI; PHILLIPS, TED; THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 02/16/2018 | 02/16/2018 | | 9 pages | ☐ |
| 335 | DECLARATION IN SUPPORT FILED BY JASSO, JANINE; PAULIN, JENNIFER; GRAGNANO, LEE; BECK, LINDY; BURRETT, LORI; PHILLIPS, TED; THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 02/16/2018 | 02/16/2018 | | 100 pages | ☐ |
| 336 | PROOF OF SERVICE FILED BY JASSO, JANINE; PAULIN, JENNIFER; GRAGNANO, LEE; BECK, LINDY; BURRETT, LORI; PHILLIPS, TED; THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 02/16/2018 | 02/16/2018 | | 3 pages | ☐ |
| 337 | PAYMENT RECEIVED BY ONELEGAL FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 12300972 AND RECEIPT NUMBER 12124732. | 02/16/2018 | | 1 pages | ☐ |
| 338 | MOTION TO COMPEL RESPONSE TO REQUESTS FOR ADMISSIONS SCHEDULED FOR 04/05/2018 AT 01:30:00 PM IN C33 AT CENTRAL JUSTICE CENTER. | 02/16/2018 | | *NV* | |
| 339 | E-FILING TRANSACTION 1469814 RECEIVED ON 02/16/2018 09:45:23 AM. | 02/16/2018 | | *NV* | |
| 340 | MOTION TO COMPEL PRODUCTION/INSPECTION OF DOCUMENTS OR THINGS FILED BY JASSO, JANINE; PAULIN, JENNIFER; GRAGNANO, LEE; BECK, LINDY; BURRETT, LORI; PHILLIPS, TED; THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 02/16/2018 | 02/16/2018 | | 2 pages | ☐ |
| 341 | MEMORANDUM OF POINTS AND AUTHORITIES FILED BY JASSO, JANINE; PAULIN, JENNIFER; GRAGNANO, LEE; BECK, LINDY; BURRETT, LORI; PHILLIPS, TED; THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 02/16/2018 | 02/16/2018 | | 5 pages | ☐ |
| 342 | DECLARATION IN SUPPORT FILED BY JASSO, JANINE; PAULIN, JENNIFER; GRAGNANO, LEE; BECK, LINDY; BURRETT, LORI; PHILLIPS, TED; THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 02/16/2018 | 02/16/2018 | | 39 pages | ☐ |
| 343 | PROOF OF SERVICE FILED BY JASSO, JANINE; PAULIN, JENNIFER; GRAGNANO, LEE; BECK, LINDY; BURRETT, LORI; PHILLIPS, TED; THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 02/16/2018 | 02/16/2018 | | 3 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 344 | PAYMENT RECEIVED BY ONELEGAL FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 12300978 AND RECEIPT NUMBER 12124738. | 02/16/2018 | | 1 pages | ☐ |
| 345 | MOTION TO COMPEL PRODUCTION SCHEDULED FOR 04/05/2018 AT 01:30:00 PM IN C33 AT CENTRAL JUSTICE CENTER. | 02/16/2018 | | NV | |
| 346 | MOTION TO COMPEL ANSWERS TO FORM INTERROGATORIES SCHEDULED FOR 04/05/2018 AT 01:30:00 PM IN C33 AT CENTRAL JUSTICE CENTER. | 02/16/2018 | | NV | |
| 347 | E-FILING TRANSACTION 4816370 RECEIVED ON 02/16/2018 09:41:06 AM. | 02/16/2018 | | NV | |
| 348 | MOTION TO COMPEL ANSWERS TO INTERROGATORIES FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 02/16/2018 | 02/16/2018 | | 2 pages | ☐ |
| 349 | DECLARATION IN SUPPORT FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 02/16/2018 | 02/16/2018 | | 33 pages | ☐ |
| 350 | MEMORANDUM OF POINTS AND AUTHORITIES FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 02/16/2018 | 02/16/2018 | | 5 pages | ☐ |
| 351 | PROOF OF SERVICE FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 02/16/2018 | 02/16/2018 | | 3 pages | ☐ |
| 352 | PAYMENT RECEIVED BY ONELEGAL FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 12300991 AND RECEIPT NUMBER 12124751. | 02/16/2018 | | 1 pages | ☐ |
| 353 | PROPOSED ORDER RECEIVED ON 02/26/2018 | 02/26/2018 | | 2 pages | ☐ |
| 354 | E-FILING TRANSACTION 1472631 RECEIVED ON 02/26/2018 02:59:08 PM. | 02/26/2018 | | NV | |
| 355 | EX PARTE APPLICATION - OTHER FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 02/26/2018 | 02/26/2018 | | 10 pages | ☐ |
| 356 | PROOF OF SERVICE FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 02/26/2018 | 02/26/2018 | | 3 pages | ☐ |
| 357 | PAYMENT RECEIVED BY ONELEGAL FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 12305818 AND RECEIPT NUMBER 12129558. | 02/26/2018 | | 1 pages | ☐ |
| 358 | EX PARTE SCHEDULED FOR 02/27/2018 AT 08:30:00 AM IN C33 AT CENTRAL JUSTICE CENTER. | 02/26/2018 | | NV | |
| 359 | MINUTES FINALIZED FOR EX PARTE 02/27/2018 08:30:00 AM. | 02/27/2018 | | 1 pages | ☐ |
| 360 | E-FILING TRANSACTION NUMBER 4819193 REJECTED. | 02/27/2018 | | 1 pages | ☐ |
| 361 | PROPOSED ORDER RECEIVED ON 02/28/2018 | 02/28/2018 | | 2 pages | ☐ |
| 362 | E-FILING TRANSACTION 1473428 RECEIVED ON 02/28/2018 10:38:44 AM. | 02/28/2018 | | NV | |
| 363 | MOTION TO STRIKE OR TAX COSTS FILED BY GRAGNANO, LEE; PHILLIPS, TED; BECK, LINDY; PAULIN, JENNIFER; JASSO, JANINE; BURRETT, LORI ON 02/28/2018 | 02/28/2018 | | 2 pages | ☐ |
| 364 | MEMORANDUM OF POINTS AND AUTHORITIES FILED BY GRAGNANO, LEE; PHILLIPS, TED; BECK, LINDY; PAULIN, JENNIFER; JASSO, JANINE; BURRETT, LORI ON 02/28/2018 | 02/28/2018 | | 4 pages | ☐ |
| 365 | PROOF OF SERVICE FILED BY GRAGNANO, LEE; PHILLIPS, TED; BECK, LINDY; PAULIN, JENNIFER; JASSO, JANINE; BURRETT, LORI ON 02/28/2018 | 02/28/2018 | | 3 pages | ☐ |
| 366 | PAYMENT RECEIVED BY ONELEGAL FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 12307235 AND RECEIPT NUMBER 12130975. | 02/28/2018 | | 1 pages | ☐ |
| 367 | MOTION TO STRIKE OR TAX COSTS SCHEDULED FOR 04/12/2018 AT 01:30:00 PM IN C33 AT CENTRAL JUSTICE CENTER. | 02/28/2018 | | NV | |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 368 | E-FILING TRANSACTION 3641324 RECEIVED ON 02/28/2018 03:27:12 PM. | 02/28/2018 | | *NV* | |
| 369 | NOTICE OF RULING FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 02/28/2018 | 02/28/2018 | | 2 pages | ☐ |
| 370 | PROOF OF SERVICE FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 02/28/2018 | 02/28/2018 | | 3 pages | ☐ |
| 371 | PAYMENT RECEIVED BY KHARRAZIAN, PEJMAN FOR 210 - COURT REPORTING SERVICES IN CIVIL PROCEEDINGS LASTING UNDER 1 HOUR IN THE AMOUNT OF 30.00, TRANSACTION NUMBER 12308752 AND RECEIPT NUMBER 12132492. | 03/02/2018 | | 1 pages | ☐ |
| 372 | ORDER TO SHOW CAUSE RE: DISMISSAL ON SETTLED CASE SCHEDULED FOR 06/04/2018 AT 08:30:00 AM IN C33 AT CENTRAL JUSTICE CENTER. | 03/02/2018 | | *NV* | |
| 373 | THE ORDER TO SHOW CAUSE RE: DISMISSAL ON SETTLED CASE IS SCHEDULED FOR 06/04/2018 AT 08:30 AM IN DEPARTMENT C33. | 03/02/2018 | | *NV* | |
| 374 | MINUTES FINALIZED FOR MANDATORY SETTLEMENT CONFERENCE 03/02/2018 08:30:00 AM. | 03/08/2018 | | 1 pages | ☐ |
| 381 | E-FILING TRANSACTION NUMBER 4819980 REJECTED. | 04/13/2018 | | 1 pages | ☐ |
| 382 | E-FILING TRANSACTION NUMBER 1469823 REJECTED. | 04/13/2018 | | 1 pages | ☐ |
| 383 | E-FILING TRANSACTION NUMBER 3637397 REJECTED. | 04/13/2018 | | 1 pages | ☐ |
| 384 | E-FILING TRANSACTION NUMBER 3637374 REJECTED. | 04/13/2018 | | 1 pages | ☐ |
| 385 | E-FILING TRANSACTION NUMBER 3637407 REJECTED. | 04/13/2018 | | 1 pages | ☐ |
| 386 | E-FILING TRANSACTION NUMBER 2641505 REJECTED. | 04/13/2018 | | 1 pages | ☐ |
| 387 | MOTION TO STRIKE OR TAX COSTS SCHEDULED FOR 06/04/2018 AT 08:30:00 AM IN C33 AT CENTRAL JUSTICE CENTER. | 04/12/2018 | | *NV* | |
| 388 | MOTION TO STRIKE OR TAX COSTS CONTINUED TO 06/04/2018 AT 08:30 AM IN THIS DEPARTMENT PURSUANT TO COURT'S MOTION. | 04/12/2018 | | *NV* | |
| 389 | MINUTES FINALIZED FOR MOTION TO STRIKE OR TAX COSTS 04/12/2018 01:30:00 PM. | 04/16/2018 | | 2 pages | ☐ |
| 390 | E-FILING TRANSACTION NUMBER 3662908 REJECTED. | 05/02/2018 | | 1 pages | ☐ |
| 391 | E-FILING TRANSACTION 1504556 RECEIVED ON 05/30/2018 04:42:37 PM. | 05/31/2018 | | *NV* | |
| 392 | DOCUMENT - OTHER (BRIEFING) FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 05/30/2018 | 05/30/2018 | | 7 pages | ☐ |
| 393 | DECLARATION IN SUPPORT FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 05/30/2018 | 05/30/2018 | | 4 pages | ☐ |
| 394 | NOTICE OF LODGING FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 05/30/2018 | 05/30/2018 | | 2 pages | ☐ |
| 395 | E-FILING TRANSACTION 4851539 RECEIVED ON 05/31/2018 05:39:45 PM. | 05/31/2018 | | *NV* | |
| 396 | PROOF OF SERVICE FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 05/31/2018 | 05/31/2018 | | 2 pages | ☐ |
| 397 | E-FILING TRANSACTION 1505623 RECEIVED ON 06/03/2018 07:10:17 PM. | 06/04/2018 | | *NV* | |
| 398 | DECLARATION IN SUPPORT OF OPPOSITION FILED BY GALLIAN, JAMIE L. ON 06/04/2018 | 06/04/2018 | | 116 pages | ☐ |
| 399 | MOTION TO STRIKE OR TAX COSTS SCHEDULED FOR 07/19/2018 AT 08:30:00 AM IN C33 AT CENTRAL JUSTICE CENTER. | 06/04/2018 | | *NV* | |
| 400 | JURY TRIAL SCHEDULED FOR 08/06/2018 AT 08:30:00 AM IN C33 AT CENTRAL JUSTICE CENTER. | 06/04/2018 | | *NV* | |
| 401 | MOTION TO STRIKE OR TAX COSTS CONTINUED TO 07/19/2018 AT 08:30 AM IN THIS DEPARTMENT PURSUANT TO COURT'S MOTION. | 06/04/2018 | | *NV* | |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 402 | THE JURY TRIAL IS SCHEDULED FOR 08/06/2018 AT 08:30 AM IN DEPARTMENT C33. | 06/04/2018 | | *NV* | |
| 403 | MINUTES FINALIZED FOR MULTIPLE EVENTS 06/04/2018 08:30:00 AM. | 06/05/2018 | | 1 pages | ☐ |
| 404 | E-FILING TRANSACTION 4858804 RECEIVED ON 06/22/2018 01:29:23 PM. | 06/22/2018 | | *NV* | |
| 405 | MOTION - OTHER (ENFORCE SETTLEMENT) FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 06/22/2018 | 06/22/2018 | | 2 pages | ☐ |
| 406 | MEMORANDUM OF POINTS AND AUTHORITIES FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 06/22/2018 | 06/22/2018 | | 15 pages | ☐ |
| 407 | DECLARATION IN SUPPORT FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 06/22/2018 | 06/22/2018 | | 6 pages | ☐ |
| 408 | DECLARATION IN SUPPORT FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 06/22/2018 | 06/22/2018 | | 2 pages | ☐ |
| 409 | DECLARATION IN SUPPORT FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 06/22/2018 | 06/22/2018 | | 11 pages | ☐ |
| 410 | DECLARATION IN SUPPORT FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 06/22/2018 | 06/22/2018 | | 3 pages | ☐ |
| 411 | NOTICE OF LODGING FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 06/22/2018 | 06/22/2018 | | 3 pages | ☐ |
| 412 | PROOF OF SERVICE FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 06/22/2018 | 06/22/2018 | | 2 pages | ☐ |
| 413 | PROPOSED JUDGMENT RECEIVED ON 06/22/2018. | 06/22/2018 | | 40 pages | ☐ |
| 414 | PAYMENT RECEIVED BY ONELEGAL FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 12372810 AND RECEIPT NUMBER 12196575. | 06/22/2018 | | 1 pages | ☐ |
| 415 | MOTION TO ENFORCE SETTLEMENT SCHEDULED FOR 07/19/2018 AT 01:30:00 PM IN C33 AT CENTRAL JUSTICE CENTER. | 06/22/2018 | | *NV* | |
| 416 | MOTION TO STRIKE OR TAX COSTS SCHEDULED FOR 07/19/2018 AT 01:30:00 PM IN C33 AT CENTRAL JUSTICE CENTER. | 07/02/2018 | | *NV* | |
| 417 | MINUTE ORDER DATED 06/04/2018 CORRECTED NUNC PRO TUNC. | 07/01/2018 | | *NV* | |
| 418 | MOTION TO STRIKE OR TAX COSTS CONTINUED TO 07/19/2018 AT 01:30 PM IN THIS DEPARTMENT PURSUANT TO COURT'S MOTION. | 07/02/2018 | | *NV* | |
| 419 | MINUTES FINALIZED FOR NUNC PRO TUNC MINUTES 07/02/2018 02:34:00 PM. | 07/02/2018 | | 1 pages | ☐ |
| 420 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 07/02/2018 | | 2 pages | ☐ |
| 421 | E-FILING TRANSACTION 3685024 RECEIVED ON 07/06/2018 09:21:08 AM. | 07/06/2018 | | *NV* | |
| 422 | OPPOSITION FILED BY GALLIAN, JAMIE L.; GALLIAN, JAMIE L. ON 07/06/2018 | 07/06/2018 | | 188 pages | ☐ |
| 423 | E-FILING TRANSACTION 2690425 RECEIVED ON 07/12/2018 01:13:28 PM. | 07/12/2018 | | *NV* | |
| 424 | REPLY TO OPPOSITION FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 07/12/2018 | 07/12/2018 | | 7 pages | ☐ |
| 425 | NOTICE OF LODGING FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 07/12/2018 | 07/12/2018 | | 2 pages | ☐ |
| 426 | PROOF OF SERVICE FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 07/12/2018 | 07/12/2018 | | 2 pages | ☐ |
| 427 | E-FILING TRANSACTION 3687934 RECEIVED ON 07/13/2018 04:59:46 PM. | 07/13/2018 | | *NV* | |
| 428 | DECLARATION IN SUPPORT OF OPPOSITION FILED BY GALLIAN, JAMIE L. ON 07/13/2018 | 07/13/2018 | | 16 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 429 | E-FILING TRANSACTION 2691138 RECEIVED ON 07/13/2018 05:57:55 PM. | 07/16/2018 | | *NV* | |
| 430 | SUPPLEMENTAL FILED BY GALLIAN, JAMIE L. ON 07/13/2018 | 07/13/2018 | | 5 pages | ☐ |
| 431 | E-FILING TRANSACTION 4866318 RECEIVED ON 07/16/2018 04:57:54 PM. | 07/16/2018 | | *NV* | |
| 432 | DECLARATION IN SUPPORT FILED BY GALLIAN, JAMIE L. ON 07/16/2018 | 07/16/2018 | | 117 pages | ☐ |
| 433 | E-FILING TRANSACTION 3688994 RECEIVED ON 07/17/2018 05:49:39 PM. | 07/18/2018 | | *NV* | |
| 434 | MOTION - OTHER (TO WITHDRAW MEMORANDUM OF COST) FILED BY GALLIAN, JAMIE L. ON 07/17/2018 | 07/17/2018 | | 5 pages | ☐ |
| 435 | PAYMENT RECEIVED BY DDSLEGAL FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 12385667 AND RECEIPT NUMBER 12209397. | 07/18/2018 | | 1 pages | ☐ |
| 436 | MOTION - OTHER SCHEDULED FOR 07/19/2018 AT 01:30:00 PM IN C33 AT CENTRAL JUSTICE CENTER. | 07/18/2018 | | *NV* | |
| 437 | E-FILING TRANSACTION 2692768 RECEIVED ON 07/19/2018 10:10:27 AM. | 07/19/2018 | | *NV* | |
| 438 | DOCUMENT - OTHER (EXHIBIT "T" TO SUPPLEMENTAL NOTICE OF LODGMENT) FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 07/19/2018 | 07/19/2018 | | 25 pages | ☐ |
| 439 | PAYMENT RECEIVED BY GALLIAN, JAMIE FOR 209 - ADVANCED JURY FEE (NON-REFUNDABLE) IN THE AMOUNT OF 150.00, TRANSACTION NUMBER 12386883 AND RECEIPT NUMBER 12210588. | 07/19/2018 | | 1 pages | ☐ |
| 440 | JURY TRIAL SCHEDULED FOR 12/10/2018 AT 09:00:00 AM IN C33 AT CENTRAL JUSTICE CENTER. | 07/19/2018 | | *NV* | |
| 441 | JURY TRIAL CONTINUED TO 12/10/2018 AT 09:00 AM IN THIS DEPARTMENT PURSUANT TO RESET. | 07/19/2018 | | *NV* | |
| 442 | MINUTES FINALIZED FOR MULTIPLE EVENTS 07/19/2018 01:30:00 PM. | 07/24/2018 | | 7 pages | ☐ |
| 443 | E-FILING TRANSACTION 3691411 RECEIVED ON 07/24/2018 03:22:52 PM. | 07/24/2018 | | *NV* | |
| 444 | NOTICE OF RULING FILED BY JASSO, JANINE; PAULIN, JENNIFER; GRAGNANO, LEE; BECK, LINDY; BURRETT, LORI; PHILLIPS, TED; THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 07/24/2018 | 07/24/2018 | | 10 pages | ☐ |
| 445 | PROOF OF SERVICE FILED BY JASSO, JANINE; PAULIN, JENNIFER; GRAGNANO, LEE; BECK, LINDY; BURRETT, LORI; PHILLIPS, TED; THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 07/24/2018 | 07/24/2018 | | 3 pages | ☐ |
| 446 | E-FILING TRANSACTION 4874049 RECEIVED ON 08/07/2018 01:42:14 PM. | 08/07/2018 | | *NV* | |
| 447 | MOTION FOR ATTORNEY FEES FILED BY JASSO, JANINE; PAULIN, JENNIFER; GRAGNANO, LEE; BECK, LINDY; BURRETT, LORI; PHILLIPS, TED; THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 08/07/2018 | 08/07/2018 | | 2 pages | ☐ |
| 448 | MEMORANDUM OF POINTS AND AUTHORITIES FILED BY JASSO, JANINE; PAULIN, JENNIFER; GRAGNANO, LEE; BECK, LINDY; BURRETT, LORI; PHILLIPS, TED; THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 08/07/2018 | 08/07/2018 | | 12 pages | ☐ |
| 449 | DECLARATION IN SUPPORT FILED BY JASSO, JANINE; PAULIN, JENNIFER; GRAGNANO, LEE; BECK, LINDY; BURRETT, LORI; PHILLIPS, TED; THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 08/07/2018 | 08/07/2018 | | 132 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 450 | PROOF OF SERVICE FILED BY JASSO, JANINE; PAULIN, JENNIFER; GRAGNANO, LEE; BECK, LINDY; BURRETT, LORI; PHILLIPS, TED; THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 08/07/2018 | 08/07/2018 | | 4 pages | ☐ |
| 451 | PAYMENT RECEIVED BY ONELEGAL FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 12396866 AND RECEIPT NUMBER 12220554. | 08/07/2018 | | 1 pages | ☐ |
| 452 | MOTION FOR ATTORNEY FEES SCHEDULED FOR 09/27/2018 AT 01:30:00 PM IN C33 AT CENTRAL JUSTICE CENTER. | 08/07/2018 | | NV | |
| 453 | PROPOSED ORDER RECEIVED ON 08/07/2018 | 08/07/2018 | | 2 pages | ☐ |
| 454 | E-FILING TRANSACTION 4874125 RECEIVED ON 08/07/2018 03:00:11 PM. | 08/07/2018 | | NV | |
| 455 | NOTICE OF ERRATA FILED BY JASSO, JANINE; PAULIN, JENNIFER; GRAGNANO, LEE; BECK, LINDY; BURRETT, LORI; PHILLIPS, TED; THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 08/07/2018 | 08/07/2018 | | 2 pages | ☐ |
| 456 | PROOF OF SERVICE FILED BY JASSO, JANINE; PAULIN, JENNIFER; GRAGNANO, LEE; BECK, LINDY; BURRETT, LORI; PHILLIPS, TED; THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 08/07/2018 | 08/07/2018 | | 3 pages | ☐ |
| 457 | E-FILING TRANSACTION 4875388 RECEIVED ON 08/10/2018 11:58:33 AM. | 08/10/2018 | | NV | |
| 458 | NOTICE OF RULING FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 08/10/2018 | 08/10/2018 | | 11 pages | ☐ |
| 459 | E-FILING TRANSACTION 4877373 RECEIVED ON 08/16/2018 02:38:52 PM. | 08/16/2018 | | NV | |
| 460 | PROOF OF SERVICE FILED BY GALLIAN, JAMIE L.; GALLIAN, JAMIE L. ON 08/16/2018 | 08/16/2018 | | 1 pages | ☐ |
| 461 | E-FILING TRANSACTION 1530976 RECEIVED ON 08/16/2018 03:05:29 PM. | 08/16/2018 | | NV | |
| 462 | PROOF OF SERVICE FILED BY GALLIAN, JAMIE L. ON 08/16/2018 | 08/16/2018 | | 1 pages | ☐ |
| 464 | APPLICATION FOR DETERMINATION OF GOOD FAITH SETTLEMENT RECEIVED ON 08/15/2018. | 08/15/2018 | | 18 pages | ☐ |
| 465 | E-FILING TRANSACTION 4878655 RECEIVED ON 08/21/2018 09:41:35 AM. | 08/21/2018 | | NV | |
| 466 | SUBSTITUTION OF ATTORNEY FILED BY GALLIAN, JAMIE L. ON 08/21/2018 | 08/21/2018 | | 2 pages | ☐ |
| 467 | E-FILING TRANSACTION 1531338 RECEIVED ON 08/17/2018 11:38:03 AM. | 08/21/2018 | | NV | |
| 468 | NOTICE OF CONTINUANCE FILED BY JASSO, JANINE; PAULIN, JENNIFER; GRAGNANO, LEE; BECK, LINDY; BURRETT, LORI; PHILLIPS, TED; THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 08/17/2018 | 08/17/2018 | | 2 pages | ☐ |
| 469 | PROOF OF SERVICE FILED BY JASSO, JANINE; PAULIN, JENNIFER; GRAGNANO, LEE; BECK, LINDY; BURRETT, LORI; PHILLIPS, TED; THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 08/17/2018 | 08/17/2018 | | 3 pages | ☐ |
| 470 | PAYMENT RECEIVED BY ONELEGAL FOR 37 - REQUESTS NOT REQUIRING A HEARING: CONTINUANCE OF HEARING OR CASE MANAGEMENT CONFERENCE; STIPULATION AND ORDER; SERVICE BY POSTING OR PUBLICATION IN THE AMOUNT OF 20.00, TRANSACTION NUMBER 12404495 AND RECEIPT NUMBER 12228225. | 08/21/2018 | | 1 pages | ☐ |
| 471 | E-FILING TRANSACTION NUMBER 1533359 REJECTED. | 08/23/2018 | | 1 pages | ☐ |
| 472 | PROPOSED ORDER RECEIVED ON 08/23/2018 | 08/23/2018 | | 2 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|-----|--------|-------------|--------------|----------|--------|
| 473 | PROPOSED ORDER RECEIVED ON 08/23/2018 | 08/23/2018 | | 2 pages | ☐ |
| 474 | PROPOSED ORDER RECEIVED ON 08/23/2018 | 08/23/2018 | | 2 pages | ☐ |
| 475 | PROPOSED ORDER RECEIVED ON 08/23/2018 | 08/23/2018 | | 2 pages | ☐ |
| 476 | E-FILING TRANSACTION 4879899 RECEIVED ON 08/23/2018 05:13:37 PM. | 08/27/2018 | | *NV* | |
| 477 | MOTION TO COMPEL ANSWERS TO INTERROGATORIES (FORM) FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 08/23/2018 | 08/23/2018 | | 2 pages | ☐ |
| 478 | MEMORANDUM OF POINTS AND AUTHORITIES FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 08/23/2018 | 08/23/2018 | | 5 pages | ☐ |
| 479 | DECLARATION IN SUPPORT FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 08/23/2018 | 08/23/2018 | | 35 pages | ☐ |
| 480 | PAYMENT RECEIVED BY ONELEGAL FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 12407171 AND RECEIPT NUMBER 12230901. | 08/27/2018 | | 1 pages | ☐ |
| 481 | MOTION TO COMPEL ANSWERS TO FORM INTERROGATORIES SCHEDULED FOR 09/27/2018 AT 01:30:00 PM IN C33 AT CENTRAL JUSTICE CENTER. | 08/27/2018 | | *NV* | |
| 482 | E-FILING TRANSACTION 1533496 RECEIVED ON 08/23/2018 05:30:36 PM. | 08/27/2018 | | *NV* | |
| 483 | MOTION TO COMPEL PRODUCTION/INSPECTION OF DOCUMENTS OR THINGS FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 08/23/2018 | 08/23/2018 | | 2 pages | ☐ |
| 484 | MEMORANDUM OF POINTS AND AUTHORITIES FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 08/23/2018 | 08/23/2018 | | 5 pages | ☐ |
| 485 | DECLARATION IN SUPPORT FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 08/23/2018 | 08/23/2018 | | 4 pages | ☐ |
| 486 | REQUEST FOR JUDICIAL NOTICE FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 08/23/2018 | 08/23/2018 | | 42 pages | ☐ |
| 487 | PAYMENT RECEIVED BY ONELEGAL FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 12407204 AND RECEIPT NUMBER 12230934. | 08/27/2018 | | 1 pages | ☐ |
| 488 | MOTION TO COMPEL PRODUCTION SCHEDULED FOR 09/27/2018 AT 01:30:00 PM IN C33 AT CENTRAL JUSTICE CENTER. | 08/27/2018 | | *NV* | |
| 489 | E-FILING TRANSACTION 4879897 RECEIVED ON 08/23/2018 05:08:11 PM. | 08/27/2018 | | *NV* | |
| 490 | MOTION TO COMPEL ANSWERS TO INTERROGATORIES (SPECIAL) FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 08/23/2018 | 08/23/2018 | | 2 pages | ☐ |
| 491 | MEMORANDUM OF POINTS AND AUTHORITIES FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 08/23/2018 | 08/23/2018 | | 15 pages | ☐ |
| 492 | SEPARATE STATEMENT FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 08/23/2018 | 08/23/2018 | | 48 pages | ☐ |
| 493 | DECLARATION IN SUPPORT FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 08/23/2018 | 08/23/2018 | | 4 pages | ☐ |
| 494 | REQUEST FOR JUDICIAL NOTICE FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 08/23/2018 | 08/23/2018 | | 59 pages | ☐ |
| 495 | PAYMENT RECEIVED BY ONELEGAL FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 12407214 AND RECEIPT NUMBER 12230944. | 08/27/2018 | | 1 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 496 | MOTION TO COMPEL ANSWERS TO SPECIAL INTERROGATORIES SCHEDULED FOR 09/27/2018 AT 01:30:00 PM IN C33 AT CENTRAL JUSTICE CENTER. | 08/27/2018 | | *NV* | |
| 497 | E-FILING TRANSACTION 4879905 RECEIVED ON 08/23/2018 05:24:44 PM. | 08/27/2018 | | *NV* | |
| 498 | MOTION TO COMPEL ANSWERS TO REQUEST FOR ADMISSIONS FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 08/23/2018 | 08/23/2018 | | 2 pages | ☐ |
| 499 | MEMORANDUM OF POINTS AND AUTHORITIES FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 08/23/2018 | 08/23/2018 | | 9 pages | ☐ |
| 500 | SEPARATE STATEMENT FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 08/23/2018 | 08/23/2018 | | 9 pages | ☐ |
| 501 | DECLARATION IN SUPPORT FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 08/23/2018 | 08/23/2018 | | 4 pages | ☐ |
| 502 | REQUEST FOR JUDICIAL NOTICE FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 08/23/2018 | 08/23/2018 | | 103 pages | ☐ |
| 503 | PAYMENT RECEIVED BY ONELEGAL FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 12407226 AND RECEIPT NUMBER 12230956. | 08/27/2018 | | 1 pages | |
| 504 | MOTION TO COMPEL RESPONSE TO REQUESTS FOR ADMISSIONS SCHEDULED FOR 09/27/2018 AT 01:30:00 PM IN C33 AT CENTRAL JUSTICE CENTER. | 08/27/2018 | | *NV* | |
| 505 | E-FILING TRANSACTION 1534779 RECEIVED ON 08/28/2018 02:49:36 PM. | 08/29/2018 | | *NV* | |
| 506 | MOTION TO BE RELIEVED AS COUNSEL OF RECORD FILED BY GALLIAN, JAMIE L. ON 08/28/2018 | 08/28/2018 | | 3 pages | ☐ |
| 507 | DECLARATION IN SUPPORT OF MOTION TO BE RELIEVED AS COUNSEL FILED BY GALLIAN, JAMIE L. ON 08/28/2018 | 08/28/2018 | | 3 pages | ☐ |
| 508 | ORDER GRANTING ATTORNEYS MOTION TO BE RELIEVED AS COUNSEL RECEIVED ON 08/28/2018. | 08/28/2018 | | 3 pages | ☐ |
| 509 | PAYMENT RECEIVED BY DDSLEGAL FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 12409043 AND RECEIPT NUMBER 12232751. | 08/29/2018 | | 1 pages | ☐ |
| 510 | MOTION TO BE RELIEVED AS COUNSEL OF RECORD SCHEDULED FOR 11/01/2018 AT 01:30:00 PM IN C33 AT CENTRAL JUSTICE CENTER. | 08/29/2018 | | *NV* | |
| 511 | E-FILING TRANSACTION 2707245 RECEIVED ON 08/30/2018 11:12:48 AM. | 08/30/2018 | | *NV* | |
| 512 | PROOF OF SERVICE FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 08/30/2018 | 08/30/2018 | | 3 pages | ☐ |
| 513 | PROPOSED ORDER RECEIVED ON 08/31/2018 | 08/31/2018 | | 2 pages | ☐ |
| 514 | E-FILING TRANSACTION 3704802 RECEIVED ON 08/31/2018 04:10:06 PM. | 09/04/2018 | | *NV* | |
| 515 | MOTION TO QUASH SERVICE OF SUMMONS FILED BY BS INVESTORS LLC; SADDINGTON, HUGH M; LPL ASSET MANAGEMENT CORP ON 08/31/2018 | 08/31/2018 | | 8 pages | ☐ |
| 516 | DECLARATION IN SUPPORT FILED BY BS INVESTORS LLC; SADDINGTON, HUGH M; LPL ASSET MANAGEMENT CORP ON 08/31/2018 | 08/31/2018 | | 4 pages | ☐ |
| 517 | DECLARATION IN SUPPORT FILED BY BS INVESTORS LLC; SADDINGTON, HUGH M; LPL ASSET MANAGEMENT CORP ON 08/31/2018 | 08/31/2018 | | 4 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 518 | DECLARATION IN SUPPORT FILED BY BS INVESTORS LLC; SADDINGTON, HUGH M; LPL ASSET MANAGEMENT CORP ON 08/31/2018 | 08/31/2018 | | 4 pages | ☐ |
| 519 | PROPOSED ORDER (COVER SHEET) (ELECTRONIC FILING) FILED BY BS INVESTORS LLC; SADDINGTON, HUGH M; LPL ASSET MANAGEMENT CORP ON 08/31/2018 | 08/31/2018 | | 5 pages | ☐ |
| 520 | PAYMENT RECEIVED BY ONELEGAL FOR 195 - ANSWER OR OTHER 1ST PAPER, 195 - ANSWER OR OTHER 1ST PAPER, 195 - ANSWER OR OTHER 1ST PAPER IN THE AMOUNT OF 1,305.00, TRANSACTION NUMBER 12411747 AND RECEIPT NUMBER 12235457. | 09/04/2018 | | 1 pages | ☐ |
| 521 | MOTION TO QUASH SERVICE OF SUMMONS SCHEDULED FOR 11/08/2018 AT 01:30:00 PM IN C33 AT CENTRAL JUSTICE CENTER. | 09/04/2018 | | NV | |
| 522 | E-FILING TRANSACTION NUMBER 4883186 REJECTED. | 09/04/2018 | | 1 pages | |
| 523 | E-FILING TRANSACTION 3706257 RECEIVED ON 09/06/2018 02:44:28 PM. | 09/06/2018 | | NV | |
| 524 | EX PARTE APPLICATION - OTHER FILED BY GALLIAN, JAMIE L. ON 09/06/2018 | 09/06/2018 | | 92 pages | ☐ |
| 525 | PAYMENT RECEIVED BY DDSLEGAL FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 12413774 AND RECEIPT NUMBER 12237484. | 09/06/2018 | | 1 pages | ☐ |
| 526 | EX PARTE SCHEDULED FOR 09/07/2018 AT 08:30:00 AM IN C33 AT CENTRAL JUSTICE CENTER. | 09/06/2018 | | NV | |
| 527 | E-FILING TRANSACTION 4884160 RECEIVED ON 09/06/2018 03:20:28 PM. | 09/06/2018 | | NV | |
| 528 | REQUEST FOR JUDICIAL NOTICE FILED BY BS INVESTORS LLC; SADDINGTON, HUGH M; LPL ASSET MANAGEMENT CORP ON 09/06/2018 | 09/06/2018 | | 53 pages | ☐ |
| 529 | E-FILING TRANSACTION 3707381 RECEIVED ON 09/10/2018 12:59:22 PM. | 09/10/2018 | | NV | |
| 530 | OPPOSITION FILED BY GALLIAN, JAMIE L. ON 09/10/2018 | 09/10/2018 | | 5 pages | ☐ |
| 531 | OPPOSITION FILED BY GALLIAN, JAMIE L. ON 09/10/2018 | 09/10/2018 | | 6 pages | ☐ |
| 532 | OPPOSITION FILED BY GALLIAN, JAMIE L. ON 09/10/2018 | 09/10/2018 | | 8 pages | ☐ |
| 535 | MINUTES FINALIZED FOR EX PARTE 09/07/2018 08:30:00 AM. | 09/11/2018 | | 1 pages | ☐ |
| 536 | MOTION FOR ATTORNEY FEES SCHEDULED FOR 10/11/2018 AT 01:30:00 PM IN C33 AT CENTRAL JUSTICE CENTER. | 09/11/2018 | | NV | |
| 537 | E-FILING TRANSACTION 3707816 RECEIVED ON 09/11/2018 11:04:38 AM. | 09/13/2018 | | NV | |
| 538 | SUBSTITUTION OF ATTORNEY FILED BY GALLIAN, JAMIE L. ON 09/11/2018 | 09/11/2018 | | 2 pages | ☐ |
| 539 | E-FILING TRANSACTION 1541251 RECEIVED ON 09/17/2018 01:38:43 PM. | 09/17/2018 | | NV | |
| 540 | REQUEST FOR JUDICIAL NOTICE FILED BY BS INVESTORS LLC; SADDINGTON, HUGH M; LPL ASSET MANAGEMENT CORP ON 09/17/2018 | 09/17/2018 | | 71 pages | ☐ |
| 541 | E-FILING TRANSACTION NUMBER 1541340 REJECTED. | 09/17/2018 | | 1 pages | ☐ |
| 542 | E-FILING TRANSACTION 4889124 RECEIVED ON 09/20/2018 02:08:14 PM. | 09/20/2018 | | NV | |
| 543 | REPLY TO OPPOSITION FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 09/20/2018 | 09/20/2018 | | 4 pages | ☐ |
| 544 | REPLY TO OPPOSITION FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 09/20/2018 | 09/20/2018 | | 4 pages | ☐ |
| 545 | REPLY TO OPPOSITION FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 09/20/2018 | 09/20/2018 | | 4 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 546 | NOTICE OF NON-OPPOSITION FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 09/20/2018 | 09/20/2018 | | 2 pages | ☐ |
| 547 | PROOF OF SERVICE FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 09/20/2018 | 09/20/2018 | | 2 pages | |
| 548 | E-FILING TRANSACTION 1544575 RECEIVED ON 09/26/2018 12:30:39 PM. | 09/26/2018 | | NV | |
| 549 | OPPOSITION FILED BY GALLIAN, JAMIE L.; GALLIAN, JAMIE L. ON 09/26/2018 | 09/26/2018 | | 18 pages | ☐ |
| 550 | E-FILING TRANSACTION 3713142 RECEIVED ON 09/26/2018 12:34:32 PM. | 09/26/2018 | | NV | |
| 551 | OPPOSITION FILED BY GALLIAN, JAMIE L.; GALLIAN, JAMIE L. ON 09/26/2018 | 09/26/2018 | | 18 pages | ☐ |
| 552 | E-FILING TRANSACTION 1545082 RECEIVED ON 09/27/2018 12:11:59 PM. | 09/27/2018 | | NV | |
| 553 | DECLARATION IN SUPPORT OF OPPOSITION FILED BY GALLIAN, JAMIE L.; GALLIAN, JAMIE L. ON 09/27/2018 | 09/27/2018 | | 23 pages | ☐ |
| 554 | E-FILING TRANSACTION 4891243 RECEIVED ON 09/26/2018 04:55:27 PM. | 09/28/2018 | | NV | |
| 555 | MOTION FOR JUDGMENT ON THE PLEADINGS FILED BY GALLIAN, JAMIE L. ON 09/26/2018 | 09/26/2018 | | 228 pages | ☐ |
| 556 | PAYMENT RECEIVED BY DDSLEGAL FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 12426435 AND RECEIPT NUMBER 12250125. | 09/28/2018 | | 1 pages | ☐ |
| 557 | MOTION FOR JUDGMENT ON THE PLEADINGS SCHEDULED FOR 12/13/2018 AT 01:30:00 PM IN C33 AT CENTRAL JUSTICE CENTER. | 09/28/2018 | | NV | |
| 558 | E-FILING TRANSACTION 3713947 RECEIVED ON 09/28/2018 09:07:51 AM. | 09/28/2018 | | NV | |
| 559 | NOTICE OF RULING FILED BY GALLIAN, JAMIE L. ON 09/28/2018 | 09/28/2018 | | 4 pages | ☐ |
| 560 | MANDATORY SETTLEMENT CONFERENCE SCHEDULED FOR 10/05/2018 AT 09:00:00 AM IN C33 AT CENTRAL JUSTICE CENTER. | 09/27/2018 | | NV | |
| 561 | MOTION FOR JUDGMENT ON THE PLEADINGS SCHEDULED FOR 12/06/2018 AT 01:30:00 PM IN C33 AT CENTRAL JUSTICE CENTER. | 09/27/2018 | | NV | |
| 562 | THE MANDATORY SETTLEMENT CONFERENCE IS SCHEDULED FOR 10/05/2018 AT 09:00 AM IN DEPARTMENT C33. | 09/27/2018 | | NV | |
| 563 | MOTION FOR JUDGMENT ON THE PLEADINGS CONTINUED TO 12/06/2018 AT 01:30 PM IN THIS DEPARTMENT PURSUANT TO PARTY'S MOTION. | 09/27/2018 | | NV | |
| 564 | MINUTES FINALIZED FOR MULTIPLE EVENTS 09/27/2018 01:30:00 PM. | 10/02/2018 | | 4 pages | ☐ |
| 565 | E-FILING TRANSACTION 1546593 RECEIVED ON 10/02/2018 02:44:54 PM. | 10/03/2018 | | NV | |
| 566 | REPLY TO MOTION FILED BY JASSO, JANINE; PAULIN, JENNIFER; GRAGNANO, LEE; BECK, LINDY; BURRETT, LORI; PHILLIPS, TED; THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 10/02/2018 | 10/02/2018 | | 5 pages | ☐ |
| 567 | DECLARATION - OTHER FILED BY JASSO, JANINE; PAULIN, JENNIFER; GRAGNANO, LEE; BECK, LINDY; BURRETT, LORI; PHILLIPS, TED; THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 10/02/2018 | 10/02/2018 | | 47 pages | ☐ |
| 568 | PROOF OF SERVICE FILED BY JASSO, JANINE; PAULIN, JENNIFER; GRAGNANO, LEE; BECK, LINDY; BURRETT, LORI; PHILLIPS, TED; THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 10/02/2018 | 10/02/2018 | | 3 pages | ☐ |
| 569 | SUBSTITUTION OF ATTORNEY FILED BY GALLIAN, JAMIE L.; GALLIAN, JAMIE L. ON 10/05/2018 | 10/05/2018 | | 2 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 570 | E-FILING TRANSACTION 2721237 RECEIVED ON 10/10/2018 04:38:48 PM. | 10/12/2018 | | *NV* | |
| 571 | MOTION FOR ATTORNEY FEES FILED BY JASSO, JANINE; PAULIN, JENNIFER; GRAGNANO, LEE; BECK, LINDY; BURRETT, LORI; PHILLIPS, TED ON 10/10/2018 | 10/10/2018 | | 2 pages | ☐ |
| 572 | PROOF OF SERVICE FILED BY JASSO, JANINE; PAULIN, JENNIFER; GRAGNANO, LEE; BECK, LINDY; BURRETT, LORI; PHILLIPS, TED ON 10/10/2018 | 10/10/2018 | | 3 pages | ☐ |
| 573 | PAYMENT RECEIVED BY ONELEGAL FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 12434187 AND RECEIPT NUMBER 12257846. | 10/12/2018 | | 1 pages | ☐ |
| 574 | MOTION FOR ATTORNEY FEES SCHEDULED FOR 11/01/2018 AT 01:30:00 PM IN C33 AT CENTRAL JUSTICE CENTER. | 10/12/2018 | | *NV* | |
| 575 | MANDATORY SETTLEMENT CONFERENCE SCHEDULED FOR 10/26/2018 AT 09:00:00 AM IN C33 AT CENTRAL JUSTICE CENTER. | 10/05/2018 | | *NV* | |
| 576 | THE MANDATORY SETTLEMENT CONFERENCE IS SCHEDULED FOR 10/26/2018 AT 09:00 AM IN DEPARTMENT C33. | 10/05/2018 | | *NV* | |
| 577 | MINUTES FINALIZED FOR MANDATORY SETTLEMENT CONFERENCE 10/05/2018 09:00:00 AM. | 10/12/2018 | | 1 pages | ☐ |
| 578 | E-FILING TRANSACTION 3716009 RECEIVED ON 10/04/2018 12:41:39 PM. | 10/15/2018 | | *NV* | |
| 579 | MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT FILED BY GALLIAN, JAMIE L. ON 10/04/2018 | 10/04/2018 | | 19 pages | ☐ |
| 580 | PAYMENT RECEIVED BY DDSLEGAL FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 12435032 AND RECEIPT NUMBER 12258691. | 10/15/2018 | | 1 pages | ☐ |
| 581 | MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT SCHEDULED FOR 01/03/2019 AT 01:30:00 PM IN C33 AT CENTRAL JUSTICE CENTER. | 10/15/2018 | | *NV* | |
| 582 | MOTION FOR ATTORNEY FEES SCHEDULED FOR 11/01/2018 AT 01:30:00 PM IN C33 AT CENTRAL JUSTICE CENTER. | 10/11/2018 | | *NV* | |
| 583 | MOTION FOR ATTORNEY FEES CONTINUED TO 11/01/2018 AT 01:30 PM IN THIS DEPARTMENT PURSUANT TO COURT'S MOTION. | 10/11/2018 | | *NV* | |
| 584 | MINUTES FINALIZED FOR MOTION FOR ATTORNEY FEES 10/11/2018 01:30:00 PM. | 10/15/2018 | | 1 pages | ☐ |
| 585 | E-FILING TRANSACTION NUMBER 3702043 REJECTED. | 10/16/2018 | | 1 pages | ☐ |
| 586 | E-FILING TRANSACTION NUMBER 3702041 REJECTED. | 10/16/2018 | | 1 pages | ☐ |
| 587 | E-FILING TRANSACTION NUMBER 1533493 REJECTED. | 10/16/2018 | | 1 pages | ☐ |
| 588 | E-FILING TRANSACTION NUMBER 2705183 REJECTED. | 10/16/2018 | | 1 pages | ☐ |
| 589 | E-FILING TRANSACTION NUMBER 3720044 REJECTED. | 10/16/2018 | | 1 pages | ☐ |
| 591 | MINUTES FINALIZED FOR MANDATORY SETTLEMENT CONFERENCE 10/26/2018 09:00:00 AM. | 10/26/2018 | | 1 pages | ☐ |
| 592 | MOTION FOR ATTORNEY FEES SCHEDULED FOR 11/08/2018 AT 01:30:00 PM IN C33 AT CENTRAL JUSTICE CENTER. | 11/01/2018 | | *NV* | |
| 593 | MOTION FOR ATTORNEY FEES CONTINUED TO 11/08/2018 AT 01:30 PM IN THIS DEPARTMENT PURSUANT TO COURT'S MOTION. | 11/01/2018 | | *NV* | |
| 594 | MINUTES FINALIZED FOR MULTIPLE EVENTS 11/01/2018 01:30:00 PM. | 11/06/2018 | | 6 pages | ☐ |
| 595 | PROPOSED ORDER RECEIVED ON 11/07/2018 | 11/07/2018 | | 2 pages | ☐ |
| 596 | E-FILING TRANSACTION 3727958 RECEIVED ON 11/07/2018 04:20:21 PM. | 11/08/2018 | | *NV* | |
| 597 | EX PARTE APPLICATION - OTHER FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 11/07/2018 | 11/07/2018 | | 6 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 598 | DECLARATION IN SUPPORT (OF PEJMAN D. KHARRAZIAN) FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 11/07/2018 | 11/07/2018 | | 15 pages | ☐ |
| 599 | PAYMENT RECEIVED BY ONELEGAL FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 12449810 AND RECEIPT NUMBER 12273509. | 11/08/2018 | | 1 pages | ☐ |
| 600 | EX PARTE SCHEDULED FOR 11/09/2018 AT 08:30:00 AM IN C33 AT CENTRAL JUSTICE CENTER. | 11/08/2018 | | NV | |
| 601 | E-FILING TRANSACTION 1559662 RECEIVED ON 11/08/2018 11:24:57 AM. | 11/08/2018 | | NV | |
| 602 | DECLARATION IN SUPPORT OF OPPOSITION FILED BY GALLIAN, JAMIE L.; GALLIAN, JAMIE L. ON 11/08/2018 | 11/08/2018 | | 12 pages | ☐ |
| 603 | PROPOSED ORDER RECEIVED ON 11/08/2018 | 11/08/2018 | | 2 pages | ☐ |
| 604 | E-FILING TRANSACTION 4906179 RECEIVED ON 11/08/2018 02:32:29 PM. | 11/08/2018 | | NV | |
| 605 | EX PARTE APPLICATION - OTHER FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION; GRAGNANO, LEE; PHILLIPS, TED; BECK, LINDY; PAULIN, JENNIFER; JASSO, JANINE; BURRETT, LORI ON 11/08/2018 | 11/08/2018 | | 52 pages | ☐ |
| 606 | PROOF OF ESERVICE FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION; GRAGNANO, LEE; PHILLIPS, TED; BECK, LINDY; PAULIN, JENNIFER; JASSO, JANINE; BURRETT, LORI ON 11/08/2018 | 11/08/2018 | | 3 pages | ☐ |
| 607 | PAYMENT RECEIVED BY ONELEGAL FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 12450519 AND RECEIPT NUMBER 12274218. | 11/08/2018 | | 1 pages | ☐ |
| 608 | EX PARTE SCHEDULED FOR 11/09/2018 AT 08:30:00 AM IN C33 AT CENTRAL JUSTICE CENTER. | 11/08/2018 | | NV | |
| 609 | PROPOSED ORDER RECEIVED ON 11/09/2018 | 11/09/2018 | | 2 pages | ☐ |
| 610 | E-FILING TRANSACTION 4906426 RECEIVED ON 11/09/2018 10:23:17 AM. | 11/09/2018 | | NV | |
| 611 | PROOF OF SERVICE FILED BY JASSO, JANINE; PAULIN, JENNIFER; GRAGNANO, LEE; BECK, LINDY; BURRETT, LORI; PHILLIPS, TED; THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 11/09/2018 | 11/09/2018 | | 3 pages | ☐ |
| 612 | PROPOSED ORDER RECEIVED ON 11/13/2018 | 11/13/2018 | | 2 pages | ☐ |
| 613 | PROPOSED ORDER RECEIVED ON 11/13/2018 | 11/13/2018 | | 2 pages | ☐ |
| 614 | E-FILING TRANSACTION NUMBER 3728673 REJECTED. | 11/14/2018 | | 1 pages | ☐ |
| 615 | E-FILING TRANSACTION 3729680 RECEIVED ON 11/13/2018 04:38:11 PM. | 11/14/2018 | | NV | |
| 616 | MOTION FOR TERMINATING SANCTIONS FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 11/13/2018 | 11/13/2018 | | 5 pages | ☐ |
| 617 | MEMORANDUM OF POINTS AND AUTHORITIES FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 11/13/2018 | 11/13/2018 | | 10 pages | ☐ |
| 618 | DECLARATION IN SUPPORT FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 11/13/2018 | 11/13/2018 | | 39 pages | ☐ |
| 619 | PROOF OF SERVICE FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 11/13/2018 | 11/13/2018 | | 2 pages | ☐ |
| 620 | PAYMENT RECEIVED BY ONELEGAL FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 12452365 AND RECEIPT NUMBER 12276057. | 11/14/2018 | | 1 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 621 | MOTION FOR TERMINATION OF SANCTIONS SCHEDULED FOR 01/17/2019 AT 01:30:00 PM IN C33 AT CENTRAL JUSTICE CENTER. | 11/14/2018 | | *NV* | |
| 622 | E-FILING TRANSACTION 2732745 RECEIVED ON 11/13/2018 04:30:44 PM. | 11/14/2018 | | *NV* | |
| 623 | MOTION FOR ATTORNEY FEES FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 11/13/2018 | 11/13/2018 | | 2 pages | ☐ |
| 624 | MEMORANDUM OF POINTS AND AUTHORITIES FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 11/13/2018 | 11/13/2018 | | 14 pages | ☐ |
| 625 | NOTICE OF LODGING FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 11/13/2018 | 11/13/2018 | | 2 pages | ☐ |
| 626 | DECLARATION IN SUPPORT FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 11/13/2018 | 11/13/2018 | | 5 pages | ☐ |
| 627 | DECLARATION IN SUPPORT FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 11/13/2018 | 11/13/2018 | | 3 pages | ☐ |
| 628 | PAYMENT RECEIVED BY ONELEGAL FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 12452471 AND RECEIPT NUMBER 12276163. | 11/14/2018 | | 1 pages | |
| 629 | MOTION FOR ATTORNEY FEES SCHEDULED FOR 01/17/2019 AT 01:30:00 PM IN C33 AT CENTRAL JUSTICE CENTER. | 11/14/2018 | | *NV* | |
| 630 | E-FILING TRANSACTION 4907813 RECEIVED ON 11/14/2018 01:45:41 PM. | 11/14/2018 | | *NV* | |
| 631 | NOTICE OF RULING FILED BY BS INVESTORS LLC; SADDINGTON, HUGH M; LPL ASSET MANAGEMENT CORP ON 11/14/2018 | 11/14/2018 | | 3 pages | ☐ |
| 632 | PROPOSED ORDER RECEIVED ON 11/15/2018 | 11/15/2018 | | 3 pages | ☐ |
| 633 | E-FILING TRANSACTION 2733546 RECEIVED ON 11/15/2018 01:36:14 PM. | 11/15/2018 | | *NV* | |
| 634 | EX PARTE APPLICATION - OTHER FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 11/15/2018 | 11/15/2018 | | 7 pages | ☐ |
| 635 | DECLARATION IN SUPPORT FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 11/15/2018 | 11/15/2018 | | 33 pages | ☐ |
| 636 | PAYMENT RECEIVED BY ONELEGAL FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 12453574 AND RECEIPT NUMBER 12277233. | 11/15/2018 | | 1 pages | |
| 637 | EX PARTE SCHEDULED FOR 11/16/2018 AT 08:30:00 AM IN C33 AT CENTRAL JUSTICE CENTER. | 11/15/2018 | | *NV* | |
| 638 | MINUTES FINALIZED FOR MOTION TO QUASH SERVICE OF SUMMONS 11/08/2018 01:30:00 PM. | 11/15/2018 | | 2 pages | ☐ |
| 639 | MINUTES FINALIZED FOR MOTION FOR ATTORNEY FEES 11/08/2018 01:30:00 PM. | 11/15/2018 | | 2 pages | ☐ |
| 640 | E-FILING TRANSACTION 2733491 RECEIVED ON 11/15/2018 12:16:25 PM. | 11/16/2018 | | *NV* | |
| 641 | ABSTRACT OF JUDGMENT (ISSUED 11/16/2018) RECEIVED ON 11/15/2018. | 11/15/2018 | | 2 pages | ☐ |
| 642 | PAYMENT RECEIVED BY ONELEGAL FOR 141 - ABSTRACT OF JUDGMENT IN THE AMOUNT OF 25.00, TRANSACTION NUMBER 12454292 AND RECEIPT NUMBER 12277951. | 11/16/2018 | | 1 pages | |
| 643 | MOTION FOR TERMINATION OF SANCTIONS SCHEDULED FOR 12/10/2018 AT 09:00:00 AM IN C33 AT CENTRAL JUSTICE CENTER. | 11/16/2018 | | *NV* | |
| 644 | MOTION FOR ATTORNEY FEES SCHEDULED FOR 12/10/2018 AT 09:00:00 AM IN C33 AT CENTRAL JUSTICE CENTER. | 11/16/2018 | | *NV* | |
| 645 | MOTION FOR TERMINATION OF SANCTIONS CONTINUED TO 12/10/2018 AT 09:00 AM IN THIS DEPARTMENT PURSUANT TO PARTY'S MOTION. | 11/16/2018 | | *NV* | |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 646 | MOTION FOR ATTORNEY FEES CONTINUED TO 12/10/2018 AT 09:00 AM IN THIS DEPARTMENT PURSUANT TO PARTY'S MOTION. | 11/16/2018 | | *NV* | |
| 647 | MINUTES FINALIZED FOR EX PARTE 11/16/2018 08:30:00 AM. | 11/16/2018 | | 1 pages | ☐ |
| 648 | MINUTES FINALIZED FOR EX PARTE 11/09/2018 08:30:00 AM. | 11/16/2018 | | 2 pages | ☐ |
| 649 | MINUTES FINALIZED FOR EX PARTE 11/09/2018 08:30:00 AM. | 11/16/2018 | | 2 pages | ☐ |
| 650 | MINUTE ORDER DATED 11/08/2018 CORRECTED NUNC PRO TUNC. | 11/20/2018 | | *NV* | |
| 651 | MINUTES FINALIZED FOR NUNC PRO TUNC MINUTES 11/20/2018 07:32:00 AM. | 11/20/2018 | | 1 pages | ☐ |
| 652 | E-FILING TRANSACTION 3730383 RECEIVED ON 11/15/2018 11:24:04 AM. | 11/20/2018 | | *NV* | |
| 653 | NOTICE OF RELATED CASE FILED BY GALLIAN, JAMIE L. ON 11/15/2018 | 11/15/2018 | | 6 pages | ☐ |
| 654 | E-FILING TRANSACTION NUMBER 2731041 REJECTED. | 11/21/2018 | | 1 pages | ☐ |
| 655 | E-FILING TRANSACTION 2735624 RECEIVED ON 11/21/2018 02:25:21 PM. | 11/21/2018 | | *NV* | |
| 656 | OPPOSITION FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 11/21/2018 | 11/21/2018 | | 27 pages | ☐ |
| 657 | E-FILING TRANSACTION 1564054 RECEIVED ON 11/21/2018 03:10:41 PM. | 11/21/2018 | | *NV* | |
| 658 | NOTICE OF RULING FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 11/21/2018 | 11/21/2018 | | 6 pages | ☐ |
| 659 | E-FILING TRANSACTION NUMBER 3728359 REJECTED. | 11/30/2018 | | 1 pages | ☐ |
| 660 | E-FILING TRANSACTION NUMBER 2707958 REJECTED. | 11/30/2018 | | 1 pages | ☐ |
| 661 | E-FILING TRANSACTION NUMBER 4908288 REJECTED. | 11/30/2018 | | 1 pages | ☐ |
| 662 | E-FILING TRANSACTION 1567223 RECEIVED ON 12/03/2018 04:39:47 PM. | 12/03/2018 | | *NV* | |
| 663 | NOTICE OF NON-OPPOSITION FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 12/03/2018 | 12/03/2018 | | 4 pages | ☐ |
| 664 | NOTICE OF NON-OPPOSITION FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 12/03/2018 | 12/03/2018 | | 3 pages | ☐ |
| 665 | E-FILING TRANSACTION 3728619 RECEIVED ON 11/09/2018 10:23:23 AM. | 12/05/2018 | | *NV* | |
| 666 | JUDGMENT FILED BY JASSO, JANINE; PAULIN, JENNIFER; GRAGNANO, LEE; BECK, LINDY; BURRETT, LORI; PHILLIPS, TED; THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 12/04/2018 | 12/04/2018 | | 2 pages | ☐ |
| 667 | E-FILING TRANSACTION 2739990 RECEIVED ON 12/06/2018 10:47:52 AM. | 12/06/2018 | | *NV* | |
| 668 | MOTION IN LIMINE (NO. 1) FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 12/06/2018 | 12/06/2018 | | 4 pages | ☐ |
| 669 | MOTION IN LIMINE (NO. 2) FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 12/06/2018 | 12/06/2018 | | 4 pages | ☐ |
| 670 | MOTION IN LIMINE (NO. 3) FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 12/06/2018 | 12/06/2018 | | 4 pages | ☐ |
| 671 | MOTION IN LIMINE (NO. 4) FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 12/06/2018 | 12/06/2018 | | 3 pages | ☐ |
| 672 | MOTION TO BIFURCATE FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 12/06/2018 | 12/06/2018 | | 4 pages | ☐ |
| 673 | PROOF OF ESERVICE FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 12/06/2018 | 12/06/2018 | | 1 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 674 | PAYMENT RECEIVED BY ONELEGAL FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING, 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING, 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING, 36 - MOTION OR OTHER (NOT IN THE AMOUNT OF 300.00, TRANSACTION NUMBER 12464270 AND RECEIPT NUMBER 12287955. | 12/06/2018 | | 1 pages | ☐ |
| 675 | E-FILING TRANSACTION 3737414 RECEIVED ON 12/07/2018 10:16:35 AM. | 12/07/2018 | | NV | |
| 676 | NOTICE OF ENTRY OF JUDGMENT FILED BY JASSO, JANINE; PAULIN, JENNIFER; GRAGNANO, LEE; BECK, LINDY; BURRETT, LORI; PHILLIPS, TED; THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 12/07/2018 | 12/07/2018 | | 4 pages | ☐ |
| 677 | PROOF OF SERVICE FILED BY JASSO, JANINE; PAULIN, JENNIFER; GRAGNANO, LEE; BECK, LINDY; BURRETT, LORI; PHILLIPS, TED; THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 12/07/2018 | 12/07/2018 | | 3 pages | ☐ |
| 679 | MOTION FOR ATTORNEY FEES SCHEDULED FOR 01/31/2019 AT 01:30:00 PM IN C33 AT CENTRAL JUSTICE CENTER. | 12/06/2018 | | NV | |
| 680 | MOTION FOR TERMINATION OF SANCTIONS SCHEDULED FOR 01/31/2019 AT 01:30:00 PM IN C33 AT CENTRAL JUSTICE CENTER. | 12/06/2018 | | NV | |
| 682 | MOTION FOR ATTORNEY FEES CONTINUED TO 01/31/2019 AT 01:30 PM IN THIS DEPARTMENT PURSUANT TO COURT'S MOTION. | 12/06/2018 | | NV | |
| 683 | MOTION FOR TERMINATION OF SANCTIONS CONTINUED TO 01/31/2019 AT 1:30 PM IN THIS DEPARTMENT PURSUANT TO COURT'S MOTION. | 12/06/2018 | | NV | |
| 684 | MINUTES FINALIZED FOR MOTION FOR JUDGMENT ON THE PLEADINGS 12/06/2018 01:30:00 PM. | 12/07/2018 | | 2 pages | ☐ |
| 685 | E-FILING TRANSACTION 2740048 RECEIVED ON 12/06/2018 11:43:37 AM. | 12/10/2018 | | NV | |
| 686 | STATEMENT OF COMPLIANCE FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 12/06/2018 | 12/06/2018 | | 2 pages | ☐ |
| 687 | STATEMENT OF STIPULATED FACTS FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 12/06/2018 | 12/06/2018 | | 2 pages | ☐ |
| 688 | STATEMENT OF CONTROVERTED ISSUES FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 12/06/2018 | 12/06/2018 | | 4 pages | ☐ |
| 689 | JOINT STATEMENT FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 12/06/2018 | 12/06/2018 | | 1 pages | ☐ |
| 690 | WITNESS LIST FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 12/06/2018 | 12/06/2018 | | 3 pages | ☐ |
| 691 | PROOF OF ESERVICE FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 12/06/2018 | 12/06/2018 | | 1 pages | ☐ |
| 693 | E-FILING TRANSACTION NUMBER 3696173 REJECTED. | 12/10/2018 | | 1 pages | ☐ |
| 694 | E-FILING TRANSACTION 4916530 RECEIVED ON 12/11/2018 03:22:05 PM. | 12/11/2018 | | NV | |
| 695 | NOTICE OF RULING FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 12/11/2018 | 12/11/2018 | | 6 pages | |
| 696 | E-FILING TRANSACTION 3737631 RECEIVED ON 12/07/2018 02:10:09 PM. | 12/13/2018 | | NV | |
| 697 | ABSTRACT OF JUDGMENT (ISSUED 12/13/2018) RECEIVED ON 12/07/2018. | 12/07/2018 | | 5 pages | ☐ |
| 698 | PAYMENT RECEIVED BY LEGALCONNECT FOR 141 - ABSTRACT OF JUDGMENT IN THE AMOUNT OF 25.00, TRANSACTION NUMBER 12468470 AND RECEIPT NUMBER 12292167. | 12/13/2018 | | 1 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|-----|--------|-------------|--------------|----------|--------|
| 699 | E-FILING TRANSACTION 2744153 RECEIVED ON 12/19/2018 10:37:09 AM. | 12/19/2018 | | *NV* | |
| 700 | OPPOSITION FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 12/19/2018 | 12/19/2018 | | 2 pages | ☐ |
| 701 | DECLARATION - OTHER FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 12/19/2018 | 12/19/2018 | | 25 pages | ☐ |
| 702 | PROOF OF ESERVICE FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 12/19/2018 | 12/19/2018 | | 1 pages | ☐ |
| 703 | E-FILING TRANSACTION 4922456 RECEIVED ON 01/03/2019 09:47:03 AM. | 01/03/2019 | | *NV* | |
| 704 | PROOF OF ESERVICE FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 01/03/2019 | 01/03/2019 | | 3 pages | ☐ |
| 705 | E-FILING TRANSACTION 3745554 RECEIVED ON 01/06/2019 10:33:31 AM. | 01/07/2019 | | *NV* | |
| 706 | NOTICE OF APPEAL - UNLIMITED CIVIL FILED | 01/07/2019 | | 1 pages | ☐ |
| 707 | PROOF OF SERVICE FILED BY GALLIAN, JAMIE L. ON 01/07/2019 | 01/07/2019 | | 1 pages | ☐ |
| 708 | PAYMENT RECEIVED BY DDSLEGAL FOR 24 - TRANSCRIPT ON APPEAL, DISTRICT COURT APPEAL IN THE AMOUNT OF 875.00, TRANSACTION NUMBER 12478170 AND RECEIPT NUMBER 12301858. | 01/07/2019 | | 1 pages | |
| 709 | NOTIFICATION OF FILING NOTICE OF APPEAL | 01/08/2019 | | 1 pages | ☐ |
| 710 | REQUEST FOR PAYOUT TO THE COURT OF APPEAL FOR $775 SUBMITTED THIS DATE | 01/09/2019 | | *NV* | |
| 711 | RECEIPT FOR RECORDS AND PAPERS G057198 | 01/09/2019 | | 2 pages | ☐ |
| 712 | MINUTES FINALIZED FOR MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT 01/03/2019 01:30:00 PM. | 01/11/2019 | | 3 pages | ☐ |
| 713 | E-FILING TRANSACTION 3749472 RECEIVED ON 01/16/2019 03:37:17 PM. | 01/16/2019 | | *NV* | |
| 714 | NOTICE OF RULING FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 01/16/2019 | 01/16/2019 | | 6 pages | ☐ |
| 715 | PROOF OF SERVICE FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 01/16/2019 | 01/16/2019 | | 1 pages | ☐ |
| 716 | E-FILING TRANSACTION 2753170 RECEIVED ON 01/17/2019 06:00:05 PM. | 01/17/2019 | | *NV* | |
| 717 | OPPOSITION FILED BY GALLIAN, JAMIE L. ON 01/17/2019 | 01/17/2019 | | 8 pages | ☐ |
| 718 | NOTICE OF DEFAULT | 01/18/2019 | | 2 pages | ☐ |
| 719 | DISBURSEMENT ON TRUST 340657 TO COURT OF APPEAL ISSUED IN THE AMOUNT OF 775.00 DUE TO OTHER. | 01/18/2019 | | *NV* | |
| 720 | E-FILING TRANSACTION 1582877 RECEIVED ON 01/22/2019 05:43:00 PM. | 01/22/2019 | | *NV* | |
| 721 | OPPOSITION FILED BY GALLIAN, JAMIE L. ON 01/22/2019 | 01/22/2019 | | 10 pages | ☐ |
| 722 | E-FILING TRANSACTION 3751829 RECEIVED ON 01/23/2019 06:29:24 PM. | 01/23/2019 | | *NV* | |
| 723 | OPPOSITION FILED BY GALLIAN, JAMIE L. ON 01/23/2019 | 01/23/2019 | | 7 pages | ☐ |
| 724 | PROPOSED ORDER RECEIVED ON 01/24/2019 | 01/24/2019 | | 4 pages | ☐ |
| 725 | E-FILING TRANSACTION 1583800 RECEIVED ON 01/24/2019 03:40:51 PM. | 01/24/2019 | | *NV* | |
| 726 | REPLY TO OPPOSITION FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 01/24/2019 | 01/24/2019 | | 7 pages | ☐ |
| 727 | DECLARATION IN SUPPORT FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 01/24/2019 | 01/24/2019 | | 15 pages | ☐ |
| 728 | PROOF OF SERVICE FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 01/24/2019 | 01/24/2019 | | 1 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 729 | E-FILING TRANSACTION 1583881 RECEIVED ON 01/24/2019 05:14:54 PM. | 01/24/2019 | | *NV* | |
| 730 | OPPOSITION FILED BY GALLIAN, JAMIE L. ON 01/24/2019 | 01/24/2019 | | 226 pages | ☐ |
| 731 | E-FILING TRANSACTION 3752555 RECEIVED ON 01/25/2019 12:27:55 PM. | 01/25/2019 | | *NV* | |
| 732 | PROOF OF SERVICE BY MAIL FILED BY GALLIAN, JAMIE L. ON 01/25/2019 | 01/25/2019 | | 1 pages | ☐ |
| 733 | E-FILING TRANSACTION 1583627 RECEIVED ON 01/24/2019 12:11:37 PM. | 01/28/2019 | | *NV* | |
| 734 | REPLY TO OPPOSITION FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 01/24/2019 | 01/24/2019 | | 5 pages | ☐ |
| 735 | DECLARATION IN SUPPORT FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 01/24/2019 | 01/24/2019 | | 3 pages | ☐ |
| 736 | REQUEST FOR JUDICIAL NOTICE FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 01/24/2019 | 01/24/2019 | | 24 pages | ☐ |
| 737 | OBJECTION FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 01/24/2019 | 01/24/2019 | | 3 pages | ☐ |
| 738 | PROPOSED ORDER (COVER SHEET) (ELECTRONIC FILING) FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 01/24/2019 | 01/24/2019 | | 2 pages | ☐ |
| 739 | PROOF OF SERVICE FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 01/24/2019 | 01/24/2019 | | 2 pages | ☐ |
| 740 | NOTICE OF FAILURE TO COMPLY WITH NOTICE OF DEFAULT | 02/05/2019 | | 2 pages | ☐ |
| 741 | ORDER G057198 | 02/05/2019 | | 1 pages | ☐ |
| 742 | THE COURT TAKES THIS MATTER UNDER SUBMISSION. | 01/31/2019 | | *NV* | |
| 743 | MINUTES FINALIZED FOR MULTIPLE EVENTS 01/31/2019 01:30:00 PM. | 02/07/2019 | | 1 pages | ☐ |
| 744 | COURT TRIAL SCHEDULED FOR 09/09/2019 AT 09:00:00 AM IN C33 AT CENTRAL JUSTICE CENTER. | 02/13/2019 | | *NV* | |
| 745 | THE COURT TRIAL IS SCHEDULED FOR 09/09/2019 AT 09:00 AM IN DEPARTMENT C33. | 02/13/2019 | | *NV* | |
| 746 | THE COURT ORDERS DEFENDANT JAMIE GALLIAN ANSWER FILED ON 07/05/2017 STRICKEN. | 02/13/2019 | | *NV* | |
| 747 | MINUTES FINALIZED FOR UNDER SUBMISSION RULING 02/13/2019 02:23:00 PM. | 02/13/2019 | | 3 pages | ☐ |
| 749 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 02/13/2019 | | 4 pages | ☐ |
| 750 | E-FILING TRANSACTION NUMBER 2755171 REJECTED. | 02/13/2019 | | 1 pages | ☐ |
| 751 | E-FILING TRANSACTION NUMBER 2732755 REJECTED. | 02/13/2019 | | 1 pages | ☐ |
| 752 | E-FILING TRANSACTION NUMBER 1561108 REJECTED. | 02/13/2019 | | 1 pages | ☐ |
| 753 | E-FILING TRANSACTION 4937549 RECEIVED ON 02/14/2019 09:39:07 AM. | 02/14/2019 | | *NV* | |
| 754 | NOTICE OF RULING FILED BY GALLIAN, JAMIE L.; GALLIAN, JAMIE L. ON 02/14/2019 | 02/14/2019 | | 7 pages | ☐ |
| 755 | MINUTES FINALIZED FOR CHAMBERS WORK 02/20/2019 10:41:00 AM. | 02/20/2019 | | 1 pages | ☐ |
| 756 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 02/20/2019 | | 2 pages | ☐ |
| 757 | E-FILING TRANSACTION 1591116 RECEIVED ON 02/13/2019 03:31:09 PM. | 02/26/2019 | | *NV* | |
| 758 | REQUEST FOR ENTRY OF DEFAULT FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 02/13/2019 | 02/13/2019 | | 3 pages | ☐ |
| 759 | E-FILING TRANSACTION 3764617 RECEIVED ON 02/28/2019 11:47:04 AM. | 02/28/2019 | | *NV* | |
| 760 | NOTICE - OTHER FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 02/28/2019 | 02/28/2019 | | 7 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 761 | E-FILING TRANSACTION 3763130 RECEIVED ON 02/25/2019 01:18:16 PM. | 03/04/2019 | | *NV* | |
| 762 | DECLARATION - OTHER (AMENDED DECLARATION OF SERVICE) FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 02/25/2019 | 02/25/2019 | | 6 pages | ☐ |
| 763 | PROOF OF ESERVICE FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 02/25/2019 | 02/25/2019 | | 2 pages | ☐ |
| 764 | E-FILING TRANSACTION NUMBER 4937844 REJECTED. | 03/08/2019 | | 1 pages | ☐ |
| 765 | E-FILING TRANSACTION 4956591 RECEIVED ON 04/08/2019 05:53:05 PM. | 04/08/2019 | | *NV* | |
| 766 | OPPOSITION FILED BY GALLIAN, JAMIE L. ON 04/08/2019 | 04/08/2019 | | 7 pages | ☐ |
| 767 | ORDER G057198 | 04/11/2019 | | 1 pages | ☐ |
| 768 | E-FILING TRANSACTION 1607973 RECEIVED ON 04/02/2019 09:43:37 AM. | 04/16/2019 | | *NV* | |
| 769 | MEMORANDUM OF POINTS AND AUTHORITIES FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 04/02/2019 | 04/02/2019 | | 12 pages | ☐ |
| 770 | DECLARATION IN SUPPORT OF DEFAULT JUDGMENT BY COURT CCP 585(D) FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 04/02/2019 | 04/02/2019 | | 12 pages | ☐ |
| 771 | DECLARATION IN SUPPORT OF DEFAULT JUDGMENT BY COURT CCP 585(D) FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 04/02/2019 | 04/02/2019 | | 9 pages | ☐ |
| 772 | DECLARATION IN SUPPORT OF DEFAULT JUDGMENT BY COURT CCP 585(D) FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 04/02/2019 | 04/02/2019 | | 13 pages | ☐ |
| 773 | REQUEST FOR DISMISSAL OF DOES FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 04/02/2019 | 04/02/2019 | | 2 pages | ☐ |
| 774 | MEMORANDUM OF COSTS (SUMMARY) FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 04/02/2019 | 04/02/2019 | | 2 pages | ☐ |
| 775 | MEMORANDUM OF COSTS (WORKSHEET) FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 04/02/2019 | 04/02/2019 | | 5 pages | ☐ |
| 776 | MEMORANDUM OF COSTS (SUMMARY) FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 04/02/2019 | 04/02/2019 | | 2 pages | ☐ |
| 777 | NOTICE OF LODGING FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 04/02/2019 | 04/02/2019 | | 3 pages | ☐ |
| 778 | REQUEST FOR COURT DEFAULT JUDGMENT FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 04/02/2019 | 04/02/2019 | | 2 pages | ☐ |
| 779 | PROPOSED DEFAULT JUDGMENT RECEIVED ON 04/02/2019. | 04/02/2019 | | 3 pages | ☐ |
| 780 | PROOF OF ESERVICE FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 04/02/2019 | 04/02/2019 | | 3 pages | ☐ |
| 781 | NOTICE OF FAILURE TO COMPLY WITH NOTICE OF DEFAULT | 04/23/2019 | | 2 pages | ☐ |
| 782 | E-FILING TRANSACTION 3781543 RECEIVED ON 04/16/2019 02:50:27 PM. | 04/24/2019 | | *NV* | |
| 783 | SUBSTITUTION OF ATTORNEY FILED BY GALLIAN, JAMIE L. ON 04/16/2019 | 04/16/2019 | | 2 pages | ☐ |
| 784 | E-FILING TRANSACTION 3785155 RECEIVED ON 04/25/2019 04:36:01 PM. | 04/25/2019 | | *NV* | |
| 785 | REPLY - OTHER FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 04/25/2019 | 04/25/2019 | | 5 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 786 | DECLARATION IN SUPPORT FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 04/25/2019 | 04/25/2019 | | 46 pages | ☐ |
| 787 | PROOF OF ESERVICE FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 04/25/2019 | 04/25/2019 | | 3 pages | ☐ |
| 788 | E-FILING TRANSACTION NUMBER 2788258 REJECTED. | 04/26/2019 | | 1 pages | ☐ |
| 789 | ORDER G057198 | 04/26/2019 | | 1 pages | ☐ |
| 791 | THE COURT ENTERS JUDGMENT AS TO CROSS-COMPLAINT. | 05/06/2019 | | NV | |
| 792 | AMENDED COMPLAINT DISPOSED WITH DISPOSITION OF DEFAULT JUDGMENT BY COURT. | 05/06/2019 | | NV | |
| 793 | CROSS-COMPLAINT DISPOSED WITH DISPOSITION OF DEFAULT JUDGMENT BY COURT. | 05/06/2019 | | NV | |
| 794 | JUDGMENT FILED BY THE SUPERIOR COURT OF ORANGE ON 05/06/2019 | 05/06/2019 | | 3 pages | ☐ |
| 796 | MINUTES FINALIZED FOR NUNC PRO TUNC MINUTES 05/07/2019 11:49:00 AM. | 05/07/2019 | | 1 pages | ☐ |
| 797 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 05/07/2019 | | 2 pages | ☐ |
| 798 | E-FILING TRANSACTION 1621071 RECEIVED ON 05/08/2019 02:35:46 PM. | 05/14/2019 | | NV | |
| 799 | ABSTRACT OF JUDGMENT (ISSUED ON 5/14/2019) RECEIVED ON 05/08/2019. | 05/08/2019 | | 3 pages | ☐ |
| 800 | PAYMENT RECEIVED BY ONELEGAL FOR 141 - ABSTRACT OF JUDGMENT IN THE AMOUNT OF 25.00, TRANSACTION NUMBER 12552126 AND RECEIPT NUMBER 12376005. | 05/14/2019 | | 1 pages | ☐ |
| 801 | E-FILING TRANSACTION 4969531 RECEIVED ON 05/15/2019 08:52:35 AM. | 05/15/2019 | | NV | |
| 802 | NOTICE OF APPEAL FILED | 05/15/2019 | | 1 pages | ☐ |
| 803 | REQUEST TO WAIVE COURT FEES FILED BY GALLIAN, JAMIE L.; GALLIAN, JAMIE L. ON 05/15/2019 | 05/15/2019 | | NA | |
| 804 | ORDER ON COURT FEE WAIVER (SUPERIOR COURT) FILED BY GALLIAN, JAMIE L.; GALLIAN, JAMIE L. ON 05/15/2019 | 05/15/2019 | | 2 pages | ☐ |
| 805 | NOTIFICATION OF FILING NOTICE OF APPEAL | 05/15/2019 | | 1 pages | ☐ |
| 806 | E-FILING TRANSACTION NUMBER 3791728 REJECTED. | 05/15/2019 | | 1 pages | ☐ |
| 807 | E-FILING TRANSACTION 3791958 RECEIVED ON 05/15/2019 03:15:45 PM. | 05/15/2019 | | NV | |
| 808 | PROOF OF ESERVICE FILED BY GALLIAN, JAMIE L. ON 05/15/2019 | 05/15/2019 | | 2 pages | ☐ |
| 809 | RECEIPT FOR RECORDS AND PAPERS G057737 | 05/16/2019 | | 1 pages | ☐ |
| 810 | E-FILING TRANSACTION 4970689 RECEIVED ON 05/17/2019 12:21:19 PM. | 05/17/2019 | | NV | |
| 811 | NOTICE OF ENTRY OF JUDGMENT FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 05/17/2019 | 05/17/2019 | | 7 pages | ☐ |
| 812 | ORDER ON COURT FEE WAIVER (SUPERIOR COURT) FILED BY GALLIAN, JAMIE L. ON 05/17/2019 | 05/17/2019 | | 3 pages | ☐ |
| 813 | GALLIAN, JAMIE L. REQUEST TO WAIVE COURT FEES DENIED IN WHOLE ON 05/17/2019. | 05/17/2019 | | NV | |
| 814 | FEE WAIVER HEARING SCHEDULED FOR 06/25/2019 AT 01:30:00 PM IN C66 AT CENTRAL JUSTICE CENTER. | 05/21/2019 | | NV | |
| 815 | GALLIAN, JAMIE L. REQUEST TO WAIVE COURT FEES DENIED IN WHOLE ON 05/17/2019. | 05/21/2019 | | NV | |
| 816 | ORDER G057198 | 05/23/2019 | | 1 pages | ☐ |
| 817 | E-FILING TRANSACTION 3795909 RECEIVED ON 05/28/2019 12:15:50 PM. | 05/28/2019 | | NV | |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 818 | DESIGNATION OF RECORD ON APPEAL FILED BY GALLIAN, JAMIE L. ON 05/28/2019 | 05/28/2019 | | 12 pages | ☐ |
| 819 | PAYMENT RECEIVED BY ONELEGAL FOR REPORTER'S TRANSCRIPT DEPOSIT IN THE AMOUNT OF 2,645.00, TRANSACTION NUMBER 12559699 AND RECEIPT NUMBER 12383578. | 05/28/2019 | | 1 pages | ☐ |
| 820 | NOTICE OF DEFAULT G057198 | 05/28/2019 | | 2 pages | ☐ |
| 821 | NOTICE OF DEFAULT G057737 | 05/29/2019 | | 2 pages | ☐ |
| 822 | PROPOSED ORDER RECEIVED ON 05/29/2019 | 05/29/2019 | | 2 pages | ☐ |
| 823 | E-FILING TRANSACTION 2799360 RECEIVED ON 05/29/2019 09:27:49 AM. | 05/29/2019 | | NV | |
| 824 | EX PARTE APPLICATION - OTHER FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 05/29/2019 | 05/29/2019 | | 4 pages | ☐ |
| 825 | DECLARATION RE: EX-PARTE NOTICE FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 05/29/2019 | 05/29/2019 | | 94 pages | ☐ |
| 826 | PROOF OF SERVICE FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 05/29/2019 | 05/29/2019 | | 3 pages | ☐ |
| 827 | PAYMENT RECEIVED BY ONELEGAL FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 12560651 AND RECEIPT NUMBER 12384530. | 05/29/2019 | | 1 pages | ☐ |
| 828 | EX PARTE SCHEDULED FOR 05/30/2019 AT 01:30:00 PM IN C66 AT CENTRAL JUSTICE CENTER. | 05/29/2019 | | NV | |
| 829 | E-FILING TRANSACTION NUMBER 3796390 REJECTED. | 05/29/2019 | | 1 pages | ☐ |
| 830 | PAYMENT FOR REPORTER'S TRANSCRIPT DEPOSIT, TRANSACTION NUMBER 12559699 IN THE AMOUNT OF 2,645.00 VOIDED DUE TO OTHER. | 05/30/2019 | | 1 pages | ☐ |
| 831 | PAYMENT RECEIVED BY ONE LEGAL FOR REPORTER'S TRANSCRIPT DEPOSIT IN THE AMOUNT OF 2,595.00, TRANSACTION NUMBER 12561526 AND RECEIPT NUMBER 12385405. | 05/30/2019 | | 1 pages | ☐ |
| 832 | E-FILING TRANSACTION NUMBER 3799101 REJECTED. | 06/06/2019 | | 1 pages | ☐ |
| 833 | E-FILING TRANSACTION 3799505 RECEIVED ON 06/06/2019 01:21:20 PM. | 06/06/2019 | | NV | |
| 834 | DESIGNATION OF RECORD ON APPEAL FILED BY GALLIAN, JAMIE L. ON 06/06/2019 | 06/06/2019 | | 12 pages | ☐ |
| 835 | MINUTES FINALIZED FOR EX PARTE 05/30/2019 01:30:00 PM. | 06/07/2019 | | 1 pages | ☐ |
| 836 | NOTICE OF FAILURE TO COMPLY WITH NOTICE OF DEFAULT G057737 | 06/17/2019 | | 2 pages | ☐ |
| 837 | ORDER G057737 | 06/18/2019 | | 1 pages | ☐ |
| 838 | E-FILING TRANSACTION NUMBER 1627828 REJECTED. | 06/21/2019 | | 1 pages | ☐ |
| 839 | MINUTES FINALIZED FOR FEE WAIVER HEARING 06/25/2019 01:30:00 PM. | 06/25/2019 | | 1 pages | ☐ |
| 840 | ORDER ON COURT FEE WAIVER AFTER HEARING (SUPERIOR COURT) (DENIED) FILED BY THE SUPERIOR COURT OF ORANGE ON 06/25/2019 | 06/25/2019 | | NA | |
| 841 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 06/26/2019 | | NA | |
| 842 | NOTICE OF CLERK'S TRANSCRIPT FEES G057198 | 06/26/2019 | | 1 pages | ☐ |
| 843 | NOTICE TO REPORTER TO PREPARE REPORTER'S TRANSCRIPT ON APPEAL G057198 | 06/26/2019 | | 1 pages | ☐ |
| 844 | E-FILING TRANSACTION 2808306 RECEIVED ON 06/21/2019 04:36:31 PM. | 06/27/2019 | | NV | |
| 845 | WRIT (ISSUED ON 6/27/2019 ORANGE COUNTY) RECEIVED ON 06/21/2019. | 06/21/2019 | | 3 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 846 | PAYMENT RECEIVED BY ONELEGAL FOR 141 - WRIT IN THE AMOUNT OF 25.00, TRANSACTION NUMBER 12578018 AND RECEIPT NUMBER 12402017. | 06/27/2019 | | 1 pages | ☐ |
| 847 | E-FILING TRANSACTION 4983098 RECEIVED ON 06/21/2019 04:00:19 PM. | 06/27/2019 | | NV | |
| 848 | MEMORANDUM OF COSTS AFTER JUDGMENT; ACKNOWLEDGMENT OF CREDIT AND DECLARATION OF ACCRUED INTEREST - LESS THAN $100 FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 06/21/2019 | 06/21/2019 | | 3 pages | ☐ |
| 849 | E-FILING TRANSACTION 3805224 RECEIVED ON 06/21/2019 04:41:52 PM. | 06/28/2019 | | NV | |
| 850 | WRIT (ISSUED AND MAILED ON 6/28/19 FOR LA COUNTY) RECEIVED ON 06/21/2019. | 06/21/2019 | | 3 pages | ☐ |
| 851 | PAYMENT RECEIVED BY ONELEGAL FOR 141 - WRIT IN THE AMOUNT OF 25.00, TRANSACTION NUMBER 12579125 AND RECEIPT NUMBER 12403124. | 06/28/2019 | | 1 pages | ☐ |
| 852 | NOTICE OF DEFAULT G057198 | 07/12/2019 | | 2 pages | ☐ |
| 853 | PAYMENT RECEIVED BY GORDON & REES SCULLY MANSUKHANI, LLP FOR 24 - TRANSCRIPT ON APPEAL IN THE AMOUNT OF 756.00, TRANSACTION NUMBER 12586201 AND RECEIPT NUMBER 12410240. | 07/15/2019 | | 1 pages | ☐ |
| 854 | ORDER G057737 | 07/17/2019 | | 1 pages | ☐ |
| 855 | E-FILING TRANSACTION 3812490 RECEIVED ON 07/15/2019 12:57:26 PM. | 07/18/2019 | | NV | |
| 856 | NOTICE OF CHANGE OF ADDRESS AND/OR TELEPHONE FILED BY GALLIAN, JAMIE L. ON 07/15/2019 | 07/15/2019 | | 2 pages | ☐ |
| 857 | E-FILING TRANSACTION 2819930 RECEIVED ON 07/25/2019 05:27:13 PM. | 07/26/2019 | | NV | |
| 858 | DESIGNATION OF RECORD ON APPEAL FILED BY GALLIAN, JAMIE L. ON 07/25/2019 | 07/25/2019 | | 6 pages | ☐ |
| 859 | PAYMENT RECEIVED BY DDSLEGAL FOR REPORTER'S TRANSCRIPT DEPOSIT IN THE AMOUNT OF 2,645.00, TRANSACTION NUMBER 12593132 AND RECEIPT NUMBER 12417191. | 07/26/2019 | | 1 pages | ☐ |
| 860 | NOTICE OF DEFAULT G057737 | 07/26/2019 | | 2 pages | ☐ |
| 861 | PAYMENT FOR REPORTER'S TRANSCRIPT DEPOSIT, TRANSACTION NUMBER 12593132 IN THE AMOUNT OF 2,645.00 VOIDED DUE TO OTHER. | 07/29/2019 | | 1 pages | ☐ |
| 862 | PAYMENT RECEIVED BY DDS LEGAL FOR REPORTER'S TRANSCRIPT DEPOSIT IN THE AMOUNT OF 2,595.00, TRANSACTION NUMBER 12594073 AND RECEIPT NUMBER 12418132. | 07/29/2019 | | 1 pages | ☐ |
| 863 | E-FILING TRANSACTION 2820229 RECEIVED ON 07/26/2019 02:15:14 PM. | 07/30/2019 | | NV | |
| 864 | REQUEST TO WAIVE COURT FEES FILED BY GALLIAN, JAMIE L. ON 07/26/2019 | 07/26/2019 | | NA | |
| 865 | REQUEST TO WAIVE ADDITIONAL COURT FEES (SUPERIOR COURT) FILED BY GALLIAN, JAMIE L. ON 07/26/2019 | 07/26/2019 | | NA | |
| 866 | ORDER ON COURT FEE WAIVER (SUPERIOR COURT) RECEIVED ON 07/26/2019. | 07/26/2019 | | 2 pages | ☐ |
| 867 | PAYMENT RECEIVED BY GALLIAN, JANIE FOR 24 - TRANSCRIPT ON APPEAL IN THE AMOUNT OF 100.00, TRANSACTION NUMBER 12594955 AND RECEIPT NUMBER 12419014. | 07/30/2019 | | 1 pages | ☐ |
| 868 | E-FILING TRANSACTION 2819288 RECEIVED ON 07/24/2019 02:20:03 PM. | 07/31/2019 | | NV | |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 869 | MEMORANDUM OF COSTS AFTER JUDGMENT; ACKNOWLEDGMENT OF CREDIT AND DECLARATION OF ACCRUED INTEREST - LESS THAN $100 FILED BY GALLIAN, JAMIE L. ON 07/24/2019 | 07/24/2019 | | 11 pages | ☐ |
| 870 | PAYMENT RECEIVED BY GALLIAN, JAMIE FOR 224 - REPORTER'S TRANSCRIPT IN THE AMOUNT OF 38.84, TRANSACTION NUMBER 12595929 AND RECEIPT NUMBER 12420015. | 07/31/2019 | | 1 pages | ☐ |
| 871 | PAYMENT RECEIVED BY GALLIAN, JAMIE FOR 224 - REPORTER'S TRANSCRIPT IN THE AMOUNT OF 129.00, TRANSACTION NUMBER 12595933 AND RECEIPT NUMBER 12420019. | 07/31/2019 | | 1 pages | ☐ |
| 872 | PAYMENT RECEIVED BY GALLIAN, JAMIE FOR 224 - REPORTER'S TRANSCRIPT IN THE AMOUNT OF 54.00, TRANSACTION NUMBER 12595937 AND RECEIPT NUMBER 12420023. | 07/31/2019 | | 1 pages | ☐ |
| 873 | PAYMENT RECEIVED BY GALLIAN, JAMIE FOR 224 - REPORTER'S TRANSCRIPT IN THE AMOUNT OF 78.00, TRANSACTION NUMBER 12595940 AND RECEIPT NUMBER 12420026. | 07/31/2019 | | 1 pages | ☐ |
| 874 | PAYMENT RECEIVED BY GALLIAN, JAMIE FOR 224 - REPORTER'S TRANSCRIPT IN THE AMOUNT OF 87.00, TRANSACTION NUMBER 12595946 AND RECEIPT NUMBER 12420032. | 07/31/2019 | | 1 pages | ☐ |
| 875 | PAYMENT RECEIVED BY GALLIAN, JAMIE FOR 224 - REPORTER'S TRANSCRIPT IN THE AMOUNT OF 76.00, TRANSACTION NUMBER 12595949 AND RECEIPT NUMBER 12420035. | 07/31/2019 | | 1 pages | ☐ |
| 876 | NOTICE OF TRANSCRIPTS FILED G057198 | 07/26/2019 | | 5 pages | ☐ |
| 879 | FEE WAIVER HEARING SCHEDULED FOR 08/13/2019 AT 01:30:00 PM IN C66 AT CENTRAL JUSTICE CENTER. | 08/02/2019 | | NV | |
| 880 | ORDER ON COURT FEE WAIVER (SUPERIOR COURT) (HEARING SCHEDULED - ADDITIONAL COURT FEES) FILED BY THE SUPERIOR COURT OF ORANGE ON 08/01/2019 | 08/01/2019 | | 3 pages | ☐ |
| 881 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 08/02/2019 | | 4 pages | ☐ |
| 882 | FEE WAIVER HEARING SCHEDULED FOR 08/13/2019 AT 01:30:00 PM IN C66 AT CENTRAL JUSTICE CENTER. | 08/02/2019 | | NV | |
| 883 | DISBURSEMENT ON TRUST 344716 TO ONE LEGAL ISSUED IN THE AMOUNT OF 2,132.16 DUE TO OTHER. | 08/02/2019 | | NV | |
| 884 | E-FILING TRANSACTION 1651817 RECEIVED ON 08/05/2019 03:19:05 PM. | 08/06/2019 | | NV | |
| 885 | DESIGNATION OF RECORD ON APPEAL FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 08/05/2019 | 08/05/2019 | | 5 pages | ☐ |
| 886 | PROOF OF SERVICE FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 08/05/2019 | 08/05/2019 | | 1 pages | ☐ |
| 887 | PAYMENT RECEIVED BY ONELEGAL FOR 51 - REPORTER TRANSCRIPT TRUST HANDLING FEE, REPORTER'S TRANSCRIPT DEPOSIT IN THE AMOUNT OF 130.00, TRANSACTION NUMBER 12598728 AND RECEIPT NUMBER 12422859. | 08/06/2019 | | 1 pages | ☐ |
| 888 | MINUTES FINALIZED FOR MULTIPLE EVENTS 08/13/2019 01:30:00 PM. | 08/19/2019 | | 1 pages | ☐ |
| 889 | NOTICE OF MAILING REGISTER OF ACTIONS G057737 | 08/23/2019 | | 1 pages | ☐ |
| 890 | NOTICE TO REPORTER TO PREPARE REPORTER'S TRANSCRIPT ON APPEAL G057737 | 08/23/2019 | | 1 pages | ☐ |
| 891 | GALLIAN, JAMIE L. REQUEST TO WAIVE COURT FEES DENIED IN WHOLE ON 08/13/2019. | 08/13/2019 | | NV | |
| 892 | ORDER ON COURT FEE WAIVER AFTER HEARING (SUPERIOR COURT) (DENIED) FILED BY THE SUPERIOR COURT OF ORANGE ON 08/13/2019 | 08/13/2019 | | NA | |
| 893 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 08/24/2019 | | NA | |
| 894 | GALLIAN, JAMIE L. REQUEST TO WAIVE COURT FEES DENIED IN WHOLE ON 08/13/2019. | 08/13/2019 | | NV | |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 895 | ORDER ON COURT FEE WAIVER AFTER HEARING (SUPERIOR COURT) (DENIED) FILED BY THE SUPERIOR COURT OF ORANGE ON 08/13/2019 | 08/13/2019 | | *NA* | |
| 896 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 08/24/2019 | | *NA* | |
| 897 | NOTICE OF FAILURE TO COMPLY WITH NOTICE OF DEFAULT G057198 | 09/04/2019 | | 2 pages | ☐ |
| 898 | CROSS-COMPLAINT DISPOSED WITH DISPOSITION OF REQUEST FOR DISMISSAL. | 09/04/2019 | | *NV* | |
| 899 | ORDER G057198 | 09/05/2019 | | 1 pages | ☐ |
| 900 | ORDER TO SHOW CAUSE SCHEDULED FOR 10/15/2019 AT 08:30:00 AM IN C33 AT CENTRAL JUSTICE CENTER. | 09/06/2019 | | *NV* | |
| 902 | THE ORDER TO SHOW CAUSE IS SCHEDULED FOR 10/15/2019 AT 08:30 AM IN DEPARTMENT C33. | 09/06/2019 | | *NV* | |
| 904 | MINUTES FINALIZED FOR CHAMBERS WORK 09/06/2019 11:38:00 AM. | 09/06/2019 | | 1 pages | ☐ |
| 905 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 09/06/2019 | | 2 pages | ☐ |
| 906 | PAYMENT RECEIVED BY GALLIAN, JAMIE L FOR 24 - TRANSCRIPT ON APPEAL IN THE AMOUNT OF 1,437.00, TRANSACTION NUMBER 12619758 AND RECEIPT NUMBER 12444257. | 09/12/2019 | | 1 pages | ☐ |
| 907 | PAYMENT RECEIVED BY GALLIAN, JAMIE FOR 24 - TRANSCRIPT ON APPEAL IN THE AMOUNT OF 100.00, TRANSACTION NUMBER 12619761 AND RECEIPT NUMBER 12444260. | 09/12/2019 | | 1 pages | ☐ |
| 908 | AMENDED NOTICE OF FAILURE TO COMPLY WITH NOTICE OF DEFAULT G057198 | 09/13/2019 | | 2 pages | ☐ |
| 909 | DECLARATION G057198 | 09/13/2019 | | 1 pages | ☐ |
| 910 | NOTICE OF TRANSCRIPTS FILED G057737 | 09/18/2019 | | 5 pages | ☐ |
| 911 | RECEIPT FOR RECORDS AND PAPERS G057737 | 09/25/2019 | | 1 pages | ☐ |
| 912 | ORDER G057198 | 10/04/2019 | | 2 pages | ☐ |
| 913 | PAYMENT RECEIVED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION FOR 224 - REPORTER'S TRANSCRIPT IN THE AMOUNT OF 63.00, TRANSACTION NUMBER 12634947 AND RECEIPT NUMBER 12459446. | 10/08/2019 | | 1 pages | ☐ |
| 914 | PAYMENT RECEIVED BY GALLIAN, JAMIE FOR 224 - REPORTER'S TRANSCRIPT IN THE AMOUNT OF 74.00, TRANSACTION NUMBER 12634955 AND RECEIPT NUMBER 12459454. | 10/08/2019 | | 1 pages | ☐ |
| 915 | PAYMENT RECEIVED BY GALLIAN, JAMIE FOR 224 - REPORTER'S TRANSCRIPT IN THE AMOUNT OF 65.00, TRANSACTION NUMBER 12634958 AND RECEIPT NUMBER 12459457. | 10/08/2019 | | 1 pages | ☐ |
| 916 | PAYMENT RECEIVED BY GALLIAN, JAMIE FOR 224 - REPORTER'S TRANSCRIPT IN THE AMOUNT OF 258.00, TRANSACTION NUMBER 12634959 AND RECEIPT NUMBER 12459458. | 10/08/2019 | | 1 pages | ☐ |
| 917 | PAYMENT RECEIVED BY GALLIAN, JAMIE FOR 224 - REPORTER'S TRANSCRIPT IN THE AMOUNT OF 126.00, TRANSACTION NUMBER 12634965 AND RECEIPT NUMBER 12459464. | 10/08/2019 | | 1 pages | ☐ |
| 918 | PAYMENT RECEIVED BY GALLIAN, JAMIE FOR 224 - REPORTER'S TRANSCRIPT IN THE AMOUNT OF 34.53, TRANSACTION NUMBER 12634967 AND RECEIPT NUMBER 12459466. | 10/08/2019 | | 1 pages | ☐ |
| 919 | PROPOSED ORDER RECEIVED ON 10/09/2019 | 10/09/2019 | | 1 pages | ☐ |
| 920 | RECEIPT FOR RECORDS AND PAPERS G057198 | 10/10/2019 | | 1 pages | ☐ |
| 921 | DISBURSEMENT ON TRUST 346476 TO ONE LEGAL ISSUED IN THE AMOUNT OF 17.00 DUE TO OTHER. | 10/11/2019 | | *NV* | |
| 922 | DISBURSEMENT ON TRUST 346178 TO DDS LEGAL ISSUED IN THE AMOUNT OF 2,037.47 DUE TO OTHER. | 10/11/2019 | | *NV* | |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 923 | CROSS-COMPLAINT DISPOSED WITH DISPOSITION OF REQUEST FOR DISMISSAL. | 10/11/2019 | | *NV* | |
| 924 | CASE DISMISSED WITH DISPOSITION OF REQUEST FOR DISMISSAL | 10/11/2019 | | *NV* | |
| 925 | CASE DISPOSED WITH DISPOSITION OF DEFAULT JUDGMENT BY COURT | 10/11/2019 | | *NV* | |
| 927 | E-FILING TRANSACTION 41022782 RECEIVED ON 10/11/2019 07:18:20 PM. | 10/15/2019 | | *NV* | |
| 928 | REQUEST FOR DISMISSAL WITHOUT PREJUDICE - ENTIRE ACTION FILED BY GALLIAN, JAMIE L. ON 10/11/2019 | 10/11/2019 | | 3 pages | ☐ |
| 929 | E-FILING TRANSACTION 3843558 RECEIVED ON 10/09/2019 01:40:03 PM. | 11/20/2019 | | *NV* | |
| 930 | ORDER - OTHER (TO EXONERATE BOND) FILED BY THE SUPERIOR COURT OF ORANGE ON 11/19/2019 | 11/19/2019 | | 1 pages | ☐ |
| 931 | E-FILING TRANSACTION NUMBER 3863452 REJECTED. | 12/04/2019 | | 1 pages | ☐ |
| 932 | G057737 ORDER | 01/06/2020 | | 1 pages | ☐ |
| 933 | E-FILING TRANSACTION 41087631 RECEIVED ON 05/20/2020 12:10:18 PM. | 06/02/2020 | | *NV* | |
| 934 | REQUEST TO WAIVE COURT FEES FILED BY GALLIAN, JAMIE L. ON 05/26/2020 | 05/26/2020 | | *NA* | |
| 935 | ORDER ON COURT FEE WAIVER (SUPERIOR COURT) FILED BY GALLIAN, JAMIE L. ON 05/26/2020 | 05/26/2020 | | 2 pages | ☐ |
| 936 | GALLIAN, JAMIE L. REQUEST TO WAIVE COURT FEES GRANTED IN WHOLE ON 06/02/2020. | 06/02/2020 | | *NV* | |
| 937 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 06/02/2020 | | *NA* | |
| 938 | G057737 ORDER | 05/26/2020 | | 1 pages | ☐ |
| 939 | G057737 ORDER | 06/24/2020 | | 1 pages | ☐ |
| 940 | REMITTITUR (G057737) FILED BY THE SUPERIOR COURT OF ORANGE ON 06/25/2020 | 06/25/2020 | | 2 pages | ☐ |
| 941 | WRIT OF EXECUTION RETURNED - UNSATISFIED FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 02/27/2020 | 02/27/2020 | | 2 pages | ☐ |
| 942 | E-FILING TRANSACTION 2925260 RECEIVED ON 07/22/2020 04:34:59 PM. | 09/02/2020 | | *NV* | |
| 943 | MEMORANDUM OF COSTS ON APPEAL FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 07/22/2020 | 07/22/2020 | | 2 pages | ☐ |
| 944 | E-FILING TRANSACTION NUMBER 2937575 REJECTED. | 09/16/2020 | | 1 pages | ☐ |
| 945 | E-FILING TRANSACTION NUMBER 2956480 REJECTED. | 11/09/2020 | | 1 pages | ☐ |
| 946 | E-FILING TRANSACTION 1785208 RECEIVED ON 11/09/2020 04:24:37 PM. | 11/10/2020 | | *NV* | |
| 947 | SUBSTITUTION OF ATTORNEY FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 11/09/2020 | 11/09/2020 | | 2 pages | ☐ |
| 948 | REMITTITUR (G057198) FILED BY THE SUPERIOR COURT OF ORANGE ON 11/17/2020 | 11/17/2020 | | 8 pages | ☐ |
| 949 | PROPOSED ORDER RECEIVED ON 12/10/2020 | 12/10/2020 | | 2 pages | ☐ |
| 950 | E-FILING TRANSACTION NUMBER 3962408 REJECTED. | 12/14/2020 | | 1 pages | ☐ |
| 951 | E-FILING TRANSACTION 41140311 RECEIVED ON 12/10/2020 04:47:01 PM. | 12/29/2020 | | *NV* | |
| 952 | MEMORANDUM OF COSTS ON APPEAL FILED BY JASSO, JANINE; PAULIN, JENNIFER; GRAGNANO, LEE; BECK, LINDY; BURRETT, LORI; PHILLIPS, TED; THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 12/10/2020 | 12/10/2020 | | 1 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 953 | MOTION FOR ATTORNEY FEES FILED BY JASSO, JANINE; PAULIN, JENNIFER; GRAGNANO, LEE; BECK, LINDY; BURRETT, LORI; PHILLIPS, TED; THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 12/10/2020 | 12/10/2020 | | 2 pages | ☐ |
| 954 | MEMORANDUM OF POINTS AND AUTHORITIES FILED BY JASSO, JANINE; PAULIN, JENNIFER; GRAGNANO, LEE; BECK, LINDY; BURRETT, LORI; PHILLIPS, TED; THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 12/10/2020 | 12/10/2020 | | 10 pages | ☐ |
| 955 | DECLARATION IN SUPPORT FILED BY JASSO, JANINE; PAULIN, JENNIFER; GRAGNANO, LEE; BECK, LINDY; BURRETT, LORI; PHILLIPS, TED; THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 12/10/2020 | 12/10/2020 | | 6 pages | ☐ |
| 956 | DECLARATION IN SUPPORT FILED BY JASSO, JANINE; PAULIN, JENNIFER; GRAGNANO, LEE; BECK, LINDY; BURRETT, LORI; PHILLIPS, TED; THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 12/10/2020 | 12/10/2020 | | 36 pages | ☐ |
| 957 | PROPOSED ORDER (COVER SHEET) (ELECTRONIC FILING) FILED BY JASSO, JANINE; PAULIN, JENNIFER; GRAGNANO, LEE; BECK, LINDY; BURRETT, LORI; PHILLIPS, TED; THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 12/10/2020 | 12/10/2020 | | 3 pages | ☐ |
| 958 | PROOF OF SERVICE FILED BY JASSO, JANINE; PAULIN, JENNIFER; GRAGNANO, LEE; BECK, LINDY; BURRETT, LORI; PHILLIPS, TED; THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 12/10/2020 | 12/10/2020 | | 4 pages | ☐ |
| 959 | PAYMENT RECEIVED BY ONELEGAL FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 12825350 AND RECEIPT NUMBER 12652465. | 12/29/2020 | | 1 pages | ☐ |
| 960 | MOTION FOR ATTORNEY FEES SCHEDULED FOR 03/11/2021 AT 10:00:00 AM IN C33 AT CENTRAL JUSTICE CENTER. | 12/29/2020 | | *NV* | |
| 961 | E-FILING TRANSACTION 2981052 RECEIVED ON 02/03/2021 08:59:14 PM. | 02/05/2021 | | *NV* | |
| 962 | NOTICE OF RELATED CASE FILED ON 02/03/2021 | 02/03/2021 | | 3 pages | ☐ |
| 963 | E-FILING TRANSACTION 2966440 RECEIVED ON 12/14/2020 03:28:14 PM. | 03/04/2021 | | *NV* | |
| 965 | PAYMENT RECEIVED BY E-FILINGSOFAMERICA FOR 36 - JDX (JUDGMENT DEBTOR EXAM) IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 12852307 AND RECEIPT NUMBER 12680001. | 03/04/2021 | | 1 pages | ☐ |
| 966 | APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION OF JUDGMENT DEBTOR FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 03/04/2021 | 03/04/2021 | | 2 pages | ☐ |
| 967 | APPEARANCE AND EXAMINATION OF JUDGMENT DEBTOR SCHEDULED FOR 06/03/2021 AT 09:30:00 AM IN C33 AT CENTRAL JUSTICE CENTER. | 03/04/2021 | | *NV* | |
| 968 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 03/04/2021 | | 3 pages | ☐ |
| 969 | E-FILING TRANSACTION 41165118 RECEIVED ON 03/04/2021 02:37:26 PM. | 03/04/2021 | | *NV* | |
| 970 | NOTICE OF NON-OPPOSITION FILED BY JASSO, JANINE; PAULIN, JENNIFER; GRAGNANO, LEE; BECK, LINDY; BURRETT, LORI; PHILLIPS, TED; THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 03/04/2021 | 03/04/2021 | | 3 pages | ☐ |
| 971 | PROOF OF SERVICE FILED BY JASSO, JANINE; PAULIN, JENNIFER; GRAGNANO, LEE; BECK, LINDY; BURRETT, LORI; PHILLIPS, TED; THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 03/04/2021 | 03/04/2021 | | 3 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 972 | E-FILING TRANSACTION 1819044 RECEIVED ON 03/04/2021 05:01:13 PM. | 03/04/2021 | | *NV* | |
| 973 | DECLARATION IN SUPPORT OF OPPOSITION FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 03/04/2021 | 03/04/2021 | | 14 pages | ☐ |
| 974 | PROOF OF ESERVICE FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 03/04/2021 | 03/04/2021 | | 1 pages | ☐ |
| 975 | MINUTES FINALIZED FOR MOTION FOR ATTORNEY FEES 03/11/2021 10:00:00 AM. | 03/11/2021 | | 3 pages | ☐ |
| 976 | E-FILING TRANSACTION 21008528 RECEIVED ON 04/19/2021 04:01:05 PM. | 04/19/2021 | | *NV* | |
| 977 | PROOF OF SERVICE FILED BY JASSO, JANINE; PAULIN, JENNIFER; GRAGNANO, LEE; BECK, LINDY; BURRETT, LORI; PHILLIPS, TED; THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 04/19/2021 | 04/19/2021 | | 3 pages | ☐ |
| 978 | E-FILING TRANSACTION 31005452 RECEIVED ON 04/19/2021 04:01:05 PM. | 04/19/2021 | | *NV* | |
| 979 | NOTICE OF RULING FILED BY JASSO, JANINE; PAULIN, JENNIFER; GRAGNANO, LEE; BECK, LINDY; BURRETT, LORI; PHILLIPS, TED; THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 04/19/2021 | 04/19/2021 | | 6 pages | ☐ |
| 980 | E-FILING TRANSACTION 41183559 RECEIVED ON 04/19/2021 11:15:46 PM. | 04/19/2021 | | *NV* | |
| 981 | PROOF OF SERVICE BY MAIL FILED BY GALLIAN, JAMIE L. ON 04/19/2021 | 04/19/2021 | | 4 pages | ☐ |
| 982 | PROPOSED ORDER RECEIVED ON 04/21/2021 | 04/21/2021 | | 2 pages | ☐ |
| 983 | E-FILING TRANSACTION 1837997 RECEIVED ON 04/21/2021 11:37:05 AM. | 04/21/2021 | | *NV* | |
| 984 | MEMORANDUM OF POINTS AND AUTHORITIES FILED BY JASSO, JANINE; PAULIN, JENNIFER; GRAGNANO, LEE; BECK, LINDY; BURRETT, LORI; PHILLIPS, TED; THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 04/21/2021 | 04/21/2021 | | 10 pages | ☐ |
| 985 | E-FILING TRANSACTION 21009363 RECEIVED ON 04/21/2021 11:37:09 AM. | 04/21/2021 | | *NV* | |
| 986 | DECLARATION IN SUPPORT FILED BY JASSO, JANINE; PAULIN, JENNIFER; GRAGNANO, LEE; BECK, LINDY; BURRETT, LORI; PHILLIPS, TED; THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 04/21/2021 | 04/21/2021 | | 64 pages | ☐ |
| 987 | E-FILING TRANSACTION 31006282 RECEIVED ON 04/21/2021 11:37:11 AM. | 04/21/2021 | | *NV* | |
| 988 | PROOF OF SERVICE FILED BY JASSO, JANINE; PAULIN, JENNIFER; GRAGNANO, LEE; BECK, LINDY; BURRETT, LORI; PHILLIPS, TED; THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 04/21/2021 | 04/21/2021 | | 4 pages | ☐ |
| 989 | E-FILING TRANSACTION 41184247 RECEIVED ON 04/21/2021 11:37:16 AM. | 04/21/2021 | | *NV* | |
| 990 | DECLARATION IN SUPPORT FILED BY JASSO, JANINE; PAULIN, JENNIFER; GRAGNANO, LEE; BECK, LINDY; BURRETT, LORI; PHILLIPS, TED; THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 04/21/2021 | 04/21/2021 | | 40 pages | ☐ |
| 991 | E-FILING TRANSACTION 41184246 RECEIVED ON 04/21/2021 11:37:07 AM. | 04/22/2021 | | *NV* | |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|------|--------|-------------|--------------|----------|--------|
| 992 | MOTION FOR ATTORNEY FEES FILED BY JASSO, JANINE; PAULIN, JENNIFER; GRAGNANO, LEE; BECK, LINDY; BURRETT, LORI; PHILLIPS, TED; THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 04/21/2021 | 04/21/2021 | | 2 pages | ☐ |
| 993 | PAYMENT RECEIVED BY ONELEGAL FOR 36 - MOTION OR OTHER (NOT 1ST) PAPER REQUIRING A HEARING IN THE AMOUNT OF 60.00, TRANSACTION NUMBER 12875866 AND RECEIPT NUMBER 12703605. | 04/22/2021 | | 1 pages | ☐ |
| 994 | MOTION FOR ATTORNEY FEES SCHEDULED FOR 08/12/2021 AT 10:00:00 AM IN C33 AT CENTRAL JUSTICE CENTER. | 04/22/2021 | | NV | |
| 995 | E-FILING TRANSACTION NUMBER 21009364 REJECTED. | 04/22/2021 | | 1 pages | ☐ |
| 996 | E-FILING TRANSACTION 41186164 RECEIVED ON 04/26/2021 02:37:16 PM. | 04/26/2021 | | NV | |
| 997 | PROOF OF PERSONAL SERVICE FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 04/26/2021 | 04/26/2021 | | 1 pages | ☐ |
| 998 | E-FILING TRANSACTION 21012904 RECEIVED ON 04/29/2021 03:10:20 PM. | 04/29/2021 | | NV | |
| 999 | PROOF OF ESERVICE FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 04/29/2021 | 04/29/2021 | | 1 pages | ☐ |
| 1000 | E-FILING TRANSACTION 1841593 RECEIVED ON 04/29/2021 02:58:12 PM. | 04/29/2021 | | NV | |
| 1001 | EX PARTE APPLICATION - OTHER FILED BY GALLIAN, JAMIE L. ON 04/29/2021 | 04/29/2021 | | 3 pages | ☐ |
| 1002 | EX PARTE SCHEDULED FOR 04/30/2021 AT 09:00:00 AM IN C33 AT CENTRAL JUSTICE CENTER. | 04/29/2021 | | NV | |
| 1003 | E-FILING TRANSACTION 31010042 RECEIVED ON 04/29/2021 09:25:41 PM. | 04/29/2021 | | NV | |
| 1004 | PROOF OF ESERVICE FILED BY GALLIAN, JAMIE L. ON 04/29/2021 | 04/29/2021 | | 1 pages | ☐ |
| 1005 | E-FILING TRANSACTION 1841755 RECEIVED ON 04/29/2021 09:25:42 PM. | 04/29/2021 | | NV | |
| 1006 | PROOF OF ESERVICE FILED BY GALLIAN, JAMIE L. ON 04/29/2021 | 04/29/2021 | | 1 pages | ☐ |
| 1007 | E-FILING TRANSACTION 21013054 RECEIVED ON 04/29/2021 09:25:48 PM. | 04/29/2021 | | NV | |
| 1008 | DECLARATION - OTHER RECEIVED ON 04/29/2021. | 04/29/2021 | | NA | |
| 1009 | EX PARTE APPLICATION - OTHER FILED BY GALLIAN, JAMIE L. ON 04/29/2021 | 04/29/2021 | | 3 pages | ☐ |
| 1010 | APPEARANCE AND EXAMINATION OF JUDGMENT DEBTOR SCHEDULED FOR 07/01/2021 AT 09:30:00 AM IN C33 AT CENTRAL JUSTICE CENTER. | 04/30/2021 | | NV | |
| 1011 | APPEARANCE AND EXAMINATION OF JUDGMENT DEBTOR CONTINUED TO 07/01/2021 AT 09:30 AM IN THIS DEPARTMENT PURSUANT TO PARTY'S MOTION. | 04/30/2021 | | NV | |
| 1012 | MINUTES FINALIZED FOR EX PARTE 04/30/2021 09:00:00 AM. | 04/30/2021 | | 1 pages | ☐ |
| 1013 | PROPOSED ORDER RECEIVED ON 04/30/2021 | 04/30/2021 | | 3 pages | ☐ |
| 1014 | E-FILING TRANSACTION 21013401 RECEIVED ON 04/30/2021 03:06:44 PM. | 05/04/2021 | | NV | |
| 1015 | ORDER - OTHER FILED BY THE SUPERIOR COURT OF ORANGE ON 05/03/2021 | 05/03/2021 | | 3 pages | ☐ |
| 1016 | E-FILING TRANSACTION 31010278 RECEIVED ON 04/30/2021 01:05:24 PM. | 05/17/2021 | | NV | |
| 1017 | NOTICE OF CONTINUANCE FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 04/30/2021 | 04/30/2021 | | 2 pages | ☐ |
| 1018 | E-FILING TRANSACTION 41196004 RECEIVED ON 05/20/2021 02:21:14 PM. | 05/20/2021 | | NV | |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 1019 | NOTICE - OTHER FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 05/20/2021 | 05/20/2021 | | 4 pages | ☐ |
| 1020 | E-FILING TRANSACTION NUMBER 21033956 REJECTED. | 06/25/2021 | | 1 pages | ☐ |
| 1021 | E-FILING TRANSACTION 21034645 RECEIVED ON 06/25/2021 10:43:54 AM. | 06/25/2021 | | NV | |
| 1022 | PROOF OF ESERVICE FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 06/25/2021 | 06/25/2021 | | 1 pages | ☐ |
| 1023 | E-FILING TRANSACTION 1863442 RECEIVED ON 06/25/2021 10:48:16 AM. | 06/25/2021 | | NV | |
| 1024 | PROOF OF ESERVICE FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 06/25/2021 | 06/25/2021 | | 1 pages | ☐ |
| 1025 | E-FILING TRANSACTION 41209764 RECEIVED ON 06/25/2021 10:43:55 AM. | 06/25/2021 | | NV | |
| 1026 | EX PARTE APPLICATION - OTHER FILED BY GALLIAN, JAMIE L. ON 06/25/2021 | 06/25/2021 | | 3 pages | ☐ |
| 1027 | EX PARTE SCHEDULED FOR 06/28/2021 AT 09:00:00 AM IN C33 AT CENTRAL JUSTICE CENTER. | 06/25/2021 | | NV | |
| 1028 | E-FILING TRANSACTION 41209934 RECEIVED ON 06/25/2021 02:20:36 PM. | 06/25/2021 | | NV | |
| 1029 | OPPOSITION FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ON 06/25/2021 | 06/25/2021 | | 3 pages | ☐ |
| 1030 | E-FILING TRANSACTION 1863664 RECEIVED ON 06/25/2021 03:09:03 PM. | 06/25/2021 | | NV | |
| 1031 | DECLARATION IN SUPPORT OF OPPOSITION FILED BY GALLIAN, JAMIE L. ON 06/25/2021 | 06/25/2021 | | 152 pages | ☐ |
| 1032 | E-FILING TRANSACTION 31031981 RECEIVED ON 06/25/2021 03:15:30 PM. | 06/25/2021 | | NV | |
| 1033 | PROOF OF ESERVICE FILED BY GALLIAN, JAMIE L. ON 06/25/2021 | 06/25/2021 | | 1 pages | ☐ |
| 1034 | MINUTES FINALIZED FOR EX PARTE 06/28/2021 09:00:00 AM. | 06/28/2021 | | 1 pages | ☐ |
| 1035 | E-FILING TRANSACTION 21036685 RECEIVED ON 07/01/2021 08:56:35 AM. | 07/01/2021 | | NV | |
| 1036 | DECLARATION - OTHER FILED BY GALLIAN, JAMIE L. ON 07/01/2021 | 07/01/2021 | | 2 pages | ☐ |
| 1037 | APPEARANCE AND EXAMINATION OF JUDGMENT DEBTOR SCHEDULED FOR 07/08/2021 AT 09:30:00 AM IN C33 AT CENTRAL JUSTICE CENTER. | 07/01/2021 | | NV | |
| 1038 | APPEARANCE AND EXAMINATION OF JUDGMENT DEBTOR CONTINUED TO 07/08/2021 AT 09:30 AM IN THIS DEPARTMENT PURSUANT TO PARTY'S MOTION. | 07/01/2021 | | NV | |
| 1039 | MINUTES FINALIZED FOR APPEARANCE AND EXAMINATION OF JUDGMENT DEBTOR 07/01/2021 09:30:00 AM. | 07/01/2021 | | 1 pages | ☐ |
| 1040 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 07/01/2021 | | 2 pages | ☐ |
| 1041 | E-FILING TRANSACTION 21038921 RECEIVED ON 07/08/2021 09:01:59 AM. | 07/08/2021 | | NV | |
| 1042 | DECLARATION - OTHER FILED BY GALLIAN, JAMIE L. ON 07/08/2021 | 07/08/2021 | | 1 pages | ☐ |
| 1043 | E-FILING TRANSACTION 41214112 RECEIVED ON 07/08/2021 09:02:01 AM. | 07/08/2021 | | NV | |
| 1044 | PROOF OF ESERVICE FILED BY GALLIAN, JAMIE L. ON 07/08/2021 | 07/08/2021 | | 1 pages | ☐ |
| 1045 | BAIL ORDERED IN THE AMOUNT OF 5,000.00 FOR GALLIAN,JAMIE ON 07/08/2021. | 07/08/2021 | | NV | |
| 1046 | WARRANT ORDERED AGAINST JAMIE L. GALLIAN. | 07/08/2021 | | NV | |
| 1047 | APPEARANCE AND EXAMINATION OF JUDGMENT DEBTOR SCHEDULED FOR 07/15/2021 AT 09:30:00 AM IN C33 AT CENTRAL JUSTICE CENTER. | 07/08/2021 | | NV | |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 1048 | APPEARANCE AND EXAMINATION OF JUDGMENT DEBTOR CONTINUED TO 07/15/2021 AT 09:30 AM IN THIS DEPARTMENT PURSUANT TO PARTY'S MOTION. | 07/08/2021 | | *NV* | |
| 1049 | MINUTES FINALIZED FOR APPEARANCE AND EXAMINATION OF JUDGMENT DEBTOR 07/08/2021 09:30:00 AM. | 07/08/2021 | | 1 pages | ☐ |
| 1050 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 07/08/2021 | | 2 pages | ☐ |
| 1051 | E-FILING TRANSACTION 21039054 RECEIVED ON 07/08/2021 11:52:11 AM. | 07/08/2021 | | *NV* | |
| 1052 | PROOF OF ESERVICE FILED BY GALLIAN, JAMIE L. ON 07/08/2021 | 07/08/2021 | | 1 pages | ☐ |
| 1053 | E-FILING TRANSACTION 41214317 RECEIVED ON 07/08/2021 01:12:41 PM. | 07/08/2021 | | *NV* | |
| 1054 | AFFIDAVIT - OTHER FILED BY GALLIAN, JAMIE L. ON 07/08/2021 | 07/08/2021 | | 8 pages | ☐ |
| 1055 | E-FILING TRANSACTION 31037136 RECEIVED ON 07/10/2021 12:06:46 AM. | 07/12/2021 | | *NV* | |
| 1056 | PROOF OF ESERVICE FILED BY GALLIAN, JAMIE L. ON 07/12/2021 | 07/12/2021 | | 1 pages | ☐ |
| 1057 | E-FILING TRANSACTION 31037140 RECEIVED ON 07/10/2021 01:51:39 AM. | 07/12/2021 | | *NV* | |
| 1058 | PROOF OF ESERVICE FILED BY GALLIAN, JAMIE L. ON 07/12/2021 | 07/12/2021 | | 1 pages | ☐ |
| 1059 | E-FILING TRANSACTION 1868808 RECEIVED ON 07/10/2021 01:51:31 AM. | 07/12/2021 | | *NV* | |
| 1060 | NOTICE OF STAY OF PROCEEDINGS - PARTICIPANT FILED BY GALLIAN, JAMIE L. ON 07/12/2021 | 07/12/2021 | | 3 pages | ☐ |
| 1061 | E-FILING TRANSACTION NUMBER 21039977 REJECTED. | 07/12/2021 | | 1 pages | ☐ |
| 1064 | MINUTES FINALIZED FOR CHAMBERS WORK 07/15/2021 10:27:00 AM. | 07/16/2021 | | 1 pages | ☐ |
| 1065 | MINUTES FINALIZED FOR APPEARANCE AND EXAMINATION OF JUDGMENT DEBTOR 07/15/2021 09:30:00 AM. | 07/16/2021 | | 1 pages | ☐ |
| 1066 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 07/16/2021 | | 2 pages | ☐ |
| 1067 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 07/16/2021 | | 2 pages | ☐ |
| 1068 | WARRANT ORDERED AGAINST JAMIE L. GALLIAN WAS UPDATED ON 07/08/2021. | 08/31/2021 | | *NV* | |
| 1069 | BENCH WARRANT RETURNED (FOR ISSUANCE) SUBMITTED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION REJECTED ON 12/09/2021. | 12/09/2021 | | 1 pages | ☐ |

Participants:

| Name | Type | Assoc | Start Date | End Date |
|---|---|---|---|---|
| SANDRA L. BRADLEY | CROSS - COMPLAINANT | | 06/22/2017 | |
| JAMIE L. GALLIAN | CROSS - COMPLAINANT | | 08/22/2017 | |
| LPL ASSET MANAGEMENT CORP | CROSS - DEFENDANT | | 10/25/2017 | |
| FELDSOTT & LEE, A LAW CORPORATION | ATTORNEY | | 11/10/2020 | |
| SANDRA L. BRADLEY AS TRUSTEE OF THE SA | CROSS - DEFENDANT | | 08/02/2017 | |
| LPL ASSET MANAGEMENT CORP | DEFENDANT | | 08/02/2017 | |
| TED PHILLIPS | CROSS - DEFENDANT | | 07/25/2017 | |
| JAMIE L. GALLIAN | CROSS - DEFENDANT | | 06/22/2017 | |
| BS INVESTORS LLC | DEFENDANT | | 08/02/2017 | |
| MICHAEL T. CHULAK & ASSOCIATES, A LAW | ATTORNEY | | 11/21/2017 | |
| LEE GRAGNANO | CROSS - DEFENDANT | | 07/25/2017 | |
| JANINE JASSO | CROSS - DEFENDANT | | 07/25/2017 | |
| GRANT, GENOVESE & BARATTA LLP | ATTORNEY | | 09/04/2018 | |
| THE HUNTINGTON BEACH GABLES HOMEOWNERS | RESPONDENT ON APPEAL | | 08/06/2019 | |
| JAMIE L. GALLIAN | CROSS - COMPLAINANT | | 07/12/2019 | |
| JAMIE L. GALLIAN | APPELLANT | | 01/07/2019 | |

| Name | Type | Assoc | Start Date | End Date |
|------|------|-------|-----------|----------|
| JENNIFER PAULIN | CROSS - DEFENDANT | | 07/25/2017 | |
| LORI BURRETT | CROSS - DEFENDANT | | 07/25/2017 | |
| JAMIE L. GALLIAN | DEFENDANT | | 06/27/2019 | |
| SANDRA L. BRADLEY | DEFENDANT | | 04/11/2017 | |
| SANDRA L. BRADLEY | CROSS - DEFENDANT | | 07/14/2017 | |
| SANDRA L. BRADLEY AS TRUSTEE OF THE SA | CROSS - COMPLAINANT | | 06/22/2017 | |
| GORDON & REES LLP | ATTORNEY | | 08/14/2017 | |
| LAW OFFICES STEVEN A. EHRLICH | ATTORNEY | | 06/22/2017 | |
| BS INVESTORS LLC | CROSS - DEFENDANT | | 10/25/2017 | |
| EPSTEN GRINNELL & HOWELL, APC | ATTORNEY | | 04/11/2017 | |
| JAMIE L. GALLIAN | DEFENDANT | | 04/11/2017 | |
| JAMIE L. GALLIAN | CROSS - DEFENDANT | | 07/18/2017 | |
| SANDRA L. BRADLEY AS TRUSTEE OF THE SA | DEFENDANT | | 04/11/2017 | |
| JAMIE L. GALLIAN | APPELLANT | | 05/15/2019 | |
| HUGH M SADDINGTON | DEFENDANT | | 08/02/2017 | |
| STEVEN A. FINK | ATTORNEY | | 04/24/2019 | |
| THE HUNTINGTON BEACH GABLES HOMEOWNERS | PLAINTIFF | | 04/11/2017 | |
| LINDY BECK | CROSS - DEFENDANT | | 07/25/2017 | |
| PHILLIPS, SPALLAS & ANGSTADT, LLP | ATTORNEY | | 07/14/2017 | |
| HUGH M SADDINGTON | CROSS - DEFENDANT | | 10/25/2017 | |
| FLYER & FLYER, A PROFESSIONAL LAW CORP | ATTORNEY | | 08/21/2018 | |
| THE HUNTINGTON BEACH GABLES HOMEOWNERS | CROSS - DEFENDANT | | 07/12/2017 | |
| FLYER & FLYER, A PROFESSIONAL LAW CORP | ATTORNEY | | 08/21/2018 | 10/05/2018 |
| MICHAEL T. CHULAK & ASSOCIATES, A LAW | ATTORNEY | | 02/07/2018 | 08/21/2018 |
| FLYER & FLYER, A PROFESSIONAL LAW CORP | ATTORNEY | | 08/21/2018 | 08/21/2018 |
| MICHAEL T. CHULAK & ASSOCIATES, A LAW | ATTORNEY | | 12/27/2017 | 08/21/2018 |
| STEVEN A. FINK | ATTORNEY | | 04/16/2019 | 04/16/2019 |
| MICHAEL T. CHULAK & ASSOCIATES, A LAW | ATTORNEY | | 01/10/2018 | 01/10/2018 |

Hearings:

| Description | Date | Time | Department | Judge |
|-------------|------|------|-----------|-------|
| MOTION FOR LEAVE TO AMEND | 01/11/2018 | 01:30 | C33 | CRANDALL |
| MOTION FOR LEAVE TO FILE AMENDED CROSS-COMPLAINT | 01/11/2018 | 01:30 | C33 | CRANDALL |
| ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION | 01/11/2018 | 01:30 | C33 | CRANDALL |
| MOTION FOR LEAVE TO FILE AMENDED CROSS-COMPLAINT | 01/11/2018 | 01:30 | C33 | CRANDALL |

Print this page

# EXHIBIT B

<table>
<tr><td colspan="2">

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____

</td><td>

**FILED**

JUL - 9 2021

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ **Deputy Clerk**

</td></tr>
</table>

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an
amended filing

## Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy          04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Jamie**<br>First name<br><br>**Lynn**<br>Middle name<br><br>**Gallian**<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | **Jamie L Gallian** | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-3936 | |

Debtor 1  **Jamie Lynn Gallian**　　　　　　　　　　　　　　Case number *(if known)* _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

■ I have not used any business name or EINs.　　　　□ I have not used any business name or EINs.

Include trade names and *doing business as* names

| Business name(s) | Business name(s) |
|---|---|
| EIN | EIN |

**5.** **Where you live**　　　　　　　　　　　　　　　　**If Debtor 2 lives at a different address:**

16222 Monterey Ln. SP#376
Huntington Beach, CA 92649
Number, Street, City, State & ZIP Code　　　　　　　　Number, Street, City, State & ZIP Code

Orange
County　　　　　　　　　　　　　　　　　　　　　　County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code　　　Number, P.O. Box, Street, City, State & ZIP Code

**6.** **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

□ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

□ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

□ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Exhibit 9

Debtor 1 __Jamie Lynn Gallian__                                                    Case number *(if known)*

---

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

---

**8.** **How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments. If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.** **Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |
| District | | When | | Case number | |

---

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | | | | Relationship to you | |
| District | | When | | Case number, if known | |
| Debtor | | | | Relationship to you | |
| District | | When | | Case number, if known | |

---

**11.** **Do you rent your residence?**

■ No. Go to line 12.

☐ Yes. Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

Exhibit 9

Debtor 1   **Jamie Lynn Gallian**                                                                    Case number *(if known)*

---

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.     Go to Part 4.

☐ Yes.    Name and location of business

Name of business, if any

Number, Street, City, State & ZIP Code

Check the appropriate box to describe your business:

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor or a debtor as defined by 11 U.S.C. § 1182(1)*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ No.     I am not filing under Chapter 11.

☐ No.     I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.    I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

Number, Street, City, State & Zip Code

---

Exhibit 9

Debtor 1   **Jamie Lynn Gallian**                                    Case number *(if known)*

**Part 5:**    **Explain Your Efforts to Receive a Briefing about Credit Counseling**

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

   ☐ **Incapacity.**
   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.**
   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.**
   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

   ☐ **Incapacity.**
   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.**
   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.**
   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Jamie Lynn Gallian**                                                    Case number *(if known)* _____

| Part 6: | **Answer These Questions for Reporting Purposes** |
|---|---|

**16. What kind of debts do you have?**

16a.   **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b.   **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c.   State the type of debts you owe that are not consumer debts or business debts

---

**17. Are you filing under Chapter 7?**

☐ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

---

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Part 7: | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Jamie Lynn Gallian**                                         Signature of Debtor 2
Signature of Debtor 1

Executed on    **7/9/2021**                               Executed on _____
MM / DD / YYYY                                                      MM / DD / YYYY

---

Debtor 1    **Jamie Lynn Gallian**                                    Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

_____          Date  _____
Signature of Attorney for Debtor                              MM / DD / YYYY

_____

_____
Firm name

_____
Number, Street, City, State & ZIP Code
Contact phone _____        Email address _____

_____
Bar number & State

EXHIBIT B

Debtor 1 _____   Case number (if known): _____
    First Name    Middle Name    Last Name

**For you if you are filing this bankruptcy without an attorney**

**If you are represented by an attorney, you do not need to file this page.**

The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☒ No

☐ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☒ No

☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?

☒ No

☐ Yes. Name of Person_____.
    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

✗ _____   ✗ _____
Signature of Debtor 1                 Signature of Debtor 2

Date  7/9/2021                        Date _____
    MM / DD / YYYY                       MM / DD / YYYY

Contact phone _____         Contact phone _____

Cell phone  714-321-3449              Cell phone _____

Email address _____         Email address _____

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None.**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None.**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None.**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**8:03-bk-1856-JB; Chapter 7; Central District of California - Santa Ana; Filed 08/04/2003; Discharged 11/17/2003**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **Santa Ana**               , California.

Date:            **7/9/2021**

**Jamie Lynn Gallian**
Signature of Debtor 1


Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2018*                    Page 1          **F 1015-2.1.STMT.RELATED.CASES**

EXHIBIT B                                                    Page 9 of 60

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Jamie Lynn Gallian** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number
(If known) _____

☐ Check if this is an amended filing

## Official Form 106Sum
### Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

|  | | **Your assets** Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) 1a. Copy line 55, Total real estate, from Schedule A/B............ | $    **235,000.00** |
| | 1b. Copy line 62, Total personal property, from Schedule A/B........... | $    **19,634.34** |
| | 1c. Copy line 63, Total of all property on Schedule A/B............ | $    **254,634.34** |

**Part 2:    Summarize Your Liabilities**

|  | | **Your liabilities** Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*... | $    **561,789.00** |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................ | $    **0.00** |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............ | $    **427,177.76** |
| | **Your total liabilities** | $    **988,966.76** |

**Part 3:    Summarize Your Income and Expenses**

|  | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*............... | $    **1,000.00** |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*.......... | $    **2,676.00** |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum    **Summary of Your Assets and Liabilities and Certain Statistical Information**    page 1 of 2

Debtor 1 __Jamie Lynn Gallian__     Case number *(if known)* _____

8.  From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

    $ **1,000.00**

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

    | From Part 4 on *Schedule E/F*, copy the following: | Total claim |
    |---|---|
    | 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
    | 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
    | 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
    | 9d. Student loans. (Copy line 6f.) | $ 0.00 |
    | 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
    | 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
    | 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

Fill in this information to identify your case and this filing:

| Debtor 1 | **Jamie Lynn Gallian** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest in

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.

■ Yes. Where is the property?

### Located on APN 178-011-16, Space No. 376

1.1

| **16222 Monterey Ln Space #376** | **What is the property?** Check all that apply | |
|---|---|---|
| Street address, if available, or other description | ☐ Single-family home | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | ☐ Duplex or multi-unit building | |
| | ☐ Condominium or cooperative | |
| | ■ Manufactured or mobile home | |
| **Huntington Beach CA 92649-0000** | ☐ Land | **Current value of the entire property?** / **Current value of the portion you own?** |
| City State ZIP Code | ☐ Investment property | **$235,000.00** / **$235,000.00** |
| | ☐ Timeshare | Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known. |
| | ☐ Other | |
| | **Who has an interest in the property?** Check one | **Fee simple** |
| **Orange** | ■ Debtor 1 only | |
| County | ☐ Debtor 2 only | |
| Personal Residence of Debtor since 11/1/2018 | ☐ Debtor 1 and Debtor 2 only | ☐ Check if this is community property |
| 2014 Skyline Custom Villa Manufactured Home | ☐ At least one of the debtors and another | (see instructions) |
| Decal No. LBM1081 | Other information you wish to add about this item, such as local | |
| Serial Number AC7V710394GB 56'x15'2" | property identification number: LPT APN 891-569-62 | |
| Serial Number AC7V710394GA 60'x15'2" | | |

**Registered Title with HCD Debtor's single member LLC, J-Sandcastle Co, LLC**

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................=>

**$235,000.00**

**Part 2:** Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1    **Jamie Lynn Gallian**                                      Case number *(if known)* _____

### 3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No

■ Yes

| | | |
|---|---|---|
| 3.1 Make: **Kia** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |

3.1   Make:    **Kia**

Model:    **Sportage**

Year:    **2020**

Approximate mileage: _____

Other information: _____

**Location: 16222 Monterey Ln
#376, Huntington Beach CA
92649
(LEASE)**

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

**Current value of the portion you own?**

$0.00          $0.00

### 4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No

☐ Yes

5   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................=>        **$0.00**

---

### Part 3:   Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

### 6. Household goods and furnishings
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No

■ Yes. Describe.....

| Location: 16222 Monterey Ln #376, Huntington Beach CA 92649 | $4,500.00 |
|---|---|

### 7. Electronics
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

■ Yes. Describe        **Wall Television, Computer, Printer.**        $ 500.00

☐ No.

**Location: 16222 Monterey Ln #376, Huntington Beach CA 92649**

### 8. Collectibles of value
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

■ No

☐ Yes. Describe.....

### 9. Equipment for sports and hobbies
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

■ No

☐ Yes. Describe.....

### 10. Firearms
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

■ No

☐ Yes. Describe.....

---

Official Form 106A/B                    Schedule A/B: Property                    page 2

Debtor 1    Jamie Lynn Gallian                                    Case number *(if known)*

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes. Describe....

| Location: 16222 Monterey Ln #376, Huntington Beach CA 92649 | $1,000.00 |
|---|---|

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ■ Yes. Describe
   ☐ No
   20 year old Movado Wrist-watch 40th birthday gift; Costume jewelry from Mother and Grandmother Misc/ sized rings, various non-gold chains and bracelets, earrings.     $1,000.00

   Location: 16222 Monterey Ln #376, Huntington Beach CA 92649

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ■ Yes. Describe
   ☐ No.
   5-year old Rescued Wired Terrier Dog-White "Ammie"

   Location: 16222 Monterey Ln #376, Huntington Beach CA 92649

**14. Any other personal and household items you did not already list, including any health aids you did not list**
   ■ No
   ☐ Yes. Give specific information.....

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................     $7,000.00

---

**Part 4:   Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ■ No
   ☐ Yes...............................................................

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes.......................
   Institution name:

| | | Institution name: | |
|---|---|---|---|
| 17.1 | Checking and savings | J-Sandcastle Co LLC - Chase - Un-cashed Tendered Space 376 Rent Checks | $ 8,050.00 |
| | | Alliant Credit Union (Personal) Stimulus Ck | $ 4,048.34 |

**18. Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ■ No
   ☐ Yes..................     Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☐ No
   ■ Yes. Give specific information about them..................
   Name of entity:                                        % of ownership:

   J-Sandcastle Co., LLC - Debtor's single member LLC
   (Purpose is to hold Registered title with HCD, to Debtor's primary residence)   LBM1081     100   %     $0.00

---

Official Form 106A/B                          Schedule A/B: Property                          page 3

Debtor 1    Jamie Lynn Gallian                                    Case number *(if known)*

|  | | | |
|---|---|---|---|
| **J-Pad, LLC**<br>**(Debtor owns 1/3 interest in LLC; only purpose**<br>**is to hold a note and UCC-1 filing on Debtor's**<br>**primary residence) LBM1081** | 33.33 | % | $0.00 |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
■ No
☐ Yes. Give specific information about them
            Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☐ No
■ Yes. List each account separately.
            Type of account:          Institution name:

| | IRA | Fidelity | $7,400.00 |
|---|---|---|---|

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
☐ No
                                                              Houser Bros Co. dba Rancho Del Rey Mobilehome Estates
■ Yes. ....................   Institution name or individual:   Ground Lease Deposit (Ryan) Agreement Space 376 - 1/1/2006   $ 686.00

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes............   Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
■ No
☐ Yes............   Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes.  Give specific information about them...

**Money or property owed to you?**

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

**28.  Tax refunds owed to you**
■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29.  Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No

Official Form 106A/B                           Schedule A/B: Property                                          page 4

EXHIBIT B                                    Page 15 of 60

Debtor 1     **Jamie Lynn Gallian**                                    Case number *(if known)*

☐ Yes. Give specific information......

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security
benefits; unpaid loans you made to someone else

■ No

☐ Yes. Give specific information..

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

■ No

☐ Yes. Name the insurance company of each policy and list its value.

| | Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|---|

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive
property because someone has died.

No

☒ Yes. Give specific information..   **Father, DOD 6/17/2000, Charles J. Bradley, Jr. Probate OCSC
30-2017-00915711**                                          **$ unknown**

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

No

■ Yes. Describe each claim.........  **Personal Injury: Against HOA Date of Injury 8/5/2018; Severe nerve injury to
top of left foot and left wrist Injury; occurred in the HOA common area of APN
178-771-03, located on APN 178-011-16,**                    **$ unknown**

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☐ No

■ Yes. Describe each claim.........  | **Personal injury claims against Huntington Beach Gables
Homeowner's Association and Ind. Jesus Jasso Jr.;
DOI: 8/5/2018; Case No.: 30-2020-01153679** |
                                                              **$ unknown**

| **Potential insurance bad faith claim against Mercury
Insurance Failure to Indemnify; No lawsuit filed yet.
Related to Case No(s).: 30-2017-00913985, 30-2017-00962999** |
                                                              **$ unknown**

| **Real estate failure to disclose, claim against previous
homeowner Sandra Bradley; DOI: 04/11/2017; No lawsuit
filed yet.** |
                                                              **$ unknown**

| **Houser Bros Co GP dba Rancho Del Rey Mobilehome Estates
Retaliation; Trespassing/Unlawful Entry; Wrongful Eviction;
Forcible Detainer; Cruelty to an animal causing death.
Failure to offer and execute rental agreement.** |
                                                              **$ unknown**

**35. Any financial assets you did not already list**

■ No

☐ Yes. Give specific information..

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
for Part 4. Write that number here.................................................................................................................     **$20,184.34**

**Part 5:**   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37. Do you own or have any legal or equitable interest in any business-related property?**

■ No. Go to Part 6.

☐ Yes. Go to line 38.

Official Form 106A/B                          Schedule A/B: Property                                    page 5

Debtor 1    **Jamie Lynn Gallian**                                    Case number *(if known)*

---

**Part 6**  **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest in.**
If you own or have an interest in farmland, list it in Part 1.

---

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

---

**Part 7:**  **Describe All Property You Own or Have an Interest in That You Did Not List Above**

---

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54.  Add the dollar value of all of your entries from Part 7. Write that number here .....................................    | $0.00 |

---

**Part 8:**  **List the Totals of Each Part of this Form**

---

| | | |
|---|---|---|
| 55.  Part 1: Total real estate, line 2 ............................................................................................................. | | **$235,000.00** |
| 56.  Part 2: Total vehicles, line 5 | $0.00 | |
| 57.  Part 3: Total personal and household items, line 15 | $ 7,000.00 | |
| 58.  Part 4: Total financial assets, line 36 | $ 20,184.34 | |
| 59.  Part 5: Total business-related property, line 45 | $0.00 | |
| 60.  Part 6: Total farm- and fishing-related property, line 52 | $0.00 | |
| 61.  Part 7: Total other property not listed, line 54 | + $0.00 | |
| 62.  Total personal property. Add lines 56 through 61... | **$27,184.34**  Copy personal property total | **$27,184.34** |
| 63.  Total of all property on Schedule A/B. Add line 55 + line 62 | | **$262,184.34** |

EXHIBIT B                              Page 17 of 60

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Jamie Lynn Gallian** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt

4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:    Identify the Property You Claim as Exempt

1.  **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2.  **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Location: 16222 Monterey Ln #376, Huntington Beach CA 92649**<br>Line from *Schedule A/B*: **6.1** | $7,000.00 | ■ $,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Checking and savings: Alliant Credit= Union          Stimulous Cks** | $4,048.34 | ■ $4,048.34 | 11 U.S.C. § 541(b)(11) |
| Line from *Schedule A/B*: **17.1** | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| **Checking and savings: Chase Bank**<br>Line from *Schedule A/B*: **17.1** | $8,050.00 | ■ $8,050 | C.C.P. § 704.070 |
| **8 months uncashed rent checks tendered to Houser Bros. dba Rancho Del Rey MHE/Fidelity 401K** | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| **J-Sandcastle Co., LLC - Debtor's single member LLC** | $0.00 | ■ $0.00 | C.C.P. § 704.060 |
| **(Purpose is to hold Registered title with HCD to Debtor's primary residence)**<br>**100 % ownership**<br>Line from *Schedule A/B*: **19.1** | | ☐ 100% of fair market value, up to any applicable statutory limit | |

EXHIBIT B                    Page 18 of 60

Debtor 1    **Jamie Lynn Gallian**                                                Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **J-Pad, LLC**<br>**(Debtor owns 1/3 interest in LLC; only purpose is to hold a note and UCC-1 filing on Debtor's primary residence)**<br>**33.33 % ownership**<br>Line from *Schedule A/B*: **19.2** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.060** |
| **IIRA: Fidelity IRA**<br>Line from *Schedule A/B*: **21.1** | $7400.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.115(a)(1) & (2), (b)** |
| **Personal injury claims against Huntington Beach Gables Homeowner's Association and Jesus Jasso Jr.; DOI: 8/5/2018; Case No.: 30-2020-01153679**<br>Line from *Schedule A/B*: **34.1** | unknown $0.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.140** |
| **Potential insurance bad faith claim against Mercury Insurance related to claim against Huntington Beach Gables Homeowner's Association; No lawsuit filed yet. Related to Case Nos.: 30-2017-00913985, 30-2017-00962999**<br>Line from *Schedule A/B*: **34.2** | unknnown $0.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.140** |
| **Real estate fraud; Failure to disclose, claim against Sandra Bradley; DOI: 04/11/2017; No lawsuit filed yet.** Line from *Schedule A/B*: **34.3** | unknown $0.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.140** |
| **Restitution claim against Jesus Jasso Jr. from PC §242 OCDA Case no.: 19WM09951**<br>Line from *Schedule A/B*: **34.4** | Unknown $0.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.140** |

3. **Are you claiming a homestead exemption of more than $170,350?**
(Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

■ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐ No

   ☐ Yes

Fill in this information to identify your case:

| Debtor 1 | **Jamie Lynn Gallian** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|
| **2.1** **Houser Bros. Co.** | Describe the property that secures the claim: | $0.00 | $235,000.00 | $0.00 |

Creditor's Name
**DBA Rancho Del Rey
Mobilehome Estates
16222 Monterey Ln
Huntington Beach, CA
92649**

**16222 Monterey Ln #376 Huntington Beach,
CA 92649  Orange County Registered HCD
Title held by Debtor's single member LLC -
J-Sandcastle Co, LLC**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 and another (J-
Sandcastle Co, LLC)
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset) Unexpired term of 80-yr. Ground Leasehold - Tract No. 10542,
Unit 4, Space 376.

Date debt was incurred __11/1/2018 ongoing__  Last 4 digits of account number ___0376___

Debtor 1 **Jamie Lynn Gallian**
First Name    Middle Name    Last Name

Case number (if known) _____

| 2.2 **J-Pad, LLC** | Describe the property that secures the claim: | **$175,000.00** | **$235,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name
4519 Ponderosa Way
Yorba Linda, CA 92886
Number, Street, City, State & Zip Code

**Ron Pierpont**
**Creditor's Name**
4519 Ponderosa Way
Yorba Linda, CA 92886

16222 Monterey Ln #376 Huntington
Beach, CA 92649 Orange County, HCD
Title held by Debtor's single member
LLC - J-Sandcastle Co, LLC

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
    community debt

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured
   car loan) **Manufactured Home Financing Note**

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset) **UCC-1 File No. 19-7691905279  Filing Date: 1/14/2019;**
   **Encumbrance; HCD Lien perfected 8/20/2020, Ronald J. Pierpont (Loan WJC 8/7/2019, 1/27/2020)**

Date debt was incurred   1/14/2019;
                 8/20/2020.

Last 4 digits of account number   **LBM1081**

| 2.3 **Kia Motors Finance** | Describe the property that secures the claim: | **$4,186.00** | **$0.00** | **$4,186.00** |
|---|---|---|---|---|

Creditor's Name

PO Box 20815
Fountain Valley, CA
92728
Number, Street, City, State & Zip Code

2020 Kia Sportage
Location: 16222 Monterey Ln #376,
Huntington Beach CA 92649
(LEASE)

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
    community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset) **Auto Lease**

Date debt was incurred _____

Last 4 digits of account number   **9742**

| 2.4 **Orange County Tax Assessor** | Describe the property that secures the claim: | **$0.00** | **$235,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

P.O. Box 149
Santa Ana, CA 92702
Number, Street, City, State & Zip Code

16222 Monterey Ln #376 Huntington
Beach, CA 92649 Orange County Title
held by Debtor's single member LLC - J-
Sandcastle Co, LLC, APN 891-569-62

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
    community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset) **Property Taxes**

Date debt was incurred _____

Last 4 digits of account number   **Decal LBM 1081; APN: 891-569-62**

Official Form 106D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 2 of 4

Debtor 1    **Jamie Lynn Gallian**
    First Name        Middle Name          Last Name                         Case number (if known)

| 2.5 | **The Huntington Beach Gables Homeowners Association** | | $319,653.59 | $235,000.00 | $241,319.59 |
|---|---|---|---|---|---|

Creditor's Name
c/o Epsten Grinnell & Howell, APC
10200 Willow Creek Road, Ste 100
San Diego, CA 92131;
c/o Feldsott & Lee
23161 Mill Creek Drive Ste 300
Laguna Hills, CA 92653
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

16222 Monterey Ln #376 Huntington Beach, CA 92649  Orange County HCD Title held by Debtor's single member LLC - J-Sandcastle Co, LLC

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

EJ-1

Date debt was incurred    **May 6, 2019**    Last 4 digits of account number    **OCJC** 30-2017-00913985

| 2.6 | **The Huntington Beach Gables Homeowners Association** | | $9,265.00 | $235,000.00 | $9,265.00 |
|---|---|---|---|---|---|

Creditor's Name
c/o Epsten Grinnell & Howell, APC
10200 Willow Creek Road, Ste 100
San Diego, CA 92131;
c/o Feldsott & Lee
23161 Mill Creek Drive Ste 300
Laguna Hills, CA 92653

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

16222 Monterey Ln #376 Huntington Beach, CA 92649  Orange County HCD Title held by Debtor's single member LLC - J-Sandcastle Co, LLC

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

EJ-001 2019000148568 - filed OC REC. 5/3/2019

Date debt was incurred    **March 21, 2019**    Last 4 digits of account number    **OCJC** 30-2017-00962999

Debtor 1  **Jamie Lynn Gallian**
First Name        Middle Name        Last Name

Case number (if known) _____

| 2.7 | **Huntington Beach Gables Homeowners Association** | Describe the property that secures the claim: | $53,684.41 | $235,000.00 | $53,684.41 |

Creditor's Name:
Jasso; Gragnano; Phillips; Beck;
Paulin; Burrett.
c/o Gordon Rees Scully & Mansukhani
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071
c/o Epsten Grinnell & Howell, APC
10200 Willow Creek Road, Ste 100
San Diego, CA 92131;
Number, Street, City, State & Zip Code

**16222 Monterey Ln #376 Huntington
Beach, CA 92649  Orange County HCD
Title held by Debtor's single member
LLC - J-Sandcastle Co, LLC**

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)   **Judgment Lien (JL1)   File # U200003862424 -7/26/2020**

Date debt was incurred   Dec. 4, 2018        Last 4 digits of account number   OCJC 30-2017-00913985

Add the dollar value of your entries in Column A on this page. Write that number here:          **$561,789.00**

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:          **$561,789.00**

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is
trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more
than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any
debts in Part 1, do not fill out or submit this page.

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| | First Name  Middle Name  Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name  Middle Name  Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

☐ Yes.

### Part 2:   List All of Your NONPRIORITY Unsecured Claims

3.   **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes.

4.   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |
|---|---|---|---|
| **4.1** | **BS Investors, LP G/HB** | Last 4 digits of account number  **0376** | **Unknown** |

Nonpriority Creditor's Name
**18201 Von Karmen Ste. 450
Irvine, CA 92612**
Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No

☐ Yes

When was the debt incurred?    **11/1/2018-present**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **OCSC Filed 1/2/2019   30-2019-0101423**

EXHIBIT B          Page 24 of 60

Debtor 1 **Jamie Lynn Gallian**                                                    Case number (if known)

| 4.2 | **Gordon Rees Scully & Mansukhani** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**633 W 5th Street, 52nd Floor**
**Los Angeles, CA 90071**
Number Street City State Zip Code

When was the debt incurred?    **12/4/2018; 5/6/2019**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ Check if this claim is for a community debt

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **OCSC Case No. 30-2017-00913985  Huntington Beach Gables Homeowners Association; Lee Gragnano; Ted Phillips; Lindy Beck; Janine Jasso; Jennifer Paulin; Lori Burrett**

---

| 4.3 | **Houser Bros. Co.** | Last 4 digits of account number    **0376** | | **Unknown** |

Nonpriority Creditor's Name

**dba Rancho Del Rey Mobile Home Estates**
**17610 Beach Blvd Ste. 32**
**Huntington Beach, CA 92647**
Number Street City State Zip Code

When was the debt incurred?    **11/1/2018-present**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ Check if this claim is for a community debt

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Unlawful Detainer Lawsuit Filed 1/2/2019 OCSC 30-2019-01041423**

---

| 4.4 | **Internal Revenue Service** | Last 4 digits of account number | | **$3,361.00** |

Nonpriority Creditor's Name

**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ Check if this claim is for a community debt

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Income Taxes**

---

Debtor 1  **Jamie Lynn Gallian** _____    Case number (if known) _____

| 4.5 | **James H Casello** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**Casello & Lincoln, Attorneys at Law**
**525 N Cabrillo Park Drive Ste 104**
**Santa Ana, CA 92701**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Misc. Debt.**

---

| 4.6 | **Janine Jasso c/o Huntington Beach Gables Homeowners Association** | Last 4 digits of account number _____ | **$46,138.00** |

Nonpriority Creditor's Name:
**Gordon Rees Scully & Mansukhani**
**633 W 5th Street, 52nd Floor**
**Los Angeles, CA 90071**

Number Street City State Zip Code

When was the debt incurred?    **12/4/2018**

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **EJ-1 2018000467142, FILED 12/14/18 OC CLK REC**

OCSC Case No. 30-2017-00913985  Huntington Beach Gables Homeowners Association;
Lee Gragnano, Ted Phillips, Lindy Beck, Janine Jasso, Jennifer Paulin, Lori Burrett

---

| 4.7 | **Jennifer Ann Paulin c/o Huntington Beach Gables Homeowners Association:** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**c/o Gordon Rees Scully & Mansukhani**
**633 W 5th Street, 52nd Floor**
**Los Angeles, CA 90071**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **EJ-1 2018000467142, FILED 12/14/18 OC CLK REC;   OCSC Case No.**
  **30-2017-00913985  Huntington Beach Gables Homeowners Association;**

---

EXHIBIT B                Page 26 of 60

Debtor 1 **Jamie Lynn Gallian**

Case number (if known) _____

| 4.8 | Lee S Gragnano c/o Huntington Beach Gables Homeowners Association | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
c/o Gordon Rees Scully & Mansukhani
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071

Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify EJ-1 2018000467142, FILED 12/14/18 OC CLK REC; OCSC Case No. 30-2017-00913985 Huntington Beach Gables Homeowners Association;

| 4.9 | Lindy Beck c/o Huntington Beach Gables Homeowners Association | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
c/o Gordon Rees Scully & Mansukhani
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071

Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify EJ-1 2018000467142, FILED 12/14/18 OC CLK REC; OCSC Case No. 30-2017-00913985 Huntington Beach Gables Homeowners Association;

| 4.10 | Lisa Ryan | Last 4 digits of account number _____ | $8,743.02 |

Nonpriority Creditor's Name

20949 Lassen St. Apt 208
Chattsworth, CA 91311

Number Street City State Zip Code

**When was the debt incurred?** 10-18-2018

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify 30-2018-01013582 Misc Debt

Debtor 1 **Jamie Lynn Gallian**                                    Case number (if known) _____

| 4.1 1 | **Lori Burrett Huntington Beach Gables Homeowners Association** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
c/o Gordon Rees Scully & Mansukhani
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071
Number Street City State Zip Code

Who incurred the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another☐
Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **EJ-1 2018000467142, FILED 12/14/18 OC CLK REC;   OCSC Case No. 30-2017-00913985, Huntington  Beach Gables Homeowners Association**

---

| 4.1 2 | **Nationwide Reconveyance, LLC** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
c/o Feldsott & Lee
23161 Mill Creek Drive Ste 300
Lagina Hills, CA 92653
Number Street City State Zip Code

Who incurred the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Lawsuit - Case No  30-2020-01163055-CU-OR-CJC**

---

| 4.1 3 | **Patricia C. Ryan** | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name

20949 Lassen St. Apt 208
Chattsworth, CA 91311
Number Street City State Zip Code

Who incurred the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check If this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Lawsuit  - Houser v Ryan UD**

---

Debtor 1  **Jamie Lynn Gallian**                                    Case number (if known) _____

| 4.1 4 | **Rancho Bernard Condominium Management** | Last 4 digits of account number _____ | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**dba Elite Community Management
c/o Gordon Rees Scully Mansukhani
5 Park Plaza Ste 1100
Irvine, CA 92614**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Lawsuit   Case No. 30-2020-01163055**

---

| 4.1 5 | **Randall Nickell** | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name
**4476 Alderport Dr
Huntington Beach, CA 92649**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Lawsuit - Case No 30-2020-01163055-CU-OR-CJC**

---

| 4.1 6 | **Orange County Superior Court Bench Citation  (Civil C-33)** | Last 4 digits of account number   **17-00913985** | **$5,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**c/o Feldsott & Lee
23161 Mill Creek Drive Ste 300
Laguna Hills, CA 92653**

When was the debt incurred?   **7/8/2021**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **MISC DEBT Collection Case 30-2017-00913985**

---

Debtor 1  **Jamie Lynn Gallian**                                    Case number *(if known)*

| 4.1 7 | People of the State Of California 18WM05278 | Last 4 digits of account number | | $ 13,229.24 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**West Justice Center**
**8141 13th Street**
**Westminster, CA 91683**

When was the debt incurred?

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.
■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Misc. Debt - 2021000348287  Filed 05/27/2021; OC Clerk Recorder**

---

| 4.1 8 | Superior Default Services Inc | Last 4 digits of account number | | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**c/o Feldsott & Lee**
**23161 Mill Creek Drive Ste 300**
**Laguna Hills, CA 92653**

When was the debt incurred?

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.
■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Lawsuit 30-2020-01163055**

---

| 4.1 9 | The Huntington Beach Gables | Last 4 digits of account number | | $319,653.59 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Homeowners Association**
**c/o Epsten Grinnell & Howell, APC**
**10200 Willow Creek Road, Ste 100**
**San Diego, CA 92131**

When was the debt incurred?   **5/6/2019**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.
■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **EJ-001 2019000165259, FILED 05/16/2019 OC CLERK RECORDER; OCSC No. 30-2017-00913985; Huntington Beach Gables Homeowners Association;**

---

Debtor 1 **Jamie Lynn Gallian**          Case number (if known) _____

| | | | |
|---|---|---|---|
| **4.2 0** | **The Huntington Beach Gables** | Last 4 digits of account number _____ | **$9,265.00** |

Nonpriority Creditor's Name
**Homeowners Association**
c/o Epsten Grinnell & Howell, APC
10200 Willow Creek Road, Ste 100
**San Diego, CA 92131**

When was the debt incurred?   **March 21, 2019**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only     ☐ Contingent

☐ Debtor 2 only     ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only     ☐ Disputed

☐ At least one of the debtors and another     Type of NONPRIORITY unsecured claim:

☐ Check if this claim is for a community     ☐ Student loans
debt

Is the claim subject to offset?   ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No     ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes     ■ Other. Specify **EJ-001 2019000148568, FILED 05/03/2019 OC CLERK RECORDER; OCSC Case No. 30-2017-00962999, Huntington Beach Gables Homeowners Association**

| | | | |
|---|---|---|---|
| **4.2 1** | **The Huntington Beach Gables** | Last 4 digits of account number _____ | **$3,070.00** |

Nonpriority Creditor's Name
**Homeowners Association**
c/o Epsten Grinnell & Howell APC
10200 Willow Creek Road, Ste 100 San
Diego, CA 92131

When was the debt incurred?   **September 27, 2018**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only     ☐ Contingent

☐ Debtor 2 only     ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only     ☐ Disputed

☐ At least one of the debtors and another     Type of NONPRIORITY unsecured claim:

☐ Check if this claim is for a community     ☐ Student loans
debt

Is the claim subject to offset?   ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No     ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes     ■ Other. Specify **EJ-001 2018000435011, FILED 11/19/2018 OC CLERK RECORDER; OCSC No. 30-2017-00913985, Huntington Beach Gables Homeowners Association**

| | | | |
|---|---|---|---|
| **4.2 2** | **Ted Phillips c/o Huntington Beach Gables Homeowners Association** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
c/o Gordon Rees Scully & Mansukhani
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only     ☐ Contingent

☐ Debtor 2 only     ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only     ☐ Disputed

☐ At least one of the debtors and another     Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community     ☐ Student loans
debt

Is the claim subject to offset?   ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No     ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes     ■ Other. Specify **EJ-001 2018000467142, FILED 12/14/2018 OC CLERK RECORDER; OCSC No. 30-2017-00913985, Huntington Beach Gables Homeowners Association**

Debtor 1 **Jamie Lynn Gallian**      Case number (if known) _____

| 4.2 3 | **The Huntington Beach Gables Homeowners Association** | Last 4 digits of account number | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name
c/o Feldsott & Lee
23161 Mill Creek Drive Ste 300
Laguna Hills, CA 92653

Number Street City State Zip Code=

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **OCSC CX Complaint Lawsuit 30-2020-01163055 Filed (11/9/2020) Nickel vs. Huntington Beach Gables Homeowners Association**

---

| 4.2 4 | **United Airlines** | Last 4 digits of account number | **10092** | **$9,572.91** |
|---|---|---|---|---|

Nonpriority Creditor's Name
PO Box 0675
Carol Stream, IL 60132-0675

Number Street City State Zip Code=

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community= debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Misc Debt COBRA**

---

| 4.2 5 | **US Bank NA** | Last 4 digits of account number | **6482** | **$9,145.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
PO Box 64799
Saint Paul, MN 55164

Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify= **Collection**

---

**Part 3:**    **List Others to Be Notified About a Debt That You Already Listed**

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Debtor 1 **Jamie Lynn Gallian**                                                                 Case number *(if known)*

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Feldsott & Lee**<br>23161 Mill Creek Drive Ste 300<br>Laguna Hills, CA 92653 | Line **4.23** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Feldsott & Lee**<br>23161 Mill Creek Drive Ste 300<br>Laguna Hills, CA 92653 | Line **4.12** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Feldsott & Lee**<br>23161 Mill Creek Drive Ste 300<br>Laguna Hills, CA 92653 | Line **4.18** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Gorden G May**<br>**Grant, Genovese & Baratta, LLP**<br>2030 Main Street, Ste. 1600<br>irvine, CA 92614 | Line **4.1** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Gordon Rees Scully & Mansukhani**<br>5 Park Plaza Ste. 1100<br>Irvine, CA 92614 | Line **4.14** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Gordon Rees Scully & Mansukhani**<br>633 W 5th Street, 52nd Floor<br>Los Angeles, CA 90071 | Line **4.2** of *(Check one):*<br>**4.6; 4.7; 4.8; 4.9; 4.11; 4.22**<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Mark Mellor**<br>**Mellor Law Firm**<br>6800 Indiana Avenue Ste. 220<br>Riverside, CA 92506 | Line **4.15** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Vivian J. Alston**<br>Alston, Alston, & Diebold<br>27201 Puerta Real, Ste. 300<br>Mission Viejo, CA 92691 | Line **4.3** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |

### Part 4:    Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | Domestic support obligations | 6a. | $ 0.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. | $ 0.00 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ 0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | Total Priority. Add lines 6a through 6d. | 6e. | $ 0.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | Student loans | 6f. | $ 0.00 |
| | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ 0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ 0.00 |

Debtor 1  **Jamie Lynn Gallian**                                   Case number (if known) _____

| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 427,177.76 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 427,177.76 |

EXHIBIT B                                        Page 34 of 60

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Jamie Lynn Gallian** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| **2.1**    **Kia Motors**<br>    Name<br><br>    **P.O. Box 20815**<br>    Number    Street<br>    **Fountain Valley, CA 92708**<br>    City           State       ZIP Code | **Kia Sportage Car Lease** |
| **2.2**    **Robert P. Warmington Co**<br>    Name<br><br>    **3090 Pullman St.**<br>    Number    Street<br>    **Costa Mesa, CA 92626**<br>    City           State       ZIP Code | **Unexpired Ground Leasehold Located on APN 178-011-01, Unit 4, Tract 10542, Space 376. Expires 12/31/2059** |
| **2.3**    **BS Investors, LP**<br>    Name<br><br>    **18201 Von Karman Ste. 450**<br>    Number    Street<br>    **Irvine, CA     92612**<br>    City           State       ZIP Code | **Unexpired Ground Leasehold Located on APN 178-011-01. Unit 4, Tract 10542, Space 376. Expires 12/31/2059** |
| **2.4**    **Houser Bros Co dba Rancho Del Rey Mobilehome Estates**<br>    Name<br><br>    **16222 Monterey Ln**<br>    Number    Street<br>    **Huntington Beach CA 92649**<br>    City           State       ZIP Code | **Unexpired Ground Leasehold, Located on APN 178-011-01. Unit 4, Tract 10542, Space 376. Expires 12/31/2059** |
| **2.5**   <br>    Name<br><br>    Number    Street<br><br>    City           State       ZIP Code | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

Fill in this information to identify your case:

| Debtor 1 | **Jamie Lynn Gallian** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

☐ No
☐ Yes.

In which community state or territory did you live?     **-NONE-**     . Fill in the name and current address of that person.

_____
Name of your spouse, former spouse, or legal equivalent
Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

*Column 1:* Your codebtor
Name, Number, Street, City, State and ZIP Code

*Column 2:* The creditor to whom you owe the debt
Check all schedules that apply:

| **3.1** | | | | |
|---|---|---|---|---|
| | Name | | | ☐ Schedule D, line _____ |
| | | | | ☐ Schedule E/F, line _____ |
| | | | | ☐ Schedule G, line _____ |
| | Number | Street | | |
| | City | | State | ZIP Code |

| **3.2** | | | | |
|---|---|---|---|---|
| | Name | | | ☐ Schedule D, line _____ |
| | | | | ☐ Schedule E/F, line _____ |
| | | | | ☐ Schedule G, line _____ |
| | Number | Street | | |
| | City | | State | ZIP Code |

EXHIBIT B                                        Page 36 of 60

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income                                             12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | **Employment status** | ☐ Employed <br> ■ Not employed | ☐ Employed <br> ☐ Not employed |
| | **Occupation** | **Unemployed/Disabled;date of Injury 8/5/2018, severe crushing injury left foot, with nerve impingment, protruding interior bone left interior portion foot.** | |
| | **Employer's name** | | |
| | **Employer's address** | | |
| | | **Flight Attendant-United Airlines** | |
| | How long employed there? | **22 years Last day; worked 10/26/2018** | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ N/A |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ N/A |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ 0.00 | $ N/A |

Debtor 1    **Jamie Lynn Gallian**                                              Case number (*if known*)

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here | 4. | $ 0.00 | $ N/A |

5.  List all payroll deductions:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ N/A |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ N/A |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ N/A |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ N/A |
| 5e. | Insurance | 5e. | $ 0.00 | $ N/A |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ N/A |
| 5g. | Union dues | 5g. | $ 0.00 | $ N/A |
| 5h. | Other deductions. Specify: | 5h.+ | $ 0.00 + | $ N/A |

6.  Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h.          6.    $ 0.00        $ N/A

7.  Calculate total monthly take-home pay. Subtract line 6 from line 4.      7.    $ 0.00        $ N/A

8.  List all other income regularly received:

    8a.  **Net income from rental property and from operating a business, profession, or farm**
    Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.          8a.    $ 1,000.00        $ N/A

    8b.  **Interest and dividends**          8b.    $ 0.00        $ N/A

    8c.  **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
    Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.          8c.    $ 0.00        $ N/A

    8d.  **Unemployment compensation**          8d.    $ 0.00        $ N/A

    8e.  **Social Security**          8e.    $ 0.00        $ N/A

    8f.  **Other government assistance that you regularly receive**
    Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
    Specify:          8f.    $ 0.00        $ N/A

    8g.  **Pension or retirement income**          8g.    $ 0.00        $ N/A

    8h.  **Other monthly income. Specify:**          8h.+    $ 0.00 +        $ N/A

9.  Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h.          9.    $ 1,000.00        $ N/A

10.  **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.          10.    $ 1,000.00 + $ N/A = $ 1,000.00

11.  **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:          11.    +$ 0.00

12.  **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies          12.    $ 1,000.00

                                                   Combined monthly income

13.  Do you expect an increase or decrease within the year after you file this form?
    ■  No.
    ☐  Yes. Explain:

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No

      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?** ■ No

   | Do not list Debtor 1 and Debtor 2. Do not state the dependents names. | ☐ Yes. Fill out this information for each dependent............. | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|---|---|
   | | | _____ | _____ | ☐ No  ☐ Yes |
   | | | _____ | _____ | ☐ No  ☐ Yes |
   | | | _____ | _____ | ☐ No  ☐ Yes |
   | | | _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**  ■ No  ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

| | | | |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ | 0.00 |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. $ | 100.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 100.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 100.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 100.00 |

EXHIBIT B                    Page 39 of 60

Debtor 1 **Jamie Lynn Gallian**                              Case number (if known)

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 200.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 60.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 160.00 |
| | 6d. | Other. Specify:= **Space #376 Rent** | 6d. $ | 1,086.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 500.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 0.00 |
| 10. | **Personal care products and services** | | 10. $ | 30.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 125.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 100.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 175.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 240.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | | 21. +$ | 0.00 |

| | | | |
|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 2,676.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2= | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 2.676.00 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a.= Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 1,000.00 |
| | 23b.= Copy your monthly expenses from line 22c above. | 23b. –$ | 2,676.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | –1,676.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes.     Explain here:

EXHIBIT B     Page 40 of 60

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jamie Lynn Gallian** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number (If known) | | | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____

Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____
**Jamie Lynn Gallian**
Signature of Debtor 1

X _____
Signature of Debtor 2

Date 7/9/2021

Date _____

Fill in this information to identify your case:

| Debtor 1 | **Jamie Lynn Gallian** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy

4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☐ Married
■ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| **Debtor 1 Prior Address:** | **Dates Debtor 1 lived there** | **Debtor 2 Prior Address:** | **Dates Debtor 2 lived there** |
|---|---|---|---|

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2** Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| For last calendar year: (January 1 to December 31, 2020 ) | ■ Wages, commissions, bonuses, tips | $1,408.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor 1    **Jamie Lynn Gallian**                   Case number *(if known)*

| | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| For the calendar year before that:<br>(January 1 to December 31, 2019 ) | ■ Wages, commissions, bonuses, tips | $3,375.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐   No

■   Yes. Fill in the details.

| | **Debtor 1**<br>Sources of income<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Debtor 2**<br>Sources of income<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
|---|---|---|---|---|
| From January 1 of current year until the date you filed for bankruptcy: | Unemployment | $0.00 | | |
| For last calendar year:<br>(January 1 to December 31, 2020 ) | Unemployment | $21,227.00 | | |
| | Retirement | $31,922.58 | | |

---

**Part 3:**   **List Certain Payments You Made Before You Filed for Bankruptcy**

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐   No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

   ☐   No.   Go to line 7.

   ☐   Yes   List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
      * Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

■   Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ■   No.   Go to line 7.

   ☐   Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| **Creditor's Name and Address** | **Dates of payment** | **Total amount paid** | **Amount you still owe** | **Was this payment for ...** |
|---|---|---|---|---|
| | | | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor 1    **Jamie Lynn Gallian**                                                    Case number (*if known*) _____

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations
    of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for
    a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and
    alimony.

    ■ No
    ☐ Yes. List all payments to an insider.

    | Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
    |---|---|---|---|---|

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
    Include payments on debts guaranteed or cosigned by an insider.

    ■ No
    ☐ Yes. List all payments to an insider

    | Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
    |---|---|---|---|---|

---

**Part 4:**    **Identify Legal Actions, Repossessions, and Foreclosures**

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody
    modifications, and contract disputes.

    ☐ No
    ■ Yes. Fill in the details.

    | Case title Case number | Nature of the case | Court or agency | Status of the case |
    |---|---|---|---|
    | Filed 1/2/2019 **Houser Bros Co v Jamie Gallian** 30-2019-01041423-CI-UD-CJC | **Unlawful Detainer** | **Orange County Superior Court 700 W Civic Center West Santa Ana, CA 92701** | ■ Pending ☐ On appeal ☐ Concluded |
    | Filed 11/8/2020 **Randall L Nickell v. The Huntington Beach Gabels HOA, etal** 30-2020-01163055-CU-OR-CJC | **Civil** | **Orange County Superior Court 700 Civic Center Drive West Santa Ana, CA 92701** | ■ Pending ☐ On appeal ☐ Concluded |
    | Filed 4/11/2017 **Huntington Beach Gables Homeowners Association vs. Sandra Bradley et al.** 30-2017-00913985-CU-CO-CJC | **Collections** | **Orange County Superior Court 700 Civic Center Drive West Santa Ana, CA 92701** | ☐ Pending ☐ On appeal ☐ Concluded |
    | Filed 12/22/2017 **Huntington Beach Gables Homeowners Association vs. Jamie Lynn Gallian** 30-2017-00962999-CU-HR-CJC | **Collections** | **Orange County Superior Court 700 Civic Center Drive West Santa Ana, CA 92701** | ☐ Pending ☐ On appeal ☐ Concluded |
    | | | | ☐ Pending ☐ On appeal ☐ Concluded |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

EXHIBIT B                        Page 44 of 60

Debtor 1    **Jamie Lynn Gallian**                                          Case number *(if known)*

---

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

    A WRIT dated 11/19/18, in the name of LISA T. RYAN, Case No. 30-2018-01013582 was UNLAWFULLY executed by Park
■ No. Go to line 11.  Mgr., Houser Bros Co GP on 3/4/2019, against the bona fide purchase of Ryan home LBM1081 on 11/1/2018.
☐ Yes. Fill in the information below. · **Possession returned to bona fide buyer by Judicial Officer Judge Carmen Luege. on 3/6/19, OCJC.**

| Creditor Name and Address | Describe the Property **LBM 1081** | Date **3/6/2019** | Value of the property |
|---|---|---|---|
| **Houser Bros Co GP** | Explain what happened | Resident Gallian was removed from her home by force on 3/4/19, | |
| **dba RDRMHE** | | Park Manager changed Locks unlawfully. Possession ret. to Gallian. | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
  ■ No
  ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
  ■ No
  ☐ Yes

---

**Part 5:**  **List Certain Gifts and Contributions**

---

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
  ■ No
  ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift and Address: | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
  ■ No
  ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 Charity's Name Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

---

**Part 6:**  **List Certain Losses**

---

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**
  **Unemployment due to Covid 19 pandemic massive layoffs in airline industry and other industries; California Governors**
No  **Stay at Home Orders.  Unable to procure sustainable employment.  Apply for Covid 19 Rent Relief State Programs.**
  ☒Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

---

**Part 7:**  **List Certain Payments or Transfers**

---

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

  ☐ No
  ■ Yes. Fill in the details.

| Person Who Was Paid Address Email or website address Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

Software Copyright (c) 1995-2021 Best Case, LLC - www.bestcase.com                   Best Case Bankruptcy

| Debtor 1 | Jamie Lynn Gallian | | | Case number (if known) | |
|---|---|---|---|---|---|

| Person Who Was Paid; Address; Email address | | Description and value of any property transferred | Date payment or transfer was made | | Amount of payment |
|---|---|---|---|---|---|
| James H. Casello Esq. | SBN 76021 | Client Trust Account for Atty Fees | 2019-2020 | | $ 43,000.00 |
| Michael Chulak, Esq. SBN 194744 (suspended) | | Client Trust Account for Atty Fees | 2018-2019 | | $ 8,700.00 |
| Michael S. Devereux, Esq. | SBN 225240 | Client Trust Account for Atty Fees | 2018-2019 | | $ 5,000.00 |
| Steven A. Fink, Esq. | SBN 93762 | Client Trust Account for Atty Fees | 2019-2020 | | $ 30,000.00 |
| David R. Flyer, Esq. | SBN 10069 | Client Trust Account for Atty Fees | 2018-2019 | | $ 17,000.00 |
| Raquel Flyer-Dashner Esq. | SBN 282248 | Client Trust Account for Atty Fees | 2018 | | $ 5,000.00 |
| Frank A. Satalino, Esq. | SBN 143444 | Client Trust Account for Atty Fees | 2018 | | $ 5,000.00 |

TOTAL $ 113,700.00

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Randall Nickell<br>4476 Alderport Dr. Unit 53<br>Huntington Beach, CA 92649<br>Bona fide purchaser for Value. | Primary residence sold<br>Leasehold on 10/31/2018<br>4476 Alderport Drive #53,<br>Huntington Beach, CA 92649<br>APN 937-63-053 | $379,000 | 10/31/2018 |

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called asset-protection devices.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:** List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor 1    **Jamie Lynn Gallian**                                                     Case number *(if known)*

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

   ■ No
   ☐ Yes. Fill in the details.

| Name of Financial Institution | Who else had access to it? | Describe the contents | Do you still |
|---|---|---|---|
| Address (Number, Street, City, State and ZIP Code) | Address (Number, Street, City, State and ZIP Code) | | have it? |

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

   ■ No
   ☐ Yes. Fill in the details.

| Name of Storage Facility | Who else has or had access | Describe the contents | Do you still |
|---|---|---|---|
| Address (Number, Street, City, State and ZIP Code) | to it? | | have it? |
| | Address (Number, Street, City, State and ZIP Code) | | |

---

**Part 9:    Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

   ■ No
   ☐ Yes. Fill in the details.

| Owner's Name | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Address (Number, Street, City, State and ZIP Code) | (Number, Street, City, State and ZIP Code) | | |

---

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

   ■ No
   ☐ Yes. Fill in the details.

| Name of site | Governmental unit | Environmental law, if you | Date of notice |
|---|---|---|---|
| Address (Number, Street, City, State and ZIP Code) | Address (Number, Street, City, State and ZIP Code) | know it | |

25. **Have you notified any governmental unit of any release of hazardous material?**

   ■ No
   ☐ Yes. Fill in the details.

| Name of site | Governmental unit | Environmental law, if you | Date of notice |
|---|---|---|---|
| Address (Number, Street, City, State and ZIP Code) | Address (Number, Street, City, State and ZIP Code) | know it | |

---

EXHIBIT B                                    Page 47 of 60

Debtor 1    **Jamie Lynn Gallian**                                                    Case number *(if known)* _____

---

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ **No**
    ☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City,<br>State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

---

**Give Details About Your Business or Connections to Any Business**

---

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

    ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

    ■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

    ☐ A partner in a partnership

    ☐ An officer, director, or managing executive of a corporation

    ☐ An owner of at least 5% of the voting or equity securities of a corporation

    ☐ **No. None of the above applies. Go to Part 12.**

    ■ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| J-Sandcastle Co., LLC<br>16222 Monterey Lane #376<br>Huntington Beach, CA 92649 | Residential Management | EIN: 83-2453659<br><br>From-To 10/19/2018 - Present |
| J-Pad, LLC<br>16222 Monterey Lane #376<br>Huntington Beach, CA 92649 | Residential Management | EIN:<br><br>From-To 02/09/2018 - Present |

---

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

    ■ **No**
    ☐ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date issued |
|---|---|

---

**Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

_____          _____
**Jamie Lynn Gallian**                                              **Signature of Debtor 2**
**Signature of Debtor 1**

Date    7/9/2021                                            Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■ No

Debtor 1     **Jamie Lynn Gallian**                                    Case number *(if known)*

☐ Yes. Name of Person _____, Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Fill in this information to identify your case:

| Debtor 1 | **Jamie Lynn Gallian** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7                12/15

If you are an individual filing under chapter 7, you must fill out this form if:

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name:    **Houser Bros. Co. dba Rancho Del Rey Mobile-home Estates**<br><br>**Space #376, Unexpired Ground leasehold until 2059, located on APN 178-011-16; Parcel Map Book 108, Pg. 47 & 48, County of Orange** property<br><br>Description of securing debt:    **16222 Monterey Ln. Space #376 Huntington Beach, CA 92649 Orange County. APN 891-569-62 Decal No. LBM1081  Title held by Debtor's single member LLC J-Sandcastle Co, LLC** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☒ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br><br>**Debtor will retain collateral & continue to make Monthly Ground Space Payments #376, located on APN 178-011-16** | ☐ No<br><br>■ Yes |
| Creditor's name:    **J-Pad, LLC**<br><br>Description of property securing debt:    **16222 Monterey Ln. Space #376 Huntington Beach, CA 92649 Orange County. APN-891-569-62, Decal No. LBM1081  Title held by Debtor's single member LLC J-Sandcastle Co, LLC** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br><br>**Debtor will retain collateral & continue to make regular principal payments.** | ☐ No<br><br>■ Yes |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

EXHIBIT B                Page 50 of 60

Debtor 1    **Jamie Lynn Gallian**        Case number *(if known)*

| | | |
|---|---|---|
| Creditor's name: | **Kia Motors Finance** | No |
| | | ☐ Retain the property and redeem it. | |
| Description of property securing debt: | **2020 Kia Sportage Location: 16222 Monterey Ln #376, Huntington Beach CA 92649 (LEASE)** | ■ Retain the property and enter into a *Reaffirmation Agreement.* | ■ Yes |
| | | ☐ Retain the property and [explain]: |

---

| | | |
|---|---|---|
| Creditor's name: | **Orange County Tax Assessor** | ☐ Surrender the property. | ☐ No |
| | | ☐ Retain the property and redeem it. | |
| Description of property securing debt: | **16222 Monterey Ln #376 Huntington Beach, CA 92649 Orange County. APN 891-569-62 Decal No. LBM1081 Title held by Debtor's single member LLC J-Sandcastle Co, LLC** | ☐ Retain the property and enter into a *Reaffirmation Agreement.* | ■ Yes |
| | | ■ Retain the property and [explain]: |
| | | **Debtor will retain collateral & continue to make regular payments.** |

---

| | | |
|---|---|---|
| Creditor's name: | **The Huntington Beach Gables Homeowners Association** | ☐ Surrender the property. | ☐ No |
| | | ☐ Retain the property and redeem it. | |
| Description of property securing debt: | **16222 Monterey Ln #376 Huntington Beach, CA 92649 Orange County. APN 891-569-62 Decal No. LBM1081 Title held by Debtor's single member LLC J-Sandcastle Co, LLC** | ☐ Retain the property and enter into a *Reaffirmation Agreement.* | ■ Yes |
| | | ■ Retain the property and [explain]: |
| | | **avoid lien using 11 U.S.C. § 522(f)** |

---

| | | |
|---|---|---|
| Creditor's name: | **The Huntington Beach Gables Homeowners Association** | ☐ Surrender the property. | ☐ No |
| | | ☐ Retain the property and redeem it. | |
| Description of property securing debt: | **16222 Monterey Ln #376 Huntington Beach, CA 92649 Orange County. APN 891-569-62 Decal No. LBM1081 Title held by Debtor's single member LLC J-Sandcastle Co, LLC** | ☐ Retain the property and enter into a *Reaffirmation Agreement.* | ■ Yes |
| | | ■ Retain the property and [explain]: |
| | | **avoid lien using 11 U.S.C. § 522(f)** |

---

| | | |
|---|---|---|
| Creditor's name: | **The Huntington Beach Gables Homeowners Association** | ☐ Surrender the property. | ☐ No |
| | | ☐ Retain the property and redeem it. | |
| Description of property securing debt: | **16222 Monterey Ln #376 Huntington Beach, CA 92649 Orange County. APN 891-569-62 Decal No. LBM1081 Title held by Debtor's single member LLC J-Sandcastle Co, LLC** | ☐ Retain the property and enter into a *Reaffirmation Agreement.* | ■ Yes |
| | | ■ Retain the property and [explain]: |
| | | **avoid lien using 11 U.S.C. § 522(f)** |

---

**Part 2:**   **List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

**Describe your unexpired personal property leases**            **Will the lease be assumed?**

EXHIBIT B        Page 51 of 60

Debtor 1    **Jamie Lynn Gallian**                                    Case number *(if known)* _____

| Lessor's name:<br>Description of leased<br>Property: | **Houser Bros Co, dba Rancho Del Rey Mobile Home Estates**<br>Ground Leasehold until 2059, Space #376, located upon APN 178-011-01<br>2014 Skyline Villa - Manufactured Home installed on Space 376<br>July 2, 2014, LBM1081 | ☐ No<br><br>☒ Yes |
| Lessor's name:<br>Description of leased<br>Property: | **BS Investor, LP**<br>Ground Leasehold until 2059, Space #376, located upon APN 178-011-01<br>2014 Skyline Villa - Manufactured Home installed on Space 376,<br>July 2, 2014, LBM1081 | ☐ No<br><br>☒ Yes |
| Lessor's name:<br>Description of leased<br>Property: | **Kia Motors Finance**<br>2020 Kia Sportage | ☐ No<br><br>☒ Yes |
| Lessor's name:<br>Description of leased<br>Property: | | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | | ☐ No<br><br>☐ Yes |

**Part 3:    Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X _____                    X _____
**Jamie Lynn Gallian**                                         Signature of Debtor 2
Signature of Debtor 1

Date     7/9/2021                                  Date _____

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Fill in this information to identify your case: | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|
| Debtor 1 **Jamie Lynn Gallian** | ■ 1. There is no presumption of abuse |
| Debtor 2 (Spouse, if filing) | □ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2). |
| United States Bankruptcy Court for the: Central District of California | □ 3. The Means Test does not apply now because of qualified military service but it could apply later. |
| Case number (if known) | □ Check if this is an amended filing |

## Official Form 122A - 1
## Chapter 7 Statement of Your Current Monthly Income

04/20

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

### Part 1: Calculate Your Current Monthly Income

**1. What is your marital and filing status?** Check one only.

■ **Not married.** Fill out Column A, lines 2-11.

□ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

□ **Married and your spouse is NOT filing with you.** You and your spouse are:

□ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

□ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | | $ 0.00 | $ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | | $ 0.00 | $ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | | $ 0.00 | $ |

5. **Net income from operating a business, profession, or farm**

| | | Debtor 1 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ | 0.00 | | |
| Ordinary and necessary operating expenses | -$ | 0.00 | | |
| Net monthly income from a business, profession, or farm $ | | 0.00 | Copy here -> $ 0.00 | $ |

6. **Net income from rental and other real property**

| | | Debtor 1 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ | 1,000.00 | | |
| Ordinary and necessary operating expenses | -$ | 0.00 | | |
| Net monthly income from rental or other real property | $ | 1,000.00 | Copy here -> $ 1,000.00 | $ |

| 7. **Interest, dividends, and royalties** | | $ 0.00 | $ |

EXHIBIT B                                                    Page 53 of 60

Debtor 1   **Jamie Lynn Gallian**                                            Case number *(if known)* _____

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| **8. Unemployment compensation** | $     0.00 | $ _____ |

Do not enter the amount if you contend that the amount received was a benefit under
the Social Security Act. Instead, list it here:

| For you _____ | $ _____ 0.00 | |
| For your spouse _____ | $ _____ | |

**9. Pension or retirement income.** Do not include any amount received that was a
benefit under the Social Security Act. Also, except as stated in the next sentence, do
not include any compensation, pension, pay, annuity, or allowance paid by the
United States Government in connection with a disability, combat-related injury or
disability, or death of a member of the uniformed services. If you received any retired
pay paid under chapter 61 of title 10, then include that pay only to the extent that it
does not exceed the amount of retired pay to which you would otherwise be entitled
if retired under any provision of title 10 other than chapter 61 of that title.          $     0.00   $ _____

**10. Income from all other sources not listed above.** Specify the source and amount.
Do not include any benefits received under the Social Security Act; payments made
under the Federal law relating to the national emergency declared by the President
under the National Emergencies Act (50 U.S.C. 1601 et seq.) with respect to the
coronavirus disease 2019 (COVID-19); payments received as a victim of a war
crime, a crime against humanity, or international or domestic terrorism; or
compensation  pension, pay, annuity, or allowance paid by the United States
Government in connection with a disability, combat-related injury or disability, or
death of a member of the uniformed services. If necessary, list other sources on a
separate page and put the total below..

| _____ | $ _____ 0.00 | $ _____ |
| _____ | $ _____ 0.00 | $ _____ |
| Total amounts from separate pages, if any. | + $ _____ 0.00 | $ _____ |

**11. Calculate your total current monthly income.** Add lines 2 through 10 for
each column. Then add the total for Column A to the total for Column B.     $ **1,000.00**  + $ _____  = $ **1,000.00**

Total current monthly
income

---

**Part 2:**    **Determine Whether the Means Test Applies to You**

**12. Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11. _____  Copy line 11 here=>   $ **1,000.00**

Multiply by 12 (the number of months in a year)                                          **x 12**

12b. The result is your annual income for this part of the form                    12b. $ **12,000.00**

**13. Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.   | **CA** |

Fill in the number of people in your household.   | **1** |

Fill in the median family income for your state and size of household. _____       13. $ **62,938.00**
To find a list of applicable median income amounts, go online using the link specified in the separate instructions
for this form. This list may also be available at the bankruptcy clerk's office.

**14. How do the lines compare?**

14a. ■ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A–2.

---

**Part 3:**    **Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X _~~Jamie Lynn Gallian~~_  7/9/2021
**Jamie Lynn Gallian**

EXHIBIT B                                Page 54 of 60

| Debtor 1 | **Jamie Lynn Gallian** | | Case number (*if known*) | |

Signature of Debtor 1

Date _____
     MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Jamie Lynn Gallian<br>16222 Monterey Ln. #376<br>Huntington Beach, CA 92649<br>714-321-3449<br>jamiegallian@gmail.com | |

☒ *Debtor(s) appearing without an attorney*

*Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>     **Jamie Lynn Gallian** | CASE NO.:<br>CHAPTER: **7** |
|---|---|
| | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|                 Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __4__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: _____7/9/2021_____

Date: _____

Date: _____

Signature of Debtor 1

Signature of Debtor 2 (joint debtor) ) (if applicable)

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                **F 1007-1.MAILING.LIST.VERIFICATION**

Jamie Lynn Gallian
16222 Monterey Ln #376
Huntington Beach, CA 92649

David R. Flyer
4120 Birch St. Ste. 101,
Newport Beach, CA 92660

Feldsott & Lee
23161 Mill Creek Drive Ste 300
Laguna Hills, CA 92653

Frank Satalino
19 Velarde Ct.
Rancho Santa Margarita, CA
92688

Gordon Rees Scully & Mansukhani
5 Park Plaza Ste. 1100
Irvine, CA 92614

Gordon Rees Scully & Mansukhani
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071

Houser Bros. Co.
DBA Rancho Del Rey Estates
16222 Monterey Ln
Huntington Beach, CA 92649

Houser Bros. Co.dba Rancho Del
Rey Mobile Home Estates
17610 Beach Blvd Ste. 32
Huntington Beach, CA 92647

Huntington Harbor Village
16400 Saybrook
Huntington Beach, CA 92649

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

J-Pad, LLC
2702 N Gaff Street
Orange, CA 92865


James H Cosello
Casello & Lincoln,
525 N Cabrillo Park Dr. Ste 104
Santa Ana, CA 92701


Janine Jasso
c/o Gordon Rees Scully &
Mansukhani
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071

Janine Jasso
P.O. Box 370161
El Paso, TX 79937


Jennifer Ann Paulin
c/o Gordon Rees Scully &
Mansukhani
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071


Kia Motors Finance
PO Box 20815
Fountain Valley, CA 92728


Lee S. Gragnano
c/o Gordon Rees Scully &
Mansukhani
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071


Linda Jean "Lindy" Beck
c/o Gordon Rees Scully &
Mansukhani
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071


Lisa T. Ryan
20949 Lassen St. Apt 208
Chattsworth, CA 91311

2

Lori Ann Burrett
c/o Gordon Rees Scully &
Mansukhani
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071


Mark A.Mellor Mellor Law Firm
c/o Randall Nickell
6800 Indiana Ave.
Riverside, CA 92506-4267


Michael Chulak-(Unknown)
MChulak@MTCLaw.com


Michael S. Devereux
Wex Law
9171 Wilshire Blvd. Ste. 500
Beverly Hills, CA 90210-5536


Nationwide Reconveyance, LLC
c/o Feldsott & Lee
23161 Mill Creek Drive Ste 300
Laguna Hills, CA 92653


Orange County Tax Assessor
P.O. Box 149
Santa Ana, CA 92701


Patricia Ryan
20949 Lassen St. Apt 208
Chattsworth, CA 91311


Raquel Flyer-Dashner
4120 Birch St. Ste. 101,
Newport Beach, CA 92660


People of the St of CA
8141 13th Street
Westminster, CA 92683


Randall Nickel
11619 Inwood Drive,
Riverside, CA 92503

3

Superior Default Services Inc
c/o Feldsott & Lee
23161 Mill Creek Drive Ste 300
Laguna Hills, CA 92653


Stanley Feldsott, Esq
Feldsott & Lee
23161 Mill Creek Drive
Laguna Hills, CA 92653


Steven A. Fink
13 Corporate Plaza Ste. 150
Newport Beach, CA 92660


The Huntington Beach Gables
Homeowners Association
c/o Epsten Grinnell & Howell,
APC 10200 Willow Creek Road,
Ste 100
San Diego, CA 92131


The Huntington Beach Gables
Homeowners Association
c/o Epsten Grinnell & Howell APC
10200 Willow Creek Road, Ste 100
San Diego, CA 92131


Theodore R "Ted" Phillips
c/o Gordon Rees Scully &
Mansukhani
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071


United Airlines
P.O. Box 0675
Carol Stream, IL 60132-0675


US Bank NA
PO Box 64799
Saint Paul, MN 55164


Vivienne J Alston
Alston, Alston & Diebold
27201 Puerta Real Ste 300
Mission Viejo, CA 92691


4

# EXHIBIT C

727OBJ, NODISCH, APLDIST, APPEAL

# U.S. Bankruptcy Court
## Central District of California (Santa Ana)
## Bankruptcy Petition #: 8:21-bk-11710-SC

| | |
|---|---|
| *Date filed:* | 07/09/2021 |
| *341 meeting:* | 04/29/2022 |
| *Deadline for filing claims:* | 10/25/2022 |
| *Deadline for filing claims (govt.):* | 01/05/2022 |
| *Deadline for objecting to discharge:* | 10/18/2021 |
| *Deadline for financial mgmt. course:* | 10/18/2021 |

*Assigned to:* Scott C Clarkson
Chapter 7
Voluntary
Asset

**Debtor**
**Jamie Lynn Gallian**
16222 Monterey Ln Unit 376
Huntington Beach, CA 92649
ORANGE-CA
714-321-3449
SSN / ITIN: xxx-xx-3936
*aka* **Jamie L Gallian**
*dba* **J-Sandcastle Co, LLC**
*dba* **J-PAD, LLC**

represented by **Jamie Lynn Gallian**
PRO SE

**Bert Briones**
Red Hill Law Group
15615 Alton Parkway
Suite 210
Irvine, CA 92618
888-733-4455
Fax : 714-733-4450
Email: bb@redhilllawgroup.com
*TERMINATED: 08/09/2022*

**Trustee**
**Jeffrey I Golden (TR)**
Golden Goodrich LLP
650 Town Center Drive, Suite 600
Costa Mesa, CA 92626
(714) 966-1000

represented by **Aaron E DE Leest**
Danning, Gill, Israel & Krasnoff,
LLP
1901 Avenue of the Stars
Suite 450
Los Angeles, CA 90067-6006
310-277-0077
Fax : 310-277-5735
Email: adeleest@DanningGill.com

**Eric P Israel**
Danning Gill Israel & Krasnoff, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, CA 90067-6006
310-277-0077
Fax : 310-277-5735
Email: eisrael@DanningGill.com

**U.S. Trustee**
**United States Trustee (SA)**
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593
(714) 338-3400

| Filing Date | # | Docket Text |
|---|---|---|
| 07/09/2021 | 1<br>(60 pgs) | Chapter 7 Voluntary Petition for Individuals . Fee Amount $338 Filed by Jamie Lynn Gallian (Nguyen, Vi) (Entered: 07/09/2021) |
| 07/09/2021 | 2 | Statement About Your Social Security Number (Official Form 121) Filed by Debtor Jamie Lynn Gallian . (Nguyen, Vi) (Entered: 07/09/2021) |

| 07/09/2021 | [3](1 pg) | Certificate of Credit Counseling Filed by Debtor Jamie Lynn Gallian . (Nguyen, Vi) (Entered: 07/09/2021) |
|---|---|---|
| 07/09/2021 | [4](2 pgs) | Declaration by Debtor as to Whether Debtor(s) Received Income From an Employer Within 60 Days of Petition (LBR Form F1002-1) Filed by Debtor Jamie Lynn Gallian . (Nguyen, Vi) (Entered: 07/09/2021) |
| 07/09/2021 | [5](3 pgs) | Meeting of Creditors with 341(a) meeting to be held on 8/18/2021 at 09:00 AM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. for Debtor and Joint Debtor (if joint case) Cert. of Financial Management due by 10/18/2021. Last day to oppose discharge or dischargeability is 10/18/2021. (Scheduled Automatic Assignment, shared account) (Entered: 07/09/2021) |
| 07/09/2021 | 6 | Debtor's Request to Activate Electronic Noticing (DeBN) Filed by Debtor Jamie Lynn Gallian . (Nguyen, Vi) (Entered: 07/09/2021) |
| 07/09/2021 | | Receipt of Chapter 7 Filing Fee - $338.00 by 16. Receipt Number 80075587. (admin) (Entered: 07/09/2021) |
| 07/11/2021 | [7](5 pgs) | BNC Certificate of Notice (RE: related document(s)[5] Meeting (AutoAssign Chapter 7)) No. of Notices: 36. Notice Date 07/11/2021. (Admin.) (Entered: 07/11/2021) |
| 07/12/2021 | [8](1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Smith, Valerie. (Smith, Valerie) (Entered: 07/12/2021) |
| 07/13/2021 | [9](1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Mellor, Mark. (Mellor, Mark) (Entered: 07/13/2021) |
| 07/26/2021 | [10](1 pg) | Personal Financial Management Course Certificate for Debtor 1 (Official Form 423) (Lazar, Orsolya) (Entered: 07/26/2021) |
| 08/18/2021 | 11 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 9/22/2021 at 01:30 PM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. (Golden (TR), Jeffrey) (Entered: 08/18/2021) |
| 08/18/2021 | [12](1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Jeffrey I Golden (TR). (Golden (TR), Jeffrey) (Entered: 08/18/2021) |
| 08/23/2021 | [13](1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Masud, Laila. (Masud, Laila) (Entered: 08/23/2021) |
| 08/23/2021 | [14](1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Hays, D. (Hays, D) (Entered: 08/23/2021) |
| 09/07/2021 | [15](29 pgs) | Amended Schedule A/B Individual: Property (Official Form 106A/B or 206A/B) , Amended Schedule C: The Property You Claimed as Exempt (Official Form 106C) , Schedule G Individual: Executory Contracts and Unexpired Leases (Official Form 106G or 206G) , Schedule H Individual: Your Codebtors (Official Form 106H or 206H) , Amended Schedule I Individual: Your Income (Official Form 106I) , Statement of Financial Affairs for Individual Filing for Bankruptcy (Official Form 107 or 207) , Statement of Intention for Individuals Filing Under Chapter 7 (Official Form 108) , Chapter 7 Statement of Your Current Monthly Income (Official Form 122A-1) (BNC Option) Filed by Debtor Jamie Lynn Gallian . [EDB] (Law, Tamika) (Entered: 09/07/2021) |
| 09/22/2021 | [16](29 pgs) | Amended Schedule A/B Individual: Property (Official Form 106A/B or 206A/B) , FIRST AMENDMENT Amended Schedule C: The Property You Claimed as Exempt (Official Form 106C) , Amended Schedule I Individual: Your Income (Official Form 106I) , Amended Schedule G Individual: Executory Contracts and Unexpired Leases (Official Form 106G or 206G) , Amended Statement of Financial Affairs for Individual Filing for Bankruptcy (Official Form 107 or 207) , Amended Statement of Intention for |

| | | |
|---|---|---|
| | | Filing Under Chapter 7 (Official Form 108) , Amended Statement of Related Cases (LBR Form 1015-2.1) , Amended Chapter 7 Statement of Your Current Monthly Income (Official Form 122A-1) (BNC Option) , Proof of service Filed by Debtor Jamie Lynn Gallian . (Nguyen, Vi) (Entered: 09/22/2021) |
| 09/22/2021 | 17<br>(15 pgs) | Amending Schedules (D) and (E/F) ,Amended List of Creditors (Master Mailing List of Creditors) , Amended Verification of Master Mailing List of Creditors (LBR Form F1007-1), Proof of Service. Filed by Debtor Jamie Lynn Gallian . (Nguyen, Vi) (Entered: 09/22/2021) |
| 09/22/2021 | 18 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 10/6/2021 at 01:30 PM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. (Golden (TR), Jeffrey) (Entered: 09/22/2021) |
| 09/22/2021 | 19<br>(1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Jeffrey I Golden (TR). (Golden (TR), Jeffrey) (Entered: 09/22/2021) |
| 09/22/2021 | | Receipt of Amendment Filing Fee - $32.00 by 16. Receipt Number 80075677. (admin) (Entered: 09/22/2021) |
| 10/07/2021 | 20 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 10/14/2021 at 03:00 PM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. (Golden (TR), Jeffrey) (Entered: 10/07/2021) |
| 10/07/2021 | 21<br>(1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Jeffrey I Golden (TR). (Golden (TR), Jeffrey) (Entered: 10/07/2021) |
| 10/14/2021 | 22<br>(31 pgs) | Amended Schedule A/B Individual: Property (Official Form 106A/B or 206A/B) , Amended Schedule C: The Property You Claimed as Exempt (Official Form 106C) , Amending Schedules (D) (E/F) , Schedule G Individual: Executory Contracts and Unexpired Leases (Official Form 106G or 206G) , Schedule H Individual: Your Codebtors (Official Form 106H or 206H) , Statement of Intention for Individuals Filing Under Chapter 7 (Official Form 108) [EDB] Filed by Debtor Jamie Lynn Gallian . (Law, Tamika) (Entered: 10/14/2021) |
| 10/14/2021 | 23<br>(1 pg) | Notice of Deficiency of Filing Fees Required to Add Additional Creditors (BNC) (RE: related document(s)22 Schedule A/B: Property (Official Form 106A/B or 206A/B) filed by Debtor Jamie Lynn Gallian, Schedule C: The Property You Claimed as Exempt (Official Form 106C), Amending Schedules D and/or E/F (Official Form 106D, 106E/F, 206D, or 206E/F) (Fee), Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G or 206G), Schedule H: Your Codebtors (Official Form 106H or 206H), Statement of Intention for Individuals Filing Under Chapter 7 (Official Form B8, or 108)) (Law, Tamika) (Entered: 10/14/2021) |
| 10/15/2021 | 24 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 11/10/2021 at 03:00 PM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. (Golden (TR), Jeffrey) (Entered: 10/15/2021) |
| 10/15/2021 | 25<br>(1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Jeffrey I Golden (TR). (Golden (TR), Jeffrey) (Entered: 10/15/2021) |
| 10/16/2021 | 26<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)23 Notice of Deficiency of Filing Fees Required to Add Additional Creditors (BNC)) No. of Notices: 1. Notice Date 10/16/2021. (Admin.) (Entered: 10/16/2021) |
| 10/18/2021 | 27<br>(74 pgs; 2 docs) | Adversary case 8:21-ap-01095. Complaint by The Huntington Beach Gables Homeowners Association against Jamie Lynn Gallian , Randall L Nickel. Fee Amount $350 (Attachments: # 1 Adv Cover Sheet) Nature of Suit: (41 (Objection / revocation of discharge - 727(c),(d),(e))) ,(21 (Validity, priority or extent of lien or other interest in |

| | | |
|---|---|---|
| | | property) ,(62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud)) (Law, Tamika) (Entered: 10/18/2021) |
| 10/18/2021 | **28**<br>(93 pgs; 2 docs) | Adversary case 8:21-ap-01096. Complaint by Janine Jasso against Jamie Lynn Gallian . Fee Amount $350 (Attachments: # 1 Adv Cover Sheet) Nature of Suit: (41 (Objection / revocation of discharge - 727(c),(d),(e))) ,(65 (Dischargeability - other)) ,(13 (Recovery of money/property - 548 fraudulent transfer)) ,(62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud)) - Original not signed - (Law, Tamika) (Entered: 10/18/2021) |
| 10/18/2021 | **29**<br>(3 pgs) | Stipulation By Jeffrey I Golden (TR) and *Stipulation to Extend Time to File a Complaint Objecting to Debtors Discharge Pursuant to 11 U.S.C. § 727 and Federal Rule of Bankruptcy Procedure 4004 (with Proof of Service)* Filed by Trustee Jeffrey I Golden (TR) (Golden (TR), Jeffrey) (Entered: 10/18/2021) |
| 10/18/2021 | **30**<br>(25 pgs; 2 docs) | Adversary case 8:21-ap-01097. Complaint by Houser Bros. Co., a California general partnership against Jamie Lynn Gallian. Fee Amount $350 *Complaint to (1) Determine Dischargeability of Debt Pursuant to 11 U.S.C. Sections 523 (a)(2)(A) and (a)(6); (2) Deny Discharge Pursuant to 11 U.S.C. Sections 727 (a)(2)(A), (a)(4), and (a)(5)* (Attachments: # 1 Adversary Proceeding Cover Sheet) Nature of Suit: (62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud)),(68 (Dischargeability - 523(a)(6), willful and malicious injury)),(65 (Dischargeability - other)) (Masud, Laila) (Entered: 10/18/2021) |
| 10/19/2021 | **31**<br>(2 pgs) | Order Approving Stipulation to Extend Time to File a Complaint Objecting to Debtor's Discharge Pursuant to 11 U.S.C. Section 727 and Federal Rule of Bankruptcy Procedure 4004. The Deadline for the Trustee, or United States Trustee, to file a Complaint Objecting to the Debtor's Discharge under 11 U.S.C. Section 727 is Extended to and Including November 17, 2021 (BNC-PDF) (Related Doc # 29 ) Signed on 10/19/2021 (Duarte, Tina) (Entered: 10/19/2021) |
| 10/20/2021 | 32 | Debtor's Request to Activate Electronic Noticing (DeBN) Filed by Debtor Jamie Lynn Gallian [EDB] (Law, Tamika) (Entered: 10/20/2021) |
| 10/21/2021 | **33**<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)31 Order on Motion to Extend Time (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 10/21/2021. (Admin.) (Entered: 10/21/2021) |
| 11/10/2021 | 34 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 12/1/2021 at 11:00 AM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. (Golden (TR), Jeffrey) (Entered: 11/10/2021) |
| 11/10/2021 | **35**<br>(1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Jeffrey I Golden (TR). (Golden (TR), Jeffrey) (Entered: 11/10/2021) |
| 11/16/2021 | **36**<br>(2 pgs) | Declaration by Debtor as to Whether Debtor(s) Received Income From an Employer Within 60 Days of Petition (LBR Form F1002-1) [EDB] Filed by Debtor Jamie Lynn Gallian . (Law, Tamika) (Entered: 11/17/2021) |
| 11/16/2021 | **37**<br>(26 pgs) | Amended Schedule A/B Individual: Property (Official Form 106A/B or 206A/B) , Amended Schedule C: The Property You Claimed as Exempt (Official Form 106C) , Schedule G Individual: Executory Contracts and Unexpired Leases (Official Form 106G or 206G) , Schedule H Individual: Your Codebtors (Official Form 106H or 206H) , Amended Schedule I Individual: Your Income (Official Form 106I) , Statement of Financial Affairs for Individual Filing for Bankruptcy (Official Form 107 or 207) , Statement of Intention for Individuals Filing Under Chapter 7 (Official Form 108) [EDB] Filed by Debtor Jamie Lynn Gallian . (Law, Tamika) (Entered: 11/17/2021) |
| 11/22/2021 | **38**<br>(23 pgs) | Amended Schedule A/B Individual: Property (Official Form 106A/B or 206A/B) , Amended Schedule C: The Property You Claimed as Exempt (Official Form 106C) , Schedule G Individual: Executory Contracts and Unexpired Leases (Official Form 106G or 206G) , Statement of Financial Affairs for Individual Filing for Bankruptcy (Official |

| | | 108) [EDB] Filed by Debtor Jamie Lynn Gallian . (Law, Tamika) (Entered: 11/23/2021) |
|---|---|---|
| 11/23/2021 | **39**<br>(26 pgs) | Amended Schedule A/B Individual: Property (Official Form 106A/B or 206A/B) , Amended Schedule C: The Property You Claimed as Exempt (Official Form 106C) , Schedule G Individual: Executory Contracts and Unexpired Leases (Official Form 106G or 206G) , Statement of Financial Affairs for Individual Filing for Bankruptcy (Official Form 107 or 207) , Statement of Intention for Individuals Filing Under Chapter 7 (Official Form 108) [EDB] Filed by Debtor Jamie Lynn Gallian . (Law, Tamika) (Entered: 11/23/2021) |
| 12/01/2021 | 40 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 12/15/2021 at 10:00 AM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. (Golden (TR), Jeffrey) (Entered: 12/01/2021) |
| 12/01/2021 | **41**<br>(1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Jeffrey I Golden (TR). (Golden (TR), Jeffrey) (Entered: 12/01/2021) |
| 12/01/2021 | **42**<br>(15 pgs) | Amending Schedules (D) (E/F) Filed by Debtor Jamie Lynn Gallian . (Law, Tamika) (Entered: 12/01/2021) |
| 12/01/2021 | | Receipt of Amendment Filing Fee - $32.00 by 08. Receipt Number 80075783. (admin) Paid in reference to dock #22 (Deficiency Ntc dock #23). Modified on 12/3/2021 (Law, Tamika). (Entered: 12/02/2021) |
| 12/01/2021 | | Receipt of Amendment Filing Fee - $32.00 by 08. Receipt Number 80075784. (admin) (Entered: 12/02/2021) |
| 12/15/2021 | 43 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 1/7/2022 at 03:00 PM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. (Golden (TR), Jeffrey) (Entered: 12/15/2021) |
| 12/15/2021 | **44**<br>(1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Jeffrey I Golden (TR). (Golden (TR), Jeffrey) (Entered: 12/15/2021) |
| 12/22/2021 | **45**<br>(16 pgs) | Notice of motion and motion for relief from automatic stay with supporting declarations ACTION IN NON-BANKRUPTCY FORUM RE: Randall I. Nickel vs. The Huntington Beach Gables HOA et al., Superior Court of California, County of Orange, Central Justice Center Docket Number: 30-2020-01163055-CU-OR-CJC . Fee Amount $188, Filed by Creditor The Huntington Beach Gables Homeowners Association [NOTE: Attorney Michael Poole Notified via voice mail and e-mail to file supplemental notice of hearing to be held remotely using Zoomgov audio and video hearing] (Duarte, Tina) (Entered: 12/22/2021) |
| 12/22/2021 | **46**<br>(112 pgs) | Memorandum of Points and Authorities in Support of Creditor The Huntington Beach Gables Homeowners Association's Motion for Relief from the Automatic Stay; Filed by Creditor The Huntington Beach Gables Homeowners Association. [NOTE: Attorney Michael Poole Notified via voice mail and e-mail to file supplemental notice of hearing to be held remotely using Zoomgov audio and video hearing] (Duarte, Tina) (Entered: 12/22/2021) |
| 12/22/2021 | | Receipt of Motion Filing Fee - $188.00 by 08. Receipt Number 80075831. (admin) (Entered: 12/22/2021) |
| 12/29/2021 | **47**<br>(3 pgs) | Supplemental Notice of Hearing to Be Held Remotely Using Zoomgov Audio and Video, Filed by Creditor The Huntington Beach Gables Homeowners Association [Filed by FAX] (RE: related document(s)45 Notice of motion and motion for relief from automatic stay with supporting declarations ACTION IN NON-BANKRUPTCY FORUM RE: Randall I. Nickel vs. The Huntington Beach Gables HOA et al., Superior Court of California, County of Orange, Central Justice Center Docket Number: 30-2020- |

| | | |
|---|---|---|
| | | NON-BANKRUPTCY FORUM. Fee Amount $188, Filed by Creditor The Huntington Beach Gables Homeowners Association [NOTE: Attorney Michael Poole Notified via voice mail and e-mail to file supplemental notice of hearing to be held remotely using Zoomgov audio and video hearing] filed by Creditor The Huntington Beach Gables Homeowners Association). The Hearing date is set for 1/20/2022 at 10:00 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Erithe A. Smith. NOTE: [NOTE: This document is to be docketed in the main bankruptcy case. Attorney Michael Poole Notified via voice mail and e-mail to file supplemental notice of hearing to be held remotely using Zoomgov audio and video hearing using the correct form for bankruptcy] (Duarte, Tina). (Entered: 12/29/2021) |
| 12/29/2021 | 48 | Hearing Set (RE: related document(s)45 Motion for Relief from Stay - ACTION IN NON-BANKRUPTCY FORUM filed by Creditor The Huntington Beach Gables Homeowners Association). The Hearing date is set for 1/20/2022 at 10:00 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Erithe A. Smith (Duarte, Tina) (Entered: 12/29/2021) |
| 01/04/2022 | 49<br>(3 pgs) | Supplemental Notice of Hearing to be Held Remotely Using Zoomgov Audio and Video; Filed by Creditor The Huntington Beach Gables Homeowners Association [By FAX] (RE: related document(s)45 Notice of motion and motion for relief from automatic stay with supporting declarations ACTION IN NON-BANKRUPTCY FORUM RE: Randall I. Nickel vs. The Huntington Beach Gables HOA et al., Superior Court of California, County of Orange, Central Justice Center Docket Number: 30-2020-01163055-CU-OR-CJC . Fee Amount $188, Filed by Creditor The Huntington Beach Gables Homeowners Association [NOTE: Attorney Michael Poole Notified via voice mail and e-mail to file supplemental notice of hearing to be held remotely using Zoomgov audio and video hearing]). The Hearing date is set for 1/20/2022 at 10:00 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Erithe A. Smith (Duarte, Tina) (Entered: 01/04/2022) |
| 01/07/2022 | 50 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 1/24/2022 at 03:00 PM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. (Golden (TR), Jeffrey) (Entered: 01/07/2022) |
| 01/07/2022 | 51<br>(1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Jeffrey I Golden (TR). (Golden (TR), Jeffrey) (Entered: 01/07/2022) |
| 01/14/2022 | 52<br>(3 pgs) | Notice of Continuance of Hearing of Creditor The Huntington Beach Gables Homeowners Association's Motion for Relief from the Automatic Stay; Filed by Creditor The Huntington Beach Gables Homeowners Association [By FAX] (RE: related document(s)45 Notice of motion and motion for relief from automatic stay with supporting declarations ACTION IN NON-BANKRUPTCY FORUM RE: Randall I. Nickel vs. The Huntington Beach Gables HOA et al., Superior Court of California, County of Orange, Central Justice Center Docket Number: 30-2020-01163055-CU-OR-CJC . Fee Amount $188, Filed by Creditor The Huntington Beach Gables Homeowners Association [NOTE: Attorney Michael Poole Notified via voice mail and e-mail to file supplemental notice of hearing to be held remotely using Zoomgov audio and video hearing]). The Hearing date is CONTINUED TO 2/17/2022 at 10:30 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Erithe A. Smith (Duarte, Tina) (Entered: 01/14/2022) |
| 01/14/2022 | 53<br>(3 pgs) | Supplemental Notice of Hearing to Be Held Remotely Using Zoomgov Audio and Video; Filed by Creditor The Huntington Beach Gables Homeowners Association [By FAX] (RE: related document(s)45 Notice of motion and motion for relief from automatic stay with supporting declarations ACTION IN NON-BANKRUPTCY FORUM RE: Randall I. Nickel vs. The Huntington Beach Gables HOA et al., Superior Court of California, County of Orange, Central Justice Center Docket Number: 30-2020-01163055-CU-OR-CJC . Fee Amount $188, Filed by Creditor The Huntington Beach Gables Homeowners Association [NOTE: Attorney Michael Poole Notified via voice mail and e-mail to file supplemental notice of hearing to be held remotely using Zoomgov audio and video hearing]). The Hearing date is set for 2/17/2022 at 10:30 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Erithe A. Smith (Duarte, Tina) (Entered: 01/14/2022) |

| 01/20/2022 | 56 | (scheduled to connect) (RE: related document(s)45 Motion for Relief from Stay - ACTION IN NON-BANKRUPTCY FORUM filed by Creditor The Huntington Beach Gables Homeowners Association). The Hearing is CONTINUED TO 2/17/2022 at 10:30 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701, Per Hearing Held 1/13/2022. The case judge is Erithe A. Smith (Duarte, Tina) (Entered: 01/25/2022) |
|---|---|---|
| 01/24/2022 | 54 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 2/14/2022 at 09:00 AM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. (Golden (TR), Jeffrey) (Entered: 01/24/2022) |
| 01/24/2022 | 55 (1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Jeffrey I Golden (TR). (Golden (TR), Jeffrey) (Entered: 01/24/2022) |
| 02/04/2022 | 57 (8 pgs) | Notice of Proposed Abandonment of Property of the Estate *Trustee's Notice of Intent to Abandon Estate's Interest in an Unscheduled Check, With Proof of Service* Filed by Trustee Jeffrey I Golden (TR). (DE Leest, Aaron) (Entered: 02/04/2022) |
| 02/04/2022 | 58 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Israel, Eric. (Israel, Eric) (Entered: 02/04/2022) |
| 02/07/2022 | 59 (3 pgs) | Notice -*Notice of Withdrawal re: Trustee's Notice of Intent to Abandon Estate's Interest in an Unscheduled Check; proof of service* Filed by Trustee Jeffrey I Golden (TR) (RE: related document(s)57 Notice of Proposed Abandonment of Property of the Estate *Trustee's Notice of Intent to Abandon Estate's Interest in an Unscheduled Check, With Proof of Service* Filed by Trustee Jeffrey I Golden (TR). (DE Leest, Aaron)). (DE Leest, Aaron) (Entered: 02/07/2022) |
| 02/11/2022 | 60 (8 pgs) | Notice of Proposed Abandonment of Property of the Estate -*Trustee's Notice of Intent to Abandon Estate's Interest in Debtor's Covid 19 Rent Relief Check; proof of service* Filed by Trustee Jeffrey I Golden (TR). (DE Leest, Aaron) (Entered: 02/11/2022) |
| 02/11/2022 | 61 (115 pgs) | Response to Motion Regarding the Automatic Stay and Declarations In Support; Memorandum of Points and Authorities in Opposition of Creditor The Huntington Beach Gables Homeowners Associations' Motion for Relief from the Automatic Stay 'EDB' (related document(s): 45 Notice of motion and motion for relief from automatic stay with supporting declarations ACTION IN NON-BANKRUPTCY FORUM RE: Randall I. Nickel vs. The Huntington Beach Gables HOA et al., Superior Court of California, County of Orange, Central Justice Cen filed by Creditor The Huntington Beach Gables Homeowners Association) Filed by Debtor Jamie Lynn Gallian (Le, James) Warning: Item subsequently amended by docket entry no:62 Modified on 2/11/2022 (Le, James). (Entered: 02/11/2022) |
| 02/11/2022 | 62 (241 pgs) | Amended Response to Motion Regarding the Automatic Stay and Declarations In Support; Memorandum of Points and Authorities in Opposition of Creditor The Huntington Beach Gables Homeowners Associations' Motion for Relief from the Automatic Stay 'EDB'(related document(s): 45 Notice of motion and motion for relief from automatic stay with supporting declarations ACTION IN NON-BANKRUPTCY FORUM RE: Randall I. Nickel vs. The Huntington Beach Gables HOA et al., Superior Court of California, County of Orange, Central Justice Cen filed by Creditor The Huntington Beach Gables Homeowners Association) Filed by Debtor Jamie Lynn Gallian (Le, James) (Entered: 02/11/2022) |
| 02/15/2022 | 63 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 2/28/2022 at 03:00 PM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. (Golden (TR), Jeffrey) (Entered: 02/15/2022) |
| 02/15/2022 | 64 (1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Jeffrey I Golden (TR). (Golden (TR), Jeffrey) (Entered: 02/15/2022) |
| 02/17/2022 | 65 | Hearing Held (RE: related document(s)45 Motion for Relief from Stay - ACTION IN NON-BANKRUPTCY FORUM filed by Creditor The Huntington Beach Gables |

| | | |
|---|---|---|
| | | Home Loan Association party motion without prejudice to re-filing the motion if the cause of action for voidable transfer is abandoned or deemed abandoned by the chapter 7 trustee pursuant to 11 U.S.C. 554. (Daniels, Sally) (Entered: 02/28/2022) |
| 02/28/2022 | 66 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 3/21/2022 at 03:00 PM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. (Golden (TR), Jeffrey) (Entered: 02/28/2022) |
| 02/28/2022 | 67 (1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Jeffrey I Golden (TR). (Golden (TR), Jeffrey) (Entered: 02/28/2022) |
| 03/03/2022 | 68 (12 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) 60; proof of service Filed by Trustee Jeffrey I Golden (TR). (DE Leest, Aaron) (Entered: 03/03/2022) |
| 03/03/2022 | 69 (6 pgs) | Notice of lodgment of Order in Bankruptcy Case; proof of service Filed by Trustee Jeffrey I Golden (TR) (RE: related document(s)60 Notice of Proposed Abandonment of Property of the Estate -Trustee's Notice of Intent to Abandon Estate's Interest in Debtor's Covid 19 Rent Relief Check; proof of service Filed by Trustee Jeffrey I Golden (TR). (DE Leest, Aaron)). (DE Leest, Aaron) (Entered: 03/03/2022) |
| 03/04/2022 | 70 (2 pgs) | Order Authorizing Trustee's Abandonment of Estate's Interest in Debtor's Covid 19 Rent Relief Check (BNC-PDF) (Related Doc # 60 ) Signed on 3/4/2022 (Duarte, Tina) (Entered: 03/04/2022) |
| 03/06/2022 | 71 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)70 Order on Motion to Abandon (BNC-PDF)) No. of Notices: 0. Notice Date 03/06/2022. (Admin.) (Entered: 03/06/2022) |
| 03/11/2022 | 72 (64 pgs) | Addendum to voluntary petition , Statement of Related Cases (LBR Form 1015-2.1) , Amended Schedule A/B Individual: Property (Official Form 106A/B or 206A/B) , Amended Schedule C: The Property You Claimed as Exempt (Official Form 106C) , Schedule G Individual: Executory Contracts and Unexpired Leases (Official Form 106G or 206G) , Schedule H Individual: Your Codebtors (Official Form 106H or 206H) , Amended Schedule I Individual: Your Income (Official Form 106I) , Declaration About an Individual Debtor's Schedules (Official Form 106Dec) , Statement of Financial Affairs for Individual Filing for Bankruptcy (Official Form 107 or 207) , Statement of Intention for Individuals Filing Under Chapter 7 (Official Form 108) , Chapter 7 Statement of Your Current Monthly Income (Official Form 122A-1) (BNC Option) , Verification of Master Mailing List of Creditors (LBR Form F1007-1), Proof of service. Verification of Declaration of Homestead filed with Orange County Clerk Recorder. Filed by Debtor Jamie Lynn Gallian . (Nguyen, Vi) (Entered: 03/14/2022) |
| 03/11/2022 | 73 (11 pgs) | Addendum to voluntary petition to amend Debtor's DBA, Item #11 pg 3, Item #16b pg6. Filed by Debtor Jamie Lynn Gallian . (Nguyen, Vi) (Entered: 03/14/2022) |
| 03/11/2022 | 74 (4 pgs) | Document re Verification of Declaration of Homestead. Filed by Debtor Jamie Lynn Gallian (RE: related document(s)72 Addendum to Vol Pet filed by Debtor Jamie Lynn Gallian, Statement of Related Cases (LBR Form 1015-2.1), Schedule A/B: Property (Official Form 106A/B or 206A/B), Schedule C: The Property You Claimed as Exempt (Official Form 106C), Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G or 206G), Schedule H: Your Codebtors (Official Form 106H or 206H), Schedule I: Your Income (Official Form 106I), Declaration About an Individual Debtor's Schedules (Official Form 106Dec), Statement of Financial Affairs (Official Form 107 or 207), Statement of Intention for Individuals Filing Under Chapter 7 (Official Form B8, or 108), Chapter 7 Statement of Your Current Monthly Income (Official Form 122A-1) (BNC Option), Verification of Master Mailing List of Creditors (LBR F1007-1)) (Nguyen, Vi) (Entered: 03/14/2022) |
| 03/15/2022 | 75 (22 pgs) | Amending Schedules (D) and (E/F) Filed by Debtor Jamie Lynn Gallian . (Nguyen, Vi) (Entered: 03/15/2022) |

| | | |
|---|---|---|
| 03/15/2022 | | Receipt Amendment Filing Fee - $32.00 by 16. Receipt Number 80075964. (admin) (Entered: 03/15/2022) |
| 03/16/2022 | [76](#) (105 pgs) | Proof of service of Amended Schedules Filed by Debtor Jamie Lynn Gallian . [EDB] (Law, Tamika) (Entered: 03/16/2022) |
| 03/16/2022 | [77](#) (8 pgs) | Statement of Corporate Ownership -none listed Filed by Debtor Jamie Lynn Gallian . [EDB] (Law, Tamika) (Entered: 03/17/2022) |
| 03/21/2022 | 78 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 4/4/2022 at 03:00 PM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. (Golden (TR), Jeffrey) (Entered: 03/21/2022) |
| 03/21/2022 | [79](#) (1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Jeffrey I Golden (TR). (Golden (TR), Jeffrey) (Entered: 03/21/2022) |
| 03/22/2022 | [80](#) (6 pgs) | Chapter 7 Statement of Your Current Monthly Income (Official Form 122A-1) (BNC Option) Filed by Debtor Jamie Lynn Gallian . [EDB] (Law, Tamika) (Entered: 03/23/2022) |
| 04/04/2022 | 81 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 4/11/2022 at 03:00 PM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. (Golden (TR), Jeffrey) (Entered: 04/04/2022) |
| 04/04/2022 | [82](#) (1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Jeffrey I Golden (TR). (Golden (TR), Jeffrey) (Entered: 04/04/2022) |
| 04/11/2022 | 83 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 4/22/2022 at 03:00 PM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. (Golden (TR), Jeffrey) (Entered: 04/11/2022) |
| 04/11/2022 | [84](#) (1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Jeffrey I Golden (TR). (Golden (TR), Jeffrey) (Entered: 04/11/2022) |
| 04/26/2022 | 85 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 4/29/2022 at 01:30 PM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. (Golden (TR), Jeffrey) (Entered: 04/26/2022) |
| 04/26/2022 | [86](#) (1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Jeffrey I Golden (TR). (Golden (TR), Jeffrey) (Entered: 04/26/2022) |
| 05/02/2022 | [87](#) (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Iskander, Brandon. (Iskander, Brandon) (Entered: 05/02/2022) |
| 05/02/2022 | [88](#) (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Goe, Robert. (Goe, Robert) (Entered: 05/02/2022) |
| 05/02/2022 | [89](#) (6 pgs) | Notice *Trustees Notice Of Intent To Abandon Estates Interest In Probate Claims (with Proof of Service)* Filed by Trustee Jeffrey I Golden (TR). (Golden (TR), Jeffrey) (Entered: 05/02/2022) |
| 05/03/2022 | [90](#) (2 pgs) | Notice of Assets (no bar date for claims is required) *with proof of service* Filed by Trustee Jeffrey I Golden (TR). (Golden (TR), Jeffrey) (Entered: 05/03/2022) |
| 05/03/2022 | 91 | Meeting of Creditors Held and Concluded (Chapter 7 Asset) Filed by Trustee Jeffrey I Golden (TR) (RE: related document(s) 83 Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 4/22/2022 at |

EXHIBIT C

| | | Chapter 7, THIS IS A HEARING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. (Golden (TR), Jeffrey)). (Golden (TR), Jeffrey) (Entered: 05/03/2022) |
|---|---|---|
| 05/11/2022 | **92**<br>(38 pgs) | Application to Employ Danning, Gill, Israel & Krasnoff, LLP as General Bankruptcy Counsel *Chapter 7 Trustees Notice Of Application And Application To Employ Danning, Gill, Israel & Krasnoff, LLP As General Bankruptcy Counsel Effective As Of January 27, 2022; Declaration Of Eric P. Israel; And Statement Of Disinterestedness, with Proof of Service* Filed by Trustee Jeffrey I Golden (TR) (Israel, Eric) (Entered: 05/11/2022) |
| 05/11/2022 | **93**<br>(2 pgs) | Notification of Discrepancy of Conclusion of Whether or Not No Asset Case (Claims Bar Dar Date Should Be Required); Filed by Debtor Jamie Lynn Gallian [EDB] (RE: related document(s)90 Notice of Assets (no bar date for claims is required) filed by Trustee Jeffrey I Golden (TR)) (TD8) (Entered: 05/11/2022) |
| 05/12/2022 | **94**<br>(10 pgs) | Amended Schedule I Individual: Your Income (Official Form 106I) , Amended Schedule J: Your Expenses (Official Form 106J) , Chapter 7 Statement of Your Current Monthly Income (Official Form 122A-1) (BNC Option) , Declaration About an Individual Debtor's Schedules (Official Form 106Dec) Filed by Debtor Jamie Lynn Gallian . [EDB] (TL) (Entered: 05/12/2022) |
| 05/12/2022 | **95**<br>(259 pgs) | Objection to Homestead Exemption *Notice of Motion and Motion Objecting to Debtor's Claimed Homestead Exemption; Memorandum of Points and Authorities; Declaration of D. Edward Hays in Support; with Proof of Service [Hrg. 6/2/22 at 10:30 a.m.]* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates. (Hays, D) (Entered: 05/12/2022) |
| 05/12/2022 | **96**<br>(4 pgs) | Notice *Supplemental Notice of Hearing to be Held Remotely Using Zoomgov Audio and Video; with Proof of Service* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (RE: related document(s)95 Objection to Homestead Exemption *Notice of Motion and Motion Objecting to Debtor's Claimed Homestead Exemption; Memorandum of Points and Authorities; Declaration of D. Edward Hays in Support; with Proof of Service [Hrg. 6/2/22 at 10:30 a.m.]* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates.). (Hays, D) (Entered: 05/12/2022) |
| 05/12/2022 | **97**<br>(31 pgs) | Declaration of Debtor RE Postpetition Income and Expenses as of the Following Date 05/11/2022 Filed by Debtor Jamie Lynn Gallian . [EDB] (TL) . (Entered: 05/13/2022) |
| 05/12/2022 | 99 | Hearing Set (related document # 95 Motion Objecting to Debtor's Claimed Homestead Exemption filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates). The Hearing date is set for 6/2/2022 at 10:30 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Erithe A. Smith (TD8) (Entered: 05/13/2022) |
| 05/13/2022 | **98**<br>(3 pgs) | Statement *The Huntington Beach Gables Homeowners Associations Joinder To Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates Motion Objecting To Debtors Claimed Homestead Exemption with proof of service* Filed by Creditor The Huntington Beach Gables Homeowners Association. (Goe, Robert) (Entered: 05/13/2022) |
| 05/16/2022 | **100**<br>(2 pgs) | Janine Jasso's Joinder to Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates' Motion Objecting to Debtor's Claimed Homestead Exemption Filed by Creditor Janine Jasso 'EDB' (RE: related document(s)95 Objection to Homestead Exemption filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates) (JL) (Entered: 05/16/2022) |
| 05/26/2022 | | Receipt of Motion Filing Fee - $188.00 by 16. Receipt Number 80076089. (admin) (Entered: 05/26/2022) |
| 05/26/2022 | **101**<br>(317 pgs; 4 docs) | Motion Confirming That No Stay is in effect for Criminal Restitution Case, or, If an Automatic Stay Exists, then for Relief from Stay . Fee Amount $188, Filed by Creditor Janine Jasso (Attachments: # 1 2 of 4 Motion # 2 3 of 4 Motion # 3 4 of 4 Motion) (AM) (Entered: 05/27/2022) |
| 05/26/2022 | **103** | Notice of motion/application Filed by Creditor Janine Jasso (RE: related |

| | | |
|---|---|---|
| | (2 pgs) | 101 Motion Confirming That No Stay is in effect for Criminal Restitution Case, or, If an Automatic Stay Exists, then for Relief from Stay . Fee Amount $188, Filed by Creditor Janine Jasso (Attachments: # 1 2 of 4 Motion # 2 3 of 4 Motion # 3 4 of 4 Motion) (AM). (AM) (Entered: 05/27/2022) |
| 05/27/2022 | 102 | Hearing Set (RE: related document(s)101 Motion for Relief - Order Confirming Termination of Stay or That no Stay is in Effect filed by Creditor Janine Jasso) The Hearing date is set for 6/16/2022 at 10:00 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Eritha A. Smith (AM) (Entered: 05/27/2022) |
| 05/27/2022 | 104 (3 pgs) | Supplemental Notice of Hearing To Be Held Remotely Using Zoomgov Audio and Video Filed by Creditor Janine Jasso (RE: related document(s)101 Motion Confirming That No Stay is in effect for Criminal Restitution Case, or, If an Automatic Stay Exists, then for Relief from Stay . Fee Amount $188, Filed by Creditor Janine Jasso (Attachments: # 1 2 of 4 Motion # 2 3 of 4 Motion # 3 4 of 4 Motion) (AM)). The Hearing date is set for 6/16/2022 at 10:00 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Eritha A. Smith [EDB] (AM) (Entered: 05/27/2022) |
| 06/01/2022 | 105 (361 pgs; 2 docs) | Debtors Reply Opposition, Memorandum of Points and Authorities to Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates' Motion Objecting to Debtor's Claimed Homestead Exemption and Joinder Parties Huntington Beach Gables HOA; Janine Jasso (related document(s): 95 Objection to Homestead Exemption filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates, Filed by Debtor Jamie Lynn Gallian [EDB] (TD8) Additional attachment(s) added on 6/1/2022 (TD8). (Entered: 06/01/2022) |
| 06/01/2022 | 106 (43 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *with Proof of Service* Filed by Trustee Jeffrey I Golden (TR) (RE: related document(s)92 Application to Employ Danning, Gill, Israel & Krasnoff, LLP as General Bankruptcy Counsel *Chapter 7 Trustees Notice Of Application And Application To Employ Danning, Gill, Israel & Krasnoff, LLP As General Bankruptcy Counsel Effective As Of January 2).* (Israel, Eric) (Entered: 06/01/2022) |
| 06/01/2022 | 107 (10 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *Declaration that No Party Requested a Hearing on Trustees Notice Of Intent To Abandon Estates Interest In Probate Claims (with Proof of Service)* Filed by Trustee Jeffrey I Golden (TR). (Golden (TR), Jeffrey) (Entered: 06/01/2022) |
| 06/01/2022 | 108 (2 pgs) | Order Granting Chapter 7 Trustee's Application to Employ Danning, Gill, Israel & Krasnoff, LLP as his General Bankruptcy Counsel [Doc. No. 92] (BNC-PDF) (Related Doc # 92) Signed on 6/1/2022. (TD8) (Entered: 06/01/2022) |
| 06/01/2022 | 109 (2 pgs) | Order Authorizing Trustee's Abandonment of Estate's Interest in Probate Claims (BNC-PDF) (Related Doc # 89 ) Signed on 6/1/2022 (TD8) (Entered: 06/01/2022) |
| 06/01/2022 | 111 (29 pgs) | Opposition to Chapter 7 Trustee's (related document(s): 92 Application to Employ Danning, Gill, Israel & Krasnoff, LLP as General Bankruptcy Counsel *Chapter 7 Trustees Notice Of Application And Application To Employ Danning, Gill, Israel & Krasnoff, LLP As General Bankruptcy Counsel Effective As Of January 2 filed by Trustee Jeffrey I Golden (TR));* Filed by Debtor Jamie Lynn Gallian [Request for Hearing] [EDB] (Filed at 9:33 pm) (TD8). (Entered: 06/02/2022) |
| 06/02/2022 | 110 (8 pgs) | Opposition to (related document(s): 101 Notice of Motion and Motion in Individual Case for Order Confirming Termination of Stay under 11 U.S.C. 362(j) or That No Stay is in Effect under 11 U.S.C. 362(c)(4)(A)(ii). Fee Amount $188, filed by Creditor Janine Jasso) -*Trustee's Notice of Opposition and Opposition to Motion Confirming that No Stay is in Effect for Criminal Restitution Case, or, if an Automatic Stay Exists, then for Relief from Stay filed by Creditor Janine Jasso; Memorandum of Points and Authorities in Support Thereof; proof of service* Filed by Trustee Jeffrey I Golden (TR) (DE Leest, Aaron) (Entered: 06/02/2022) |
| 06/02/2022 | 112 (39 pgs) | Debtor's Notice of Opposition and Opposition to Motion Confirming that No Stay is in Effect for Criminal Restitution Case, or, if an Automatic Stay Exists, Then for Relief from Stay filed by Interested Party Janine Jasso (related document(s): 101 Notice of |

| | | |
|---|---|---|
| | | [continued] Notice of Motion and Motion in Individual Case for Order Confirming Termination of Stay under 11 U.S.C. 362(j) or That No Stay is in Effect under 11 U.S.C. 362(c)(4)(A)(ii). Fee Amount $188, filed by Creditor Janine Jasso Filed by Debtor Jamie Lynn Gallian 'EDB' (JL) (Entered: 06/03/2022) |
| 06/02/2022 | 113 | Hearing Rescheduled/Continued (related document # 95 Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates Motion Objecting to Debtor's Claimed Homestead Exemption). The Hearing is CONTINUED TO 7/21/2022 at 10:30 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701 to allow Movant/Joining Parties to file a reply to Debtor's late opposition filed on June 1, 2022, which reply(ies) must be filed by July 7, 2022. No other pleadings may be filed. The case judge is Erithe A. Smith (TD8) (Entered: 06/03/2022) |
| 06/03/2022 | 114 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)108 Order on Application to Employ (BNC-PDF)) No. of Notices: 0. Notice Date 06/03/2022. (Admin.) (Entered: 06/03/2022) |
| 06/03/2022 | 116 (322 pgs) | Amended Motion Confirming That No Stay is in effect for Criminal Restitution Case, or, If an Automatic Stay Exists, then for Relief from Stay (Updated Proof of Service) 'EDB' (related document(s): 101 Notice of Motion and Motion in Individual Case for Order Confirming Termination of Stay under 11 U.S.C. 362(j) or That No Stay is in Effect under 11 U.S.C. 362(c)(4)(A)(ii). Fee Amount $188, filed by Creditor Janine Jasso) Filed by Creditor Janine Jasso (JL) (Entered: 06/06/2022) |
| 06/03/2022 | 117 (8 pgs) | Amended Supplemental Notice of Hearing To Be Held Remotely Using Zoomgov Audio and Video Filed by Creditor Janine Jasso (Updated Proof of Service) 'EDB' (RE: related document(s)104) (Filed by Creditor Janine Jasso . (JL) (Entered: 06/06/2022) |
| 06/04/2022 | 115 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)109 Order on Motion to Abandon (BNC-PDF)) No. of Notices: 0. Notice Date 06/04/2022. (Admin.) (Entered: 06/04/2022) |
| 06/09/2022 | 118 (23 pgs) | Reply to Trustee's and Debtor's Opposition to Motion Confirming that No Stay is in Effect for Criminal Restitution Case, or, if an Automatic Stay Exists, Then for Relief From Stay (related document(s): 110 Opposition filed by Trustee Jeffrey I Golden (TR), 112 Opposition filed by Debtor Jamie Lynn Gallian) Filed by Creditor Janine Jasso 'EDB' (JL) NOTE: Filed with incorrect caption and lists adversary number; this document belongs in the main bankruptcy case 8:21-bk-11710-ES. Modified on 6/10/2022 (TD8). (Entered: 06/09/2022) |
| 06/09/2022 | 119 (9 pgs) | Notice of lodgment Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (RE: related document(s)95 Objection to Homestead Exemption *Notice of Motion and Motion Objecting to Debtor's Claimed Homestead Exemption; Memorandum of Points and Authorities; Declaration of D. Edward Hays in Support; with Proof of Service [Hrg. 6/2/22 at 10:30 a.m.]* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates.). (Hays, D) (Entered: 06/09/2022) |
| 06/10/2022 | 120 (8 pgs) | Amended Notice of lodgment, Filed by Debtor Jamie Lynn Gallian [EDB] (RE: related document(s)95 Objection to Homestead Exemption). (TD8) (Entered: 06/10/2022) |
| 06/10/2022 | 121 (8 pgs) | Notice of Lodgment Filed by Debtor Jamie Lynn Gallian 'EDB' (RE: related document(s)95 Objection to Homestead Exemption). (JL) (Entered: 06/13/2022) |
| 06/16/2022 | 123 | Hearing Held (RE: related document(s)101 Motion for Relief - Order Confirming Termination of Stay or That no Stay is in Effect filed by Creditor Janine Jasso) Motion Denied Without Prejudice. (JL) (Entered: 06/22/2022) |
| 06/17/2022 | 122 (8 pgs) | Notice of lodgment, Filed by Creditor Janine Jasso [EDB] (RE: related document(s)101 Notice of Motion and Motion in Individual Case for Order Confirming Termination of Stay under 11 U.S.C. 362(j) or That No Stay is in Effect under 11 U.S.C. 362(c)(4)(A)(ii). Fee Amount $188,). (TD8). (Entered: 06/21/2022) |
| 06/23/2022 | 124 | Order Continuing Hearing on Motion Objecting to Debtor's Claimed Homestead |

| | | |
|---|---|---|
| | (5 pgs) | ...THEREFORE The hearing on the Motion is CONTINUED TO July 21, 2022, at 10:30 a.m. to Allow Houser Bros and/or the Joining Parties to File a Reply/Replies to Debtor's Late Opposition filed on June 1, 2022 (See Order for Further Ruling) (BNC-PDF) (Related Doc # 95 ) Signed on 6/23/2022 (TD8) (Entered: 06/23/2022) |
| 06/25/2022 | 125 (7 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)124 Order on Generic Motion (BNC-PDF)) No. of Notices: 0. Notice Date 06/25/2022. (Admin.) (Entered: 06/25/2022) |
| 06/27/2022 | 126 (2 pgs) | Order Denying Motion for Relief from the Automatic Stay Under 11 U.S.C. Section 362 (BNC-PDF) Signed on 6/27/2022 (RE: related document(s)101 Motion for Relief - Order Confirming Termination of Stay or That no Stay is in Effect filed by Creditor Janine Jasso. (TD8) (Entered: 06/27/2022) |
| 06/29/2022 | 127 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)126 Order (Generic) (BNC-PDF)) No. of Notices: 0. Notice Date 06/29/2022. (Admin.) (Entered: 06/29/2022) |
| 06/30/2022 | 128 (4 pgs) | Statement -*Trustee's Joinder in Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates' Motion Objecting to Debtor's Claimed Homestead Exemption; proof of service* 95 Filed by Trustee Jeffrey I Golden (TR). (DE Leest, Aaron) (Entered: 06/30/2022) |
| 07/07/2022 | 129 (5 pgs) | Reply to (related document(s): 105 Reply filed by Debtor Jamie Lynn Gallian) *The Huntington Beach Gables Homeowners Association's Reply to Debtor's Opposition to Motion Objecting to Debtor's Claimed Homestead Exemption with Proof of Service* Filed by Creditor The Huntington Beach Gables Homeowners Association (Goe, Robert) (Entered: 07/07/2022) |
| 07/07/2022 | 130 (96 pgs) | Reply to (related document(s): 105 Reply filed by Debtor Jamie Lynn Gallian) *Reply to Debtor's Opposition to Motion Objecting to Claimed Homestead Exemption; Declaration of D. Edward Hays in Support; with Proof of Service* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (Hays, D) (Entered: 07/07/2022) |
| 07/07/2022 | 131 (4 pgs) | Declaration re: *Declaration of Vivienne J. Alston re: Motion Objecting to Debtor's Claimed Homestead Exemption; with Proof of Service* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (RE: related document(s)130 Reply). (Hays, D) (Entered: 07/07/2022) |
| 07/07/2022 | 132 (62 pgs) | Declaration re: *Declaration of Greg Buysman re: Motion Objecting to Debtor's Claimed Homestead Exemption; with Proof of Service* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (RE: related document(s)130 Reply). (Hays, D) (Entered: 07/07/2022) |
| 07/07/2022 | 133 (4 pgs) | Declaration re: *Declaration of Chris Houser re: Motion Objecting to Debtor's Claimed Homestead Exemption; with Proof of Service* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (RE: related document(s)130 Reply). (Hays, D) (Entered: 07/07/2022) |
| 07/08/2022 | 134 (13 pgs) | Reply to Greg Buysman, CA Notary Public Commission Number 2341492; Owner & Operator the UPS Store, Edinger/Springdage (related document(s): 95 Objection to Homestead Exemption filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates) Filed by Debtor Jamie Lynn Gallian [EDB] (AM) (Entered: 07/08/2022) |
| 07/08/2022 | 135 (224 pgs; 6 docs) | Motion to Avoid Lien (Real Property) with The Huntington Beach Gables Homeowners Association Filed by Debtor Jamie Lynn Gallian [EDB] (AM) (Attachments: # 1 Part 2 # 2 Part 3 # 3 Part 4) (AM) Modified on 7/8/2022 (AM). Additional attachment(s) added on 7/8/2022 (TL). (Entered: 07/08/2022) |
| 07/08/2022 | 136 (228 pgs; 7 docs) | Notice of Opportunity to Request a Hearing On Motion Filed by Debtor Jamie Lynn Gallian . [EDB] (AM) Modified on 7/8/2022 (AM) (RE: related document(s)135 Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners |

| | | |
|---|---|---|
| | | ... Additional attachment(s) added on 7/11/2022 (TL). Modified on 7/11/2022 (TL). (Entered: 07/08/2022) |
| 07/08/2022 | 137 | Motion to Avoid Lien Real Property with The Huntington Beach Gables Homeowners Association Filed by Debtor Jamie Lynn Gallian (Attachments: # 1 Part 2 # 2 Part 3 # 3 Part 4 # 4 Part 5 # 5 Part 6) [EDB] (AM) Modified on 7/8/2022 (AM). Docketed in error. Motion terminated. See docket entry 135 for correct Motion. Modified on 7/11/2022 (TL). (Entered: 07/08/2022) |
| 07/20/2022 | 138 (20 pgs) | Notice *of Lodgment of Excerpts of Certified Transcript in Support of Reply to Debtor's Opposition to Motion Objecting to Claimed Homestead Exemption; with Proof of Service* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (RE: related document(s)130 Reply to (related document(s): 105 Reply filed by Debtor Jamie Lynn Gallian) *Reply to Debtor's Opposition to Motion Objecting to Claimed Homestead Exemption; Declaration of D. Edward Hays in Support; with Proof of Service* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates). (Hays, D) (Entered: 07/20/2022) |
| 07/21/2022 | 139 (6 pgs) | Notice of Lodgment of Orange County Tax Assessors Proof of Debtors Homestead Exemption Effective 2/25/2021 in Support of Opposition to Motion Objecting to Claimed Homestead Exemption, Filed by Debtor Jamie Lynn Gallian [EDB] (RE: related document(s)95 Objection to Homestead Exemption). (TD8) (Entered: 07/21/2022) |
| 07/21/2022 | 140 (33 pgs) | Amended Notice of Lodgment of Orange County Tax Assessors Proof of Debtors Homestead Exemption Effective 2/25/2021 in Support of Opposition to Motion Objecting to Claimed Homestead Exemption Filed by Debtor Jamie Lynn Gallian 'EDB' (RE: related document(s)130 Reply to (related document(s): 105 Reply filed by Debtor Jamie Lynn Gallian) *Reply to Debtor's Opposition to Motion Objecting to Claimed Homestead Exemption; Declaration of D. Edward Hays in Support; with Proof of Service* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates, 139 Notice of Lodgment of Orange County Tax Assessors Proof of Debtors Homestead Exemption Effective 2/25/2021 in Support of Opposition to Motion Objecting to Claimed Homestead Exemption, Filed by Debtor Jamie Lynn Gallian [EDB] (RE: related document(s)95 Objection to Homestead Exemption). (TD8)). (JL) (Entered: 07/21/2022) |
| 07/21/2022 | 143 (6 pgs) | Notice of Appeal and Statement of Election to Bankruptcy Appellate Panel.(Official Form 417A) . Fee Amount $298 NOT PAID Filed by Debtor Jamie Lynn Gallian . Appellant Designation due by 8/4/2022. (NB8) (Entered: 07/22/2022) |
| 07/21/2022 | 153 | Hearing Held (related document # 95 Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates Motion Objecting to Debtor's Claimed Homestead Exemption) - Motion Granted objecting to Debtor's homestead exemption claim. (TD8) (Entered: 07/25/2022) |
| 07/22/2022 | 141 (63 pgs) | Opposition to (related document(s): 135 Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian, 136 Notice of motion/application filed by Debtor Jamie Lynn Gallian, 137 Motion to Avoid Lien Real Property with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) *Omnibus Opposition to Debtor's Notice of Motion and Motion to Avoid Lien Under 11 U.S.C. § 522(f) and Request for Hearing; Declaration of Robert P. Goe in Support Thereof; Notice of Opposition and Request for a Hearing with Proof of Service* Filed by Creditor The Huntington Beach Gables Homeowners Association (Goe, Robert) (Entered: 07/22/2022) |
| 07/22/2022 | 142 (3 pgs; 2 docs) | Notice of Assets filed by trustee and court's notice of possible dividend (BNC) *with proof of service* Filed by Trustee Jeffrey I Golden (TR). Proofs of Claims due by 10/25/2022. Government Proof of Claim due by 1/5/2022. (Golden (TR), Jeffrey) (Entered: 07/22/2022) |
| 07/22/2022 | 144 (1 pg) | Deficiency letter to Appellant: Appeal Is Deficient For the Following Reasons: $298.00 Filing Fee For Appeal Was Not Paid; Does Not Include The Entered Date Of Order, Judgment, Or Decree; Does Not Include Entered Stamped Copy Of Order, Judgment, |

| | | |
|---|---|---|
| | | Includes Names and Telephone Number(s) Of The Opposing Parties (RE: related document(s)143 Notice of Appeal and Statement of Election (Official Form 417A) filed by Debtor Jamie Lynn Gallian) (NB8) (Entered: 07/22/2022) |
| 07/22/2022 | 145 | Request for a Certified Copy Fee Amount $11. The document will be sent via email to :gestrada@wgllp.com: Filed by Trustee Jeffrey I Golden (TR) (RE: related document(s)1 Voluntary Petition (Chapter 7)). (Golden (TR), Jeffrey) (Entered: 07/22/2022) |
| 07/22/2022 | | Receipt of Request for a Certified Copy( 8:21-bk-11710-ES) [misc,paycert] ( 11.00) Filing Fee. Receipt number A54475197. Fee amount 11.00. (re: Doc# 145 ) (U.S. Treasury) (Entered: 07/22/2022) |
| 07/22/2022 | 146 (1 pg) | Transcript Order Form related to an Appeal, regarding Hearing Date 07/21/2022 at 10:30 a.m. Filed by Debtor Jamie Lynn Gallian [EDB] (RE: related document(s)95 Objection to Homestead Exemption). (TD8) (Entered: 07/22/2022) |
| 07/22/2022 | 147 (269 pgs; 2 docs) | Amended Motion (related document(s): 135 Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) Filed by Debtor Jamie Lynn Gallian [EDB] (Attachments: # 1 Part 2) (TD8) (Entered: 07/22/2022) |
| 07/22/2022 | 148 (273 pgs; 3 docs) | Notice of Opportunity To Request a Hearing On Motion (LBR 9013-1(o)) Filed by Debtor Jamie Lynn Gallian [EDB] (RE: related document(s)135 Motion to Avoid Lien (Real Property) with The Huntington Beach Gables Homeowners Association Filed by Debtor Jamie Lynn Gallian [EDB] (Attachments: # 1 Part 2 # 2 Part 3 # 3 Part 4) (AM) Modified on 7/8/2022 (AM). Additional attachment(s) added on 7/8/2022 (TL)., 147 Amended Motion (related document(s): 135 Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) Filed by Debtor Jamie Lynn Gallian [EDB] (Attachments: # 1 Part 2) (TD8)). (Attachments: # 1 Part 2 - Amended Motion # 2 Part 3 - Declaration) (TD8) (Entered: 07/22/2022) |
| 07/22/2022 | 149 | Certified Copy Emailed to gestrada@wgllp.com (Entered: 07/22/2022) |
| 07/22/2022 | 150 (16 pgs) | Notice of lodgment Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (RE: related document(s)95 Objection to Homestead Exemption *Notice of Motion and Motion Objecting to Debtor's Claimed Homestead Exemption; Memorandum of Points and Authorities; Declaration of D. Edward Hays in Support; with Proof of Service [Hrg. 6/2/22 at 10:30 a.m.]* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates.). (Hays, D) (Entered: 07/22/2022) |
| 07/24/2022 | 151 (5 pgs) | BNC Certificate of Notice (RE: related document(s)142 Notice of Assets filed by trustee and court's notice of possible dividend (BNC) filed by Trustee Jeffrey I Golden (TR)) No. of Notices: 75. Notice Date 07/24/2022. (Admin.) (Entered: 07/24/2022) |
| 07/25/2022 | 152 | Transcript Record Transmittal (Court transcript records have been uploaded to FDS). For Order Number: 22-ES-22. RE Hearing Date: 07/21/22, [TRANSCRIPTION SERVICE PROVIDER: ECHO REPORTING, INC., Telephone number Ph: (858) 453-7590.] (RE: related document(s)146 Transcript Order Form (Public Request) filed by Debtor Jamie Lynn Gallian) (JL) (Entered: 07/25/2022) |
| 07/25/2022 | 154 (61 pgs) | Opposition to (related document(s): 135 Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian, 136 Notice of motion/application filed by Debtor Jamie Lynn Gallian, 137 Motion to Avoid Lien Real Property with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) *141 Amended Omnibus Opposition to Debtor's Notice of Motion and Motion to Avoid Lien Under 11 U.S.C. § 522(f) and Request for Hearing; Declaration of Robert P. Goe in Support Thereof with Proof of Service* Filed by Creditor The Huntington Beach Gables Homeowners Association (Iskander, Brandon) (Entered: 07/25/2022) |
| 07/25/2022 | 155 | Opposition to (related document(s): 135 Motion to Avoid Lien Property Lien with The |

| | | Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian, 136 Notice of motion/application filed by Debtor Jamie Lynn Gallian, 137 Motion to Avoid Lien Real Property with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) _141_[154 filer error] Amended Omnibus Opposition to Debtor's Notice of Motion and Motion to Avoid Lien Under 11 U.S.C. § 522(f) and Request for Hearing; Declaration of Robert P. Goe in Support Thereof; Notice of Opposition and Request for a Hearing with Proof of Service Filed by Creditor The Huntington Beach Gables Homeowners Association (Goe, Robert) (Entered: 07/25/2022) |
|---|---|---|
| 07/26/2022 | 156 (16 pgs) | Notice of lodgment *(Amended) Notice of Lodgment* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (RE: related document(s)150 Notice of lodgment Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (RE: related document(s)95 Objection to Homestead Exemption *Notice of Motion and Motion Objecting to Debtor's Claimed Homestead Exemption; Memorandum of Points and Authorities; Declaration of D. Edward Hays in Support; with Proof of Service [Hrg. 6/2/22 at 10:30 a.m.]* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates.).). (Hays, D) (Entered: 07/26/2022) |
| 07/26/2022 | 157 (332 pgs; 2 docs) | Debtor's Notice of and Motion for Reconsideration of 7.21.22 Order Sustaining Houser Bros. Co. DBA Rancho Del Rey Mobile Home Estates Objection to Debtor's Claimed Homestead Exemption and Joinder Parties Huntington Beach Gables HOA; Janine Jasso. Filed by Debtor Jamie Lynn Gallian (Attachments: # 1 Part 2) 'EDB' (RE: related document(s)95) (JL) (Entered: 07/26/2022) |
| 07/26/2022 | 158 (4 pgs) | Supplemental Notice of Hearing to be Held Remotely Using ZOOMGOV Audio and Video Filed by Debtor Jamie Lynn Gallian 'EDB' (RE: related document(s)157 Debtor's Notice of and Motion for Reconsideration of 7.21.22 Order Sustaining Houser Bros. Co. DBA Rancho Del Rey Mobile Home Estates Objection to Debtor's Claimed Homestead Exemption and Joinder Parties Huntington Beach Gables HOA; Janine Jasso. Filed by Debtor Jamie Lynn Gallian (Attachments: # 1 Part 2) 'EDB' (RE: related document(s)95) (JL)). (JL) (Entered: 07/26/2022) |
| 07/26/2022 | 159 | Hearing Set (RE: related document(s)157 Motion to Reconsider filed by Debtor Jamie Lynn Gallian) The Hearing date is set for 8/18/2022 at 10:30 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Erithe A. Smith (JL) (Entered: 07/26/2022) |
| 07/28/2022 | 160 | Trustee Certification of Services Rendered Under 11 U.S.C. Section 330(e). I rendered the following service in the case and am eligible for payment under 11 U.S.C. Section 330(e): Filed a Notice of Assets. I declare under penalty of perjury that the foregoing is true and correct. (Executed on 7/28/2022). Filed by Trustee Jeffrey I Golden (TR) (RE: related document(s)90 Notice of Assets (no bar date for claims is required) *with proof of service* Filed by Trustee Jeffrey I Golden (TR). (Golden (TR), Jeffrey) filed by Trustee Jeffrey I Golden (TR)). (Golden (TR), Jeffrey) (Entered: 07/28/2022) |
| 07/28/2022 | 161 (12 pgs) | Notice Of Appeal And Statement of Election To Bankruptcy Appellate Panel.(Official Form 417A) . Fee Amount $298 NOT PAID Filed by Debtor Jamie Lynn Gallian. Appellant Designation due by 8/11/2022. - [EDB] - APPEAL FEE OF $298 PAID 7/29/2022 - RECEIPT NO. 80076183 (NB8) Modified on 7/29/2022 (NB8). (Entered: 07/28/2022) |
| 07/28/2022 | 162 (25 pgs) | Application to Employ Coldwell Banker Realty as Real Estate Broker *Application Of The Chapter 7 Trustee To Employ Real Estate Broker Coldwell Banker Realty And Agents William Friedman And Greg Bingham Pursuant To 11 U.S.C. §§ 327 And 328; Memorandum Of Points and Authorities; And Declarations Of William Friedman And Greg Bingham In Support (with Proof of Service)* Filed by Trustee Jeffrey I Golden (TR) (Golden (TR), Jeffrey) - WARNING: See docket entry no. 166 for corrections - Modified on 7/29/2022 (TD8). (Entered: 07/28/2022) |
| 07/28/2022 | 163 (5 pgs) | Notice of Hearing *Application Of The Chapter 7 Trustee To Employ Real Estate Broker Coldwell Banker Realty And Agents William Friedman And Greg Bingham Pursuant To 11 U.S.C. §§ 327 And 328; Memorandum Of Points and Authorities; And Declarations Of William Friedman And Greg Bingham In Support (with Proof of Service)* Filed by Trustee Jeffrey I Golden (TR) (RE: related document(s)162 Application to Employ |

| | | |
|---|---|---|
| | | Real Estate Broker Regarding Real Estate Broker *Application Of The Chapter 7 Trustee To Employ Real Estate Broker Coldwell Banker Realty And Agents William Friedman And Greg Bingham Pursuant To 11 U.S.C. §§ 327 And 328; Memorandum Of Points And Authorities; And Declarations Of William Friedman And Greg Bingham In Support (with Proof of Service)* Filed by Trustee Jeffrey I Golden (TR) (Golden (TR), Jeffrey)). (Golden (TR), Jeffrey) - WARNING: See docket entry no. 166 for corrections - Modified on 7/29/2022 (TD8). (Entered: 07/28/2022) |
| 07/28/2022 | [164](4 pgs) | Supplemental *Supplemental Notice Of Hearing To Be Held Remotely Using Zoomgov Audio And Video (with Proof of Service)* Filed by Trustee Jeffrey I Golden (TR). (Golden (TR), Jeffrey) - WARNING: See docket entry no. 166 for corrections - Modified on 7/29/2022 (TD8). (Entered: 07/28/2022) |
| 07/28/2022 | [165](1 pg) | Deficiency letter to Appellant: Appeal Is Deficient For the Following Reasons: $298.00 Filing Fee For Appeal Was Not Paid And Does Not Include Entered Stamped Copy Of Order, Judgment, Or Decree (RE: related document(s)[161] Notice of Appeal and Statement of Election (Official Form 417A) filed by Debtor Jamie Lynn Gallian) (NB8) (Entered: 07/28/2022) |
| 07/28/2022 | | Receipt of Appeal Late Filing Fee - $0.00 by 12. Receipt Number 80076180. (admin) (Entered: 07/28/2022) |
| 07/28/2022 | | Receipt of Appeal Late Noticing Filing Fee - $0.00 by 12. Receipt Number 80076180. (admin) (Entered: 07/28/2022) |
| 07/29/2022 | 166 | Notice to Filer of Error and/or Deficient Document **Hearing date/time selected is no longer available. THE FILER IS INSTRUCTED TO CONTACT JUDGE SMITH'S COURTROOM DEPUTY FOR AN AVAILABLE HEARING DATE/TIME AND SUBSEQUENTLY FILE AN AMENDED NOTICE OF MOTION/HEARING WITH THE CORRECT HEARING INFORMATION.** (RE: related document(s)[162] Application to Employ filed by Trustee Jeffrey I Golden (TR), [163] Notice of Hearing (BK Case) filed by Trustee Jeffrey I Golden (TR), [164] Supplemental filed by Trustee Jeffrey I Golden (TR)) (TD8) (Entered: 07/29/2022) |
| 07/29/2022 | | Receipt of Appeal Late Noticing Filing Fee - $5.00 by 16. Receipt Number 80076183. (admin) (Entered: 07/29/2022) |
| 07/29/2022 | | Receipt of Appeal Late Filing Fee - $293.00 by 16. Receipt Number 80076183. (admin) (Entered: 07/29/2022) |
| 08/01/2022 | [167](160 pgs; 2 docs) | Notice of Motion Motion For Leave From The Bankruptcy Appeal Panel To Permit The Bankruptcy Court To Consider Debtor's Motion For Re-Consideration [Doc 157] On August 18, 2022 Filed by Debtor Jamie Lynn Gallian (Attachments: # [1] Motion For Reconsideration) (GD) [EDB] Modified on 8/1/2022 (GD). (Entered: 08/01/2022) |
| 08/02/2022 | [168](4 pgs) | Optional Appellee Statement of Election to Proceed in U.S. District Court (Official Form 417B) Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (RE: related document(s)[143] Notice of Appeal and Statement of Election (Official Form 417A), [161] Notice of Appeal and Statement of Election (Official Form 417A)). (Masud, Laila) (Entered: 08/02/2022) |
| 08/04/2022 | [169](4 pgs) | Notice Of Appeal And Statement Of Election To Bankruptcy Appellate Panel (Official Form 417A) . Fee Amount $298 NOT PAID Filed by Debtor Jamie Lynn Gallian . Appellant Designation due by 8/18/2022. [EDB] (NB8) (Entered: 08/04/2022) |
| 08/04/2022 | [170](58 pgs) | Response to (related document(s): [157] Motion to Reconsider filed by Debtor Jamie Lynn Gallian *Response to Debtor's Notice of and Motion for Reconsideration of 7-21-22 Order Sustaining Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates Objection to Debtor's Claimed Homestead Exemption; Declaration of D. Edward Hays in Support; with Proof of Service* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (Hays, D) (Entered: 08/04/2022) |
| 08/04/2022 | [171] | Statement - *Trustee's Joinder in Houser Bros. Co. dba Rancho Del Rey Mobile Home* |

| | | |
|---|---|---|
| | (4 pgs) | *Response to Debtor's Motion to Amend Motion for Reconsideration of 7.21.22 Order Sustaining Houser Bros. Co. dba Rancho Del Rey Mobile Home Estate's Objection to Debtor's Claimed Homestead Exemption; proof of service* Filed by Trustee Jeffrey I Golden (TR). (DE Leest, Aaron) (Entered: 08/04/2022) |
| 08/04/2022 | [172](#) (4 pgs) | Substitution of attorney , Proof of service Filed by Debtor Jamie Lynn Gallian. (Briones, Bert) (Entered: 08/04/2022) |
| 08/04/2022 | [173](#) (4 pgs) | Statement *The Huntington Beach Gables Homeowners Association's Joinder to House Bros. Co. dba Rancho del Rey Mobile Home Estates' Response to Debtor's Motion for Reconsideration with Proof of Service* Filed by Creditor The Huntington Beach Gables Homeowners Association. (Goe, Robert). Related document(s) 157 Motion to Reconsider filed by Debtor Jamie Lynn Gallian. Modified on 8/5/2022 (JL). (Entered: 08/04/2022) |
| 08/04/2022 | [174](#) (1 pg) | Deficiency letter to Appellant: Appeal Is Deficient For the Following Reasons: $298.00 Filing Fee For Appeal Was Not Paid; The Notice Of Appeal Does Not Conform Substantially With The Notice Of Appeal And Statement Of Election (Official Form 417A: Does Not Include The Title Of Order, Judgment, Or Decree; Does Not Include The Entered Date Of Order, Judgment, Or Decree; Does Not Include Entered Stamped Copy Of Order, Judgment, Or Decree; related document(s) 169 Notice of Appeal and Statement of Election; (RE: al Form 417A) filed by Debtor Jamie Lynn Gallian) (NB8) (Entered: 08/04/2022) |
| 08/04/2022 | [175](#) (185 pgs; 6 docs) | Notice Of Referral Of Appeal To United States Bankruptcy Appellate Panel Of The Ninth Circuit (BAP) with certificate of mailing (RE: related document(s) 161 Notice of Appeal and Statement of Election (Official Form 417A) filed by Debtor Jamie Lynn Gallian) (Attachments: # 1 Notice of Appeal and Statement of Election # 2 Notice of Motion and Motion for Leave From the Bankruptcy Appellate Panel to Permit the Bankruptcy Court to Consider Debtor's Motion for Re-consideration (Doc 157) on August 18, 2022 # 3 Notice of Transcript(s) Designated for an Appeal # 4 Transcript Order Form # 5 Amended Order Continuing The Bankruptcy Appellant Panel Of The Ninth Circuit) (NB8) (Entered: 08/04/2022) |
| 08/04/2022 | [176](#) (17 pgs; 5 docs) | Notice Of Referral Of Appeal To United States Bankruptcy Appellate Panel Of The Ninth Circuit (BAP) with certificate of mailing (RE: related document(s) 169 Notice of Appeal and Statement of Election (Official Form 417A) filed by Debtor Jamie Lynn Gallian) (Attachments: # 1 Notice of Appeal and Statement of Election # 2 Notice of Transcripts Designated for An Appeal # 3 Transcript Order Form # 4 Amended Order Continuing the Bankruptcy Appellant Panel of the Ninth Circuit) (NB8) (Entered: 08/04/2022) |
| 08/04/2022 | | Receipt of Appeal Late Filing Fee - $0.00 by 12. Receipt Number 80076190. (admin) (Entered: 08/04/2022) |
| 08/04/2022 | | Receipt of Appeal Late Noticing Filing Fee - $0.00 by 12. Receipt Number 80076190. (admin) (Entered: 08/04/2022) |
| 08/05/2022 | [177](#) (12 pgs) | Order Granting Houser Bros. Co. dba Rancho Del Rey Mobile Home Estate's Motion Objecting to Debtor's Claimed Homestead Exemption in 16222 Monterey Lane, Space #376, Huntington Beach, CA 92649, Docket No. 95 (BNC-PDF) (Related Doc # 95 ) Signed on 8/5/2022 (JL) (Entered: 08/05/2022) |
| 08/05/2022 | [178](#) (63 pgs) | Opposition to (related document(s): 147 Amended Motion (related document(s): 135 Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) filed by Debtor Jamie Lynn Gallian) *Opposition to Debtor's Amended Notice of Motion and Motion to Avoid Lien Under 11 U.S.C. § 522(f) and Request for Hearing; Declaration of Robert P. Goe in Support Thereof; Notice of Opposition and Request for a Hearing with Proof of Service* Filed by Creditor The Huntington Beach Gables Homeowners Association (Goe, Robert) (Entered: 08/05/2022) |
| 08/07/2022 | [179](#) (14 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s) 177 Order RE: Objection to Debtor's Claim of Exemptions (BNC-PDF)) No. of Notices: 0. Notice Date |

| 08/08/2022 | 180<br>(1 pgs) | Appeal transferred notice from BAP to USDC CC-22-1149 on 8/03/2022 (RE: related document(s)161 Notice of Appeal and Statement of Election (Official Form 417A) filed by Debtor Jamie Lynn Gallian) (GD) Modified on 8/8/2022 (GD). (Entered: 08/08/2022) |
|---|---|---|
| 08/08/2022 | 181<br>(4 pgs) | Substitution of attorney , Proof of service Filed by Debtor Jamie Lynn Gallian. (Briones, Bert) (Entered: 08/08/2022) |
| 08/09/2022 | 182<br>(46 pgs) | Opposition to (related document(s): 167 Motion for Leave to Appeal filed by Debtor Jamie Lynn Gallian) *Opposition and Request for Hearing on Debtor's Motion for Leave From the Bankruptcy Appeal Panel to Permit the Bankruptcy Court to Consider Debtor's Motion for Reconsideration; Declaration of D. Edward Hays In Support; with Proof of Service* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (Hays, D) (Entered: 08/09/2022) |
| 08/10/2022 | 183<br>(2 pgs) | Assignment notice of USDC case/judge to appeal transferred from BAP - Assigned USDC Case No.: 8:22-cv-1454-ODW (filed at United States District Court on 8/10/2022) (RE: related document(s)169 Notice of Appeal and Statement of Election (Official Form 417A) filed by Debtor Jamie Lynn Gallian) (NB8) (Entered: 08/10/2022) |
| 08/11/2022 | 184<br>(2 pgs) | Assignment notice of USDC case/judge to appeal transferred from BAP - (RE: BAP Case No.: CC-22-1149) - USDC Case No. Assigned: SACV-22-1462-RGK (RE: related document(s)161 Notice of Appeal and Statement of Election (Official Form 417A) filed by Debtor Jamie Lynn Gallian) - (filed at United States District Court on 8/10/2022) (NB8) (Entered: 08/11/2022) |
| 08/11/2022 | 185<br>(244 pgs; 3 docs) | Reply to Houser Bros CO DBA Rancho Del Rey Mobilehome Estates Opposition to Debtors Motion for Consideration of 7/21/22 Order Sustaining Houser Bros Co DBA Rancho Del Rey Mobilehome Estates Objection to Debtor's Claimed Homestead Exemption (related document(s): 157 Motion to Reconsider filed by Debtor Jamie Lynn Gallian, 170 Response filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates) Filed by Debtor Jamie Lynn Gallian (Attachments: # 1 Part 2) 'EDB'(JL) Additional attachment(s) added on 8/12/2022 (JL). (Entered: 08/11/2022) |
| 08/12/2022 | 186<br>(2 pgs) | Opening Letter - Notice Of Appeal In This Case Has Been Received By The Bankruptcy Appellate Panel And Assigned BAP Case Number CC-22-1155 (filed at United States Bankruptcy Appellate Panel of the Ninth Circuit on 8/11/22) (RE: related document(s)169 Notice of Appeal and Statement of Election (Official Form 417A) filed by Debtor Jamie Lynn Gallian) (NB8) (Entered: 08/12/2022) |
| 08/17/2022 | 187<br>(4 pgs) | Optional Appellee Statement of Election to Proceed in U.S. District Court (Official Form 417B) Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (RE: related document(s)169 Notice of Appeal and Statement of Election (Official Form 417A)). (Masud, Laila) (Entered: 08/17/2022) |
| 08/17/2022 | 188<br>(8 pgs) | Request To Dismiss Debtor's Notice Of Appeal Without Prejudice RE: Doc. No. 143, Doc 161, And Doc 169, Respectively Filed by Debtor Jamie Lynn Gallian [EDB] (NB8) (Entered: 08/18/2022) |
| 08/18/2022 | 189<br>(18 pgs) | Notice Of Appeal And Statement Of Election To Bankruptcy Appellate Panel.(Official Form 417A) . Fee Amount $298 NOT PAID. Filed by Debtor Jamie Lynn Gallian (RE: related document(s)177 Order RE: Objection to Debtor's Claim of Exemptions (BNC-PDF)). Appellant Designation due by 9/1/2022. - [EDB] (NB8) Modified on 8/18/2022 (NB8). (Entered: 08/18/2022) |
| 08/18/2022 | 190<br>(42 pgs) | Debtor's Reply To Houser Bros Co Opposition Debtor's Motion For Leave From The Bankruptcy Appeal Panel To Permit The Bankruptcy Court To Consider Debtor's Motion For Reconsideration Doc 182; Declaration Of Jamie Lynn Gallian In Support - (related document(s): 167 Motion for Leave to Appeal filed by Debtor Jamie Lynn Gallian) Filed by Debtor Jamie Lynn Gallian [EDB] (NB8) (Entered: 08/18/2022) |

| 08/18/2022 | [191](1 pg) | ...fer to Appellant. Appeal Is Deficient For the Following Reason: Notice Of Appeal Filing Fee Was Not Paid (RE: related document(s)[189](1 pg) Notice of Appeal and Statement of Election (Official Form 417A) filed by Debtor Jamie Lynn Gallian) (NB8) (Entered: 08/18/2022) |
|---|---|---|
| 08/18/2022 | [192](31 pgs; 5 docs) | Notice Of Referral Of Appeal To United States Bankruptcy Appellate Panel Of The Ninth Circuit (BAP) with certificate of mailing (RE: related document(s)[189] Notice of Appeal and Statement of Election (Official Form 417A) filed by Debtor Jamie Lynn Gallian) (Attachments: # [1] Notice of Appeal and Statement of Election # [2] Notice of Transcript(s) Designated for an Appeal # [3] Transcript Order Form # [4] Amended Order Continuing the Bankruptcy Appellant Panel of the Ninth Circuit) (NB8) (Entered: 08/18/2022) |
| 08/18/2022 | 193 | Hearing Rescheduled/Continued (RE: related document(s)[157] Motion to Reconsider filed by Debtor Jamie Lynn Gallian) The Hearing date is set for 9/22/2022 at 10:00 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Erithe A. Smith (JL) (Entered: 08/18/2022) |
| 08/18/2022 | [194](19 pgs; 5 docs) | Notice Of Referral Of Appeal To United States Bankruptcy Appellate Panel Of The Ninth Circuit (BAP) with certificate of mailing (RE: related document(s)[143] Notice of Appeal and Statement of Election (Official Form 417A) filed by Debtor Jamie Lynn Gallian) (Attachments: # [1] Notice of Appeal and Statement of Election # [2] Notice of Transcript(s) Designated for an Appeal # [3] Transcript Order Form # [4] Amended Order Continuing the Bankruptcy Appellate Panel of the Ninth Circuit) (NB8) (Entered: 08/18/2022) |
| 08/22/2022 | [195](5 pgs) | Notice of Hearing *Amended Notice Of Hearing On Application Of The Chapter 7 Trustee To Employ Real Estate Broker Coldwell Banker Realty And Agents William Friedman And Greg Bingham Pursuant To 11 U.S.C. §§ 327 And 328 (with Proof of Service)* Filed by Trustee Jeffrey I Golden (TR) (RE: related document(s)[162] Application to Employ Coldwell Banker Realty as Real Estate Broker *Application Of The Chapter 7 Trustee To Employ Real Estate Broker Coldwell Banker Realty And Agents William Friedman And Greg Bingham Pursuant To 11 U.S.C. §§ 327 And 328; Memorandum Of Points And Authorities; And Declarations Of William Friedman And Greg Bingham In Support (with Proof of Service)* Filed by Trustee Jeffrey I Golden (TR) (Golden (TR), Jeffrey) - WARNING: See docket entry no. 166 for corrections - Modified on 7/29/2022 (TD8).). (Golden (TR), Jeffrey) (Entered: 08/22/2022) |
| 08/22/2022 | 196 | Transcript regarding Hearing Held 07/21/22 RE: objection to debtor's claimed homestead exemption. Remote electronic access to the transcript is restricted until 11/21/2022. The transcript may be viewed at the Bankruptcy Court Clerk's Office on a public terminal **or** purchased through the Transcription Service Provider before the transcript access restriction has ended. [TRANSCRIPTION SERVICE PROVIDER: Echo Reporting, Inc., Telephone number echoreporting@yahoo.com.]. Notice of Intent to Request Redaction Deadline Due By 8/29/2022. Redaction Request Due By 09/12/2022. Redacted Transcript Submission Due By 09/22/2022. Transcript access will be restricted through 11/21/2022. (Jauregui, Tara) (Entered: 08/22/2022) |
| 08/22/2022 | 197 | Hearing Set (RE: related document(s)[162] Application to Employ Real Estate Broker Coldwell Banker Realty and Agents William Friedman and Greg Bingham filed by Trustee Jeffrey I Golden (TR)) The Hearing date is set for 9/13/2022 at 11:00AM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The hearing judge is Scott C Clarkson (JL) (Entered: 08/22/2022) |
| 08/23/2022 | [198](1 pg) | Notice Of Transfer Of Appeal From BAP To District Court - RE: BAP CC-22-1155 (RE: related document(s)[169] Notice of Appeal and Statement of Election (Official Form 417A) filed by Debtor Jamie Lynn Gallian) (filed at United States Bankruptcy Appellate Panel of the Ninth Circuit on 8/18/2022) (NB8) (Entered: 08/23/2022) |
| 08/24/2022 | [199](4 pgs) | Notice of Change of Address . (Goe, Robert) (Entered: 08/24/2022) |
| 08/25/2022 | [200](4 pgs) | Supplemental Notice of Hearing to Be Held Remotely U sing ZoomGov Audio and Video, Filed by Debtor Jamie Lynn Gallian [EDB] (RE: related document(s)[157] Debtor's |

| | | |
|---|---|---|
| | | ...n Motion for Reconsideration of 7.21.22 Order Sustaining Houser Bros. Co. DBA Rancho Del Rey Mobile Home Estates Objection to Debtor's Claimed Homestead Exemption and Joinder Parties Huntington Beach Gables HOA; Janine Jasso. Filed by Debtor Jamie Lynn Gallian (Attachments: # 1 Part 2) 'EDB' (RE: related document(s)95) (JL)). The Hearing date is set for 9/22/2022 at 10:00 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Erithe A. Smith (TD8) (Entered: 08/25/2022) |
| 08/25/2022 | 201 (8 pgs) | Notice of Proposed Abandonment of Property of the Estate *Trustees Notice Of Intent To Abandon Estates Interest In Claims Against Randall L. Nickel Relating To The October 2018 Transfer Of The Debtors Interest In The Property Commonly Known As 4476 Alderport Dr. #53, Huntington Beach, California 92649, with Proof of Service* Filed by Trustee Jeffrey I Golden (TR). (DE Leest, Aaron) (Entered: 08/25/2022) |
| 08/25/2022 | 202 (6 pgs) | Notice of lodgment Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (RE: related document(s)157 Debtor's Notice of and Motion for Reconsideration of 7.21.22 Order Sustaining Houser Bros. Co. DBA Rancho Del Rey Mobile Home Estates Objection to Debtor's Claimed Homestead Exemption and Joinder Parties Huntington Beach Gables HOA; Janine Jasso. Filed by Debtor Jamie Lynn Gallian (Attachments: # 1 Part 2) 'EDB' (RE: related document(s)95) (JL)). (Hays, D) (Entered: 08/25/2022) |
| 08/26/2022 | 203 (8 pgs) | Debtor's Notice to Trustee to Abandon Estate's Interest in Reinvested Funds From Sal of Unit 53, 10/31/2018 APN 937-630-53 to Purchase LBM1081 on November 1, 2018, and Against Jamie Lynn Gallian Relating to the Purchase in the Personal Property Commonly Known as 16222 Monterey Ln #376, Huntington Beach, California 92649, Filed by Debtor Jamie Lynn Gallian [EDB]. (TD8) (Entered: 08/26/2022) |
| 08/26/2022 | 204 (6 pgs) | Notice of lodgment Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (RE: related document(s)167 Motion for Leave to Appeal). (Hays, D) (Entered: 08/26/2022) |
| 08/30/2022 | 205 (4 pgs) | Declaration re: *Declaration of Brandon J. Iskander Regarding Debtor's Failure to Set Hearing on Her Amended Motion to Avoid Lien Under 11 U.S.C. § 522(f) as Required by Local Bankruptcy Rule 9013-1(o) with Proof of Service* Filed by Creditor The Huntington Beach Gables Homeowners Association (RE: related document(s)178 Opposition). (Iskander, Brandon). Related document(s) 147 Amended Motion (related document(s): 135 Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) filed by Debtor Jamie Lynn Gallian. Modified on 8/30/2022 (JL). (Entered: 08/30/2022) |
| 08/30/2022 | 206 (2 pgs) | Order Denying Motion for Leave from the Bankruptcy Appeal Panel to Permit the Bankruptcy Court to Consider Debtor's Motion for Re-Consideration [Doc 157] on August 18, 2022 (BNC-PDF) (Related Doc # 167) Signed on 8/30/2022. (JL) (Entered: 08/30/2022) |
| 08/30/2022 | 207 (1 pg) | Order Denying Debtor's Amended Motion to Avoid Lien (BNC-PDF) (Related Doc # 147 ) Signed on 8/30/2022 (JL) (Entered: 08/30/2022) |
| 08/30/2022 | 208 (36 pgs) | Opposition to Application of the Chapter 7 Trustee to Employ Real Estate Broker Coldwell Banker Realty and Agents William Friedman and Greg Bingham Pursuant to 11 U.S. Section 327 and 328 (related document(s): 162 Application to Employ Coldwell Banker Realty as Real Estate Broker *Application Of The Chapter 7 Trustee To Employ Real Estate Broker Coldwell Banker Realty And Agents William Friedman And Greg Bingham Pursuant To 11 U.S.C. §§ 327 And 328; M filed by Trustee Jeffrey I Golden (TR))* Filed by Debtor Jamie Lynn Gallian 'EDB' (JL) (Entered: 08/30/2022) |
| 08/31/2022 | 209 (2 pgs) | Order Approving Stipulation To Dismiss Appeal Without Prejudice RE: Appeal USDC Number: 8:22-cv-01454-ODW - RULING: Debtor's Appeal Shall Be DISMISSED WITHOUT PREJUDICE. (filed by United States District Court On 8/30/2022) (RE: related document(s)143 Notice of Appeal and Statement of Election (Official Form 417A) filed by Debtor Jamie Lynn Gallian). (NB8). Related document(s) 143 Notice of Appeal and Statement of Election (Official Form 417A) filed by Debtor Jamie Lynn Gallian. Modified on 9/2/2022 (NB8). (Entered: 08/31/2022) |

| | | |
|---|---|---|
| 08/31/2022 | 210 (48 pgs) | Amended Declaration of Homestead of Robert McLelland Instrument No. 2022000294548 [Re: 16222 Monterey Lane, Space 376, Huntington Beach, CA 92649], Filed by Debtor Jamie Lynn Gallian [EDB] (RE: related document(s)74 Document re Verification of Declaration of Homestead. Filed by Debtor Jamie Lynn Gallian (RE: related document(s)72 Addendum to Vol Pet filed by Debtor Jamie Lynn Gallian, Statement of Related Cases (LBR Form 1015-2.1), Schedule A/B: Property (Official Form 106A/B or 206A/B), Schedule C: The Property You Claimed as Exempt (Official Form 106C), Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G or 206G), Schedule H: Your Codebtors (Official Form 106H or 206H), Schedule I: Your Income (Official Form 106I), Declaration About an Individual Debtor's Schedules (Official Form 106Dec), Statement of Financial Affairs (Official Form 107 or 207) (Official Form 107 or 207), Statement of Intention for Individuals Filing Under Chapter 7 (Official Form B8, or 108), Chapter 7 Statement of Your Current Monthly Income (Official Form 122A-1) (BNC Option), Verification of Master Mailing List of Creditors (LBR F1007-1))). (TD8) (Entered: 08/31/2022) |
| 08/31/2022 | 212 (10 pgs) | Debtor's Notice of 2018 IRS Underpayment, Paid in Full Filed by Debtor Jamie Lynn Gallian (RE: related document(s)162 Application to Employ Coldwell Banker Realty as Real Estate Broker *Application Of The Chapter 7 Trustee To Employ Real Estate Broker Coldwell Banker Realty And Agents William Friedman And Greg Bingham Pursuant To 11 U.S.C. §§ 327 And 328; Memorandum Of Points And Authorities; And Declarations Of William Friedman And Greg Bingham In Support (with Proof of Service)* Filed by Trustee Jeffrey I Golden (TR) (Golden (TR), Jeffrey) - WARNING: See docket entry no. 166 for corrections - Modified on 7/29/2022 (TD8).). 'EDB' (JL) (Entered: 08/31/2022) |
| 09/01/2022 | 211 | In accordance with the Administrative Order 22-17 dated 8/16/2022, this case is hereby reassigned from Judge Erithe A. Smith to Judge Scott C Clarkson. (JL) (Entered: 09/01/2022) |
| 09/01/2022 | 213 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)206 Order on Motion For Leave to Appeal (BNC-PDF)) No. of Notices: 0. Notice Date 09/01/2022. (Admin.) (Entered: 09/01/2022) |
| 09/01/2022 | 214 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)207 Order on Amended Motion (BNC-PDF)) No. of Notices: 0. Notice Date 09/01/2022. (Admin.) (Entered: 09/01/2022) |
| 09/02/2022 | 215 (2 pgs) | USDC Stipulation To Dismiss Appeal Without Prejudice RE: Appeal USDC Number: 8:22-cv-01462-RGK - RULING: Debtor's Appeal Shall Be Dismissed Without Prejudice. (filed at United States District Court on 9/1/2022) (RE: related document(s)161 Notice of Appeal and Statement of Election (Official Form 417A) filed by Debtor Jamie Lynn Gallian). (NB8) (Entered: 09/02/2022) |
| 09/02/2022 | 216 (10 pgs) | Debtor's Notice of Filing of [Doc 212] In Error, Filed by Debtor Jamie Lynn Gallian [EDB] (RE: related document(s)212 Debtor's Notice of 2018 IRS Underpayment, Paid in Full Filed by Debtor Jamie Lynn Gallian (RE: related document(s)162 Application to Employ Coldwell Banker Realty as Real Estate Broker *Application Of The Chapter 7 Trustee To Employ Real Estate Broker Coldwell Banker Realty And Agents William Friedman And Greg Bingham Pursuant To 11 U.S.C. §§ 327 And 328; Memorandum Of Points And Authorities; And Declarations Of William Friedman And Greg Bingham In Support (with Proof of Service)* Filed by Trustee Jeffrey I Golden (TR) (Golden (TR), Jeffrey) - WARNING: See docket entry no. 166 for corrections - Modified on 7/29/2022 (TD8).). 'EDB' (JL)). (TD8) (Entered: 09/02/2022) |
| 09/02/2022 | 217 (14 pgs) | Debtor's Notice Of 2019 IRS 1040 Underpayment, Paid In Full Filed by Debtor Jamie Lynn Gallian . [EDB] (NB8) (Entered: 09/06/2022) |
| 09/06/2022 | 218 (7 pgs) | Reply to (related document(s): 208 Opposition filed by Debtor Jamie Lynn Gallian) - *Chapter 7 Trustee's Reply Memorandum of Points and Authorities in Support of Application to Employ Real Estate Broker and to Enter into Listing Agreement; and Request for Judicial Notice in Support Thereof; proof of service* Filed by Trustee Jeffrey I Golden (TR) (DE Leest, Aaron) (Entered: 09/06/2022) |
| 09/06/2022 | 219 | Objection (related document(s): 208 Opposition filed by Debtor Jamie Lynn Gallian) - |

| | | |
|---|---|---|
| | (30 pgs) | *Objection to the same by Jamie Gallian in Support of Opposition to Application of the Chapter 7 Trustee to Employ Real Estate Broker Coldwell Banker Realty and Agents William Friedman and Greg Bingham pursuant to 11 U.S.C. §§ 327 and 328; proof of service* Filed by Trustee Jeffrey I Golden (TR) (DE Leest, Aaron) (Entered: 09/06/2022) |
| 09/07/2022 | [220](#) (2 pgs) | Order Continuing Hearing on Debtor's Notice of and Motion for Reconsideration of 7.21.22 Order Sustaining Houser Bros. Co. DBA Rancho Del Rey Mobile Home Estates Objection to Debtor's Claimed Homestead Exemption - Hearing Continued to September 22, 2022 at 10:00 AM (BNC-PDF) (Related Doc # [157](#)) Signed on 9/7/2022. (JL) (Entered: 09/07/2022) |
| 09/07/2022 | [221](#) (3 pgs) | Statement *218 Huntington Beach Gables Homeowners Association's Joinder to Trustee's Reply in Support of Application to Employ Real Estate Broker with Proof of Service* Filed by Creditor The Huntington Beach Gables Homeowners Association. (Goe, Robert) (Entered: 09/07/2022) |
| 09/08/2022 | [222](#) (35 pgs) | Opposition to (related document(s): [203](#) Notice filed by Debtor Jamie Lynn Gallian) *Trustees Notice Of Opposition, Opposition And Request For Hearing To Debtor's Notice To Trustee To Abandon Estates Interest In Reinvested Funds From Sale Of Unit 53, 10/31/2018 APN 937-630-53 To Purchase LBM1081 On November 1, 2018, And Against Jamie Lynn Gallian Relating To The Purchase In The Personal Property Commonly Known As 16222 Monterey Ln #376, Huntington Beach, California 92649; Memorandum Of Points And Authorities And Request For Judicial Notice In Support Thereof, with Proof of Service* Filed by Trustee Jeffrey I Golden (TR) (DE Leest, Aaron) (Entered: 09/08/2022) |
| 09/09/2022 | [223](#) (4 pgs) | Opposition to (related document(s): [203](#) Notice filed by Debtor Jamie Lynn Gallian, [222](#) Opposition filed by Trustee Jeffrey I Golden (TR)) *Creditor Huntington Beach Gables Homeowners Association's Joinder to Trustee's Opposition to Debtor's Notice to Abandon Property of the Estate* Filed by Creditor The Huntington Beach Gables Homeowners Association (Iskander, Brandon) (Entered: 09/09/2022) |
| 09/09/2022 | [224](#) (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[220](#) Order on Motion To Reconsider (BNC-PDF) No. of Notices: 0. Notice Date 09/09/2022. (Admin.) (Entered: 09/09/2022) |
| 09/12/2022 | [225](#) (12 pgs; 2 docs) | Notice Of Lodgment Of Order In Bankruptcy Order In Bankruptcy Case Filed by Debtor Jamie Lynn Gallian (RE: related document(s)[203](#) Debtor's Notice to Trustee to Abandon Estate's Interest in Reinvested Funds From Sal of Unit 53, 10/31/2018 APN 937-630-53 to Purchase LBM1081 on November 1, 2018, and Against Jamie Lynn Gallian Relating to the Purchase in the Personal Property Commonly Known as 16222 Monterey Ln #376, Huntington Beach, California 92649 , Filed by Debtor Jamie Lynn Gallian [EDB]. (TD8)). [EDB] (NB8) Additional attachment(s) added on 9/12/2022 (NB8). (Entered: 09/12/2022) |
| 09/12/2022 | [226](#) (8 pgs) | Objection (related document(s): [225](#) Notice of Lodgment filed by Debtor Jamie Lynn Gallian) -*Trustee's Objection to Debtor's Notice of Lodgment of Order and Proposed Order re: Debtor's Notice to Trustee to Abandon Estate's Interest in Reinvested Funds from Sale of Unit 53, 10/31/2018 APN 937-630-53 to Purchase LBM1081 on November 1, 2018, and Against Jamie Lynn Gallian relating to the Purchase in the Personal Property commonly known as 16222 Monterey Ln #376, Huntington Beach, California 92649; Request for Judicial Notice in Support Thereof; proof of service* Filed by Trustee Jeffrey I Golden (TR) (DE Leest, Aaron) (Entered: 09/12/2022) |
| 09/13/2022 | 231 | Hearing Held On Motion (RE: related document(s)[162](#) Application Of The Chapter 7 Trustee To Employ Real Estate Broker Coldwell Banker Realty And Agents William Friedman And Greg Bingham Pursuant To 11 U.S.C. Sections 327 And 328 filed by Trustee Jeffrey I Golden (TR)) - MOTION DENIED WITHOUT PREJUDICE - ORDER BY ATTORNEY (NB8) (Entered: 09/20/2022) |
| 09/14/2022 | [227](#) (8 pgs) | Debtor Jamie Lynn Gallian's Reply To Trustee's Objection [Docket [226](#)) To Debtor's [Docket [225](#)) Notice Of Lodgment Of Order And Proposed Order [Docket [225-1]) RE: Debtor's Notice To Trustee To Abandon Estate's Interest In Reinvested Funds From Sale Of Unit 53, 10/31/2018 APN 937-630-53 To Purchase LBM1081 On November 1, 2018, |

| | | |
|---|---|---|
| | | ...Against Jamie Lynn Gallian Relating To The Purchase In The Personal Property Commonly Known As 16222 Monterey LN#376, Huntington Beach, California 92649. [Docket 203] (related document(s): 225 Notice of Lodgment filed by Debtor Jamie Lynn Gallian) Filed by Debtor Jamie Lynn Gallian [EDB] (NB8) (Entered: 09/14/2022) |
| 09/14/2022 | 228 (8 pgs) | Debtor Jamie Lynn Gallian's Reply To Trustee's Objection [Docket 226] To Debtor's [Docket 225] Notice Of Lodgment Of Order And Proposed Order [Docket 225-1] RE: Debtor's Notice To Trustee To Abandon Estate's Interest In Reinvested Funds From Sale Of Unit 53, 10/31/2018 APN 937-630-53 To Purchase LBM1081 On November 1, 2018, And Against Jamie Lynn Gallian Relating To The Purchase In The Personal Property Commonly Known As 16222 Monterey LN#376, Huntington Beach, California 92649. [Docket 203] (related document(s): 225 Notice of Lodgment filed by Debtor Jamie Lynn Gallian) Filed by Debtor Jamie Lynn Gallian [EDB] (NB8) (Entered: 09/14/2022) |
| 09/15/2022 | 229 (1 pg) | Request for CD of Court Proceedings . Fee Amount $32, Filed by Trustee Jeffrey I Golden (TR). (DE Leest, Aaron) (Entered: 09/15/2022) |
| 09/15/2022 | | Receipt of Request for CD of Court Proceedings (fee)( 8:21-bk-11710-SC) [misc,cdrf] ( 32.00) Filing Fee. Receipt number A54665082. Fee amount 32.00. (re: Doc# 229) (U.S. Treasury) (Entered: 09/15/2022) |
| 09/17/2022 | 230 (15 pgs) | Notice Of Lodgment RE: Chapter 7 Trustee's Application To Employ Real Estate Broker Coldwell Banker And Agents Pursuant To 11 U.S.C. Sections 327 And 328 Filed by Debtor Jamie Lynn Gallian (RE: related document(s)162 Application to Employ Coldwell Banker Realty as Real Estate Broker *Application Of The Chapter 7 Trustee To Employ Real Estate Broker Coldwell Banker Realty And Agents William Friedman And Greg Bingham Pursuant To 11 U.S.C. §§ 327 And 328; M)*. [EDB] (NB8) (Entered: 09/19/2022) |
| 09/20/2022 | 232 (23 pgs) | Objection (related document(s): 230 Notice of Lodgment filed by Debtor Jamie Lynn Gallian) *-Trustee's Objection to Debtor's Notice of Lodgment of Order and Form of Amended - Order Denying Chapter 7 Trustee Jeffrey I Golden's Application of the Chapter 7 Trustee to Employ Real Estate Broker Coldwell Banker Realty and Agents William Friedman and Greg Bingham pursuant to 11 U.S.C. §§ 327 and 328; proof of service* Filed by Trustee Jeffrey I Golden (TR) (DE Leest, Aaron) (Entered: 09/20/2022) |
| 09/20/2022 | 233 (6 pgs) | Notice of lodgment *of Order in Bankruptcy Case; proof of service* Filed by Trustee Jeffrey I Golden (TR) (RE: related document(s)162 Application to Employ Coldwell Banker Realty as Real Estate Broker *Application Of The Chapter 7 Trustee To Employ Real Estate Broker Coldwell Banker Realty And Agents William Friedman And Greg Bingham Pursuant To 11 U.S.C. §§ 327 And 328; Memorandum Of Points And Authorities; And Declarations Of William Friedman And Greg Bingham In Support (with Proof of Service)* Filed by Trustee Jeffrey I Golden (TR) (Golden (TR), Jeffrey) - WARNING: See docket entry no. 166 for corrections - Modified on 7/29/2022 (TD8).). (DE Leest, Aaron) (Entered: 09/20/2022) |
| 09/21/2022 | 234 (2 pgs) | BAP ORDER Dismissing Appeals Re: Appeal BAP Nos. CC-22-1146 AND CC-22-1166 (filed at United States Bankruptcy Appellant Panel of the Ninth Circuit on 9/16/2022) (RE: related document(s)143 Notice of Appeal and Statement of Election (Official Form 417A) filed by Debtor Jamie Lynn Gallian AND related document 189 Notice of Appeal and Statement of Election (Official Form 417A)). (NB8) (Entered: 09/21/2022) |
| 09/21/2022 | 235 (22 pgs) | Status report *in Advance of Continued Hearing on Motion for Reconsideration of 7-21- 22 Order Sustaining Houser Bros. Co dba Ranch Del Rey Mobile Home Estate's Objection to Debtor's Claimed Homestead Exemption; with Proof of Service* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (RE: related document(s)177 Order RE: Objection to Debtor's Claim of Exemptions (BNC-PDF)). (Hays, D) (Entered: 09/21/2022) |
| 09/22/2022 | 236 | Trustee Payment Under 11 U.S.C. Section 330(e) Processed for $60.00. Voucher Number CACBCLERK22-1161. (HF) (Entered: 09/22/2022) |
| 09/22/2022 | 237 | Hearing Held (RE: related document(s)157 Motion to Reconsider filed by Debtor Jamie Lynn Gallian) MATTER TAKEN UNDER ADVISEMENT (JL) (Entered: 09/23/2022) |

| | | |
|---|---|---|
| 09/23/2022 | 238<br>(13 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) _201_; _proof of service_ Filed by Trustee Jeffrey I Golden (TR). (DE Leest, Aaron) (Entered: 09/23/2022) |
| 09/23/2022 | 239<br>(2 pgs) | Order Authorizing Trustee's Abandonment of Estate's interest in claims against Randall L. Nickel relating to the October 2018 Transfer of the Property commonly known as 4476 Alderport Dr. #53, Huntington Beach, California 92649 (BNC-PDF) (Related Doc # 1 ) Signed on 9/23/2022 (AM) (Entered: 09/23/2022) |
| 09/25/2022 | 240<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)239 Order (Generic) (BNC-PDF)) No. of Notices: 0. Notice Date 09/25/2022. (Admin.) (Entered: 09/25/2022) |
| 09/28/2022 | 241<br>(2 pgs) | Order Denying Application Application Of The Chapter 7 Trustee To Employ Real Estate Broker Coldwell Banker Realty And Agents William Friedman And Greg Bingham Pursuant To 11 U.S.C. Sections 327 And 328 Without Prejudice. IT IS ORDERED: The Application Is DENIED WITHOUT PREJUDICE. (BNC-PDF) (Related Doc # 162) Signed on 9/28/2022. (NB8) (Entered: 09/28/2022) |
| 09/30/2022 | 242<br>(25 pgs) | Notice _of Recent Decision re: Debtor's Motion for Reconsideration of 7.21.22 Order Sustaining Objection to Debtor's Claimed Homestead Exemption, with Proof of Service_ Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates. (Hays, D) (Entered: 09/30/2022) |
| 09/30/2022 | 243<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)241 Order on Application to Employ (BNC-PDF)) No. of Notices: 0. Notice Date 09/30/2022. (Admin.) (Entered: 09/30/2022) |
| 10/07/2022 | 244<br>(256 pgs) | AMENDED Debtor's Notice Of Motion And Motion To Avoid Lien Under 11 U.S.C. Section 522(f) (Real Property) With The Huntington Beach Gables Homeowners Association (related document(s): 147 Amended Motion (related document(s): 135 Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) filed by Debtor Jamie Lynn Gallian) Filed by Debtor Jamie Lynn Gallian [EDB] (NB8) (Entered: 10/07/2022) |
| 10/07/2022 | 245<br>(258 pgs) | Notice of Opportunity To Request a Hearing On Motion (LBR 9013-1(o)) Filed by Debtor Jamie Lynn Gallian (RE: related document(s)244 AMENDED Debtor's Notice Of Motion And Motion To Avoid Lien Under 11 U.S.C. Section 522(f) (Real Property) With The Huntington Beach Gables Homeowners Association (related document(s): 147 Amended Motion (related document(s): 135 Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) filed by Debtor Jamie Lynn Gallian) Filed by Debtor Jamie Lynn Gallian [EDB] (NB8)). [EDB] (NB8) (Entered: 10/07/2022) |
| 10/13/2022 | 246<br>(4 pgs) | Notice Motion For: Motion To Avoid Lien Under 11 U.S.C. Section 522(f) Filed by Debtor Jamie Lynn Gallian (RE: related document(s)244 AMENDED Debtor's Notice Of Motion And Motion To Avoid Lien Under 11 U.S.C. Section 522(f) (Real Property) With The Huntington Beach Gables Homeowners Association (related document(s): 147 Amended Motion (related document(s): 135 Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) filed by Debtor Jamie Lynn Gallian) Filed by Debtor Jamie Lynn Gallian [EDB] (NB8)). [EDB] (NB8) - Warning: See docket entry no.: 249 for corrections - Modified on 10/13/2022 (NB8). (Entered: 10/13/2022) |
| 10/13/2022 | 247<br>(4 pgs) | Notice Motion For: Motion To Avoid Lien Under 11 U.S.C. Section 522(f) Filed by Debtor Jamie Lynn Gallian (RE: related document(s)244 AMENDED Debtor's Notice Of Motion And Motion To Avoid Lien Under 11 U.S.C. Section 522(f) (Real Property) With The Huntington Beach Gables Homeowners Association (related document(s): 147 Amended Motion (related document(s): 135 Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) filed by Debtor Jamie Lynn Gallian) Filed by Debtor Jamie Lynn Gallian [EDB] (NB8)). [EDB] (NB8) - Warning: See docket entry no.: 248 for corrections - Modified on 10/13/2022 (NB8). (Entered: 10/13/2022) |

| | | |
|---|---|---|
| 10/13/2022 | 248 | Notice to Filer of Error and/or Deficient Document **Incorrect hearing date/time/location was selected. THE FILER IS INSTRUCTED TO FILE AN AMENDED NOTICE OF MOTION/HEARING WITH THE CORRECT HEARING INFORMATION, WHICH IS: NOVEMBER 15, 2022 AT 11:00 A.M. IN COURTROOM 5C-VIRTUAL, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701.** (RE: related document(s)246 Notice of motion/application filed by Debtor Jamie Lynn Gallian) (NB8) (Entered: 10/13/2022) |
| 10/13/2022 | 249 | Notice to Filer of Error and/or Deficient Document **Incorrect hearing date/time/location was selected. THE FILER IS INSTRUCTED TO FILE AN AMENDED NOTICE OF MOTION/HEARING WITH THE CORRECT HEARING INFORMATION, WHICH IS: NOVEMBER 15, 2022 AT 11:00 A.M. IN COURTROOM 5C-VIRTUAL, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701..** (RE: related document(s)246 Notice of motion/application filed by Debtor Jamie Lynn Gallian) (NB8) (Entered: 10/13/2022) |
| 10/13/2022 | 250 | Hearing Set (RE: related document(s)244 AMENDED Debtor's Motion To Avoid Lien Under 11 U.S.C. Section 522(f) (Real Property) With The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) The Hearing date is set for 11/15/2022 at 11:00 AM at Crtrm 5C-Virtual, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (NB8) (Entered: 10/13/2022) |
| 10/13/2022 | 252 (4 pgs) | AMENDED Notice Of Motion For: Motion To Avoid Lien Under 11 U.S.C. Section 522(f) Filed by Debtor Jamie Lynn Gallian (RE: related document(s)147 Amended Motion (related document(s): 135 Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) Filed by Debtor Jamie Lynn Gallian [EDB] (Attachments: # 1 Part 2) (TD8) filed by Debtor Jamie Lynn Gallian). [EDB] (NB8) (Entered: 10/14/2022) |
| 10/14/2022 | 251 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Barnhardt, Bradford. (Barnhardt, Bradford) (Entered: 10/14/2022) |
| 10/21/2022 | 253 (260 pgs) | Declaration That No Party Requested A Hearing On Motion (LBR 9013-1(o)(3)) Filed by Debtor Jamie Lynn Gallian (RE: related document(s) 244 Amended Motion (related document(s): 147 Amended Motion (related document(s): 135 Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) filed by Debtor Jamie Lynn Gallian). [EDB] (NB8) (Entered: 10/21/2022) |
| 10/21/2022 | 254 (7 pgs) | Notice Of Lodgment Of Order In Bankruptcy Case RE: Debtor's Motion To Avoid Lien Under 11 U.S.C. Section 522(f) (Real Property) Filed by Debtor Jamie Lynn Gallian (RE: related document(s)244 Amended Motion (related document(s): 147 Amended Motion (related document(s): 135 Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) filed by Debtor Jamie Lynn Gallian). [EDB] (NB8) Additional attachment(s) added on 10/21/2022 (NB8). (Entered: 10/21/2022) |
| 10/21/2022 | 255 (7 pgs) | Opposition to (related document(s): 244 Amended Motion (related document(s): 147 Amended Motion (related document(s): 135 Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) filed by Debtor Jamie Lynn Gallian) filed by Debtor Jamie Lynn Gallian *Preliminary Opposition To Amended Motion To Avoid Lien (Docket No. 244) with proof of service* Filed by Creditor The Huntington Beach Gables Homeowners Association (Goe, Robert) - Warning: See docket entry no.: 256 for corrections - Modified on 10/21/2022 (NB8). (Entered: 10/21/2022) |
| 10/21/2022 | 256 | Notice to Filer of Error and/or Deficient Document **Incorrect hearing date/time/location was selected. THE FILER IS INSTRUCTED TO FILE A NOTICE OF ERRATA WITH THE CORRECT HEARING INFORMATION, WHICH IS: NOVEMBER 15, 2022 AT 11:00 A.M. IN COURTROOM 5C-VIRTUAL, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701.** (RE: related document(s)255 Opposition filed by Creditor The Huntington Beach Gables Homeowners Association) (NB8) (Entered: 10/21/2022) |

| 10/23/2022 | 257<br>(4 pgs) | Debtor's Reply and Objection to HOA's Preliminary Opposition to Debtor's Declaration that No Party Filed and Served a Timely Notice of Opposition and Request for Hearing to Debtor's Amended Motion to Avoid Lien Under 11 U.S.C. Section 522(f) Doc 244; Declaration of Jamie Lynn Gallian (related document(s): 244 Amended Motion (related document(s): 147 Amended Motion (related document(s): 135 Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) filed by Debtor Jamie Lynn Gallian, 255 Opposition filed by Creditor The Huntington Beach Gables Homeowners Association) Filed by Debtor Jamie Lynn Gallian 'EDB' (JL) (Entered: 10/24/2022) |
| 10/24/2022 | 258<br>(4 pgs) | Debtor's Notice of Errata Regarding [Doc 246, 247, 252] Debtor's Amended Motion to Avoid Lien Under 11 U.S.C. Section(f) [Doc 244] was Unopposed and No Request for Hearing was Filed by Huntington Beach Gables HOA or Directly Related Party; Declaration of Jamie Lynn Gallian Filed by Debtor Jamie Lynn Gallian 'EDB' (RE: related document(s)246 Notice of motion/application, 247 Notice of motion/application, 252 Notice of motion/application). (JL) (Entered: 10/24/2022) |
| 10/24/2022 | 259<br>(3 pgs) | Errata *To Preliminary Opposition To Amended Motion To Avoid Lien with proof of service* Filed by Creditor The Huntington Beach Gables Homeowners Association (RE: related document(s)255 Opposition). (Iskander, Brandon) (Entered: 10/24/2022) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 11/01/2022 11:29:53 | | |
| **PACER Login:** | mcforsythe153854 | **Client Code:** | Huntington Beach HOA-RPG |
| **Description:** | Docket Report | **Search Criteria:** | 8:21-bk-11710-SC Fil or Ent: filed From: 1/1/2021 To: 11/1/2022 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 29 | **Cost:** | 2.90 |

EXHIBIT D

D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Movant and Creditor,
HOUSER BROS. CO. dba RANCHO DEL
REY MOBILE HOME ESTATES

FILED & ENTERED

AUG 05 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle          DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>　　　　Debtor. | Case No. 8:21-bk-11710-ES<br><br>Chapter 7<br><br>ORDER GRANTING HOUSER BROS. CO. DBA RANCHO DEL REY MOBILE HOME ESTATES'S MOTION OBJECTING TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION IN 16222 MONTEREY LANE, SPACE #376, HUNTINGTON BEACH, CA 92649, DOCKET NO. 95<br><br>HEARING DATE<br>Date:　July 21, 2022<br>Time:　10:30 a.m.<br>Ctrm:　5A<br>Location: 411 W. Fourth Street, Santa Ana, CA 92701 |

On May 12, 2022, Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates

("Houser Bros.") filed a "Motion Objecting to Debtor's Claimed Homestead Exemption"

("Motion"). Docket No. 95. The Motion was set for hearing on June 2, 2022, at 10:30 a.m.

Docket No. 99.

On May 13, 2022, The Huntington Beach Gables Homeowners Association ("HOA")

filed a "Joinder to Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates' Motion

Objecting to Debtor's Claimed Homestead Exemption" ("HOA Joinder"). Docket No. 98.

On May 16, 2022, Janine Jasso ("Ms. Jasso," and together with the HOA, the "Joining Parties") filed a "Joinder to Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates' Motion Objecting to Debtor's Claimed Homestead Exemption" ("Jasso Joinder"). Docket No. 100.

On June 1, 2022, Jamie Lynn Gallian ("Debtor") filed "Debtors Reply Opposition, Memorandum of Points and Authorities to Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates' Motion Objecting to Debtor's Claimed Homestead Exemption and Joinder Parties Huntington Beach Gables HOA; Janine Jasso" ("Opposition"). Docket No. 105.

On June 2, 2022, at 10:30 a.m., the Court conducted a hearing on the Motion. All appearances were as noted on the record. Before the hearing, the Court published a tentative ruling to continue the hearing on the Motion to July 21, 2022, at 10:30 a.m. to allow Houser Bros. and the Joining Parties to file a reply to Debtor's late Opposition. The Court's tentative ruling cautioned that "[n]o other pleadings may be filed," and that "in the future, the court will not consider any pleadings filed by Debtor after the day they are due."

On June 23, 2022, the Court entered an "Order Continuing Hearing on Motion Objecting to Debtor's Claimed Homestead Exemption" ("June 23, 2022, Order"), which attached a copy of the Court's tentative ruling for the June 2, 2022, hearing. Docket No. 124. The June 23, 2022, Order, provided as follows:

1) The hearing on the Motion is continued to July 21, 2022, at 10:30 a.m. to allow Houser Bros. and/or the Joining Parties to file a reply/replies to Debtor's late opposition filed on June 1, 2022;

2) Any replies by Houser Bros. or the Joining Parties must be filed by July 7, 2022; and

3) No other pleadings may be filed regarding the Motion. Docket No. 124.

On June 30, 2022, Chapter 7 Trustee Jeffrey I. Golden filed "Trustee's Joinder in Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates' Motion Objecting to Debtor's Claimed Homestead Exemption" ("Trustee Joinder"). Docket No. 128.

On July 7, 2022, the HOA filed a "Reply to Debtor's Opposition to Motion Objecting to Debtor's Claimed Homestead Exemption" ("HOA Reply"). Docket No. 129.

That same day, Houser Bros. filed:

1)    "Reply to Debtor's Opposition to Motion Objecting to Claimed Homestead Exemption" ("Houser Bros. Reply"), Docket No. 130;

2)    "Declaration of Vivienne J. Alston Re: Motion Objecting to Debtor's Claimed Homestead Exemption" ("Alston Declaration"), Docket No. 131;

3)    "Declaration of Greg Buysman Re: Motion Objecting to Debtor's Claimed Homestead Exemption" ("Buysman Declaration"), Docket No. 132; and

4)    "Declaration of Chris Houser Re: Motion Objecting to Debtor's Claimed Homestead Exemption" ("Houser Declaration"), Docket No. 133.

On July 8, 2022, Debtor filed an unauthorized "Reply to Greg Buysman, CA Notary Public Commission Number 2341449; Owner & Operator the UPS Store, Edinger/Springdale." Docket No. 134.[1]

Before the July 21, 2022, hearing, the Court published a tentative ruling to grant the Motion. A true and correct copy of the Court's tentative ruling for the July 21, 2022, hearing is attached as **Exhibit 1**.

On July 21, 2022, at 10:30 a.m., the Court held a continued hearing on the Motion. Appearances were as noted on the record. During the hearing, all parties were given an opportunity to be heard. The Court, having read and considered the Motion, the HOA Joinder, the Jasso Joinder, the Opposition, the Trustee Joinder, the HOA Reply, the Houser Bros. Reply, the Alston Declaration, the Buysman Declaration, and the Houser Declaration, and all other pleadings and papers filed in this case, and having heard the arguments made on the record during the July 21, 2022, hearing, for the set forth in the motion and reply papers, the attached tentative ruling, and on the record during the hearing, the Court enters its order as follows:

---

[1] The Court did not formally consider this pleading because Debtor filed it in violation of the June 23, 2022, Order's requirement that no other pleadings were to be filed other than replies by Houser Bros. and the Joining Parties. Even if the Court were to consider this improper pleading, the evidence presented therein would have been insufficient to alter or change the Court's ruling.

1    IT IS ORDERED that the Motion is granted and Houser Bros.'s objection in the Motion

2   to Debtor's claimed homestead exemption in 16222 Monterey Lane, Space #376, Huntington

3   Beach, CA 92649 pursuant to § 704.730 of the California Code of Civil Procedure is sustained.

4   Any claim of exemption by Debtor in the Property is disallowed.

5                                              # # #

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23   Date: August 5, 2022

24                                              Erithe Smith
                                               United States Bankruptcy Judge
25

26

27

28

EXHIBIT  1

# United States Bankruptcy Court
## Central District of California
### Santa Ana
### Erithe Smith, Presiding
### Courtroom 5A Calendar

---

**Thursday, July 21, 2022**                                      **Hearing Room        5A**

---

<u>10:30 AM</u>
**8:21-11710     Jamie Lynn Gallian**                                                    **Chapter 7**

   **#32.00**     CON'TD Hearing RE: Creditor Houser Bros. Co. dba Rancho Del Rey Mobile
               Home Estates Motion Objecting to Debtor's Claimed Homestead Exemption

               FR: 6-2-22

                            Docket          95

**Courtroom Deputy:**

   - NONE LISTED -

**Tentative Ruling:**

**June 2, 2022**

Continue hearing to July 21, 2022 at 10:30 a.m. to allow Movant/Joining
Parties to file a reply to Debtor's late opposition filed on June 1, 2022, which
reply(ies) must be filed by July 7, 2022.  No other pleadings may be filed.

<u>Basis for Tentative Ruling</u>:

1.  Because Debtor filed her opposition one day prior to the hearing, the court
has not had an opportunity to review it and the Movant was not afforded the
opportunity to file a reply to the opposition. Under the Local Bankruptcy
Rules, the court may exclude late-filed pleadings and not consider them at all.
On this one occassion, the court will make an exception and allow the
opposition.  <u>However</u>, in the future, the court will not consider any pleadings
filed by Debtor after the day they are due.

2.  Based solely on the timely filed Motion and joinders, the court would be
inclined to grant the Motion.
--------------------------------------------------------------------------------

**July 21, 2022**

Grant the Motion objecting to Debtor's homestead exemption claim.

---

EXHIBIT D                    EXHIBIT 1, PAGE 13

## United States Bankruptcy Court
## Central District of California
### Santa Ana
### Erithe Smith, Presiding
### Courtroom 5A Calendar

---

**Thursday, July 21, 2022**                                    **Hearing Room      5A**

---

10:30 AM
**CONT...**        **Jamie Lynn Gallian**                                    **Chapter 7**


Preliminary Comments re the Tentative Ruling:

This hearing was continued from June 2, 2022 solely because Debtor filed a late opposition *one day* prior to the hearing on June 1, 2022.  The continuance was to allow the Movant and Joining Parties to file a reply to the June 1 opposition by July 7, 2022.  The court expressly ruled that *no other pleadings were to be filed*.   Notwithstanding that ruling, Debtor filed an additional pleading on July 8, 2022  [dkt. 134] without obtaining leave from the court (with notice to the Movant and Joining Parties) to do so.  Accordingly, the pleading will not be formally considered by the court. The court notes parenthetically that even if it were to consider the improper pleading, the evidence presented therein would be insufficient to alter or change the court's ruling.

Basis for Tentative Ruling:

    A.  The Motion is Timely

       The court must first determine whether the objection was timely. *In re Smith*, 235 F.3d 472, 475 (9th Cir. 2000) (stating that before reaching the merits of debtor's purported exemption, the court must determine whether the Creditors' objections were timely). An objection to an exemption must be filed within 30 days after the conclusion of a debtor's meeting of creditors or the filing of any exemption amendment. Fed. R. Bankr. P. 4003(b)(1). Here, the Motion was timely filed on May 12, 2022, as the Debtor's meeting of creditors concluded on May 3, 2022.

    B.  Movant has provided evidence sufficient to grant the Motion

       At the time a petition for bankruptcy is filed, "all legal or equitable interests of the debtor in property" become available to satisfy creditors' claims and costs of the proceedings unless the assets are '"exempted' from use in satisfying claims of creditors and other authorized charges." *In re Sewell*, 180 F.3d 707, 710 (5th Cir. 1999); FRBP § 541(a)(1). The applicable state law determines bankruptcy exemptions on the date of the filing of the

---

EXHIBIT D                    EXHIBIT 1, PAGE 16

**United States Bankruptcy Court**
**Central District of California**
Santa Ana
**Erithe Smith, Presiding**
**Courtroom 5A Calendar**

Thursday, July 21, 2022                                    Hearing Room        **5A**

10:30 AM
CONT...        **Jamie Lynn Gallian**                                    **Chapter 7**
original bankruptcy petition. *In re Bassin*, 637 F.2d 668, 670 (9th Cir. 1980).
California has, per FRBP § 522(b)(1), has "opted out" of the federal
exemption scheme and therefore California debtors may claim only those
exemptions allowable under California law.

1.  Houser Bros has standing to bring the Motion

FRBP 4003(b) provides that a party in interest may filed an objection to
the list of property claimed by debtor as exempt. Fed. R. Bankr. P. 4003(b).
Here, Houser Bros is certainly a party in interest. First, Houser Bros is a
creditor. In her Amended Schedules [dkt. 75], Debtor listed Houser Bros. as a
creditor, with a contingent, unliquidated, disputed claim against the Property
of unknown amount. Second, On January 2, 2019, Houser Bros. filed a
"Complaint for Forcible Entry/Detainer (Mobilehome Park)" ("OCSC
Complaint") against Debtor in Orange County Superior Court, Case No.
30-2019-01041423-CL-UD-CJC ("OCSC Action"). Hays Declaration, Ex. 3.
Debtor's claimed homestead exemption, if allowed, will bind Houser Bros.
Reply, 7.

2.  There is no applicable recorded homestead

Generally, claimed exemptions are "presumptively valid" and the
objecting party thus bears the burden of proving that the exemption is
improper. *In re Carter*, 182 F.3d 1027, 1029 n. 3 (9th Cir.1999); FRBP §
4003(c). However, the Supreme Court in *Raleigh v. Illinois Dept of Revenue*,
530 US 15, 20-21 (2000) held that because burden of proof is substantive, in
the absence of a federal interest requiring a different result, the state law
allocation of the burden should apply in bankruptcy objection to claims. The
Ninth Circuit Bankruptcy Appellate Panel concluded that, where a state law
exemption statute specifically allocates the burden of proof to the debtor,
FRBP § 4003(c) does not change that allocation. *In re Diaz,* 547 B.R. 329,
337 (B.A.P. 9th Cir. 2016). *In re Diaz* is persuasive given the U.S. Supreme
Court's holding in *Raleigh*. California has placed the ultimate burden of proof
on the party claiming the exemption. CCP §§ 703.580(b), 704.780(a).
Although the burden of proof lies with the party claiming the exemption,
exemption statutes are generally construed in favor of the debtor. *Kono v.
Meeker K,* 196 Cal. App. 4th 81, 86 (2011).

# United States Bankruptcy Court
## Central District of California
### Santa Ana
### Erithe Smith, Presiding
### Courtroom 5A Calendar

---

**Thursday, July 21, 2022**                                    **Hearing Room        5A**

---

<u>10:30 AM</u>
**CONT...**        **Jamie Lynn Gallian**                                    **Chapter 7**

Pursuant to Cal. Civ. Proc. Code § 704.780(a), the burden to show a debtor's entitlement to a homestead exemption rests with the debtor, unless a declared homestead has been recorded. Cal. Civ. Proc. Code § 704.780(a). The objecting party need only provide evidence sufficient to meet the "preponderance of the evidence" standard.  *In re Kelley,* 300 B.R. 11, 16 (9th Cir. B.A.P. 2003). If the objecting party produces evidence to rebut the claimed exemption, the burden of production then shifts to the debtor to demonstrate the exemption is proper. Fed. R. Evid. R. 301. The debtor's standard of proof is also "preponderance of the evidence." *United States ex rel. Farmers Home Admin. v. Arnold & Baker Farms,*  177 B.R. 648, 654 (9th Cir. BAP 1994).

Here, Debtor bears the burden of proof to show entitlement to the homestead exemption because the Orange County Treasurer-Tax Collector records do not indicate that there is a "current homeowner's exemption or disabled veteran's exemption" for the Property. A copy of the 2021-22 tax bill for the Property is attached to the Hays Declaration as Exhibit 24.

Although Debtor claims to have recorded a Homestead Declaration, she did so with the Orange County Clerk-Recorder, not the Orange County Treasurer-Tax Collector. Declared homesteads are not applicable to sales by a bankruptcy trustee. *See In re Sain,* 584 B.R. 325, 329 (Bankr. S.D. Cal. 2018) (indicating that only the automatic homestead was available to a debtor who held a recorded declaration of homestead, because the debtor had not elected a declared homestead exemption in his schedules, and declared homesteads are not applicable to sales by bankruptcy trustees); *see also See Kelley v. Locke (In re Kelley),* 300 B.R. 11, 21 (B.A.P. 9th Cir. 2003) (noting that in the bankruptcy context, a debtor's declaration of homestead "helps him not at all, as the additional benefits conferred in Article 5 [Sections 704.910-704.995] would benefit him only in the situation of a voluntary sale"). Therefore, Debtor bears the burden of proof for the homestead exemption.

3.    <u>Debtor failed to meet her burden that the Property is
subject to exemption</u>

In *In re Shaefers,* the Ninth Circuit BAP found that a  Chapter 7 debtor

---

EXHIBIT D                        EXHIBIT 1, PAGE 18

# United States Bankruptcy Court
## Central District of California
### Santa Ana
### Erithe Smith, Presiding
### Courtroom 5A Calendar

---

**Thursday, July 21, 2022**                                    **Hearing Room**      **5A**

---

**CONT...      Jamie Lynn Gallian**                                                    **Chapter 7**

cannot claim homestead exemption in limited liability company (LLC) that he owned, which owned real property at which debtor resided; debtor did not identify any beneficial or equitable interest in the property, and LLC members such as debtor had no interest in the company's assets, rather, debtor's interest in LLC was a personal property interest outside the statutory definition of a homestead. 623 B.R. 777 (B.A.P. 9th Cir. 2020).

Here, Debtor has failed to meet her burden that the Property is subject to exemption. First, the HCD records show that J-Sandcastle LLC, not Debtor, was the Property's owner of record on the Petition Date. As of June 7, 2021—about a month before the Petition Date—the Property's registered owner was J-Sandcastle LLC, and the legal owners were Pierpont and J-Pad LLC. Hays Decl., Ex. 17 at 142. The HCD webpage indicates that "documents and fees" must be submitted to the HCD to transfer ownership of a manufactured home or manufactured home. The June 7, 2021, Title Search did not note any pending applications for title or registration change that might have added Debtor as the registered or legal owner of the Property before the Petition Date. And, Debtor paid no fees to the HCD between June 7, 2021, and the Petition Date that could have effectuated a title change. *See* Hays Decl., Ex. 26.

Moreover, the July 2021 HCD Transaction had a transaction date of July 14, 2021—five days after the Petition Date—and included a certificate of title showing J-Sandcastle LLC as the Property's registered owner and Pierpont and J-Pad LLC as the Property's legal owners. Hays Decl., Ex. 21 at 171. Included in this post-petition transaction was a document to add Debtor as the Property's "New Registered Owner." *Id*. at 172. Also attached was a County of Orange "Tax Clearance Certificate" issued and executed on the Petition Date, which gave the Property's "Current Registered Owner" as J-Sandcastle LLC. *Id*. at 191. The August 2021 HCD Transaction did include a certificate of title showing Debtor as the Property's registered owner, but according to the certificate, title was issued on August 3, 2021, nearly a month after the Petition Date. Hays Decl., Ex. 22 at 195.

Second, between February 1, 2021, and the Petition Date, all payments that Debtor submitted to Houser Bros. listed J-Sandcastle LLC as the payor/were on behalf of J-Sandcastle LLC. Only after the Petition Date

---

# United States Bankruptcy Court
## Central District of California
### Santa Ana
### Erithe Smith, Presiding
### Courtroom 5A Calendar

---

**Thursday, July 21, 2022**                                      **Hearing Room        5A**

---

10:30 AM
**CONT...        Jamie Lynn Gallian**                                            **Chapter 7**

did Debtor submit a payment on her own behalf. *See* Hays Decl. Ex. 23 at
203-222.

      Third, Debtor provides no credible evidence that she acquired an
interest from the LLC on February 25, 2021. In Debtor's Original Schedules,
filed on the Petition Date (July 9, 2021), Debtor provided, under penalty of
perjury, that "Registered Title with HCD Debtor's single member LLC, J-
Sandcastle Co, LLC." Motion at 33 (Exhibit 2). In addition, Debtor, in the
Opposition, asserts J-Sandcastle LLC's executed a notarized release of title
document, claiming: "On the petition date July 9, 2021, the registered title
owner of the manufactured home located at 16222 Monterey Lane, Unit #376,
Huntington Beach, CA 92649 ('Property') was Jamie Lynn Gallian as of
February 25, 2021, the date J-Sandcastle Co LLC signed and dated to
release the Certificate of Title to Jamie Lynn Gallian, notarized the same
date." Opp'n., 29. However, Mr. Buysman did not actually notarize these
documents. Instead, Mr. Buysman's notary book shows that on February 25,
2021, he notarized for Debtor an "Affidavit of Death" and a "Transfer Grant
Deed." Buysman Decl., ¶¶7-11. Mr. Buysman did not notarize the July 2021
HCD Submission either. *Id.* Debtor's improperly filed July 8 response, even if
considered by the court, would be insufficient to counter the statements and
documentary evidence set forth in the Buysman Declaration.

      Fourth, any alleged unrecorded transfer of title to Debtor personally
was ineffective. *See In re Farokhirad*, Case No. 8:21-bk-10026-MW, ECF No.
98 (Bankr. C.D. Cal. Apr. 29, 2021) (sustaining a trustee's objection to an
individual debtor's claimed homestead exemption in property held by a wholly
owned LLC, and indicating that a provision of the LLC agreement purporting
to transfer an interest in the property to the debtor prepetition was ineffective
because an unrecorded deed could not bind the trustee). In California,
unperfected (i.e. unrecorded) liens against real property are unenforceable
against a bona fide purchaser for value, and Trustee is "clothed with the
status of a hypothetical bona fide purchaser of real property under Section
544(a)(3). *In re Tleel,* 79 B.R. 883, 887 (B.A.P. 9th Cir. 1987); Cal.Civ.Code
§§ 1214, 1217. Section 544, however, must be applied "without regard to any
knowledge of the trustee or of any creditor." 11 U.S.C. § 544(a). Therefore,
actual notice cannot overcome the Trustee's bona fide purchaser status. *In re
Tleel*, 876 F.2d 769, 772 (9th Cir. 1989). Pursuant to Section 544, the trustee

---

EXHIBIT D                    EXHIBIT 1, PAGE 10 of 10

# United States Bankruptcy Court
## Central District of California
### Santa Ana
### Erithe Smith, Presiding
### Courtroom 5A Calendar

---

**Thursday, July 21, 2022**                                   **Hearing Room        5A**

---

<u>10:30 AM</u>
**CONT...        Jamie Lynn Gallian**                                              **Chapter 7**

is treated as a lien creditor and/or bona fide purchaser as of the date of the commencement of the case. *In re Tleel*, 79 B.R. 883, 886 (B.A.P. 9th Cir. 1987).

While Debtor asserts the Property was actually transferred from J-Sandcastle LLC to Debtor on February 25, 2021, the transfer was not recorded until after the Petition Date. Hays Decl., Ex. 19 at 145. As such, Trustee would be treated as a bona fide purchaser as of the Petition Date.

In conclusion, Debtor failed to carry her burden because, on the Petition Date, the Property's registered owner was J-Sandcastle LLC, and the legal owners were Pierpont and J-Pad, LLC. As a result, the Property was not part of the estate and not eligible for an exemption.  The court, therefore, need not address Movant's alternative argument re 11 U.S.C. 522(p) except to say that had Debtor provided sufficient evidence of a transfer on February 25, 2021, the limitations of 522(p) would have applied.

| Party Information |
|---|

**<u>Debtor(s):</u>**

   Jamie Lynn Gallian                              Pro Se

**<u>Trustee(s):</u>**

   Jeffrey I Golden (TR)                            Represented By
                                            Aaron E DE Leest
                                            Eric P Israel

EXHIBIT D                    EXHIBIT 1, PAGE 11

# EXHIBIT E

(5)    If the court decides to hear oral testimony, the matter may be continued to another date for final hearing.

**(j)**    **Appearance at Hearing.**

(1)    <u>Appearance is Mandatory</u>.  Counsel for the moving and opposing parties, and the moving and opposing parties who are appearing without counsel, must be present at the hearing on the motion and must have such familiarity with the case as to permit informed discussion and argument of the motion.  The failure of counsel or a self-represented party to appear, unless excused by the court in advance, may be deemed consent to a ruling on the motion adverse to that counsel's or self-represented party's position.

(2)    <u>Waiver of Personal Appearance</u>.  With the consent of the court, counsel may waive personal appearance at the hearing.  Counsel who have agreed to waive personal appearance must advise the courtroom deputy of such agreement by telephone message or letter which reaches the courtroom deputy by no later than noon on the third day preceding the hearing date.  The courtroom deputy will advise the parties by no later than noon on the day preceding the hearing date as to whether the court has consented to the waiver of personal appearance.

(3)    <u>Oral Argument</u>.  If the court decides in its discretion to dispense with oral argument on any motion, the clerk will attempt to give counsel and self-represented parties notice of the court's intention to do so at least 24 hours before the hearing date and time.  The court may also dispense with oral argument and waive appearance by tentative or final ruling posted on the court's web site the day before the hearing.

(4)    <u>Telephonic Appearance at Hearing</u>.  A party who wishes to appear telephonically must consult the court's web site to determine whether a telephonic appearance on a particular matter is permissible and to review the judge's procedures for telephonic appearances.  <u>See</u> LBR 9074-1.

**(k)**    **Voluntary Dismissal or Stipulation to Dismiss a Motion.**  In addition to compliance with FRBP 7041(a), a movant who seeks to notify the court that a voluntary dismissal or stipulation for dismissal of a motion has been filed, must not less than 3 days prior to the hearing date: (1) give telephonic notice thereof to opposing counsel and the courtroom deputy of the judge before whom the matter is pending; and (2) on the same day, serve a copy on the judge before whom the matter is pending and on the opposing counsel. An order may be required.

**(l)**    **Motion Previously Denied.**  Whenever any motion for an order or other relief has been made to the court and has been denied in whole or in part, or has been granted conditionally or on terms, and a subsequent motion is made for the same relief in whole or in part upon the same or any allegedly different state of facts, it is the continuing duty of each party and attorney seeking such relief to present to the judge to whom any subsequent motion is made, a declaration of a party or witness or certified statement of

an attorney setting forth the material facts and circumstances surrounding each prior motion including:

(1)  The date of the prior motion;

(2)  The identity of the judge to whom the prior motion was made;

(3)  The ruling, decision or order on the prior motion;

(4)  The new or different facts and circumstances claimed to exist, which either did not exist or were not shown upon the prior motion; and

(5)  The new or different law or legal precedent claimed to exist, which either did not exist or were not shown upon the prior motion.

The failure to comply with the foregoing requirement is grounds for the court to set aside any order or ruling made on the subsequent motion, and subjects the offending party or attorney to sanctions.

**(m)    Continuance.**

(1)  <u>Motion for Continuance</u>.  Unless otherwise ordered, a motion for the continuance of a hearing under this rule must be filed as a separately captioned motion, and must be filed with the court and served upon all previously noticed parties by facsimile, email, personal service, or overnight mail at least 3 days before the date set for the hearing.

   (A)  The motion must set forth in detail the reasons for the continuance, state whether any prior continuance has been granted, and be supported by the declaration of a competent witness attesting to the necessity for the continuance.

   (B)  A proposed order for continuance must, in accordance with LBR 9021-1(b), be lodged with the court upon the filing of the motion.

   (C)  Unless the motion for continuance is granted by the court at least 1 day before the hearing, the parties must appear at the hearing.

(2)  <u>Stipulations for Continuances</u>.  Parties stipulating to a continuance of a hearing under this rule must notify the courtroom deputy immediately of their agreement for a continuance. The stipulation is subject to approval by the court under subsection (m)(3) of this rule.  Unless the continuance is approved by the court at least 1 day before the hearing, the parties must appear at the hearing.   A stipulation for continuance must contain facts establishing cause for the requested continuance and be filed in accordance with LBR 9021-1(b)(2) and LBR 9071-1.

(3)  <u>Court Approval</u>.  A continuance (whether stipulated to by counsel or not) is not effective unless an order is entered approving the continuance, the clerk informs

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 17701 Cowan, Suite 210, Irvine, CA 92614

A true and correct copy of the foregoing document entitled (*specify*): **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO AMENDED NOTICE OF MOTION AND MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) AND REQUEST FOR HEARING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On November 1, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) November 1, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Jamie Lynn Gallian                                Janine Jasso
16222 Monterey Ln Unit 376                        PO Box 370161
Huntington Beach, CA 92649                        El Paso, CA 79937

Michael D Poole
Feldsott & Lee
23161 Mill Creek Dr Ste 300
Laguna Hills, CA 92653

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) November 1, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

• The Honorable Scott Clarkson, USBC, 411 West Fourth Street, Santa Ana, CA 92701

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 1, 2022 | Susan C. Stein | /s/Susan C. Stein |
|---|---|---|
| Date | Printed Name | Signature |

1    Mailing Information for Case 8:21-bk-11710-ES

2    **Electronic Mail Notice List**

3    The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

4
- **Bradford Barnhardt    bbarnhardt@marshackhays.com,**
5        **bbarnhardt@ecf.courtdrive.com,kfrederick@ecf.courtdrive.com**
- **Aaron E. DE Leest    adeleest@DanningGill.com,**
6        **danninggill@gmail.com;adeleest@ecf.inforuptcy.com**
- **Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com**
7    - **Jeffrey I Golden (TR)    lwerner@go2.law, jig@trustesolutions.net;kadele@go2.law**
- **D Edward Hays    ehays@marshackhays.com,**
8        **ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;**
        **cmendoza@ecf.courtdrive.com**
9    - **Brandon J Iskander    biskander@goeforlaw.com, kmurphy@goeforlaw.com**
- **Eric P Israel    eisrael@DanningGill.com,**
10        **danninggill@gmail.com;eisrael@ecf.inforuptcy.com**
- **Laila Masud    lmasud@marshackhays.com,**
11        **lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com**
- **Mark A Mellor    mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com**
12    - **Valerie Smith    claims@recoverycorp.com**
- **United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4