| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Robert P. Goe – State Bar No. 137019<br>Brandon J. Iskander – State Bar No. 300916<br>**GOE FORSYTHE & HODGES LLP**<br>17701 Cowan Street, Suite 210, Bldg. D<br>Irvine, CA 92614<br>Telephone:  (949) 798-2460<br>Facsimile:   (949) 955-9437<br>Email:        rgoe@goeforlaw.com<br>                    biskander@goeforlaw.com<br><br>☐  Individual *appearing without an attorney*<br>☒  *Attorney for:* Huntington Beach Gables Homeowners Association | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>JAMIE LYNN GALLIAN,<br><br><br><br><br><br>Debtor(s) | CASE NO.: 8:21-bk-11710-SC<br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>**DEBTOR'S AMENDED MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f)** |
|---|---|

PLEASE TAKE NOTE that the order titled <u>ORDER DENYING DEBTOR'S AMENDED MOTION TO AVOID LIEN WITHOUT PREJUDICE</u> was lodged on (*date*) <u>November 15, 2022</u> and is attached.  This order relates to the motion which is docket number <u>244</u>.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                        Page 1                                **F 9021-1.2.BK.NOTICE.LODGMENT**

 **Bankruptcy LODGED ORDER UPLOAD FORM**

Tuesday, November 15, 2022

CONFIRMATION :

Your Lodged Order Info:
( **11259078.docx** )
A new order has been added

- **Office**: Santa Ana
- **Case Title**: Jamie Lynn Gallian
- **Case Number**: 21-11710
- **Judge Initial**: SC
- **Case Type**: bk ( Bankruptcy )
- **Document Number**: 244
- **On Date**: 11/15/2022 @ 01:34 PM

Thank You!

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012

Robert P. Goe – State Bar No. 137019
Brandon J. Iskander – State Bar No. 300916
**GOE FORSYTHE & HODGES LLP**
17701 Cowan Avenue, Suite 210, Bldg. D
Irvine, CA 92614
rgoe@goeforlaw.com
biskander@goeforlaw.com

Telephone: (949) 798-2460
Facsimile:  (949) 955-9437

Attorneys for The Huntington Beach Gables Homeowners Association

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>JAMIE LYNN GALLIAN,<br><br>Debtor. | Case No. 8:21-bk-11710-SC<br><br>Chapter 7 Proceeding<br><br>**ORDER DENYING DEBTOR'S AMENDED MOTION TO AVOID LIEN WITHOUT PREJUDICE**<br><br>**[DOCKET NO. 244]**<br><br><u>Hearing</u><br>Date:       November 15, 2022<br>Time:       11:00 a.m.<br>Place:      Courtroom 5C<br>               U.S. Bankruptcy Court<br>               411 W. Fourth Street<br>               Santa Ana, CA 92501 |

The Debtor's Amended Motion to Avoid Lien Under 11 U.S.C. § 522(f) [Docket No. 244] ("Motion") came on for regular hearing on November 15, 2022 before the U.S. Bankruptcy Court for the Central District of California, Santa Ana Division, the Honorable Scott C. Clarkson presiding. Movant Jamie Lynn Gallian appeared in pro per. Brandon J. Iskander of Goe Forsythe & Hodges LLP appeared on behalf of respondent the Huntington Beach Gables Homeowners Association.

The Court having reviewed the Motion, the Huntington Beach Gables Homeowners Association's Preliminary Opposition to the Motion [Docket No. 255], the Opposition to the Motion

1

[Docket No. 260], the Evidentiary Objections to the Motion [Docket No. 261], the Request for Judicial Notice in support of the Opposition to the Motion [Docket No. 262], and all other papers filed by Debtor in support of the Motion [Docket Nos. 245, 246, 247, 252, 253, 254, 257, 258, 263 & 264], based on the findings of fact and conclusions of law made by the Court on the record at the hearing, and based on the Court's tentative ruling which the Court adopted as its final ruling,

**IT IS ORDERED,**

1. The Motion is denied without prejudice; and

2. If Debtor's motion for reconsideration [Docket No. 157] is granted, Debtor may renew the Motion.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
17701 Cowan Street, Suite 210, Irvine, CA 92614

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) November 15, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Bradford Barnhardt**   bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,kfrederick@ecf.courtdrive.com
- **Aaron E. DE Leest**   adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com
- **Robert P Goe**   kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Jeffrey I Golden (TR)**   lwerner@go2.law, jig@trustesolutions.net;kadele@go2.law
- **D Edward Hays**   ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **Brandon J Iskander**   biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **Eric P Israel**   eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- **Laila Masud**   lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- **Mark A Mellor**   mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com
- **Valerie Smith**   claims@recoverycorp.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**: On (*date*) November 15, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | | |
|---|---|---|
| **Jamie Lynn Gallian**<br>16222 Monterey Ln Unit 376<br>Huntington Beach, CA 92649 | **Janine Jasso**<br>PO Box 370161<br>El Paso, CA 79937 | **Michael D Poole**<br>Feldsott & Lee<br>23161 Mill Creek Dr Ste 300<br>Laguna Hills, CA 92653 |

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) November 15, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- Scott Clarkson, USBC, 3420 Twelfth Street, Riverside, CA 92501
  (document delivery suspended due to COVID 19 protocols)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 15, 2022 | Susan C. Stein | /s/Susan C. Stein |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**