Robert P. Goe – State Bar No. 137019
Brandon J. Iskander – State Bar No. 300916
**GOE FORSYTHE & HODGES LLP**
17701 Cowan Avenue, Suite 210, Bldg. D
Irvine, CA 92614
rgoe@goeforlaw.com
biskander@goeforlaw.com

Telephone: (949) 798-2460
Facsimile:  (949) 955-9437

Attorneys for
The Huntington Beach Gables Homeowners Association

FILED & ENTERED

NOV 22 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>JAMIE LYNN GALLIAN,<br><br><br>Debtor. | Case No. 8:21-bk-11710-SC<br><br>Chapter 7 Proceeding<br><br>**ORDER DENYING DEBTOR'S AMENDED MOTION TO AVOID LIEN WITHOUT PREJUDICE**<br><br>**[DOCKET NO. 244]**<br><br>Hearing<br>Date:    November 15, 2022<br>Time:   11:00 a.m.<br>Place:  Courtroom 5C<br>          U.S. Bankruptcy Court<br>          411 W. Fourth Street<br>          Santa Ana, CA 92501 |

The Debtor's Amended Motion to Avoid Lien Under 11 U.S.C. § 522(f) [Docket No. 244] ("Motion") came on for regular hearing on November 15, 2022 before the U.S. Bankruptcy Court for the Central District of California, Santa Ana Division, the Honorable Scott C. Clarkson presiding.  Movant Jamie Lynn Gallian appeared in pro per.  Brandon J. Iskander of Goe Forsythe & Hodges LLP appeared on behalf of respondent the Huntington Beach Gables Homeowners Association.

The Court having reviewed the Motion, the Huntington Beach Gables Homeowners Association's Preliminary Opposition to the Motion [Docket No. 255], the Opposition to the Motion

1

[Docket No. 260], the Evidentiary Objections to the Motion [Docket No. 261], the Request for Judicial Notice in support of the Opposition to the Motion [Docket No. 262], and all other papers filed by Debtor in support of the Motion [Docket Nos. 245, 246, 247, 252, 253, 254, 257, 258, 263 & 264], based on the findings of fact and conclusions of law made by the Court on the record at the hearing, and based on the Court's tentative ruling which the Court adopted as its final ruling,

**IT IS ORDERED,**

1. The Motion is denied without prejudice; and

2. If Debtor's motion for reconsideration [Docket No. 157] is granted, Debtor may renew the Motion.

###

Date: November 22, 2022

Scott C. Clarkson
United States Bankruptcy Judge

2