BANKRUPTCY APPELLATE PANEL
OF THE NINTH CIRCUIT
A True Copy
Attest:
Susan M. Spraul, Clerk
by Deputy Clerk

FILED
SEP 16 2022
SUSAN M. SPRAUL, CL
U.S. BKCY. APP. PANE
OF THE NINTH CIRCUI

# UNITED STATES BANKRUPTCY APPELLATE PANEL
## OF THE NINTH CIRCUIT

| | |
|---|---|
| In re:<br><br>JAMIE LYNN GALLIAN,<br><br>Debtor. | BAP Nos. CC-22-1146<br>CC-22-1166<br><br>Bk. No. 8:21-bk-11710-ES |
| JAMIE LYNN GALLIAN,<br><br>Appellant,<br>v.<br><br>HOUSER BROS. CO., dba Rancho Del Rey Mobile Home Estates; JEFFREY IAN GOLDEN, Trustee; ; JANINE JASSO, Esquire; HUNTINGTON BEACH GABLES HOMEOWNERS ASSOC.,<br><br>Appellees. | **ORDER DISMISSING APPEALS** |

Before: LAFFERTY, TAYLOR, and GAN, Bankruptcy Judges.

  Debtor and Houser Bros. Co. stipulated these appeals are premature. They request the entry of orders dismissing these appeals so that the Debtor's Motion for Reconsideration can be heard on the merits by the bankruptcy court on September 22, 2022.

  The stipulations are granted.

  IT IS ORDERED the APPEALS ARE DISMISSED.