| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| JAMIE LYNN GALLIAN<br>16222 Monterey Lane Unit 376<br>Huntington Beach, CA 92649<br>(714)321-3449<br>jamiegallian@gmail.com<br><br><br>☒ Individual *appearing without an attorney*<br>☐ *Attorney for:* Debtor Rosa A. Fridman | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>JAMIE LYNN GALLIAN,<br><br><br><br>Debtor(s) | CASE NO.: 8:21-bk-11710-SC<br><br>CHAPTER: 7 |
|---|---|
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>DEBTOR'S MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY) |

PLEASE TAKE NOTE that the order titled <u>ORDER GRANTING DEBTOR'S MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)</u>

was lodged on (*date*) <u>1/6/2023</u> and is attached. This order relates to the motion which is docket number <u>277</u>

---

[1]  Please abbreviate if title cannot fit into text field.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012* | Page 1 | **F 9021-1.2.BK.NOTICE.LODGMENT**

1   JAMIE LYNN GALLIAN
2   16222 Monterey Lane Unit 376
    Huntington Beach, CA 92649
3   (714) 321-3449
    jamiegallian@gmail.com
4   IN PRO PER

5

6

7                       UNITED STATES BANKRUPTCY COURT

8           CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

9

10

11  In re                                    Case No. 8:21-bk-11710-SC

12  JAMIE LYNN GALLIAN,                       Chapter 7

13  Debtor.                                   **ORDER GRANTING DEBTOR'S
                                              MOTION TO AVOID LIEN UNDER 11**
14                                            **U.S.C. § 522(f) (REAL PROPERTY)**
                                              **DOC 277**
15

16
                                              **[NO HEARING REQUIRED]**
17

18

19

20      The Court having reviewed the Debtor's Notice of Motion and Motion to Avoid Lien(s)

21  under 11 U.S.C 522(f), DOC 277 filed December 22, 2022, and no objection or opposition

22  having been filed to the Notice of Motion To Avoid Lien(s), the Court hereby:

23

24

25

26

27

28

                                          -1-
**ORDER GRANTING DEBTOR'S MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)**

**IT IS HEREBY ORDERED THAT:**

1.     The Motion is GRANTED;

2.     The five (5) judgment liens identified in Exhibit A hereto recorded in Orange County in favor of creditor The Huntington Beach Gables Homeowners Association comprising of Exception Nos. F-J (Part 1), (Part 2),  and  as listed on Schedule B of Dkt. No. 277 (the "Gables HOA Liens") are AVOIDED and no longer encumber Debtor's personal residence located at 16222 Monterey Lane #376, Huntington Beach, CA 92649, Orange County Assessor's Parcel Number: 891-569-62;

3.     In accordance with 11 U.S.C. 522(c), the "property exempted under [11 U.S.C. 522(f)] is not liable during or after the case for any debt of the debtor that arose … before the commencement of the case" such that the exempted property at 16222 Monterey Lane #376, Huntington Beach, CA 92649, APN: 891-569-62 is not liable during or after the instant bankruptcy case for any debt of Debtor Jamie Lynn Gallian which arose before the petition date of July 9, 2021 in the instant case. Specifically, the property located at 16222 Monterey Lane #376, Huntington Beach, CA 92649, APN: 891-569-62 is not liable during or after the case for any wrongs committed by the Debtor Jamie Lynn Gallian before the July 9, 2021 petition date in the instant case as alleged in Orange County Superior Court Case No. 30-2017-00913985 and Orange County Superior Court Case No. 30-2017-00962999.

# # #

DATED:                                                 _____

Hon. Scott C. Clarkson

United States Bankruptcy Judge :

**ORDER GRANTING DEBTOR'S MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

# EXHIBIT A

18

19

20

21

22

23

24

25

26

27

28

**ORDER GRANTING DEBTOR'S MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)**

# Attachment A

6.      Debtor's entitlement to an exemption is impaired by a judicial lien(s), the details of the lien(s) are as follows:

a.      Date of Entry of judgment:    09/27/2018
b.      Case name: Huntington Beach Gables vs. Sandra L. Bradley, et al
c.      Name of Court: Superior Court of CA., County of Orange
d.      Docket Number: 30-2017-00913985
e.      Date and place of recordation of lien: 11/19/2018, in Orange County
f.      Recorder's instrument number: 2018000435011
Exception #_F-1,2_

