D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Creditor,
HOUSER BROS. CO. dba RANCHO DEL REY MOBILE HOME ESTATES

**FILED & ENTERED**

**JAN 10 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle    DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>Debtor. | Case No. 8:21-bk-11710-SC<br><br>Chapter 7<br><br>ORDER APPROVING STIPULATION TO CONTINUE HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY (DK. NO. 278), FROM JANUARY 18, 2023, TO FEBRUARY 1, 2023, AT 9:30 A.M.<br><br>CURRENT HEARING DATE:<br>Date:　January 18, 2023<br>Time:　10:00 a.m.<br>Ctrm:　5C<br><br>CONTINUED HEARING DATE:<br>Date:　February 1, 2023<br>Time:　9:30 a.m.<br>Ctrm:　5C[1] |

The Court has read and considered the Stipulation to Continue Hearing on Motion for Relief from the Automatic Stay ("Stipulation")[2] entered into by and between HOUSER BROS. CO., a

---

[1] Notwithstanding the opening of the Courthouse to in-person proceedings, in light of the overwhelming support by the Bar for continued virtual appearances, Judge Clarkson will continue utilizing ZoomGov in a hybrid format, holding the majority of hearings by video, with an option for in-person hearings. Please see the Court's tentative rulings on the Court's webpage to determine whether this hearing is virtual or in-person.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Stipulation.

1

California limited partnership dba RANCHO DEL REY MOBILE HOME ESTATES ("Houser Bros."), together with Debtor, Jamie Lynn Gallian ("Ms. Gallian"), filed on January 10, 2023, as Dk. No. 286, and has found good cause to approve the Stipulation.

IT IS ORDERED that:

1. The Stipulation is approved in its entirety;

2. The hearing on the Houser Bros.'s Motion for Relief from the Automatic Stay or For Order Confirming that the Automatic Stay Does Not Apply Under 11 U.S.C. § 362(l) (Unlawful Detainer) ("Motion"), Dk. No. 278, shall be continued from January 18, 2023, at 10:00 a.m., to **February 1, 2023, at 9:30 a.m.**

3. The deadline for Ms. Gallian to file and serve a response to the Motion is extended from January 4, 2023, to and including January 18, 2023; and

4. The deadline for any party to file and serve a reply in support of the Motion will be January 25, 2023.

### ###

Date: January 10, 2023

Scott C. Clarkson
United States Bankruptcy Judge

4895-2239-2647, v. 1

2