United States Bankruptcy Court

Central District of California

In re:

Case No. 21-11710-SC

Jamie Lynn Gallian

Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8

User: admin

Page 1 of 2

Date Rcvd: Jan 10, 2023

Form ID: pdf042

Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2023:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: jamiegallian@gmail.com | Jan 11 2023 00:34:00 | Jamie Lynn Gallian, 16222 Monterey Ln Unit 376, Huntington Beach, CA 92649-2258 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2023

Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron E. DE Leest | on behalf of Trustee Jeffrey I Golden (TR) adeleest@DanningGill.com  danninggill@gmail.com;adeleest@ecf.inforuptcy.com |
| Bradford Barnhardt | on behalf of Plaintiff Houser Bros. Co. bbarnhardt@marshackhays.com bbarnhardt@ecf.courtdrive.com,kfrederick@ecf.courtdrive.com |
| Bradford Barnhardt | on behalf of Interested Party Courtesy NEF bbarnhardt@marshackhays.com bbarnhardt@ecf.courtdrive.com,kfrederick@ecf.courtdrive.com |
| Brandon J Iskander | on behalf of Plaintiff The Huntington Beach Gables Homeowners Association biskander@goeforlaw.com kmurphy@goeforlaw.com |

District/off: 0973-8                    User: admin                    Page 2 of 2

Date Rcvd: Jan 10, 2023                 Form ID: pdf042                Total Noticed: 1

Brandon J Iskander
    on behalf of Creditor The Huntington Beach Gables Homeowners Association biskander@goeforlaw.com
    kmurphy@goeforlaw.com

D Edward Hays
    on behalf of Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates ehays@marshackhays.com
    ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
    on behalf of Interested Party Courtesy NEF ehays@marshackhays.com
    ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
    on behalf of Plaintiff Houser Bros. Co. ehays@marshackhays.com
    ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Eric P Israel
    on behalf of Trustee Jeffrey I Golden (TR) eisrael@DanningGill.com  danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Jeffrey I Golden (TR)
    lwerner@go2.law  jig@trustesolutions.net;kadele@go2.law

Laila Masud
    on behalf of Plaintiff Houser Bros. Co. lmasud@marshackhays.com  lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Laila Masud
    on behalf of Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates lmasud@marshackhays.com
    lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Laila Masud
    on behalf of Interested Party Courtesy NEF lmasud@marshackhays.com
    lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Mark A Mellor
    on behalf of Interested Party Courtesy NEF mail@mellorlawfirm.com  mellormr79158@notify.bestcase.com

Mark A Mellor
    on behalf of Defendant Randall L Nickel mail@mellorlawfirm.com  mellormr79158@notify.bestcase.com

Robert P Goe
    on behalf of Plaintiff The Huntington Beach Gables Homeowners Association kmurphy@goeforlaw.com
    rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe
    on behalf of Creditor The Huntington Beach Gables Homeowners Association kmurphy@goeforlaw.com
    rgoe@goeforlaw.com;goeforecf@gmail.com

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov

Valerie Smith
    on behalf of Interested Party Courtesy NEF claims@recoverycorp.com

TOTAL: 19

1  D. EDWARD HAYS, #162507
   ehays@marshackhays.com
2  LAILA MASUD, #311731
   lmasud@marshackhays.com
3  BRADFORD N. BARNHARDT, #328705
   bbarnhardt@marshackhays.com
4  MARSHACK HAYS LLP
   870 Roosevelt
5  Irvine, CA 92620
   Telephone: (949) 333-7777
6  Facsimile: (949) 333-7778
7
8  Attorneys for Creditor,
   HOUSER BROS. CO. dba RANCHO DEL
9  REY MOBILE HOME ESTATES

**FILED & ENTERED**

**JAN 10 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle         DEPUTY CLERK

**CHANGES MADE BY COURT**

10          UNITED STATES BANKRUPTCY COURT

11     CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

12

| | |
|---|---|
| 13  In re | Case No. 8:21-bk-11710-SC |
| 14  JAMIE LYNN GALLIAN, | Chapter 7 |
| 15      Debtor. | ORDER APPROVING STIPULATION TO CONTINUE HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY (DK. NO. 278), FROM JANUARY 18, 2023, TO FEBRUARY 1, 2023, AT 9:30 A.M. |
| 16 | |
| 17 | |
| 18 | CURRENT HEARING DATE: |
| | Date:  January 18, 2023 |
| 19 | Time:  10:00 a.m. |
| | Ctrm:  5C |
| 20 | |
| | CONTINUED HEARING DATE: |
| 21 | Date:  February 1, 2023 |
| | Time:  9:30 a.m. |
| 22 | Ctrm:  5C[1] |

23

24          The Court has read and considered the Stipulation to Continue Hearing on Motion for Relief

25  from the Automatic Stay ("Stipulation")[2] entered into by and between HOUSER BROS. CO., a

26  _____

27  [1] Notwithstanding the opening of the Courthouse to in-person proceedings, in light of the overwhelming support by the Bar for continued virtual appearances, Judge Clarkson will continue utilizing ZoomGov in a hybrid format, holding the majority of hearings by video, with an option for in-person hearings. Please see the Court's tentative rulings on the Court's webpage to determine whether this hearing is virtual or in-person.

28  [2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Stipulation.

1

California limited partnership dba RANCHO DEL REY MOBILE HOME ESTATES ("Houser

Bros."), together with Debtor, Jamie Lynn Gallian ("Ms. Gallian"), filed on January10, 2023, as

Dk. No. 286, and has found good cause to approve the Stipulation.

IT IS ORDERED that:

1.      The Stipulation is approved in its entirety;

2.      The hearing on the Houser Bros.'s Motion for Relief from the Automatic Stay or For

Order Confirming that the Automatic Stay Does Not Apply Under 11 U.S.C. § 362(l) (Unlawful

Detainer) ("Motion"), Dk. No. 278, shall be continued from January 18, 2023, at 10:00 a.m., to

**February 1, 2023, at 9:30 a.m.**

3.      The deadline for Ms. Gallian to file and serve a response to the Motion is extended

from January 4, 2023, to and including January 18, 2023; and

4.      The deadline for any party to file and serve a reply in support of the Motion will be

January 25, 2023.

### #

Date: January 10, 2023

4895-2239-2647, v. 1

Scott C. Clarkson
United States Bankruptcy Judge

2