JAMIE LYNN GALLIAN
16222 Monterey Lane Unit 376
Huntington Beach, Ca 92649
(714)321-3449
jamiegallian@gmail.com

Defendant, IN PRO PER

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORIA – SANTA ANA DIVISION

|  |  |  |
|---|---|---|
| In re | ) | Case No.  8:21-bk-11710-SC |
|  | ) | Chapter 7 |
| JAMIE LYNN GALLIAN | ) | NOTICE OF LODGMENT |
|  | ) | IN SUPPORT OF |
| Debtor | ) | OPPOSITION TO DKT |
| _____ | ) | 278. |

## TO THE HONORABLE SCOTT C. CLARKSON,

**Defendant Jamie Lynn Gallian, hereby submits the following**

Tenant Protection Information

Tenants in California have certain protections under state law and local laws.  The California COVID-19 Tenant Relief Act and the COVID-19 Rental Housing Recovery Act protects renters impacted financially as a result of COVID-19 through March 31, 2022.

From October 1, 2021 through March 31, 2022, the law requires [any] landlord wanting to evict a tenant for failing to pay rent as a result of COVID-19 hardship to [first apply] for rental assistance [before proceeding] with an eviction lawsuit. Rental assistance is available to qualifying tenants who apply by March 31, 2022 and are financially distressed and unable to pay some or all of their rent. The COVID-19 pandemic made it hard for Debtor to pay her rent because she lost her job with United Airlines in April 2020.

Governor Gavin Newsom and the CA Legislature passed multiple laws for tenants experiencing COVID-19-related financial distress. The latest is Senate Bill 115, which ensures eligible applicants to the CA COVID-19 Rent Relief program who apply by March 31, 2022, get help with rent and utilities. Debtor applied for a second round of Rent Relief on January 2022 after receiving a letter from CA COVID-19 Rent Relief program stating she qualified for additional relief.  Debtor signed and dated the Notice returned the Notice to CA COVID-19 Rent Relief program.  Debtor notified Landlord Houser Bros Co asking the Landlord to participate in the Rent Relief Program on behalf of Debtor by submitting a Landlord Application.  Houser Bros Co refused.

- The Rent Relief Program pays eligible tenants and landlords a tenant's past-due rent and utilities going as far back as April 1, 2020.
- The program is free and renters are encouraged to apply as soon as possible if they know they may struggle to cover rent and utilities through March 31, 2022.
- The CA COVID-19 Rent Relief program will continue to help eligible Californians at risk of eviction to apply to receive money for rent and utilities through March 31, 2022. Eviction protections are also through March 31, 2022, unless your local city or county has extended protections.

**Houser Bros Co. Landlord knew they must apply for rental assistance by March 31, 2022, before they can evict Debtor or any other tenant through the courts for failing to pay Debtor rent.** Obviously Houser knew this because they applied on behalf of 25 other tenants and received the funds into their bank account.

- Although Houser Bros Co. Landlord may give Debtor a notice to "pay or quit" (which is the notice from the landlord that gives Debtor a certain amount of time to pay the outstanding rent owed or vacate your home) at any time, Houser Bros Co will not be able to legally evict the Debtor without first applying to the CA COVID-19 Rent Relief program.

  On September 7, 2020, Debtor delivered to Landlord "Debtor's Declaration of COVID-19 Related Financial Distress" stating that Debtor had been financially impacted by the pandemic.  Debtor returned the signed Declaration to Rancho Del Rey Park Office with Check No.      in the amount of representing payment of 25% of the amounts owned for space rent for Lot 376.

- By Debtor signing and returning the September 7, 2020, Declaration to Houser Bros Co. the Park Manager and Landlord, Debtors protections were bolstered even more.

- The Park Manager returned the check representing 25% of the amounts owed for Lot 376, debtor tendered September 7, 2020, for eviction protections.

- On or about June 9, 2021, Debtor completed a Tenant Rent Relief Application and notified Houser Bros Co, Park Manager and Landlord, of Debtors assigned ID.  Debtor requested Houser Bros complete the Landlord portion of Debtors Application. Houser refused and OPTED OUT of participation on behalf of this applicant only.

- Houser Bros has applied and received from CA Covid Rent Relief Program monies on behalf of 25 other residents with Rancho Del Rey.

- Debtor was informed this step can help Debtor in both eviction and rental debt collection lawsuits. Debtor was assigned ID #328768.

- Debtor was contacted by the CA COVID-19 Rent Relief program explaining that Houser Bros Co was a participating Landlord in the CA COVID-19 Rent Relief Program.

- The CA COVID-19 Rent Relief Program explained to Debtor that she met the qualifications for Rent Relief and that her Rent Relief Application submitted June 9, 2021, would be linked to the Landlord, Houser Bros Co. CA COVID-19 Rent Relief

-3-

Landlord Account ID # 182460.  Houser still refused to complete the Landlord Application on behalf of Debtor.

