FILED & ENTERED

JAN 30 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte     DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

|  |  |
|---|---|
| In re:<br><br>Jamie Lynn Gallian<br><br>                                    Debtor(s). | Case No.: 8:21-bk-11710-SC<br><br>CHAPTER 7<br><br>**ORDER DENYING MOTIONS TO AVOID LIEN [DKS. 294 & 297] WITHOUT PREJUDICE AND VACATING HEARING**<br><br><u>Hearing to be Vacated</u><br>Date:         February 8, 2023<br>Time:         11:00 AM<br>Courtroom:  5C – virtual |

   The Court has reviewed Debtor's Motions to Avoid Liens under 11 U.S.C. §522(f) filed January 12, 2023 [Dk. 294] and January 13, 2023 [Dk. 297] (together, "Motions"), the Opposition filed January 20, 2023 [Dk. 303] ("Opposition"), and the docket as a whole, and finding that the matters are appropriate for disposition without a hearing, hereby finds good cause to DENY the Motions without prejudice for the reasons stated in the well-taken Opposition, and VACATE the February 8, 2023, hearing. When the matter of Debtor's homestead exemption, which is the subject of a pending appeal, is

-1-

resolved, Debtor may file a renewed motion; however, any future motion should adhere to the requirements contained in all applicable rules and procedures.

IT IS SO ORDERED.

Date: January 30, 2023

Scott C. Clarkson
United States Bankruptcy Judge