```
 1  JAMIE L GALLIAN
    16222 Monterey Lane Sp. # 376
 2  Huntington Beach, CA 92649
    714-321-3449
 3  jamiegallian@gmail.com
    In Pro Per
 4
 5
 6              UNITED STATES BANKRUPTCY COURT
 7          CENTRAL DISTRICT OF CALIFORNIA-SANTA ANA DIVISION
 8
 9                                      CASE NO. 8:21-BK-11710-SC
10  JAMIE LYNN GALLIAN                  Hon. Scott C. Clarkson
11  Debtor
12                                      Supplemental Notice of Lodgment of
                                        Correspondence dated 1/31/2023:
13                                        1. HCD Mobilehome Residency Law
                                             Protection Program; Notification of
14                                           correspondence to Houser Bros Co
                                             and complainant Jamie Gallian;
15                                           Title 25 CFR §4912 compliance;
16
17                                        2. Email correspondence Chapter 7
                                             Trustee, Jeffrey Golden and
18                                           Attorney Edward Hays, Plantiff,
                                             Houser Bros Co Attorney.
19
20                                      Hearing: FEBRUARY 1, 2023 Hearing
                                        Time:  9:30am  VIA ZOOM.GOV
21
22                                      411 W. FOURTH STREET
                                        SANTA ANA, CA 92701
23
         TO THE HONORABLE SCOTT C, CLARKSON, UNITED STATES
24
    BANKRUPTCY JUDGE, JEFFREY I. GOLDEN, CHAPTER 7 TRUSTEE
25
    AND ATTORNEY EDWARD HAYS, ATTORNEY FOR HOUSER BROS
26
    CO DBA RANCHO DEL REY MOBILEHOME ESTATES.
27
         Jamie Lynn Gallian submits the following under penalty of perjury.
28
    Signed this 31st day of January, 2023 at Huntington Beach, CA
```

*Jamie Lynn Gallian*

-1-

 Gmail      Jamie Gallian <jamiegallian@gmail.com>

# #RL-C-23-00277

**Abdelsalam, Majdi@HCD** <Majdi.Abdelsalam@hcd.ca.gov>       Tue, Jan 31, 2023 at 4:43 PM
To: Jamie Gallian <jamiegallian@gmail.com>

Hello Jamie,

It was nice speaking to you.

Yes, we're prioritizing your complaint and moved it immediately to the 25 Good Faith period. Section 4912 (B).

Ruby is working on your complaint and already mailed out letters to the park and to you.

We're doing our best to assist you.

We will have an update for you soon.

Thank you.

---

**Adopt Section 4912.**

**§ 4912. Resolution Process Prior to Referral to a Nonprofit Legal Services Provider**
(a)(1) If the complaint satisfies subsections (c) and (d) of Section 4908, the department shall prepare the complaint for referral to a nonprofit legal services provider.
(2)(A) If the complaint does not satisfy subsections (c) and (d) of Section 4908, the department shall provide a department communication explaining the reasons for either:
1. referring the complaint to the Mobilehome Assistance Center or to the appropriate enforcement agency; or
2. closing the complaint.
(b) Prior to the complaint's referral to a nonprofit legal services provider, the department shall do the following:
(1) Send a department communication to the complainant and the park management, or their respective designees, which specifies:
(A) the alleged violation(s) of the Mobilehome Residency Law;
(B) the parties' obligation to negotiate in good faith to resolve the complaint within twenty-five (25) calendar days of the postmark or electronic transmission date of the department communication;
(C) that the parties' communication(s) may be in person, or by telephone, electronic



**Majdi "MJ" Abdelsalam**
Mobilehome Residency Law Protection Program Manager
Division of Codes & Standards
Housing and Community Development
2020 W. El Camino Avenue | Sacramento, CA 95833
Email: majdi.abdelsalam@hcd.ca.gov | Phone: 1-800-952-8356





[Quoted text hidden]



Jamie Gallian <jamiegallian@gmail.com>

## 8:21-bk-11710-SC RFS Hearing 2/1/2023 9:30a.m.

1 message

**Jamie Gallian** <jamiegallian@gmail.com>             Tue, Jan 31, 2023 at 10:39 PM
To: Jeff Golden <jgolden@wgllp.com>, Ed Hays <EHays@marshackhays.com>
Cc: Jamie Gallian <jamiegallian@gmail.com>

Mr. Golden, Mr. Hays,

Please find attached the a written (email) request to continue Houser Bros Co hearing on Motion for Relief from the Automatic Stay.

Attached to the Letter dated 1/31/2023 is the email I received this afternoon from the Mobilehome Residency Law Protection Program informing me the steps taken by the program in sending correspondence to Rancho Del Rey Mobilehome Estates Park Manager Houser Bros Co.

I have not received the actual correspondence from HCD, nor would I expect Houser Bros Co has received any correspondence as it appears from the email sent late this afternoon.

Request is respectfully made to continue Houser Bros RFS hearing February 1, 2023, to a future date of not less than 45 days to allow the parties to comply with 25CFR§4912, as requested by MRL Protection Program.

Thank you in advance for your attention and timely response to the attached request.

Sincerely,


Jamie Gallian
714-321-3449
jamiegallian@gmail.com


 **1.31.23 REQUEST TO STIPULATE.pdf**
2041K

JAMIE LYNN GALLIAN
16222 MONTEREY LANE UNIT 376
HUNTINGTON BEACH, CA 92649
(714)321-3449
Jamiegallian@gmail.com

January 31, 2023

Mr. Jeffrey I. Golden
Chapter 7 Trustee
Case No. 8:21-bk-11710-SC
Sent by Email: jgolden@wgllp.com

Mr. Edward Hays
Attorney for Plaintiff, Houser Bros Co.
Sent by Email: ehays@marshack.com

Dear Mr. Golden,

On January 31, 2023, I received an email notification from the State of California, Housing and Community Development, particularly from the Division of Codes and Standards, Mobilehome Residency Law Protection Program.

