FILED & ENTERED

FEB 07 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Jamie Lynn Gallian<br><br><br><br><br><br>Debtor(s). | Case No.: 8:21-bk-11710-SC<br><br>CHAPTER 7<br><br>**ORDER DENYING MOTION REQUESTING THE TRUSTEE ABANDON ESTATE'S INTEREST IN DEBTOR'S PRIMARY RESIDENCE AND VACATING HEARING**<br><br><u>Hearing to be Vacated</u><br>Date:		February 15, 2023<br>Time:		11:00 AM<br>Courtroom:	5C – virtual |

    The Court has reviewed Debtor's Motion Requesting the Trustee Abandon Estate's Interest in Debtor's Primary Residence filed January 24, 2023 [Dks. 307 – 309 and 312] ("Motion"), the oppositions filed on February 1, 2023 [Dks. 318 and 319] and the joinder to the oppositions filed on February 2, 2023 [Dk. 322] (together, the "Oppositions"), and the docket as a whole, and finding that the matters are appropriate for disposition without a hearing, hereby finds good cause to DENY the Motion without prejudice for the reasons stated in the well-taken Oppositions, and VACATE the February 15, 2023, hearing. When the matter of Debtor's homestead exemption, which

is the subject of a pending appeal, is resolved, Debtor may file a renewed motion; however, any future motion should adhere to the requirements contained in all applicable rules and procedures and fully address the substantive merits of the requested relief.

      IT IS SO ORDERED.

Date: February 7, 2023

Scott C. Clarkson
United States Bankruptcy Judge