United States Bankruptcy Court

Central District of California

In re:                                                                        Case No. 21-11710-SC

Jamie Lynn Gallian                                                            Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8                          User: admin                          Page 1 of 2

Date Rcvd: Feb 07, 2023                       Form ID: pdf042                       Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2023:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: jamiegallian@gmail.com | Feb 08 2023 00:41:00 | Jamie Lynn Gallian, 16222 Monterey Ln Unit 376, Huntington Beach, CA 92649-2258 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2023                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron E. DE Leest | on behalf of Trustee Jeffrey I Golden (TR) adeleest@DanningGill.com danninggill@gmail.com;adeleest@ecf.inforuptcy.com |
| Bradford Barnhardt | on behalf of Plaintiff Houser Bros. Co. bbarnhardt@marshackhays.com bbarnhardt@ecf.courtdrive.com,kfrederick@ecf.courtdrive.com |
| Bradford Barnhardt | on behalf of Interested Party Courtesy NEF bbarnhardt@marshackhays.com bbarnhardt@ecf.courtdrive.com,kfrederick@ecf.courtdrive.com |
| Brandon J Iskander | on behalf of Plaintiff The Huntington Beach Gables Homeowners Association biskander@goeforlaw.com kmurphy@goeforlaw.com |

District/off: 0973-8                    User: admin                    Page 2 of 2
Date Rcvd: Feb 07, 2023                 Form ID: pdf042                 Total Noticed: 1

Brandon J Iskander
                    on behalf of Creditor The Huntington Beach Gables Homeowners Association biskander@goeforlaw.com
                    kmurphy@goeforlaw.com

D Edward Hays
                    on behalf of Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates ehays@marshackhays.com
                    ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
                    on behalf of Interested Party Courtesy NEF ehays@marshackhays.com
                    ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
                    on behalf of Plaintiff Houser Bros. Co. ehays@marshackhays.com
                    ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Eric P Israel
                    on behalf of Trustee Jeffrey I Golden (TR) eisrael@DanningGill.com  danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Jeffrey I Golden (TR)
                    lwerner@go2.law  jig@trustesolutions.net;kadele@go2.law

Laila Masud
                    on behalf of Plaintiff Houser Bros. Co. lmasud@marshackhays.com  lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Laila Masud
                    on behalf of Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates lmasud@marshackhays.com
                    lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Laila Masud
                    on behalf of Interested Party Courtesy NEF lmasud@marshackhays.com
                    lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Mark A Mellor
                    on behalf of Interested Party Courtesy NEF mail@mellorlawfirm.com  mellormr79158@notify.bestcase.com

Mark A Mellor
                    on behalf of Defendant Randall L Nickel mail@mellorlawfirm.com  mellormr79158@notify.bestcase.com

Robert P Goe
                    on behalf of Plaintiff The Huntington Beach Gables Homeowners Association kmurphy@goeforlaw.com
                    rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe
                    on behalf of Creditor The Huntington Beach Gables Homeowners Association kmurphy@goeforlaw.com
                    rgoe@goeforlaw.com;goeforecf@gmail.com

United States Trustee (SA)
                    ustpregion16.sa.ecf@usdoj.gov

Valerie Smith
                    on behalf of Interested Party Courtesy NEF claims@recoverycorp.com


TOTAL: 19

**FILED & ENTERED**

FEB 07 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte        DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

In re:

Jamie Lynn Gallian

Debtor(s).

Case No.: 8:21-bk-11710-SC

CHAPTER 7

**ORDER DENYING MOTION REQUESTING THE TRUSTEE ABANDON ESTATE'S INTEREST IN DEBTOR'S PRIMARY RESIDENCE AND VACATING HEARING**

Hearing to be Vacated
Date:          February 15, 2023
Time:          11:00 AM
Courtroom:  5C – virtual

The Court has reviewed Debtor's Motion Requesting the Trustee Abandon Estate's Interest in Debtor's Primary Residence filed January 24, 2023 [Dks. 307 – 309 and 312] ("Motion"), the oppositions filed on February 1, 2023 [Dks. 318 and 319] and the joinder to the oppositions filed on February 2, 2023 [Dk. 322] (together, the "Oppositions"), and the docket as a whole, and finding that the matters are appropriate for disposition without a hearing, hereby finds good cause to DENY the Motion without prejudice for the reasons stated in the well-taken Oppositions, and VACATE the February 15, 2023, hearing. When the matter of Debtor's homestead exemption, which

1   is the subject of a pending appeal, is resolved, Debtor may file a renewed motion;

2   however, any future motion should adhere to the requirements contained in all

3   applicable rules and procedures and fully address the substantive merits of the

4   requested relief.

5        IT IS SO ORDERED.

25   Date: February 7, 2023

Scott C. Clarkson
United States Bankruptcy Judge