ERIC P. ISRAEL (State Bar No. 132426)
*eisrael@DanningGill.com*
AARON E. DE LEEST (State Bar No. 216832)
*adeleest@DanningGill.com*
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone:    (310) 277-0077
Facsimile:     (310) 277-5735

Attorneys for Jeffrey I. Golden,
**Chapter 7 Trustee**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br>　　　　　　Debtor. | Case No. 8:21-bk-11710-SC<br><br>Chapter 7<br><br>**TRUSTEE'S NOTICE OF INTENT TO ABANDON ESTATE'S INTEREST IN LAWSUIT CAPTIONED JAMIE LYNN GALLIAN VS. JESUS JASSO AND HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION, ORANGE COUNTY SUPERIOR COURT CASE NO 30-2020-01153679**<br><br>[No Hearing Required] |

**TO ALL CREDITORS AND INTERESTED PARTIES:**

　　　　**PLEASE TAKE NOTICE THAT** Jeffrey I. Golden, as the chapter 7 trustee of the estate ("Estate") of Jamie Lynn Gallian ("Trustee"), seeks to abandon the Estate's interest in the lawsuit claim captioned *Jamie Lynn Gallian vs. Jesus Jasso and  Huntington Beach Gables Homeowners Association*, Case No. 30-2020-01153679, pending in the Orange County Superior Court (the "Lawsuit").  The Trustee believes that there is little to no value to the Estate in the Lawsuit and that the cost to the Estate to pursue the Lawsuit would significantly outweigh any benefit to the Estate in pursuing it.  In addition, the Debtor also claimed an exemption in the Lawsuit in the amount of $195,000 that was allowed.  Accordingly, the Trustee believes that the Lawsuit is burdensome to

1715096.1  27064                                        1

1   the Estate and of inconsequential value to the Estate.  Therefore, the Trustee hereby gives notice of

2   his intention to abandon the Lawsuit.

3        **NOTICE IS ALSO GIVEN** that, pursuant to Local Bankruptcy Rule 6007-1 and

4   9013-1(o)(3), any objection and request for a hearing must, not later than fourteen days from

5   the date of service of this notice, plus an additional three days if served by mail or pursuant to

6   Fed. R. Civ. P. 5(b)(2)(D) or (F), be filed with the Clerk of the Bankruptcy Court and served on

7   (1) Jeffrey I. Golden, Trustee, 650 Town Center Drive, Suite 600, Costa Mesa, CA 92626; (2) the

8   Office of the United States Trustee at 411 West Fourth Street, Suite 7160, Santa Ana, CA 92701;

9   and (3) Trustee's counsel, Aaron E. de Leest, Danning, Gill, Israel & Krasnoff, LLP, 1901 Avenue

10  of the Stars, Suite 450, Los Angeles, CA 90067.

11       Pursuant to Local Bankruptcy Rule 6007-1(d), if no timely objection and request for

12  hearing are filed and served, the Trustee will take the intended action without further notice or

13  order of the Court.  Any objections not timely filed and served will be deemed waived.

14       Pursuant to Local Bankruptcy Rule 6007-1(d)(2), the Trustee may lodge a proposed order

15  confirming the Trustee's abandonment of the Probate Claims but is not required to do so.

16
    DATED:  May 16, 2023                      DANNING, GILL, ISRAEL & KRASNOFF, LLP
17                                            By:  _____/s/ Aaron E. de Leest_____
18                                                 AARON E. DE LEEST
                                                   Attorneys for Jeffrey I. Golden, Chapter 7 Trustee
19
    DATE OF MAILING:  May 16, 2023
20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled (*specify*):  TRUSTEE'S NOTICE OF INTENT TO ABANDON ESTATE'S INTEREST IN LAWSUIT CAPTIONED JAMIE LYNN GALLIAN VS. JESUS JASSO AND HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION, ORANGE COUNTY SUPERIOR COURT CASE NO 30-2020-01153679 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On May16, 2023 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:  On May 16, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by causing to be placed a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


| May 16, 2023 | Beverly Lew | /s/ Beverly Lew |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**ADDITIONAL SERVICE INFORMATION (if needed):**

## 1.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

Bradford Barnhardt on behalf of Interested Party Courtesy NEF
bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,kfrederick@ecf.courtdrive.com

Bradford Barnhardt on behalf of Plaintiff Houser Bros. Co.
bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,kfrederick@ecf.courtdrive.com

Aaron E. DE Leest on behalf of Trustee Jeffrey I Golden (TR)
adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com

Robert P Goe on behalf of Creditor The Huntington Beach Gables Homeowners Association
kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe on behalf of Plaintiff The Huntington Beach Gables Homeowners Association
kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com

Jeffrey I Golden (TR)
lwerner@go2.law, jig@trustesolutions.net;kadele@go2.law;C205@ecfcbis.com

D Edward Hays on behalf of Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays on behalf of Interested Party Courtesy NEF
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays on behalf of Plaintiff Houser Bros. Co.
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Brandon J Iskander on behalf of Creditor The Huntington Beach Gables Homeowners Association
biskander@goeforlaw.com, kmurphy@goeforlaw.com

Brandon J Iskander on behalf of Plaintiff The Huntington Beach Gables Homeowners Association
biskander@goeforlaw.com, kmurphy@goeforlaw.com

Eric P Israel on behalf of Trustee Jeffrey I Golden (TR)
eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Laila Masud on behalf of Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates
lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Laila Masud on behalf of Interested Party Courtesy NEF
lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Laila Masud on behalf of Plaintiff Houser Bros. Co.
lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Mark A Mellor on behalf of Defendant Randall L Nickel
mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                          **F 9013-3.1.PROOF.SERVICE**

Mark A Mellor on behalf of Interested Party Courtesy NEF
mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com

Valerie Smith on behalf of Interested Party Courtesy NEF
claims@recoverycorp.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

## 2. <u>SERVED BY U.S. MAIL</u>

Debtor
Jamie Lynn Gallian
16222 Monterey Ln Unit 376
Huntington Beach, CA 92649

The Honorable Scott C. Clarkson
U.S. Bankruptcy Court
411 W. Fourth Street, Suite 5130
Santa Ana, CA  92701

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Association of Flight Attendants
625 No. River Road Ste. 4020
Rosemont, IL. 60018

BS Investors
Robert P. Warmington C/o
Gorden May Grant, Genovese & Baratta
2030 Hain St. Ste. 1600
Irvine, CA 92614

County of Orange
P.O. Box 4515
Santa Ana CA 92702-4515

Houser Bros. Co. dba Rancho Del Rey
Mobile H
c/o Marshack Hays LLP
870 Roosevelt
Irvine, CA 92620-3663

David R. Flyer
4120 Birch St. Ste. 101,
Newport Beach, CA 92660-2228

Feldsott & Lee
23161 Mill Creek Drive Ste 3O0
Laguna Hills, CA 92653-7907

Frank Satalino
19 Velarde Ct.
Rancho Santa Margarita, CA 92688-8502

Gordon Rees Scully & Mansukhani
5 Park Plaza Ste. 1100
Irvine, CA 92614-8502

Gordon Rees Scully & Mansukhani
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071-2005

Houser Bros. Co.
DBA Rancho De1 Rey Estates
16222 Monterey Ln
Huntington Beachr CA 92649-6214

Houser Bros. Co.dba Rancho De1
Rey Mobile Home Estates
17610 Beach Blvd Ste. 32
Huntington Beach, CA 92647-6876

Houser Brothers Co.
dba Rancho Del Rey Mobilehome Est.
17610 Beach Blvd. Ste. 32
Huntington Beach, CA 92647-6876

Huntington Beach Gables H0A
c/o Feldsott & Lee
23161 Mill Creek Dr. Ste. 300 Laguna
Hllls, CA 92653-7907

Huntington Beach Gables Homeowners
Associati
Epstein, Grinnel & Howell, APC
10200 Willow Creek Rd Ste 100
San Diego CA 92131-1655

Huntington Harbor Village
16400 Saybrook
Huntington Beach, CA 92649-2277

Huntington Hobile Home Inv. LLC.
430 S. San Dimas Ave.
San Dimasa CA 91773-4045

Huntington Mobile Home Investments
16400 Saybrook Lane
Huntington Beach, CA 92649-2277

Huntington Mobile Home Investments
LLC
1100 Newport Beach Blvd. Ste 1150
Newport Beach, CA 92560

Hyundai Capital America
PO B0X 269011
Plano, TX 75026-9011

Hyundal Capital America
P0 B0X 269011
Plano, TX 75026-9011

Internal Revenue Service
PO Box 7346
Philadelphia, 19101-7346

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Internal Revenue Service Insolvency
P0 B0X 7346
Philadelphia, PA 19101-7346

J-Sandcastle Co, LLC
16222 Monterey Ln Unit 376
Huntington Beach CA 92649-2258

J-pad, LLC
21742 Anza Avenue
Torrance, CA 90503-6428

J-pad, LLC
2702 N Gaff Street
Orange, CA 92865-2417

James H Cosello
Casello & Lincoln,
525 N Cabrillo Park Dr. Ste 1O4
Santa Ana, CA 92701-5017

Jamie Lynn Gallian
16222 Monterey Ln #376
Huntington Beach, CA 92649-2258

Janine Jasso
16025 Warmington Lane
Huntington Beach, CA 92649-2278

JANINE JASSO
PO BOX 370161
EL PASO TX 79937-0161

Janine Jasso
c/o Gordon Rees Scully &
Mansukhani
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071-2005

Janine Jasso, Jennifer Paulin, Lori Burrett
c/o Goe Forsythe & Hodges LLP
17701 Cowan, Suite 210
Irvine, CA 92614-6840

Jennifer Ann Paulin
c/o Gordon Rees Scully &
Mansukhani
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071-2005

Jennifer Paulin
4446 Alderport Dr.
Huntington Beach, CA 92649-2286

Kia Motors Finance
PO Box 20815
Fountain Valley, CA 92728-0815

Lee Gragnano
16062 Warmington Ave.
Huntington Beacha CA 92649-2285

Lee Gragrano
16062 Warmington Ave.
Huntington Beach, CA 92649-2285

Lee S. Gragnano
c/o Gordon Rees Scully &
Mansukhani
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071-2005

Linda Jean "Lindy" Bec
c/o Gordon Rees Scully &
Mansukhani
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071-2005

Lindy Beck
4443 Chase Dr.
Huntington Beach, CA 92649-2297

Lisa T. Ryan
20949 Lassen St. Apt 208
Chattsworth, CA 91311-4239

Lori Ann Burrett
c/o Gordon Rees Scully &
Mansukhani
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071-2005

Lori Burrett
16107 Harmington Lane
Huntington Beach, CA 92649-2281

Lori Burrett
16107 Sherlock Lane
Huntington Beach, CA 92649-2293

Mark A.Mellor Mellor Law Firm
c/o Randall Nickell
6800 Indiana Ave.
Riverside, CA 92506-4267

Randall Nickel
11619 Inwood Drive,
Riverside, CA 92503-5000

Michael S. Devereux
Wex Law
9171 Wilshire Blvd. Ste. 50O
Beverly Hills, CA 90210-5536

Nationwide Reconveyance, LLC
c/o Feldsott & Lee
23161 Mill Creek Drive Ste 3O0
Laguna Hills, CA 92653-7908

Orange County Alternate Defender
600 Santa Ana Blvd, Ste 600
Santa Ana CA 92701-4552

Orange County Public Defender
801 Civic Center Dr
West Santa Ana, CA 92702

Orange County Superior Court
c/o Feldsott & Lee
23161 Mill Creek Dr. Ste. 300
Laguna Hills, CA 92653-7907

Patricia Ryan
20949 Lassen St. Apt 208
Chattsworth, CA 91311-4239

People of the St of CA
8141 13th St
Westminster CA 92683-4576

Theodore R "Ted" Phill
c/o Gordon Rees Scully &
Mansukhani
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071-2005

US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

Randall Nickell
4476 Alderport Dr.
Huntington Beach. CA 92649-2288

Randell Nickel
c/o Mark Mellor, Esq.
6800 Indiana Ave. Ste. 220
Riverside, CA 92506-4267

Randell Nickel
c/o Mark Mellor, Esq. Ste. 220
6800 Indiana Ave.
Riverside, CA 92506

Raquel Flyer-Dashner
4120 Birch St. Ste. 101,
Newport Beach, CA 92660-2228

Robert P. Warmington Co.
c/o BS Investors
18201 Von Karmen Ste. 450
Irvine, CA 92612-1195

Robert P. Warmington Co.
c/o BS Investors LP
18201 Von Karmen Ste. 450
Irvine, CA 92612-1195

Rutan & Tucker
18575 Jamboree Rd 9th Fl
Irvine CA 92612-2559

S4 A California Limited Partnership
1001 Cove St Ste 230
Newport Beach CA 92660

Sandra L. Bradley
18 Meadowwood
Coto De Caza, CA 92679-4738

Sardra Bradley
18 Meadow Hood
Coto De Caza, CA 92679-4738

Stanley Feldsott: Esq
Feldsott & Lee
23161 Mill Creek Drive
Laguna Hills, CA 92653-7907

Steven A. Fink
13 Corporate Plaza Ste. l50
Newport Beach, CA 92660-7919

Superior Court of CA
County of Orange
711 Civic Center Dr West
Santa Ana CA 92701-3907

Superior Default Services Inc
c/o Feldsott & Lee
23161 Mill Creek Drive Ste 30O
Laguna Hills, CA 92653-7908

Suzanne Tague
Ross Wolcott, Teinert, Prout
3151 Airway Ave. S-1
Costa Mesa, CA 92626-4627

Ted Phillips
17162 Sandra Lee
Huntington Beach, CA 92649

Ted Phillips
17912 Sandra Lee
Huntington Beach, CA 92649

The Huntington Beach Gables
Homeowners Association
c/o Epsten Grinnell & Howell APC
10200 Willow Creek Road, Ste 10O
San Diego, CA 92131-1669

The Huntington Beach Gables
Homeowners Association
c/o Epsten Grinnell & Howell,
APC 10200 Willow Creek Road,
Ste 1OO
San Diego, CA 92131

The Huntington Beach Gables
Homeowners Assoc
c/o Goe Forsythe & Hodges LLP
18101 Von Karman Ave, Suite 1200
Irvine, CA 92612-7119

Theodore Phillips
17612 Sandea Lee
Huntington Beach CA 92649

United Airlines
233 S. Hacker Dr.
Chicago, IL 60606-6462

United Airlines
P.O. Box 0675
Carol Stream, 60132-0675

zanine Jasso
16025 Harmington Lane
Huntington Beacha CA 92649-2278

Vivienne J Alston
Alston, Alston & Diebold
27201 Puerta Real Ste 30O
Mission Viejo, CA 92691-8590

qennifer Paulin
4446 Alderport Dr.
Huntington Beach, CA 92649-2286

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_June 2012_                                        **F 9013-3.1.PROOF.SERVICE**