ERIC P. ISRAEL (State Bar No. 132426)
eisrael@DanningGill.com
AARON E. DE LEEST (State Bar No. 216832)
adeleest@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone:  (310) 277-0077
Facsimile:  (310) 277-5735

Attorneys for Jeffrey I. Golden,
Chapter 7 Trustee

FILED & ENTERED

JUN 07 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte     DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br>                    Debtor. | Case No. 8:21-bk-11710-SC<br><br>Chapter 7<br><br>**ORDER AUTHORIZING TRUSTEE'S ABANDONMENT OF ESTATE'S INTEREST IN LAWSUIT CAPTIONED JAMIE LYNN GALLIAN VS. JESUS JASSO AND HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION, ORANGE COUNTY SUPERIOR COURT CASE NO. 30-2020-01153679**<br><br>[No Hearing Required] |

The Court having reviewed the Trustee's Notice of Intent to Abandon Estate's Interest in Lawsuit Captioned Jamie Lynn Gallian vs. Jesus Jasso and Huntington Beach Gables Homeowners Association, Orange County Superior Court Case No. 30-2020-01153679 (the "Notice of Intent") (*docket no. 339*), filed by Jeffrey I. Golden, as Chapter 7 Trustee for the bankruptcy estate (the "Estate") of Jamie Lynn Gallian (the "Debtor), and no objections or opposition having been filed to the Notice of Intent, it is hereby

ORDERED THAT:

1.    The Estate's interest in the lawsuit captioned *Jamie Lynn Gallian vs. Jesus Jasso*

1718190.1  27064                                1

1 *and Huntington Beach Gables Homeowners Association*, Case No. 30-2020-01153679, pending in
2 the Orange County Superior Court, is abandoned.

3 ###

24 Date: June 7, 2023

Scott C. Clarkson
United States Bankruptcy Judge

1718190.1  27064

2