Janine Jasso
P.O. Box 370161
El Paso, TX 79937
E-Mail: j9_jasso@yahoo.com
Plaintiff, IN PRO PER

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In Re: JAMIE LYNN GALLIAN | CASE NO. 8:21-bk-11710-SC<br><br>**Chapter 7**<br><br>**JANINE JASSO'S JOINDER TO THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION'S OPPOSITION AND THE TRUSTEE'S OPPOSITION TO DEBTOR'S AMENDED MOTION TO DISMISS CHAPTER 7 PETITION WITHOUT PREJUDICE (DKS 355 and 356)**<br><br><u>Zoom Hearing:</u><br>Date:    July 19, 2023<br>Time:    10:00 a.m.<br>Place:    Courtroom 5C- Virtual<br>         U.S. Bankruptcy Court<br>         411 W. Fourth Street<br>         Santa Ana, CA 92701 |

I, Janine Jasso, hereby files my Joinder to *The Huntington Beach Gables Homeowners Association's Opposition to Debtor's Amended Motion to Dismiss Chapter 7 Petition Without Prejudice Pursuant to 11 U.S.C. §707* (Docket No. 355) and to the *Trustee's Notice of*

1

*Opposition and Opposition to Debtor's Motion to Dismiss and Amended Motion to Dismiss Chapter 7 Petition Without Prejudice; Memorandum of Points and Authorities; Request for Judicial Notice and Declaration of Aaron E. De Leest In Support Thereof* (Docket 356) filed on July 5, 2023.

DATED:  July 5, 2023                              Respectfully submitted,

                                                  /s/ Janine Jasso
                                                  Janine Jasso
                                                  In Pro Per

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
7101 N. Mesa, Ste 355
El Paso, TX 79912

A true and correct copy of the foregoing document entitled (*specify*): **Janine Jasso's Joinder to the Huntington Beach Gables Homeowners Association's Opposition AND the Trustee's Opposition to Debtor's Amended Motion to Dismiss Chapter 7 Petition Without Prejudice (DKs 355 and 356)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __7/05/2023_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See NEF for confirmation of electronic transmission to the U.S. trustee, any trustee in this case, and to any attorneys who received service by NEF.

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) _7/05/2023_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

DEBTOR AND DEFENDANT
JAMIE LYNN GALLIAN
16222 MONTEREY LANE, SPC 376
HUNTINGTON BEACH, CA 92649

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _7/05/2023_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Document Delivery to Court Suspended General Order 21-05

Courtesy Copy via email: Aaron De Leest, Esq., adeleest@danninggill.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7-05-2023 | David Jasso | */s/ David Jasso* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                 F 9013-3.1.PROOF.SERVICE