Robert P. Goe – State Bar No. 137019
Brandon J. Iskander – State Bar No. 300916
**GOE FORSYTHE & HODGES LLP**
17701 Cowan Avenue, Suite 210
Irvine, CA 92614
rgoe@goeforlaw.com
biskander@goeforlaw.com

Telephone: (949) 798-2460
Facsimile:  (949) 955-9437

Attorneys for The Huntington Beach Gables Homeowners Association

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No. 8:21-bk-11710-SC |
| JAMIE LYNN GALLIAN, | Chapter 7 Proceeding |
| Debtor. | **REPLY IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY (ACTION IN A NON-BANKRUPTCY FORUM); REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF SAME** |
| | Zoom Hearing: |
| | Date:          July 19, 2023 |
| | Time:          10:00 a.m. |
| | Place:          Courtroom 5C |
| | U.S. Bankruptcy Court |
| | 411 W. Fourth Street |
| | Santa Ana, CA 92701 |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR IN PRO PER, THE OFFICE OF THE UNITED STATES TRUSTEE, THE TRUSTEE AND HIS COUNSEL, AND ALL PARTIES IN INTEREST**:

The Huntington Beach Gables Homeowners Association ("HOA") hereby files its Reply in Support of its Motion for Relief from the Automatic Stay (Action in a Non-Bankruptcy Forum) (Docket No. 344) (Motion) and respectfully represents as follows:

1

## I.     SUMMARY OF OPPOSITION

Debtor cites the factors set forth in *In re Curtis*, 40 B.R. 795 (Bankr. D. Utah 1984) cited favorably by one judge of the Court as justification to indefinitely hold Movant's claims against a third party hostage and to permanently prejudice the HOA's rights to recover a property located inside the HOA's community and against which the HOA otherwise has lien rights but for Debtor's transfer that HOA alleges is fraudulent.  The HOA questions whether the *Curtis* factors are relevant because the HOA's claims are against a third party, but the application of those factors shows why there is cause for stay relief.  To the extent the Debtor ever had right to an automatic stay against the HOA's fraudulent transfer claims against Randall Nickel, Debtor forfeited that right upon the denial of her discharge.  11 U.S.C. § 362(c)(2)(C).  Finally, the HOA needs relief from the stay because the Orange County Superior Court is unable or unwilling to exercise jurisdiction without a judicial determination that any stay of the HOA's claims is lifted.  Until and unless this Court determines that the HOA is granted relief from the stay, the HOA's rights will be prejudiced.

## II.     STATEMENT OF FACTS

The basic facts underlying the Motion are simple.  Debtor leased and previously resided at 4476 Alderport Drive, Unit 53, Huntington Beach, CA 92649 ("Unit 53") located in the HOA's community.  While there, Debtor and the HOA had several disputes which resulted in litigation and judgments in favor of the HOA and against Debtor as shown by the HOA's amended proof of claim filed on October 25, 2022.  (See **Exhibit "1"** to the Request for Judicial Notice ("RJN") annexed hereto.)  On October 31, 2018, during the litigation between Debtor and the HOA and before the entry of judgments against her, Debtor transferred Unit 53 to Randall Nickel, allegedly in cash sale ("Transfer").  But for the Transfer, the HOA would have the right to execute on Unit 53 pursuant to its recorded CC&Rs. (See Motion, at 34.)  Accordingly, as a cross-complaint against Randall Nickel in which Debtor was joined only as a necessary party,[1] the HOA sued Nickel to avoid the Transfer as a voidable transaction under California Civil Code §§ 3439.04 and 3439.07 and for an injunction

---

[1] The HOA is evaluating whether it will seek to dismiss Debtor as a defendant in the Action.  However, there is no longer any stay protecting the Debtor by operation of 11 U.S.C. § 362(c)(2)(C).  At this time, the HOA is only seeking relief from the automatic stay as to Mr. Nickel.  (See Motion, at 6.)

against further transfers of Unit 53 pursuant to California Civil Code § 3439.07(a)(3)(A).  (See Motion, at 10-15.)

## III.    __ARGUMENT__

### A.    **There is No Longer a Stay as to Actions Against the Debtor Preventing the HOA's Prosecution of the Action in Full**

In all candor to the Court, recent case law does suggest that the automatic stay under 11 U.S.C. § 362(a)(1) applies even to actions against non-debtor third parties where a fraudulent transfer is at issue. *See Koeberer v. Cal. Bank of Commerce (In re Koeberer)*, 632 B.R. 680 (B.A.P. 9th Cir. 2021).  Unfortunately for Debtor, the automatic stay under 11 U.S.C. § 362(a)(1) terminated upon the Court's entry of judgment denying her discharge.

As Section 362(c)(2)(C) clearly provides:
(c) Except as provided in subsections (d), (e), (f), and (h) of this section—
    (1) the stay of an act against property of the estate under subsection (a) of this section continues until such property is no longer property of the estate;
    **(2) the stay of any other act under subsection (a) of this section continues until the earliest of—**
        (A) the time the case is closed;
        (B) the time the case is dismissed; or
        **(C) if the case is a case under chapter 7 of this title concerning an individual** or a case under chapter 9, 11, 12, or 13 of this title, **the time a discharge is** granted or **denied** . . . .

11 U.S.C. § 362(c).  Accordingly, while the automatic stay provided for under Section 362(a)(3) survives to protect property of the estate, no other stay, including the stay against actions to collect claims against the Debtor (11 U.S.C. § 362(a)(1)), applies.  Given that there is no stay either as to Nickel or Debtor regarding the Action, cause exists to grant relief under Section 362(d)(1) of the Bankruptcy Code.  Moreover, the Action is no longer property of the Estate stayed under Section 362(a)(3).  The Trustee expressly abandoned the Action by order entered on September 23, 2022. (See Motion, at 94-95.)

### B.    **The *Curtis* Factors Are Inapplicable, But Even if they Applied, the HOA Prevails Under Them**

The law of this Circuit is that no bankruptcy court may bind another, nor can a district court bind a bankruptcy court except in a direct appeal.  *See In re Silverman*, 616 F.3d 1001, 1006 & n.2

(9th Cir. 2010).   Thus, when Judge Carroll applied the *Curtis* factors to determine cause under Section 362(d)(1) in *Truebro, Inc. v. Plumberex Specialty Prods., Inc. (In re Plumberex Specialty Prods., Inc.)*, 311 B.R. 551, 558-59 (Bankr. C.D. Cal. 2004), that decision is not binding on this Court, nor does it appear that *Curtis* a mandatory consideration to determine cause to grant relief from stay when the stay no longer exists by operation of Section 362.

Assuming arguendo that the *Curtis* factors are relevant on the Motion, they show that the HOA must prevail:

| *Curtis* Factor | Analysis |
|---|---|
| 1. Whether the relief will result in a partial or complete resolution of the issues; | Relief from stay for the HOA to pursue the Action will result in a complete resolution in state court on the issue of whether Debtor transferred Unit 53 with actual intent or constructively to hinder, delay, or defraud her creditors.  The Court would arguably abstain from the Action in its entirety because it does not arise under Title 11, it did not arise in the bankruptcy case, and is no longer related to the bankruptcy case because the Trustee abandoned it. |
| 2.  The lack of any connection with or interference with the bankruptcy case; | Again, relief from the stay is proper because it does not interfere with the bankruptcy case: the estate has no interest in the Action and there is no automatic stay protecting the Debtor to prevent the Action from proceeding. |
| 3. Whether the foreign proceeding involves the debtor as a fiduciary; | This factor appears to be inapplicable. |
| 4. Whether a specialized tribunal has been established to hear the particular cause of action and whether that tribunal has the expertise to hear such cases; | This factor appears to be inapplicable. |
| 5. Whether the debtor's insurance carrier has assumed full financial responsibility for defending the litigation; | This factor is inapplicable. |
| 6. Whether the action essentially involves third parties, and the debtor functions only as a bailee or conduit for the goods or proceeds in question; | This factor weighs strongly in favor of granting relief from the automatic.  In point of fact, the Action is stayed because the Superior Court judge has requested confirmation from this Court that no stay applies. |
| 7. Whether the litigation in another forum | This factor also weighs in favor of the HOA. |

4

| | |
|---|---|
| would prejudice the interests of other creditors, the creditors' committee and other interested parties; | The only party with an interest in the Action is the HOA to recover a property located within its community that Debtor allegedly fraudulently transferred to Nickel, a suspicious new occupant in the HOA's community. Debtor cannot credibly maintain that her interests are prejudiced when she transferred away her leasehold interest to Nickel. |
| 8. Whether the judgment claim arising from the foreign action is subject to equitable subordination under Section 510(c). Whether movant's success in the foreign proceeding would result in a judicial lien avoidable by the debtor under Section 522(f). The interests of judicial economy and the expeditious and economical determination of litigation for the parties; | This factor is inapplicable. |
| 11. Whether the foreign proceedings have progressed to the point where the parties are prepared for trial, and | This factor is inapplicable where Debtor freely admits that the foreign proceeding did not near trial because her purpose in filing for bankruptcy was to terminate the Action. (See Amended Response to Motion, at 16:25-26.) |
| 12. The impact of the stay on the parties and the "balance of hurt." | This factor weighs strongly in favor of the HOA because Nickel continues to be an occupant in the HOA's community as a result of Debtor's unlawful prepetition transfer. Debtor's only response is that she has provided all the documents she needed to. This cannot be the case as she has had her discharge denied under 11 U.S.C. § 727(a)(5) and consequently no automatic stay protects her under 11 U.S.C. § 362(a)(1). |

Debtor calls upon the Court to enforce "the spirit of a Fresh Start" (Amended Response, at 21:25-27) even as she has forfeited the same by making false oaths, transferring property with intent to hinder, delay, or defraud creditors, and failing to explain the loss of assets satisfactorily to the Court. (See RJN, **Exhibit "2."**) Since she has no fresh start, the Court should instead enforce the spirit of enabling creditors to enforce their rights in a court of competent jurisdiction that is currently stayed absent a judicial determination that relief from the stay is granted.

/ / /

**IV.**    **<u>CONCLUSION</u>**

      **WHEREFORE**, the HOA respectfully requests that the Motion be granted.

                                  Respectfully submitted,

DATED:  July 12, 2023                  **GOE FORSYTHE & HODGES LLP**

                                 By:  /s/ Brandon J. Iskander
                                       Robert P. Goe
                                       Brandon J. Iskander
                                     Attorneys for The Huntington Beach
                                     Gables Homeowners' Association

## REQUEST FOR JUDICIAL NOTICE

Federal courts may take judicial notice of facts which are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Federal Rule of Evidence 201(c)(2). This includes proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to the matters at issue. *U.S. ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992). The court may also take judicial notice of undisputed facts that are contained in extrinsic materials, such as public land records. *See Mir v. Little Co. of Mary Hosp.*, 844 F.2d 646, 649 (9th Cir. 1988). Based on the foregoing, Movant requests the Court take judicial notice of the following:

1.    A true and correct copy of the Movant's Amended Claim 1 filed on October 25, 2022 in *In re Jamie Lynn Gallian*, Case No. 8:21-bk-11710-SC, a bankruptcy case before the United States Bankruptcy Court for the Central District of California, Santa Ana Division ("Bankruptcy Court") is attached hereto and incorporated herein as **Exhibit "1."**

2.    A true and correct copy of the Bankruptcy Court's Judgment Denying Debtor's Discharge Pursuant to 11 U.S.C. §§ 727(a)(2)(A), (a)(4), and (a)(5) entered on July 7, 2023 in *Houser Bros. Co. v. Gallian*, Adv. No. 8:21-ap-01097-SC is attached hereto and incorporated herein as **Exhibit "2."**

Respectfully submitted,

Dated:  July 12, 2023                    **GOE FORSYTHE & HODGES LLP**

By:  /s/ Brandon J. Iskander
Robert P. Goe
Brandon J. Iskander
Attorneys for the Huntington Beach Gables
Homeowners Association

# EXHIBIT 1

# EXHIBIT 1

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | JAMIE LYNN GALLIAN |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Central District of California |
| Case number | 8:21-bk-11710-SC |

## Official Form 410

# Proof of Claim

04/22

**Read the instructions before filling out this form.** This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309)** that you received.

| Part 1: | Identify the Claim |
|---|---|

| | | |
|---|---|---|
| 1. | Who is the current creditor? | The Huntington Beach Gables Homeowners Association |
| | | Name of the current creditor (the person or entity to be paid for this claim) |
| | | Other names the creditor used with the debtor |

| | | |
|---|---|---|
| 2. | Has this claim been acquired from someone else? | ☑ No<br>☐ Yes. From whom? |

| | | | |
|---|---|---|---|
| 3. | Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>Robert P. Goe / Goe Forsythe & Hodges LLP<br>Name<br>17701 Cowan Ave, Suite 210<br>Number    Street<br>Irvine          CA          92614<br>City          State          ZIP Code<br>Contact phone 949-798-2460<br>Contact email rgoe@goeforlaw.com | **Where should payments to the creditor be sent?** (if different)<br><br>Huntington Beach Gables Homeowners Assn.<br>Name<br>c/o Goe Forsythe & Hodges, 17701 Cowan Ave<br>Number    Street<br>Suite 210, Irvine    CA          92610<br>City          State          ZIP Code<br>Contact phone 949-798-2460<br>Contact email rgoe@goeforlaw.com |
| | | Uniform claim identifier for electronic payments in chapter 13 (if you use one):<br>__ __ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __ | |

| | | |
|---|---|---|
| 4. | Does this claim amend one already filed? | ☐ No<br>☑ Yes.    Claim number on court claims registry (if known) Claim 1          Filed on 07/05/2022<br>                                                                                              MM / DD / YYYY |

| | | |
|---|---|---|
| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ☐ No<br>☐ Yes.    Who made the earlier filing? |

EXHIBIT "1"

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No

☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  __3__  __9__  __3__  __6__

---

**7. How much is the claim?**

At least $553,774.84 (not including additional interest, fees and other costs)

$ _____553,774.84__ . **Does this amount include interest or other charges?**

☐ No

☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

---

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Judgments, delinquent assessments, other charges

---

**9. Is all or part of the claim secured?**

☐ No

☑ Yes.  The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☑ Other. Describe:  Abstracts of judgment, ORAP lien

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**  $ _Unknown_

**Amount of the claim that is secured:**  $ _Unknown_

**Amount of the claim that is unsecured:**  $ _____  (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**  $ _____

**Annual Interest Rate** (when case was filed) _____%

☐ Fixed

☐ Variable

---

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.**  $ _____

---

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

---

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | Amount entitled to priority |
|---|---|---|
| | ☐ Yes. *Check one:* | |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  10/25/2022
                  MM / DD / YYYY

/s/ Robert P. Goe
_____
Signature

**Print the name of the person who is completing and signing this claim:**

| Name | Robert P. Goe | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Attorney | | |
| Company | Goe Forsythe & Hodges LLP | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 17701 Cowan Avenue, Suite 210 | | |
| | Number      Street | | |
| | Irvine | CA | 92614 |
| | City | State | ZIP Code |
| Contact phone | (949) 798-2460 | Email | rgoe@goeforlaw.com |

Creditor: Huntington Beach Gables Homeowners Association
Claim Itemization under FRBP 3001(c)(2)
October 25, 2022


Claim 1 - Table of Judgment in favor of The Huntington Beach Gables Homeowners Association against Debtor Jamie Lynn Gallian

| OCSC Case Number | Case Name | Date of Abstract | Dollar Amount | Number of Pages |
|---|---|---|---|---|
| 30-2017-00962999 | The Huntington Beach Gables HOA v. Gallian | 4/30/2019 | $9265; plus 10% per annum from 03/21/19, which is the date of court ordered judgment | 4 pages |
| Total Amount | | | $12,590.25 | |


Claim 2 - Table of Judgment in favor of The Huntington Beach Gables Homeowners Association against Debtor Jamie Lynn Gallian

| OCSC Case Number | Case Name | Date of Abstract | Dollar Amount | Number of Pages |
|---|---|---|---|---|
| 30-2017-00913985 | The Huntington Beach Gables HOA v. Bradley, Gallian, et al. | 5/14/2019 | $319,653.59; plus 10% per annum. Note, Item 8a of this abstract includes two judgments in one: first, the OC court's judgment order issued against Debtor for court's sanctions on 09/27/18 and the related abstract issued on 11/16/18 in the amount of $3070.00; second, the court's judgment amount of $316,583.59 issued on 5/6/2019 and related abstract issued on 5/14/19 | 12 pages |
| Total Amount | | | $430,535.95 | |

Claim 3 - Table of Debtor's Unpaid Legal Fees, Assessments and Fines Owed to The Huntington Beach Gables Homeowners Association by Debtor, Jamie Lynn Gallian

| Dates of Unpaid Legal Fees, Delinquent Assessments, and Fines | Account number | Dollar Amount including Interest from date of assessment | |
|---|---|---|---|
| 02/20/18 | HOA account #21776 | $6,785.22; $5300.50 unpaid special assessment plus 6% interest per annum | |
| 2018 OC Recorder's Office Fees | HOA account #21776 | $680.00 | |
| Fines for Violations of the CC&Rs | HOA account #21776 | $23,140 | |
| Unpaid monthly HOA dues | HOA account #21776 | $1,586.90 ($1292.00 for 4 months of unpaid monthly assessments plus 6% interest per annum ) | |
| The Huntington Beach Gables HOA v. Nickel, Gallian, et al., OCSC Case No. 30-2020-01163055 | State court UVTA case re transfer of Debtor's condo to Nickel | $78,456.52, legal fees and costs (ongoing UVTA state court litigation so additional legal fees and costs in the future) | |
| Total Amount | | $110,648.64 | |

**Grand Total: $553,774.84**

105

**RECORDING REQUESTED BY:**

THE HUNTINGTON BEACH GABLES
HOMEOWNERS ASSOCIATION

**WHEN RECORDED MAIL TO:**

THE HUNTINGTON BEACH GABLES
HOMEOWNERS ASSOCIATION
Epsten Grinnell & Howell, APC
10200 Willow Creek Road, Suite 100
San Diego, CA  92131-1138

Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder

103.00

\* \$ R 0 0 1 0 8 1 1 4 2 8 \$ \*

2019000148568 4:19 pm 05/03/19
105 417 A03   4
0.00 0.00 0.00 0.00 9.00 10.00 0.000.0075.00 3.00

---

**Title:**

ABSTRACT OF JUDGMENT

THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION

v.

JAMIE LYNN GALLIAN

**30-2017-00962999-CU-HR-CJC**

TT
40
FF
101
SB
OF

EJ-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address, and State Bar number): After recording, return to: |
| --- |

Joyce J. Kapsal/Pejman D.      SBN: 091950/279260
EPSTEN GRINNELL & HOWELL, APC
10200 WILLOW CREEK ROAD, SUITE 100,
SAN DIEGO, CA 92131

TEL NO. 858-527-0111      FAX NO. (optional): 858-527-1531
E-MAIL ADDRESS (Optional): jkapsal@epsten.com
[X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: 700 Civic Center Drive W091950/est/
MAILING ADDRESS: 700 Civic Center Drive West
CITY AND ZIP CODE: Santa Ana, CA 92701-4045
BRANCH NAME: Central Justice Center

FOR RECORDER'S USE ONLY

PLAINTIFF: The Huntington Beach Gables Homeowners Association
DEFENDANT: Jamie Lynn Gallian

CASE NUMBER
30-2017-00962999-CU-HR-CJC

ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS      [ ] Amended

FOR COURT USE ONLY

Pursuant to California Government Code § 68150(f), the Clerk of the Court hereby certifies this document accurately reflects the official court record. The electronic signature and seal on this document have the same validity and legal force and effect as an original clerk's signature and court seal. California Government Code § 68150(g).

1. The [X] judgment creditor   [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a.  Judgment debtor's
       Name and last known address
   ┌─────────────────────────────────┐
   │ Jamie L. Gallian                │
   │ 16222 Monterey Lane, #376       │
   │ Huntington Beach, CA  92649     │
   └─────────────────────────────────┘
   b. Driver's license no. [last 4 digits] and state:0742/CA      [ ] Unknown
   c. Social security no. [last 4 digits]: xx-xx-3936             [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address).
      Jamie L. Gallian, 16222 Monterey Lane, #376
      Huntington Beach, CA 92649

2. [ ] Information on additional judgment debtors is shown on page 2.

3. Judgment creditor (name and address):
   The Huntington Beach Gables Homeowners Association
   C/o Epsten Grinnell & Howell, 10200 Willow Creek
   Road, San Diego, CA  92131
   Date: April 3, 2019

   Joyce J. Kapsal
   (TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.

5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

   ▶ _____
   (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 9265.00

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on (date): March 21, 2019
   b. Renewal entered on (date):

9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of (name and address):

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until (date):

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

[SEAL]
SUPERIOR COURT OF CALIFORNIA COUNTY OF ORANGE

David H. Yamasaki, Clerk of the Court

This abstract issued on (date):
04/30/2019

Clerk, by _____, Deputy
S.Wilson

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190
Westlaw Doc & Form Builder

| PLAINTIFF: The Huntington Beach Gables Homeowners Association<br>DEFENDANT: Jamie Lynn Gallian | COURT CASE NO.:<br>30-2017-00962999-CU-HR-CJC |
|---|---|

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.  Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown
Social security no. [last 4 digits]:
☐ Unknown

Summons was personally served at or mailed to *(address):*

17.  Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown
Social security no. [last 4 digits]:
☐ Unknown

Summons was personally served at or mailed to *(address):*

18.  Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown
Social security no. [last 4 digits]:
☐ Unknown

Summons was personally served at or mailed to *(address):*

19.  Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown
Social security no. [last 4 digits]:
☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

**ABSTRACT OF JUDGMENT—CIVIL**
**AND SMALL CLAIMS**
Exhibit 1

POS-050/EFS-050

| ATTORNEY OR PARTY WITHOUT ATTORNEY: STATE BAR NO: 91950/ 279260 | FOR COURT USE ONLY |
|---|---|
| NAME: Joyce J. Kapsal / Pejman D. Kharrazian, Esq. | |
| FIRM NAME: EPSTEN GRINNELL & HOWELL, APC | |
| STREET ADDRESS: 10200 WILLOW CREEK ROAD, SUITE 100 | |
| CITY: SAN DIEGO    STATE: CA    ZIP CODE: 92131 | |
| TELEPHONE NO: 858-527-0111    FAX NO: 858-527-1531 | |
| E-MAIL ADDRESS: jkapsal@epsten.com / pkharrazian@epsten.com | |
| ATTORNEY FOR (name): Huntington Beach Gables Homeowners Association | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   ORANGE
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS: 700 Civic Center Drive West
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: Central Justice Center

| PLAINTIFF/PETITIONER: The Huntington Beach Gables Homeowners Association | CASE NUMBER: 2017-00962999-CU-HR-CJC |
|---|---|
| DEFENDANT/RESPONDENT: Jamie L. Gallian | JUDICIAL OFFICER: Hon. Sherri Honer |
| **PROOF OF ELECTRONIC SERVICE** | DEPARTMENT: C-66 |

1. I am at least 18 years old.

   a. My residence or business address is (specify): 10200 Willow Creek Road, Suite 100, San Diego, CA  92131

   b. My electronic service address is (specify): shart@epsten.com

2. I electronically served the following documents (exact titles): Abstract of Judgment – Civil and Small Claims

   ☐ The documents served are listed in an attachment. (Form POS-050(D)/EFS-050(D) may be used for this purpose.)

3. I electronically served the documents listed in 2 as follows:

   a. Name of person served: Steven A. Fink

      On behalf of (name or names of parties represented, if person served is an attorney):
      Jamie L. Gallian

   b. Electronic service address of person served : sfink@stevefinklaw.com

   c. On (date): April 19, 2019

      ☐ The documents listed in item 2 were served electronically on the persons and in the manner described in an attachment. (Form POS-050(P)/EFS-050(P) may be used for this purpose.)

Date:    April 19, 2019

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Stephanie Hart
_____
(TYPE OR PRINT NAME OF DECLARANT)

▸ _S Hart_
_____
(SIGNATURE OF DECLARANT)

Page 1 of 1

| Form Approved for Optional Use Judicial Council of California POS-050/EFS-050 [Rev. February 1, 2017] | **PROOF OF ELECTRONIC SERVICE** (Proof of Service/Electronic Filing and Service) | Cal. Rules of Court, rule 2.251 www.courts.ca.gov Westlaw Doc & Form Builder |
|---|---|---|

EJ-001

Recording Requested by and When Recorded Mail to
Joyce J. Kapsal / Pejman D.     SBN: 091950 / 279260
EPSTEN GRINNELL & HOWELL, APC
10200 Willow Creek Road, Suite 100
San Diego, CA 92131
TEL NO.: 858-527-0111        FAX NO. (optional): 858-527-1531
E-MAIL ADDRESS (Optional): jkapsal@epsten.com /

| X | ATTORNEY FOR | X | JUDGMENT CREDITOR | | ASSIGNEE OF RECORD |

**Recorded in Official Records, Orange County**
**Hugh Nguyen, Clerk-Recorder**

90.00

* $ R 0 0 1 0 8 3 8 3 3 9 $ *

2019000165259 12:56 pm 05/16/19
48 401 A03   3
0.00 0.00 0.00 0.00 6.00 0.00 0.000075.00 3.00

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS 700 Civic Center Drive West
MAILING ADDRESS 700 Civic Center Drive West
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: Central Justice Center

FOR RECORDER'S USE ONLY

PLAINTIFF: The Huntington Beach Gables Homeowners Association
DEFENDANT: Sandra Bradley, et al.

CASE NUMBER
30-2017-00913985-CU-CO-CJC

| ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS | X Amended |

FOR COURT USE ONLY

Pursuant to California Government Code § 68150(f), the Clerk of the Court hereby certifies this document accurately reflects the official court record. The electronic signature and seal on this document have the same validity and legal force and effect as an original clerk's signature and court seal. California Government Code § 68150(g).

1. The [X] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      
      Jamie L. Gallian
      4476 Alderport Drive #53
      Huntington Beach, CA 92649

   b. Driver's license no. [last 4 digits] and state: 0742 / CA   [ ] Unknown
   c. Social security no. [last 4 digits]: xxx-xx-3936   [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):
      4476 Alderport Drive #53, Huntington Beach, CA 92649

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor (name and address):
   The Huntington Beach Gables Homeowners Association
   c/o Epsten Grinnell & Howell, 10200 Willow
   Creek Rd, Ste 100, San Diego, CA 92131
   Date: May 8, 2019
   Joyce J. Kapsal
   (TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

   ▶ _____
   (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 319,653.59
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on (date): 5/6/2019 [9/27/2018 sanctions]
   b. Renewal entered on (date):

9. [ ] This judgment is an installment judgment.

[SEAL]

David H. Yamasaki, Clerk of the Court

This abstract issued on (date):
May 14, 2019

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of (name and address):

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until (date):

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

Mary M Johnson

Clerk, by   Mary Johnson   , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190
Westlaw Doc & Form Builder

| PLAINTIFF: The Huntington Beach Gables Homeowners Association | COURT CASE NO.: |
|---|---|
| DEFENDANT: Sandra Bradley, et al. | 30-2017-00913985-CU-CO-CJC |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.          Name and last known address

Driver's license no. [last 4 digits] and state:    ☐ Unknown

Social security no. [last 4 digits]:    ☐ Unknown

Summons was personally served at or mailed to *(address):*

17.          Name and last known address

Driver's license no. [last 4 digits] and state:    ☐ Unknown

Social security no. [last 4 digits]:    ☐ Unknown

Summons was personally served at or mailed to *(address):*

18.          Name and last known address

Driver's license no. [last 4 digits] and state:    ☐ Unknown

Social security no. [last 4 digits]:    ☐ Unknown

Summons was personally served at or mailed to *(address):*

19.          Name and last known address

Driver's license no. [last 4 digits] and state:    ☐ Unknown

Social security no. [last 4 digits]:    ☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

EXHIBIT "1"                 Page 11 of 21
Document Number: 2019000165259 Page: 2 of 4

**POS-050/EFS-050**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY:     STATE BAR NO.: 118830/ 091950<br>NAME:  Rian W. Jones, Esq. / Joyce J. Kapsal, Esq.<br>FIRM NAME: EPSTEN GRINNELL & HOWELL, APC<br>STREET ADDRESS: 10200 WILLOW CREEK ROAD, SUITE 100<br>CITY: SAN DIEGO     STATE: CA     ZIP CODE: 92131<br>TELEPHONE NO.: 858-527-0111     FAX NO.: 858-527-1531<br>E-MAIL ADDRESS: rjones@epsten.com / jkapsal@epsten.com<br>ATTORNEY FOR *(name)*: The Huntington Beach Gables Homeowners Association | FOR COURT USE ONLY |

| | |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF  ORANGE<br> STREET ADDRESS: 700 Civic Center Drive West<br>MAILING ADDRESS: 700 Civic Center Drive West<br>CITY AND ZIP CODE: Santa Ana, CA 92701<br> BRANCH NAME: Central Justice Center | |
| PLAINTIFF/PETITIONER: The Huntington Beach Gables Homeowners Association<br><br>DEFENDANT/RESPONDENT: Sandra Bradley, et al. | CASE NUMBER:<br>30-2017-00913985-CU-CO-CJC |
| | JUDICIAL OFFICER:<br>Hon. James L. Crandall |
| **PROOF OF ELECTRONIC SERVICE** | DEPARTMENT:<br>C-33 |

1. I am at least 18 years old.

    a. My residence or business address is *(specify)*: 10200 Willow Creek Road, Suite 100, San Diego, CA 92131

    b. My electronic service address is *(specify)*: dmorrow@epsten.com

2. I electronically served the following documents *(exact titles)*:

    ABSTRACT OF JUDGMENT

    ☐ The documents served are listed in an attachment. *(Form POS-050(D)/EFS-050(D) may be used for this purpose.)*

3. I electronically served the documents listed in 2 as follows:
    a. Name of person served: Steven A. Fink

    On behalf of *(name or names of parties represented, if person served is an attorney)*:

    Jamie L. Gallian

    b. Electronic service address of person served : sfink@stevefinklaw.com

    c. On *(date)*: May 8, 2019

    ☐ The documents listed in item 2 were served electronically on the persons and in the manner described in an attachment. *(Form POS-050(P)/EFS-050(P) may be used for this purpose.)*

Date:   May 8, 2019

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dominique Morrow
    (TYPE OR PRINT NAME OF DECLARANT)                         (SIGNATURE OF DECLARANT)

Page 1 of 1

Form Approved for Optional Use<br>Judicial Council of California<br>POS-050/EFS-050 [Rev. February 1, 2017] | **PROOF OF ELECTRONIC SERVICE**<br>**(Proof of Service/Electronic Filing and Service)** | Cal. Rules of Court, rule 2.251<br>www.courts.ca.gov<br>Westlaw Doc & Form Builder

EXHIBIT 1                  Page 12 of 21
Document Number: 2019000165259 Page: 3 of 4

*Certified Copy of document Number 20190001652599*

THIS IS A CERTIFIED COPY OF THE
RECORD IF IT BEARS THE SEAL, AND
SIGNATURE OF THE ORANGE
COUNTY CLERK-RECORDER.

DATE:_____05/20/2019_____

CERTIFICATION FEE:_____4.00_____

COUNTY CLERK-RECORDER

*Hugh Nguyen*

ORANGE COUNTY
STATE OF CALIFORNIA

1

**EJ-001**

Recording Requested by and When Recorded Mail to
Joyce J. Kapsal          SBN: 091950
Epsten Grinnell & Howell, APC
10200 WILLOW CREEK ROAD, SUITE 100
SAN DIEGO, CA 92131
TEL NO.: 858-527-0111    FAX NO. (optional): 858-527-1531
E-MAIL ADDRESS (Optional):
[X] ATTORNEY    [X] JUDGMENT    [ ] ASSIGNEE
    FOR         CREDITOR          OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS: 700 Civic Center Drive West
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: Central Justice Center

Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder

||| *$ R 0 0 1 0 4 8 0 4 9 1 $*    97.00

2018000435011 2:30 pm 11/19/18
7 413 A03   2
0.00 0.00 0.00 3.00 10.00 0.000.005.00 3.00

FOR RECORDER'S USE ONLY

PLAINTIFF: The Huntington Beach Gables Homeowners Association
DEFENDANT: Jamie L. Gallian

CASE NUMBER:
30-2017-00913985-CU-CO-CJC

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**          [ ] Amended

FOR COURT USE ONLY

Pursuant to California Government Code § 68150(f), the Clerk of the Court hereby certifies this document accurately reflects the official court record. The electronic signature and seal on this document have the same validity and legal force and effect as an original clerk's signature and court seal. California Government Code § 68150(g).

1. The [X] judgment creditor    [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
          Name and last known address
     ┌─────────────────────────────┐
     │ Jamie L. Gallian            │
     │ 4476 Alderport Drive #53    │
     │ Huntington Beach, CA 92649  │
     └─────────────────────────────┘

   b. Driver's license no. [last 4 digits] and state: 0742 / CA   [ ] Unknown
   c. Social security no. [last 4 digits]: xxx-xx-3936            [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):
      Jamie L. Gallian, 4476 Alderport Drive #53, Huntington Beach, CA 92649

2. [ ] Information on additional judgment debtors is    4. [ ] Information on additional judgment creditors is
       shown on page 2.                                       shown on page 2.
3. Judgment creditor (name and address):                  5. [ ] Original abstract recorded in this county:
   The Huntington Beach Gables Homeowners Association
   c/o Epsten Grinnell & Howell, 10200 Willow           a. Date:
   Creek Rd, Ste 100, San Diego, CA 92131               b. Instrument No.:
   Date: November 9, 2018
   Joyce J. Kapsal                                       ▶ [signature]
   (TYPE OR PRINT NAME)                                   (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:   10. [ ] An [ ] execution lien [ ] attachment lien
   $ 3,070.00                                                 is endorsed on the judgment as follows:
7. All judgment creditors and debtors are listed on this abstract.   a. Amount: $
8. a. Judgment entered on (date): 9/27/2018 [sanctions]       b. In favor of (name and address):
   b. Renewal entered on (date):
9. [ ] This judgment is an installment judgment.          11. A stay of enforcement has
                                                              a. [X] not been ordered by the court.
                                                              b. [ ] been ordered by the court effective until
                                                                     (date):
   David H Yamasaki, Clerk of the Court                   12. a. [X] I certify that this is a true and correct abstract of
                                                                     the judgment entered in this action.
   This abstract issued on (date):                            b. [ ] A certified copy of the judgment is attached.
           11/16/2018                                       Clerk, by [signature] S.Wilson
                                                                                        , Deputy

Form Adopted for Mandatory Use          **ABSTRACT OF JUDGMENT—CIVIL**          Code of Civil Procedure, §§ 488.480,
Judicial Council of California                AND SMALL CLAIMS                          674, 700.190
EJ-001 [Rev July 1, 2014]                                                       Westlaw Doc & Form Builder™

Page 1 of 2

| PLAINTIFF: The Huntington Beach Gables Homeowners Association | COURT CASE NO.: |
|---|---|
| DEFENDANT: Jamie L. Gallian | 30-2017-00913985-CU-CO-CJC |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*           14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.      Name and last known address       17.      Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown   Driver's license no. [last 4 digits] and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown   Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*   Summons was personally served at or mailed to *(address):*

18.      Name and last known address       19.      Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown   Driver's license no. [last 4 digits] and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown   Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*   Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

EJ-001

Recording Requested by and When Recorded Mail to
Joyce J. Kapsal / Pejman D.    SBN:  091950 / 279260
EPSTEN GRINNELL & HOWELL, APC
10200 Willow Creek Road, Suite 100
San Diego, CA 92131
TEL NO. 858-527-0111    FAX NO. (optional) 858-527-1531
E-MAIL ADDRESS (Optional) jkapsal@epsten.com /

| [X] ATTORNEY FOR | [X] JUDGMENT CREDITOR | [ ] ASSIGNEE OF RECORD |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS: 700 Civic Center Drive West
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: Central Justice Center

| PLAINTIFF: The Huntington Beach Gables Homeowners Association | FOR RECORDER'S USE ONLY |
| DEFENDANT: Sandra Bradley, et al. | CASE NUMBER: 30-2017-00913985-CU-CO-CJC |

| ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS    [X] Amended | FOR COURT USE ONLY |

Pursuant to California Government Code § 68150(f), the Clerk of the Court hereby certifies this document accurately reflects the official court record. The electronic signature and seal on this document have the same validity and legal force and effect as an original clerk's signature and court seal. California Government Code § 68150(g).

1. The [X] judgment creditor    [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a.   Judgment debtor's
        Name and last known address

        Jamie L. Gallian
        4476 Alderport Drive #53
        Huntington Beach, CA 92649

   b.   Driver's license no. [last 4 digits] and state: 0742 / CA    [ ] Unknown
   c.   Social security no. [last 4 digits]: xxx-xx-3936    [ ] Unknown
   d.   Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):
        4476 Alderport Drive #53, Huntington Beach, CA 92649

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor (name and address):
   The Huntington Beach Gables Homeowners Association
   c/o Epsten Grinnell & Howell, 10200 Willow
   Creek Rd, Ste 100, San Diego, CA 92131
   Date: May 8, 2019
   Joyce J. Kapsal
   (TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a.   Date:
   b.   Instrument No.:

   ▶ (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 319,653.59
7. All judgment creditors and debtors are listed on this abstract.
8. a.   Judgment entered on (date): 5/6/2019 [9/27/2018 sanctions]
   b.   Renewal entered on (date):
9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien
    is endorsed on the judgment as follows:
    a.   Amount: $
    b.   In favor of (name and address):

11. A stay of enforcement has
    a.   [X] not been ordered by the court.
    b.   [ ] been ordered by the court effective until (date):
12. a.   [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b.   [ ] A certified copy of the judgment is attached.

[SEAL]

David H. Yamasaki, Clerk of the Court

This abstract issued on (date):
May 14, 2019

Clerk, by   Mary Johnson    Deputy
Mary M Johnson

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190
Westlaw Doc & Form Builder®

| PLAINTIFF: The Huntington Beach Gables Homeowners Association | COURT CASE NO: |
|---|---|
| DEFENDANT: Sandra Bradley, et al. | 30-2017-00913985-CU-CO-CJC |

NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:

13. Judgment creditor *(name and address)*:

14. Judgment creditor *(name and address)*:

15. ☐ Continued on Attachment 15.

INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:

16. ___    Name and last known address

17. ___    Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:
☐ Unknown

Summons was personally served at or mailed to *(address)*:

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:
☐ Unknown

Summons was personally served at or mailed to *(address)*:

18. ___    Name and last known address

19. ___    Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:
☐ Unknown

Summons was personally served at or mailed to *(address)*:

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:
☐ Unknown

Summons was personally served at or mailed to *(address)*:

20. ☐ Continued on Attachment 20.

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

EXHIBIT "1"                                    Page 17 of 21

POS-050/EFS-050

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY   STATE BAR NO: 118830/ 091950<br>NAME: Rian W. Jones, Esq. / Joyce J. Kapsal, Esq.<br>FIRM NAME: EPSTEN GRINNELL & HOWELL, APC<br>STREET ADDRESS: 10200 WILLOW CREEK ROAD, SUITE 100<br>CITY: SAN DIEGO   STATE: CA   ZIP CODE: 92131<br>TELEPHONE NO.: 858-527-0111   FAX NO.: 858-527-1531<br>E-MAIL ADDRESS: rjones@epsten.com / jkapsal@epsten.com<br>ATTORNEY FOR (name): The Huntington Beach Gables Homeowners Association | FOR COURT USE ONLY |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF  ORANGE<br>STREET ADDRESS: 700 Civic Center Drive West<br>MAILING ADDRESS: 700 Civic Center Drive West<br>CITY AND ZIP CODE: Santa Ana, CA 92701<br>BRANCH NAME: Central Justice Center | |
| PLAINTIFF/PETITIONER: The Huntington Beach Gables Homeowners Association | CASE NUMBER:<br>30-2017-00913985-CU-CO-CJC |
| DEFENDANT/RESPONDENT: Sandra Bradley, et al. | JUDICIAL OFFICER:<br>Hon. James L. Crandall |
| PROOF OF ELECTRONIC SERVICE | DEPARTMENT:<br>C-33 |

1. I am at least 18 years old.
   a. My residence or business address is (specify): 10200 Willow Creek Road, Suite 100, San Diego, CA 92131

   b. My electronic service address is (specify): dmorrow@epsten.com

2. I electronically served the following documents (exact titles):
   ABSTRACT OF JUDGMENT

   ☐ The documents served are listed in an attachment. (Form POS-050(D)/EFS-050(D) may be used for this purpose.)

3. I electronically served the documents listed in 2 as follows:
   a. Name of person served: Steven A. Fink
      On behalf of (name or names of parties represented, if person served is an attorney):
      Jamie L. Gallian
   b. Electronic service address of person served : sfink@stevefinklaw.com

   c. On (date): May 8, 2019

      ☐ The documents listed in item 2 were served electronically on the persons and in the manner described in an attachment.
      (Form POS-050(P)/EFS-050(P) may be used for this purpose.)

Date:   May 8, 2019

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dominique Morrow
_____
(TYPE OR PRINT NAME OF DECLARANT)                          (SIGNATURE OF DECLARANT)

Page 1 of 1

| | | |
|---|---|---|
| Form Approved for Optional Use<br>Judicial Council of California<br>POS-050/EFS-050 [Rev. February 1, 2017] | PROOF OF ELECTRONIC SERVICE<br>(Proof of Service/Electronic Filing and Service) | Cal. Rules of Court, rule 2.251<br>www.courts.ca.gov<br>Westlaw Doc & Form Builder™ |

EXHIBIT "1"

ELECTRONICALLY RECEIVED
Superior Court of California,
County of Orange
04/02/2019 at 09:41:17 AM
Clerk of the Superior Court
By Natasha Dorfman, Deputy Clerk

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

MAY 06 2019

DAVID H. YAMASAKI, Clerk of the Court

BY:_____DEPUTY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF ORANGE, CENTRAL JUSTICE CENTER

| | |
|---|---|
| THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION, a California Nonprofit Mutual Benefit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SANDRA L. BRADLEY, individually and as Trustee of the Sandra L. Bradley Trust; JAMIE L. GALLIAN, an individual; and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO. 37-2017-00913985-CU-CO-CJC<br><br>Judge: James L. Crandall<br>Dept.: C33<br><br>[PROPOSED] JUDGMENT IN FAVOR OF PLAINTIFF THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION AND AGAINST DEFENDANT JAMIE L. GALLIAN<br><br>Complaint Filed: April 11, 2017<br>First Amended Complaint filed: May 16, 2017<br>Trial Date: September 9, 2019 |

In this action for Breach of Governing Documents (Architectural Violations) and Nuisance Defendant Jamie L. Gallian was personally served with the Summons and Complaint on May 24, 2017. Defendant Gallian filed an answer to the Complaint, and to the First Amended Complaint. Subsequently, due to her failure to timely respond to discovery, on February 13, 2019 the Court ordered that Defendant's Answer to the Plaintiff's First Amended Complaint be stricken, and on February 13, 2019 entered the default against Defendant. Pursuant to the Court's order of February 13, 2019, Plaintiff The Huntington Beach Gables Homeowners Association has presented evidence of its costs for abating the nuisance caused by Defendant Gallian, as alleged in the First Amended Complaint.

3806802v1

JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT JAMIE L. GALLIAN

1     Upon the Application of Plaintiff, The Huntington Beach Gables Homeowners

2  Association for judgment against Defendant, and upon having reviewed the evidence and

3  declarations, and proof having been made to the satisfaction of this Court, the Court finds in

4  favor of Plaintiff, The Huntington Beach Gables Homeowners Association ("Association"), and

5  against Defendant, Jamie L. Gallian ("Defendant") on all causes of action in the First Amended

6  Complaint filed herein on May 16, 2017.

7     IT IS HEREBY ADJUDGED, ORDERED AND DECREED, as follows:

8     1.    As to the First Cause of Action for Breach of Contract, the Court finds that

9  Defendant breached the Association's Governing Documents, including the "Declaration of

10  Covenants, Conditions and Restrictions for Huntington Beach Gables" containing the covenants,

11  conditions and restrictions which governing the properties located within the Association,

12  which was recorded on May 28, 1980, as Document No. 1980-28926 ("CC&Rs");

13     2.    At all times mentioned herein, Defendant was the tenant of, resident of, and/or

14  claimed some interest in the condominium unit located within the Association commonly known

15  as 4476 Alderport Drive, Unit 53, Huntington Beach, CA 92649 ("Subject Property");

16     3.    As a result of Defendant's breach of contract, Plaintiff's damages include the cost

17  of repairing damage to the Common Area caused by Defendant's failing to adhere to the

18  architectural guidelines and specifications with respect to the construction of the patio cover and

19  by constructing a concrete pad and installing an air conditioning unit on the exterior of

20  Defendant's Subject Property which encroached upon the Association's common area and

21  destroying the Association's landscaping;

22     4.    As the Second Cause of Action for Nuisance, the Court finds that Defendant

23  created conditions on the Subject Property that are an annoyance and nuisance to the Association

24  and its residents, and as a result, the Association has incurred attorneys' fees and costs in

25  connection with abating the nuisance;

26     5.    Plaintiff is entitled to recover its reasonable attorneys' fees and costs from

27  Defendant pursuant to Civil Code section 5975(c) and Article XIV, Section 14, 7 of the

28  Association's CC&Rs;

2

JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT JAMIE L. GALLIAN

3006902v1

6.      Plaintiff is further entitled to recover its costs to repair damage to the Common
Area caused by unauthorized installation of the concrete pad and air conditioning unit, causing
extensive damage to the landscaping pursuant to the CC&Rs, Article XIV, Section 14.8 as well
as costs for removal of the concrete pad and landscaping repairs;

7.      Association as Plaintiff, as the prevailing party in the action and pursuant to Civil
Code section 5975(c) and Article XIV, Section 14. 7 of the Association's CC&Rs, shall recover
from Defendant its legal costs in the amount of $ *10,693.13* and attorneys' fees in the amount of
$ *178,362* Plaintiff shall also recover concrete removal and landscaping repair costs in the
amount of $1,295.00;

8.      Association as Cross-Defendant, as the prevailing party in the action and
pursuant to Civil Code section 5975(c) and Article XIV, Section 14. 7 of the Association's
CC&Rs, shall recover from Cross-Complainant its legal costs in the amount of $ *6,050.47*
and attorneys' fees in the amount of $ *120,183*

9.      Judgment is hereby entered in favor of Plaintiff The Huntington Beach Gables
Homeowners Association for recovery of its attorney's fees and costs, and costs for concrete
removal and landscaping repair costs, against Defendant Jamie L. Gallian, and Defendant is
ordered to pay said sums to Plaintiff;

10.     Plaintiff The Huntington Beach Gables Homeowners Association is awarded
judgment in the total amount of $ ~~315,738.69~~ *$316,583.59*, which will accrue interest at the rate of
ten (10%) per annum from the date judgment is entered herein, until paid in full; and

11.     Pursuant to Code of Civil Procedure §§ 685.040, 685.080, Defendant Jamie L.
Gallian shall pay to Plaintiff any and all sums reasonably incurred by Plaintiff in enforcing the
Judgment.

IT IS SO ORDERED.

Dated: *5 - 6 -*         , 2019

The Honorable James L. Crandall
Judge of the Superior Court

3

# EXHIBIT 2

# EXHIBIT 2

D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Plaintiff,
HOUSER BROS. CO. dba RANCHO DEL
REY MOBILE HOME ESTATES

FILED & ENTERED

JUL 07 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte        DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In re

JAMIE LYNN GALLIAN,

        Debtor.

HOUSER BROS. CO. dba RANCHO DEL REY
MOBILE HOME ESTATES,

        Plaintiff,

v.

JAMIE LYNN GALLIAN,

        Defendant.

Case No. 8:21-bk-11710-SC

Chapter 7

Adv. No. 8:21-ap-01097-SC

JUDGMENT DENYING DEBTOR'S
DISCHARGE PURSUANT TO 11 U.S.C.
§§ 727(a)(2)(A), (a)(4), AND (a)(5)

Trial:
Date: April 26, 2023
Time: 9:30 a.m.
Courtroom: 5C

        On April 26, 2023, a trial was held in the above captioned adversary proceeding ("April 26

Trial") on Plaintiff's three claims pursuant to 11 U.S.C. § 727. D. Edward Hays, Esq. and Bradford

N. Barnhardt, Esq. appeared on behalf of Plaintiff Houser Bros. Co. dba Rancho Del Rey Mobile

Home Estates ("Plaintiff"), as did Chris Houser, who appeared and testified as Plaintiff's

representative. Greg Buysman was also called as a witness by Plaintiff. Defendant, Jamie Lynn

Gallian ("Defendant" or "Debtor"), appeared pro se and testified. All parties were afforded an

opportunity to cross-examine witnesses. Plaintiff and Defendant were permitted the opportunity to

1 present evidence in support of their case and defense. Witnesses were sworn and testimony and

2 documentary evidence was received and admitted into evidence.

3    The Court having heard the testimony and oral argument, having examined the evidence

4 offered by the parties and admitted into evidence, and having reviewed the parties' briefs, as well as

5 Defendant's post-trial declaration filed on May 1, 2023, as Dk. No. 71, and based upon all the

6 evidence, and for the reasons set forth in the Court's Memorandum Decision After Trial Regarding

7 § 727 Claims, entered on May 23, 2023, as Dk. No. 81, the Court has determined that cause exists

8 for Defendant's discharge to be denied. Pursuant to a separate order entered by the Court after a

9 status conference held on June 27, 2023, the Court found that good cause exists and that there is no

10 just reason for delay in entering a final judgment denying Debtor's discharge under 11 U.S.C. § 727

11 pursuant to Rule 54(b) of the Federal Rules of Civil Procedure applicable here pursuant to Rule

12 7054(a) of the Federal Rules of Bankruptcy Procedure. Accordingly, the Court enters final Judgment

13 in favor of Plaintiff as follows:

14    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment is entered in

15 favor of Plaintiff and against Defendant on the Third Claim for Relief and that Debtor's discharge is

16 denied pursuant to 11 U.S.C. § 727(a)(2)(A);

17    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Judgment is entered in

18 favor of Plaintiff and against Defendant on the Fourth Claim for Relief and that Debtor's discharge

19 is denied pursuant to 11 U.S.C. § 727(a)(4); and

20 / / /

21    / / /

22

23

24

25

26

27

28

1      IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Judgment is entered in

2 favor of Plaintiff and against Defendant on the Fifth Claim for Relief and that Debtor's discharge is

3 denied pursuant to 11 U.S.C. § 727(a)(5).

4                   # # #

Date: July 7, 2023

Scott C. Clarkson
United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 17701 Cowan, Bldg. D, Suite 210, Irvine, CA 92614

A true and correct copy of the foregoing document entitled (*specify*): **REPLY IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY (ACTION IN A NON-BANKRUPTCY FORUM); REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF SAME** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On July 12, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) July 12, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Jamie Lynn Gallian                          Janine Jasso
16222 Monterey Ln Unit 376                  PO Box 370161
Huntington Beach, CA 92649                  El Paso, CA 79937

Michael D Poole
Feldsott & Lee
23161 Mill Creek Dr Ste 300
Laguna Hills, CA 92653

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) July 12, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Scott C. Clarkson, USBC, 411 West Fourth Street, Santa Ana, CA 92701

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 12, 2023 | Susan C. Stein | /s/Susan C. Stein |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

8

Mailing Information for Case 8:21-bk-11710-SC

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Bradford Barnhardt     bbarnhardt@marshackhays.com,**
  **bbarnhardt@ecf.courtdrive.com,kfrederick@ecf.courtdrive.com**
- **Aaron E. DE Leest     adeleest@DanningGill.com,**
  **danninggill@gmail.com;adeleest@ecf.inforuptcy.com**
- **Robert P Goe     kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com**
- **Jeffrey I Golden (TR)     lwerner@go2.law,**
  **jig@trustesolutions.net;kadele@go2.law;C205@ecfcbis.com**
- **D Edward Hays     ehays@marshackhays.com,**
  **ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;**
  **cmendoza@ecf.courtdrive.com**
- **Brandon J Iskander     biskander@goeforlaw.com, kmurphy@goeforlaw.com**
- **Eric P Israel     eisrael@danninggill.com,**
  **danninggill@gmail.com;eisrael@ecf.inforuptcy.com**
- **Laila Masud     lmasud@marshackhays.com,**
  **lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com**
- **Mark A Mellor     mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com**
- **Valerie Smith     claims@recoverycorp.com**
- **United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov**