ERIC P. ISRAEL (State Bar No. 132426)
eisrael@DanningGill.com
AARON E. DE LEEST (State Bar No. 216832)
adeleest@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone:   (310) 277-0077
Facsimile:    (310) 277-5735

Attorneys for Jeffrey I. Golden,
Chapter 7 Trustee

FILED & ENTERED

JUL 26 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte     DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>Debtor. | Case No. 8:21-bk-11710-SC<br><br>Chapter 7<br><br>**ORDER DENYING DEBTOR'S AMENDED MOTION TO DISMISS**<br><br>Date:    July 19, 2023<br>Time:   10:00 a.m.<br>Place:   Courtroom "5C"<br>            411 W. 4th Street<br>            Santa Ana, California 92701 |

On July 19, 2023 at 10:00 a.m., there came before the United States Bankruptcy Court for the Central District of California, Santa Ana Division, the Honorable Scott C. Clarkson, United States Bankruptcy Judge, presiding, a hearing on the *Amended Motion to Dismiss Chapter 7 Petition Without Prejudice Pursuant To 11 U.S.C. Section 707* (*docket no. 351*) (the "Motion") filed by Jamie Lynn Gallian (the "Debtor"). Aaron E. de Leest of Danning, Gill, Israel & Krasnoff, LLP, appeared for Jeffrey I. Golden, Chapter 7 Trustee (the "Trustee"). Robert P. Goe of Goe Forsythe & Hodges LLP, appeared for Huntington Beach Gables Homeowners Association (the "HOA"). Bradford Barnhardt of Marshack Hays LLP, appeared for Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates ("Houser"). The Debtor appeared in pro per. There were no other appearances.

The Court having read and considered the Motion, the oppositions to the Motion filed by the Trustee, HOA, and Houser (*docket nos. 355, 356, and 357*), having heard the oral statements of the Debtor, and counsel for the Trustee, HOA and Houser at the hearing, and for the reasons set forth by the Court on the record at the hearing, it is hereby

ORDERED THAT:

1. The Motion is denied based on the oral statements made by the Court on the record at the hearing.

###

Date: July 26, 2023

Scott C. Clarkson
United States Bankruptcy Judge