Main Document    Page 1 of 2

ERIC P. ISRAEL (State Bar No. 132426)
eisrael@DanningGill.com
AARON E. DE LEEST (State Bar No. 216832)
adeleest@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone:   (310) 277-0077
Facsimile:    (310) 277-5735

Attorneys for Jeffrey I. Golden,
Chapter 7 Trustee

**FILED & ENTERED**

**OCT 03 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte     DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>Debtor. | Case No. 8:21-bk-11710-SC<br><br>Chapter 7<br><br>**ORDER APPROVING SECOND STIPULATION BETWEEN THE CHAPTER 7 TRUSTEE AND THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION TO TOLL STATUTES OF LIMITATIONS**<br><br>[No Hearing Required] |

On or about October 2, 2023, Jeffrey I. Golden, as the Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Jamie Lynn Gallian (the "Debtor), filed his second stipulation to toll statutes of limitations (*docket no. 379*) (the "Stipulation"), with The Huntington Beach Gables Homeowners Association (the "HOA").

The Court having read and considered the Stipulation; good cause appearing therefor; it is hereby

ORDERED THAT:

1.    The Stipulation is approved.

2.    Without limiting the terms of the Stipulation, the running of any Limitations Period (as defined in the Stipulation) that would otherwise apply to any Claims (as defined in the

Stipulation) that the Trustee or the Debtor's bankruptcy estate may have against the HOA is hereby tolled through **April 9, 2024** (the "Expiration Date") and the HOA waives the invocation of any such Limitations Period as a defense only in the event, and provided that, the Claims are asserted or alleged against the HOA by action or proceeding brought in any court of competent jurisdiction on or before the Expiration Date, and the HOA hereby agrees that such action or proceeding will be deemed to have been commenced and the Claims legally interposed as of the date hereof for all purposes, including, without limitation, for purposes of any Limitations Period.

###

Date: October 3, 2023

Scott C. Clarkson
United States Bankruptcy Judge

1732167.1  27064