ERIC P. ISRAEL (State Bar No. 132426)
eisrael@DanningGill.com
AARON E. DE LEEST (State Bar No. 216832)
adeleest@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone:   (310) 277-0077
Facsimile:   (310) 277-5735

Attorneys for Jeffrey I. Golden,
Chapter 7 Trustee

**FILED & ENTERED**

**APR 09 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte       DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>Debtor. | Case No. 8:21-bk-11710-SC<br><br>Chapter 7<br><br>**ORDER APPROVING THIRD STIPULATION BETWEEN THE CHAPTER 7 TRUSTEE AND THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION TO TOLL STATUTES OF LIMITATIONS**<br><br>[No Hearing Required] |

On or about April 2, 2024, Jeffrey I. Golden, as the Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Jamie Lynn Gallian (the "Debtor), filed his third stipulation to toll statutes of limitations (*docket no. 389*) (the "Stipulation"), with The Huntington Beach Gables Homeowners Association (the "HOA").

The Court having read and considered the Stipulation; good cause appearing therefor; it is hereby

ORDERED THAT:

1.  The Stipulation is approved.

2.  Without limiting the terms of the Stipulation, the running of any Limitations Period (as defined in the Stipulation) that would otherwise apply to any Claims (as defined in the

1768342.1  27064                                                                 1

1  Stipulation) that the Trustee or the Debtor's bankruptcy estate may have against the HOA is hereby
2  tolled through **October 9, 2024** (the "Expiration Date") and the HOA waived the invocation of any
3  such Limitations Period as a defense only in the event, and provided that, the Claims are asserted or
4  alleged against the HOA by action or proceeding brought in any court of competent jurisdiction on
5  or before the Expiration Date, and the HOA agreed that such action or proceeding will be deemed
6  to have been commenced and the Claims legally interposed as of the date hereof for all purposes,
7  including, without limitation, for purposes of any Limitations Period.

###

Date: April 9, 2024

Scott C. Clarkson
United States Bankruptcy Judge

1768342.1  27064

2