| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>JAMIE LYNN GALLIAN<br><br>16222 MONTEREY LN. UNIT 376<br><br>HUNTINGTON BEACH, CA 92649<br><br>(714-321-3449<br><br>JAMIEGALLIAN@GMAIL.COM<br><br>☒ *Individual appearing without attorney*<br>☐ *Attorney for:* | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION** ||
| In re:<br>JAMIE LYNN GALLIAN | CASE NO.: 8:21-bk-11710-SC<br>CHAPTER: 7 |
|  | **APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>**[LBR 9075-1(b)]** |
| Debtor(s). ||

1. Movant applies under LBR 9075-1(b) for an order setting a hearing on shortened notice on the following motion:

   a. Title of motion: Motion for EX PARTY RELIEF ON SHORTEN TIME

   b. Date of filing of motion: 7/10/2024

2. Compliance with LBR 9075-1(b)(2)(A): (*The following three sections must be completed*):

   a. Briefly specify the relief requested in the motion:
   On May 13, 2024, Chapter 7 Trustee Jeffrey Golden and his attorney's Danning, Gill, Israel and Kasnoff LLP filed an APPLICATION TO TRANSFER CERTIFICATE OF TITLE FOR ZERO CONSIDERATION TO THEMSELVES OF THE PERSONAL PROPERTY RESIDENCE OF DEBTOR, THE 2014 SKYLINE CUSTOM VILLA MANUFACTURED HOME DECAL NO. LBM 1081.  I AM INFORMED BY HCD THAT ON MAY 13, 2024, SACRAMENTO HCD REGISTRATION/TITLING DEPARTMENT RESPONDED TO THE TRUSTEE'S APPLICATION WITH A DEFICIENCY LETTER (EX. A DECL. JAMIE GALLIAN) SENT TO THE TRUSTEES

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                      Page 1                                      F 9075-1.1.APP.SHORT.NOTICE

b. Identify the parties affected by the relief requested in the motion:
   DEBTOR

   JAMIE LYNN GALLIAN

c. State the reasons necessitating a hearing on shortened time:
   FOR OVER TWO MONTHS SINCE MAY 13, 2024, THE TRUSTEE AND HIS ATTORNEY'S UNLAWFULLY CONTINUE THIS ATTEMPT TO TRANSFER THE CERTIFICATE OF TITLE TO MY PERSONAL PROPERTY RESIDENCE A 2014 MANUFACTURED HOME FOR -0- CONSIDERATION TO THEMSELVES, WITHOUT MY KNOWLEDGE OR CONSENT, MORE IMPORTANTLY WITHOUT THIS HONORABLE COURTS KNOWLEDGE OR CONSENT ON MAY 13, 2024. IT WAS ONLY BY ACCIDENT I WAS INFORMED OF THE ATTORNEY'S COVERT SCHEME STILL PENDING.
   ON OR ABOUT THE SAME TIME PERIOD THE HONORABLE ERITHE A. SMITH DETERMINED DEBTOR IS ENTITLED TO HER FULL HOMESTEAD EXEMPTION. DECL OF JAMIE LYNN GALLIAN. AS THE LAWFUL OWNER OF THE PERSONAL PROPERTY

3. Compliance with LBR 9075-1(b)(2)(B): The attached declaration(s) justifies setting a hearing on shortened notice, and establishes a *prima facie* basis for the granting of the motion.

4. Movant has lodged a proposed Order Setting Hearing on Shortened Notice on mandatory form F 9075-1.1.ORDER.SHORT.NOTICE

Date: 7/10/2024

JAMIE LYNN GALLIAN
Printed name of law firm

*Jamie Lynn Gallian*
Signature of individual Movant or attorney for Movant

_____
Printed name of individual Movant or attorney for Movant

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012        Page 2        F 9075-1.1.APP.SHORT.NOTICE

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

16222 MONTEREY LANE SP. 378 HUNTINGTON BEACH, CA 92649

A true and correct copy of the foregoing document entitled: **APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE [LBR 9075-1(b)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 07/10/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/10/2024 | JOSEPH CLARK | *Joseph Clark* |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                               Page 3                               F 9075-1.1.APP.SHORT.NOTICE

**ADDITIONAL SERVICE INFORMATION (if needed):**

## 1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

Aaron E DE Leest on behalf of Trustee Jeffrey I Golden (TR)
adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com

Jeffrey I Golden (TR) lwerner@go2.law, jig@trustesolutions.net;kadele@go2.law

Eric P Israel on behalf of Trustee Jeffrey I Golden (TR)
eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Valerie Smith on behalf of Interested Party Courtesy NEF claims@recoverycorp.com

United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                 F 9013-3.1.PROOF.SERVICE