1    JAMIE LYNN GALLIAN
     16222 Monterey Lane Unit 376
2    Huntington Beach, CA 92649
     (714) 321-3449
3    jamiegallian@gmail.com

4    In PRO PER

5

6

7                    UNITED STATES BANKRUPTCY COURT

8         CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

9

10                                      Case No. 8:21-bk-11710-SC

11   In re:                             Chapter 7

12   JAMIE LYNN GALLIAN,                MOTION TO COMPEL AND ISSUE
                                        ORDER TO THE CH. 7 TRUSTEE AND
13                                      HIS ATTORNEY'S TO WITHDRAW AND
                                        CANCEL THE MAY 13, 2024 HCD
14            Debtor.                   APPLICATION TO TRANSFER
                                        CERTIFICATE OF TITLE DECAL LBM
15                                      1081 FOR -ZERO- CONSIDERATION, TO
                                        DANNING, GILL, ISRAEL, & KASNOFF,
16                                      LLP. FORTHWITH. DECLARATION OF
                                        JAMIE LYNN GALLIAN,
17
                                        Hearing Date: July    , 2024
18                                      Time:
                                        Courtroom:    5C
19

20   TO THE HONORABLE SCOTT    C.    CLARKSON, UNITED    STATES    TRUSTEE,

21   ALL PARTIES AND TO THEIR ATTORNEY'S OF RECORD:

22

23        On May 13, 2024, the Trustee Jeffrey Golden and his attorney's Daning Gill, Israel, and

24   Kasnoff, LLP filed a CA Department Housing and Community Development **Application** to

25   Transfer the Certificate of Title for -0- consideration (owned solely by Ms. Jamie Lynn Gallian)

26   to the Trustees Attorney Danning, Gill, Iseael, amd Kasnoff LLP 1901 Avenue of the Stars, Suite

27   #450 Los Angeles, CA 90067. EXHIBIT A  The personal property 2014 Skyline Custom Villa

28   Manufactured

                                        1

Home Decal LBM 1081 is owned by the debtor and the personal residence of Debtor and her family since November 1, 2018 to the current period.   The home is located in Rancho Del Rey Mobilehome Estates situs 376.

The same day HCD received the on-line Application to Transfer the Certificate of Title to the Trustee's attorney's through the HCD Online Portal, HCD Staff Services Analyst Adam C. sent a Deficiency Letter to the Trustee's Attorney's.  **Exhibit A.** I am informed and believe by Ms. Geren, Riverside County Department of Housing and Community Development the Trustee's attorney's have not responded to the Deficency Letter. Debtor made request to Trustee's attorneys to kindly cancel the application.

The Trustee's attorney's must notify the HCD to cancel the Application or as this Motion requests, an order from a Court instructing the Trustee's attorney's to cancel the application forthwith.  Trustee's attorney are of the belief they do not have to.

About the same time the Trustee's attorney's took this bold covert action without debtor's permission, the Trustee and his attorney's were aware the Honorable Erithe A. Smith Order GRANTING Debtor her full Homestead Exemption. ***docket 393.***  Houser Bros did not pursue any further appeal from the "Remand Order" and it is now final.

Prior to Debtor filing her Chapter 7 petition on July 9, 2021, Debtor recorded a Declared Homestead @ 12:48pm with the Orange County Clerk Recorder Instrument No. 2021000443659, claiming CCP §704.930. **Exhibit B.**

Debtor disclosed the sale, 10/31/2018, of her previous primary residence,  Unit 53 in her petition,  using the exempt proceeds to buy Unit 376, November 1, 2018. §522 P(2)(B) would appear to be applicable to the exempt sale proceeds transferred to debtors new homestead, because both homes are located in the same state.

Additionally debtor's previous exempt home, Unit 53, 4476 Alderport Huntington

1   Beach CA APN 937-63-053, debtor inherited as a [gift] between family members from her

2   step-mother Sandra Bradley and debtor's deceased father Charles Bradley . Transfer of Title

3
4   to Jamie Gallian was recorded with the Orange County Clerk Reorder on 3/23/2017,

5   Instrument No, 2017000116815 outside the 1215 day period. accounting for the source of

6   the funds. **EXHIBIT E** As previously noted in the Chapter 7 petition, *docket 1,* Debtor sold

7   her exempt homestead, Unit 53, on October 31, 2018, transfered the sale proceeds to the

8
9   purchase of her new homestead Unit 376 , 16222 Monterey Ln. Huntington Beach, in

10  Rancho Del Rey Mobilehome Estates on November 1, 2018.  Approximately two weeks

11  after Houser Bros were notified of the sale of Unit 376 by the seller Ryan on November 1,

12  2018, Houser Bros attorney prepared and delivered a WRIT Of POSSESSION of real

13
14  property (Space 376) (not the personal property 2014 MH home) in the name of the old

15  owner, LISA RYAN, dated 11/14/2018, to the Orange County Sheriff Department on

16  November 19, 2018, twenty days after Gallian bought the home.  The Sheriff Department

17  posted the first NOTICE TO VACATE DECEMBER 5, 2018.  The second NOTICE TO

18
19  VACATE JANUARY 20, 2019, both Notices were addressed to the previous owner Lisa

20  Ryan.  In between the two Notices, Houser Bros, filed on 1/2/2019, Unlawful Detainer in

21  the name of Jamie Lynn Gallian.  Then on March 4, 2019, Houser Bros, at least 6 Sheriff

22  Department cars converged on a tiny street in Rancho Del Rey Mobile Home Park and

23
24  executed the WRIT OF POSSESSION of the Real Property  Space 376,  in the name of Lisa

25  Ryan, State Court Houser v Ryan Case No. 30-2018-01013582.  Ms. Gallian was

26  humiliated, anxious, distraught, when she was forced to leave the home she purchased with

27  her own money with not so much as a toothbrush or a can opener to open a can of dog food

28  for her two dogs she took with her. On March 6, 2019, Gallian intervened in the case

30-2018-01013582, and Judge Luege reversed the WRIT and ordered Houser to return

possession to Jamie Gallian, The judge told Houser if they believed Gallian does not

1  qualify to be a tenant, then to set their 1/2/2019 UD case for trial. "Judge Luege told

2  Houser you already filed the UD case, you'll have a trial date in less than 30 days. This can

3  be resolved very quickly." Your Honor Clarkson, that was over 5 1/2 years ago.  The UD

4  Judge Mena Guirguis [denied[ Houser Bros Motion to Reclassify to civil unlimited. Ms.

5  Gallian offered to pay $35,000 to Houser Bros.  Bk Attorney Ed Hays refused the offer.

6  
7      **In Debtors DOC 1, page 15 of 60,** Debtor  disclosed a filing in her name ,Jamie

8  Gallian on 1/14/2019 "Manufactured Home Financing Note" [addemdum UCC-1], File

9  No. 19-769190527,  with the Secretary of State on Debtor's primary residence,

10  Decal No. LBM1081 listing Jamie Gallian as a Secured Creditor, J-Pad Secured Creditor.

11  
12     **In Debtors DOC 1, page 21 of 60,** Debtor disclosed the first UCC-1,  Filing

13  Date of 1/14/2019, where she listed herself as the Debtor mistakenly with J-Sandcastle

14  debtor Co File No. 19-7691905279.

15     On 2/24/2021, Ron Pierpont and J-Pad, LLC Perfected Legal Owners on the

16  Certificate of Title   **Exhibit D**

17  
18  On July 9, 2021, prior to debtor filing her Chapter 7 petition, Ronald J Pierpont executed

19  on behalf of J-Pad, LLC and himself HOUSING AND COMMUNITY DEVELOPMENT

20  **Form 475.3 LIEN SATISFIED**. **EXHIBIT D1-4** The Lien Satisfied document was filed

21  in the records of HCD on July 14, 2021, I confirmed this fact with HCD Tech. Geren

22  
23  7/10/24.as well as the bankruptcy court and is an exhibit in Houser Bros Co Trial Exhibit

24  22. Debtor respectfully requests the Court find that the Trustee attorney's have no

25  authority to attempt to file an Application to Transfer Ms. Gallians Certificate of Title to

26  themselves, as she is the sole owner of the personal property manufactured home.

27  for 0 consideration. I declare the foregoing under penalty of perjury the above to be true

28  and correct.

*Jamie Lynn Gallian*

JAMIE LYNN GALLIAN

4

## DECLARATION OF JAMIE LYNN GALLIAN

1.    I, Jamie Lynn Gallian, am the Debtor in this Chapter 7, commencing *In re Gallian,* 8:21-bk-11710-SC and the sole owner of the 2014 Skyline Custom Villa Manufactured Home.

2.    I am an individual over 18 years of age and competent to make this Declaratio.

3.    The facts set forth below are true of my personal knowledge.

4.    I make this Declaration in support of this Motion.

5.    A true and correct copy of the  Deficiency Letter dated May 13, 2024, from Housing and Community Development sent by US Mail to the Trustee's attorney DANNNG, GILL, ISRAEL, KASNOFF, LLP, concerning the May 13, 2024, (same day) Online Application to Transfer Certificate of Title For -0- Consideration transmitted electronically to the Department of Housing and Community Development, Registration and Titling Division. Exhibit A

6.    A true and correct copy of Debtors Declared Homestead DOC 72, filed July 9, 2021 @ 12:48pm, pre-petition with the Orange County Clerk Recorder, Instrument No. 2021000443659.
Exhibit B

7.    A true and correct copy Doc 157, Pg. 35,
<u>Certified Copy True and Correct Copy of a Permanent Record of the Assessor's Office Orange County California.</u>
COUNTY OF ORANGE, OFFICE OF THE ASSESSOR, dated July 21, 2022
Subject:  Assessor Parcel No. 891-569-62 16222 Monterey Ln. Unit 376
Huntington Beach, CA has been active in Orange County as of 02-25-2021.
Exhibit C

8.    A true and correct copy
Department of Housing and Community Development
DTN "Receipt 12313525", 07/14/2021 Decal LBM1081, Custom Villa
Serial # AV7V710394GA/GB
Exhibit D-1

9.    A true and correct copy of State of California - Department of Housing and Community Development CERTIFICATE OF TITLE -
Legal Owner(s) RONALD J. PIERPONT (OR) J_PAD, LLC
DTN Recei[pt 12313525, Jul 14, 2021
Exhibit D-2

10.    A true and correct copy of State of California - Department of Housing and Community Development REDISTRATION CARD-
Legal Owner(s) RONALD J. PIERPONT (OR) J_PAD, LLC
DTN 12313525, Jul 14, 2021
Exhibit D-3

11.    A true and correct copy DOC 132 07/07/22, Page53, State of California - Department of Housing and Community Development Division of Codes and Standards Registration and Titling - STATEMENT OF FACTS
DECAL NO. LBM 1081 "I hereby state:  I spoke with Jamie Gallian and she states the unit should be registered as Jamie Galliam as sole registered owner.  The lien has been satisfied and there is no legal owner at this time.  Jamie advised the county, and was toldt here was no need to revise the Tax Clearance Certificate.
I Certify under penalty of perjury that the foregoing is true and correct.
 Executed on 7/28/21 at Sacramento, CA
Signature Rebecca M. O'laughlin, ProgramTech. III
Exhiibit D-4
Signed this 11th Day of July 2024, at Huntington Beach.

JAMIE LYNN GALLIAN    5

## DECLARATION OF RONALD J. PIERPONT

<u>1.</u>    I, RONALD J. PIERPONT, declare

2.    I am an individual over 18 years of age and competent to make this Declaratio.

3.    The facts set forth below are true of my personal knowledge.

4.    I make this Declaration in support of the Motion to Compel and Order to the Trustee and his Counsel to remove and cancel the Application to Transfer Certificate of Title for -zero- consideration.

5.    A true and correct copy 2/24/2021 State of California - Department of Housing and Community Development -
CERTIFICATE OF TITLE  LEGAL OWNERS RONALD J. PIERPONT OR J-PAD
Exhibit D-2

6.    A true and correct copy State of California - Department of Housing and Community Development - FORM HCD R/T 475.3 LIEN SATISFIED
EXECUTED by Ronald J. Pierpont on 7/9/2021
Legal Owner(s) RONALD J. PIERPONT (OR) J_PAD, LLC
DTN 12313525, Jul 14, 2021
DOC 132;
HOUSER BROS TRIAL EXHIBIT 42, PAGE 1602
Exhibit D-3

Dated this 11th day of July, at Huntington Beach, CA under penalty of perjury.

RONALD J. PIERPONT

6

*EXHIBIT A*

**STATE OF CALIFORNIA - BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY**          **GAVIN NEWSOM, Governor**

**DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT**
**DIVISION OF CODES AND STANDARDS**

Registration and Titling Program
P.O. Box 277820
Sacramento, CA 95827-7820
1-800-952-8356
From TDD Phones: 1-800-735-2929



May 13, 2024

DANNING GILL ISREAL AND KASNOFF LLP
1901 AVENUE OF THE STARS, SUITE # 450
LOS ANGELES, CA 90067

| | |
|---|---|
| Decal or ID Number: | LBM1081 |
| DTN Number: | 13333026 |
| Amount Paid: | $0.00 |
| Escrow Number: | |

The department has received your request and/or application for the unit listed above. To complete the attached application, please return this letter, any attached documents, and the items listed below.

Please attach all necessary forms and fees.

Should you need any additional forms, you may contact us at 1-800-952-8356 or forms may be downloaded from our website at WWW.HCD.CA.GOV.

Servicios bilingües están disponible. Para hablar con un representante en español, por favor llame al número 800-952-8356 y pregunte por un intérprete.

Please return all of the enclosed items along with the requested documents and/or fees to the address listed above.

Sincerely,

ADAM C
Staff Services Analyst (General)
Registration & Titling
(916) 263-5153

HCD-RTDEF01 (Rev. 04.16)
13333026



EXHIBIT B

18

Recording Requested by :

J-SANDCASTLE CO LLC

JAMIE LYNN GALLIAN
16222 MONTEREY LANE #376
HUNTINGTON BEACH, CA 92649

When recorded mail to:

JAMIE LYNN GALLIAN
16222 MONTEREY LANE #376
HUNTINGTON BEACH, CA 92649

Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ 88.00
* $ R 0 0 1 2 9 8 0 9 5 6 3 *
2021000443659 12:48 pm 07/09/21
18 414A D04   2
0.00 0.00 0.00 0.00 3.00 0.00 0.000.0075.00 3.00

IT
2P
SB
PP

# HOMESTEAD DECLARATION
## CCP §704.930

SPACE ABOVE THIS LINE FOR RECORDER USE ONLY

APN#: | 891-569-62

**1. Name(s) of Declared Homestead owners:**

JAMIE LYNN GALLIAN                                         , do hereby claim a Declared

Homestead in the following real property located in:

the City of | HUNTINGTON BEACH, CA   , County of | ORANGE                    , State of California,

more commonly known as:

16222 MONTEREY LANE SPACE 376 HUNTINGTON BEACH, CA 92649

*(Insert Common Street Address Above)*

and more particularly described as follows:

2014 SKYLINE CUSTOM VILLA DECAL NO. LBM1081 SERIAL NO. AC7V710394GB; AC7V710394GA; LOCATED ON LOT 376
ON APN 178-011-16, TRACT 10542, UNIT 4, PARCEL MAP BOOK 108, PG(S) 47 & 48

*(Insert Property Legal Description Above)*

**2. The Declared Homestead is the principal dwelling of the Declared Homestead Owner(s) listed above or
such person(s) spouse.**

**3. The Declared Homestead Owner(s) listed above, or such person(s) spouse, resides in the Declared
Homestead on the date this Homestead Declaration is recorded.**

**4. The facts stated in this Homestead Declaration are known to be true as of the personal knowledge of the
person(s) below executing and acknowledging this Homestead Declaration.**

Dated: 07/08/2021

_(Signature of Declared Homestead Owner or Spouse)_

JAMIE LYNN GALLIAN
(Printed Name of Declared Homestead Owner or Spouse)

_(Signature of Declared Homestead Owner of Spouse)_

JAMIE LYNN GALLIAN·
(Printed Name of Declared.Homestead Owner or Spouse)

( See Attached Acknowledgment )

## ACKNOWLEDGMENT

> A notary public or other officer completing this
> certificate verifies only the identity of the individual
> who signed the document to which this certificate is
> attached, and not the truthfulness, accuracy, or
> validity of that document.

State of California
County of ___Orange___ )

On __7/9/21__ before me, __Greg Buysman, Notary Public__
(insert name and title of the officer)

personally appeared __Jamie Lynn Gallian__
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

**GREG BUYSMAN**
COMM # 2341449
ORANGE County
California Notary Public
Comm Exp Feb. 5, 2025

Signature _____ (Seal)

11

**EXHIBIT C**

500 S. Main Street, First Floor, Suite 103
Orange, CA 92868-4512
or
P. O. Box 628
Santa Ana, CA 92702-0628

**CLAUDE PARRISH**
COUNTY ASSESSOR
Telephone: (714) 834-3821
FAX: (714) 834-2565
www.ocassessor.gov

ESTABLISHED 1889

**OFFICE OF THE ASSESSOR**

July 21, 2022

891-569-62    HX

GALLIAN, JAMIE LYNN
16222 MONTEREY LN, SPC 376
HUNTINGTON BEACH, CA 92649

SUBJECT: **Assessor Parcel Number: 891-569-62**

Property Address: **16222 MONTEREY LN, UNIT 376, HUNTINGTON BEACH**

The Homeowners' Exemption on the above property has been active in Orange County as of **02-25-2021**

**Claimant Name:** GALLIAN, JAMIE LYNN

If you have any questions, please call our office at (714) 834-3821.

Sincerely,

CLAUDE PARRISH
County Assessor

By

Exemptions Division

I HEREBY CERTIFY THAT THIS IS A TRUE
AND CORRECT COPY OF A PERMANENT
RECORD OF THE ASSESSOR'S OFFICE.
ORANGE COUNTY, CALIFORNIA

CLAUDE PARRISH
COUNTY ASSESSOR
BY Neil Sal

2022 JUL 21 PM 2: 22

CLAUDE PARRISH
ORANGE COUNTY ASSESSOR

A002-994 (R 09/19)

14

| 2022-23 Secured Assessment Roll | CLAUDE PARRISH, ORANGE COUNTY ASSESSOR |
|---|---|

Full Parcel Report: Page 1 of 1    As of January 1st, 2022

| Parcel No: 891-569-62 | Tax Rate Area: 04-902 | Property Type: MOBILE HOME |
|---|---|---|

### Owner / Mailing Address

**Assessee:** GALLIAN, JAMIE LYNN

**Address:** 16222 MONTEREY LN, SPC, 376

**City, State:** HUNTINGTON BEACH, CA

**Zip:** 92649

### Description

| Assessed Value | | Exemptions | | Dates | |
|---|---|---|---|---|---|
| Land: | 0 | Exe Type: HOMEOWNER | | Land BaseYear: | 2021 |
| Improvement: | 0 | | | Improvement Base Year: | 2021 |
| Personal Property: | 86,339 | | | Tax Lien Status: | |
| Other: | 0 | | | | |
| Gross: | 86,339 | | | | |
| Less Exemption: | 7,000 | | | | |
| Net: | 79,339 | | | | |

### Sale History

**Reference Number:** M2085154

### Additional Information

**Legal Description:** T MHP RANDRE MSP 376

I HEREBY CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A PERMANENT RECORD OF THE ASSESSOR'S OFFICE. ORANGE COUNTY, CALIFORNIA

CLAUDE PARRISH COUNTY ASSESSOR BY

2022 JUL 21 PM 2: 18

CLAUDE PARRISH
ORANGE COUNTY ASSESSOR

1

**EXHIBIT D**



DTN:                    **12313525**

Decal:                  **LBM1081**

Unit ID:                252606085

Trans Type:             R/O Transfer - No Sale

Trans Date:             07/14/2021

Trade Name:             CUSTOM VILLA

Serial #:               AC7V710394GA, AC7V710394GB

Insignia #              PFS1130281, PFS1130282

Status Date:    08/02/2021    User Name:    SHAH, KIRAN

# STATE OF CALIFORNIA - DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
## CERTIFICATE OF TITLE

Manufactured Home                                    Decal:   LBM1081

| Manufacturer ID/Name | Trade Name | Model | DOM | DFS | RY |
|---|---|---|---|---|---|
| 90002   SKYLINE HOMES INC | CUSTOM VILLA | | 05/29/2014 | 07/28/2014 | |

| Serial Number | Label/Insignia Number | Weight | Length | Width | Issued |
|---|---|---|---|---|---|
| AC7V710394GB | PFS1130281 | 22,383 | 56' | 15' 2" | Feb 24, 2021 |
| AC7V710394GA | PFS1130282 | 25,068 | 60' | 15' 2" | |

**Addressee**

RONALD J PIERPONT
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA  92649

JUL 14 2021

**Registered Owner(s)**

J-SANDCASTLE CO LLC
16222 MONTEREY LANE ROOM 376
HUNTINGTON BEACH, CA 92649

**Situs Address**

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

**Legal Owner(s)**

RONALD J PIERPONT
JPAD LLC
Tenants in Common Or
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

Lien Perfected On:        08/20/20 11:58:00

12313525

**IMPORTANT**
THE OWNER INFORMATION SHOWN ABOVE MAY NOT REFLECT ALL LIENS RECORDED WITH THE
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT AGAINST THE DESCRIBED UNIT.  THE
CURRENT TITLE STATUS OF THE UNIT MAY BE CONFIRMED THROUGH THE DEPARTMENT.

DTN: 12153896                                                      02242021 - 2

**STATE OF CALIFORNIA - DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT**
**REGISTRATION CARD**

Manufactured Home

**Decal: LBM1081**

| Manufacturer ID/Name | Trade Name | Model | DOM | DFS | RY | Exp. Date |
|---|---|---|---|---|---|---|
| 90002    SKYLINE HOMES INC | CUSTOM VILLA | | 05/29/2014 | 07/28/2014 | | |

| Serial Number | Label/Insignia Number | Weight | Length | Width | Issued | |
|---|---|---|---|---|---|---|
| AC7V710394GB | PFS1130281 | 22,383 | 56' | 15' 2" | Feb 24, 2021 | |
| AC7V710394GA | PFS1130282 | 25,068 | 60' | 15' 2" | | |



**Addressee**
RONALD J PIERPONT
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA  92649

**Registered Owner(s)**
J-SANDCASTLE CO LLC
16222 MONTEREY LANE ROOM 376
HUNTINGTON BEACH, CA 92649

**Situs Address**
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

**Legal Owner(s)**
RONALD J PIERPONT
JPAD LLC
Tenants in Common Or
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

**LEGAL OWNER COPY**
**INFORMATION ONLY**

Lien Perfected On:     08/20/20 11:58:00

**IMPORTANT**
**THE OWNER INFORMATION SHOWN ABOVE MAY NOT REFLECT ALL LIENS RECORDED WITH THE**
**DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT AGAINST THE DESCRIBED UNIT.  THE**
**CURRENT TITLE STATUS OF THE UNIT MAY BE CONFIRMED THROUGH THE DEPARTMENT.**

DTN: 12153896                                                                    02242021 - 1

STATE OF CALIFORNIA
BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION AND TITLING PROGRAM



### LIEN SATISFIED

| **SECTION I.** | **DESCRIPTION OF UNIT** |

This unit is a:

☑ Manufactured Home/Mobilehome  ☐ Commercial Modular  ☐ Floating Home  ☐ Truck Camper

The Decal (License) No.(s) of the unit is: LBM1081

The Trade Name of the unit is: CUSTOM VILLA

The Serial No.(s) of the unit is: AC7V710394GB/AC7V710394GA

| **SECTION II.** | **DEBTOR(S) NAME(S)** |

Name of Debtor(s): J-SANDCASTLE CO, LLC

| **SECTION III.** | **LIENHOLDER'S CERTIFICATION** |

This is to certify that our/my lien in the name(s) of the debtor(s) shown above against the described unit has been fully satisfied and has not been assigned to any other party.

I/We certify under penalty of perjury that the foregoing is true and correct.

Print or Type Name of Legal Owner or Jr. Lienholder (Lender):

J-PAD LLC or RONALD J. PIERPONT

Signature of Legal Owner, Jr. Lienholder (Lender) or their Authorized Agent:

*Ronald J Pierpont*   Date 7/9/2021

Address   16222 MONTEREY LN. #376   HUNTINGTON BEACH,   CA   92649
Street Address or P.O. Box   City   State   Zip

HCD RT 475.3 (Rev. 07/16)

EXHIBIT 42, PAGE 1602

19

STATE OF CALIFORNIA
BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION AND TITLING PROGRAM



## STATEMENT OF FACTS

This unit is a: ☑ Manufactured Home / Mobilehome  ☐ Commercial Modular  ☐ Floating Home  ☐ Truck Camper

| Decal (License) No.(s): | Trade Name: | Serial No.(s): |
|---|---|---|
| LBM 1081 | | |

I/We, the undersigned, hereby state:

I spoke with Jamie Gallian and she states the unit should be registered as Jamie Gallian as sole registered owner. The lien has been satisfied and there is no legal owner at this time. Jamie advised the county and was told there was no need to revise the Tax Clearance certificate.

I/We further agree to indemnify and save harmless the Director of the Department of Housing and Community Development, State of California, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the above-described unit in California, or from issuance of a California Certificate of Title covering the same.

I/We certify under penalty of perjury that the foregoing is true and correct.

Executed on ___7/28/21___ at ___Sacramento___, ___CA___
            *Date*                         *City*                *State*

| Signature(s): | Printed name(s): |
|---|---|
| *Rebecca M. O'Loughlin* | Rebecca M O'Loughlin, Program Tech II |
| | |

Address _____

City _____  State _____

HCD RT 476.6 (Rev. 07/16)



# TAX CLEARANCE CERTIFICATE

☒ Mobile Home                                            ☐ Floating Home

### COUNTY OF ORANGE

| SERIAL NUMBER/HULL NUMBER | DECAL NUMBER/CF NUMBER |
|---|---|
| AC7V710394GA, AC7V710394GB | LBM1081 |
| LOCATION OF HOME | ASSESSOR'S PARCEL NUMBER |
| 16222 MONTEREY LN 376 HUNTINGTON BEACH | 891-569-62 |
| CURRENT REGISTERED OWNER | APPLICANT |
| J-SANDCASTLE CO LLC<br>16222 MONTEREY LN<br>SPC 376<br>HUNTINGTON BEACH CA 92649 | J-SANDCASTLE CO LLC & JAMIE L. GALLIAN<br>16222 MONTEREY LN #376<br>HUNTINGTON BEACH CA 92649 |

I hereby certify that the following has been paid:

☐ Delinquent license fees

☐ Property taxes applicable to the home identified above through the fiscal year

☒ A security deposit for payment of the property taxes for the fiscal year 2021-2022

☒ No taxes due or payable at this time.

There may be a supplemental assessment not covered by this "Tax Clearance Certificate" which may create an additional bill.

**THIS CERTIFICATE IS VOID ON AND AFTER SEPTEMBER 7, 2021.**

Executed on July 9, 2021 at Santa Ana.
Treasurer-Tax Collector for Orange County, State of California.

Issued on July 9, 2021 _____
(Signature)

§2189.8, 5832 R & T Code                                             TDL 10-01 (7-87)

## SECTION A - SMOKE DETECTOR AND WATER HEATER SEISMIC BRACING CERTIFICATION

California Health and Safety Code (HSC) Sections 18029.6 and 18031.7 require that on the date of transfer of title all used manufactured homes, used mobilehomes, and used multifamily manufactured homes: 1) be equipped with an operable smoke detector in each room designed for sleeping, and 2) all fuel-gas-burning water heater appliances be seismically braced, anchored, or strapped pursuant to existing codes. A declaration may be signed within 45 days prior to the date of transfer of title stating that these requirements have been met.

I/We further agree to indemnify and save harmless the Director of the State of California, Department of Housing and Community Development, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the unit in California or from issuance of a California Certificate of Title covering the same. I/We certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on _2/25/2021_ at _Huntington Beach_ _California_
                                                    City                    State

Signature _Janice Gallian, its member_      Printed Name _J SANDCASTLE CO LLC_

## SECTION B - RELEASING SIGNATURES

1a. _J Sandcastle Co LLC_ _Janice Gallian, member_      Date of Release _2/25/2021_
    Releasing Signature of Registered Owner

1b. _____      Date of Release _____
    Releasing Signature of Registered Owner

2. _____   ☒ Release   ☐ Retain   * ☐ Assign Interest
   Legal Owner of Record (if any) sign and check appropriate box   (* If Assign Interest is checked - Complete New Legal Owner Below)

## SECTION C - NEW OWNER INFORMATION

### NEW REGISTERED OWNER - Please Print or Type Clearly

3a. _JAMIE LYNN GALLIAN_                    3c. _J SANDCASTLE CO LLC_
    New Registered Owners Name                  New Registered Owners Name

3b. _J SANDCASTLE CO LLC_                   3d. _____
    New Registered Owners Name                  New Registered Owners Name
                    If more than one New Owner going onto title, please check the appropriate Co-owner term box.

☐ Joint Tenants with Right of Survivorship    ☐ Tenants In Common OR    * ☐ Trust/Trustee(s)
                                                                          (* If this box is checked-Complete HCD 476.6B)

☒ Tenants In Common AND    ☐ Community Property    ☐ Community Property with Right of Survivorship

4. _16222 Monterey Ln #376_           _Huntington Beach, CA_      _92649_
   Mailing Address of New Registered Owner   City/State               Zip Code

5. _16222 Monterey Ln #376_           _Huntington Beach, CA_      _92649_
   Actual Location Address of Unit          City/State               Zip Code

6. _____  _2/25/2021_
   Purchase Price or check box if Gift ☐   Purchase Date or Transfer Date

7a. _Jamie Lynn Gallian_              7c. _Jamie Lynn Gallian, its member_
    Signature of New Registered Owners        Signature of New Registered Owners   _J SANDCASTLE CO LLC_

7b. _J SANDCASTLE CO LLC  Janice Gallian, member_   _____
    Signature of New Registered Owners        Signature of New Registered Owners

### NEW LEGAL OWNER - Please Print or Type Clearly

8a. _J PAD, LLC_                       8b. _____
    New Legal Owners Name                   New Legal Owners Name
                    If more than one New Lender going onto title, please check the appropriate Co-owner term box below.

☐ Joint Tenants with Right of Survivorship    ☐ Tenants In Common OR    * ☐ Trust/Trustee(s)
                                                                          (* If this box is checked-Complete HCD 476.6B)

☐ Tenants In Common AND    ☐ Community Property    ☐ Community Property with Right of Survivorship

9. _16222 Monterey Ln #376_           _Huntington Beach, CA_      _92649_
   Mailing Address of New Legal Owner       City/State               Zip Code

### NEW JUNIOR LIENHOLDER - Please Print or Type Clearly

10a. _____      10b. _____
     New Junior Lienholder Name                New Junior Lienholder Name

11. _____
    Mailing Address of New Junior Lienholder   City/State            Zip Code

## SECTION D – RELEASE OF DEALERS

12. _____
    Signature of Selling Dealer               Print Dealers Name and Dealer Number

OSP 20 149325

STATE OF CALIFORNIA - BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY                    GAVIN NEWSOM, Governor

**DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT**
DIVISION OF CODES AND STANDARDS



## Title Search

Date Printed:  Aug 10, 2021

| | | | |
|---|---|---|---|
| Decal #: | LBM1081 | Use Code: | SFD |
| Manufacturer: | SKYLINE HOMES INC | Original Price Code: | BVH |
| Tradename: | CUSTOM VILLA | Rating Year: | |
| Model: | | Tax Type: | LPT |
| Manufactured Date: | 05/29/2014 | Last ILT  Amount | |
| Registration Exp: | | Date ILT Fees Paid: | |
| First Sold On: | 07/28/2014 | ILT Exemption: | NONE |

| Serial Number | HUD Label / Insignia | Length | Width |
|---|---|---|---|
| AC7V710394GA | PFS1130282 | 60' | 15' 2" |
| AC7V710394GB | PFS1130281 | 56' | 15' 2" |

Record Conditions:

- An application for title or registration change is pending with the department.  For information regarding this application, please call 1-800-952-8356 and request to speak with a customer representative.

Registered Owner:

JAMIE LYNN GALLIAN
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

**Last Title Date:** 08/03/2021

**Last Reg Card:** 08/03/2021

**Sale/Transfer Info:** Price $.00 Transferred on 02/25/2021

Situs Address:

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA  92649
Situs County:  ORANGE

Title Searches:

JANINE JASSO
PO BOX 370161
EL PASO, TX 79937

**Title File No:** LBM1081

JAMIE GALLIAN
16222 MONTEREY LANE SPACE 376
HUNTINGTN BCH, CA 92649

**Title File No:** LBM1081

JAMIE GALLIAN
16222 MONTEREY LANE SPACE 376
HUNTINGTN BCH, CA 92649

**Title File No:** LBM1081

EXHIBIT 21, PAGE 418

23

STATE OF CALIFORNIA - BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY                    GAVIN NEWSOM, Governor

**DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT**
DIVISION OF CODES AND STANDARDS



## Title Search

Date Printed:  Sep 21, 2021

| | | | |
|---|---|---|---|
| Decal #: | LBM1081 | Use Code: | SFD |
| Manufacturer: | SKYLINE HOMES INC | Original Price Code: | BVH |
| Tradename: | CUSTOM VILLA | Rating Year: | |
| Model: | | Tax Type: | LPT |
| Manufactured Date: | 05/29/2014 | Last ILT  Amount: | |
| Registration Exp: | | Date ILT Fees Paid: | |
| First Sold On: | 07/28/2014 | ILT Exemption: | NONE |

| Serial Number | HUD Label / Insignia | Length | Width |
|---|---|---|---|
| AC7V710394GA | PFS1130282 | 60' | 15' 2" |
| AC7V710394GB | PFS1130281 | 56' | 15' 2" |

Registered Owner:

JAMIE LYNN GALLIAN
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

**Last Title Date:** 08/12/2021

**Last Reg Card:** 08/12/2021

**Sale/Transfer Info:** Price $.00 Transferred on 02/25/2021

Situs Address:

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA  92649
Situs County:  ORANGE

Legal Owner:

J-PAD LLC
21742 ANZA AVE
TORRANCE, CA 90503

**Lien Perfected On:** 01/14/19 15:22:00

Title Searches:

JANINE JASSO
PO BOX 370161
EL PASO, TX 79937

**Title File No:** LBM1081

JAMIE GALLIAN
16222 MONTEREY LANE SPACE 376
HUNTINGTN BCH, CA 92649

**Title File No:** LBM1081

JAMIE GALLIAN
16222 MONTEREY LANE SPACE 376
HUNTINGTN BCH, CA 92649

**Title File No:** LBM1081

EXHIBIT 22, PAGE 420

24

**CERTIFIED COPY CLERK RECORDER, COUNTY OF ORANGE, CALIFORNIA
ASSIGNMENT OF SUBCONDOMIUM GROUNDLEASEHOLD,
INSTRUMENT NO.  2017000116815 MARCH 23, 2017**

276

**RECORDING REQUESTED BY:**

Jamie Gallian
4476 Alderport Dr.
Huntington Beach, CA
92649

**AND WHEN RECORDED MAIL TO:**

Jamie Gallian
4476 Alderport Dr.
Huntington Beach, CA
92649

Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder

*$ R 0 0 0 9 1 4 7 5 4 1 $ *   33.00
2017000116815 8:25 am 03/23/17
276 415 A34 A04 F14   6
0.00 0.00 0.00 0.00 15.00 0.00 0.00 0.00

**TITLE OF DOCUMENT:**   Assignment of Condominium
Sublease
Lease from present to 2059

Transfer Tax exempt. This Lease is a
Gift between family Members.

2T
6P
2FF
cc
2cf

EXHIBIT 40, PAGE 1427

26

RECORDING REQUESTED BY:

~~Sandra Bradley~~
~~19 Meadow Wood Dr.~~
~~Coto de Caza, CA 92679~~

*Jamie Gallian*
*4476 Alderport Dr.*
*Huntington Beach*
*Ca 92649*

WHEN RECORDED RETURN TO:

~~same as above~~
*Jamie Gallian*
*4476 Alderport Dr.*
*Huntington Beach CA 92649*

(space above this line for Recorder's use)

## ASSIGNMENT OF CONDOMINIUM SUBLEASE

For no consideration, receipt of which is hereby acknowledged, the undersigned, SANDRA L. BRADLEY, as Trustee of the Sandra L. Bradley Trust, hereby transfers and assigns to JAMIE L. GALLIAN, a single woman, all right, title and interest of the undersigned as Tenant, in and under that certain Condominium Sublease dated August 1, 1980, by and between ROBERT P. WARMINGTON, and individual, as Landlord, which interest was subsequently assigned to BS INVESTORS, LLC, by mesne assignments of record, and JOHN F. TURNER AND VIRGINIA H. TURNER, HUSBAND AND WIFE AS JOINT TENANTS as Tenant, recorded on November 7, 1980 in Book 13824, Page 1274 inclusive, as Instrument No. 8694 of Official Records of Orange County, California, as amended by the First Amendment to Condominium Sublease recorded on August, 2003 as Instrument No. 2003 001044770. The property that is the subject of the Sublease is described as follows:

Unit 53 of Tract 10542. Legal Description contained on Exhibit "A" attached hereto and made a part hereof.
TOGETHER WITH all buildings and other improvements on said land.

NO CONSIDERATION – TERM OF LEASE LESS THAN 99 YEARS

Dated: 3/22/2017

Assignor, SANDRA L. BRADLEY
Trustee of the Sandra L. Bradley Trust

EXHIBIT 40, PAGE 1428

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
*COUNTY OF ORANGE*

*On* 3/22/2017 *, before me,* HENRY J. COOPERSMITH, *a Notary Public in and for said State personally appeared* SANDRA L. BRADLEY, *who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.*

*I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.*

*WITNESS my hand and official seal.*

*Signature*

> HENRY J. COOPERSMITH
> COMM. # 2054619
> NOTARY PUBLIC - CALIFORNIA
> ORANGE COUNTY
> COMM. EXPIRES FEB. 6, 2018

2

EXHIBIT 40, PAGE 1429

28

# EXHIBIT "A"

## DESCRIPTION

der No: 985040290

PARCEL 1:

UNIT 53, IN THE CITY OF HUNTINGTON BEACH, COUNTY OF ORANGE, STATE OF CALIFORNIA,
AS SHOWN AND DEFINED ON THAT CERTAIN CONDOMINIUM PLAN ("THE CONDOMINIUM PLAN"),
RECORDED OCTOBER 18, 1979 IN BOOK 13358 PAGE 1193, ET SEQ., OFFICIAL RECORDS.

EXCEPT THEREFROM ALL OIL, GAS, MINERALS AND OTHE HYDROCARBON SUBSTANCES LYING
BELOW A DEPTH OF 500 FEET WITHOUT ANY RIGHT TO ENTER UPON THE SURFACE OR THE
SUBSURFACE OF SAID LAND ABOVE A DEPTH OF 500 FEET, AS PROVIDED IN INSTRUMENTS OF
RECORD.

PARCEL 2:

AN UNDIVIDED 1/80TH INTEREST IN AND TO LOTS 1 AND 2 OF TRACT NO. 10542, IN THE
CITY OF HUNTINGTON BEACH, COUNTY OF ORANGE, STATE OF CALIFORNIA, AS SHOWN ON A
MAP RECORDED IN BOOK 456 PAGES 49 AND 50 OF MISCELLANEOUS MAPS, IN THE OFFICE OF
THE COUNTY RECORDER OF SAID COUNTY TOGETHER WITH THOSE PORTIONS OF THE COMMON
AREA AS SHOWN AND DEFINED ON THE CONDOMINIUM PLAN, CONSISTING OF BUILDINGS AND
OTHER IMPROVEMENTS.

EXCEPTING THEREFROM CONDOMINIUM UNITS 1 THROUGH 80 INCLUSIVE, LOCATED THEREON.

PARCEL 3:

AN EXCLUSIVE EASEMENT FOR THE USE AND OCCUPANCY OF THOSE PORTIONS OF RESTRICTED
COMMON AREA AS DEFINED ON THE CONDOMINIUM PLAN FOR ENTRY AND STAIRCASES AND
ATTIC SPACE RELATING TO SAID UNIT.

PARCEL 4:

NON-EXCLUSIVE EASEMENT AND RIGHT TO USE THOSE PORTIONS OF THE COMMON AREA AS
DEFINED ON THE CONDOMINIUM PLAN, EXCEPT RESTRICTED COMMON AREA.

EXHIBIT 40, PAGE 1430

29

RECORDING REQUESTED BY:

~~Sandra Bradley~~   *Jamie Gallian*
~~19 Meadow Wood Dr.~~  *4476 Alderport*
~~Coto de Caza, CA 92679~~  *Huntington Beach*
                    *CA 92649*

WHEN RECORDED RETURN TO:

~~same as above~~ *Jamie Gallian*
         *4476 Alderport*
         *Huntington Beach, CA*
              *92649*

_____

(space above this line for Recorder's use)

## ACCEPTANCE AND AGREEMENT

The undersigned Assignee named in the foregoing Assignment hereby accepts said Assignment and hereby agrees with and for the benefit of the Landlord, under the Sublease described in said Assignment, to keep, perform and be bound by all of the terms, covenants and conditions contained in said Sublease as amended by the First Amendment to the Condominium Sublease on the part of the Tenant therein to be kept and performed, to all intents and purposes as though the undersigned Assignee was the original Tenant thereunder. Assignee agrees to pay Landlord a late fee equal to 6% of any rent or other payment due under the Sublease which is not received by Landlord within ten (10) days of its due date. Said late fee is in addition to the interest due on unpaid installment indebtedness of 10% as provided in Article 17(A) of the Condominium Sublease. The undersigned Assignee agrees to pay attorneys fees and cost incurred by Landlord to collect rent or other payment under the Sublease or to otherwise enforce Landlord's rights under the Sublease.

Dated: *3/22/17*          _____

                          Assignee, JAMIE L. GALLIAN

1

EXHIBIT 40, PAGE 1431

30

> A notary public or other officer completing this certificate
> verifies only the identity of the individual who signed the
> document to which this certificate is attached, and not the
> truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
*COUNTY OF ORANGE*

*On* 3/22/2017 *, before me,* Henry J Coopasmith

*a Notary Public in and for said State personally appeared* JAMIE L. GALLIAN, *who proved to me on*

*the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and*

*acknowledged to me that she executed the same in her authorized capacity, and that by her signature on*

*the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.*

*I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing*

*paragraph is true and correct.*

*WITNESS my hand and official seal.*

*Signature*

> HENRY J. COOPERSMITH
> COMM. # 2054619
> NOTARY PUBLIC - CALIFORNIA
> ORANGE COUNTY
> COMM. EXPIRES FEB. 6, 2018

2

EXHIBIT 40, PAGE 1432

31

THIS IS A TRUE CERTIFIED COPY OF THE
RECORD IF IT BEARS THE SEAL AND
SIGNATURE OF THE ORANGE
COUNTY CLERK-RECORDER.

DATE: **MAR 2 3 2017**
CERTIFICATION FEE: 7.00

COUNTY CLERK-RECORDER

ORANGE COUNTY
STATE OF CALIFORNIA

EXHIBIT 40, PAGE 1433

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

16222 MONTEREY LANE SP. 378 HUNTINGTON BEACH, CA 92649

A true and correct copy of the foregoing document entitled:  **MOTION TO COMPEL AND  ORDER TRUSTEE AND CONSEL TO WITHDRAW AND CANCEL APPLICATION TO TRANSFER CERTIFICATE OF TITLE TO TRUSTEES ATTORNEYS; DECL ISO GALLIAN AND PIERPONT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __07/11/2024__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2.  **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 07/11/2024 | JOSEPH CLARK | *Joseph Clark* |
| Date | Printed Name | Signature |

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                           Page 3                           **F 9075-1.1.APP.SHORT.NOTICE**
33

ADDITIONAL SERVICE INFORMATION (if needed):

**1.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Aaron E DE Leest on behalf of Trustee Jeffrey I Golden (TR)
adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com

Jeffrey I Golden (TR) lwerner@go2.law, jig@trustesolutions.net;kadele@go2.law

Eric P Israel on behalf of Trustee Jeffrey I Golden (TR)
eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Valerie Smith on behalf of Interested Party Courtesy NEF claims@recoverycorp.com

United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                        **F 9013-3.1.PROOF.SERVICE**
34