|  | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>JUL 15 2024<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY jle    DEPUTY CLERK** |
|---|---|

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
## Santa Ana DIVISION

| In re:<br><br>Jamie Lynn Gallian<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:21-bk-11710-SC<br>CHAPTER: 7 |
|---|---|
|  | **ORDER:**<br><br>☐ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☒ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE AND SETTING MOTION [DK. 398] FOR HEARING ON AUGUST 13, 2024, AT 1:30 P.M.**<br><br>**[LBR 9075-1(b)]** |

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

    a. *Title of motion*: Motion to Compel and Issue Order to the Chapter 7 Trustee and His Attorneys to Withdraw and Cancel the May 13, 2024 HCD Application

    b. *Date of filing of motion:* 7/11/24 Dk. 398

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice ("Application") together with supporting declaration(s):

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

February 2013                                                                 Page 1                                                                 F 9075-1.2.ORDER

    a. *Date of filing of Application:* 7/10/24  Dk. 397
3. Based upon the court's review of the application, **IT IS ORDERED THAT**:

    a. ☒ **The Application is denied**.  The motion may be brought on regular notice pursuant to LBRs. **The matter shall be heard on August 13, 2024, at 1:30 p.m.**

    b. ☐ **The Application is granted, and IT IS FURTHER ORDERED THAT**:

(1) ☐ A hearing on the motion will take place as follows:

| Hearing Date:<br>Time:<br>Courtroom: | Place:<br>☐ 255 East Temple Street, Los Angeles, CA 90012<br>☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367<br>☐ 3420 Twelfth Street, Riverside, CA 92501<br>☐ 411 West Fourth Street, Santa Ana, CA 92701<br>☐ 1415 State Street, Santa Barbara, CA 93101 |
|---|---|

(2) ☐ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| a. *Deadlines:*<br>Date*:*<br>Time: | b. *Persons/entities to be provided with telephonic notice:*<br><br>☐ See attached page<br><br>c. *Telephonic notice is also required upon* the United States trustee |
|---|---|

(3) ☐ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using: ☐ one of the methods checked  ☐ all of the methods checked

    a.  ☐ Personal Delivery   ☐ Overnight Mail   ☐ First Class Mail   ☐ Facsimile*   ☐ Email*

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*February 2013*    Page 2    **F 9075-1.2.ORDER**

|   |   |
|---|---|
| b. *Deadlines:*<br>Date:<br><br>Time: | c. *Persons/entities to be served with written notice and a copy of this order:*<br><br><br>☐ See attached page<br><br>d. *Service is also required upon*:<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's Copy personally delivered to chambers *(see Court Manual for address)* |

(4) ☐ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

   a. ☐ Personal Delivery   ☐ Overnight Mail   ☐ First Class Mail   ☐ Facsimile*   ☐ Email*

|   |   |
|---|---|
| b. *Deadlines:*<br>Date:<br><br>Time: | c. *Persons/entities to be served with motion, declarations, supporting documents:*<br><br><br>☐ See attached page<br><br>d. *Service is also required upon*:<br>-- United States trustee *(no electronic service permitted)*<br>-- Judge's Copy personally delivered to chambers *(see Court Manual for address)* |

(5) ☐ Regarding **opposition to the motion**

   ☐ opposition to the motion may be made **orally** at the hearing

   ☐ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

   a. ☐ Personal Delivery   ☐ Overnight Mail   ☐ First Class Mail   ☐ Facsimile*   ☐ Email*

|   |   |
|---|---|
| b. *Deadlines:*<br>Date:<br><br>Time: | c. *Persons/entities to be served with written opposition to the motion:*<br>-- movant's attorney (or movant, if movant is not represented by an attorney)<br><br><br>d. *Service is also required upon*:<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's Copy personally delivered to chambers *(see Court Manual for address)* |

(6) ☐ Regarding a **reply to an opposition:**

   ☐ a reply to opposition may be made **orally** at the hearing.

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*February 2013*                            Page 3                            **F 9075-1.2.ORDER**

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using:  ☐ one of the methods checked  ☐ all of the methods checked

a.  ☐ Personal Delivery   ☐ Overnight Mail   ☐ First Class Mail   ☐ Facsimile*   ☐ Email*

| b. *Deadlines:* | c. *Persons/entities to be served with written reply to opposition:* |
|---|---|
| Date*:* | -- All persons/entities who filed a written opposition |
| Time: | |
| | d. *Service is also required upon*: |
| | -- United States trustee *(electronic service is not permitted)* |
| | -- Judge's Copy personally delivered to chambers (*see Court Manual for address*) |

(7) ☐ Other requirements:

(8) ☐ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **Judge's Copy** of the Declaration of Notice and Service must be personally delivered to the Judge's chambers:

☐ at least 2 days before the Hearing.

☐ no later than:   Date:                                    Time:

* Service by electronic means (facsimile or email) requires compliance with FRCP 5(b)(2)(E).

### 

Date: July 15, 2024

*Scott C. Clarkson*
Scott C. Clarkson
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

February 2013                            Page 4                            F 9075-1.2.ORDER