

**FILED & ENTERED**

**AUG 06 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Jamie Lynn Gallian,<br><br><br><br>Debtor(s). | Case No.: 8:21-bk-11710-SC<br><br>CHAPTER 7<br><br>**ORDER CONTINUING HEARING [DK. 398]**<br><br>Date:       August 13, 2024<br>Time:      1:30 PM<br>Courtroom: 5C |

The hearing on Debtor's Motion to Compel and Issue Order to the Chapter 7 Trustee and his Attorneys to Withdraw and Cancel the May 13, 2024 HCD Application to Transfer Certificate of Title DECAL LBM 1081 For - Zero - Consideration, to Danning, Gill, Israel, & Kasnoff, LLP, Forthwith [Dk. 398] is hereby CONTINUED from August 13, 2024, to August 27, 2024, at 1:30 p.m.

**IT IS SO ORDERED.**

Date: August 6, 2024

Scott C. Clarkson
United States Bankruptcy Judge

-1-