

**FILED & ENTERED**

AUG 06 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Jamie Lynn Gallian,<br><br><br><br>Debtor(s). | Case No.: 8:21-bk-11710-SC<br><br>CHAPTER 7<br><br>**ORDER ADVANCING HEARING**<br><br>Date:       August 28, 2024<br>Time:       1:30 PM<br>Courtroom: 5C |

The hearing on Trustee's Application to Employ Real Estate Broker [Dk. 395] is hereby ADVANCED from August 28, 2024, at 1:30 p.m. to August 27, 2024, at 1:30 p.m.

**IT IS SO ORDERED.**

Date: August 6, 2024

Scott C. Clarkson
United States Bankruptcy Judge

-1-