Jamie Lynn Gallian
16222 Monterey Lane Unit 376
Huntington Beach, CA 92649
(714)321-3449
jamiegallian@gmail.com

Defendant, In Pro Per

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

IN RE

JAMIE LYNN GALLIAN

Case No.: 8:21-bk-11710-SC

**PROOF OF SERVICE
SUBPOENA  - SACRAMENTO
CALIFORNIA DEPARTMENT OF
HOUSING AND COMMUNITY
DEVELOPMENT ("HCD")**
DATE: AUGUST 27, 2024
TIME:  1:30PM
LOCATION:  411 W. FOURTH STREET, DEPT.
5C SANTA ANA, CA 92701

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE;**

**UNITED STATES TRUSTEE; CHAPTER 7 TRUSTEE JEFFREY GOLDEN, HIS ATTORNEY'S OF**

**RECORS AND ALL INTERESTED PARTIES.**

On August 7, 2024, Jamie Lynn Gallian (the "Debtor") requested the Bankruptcy Court Clerk issue a

Subpoena to Marshelle Geren, Riverside, CA  Program Analyst <u>or</u> the Custodian of Records, Sacramento

Department of Housing and Community Development, Registration and Titling, Legal Affairs, so this

Honorable Court and Debtor, a pro se debtor, can be accurately informed by an agency authority, familiar

with the significance  between an "Original Certificate of Title, *Releasing Signature Date", Significance of HCD*

*"Issue Date," significance of DTN Numbers printed on "Original Registration Cards and DTN-1, and Certificate of*

*Title DTN-2, and the significance of perfected date on the Title Search prior to the Original Certificate of Title*

*printed* .  Debtor requested the HCD determine the history 2014-2024, concerning Certificate of Title(s)  for

LBM 1081.  A list of DTNs Debtor is familiar with and supporting documentation is attached.

Dated:  THIS 20TH DAY OF AUGUST, 2024 AT HUNTINGTON BEACH, CA 92649

*Jamie Lynn Gallian*
**JAMIE LYNN GALLIAN**

- 1

## RETURN OF SERVICE

### UNITED STATES BANKRUPTCY COURT
District of California

Case Number: 8:21-BK-11710-SC

Petitioner:
**IN RE JAMIE LYNN GALLIAN**

vs.

Respondent:
**CA DEPART.  HOUSING & COMMUNITY  REG/TITLE**

For:
Jamie Gallian
16222 Monterey Lane #376
Huntington Beach, CA 92649

Received by Serves R Us on the 20th day of August, 2024 at 10:21 am to be served on **CA HOUSING AND COMMUNITY DEV. REG/TITLING, 651 BANNON STREET, SOUTHWEST TOWER, Sacramento, CA 95811**.

I, James Thomas, do hereby affirm that on the **20th day of August, 2024** at **1:29 pm, I:**

served a **GOVERNMENT AGENCY** by delivering a true copy of the **SUBPOENA-DTN HISTORY; DECAL LBM 1081, DECLARATION OF JAMIE LYNN GALLIAN, $15.00 WITNESS FEE.** with the date and hour of service endorsed thereon by me, to: **Josh Salinger** as **Authorized to accept service** for **CA HOUSING AND COMMUNITY DEV. REG/TITLING**, and informed said person of the contents therein, in compliance with State Statutes.

**Service Fee Items:**
| | |
|---|---|
| Super Rush Service | $155.00 |
| Total | $155.00 |

I certify that I am over the age of 18, have no interest in the above action, and am a Registered Process Server, in good standing, in the judicial circuit in which the process was served.

**James Thomas**
201541

**Serves R Us**
**National Headquarters**
**813 Harbor Blvd. Ste. 220**
**West Sacramento, CA 95691**
**(916) 691-4109**

Our Job Serial Number: SRU-2024000994

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

B2550 (Form 2550 – Subpoena to Appear and Testify at a Hearing or Trial in a Bankruptcy Case or Adversary Proceeding) (12/15)

# UNITED STATES BANKRUPTCY COURT

**CENTRAL** _____ District of __ **CALIFORNIA**    **SANTA ANA DIVISION**

In re __**JAMIE LYNN GALLIAN**_____
                    Debtor

*(Complete if issued in an adversary proceeding)*

_____
                    Plaintiff
                    V.
_____
                    Defendant

Case No. __**8:21-bk-11710-SC**__

Chapter __**7**__

Adv. Proc. No. _____

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: RIVERSIDE COUNTY, CALIFORNIA HOUSING AND COMMUNITY DEVELOPMENT; MARSHELLE GEREN, PROGRAM TECHNICIAN OR AUTHORIZED CUSTODIAN OF CERTIFCATE OF TITLE REGISTRATION/TITLING RECORDS.

Physical Address: 3737 MAIN STREET ST. 400 *(Name of person to whom the subpoena is directed)* 651 BANNON St.
RIVERSIDE CA. 92501  PH: 951-782-4429     916-820-1301 Sacramento, CA 95811

[X] **YOU ARE COMMANDED** to appear in the United States Bankruptcy Court at the time, date, and place set forth below to testify at a hearing or trial in this bankruptcy case (or adversary proceeding). When you arrive, you must remain at the court until the judge or a court official allows you to leave.

| PLACE | COURTROOM    5C |
|---|---|
| **411 WEST FOURTH STREET**<br>**SANTA ANA, CA 92701** | DATE AND TIME<br>**AUGUST 27, 2024  1:30PM** |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

All Applications for Registration/Titling Requests; Certificate of Title Documents, Registration Cards; belonging to **Decal No. LBM 1081; Serial. No. AC7V710394GA/GB; Custom Villa. since September 2014-current**

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: __**AUG – 7 2024**__

CLERK OF COURT

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
411 W. 4th ST., SUITE 2074
SANTA ANA, CA 92701-4593

Vi Nguyen
*Signature of Clerk or Deputy Clerk*

OR

_____
*Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)* **SELF REPRESENTED**
_____ , who issues or requests this subpoena, are: **JAMIE LYNN GALLIAN**

**16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649    Telephone 714-321-3449  (cell)**
**jamiegallian@gmail.com**

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed.  Fed. R. Civ. P. 45(a)(4).

## STATE OF CALIFORNIA - DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT, REGISTRATION AND TITLING, CERTIFICATE OF TITLE HISTORY OF DECAL NO. LBM1081, SERIAL NO. AC7V710394GB, AC7V710394GA

| DTN | TASK TYPE | REFER. NO. | DT RECEIVED | TECHNICIAN | DT TITLE SEARCH-CERT. |
|---|---|---|---|---|---|
| 8169431 | New MH-18613 | MCO 8802499 | 07/30/2014 | CASAS SYS. | 09/09/2014 |
| 8267526 | RA Inf. Title | LBM 1081 | 10/29/2014 | 243 | 09/10/2014 CERTIFICATE |
| | | | | | |
| 10670236 | R/O Transfer | LBM 1081 | 11/16/2018 | J. DIMACULANGAN | 01/18/2019 - Title Search |
| | Private Sale | LBM 1081 | | S. CRUZ | 01/19/2019 CERTIFICATE |
| 12153896 | L/O | LBM 1081 | 02/01/2021 | R. O'LAUGHLIN | COPIES SUPPORTING DOCS. |
| ` | Assignment | LBM 1081 | | R. O'LAUGHLIN | 02/22/2021 Statement of Facts |
| | | LBM 1081 | | R. O'LAUGHLIN | 02/23/2021 – Title Search |
| | | LBM 1081 | | K. SHAH | 02/24/2021 CERTIFICATE |
| 12313525 | R/O (JSC) Transfer- No Sale | | 07/14/2021 | R. O'LAUGHLIN | 02/25/21 JSC Release Signature |
| | Jamie Lynn Gallian | LBM 1081 | | R. O'LAUGHLIN | 07/27/2021 Title Search |
| | | | | | 07/09/2021 L/O Lien Satisfied |
| | R/O Jamie Gallian | LBM 1081 | 07/14/2021 | R. O'LAUGHLIN | 07/28/2021 Statement of Facts |
| | L/O Lien Satisfied | LBM 1081 | | R. O'LAUGHLIN | 07/09/2021 Executed by L/O |
| | R/O Jamie Gallian | LBM 1081 | 07/14/2021 | R. O'LAUGHLIN | 08/02/2021 Title Search |
| | | | | K. SHAH | 08/03/2021 CERTIFICATE |
| 12330730 | L/O Addition | LBM 1018 | 08/06/2021 | S. RAMIEEZ | 08/11/2021 Title Search |
| | | | | S. CRUZ | 08/12/2021 CERTIFICATE |
| | | LBM 1081 | 07/08/2024 | M. GEREN | 07/08/2024 R/O Statement Fact |
| | | LBM 1081 | 08/06/2024 | M. GEREN | 08/06/2024 R/O Statement Error |
| 13413446 | L/O Removed | LBM 1081 | 08/06/2024 | M. GEREN | 08/08/2024 Title Search |

DATED:  8/20/2024                                           RESPETFULLY SUBMITTED,


*Jamie Lynn Gallian*
JAMIE LYNN GALLIAN

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 16222 MONTEREY LANE UNIT 378 HUNTINGTON BEACH, CA 92649

A true and correct copy of the foregoing document entitled (*specify*):DEBTOR'S PROOF OF SERVICE SACRAMENTO DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) AUGUST 20 2024 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:  On            , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by causing to be placed a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 20, 2024 | Joseph Clark | *Joseph Clark* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**ADDITIONAL SERVICE INFORMATION** (if needed):

**1.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Aaron E. DE Leest on behalf of Trustee Jeffrey I Golden (TR)
adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com

Jeffrey I Golden (TR)
lwerner@go2.law, jig@trustesolutions.net;kadele@go2.law

D Edward Hays on behalf of Plaintiff Houser Bros. Co.
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmend
oza@ecf.courtdrive.com

United States Trustee (SA)

ustpregion16.sa.ecf@usdoj.gov

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**