| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Eric P. Israel (State Bar No. 132426)<br>*eisrael@DanningGill.com*<br>Danning, Gill, Israel & Krasnoff, LLP<br>1901 Avenue of the Stars, Suite 450<br>Los Angeles, California 90067-6006<br>Tel.: (310) 277-0077<br>Fax: (310) 277-5735<br><br>☐  *Individual appearing without attorney*<br>☒  *Attorney for  Jeffrey I. Golden, Chapter 7 Trustee* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>JAMIE LYNN GALLIAN,<br><br>                                                          Debtor(s) | CASE NO.: 8:21-bk-11710-SC<br>CHAPTER:  7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**  (title of motion[1]): <u>MOTION TO COMPEL AND ISSUE ORDER TO THE CH. 7 TRUSTEE AND HIS ATTORNEY'S [SIC] TO WITHDRAW AND CANCEL THE MAY 13, 2024 HCD APPLICATION TO TRANSFER CERTIFICATE OF TIELE (DOCKET NOS. 398, 404 AND 411]</u> |

PLEASE TAKE NOTE that the order titled <u>Order Denying Debtor's "Motion to Compel and Issue Order to the Ch. 7 Trustee and his Attorney's [sic] to Withdraw and Cancel the May 13, 2024 HCD Application to Transfer Certification of Title Decal LBM 1081 for-Zero-Consideration to Danning, Gill, Israel & Krasnoff [sic], LLP Forthwith</u> was lodged on *(date)* <u>August 28, 2024</u> and is attached.  This order relates to the motion which is docket number <u>398, 404 and 411</u>.

---

[1] Please abbreviate if title cannot fit into text field

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                                                 *Page 1*                                        **F 9021-1.2.BK.NOTICE.LODGMENT**
1777189.1  27064

# EXHIBIT "A"

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*        *Page 2*        **F 9021-1.2.BK.NOTICE.LODGMENT**
1777189.1  27064

1  ERIC P. ISRAEL (State Bar No. 132426)
   *eisrael@DanningGill.com*
2  DANNING, GILL, ISRAEL & KRASNOFF, LLP
   1901 Avenue of the Stars, Suite 450
3  Los Angeles, California 90067-6006
   Telephone:   (310) 277-0077
4  Facsimile:    (310) 277-5735

5  Attorneys for Jeffrey I. Golden,
   Chapter 7 Trustee
6

7  **UNITED STATES BANKRUPTCY COURT**

8  **CENTRAL DISTRICT OF CALIFORNIA**

9  **SANTA ANA DIVISION**

10

| 11 | In re | Case No. 8:21-bk-11710-SC |
|---|---|---|
| 12 | JAMIE LYNN GALLIAN, | Chapter 7 |
| 13 |  | **ORDER DENYING DEBTOR'S "MOTION TO COMPEL AND ISSUE ORDER TO THE CH.7 TRUSTEE AND HIS ATTORNEY'S [sic] TO WITHDRAW AND CANCEL THE MAY 13, 2024 HCD APPLICATION TO TRANSFER CERTIFICATE OF TITLE DECAL LBM 1081 FOR –ZERO- CONSIDERATION TO DANNING, GILL, ISRAEL, & KASNOFF [sic], LLP, FORTHWITH"** (*DOCKET NOS. 398, 404 AND 411*) |
| 14 | Debtor. |  |
| 19 |  | Date:    August 27, 2024<br>Time:   1:30 p.m.<br>Place:   Courtroom "5C"<br>            411 W. 4th Street<br>            Santa Ana, CA |

23      On August 27, 2024, at 1:30 p.m., there came before the Court for hearing the "Motion To

24  Compel and Issue Order to the Ch.7 Trustee and his Attorney's [Sic] to Withdraw and Cancel the

25  May 13, 2024 HCD Application to Transfer Certificate of Title Decal LBM 1081 for –Zero-

26  Consideration to Danning, Gill, Israel, & Kasnoff [Sic], LLP Forthwith" filed by debtor Jamie

27  Lynn Gallian (the "Debtor") (*docket nos. 398, 404 and 411*), the Honorable Scott C. Clarkson,

28  United States Bankruptcy Judge, presiding.  Appearing for Jeffrey I. Golden, the Chapter 7 trustee

1777166.1  27064                                           1

1  herein (the "Trustee"), was Eric P. Israel of Danning, Gill, Israel & Krasnoff, LLP; the Trustee
2  appeared; the Debtor appeared in pro per; and Ed Hays of Marshack Hays LLP appeared for
3  Houser Brothers Co.  No other appearances were made.
4      The Court having read and considered the Motion and the Trustee's opposition thereto
5  (*docket no. 410)*, having previously denied the Debtor's application to set the hearing on the
6  Motion on shortened time (*docket no. 399*), having heard the oral statements at the hearing by the
7  Debtor, including an admission that the Motion was now moot; and statements of the Trustee's
8  counsel; and for the reasons set forth by the Court on the record at the hearing, it is hereby
9      ORDERED THAT:
10      1.    The Motion is denied in its entirety.
11                    ###

17777166.1  27064    2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 28, 2024  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) August 28, 2024 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Scott C. Clarkson
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 W. Fourth Street, Suite 5130
Santa Ana, CA 92701

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 28, 2024 | Gloria Ramos | */s/ Gloria Ramos* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    *Page 4*                         **F 9021-1.2.BK.NOTICE.LODGMENT**
1777189.1  27064

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- **Bradford Barnhardt**   bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com
- **Aaron E. DE Leest**   adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- **Robert P Goe**   kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- **Jeffrey I Golden (TR)**   lwerner@go2.law, jig@trustesolutions.net;kadele@go2.law;C205@ecfcbis.com
- **D Edward Hays**   ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **Brandon J. Iskander**   biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **Eric P Israel**   eisrael@danninggill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- **Shantal Malmed**   shantal.malmed@gmlaw.com, cheryl.caldwell@gmlaw.com
- **Laila Masud**   lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com
- **Mark A Mellor**   mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com
- **Valerie Smith**   claims@recoverycorp.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov

2. **SERVED BY U.S. MAIL**

Jamie Lynn Gallian
16222 Monterey Ln Unit 376
Huntington Beach, CA 92649

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                *Page 5*             **F 9021-1.2.BK.NOTICE.LODGMENT**
1777189.1  27064