| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Eric P. Israel (State Bar No. 132426)<br>*eisrael@DanningGill.com*<br>Danning, Gill, Israel & Krasnoff, LLP<br>1901 Avenue of the Stars, Suite 450<br>Los Angeles, California 90067-6006<br>Tel.: (310) 277-0077<br>Fax: (310) 277-5735<br><br>☐  *Individual appearing without attorney*<br>☒  Attorney for  Jeffrey I. Golden, Chapter 7 Trustee | |

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

</div>

| In re:<br><br>JAMIE LYNN GALLIAN,<br><br><div align="right">Debtor(s)</div> | CASE NO.:  8:21-bk-11710-SC<br>CHAPTER:  7 |
|---|---|
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**  (title of motion[1]): Application to Employ Real Estate Broker Coldwell Banker Realty and Agents William Friedman and Greg Bingham – Docket No. 395 |

PLEASE TAKE NOTE that the order titled Order Granting Trustee's Application to Employ Real Estate Broker Coldwell Banker Realty and Agents William Friedman and Greg Bingham Pursuant to 11 U.S.C. §§ 327 and 328 lodged on *(date)* August 28, 2024 and is attached.  This order relates to the motion which is docket number 395.

---

[1] Please abbreviate if title cannot fit into text field

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                               Page 1                    **F 9021-1.2.BK.NOTICE.LODGMENT**
1777198.1  27064

# EXHIBIT "A"

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*      *Page 2*      **F 9021-1.2.BK.NOTICE.LODGMENT**
1777198.1  27064

1  ERIC P. ISRAEL (State Bar No. 132426)
   *eisrael@DanningGill.com*
2  DANNING, GILL, ISRAEL & KRASNOFF, LLP
   1901 Avenue of the Stars, Suite 450
3  Los Angeles, California 90067-6006
   Telephone:  (310) 277-0077
4  Facsimile:  (310) 277-5735

5  Attorneys for Jeffrey I. Golden,
   Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| In re | Case No. 8:21-bk-11710-SC |
|---|---|
| JAMIE LYNN GALLIAN, | Chapter 7 |
| Debtor. | **ORDER GRANTING TRUSTEE'S APPLICATION TO EMPLOY REAL ESTATE BROKER COLDWELL BANKER REALTY AND AGENTS WILLIAM FRIEDMAN AND GREG BINGHAM PURSUANT TO 11 U.S.C. §§ 327 AND 328 (*DOCKET NO. 395*)** |
|  | Date:  August 27, 2024<br>Time:  1:30 p.m.<br>Place:  Courtroom "5C"<br>411 W. 4th Street<br>Santa Ana, CA |

On August 27, 2024, at 1:30 p.m., there came before the Court for hearing the *Trustee's Application to Employ Real Estate Broker Coldwell Banker Realty and Agents William Friedman and Greg Bingham Pursuant to 11 U.S.C. §§ 327 and 328* (*docket no. 395*) (the "Application") filed by Jeffrey I. Golden, the Chapter 7 trustee herein (the "Trustee"), the Honorable Scott C. Clarkson, United States Bankruptcy Judge, presiding.  Appearing for the Trustee was Eric P. Israel of Danning, Gill, Israel & Krasnoff, LLP; the Trustee appeared; the Debtor appeared in pro per; and Ed Hays of Marshack Hays LLP appeared for Houser Brothers Co. ("Houser").  No other appearances were made.

1775027.2  27064                                        1

The Court having read and considered the Application, the Debtor's opposition to the Application (*docket nos. 401, 402 and 403*), the Trustee's reply thereto (*docket no. 408*), the Notice of Joinder filed by Houser in the Application (*docket no. 409*), having heard the oral statements at the hearing including by the Debtor, the Trustee's counsel, and the Trustee's real estate broker, Greg Bingham (the "Trustee's Broker"), and for the reasons set forth by the Court on the record at the hearing, it is hereby

ORDERED THAT:

1. The Application is granted in its entirety.

2. The Trustee is authorized to employ Coldwell Banker Realty ("Broker") and its agents William Friedman and Greg Bingham as the bankruptcy estate's real estate agents herein pursuant to the terms and conditions set forth in the Application.

3. The Trustee is authorized to enter into the exclusive listing agreement with the Broker upon the terms and conditions set forth in the Application.

4. The Trustee is authorized to extend, modify (except no increase as to commission), or terminate the agreement, in his sole discretion, without further notice or approval of the Court.

5. The Debtor shall afford the Trustee's Broker unimpeded access to the Property upon 24 hours' advance notice to her cell phone.

###

1775027.2  27064

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 28, 2024  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) August 28, 2024 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Scott C. Clarkson
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 W. Fourth Street, Suite 5130
Santa Ana, CA 92701

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 28, 2024 | Gloria Ramos | */s/ Gloria Ramos* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*      Page 3      **F 9021-1.2.BK.NOTICE.LODGMENT**
1777198.1  27064

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- **Bradford Barnhardt**  bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com
- **Aaron E. DE Leest**  adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- **Robert P Goe**  kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- **Jeffrey I Golden (TR)**  lwerner@go2.law, jig@trustesolutions.net;kadele@go2.law;C205@ecfcbis.com
- **D Edward Hays**  ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **Brandon J. Iskander**  biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **Eric P Israel**  eisrael@danninggill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- **Shantal Malmed**  shantal.malmed@gmlaw.com, cheryl.caldwell@gmlaw.com
- **Laila Masud**  lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com
- **Mark A Mellor**  mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com
- **Valerie Smith**  claims@recoverycorp.com
- **United States Trustee (SA)**  ustpregion16.sa.ecf@usdoj.gov

2. **SERVED BY U.S. MAIL**

| | | |
|---|---|---|
| Jamie Lynn Gallian<br>16222 Monterey Ln Unit 376<br>Huntington Beach, CA 92649 | Greg Bingham<br>Coldwell Banker Residential<br>840 Newport Center Dr., Suite 100<br>Newport Beach, CA 92660 | William Friedman<br>Coldwell Banker Residential<br>840 Newport Center Dr., Suite 100<br>Newport Beach, CA 92660 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*   *Page 4*   **F 9021-1.2.BK.NOTICE.LODGMENT**
1777198.1 27064