**FILED & ENTERED**

**AUG 29 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Jamie Lynn Gallian,<br><br>Debtor(s). | Case No.: 8:21-bk-11710-SC<br><br>CHAPTER 7<br><br>**ORDER RE REQUEST TO ADDRESS THE COURT ON 8/27/24**<br><br>Date:        August 27, 2024<br>Time:       1:30 p.m.<br>Courtroom: 5C |

The Court has considered the "Request to Address the Court on 8/27/24 at 1:30 p.m.; Notice of Lodgment of Ronald J. Pierpont; Notice of Motion and Motion to Set Aside Default Judgment" filed by Debtor on August 26, 2024 [Dk. 421] ("Request"), the docket as a whole, and notes that Debtor appeared at the August 27, 2024, hearings and addressed the Court. To the extent that Debtor seeks further relief, such relief is denied.

**IT IS SO ORDERED.**

Date: August 29, 2024

Scott C. Clarkson
United States Bankruptcy Judge

-1-