ERIC P. ISRAEL (State Bar No. 132426)
eisrael@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone:   (310) 277-0077
Facsimile:   (310) 277-5735

Attorneys for Jeffrey I. Golden,
Chapter 7 Trustee

**FILED & ENTERED**

**SEP 05 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte      DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>Debtor. | Case No. 8:21-bk-11710-SC<br><br>Chapter 7<br><br>**ORDER GRANTING TRUSTEE'S APPLICATION TO EMPLOY REAL ESTATE BROKER COLDWELL BANKER REALTY AND AGENTS WILLIAM FRIEDMAN AND GREG BINGHAM PURSUANT TO 11 U.S.C. §§ 327 AND 328 (*DOCKET NO. 395*)**<br><br>Date:      August 27, 2024<br>Time:      1:30 p.m.<br>Place:     Courtroom "5C"<br>           411 W. 4th Street<br>           Santa Ana, CA |

On August 27, 2024, at 1:30 p.m., there came before the Court for hearing the *Trustee's Application to Employ Real Estate Broker Coldwell Banker Realty and Agents William Friedman and Greg Bingham Pursuant to 11 U.S.C. §§ 327 and 328* (*docket no. 395*) (the "Application") filed by Jeffrey I. Golden, the Chapter 7 trustee herein (the "Trustee"), the Honorable Scott C. Clarkson, United States Bankruptcy Judge, presiding.  Appearing for the Trustee was Eric P. Israel of Danning, Gill, Israel & Krasnoff, LLP; the Trustee appeared; the Debtor appeared in pro per; and Ed Hays of Marshack Hays LLP appeared for Houser Brothers Co. ("Houser").  No other appearances were made.

1775027.2  27064

1

The Court having read and considered the Application, the Debtor's opposition to the Application (*docket nos. 401, 402 and 403*), the Trustee's reply thereto (*docket no. 408*), the Notice of Joinder filed by Houser in the Application (*docket no. 409*), having heard the oral statements at the hearing including by the Debtor, the Trustee's counsel, and the Trustee's real estate broker, Greg Bingham (the "Trustee's Broker"), and for the reasons set forth by the Court on the record at the hearing, it is hereby

ORDERED THAT:

1.  The Application is granted in its entirety.

2.  The Trustee is authorized to employ Coldwell Banker Realty ("Broker") and its agents William Friedman and Greg Bingham as the bankruptcy estate's real estate agents herein pursuant to the terms and conditions set forth in the Application.

3.  The Trustee is authorized to enter into the exclusive listing agreement with the Broker upon the terms and conditions set forth in the Application.

4.  The Trustee is authorized to extend, modify (except no increase as to commission), or terminate the agreement, in his sole discretion, without further notice or approval of the Court.

5.  The Debtor shall afford the Trustee's Broker unimpeded access to the Property upon 24 hours' advance notice to her cell phone.

### 

Date: September 5, 2024

Scott C. Clarkson
United States Bankruptcy Judge

1775027.2  27064