CRITICAL

1  ERIC P. ISRAEL (State Bar No. 132426)
   *eisrael@DanningGill.com*
2  DANNING, GILL, ISRAEL & KRASNOFF, LLP
   1901 Avenue of the Stars, Suite 450
3  Los Angeles, California 90067-6006
   Telephone:   (310) 277-0077
4  Facsimile:    (310) 277-5735

5  Attorneys for Jeffrey I. Golden,
   Chapter 7 Trustee
6

**FILED & ENTERED**

**SEP 05 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte      DEPUTY CLERK**

7                   **UNITED STATES BANKRUPTCY COURT**

8                    **CENTRAL DISTRICT OF CALIFORNIA**

9                          **SANTA ANA DIVISION**

10

| | |
|---|---|
| 11  In re | Case No. 8:21-bk-11710-SC |
| 12  JAMIE LYNN GALLIAN, | Chapter 7 |
| 13 | **ORDER DENYING DEBTOR'S "MOTION TO COMPEL AND ISSUE ORDER TO** |
| 14       Debtor. | **THE CH.7 TRUSTEE AND HIS ATTORNEY'S [sic] TO WITHDRAW AND** |
| 15 | **CANCEL THE MAY 13, 2024 HCD APPLICATION TO TRANSFER** |
| 16 | **CERTIFICATE OF TITLE DECAL LBM 1081 FOR –ZERO- CONSIDERATION TO** |
| 17 | **DANNING, GILL, ISRAEL, & KASNOFF [sic], LLP, FORTHWITH"** (*DOCKET NOS.* |
| 18 | *398, 404 AND 411*) |
| 19 | Date:    August 27, 2024 |
| 20 | Time:    1:30 p.m.<br>Place:    Courtroom "5C" |
| 21 |          411 W. 4th Street<br>          Santa Ana, CA |
| 22 | |

23        On August 27, 2024, at 1:30 p.m., there came before the Court for hearing the "Motion To

24  Compel and Issue Order to the Ch.7 Trustee and his Attorney's [Sic] to Withdraw and Cancel the

25  May 13, 2024 HCD Application to Transfer Certificate of Title Decal LBM 1081 for –Zero-

26  Consideration to Danning, Gill, Israel, & Kasnoff [Sic], LLP Forthwith" filed by debtor Jamie

27  Lynn Gallian (the "Debtor") (*docket nos. 398, 404 and 411*), the Honorable Scott C. Clarkson,

28  United States Bankruptcy Judge, presiding.  Appearing for Jeffrey I. Golden, the Chapter 7 trustee

1777166.1  27064                                1

1  herein (the "Trustee"), was Eric P. Israel of Danning, Gill, Israel & Krasnoff, LLP; the Trustee

2  appeared; the Debtor appeared in pro per; and Ed Hays of Marshack Hays LLP appeared for

3  Houser Brothers Co.  No other appearances were made.

4        The Court having read and considered the Motion and the Trustee's opposition thereto

5  (*docket no. 410)*, having previously denied the Debtor's application to set the hearing on the

6  Motion on shortened time (*docket no. 399*), having heard the oral statements at the hearing by the

7  Debtor, including an admission that the Motion was now moot; and statements of the Trustee's

8  counsel; and for the reasons set forth by the Court on the record at the hearing, it is hereby

9        ORDERED THAT:

10        1.        The Motion is denied in its entirety.

11                                                        ###

12

13

14

15

16

17

18

19

20

21

22

23

24        Date: September 5, 2024                    Scott C. Clarkson
                                                      United States Bankruptcy Judge

25

26

27

28

1777166.1  27064                                    2