| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Eric P. Israel (State Bar No. 132426) <br> *eisrael@DanningGill.com* <br> Danning, Gill, Israel & Krasnoff, LLP <br> 1901 Avenue of the Stars, Suite 450 <br> Los Angeles, California 90067-6006 <br> Tel.: (310) 277-0077 <br> Fax: (310) 277-5735 <br><br><br><br> ☐  *Individual appearing without attorney* <br> ☒  *Attorney for Jeffrey I. Golden, Chapter 7 Trustee* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re: <br><br> JAMIE LYNN GALLIAN, <br><br><br><br> Debtor(s) | CASE NO.:  8:21-bk-11710-SC <br> CHAPTER:  7 <br><br> **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**  (title of motion[1]): ORDER TO SHOW CAUSE WHY DEBTOR JAMIE LYNN AND JOSEPH ARROYO SHOULD NOT BE FOUND IN CONTEMPT OF COURT |
|---|---|

PLEASE TAKE NOTE that the order titled <u>Order to Show Cause Why Debtor Jamie Lynn Gallian and Joseph Arroyo Should not be Found in Contempt of Court</u> was lodged on *(date)* <u>9.3.2024</u> and is attached.  This order relates to the motion which is docket numbers <u>395</u> and <u>408</u>.

---

[1] Please abbreviate if title cannot fit into text field

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                              *Page 1*              **F 9021-1.2.BK.NOTICE.LODGMENT**
1777531.1  27064

# EXHIBIT "A"

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1   ERIC P. ISRAEL (State Bar No. 132426)
    *eisrael@DanningGill.com*
2   DANNING, GILL, ISRAEL & KRASNOFF, LLP
    1901 Avenue of the Stars, Suite 450
3   Los Angeles, California 90067-6006
    Telephone:   (310) 277-0077
4   Facsimile:   (310) 277-5735

5   Attorneys for Jeffrey I. Golden,
    Chapter 7 Trustee

6

7                    **UNITED STATES BANKRUPTCY COURT**

8                     **CENTRAL DISTRICT OF CALIFORNIA**

9                        **SANTA ANA DIVISION**

10

11  In re                                    Case No. 8:21-bk-11710-SC

12  JAMIE LYNN GALLIAN,                       Chapter 7

13                                            **ORDER TO SHOW CAUSE WHY
                                              DEBTOR JAMIE LYNN GALLIAN AND
14            Debtor.                          JOSEPH ARROYO SHOULD NOT BE
                                              FOUND IN CONTEMPT OF COURT**
15
                                              Date:     August 27, 2024
16                                            Time:     1:30 p.m.
                                              Place:    Courtroom "5C"
17                                                      411 W. 4th Street
                                                        Santa Ana, California 92701
18

19          The Court, having reviewed and considered the Trustee's Reply Memorandum of Points

20  and Authorities in Support of Application to Employ Real Estate Broker Coldwell Banker Realty

21  and Agents William Friedman and Greg Bingham Pursuant to 11 U.S.C. Sections 327 and 328

22  (*docket no. 408*), filed by Jeffrey I. Golden the Chapter 7 trustee herein (the "Trustee") , and the

23  Debtor's statements on the record at the hearings on August 27, 2024, at 1:30 p.m., including that

24  she and Joseph Arroyo had listed the manufactured home commonly known as 16222 Monterey

25  Lane, Space 376, Huntington Beach, CA 92649, and good cause appearing therefor, it is

26          ORDERED THAT:

27          1.      Jamie Lynn Gallian the "Debtor") and Joseph Arroyo must show cause as to why

28  they should not be held in contempt of Court and sanctioned for willfully violating the Bankruptcy

                                                1

1   Code by exercising control over property of the estate, interfering with the Trustee's administration

2   of property of the estate and violating the automatic stay in the Debtor's case.

3         2.     The hearing on this Order to Show Cause will take place on _____,

4   2024, at _____ in Courtroom 5C located at 411 W. Fourth Street, Santa Ana, California

5   92701-4593.

6         3.     Jamie Lynn Gallian and Joseph Arroyo must file with the Court and serve on the

7   Trustee their written responses to this Order to Show Cause, if any, by no later than

8   _____, 2024.  Any response not timely filed may be deemed waived.

9         4.     The Trustee must file with the Court and serve on Jamie Lynn Gallian and Joseph

10  Arroyo any reply to their response(s) by not later than _____, 2024.

11

12                                            ###

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)  September 6, 2024  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

⌧ Service information continued on attached page.

**2.  <u>SERVED BY UNITED STATES MAIL</u>**:
On (*date*)  September 6, 2024 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

The Honorable Scott C. Clarkson
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 W. Fourth Street, Suite 5130
Santa Ana, CA 92701

⌧ Service information continued on attached page.

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)  September 6, 2024 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

⌧ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 6, 2024 | Gloria Ramos | */s/ Gloria Ramos* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**ADDITIONAL SERVICE INFORMATION (if needed):**

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- **Bradford Barnhardt**   bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com
- **Aaron E. DE Leest**   adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- **Robert P Goe**   kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- **Jeffrey I Golden (TR)**   lwerner@go2.law, jig@trustesolutions.net;kadele@go2.law;C205@ecfcbis.com
- **D Edward Hays**   ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **Brandon J. Iskander**   biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **Eric P Israel**   eisrael@danninggill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- **Shantal Malmed**   shantal.malmed@gmlaw.com, cheryl.caldwell@gmlaw.com
- **Laila Masud**   lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com
- **Mark A Mellor**   mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com
- **Valerie Smith**   claims@recoverycorp.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov

**2. SERVED BY U.S. MAIL**

| | |
|---|---|
| Debtor<br>Jamie Lynn Gallian<br>16222 Monterey Ln Unit 376<br>Huntington Beach, CA 92649 | Joseph Arroyo<br>977 S. Santa Fe Avenue<br>Suite 1<br>Vista, CA  92083 |
| Greg Bingham, Broker<br>Coldwell Banker Residential<br>840 Newport Center Dr Ste 100<br>Newport Beach, CA 92660 | William Friedman, Broker<br>Coldwell Banker Realty<br>840 Newport Center Dr Ste 100<br>Newport Beach, CA 92660 |

**3. SERVED BY E-MAIL**

| | |
|---|---|
| Jamie Lynn Gallian<br>Email:  jamiegallian@gmail.com | Joseph Arroyo<br>Email: Josephamh@outlook.com |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                   *Page 5*                       **F 9021-1.2.BK.NOTICE.LODGMENT**
1777531.1  27064