ERIC P. ISRAEL (State Bar No. 132426)
*eisrael@DanningGill.com*
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone:   (310) 277-0077
Facsimile:   (310) 277-5735

Attorneys for Jeffrey I. Golden,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br><br>        Debtor. | Case No. 8:21-bk-11710-SC<br><br>Chapter 7<br><br>**TRUSTEE'S OBJECTION TO AND REQUEST FOR HEARING ON DEBTOR'S MOTION UNDER 11 U.S.C. § 522(F) TO AVOID TRUSTEE'S LIEN (Docket no. 422)**<br><br>[HEARING TO BE SET] |

      Jeffrey I. Golden, the Chapter 7 trustee (the "Trustee") for the estate of Jamie Lynn Gallian (the "Debtor), hereby objects to the Debtor's Motion to Avoid Lien Under 11 U.S.C. § 522(f) (Real Property") (*docket no. 422*) (the "Motion"). The Debtor is required to set a hearing hereon.

      1.      On the same day that the Court approved the Trustee's application to employ a real estate broker to sell the manufactured home at issue [*docket no. 431*] and indeed authorized the issuance of an Order to Show Cause re why the Debtor and her real estate broker should not be found in contempt of Court for interfering with the Trustee's efforts to administer the Property [*docket no. 433*], the Debtor proceeded to file the Motion at bar. The Motion is completely unfounded, and the Trustee submits that it is yet another part of her ongoing scheme to stop the Trustee at all costs from performing his duties to administer property of the estate. The Court should not countenance such ongoing wrongful acts.

1    2.    On the merits, "under § 522(f)(1), a debtor may avoid a lien if three conditions are

2 met: (1) there was a fixing of a lien on an interest of the debtor in property; (2) such lien impairs an

3 exemption to which the debtor would have been entitled; and (3) such lien is a judicial lien. In re

4 Stone, 119 B.R. 222, 226 (Bankr. E.D. Wash. 1990). The debtor has the burden of demonstrating

5 that he is entitled to avoid a judicial lien under § 522(f)(1). See In re Butler, 5 B.R. 360, 361

6 (Bankr. D. Md. 1980)." Estate of Catli v. Catli (In re Catli), 999 F.2d 1405, 1406 (9th Cir. 1993).

7 The Debtor fails the second and third prong.

8    3.    As a threshold matter, the Motion seeks to avoid a consensual lien which the Debtor

9 had placed on the manufactured home, which lien the Trustee has previously avoided and preserved

10 for the benefit of the estate via final and non-appealable judgments.  Request for Judicial Notice at

11 Exhibits "A" through "D".  However, section 522(f) does not apply to consensual liens.  The

12 Debtor in her Motion admits that the lien arises under a security agreement and UCC-1 financing

13 statement.  Motion at p.2, Exs. "8", "8A" and "8B" thereto.  Article 9 liens are by definition

14 consensual liens.  Cal. Comm. Code §§ 9101 to 9707.  "Except as otherwise provided in

15 subdivisions (c) and (d) [not applicable], this division applies to each of the following:  (1) A

16 transaction, regardless of its form, that creates a security interest in personal property or fixtures by

17 contract."  Cal. Comm. Code § 9109(a).  A contract is clearly a consensual lien.  By its express

18 terms, section 522(f)(1)(A) is only available to avoid judicial liens.[1]  11 U.S.C. § 522(f)(1)(A).  A

19 lien arising under a security agreement is not a judicial lien, and the Motion must be denied on that

20 basis.

21    4.    Although the Court need not go further in the analysis – as lack of a judicial lien is

22 fatal to the motion, the Trustee points out that the lien she challenges does not impair a homestead

23 exemption to which she is otherwise entitled.  The Debtor claims that the property is worth

24 $385,000, allegedly based on an "appraisal".  Motion at p.2.  However, no appraisal or admissible

25

26    _____

[1] There is an exception in section 522(f)(1)(B) for non-possessory, non-purchase money liens in
27 household goods and furnishings, tools of the trade and health aids that are not limited to judicial
liens, however the manufactured home at issue is not any of those things.

28

1  evidence in support thereof are offered.  Instead, the Debtor at Exhibit "9" only includes alleged

2  Zillow comps printed off the internet. Exhibit "9" to Motion.  In contrast, the Court just approved

3  the broker's employment application and listing agreement at a price of $320,000.  *Docket no. 431*.

4  That listing price was uncontested, and that is the only admissible evidence on value of the

5  property.  In contrast, the Trustee calculated the avoided lien at $293,791.44, as of June 6, 2024, at

6  the contract interest rate of 5.5% (daily interest continues to accrue at $33.90 per day).[2]  *Docket no.*

7  *395, p.8, ll.20-22*.  Another $3,051 has accrued thereunder, for a total of over $296,841.44 as of

8  September 6, 2024.  After costs of sale and the senior consensual lien, there is little or no equity in

9  the property for the Debtor's homestead to be impaired.

10

11        WHEREFORE, the Court should deny the Motion.  The Trustee prays for all other

12  appropriate relief.

13

14  DATED:  September 10, 2024              DANNING, GILL, ISRAEL & KRASNOFF, LLP

15

16                                        By:  _____

17                                             ERIC P. ISRAEL
                                               Attorneys for Jeffrey I. Golden, Chapter 7 Trustee
18

19

20

21

22

23

24

25

26  _____

27  [2]  The Debtor correctly states that the original amount owing under the avoided J-Pad lien was
     $225,000, but lists with no supporting evidence $0 the as current amount owing.

28

**REQUEST FOR JUDICIAL NOTICE**

Jeffrey I. Golden, as Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Jamie Lynn Gallian (the "Debtor), requests that the Court take judicial notice of the following facts.

1.     The Trustee avoided and preserved various liens and transfers against the manufactured home via the following:

a.     Stipulated Judgment against Defendant Robert J. McLelland to Avoid Liens. adversary no. 8:23-ap-01064-SC, *docket no. 66*.  A true and correct copy thereof is attached hereto, marked as Exhibit "A" and incorporated herein by this reference.

b.     Default Judgment against J-Pad LLC, adversary no. 8:23-ap-01064-SC, *docket no. 79*.  A true and correct copy thereof is attached hereto, marked as Exhibit "B" and incorporated herein by this reference.

c.     Default Judgment against J-Sandcastle Co., LLC, adversary no. 8:23-ap-01064-SC, *docket no. 81*.  A true and correct copy thereof is attached hereto, marked as Exhibit "C" and incorporated herein by this reference.

d.     Default Judgment against Ronald J. Pierpont, adversary no. 8:23-ap-01064-SC, *docket no. 83*.  A true and correct copy thereof is attached hereto, marked as Exhibit "D" and incorporated herein by this reference.

DATED:  September 10, 2024                DANNING, GILL, ISRAEL & KRASNOFF, LLP

By: _____
        ERIC P. ISRAEL
        Attorneys for Jeffrey I. Golden, Chapter 7 Trustee

# EXHIBIT A

1  AARON E. DE LEEST (State Bar No. 216832)
   *adeleest@DanningGill.com*
2  SHANTAL MALMED (State Bar No. 351496)
   *smalmed@DanningGill.com*
3  DANNING, GILL, ISRAEL & KRASNOFF, LLP
   1901 Avenue of the Stars, Suite 450
4  Los Angeles, California 90067-6006
   Telephone: (310) 277-0077
5  Facsimile: (310) 277-5735

6  Attorneys for Plaintiff Jeffrey I. Golden,
   Chapter 7 Trustee

7

```
+---------------------------------+
|        FILED & ENTERED          |
|   +-------------------------+   |
|   |      MAR 29 2024        |   |
|   +-------------------------+   |
|  CLERK U.S. BANKRUPTCY COURT    |
|  Central District of California |
|  BY bolte      DEPUTY CLERK     |
+---------------------------------+
```

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                  SANTA ANA DIVISION

11

12  In re                                    Case No. 8:21-bk-11710-SC

13  JAMIE LYNN GALLIAN,                       Chapter 7

14          Debtor.

15  _____

16  JEFFREY I. GOLDEN, Chapter 7 Trustee,     Adv. No. 8:23-ap-01064-SC

17          Plaintiff,                        **STIPULATED JUDGMENT AGAINST
                                              DEFENDANT ROBERT J. MCLELLAND
                                              TO AVOID LIENS**
17      vs.

18                                            **STATUS CONFERENCE**
19  J-SANDCASTLE CO., LLC; J-PAD LLC;         Date: May 28, 2024
    STEVEN D. GALLIAN; BRIAN J.               Time: 1:30 p.m.
    GALLIAN; JUSTIN BARCLAY; RONALD           Place: Courtroom 5C
20  J. PIERPONT; ROBERT J. MCLELLAND;                411 W. Fourth Street
    AND E. J. GALLIAN,                               Santa Ana, California 92701
21
          Defendants.
22

23

24          Plaintiff Jeffrey I. Golden, Chapter 7 Trustee (the "Plaintiff"), for the estate of

25  Jamie Lynn Gallian (the "Debtor"), and defendant Robert J. McLelland (the "Stipulating

26  Defendant"), having lodged on or about January 25, 2024 the Stipulation for Judgment Between

27  Trustee and Defendant Robert J. McLelland (the "Stipulation for Judgment") *(adv. doc. no. 52)*:

28

1767746.2  27064                           1

                                    EXHIBIT A

1.    Judgment is entered in favor of the Trustee and against the Stipulating Defendant that the Stipulating Defendant is not a party to any security agreement or agreements that would grant him a security interest in or lien on the manufactured home located at 16222 Monterey Lane, Space #376, Huntington Beach, CA 92649, Decal # LBM1081, Serial # AC7V710394GA, AC7V710394GB (the "Property").

2.    Judgment is entered in favor of the Trustee and against the Stipulating Defendant that the Stipulating Defendant has no interest in the Property.

3.    Judgment is entered in favor of the Trustee and against Robert J. McLelland that the "Statement of Facts" (the "Statement of Facts") that was executed and submitted to the California Department of Housing and Community Development (the "HCD") on or about August 2, 2021, adding "J-Pad LLC or Robert McLelland" as the legal owners (i.e., lienholders) on the certificate of title for the Property and any related lien is avoided and preserved for the benefit of the Debtor's estate.

4.    Judgment is entered in favor of the Trustee and against the Stipulating Defendant that the following UCC Financing Statement Amendments (UCC-3) and any related liens are avoided and preserved for the benefit of the Debtor's estate.

| UCC Filing Date | UCC Type | Filing No. |
|---|---|---|
| 9/8/2021 | UCC-3 Amendment | U210083394336 |
| 9/12/2021 | UCC-3 Amendment | U210084251426 |
| 9/12/2021 | UCC-3 Amendment | U210084255728 |
| 9/12/2021 | UCC-3 Amendment | U210084256326 |
| 9/12/2021 | UCC-3 Amendment | U210084251729 |
| 9/24/2021 | UCC-5 Amendment | U210088103427 |
| 9/24/2021 | UCC-3 Amendment | U210088103629 |

5.    The Trustee and the Stipulating Defendant shall bear their own attorney's fees and costs.

6.    The Stipulating Defendant shall cooperate in a timely manner with the Trustee to carry out the purpose and effect of the Stipulation for Judgment including executing any further documents that may be required.

1      7.      Pursuant of Rule 54 of the Federal Rules of Civil Procedure there is no just reason

2  for delay in entry of this judgment against the Stipulating Defendants.

3                                       ###

Date: March 29, 2024

Scott C. Clarkson
United States Bankruptcy Judge

# EXHIBIT B

1  ERIC P. ISRAEL (State Bar No. 132426)
   *eisrael@DanningGill.com*
2  AARON E. DE LEEST (State Bar No. 216832)
   *adeleest@DanningGill.com*
3  SHANTAL MALMED (State Bar No. 351496)
   *smalmed@DanningGill.com*
4  DANNING, GILL, ISRAEL & KRASNOFF, LLP
   1901 Avenue of the Stars, Suite 450
5  Los Angeles, California 90067-6006
   Telephone: (310) 277-0077
6  Facsimile: (310) 277-5735

7  Attorneys for Plaintiff Jeffrey I. Golden,
   Chapter 7 Trustee
8

┌─────────────────────────────┐
│ FILED & ENTERED             │
│  ┌───────────────────────┐  │
│  │   MAY 10 2024         │  │
│  └───────────────────────┘  │
│ CLERK U.S. BANKRUPTCY COURT │
│ Central District of California│
│ BY bolte      DEPUTY CLERK  │
└─────────────────────────────┘

9              **UNITED STATES BANKRUPTCY COURT**

10             **CENTRAL DISTRICT OF CALIFORNIA**

11                  **SANTA ANA DIVISION**

12

13  In re                              Case No. 8:21-bk-11710-SC

14  JAMIE LYNN GALLIAN,                 Chapter 7

15          Debtor.

16  ─────────────────────────────
    JEFFREY I. GOLDEN, Chapter 7 Trustee,    Adv. No. 8:23-ap-01064-SC
17
            Plaintiff,                  **DEFAULT JUDGMENT AGAINST J-PAD**
18                                      **LLC**
        vs.
19                                      Date: May 7, 2024
    J-SANDCASTLE CO., LLC; J-PAD LLC;   Time: 1:30 p.m.
20  STEVEN D. GALLIAN; BRIAN J.         Place: Courtroom 5C
    GALLIAN; JUSTIN BARCLAY; RONALD            411 W. Fourth Street
21  J. PIERPONT; ROBERT J. MCLELLAND;          Santa Ana, California 92701
    AND E.J. GALLIAN,
22
            Defendants.
23  ─────────────────────────────

24         On April 5, 2024, Plaintiff Jeffrey I. Golden, as the Chapter 7 Trustee (the "Trustee" or

25  "Plaintiff") for the bankruptcy estate of Jamie Lynn Gallian (the "Debtor"), filed the Motion for

26  Default Judgment under LBR 7055-1 against Defendant J-Pad LLC (the "Motion") (*docket no. 76*),

27  which was heard by the Court on May 7, 2024.  Default was previously entered against Defendant

28

1770829.1  27064                        1

                              EXHIBIT *B*

                                                                                    10

J-Pad LLC (the "Defendant") on August 22, 2023.  The Court having granted the Motion pursuant to an order entered contemporaneously herewith, and good cause appearing:

IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.    Default judgment is entered in favor of the Plaintiff and against the Defendant on the Plaintiff's first and fifth claims for relief in the Complaint.

2.    The transfer to the Defendant of a lien on and security interest in the manufactured home located at 16222 Monterey Lane, Space #376, Huntington Beach, CA 92649, Decal # LBM1081, Serial # AC7V710394GA, AC7V710394GB (the "Property") reflected by the secured promissory note and security agreement between J-Sandcastle Co., LLC and the Defendant dated November 16, 2018 and lien on the Property in the amount of $225,000 in favor of the Defendant are avoided and preserved for the benefit of the Debtor's estate in the name of Jeffrey I. Golden, Chapter 7 Trustee for the bankruptcy estate of Jamie Lynn Gallian.

3.    The transfers to the Defendant relating to the Property, including the following UCC Financing Statements (UCC-1) and UCC Financing Statement Amendments (UCC-3), and any liens on the Property in favor of the Defendant are avoided and preserved for the benefit of the Debtor's estate in the name of Jeffrey I. Golden, Chapter 7 Trustee for the bankruptcy estate of Jamie Lynn Gallian.

| UCC Filing Date | UCC Type | Filing No. |
|---|---|---|
| 1/14/2019 | UCC-1 Financing Statement | 197691916827 |
| 1/14/2019 | UCC-1 Financing Statement | 197691915674 |
| 1/14/2019 | UCC-1 Financing Statement | 197691905279 |
| 12/4/2020 | UCC-3 Amendment | U200034803831 |
| 9/8/2021 | UCC-3 Amendment | U210083394336 |
| 9/8/2021 | UCC-3 Amendment | U210083400018 |
| 9/12/2021 | UCC-3 Amendment | U210084251426 |
| 9/12/2021 | UCC-3 Amendment | U210084255728 |
| 9/12/2021 | UCC-3 Amendment | U210084256326 |
| 9/24/2021 | UCC-3 Amendment | U210088103629 |

1770829.1  27064

4.      The Debtor's transfers to the Defendant reflected by the "Statement of Facts"
submitted to the California Department of Housing and Community Development on or about
August 6, 2021, stating that the legal owner of the Property was the Defendant and that the
Defendant perfected its lien on January 14, 2019, and the "Statement to Encumber" executed on
January 14, 2019, reflecting that the "legal owner" of the Property was the Defendant and any liens
on the Property in favor of the Defendant are avoided and preserved for the benefit of the Debtor's
estate in the name of Jeffrey I. Golden, Chapter 7 Trustee for the bankruptcy estate of Jamie Lynn
Gallian.

5.      Pursuant of Rule 54 of the Federal Rules of Civil Procedure there is no just reason
for delay in entry of this judgment against the Defendant.

###

Date: May 10, 2024

Scott C. Clarkson
United States Bankruptcy Judge

# EXHIBIT C

1 │ ERIC P. ISRAEL (State Bar No. 132426)
    *eisrael@DanningGill.com*
2 │ AARON E. DE LEEST (State Bar No. 216832)
    *adeleest@DanningGill.com*
3 │ SHANTAL MALMED (State Bar No. 351496)
    *smalmed@DanningGill.com*
4 │ DANNING, GILL, ISRAEL & KRASNOFF, LLP
    1901 Avenue of the Stars, Suite 450
5 │ Los Angeles, California 90067-6006
    Telephone: (310) 277-0077
6 │ Facsimile: (310) 277-5735

```
┌─────────────────────────────────┐
│  FILED & ENTERED                │
│  ┌──────────────────────────┐   │
│  │                          │   │
│  │   MAY 10 2024            │   │
│  │                          │   │
│  └──────────────────────────┘   │
│  CLERK U.S. BANKRUPTCY COURT     │
│  Central District of California  │
│  BY bolte    DEPUTY CLERK        │
└─────────────────────────────────┘
```

7 │ Attorneys for Plaintiff Jeffrey I. Golden,
    Chapter 7 Trustee

8 │

9 │                **UNITED STATES BANKRUPTCY COURT**

10 │               **CENTRAL DISTRICT OF CALIFORNIA**

11 │                    **SANTA ANA DIVISION**

12 │

13 │ In re                              │ Case No. 8:21-bk-11710-SC

14 │ JAMIE LYNN GALLIAN,               │ Chapter 7

15 │          Debtor.

16 │ ─────────────────────────────────

17 │ JEFFREY I. GOLDEN, Chapter 7 Trustee, │ Adv. No. 8:23-ap-01064-SC

18 │          Plaintiff,               │ **DEFAULT JUDGMENT AGAINST**
                                        │ **J-SANDCASTLE CO., LLC**
18 │       vs.

19 │                                    │ Date: May 7, 2024
     J-SANDCASTLE CO., LLC; J-PAD LLC;  │ Time: 1:30 p.m.
20 │ STEVEN D. GALLIAN; BRIAN J.        │ Place: Courtroom 5C
     GALLIAN; JUSTIN BARCLAY; RONALD    │        411 W. Fourth Street
21 │ J. PIERPONT; ROBERT J. MCLELLAND;  │        Santa Ana, California 92701
     AND E.J. GALLIAN,
22 │
23 │          Defendants.

24 │         On March 27, 2024, Plaintiff Jeffrey I. Golden, as the Chapter 7 Trustee (the "Trustee" or

25 │ "Plaintiff") for the bankruptcy estate of Jamie Lynn Gallian (the "Debtor"), filed the Motion for

26 │ Default Judgment under LBR 7055-1 against Defendant J-Sandcastle Co., LLC (the "Motion")

27 │ (*docket no. 59*), which was heard by the Court on May 7, 2024.  Default was previously entered

28 │ against Defendant J-Sandcastle Co., LLC (the "Defendant") on August 22, 2023.

1770827.1  27064                          1
                              EXHIBIT ___C___

1    The Court having granted the Motion pursuant to an order entered contemporaneously

2  herewith, and good cause appearing:

3    IT IS ORDERED, ADJUDGED AND DECREED THAT:

4    1.    Default judgment is entered in favor of the Plaintiff and against the Defendant on

5  the Plaintiff's first claim for relief in the Complaint.

6    2.    The Debtor's transfers of the manufactured home located at and commonly known

7  as 16222 Monterey Lane, Space #376, Huntington Beach, CA 92649, Decal # LBM1081, Serial #

8  AC7V710394GA, AC7V710394GB (the "Property") to the Defendant, including transferring title

9  to the Property on or about November 15, 2018 and November 20, 2018, are hereby avoided and

10  legal title to the Property and the beneficial interest in the Property (collectively the "Subject

11  Transfers") is recovered for the benefit of the bankruptcy estate in the name of Jeffrey I. Golden,

12  Chapter 7 Trustee for the bankruptcy estate of Jamie Lynn Gallian.

13    3.    The Subject Transfers are preserved for the benefit of the estate pursuant to 11

14  U.S.C. § 551.

15    4.    Pursuant of Rule 54 of the Federal Rules of Civil Procedure there is no just reason

16  for delay in entry of this judgment against the Defendant.

17                    ###

18

19

20

21

22

23

24  Date: May 10, 2024

Scott C. Clarkson
United States Bankruptcy Judge

25

26

27

28

1770827.1  27064                    2

# EXHIBIT D

1    ERIC P. ISRAEL (State Bar No. 132426)
     *eisrael@DanningGill.com*
2    AARON E. DE LEEST (State Bar No. 216832)
     *adeleest@DanningGill.com*
3    SHANTAL MALMED (State Bar No. 351496)
     *smalmed@DanningGill.com*
4    DANNING, GILL, ISRAEL & KRASNOFF, LLP
     1901 Avenue of the Stars, Suite 450
5    Los Angeles, California 90067-6006
     Telephone: (310) 277-0077
6    Facsimile: (310) 277-5735

```
FILED & ENTERED

     MAY 10 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte      DEPUTY CLERK
```

7    Attorneys for Plaintiff Jeffrey I. Golden,
     Chapter 7 Trustee

8

9           **UNITED STATES BANKRUPTCY COURT**

10          **CENTRAL DISTRICT OF CALIFORNIA**

11             **SANTA ANA DIVISION**

12

| | |
|---|---|
| 13   In re | Case No. 8:21-bk-11710-SC |
| 14   JAMIE LYNN GALLIAN, | Chapter 7 |
| 15        Debtor. | |
| 16 | |
| 17   JEFFREY I. GOLDEN, Chapter 7 Trustee, | Adv. No. 8:23-ap-01064-SC |
|        Plaintiff, | **DEFAULT JUDGMENT AGAINST RONALD J. PIERPONT** |
| 18 | |
| 19       vs. | Date: May 7, 2024 |
| 20   J-SANDCASTLE CO., LLC; J-PAD LLC; STEVEN D. GALLIAN; BRIAN J. | Time: 1:30 p.m. Place: Courtroom 5C |
| 21   GALLIAN; JUSTIN BARCLAY; RONALD J. PIERPONT; ROBERT J. MCLELLAND; |       411 W. Fourth Street Santa Ana, California 92701 |
| 22   AND E.J. GALLIAN, | |
| 23        Defendants. | |

24         On March 27, 2024, Plaintiff Jeffrey I. Golden, as the Chapter 7 Trustee (the "Trustee" or

25   "Plaintiff") for the bankruptcy estate of Jamie Lynn Gallian (the "Debtor"), filed the Motion for

26   Default Judgment under LBR 7055-1 against Defendant Ronald J. Pierpont (the "Motion") (*docket*

27   *no. 58*), which was heard by the Court on May 7, 2024. Default was previously entered against

28   Defendant Ronald J. Pierpont (the "Defendant") on August 22, 2023.

1  The Court having granted the Motion pursuant to an order entered contemporaneously

2  herewith, and good cause appearing:

3      IT IS ORDERED, ADJUDGED AND DECREED THAT:

4      1.    Default judgment is entered in favor of the Plaintiff and against the Defendant on

5  the Plaintiff's fifth and sixth claims for relief in the Complaint.

6      2.    The Defendant is not a party to any security agreement or agreements that would

7  grant Defendant a security interest in or lien on the manufactured home located at 16222 Monterey

8  Lane, Space #376, Huntington Beach, CA 92649, Decal # LBM1081, Serial # AC7V710394GA,

9  AC7V710394GB (the "Property").

10      3.    The Defendant has no interest in the Property.

11      4.    The Defendant does not have any valid, perfected, and/or unavoidable liens on the

12  Property.

13      5.    The transfers to the Defendant relating to the Property, including the following

14  UCC Financing Statement Amendments (UCC-3), and any liens on the Property in favor of the

15  Defendant are avoided and preserved for the benefit of the Debtor's estate in the name of

16  Jeffrey I. Golden, Chapter 7 Trustee for the bankruptcy estate of Jamie Lynn Gallian.

| UCC Filing Date | UCC Type | Filing No. |
| --- | --- | --- |
| 12/4/2020 | UCC-3 Amendment | U200034803831 |
| 9/8/2021 | UCC-3 Amendment | U210083394336 |
| 9/8/2021 | UCC-3 Amendment | U210083400018 |
| 9/12/2021 | UCC-3 Amendment | U210084251426 |
| 9/12/2021 | UCC-3 Amendment | U210084255728 |
| 9/12/2021 | UCC-3 Amendment | U210084256326 |
| 9/24/2021 | UCC-3 Amendment | U210088103629 |

1770828.1  27064

2

6.     Pursuant of Rule 54 of the Federal Rules of Civil Procedure there is no just reason for delay in entry of this judgment against the Defendant.

### ###

Date: May 10, 2024

Scott C. Clarkson
United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled (*specify*): TRUSTEE'S OBJECTION TO AND REQUEST FOR HEARING ON DEBTOR'S MOTION UNDER 11 U.S.C. § 522(F) TO AVOID TRUSTEE'S LIENS (Docket no. 422) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 10, 2024  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:  On September 10, 2024 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) September 10, 2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Jamie Lynn Gallian
By Email:  jamiegallian@gmail.com

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 10, 2024 | Gloria Ramos | /s/ Gloria Ramos |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    **F 9013-3.1.PROOF.SERVICE**

ADDITIONAL SERVICE INFORMATION (if needed):

## 1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

- **Bradford Barnhardt**   bbarnhardt@marshackhays.com,
  bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

- **Aaron E. DE Leest**   adeleest@marshackhays.com,
  adeleest@marshackhays.com,alinares@ecf.courtdrive.com

- **Robert P Goe**   kmurphy@goeforlaw.com,
  rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

- **Jeffrey I Golden (TR)**   lwerner@go2.law,
  jig@trustesolutions.net;kadele@go2.law;C205@ecfcbis.com

- **D Edward Hays**   ehays@marshackhays.com,
  ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

- **Brandon J. Iskander**   biskander@goeforlaw.com, kmurphy@goeforlaw.com

- **Eric P Israel**   eisrael@danninggill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com

- **Shantal Malmed**   shantal.malmed@gmlaw.com, cheryl.caldwell@gmlaw.com

- **Laila Masud**   lmasud@marshackhays.com,
  lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

- **Mark A Mellor**   mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com

- **Valerie Smith**   claims@recoverycorp.com

- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov

## 2. SERVED BY U.S. MAIL

Debtor
Jamie Lynn Gallian
16222 Monterey Ln Unit 376
Huntington Beach, CA 92649

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                **F 9013-3.1.PROOF.SERVICE**