United States Bankruptcy Court

Central District of California

In re:                                                                                              Case No. 21-11710-SC

Jamie Lynn Gallian                                                                      Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8                          User: admin                                      Page 1 of 2

Date Rcvd: Sep 12, 2024                 Form ID: pdf042                         Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2024:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: jamiegallian@gmail.com | Sep 13 2024 00:43:00 | Jamie Lynn Gallian, 16222 Monterey Ln Unit 376, Huntington Beach, CA 92649-2258 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2024                           Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2024 at the address(es) listed below:**

**Name**                **Email Address**

Aaron E. DE Leest

    on behalf of Plaintiff Jeffrey I. Golden adeleest@marshackhays.com  adeleest@marshackhays.com,alinares@ecf.courtdrive.com

Aaron E. DE Leest

    on behalf of Trustee Jeffrey I Golden (TR) adeleest@marshackhays.com adeleest@marshackhays.com,alinares@ecf.courtdrive.com

Bradford Barnhardt

    on behalf of Plaintiff Houser Bros. Co. bbarnhardt@marshackhays.com bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Bradford Barnhardt

    on behalf of Interested Party Courtesy NEF bbarnhardt@marshackhays.com bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

District/off: 0973-8                     User: admin                                    Page 2 of 2
Date Rcvd: Sep 12, 2024                  Form ID: pdf042                          Total Noticed: 1

Brandon J. Iskander
                      on behalf of Plaintiff The Huntington Beach Gables Homeowners Association biskander@goeforlaw.com
                      kmurphy@goeforlaw.com

Brandon J. Iskander
                      on behalf of Creditor The Huntington Beach Gables Homeowners Association biskander@goeforlaw.com
                      kmurphy@goeforlaw.com

D Edward Hays
                      on behalf of Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates ehays@marshackhays.com
                      ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
                      on behalf of Interested Party Courtesy NEF ehays@marshackhays.com
                      ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
                      on behalf of Plaintiff Houser Bros. Co. ehays@marshackhays.com
                      ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Eric P Israel
                      on behalf of Trustee Jeffrey I Golden (TR) eisrael@danninggill.com  danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Jeffrey I Golden (TR)
                      lwerner@go2.law  jig@trustesolutions.net;kadele@go2.law;C205@ecfcbis.com

Laila Masud
                      on behalf of Plaintiff Houser Bros. Co. lmasud@marshackhays.com
                      lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Masud
                      on behalf of Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates lmasud@marshackhays.com
                      lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Masud
                      on behalf of Interested Party Courtesy NEF lmasud@marshackhays.com
                      lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Mark A Mellor
                      on behalf of Interested Party Courtesy NEF mail@mellorlawfirm.com  mellormr79158@notify.bestcase.com

Mark A Mellor
                      on behalf of Defendant Randall L Nickel mail@mellorlawfirm.com  mellormr79158@notify.bestcase.com

Robert P Goe
                      on behalf of Creditor The Huntington Beach Gables Homeowners Association kmurphy@goeforlaw.com
                      rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe
                      on behalf of Interested Party The Huntington Beach Gables Homeowners Association kmurphy@goeforlaw.com
                      rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe
                      on behalf of Plaintiff The Huntington Beach Gables Homeowners Association kmurphy@goeforlaw.com
                      rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Shantal Malmed
                      on behalf of Trustee Jeffrey I Golden (TR) shantal.malmed@gmlaw.com  cheryl.caldwell@gmlaw.com

Shantal Malmed
                      on behalf of Plaintiff Jeffrey I. Golden shantal.malmed@gmlaw.com  cheryl.caldwell@gmlaw.com

United States Trustee (SA)
                      ustpregion16.sa.ecf@usdoj.gov

Valerie Smith
                      on behalf of Interested Party Courtesy NEF claims@recoverycorp.com


TOTAL: 23

1  ERIC P. ISRAEL (State Bar No. 132426)
   *eisrael@DanningGill.com*
2  DANNING, GILL, ISRAEL & KRASNOFF, LLP
   1901 Avenue of the Stars, Suite 450
3  Los Angeles, California 90067-6006
   Telephone:   (310) 277-0077
4  Facsimile:    (310) 277-5735

5  Attorneys for Jeffrey I. Golden,
   Chapter 7 Trustee
6

**FILED & ENTERED**

**SEP 12 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte      DEPUTY CLERK**

7              **UNITED STATES BANKRUPTCY COURT**

8              **CENTRAL DISTRICT OF CALIFORNIA**

9                   **SANTA ANA DIVISION**

10

11  In re                                    Case No. 8:21-bk-11710-SC

12  JAMIE LYNN GALLIAN,                       Chapter 7

13                                            **ORDER TO SHOW CAUSE WHY**
                                              **DEBTOR JAMIE LYNN GALLIAN AND**
14              Debtor.                       **JOSEPH ARROYO SHOULD NOT BE**
                                              **FOUND IN CONTEMPT OF COURT**
15
                                              Date:        August 27, 2024
16                                            Time:        1:30 p.m.
                                              Place:       Courtroom "5C"
17                                                         411 W. 4th Street
                                                           Santa Ana, California 92701
18

19         On August 27, 2024, at 1:30 p.m., the Court conducted hearings in this case, at which the

20  parties were present as noted on the record. The Court, having reviewed and considered the

21  Trustee's Reply Memorandum of Points and Authorities in Support of Application to Employ Real

22  Estate Broker Coldwell Banker Realty and Agents William Friedman and Greg Bingham Pursuant

23  to 11 U.S.C. Sections 327 and 328 (*docket no. 408*), filed by Jeffrey I. Golden the Chapter 7 trustee

24  herein (the "Trustee") , and the Debtor's statements on the record at the hearings on August 27,

25  2024, at 1:30 p.m., including that she and Joseph Arroyo had listed the manufactured home

26  commonly known as 16222 Monterey Lane, Space 376, Huntington Beach, CA 92649, finds good

27  cause to order as follows:

28

                                              1

1.     Jamie Lynn Gallian ("Debtor") and Joseph Arroyo must appear and show cause as to why they should not be held in contempt of Court and sanctioned for willfully violating the Bankruptcy Code by exercising control over property of the estate, interfering with the Trustee's administration of property of the estate and violating the automatic stay in Debtor's case.

2.     The hearing on this Order to Show Cause will take place on October 15, 2024, at 11:00 a.m. in Courtroom 5C located at 411 W. Fourth Street, Santa Ana, California 92701-4593.

3.     Jamie Lynn Gallian and Joseph Arroyo must file with the Court and serve on the Trustee their written responses to this Order to Show Cause, if any, by no later than September 24, 2024. Any response not timely filed may be deemed waived.

4.     The Trustee must file with the Court and serve on Jamie Lynn Gallian and Joseph Arroyo any reply to their response(s) by not later than October 1, 2024.

5.     The Trustee is to serve a copy of this order upon Jamie Lynn Gallian and Joseph Arroyo by no later than forty-eight hours after its entry and file an appropriate proof of service within seventy-two hours.

**IT IS SO ORDERED.**

###

Date: September 12, 2024

Scott C. Clarkson
United States Bankruptcy Judge

2