1  ERIC P. ISRAEL (State Bar No. 132426)
   eisrael@DanningGill.com
2  DANNING, GILL, ISRAEL & KRASNOFF, LLP
   1901 Avenue of the Stars, Suite 450
3  Los Angeles, California 90067-6006
   Telephone: (310) 277-0077
4  Facsimile: (310) 277-5735

5  Attorneys for Jeffrey I. Golden,
   Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| In re | Case No. 8:21-bk-11710-SC |
|---|---|
| JAMIE LYNN GALLIAN, | Chapter 7 |
| Debtor. | **NOTICE OF ATTORNEY CHANGE AND REQUEST FOR "TERMINATION" OF ATTORNEYS' REPRESENTATION OF THE CHAPTER 7 TRUSTEE** |

Danning, Gill, Israel & Krasnoff, LLP ("Danning Gill"), represents Jeffrey I. Golden, Chapter 7 Trustee (the "Trustee") in this case. The Trustee requests that (1) the docket's list of parties be revised to reflect that the following attorneys' representation of the Trustee is "terminated" and (2) Notices of Electronic Filing no longer reflect that the individuals are being served electronically on behalf of the Trustee:

| Attorney Name | Role(s) (as listed on NEF) |
|---|---|
| Aaron E. de Leest | on behalf of Trustee Jeffrey I. Golden |
| Shantal Malmed | on behalf of Trustee Jeffrey I. Golden |

1

1. There is/are other attorney(s) from Danning Gill who is/are counsel of record in this case.

2. DATED: September 16, 2024                DANNING, GILL, ISRAEL & KRASNOFF, LLP

By:   */s/ Eric P. Israel*
ERIC P. ISRAEL
Attorneys for Jeffrey I. Golden, Chapter 7 Trustee

1777698.1  27064

2