a.      Date of Entry of judgment: 12/04/2018
b.      Case name: Huntington Beach Gables vs. Sandra L. Bradley, et al
c.      Name of Court: Superior Court of CA., County of Orange
d.      Docket Number: 30-2017-00913985
e.      Date and place of recordation of lien: 12/14/2018, in Orange County
f.      Recorder's instrument number: 2018000467142
Exception #_G-1,2_

a.      Date of Entry of judgment: 3/21/2019
b.      Case name: Huntington Beach Gables vs. Jamie L. Gallian
c.      Name of Court: Superior Court of CA., County of Orange
d.      Docket Number: 30-2017-00962999
e.      Date and place of recordation of lien: 05/03/2019, in Orange County
f.      Recorder's instrument number: 2019000148568
Exception #_H-1,2_

a.      Date of Entry of judgment: 05/6/2019
b.      Case name: Huntington Beach Gables vs. Sandra L. Bradley, et al
c.      Name of Court: Superior Court of CA., County of Orange
d.      Docket Number: 30-2017-00913985
e.      Date and place of recordation of lien: 05/16/2019 in Orange County
f.      Recorder's instrument number: 2019000165259
Exception #_I-1,2_

a.      Date of Entry of judgment: 05/6/2019
b.      Case name: Huntington Beach Gables vs. Sandra L. Bradley, et al
c.      Name of Court: Superior Court of CA., County of Orange
d.      Docket Number: 30-2017-00913985
e.      Date and place of recordation of lien: 05/16/2019, in Orange County
f.      Recorder's instrument number: 2019000166068
Exception #_J-1,2_

Attachment A-Continued

6.    Debtor's entitlement to an exemption is impaired by a judicial lien, the details of the lien are as follows:

    a.    Date of Entry of judgment:
    b.    Case name:  Huntington Beach Gables vs. Sandra L. Bradley, et al
    c.    Name of Court:  Superior Court of CA., County of Orange
    d.    Docket Number: 30-2017-00913985
    e.    Date and place of recordation of **RELEASE OF JUDGMENT: 09/10/2020,** filed by *Huntington Beach Gables Homeowners Association,* Official Records County of Orange.
    f.    Recorder's instrument number: 2020000481922
Exception #_K-1_____

**Exhibit A – Liens Avoided by Bankruptcy Court Order**

Re: 16222 Monterey Lane #376, Huntington Beach, CA 92649

APN 891-569-62, Lot 376, Parcel 2, Tract 10542, Unit 4,

on APN 178-011-16

| Preliminary Exception No. | Judgment Entry Date | Judgment Recording Date | Official Records of Orange County Instrument Number | Court | Case |
|---|---|---|---|---|---|
| "Exception F" | 09/27/2018 | 11/19/18 | 2018-000435011 | Orange County Superior Court | *Gables HOA v. Bradley, et al Jamie Gallian* (30-2017-00913985 ("2017 Arc Action") |
| "Exception G" | 12/04/18 | 12/14/2018 | 2018-000467142 | Same | 2017 Arc Action |
| "Exception H" | 03/21/2019 | 05/03/2019 | 2019-000148568 | Same | 2017 "Slapp" 30-17-00962999 |
| "Exception I" | 05/06/2019 | 05/16/2019 | 2019-000165259 | Same | 2017 Arc Action |
| "Exception J" | 05/06/2019 | 05/16/2019 | 2019-000166068 | Same | 2017 Arc Action |
| | | | | | |
| | | | | | |

-4-

**ORDER GRANTING DEBTOR'S MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

 5801 Skylab Road Huntington Beach, CA 92647


A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 1/6/23I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __1/6/23_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

JANINE JASSO, ESQ.
EMAIL ADDRESS: J9_JASSO@YAHOO.COM

MICHAEL POOLE, ESQ.
MPOOLE@CAHOALAW.COM

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/6/2023 | Robert McLelland | *Robert McLelland* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1  Mailing Information for Case 8:21-bk-11710-SC

2  **Electronic Mail Notice List**

3  The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

4
- **Aaron E DE Leest**   adeleest@DanningGill.com,
  danninggill@gmail.com;adeleest@ecf.inforuptcy.com
5
- **Robert P Goe**   kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
6
- **Jeffrey I Golden (TR)**   lwerner@wgllp.com, jig@trustesolutions.net;kadele@wgllp.com
- **D Edward Hays**   ehays@marshackhays.com,
7  ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com; c
  mendoza@ecf.courtdrive.com
8
- **Brandon J Iskander**   biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **Eric P Israel**   eisrael@DanningGill.com,
9  danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- **Laila Masud**   lmasud@marshackhays.com,
10  lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- **Mark A Mellor**   mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com
11
- **Valerie Smith**   claims@recoverycorp.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28