- On October 27, 2021, Debtors CA Covid-19 Rent Relief Application was approved.
- On or about November 8, 2021, Houser Bros Co received a direct payment in the amount of $24, 301.55, Ck No. 0058066665.  Houser attorney Vivienne Alston notified Judge Sheri Honer, OCSC 30-2019-01041423,  Houser received the check for $24,301.55.
- Debtor AMENDED her Schedules disclosing the post-petition funds.

Houser Bros was Order to turn the Covid Rent Relief Check over to the bankruptcy trustee by OCSC Judge Corey Cramin.  Houser Bros refused to countersign the check before providing the check to the bankruptcy Trustee, Jeffrey Golden to Deposit into his Attorney Trust Account.   On the face of the check states "VOID AFTER 90 DAYS"

Chapter 7 Trustee Jeffrey Golden did nothing to protect the Estate Assets in his possession the CA Covid Rent Relief Check $24,301.55, scheduled on Debtors Chapter 7 Petition.

The Chapter 7 Trustee, did nothing to protect the funds in his possession since January 2022.

Counsel for Trustee Golden filed a Notice of Intent to Abandon Estates Interest in the CA Covid19 Rent Relief Check Dkt. 60.  However, by this date the $24,301.55 became stale.

On March 4, 2022, after the check became stale, the Court signed an Order Authorizing Trustee's Abandonment of Estate's Interest in "Debtor's" Covid 19 Rent Relief Check.

Debtor has never claimed any interest in the Covid 19 Rent Relief Check,  Pre-petition Debtor worked so hard to apply on June 9, 2021, and qualify for rent relief to mitigate any adverse effects on Houser due to Ms. Gallians loss of employment and Covid afflictons.

The monies were awarded by the CA Covid Rent Relief Program to Houser Bros, to make them whole.

This is unconscionable act, for Houser Bros not to accept this generous Relief from our Federal Government on behalf of a qualified applicant, the Debtor. The Court must ask itself, WHY.

Debtor contacted the phone number on the face of the check and was informed the monies are still available to the Landlord Houser Bros Co.

The CA Covid 19 program will re-issue the check to Houser Bros Co. forthwith.

Debtor will promptly deliver the stale check in the amount of $24, 301.55, Ck No. 0058066665, so Houser Bros Co can make arrangements to return the stale check to the Covid Rent Relief Program and be issued a new check.

Debtor respectfully requests Houser Bros Co credit the CA Covid19 Rent Relief funds to Space 376,

I declare under the penalty of perjury the foregoing to be true and correct. Signed this 19th Day of January, 2023 at Huntington Beach, CA.

Respectfully submitted,

*Jamie Lynn Gallian*

JAMIE LYNN GALLIAN

-5-

| From: CA COVID-19 Rent Relief Program | | |
| --- | --- | --- |
| Pay To: HOUSER Bros. CO. | | Check #: 58066665 |
| Invoice # | Bill Amount | Payment Amount |
| L-328768-182460 | $24,301.55 | $24,301.55 |
| **Total** | | **$24,301.55** |

Remittance Info:   Inv #L-328768-182460

**CA COVID-19 Rent Relief Program**
2020 West El Camino Avenue
Sacramento, CA 95833
8334302122

JPMorgan Chase Bank, N.A.        0058066665
Verify: 888-237-9615
90-7162/3222                           11/8/2021

PAY TO THE
ORDER OF        HOUSER BROS. CO.                                        $ 24301.55

                                                                                                    DOLLARS

Twenty-Four Thousand Three Hundred One and 55/100

                                                          VOID AFTER 90 DAYS

    0022519      01 AB 0.458  **AUTO   T5 2 5222 92649-227699   -C11-P22541-I

HOUSER BROS. CO.
16222 MONTEREY LN OFC
HUNTINGTON BEACH, CA 92649-2276                    *John Rettz*                    MP

⑆005806666⑆⑈ ⑈322271627⑈ 215376176⑈

5222-11-00-0022519-0001-0022574

Sent by Bill.com, Inc.  U.S. Patent No. 8,521,626

22BIL124518

1  ERIC P. ISRAEL (State Bar No. 132426)
   eisrael@DanningGill.com
2  AARON E. DE LEEST (State Bar No. 216832)
   adeleest@DanningGill.com
3  DANNING, GILL, ISRAEL & KRASNOFF, LLP
   1901 Avenue of the Stars, Suite 450
4  Los Angeles, California 90067-6006
   Telephone:   (310) 277-0077
5  Facsimile:    (310) 277-5735

6  Attorneys for Jeffrey I. Golden,
   Chapter 7 Trustee

7

**FILED & ENTERED**

**MAR 04 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY duarte    DEPUTY CLERK

8              UNITED STATES BANKRUPTCY COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10                    SANTA ANA DIVISION

11

12  In re                          Case No. 8:21-bk-11710-ES

13  JAMIE LYNN GALLIAN,            Chapter 7

14                                 **ORDER AUTHORIZING TRUSTEE'S**
                                   **ABANDONMENT OF ESTATE'S**
15          Debtor.                **INTEREST IN DEBTOR'S COVID 19**
                                   **RENT RELIEF CHECK**
16
                                   [No Hearing Required]
17

18        The Court having reviewed the Trustee's Notice of Intent to Abandon Estate's Interest

19  in Debtor's Covid 19 Rent Relief Check (the "Notice of Intent") (*docket no. 60*), filed by

20  Jeffrey I. Golden, as Chapter 7 Trustee for the bankruptcy estate (the "Estate") of Jamie Lynn

21  Gallian (the "Debtor), and no objections or opposition having been filed to the Notice of Intent, the

22  Court hereby

23  / / /

24

25  / / /

26

27  / / /

28

1676830.1  27064                          1

Certified true copy by the Clerk of Court on January 11, 2023.

*Kathleen J. Campbell, Clerk Of Court*

1    ORDERS THAT:

2    1.    The Estate's interest in the Covid 19 rent relief check, dated November 8, 2021,

3    check no. 005806665, in the amount of $24,301.55, payable to Houser Bros. Co., is abandoned to

4    the Debtor.

5                                    ###

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23    Date: March 4, 2022

24                                    *Erithe A. Smith*
                                      Erithe Smith
25                                    United States Bankruptcy Judge

26

27

28

1676830.1  27064                      2

Certified true copy by the Clerk of Court on January 11, 2023.     *Kathleen J. Campbell, Clerk Of Court*

# STATE OF CALIFORNIA - DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
## CERTIFICATE OF TITLE

Manufactured Home                                    **Decal:   LBM1081**

| Manufacturer ID/Name | Trade Name | Model | | DOM 05/29/2014 | DFS 07/28/2014 | RY |
|---|---|---|---|---|---|---|
| 90002    SKYLINE HOMES INC | CUSTOM VILLA | | | | | |
| Serial Number | Label/Insignia Number | Weight | Length | Width | Issued | |
| AC7V710394GB | PFS1130281 | 22,383 | 56' | 15' 2" | Aug 12, 2021 | |
| AC7V710394GA | PFS1130282 | 25,068 | 60' | 15' 2" | | |

**Addressee**

J-PAD LLC
21742 ANZA AVE
TORRANCE, CA  90503

**Registered Owner(s)**

JAMIE LYNN GALLIAN
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

**Situs Address**

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

**Legal Owner(s)**

J-PAD LLC
21742 ANZA AVE
TORRANCE, CA 90503

Lien Perfected On:        01/14/19 15:22:00

**IMPORTANT**
THE OWNER INFORMATION SHOWN ABOVE MAY NOT REFLECT ALL LIENS RECORDED WITH THE
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT AGAINST THE DESCRIBED UNIT.  THE
CURRENT TITLE STATUS OF THE UNIT MAY BE CONFIRMED THROUGH THE DEPARTMENT.

DTN: 12339739                                                      08122021 - 2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
5801 Skylab Road
Huntington Beach, CA 92649

A true and correct copy of the foregoing document entitled: **Notice of Lodgment ISO Opposition TO MOTION REGARDING THE AUTOMATIC STAY AND DECLARATION(S) IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
 _1/19/2023_ , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.
Janine Jasso, Esq.
Email Address: j9_jasso@yahoo.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| _1/19/2023_ | Robert McLelland | *Robert McLelland* |
| Date | Printed Name | Signature |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                                    Page 4                            **F 4001-1.RFS.RESPONSE**

**ADDITIONAL SERVICE INFORMATION (If needed):**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Aaron E DE Leest on behalf of Trustee Jeffrey I Golden (TR)
adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com

Robert P Goe on behalf of Creditor The Huntington Beach Gables Homeowners Association
kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe on behalf of Plaintiff The Huntington Beach Gables Homeowners Association
kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com

Jeffrey I Golden (TR)    lwerner@wgllp.com, jig@trustesolutions.net;kadele@wgllp.com

D Edward Hays on behalf of Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays on behalf of Interested Party Courtesy NEF
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays on behalf of Plaintiff Houser Bros. Co.
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Brandon J Iskander on behalf of Creditor The Huntington Beach Gables Homeowners Association
biskander@goeforlaw.com, kmurphy@goeforlaw.com

Brandon J Iskander on behalf of Plaintiff The Huntington Beach Gables Homeowners Association
biskander@goeforlaw.com, kmurphy@goeforlaw.com

Eric P Israel on behalf of Trustee Jeffrey I Golden (TR)
eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Laila Masud on behalf of Interested Party Courtesy NEF
lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Laila Masud on behalf of Plaintiff Houser Bros. Co.
lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Mark A Mellor on behalf of Defendant Randall L Nickel
mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com

Mark A Mellor on behalf of Interested Party Courtesy NEF    mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com

Valerie Smith on behalf of Interested Party Courtesy NEF    claims@recoverycorp.com

United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

A of California.

**F 9013-3.1.PROOF.SERVICE**