The email stated the program has acted upon my complaint submitted by me by written communication to the department regarding several Mobilehome Residency Law violations, California Civil Code § 798, et. seq. related to my tenancy in Rancho Del Rey Mobilehome Park, managed by Houser Bros Co., in Huntington Beach, California.

Under Title 25, California Code of Regulations, 25 CCR § 4912 the department through correspondence, has made request to Houser Bros Co. Park Manager, Rancho Del Rey Mobilehome Estates and the complaining space 376, homeowner, Jamie Lynn Gallian, the obligation to negotiate in good faith to resolve the complaint within twenty-five (25) calendar days of the postmark or electronic transmission date of the department communication to the parties.

1

Further, the department shall provide a written inquiry to the parties within ten (10) business days after the conclusion of the 25-day negotiation period described in subsection (b)(1)(B) of this section. The written inquiry shall inquire whether the parties have resolved the matter within the 25-day negotiation period and further advise the parties that their response to the written inquiry must be received by the department within ten (10) business days from the postmark or electronic transmission date of the department's written inquiry.

On February 1, 2022, the Bankruptcy Court will decide Houser Bros Co Motion for Relief from the Automatic Stay.

On January 31, 2023, at approximately 7:00 p.m, I contacted the attorney for Houser Bros Co. Mr. Edward Hays and asked if he would contact his client and ask it they would agree to a Stipulation to agree to continue the February 1, 2023 hearing on Houser Bros Motion for Relief from the Automatic Stay in the bankruptcy case for no less than 45 days. I explained to Mr. Hays the request was for a very good cause. I did not disclose to Mr. Hays the details of the request for "Good Cause", however, I assured Mr. Hays that my request was in good faith.

I explained to Mr. Hays, I was representing myself in this Chapter 7, In Pro Per, and was not qualified to speak to legal issues, as the experienced attorneys involved in this case. Due to violations of the Mobilehome Residency Law C.C. §798, et seq. I believed it was better to wait until Houser Bros Co received correspondence directly from the California Department, Housing and Community Development regarding the contents of the letter.

Mr. Hays declined my request to contact his client to enter into a Stiulation before submitting a Motion to Continue the Stay on Shortened Notice.

At 8:00 p.m. I made telephone contact with Mr. Jeffrey Golden, Chapter 7 Trustee and explained the above facts.

2

The Chapter 7 Trustee, Jeffrey Golden, requested I provide the Trustee with a written request to support the request to continue Houser Bros Co RFS hearing currently scheduled February 1, 2023 at 9:30 a.m. no less than 45 days. I beleive the protection the protection of the automatic stay is warranted due to the severity of the violations of the Mobilehome Residency Law currently being investigated.

I, declare under penalty of perjury the foregoing to be true and correct to the best of my knowledge and understanding of the email correspondence I received January 31, 2023, from Majdi Abdelsalam, Mobilehome Residency Law Protection Program, Manager Division of Codes & Standards, Housing and Community Development 2020 W. El Camino Avenue, Sacramento, CA 95833, Telephone 800-952-8356; Email Address majdi.abdelsalam@hcd.ca.gov.

Signed this 31st day of January 2023 at Huntington Beach CA, County of Orange.

*Jamie Lynn Gallian*
JAMIE LYNN GALLIAN

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
5801 SKYLAB ROAD HUNTINGTON BEACH, CA 92647

A true and correct copy of the foregoing document entitled (*specify*): <u>NOTICE OF LODGMENT OF CORRESPONDENCI</u>
<u>1. HCD MRL PROTECTION PROGRAM; 2. EMAIL CORRESPONDENCE CHAPTER 7 TRUSTEE; ATTORNEY ED</u>

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 01/31/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

[✓] Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

[ ] Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

[ ] Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/31/2023 | ROBERT MCLELLAND | *Robert McLelland* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                            F 9013-3.1.PROOF.SERVICE

**ADDITIONAL SERVICE INFORMATION (If needed):**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Aaron E DE Leest on behalf of Trustee Jeffrey I Golden (TR)
adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com

Robert P Goe on behalf of Creditor The Huntington Beach Gables Homeowners Association
kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe on behalf of Plaintiff The Huntington Beach Gables Homeowners Association
kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com

Jeffrey I Golden (TR)    lwerner@wgllp.com, jig@trustesolutions.net;kadele@wgllp.com

D Edward Hays on behalf of Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays on behalf of Interested Party Courtesy NEF
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays on behalf of Plaintiff Houser Bros. Co.
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Brandon J Iskander on behalf of Creditor The Huntington Beach Gables Homeowners Association
biskander@goeforlaw.com, kmurphy@goeforlaw.com

Brandon J Iskander on behalf of Plaintiff The Huntington Beach Gables Homeowners Association
biskander@goeforlaw.com, kmurphy@goeforlaw.com

Eric P Israel on behalf of Trustee Jeffrey I Golden (TR)
eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Laila Masud on behalf of Interested Party Courtesy NEF
lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Laila Masud on behalf of Plaintiff Houser Bros. Co.
lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Mark A Mellor on behalf of Defendant Randall L Nickel
mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com

Mark A Mellor on behalf of Interested Party Courtesy NEF    mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com

Valerie Smith on behalf of Interested Party Courtesy NEF    claims@recoverycorp.com

United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov