D. EDWARD HAYS, #162507
ehays@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Creditor,
HOUSER BROS. CO. dba RANCHO DEL
REY MOBILE HOME ESTATES

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>       Debtor. | Case No. 8:21-bk-11710-SC<br><br>Chapter 7<br><br>OPPOSITION TO DEBTOR'S MOTION TO CONVERT CASE UNDER 11 U.S.C. § 706(a); DECLARATIONS OF D. EDWARD HAYS AND GREG BINGHAM IN SUPPORT<br><br>[HEARING REQUESTED PURSUANT TO LOC. BANKR. R. 9013-1(o)(1)(A)(ii)] |

/ / /

/ / /

4880-1284-8131,v.1

# TABLE OF CONTENTS

1.    Summary of Argument ............................................................................................... 1

2.    Factual Background ................................................................................................... 2

    A.    Bankruptcy Filing........................................................................................... 2

    B.    Non-Dischargeability Action ......................................................................... 3

    C.    Trustee's Avoidance and Recovery Action..................................................... 4

    D.    Trustee's Employment of Real Estate Agent and Contempt Proceedings ........... 5

    E.    Debtor's Newly Filed Chapter 13 Case ......................................................... 6

3.    Legal Argument ........................................................................................................ 6

    A.    The Motion should be denied because Debtor seeks conversion in bad faith........ 6

        i.    Debtor misrepresented facts in her petition and schedules, unfairly manipulated the Bankruptcy Code, and otherwise filed the Bankruptcy Case in an inequitable manner.............. 8

        ii.    Debtor's 2024 Bankruptcy highlights her bad faith. ................................. 8

        iii.   Debtor filed the Motion (and the 2024 Bankruptcy) to thwart Trustee's efforts to administer the Estate. ................................................................................. 9

        iv.   Debtor has engaged in other egregious behavior to warrant denial of the Motion. ........... 9

4.    Conclusion .............................................................................................................. 11

# TABLE OF AUTHORITIES

**Cases**

*HSBC Bank USA, N.A. v. Blendheim (In re Blendheim),*
   803 F.3d 477, 499 (9th Cir. 2015) ................................................................................. 7

*In re Aguirre,*
   2024 Bankr.LEXIS 1646, at *5-6 (Bankr. S.D. Cal. July 15, 2024) ......................... 7, 9

*In re Barnes,*
   275 B.R. 889, 895 (Bankr. E.D. Cal. 2002)................................................................. 8

*In re Blendheim,*
   803 F.3d 499 ................................................................................................................ 7

HOUSER BROS.'S OPPOSITION TO DEBTOR'S MOTION TO CONVERT

4880-1284-8131,v.1

**Statutes**

11 U.S.C. § 1307(c) .................................................................................................. 6, 7

11 U.S.C. § 1307(c)(1)-(11) .......................................................................................... 7

11 U.S.C. § 706(d) ......................................................................................................... 7

11 U.S.C. § 727(a)(2)(A) ............................................................................................... 8

11 U.S.C. § 727(a)(2)(A), (a)(4), and (a)(5) ............................................................... 10

11 U.S.C. § 727(a)(4) ..................................................................................................... 8

HOUSER BROS.'S OPPOSITION TO DEBTOR'S MOTION TO CONVERT

1    TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE,

2    THE DEBTOR, AND ALL INTERESTED PARTIES:

3        Houser Bros. Co., dba Rancho Del Rey Mobile Home Estates ("Houser Bros.") files this

4    Opposition ("Opposition") to the Motion to Convert Case Under 11 U.S.C. § 706(a) ("Motion"),

5    filed by Debtor Jamie Lynn Gallian ("Debtor") on September 10, 2024, as Dk. No. 438. Houser

6    Bros. further requests a hearing on the Motion pursuant to Local Bankruptcy Rule 9013-

7    1(o)(1)(A)(ii).

8    **1.    Summary of Argument**

9        A debtor's right to convert a Chapter 7 case to Chapter 13 is not absolute. Rather, Supreme

10    Court precedent in *Marrama* provides for denial of conversion in instances of bad faith. Subsequent

11    caselaw holds that seeking conversion to thwart a trustee's administration is bad faith mandating

12    denial.

13        Here, Debtor filed a voluntary Chapter 7 petition in 2021, in the midst of forcible

14    entry/detainer litigation with Houser Bros. regarding the mobilehome in which she resides (defined

15    below as the "Property"). After the Chapter 7 Trustee, Jeffrey I. Golden ("Trustee"), avoided and

16    recovered liens that Debtor fraudulently placed on the Property, the Court granted his application to

17    employ a real estate agent. The Trustee's sale will permit the estate to realize the benefits of the

18    avoided, recovered, and preserved liens for the benefit of creditors. Section 522(g) prohibits a debtor

19    from seeking to exempt property recovered by a trustee after its voluntary transfer. In other words,

20    the Trustee has the right to payment on account of the avoided liens before any excess proceeds

21    would be available to distribute to the Debtor on account of her allowed homestead exemption.

22        During the hearing where the Court approved the Trustee's employment of a broker, the

23    Court further ordered Debtor to afford the broker unimpeded access to the Property on 24 hours'

24    advance notice to her cell phone. And, the Court issued an order to show cause re: contempt

25    regarding Debtor's employment of her own real estate agent to market and sell the Property in

26    violation of the automatic stay. Shortly after the Court approved the broker's employment, Debtor

27    filed a new Chapter 13 petition. She then took the position with the Trustee's real estate agent that

28    the new Chapter 13 filing stays the Trustee's efforts to market and show the Property for sale in this

4880-1284-8131,v.1

case. Debtor now seeks to convert to Chapter 13 in a clear, bad faith attempt to thwart the Trustee's administration of the Property for the benefit of creditors.

The Property, however, is property of this Chapter 7 Estate (and is not an asset in her newly-filed Chapter 13). As such, the automatic stay likely does not protect her from Trustee's administration of the Property. What is clear is that the Debtor's newly-filed Chapter 13 case and her motion to convert this case to Chapter 13 constitute contempt of this Court's order that she cooperate with the Trustee and his brokers. Moreover, such actions demonstrate a clear attempt to hinder, delay, and defraud the Estate and its creditors. The Debtor took various fraudulent actions prior to bankruptcy which resulted in the denial of her discharge. Another consequence of such fraudulent actions is that the Trustee's recovery of the fraudulent liens has payment priority over the Debtor's exemption. Because the Debtor has sought conversion in bad faith and does not have the income to pay creditors more than they would receive from the Trustee completing his liquidation, Houser Bros. respectfully requests that the Court deny the Motion in its entirety.

## 2. Factual Background

### A. Bankruptcy Filing

On July 9, 2021 ("Petition Date"), Debtor filed a voluntary petition under Chapter 7 of Title 11 of the United States Code, commencing Case No. 8:21-bk-11710-SC ("Bankruptcy Case"). A true and correct copy of the CM/ECF Docket in the Bankruptcy Case is attached to the Declaration of D. Edward Hays ("Hays Declaration") as **Exhibit 1**. Jeffrey Golden was appointed as the Chapter 7 Trustee of the estate ("Estate").

Debtor has filed at least ten sets of conflicting schedules in the Bankruptcy Case, including an amended Schedule A/B filed on September 13, 2024, but she has consistently asserted an ownership interest in the mobilehome at 16222 Monterey Ln., Unit 376, Huntington Beach, CA 92649 ("Property"), either personally or through a single-member LLC. True and correct copies of Debtor's original Schedule A/B, filed on July 9, 2021, as Docket No.[1] 1, and Debtor's most recent

---

[1] Unless otherwise noted, all references to the "Docket" are to the docket in the Bankruptcy Case.

HOUSER BROS.'S OPPOSITION TO DEBTOR'S MOTION TO CONVERT
4880-1284-8131,v.1

1  Schedule A/B, filed on September 13, 2024, as Docket No. 444, are respectively attached to the

2  Hays Declaration as **Exhibits 2-3**.

3      On December 28, 2022, as Docket No. 278, Houser Bros. filed a "Motion for Relief from the

4  Automatic Stay or for Order Confirming that the Automatic Stay Does Not Apply Under 11 U.S.C.

5  § 362(l)" ("RFS Motion"), seeking stay relief to proceed with a pre-petition forcible entry/detainer

6  action regarding the Property styled *Houser Bros. Co. v. Gallian*, Orange County Superior Court

7  Case No. 30-2019-01041423-CL-UD-CJC ("Forcible Entry/Detainer Action").

8      On February 17, 2023, the Court entered an order granting the RFS Motion ("RFS Order").

9  Docket No. 334.

10  ## B. Non-Dischargeability Action

11      On October 18, 2021, Houser Bros. filed a "Complaint to (1) Determine Dischargeability of

12  Debt Pursuant to 11 U.S.C. §§ 523(a)(2)(A) and (a)(6); (2) Deny Discharge Pursuant to 11 U.S.C.

13  §§ 727(a)(2)(A), (a)(4), and (a)(5)." The filing of the complaint commenced *Houser Bros. Co. v.*

14  *Gallian (In re Gallian)*, Adversary Proceeding No. 8:21-ap-01097-SC ("AP"). On October 22, 2021,

15  as AP Docket No. 3, Plaintiff filed an amended complaint ("Complaint").

16      The Court held a trial on Houser Bros.'s 11 U.S.C. § 727 claims on April 26, 2023, and

17  issued a memorandum decision to deny Debtor's discharge under 11 U.S.C. § 727(a)(2)(A), (a)(4),

18  and (a)(5) on May 23, 2023, as AP Docket No. 81 ("Memorandum Decision"). A true and correct

19  copy of the Memorandum Decision is attached to the Hays Declaration as **Exhibit 4**.

20      On May 29, 2023, Ms. Gallian filed a notice of appeal regarding the Memorandum Decision.

21  The appeal was docketed as *Gallian v. Houser Bros. Co. (In re Gallian)*, United States District Court

22  for the Central District of California ("District Court") Case No. 8:23-cv-00961-WLH ("Appeal").

23      On July 7, 2023, as AP Docket No. 100, this Court entered a "Judgment Denying Debtor's

24  Discharge Pursuant to 11 U.S.C. §§ 727(a)(2)(A), (a)(4), and (a)(5)" ("Judgment").

25      On July 31, 2024, the District Court entered an "Order on Appeal," which affirmed the

26  Judgment regarding all § 727 claims ("Appeal Order"). Appeal, Docket No. 26. Debtor did not

27  timely appeal the Appeal Order, meaning that the Judgment is now final and no longer subject to

28  appeal.

HOUSER BROS.'S OPPOSITION TO DEBTOR'S MOTION TO CONVERT
4880-1284-8131,v.1

## C. Trustee's Avoidance and Recovery Action

On June 30, 2023, Trustee filed a "Complaint: (1) to Avoid and Recover Fraudulent Transfers; (2) to Avoid and Recover Postpetition Transfers; (3) for Declaratory Relief; (4) for Breach of Contract; (5) for Money Had and Received; and (6) Unjust Enrichment" ("Trustee Complaint") against J-Pad LLC, J-Sandcastle Co., LLC, Ronald J. Pierpoint, Steven D. Gallian, Brian J. Gallian, Justin Barclay, Robert J. McLelland, and E.J. Gallian. The filing of the Trustee Compliant commenced *Golden v. J-Sandcastle Co., LLC et al. (In re Gallian)*, Adversary Proceeding No. 8:23-ap-01064-SC ("Trustee AP").

On October 3, 2023, the Court entered a "Stipulated Judgment Against Defendants Steven D. Gallian, Brian J. Gallian, Justin Barclay, and E.J. Gallian to Avoid Liens." Trustee AP, Docket No. 47.

On March 29, 2024, the Court entered a "Stipulated Judgment Against Defendant Robert J. McLelland to Avoid Liens." Trustee AP, Docket No. 66.

On May 10, 2024, the Court entered default judgments against J-Pad LLC, J-Sandcastle Co., LLC, and Ronald J. Pierpont. Trustee AP, Docket Nos. 79, 81, 83.

None of the judgments in the Trustee AP were appealed, and the Trustee AP is now closed. Trustee AP, Docket No. 100.

As a result of the Trustee AP, J-Pad LLC's lien against the Property has been avoided and preserved. *See* Trustee AP, Docket No. 79 at 2 ("The transfer to the Defendant [J-Pad] of a lien on and security interest in the [Property] reflected by the secured promissory note and security agreement between J-Sandcastle Co., LLC and the Defendant [J-Pad] dated November 16, 2018 and lien on the Property in the amount of $225,000 in favor of the Defendant [J-Pad] are avoided and preserved for the benefit of the Debtor's estate in the name of Jeffrey I. Golden, Chapter 7 Trustee for the bankruptcy estate of Jamie Lynn Gallian."). A trustee may sell property to realize the benefit of avoided and recovered liens. "[Section 522(g)], however, does not allow a debtor to exempt property subject to the trustee's preserved lien position, unless such preserved lien was otherwise avoidable under section 522. Thus, generally, property that was voluntarily transferred by the debtor

HOUSER BROS.'S OPPOSITION TO DEBTOR'S MOTION TO CONVERT
4880-1284-8131,v.1

1  and recovered by the trustee under section 550 and preserved under section 551 cannot be

2  exempted." 5 COLLIER ON BANKRUPTCY P 551.02[2] (2024).

3  **D. Trustee's Employment of Real Estate Agent and Contempt Proceedings**

4       On July 1, 2024, Trustee filed an "Application to Employ Real Estate Broker Coldwell

5  Banker Realty and Agents William Friedman and Greg Bingham Pursuant to 11 U.S.C. §§ 327 and

6  328" ("Employment App"). Docket No. 395.

7       On July 11, 2024, Debtor filed a "Motion to Compel and Issue Order to the Ch. 7 Trustee and

8  His Attorney's [sic] to Withdraw and Cancel the May 13, 2024 HCD Application to Transfer

9  Certificate of Title Decal LBM 1081 for -Zero- Consideration, to Danning, Gill, Israel, & Kasnoff

10 [sic], LLP. [sic] Forthwith" ("Motion to Compel").

11      On July 17, 2024, Debtor filed multiple oppositions to the Employment App. Docket Nos.

12 401-03.

13      On August 27, 2024, Debtor filed a "Motion to Avoid Lien Under 11 U.S.C. § 522(f),"

14 identifying the secured creditor as "J-Pad, LLC; Jeffrey I. Golden Chapter 7 Trustee . . ." ("522(f)

15 Motion"). Docket No. 422.

16      After an August 27, 2024, hearing, the Court, on September 5, 2024, entered an order

17 granting the Employment App, Docket No. 431, and an order denying the Motion to Compel,

18 Docket No. 432. A true and correct copy of the Court's order granting the Employment App is

19 attached to the Hays Declaration as **Exhibit 5**.

20      On September 10, 2024, Trustee filed an objection to the 522(f) Motion. Docket No. 437.

21      On September 10, 2024, after filing a separate Chapter 13 case (discussed below), Debtor

22 filed the Motion. Docket Nos. 438-39.

23      On September 12, 2024, as Docket No. 440, the Court entered an "Order to Show Cause

24 Why Debtor Jamie Lynn Gallian and Joseph Arroyo Should Not Be Found in Contempt of Court,"

25 based on their listing of the Property ("OSC"). A true and correct copy of the OSC is attached to the

26 Hays Declaration as **Exhibit 6**.

27

28

HOUSER BROS.'S OPPOSITION TO DEBTOR'S MOTION TO CONVERT
4880-1284-8131,v.1

**E. Debtor's Newly Filed Chapter 13 Case**

On September 9, 2024—the day before Debtor filed the subject Motion—she filed a voluntary Chapter 13 bankruptcy petition, commencing *In re Jamie Lynn Gallian*, Case No. 8:24-bk-12267-MH ("2024 Bankruptcy"). A true and correct copy of the CM/ECF docket in the 2024 Bankruptcy is attached to the Hays Declaration as **Exhibit 7**. Despite the filing of this new case, the Property remains property of the Estate in the earlier-filed Bankruptcy Case. *See In re Moreno*, 622 B.R. 903, 906 (Bankr. C.D. Cal. 2020) (noting that if a husband and wife who own community assets file separate bankruptcy cases, all community assets become property of the bankruptcy estate of the spouse who files for bankruptcy first). Because the Property is not property of the 2024 Bankruptcy estate, the automatic stay of the 2024 Bankruptcy likely does not stay Trustee's administration of the Property. *See* 11 U.S.C. § 362(a) (setting forth the scope of the automatic stay).

**3. Legal Argument**

**A. The Motion should be denied because Debtor seeks conversion in bad faith.**

Title 11 U.S.C. § 706, "Conversion," provides:

**(a)** The debtor may convert a case under this chapter to a case under chapter 11, 12, or 13 of this title at any time, if the case has not been converted under section 1112, 1208, or 1307 of this title. Any waiver of the right to convert a case under this subsection is unenforceable.

. . .

**(d)** Notwithstanding any other provision of this section, a case may not be converted to a case under another chapter of this title unless the debtor may be a debtor under such chapter.

In *Marrama v. Citizens Bank*, 549 U.S. 365 (2007), the Supreme Court held that a debtor's right to convert a Chapter 7 to another chapter is not absolute. Rather, the Court held that a debtor who in bad faith had concealed assets in his schedules, and whose Chapter 13 case would be subject to dismissal under 11 U.S.C. § 1307(c), did not have the right to convert to Chapter 13 in the first

7

1  instance. The Supreme Court reasoned that under § 706(d), the debtor did not have a right to convert

2  to Chapter 13 because he was not someone who could "be a debtor under such chapter." *Id.* at 372-

3  74.

4    Regardless of 11 U.S.C. § 109(e) eligibility, a debtor may forfeit the right to proceed under

5  Chapter 13 in certain circumstances. *In re Aguirre*, 2024 Bankr.LEXIS 1646, at *4-5 (Bankr. S.D.

6  Cal. July 15, 2024) (citing *Marrama*). Courts may consider 11 U.S.C. § 1307(c) when considering a

7  motion to convert because it is tantamount to a ruling that the individual does not qualify as a

8  Chapter 13 debtor. *Id.* at *5; Section 1307(c) provides a "non-exclusive list of factors which

9  constitute 'cause' for conversion or dismissal" of a Chapter 13 case. *Id.* (citing 11 U.S.C.

10  § 1307(c)(1)-(11)). The Supreme Court has further interpreted "cause" to include bad faith. *Id.*

11  (citing *Marrama*, 549 U.S. at 371).

12    If a Chapter 13 petition (or motion to convert) was filed in bad faith, the court may dismiss or

13  deny it for cause under § 1307(c). *Id.* (citing *HSBC Bank USA, N.A. v. Blendheim (In re Blendheim)*,

14  803 F.3d 477, 499 (9th Cir. 2015)). To determine whether a debtor acted in bad faith, the court must

15  review the "totality of the circumstances," considering:

16    1)  whether the debtor misrepresented facts in his or her petition or plan, unfairly

17      manipulated the Bankruptcy Code, or otherwise filed his or her Chapter 13 petition or

18      plan in an inequitable manner;

19    2)  the debtor's history of filings and dismissals;

20    3)  whether the debtor only intended to defeat state court litigation; and

21    4)  whether egregious behavior is present.

22  *Id.* (citing *In re Blendheim*, 803 F.3d 499).

23    This is a "case-by-case" inquiry, and a finding of bad faith does not require fraudulent intent

24  by the debtor. *Id.* Conversion can be abusive or in bad faith when the debtor files to preempt the

25

26

27

28

8

4880-1284-8131,v.1

trustee's administration of a Chapter 7 estate. *Id.* at *5-6 (citing *In re Barnes*, 275 B.R. 889, 895 (Bankr. E.D. Cal. 2002)).

Here, as set forth below, the facts show clear bad faith by Debtor in seeking to convert this case to Chapter 13. Had the Debtor intended to pay her creditors over time, she would have filed her case as a Chapter 13 rather than waiting to lose substantial litigation.

### i. Debtor misrepresented facts in her petition and schedules, unfairly manipulated the Bankruptcy Code, and otherwise filed the Bankruptcy Case in an inequitable manner.

In the Memorandum Decision, the Court denied Debtor's discharge pursuant to 11 U.S.C. § 727(a)(2)(A), based on her concealment of her interest in the Property through the Petition Date to thwart her creditors and her concealment of the equity in the Property through the granting of liens to her business entities and family members, all with the intent to hinder, delay, or defraud her creditors. *See* Hays Decl., Ex. 4 at 106-110. The Court denied Debtor's discharge pursuant to 11 U.S.C. § 727(a)(4) based on false representations in her schedules regarding her interest in the Property's lienholder, J-Pad LLC, as well as "other glaring omissions and false oaths." *Id.* at 113-114. And, the Court denied Debtor's discharge pursuant to 11 U.S.C. § 727(a)(5) because she failed to adequately account for $214,000 of sale proceeds from her previous residence. *Id.* at 115.

Houser Bros. further obtained the RFS Order to proceed with a prepetition Forcible Entry/Detainer Action pending in Orange County Superior Court regarding the Property. Docket No. 334. The circumstances suggest that Debtor filed this Bankruptcy case in an inequitable manner to try to stop Houser Bros.'s foreclosure efforts. And, the new Chapter 13 case was filed approximately one week prior to trial in the Forcible Entry/ Detainer Action. As such, this case was commenced in bad faith and Debtor has now only sought to convert the case in bad faith.

### ii. Debtor's 2024 Bankruptcy highlights her bad faith.

As discussed above, the Cout held a hearing on Trustee's Employment App and Debtor's Motion to Compel on August 27, 2024. Debtor personally appeared at this hearing. Other appearances were as noted on the record. During the August 27, 2024, hearing, the Court orally granted the Employment App, denied the Motion to Compel, and instructed the Trustee's counsel to

9

1 lodge the OSC based on Debtor and her real estate agent marketing the Property for sale. The Court

2 entered its written orders granting the Employment App and denying the Motion to Compel on

3 September 5, 2024. Docket Nos. 431-32.

4       In the wake of these hearings, Debtor filed the 2024 Bankruptcy to obstruct the Trustee's

5 efforts to market and sell the Property. In fact, she told the Trustee's broker that he may not show the

6 property because of this new 2024 Bankrutpcy.

7       Debtor filed this Motion the next day (after the Trustee opposed her 522(f) Motion to avoid

8 his lien against the Property). Unfortunately for Debtor, as discussed above, the 2024 Bankruptcy

9 does not stay Trustee's administration of the Property. But, her 2024 Bankruptcy filing still

10 evidences her bad faith in seeking conversion. *See In re Aguirre*, 2024 Bankr.LEXIS 1646, at *5-6

11 (Bankr. S.D. Cal. July 15, 2024) (noting that conversion can be abusive or in bad faith when the

12 debtor files to preempt the trustee's administration of the estate).

13     **iii.**   **Debtor filed the Motion (and the 2024 Bankruptcy) to thwart**

14         **Trustee's efforts to administer the Estate.**

15       As discussed above, Debtor only filed the Motion after the August 27, 2024, hearing, during

16 which the Court orally granted the Trustee's Employment App, denied Debtor's Motion to Compel,

17 and instructed the Trustee to lodge the OSC based on Debtor marketing property of the Estate

18 (namely, the Property). She clearly seeks to defeat Trustee's Estate administration by filing the

19 Motion (and the 2024 Bankruptcy). Debtor even acknowledges the purpose of her Motion, stating

20 that she "request[s] authorization to switch from Chapter 7 liquidation to Chapter 13 reorganization

21 and thereby retain [the Property]." Motion at 5. Unfortunately for her, this purpose is in bad faith.

22 *See In re Aguirre*, 2024 Bankr.LEXIS 1646, at *5-6 (Bankr. S.D. Cal. July 15, 2024) (noting that

23 conversion can be abusive or in bad faith when the debtor files to preempt the trustee's

24 administration of the estate).

25     **iv.**   **Debtor has engaged in other egregious behavior to warrant denial of**

26         **the Motion.**

27       In the Court's order granting the Employment App, the Court ordered Debtor to "afford the

28 Trustee's Broker unimpeded access to the Property upon 24 hours' advance notice to her cell

phone." Hays Decl., Ex. 5 at 119. In contempt of this Court's order, however, this has not happened.

Rather, as set forth in the attached Declaration of Greg Bingham ("Bingham Declaration"), Debtor

(incorrectly) advised Trustee's real estate agent that the filing of the 2024 Bankruptcy stays

Trustee's administration of the Property. Debtor's refusal to cooperate with Mr. Bingham is in

contempt of this Court's order granting the Employment App. and further evidence of her bad faith.

Debtor strangely suggests in her Motion that there is "no evidence of fraudulent conduct by

the atypical litigant." Motion at 2 (quoting *Marrama*) (internal quotation marks omitted). In making

this argument, Debtor overlooks the Court's Memorandum Decision and Judgment, wherein the

Court denied Debtor's discharge pursuant to 11 U.S.C. § 727(a)(2)(A), (a)(4), and (a)(5). As noted

above, the District Court recently affirmed the Judgment, which has become a final order of this

Court. Debtor further filed the Motion after she became mired in contempt proceedings along with

her real estate agent based on her efforts to sell the Property during the pendency of this case in

violation of the automatic stay.

Houser Bros. submits that Debtor's egregious behavior showing bad faith is present based on

the above facts and requests that Debtor not be allowed to take control over her Estate in a converted

Chapter 13 case. Moreover, there is no possibility of Debtor confirming a plan because her income is

insufficient to satisfy the best interest of creditors (i.e. creditors will receive more from the Trustee

administering the property).

/ / /

/ / /

HOUSER BROS.'S OPPOSITION TO DEBTOR'S MOTION TO CONVERT

4880-1284-8131,v.1

# 4.     Conclusion

The circumstances surrounding Debtor's Motion show that she seeks conversion in a bad-faith effort to displace the Trustee (and possibly rectify her violation of the automatic stay in marketing the Property). For the reasons set forth above, Houser Bros. respectfully requests that the Court deny the Motion in its entirety.

DATED: September 19, 2024          MARSHACK HAYS WOOD LLP

                                                    */s/ D. Edward Hays*
                                        By: _____
                                                D. EDWARD HAYS
                                                BRADFORD N. BARNHARDT
                                                Attorneys for Creditor,
                                                HOUSER BROS. CO. dba RANCHO DEL
                                                REY MOBILE HOME ESTATES

HOUSER BROS.'S OPPOSITION TO DEBTOR'S MOTION TO CONVERT

4880-1284-8131,v.1

# Declaration of D. Edward Hays

I, D. EDWARD HAYS, say and declare as follows:

1.      I am an individual over 18 years of age and competent to make this Declaration.

2.      If called upon to do so, I could and would competently testify as to the facts set forth in this Declaration.

3.      The facts set forth below are true of my personal knowledge.

4.      I am an attorney at law duly admitted to practice before this Court and all courts of the State of California.

5.      I am a partner in the law firm of Marshack Hays Wood LLP, attorneys of record for Houser Bros. Co., dba Rancho Del Rey Mobile Home Estates ("Houser Bros.").

6.      I make this Declaration in support of Houser Bros.'s Opposition ("Opposition") to the Motion to Convert Case Under 11 U.S.C. § 706(a) ("Motion"), filed by Debtor Jamie Lynn Gallian ("Debtor") on September 11, 2024 ("Motion"). All capitalized terms not otherwise defined in this Declaration shall have the meaning ascribed to them in the Opposition.

7.      A true and correct copy of the CM/ECF Docket in the Bankruptcy Case is attached as **Exhibit 1**.

8.      A true and correct of Debtor's original Schedule A/B, filed on July 9, 2021, as Docket No. 1, is attached as **Exhibit 2**.

9.      A true and correct copy of Debtor's Schedule A/B, filed on September 13, 2024, as Docket No. 444, is attached as **Exhibit 3**.

10.      A true and correct copy of the Memorandum Decision is attached as **Exhibit 4**.

11.      A true and correct copy of the Court's order granting the Employment App is attached as **Exhibit 5**.

12.      A true and correct copy of the OSC is attached as **Exhibit 6**.

/ / /

/ / /

/ / /

DECLARATION

13. A true and correct copy of the CM/ECF docket in the 2024 Bankruptcy is attached as **Exhibit 7**.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 23, 2024.

/s/ D. Edward Hays
D. EDWARD HAYS

DECLARATION

# Declaration of Greg Bingham

I, GREG BINGHAM, say and declare as follows:

1.      I am an individual over 18 years of age and competent to make this Declaration.

2.      If called upon to do so, I could and would competently testify as to the facts set forth in this Declaration.

3.      The facts set forth below are true of my personal knowledge.

4.      I am a licensed real estate agent in the State of California and a real estate agent with Coldwell Banker Realty.

5.      I maintain my office in Newport Beach, California.

6.      I make this Declaration in support of Houser Bros. Co.'s Opposition ("Opposition") to the Motion to Convert Case Under 11 U.S.C. § 706(a) ("Motion"), filed by Debtor Jamie Lynn Gallian ("Debtor") on September 11, 2024 ("Motion").

7.      I am employed as the real estate agent for Chapter 7 Trustee Jeffrey I. Golden ("Trustee") regarding the mobilehome at 16222 Monterey Ln., Unit 376, Huntington Beach, CA 92649 ("Property").

8.      Following the Court's entry of the order granting the Trustee's application for my employment, I spoke with Debtor on the phone. During our conversation, Debtor advised me that she had filed a new Chapter 13 bankruptcy case and that Trustee was therefore stayed from marketing and selling the Property.

9.      Based on this call with Debtor, in an abundance of caution, I have not yet listed and started marketing the Property.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 23, 2024.

[ Signature to Follow]

_____
GREG BINGHAM

4895-3188-3237, v. 1

DECLARATION

**EXHIBIT 1**

**727OBJ, NODISCH, APLDIST, APPEAL, DEFER**

## U.S. Bankruptcy Court
## Central District of California (Santa Ana)
## Bankruptcy Petition #: 8:21-bk-11710-SC

| | |
|---|---|
| *Date filed:* | 07/09/2021 |
| *341 meeting:* | 04/29/2022 |
| *Deadline for filing claims:* | 10/25/2022 |
| *Deadline for filing claims (govt.):* | 01/05/2022 |
| *Deadline for objecting to discharge:* | 10/18/2021 |
| *Deadline for financial mgmt. course:* | 10/18/2021 |

*Assigned to:* Scott C Clarkson
Chapter 7
Voluntary
Asset

**Debtor**
**Jamie Lynn Gallian**
16222 Monterey Ln Unit 376
Huntington Beach, CA 92649
ORANGE-CA
714-321-3449
SSN / ITIN: xxx-xx-3936
*aka* Jamie L Gallian
*dba* J-Sandcastle Co, LLC
*dba* J-PAD, LLC

represented by **Jamie Lynn Gallian**
PRO SE

**Bert Briones**
Red Hill Law Group
15615 Alton Parkway
Suite 210
Irvine, CA 92618
888-733-4455
Fax : 714-733-4450
Email: bb@redhilllawgroup.com
*TERMINATED: 08/09/2022*

**Trustee**
**Jeffrey I Golden (TR)**
Golden Goodrich LLP
3070 Bristol Street, Suite 640
Costa Mesa, CA 92626
(714) 966-1000

represented by **Aaron E. DE Leest**
Danning, Gill, Israel & Krasnoff,
LLP
1901 Avenue of the Stars
Suite 450
Los Angeles, CA 90067-6006
310-277-0077
Fax : 310-277-5735
Email: adeleest@marshackhays.com

**Eric P Israel**
Danning Gill Israel & Krasnoff,
LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, CA 90067-6006
310-277-0077
Fax : 310-277-5735
Email: eisrael@danninggill.com

**Shantal Malmed**
Danning Gill Israel and Krasnoff,
LLP
1901 Avenue of the Stars, Ste. 450
Los Angeles, CA 90067
310-277-0077
Fax : 310-277-5735

EXHIBIT 1, PAGE 16

9/19/24, 11:56 AM                    CM/ECF - U.S. Bankruptcy Court (NG 1.7.1.1 - LIVE)

Email: shantal.malmed@gmlaw.com

*U.S. Trustee*
**United States Trustee (SA)**
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593
(714) 338-3400

| Filing Date | # | Docket Text |
|---|---|---|
| 07/09/2021 | 1 (60 pgs) | Chapter 7 Voluntary Petition for Individuals . Fee Amount $338 Filed by Jamie Lynn Gallian (Nguyen, Vi) (Entered: 07/09/2021) |
| 07/09/2021 | 2 | Statement About Your Social Security Number (Official Form 121) Filed by Debtor Jamie Lynn Gallian . (Nguyen, Vi) (Entered: 07/09/2021) |
| 07/09/2021 | 3 (1 pg) | Certificate of Credit Counseling Filed by Debtor Jamie Lynn Gallian . (Nguyen, Vi) (Entered: 07/09/2021) |
| 07/09/2021 | 4 (2 pgs) | Declaration by Debtor as to Whether Debtor(s) Received Income From an Employer Within 60 Days of Petition (LBR Form F1002-1) Filed by Debtor Jamie Lynn Gallian . (Nguyen, Vi) (Entered: 07/09/2021) |
| 07/09/2021 | 5 (3 pgs) | Meeting of Creditors with 341(a) meeting to be held on 8/18/2021 at 09:00 AM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. for Debtor and Joint Debtor (if joint case) Cert. of Financial Management due by 10/18/2021. Last day to oppose discharge or dischargeability is 10/18/2021. (Scheduled Automatic Assignment, shared account) (Entered: 07/09/2021) |
| 07/09/2021 | 6 | Debtor's Request to Activate Electronic Noticing (DeBN) Filed by Debtor Jamie Lynn Gallian . (Nguyen, Vi) (Entered: 07/09/2021) |
| 07/09/2021 | | Receipt of Chapter 7 Filing Fee - $338.00 by 16. Receipt Number 80075587. (admin) (Entered: 07/09/2021) |
| 07/11/2021 | 7 (5 pgs) | BNC Certificate of Notice (RE: related document(s)5 Meeting (AutoAssign Chapter 7)) No. of Notices: 36. Notice Date 07/11/2021. (Admin.) (Entered: 07/11/2021) |
| 07/12/2021 | 8 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Smith, Valerie. (Smith, Valerie) (Entered: 07/12/2021) |
| 07/13/2021 | 9 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Mellor, Mark. (Mellor, Mark) (Entered: 07/13/2021) |
| 07/26/2021 | 10 (1 pg) | Personal Financial Management Course Certificate for Debtor 1 (Official Form 423) (Lazar, Orsolya) (Entered: 07/26/2021) |
| 08/18/2021 | 11 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 9/22/2021 at 01:30 PM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. (Golden (TR), Jeffrey) (Entered: 08/18/2021) |

EXHIBIT 1, PAGE 17

CM/ECF - U.S. Bankruptcy Court (NG 1.7.1.1 - LIVE)

| | | |
|---|---|---|
| 08/18/2021 | 12<br>(1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Jeffrey I Golden (TR). (Golden (TR), Jeffrey) (Entered: 08/18/2021) |
| 08/23/2021 | 13<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Masud, Laila. (Masud, Laila) (Entered: 08/23/2021) |
| 08/23/2021 | 14<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Hays, D. (Hays, D) (Entered: 08/23/2021) |
| 09/07/2021 | 15<br>(29 pgs) | Amended Schedule A/B Individual: Property (Official Form 106A/B or 206A/B) , Amended Schedule C: The Property You Claimed as Exempt (Official Form 106C) , Schedule G Individual: Executory Contracts and Unexpired Leases (Official Form 106G or 206G) , Schedule H Individual: Your Codebtors (Official Form 106H or 206H) , Amended Schedule I Individual: Your Income (Official Form 106I) , Statement of Financial Affairs for Individual Filing for Bankruptcy (Official Form 107 or 207) , Statement of Intention for Individuals Filing Under Chapter 7 (Official Form 108) , Chapter 7 Statement of Your Current Monthly Income (Official Form 122A-1) (BNC Option) Filed by Debtor Jamie Lynn Gallian . [EDB] (Law, Tamika) (Entered: 09/07/2021) |
| 09/22/2021 | 16<br>(29 pgs) | Amended Schedule A/B Individual: Property (Official Form 106A/B or 206A/B) , FIRST AMENDMENT Amended Schedule C: The Property You Claimed as Exempt (Official Form 106C) , Amended Schedule I Individual: Your Income (Official Form 106I) , Amended Schedule G Individual: Executory Contracts and Unexpired Leases (Official Form 106G or 206G) , Amended Statement of Financial Affairs for Individual Filing for Bankruptcy (Official Form 107 or 207) ,Amended Statement of Intention for Individuals Filing Under Chapter 7 (Official Form 108) , Amended Statement of Related Cases (LBR Form 1015-2.1) , Amended Chapter 7 Statement of Your Current Monthly Income (Official Form 122A-1) (BNC Option) , Proof of service Filed by Debtor Jamie Lynn Gallian . (Nguyen, Vi) (Entered: 09/22/2021) |
| 09/22/2021 | 17<br>(15 pgs) | Amending Schedules (D) and (E/F) ,Amended List of Creditors (Master Mailing List of Creditors) , Amended Verification of Master Mailing List of Creditors (LBR Form F1007-1), Proof of Service. Filed by Debtor Jamie Lynn Gallian . (Nguyen, Vi) (Entered: 09/22/2021) |
| 09/22/2021 | 18 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 10/6/2021 at 01:30 PM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. (Golden (TR), Jeffrey) (Entered: 09/22/2021) |
| 09/22/2021 | 19<br>(1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Jeffrey I Golden (TR). (Golden (TR), Jeffrey) (Entered: 09/22/2021) |
| 09/22/2021 | | Receipt of Amendment Filing Fee - $32.00 by 16. Receipt Number 80075677. (admin) (Entered: 09/22/2021) |
| 10/07/2021 | 20 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 10/14/2021 at 03:00 PM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. (Golden (TR), Jeffrey) (Entered: 10/07/2021) |

EXHIBIT 1, PAGE 18

9/19/24, 11:56 AM                                    CM/ECF - U.S. Bankruptcy Court (NG 1.7.1.1 - LIVE)

| 10/07/2021 | 21<br>(1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Jeffrey I Golden (TR). (Golden (TR), Jeffrey) (Entered: 10/07/2021) |
|---|---|---|
| 10/14/2021 | 22<br>(31 pgs) | Amended Schedule A/B Individual: Property (Official Form 106A/B or 206A/B) , Amended Schedule C: The Property You Claimed as Exempt (Official Form 106C) , Amending Schedules (D) (E/F) , Schedule G Individual: Executory Contracts and Unexpired Leases (Official Form 106G or 206G) , Schedule H Individual: Your Codebtors (Official Form 106H or 206H) , Statement of Intention for Individuals Filing Under Chapter 7 (Official Form 108) [EDB] Filed by Debtor Jamie Lynn Gallian . (Law, Tamika) (Entered: 10/14/2021) |
| 10/14/2021 | 23<br>(1 pg) | Notice of Deficiency of Filing Fees Required to Add Additional Creditors (BNC) (RE: related document(s)22 Schedule A/B: Property (Official Form 106A/B or 206A/B) filed by Debtor Jamie Lynn Gallian, Schedule C: The Property You Claimed as Exempt (Official Form 106C), Amending Schedules D and/or E/F (Official Form 106D, 106E/F, 206D, or 206E/F) (Fee), Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G or 206G), Schedule H: Your Codebtors (Official Form 106H or 206H), Statement of Intention for Individuals Filing Under Chapter 7 (Official Form B8, or 108)) (Law, Tamika) (Entered: 10/14/2021) |
| 10/15/2021 | 24 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 11/10/2021 at 03:00 PM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. (Golden (TR), Jeffrey) (Entered: 10/15/2021) |
| 10/15/2021 | 25<br>(1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Jeffrey I Golden (TR). (Golden (TR), Jeffrey) (Entered: 10/15/2021) |
| 10/16/2021 | 26<br>(3 pgs) | BNC Certificate of Notice (RE: related document(s)23 Notice of Deficiency of Filing Fees Required to Add Additional Creditors (BNC)) No. of Notices: 1. Notice Date 10/16/2021. (Admin.) (Entered: 10/16/2021) |
| 10/18/2021 | 27<br>(74 pgs; 2 docs) | Adversary case 8:21-ap-01095. Complaint by The Huntington Beach Gables Homeowners Association against Jamie Lynn Gallian , Randall L Nickel . Fee Amount $350 (Attachments: # 1 Adv Cover Sheet) Nature of Suit: (41 (Objection / revocation of discharge - 727(c),(d),(e))) ,(21 (Validity, priority or extent of lien or other interest in property)) ,(62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud)) (Law, Tamika) (Entered: 10/18/2021) |
| 10/18/2021 | 28<br>(93 pgs; 2 docs) | Adversary case 8:21-ap-01096. Complaint by Janine Jasso against Jamie Lynn Gallian . Fee Amount $350 (Attachments: # 1 Adv Cover Sheet) Nature of Suit: (41 (Objection / revocation of discharge - 727(c),(d),(e))) , (65 (Dischargeability - other)) ,(13 (Recovery of money/property - 548 fraudulent transfer)) ,(62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud)) - Original not signed - (Law, Tamika) (Entered: 10/18/2021) |
| 10/18/2021 | 29<br>(3 pgs) | Stipulation By Jeffrey I Golden (TR) and *Stipulation to Extend Time to File a Complaint Objecting to Debtors Discharge Pursuant to 11 U.S.C. § 727 and Federal Rule of Bankruptcy Procedure 4004 (with Proof of* |

EXHIBIT 1, PAGE 19

CM/ECF - U.S. Bankruptcy Court (NG 1.7.1.1 - LIVE)

| | | |
|---|---|---|
| | | *Service)* Filed by Trustee Jeffrey I Golden (TR) (Golden (TR), Jeffrey) (Entered: 10/18/2021) |
| 10/18/2021 | [30](#) (25 pgs; 2 docs) | Adversary case 8:21-ap-01097. Complaint by Houser Bros. Co., a California general partnership against Jamie Lynn Gallian. Fee Amount $350 *Complaint to (1) Determine Dischargeability of Debt Pursuant to 11 U.S.C. Sections 523 (a)(2)(A) and (a)(6); (2) Deny Discharge Pursuant to 11 U.S.C. Sections 727 (a)(2)(A), (a)(4), and (a)(5)* (Attachments: # [1](#) Adversary Proceeding Cover Sheet) Nature of Suit: (62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud)),(68 (Dischargeability - 523(a)(6), willful and malicious injury)),(65 (Dischargeability - other)) (Masud, Laila) (Entered: 10/18/2021) |
| 10/19/2021 | [31](#) (2 pgs) | Order Approving Stipulation to Extend Time to File a Complaint Objecting to Debtor's Discharge Pursuant to 11 U.S.C. Section 727 and Federal Rule of Bankruptcy Procedure 4004. The Deadline for the Trustee, or United States Trustee, to file a Complaint Objecting to the Debtor's Discharge under 11 U.S.C. Section 727 is Extended to and Including November 17, 2021 (BNC-PDF) (Related Doc # [29](#) ) Signed on 10/19/2021 (Duarte, Tina) (Entered: 10/19/2021) |
| 10/20/2021 | 32 | Debtor's Request to Activate Electronic Noticing (DeBN) Filed by Debtor Jamie Lynn Gallian [EDB] (Law, Tamika) (Entered: 10/20/2021) |
| 10/21/2021 | [33](#) (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[31](#) Order on Motion to Extend Time (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 10/21/2021. (Admin.) (Entered: 10/21/2021) |
| 11/10/2021 | 34 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 12/1/2021 at 11:00 AM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. (Golden (TR), Jeffrey) (Entered: 11/10/2021) |
| 11/10/2021 | [35](#) (1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Jeffrey I Golden (TR). (Golden (TR), Jeffrey) (Entered: 11/10/2021) |
| 11/16/2021 | [36](#) (2 pgs) | Declaration by Debtor as to Whether Debtor(s) Received Income From an Employer Within 60 Days of Petition (LBR Form F1002-1) [EDB] Filed by Debtor Jamie Lynn Gallian . (Law, Tamika) (Entered: 11/17/2021) |
| 11/16/2021 | [37](#) (26 pgs) | Amended Schedule A/B Individual: Property (Official Form 106A/B or 206A/B) , Amended Schedule C: The Property You Claimed as Exempt (Official Form 106C) , Schedule G Individual: Executory Contracts and Unexpired Leases (Official Form 106G or 206G) , Schedule H Individual: Your Codebtors (Official Form 106H or 206H) , Amended Schedule I Individual: Your Income (Official Form 106I) , Statement of Financial Affairs for Individual Filing for Bankruptcy (Official Form 107 or 207) , Statement of Intention for Individuals Filing Under Chapter 7 (Official Form 108) [EDB] Filed by Debtor Jamie Lynn Gallian . (Law, Tamika) (Entered: 11/17/2021) |
| 11/22/2021 | [38](#) (23 pgs) | Amended Schedule A/B Individual: Property (Official Form 106A/B or 206A/B) , Amended Schedule C: The Property You Claimed as Exempt (Official Form 106C) , Schedule G Individual: Executory Contracts and Unexpired Leases (Official Form 106G or 206G) , Statement of Financial Affairs for Individual Filing for Bankruptcy (Official Form 107 or 207) , |

EXHIBIT 1, PAGE 20

| | | |
|---|---|---|
| | | Statement of Intention for Individuals Filing Under Chapter 7 (Official Form 108) [EDB] Filed by Debtor Jamie Lynn Gallian . (Law, Tamika) (Entered: 11/23/2021) |
| 11/23/2021 | 39 (26 pgs) | Amended Schedule A/B Individual: Property (Official Form 106A/B or 206A/B) , Amended Schedule C: The Property You Claimed as Exempt (Official Form 106C) , Schedule G Individual: Executory Contracts and Unexpired Leases (Official Form 106G or 206G) , Statement of Financial Affairs for Individual Filing for Bankruptcy (Official Form 107 or 207) , Statement of Intention for Individuals Filing Under Chapter 7 (Official Form 108) [EDB] Filed by Debtor Jamie Lynn Gallian . (Law, Tamika) (Entered: 11/23/2021) |
| 12/01/2021 | 40 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 12/15/2021 at 10:00 AM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. (Golden (TR), Jeffrey) (Entered: 12/01/2021) |
| 12/01/2021 | 41 (1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Jeffrey I Golden (TR). (Golden (TR), Jeffrey) (Entered: 12/01/2021) |
| 12/01/2021 | 42 (15 pgs) | Amending Schedules (D) (E/F) Filed by Debtor Jamie Lynn Gallian . (Law, Tamika) (Entered: 12/01/2021) |
| 12/01/2021 | | Receipt of Amendment Filing Fee - $32.00 by 08. Receipt Number 80075783. (admin) Paid in reference to dock #22 (Deficiency Ntc dock #23). Modified on 12/3/2021 (Law, Tamika). (Entered: 12/02/2021) |
| 12/01/2021 | | Receipt of Amendment Filing Fee - $32.00 by 08. Receipt Number 80075784. (admin) (Entered: 12/02/2021) |
| 12/15/2021 | 43 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 1/7/2022 at 03:00 PM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. (Golden (TR), Jeffrey) (Entered: 12/15/2021) |
| 12/15/2021 | 44 (1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Jeffrey I Golden (TR). (Golden (TR), Jeffrey) (Entered: 12/15/2021) |
| 12/22/2021 | 45 (16 pgs) | Notice of motion and motion for relief from automatic stay with supporting declarations ACTION IN NON-BANKRUPTCY FORUM RE: Randall I. Nickel vs. The Huntington Beach Gables HOA et al., Superior Court of California, County of Orange, Central Justice Center Docket Number: 30-2020-01163055-CU-OR-CJC . Fee Amount $188, Filed by Creditor The Huntington Beach Gables Homeowners Association [NOTE: Attorney Michael Poole Notified via voice mail and e-mail to file supplemental notice of hearing to be held remotely using Zoomgov audio and video hearing] (Duarte, Tina) (Entered: 12/22/2021) |
| 12/22/2021 | 46 (112 pgs) | Memorandum of Points and Authorities in Support of Creditor The Huntington Beach Gables Homeowners Association's Motion for Relief from the Automatic Stay; Filed by Creditor The Huntington Beach Gables Homeowners Association. [NOTE: Attorney Michael Poole Notified via voice mail and e-mail to file supplemental notice of hearing to be held |

EXHIBIT 1, PAGE 21

| | | remotely using Zoomgov audio and video hearing] (Duarte, Tina) (Entered: 12/22/2021) |
|---|---|---|
| 12/22/2021 | | Receipt of Motion Filing Fee - $188.00 by 08. Receipt Number 80075831. (admin) (Entered: 12/22/2021) |
| 12/29/2021 | 47 (3 pgs) | Supplemental Notice of Hearing to Be Held Remotely Using Zoomgov Audio and Video, Filed by Creditor The Huntington Beach Gables Homeowners Association [Filed by FAX] (RE: related document(s)45 Notice of motion and motion for relief from automatic stay with supporting declarations ACTION IN NON-BANKRUPTCY FORUM RE: Randall I. Nickel vs. The Huntington Beach Gables HOA et al., Superior Court of California, County of Orange, Central Justice Center Docket Number: 30-2020-01163055-CU-OR-CJC . Fee Amount $188, Filed by Creditor The Huntington Beach Gables Homeowners Association [NOTE: Attorney Michael Poole Notified via voice mail and e-mail to file supplemental notice of hearing to be held remotely using Zoomgov audio and video hearing] filed by Creditor The Huntington Beach Gables Homeowners Association). The Hearing date is set for 1/20/2022 at 10:00 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Erithe A. Smith. NOTE: [NOTE: This document is to be docketed in the main bankruptcy case. Attorney Michael Poole Notified via voice mail and e-mail to file supplemental notice of hearing to be held remotely using Zoomgov audio and video hearing using the correct form for bankruptcy] (Duarte, Tina). (Entered: 12/29/2021) |
| 12/29/2021 | 48 | Hearing Set (RE: related document(s)45 Motion for Relief from Stay - ACTION IN NON-BANKRUPTCY FORUM filed by Creditor The Huntington Beach Gables Homeowners Association). The Hearing date is set for 1/20/2022 at 10:00 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Erithe A. Smith (Duarte, Tina) (Entered: 12/29/2021) |
| 01/04/2022 | 49 (3 pgs) | Supplemental Notice of Hearing to be Held Remotely Using Zoomgov Audio and Video; Filed by Creditor The Huntington Beach Gables Homeowners Association [By FAX] (RE: related document(s)45 Notice of motion and motion for relief from automatic stay with supporting declarations ACTION IN NON-BANKRUPTCY FORUM RE: Randall I. Nickel vs. The Huntington Beach Gables HOA et al., Superior Court of California, County of Orange, Central Justice Center Docket Number: 30-2020-01163055-CU-OR-CJC . Fee Amount $188, Filed by Creditor The Huntington Beach Gables Homeowners Association [NOTE: Attorney Michael Poole Notified via voice mail and e-mail to file supplemental notice of hearing to be held remotely using Zoomgov audio and video hearing]). The Hearing date is set for 1/20/2022 at 10:00 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Erithe A. Smith (Duarte, Tina) (Entered: 01/04/2022) |
| 01/07/2022 | 50 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 1/24/2022 at 03:00 PM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. (Golden (TR), Jeffrey) (Entered: 01/07/2022) |
| 01/07/2022 | 51 (1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Jeffrey I Golden (TR). (Golden (TR), Jeffrey) (Entered: 01/07/2022) |

EXHIBIT 1, PAGE 22

9/19/24, 11:56 AM                          CM/ECF - U.S. Bankruptcy Court (NG 1.7.1.1 - LIVE)

| | | |
|---|---|---|
| 01/14/2022 | **52**<br>(3 pgs) | Notice of Continuance of Hearing of Creditor The Huntington Beach Gables Homeowners Association's Motion for Relief from the Automatic Stay; Filed by Creditor The Huntington Beach Gables Homeowners Association [By FAX] (RE: related document(s)45 Notice of motion and motion for relief from automatic stay with supporting declarations ACTION IN NON-BANKRUPTCY FORUM RE: Randall I. Nickel vs. The Huntington Beach Gables HOA et al., Superior Court of California, County of Orange, Central Justice Center Docket Number: 30-2020-01163055-CU-OR-CJC . Fee Amount $188, Filed by Creditor The Huntington Beach Gables Homeowners Association [NOTE: Attorney Michael Poole Notified via voice mail and e-mail to file supplemental notice of hearing to be held remotely using Zoomgov audio and video hearing]). The Hearing date is CONTINUED TO 2/17/2022 at 10:30 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Erithe A. Smith (Duarte, Tina) (Entered: 01/14/2022) |
| 01/14/2022 | **53**<br>(3 pgs) | Supplemental Notice of Hearing to Be Held Remotely Using Zoomgov Audio and Video; Filed by Creditor The Huntington Beach Gables Homeowners Association [By FAX] (RE: related document(s)45 Notice of motion and motion for relief from automatic stay with supporting declarations ACTION IN NON-BANKRUPTCY FORUM RE: Randall I. Nickel vs. The Huntington Beach Gables HOA et al., Superior Court of California, County of Orange, Central Justice Center Docket Number: 30-2020-01163055-CU-OR-CJC . Fee Amount $188, Filed by Creditor The Huntington Beach Gables Homeowners Association [NOTE: Attorney Michael Poole Notified via voice mail and e-mail to file supplemental notice of hearing to be held remotely using Zoomgov audio and video hearing]). The Hearing date is set for 2/17/2022 at 10:30 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Erithe A. Smith (Duarte, Tina) (Entered: 01/14/2022) |
| 01/20/2022 | 56 | Hearing Rescheduled/Continued (RE: related document(s)45 Motion for Relief from Stay - ACTION IN NON-BANKRUPTCY FORUM filed by Creditor The Huntington Beach Gables Homeowners Association). The Hearing is CONTINUED TO 2/17/2022 at 10:30 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701, Per Hearing Held 1/13/2022. The case judge is Erithe A. Smith (Duarte, Tina) (Entered: 01/25/2022) |
| 01/24/2022 | 54 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 2/14/2022 at 09:00 AM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. (Golden (TR), Jeffrey) (Entered: 01/24/2022) |
| 01/24/2022 | **55**<br>(1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Jeffrey I Golden (TR). (Golden (TR), Jeffrey) (Entered: 01/24/2022) |
| 02/04/2022 | **57**<br>(8 pgs) | Notice of Proposed Abandonment of Property of the Estate *Trustee's Notice of Intent to Abandon Estate's Interest in an Unscheduled Check, With Proof of Service* Filed by Trustee Jeffrey I Golden (TR). (DE Leest, Aaron) (Entered: 02/04/2022) |
| 02/04/2022 | **58**<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Israel, Eric. (Israel, Eric) (Entered: 02/04/2022) |
| 02/07/2022 | **59**<br>(3 pgs) | Notice -*Notice of Withdrawal re: Trustee's Notice of Intent to Abandon Estate's Interest in an Unscheduled Check; proof of service* Filed by Trustee Jeffrey I Golden (TR) (RE: related document(s)57 Notice of |

EXHIBIT 1, PAGE 23

9/19/24, 11:56 AM                          CM/ECF - U.S. Bankruptcy Court (NG 1.7.1.1 - LIVE)

| | | |
|---|---|---|
| | | Proposed Abandonment of Property of the Estate *Trustee's Notice of Intent to Abandon Estate's Interest in an Unscheduled Check, With Proof of Service* Filed by Trustee Jeffrey I Golden (TR). (DE Leest, Aaron)). (DE Leest, Aaron) (Entered: 02/07/2022) |
| 02/11/2022 | [60](#) (8 pgs) | Notice of Proposed Abandonment of Property of the Estate -*Trustee's Notice of Intent to Abandon Estate's Interest in Debtor's Covid 19 Rent Relief Check; proof of service* Filed by Trustee Jeffrey I Golden (TR). (DE Leest, Aaron) (Entered: 02/11/2022) |
| 02/11/2022 | [61](#) (115 pgs) | Response to Motion Regarding the Automatic Stay and Declarations In Support; Memorandum of Points and Authorities in Opposition of Creditor The Huntington Beach Gables Homeowners Associations' Motion for Relief from the Automatic Stay 'EDB' (related document(s): [45](#) Notice of motion and motion for relief from automatic stay with supporting declarations ACTION IN NON-BANKRUPTCY FORUM RE: Randall I. Nickel vs. The Huntington Beach Gables HOA et al., Superior Court of California, County of Orange, Central Justice Cen filed by Creditor The Huntington Beach Gables Homeowners Association) Filed by Debtor Jamie Lynn Gallian (Le, James) Warning: Item subsequently amended by docket entry no:[62](#) Modified on 2/11/2022 (Le, James). (Entered: 02/11/2022) |
| 02/11/2022 | [62](#) (241 pgs) | Amended Response to Motion Regarding the Automatic Stay and Declarations In Support; Memorandum of Points and Authorities in Opposition of Creditor The Huntington Beach Gables Homeowners Associations' Motion for Relief from the Automatic Stay 'EDB'(related document(s): [45](#) Notice of motion and motion for relief from automatic stay with supporting declarations ACTION IN NON-BANKRUPTCY FORUM RE: Randall I. Nickel vs. The Huntington Beach Gables HOA et al., Superior Court of California, County of Orange, Central Justice Cen filed by Creditor The Huntington Beach Gables Homeowners Association) Filed by Debtor Jamie Lynn Gallian (Le, James) (Entered: 02/11/2022) |
| 02/15/2022 | 63 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 2/28/2022 at 03:00 PM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. (Golden (TR), Jeffrey) (Entered: 02/15/2022) |
| 02/15/2022 | [64](#) (1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Jeffrey I Golden (TR). (Golden (TR), Jeffrey) (Entered: 02/15/2022) |
| 02/17/2022 | 65 | Hearing Held (RE: related document(s)[45](#) Motion for Relief from Stay - ACTION IN NON-BANKRUPTCY FORUM filed by Creditor The Huntington Beach Gables Homeowners Association) - Deny motion without prejudice to re-filing the motion if the cause of action for voidable transfer is abandoned or deemed abandoned by the chapter 7 trustee pursuant to 11 U.S.C. 554. (Daniels, Sally) (Entered: 02/28/2022) |
| 02/28/2022 | 66 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 3/21/2022 at 03:00 PM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. (Golden (TR), Jeffrey) (Entered: 02/28/2022) |

EXHIBIT 1, PAGE 24

9/19/24, 11:56 AM                                        CM/ECF - U.S. Bankruptcy Court (NG 1.7.1.1 - LIVE)

| | | |
|---|---|---|
| 02/28/2022 | **67**<br>(1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Jeffrey I Golden (TR). (Golden (TR), Jeffrey) (Entered: 02/28/2022) |
| 03/03/2022 | **68**<br>(12 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *60; proof of service* Filed by Trustee Jeffrey I Golden (TR). (DE Leest, Aaron) (Entered: 03/03/2022) |
| 03/03/2022 | **69**<br>(6 pgs) | Notice of lodgment *of Order in Bankruptcy Case; proof of service* Filed by Trustee Jeffrey I Golden (TR) (RE: related document(s)60 Notice of Proposed Abandonment of Property of the Estate -*Trustee's Notice of Intent to Abandon Estate's Interest in Debtor's Covid 19 Rent Relief Check; proof of service* Filed by Trustee Jeffrey I Golden (TR). (DE Leest, Aaron)). (DE Leest, Aaron) (Entered: 03/03/2022) |
| 03/04/2022 | **70**<br>(2 pgs) | Order Authorizing Trustee's Abandonment of Estate's Interest in Debtor's Covid 19 Rent Relief Check (BNC-PDF) (Related Doc # 60 ) Signed on 3/4/2022 (Duarte, Tina) (Entered: 03/04/2022) |
| 03/06/2022 | **71**<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)70 Order on Motion to Abandon (BNC-PDF)) No. of Notices: 0. Notice Date 03/06/2022. (Admin.) (Entered: 03/06/2022) |
| 03/11/2022 | **72**<br>(64 pgs) | Addendum to voluntary petition , Statement of Related Cases (LBR Form 1015-2.1) , Amended Schedule A/B Individual: Property (Official Form 106A/B or 206A/B) , Amended Schedule C: The Property You Claimed as Exempt (Official Form 106C) , Schedule G Individual: Executory Contracts and Unexpired Leases (Official Form 106G or 206G) , Schedule H Individual: Your Codebtors (Official Form 106H or 206H) , Amended Schedule I Individual: Your Income (Official Form 106I) , Declaration About an Individual Debtor's Schedules (Official Form 106Dec) , Statement of Financial Affairs for Individual Filing for Bankruptcy (Official Form 107 or 207) , Statement of Intention for Individuals Filing Under Chapter 7 (Official Form 108) , Chapter 7 Statement of Your Current Monthly Income (Official Form 122A-1) (BNC Option) , Verification of Master Mailing List of Creditors (LBR Form F1007-1), Proof of service. Verification of Declaration of Homestead filed with Orange County Clerk Recorder. Filed by Debtor Jamie Lynn Gallian . (Nguyen, Vi) (Entered: 03/14/2022) |
| 03/11/2022 | **73**<br>(11 pgs) | Addendum to voluntary petition to amend Debtor's DBA, Item #11 pg 3, Item #16b pg6. Filed by Debtor Jamie Lynn Gallian . (Nguyen, Vi) (Entered: 03/14/2022) |

EXHIBIT 1, PAGE 25

9/19/24, 11:56 AM                    CM/ECF - U.S. Bankruptcy Court (NG 1.7.1.1 - LIVE)

| | | |
|---|---|---|
| 03/11/2022 | [74](#)<br>(4 pgs) | Document re Verification of Declaration of Homestead. Filed by Debtor Jamie Lynn Gallian (RE: related document(s)[72](#) Addendum to Vol Pet filed by Debtor Jamie Lynn Gallian, Statement of Related Cases (LBR Form 1015-2.1), Schedule A/B: Property (Official Form 106A/B or 206A/B), Schedule C: The Property You Claimed as Exempt (Official Form 106C), Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G or 206G), Schedule H: Your Codebtors (Official Form 106H or 206H), Schedule I: Your Income (Official Form 106I), Declaration About an Individual Debtor's Schedules (Official Form 106Dec), Statement of Financial Affairs (Official Form 107 or 207) (Official Form 107 or 207), Statement of Intention for Individuals Filing Under Chapter 7 (Official Form B8, or 108), Chapter 7 Statement of Your Current Monthly Income (Official Form 122A-1) (BNC Option), Verification of Master Mailing List of Creditors (LBR F1007-1)) (Nguyen, Vi) (Entered: 03/14/2022) |
| 03/15/2022 | [75](#)<br>(22 pgs) | Amending Schedules (D) and (E/F) Filed by Debtor Jamie Lynn Gallian . (Nguyen, Vi) (Entered: 03/15/2022) |
| 03/15/2022 | | Receipt of Amendment Filing Fee - $32.00 by 16. Receipt Number 80075964. (admin) (Entered: 03/15/2022) |
| 03/16/2022 | [76](#)<br>(105 pgs) | Proof of service of Amended Schedules Filed by Debtor Jamie Lynn Gallian . [EDB] (Law, Tamika) (Entered: 03/16/2022) |
| 03/16/2022 | [77](#)<br>(8 pgs) | Statement of Corporate Ownership -none listed Filed by Debtor Jamie Lynn Gallian . [EDB] (Law, Tamika) (Entered: 03/17/2022) |
| 03/21/2022 | 78 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 4/4/2022 at 03:00 PM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. (Golden (TR), Jeffrey) (Entered: 03/21/2022) |
| 03/21/2022 | [79](#)<br>(1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Jeffrey I Golden (TR). (Golden (TR), Jeffrey) (Entered: 03/21/2022) |
| 03/22/2022 | [80](#)<br>(6 pgs) | Chapter 7 Statement of Your Current Monthly Income (Official Form 122A-1) (BNC Option) Filed by Debtor Jamie Lynn Gallian . [EDB] (Law, Tamika) (Entered: 03/23/2022) |
| 04/04/2022 | 81 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 4/11/2022 at 03:00 PM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. (Golden (TR), Jeffrey) (Entered: 04/04/2022) |
| 04/04/2022 | [82](#)<br>(1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Jeffrey I Golden (TR). (Golden (TR), Jeffrey) (Entered: 04/04/2022) |
| 04/11/2022 | 83 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 4/22/2022 at 03:00 PM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. (Golden (TR), Jeffrey) (Entered: 04/11/2022) |

EXHIBIT 1, PAGE 26

9/19/24, 11:56 AM | CM/ECF - U.S. Bankruptcy Court (NG 1.7.1.1 - LIVE)

| | | |
|---|---|---|
| 04/11/2022 | 84<br>(1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Jeffrey I Golden (TR). (Golden (TR), Jeffrey) (Entered: 04/11/2022) |
| 04/26/2022 | 85 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 4/29/2022 at 01:30 PM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. (Golden (TR), Jeffrey) (Entered: 04/26/2022) |
| 04/26/2022 | 86<br>(1 pg) | Notice of continued meeting of creditors and appearance of debtor (11 USC 341(a)) Filed by Trustee Jeffrey I Golden (TR). (Golden (TR), Jeffrey) (Entered: 04/26/2022) |
| 05/02/2022 | 87<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Iskander, Brandon. (Iskander, Brandon) (Entered: 05/02/2022) |
| 05/02/2022 | 88<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Goe, Robert. (Goe, Robert) (Entered: 05/02/2022) |
| 05/02/2022 | 89<br>(6 pgs) | Notice *Trustees Notice Of Intent To Abandon Estates Interest In Probate Claims (with Proof of Service)* Filed by Trustee Jeffrey I Golden (TR). (Golden (TR), Jeffrey) (Entered: 05/02/2022) |
| 05/03/2022 | 90<br>(2 pgs) | Notice of Assets (no bar date for claims is required) *with proof of service* Filed by Trustee Jeffrey I Golden (TR). (Golden (TR), Jeffrey) (Entered: 05/03/2022) |
| 05/03/2022 | 91 | Meeting of Creditors Held and Concluded (Chapter 7 Asset) Filed by Trustee Jeffrey I Golden (TR) (RE: related document(s) 83 Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 4/22/2022 at 03:00 PM at TR 7, TELEPHONIC MEETING. FOR INSTRUCTIONS CONTACT THE TRUSTEE. (Golden (TR), Jeffrey)). (Golden (TR), Jeffrey) (Entered: 05/03/2022) |
| 05/11/2022 | 92<br>(38 pgs) | Application to Employ Danning, Gill, Israel & Krasnoff, LLP as General Bankruptcy Counsel *Chapter 7 Trustees Notice Of Application And Application To Employ Danning, Gill, Israel & Krasnoff, LLP As General Bankruptcy Counsel Effective As Of January 27, 2022; Declaration Of Eric P. Israel; And Statement Of Disinterestedness, with Proof of Service* Filed by Trustee Jeffrey I Golden (TR) (Israel, Eric) (Entered: 05/11/2022) |
| 05/11/2022 | 93<br>(2 pgs) | Notification of Discrepancy of Conclusion of Whether or Not No Asset Case (Claims Bar Dar Date Should Be Required); Filed by Debtor Jamie Lynn Gallian [EDB] (RE: related document(s)90 Notice of Assets (no bar date for claims is required) filed by Trustee Jeffrey I Golden (TR)) (TD8) (Entered: 05/11/2022) |
| 05/12/2022 | 94<br>(10 pgs) | Amended Schedule I Individual: Your Income (Official Form 106I) , Amended Schedule J: Your Expenses (Official Form 106J) , Chapter 7 Statement of Your Current Monthly Income (Official Form 122A-1) (BNC Option) , Declaration About an Individual Debtor's Schedules (Official Form 106Dec) Filed by Debtor Jamie Lynn Gallian . [EDB] (TL) (Entered: 05/12/2022) |

EXHIBIT 1, PAGE 27

| | | |
|---|---|---|
| 05/12/2022 | 95<br>(259 pgs) | Objection to Homestead Exemption *Notice of Motion and Motion Objecting to Debtor's Claimed Homestead Exemption; Memorandum of Points and Authorities; Declaration of D. Edward Hays in Support; with Proof of Service [Hrg. 6/2/22 at 10:30 a.m.]* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates. (Hays, D) (Entered: 05/12/2022) |
| 05/12/2022 | 96<br>(4 pgs) | Notice *Supplemental Notice of Hearing to be Held Remotely Using Zoomgov Audio and Video; with Proof of Service* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (RE: related document(s)95 Objection to Homestead Exemption *Notice of Motion and Motion Objecting to Debtor's Claimed Homestead Exemption; Memorandum of Points and Authorities; Declaration of D. Edward Hays in Support; with Proof of Service [Hrg. 6/2/22 at 10:30 a.m.]* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates.). (Hays, D) (Entered: 05/12/2022) |
| 05/12/2022 | 97<br>(31 pgs) | Declaration of Debtor RE Postpetition Income and Expenses as of the Following Date 05/11/2022 Filed by Debtor Jamie Lynn Gallian . [EDB] (TL) . (Entered: 05/13/2022) |
| 05/12/2022 | 99 | Hearing Set (related document # 95 Motion Objecting to Debtor's Claimed Homestead Exemption filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates). The Hearing date is set for 6/2/2022 at 10:30 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Erithe A. Smith (TD8) (Entered: 05/13/2022) |
| 05/13/2022 | 98<br>(3 pgs) | Statement *The Huntington Beach Gables Homeowners Associations Joinder To Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates Motion Objecting To Debtors Claimed Homestead Exemption with proof of service* Filed by Creditor The Huntington Beach Gables Homeowners Association. (Goe, Robert) (Entered: 05/13/2022) |
| 05/16/2022 | 100<br>(2 pgs) | Janine Jasso's Joinder to Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates' Motion Objecting to Debtor's Claimed Homestead Exemption Filed by Creditor Janine Jasso 'EDB' (RE: related document(s)95 Objection to Homestead Exemption filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates) (JL) (Entered: 05/16/2022) |
| 05/26/2022 | | Receipt of Motion Filing Fee - $188.00 by 16. Receipt Number 80076089. (admin) (Entered: 05/26/2022) |
| 05/26/2022 | 101<br>(317 pgs; 4 docs) | Motion Confirming That No Stay is in effect for Criminal Restitution Case, or, If an Automatic Stay Exists, then for Relief from Stay . Fee Amount $188, Filed by Creditor Janine Jasso (Attachments: # 1 2 of 4 Motion # 2 3 of 4 Motion # 3 4 of 4 Motion) (AM) (Entered: 05/27/2022) |
| 05/26/2022 | 103<br>(2 pgs) | Notice of motion/application Filed by Creditor Janine Jasso (RE: related document(s)101 Motion Confirming That No Stay is in effect for Criminal Restitution Case, or, If an Automatic Stay Exists, then for Relief from Stay . Fee Amount $188, Filed by Creditor Janine Jasso (Attachments: # 1 2 of 4 Motion # 2 3 of 4 Motion # 3 4 of 4 Motion) (AM)). (AM) (Entered: 05/27/2022) |
| 05/27/2022 | 102 | Hearing Set (RE: related document(s)101 Motion for Relief - Order Confirming Termination of Stay or That no Stay is in Effect filed by |

EXHIBIT 1, PAGE 28

9/19/24, 11:56 AM

CM/ECF - U.S. Bankruptcy Court (NG 1.7.1.1 - LIVE)

| | | |
|---|---|---|
| | | Creditor Janine Jasso) The Hearing date is set for 6/16/2022 at 10:00 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Erithe A. Smith (AM) (Entered: 05/27/2022) |
| 05/27/2022 | [104](#) (3 pgs) | Supplemental Notice of Hearing To Be Held Remotely Using Zoomgov Audio and Video Filed by Creditor Janine Jasso (RE: related document(s)[101](#) Motion Confirming That No Stay is in effect for Criminal Restitution Case, or, If an Automatic Stay Exists, then for Relief from Stay . Fee Amount $188, Filed by Creditor Janine Jasso (Attachments: # 1 2 of 4 Motion # 2 3 of 4 Motion # 3 4 of 4 Motion) (AM)). The Hearing date is set for 6/16/2022 at 10:00 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Erithe A. Smith [EDB] (AM) (Entered: 05/27/2022) |
| 06/01/2022 | [105](#) (361 pgs; 2 docs) | Debtors Reply Opposition, Memorandum of Points and Authorities to Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates' Motion Objecting to Debtor's Claimed Homestead Exemption and Joinder Parties Huntington Beach Gables HOA; Janine Jasso (related document(s): [95](#) Objection to Homestead Exemption filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates), Filed by Debtor Jamie Lynn Gallian [EDB] (TD8) Additional attachment(s) added on 6/1/2022 (TD8). (Entered: 06/01/2022) |
| 06/01/2022 | [106](#) (43 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *with Proof of Service* Filed by Trustee Jeffrey I Golden (TR) (RE: related document(s)[92](#) Application to Employ Danning, Gill, Israel & Krasnoff, LLP as General Bankruptcy Counsel *Chapter 7 Trustees Notice Of Application And Application To Employ Danning, Gill, Israel & Krasnoff, LLP As General Bankruptcy Counsel Effective As Of January 2). (Israel, Eric) (Entered: 06/01/2022)* |
| 06/01/2022 | [107](#) (10 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *Declaration that No Party Requested a Hearing on Trustees Notice Of Intent To Abandon Estates Interest In Probate Claims (with Proof of Service)* Filed by Trustee Jeffrey I Golden (TR). (Golden (TR), Jeffrey) (Entered: 06/01/2022) |
| 06/01/2022 | [108](#) (2 pgs) | Order Granting Chapter 7 Trustee's Application to Employ Danning, Gill, Israel & Krasnoff, LLP as his General Bankruptcy Counsel [Doc. No. 92] (BNC-PDF) (Related Doc # [92](#)) Signed on 6/1/2022. (TD8) (Entered: 06/01/2022) |
| 06/01/2022 | [109](#) (2 pgs) | Order Authorizing Trustee's Abandonment of Estate's Interest in Probate Claims (BNC-PDF) (Related Doc # [89](#) ) Signed on 6/1/2022 (TD8) (Entered: 06/01/2022) |
| 06/01/2022 | [111](#) (29 pgs) | Opposition to Chapter 7 Trustee's (related document(s): [92](#) Application to Employ Danning, Gill, Israel & Krasnoff, LLP as General Bankruptcy Counsel *Chapter 7 Trustees Notice Of Application And Application To Employ Danning, Gill, Israel & Krasnoff, LLP As General Bankruptcy Counsel Effective As Of January 2 filed by Trustee Jeffrey I Golden (TR)); Filed by Debtor Jamie Lynn Gallian [Request for Hearing] [EDB] (Filed at 9:33 pm) (TD8). (Entered: 06/02/2022)* |
| 06/02/2022 | [110](#) (8 pgs) | Opposition to (related document(s): [101](#) Notice of Motion and Motion in Individual Case for Order Confirming Termination of Stay under 11 U.S.C. 362(j) or That No Stay is in Effect under 11 U.S.C. 362(c)(4)(A) (ii). Fee Amount $188, filed by Creditor Janine Jasso) -*Trustee's Notice of* |

EXHIBIT 1, PAGE 29

9/19/24, 11:56 AM                          CM/ECF - U.S. Bankruptcy Court (NG 1.7.1.1 - LIVE)

| | | |
|---|---|---|
| | | *Opposition and Opposition to Motion Confirming that No Stay is in Effect for Criminal Restitution Case, or, if an Automatic Stay Exists, then for Relief from Stay filed by Creditor Janine Jasso; Memorandum of Points and Authorities in Support Thereof; proof of service* Filed by Trustee Jeffrey I Golden (TR) (DE Leest, Aaron) (Entered: 06/02/2022) |
| 06/02/2022 | [112](#)<br>(39 pgs) | Debtor's Notice of Opposition and Opposition to Motion Confirming that No Stay is in Effect for Criminal Restitution Case, or, if an Automatic Stay Exists, Then for Relief from Stay filed by Interested Party Janine Jasso (related document(s): [101](#) Notice of Motion and Motion in Individual Case for Order Confirming Termination of Stay under 11 U.S.C. 362(j) or That No Stay is in Effect under 11 U.S.C. 362(c)(4)(A)(ii). Fee Amount $188, filed by Creditor Janine Jasso) Filed by Debtor Jamie Lynn Gallian 'EDB' (JL) (Entered: 06/03/2022) |
| 06/02/2022 | 113 | Hearing Rescheduled/Continued (related document # [95](#) Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates Motion Objecting to Debtor's Claimed Homestead Exemption). The Hearing is CONTINUED TO 7/21/2022 at 10:30 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701 to allow Movant/Joining Parties to file a reply to Debtor's late opposition filed on June 1, 2022, which reply(ies) must be filed by July 7, 2022. No other pleadings may be filed. The case judge is Eritha A. Smith (TD8) (Entered: 06/03/2022) |
| 06/03/2022 | [114](#)<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[108](#) Order on Application to Employ (BNC-PDF)) No. of Notices: 0. Notice Date 06/03/2022. (Admin.) (Entered: 06/03/2022) |
| 06/03/2022 | [116](#)<br>(322 pgs) | Amended Motion Confirming That No Stay is in effect for Criminal Restitution Case, or, If an Automatic Stay Exists, then for Relief from Stay (Updated Proof of Service) 'EDB' (related document(s): [101](#) Notice of Motion and Motion in Individual Case for Order Confirming Termination of Stay under 11 U.S.C. 362(j) or That No Stay is in Effect under 11 U.S.C. 362(c)(4)(A)(ii). Fee Amount $188, filed by Creditor Janine Jasso) Filed by Creditor Janine Jasso (JL) (Entered: 06/06/2022) |
| 06/03/2022 | [117](#)<br>(8 pgs) | Amended Supplemental Notice of Hearing To Be Held Remotely Using Zoomgov Audio and Video Filed by Creditor Janine Jasso (Updated Proof of Service) 'EDB' (RE: related document(s)[104](#)) (Filed by Creditor Janine Jasso . (JL) (Entered: 06/06/2022) |
| 06/04/2022 | [115](#)<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[109](#) Order on Motion to Abandon (BNC-PDF)) No. of Notices: 0. Notice Date 06/04/2022. (Admin.) (Entered: 06/04/2022) |
| 06/09/2022 | [118](#)<br>(23 pgs) | Reply to Trustee's and Debtor's Opposition to Motion Confirming that No Stay is in Effect for Criminal Restitution Case, or, if an Automatic Stay Exists, Then for Relief From Stay (related document(s): [110](#) Opposition filed by Trustee Jeffrey I Golden (TR), [112](#) Opposition filed by Debtor Jamie Lynn Gallian) Filed by Creditor Janine Jasso 'EDB' (JL) NOTE: Filed with incorrect caption and lists adversary number; this document belongs in the main bankruptcy case 8:21-bk-11710-ES. Modified on 6/10/2022 (TD8). (Entered: 06/09/2022) |
| 06/09/2022 | [119](#)<br>(9 pgs) | Notice of lodgment Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (RE: related document(s)[95](#) Objection to Homestead Exemption *Notice of Motion and Motion Objecting to Debtor's Claimed Homestead Exemption; Memorandum of Points and* |

EXHIBIT 1, PAGE 30

9/19/24, 11:56 AM                          CM/ECF - U.S. Bankruptcy Court (NG 1.7.1.1 - LIVE)

| | | |
|---|---|---|
| | | *Authorities; Declaration of D. Edward Hays in Support; with Proof of Service [Hrg. 6/2/22 at 10:30 a.m.]* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates.). (Hays, D) (Entered: 06/09/2022) |
| 06/10/2022 | [120](#)<br>(8 pgs) | Amended Notice of lodgment, Filed by Debtor Jamie Lynn Gallian [EDB] (RE: related document(s)[95](#) Objection to Homestead Exemption). (TD8) (Entered: 06/10/2022) |
| 06/10/2022 | [121](#)<br>(8 pgs) | Notice of Lodgment Filed by Debtor Jamie Lynn Gallian 'EDB' (RE: related document(s)[95](#) Objection to Homestead Exemption). (JL) (Entered: 06/13/2022) |
| 06/16/2022 | 123 | Hearing Held (RE: related document(s)[101](#) Motion for Relief - Order Confirming Termination of Stay or That no Stay is in Effect filed by Creditor Janine Jasso) Motion Denied Without Prejudice. (JL) (Entered: 06/22/2022) |
| 06/17/2022 | [122](#)<br>(8 pgs) | Notice of lodgment, Filed by Creditor Janine Jasso [EDB] (RE: related document(s)[101](#) Notice of Motion and Motion in Individual Case for Order Confirming Termination of Stay under 11 U.S.C. 362(j) or That No Stay is in Effect under 11 U.S.C. 362(c)(4)(A)(ii). Fee Amount $188,). (TD8). (Entered: 06/21/2022) |
| 06/23/2022 | [124](#)<br>(5 pgs) | Order Continuing Hearing on Motion Objecting to Debtor's Claimed Homestead Exemption. IT IS ORDERED that: The Hearing on the Motion is CONTINUED TO July 21, 2022, at 10:30 a.m. to Allow Houser Bros and/or the Joining Parties to File a Reply/Replies to Debtor's Late Opposition filed on June 1, 2022 (See Order for Further Ruling) (BNC-PDF) (Related Doc # [95](#) ) Signed on 6/23/2022 (TD8) (Entered: 06/23/2022) |
| 06/25/2022 | [125](#)<br>(7 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[124](#) Order on Generic Motion (BNC-PDF)) No. of Notices: 0. Notice Date 06/25/2022. (Admin.) (Entered: 06/25/2022) |
| 06/27/2022 | [126](#)<br>(2 pgs) | Order Denying Motion for Relief from the Automatic Stay Under 11 U.S.C. Section 362 (BNC-PDF) Signed on 6/27/2022 (RE: related document(s)[101](#) Motion for Relief - Order Confirming Termination of Stay or That no Stay is in Effect filed by Creditor Janine Jasso). (TD8) (Entered: 06/27/2022) |
| 06/29/2022 | [127](#)<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[126](#) Order (Generic) (BNC-PDF)) No. of Notices: 0. Notice Date 06/29/2022. (Admin.) (Entered: 06/29/2022) |
| 06/30/2022 | [128](#)<br>(4 pgs) | Statement -*Trustee's Joinder in Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates' Motion Objecting to Debtor's Claimed Homestead Exemption; proof of service [95](#)* Filed by Trustee Jeffrey I Golden (TR). (DE Leest, Aaron) (Entered: 06/30/2022) |

EXHIBIT 1, PAGE 31

| | | |
|---|---|---|
| 07/07/2022 | 129<br>(5 pgs) | Reply to (related document(s): 105 Reply filed by Debtor Jamie Lynn Gallian) *The Huntington Beach Gables Homeowners Association's Reply to Debtor's Opposition to Motion Objecting to Debtor's Claimed Homestead Exemption with Proof of Service* Filed by Creditor The Huntington Beach Gables Homeowners Association (Goe, Robert) (Entered: 07/07/2022) |
| 07/07/2022 | 130<br>(96 pgs) | Reply to (related document(s): 105 Reply filed by Debtor Jamie Lynn Gallian) *Reply to Debtor's Opposition to Motion Objecting to Claimed Homestead Exemption; Declaration of D. Edward Hays in Support; with Proof of Service* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (Hays, D) (Entered: 07/07/2022) |
| 07/07/2022 | 131<br>(4 pgs) | Declaration re: *Declaration of Vivienne J. Alston re: Motion Objecting to Debtor's Claimed Homestead Exemption; with Proof of Service* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (RE: related document(s)130 Reply). (Hays, D) (Entered: 07/07/2022) |
| 07/07/2022 | 132<br>(62 pgs) | Declaration re: *Declaration of Greg Buysman re: Motion Objecting to Debtor's Claimed Homestead Exemption; with Proof of Service* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (RE: related document(s)130 Reply). (Hays, D) (Entered: 07/07/2022) |
| 07/07/2022 | 133<br>(4 pgs) | Declaration re: *Declaration of Chris Houser re: Motion Objecting to Debtor's Claimed Homestead Exemption; with Proof of Service* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (RE: related document(s)130 Reply). (Hays, D) (Entered: 07/07/2022) |
| 07/08/2022 | 134<br>(13 pgs) | Reply to Greg Buysman, CA Notary Public Commission Number 2341449; Owner & Operator the UPS Store, Edinger/Springdage (related document(s): 95 Objection to Homestead Exemption filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates) Filed by Debtor Jamie Lynn Gallian [EDB] (AM) (Entered: 07/08/2022) |
| 07/08/2022 | 135<br>(224 pgs; 6 docs) | Motion to Avoid Lien (Real Property) with The Huntington Beach Gables Homeowners Association Filed by Debtor Jamie Lynn Gallian [EDB] (Attachments: # 1 Part 2 # 2 Part 3 # 3 Part 4) (AM) Modified on 7/8/2022 (AM). Additional attachment(s) added on 7/8/2022 (TL). (Entered: 07/08/2022) |
| 07/08/2022 | 136<br>(228 pgs; 7 docs) | Notice of Opportunity to Request a Hearing On Motion Filed by Debtor Jamie Lynn Gallian . [EDB] (AM) Modified on 7/8/2022 (AM) (RE: related document(s)135 Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association). Additional attachment(s) added on 7/11/2022 (TL). Modified on 7/11/2022 (TL). (Entered: 07/08/2022) |
| 07/08/2022 | 137 | Motion to Avoid Lien Real Property with The Huntington Beach Gables Homeowners Association Filed by Debtor Jamie Lynn Gallian (Attachments: # 1 Part 2 # 2 Part 3 # 3 Part 4 # 4 Part 5 # 5 Part 6) [EDB] (AM) Modified on 7/8/2022 (AM). Docketed in error. Motion terminated. See docket entry 135 for correct Motion. Modified on 7/11/2022 (TL). (Entered: 07/08/2022) |
| 07/20/2022 | 138<br>(20 pgs) | Notice *of Lodgment of Excerpts of Certified Transcript in Support of Reply to Debtor's Opposition to Motion Objecting to Claimed Homestead Exemption; with Proof of Service* Filed by Creditor Houser Bros. Co. dba |

EXHIBIT 1, PAGE 32

CM/ECF - U.S. Bankruptcy Court (NG 1.7.1.1 - LIVE)

| | | |
|---|---|---|
| | | Rancho Del Rey Mobile Home Estates (RE: related document(s)130 Reply to (related document(s): 105 Reply filed by Debtor Jamie Lynn Gallian) *Reply to Debtor's Opposition to Motion Objecting to Claimed Homestead Exemption; Declaration of D. Edward Hays in Support; with Proof of Service* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates). (Hays, D) (Entered: 07/20/2022) |
| 07/21/2022 | 139 (6 pgs) | Notice of Lodgment of Orange County Tax Assessors Proof of Debtors Homestead Exemption Effective 2/25/2021 in Support of Opposition to Motion Objecting to Claimed Homestead Exemption, Filed by Debtor Jamie Lynn Gallian [EDB] (RE: related document(s)95 Objection to Homestead Exemption). (TD8) (Entered: 07/21/2022) |
| 07/21/2022 | 140 (33 pgs) | Amended Notice of Lodgment of Orange County Tax Assessors Proof of Debtors Homestead Exemption Effective 2/25/2021 in Support of Opposition to Motion Objecting to Claimed Homestead Exemption Filed by Debtor Jamie Lynn Gallian 'EDB' (RE: related document(s)130 Reply to (related document(s): 105 Reply filed by Debtor Jamie Lynn Gallian) *Reply to Debtor's Opposition to Motion Objecting to Claimed Homestead Exemption; Declaration of D. Edward Hays in Support; with Proof of Service* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates, 139 Notice of Lodgment of Orange County Tax Assessors Proof of Debtors Homestead Exemption Effective 2/25/2021 in Support of Opposition to Motion Objecting to Claimed Homestead Exemption, Filed by Debtor Jamie Lynn Gallian [EDB] (RE: related document(s)95 Objection to Homestead Exemption). (TD8)). (JL) (Entered: 07/21/2022) |
| 07/21/2022 | 143 (6 pgs) | Notice of Appeal and Statement of Election to Bankruptcy Appellate Panel.(Official Form 417A) . Fee Amount $298 NOT PAID Filed by Debtor Jamie Lynn Gallian . Appellant Designation due by 8/4/2022. (NB8) (Entered: 07/22/2022) |
| 07/21/2022 | 153 | Hearing Held (related document # 95 Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates Motion Objecting to Debtor's Claimed Homestead Exemption) - Motion Granted objecting to Debtor's homestead exemption claim. (TD8) (Entered: 07/25/2022) |
| 07/22/2022 | 141 (63 pgs) | Opposition to (related document(s): 135 Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian, 136 Notice of motion/application filed by Debtor Jamie Lynn Gallian, 137 Motion to Avoid Lien Real Property with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) *Omnibus Opposition to Debtor's Notice of Motion and Motion to Avoid Lien Under 11 U.S.C. § 522(f) and Request for Hearing; Declaration of Robert P. Goe in Support Thereof; Notice of Opposition and Request for a Hearing with Proof of Service* Filed by Creditor The Huntington Beach Gables Homeowners Association (Goe, Robert) (Entered: 07/22/2022) |
| 07/22/2022 | 142 (3 pgs; 2 docs) | Notice of Assets filed by trustee and court's notice of possible dividend (BNC) *with proof of service* Filed by Trustee Jeffrey I Golden (TR). Proofs of Claims due by 10/25/2022. Government Proof of Claim due by 1/5/2022. (Golden (TR), Jeffrey) (Entered: 07/22/2022) |
| 07/22/2022 | 144 (1 pg) | Deficiency letter to Appellant: Appeal Is Deficient For the Following Reasons: $298.00 Filing Fee For Appeal Was Not Paid; Does Not Include The Entered Date Of Order, Judgment, Or Decree; Does Not Include Entered Stamped Copy Of Order, Judgment, Or Decree; Does Not |

EXHIBIT 1, PAGE 33

CM/ECF - U.S. Bankruptcy Court (NG 1.7.1.1 - LIVE)

| | | |
|---|---|---|
| | | Include the Telephone Number(s) Of The Opposing Parties (RE: related document(s)143 Notice of Appeal and Statement of Election (Official Form 417A) filed by Debtor Jamie Lynn Gallian) (NB8) (Entered: 07/22/2022) |
| 07/22/2022 | 145 | Request for a Certified Copy Fee Amount $11. The document will be sent via email to :gestrada@wgllp.com: Filed by Trustee Jeffrey I Golden (TR) (RE: related document(s)1 Voluntary Petition (Chapter 7)). (Golden (TR), Jeffrey) (Entered: 07/22/2022) |
| 07/22/2022 | | Receipt of Request for a Certified Copy( 8:21-bk-11710-ES) [misc,paycert] ( 11.00) Filing Fee. Receipt number A54475197. Fee amount 11.00. (re: Doc# 145 ) (U.S. Treasury) (Entered: 07/22/2022) |
| 07/22/2022 | 146<br>(1 pg) | Transcript Order Form related to an Appeal, regarding Hearing Date 07/21/2022 at 10:30 a.m. Filed by Debtor Jamie Lynn Gallian [EDB] (RE: related document(s)95 Objection to Homestead Exemption). (TD8) (Entered: 07/22/2022) |
| 07/22/2022 | 147<br>(269 pgs; 2 docs) | Amended Motion (related document(s): 135 Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian Filed by Debtor Jamie Lynn Gallian [EDB] (Attachments: # 1 Part 2) (TD8) (Entered: 07/22/2022) |
| 07/22/2022 | 148<br>(273 pgs; 3 docs) | Notice of Opportunity To Request a Hearing On Motion (LBR 9013-1(o)) Filed by Debtor Jamie Lynn Gallian [EDB] (RE: related document(s)135 Motion to Avoid Lien (Real Property) with The Huntington Beach Gables Homeowners Association Filed by Debtor Jamie Lynn Gallian [EDB] (Attachments: # 1 Part 2 # 2 Part 3 # 3 Part 4) (AM) Modified on 7/8/2022 (AM). Additional attachment(s) added on 7/8/2022 (TL)., 147 Amended Motion (related document(s): 135 Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) Filed by Debtor Jamie Lynn Gallian [EDB] (Attachments: # 1 Part 2) (TD8)). (Attachments: # 1 Part 2 - Amended Motion # 2 Part 3 - Declaration) (TD8) (Entered: 07/22/2022) |
| 07/22/2022 | 149 | Certified Copy Emailed to gestrada@wgllp.com (Entered: 07/22/2022) |
| 07/22/2022 | 150<br>(16 pgs) | Notice of lodgment Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (RE: related document(s)95 Objection to Homestead Exemption *Notice of Motion and Motion Objecting to Debtor's Claimed Homestead Exemption; Memorandum of Points and Authorities; Declaration of D. Edward Hays in Support; with Proof of Service [Hrg. 6/2/22 at 10:30 a.m.]* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates.). (Hays, D) (Entered: 07/22/2022) |
| 07/24/2022 | 151<br>(5 pgs) | BNC Certificate of Notice (RE: related document(s)142 Notice of Assets filed by trustee and court's notice of possible dividend (BNC) filed by Trustee Jeffrey I Golden (TR)) No. of Notices: 75. Notice Date 07/24/2022. (Admin.) (Entered: 07/24/2022) |
| 07/25/2022 | 152 | Transcript Record Transmittal (Court transcript records have been uploaded to FDS). For Order Number: 22-ES-22. RE Hearing Date: 07/21/22, [TRANSCRIPTION SERVICE PROVIDER: ECHO |

9/19/24, 11:56 AM

CM/ECF - U.S. Bankruptcy Court (NG 1.7.1.1 - LIVE)

| | | |
|---|---|---|
| | | REPORTING, INC., Telephone number Ph: (858) 453-7590.] (RE: related document(s)146 Transcript Order Form (Public Request) filed by Debtor Jamie Lynn Gallian) (JL) (Entered: 07/25/2022) |
| 07/25/2022 | 154 (61 pgs) | Opposition to (related document(s): 135 Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian, 136 Notice of motion/application filed by Debtor Jamie Lynn Gallian, 137 Motion to Avoid Lien Real Property with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) *141 Amended Omnibus Opposition to Debtor's Notice of Motion and Motion to Avoid Lien Under 11 U.S.C. § 522(f) and Request for Hearing; Declaration of Robert P. Goe in Support Thereof with Proof of Service* Filed by Creditor The Huntington Beach Gables Homeowners Association (Iskander, Brandon) (Entered: 07/25/2022) |
| 07/25/2022 | 155 (63 pgs) | Opposition to (related document(s): 135 Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian, 136 Notice of motion/application filed by Debtor Jamie Lynn Gallian, 137 Motion to Avoid Lien Real Property with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) *141[154 filer error] Amended Omnibus Opposition to Debtor's Notice of Motion and Motion to Avoid Lien Under 11 U.S.C. § 522(f) and Request for Hearing; Declaration of Robert P. Goe in Support Thereof; Notice of Opposition and Request for a Hearing with Proof of Service* Filed by Creditor The Huntington Beach Gables Homeowners Association (Goe, Robert) (Entered: 07/25/2022) |
| 07/26/2022 | 156 (16 pgs) | Notice of lodgment *(Amended) Notice of Lodgment* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (RE: related document(s)150 Notice of lodgment Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (RE: related document(s)95 Objection to Homestead Exemption *Notice of Motion and Motion Objecting to Debtor's Claimed Homestead Exemption; Memorandum of Points and Authorities; Declaration of D. Edward Hays in Support; with Proof of Service [Hrg. 6/2/22 at 10:30 a.m.]* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates.).). (Hays, D) (Entered: 07/26/2022) |
| 07/26/2022 | 157 (332 pgs; 2 docs) | Debtor's Notice of and Motion for Reconsideration of 7.21.22 Order Sustaining Houser Bros. Co. DBA Rancho Del Rey Mobile Home Estates Objection to Debtor's Claimed Homestead Exemption and Joinder Parties Huntington Beach Gables HOA; Janine Jasso. Filed by Debtor Jamie Lynn Gallian (Attachments: # 1 Part 2) 'EDB' (RE: related document(s)95) (JL) (Entered: 07/26/2022) |
| 07/26/2022 | 158 (4 pgs) | Supplemental Notice of Hearing to be Held Remotely Using ZOOMGOV Audio and Video Filed by Debtor Jamie Lynn Gallian 'EDB' (RE: related document(s)157 Debtor's Notice of and Motion for Reconsideration of 7.21.22 Order Sustaining Houser Bros. Co. DBA Rancho Del Rey Mobile Home Estates Objection to Debtor's Claimed Homestead Exemption and Joinder Parties Huntington Beach Gables HOA; Janine Jasso. Filed by Debtor Jamie Lynn Gallian (Attachments: # 1 Part 2) 'EDB' (RE: related document(s)95) (JL)). (JL) (Entered: 07/26/2022) |

EXHIBIT 1, PAGE 35

9/19/24, 11:56 AM                          CM/ECF - U.S. Bankruptcy Court (NG 1.7.1.1 - LIVE)

| | | |
|---|---|---|
| 07/26/2022 | 159 | Hearing Set (RE: related document(s)157 Motion to Reconsider filed by Debtor Jamie Lynn Gallian) The Hearing date is set for 8/18/2022 at 10:30 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Erithe A. Smith (JL) (Entered: 07/26/2022) |
| 07/28/2022 | 160 | Trustee Certification of Services Rendered Under 11 U.S.C. Section 330(e). I rendered the following service in the case and am eligible for payment under 11 U.S.C. Section 330(e): Filed a Notice of Assets. I declare under penalty of perjury that the foregoing is true and correct. (Executed on 7/28/2022). Filed by Trustee Jeffrey I Golden (TR) (RE: related document(s)90 Notice of Assets (no bar date for claims is required) *with proof of service* Filed by Trustee Jeffrey I Golden (TR). (Golden (TR), Jeffrey) filed by Trustee Jeffrey I Golden (TR)). (Golden (TR), Jeffrey) (Entered: 07/28/2022) |
| 07/28/2022 | 161 (12 pgs) | Notice Of Appeal And Statement of Election To Bankruptcy Appellate Panel.(Official Form 417A) . Fee Amount $298 NOT PAID Filed by Debtor Jamie Lynn Gallian. Appellant Designation due by 8/11/2022. - [EDB] - APPEAL FEE OF $298 PAID 7/29/2022 - RECEIPT NO. 80076183 (NB8) Modified on 7/29/2022 (NB8). (Entered: 07/28/2022) |
| 07/28/2022 | 162 (25 pgs) | Application to Employ Coldwell Banker Realty as Real Estate Broker *Application Of The Chapter 7 Trustee To Employ Real Estate Broker Coldwell Banker Realty And Agents William Friedman And Greg Bingham Pursuant To 11 U.S.C. §§ 327 And 328; Memorandum Of Points And Authorities; And Declarations Of William Friedman And Greg Bingham In Support (with Proof of Service)* Filed by Trustee Jeffrey I Golden (TR) (Golden (TR), Jeffrey) - WARNING: See docket entry no. 166 for corrections - Modified on 7/29/2022 (TD8). (Entered: 07/28/2022) |
| 07/28/2022 | 163 (5 pgs) | Notice of Hearing *Application Of The Chapter 7 Trustee To Employ Real Estate Broker Coldwell Banker Realty And Agents William Friedman And Greg Bingham Pursuant To 11 U.S.C. §§ 327 And 328; Memorandum Of Points And Authorities; And Declarations Of William Friedman And Greg Bingham In Support (with Proof of Service)* Filed by Trustee Jeffrey I Golden (TR) (RE: related document(s)162 Application to Employ Coldwell Banker Realty as Real Estate Broker *Application Of The Chapter 7 Trustee To Employ Real Estate Broker Coldwell Banker Realty And Agents William Friedman And Greg Bingham Pursuant To 11 U.S.C. §§ 327 And 328; Memorandum Of Points And Authorities; And Declarations Of William Friedman And Greg Bingham In Support (with Proof of Service)* Filed by Trustee Jeffrey I Golden (TR) (Golden (TR), Jeffrey)). (Golden (TR), Jeffrey) - WARNING: See docket entry no. 166 for corrections - Modified on 7/29/2022 (TD8). (Entered: 07/28/2022) |
| 07/28/2022 | 164 (4 pgs) | Supplemental *Supplemental Notice Of Hearing To Be Held Remotely Using Zoomgov Audio And Video (with Proof of Service)* Filed by Trustee Jeffrey I Golden (TR). (Golden (TR), Jeffrey) - WARNING: See docket entry no. 166 for corrections - Modified on 7/29/2022 (TD8). (Entered: 07/28/2022) |

EXHIBIT 1, PAGE 36

CM/ECF - U.S. Bankruptcy Court (NG 1.7.1.1 - LIVE)

| 07/28/2022 | 165 (1 pg) | Deficiency letter to Appellant: Appeal Is Deficient For the Following Reasons: $298.00 Filing Fee For Appeal Was Not Paid And Does Not Include Entered Stamped Copy Of Order, Judgment, Or Decree (RE: related document(s)161 Notice of Appeal and Statement of Election (Official Form 417A) filed by Debtor Jamie Lynn Gallian) (NB8) (Entered: 07/28/2022) |
| --- | --- | --- |
| 07/28/2022 | | Receipt of Appeal Late Filing Fee - $0.00 by 12. Receipt Number 80076180. (admin) (Entered: 07/28/2022) |
| 07/28/2022 | | Receipt of Appeal Late Noticing Filing Fee - $0.00 by 12. Receipt Number 80076180. (admin) (Entered: 07/28/2022) |
| 07/29/2022 | 166 | Notice to Filer of Error and/or Deficient Document **Hearing date/time selected is no longer available. THE FILER IS INSTRUCTED TO CONTACT JUDGE SMITH'S COURTROOM DEPUTY FOR AN AVAILABLE HEARING DATE/TIME AND SUBSEQUENTLY FILE AN AMENDED NOTICE OF MOTION/HEARING WITH THE CORRECT HEARING INFORMATION.** (RE: related document(s)162 Application to Employ filed by Trustee Jeffrey I Golden (TR), 163 Notice of Hearing (BK Case) filed by Trustee Jeffrey I Golden (TR), 164 Supplemental filed by Trustee Jeffrey I Golden (TR)) (TD8) (Entered: 07/29/2022) |
| 07/29/2022 | | Receipt of Appeal Late Noticing Filing Fee - $5.00 by 16. Receipt Number 80076183. (admin) (Entered: 07/29/2022) |
| 07/29/2022 | | Receipt of Appeal Late Filing Fee - $293.00 by 16. Receipt Number 80076183. (admin) (Entered: 07/29/2022) |
| 08/01/2022 | 167 (160 pgs; 2 docs) | Notice of Motion Motion For Leave From The Bankruptcy Appeal Panel To Permit The Bankruptcy Court To Consider Debtor's Motion For Re-Consideration [Doc 157] On August 18, 2022 Filed by Debtor Jamie Lynn Gallian (Attachments: # 1 Motion For Reconsideration) (GD) [EDB] Modified on 8/1/2022 (GD). (Entered: 08/01/2022) |
| 08/02/2022 | 168 (4 pgs) | Optional Appellee Statement of Election to Proceed in U.S. District Court (Official Form 417B) Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (RE: related document(s)143 Notice of Appeal and Statement of Election (Official Form 417A), 161 Notice of Appeal and Statement of Election (Official Form 417A)). (Masud, Laila) (Entered: 08/02/2022) |
| 08/04/2022 | 169 (4 pgs) | Notice Of Appeal And Statement Of Election To Bankruptcy Appellate Panel (Official Form 417A) . Fee Amount $298 NOT PAID Filed by Debtor Jamie Lynn Gallian . Appellant Designation due by 8/18/2022. [EDB] (NB8) (Entered: 08/04/2022) |
| 08/04/2022 | 170 (58 pgs) | Response to (related document(s): 157 Motion to Reconsider filed by Debtor Jamie Lynn Gallian) *Response to Debtor's Notice of and Motion for Reconsideration of 7-21-22 Order Sustaining Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates Objection to Debtor's Claimed Homestead Exemption; Declaration of D. Edward Hays in Support; with Proof of Service* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (Hays, D) (Entered: 08/04/2022) |

EXHIBIT 1, PAGE 37

| | | |
|---|---|---|
| 08/04/2022 | [171](#)<br>(4 pgs) | Statement - *Trustee's Joinder in Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates' Response to Debtor's Notice of and Motion for Reconsideration of 7.21.22 Order Sustaining Houser Bros. Co. dba Rancho Del Rey Mobile Home Estate's Objection to Debtor's Claimed Homestead Exemption; proof of service* Filed by Trustee Jeffrey I Golden (TR). (DE Leest, Aaron) (Entered: 08/04/2022) |
| 08/04/2022 | [172](#)<br>(4 pgs) | Substitution of attorney , Proof of service Filed by Debtor Jamie Lynn Gallian. (Briones, Bert) (Entered: 08/04/2022) |
| 08/04/2022 | [173](#)<br>(4 pgs) | Statement *The Huntington Beach Gables Homeowners Association's Joinder to House Bros. Co. dba Rancho del Rey Mobile Home Estates' Response to Debtor's Motion for Reconsideration with Proof of Service* Filed by Creditor The Huntington Beach Gables Homeowners Association. (Goe, Robert). Related document(s) [157](#) Motion to Reconsider filed by Debtor Jamie Lynn Gallian. Modified on 8/5/2022 (JL). (Entered: 08/04/2022) |
| 08/04/2022 | [174](#)<br>(1 pg) | Deficiency letter to Appellant: Appeal Is Deficient For the Following Reasons: $298.00 Filing Fee For Appeal Was Not Paid; The Notice Of Appeal Does Not Conform Substantially With The Notice Of Appeal And Statement Of Election (Official Form 417A: Does Not Include The Title Of Order, Judgment, Or Decree; Does Not Include The Entered Date Of Order, Judgment, Or Decree; Does Not Include Entered Stamped Copy Of Order, Judgment, Or Decree; related document(s)[169](#) Notice of Appeal and Statement of Election; (RE: al Form 417A) filed by Debtor Jamie Lynn Gallian (NB8) (Entered: 08/04/2022) |
| 08/04/2022 | [175](#)<br>(185 pgs; 6 docs) | Notice Of Referral Of Appeal To United States Bankruptcy Appellate Panel Of The Ninth Circuit (BAP) with certificate of mailing (RE: related document(s)[161](#) Notice of Appeal and Statement of Election (Official Form 417A) filed by Debtor Jamie Lynn Gallian) (Attachments: # [1](#) Notice of Appeal and Statement of Election # [2](#) Notice of Motion and Motion for Leave From the Bankruptcy Appellate Panel to Permit the Bankruptcy Court to Consider Debtor's Motion for Re-consideration (Doc 157) on August 18, 2022 # [3](#) Notice of Transcript(s) Designated for an Appeal # [4](#) Transcript Order Form # [5](#) Amended Order Continuing The Bankruptcy Appellant Panel Of The Ninth Circuit) (NB8) (Entered: 08/04/2022) |
| 08/04/2022 | [176](#)<br>(17 pgs; 5 docs) | Notice Of Referral Of Appeal To United States Bankruptcy Appellate Panel Of The Ninth Circuit (BAP) with certificate of mailing (RE: related document(s)[169](#) Notice of Appeal and Statement of Election (Official Form 417A) filed by Debtor Jamie Lynn Gallian) (Attachments: # [1](#) Notice of Appeal and Statement of Election # [2](#) Notice of Transcripts Designated for An Appeal # [3](#) Transcript Order Form # [4](#) Amended Order Continuing the Bankruptcy Appellant Panel of the Ninth Circuit) (NB8) (Entered: 08/04/2022) |
| 08/04/2022 | | Receipt of Appeal Late Filing Fee - $0.00 by 12. Receipt Number 80076190. (admin) (Entered: 08/04/2022) |
| 08/04/2022 | | Receipt of Appeal Late Noticing Filing Fee - $0.00 by 12. Receipt Number 80076190. (admin) (Entered: 08/04/2022) |

EXHIBIT 1, PAGE 38

| 08/05/2022 | 177 (12 pgs) | Order Granting Houser Bros. Co. dba Rancho Del Rey Mobile Home Estate's Motion Objecting to Debtor's Claimed Homestead Exemption in 16222 Monterey Lane, Space #376, Huntington Beach, CA 92649, Docket No. 95 (BNC-PDF) (Related Doc # 95 ) Signed on 8/5/2022 (JL) (Entered: 08/05/2022) |
|---|---|---|
| 08/05/2022 | 178 (63 pgs) | Opposition to (related document(s): 147 Amended Motion (related document(s): 135 Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) filed by Debtor Jamie Lynn Gallian) *Opposition to Debtor's Amended Notice of Motion and Motion to Avoid Lien Under 11 U.S.C. § 522(f) and Request for Hearing; Declaration of Robert P. Goe in Support Thereof; Notice of Opposition and Request for a Hearing with Proof of Service* Filed by Creditor The Huntington Beach Gables Homeowners Association (Goe, Robert) (Entered: 08/05/2022) |
| 08/07/2022 | 179 (14 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)177 Order RE: Objection to Debtor's Claim of Exemptions (BNC-PDF)) No. of Notices: 0. Notice Date 08/07/2022. (Admin.) (Entered: 08/07/2022) |
| 08/08/2022 | 180 (1 pg) | Appeal transferred notice from BAP to USDC CC-22-1149 on 8/03/2022 (RE: related document(s)161 Notice of Appeal and Statement of Election (Official Form 417A) filed by Debtor Jamie Lynn Gallian) (GD) Modified on 8/8/2022 (GD). (Entered: 08/08/2022) |
| 08/08/2022 | 181 (4 pgs) | Substitution of attorney , Proof of service Filed by Debtor Jamie Lynn Gallian. (Briones, Bert) (Entered: 08/08/2022) |
| 08/09/2022 | 182 (46 pgs) | Opposition to (related document(s): 167 Motion for Leave to Appeal filed by Debtor Jamie Lynn Gallian) *Opposition and Request for Hearing on Debtor's Motion for Leave From the Bankruptcy Appeal Panel to Permit the Bankruptcy Court to Consider Debtor's Motion for Reconsideration; Declaration of D. Edward Hays In Support; with Proof of Service* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (Hays, D) (Entered: 08/09/2022) |
| 08/10/2022 | 183 (2 pgs) | Assignment notice of USDC case/judge to appeal transferred from BAP - Assigned USDC Case No.: 8:22-cv-1454-ODW (filed at United States District Court on 8/10/2022) (RE: related document(s)169 Notice of Appeal and Statement of Election (Official Form 417A) filed by Debtor Jamie Lynn Gallian) (NB8) (Entered: 08/10/2022) |
| 08/11/2022 | 184 (2 pgs) | Assignment notice of USDC case/judge to appeal transferred from BAP - (RE: BAP Case No.: CC-22-1149) - USDC Case No. Assigned: SACV-22-1462-RGK (RE: related document(s)161 Notice of Appeal and Statement of Election (Official Form 417A) filed by Debtor Jamie Lynn Gallian) - (filed at United States District Court on 8/10/2022) (NB8) (Entered: 08/11/2022) |
| 08/11/2022 | 185 (244 pgs; 3 docs) | Reply to Houser Bros CO DBA Rancho Del Rey Mobilehome Estates Opposition to Debtors Motion for Consideration of 7/21/22 Order Sustaining Houser Bros Co DBA Rancho Del Rey Mobilehome Estates Objection to Debtor's Claimed Homestead Exemption (related document(s): 157 Motion to Reconsider filed by Debtor Jamie Lynn Gallian, 170 Response filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates) Filed by Debtor Jamie Lynn Gallian |

EXHIBIT 1, PAGE 39

9/19/24, 11:56 AM                                    CM/ECF - U.S. Bankruptcy Court (NG 1.7.1.1 - LIVE)

| | | |
|---|---|---|
| | | (Attachments: # 1 Part 2) 'EDB'(JL) Additional attachment(s) added on 8/12/2022 (JL). (Entered: 08/11/2022) |
| 08/12/2022 | 186 (2 pgs) | Opening Letter - Notice Of Appeal In This Case Has Been Received By The Bankruptcy Appellate Panel And Assigned BAP Case Number CC-22-1155 (filed at United States Bankruptcy Appellate Panel of the Ninth Circuit on 8/11/22) (RE: related document(s)169 Notice of Appeal and Statement of Election (Official Form 417A filed by Debtor Jamie Lynn Gallian) (NB8) (Entered: 08/12/2022) |
| 08/17/2022 | 187 (4 pgs) | Optional Appellee Statement of Election to Proceed in U.S. District Court (Official Form 417B) Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (RE: related document(s)169 Notice of Appeal and Statement of Election (Official Form 417A). (Masud, Laila) (Entered: 08/17/2022) |
| 08/17/2022 | 188 (8 pgs) | Request To Dismiss Debtor's Notice Of Appeal Without Prejudice RE: Doc. No. 143, Doc 161, And Doc 169, Respectively Filed by Debtor Jamie Lynn Gallian [EDB] (NB8) (Entered: 08/18/2022) |
| 08/18/2022 | 189 (18 pgs) | Notice Of Appeal And Statement Of Election To Bankruptcy Appellate Panel.(Official Form 417A) . Fee Amount $298 NOT PAID. Filed by Debtor Jamie Lynn Gallian (RE: related document(s)177 Order RE: Objection to Debtor's Claim of Exemptions (BNC-PDF)). Appellant Designation due by 9/1/2022. - [EDB] (NB8) Modified on 8/18/2022 (NB8). (Entered: 08/18/2022) |
| 08/18/2022 | 190 (42 pgs) | Debtor's Reply To Houser Bros Co Opposition Debtor's Motion For Leave From The Bankruptcy Appeal Panel To Permit The Bankruptcy Court To Consider Debtor's Motion For Reconsideration Doc 182; Declaration Of Jamie Lynn Gallian In Support - (related document(s): 167 Motion for Leave to Appeal filed by Debtor Jamie Lynn Gallian) Filed by Debtor Jamie Lynn Gallian [EDB] (NB8) (Entered: 08/18/2022) |
| 08/18/2022 | 191 (1 pg) | Deficiency letter to Appellant: Appeal Is Deficient For the Following Reason: Notice Of Appeal Filing Fee Was Not Paid (RE: related document(s)189 Notice of Appeal and Statement of Election (Official Form 417A) filed by Debtor Jamie Lynn Gallian) (NB8) (Entered: 08/18/2022) |
| 08/18/2022 | 192 (31 pgs; 5 docs) | Notice Of Referral Of Appeal To United States Bankruptcy Appellate Panel Of The Ninth Circuit (BAP) with certificate of mailing (RE: related document(s)189 Notice of Appeal and Statement of Election (Official Form 417A) filed by Debtor Jamie Lynn Gallian) (Attachments: # 1 Notice of Appeal and Statement of Election # 2 Notice of Transcript(s) Designated for an Appeal # 3 Transcript Order Form # 4 Amended Order Continuing the Bankruptcy Appellant Panel of the Ninth Circuit) (NB8) (Entered: 08/18/2022) |
| 08/18/2022 | 193 | Hearing Rescheduled/Continued (RE: related document(s)157 Motion to Reconsider filed by Debtor Jamie Lynn Gallian) The Hearing date is set for 9/22/2022 at 10:00 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Erithe A. Smith (JL) (Entered: 08/18/2022) |
| 08/18/2022 | 194 (19 pgs; 5 docs) | Notice Of Referral Of Appeal To United States Bankruptcy Appellate Panel Of The Ninth Circuit (BAP) with certificate of mailing (RE: related document(s)143 Notice of Appeal and Statement of Election (Official |

EXHIBIT 1, PAGE 40

9/19/24, 11:56 AM                                CM/ECF - U.S. Bankruptcy Court (NG 1.7.1.1 - LIVE)

| | | |
|---|---|---|
| | | Form 417A) filed by Debtor Jamie Lynn Gallian) (Attachments: # 1 Notice of Appeal and Statement of Election # 2 Notice of Transcript(s) Designated for an Appeal # 3 Transcript Order Form # 4 Amended Order Continuing the Bankruptcy Appellate Panel of the Ninth Circuit) (NB8) (Entered: 08/18/2022) |
| 08/22/2022 | 195 (5 pgs) | Notice of Hearing *Amended Notice Of Hearing On Application Of The Chapter 7 Trustee To Employ Real Estate Broker Coldwell Banker Realty And Agents William Friedman And Greg Bingham Pursuant To 11 U.S.C. §§ 327 And 328 (with Proof of Service)* Filed by Trustee Jeffrey I Golden (TR) (RE: related document(s)162 Application to Employ Coldwell Banker Realty as Real Estate Broker *Application Of The Chapter 7 Trustee To Employ Real Estate Broker Coldwell Banker Realty And Agents William Friedman And Greg Bingham Pursuant To 11 U.S.C. §§ 327 And 328; Memorandum Of Points And Authorities; And Declarations Of William Friedman And Greg Bingham In Support (with Proof of Service)* Filed by Trustee Jeffrey I Golden (TR) (Golden (TR), Jeffrey) - WARNING: See docket entry no. 166 for corrections - Modified on 7/29/2022 (TD8).). (Golden (TR), Jeffrey) (Entered: 08/22/2022) |
| 08/22/2022 | 196 (10 pgs) | Transcript regarding Hearing Held 07/21/22 RE: objection to debtor's claimed homestead exemption. Remote electronic access to the transcript is restricted until 11/21/2022. The transcript may be viewed at the Bankruptcy Court Clerk's Office on a public terminal **or** purchased through the Transcription Service Provider before the transcript access restriction has ended. [TRANSCRIPTION SERVICE PROVIDER: Echo Reporting, Inc., Telephone number echoreporting@yahoo.com.]. Notice of Intent to Request Redaction Deadline Due By 8/29/2022. Redaction Request Due By 09/12/2022. Redacted Transcript Submission Due By 09/22/2022. Transcript access will be restricted through 11/21/2022. (Jauregui, Tara) (Entered: 08/22/2022) |
| 08/22/2022 | 197 | Hearing Set (RE: related document(s)162 Application to Employ Real Estate Broker Coldwell Banker Realty and Agents William Friedman and Greg Bingham filed by Trustee Jeffrey I Golden (TR)) The Hearing date is set for 9/13/2022 at 11:00AM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The hearing judge is Scott C Clarkson (JL) (Entered: 08/22/2022) |
| 08/23/2022 | 198 (1 pg) | Notice Of Transfer Of Appeal From BAP To District Court - RE: BAP CC-22-1155 (RE: related document(s)169 Notice of Appeal and Statement of Election (Official Form 417A) filed by Debtor Jamie Lynn Gallian) (filed at United States Bankruptcy Appellate Panel of the Ninth Circuit on 8/18/2022) (NB8) (Entered: 08/23/2022) |
| 08/24/2022 | 199 (4 pgs) | Notice of Change of Address . (Goe, Robert) (Entered: 08/24/2022) |
| 08/25/2022 | 200 (4 pgs) | Supplemental Notice of Hearing to Be Held Remotely U sing ZoomGov Audio and Video, Filed by Debtor Jamie Lynn Gallian [EDB] (RE: related document(s)157 Debtor's Notice of and Motion for Reconsideration of 7.21.22 Order Sustaining Houser Bros. Co. DBA Rancho Del Rey Mobile Home Estates Objection to Debtor's Claimed Homestead Exemption and Joinder Parties Huntington Beach Gables HOA; Janine Jasso. Filed by Debtor Jamie Lynn Gallian (Attachments: # 1 Part 2) 'EDB' (RE: related document(s)95) (JL)). The Hearing date is set for 9/22/2022 at 10:00 AM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Erithe A. Smith (TD8) (Entered: 08/25/2022) |

EXHIBIT 1, PAGE 41

9/19/24, 11:56 AM                          CM/ECF - U.S. Bankruptcy Court (NG 1.7.1.1 - LIVE)

| | | |
|---|---|---|
| 08/25/2022 | [201](#)<br>(8 pgs) | Notice of Proposed Abandonment of Property of the Estate *Trustees Notice Of Intent To Abandon Estates Interest In Claims Against Randall L. Nickel Relating To The October 2018 Transfer Of The Debtors Interest In The Property Commonly Known As 4476 Alderport Dr. #53, Huntington Beach, California 92649, with Proof of Service* Filed by Trustee Jeffrey I Golden (TR). (DE Leest, Aaron) (Entered: 08/25/2022) |
| 08/25/2022 | [202](#)<br>(6 pgs) | Notice of lodgment Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (RE: related document(s)[157](#) Debtor's Notice of and Motion for Reconsideration of 7.21.22 Order Sustaining Houser Bros. Co. DBA Rancho Del Rey Mobile Home Estates Objection to Debtor's Claimed Homestead Exemption and Joinder Parties Huntington Beach Gables HOA; Janine Jasso. Filed by Debtor Jamie Lynn Gallian (Attachments: # 1 Part 2) 'EDB' (RE: related document(s)[95](#) (JL)). (Hays, D) (Entered: 08/25/2022) |
| 08/26/2022 | [203](#)<br>(8 pgs) | Debtor's Notice to Trustee to Abandon Estate's Interest in Reinvested Funds From Sal of Unit 53, 10/31/2018 APN 937-630-53 to Purchase LBM1081 on November 1, 2018, and Against Jamie Lynn Gallian Relating to the Purchase in the Personal Property Commonly Known as 16222 Monterey Ln #376, Huntington Beach, California 92649, Filed by Debtor Jamie Lynn Gallian [EDB]. (TD8) (Entered: 08/26/2022) |
| 08/26/2022 | [204](#)<br>(6 pgs) | Notice of lodgment Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (RE: related document(s)[167](#) Motion for Leave to Appeal). (Hays, D) (Entered: 08/26/2022) |
| 08/30/2022 | [205](#)<br>(4 pgs) | Declaration re: *Declaration of Brandon J. Iskander Regarding Debtor's Failure to Set Hearing on Her Amended Motion to Avoid Lien Under 11 U.S.C. § 522(f) as Required by Local Bankruptcy Rule 9013-1(o) with Proof of Service* Filed by Creditor The Huntington Beach Gables Homeowners Association (RE: related document(s)[178](#) Opposition). (Iskander, Brandon). Related document(s) [147](#) Amended Motion (related document(s): [135](#) Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) filed by Debtor Jamie Lynn Gallian. Modified on 8/30/2022 (JL). (Entered: 08/30/2022) |
| 08/30/2022 | [206](#)<br>(2 pgs) | Order Denying Motion for Leave from the Bankruptcy Appeal Panel to Permit the Bankruptcy Court to Consider Debtor's Motion for Re-Consideration [Doc 157] on August 18, 2022 (BNC-PDF) (Related Doc # [167](#)) Signed on 8/30/2022. (JL) (Entered: 08/30/2022) |
| 08/30/2022 | [207](#)<br>(1 pg) | Order Denying Debtor's Amended Motion to Avoid Lien (BNC-PDF) (Related Doc # [147](#) ) Signed on 8/30/2022 (JL) (Entered: 08/30/2022) |
| 08/30/2022 | [208](#)<br>(36 pgs) | Opposition to Application of the Chapter 7 Trustee to Employ Real Estate Broker Coldwell Banker Realty and Agents William Friedman and Greg Bingham Pursuant to 11 U.S. Section 327 and 328 (related document(s): [162](#) Application to Employ Coldwell Banker Realty as Real Estate Broker *Application Of The Chapter 7 Trustee To Employ Real Estate Broker Coldwell Banker Realty And Agents William Friedman And Greg Bingham Pursuant To 11 U.S.C. §§ 327 And 328; M filed by Trustee Jeffrey I Golden (TR)) Filed by Debtor Jamie Lynn Gallian 'EDB' (JL) (Entered: 08/30/2022)* |

EXHIBIT 1, PAGE 42

| | | |
|---|---|---|
| 08/31/2022 | [209](#)<br>(2 pgs) | Order Approving Stipulation To Dismiss Appeal Without Prejudice RE: Appeal USDC Number: 8:22-cv-01454-ODW - RULING: Debtor's Appeal Shall Be DISMISSED WITHOUT PREJUDICE. (filed by United States District Court On 8/30/2022) (RE: related document(s)143 Notice of Appeal and Statement of Election (Official Form 417A) filed by Debtor Jamie Lynn Gallian). (NB8). Related document(s) 143 Notice of Appeal and Statement of Election (Official Form 417A) filed by Debtor Jamie Lynn Gallian. Modified on 9/2/2022 (NB8). (Entered: 08/31/2022) |
| 08/31/2022 | [210](#)<br>(48 pgs) | Debtor's Notice of Recorded Declared Homestead of Robert McLelland Instrument No. 2022000294548 [Re: 16222 Monterey Lane, Space 376, Huntington Beach, CA 92649], Filed by Debtor Jamie Lynn Gallian [EDB] (RE: related document(s)74 Document re Verification of Declaration of Homestead. Filed by Debtor Jamie Lynn Gallian (RE: related document(s)72 Addendum to Vol Pet filed by Debtor Jamie Lynn Gallian, Statement of Related Cases (LBR Form 1015-2.1), Schedule A/B: Property (Official Form 106A/B or 206A/B), Schedule C: The Property You Claimed as Exempt (Official Form 106C), Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G or 206G), Schedule H: Your Codebtors (Official Form 106H or 206H), Schedule I: Your Income (Official Form 106I), Declaration About an Individual Debtor's Schedules (Official Form 106Dec), Statement of Financial Affairs (Official Form 107 or 207) (Official Form 107 or 207), Statement of Intention for Individuals Filing Under Chapter 7 (Official Form B8, or 108), Chapter 7 Statement of Your Current Monthly Income (Official Form 122A-1) (BNC Option), Verification of Master Mailing List of Creditors (LBR F1007-1))). (TD8) (Entered: 08/31/2022) |
| 08/31/2022 | [212](#)<br>(10 pgs) | Debtor's Notice of 2018 IRS Underpayment, Paid in Full Filed by Debtor Jamie Lynn Gallian (RE: related document(s)162 Application to Employ Coldwell Banker Realty as Real Estate Broker *Application Of The Chapter 7 Trustee To Employ Real Estate Broker Coldwell Banker Realty And Agents William Friedman And Greg Bingham Pursuant To 11 U.S.C. §§ 327 And 328; Memorandum Of Points And Authorities; And Declarations Of William Friedman And Greg Bingham In Support (with Proof of Service)* Filed by Trustee Jeffrey I Golden (TR) (Golden (TR), Jeffrey) - WARNING: See docket entry no. 166 for corrections - Modified on 7/29/2022 (TD8).). 'EDB' (JL) (Entered: 09/01/2022) |
| 09/01/2022 | 211 | In accordance with the Administrative Order 22-17 dated 8/16/2022, this case is hereby reassigned from Judge Erithe A. Smith to Judge Scott C Clarkson. (JL) (Entered: 09/01/2022) |
| 09/01/2022 | [213](#)<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)206 Order on Motion For Leave to Appeal (BNC-PDF)) No. of Notices: 0. Notice Date 09/01/2022. (Admin.) (Entered: 09/01/2022) |
| 09/01/2022 | [214](#)<br>(3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)207 Order on Amended Motion (BNC-PDF)) No. of Notices: 0. Notice Date 09/01/2022. (Admin.) (Entered: 09/01/2022) |
| 09/02/2022 | [215](#)<br>(2 pgs) | USDC Stipulation To Dismiss Appeal Without Prejudice RE: Appeal USDC Number: 8:22-cv-01462-RGK - RULING: Debtor's Appeal Shall Be Dismissed Without Prejudice. (filed at United States District Court on 9/1/2022) (RE: related document(s)161 Notice of Appeal and Statement of Election (Official Form 417A) filed by Debtor Jamie Lynn Gallian). (NB8) (Entered: 09/02/2022) |

EXHIBIT 1, PAGE 43

| | | |
|---|---|---|
| 09/02/2022 | 216<br>(10 pgs) | Debtor's Notice of Filing of [Doc 212] In Error, Filed by Debtor Jamie Lynn Gallian [EDB] (RE: related document(s)212 Debtor's Notice of 2018 IRS Underpayment, Paid in Full Filed by Debtor Jamie Lynn Gallian (RE: related document(s)162 Application to Employ Coldwell Banker Realty as Real Estate Broker *Application Of The Chapter 7 Trustee To Employ Real Estate Broker Coldwell Banker Realty And Agents William Friedman And Greg Bingham Pursuant To 11 U.S.C. §§ 327 And 328; Memorandum Of Points And Authorities; And Declarations Of William Friedman And Greg Bingham In Support (with Proof of Service)* Filed by Trustee Jeffrey I Golden (TR) (Golden (TR, Jeffrey) - WARNING: See docket entry no. 166 for corrections - Modified on 7/29/2022 (TD8).). 'EDB' (JL)). (TD8) (Entered: 09/02/2022) |
| 09/02/2022 | 217<br>(14 pgs) | Debtor's Notice Of 2019 IRS 1040 Underpayment, Paid In Full Filed by Debtor Jamie Lynn Gallian . [EDB] (NB8) (Entered: 09/06/2022) |
| 09/06/2022 | 218<br>(7 pgs) | Reply to (related document(s): 208 Opposition filed by Debtor Jamie Lynn Gallian) -*Chapter 7 Trustee's Reply Memorandum of Points and Authorities in Support of Application to Employ Real Estate Broker and to Enter into Listing Agreement; and Request for Judicial Notice in Support Thereof; proof of service* Filed by Trustee Jeffrey I Golden (TR) (DE Leest, Aaron) (Entered: 09/06/2022) |
| 09/06/2022 | 219<br>(30 pgs) | Objection (related document(s): 208 Opposition filed by Debtor Jamie Lynn Gallian) -*Evidentiary Objections to Jamie Lynn Gallian in Support of Opposition to Application of the Chapter 7 Trustee to Employ Real Estate Broker Coldwell Banker Realty and Agents William Friedman and Greg Bingham pursuant to 11 U.S.C. §§ 327 and 328; proof of service* Filed by Trustee Jeffrey I Golden (TR) (DE Leest, Aaron) (Entered: 09/06/2022) |
| 09/07/2022 | 220<br>(2 pgs) | Order Continuing Hearing on Debtor's Notice of and Motion for Reconsideration of 7.21.22 Order Sustaining Houser Bros. Co. DBA Rancho Del Rey Mobile Home Estates Objection to Debtor's Claimed Homestead Exemption - Hearing Continued to September 22, 2022 at 10:00 AM (BNC-PDF) (Related Doc # 157) Signed on 9/7/2022. (JL) (Entered: 09/07/2022) |
| 09/07/2022 | 221<br>(3 pgs) | Statement *218 Huntington Beach Gables Homeowners Association's Joinder to Trustee's Reply in Support of Application to Employ Real Estate Broker with Proof of Service* Filed by Creditor The Huntington Beach Gables Homeowners Association. (Goe, Robert) (Entered: 09/07/2022) |
| 09/08/2022 | 222<br>(35 pgs) | Opposition to (related document(s): 203 Notice filed by Debtor Jamie Lynn Gallian) *Trustees Notice Of Opposition, Opposition And Request For Hearing To Debtor's Notice To Trustee To Abandon Estates Interest In Reinvested Funds From Sale Of Unit 53, 10/31/2018 APN 937-630-53 To Purchase LBM1081 On November 1, 2018, And Against Jamie Lynn Gallian Relating To The Purchase In The Personal Property Commonly Known As 16222 Monterey Ln #376, Huntington Beach, California 92649; Memorandum Of Points And Authorities And Request For Judicial Notice In Support Thereof, with Proof of Service* Filed by Trustee Jeffrey I Golden (TR) (DE Leest, Aaron) (Entered: 09/08/2022) |
| 09/09/2022 | 223<br>(4 pgs) | Opposition to (related document(s): 203 Notice filed by Debtor Jamie Lynn Gallian, 222 Opposition filed by Trustee Jeffrey I Golden (TR)) *Creditor Huntington Beach Gables Homeowners Association's Joinder to Trustee's Opposition to Debtor's Notice to Abandon Property of the Estate* |

9/19/24, 11:56 AM                    CM/ECF - U.S. Bankruptcy Court (NG 1.7.1.1 - LIVE)

|  |  |  |
|---|---|---|
|  |  | Filed by Creditor The Huntington Beach Gables Homeowners Association (Iskander, Brandon) (Entered: 09/09/2022) |
| 09/09/2022 | 224 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)220 Order on Motion To Reconsider (BNC-PDF)) No. of Notices: 0. Notice Date 09/09/2022. (Admin.) (Entered: 09/09/2022) |
| 09/12/2022 | 225 (12 pgs; 2 docs) | Notice Of Lodgment Of Order In Bankruptcy Order In Bankruptcy Case Filed by Debtor Jamie Lynn Gallian (RE: related document(s)203 Debtor's Notice to Trustee to Abandon Estate's Interest in Reinvested Funds From Sal of Unit 53, 10/31/2018 APN 937-630-53 to Purchase LBM1081 on November 1, 2018, and Against Jamie Lynn Gallian Relating to the Purchase in the Personal Property Commonly Known as 16222 Monterey Ln #376, Huntington Beach, California 92649 , Filed by Debtor Jamie Lynn Gallian [EDB]. (TD8)). [EDB] (NB8) Additional attachment(s) added on 9/12/2022 (NB8). (Entered: 09/12/2022) |
| 09/12/2022 | 226 (8 pgs) | Objection (related document(s): 225 Notice of Lodgment filed by Debtor Jamie Lynn Gallian) -Trustee's Objection to Debtor's Notice of Lodgment of Order and Proposed Order re: Debtor's Notice to Trustee to Abandon Estate's Interest in Reinvested Funds from Sale of Unit 53, 10/31/2018 APN 937-630-53 to Purchase LBM1081 on November 1, 2018, and Against Jamie Lynn Gallian relating to the Purchase in the Personal Property commonly known as 16222 Monterey Ln #376, Huntington Beach, California 92649; Request for Judicial Notice in Support Thereof; proof of service Filed by Trustee Jeffrey I Golden (TR) (DE Leest, Aaron) (Entered: 09/12/2022) |
| 09/13/2022 | 231 | Hearing Held On Motion (RE: related document(s)162 Application Of The Chapter 7 Trustee To Employ Real Estate Broker Coldwell Banker Realty And Agents William Friedman And Greg Bingham Pursuant To 11 U.S.C. Sections 327 And 328 filed by Trustee Jeffrey I Golden (TR)) - MOTION DENIED WITHOUT PREJUDICE - ORDER BY ATTORNEY (NB8) (Entered: 09/20/2022) |
| 09/14/2022 | 227 (8 pgs) | Debtor Jamie Lynn Gallian's Reply To Trustee's Objection [Docket 226) To Debtor's [Docket 225) Notice Of Lodgment Of Order And Proposed Order [Docket [225-1] RE: Debtor's Notice To Trustee To Abandon Estate's Interest In Reinvested Funds From Sale Of Unit 53, 10/31/2018 APN 937-630-53 To Purchase LBM1081 On November 1, 2018, And Against Jamie Lynn Gallian Relating To The Purchase In The Personal Property Commonly Known As 16222 Monterey LN#376, Huntington Beach, California 92649. [Docket 203] (related document(s): 225 Notice of Lodgment filed by Debtor Jamie Lynn Gallian) Filed by Debtor Jamie Lynn Gallian [EDB] (NB8) (Entered: 09/14/2022) |
| 09/14/2022 | 228 (8 pgs) | Debtor Jamie Lynn Gallian's Reply To Trustee's Objection [Docket 226) To Debtor's [Docket 225) Notice Of Lodgment Of Order And Proposed Order [Docket [225-1]) RE: Debtor's Notice To Trustee To Abandon Estate's Interest In Reinvested Funds From Sale Of Unit 53, 10/31/2018 APN 937-630-53 To Purchase LBM1081 On November 1, 2018, And Against Jamie Lynn Gallian Relating To The Purchase In The Personal Property Commonly Known As 16222 Monterey LN#376, Huntington Beach, California 92649. [Docket 203] (related document(s): 225 Notice of Lodgment filed by Debtor Jamie Lynn Gallian) Filed by Debtor Jamie Lynn Gallian [EDB] (NB8) (Entered: 09/14/2022) |

EXHIBIT 1, PAGE 45

9/19/24, 11:56 AM                          CM/ECF - U.S. Bankruptcy Court (NG 1.7.1.1 - LIVE)

| 09/15/2022 | **229**<br>(1 pg) | Request for CD of Court Proceedings . Fee Amount $32, Filed by Trustee Jeffrey I Golden (TR). (DE Leest, Aaron) (Entered: 09/15/2022) |
|---|---|---|
| 09/15/2022 | | Receipt of Request for CD of Court Proceedings (fee)( 8:21-bk-11710-SC) [misc,cdrf] ( 32.00) Filing Fee. Receipt number A54665082. Fee amount 32.00. (re: Doc# 229) (U.S. Treasury) (Entered: 09/15/2022) |
| 09/17/2022 | **230**<br>(15 pgs) | Notice Of Lodgment RE: Chapter 7 Trustee's Application To Employ Real Estate Broker Coldwell Banker And Agents Pursuant To 11 U.S.C. Sections 327 And 328 Filed by Debtor Jamie Lynn Gallian (RE: related document(s)162 Application to Employ Coldwell Banker Realty as Real Estate Broker *Application Of The Chapter 7 Trustee To Employ Real Estate Broker Coldwell Banker Realty And Agents William Friedman And Greg Bingham Pursuant To 11 U.S.C. §§ 327 And 328; M). [EDB] (NB8) (Entered: 09/19/2022)* |
| 09/20/2022 | **232**<br>(23 pgs) | Objection (related document(s): 230 Notice of Lodgment filed by Debtor Jamie Lynn Gallian) -*Trustee's Objection to Debtor's Notice of Lodgment of Order and Form of Amended - Order Denying Chapter 7 Trustee Jeffrey I Golden's Application of the Chapter 7 Trustee to Employ Real Estate Broker Coldwell Banker Realty and Agents William Friedman and Greg Bingham pursuant to 11 U.S.C. §§ 327 and 328; proof of service* Filed by Trustee Jeffrey I Golden (TR) (DE Leest, Aaron) (Entered: 09/20/2022) |
| 09/20/2022 | **233**<br>(6 pgs) | Notice of lodgment *of Order in Bankruptcy Case; proof of service* Filed by Trustee Jeffrey I Golden (TR) (RE: related document(s)162 Application to Employ Coldwell Banker Realty as Real Estate Broker *Application Of The Chapter 7 Trustee To Employ Real Estate Broker Coldwell Banker Realty And Agents William Friedman And Greg Bingham Pursuant To 11 U.S.C. §§ 327 And 328; Memorandum Of Points And Authorities; And Declarations Of William Friedman And Greg Bingham In Support (with Proof of Service)* Filed by Trustee Jeffrey I Golden (TR) (Golden (TR), Jeffrey) - WARNING: See docket entry no. 166 for corrections - Modified on 7/29/2022 (TD8).). (DE Leest, Aaron) (Entered: 09/20/2022) |
| 09/21/2022 | **234**<br>(2 pgs) | BAP ORDER Dismissing Appeals Re: Appeal BAP Nos. CC-22-1146 AND CC-22-1166 (filed at United States Bankruptcy Appellant Panel of the Ninth Circuit on 9/16/2022) (RE: related document(s)143 Notice of Appeal and Statement of Election (Official Form 417A) filed by Debtor Jamie Lynn Gallian AND related document 189 Notice of Appeal and Statement of Election (Official Form 417A)). (NB8) (Entered: 09/21/2022) |
| 09/21/2022 | **235**<br>(22 pgs) | Status report *in Advance of Continued Hearing on Motion for Reconsideration of 7-21-22 Order Sustaining Houser Bros. Co dba Ranch Del Rey Mobile Home Estate's Objection to Debtor's Claimed Homestead Exemption; with Proof of Service* Filed by Creditor Houser Bros. dba Rancho Del Rey Mobile Home Estates (RE: related document(s)177 Order RE: Objection to Debtor's Claim of Exemptions (BNC-PDF)). (Hays, D) (Entered: 09/21/2022) |
| 09/22/2022 | 236 | Trustee Payment Under 11 U.S.C. Section 330(e) Processed for $60.00. Voucher Number CACBCLERK22-1161. (HF) (Entered: 09/22/2022) |
| 09/22/2022 | 237 | Hearing Held (RE: related document(s)157 Motion to Reconsider filed by Debtor Jamie Lynn Gallian) MATTER TAKEN UNDER ADVISEMENT (JL) (Entered: 09/23/2022) |

EXHIBIT 1, PAGE 46

| | | |
|---|---|---|
| 09/23/2022 | 238 (13 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *201; proof of service* Filed by Trustee Jeffrey I Golden (TR). (DE Leest, Aaron) (Entered: 09/23/2022) |
| 09/23/2022 | 239 (2 pgs) | Order Authorizing Trustee's Abandonment of Estate's interest in claims against Randall L. Nickel relating to the October 2018 Transfer of the Property commonly known as 4476 Alderport Dr. #53, Huntington Beach, California 92649 (BNC-PDF) (Related Doc # 1 ) Signed on 9/23/2022 (AM) (Entered: 09/23/2022) |
| 09/25/2022 | 240 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)239 Order (Generic) (BNC-PDF)) No. of Notices: 0. Notice Date 09/25/2022. (Admin.) (Entered: 09/25/2022) |
| 09/28/2022 | 241 (2 pgs) | Order Denying Application Application Of The Chapter 7 Trustee To Employ Real Estate Broker Coldwell Banker Realty And Agents William Friedman And Greg Bingham Pursuant To 11 U.S.C. Sections 327 And 328 Without Prejudice. IT IS ORDERED: The Application Is DENIED WITHOUT PREJUDICE. (BNC-PDF) (Related Doc # 162) Signed on 9/28/2022. (NB8) (Entered: 09/28/2022) |
| 09/30/2022 | 242 (25 pgs) | Notice *of Recent Decision re: Debtor's Motion for Reconsideration of 7.21.22 Order Sustaining Objection to Debtor's Claimed Homestead Exemption, with Proof of Service* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates. (Hays, D) (Entered: 09/30/2022) |
| 09/30/2022 | 243 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)241 Order on Application to Employ (BNC-PDF)) No. of Notices: 0. Notice Date 09/30/2022. (Admin.) (Entered: 09/30/2022) |
| 10/07/2022 | 244 (256 pgs) | AMENDED Debtor's Notice Of Motion And Motion To Avoid Lien Under 11 U.S.C. Section 522(f) (Real Property) With The Huntington Beach Gables Homeowners Association (related document(s): 147 Amended Motion (related document(s): 135 Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian filed by Debtor Jamie Lynn Gallian) Filed by Debtor Jamie Lynn Gallian [EDB] (NB8) (Entered: 10/07/2022) |
| 10/07/2022 | 245 (258 pgs) | Notice of Opportunity To Request a Hearing On Motion (LBR 9013-1(o)) Filed by Debtor Jamie Lynn Gallian (RE: related document(s)244 AMENDED Debtor's Notice Of Motion And Motion To Avoid Lien Under 11 U.S.C. Section 522(f) (Real Property) With The Huntington Beach Gables Homeowners Association (related document(s): 147 Amended Motion (related document(s): 135 Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) filed by Debtor Jamie Lynn Gallian) Filed by Debtor Jamie Lynn Gallian [EDB] (NB8)). [EDB] (NB8) (Entered: 10/07/2022) |
| 10/13/2022 | 246 (4 pgs) | Notice Motion For: Motion To Avoid Lien Under 11 U.S.C. Section 522(f) Filed by Debtor Jamie Lynn Gallian (RE: related document(s)244 AMENDED Debtor's Notice Of Motion And Motion To Avoid Lien Under 11 U.S.C. Section 522(f) (Real Property) With The Huntington Beach Gables Homeowners Association (related document(s): 147 Amended Motion (related document(s): 135 Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) filed by Debtor Jamie Lynn Gallian) Filed by |

EXHIBIT 1, PAGE 47

9/19/24, 11:56 AM                    CM/ECF - U.S. Bankruptcy Court (NG 1.7.1.1 - LIVE)

| | | |
|---|---|---|
| | | Debtor Jamie Lynn Gallian [EDB] (NB8)). [EDB] (NB8) - Warning: See docket entry no.: 249 for corrections - Modified on 10/13/2022 (NB8). (Entered: 10/13/2022) |
| 10/13/2022 | 247 (4 pgs) | Notice Motion For: Motion To Avoid Lien Under 11 U.S.C. Section 522(f) Filed by Debtor Jamie Lynn Gallian (RE: related document(s)244 AMENDED Debtor's Notice Of Motion And Motion To Avoid Lien Under 11 U.S.C. Section 522(f) (Real Property) With The Huntington Beach Gables Homeowners Association (related document(s): 147 Amended Motion (related document(s): 135 Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) filed by Debtor Jamie Lynn Gallian) Filed by Debtor Jamie Lynn Gallian [EDB] (NB8)). [EDB] (NB8) - Warning: See docket entry no.: 248 for corrections - Modified on 10/13/2022 (NB8). (Entered: 10/13/2022) |
| 10/13/2022 | 248 | Notice to Filer of Error and/or Deficient Document **Incorrect hearing date/time/location was selected. THE FILER IS INSTRUCTED TO FILE AN AMENDED NOTICE OF MOTION/HEARING WITH THE CORRECT HEARING INFORMATION, WHICH IS: NOVEMBER 15, 2022 AT 11:00 A.M. IN COURTROOM 5C-VIRTUAL, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701.** (RE: related document(s)246 Notice of motion/application filed by Debtor Jamie Lynn Gallian) (NB8) (Entered: 10/13/2022) |
| 10/13/2022 | 249 | Notice to Filer of Error and/or Deficient Document **Incorrect hearing date/time/location was selected. THE FILER IS INSTRUCTED TO FILE AN AMENDED NOTICE OF MOTION/HEARING WITH THE CORRECT HEARING INFORMATION, WHICH IS: NOVEMBER 15, 2022 AT 11:00 A.M. IN COURTROOM 5C-VIRTUAL, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701..** (RE: related document(s)246 Notice of motion/application filed by Debtor Jamie Lynn Gallian) (NB8) (Entered: 10/13/2022) |
| 10/13/2022 | 250 | Hearing Set (RE: related document(s)244 AMENDED Debtor's Motion To Avoid Lien Under 11 U.S.C. Section 522(f) (Real Property) With The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) The Hearing date is set for 11/15/2022 at 11:00 AM at Crtrm 5C-Virtual, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (NB8) (Entered: 10/13/2022) |
| 10/13/2022 | 252 (4 pgs) | AMENDED Notice Of Motion For: Motion To Avoid Lien Under 11 U.S.C. Section 522(f) Filed by Debtor Jamie Lynn Gallian (RE: related document(s)147 Amended Motion (related document(s): 135 Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) Filed by Debtor Jamie Lynn Gallian [EDB] (Attachments: # 1 Part 2) (TD8) filed by Debtor Jamie Lynn Gallian). [EDB] (NB8) (Entered: 10/14/2022) |
| 10/14/2022 | 251 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Barnhardt, Bradford. (Barnhardt, Bradford) (Entered: 10/14/2022) |
| 10/21/2022 | 253 (260 pgs) | Declaration That No Party Requested A Hearing On Motion (LBR 9013-1(o)(3)) Filed by Debtor Jamie Lynn Gallian (RE: related document(s) 244 Amended Motion (related document(s): 147 Amended Motion (related document(s): 135 Motion to Avoid Lien Property Lien with The |

EXHIBIT 1, PAGE 48

CM/ECF - U.S. Bankruptcy Court (NG 1.7.1.1 - LIVE)

| | | |
|---|---|---|
| | | Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) filed by Debtor Jamie Lynn Gallian)). [EDB] (NB8) (Entered: 10/21/2022) |
| 10/21/2022 | [254](#) (7 pgs) | Notice Of Lodgment Of Order In Bankruptcy Case RE: Debtor's Motion To Avoid Lien Under 11 U.S.C. Section 522(f) (Real Property) Filed by Debtor Jamie Lynn Gallian (RE: related document(s)[244](#) Amended Motion (related document(s): [147](#) Amended Motion (related document(s): [135](#) Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) filed by Debtor Jamie Lynn Gallian)). [EDB] (NB8) Additional attachment(s) added on 10/21/2022 (NB8). (Entered: 10/21/2022) |
| 10/21/2022 | [255](#) (7 pgs) | Opposition to (related document(s): [244](#) Amended Motion (related document(s): [147](#) Amended Motion (related document(s): [135](#) Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) filed by Debtor Jamie Lynn Gallian) filed by Debtor Jamie Lynn Gallian *Preliminary Opposition To Amended Motion To Avoid Lien (Docket No. 244) with proof of service* Filed by Creditor The Huntington Beach Gables Homeowners Association (Goe, Robert) - Warning: See docket entry no.: 256 for corrections - Modified on 10/21/2022 (NB8). (Entered: 10/21/2022) |
| 10/21/2022 | 256 | Notice to Filer of Error and/or Deficient Document **Incorrect hearing date/time/location was selected. THE FILER IS INSTRUCTED TO FILE A NOTICE OF ERRATA WITH THE CORRECT HEARING INFORMATION, WHICH IS: NOVEMBER 15, 2022 AT 11:00 A.M. IN COURTROOM 5C-VIRTUAL, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701.** (RE: related document(s)[255](#) Opposition filed by Creditor The Huntington Beach Gables Homeowners Association) (NB8) (Entered: 10/21/2022) |
| 10/23/2022 | [257](#) (4 pgs) | Debtor's Reply and Objection to HOA's Preliminary Opposition to Debtor's Declaration that No Party Filed and Served a Timely Notice of Opposition and Request for Hearing to Debtor's Amended Motion to Avoid Lien Under 11 U.S.C. Section 522(f) Doc 244; Declaration of Jamie Lynn Gallian (related document(s): [244](#) Amended Motion (related document(s): [147](#) Amended Motion (related document(s): [135](#) Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) filed by Debtor Jamie Lynn Gallian) filed by Debtor Jamie Lynn Gallian, [255](#) Opposition filed by Creditor The Huntington Beach Gables Homeowners Association) Filed by Debtor Jamie Lynn Gallian 'EDB' (JL) (Entered: 10/24/2022) |
| 10/24/2022 | [258](#) (4 pgs) | Debtor's Notice of Errata Regarding [Doc 246, 247, 252] Debtor's Amended Motion to Avoid Lien Under 11 U.S.C. Section(f) [Doc 244] was Unopposed and No Request for Hearing was Filed by Huntington Beach Gables HOA or Directly Related Party; Declaration of Jamie Lynn Gallian Filed by Debtor Jamie Lynn Gallian 'EDB' (RE: related document(s)[246](#) Notice of motion/application, [247](#) Notice of motion/application, [252](#) Notice of motion/application). (JL) (Entered: 10/24/2022) |
| 10/24/2022 | [259](#) (3 pgs) | Errata *To Preliminary Opposition To Amended Motion To Avoid Lien with proof of service* Filed by Creditor The Huntington Beach Gables Homeowners Association (RE: related document(s)[255](#) Opposition). (Iskander, Brandon) (Entered: 10/24/2022) |

EXHIBIT 1, PAGE 49

| | | |
|---|---|---|
| 11/01/2022 | [260](#)<br>(12 pgs) | Opposition to (related document(s): [244](#) Amended Motion (related document(s): [147](#) Amended Motion (related document(s): [135](#) Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) filed by Debtor Jamie Lynn Gallian) filed by Debtor Jamie Lynn Gallian) *Opposition to Debtor's Amended Notice of Motion and Motion to Avoid Lien Under 11 U.S.C. § 522(f) and Request for Judicial Notice and Evidentiary Objections Submitted Concurrently Herewith with Proof of Service* Filed by Creditor The Huntington Beach Gables Homeowners Association (Iskander, Brandon) (Entered: 11/01/2022) |
| 11/01/2022 | [261](#)<br>(10 pgs) | Objection (related document(s): [244](#) Amended Motion (related document(s): [147](#) Amended Motion (related document(s): [135](#) Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) filed by Debtor Jamie Lynn Gallian) filed by Debtor Jamie Lynn Gallian) *Evidentiary Objections to Amended Notice of Motion and Motion to Avoid Lien Under 11 U.S.C. § 522(f) with Proof of Service* Filed by Creditor The Huntington Beach Gables Homeowners Association (Iskander, Brandon) (Entered: 11/01/2022) |
| 11/01/2022 | [262](#)<br>(153 pgs) | Request for judicial notice *Request for Judicial Notice in Support of Opposition to Amended Notice of Motion and Motion to Avoid Lien Under 11 U.S.C. 522(f) with Proof of Service* Filed by Creditor The Huntington Beach Gables Homeowners Association (RE: related document(s)[260](#) Opposition). (Iskander, Brandon) (Entered: 11/01/2022) |
| 11/10/2022 | [263](#)<br>(264 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) Filed by Debtor Jamie Lynn Gallian (RE: related document(s)[244](#) Amended Motion (related document(s): [147](#) Amended Motion (related document(s): [135](#) Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) filed by Debtor Jamie Lynn Gallian)). [EDB] (NB8) (Entered: 11/10/2022) |
| 11/10/2022 | [264](#)<br>(10 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) Filed by Debtor Jamie Lynn Gallian (RE: related document(s)[244](#) Amended Motion (related document(s): [147](#) Amended Motion (related document(s): [135](#) Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) filed by Debtor Jamie Lynn Gallian)). [EDB] (NB8) (Entered: 11/10/2022) |
| 11/15/2022 | [265](#)<br>(5 pgs) | Notice of lodgment *re Order Denying Motion with Proof of Service* Filed by Creditor The Huntington Beach Gables Homeowners Association (RE: related document(s)[244](#) AMENDED Debtor's Notice Of Motion And Motion To Avoid Lien Under 11 U.S.C. Section 522(f) (Real Property) With The Huntington Beach Gables Homeowners Association (related document(s): [147](#) Amended Motion (related document(s): [135](#) Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) filed by Debtor Jamie Lynn Gallian) Filed by Debtor Jamie Lynn Gallian [EDB] (NB8). (Iskander, Brandon) (Entered: 11/15/2022) |
| 11/15/2022 | [266](#)<br>(10 pgs) | Declaration Of Jamie Lynn Gallian In Opposition To Docket No. [265](#), Filed By Respondent, The Huntington Beach Gables Homeowners Association, A California Nonprofit Mutual Benefit Co. "Notice Of Lodgment Of Order" Filed by Debtor Jamie Lynn Gallian (RE: related |

EXHIBIT 1, PAGE 50

9/19/24, 11:56 AM

CM/ECF - U.S. Bankruptcy Court (NG 1.7.1.1 - LIVE)

| | | document(s)265 Notice of Lodgment). [EDB] (NB8) (Entered: 11/16/2022) |
|---|---|---|
| 11/15/2022 | 267 (7 pgs) | Declaration Of Jamie Lynn Gallian In Opposition To Docket No. 265, Filed By Respondent, The Huntington Beach Gables Homeowners Association, A California Nonprofit Mutual Benefit Co. "Notice Of Lodgment Of Order" Filed by Debtor Jamie Lynn Gallian (RE: related document(s)265 Notice of Lodgment). [EDB] (NB8) (Entered: 11/16/2022) |
| 11/15/2022 | 268 (7 pgs) | [Debtor's Notice Of Amending HOA Order Doc. 265, Submitted Via L.O.U.] Notice Of Lodgment Of Order In Bankruptcy Case RE: Debtor's Amended Motion To Avoid Lien Under 11 U.S.C. Section 522(f) Doc. 244 Notice of lodgment Filed by Debtor Jamie Lynn Gallian (RE: related document(s)244 Amended Motion (related document(s): 147 Amended Motion (related document(s): 135 Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) filed by Debtor Jamie Lynn Gallian)). [EDB] (NB8) (Entered: 11/16/2022) |
| 11/15/2022 | 271 | Hearing Held On Motion (RE: related document(s)244 Debtor's Amended Motion To Avoid Lien Under 11 U.S.C. Section 522(f) (Real Property) With The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) - ORDER BY ATTORNEY - MOTION DENIED WITHOUT PREJUDICE (NB8) (Entered: 11/30/2022) |
| 11/22/2022 | 269 (2 pgs) | Order Denying Debtor's Amended Motion To Avoid Lien Without Prejudice. IT IS ORDERED: The Motion Is DENIED WITHOUT PREJUDICE. If Debtor's Motion For Reconsideration (Docket No. 157 ) Is Granted, Debtor May Renew The Motion. (BNC-PDF) (Related Doc # 244 ) Signed on 11/22/2022 (NB8) (Entered: 11/22/2022) |
| 11/24/2022 | 270 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)269 Order on Amended Motion (BNC-PDF)) No. of Notices: 0. Notice Date 11/24/2022. (Admin.) (Entered: 11/24/2022) |
| 12/14/2022 | 272 (1 pg) | Mandate On Appeals RE: Appeal BAP Numbers: CC-22-1146 And CC-22-1166 - Ruling: The Stipulations Are Granted. IT IS THE ORDERED the APPEALS ARE DISMISSED (filed at United States Bankruptcy Appellant Panel of the Ninth Circuit on 9/16/2022) Signed on 12/14/2022. (NB8) (Entered: 12/14/2022) |
| 12/19/2022 | 273 (13 pgs) | Memorandum of Decision regarding Debtor's Motion for Reconsideration of the Court's August 5, 2022 Order Sustaining Objection to Debtor's Homestead Exemption (See Order for Further Rulings) (BNC-PDF) Signed on 12/19/2022. (Entered: 12/19/2022) |
| 12/19/2022 | 274 (3 pgs) | Order Granting Debtor's Motion for Reconsideration of the Court's August 5, 2022 Order Sustaining Objection to Debtor's Homestead Exemption (See Order for Further Rulings) (BNC-PDF) Signed on 12/19/2022 (RE: related document(s)157 Motion to Reconsider filed by Debtor Jamie Lynn Gallian). (AM) (Entered: 12/19/2022) |
| 12/21/2022 | 275 (15 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)273 Memorandum of decision (BNC-PDF)) No. of Notices: 0. Notice Date 12/21/2022. (Admin.) (Entered: 12/21/2022) |

EXHIBIT 1, PAGE 51

9/19/24, 11:56 AM    CM/ECF - U.S. Bankruptcy Court (NG 1.7.1.1 - LIVE)

| | | |
|---|---|---|
| 12/21/2022 | **276**<br>(5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)274 Order (Generic) (BNC-PDF)) No. of Notices: 0. Notice Date 12/21/2022. (Admin.) (Entered: 12/21/2022) |
| 12/22/2022 | **277**<br>(232 pgs) | Notice of Opportunity To Request a Hearing On Motion (LBR 9013-1(o)) Filed by Debtor Jamie Lynn Gallian (RE: related document(s)244 AMENDED Debtor's Notice Of Motion And Motion To Avoid Lien Under 11 U.S.C. Section 522(f) (Real Property) With The Huntington Beach Gables Homeowners Association (related document(s): 147 Amended Motion (related document(s): 135 Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) filed by Debtor Jamie Lynn Gallian) Filed by Debtor Jamie Lynn Gallian [EDB] (NB8)). [EDB] (NB8) (Entered: 12/22/2022) |
| 12/28/2022 | **278**<br>(49 pgs) | Notice of motion and motion for relief from the automatic stay with supporting declarations UNLAWFUL DETAINER RE: 16222 Monterey Lane, Space 376, Huntington Beach, CA 92647 *; Declarations of Chris Houser and Vivienne Alston; with Proof of Service*. Fee Amount $188, Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (Hays, D) (Entered: 12/28/2022) |
| 12/28/2022 | | Receipt of Motion for Relief from Stay - Unlawful Detainer( 8:21-bk-11710-SC) [motion,nmud] ( 188.00) Filing Fee. Receipt number A54996078. Fee amount 188.00. (re: Doc# 278) (U.S. Treasury) (Entered: 12/28/2022) |
| 12/28/2022 | 279 | Hearing Set (RE: related document(s)278 Motion for Relief from Stay - Unlawful Detainer RE: 16222 Monterey Lane, Space 376, Huntington Beach, CA 92647 filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates) The Hearing date is set for 1/18/2023 at 10:00 AM at Crtrm 5C-Virtual, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (NB8) (Entered: 12/29/2022) |
| 12/29/2022 | **280**<br>(8 pgs) | Notice of Appeal and Statement of Election to U.S. District Court.(Official Form 417A) . Fee Amount $298 Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (RE: related document(s)274 Order (Generic) (BNC-PDF)). Appellant Designation due by 01/12/2023. (Hays, D) (Entered: 12/29/2022) |
| 12/29/2022 | | Receipt of Notice of Appeal and Statement of Election (Official Form 417A)( 8:21-bk-11710-SC) [appeal,ntcaplel] ( 298.00) Filing Fee. Receipt number A54999894. Fee amount 298.00. (re: Doc# 280) (U.S. Treasury) (Entered: 12/29/2022) |
| 12/30/2022 | **281**<br>(21 pgs; 5 docs) | Notice Of Referral Of Appeal To United States District Court with certificate of mailing (RE: related document(s)280 Notice of Appeal and Statement of Election (Official Form 417A) filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates) (Attachments: # 1 Notice of Appeal and Statement of Election # 2 Notice of Transcript(s) Designated for an Appeal # 3 Transcript Order Form # 4 Amended Order Continuing the Bankruptcy Appellate Panel of the Ninth Circuit) (NB8) (Entered: 12/30/2022) |
| 01/04/2023 | **282**<br>(5 pgs) | Response to (related document(s): 278 Notice of motion and motion for relief from the automatic stay with supporting declarations UNLAWFUL DETAINER RE: 16222 Monterey Lane, Space 376, Huntington Beach, |

EXHIBIT 1, PAGE 52

9/19/24, 11:56 AM

CM/ECF - U.S. Bankruptcy Court (NG 1.7.1.1 - LIVE)

| | | |
|---|---|---|
| | | CA 92647 ; *Declarations of Chris Houser and Vivienne Alston; with Proof of Service* Filed by Trustee Jeffrey I Golden (TR) (DE Leest, Aaron) (Entered: 01/04/2023) |
| 01/05/2023 | 283 (238 pgs) | Declaration That No Party Requested A Hearing On Motion (LBR 9013-1(o)(3)) Filed by Debtor Jamie Lynn Gallian. [EDB] (NB8) (Entered: 01/05/2023) |
| 01/05/2023 | 284 (8 pgs) | Opposition to (related document(s): 277 Notice of Opportunity To Request a Hearing On Motion (LBR 9013-1(o)) filed by Debtor Jamie Lynn Gallian) *Opposition to Debtor's Notice of Motion and Motion to Avoid Lien Under 11 U.S.C. Section 522(f) and Request for Hearing* Filed by Creditor The Huntington Beach Gables Homeowners Association (Iskander, Brandon) (Entered: 01/05/2023) |
| 01/06/2023 | 285 (9 pgs) | Notice Of Lodgment Of Order In Bankruptcy Case RE: Debtor's Motion To Avoid Lien Under 11 U.S.C. Section 522(f) (Real Property) Filed by Debtor Jamie Lynn Gallian (RE: related document(s)244 AMENDED Debtor's Notice Of Motion And Motion To Avoid Lien Under 11 U.S.C. Section 522(f) (Real Property) With The Huntington Beach Gables Homeowners Association (related document(s): 147 Amended Motion (related document(s): 135 Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) filed by Debtor Jamie Lynn Gallian) Filed by Debtor Jamie Lynn Gallian [EDB] (NB8)). [EDB] (NB8) (Entered: 01/06/2023) |
| 01/10/2023 | 286 (5 pgs) | Stipulation By Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates and *Debtor to Continue Hearing on Motion for Relief from the Automatic Stay (Dk. No. 278) from January 18, 2023 to February 1, 2023; with Proof of Service* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (Hays, D) (Entered: 01/10/2023) |
| 01/10/2023 | 287 (2 pgs) | Order Approving Stipulation to Continue Hearing on Motion for Relief from the Automatic Stay (Dk No. 278), from January 18, 2023 to February 1, 2023 at 9:30 AM. Deadline to File Response to the Motion is January 18, 2023. Deadline to File Reply in Support of the Motion is January 25, 2023. (BNC-PDF) (Related Doc # 286 ) Signed on 1/10/2023 (JL) (Entered: 01/10/2023) |
| 01/11/2023 | 288 | Request for a Certified Copy Fee Amount $11. (RE: related document(s)70 Order on Motion to Abandon (BNC-PDF)) (TS) (Entered: 01/11/2023) |
| 01/11/2023 | | Receipt of Certification Fee - $11.00 by 12. Receipt Number 80076472. (admin) (Entered: 01/11/2023) |
| 01/11/2023 | | Receipt of Photocopies Fee - $1.00 by 12. Receipt Number 80076472. (admin) (Entered: 01/11/2023) |
| 01/12/2023 | 289 (1 pg) | Transcript Order Form related to an Appeal, regarding Hearing Date 09/22/22 Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (RE: related document(s)157 Motion to Reconsider). (Hays, D) (Entered: 01/12/2023) |
| 01/12/2023 | 290 (4 pgs) | Notice of transcript(s) Designated For An Appeal: Hearing Date(s): 09/22/2022 At 10:00 A.M.; 07/21/2022 - Docket No. 196 Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates |

EXHIBIT 1, PAGE 53

CM/ECF - U.S. Bankruptcy Court (NG 1.7.1.1 - LIVE)

| | | |
|---|---|---|
| | | (RE: related document(s)280 Notice of Appeal and Statement of Election (Official Form 417A)). (Hays, D) Modified on 1/13/2023 (NB8). (Entered: 01/12/2023) |
| 01/12/2023 | 291 (7 pgs) | Appellant Designation of Contents For Inclusion in Record On Appeal *re: Order Granting Debtor's Motion for Reconsideration of the Court's August 5, 2022, Order Sustaining Objection to Debtor's Homestead Exemption; with Proof of Service* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (RE: related document(s)280 Notice of Appeal and Statement of Election (Official Form 417A)). Appellee designation due by 01/26/2023. Transmission of Designation Due by 02/13/2023. (Hays, D) (Entered: 01/12/2023) |
| 01/12/2023 | 292 (4 pgs) | Statement of Issues on Appeal Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (RE: related document(s)280 Notice of Appeal and Statement of Election (Official Form 417A)). (Hays, D) (Entered: 01/12/2023) |
| 01/12/2023 | 293 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)287 Stipulation and ORDER thereon (BNC-PDF)) No. of Notices: 0. Notice Date 01/12/2023. (Admin.) (Entered: 01/12/2023) |
| 01/12/2023 | 294 (484 pgs; 2 docs) | Notice Of Motion For: Motion To Avoid Liens Under 11 U.S.C. 522(f) Filed by Debtor Jamie Lynn Gallian (RE: related document(s)244 AMENDED Debtor's Notice Of Motion And Motion To Avoid Lien Under 11 U.S.C. Section 522(f) (Real Property) With The Huntington Beach Gables Homeowners Association (related document(s): 147 Amended Motion (related document(s): 135 Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) filed by Debtor Jamie Lynn Gallian Filed by Debtor Jamie Lynn Gallian [EDB] [EDB] (NB8)). (NB8) (Main Document 294 replaced on 1/30/2023) (NB8). Additional attachment(s) added on 1/30/2023 (HC). (Entered: 01/13/2023) |
| 01/12/2023 | 296 | Hearing Set (RE: related document 294 Debtor's Motion To Avoid Liens Under 11 U.S.C. Section 522(f) (Real Property) With The Huntington Beach Gables Homeowners Association) The Hearing date is set for 2/8/2023 at 11:00 AM at Crtrm 5C-Virtual, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (NB8) (Entered: 01/13/2023) |
| 01/13/2023 | 295 | Transcript Record Transmittal (Court transcript records have been uploaded to FDS). For Order Number: 23-ES-01. RE Hearing Date: 09/22/22, [TRANSCRIPTION SERVICE PROVIDER: Briggs Reporting Co, Inc, Telephone number (310) 410-4151.] (RE: related document(s)289 Transcript Order Form (Public Request) filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates) (SD8) (Entered: 01/13/2023) |
| 01/13/2023 | 297 (229 pgs) | Motion To Avoid Lien Under 11 U.S.C. Section 522(f) (Real Property) With The Huntington Beach Gables Homeowners Assocation Filed by Debtor Jamie Lynn Gallian [EDB] (NB8) (Entered: 01/13/2023) |
| 01/18/2023 | 298 (37 pgs) | Response To Motion Regarding The Automatic Stay And Declaration(s) In Support (related document(s): 278 Notice of motion and motion for relief from the automatic stay with supporting declarations UNLAWFUL DETAINER RE: 16222 Monterey Lane, Space 376, Huntington Beach, CA 92647 *; Declarations of Chris Houser and Vivienne Alston; with* |

EXHIBIT 1, PAGE 54

9/19/24, 11:56 AM                         CM/ECF - U.S. Bankruptcy Court (NG 1.7.1.1 - LIVE)

| | | |
|---|---|---|
| | | *Proof of Service</i filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates) Filed by Debtor Jamie Lynn Gallian [EDB] (NB8) (Entered: 01/19/2023)* |
| 01/18/2023 | [300](#)<br>(37 pgs) | Response To Motion Regarding The Automatic Stay And Declaration(s) In Support (related document(s): [278](#) Notice of motion and motion for relief from the automatic stay with supporting declarations UNLAWFUL DETAINER RE: 16222 Monterey Lane, Space 376, Huntington Beach, CA 92647 *; Declarations of Chris Houser and Vivienne Alston; with Proof of Service</i filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates) Filed by Debtor Jamie Lynn Gallian [EDB] (NB8) (Entered: 01/19/2023)* |
| 01/18/2023 | [301](#)<br>(381 pgs) | Defendant Jamie L. Gallian's Lodgment Of Exhibits In Support Of Opposition To Houser Bros Co Motion For Relief From The Automatic Stay, (Dkt. 278). Memorandum Points & Authorities ISO Opposition Filed Under Separate Cover Filed by Defendant Jamie Lynn Gallian. (RE: related document(s)[278](#) Notice of motion and motion for relief from the automatic stay with supporting declarations UNLAWFUL DETAINER RE: 16222 Monterey Lane, Space 376, Huntington Beach, CA 92647 *; Declarations of Chris Houser and Vivienne Alston; with Proof of Service</i). [EDB] (NB8) (Entered: 01/19/2023)* |
| 01/18/2023 | 324 | Hearing Continued On Motion (RE: related document(s)[278](#) Motion for Relief from Stay - Unlawful Detainer RE: 16222 Monterey Lane, Space 376, Huntington Beach, CA 92647 filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates) - HEARING ON MOTION CONTINUED TO FEBRUARY 1, 2023 AT 9:30 A.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701 PER ORDER APPROVING STIPULATION ENTERED 1-20-2023 - (DOCKET NO. [287](#)). The case judge is Scott C Clarkson (NB8) (Entered: 02/03/2023) |
| 01/19/2023 | [299](#)<br>(407 pgs) | Defendant Jamie L. Gallian's Memorandum Of Points And Authorities Filed by Debtor Jamie Lynn Gallian . [EDB] (NB8) (Entered: 01/19/2023) |
| 01/19/2023 | [302](#)<br>(11 pgs) | Notice Of Lodgment In Support Of Opposition To Dkt [278](#) Filed by Debtor Jamie Lynn Gallian (RE: related document(s)[278](#) Notice of motion and motion for relief from the automatic stay with supporting declarations UNLAWFUL DETAINER RE: 16222 Monterey Lane, Space 376, Huntington Beach, CA 92647 *; Declarations of Chris Houser and Vivienne Alston; with Proof of Service</i). [EDB] (NB8) (Entered: 01/19/2023)* |
| 01/20/2023 | [303](#)<br>(6 pgs) | Opposition to (related document(s): [294](#) Notice of motion/application filed by Debtor Jamie Lynn Gallian, [297](#) Motion to Avoid Lien with The Huntington Beach Gables Homeowners Assocation filed by Debtor Jamie Lynn Gallian) *Omnibus Opposition to Debtor's Notice of Motion and Motion to Avoid Lien Under 11 U.S.C. § 522(f) with Proof of Service* Filed by Creditor The Huntington Beach Gables Homeowners Association (Iskander, Brandon) (Entered: 01/20/2023) |
| 01/20/2023 | [304](#)<br>(4 pgs) | Notice *Notice of Motion for Omnibus Opposition to Motions to Avoid Liens Under 11 U.S.C. § 522(f) (Opposing Docket nos. 294 & 297) with Proof of Service* Filed by Creditor The Huntington Beach Gables Homeowners Association (RE: related document(s)[294](#) Notice Of Motion For: Motion To Avoid Liens Under 11 U.S.C. 522(f) Filed by Debtor |

EXHIBIT 1, PAGE 55

| | | |
|---|---|---|
| | | Jamie Lynn Gallian (RE: related document(s)244 AMENDED Debtor's Notice Of Motion And Motion To Avoid Lien Under 11 U.S.C. Section 522(f) (Real Property) With The Huntington Beach Gables Homeowners Association (related document(s): 147 Amended Motion (related document(s): 135 Motion to Avoid Lien Property Lien with The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) filed by Debtor Jamie Lynn Gallian) Filed by Debtor Jamie Lynn Gallian [EDB] [EDB] (NB8)). (NB8), 297 Motion To Avoid Lien Under 11 U.S.C. Section 522(f) (Real Property) With The Huntington Beach Gables Homeowners Assocation Filed by Debtor Jamie Lynn Gallian [EDB] (NB8)). (Iskander, Brandon) (Entered: 01/20/2023) |
| 01/20/2023 | 305 | Hearing Set (RE: related document(s)297 Motion To Avoid Lien Under 11 U.S.C. Section 522(f) (Real Property) With The Huntington Beach Gables Homeowners Assocation filed by Debtor Jamie Lynn Gallian) The Hearing date is set for 2/8/2023 at 11:00 AM at Crtrm 5C-Virtual, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (NB8) (Entered: 01/23/2023) |
| 01/24/2023 | 306 (22 pgs) | Transcript regarding Hearing Held 09/22/22 RE: CONTD HEARING RE: DEBTOR'S MOTION FOR RECONSIDERATION OF 7.21.22 ORDER SUSTAINING HOUSER BROS. CO. DBA RANCHO DEL REY MOBILE HOME ESTATES OBJECTION TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION AND JOINDER PARTIES HUNTINGTON BEACH GABLES HOA; JANINE JASSO. Remote electronic access to the transcript is restricted until 04/24/2023. The transcript may be viewed at the Bankruptcy Court Clerk's Office on a public terminal **or** purchased through the Transcription Service Provider before the transcript access restriction has ended. [TRANSCRIPTION SERVICE PROVIDER: BRIGGS REPORTING COMPANY, INC., Telephone number 310-410-4151.]. Notice of Intent to Request Redaction Deadline Due By 1/31/2023. Redaction Request Due By 02/14/2023. Redacted Transcript Submission Due By 02/24/2023. Transcript access will be restricted through 04/24/2023. (Steinhauer, Holly) (Entered: 01/24/2023) |
| 01/24/2023 | 307 (4 pgs) | Debtor's Notice Of Hearing And Motion Requesting The Trustee Abandon Estate's Interest In Debtor's Primary Residence, Space 376 2014 Skyline Manufactured Home LBM1981; Court Granted Debtors Homestead Exemption - Docket 274 Filed by Debtor Jamie Lynn Gallian [EDB] (NB8) (Entered: 01/24/2023) |
| 01/24/2023 | 308 (7 pgs) | Debtor's Notice Of Hearing And Motion Requesting The Trustee Abandon Estate's Interest In Debtor's Primary Residence, Space 376 2014 Skyline Manufactured Home LBM1981; Court Granted Debtors Homestead Exemption Docket 274 Filed by Debtor Jamie Lynn Gallian [EDB] (NB8) THIS MOTION WILL BE SET FOR FEBRUARY 15, 2023 AT 11:00 A.M. IN COURTROOM 5C-VIRTUAL, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701. MOVANT TO GIVE NOTICE OF CORRECT HEARING/DATE/TIME/LOCATION - Modified on 1/24/2023 (NB8). (Entered: 01/24/2023) |
| 01/24/2023 | 309 (4 pgs) | Notice Of Motion For: Motion Requests Trustee Abandon Estates Interest In Debtors Primary Residence, Space 376 2014 Skyline Manufactured Home LBM1081; Court Granted Debtors Homestead Exemption Docket 274 Filed by Debtor Jamie Lynn Gallian (RE: related document(s)308 Debtor's Notice Of Hearing And Motion Requesting The Trustee Abandon Estate's Interest In Debtor's Primary Residence, Space 376 2014 |

EXHIBIT 1, PAGE 56

| | | |
|---|---|---|
| | | Skyline Manufactured Home LBM1981; Court Granted Debtors Homestead Exemption Docket 274 Filed by Debtor Jamie Lynn Gallian [EDB] (NB8)). [EDB] (NB8) Modified on 1/24/2023 (NB8). (Entered: 01/24/2023) |
| 01/24/2023 | 310 | Hearing Set (RE: related document(s)308 Motion Requesting The Trustee Abandon Estate's Interest In Debtor's Primary Residence, Space 376 2014 Skyline Manufactured Home LBM1081; Court Granted Debtors Homestead Exemption Docket 274 filed by Debtor Jamie Lynn Gallian) The Hearing date is set for 2/8/2023 at 11:00 AM at Crtrm 5C-Virtual, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (NB8) - INCORRECT HEARING DATE AND TIME - HEARING WILL BE SET ON FEBRUARY 15, 2023 AT 11:00 A.M. IN COURTROOM 5C-Virtual, 411 W Fourth St., Santa Ana, CA 92701- - SEE CORRECTED DOCKET ENTRY 311 Modified on 1/24/2023 (NB8). (Entered: 01/24/2023) |
| 01/24/2023 | 311 | Hearing Set (RE: related document(s)308 Motion Requesting The Trustee Abandon Estate's Interest In Debtor's Primary Residence, Space 376 2014 Skyline Manufactured Home LBM1981; Court Granted Debtors Homestead Exemption Docket 274 filed by Debtor Jamie Lynn Gallian) The Hearing date is set for 2/15/2023 at 11:00 AM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (NB8) (Entered: 01/24/2023) |
| 01/24/2023 | 312 (4 pgs) | Notice Of Motion For: Motion Requests Trustee Abandon Estates Interest In Debtors Primary Residence, Space 376 2014 Skyline Manufactured Home LBM 1081; Court Granted Debtor's Homestead Exemption Docket 274 Filed by Debtor Jamie Lynn Gallian (RE: related document(s)308 Debtor's Notice Of Hearing And Motion Requesting The Trustee Abandon Estate's Interest In Debtor's Primary Residence, Space 376 2014 Skyline Manufactured Home LBM1081; Court Granted Debtors Homestead Exemption Docket 274 Filed by Debtor Jamie Lynn Gallian [EDB] (NB8) THIS MOTION WILL BE SET FOR FEBRUARY 15, 2023 AT 11:00 A.M. IN COURTROOM 5C-VIRTUAL, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701. MOVANT TO GIVE NOTICE OF CORRECT HEARING/DATE/TIME/LOCATION - Modified on 1/24/2023 (NB8).). [EDB] (NB8) (Entered: 01/24/2023) |
| 01/25/2023 | 313 (8 pgs) | Reply to (related document(s): 278 Notice of motion and motion for relief from the automatic stay with supporting declarations UNLAWFUL DETAINER RE: 16222 Monterey Lane, Space 376, Huntington Beach, CA 92647 ; Declarations of Chris Houser and Vivienne Alston; with Proof of Service Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (Hays, D) (Entered: 01/25/2023) |
| 01/30/2023 | 314 (2 pgs) | Order Denying Motions To Avoid Lien (Dockets 294 And 297 Without Prejudice And Vacating Hearing. IT IS ORDERED: The Court Has Reviewed Debtor's Motions To Avoid Liens Under 11 U.S.C. Section 522(f) Filed January 12, 2023 (Docket 294 ) And January 13, 2023 (Docket 297 ) (Together, "Motions"), The Opposition Filed January 20, 2023 (Docket 303 ) ("Opposition"), And The Docket As A Whole, And Finding That The Matters Are Appropriate For Disposition Without A Hearing, Hereby Finds Good Cause To DENY The Motions Without Prejudice For The Reasons Stated In The Well-Taken Opposition, And VACATE The February 8, 2023, Hearing. When The Matter Of Debtor's Homestead Exemption, Which Is The Subject Of A Pending Appeal, Is Resolved, Debtor May File A Renewed Motion; However, Any Future Motion Should Adhere To The Requirements Contained In All Applicable |

CM/ECF - U.S. Bankruptcy Court (NG 1.7.1.1 - LIVE)

| | | |
|---|---|---|
| | | Rules And Procedures. (BNC-PDF) (Related Doc # doc ) Signed on 1/30/2023 (NB8) (Entered: 01/30/2023) |
| 01/31/2023 | [315](#) (102 pgs) | Jamie Lynn Gallian Objection To Houser Bros Co dba Rancho Del Rey Mobile Home Estates Motion For Relief Of Stay Without Standing Or Real Party (related document(s): [278](#) Notice of motion and motion for relief from the automatic stay with supporting declarations UNLAWFUL DETAINER RE: 16222 Monterey Lane, Space 376, Huntington Beach, CA 92647 ; *Declarations of Chris Houser and Vivienne Alston; with Proof of Service</i* filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates) Filed by Debtor Jamie Lynn Gallian [EDB] (NB8) (Entered: 01/31/2023) |
| 01/31/2023 | [316](#) (9 pgs) | Supplemental Notice Of Lodgment Of Correspondence Dated 1/31/2023: 1. HCD Mobilehome Residency Law Protection Program; Notification Of Correspondence To Houser Bros Co And Complainant Jamie Gallian; Title 25 CFR Section 4912 Compliance; 2. Email Correspondence Chapter 7 Trustee, Jeffrey Golden And Attorney Edward Hays, Plaintiff, Houser Bros Co Attorney Filed by Debtor Jamie Lynn Gallian (RE: related document(s)[302](#) Notice of Lodgment). [EDB] (NB8) (Entered: 02/01/2023) |
| 02/01/2023 | 317 | Hearing Held On Motion (RE: related document(s)[278](#) Motion for Relief from Stay - Unlawful Detainer RE: 16222 Monterey Lane, Space 376, Huntington Beach, CA 92647 filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates) - MOTION GRANTED PURSUANT TO 11 U.S.C. SECTION 362(d)(1) AND SECTION 362(d)(2) - WAIVER OF 14 DAY STAY - RULE 4001(a)(3) GRANTED - ORDER BY ATTORNEY (NB8) (Entered: 02/01/2023) |
| 02/01/2023 | [318](#) (31 pgs) | Opposition to (related document(s): [307](#) Motion filed by Debtor Jamie Lynn Gallian, [308](#) Motion filed by Debtor Jamie Lynn Gallian, [309](#) Notice of motion/application filed by Debtor Jamie Lynn Gallian, [312](#) Notice of motion/application filed by Debtor Jamie Lynn Gallian) - *Trustee's Notice of Opposition and Opposition to Debtor's Notice of Hearing and Motion Requesting Trustee Abandon Estate's Interest in Debtor's Primary Residence, Space 376 2014 Skyline Manufactured Home LBM1981; Memorandum of Points and Authorities and Request for Judicial Notice in Support Thereof; proof of service* Filed by Trustee Jeffrey I Golden (TR) (DE Leest, Aaron) (Entered: 02/01/2023) |
| 02/01/2023 | [319](#) (55 pgs) | Opposition to (related document(s): [308](#) Motion filed by Debtor Jamie Lynn Gallian) Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (Hays, D) (Entered: 02/01/2023) |
| 02/01/2023 | [320](#) (11 pgs) | Notice of lodgment Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (RE: related document(s)[278](#) Notice of motion and motion for relief from the automatic stay with supporting declarations UNLAWFUL DETAINER RE: 16222 Monterey Lane, Space 376, Huntington Beach, CA 92647 ; *Declarations of Chris Houser and Vivienne Alston; with Proof of Service* |
| 02/01/2023 | [321](#) (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[314](#) Order on Generic Motion (BNC-PDF)) No. of Notices: 0. Notice Date 02/01/2023. (Admin.) (Entered: 02/01/2023) |

EXHIBIT 1, PAGE 58

9/19/24, 11:56 AM                                    CM/ECF - U.S. Bankruptcy Court (NG 1.7.1.1 - LIVE)

| | | |
|---|---|---|
| 02/02/2023 | **322**<br>(4 pgs) | Statement *The Huntington Beach Gables Homeowners Associations Joinder To Trustees Opposition [Docket Nos. 318 & 319]To Debtor's Notice Of Hearing And Motion Requesting The Trustee Abandon Estates Interest In Debtor's Primary Residence, Space 376 2014 Skyline Manufactured Home LBM1981 with proof of service* Filed by Creditor The Huntington Beach Gables Homeowners Association. (Goe, Robert) (Entered: 02/02/2023) |
| 02/02/2023 | **323**<br>(11 pgs) | Notice of lodgment Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (RE: related document(s)278 Notice of motion and motion for relief from the automatic stay with supporting declarations UNLAWFUL DETAINER RE: 16222 Monterey Lane, Space 376, Huntington Beach, CA 92647 *; Declarations of Chris Houser and Vivienne Alston; with Proof of Service* |
| 02/06/2023 | **325**<br>(2 pgs) | Assignment notice of USDC case/judge to appeal RE: USDC Case No.: 8:23-cv-000001-DSF (filed at United States District Cout on 1/5/2023) (RE: related document(s)280 Notice of Appeal and Statement of Election (Official Form 417A) filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates) (NB8) (Entered: 02/06/2023) |
| 02/07/2023 | **326**<br>(2 pgs) | Order Denying Motion Requesting The Trustee Abandon Estate's Interest In Debtor's Primary Residence And Vacating Hearing. IT IS ORDERED: The Court Finds Good Cause To DENY The Motion Without Prejudice For The Reasons Stated In The Well-Taken Oppositions, And VACATE The February 15, 2023 Hearing. When The Matter Of Debtor's Homestead Exemption, Which Is The Subject Of A Pending Appeal, Is Resolved, Debtor May File A Renewed Motion; However, Any Future Motion Should adhere To The Requirements Contained In All Applicable Rules And Procedures And Fully Address The Substantive Merits Of The Requested Relief. (BNC-PDF) (Related Doc # 308 ) Signed on 2/7/2023 (NB8) (Entered: 02/07/2023) |
| 02/07/2023 | **327**<br>(49 pgs) | Declaration Of Jamie Lynn Gallian In Support Of Objection To The Contents Of Doc 323, Specifically Item No. 5, page 2, F 4001-1.RFS.UD Order; Order Granting Motion For Relief From Stay Under 11 U.S.C. Section 362. Filed by Debtor Jamie Lynn Gallian (RE: related document(s)323 Notice of Lodgment). [EDB] (NB8) (Entered: 02/08/2023) |
| 02/08/2023 | **328**<br>(2 pgs) | Certificate Of Readiness And Completion Of Record On Appeal To United States District Court RE: USDC Case No. 8:23-cv-00001-DSF (RE: related document(s)280 Notice of Appeal and Statement of Election (Official Form 417A) filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates) (NB8) (Entered: 02/08/2023) |
| 02/08/2023 | 332 | Hearing Held On Motion (RE: related document 294 Motion To Avoid Lien Under 11 U.S.C. Section 522(f) (Real Property) With The Huntington Beach Gables Homeowners Association) - HEARING ON MOTION OFF CALENDAR PER ORDER DENYING MOTIONS TO AOVID LIEN (DOCKETS 294 and 297 WITHOUT PREJUDICE AND VACATING HEARING ENTERED 1-30-2023 - (DOCKET NO. 314) (NB8) (Entered: 02/16/2023) |
| 02/08/2023 | 333 | Hearing Held On Motion (RE: related document(s)297 Debtor's Motion To Avoid Lien Under 11 U.S.C. Section 522(f) (Real Property) With The Huntington Beach Gables Homeowners Association filed by Debtor Jamie Lynn Gallian) - HEARING ON MOTION OFF CALENDAR PER |

EXHIBIT 1, PAGE 59

CM/ECF - U.S. Bankruptcy Court (NG 1.7.1.1 - LIVE)

| | | |
|---|---|---|
| | | ORDER DENYING MOTIONS TO AOVID LIEN (DOCKETS 294 and 297 WITHOUT PREJUDICE AND VACATING HEARING ENTERED 1-30-2023 - (DOCKET NO. 314) (NB8) (Entered: 02/16/2023) |
| 02/09/2023 | 329 (1 pg) | Notice RE: Bankruptcy Record Complete - RE: Appeal RE: USDC Case No.: 8:23-cv-00001-DSF (filed at United States District Court on 2/9/2023) (RE: related document(s)280 Notice of Appeal and Statement of Election (Official Form 417A) filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates) (NB8) (Entered: 02/09/2023) |
| 02/09/2023 | 330 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)326 Order on Generic Motion (BNC-PDF)) No. of Notices: 0. Notice Date 02/09/2023. (Admin.) (Entered: 02/09/2023) |
| 02/10/2023 | 331 (11 pgs) | Notice of lodgment *re: Revised Order* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (RE: related document(s)278 Notice of motion and motion for relief from the automatic stay with supporting declarations UNLAWFUL DETAINER RE: 16222 Monterey Lane, Space 376, Huntington Beach, CA 92647 *; Declarations of Chris Houser and Vivienne Alston; with Proof of Service.* Fee Amount $188, Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates). (Hays, D) (Entered: 02/10/2023) |
| 02/15/2023 | 336 | Hearing Held On Motion (RE: related document(s)308 Motion Requesting The Trustee Abandon Estate's Interest In Debtor's Primary Residence, Space 376 2014 Skyline Manufactured Home LBM1981; Court Granted Debtors Homestead Exemption Docket 274 filed by Debtor Jamie Lynn Gallian) - HEARING ON MOTION OFF CALENDAR PER ORDER DENYING MOTION REQUESTING THE TRUSTEE ABANDON ESTATE'S INTEREST IN DEBTOR'S PRIMARY RESIDENCE AND VACATING HEARING ENTERED 2-7-2023 - (DOCKET NO. 9) (NB8) (Entered: 02/21/2023) |
| 02/17/2023 | 334 (3 pgs) | Order Granting Motion for relief from stay UNLAWFUL DETAINER To Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (RE: 16222 Monterey Lane, Space 376, Huntington Beach, CA 92649) (BNC-PDF) (Related Doc # 278 ) Signed on 2/17/2023 (NB8) (Entered: 02/17/2023) |
| 02/19/2023 | 335 (5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)334 Motion for relief from stay UNLAWFUL DETAINER (BNC-PDF)) No. of Notices: 0. Notice Date 02/19/2023. (Admin.) (Entered: 02/19/2023) |
| 04/29/2023 | 337 (1 pg) | Personal Financial Management Course Certificate for Debtor 1 (Official Form 423) (Lazar, Orsolya) (Entered: 04/29/2023) |
| 05/03/2023 | 338 (420 pgs) | Transcript regarding Hearing Held 04/26/23 RE: CONT'D TRIAL RE: FIRST AMENDED COMPLAINT TO (2) DENY DISCHARGE PURSUANT TO 11 U.S.C. SECTIONS 727(A)(2)(A), (A)(4), AND (A) (5) (COMPLAINT FILED 10/22/2021) (FIRST AMENDED COMPLAINT FILED 10/22/2021) [CASE TRANSFERRED FROM ES ON 9/1/2022] (SET AT SC HELD 1-6-22) (TRIAL SET AT HEARING HELD 9/27/2022) [TRIAL ONLY AS TO 727 ACTION] [IN-PERSON HEARING]. Remote electronic access to the transcript is restricted until 08/1/2023. The transcript may be viewed at the Bankruptcy Court Clerk's Office on a public terminal **or** purchased through the Transcription Service Provider before the transcript access restriction has ended. [TRANSCRIPTION SERVICE PROVIDER: BRIGGS REPORTING |

EXHIBIT 1, PAGE 60

9/19/24, 11:56 AM                    CM/ECF - U.S. Bankruptcy Court (NG 1.7.1.1 - LIVE)

| | | |
|---|---|---|
| | | COMPANY, INC., Telephone number 310-410-4151.]. Notice of Intent to Request Redaction Deadline Due By 5/10/2023. Redaction Request Due By 05/24/2023. Redacted Transcript Submission Due By 06/5/2023. Transcript access will be restricted through 08/1/2023. (Steinhauer, Holly) (Entered: 05/03/2023) |
| 05/16/2023 | 339 (7 pgs) | Notice of Proposed Abandonment of Property of the Estate -*Trustee's Notice of Intent to Abandon Estate's Interest in Lawsuit captioned Jamie Lynn Gallian vs. Jesus Jasso and Huntington Beach Gables Homeowners Association, Orange County Superior Court Case No. 30-2020-01153679; proof of service* Filed by Trustee Jeffrey I Golden (TR). (DE Leest, Aaron) (Entered: 05/16/2023) |
| 06/06/2023 | 340 (12 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) *339; proof of service* Filed by Trustee Jeffrey I Golden (TR). (DE Leest, Aaron) (Entered: 06/06/2023) |
| 06/07/2023 | 341 (2 pgs) | Order Authorizing Trustee's Abandonment Of Estate's Interest In Lawsuit Captioned Jamie Lynn Gallian vs. Jesus Jasso And Huntington Beach Gables Homeowners Association, Orange County Superior Court Case No. 30-2020-01153679. IT IS ORDERED: The Estate's Interest In The Lawsuit Captioned Jamie Lynn Gallian vs. Jesus Jasso And Huntington Beach Gables Homeowners Association, Case No. 30-2020-01153679, Pending In The Orange County Superior Court, Is ABANDONED. (BNC-PDF) (Related Doc # 1 ) Signed on 6/7/2023 (NB8) (Entered: 06/07/2023) |
| 06/09/2023 | 342 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)341 Order on Motion to Abandon (BNC-PDF)) No. of Notices: 0. Notice Date 06/09/2023. (Admin.) (Entered: 06/09/2023) |
| 06/20/2023 | 343 (29 pgs) | Answer Of Jamie Lynn Gallian Filed by Jamie Lynn Gallian )RE: related document 30. [EDB] (NB8) (Entered: 06/20/2023) |
| 06/27/2023 | 345 (19 pgs) | Notice Of Motion And Motion To Dismiss Chapter 7 Petition Without Prejudice Pursuant To 11 U.S.C. Section 707 Filed by Debtor Jamie Lynn Gallian [EDB] (NB8) (Entered: 06/28/2023) |
| 06/27/2023 | 346 (4 pgs) | Notice of motion For: Notice Of Motion And Motion To Dismiss Chapter 7 Petition Without Prejudice Pursuant To 11 U.S.C. Section 707 Filed by Debtor Jamie Lynn Gallian Filed by Debtor Jamie Lynn Gallian (RE: related document(s)345 Notice Of Motion And Motion To Dismiss Chapter 7 Petition Without Prejudice Pursuant To 11 U.S.C. Section 707 Filed by Debtor Jamie Lynn Gallian [EDB] (NB8)). (NB8) (Entered: 06/28/2023) |
| 06/27/2023 | 347 | Hearing Set (RE: related document(s)345 Motion To Dismiss Chapter 7 Petition Without Prejudice Pursuant To 11 U.S.C. Section 707 filed by Debtor Jamie Lynn Gallian) The Hearing date is set for 7/20/2023 at 11:00 AM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (NB8) (Entered: 06/28/2023) |
| 06/28/2023 | 344 (96 pgs) | Notice of motion and motion for relief from automatic stay with supporting declarations ACTION IN NON-BANKRUPTCY FORUM RE: to pursue Cross-Complaint in OCSC 30-2020-01163055-CU-OR-CJC *with proof of service*. Fee Amount $188, Filed by Creditor The |

EXHIBIT 1, PAGE 61

| | | |
|---|---|---|
| | | Huntington Beach Gables Homeowners Association (Goe, Robert) (Entered: 06/28/2023) |
| 06/28/2023 | 348 | Hearing Set (RE: related document(s)344 Motion for Relief from Stay - ACTION IN NON-BANKRUPTCY FORUM RE: Case Name: Randall L. Nickel v. The Huntington Beach Gables HOA, et al.; Docket Number: 30-2020-01163055-CU-OR-CJC; Pending In: Superior Court Of California - County Of Orange - Central Justice Center filed by Creditor The Huntington Beach Gables Homeowners Association) The Hearing date is set for 7/19/2023 at 10:00 AM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (NB8) (Entered: 06/28/2023) |
| 06/28/2023 | | Receipt of Motion for Relief from Stay - ACTION IN NON-BANKRUPTCY FORUM( 8:21-bk-11710-SC) [motion,nman] ( 188.00) Filing Fee. Receipt number A55626008. Fee amount 188.00. (re: Doc# 344) (U.S. Treasury) (Entered: 06/28/2023) |
| 06/28/2023 | 349 (239 pgs) | Response To Motion Regarding The Automatic Stay And Declaration(s) In Support (related document(s): 344 Notice of motion and motion for relief from automatic stay with supporting declarations ACTION IN NON-BANKRUPTCY FORUM RE: to pursue Cross-Complaint in OCSC 30-2020-01163055-CU-OR-CJC *with proof of service*. Fee Amount $188, filed by Creditor The Huntington Beach Gables Homeowners Association) Filed by Debtor Jamie Lynn Gallian [EDB] (NB8) (Entered: 06/28/2023) |
| 06/28/2023 | 350 (241 pgs) | AMENDED Response To Motion Regarding The Automatic Stay And Declaration(s) In Support (related document(s): 344 Notice of motion and motion for relief from automatic stay with supporting declarations ACTION IN NON-BANKRUPTCY FORUM RE: to pursue Cross-Complaint in OCSC 30-2020-01163055-CU-OR-CJC *with proof of service*. Fee Amount $188, filed by Creditor The Huntington Beach Gables Homeowners Association) Filed by Debtor Jamie Lynn Gallian [EDB] (NB8) (Entered: 06/29/2023) |
| 06/28/2023 | 351 (19 pgs) | AMENDED Notice Of Motion And Motion To Dismiss Chapter 7 Petition Without Prejudice Pursuant To 11 U.S.C. Section 707 Filed by Debtor Jamie Lynn Gallian (RE: related document(s)345 Notice Of Motion And Motion To Dismiss Chapter 7 Petition Without Prejudice Pursuant To 11 U.S.C. Section 707 Filed by Debtor Jamie Lynn Gallian [EDB] (NB8)). [EDB] (NB8) (Entered: 06/30/2023) |
| 06/30/2023 | 352 (2 pgs) | Order RE: Hearing On Amended Motion To Dismiss Chapter 7 Petition Without Prejudice. IT IS ORDERED: The Court Hereby Sets The Amended Motion For July 19, 2023, At 10:00 A.M. In Courtroom 5C, Located At 411 West Fourth Street, Santa Ana, CA 92701. (SEE ORDER FOR FURTHER RULING) (BNC-PDF) (Related Doc # 351 ) Signed on 6/30/2023 (NB8) (Entered: 06/30/2023) |
| 06/30/2023 | 353 (17 pgs) | Adversary case 8:23-ap-01064. Complaint by Jeffrey I. Golden, Chapter 7 Trustee against J-SANDCASTLE CO., LLC, J-PAD LLC, STEVEN D. GALLIAN, BRIAN J. GALLIAN, JUSTIN BARCLAY, RONALD J. PIERPONT, ROBERT J. MCLELLAND, E. J. GALLIAN. ($350.00 Fee Charge To Estate). *Chapter 7 Trustee's Complaint: (1) To Avoid and Recover Fraudulent Transfers; (2) To Avoid and Recover PostPetition Transfers; (3) For Declaratory Relief; (4) For Breach of Contract; (5) For Money had and Received; and (6) Unjust Enrichment* Nature of Suit: |

EXHIBIT 1, PAGE 62

| | | |
|---|---|---|
| | | (13 (Recovery of money/property - 548 fraudulent transfer)),(21 (Validity, priority or extent of lien or other interest in property)),(91 (Declaratory judgment)),(02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))) (DE Leest, Aaron) (Entered: 06/30/2023) |
| 07/02/2023 | 354 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)352 ORDER to continue/reschedule hearing (BNC-PDF)) No. of Notices: 0. Notice Date 07/02/2023. (Admin.) (Entered: 07/02/2023) |
| 07/05/2023 | 355 (8 pgs) | Opposition to (related document(s): 351 Notice of motion/application filed by Debtor Jamie Lynn Gallian) *Opposition to Debtor's Amended Motion to Dismiss Chapter 7 Petition Without Prejudice Pursuant to 11 U.S.C. § 707 with Proof of Service* Filed by Creditor The Huntington Beach Gables Homeowners Association (Iskander, Brandon) (Entered: 07/05/2023) |
| 07/05/2023 | 356 (35 pgs) | Opposition to (related document(s): 345 Motion to Dismiss Debtor filed by Debtor Jamie Lynn Gallian, 351 Notice of motion/application filed by Debtor Jamie Lynn Gallian) *Trustees Notice Of Opposition And Opposition To Debtors Motion To Dismiss And Amended Motion To Dismiss Chapter 7 Petition Without Prejudice; Memorandum Of Points And Authorities; Request For Judicial Notice And Declaration Of Aaron E. De Leest In Support Thereof, with Proof of Service* Filed by Trustee Jeffrey I Golden (TR) (DE Leest, Aaron) (Entered: 07/05/2023) |
| 07/05/2023 | 357 (171 pgs) | Opposition to (related document(s): 351 Notice of motion/application filed by Debtor Jamie Lynn Gallian) Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (Hays, D) (Entered: 07/05/2023) |
| 07/05/2023 | 360 (3 pgs) | Janine Jasso's Joinder To The Huntington Beach Gables Homeowners Association's Opposition And The Trustee's Opposition To Debtor's Amended Motion To Dismiss Chapter 7 Petition Without Prejudice (Dockets 355 And 356) (related document(s): 351 AMENDED Notice Of Motion And Motion To Dismiss Chapter 7 Petition Without Prejudice Pursuant To 11 U.S.C. Section 707 filed by Debtor Jamie Lynn Gallian) Filed by Creditor Janine Jasso [EDB] (NB8) (Entered: 07/06/2023) |
| 07/06/2023 | 358 (7 pgs) | Stipulation By Jeffrey I Golden (TR) and *The Huntington Beach Gables Homeowners Association to Toll Statutes of Limitations; proof of service* Filed by Trustee Jeffrey I Golden (TR) (DE Leest, Aaron) (Entered: 07/06/2023) |
| 07/06/2023 | 359 (7 pgs) | Notice of lodgment *of Order in Bankruptcy Case; proof of service* Filed by Trustee Jeffrey I Golden (TR) (RE: related document(s)358 Stipulation By Jeffrey I Golden (TR) and *The Huntington Beach Gables Homeowners Association to Toll Statutes of Limitations; proof of service* Filed by Trustee Jeffrey I Golden (TR) (DE Leest, Aaron)). (DE Leest, Aaron) (Entered: 07/06/2023) |
| 07/11/2023 | 361 (3 pgs) | Proof of service *AMENDED Proof of Service* Filed by Creditor The Huntington Beach Gables Homeowners Association (RE: related document(s)344 Notice of motion and motion for relief from automatic stay with supporting declarations ACTION IN NON-BANKRUPTCY FORUM RE: to pursue Cross-Complaint in OCSC 30-2020-01163055- |

EXHIBIT 1, PAGE 63

| | | |
|---|---|---|
| | | CU-OR-CJC *with proof of service*. Fee Amount $188,). (Goe, Robert) (Entered: 07/11/2023) |
| 07/11/2023 | [362](#)<br>(4 pgs) | Non-Opposition -*Notice of Non-Opposition; proof of service* Filed by Trustee Jeffrey I Golden (TR). (DE Leest, Aaron) (Entered: 07/11/2023) |
| 07/12/2023 | [363](#)<br>(35 pgs) | Reply to (related document(s): [344](#) Notice of motion and motion for relief from automatic stay with supporting declarations ACTION IN NON-BANKRUPTCY FORUM RE: to pursue Cross-Complaint in OCSC 30-2020-01163055-CU-OR-CJC *with proof of service*. Fee Amount $188, filed by Creditor The Huntington Beach Gables Homeowners Association) *REPLY IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY (ACTION IN A NON-BANKRUPTCY FORUM); REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF SAME with Proof of Service* Filed by Creditor The Huntington Beach Gables Homeowners Association (Iskander, Brandon) (Entered: 07/12/2023) |
| 07/13/2023 | [364](#)<br>(2 pgs) | Order Approving Stipulation Between The Chapter 7 Trustee And The Huntington Beach Gables Homeowners Association To Toll Statutes Of Limitations. IT IS ORDERED: The Stipulation Is APPROVED. Without Limiting The Terms Of The Stipulation, The Running Of Any Limitations Period (As Defined In The Stipulation) That Would Otherwise Apply To Any Claims (As Defined In The Stipulation) That The Trustee Or The Debtor's Bankruptcy Estate May Have Agasinst The HOA Is Hereby TOLLED THROUGH OCTOBER 9, 2023 (The "Expiration Date") And The HOA Waives The Invocation Of Any Such Limitations Period As A Defense Only In The Event, And Provided That, The Claims Are Asserted Or Alleged Against The HOA By Action Or Proceeding Brought In Any Court Of Competent Jurisdiction On Or Before The Expiration Date, And The HOA Hereby Agrees That Such Action Or Proceeding Will Be Deemed To Have Been Commenced And The Claims Legally Interposed As Of The Date Hereof For All Purposes, Including, Without Limitation, For Purposes Of Any Limitations Period. (BNC-PDF) (Related Doc # [358](#) ) Signed on 7/13/2023 (NB8) (Entered: 07/13/2023) |
| 07/15/2023 | [365](#)<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[364](#) Order on Generic Motion (BNC-PDF)) No. of Notices: 0. Notice Date 07/15/2023. (Admin.) (Entered: 07/15/2023) |
| 07/19/2023 | [366](#)<br>(7 pgs) | Notice of lodgment *of Order in Bankruptcy; proof of service* Filed by Trustee Jeffrey I Golden (TR) (RE: related document(s)[351](#) AMENDED Notice Of Motion And Motion To Dismiss Chapter 7 Petition Without Prejudice Pursuant To 11 U.S.C. Section 707 Filed by Debtor Jamie Lynn Gallian (RE: related document(s)[345](#) Notice Of Motion And Motion To Dismiss Chapter 7 Petition Without Prejudice Pursuant To 11 U.S.C. Section 707 Filed by Debtor Jamie Lynn Gallian [EDB] (NB8)). [EDB] (NB8)). (DE Leest, Aaron) (Entered: 07/19/2023) |
| 07/19/2023 | 369 | Hearing Held On Motion (RE: related document(s)[344](#) Motion for Relief from Stay - ACTION IN NON-BANKRUPTCY FORUM RE: Case Name: Randall L. Nickel v. The Huntington Beach Gables HOA, et al.; Docket Number: 30-2020-01163055-CU-OR-CJC; Pending In: Superior Court Of California - County Of Orange - Central Justice Center filed by Creditor The Huntington Beach Gables Homeowners Association) - MOTION GRANTED PURSUANT TO 11 U.S.C. SECTION 362(d)(1) ) - WAIVER OF 14 DAY STAY - RULE 4001(a)(3) GRANTED - ORDER BY ATTORNEY (NB8) (Entered: 07/26/2023) |

EXHIBIT 1, PAGE 64

| | | |
|---|---|---|
| 07/19/2023 | 370 | Hearing Held On Motion (RE: related document 351 Amended Motion To Dismiss Chapter 7 Petition Without Prejudice Pursuant To 11 U.S.C. Section 707) - ORDER BY ATTORNEY - MOTION DENIED (NB8) (Entered: 07/26/2023) |
| 07/20/2023 | 371 | Hearing Continued On Motion (RE: related document 345 Motion To Dismiss Chapter 7 Petition Without Prejudice Pursuant To 11 U.S.C. Section 707) HEARING ON MOTION ADVANCED TO JULY 19, 2023 AT 10:00 A.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701 PER ORDER RE: HEARING ON AMENDED MOTION TO DISMISS CHAPTER 7 PETITION WITHOUT PREJUDCE ENTERED 6-30-2023 - (DOCKET NO. 352)The case judge is Scott C Clarkson (NB8) (Entered: 07/27/2023) |
| 07/24/2023 | 367 (10 pgs) | Notice of lodgment Filed by Creditor The Huntington Beach Gables Homeowners Association (RE: related document(s)344 Notice of motion and motion for relief from automatic stay with supporting declarations ACTION IN NON-BANKRUPTCY FORUM RE: to pursue Cross-Complaint in OCSC 30-2020-01163055-CU-OR-CJC *with proof of service*. Fee Amount $188, Filed by Creditor The Huntington Beach Gables Homeowners Association). (Goe, Robert) (Entered: 07/24/2023) |
| 07/26/2023 | 368 (2 pgs) | ORDER Denying Debtor's Amended Motion To Dismiss. IT IS ORDERED: The Motion Is DENIED Based On The Oral Statements Made By The Court On The Record At The Hearing. (BNC-PDF). (Related Doc # 345) Signed on 7/26/2023. (NB8) (Entered: 07/26/2023) |
| 07/28/2023 | 372 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)368 Order on Motion To Dismiss Debtor - Joint Debtor (BNC-PDF)) No. of Notices: 0. Notice Date 07/28/2023. (Admin.) (Entered: 07/28/2023) |
| 07/31/2023 | 373 (6 pgs) | Order Granting motion for relief from automatic stay ACTION IN NON-BANKRUPTCY FORUM (BNC-PDF) (Related Doc # 344 ) Signed on 7/31/2023 (AM) (Entered: 07/31/2023) |
| 08/02/2023 | 374 (8 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)373 Motion for relief from automatic stay ACTION IN NON-BANKRUPTCY FORUM (BNC-PDF)) No. of Notices: 0. Notice Date 08/02/2023. (Admin.) (Entered: 08/02/2023) |
| 09/06/2023 | 375 (231 pgs) | Notice of motion and motion for relief from the automatic stay with supporting declarations UNLAWFUL DETAINER RE: 16222 Monterey Lane, Space 376, Huntington Beach, CA 92649 *; Memorandum of Points and Authorities; with Proof of service [Hrg. 9/27/23 at 10:00 a.m., Ctrm 5C]*. Fee Amount $188, Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (Hays, D) (Entered: 09/06/2023) |
| 09/06/2023 | | Receipt of Motion for Relief from Stay - Unlawful Detainer( 8:21-bk-11710-SC) [motion,nmud] ( 188.00) Filing Fee. Receipt number A55901103. Fee amount 188.00. (re: Doc# 375) (U.S. Treasury) (Entered: 09/06/2023) |
| 09/06/2023 | 376 | Hearing Set (RE: related document(s)375 Motion for Relief from Stay - Unlawful Detainer RE: 16222 Monterey Lane, Space 376, Huntington Beach, CA 92649 filed by Creditor Houser Bros. Co. dba Rancho Del |

EXHIBIT 1, PAGE 65

| | | |
|---|---|---|
| | | Rey Mobile Home Estates) The Hearing date is set for 9/27/2023 at 10:00 AM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (NB8) (Entered: 09/07/2023) |
| 09/13/2023 | 377 (5 pgs) | Response to (related document(s): 375 Notice of motion and motion for relief from the automatic stay with supporting declarations UNLAWFUL DETAINER RE: 16222 Monterey Lane, Space 376, Huntington Beach, CA 92649 ; Memorandum of Points and Authorities; with Proof of service [Hrg. 9/27/23 filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates) -Trustee's Response; proof of service Filed by Trustee Jeffrey I Golden (TR) (Israel, Eric) (Entered: 09/13/2023) |
| 09/27/2023 | 380 | Hearing Held On Motion (RE: related document(s)375 Motion for Relief from Stay - Unlawful Detainer RE: 16222 Monterey Lane, Space 376, Huntington Beach, CA 92649 filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates) - ORDER BY ATTORNEY - MOTION GRANTED (NB8) (Entered: 10/03/2023) |
| 09/29/2023 | 378 (8 pgs) | Notice of lodgment , with Proof of Service Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (RE: related document(s)375 Notice of motion and motion for relief from the automatic stay with supporting declarations UNLAWFUL DETAINER RE: 16222 Monterey Lane, Space 376, Huntington Beach, CA 92649 ; Memorandum of Points and Authorities; with Proof of service [Hrg. 9/27/23 at 10:00 a.m., Ctrm 5C]. Fee Amount $188, Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates). (Masud, Laila) (Entered: 09/29/2023) |
| 10/02/2023 | 379 (6 pgs) | Stipulation By Jeffrey I Golden (TR) and Second Stipulation Between The Chapter 7 Trustee And The Huntington Beach Gables Homeowners Association To Toll Statutes Of Limitations, with Proof of Service Filed by Trustee Jeffrey I Golden (TR) (DE Leest, Aaron) (Entered: 10/02/2023) |
| 10/03/2023 | 381 (2 pgs) | Order Approving Second Stipulation Between The Chapter 7 Trustee And The Huntington Beach Gables Homeowners Association To Toll Statutes Of Limitations. IT IS ORDERED: 1. The Stipulation Is APPROVED. 2. Without Limiting The Terms Of The Stipulation, The Running Of Any Limitations Period (As Defined In The Stipulation) That Would Otherwise Apply To Any Claims (As Defined In The Stipulation) That The Trustee Or The Debtor's Bankruptcy Estate May Have Against The HOA Is Hereby TOLLED THROUGH APRIL 9, 2024, (The "Expiration Date") And The HOA Waives The Invocation Of Any Such Limitations Period As Defense Only In The Event, And Provided That, The Claims Are Asserted Or Alleged Against The HOA By Action Or Proceeding Brought In Any Court Of Competent Jurisdiction On Or Before The Expiration Date, And The HOA Hereby Agrees That Such Action Or Proceeding Will Be Deemed To Have Been Commenced And The Claims Legally Interposed As Of The Date Hereof For All Purposes, Including, Without Limitation, For Purposes Of Any Limitations Period. (BNC-PDF) (Related Doc # 379 ) Signed on 10/3/2023 (NB8) (Entered: 10/03/2023) |
| 10/05/2023 | 382 (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)381 Order on Generic Motion (BNC-PDF)) No. of Notices: 0. Notice Date 10/05/2023. (Admin.) (Entered: 10/05/2023) |

EXHIBIT 1, PAGE 66

| | | |
|---|---|---|
| 10/06/2023 | 383<br>(3 pgs) | Order Granting Motion for relief from stay UNLAWFUL DETAINER To Houser Bros Co. dba Rancho Del Rey Mobile Home Estate (RE: 16222 Monterey Lane, Space 376, Huntington Beach, CA 92649). (BNC-PDF) (Related Doc # 375 ) Signed on 10/6/2023 (NB8) (Entered: 10/06/2023) |
| 10/08/2023 | 384<br>(5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)383 Motion for relief from stay UNLAWFUL DETAINER (BNC-PDF)) No. of Notices: 0. Notice Date 10/08/2023. (Admin.) (Entered: 10/08/2023) |
| 10/09/2023 | 385<br>(3 pgs) | Notice of Change of Address *Notice of Attorney Change of Law Firm*. (Barnhardt, Bradford) (Entered: 10/09/2023) |
| 10/09/2023 | 386<br>(4 pgs) | Notice of Change of Address *Notice of Attorney Change of Law Firm*. (Masud, Laila) (Entered: 10/09/2023) |
| 11/01/2023 | 387<br>(3 pgs) | Order Reversing The Order Of The Bankruptcy Court And Remanding For Further Proceedings. RE : Appeal USDC Number: 21-cv-00001-DSF - RULING: The Bankruptcy Court's Order Is REVERSED And The Case is REMANDED. (filed at United States District Court on 11/1/2023) (related document [274] Order Granting Debtor's Motion for Reconsideration of the Court's August 5, 2022 Order Sustaining Objection to Debtor's Homestead Exemption) AND (280 Notice of Appeal and Statement of Election) (NB8) (Entered: 11/01/2023) |
| 01/25/2024 | 388<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Malmed, Shantal. (Malmed, Shantal) (Entered: 01/25/2024) |
| 04/02/2024 | 389<br>(7 pgs) | Stipulation By Jeffrey I Golden (TR) and *The Huntington Beach Gables Homeowners Association to Toll Statutes of Limitations; proof of service (Third Stipulation)* Filed by Trustee Jeffrey I Golden (TR) (DE Leest, Aaron) (Entered: 04/02/2024) |
| 04/02/2024 | 390<br>(7 pgs) | Notice of lodgment *of Order in Bankruptcy Case; proof of service* Filed by Trustee Jeffrey I Golden (TR) (RE: related document(s)389 Stipulation By Jeffrey I Golden (TR) and *The Huntington Beach Gables Homeowners Association to Toll Statutes of Limitations; proof of service (Third Stipulation)* Filed by Trustee Jeffrey I Golden (TR) (DE Leest, Aaron)). (DE Leest, Aaron) (Entered: 04/02/2024) |
| 04/09/2024 | 391<br>(2 pgs) | Order Approving Third Stipulation Between The Chapter 7 Trustee And The Huntington Beach Gables Homeowners Association To Toll Statutes Of Limitations. IT IS ORDERED: 1. The Stipulation Is APPROVED. 2. Without Limiting The Terms Of The Stipulation, The Running Of Any Limitations Period (As Defined In The Stipulation) That Would Otherwise Apply To Any Claims (As Defined In The Stipulation) That The Trustee Or The Debtor's Bankruptcy Estate May Have Against The HOA Is Hereby TOLLED THROUGH OCTOBER 9, 2024, (The "Expiration Date") And The HOA Waives The Invocation Of Any Such Limitations Period As Defense Only In The Event, And Provided That, The Claims Are Asserted Or Alleged Against The HOA By Action Or Proceeding Brought In Any Court Of Competent Jurisdiction On Or Before The Expiration Date, And The HOA Agreed That Such Action Or Proceeding Will Be Deemed To Have Been Commenced And The Claims Legally Interposed As Of The Date Hereof For All Purposes, Including, Without Limitation, For Purposes Of Any Limitations Period. (BNC-PDF) (Related Doc # 389 ) Signed on 4/9/2024 (NB8) (Entered: 04/09/2024) |

EXHIBIT 1, PAGE 67

| | | |
|---|---|---|
| 04/11/2024 | **392**<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)**391** Order on Generic Motion (BNC-PDF)) No. of Notices: 0. Notice Date 04/11/2024. (Admin.) (Entered: 04/11/2024) |
| 05/15/2024 | **393**<br>(7 pgs) | Order Regarding "Order Reversing the Order of the Bankruptcy Court and Remanding for Further Proceedings" Entered by the District Court on November 1, 2023. (BNC-PDF) (Related Doc # **387** ) Signed on 5/15/2024 (JL) (Entered: 05/15/2024) |
| 05/17/2024 | **394**<br>(9 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)**393** Order on Generic Motion (BNC-PDF)) No. of Notices: 0. Notice Date 05/17/2024. (Admin.) (Entered: 05/17/2024) |
| 07/01/2024 | **395**<br>(40 pgs) | Application to Employ Real Estate Broker Coldwell Banker Realty and Agents William Friedman and Greg Bingham as Real Estate Broker *Trustee's Notice of Application and Application to Employ Real Estate Broker Coldwell Banker Realty and Agents William Friedman and Greg Bingham Pursuant to 11 U.S.C. §§ 327 and 328; Memorandum of Points and Authorities; and Declarations of William Friedman and Greg Bingham and Request for Judicial Notice in Support with Proof of Service* Filed by Trustee Jeffrey I Golden (TR) (DE Leest, Aaron) (Entered: 07/01/2024) |
| 07/01/2024 | 396 | Hearing Set (RE: related document(s)**395** Application To Employ Real Estate Broker Coldwell Banker Realty And Agents William Friedman And Greg Bingham Pursuant To 11 U.S.C. Sections 327 And 328 filed by Trustee Jeffrey I Golden (TR)) The Hearing date is set for 7/30/2024 at 11:00 AM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (NB8) (Entered: 07/01/2024) |
| 07/10/2024 | **397**<br>(4 pgs) | Application For Order Setting Hearing On Shortened Notice [LBR 9075-1(b)] Filed by Debtor Jamie Lynn Gallian [EDB] (NB8) (Entered: 07/10/2024) |
| 07/11/2024 | **398**<br>(34 pgs) | Motion To Compel And Issue Order To The Ch. 7 Trustee And His Attorneys To Withdraw And Cancel The May 13, 2024 HCD Application To Transfer Certificate Of Title DECAL LBM 1081 For - Zero - Consideration, To Danning, Gill, Israel, & Kasnoff, LLP, Forthwith, Declaration Of Jamie Lynn Gallian Filed by Debtor Jamie Lynn Gallian [EDB] (NB8) (Entered: 07/11/2024) |
| 07/15/2024 | **399**<br>(4 pgs) | Order Denying Application for Order Setting Hearing on Shortend Notice and Setting Motion [Dkt. 398] for Hearing on August 13, 2024 at 1:30 PM (BNC-PDF) (Related Doc # **397** ) Signed on 7/15/2024 (JL) (Entered: 07/15/2024) |
| 07/15/2024 | 400 | Hearing Set (RE: related document(s)**398** Motion To Compel And Issue Order To The Ch. 7 Trustee And His Attorneys To Withdraw And Cancel The May 13, 2024 HCD Application To Transfer Certificate Of Title DECAL LBM 1081 For - Zero - Consideration, To Danning, Gill, Israel, & Kasnoff, LLP, Forthwith filed by Debtor Jamie Lynn Gallian) The Hearing date is set for 8/13/2024 at 01:30 PM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (JL) (Entered: 07/15/2024) |
| 07/16/2024 | **401**<br>(107 pgs) | Opposition To Trustee's Doc 395 Application To Employ Real Estate Broker Coldwell Banker Realty And Agents William Friedman And Greg Bingham Pursuant To 11 U.S.C. Sections 327 And Sections 328; Memorandum Of Points And Authorities; And Declarations Jamie Lynn Gallian, Ronald J. Pierpont; Request For Judicial Notice (related document(s): **395** Application to Employ Real Estate Broker Coldwell Banker Realty and Agents William Friedman and Greg Bingham as Real Estate Broker *Trustee's Notice of Application and* |

EXHIBIT 1, PAGE 68

9/19/24, 11:56 AM                    CM/ECF - U.S. Bankruptcy Court (NG 1.7.1.1 - LIVE)

| | | |
|---|---|---|
| | | *Application to Employ Real Estate Broker Coldwell Banker Realty and Agents Wil filed by Trustee Jeffrey I Golden (TR)) Filed by Debtor Jamie Lynn Gallian [EDB] (NB8) (Entered: 07/17/2024)* |
| 07/16/2024 | [402](#)<br>(107 pgs) | Opposition To Trustee's Doc 395 Application To Employ Real Estate Broker Coldwell Banker Realty And Agents William Friedman And Greg Bingham Pursuant To 11 U.S.C. Sections 327 And Sections 328; Memorandum Of Points And Authorities; And Declarations Jamie Lynn Gallian, Ronald J. Pierpont; Request For Judicial Notice (related document(s): [395](#) Application to Employ Real Estate Broker Coldwell Banker Realty and Agents William Friedman and Greg Bingham as Real Estate Broker *Trustee's Notice of Application and Application to Employ Real Estate Broker Coldwell Banker Realty and Agents Wil filed by Trustee Jeffrey I Golden (TR)) Filed by Debtor Jamie Lynn Gallian [EDB] (NB8) (Entered: 07/17/2024)* |
| 07/17/2024 | [403](#)<br>(9 pgs) | Opposition To Trustee's Doc [395](#)(related document(s): [395](#) Application to Employ Real Estate Broker Coldwell Banker Realty and Agents William Friedman and Greg Bingham as Real Estate Broker *Trustee's Notice of Application and Application to Employ Real Estate Broker Coldwell Banker Realty and Agents Wil filed by Trustee Jeffrey I Golden (TR)) Filed by Debtor Jamie Lynn Gallian [EDB] (NB8) (Entered: 07/17/2024)* |
| 07/17/2024 | [404](#)<br>(5 pgs) | Notice Of Motion For: Motion To Compel And Issue Order To The Ch. 7 Trustee And His Attorneys To Withdraw And Cancel The May 13, 2024 HCD Application To Transfer Certificate Of Title DECAL LBM 1081 For - Zero - Consideration, To Danning, Gill, Israel, & Kasnoff, LLP, Forthwith, Declaration Of Jamie Lynn Gallian Filed by Debtor Jamie Lynn Gallian (RE: related document(s)[398](#) Motion To Compel And Issue Order To The Ch. 7 Trustee And His Attorneys To Withdraw And Cancel The May 13, 2024 HCD Application To Transfer Certificate Of Title DECAL LBM 1081 For - 0 - Consideration, To Danning, Gill, Israel, & Kasnoff, LLP, Forthwith, Declaration Of Jamie Lynn Gallian Filed by Debtor Jamie Lynn Gallian [EDB] (NB8)). [EDB] (NB8) (Entered: 07/17/2024) |
| 07/17/2024 | [405](#)<br>(6 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[399](#) ORDER shortening time (BNC-PDF)) No. of Notices: 0. Notice Date 07/17/2024. (Admin.) (Entered: 07/17/2024) |
| 07/19/2024 | [406](#)<br>(39 pgs) | AMENDED Notice Of Motion For: Motion To Compel And Order Chapter 7 Trustee And His Attorneys To Cancel The May 13, 2024 HCD Application To Transfer Certificate Of Titled (RE: Docket [398](#)) Filed by Debtor Jamie Lynn Gallian (RE: related document(s)[398](#) Motion To Compel And Issue Order To The Ch. 7 Trustee And His Attorneys To Withdraw And Cancel The May 13, 2024 HCD Application To Transfer Certificate Of Title DECAL LBM 1081 For - Zero - Consideration, To Danning, Gill, Israel, & Kasnoff, LLP, Forthwith, Declaration Of Jamie Lynn Gallian Filed by Debtor Jamie Lynn Gallian [EDB] (NB8)). [EDB] (NB8) (Entered: 07/19/2024) |
| 07/19/2024 | [407](#)<br>(108 pgs) | Request For Judicial Notice Pursuant To Fed. R. Evid. 201(b)(2); Memorandum Of Points & Authorities CA. Com. Code Section 17707.08; Decl. Of Jamie Lynn Gallian ISO Filed Under Separate Cover With Exhibits; Order Entered 5/15/2024, Docket [383](#), Honorable Erithe A. Smith, Granting Debtor Homestead Exemption Section 704.720; Section 704.930 Filed by Debtor Jamie Lynn Gallian (RE: related document(s)[404](#) Notice of motion/application). [EDB] (NB8) (Entered: 07/22/2024) |
| 07/23/2024 | [408](#)<br>(17 pgs) | Reply to (related document(s): [401](#) Opposition filed by Debtor Jamie Lynn Gallian, [402](#) Opposition filed by Debtor Jamie Lynn Gallian, [403](#) Opposition |

EXHIBIT 1, PAGE 69

| | | |
|---|---|---|
| | | filed by Debtor Jamie Lynn Gallian, 407 Request for judicial notice filed by Debtor Jamie Lynn Gallian) - *Chapter 7 Trustee's Reply in Support of Application to Employ Real Estate Broker and to Enter into Exclusive Listing Agreement and Response to Debtor's Late Filed Request for Judicial Notice; and Declaration of Aaron E. de Leest in Support Thereof; proof of service* Filed by Trustee Jeffrey I Golden (TR) (DE Leest, Aaron) (Entered: 07/23/2024) |
| 07/23/2024 | 409<br>(6 pgs) | Notice *of Joinder in Trustee's Application to Employ Real Estate Broker Coldwell Banker Realty and Agents William Friedman and Greg Bingham Pursuant to 11 U.S.C. Sections 327 and 328* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (RE: related document(s)395 Application to Employ Real Estate Broker Coldwell Banker Realty and Agents William Friedman and Greg Bingham as Real Estate Broker *Trustee's Notice of Application and Application to Employ Real Estate Broker Coldwell Banker Realty and Agents William Friedman and Greg Bingham Pursuant to 11 U.S.C. §§ 327 and 328; Memorandum of Points and Authorities; and Declarations of William Friedman and Greg Bingham and Request for Judicial Notice in Support with Proof of Service* Filed by Trustee Jeffrey I Golden (TR) (DE Leest, Aaron)). (Hays, D) (Entered: 07/23/2024) |
| 07/30/2024 | 410<br>(35 pgs) | Opposition to (related document(s): 398 Motion filed by Debtor Jamie Lynn Gallian) -*Trustee's Notice of Opposition and Opposition to Debtor's Motion to Compel and Issue Order to the Ch. 7 Trustee to Withdraw and Cancel the May 13, 2024 HCD Application to Transfer Certificate of Title Decal LBM 1081 for Zero Consideration to Danning, Gill, Israel & Krasnoff, LLP Forthwith; Memorandum of Points and Authorities; Request for Judicial Notice and Declaration of Aaron E. de Leest in Support Thereof; proof of service* Filed by Trustee Jeffrey I Golden (TR) (DE Leest, Aaron) (Entered: 07/30/2024) |
| 07/30/2024 | 413 | Hearing Continued On Application (RE: related document(s)395 Trustee's Application To Employ Real Estate Broker Coldwell Banker Realty And Agents William Friedman And Greg Bingham Pursuant to 11 U.S.C. Sections 327 And 328 filed by Trustee Jeffrey I Golden (TR)) - HEARING ON APPLICATION CONTINUED TO AUGUST 28, 2024 AT 1:30 P.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701. PERSONAL APPEARANCES WILL BE REQUIRED. The case judge is Scott C Clarkson (NB8) (Entered: 08/05/2024) |
| 08/04/2024 | 411<br>(5 pgs) | Second Amended Notice Of Motion For: Motion To Compel And Issue Order To The Ch. 7 Trustee And His Attorneys To Withdraw And Cancel The May 13, 2024 HCD Application To Transfer Certificate Of Title DECAL LBM 1081 For - Zero - Consideration, To Danning, Gill, Israel, & Kasnoff, LLP, Forthwith Filed by Debtor Jamie Lynn Gallian (RE: related document(s)398 Motion To Compel And Issue Order To The Ch. 7 Trustee And His Attorneys To Withdraw And Cancel The May 13, 2024 HCD Application To Transfer Certificate Of Title DECAL LBM 1081 For - Zero - Consideration, To Danning, Gill, Israel, & Kasnoff, LLP, Forthwith, Declaration Of Jamie Lynn Gallian Filed by Debtor Jamie Lynn Gallian [EDB] (NB8)). [EDB] (NB8) (Entered: 08/05/2024) |
| 08/04/2024 | 412<br>(5 pgs) | AMENDED Notice Of Motion For: Notice Of Hearing On Application Of The Chapter 7 Trustee To Employ Real Estate Broker Coldwell Banker Realty And Agents William Friedman And Greg Bingham Pursuant To Section 327 Filed by Debtor Jamie Lynn Gallian (RE: related document(s)395 Application to Employ Real Estate Broker Coldwell Banker Realty and Agents William Friedman and Greg Bingham as Real Estate Broker *Trustee's Notice of Application and Application to Employ Real Estate Broker Coldwell Banker Realty and Agents William Friedman and Greg Bingham Pursuant to 11 U.S.C. §§ 327 and 328; Memorandum of Points and Authorities; and Declarations of William Friedman and Greg Bingham and Request for Judicial Notice in Support with Proof of* |

EXHIBIT 1, PAGE 70

| | | |
|---|---|---|
| | | *Service* Filed by Trustee Jeffrey I Golden (TR) (DE Leest, Aaron)). [EDB] (NB8) (Entered: 08/05/2024) |
| 08/06/2024 | 414 (1 pg) | Order Continuing Hearing (Docket 398 . IT IS ORDERED: The HEARING On Debtor's Motion To Compel And Issue Order To The Chapter 7 Trustee And His Attorneys To Withdraw And Cancel The May 13, 2024 HCD Application To Transfer Certificate Of Title DECAL LBM 1081 For - Zero - Consideration, To Danning, Gill, Israel & Kasnoff, LLP, Forthwith (Docket 398 ) Is Hereby CONTINUED From August 13, 2024, TO AUGUST 27, 2024, At 1:30 P.M. In Courtroom 5C, Located At 411 West Fourth Street, Santa Ana, CA 92701. (BNC-PDF) (Related Doc # 398 ) Signed on 8/6/2024 (NB8) (Entered: 08/06/2024) |
| 08/06/2024 | 415 (1 pg) | Order Advancing Hearing. IT IS ORDERED: The HEARING On Trustee's Application To Employ Real Estate Broker (Docket 395) Is Hereby ADVANCED From August 28, 2024, At 1:30 P.M. TO AUGUST 27, 2024, At 1:30 P.M. In Courtroom 5C, Located At 411 West Fourth Street, Santa Ana, CA 92701. (BNC-PDF) Signed on 8/6/2024 (RE: related document(s)395 Application to Employ filed by Trustee Jeffrey I Golden (TR)). (NB8) (Entered: 08/06/2024) |
| 08/07/2024 | 416 (8 pgs) | Notice Of Motion For: United States Bankruptcy Court Subpoena To Produce Documents, Appear And Testify At A Hearing In A Bankruptcy Case, Riverside, Calif Department Of Housing And Community Development Registration/Titling; Marshelle Geren, (Or) Authorized Custodian Of Registration/Titling Records For The State Of California, Manufactured Homes Filed by Debtor Jamie Lynn Gallian (RE: related document(s)398 Motion To Compel And Issue Order To The Ch. 7 Trustee And His Attorneys To Withdraw And Cancel The May 13, 2024 HCD Application To Transfer Certificate Of Title DECAL LBM 1081 For - Zero - Consideration, To Danning, Gill, Israel, & Kasnoff, LLP, Forthwith, Declaration Of Jamie Lynn Gallian Filed by Debtor Jamie Lynn Gallian [EDB] (NB8)). (NB8) (Entered: 08/07/2024) |
| 08/08/2024 | 417 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)414 Order on Generic Motion (BNC-PDF)) No. of Notices: 0. Notice Date 08/08/2024. (Admin.) (Entered: 08/08/2024) |
| 08/08/2024 | 418 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)415 Order (Generic) (BNC-PDF)) No. of Notices: 0. Notice Date 08/08/2024. (Admin.) (Entered: 08/08/2024) |
| 08/13/2024 | 419 | Hearing Continued On Motion (RE: related document 398 Motion To Compel And Issue Order To The Chapter 7 Trustee And His Attorneys To Withdraw And Cancel The May 13, 2024 HCD Application To Transfer Certificate Of Title DECAL LBM 1081 For - Zero - Consideration, To Danning, Gill, Israel, & Kasnoff, LLP, Forthwith) HEARING ON MOTION CONTINUED TO AUGUST 27, 2024 At 1:30 P.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701 PER ORDER CONTINUING HEARING (DOCKET 398) ENTERED 8-6-2024 - (DOCKET NO. 414) The case judge is Scott C Clarkson (NB8) (Entered: 08/13/2024) |
| 08/20/2024 | 420 (6 pgs) | Proof Of Service Subpoena - Sacramento California Department Of Housing And Community Development ("HCD") Filed by Debtor Jamie Lynn Gallian (RE: related document(s)398 Motion). [EDB] (NB8) (Entered: 08/21/2024) |
| 08/26/2024 | 421 (93 pgs) | Request To Address The Court On 8/27/2024 At 1:30 P.M. - Notice Of Lodgement Of Ronald J. Pierpont Notice Of Motion And Motion To Set Aside Default Judgment Filed by Debtor Jamie Lynn Gallian [EDB] (NB8) (Entered: 08/27/2024) |

EXHIBIT 1, PAGE 71

| | | |
|---|---|---|
| 08/27/2024 | 422<br>(111 pgs) | Debtor's Notice Of Motion And Motion To Avoid Lien Under 11 U.S.C. Section 522(f) (Real Property) RE: 16222 Monterey Lane, Space 376, Huntington Beach, CA 92649 with J-Pad, LLC, Jeffrey I. Golden, Chapter 7 Trustee Of The Estate Of Jamie Lynn Gallian Filed by Debtor Jamie Lynn Gallian - [EDB] (NB8) (Entered: 08/27/2024) |
| 08/27/2024 | 423<br>(116 pgs) | Notice Of Opportunity To Request A Hearing On Motion (LBR 9013-1(o)) Filed by Debtor Jamie Lynn Gallian (RE: related document(s)422 Debtor's Notice Of Motion And Motion To Avoid Lien Under 11 U.S.C. Section 522(f) (Real Property) RE: 16222 Monterey Lane, Space 376, Huntington Beach, CA 92649 with J-Pad, LLC, Jeffrey I. Golden, Chapter 7 Trustee Of The Estate Of Jamie Lynn Gallian Filed by Debtor Jamie Lynn Gallian - [EDB] (NB8)). [EDB] (NB8) (Entered: 08/27/2024) |
| 08/27/2024 | 424 | Hearing Held On Motion (RE: related document(s)398 Motion To Compel And Issue Order To The Chapter 7 Trustee And His Attorneys To Withdraw And Cancel The May 13, 2024 HCD Application To Transfer Certificate Of Title DECAL LBM 1081 For - Zero - Consideration, To Danning, Gill, Israel, & Kasnoff, LLP, Forthwith filed by Debtor Jamie Lynn Gallian) - ORDER BY ATTORNEY - MOTION DENIED (NB8) (Entered: 08/28/2024) |
| 08/27/2024 | 425 | Hearing Held On Application (RE: related document(s)395 Trustee's Application To Employ Real Estate Broker Coldwell Banker Realty And Agents William Friedman And Greg Bingham Pursuant to 11 U.S.C. Sections 327 And 328 filed by Trustee Jeffrey I Golden (TR)) - ORDER BY ATTORNEY - MOTION GRANTED (NB8) (Entered: 08/28/2024) |
| 08/28/2024 | 426 | Hearing Continued On Application (RE: related document(s)395 Trustee's Application To Employ Real Estate Broker Coldwell Banker Realty And Agents William Friedman And Greg Bingham Pursuant to 11 U.S.C. Sections 327 And 328 filed by Trustee Jeffrey I Golden (TR)) - HEARING ON MOTION ADVANCED TO AUGUST 27, 2024 AT 1:30 P.M. IN COURTROOM 5C, LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701 PER ORDER ADVANCING HEARING 8-6-2024 - (DOCKET NO.: 415) The case judge is Scott C Clarkson (NB8) (Entered: 08/28/2024) |
| 08/28/2024 | 427<br>(6 pgs) | Notice of lodgment *With Proof of Service* Filed by Trustee Jeffrey I Golden (TR) (RE: related document(s)398 Motion To Compel And Issue Order To The Ch. 7 Trustee And His Attorneys To Withdraw And Cancel The May 13, 2024 HCD Application To Transfer Certificate Of Title DECAL LBM 1081 For - Zero - Consideration, To Danning, Gill, Israel, & Kasnoff, LLP, Forthwith, Declaration Of Jamie Lynn Gallian Filed by Debtor Jamie Lynn Gallian [EDB] (NB8), 404 Notice Of Motion For: Motion To Compel And Issue Order To The Ch. 7 Trustee And His Attorneys To Withdraw And Cancel The May 13, 2024 HCD Application To Transfer Certificate Of Title DECAL LBM 1081 For - Zero - Consideration, To Danning, Gill, Israel, & Kasnoff, LLP, Forthwith, Declaration Of Jamie Lynn Gallian Filed by Debtor Jamie Lynn Gallian (RE: related document(s)398 Motion To Compel And Issue Order To The Ch. 7 Trustee And His Attorneys To Withdraw And Cancel The May 13, 2024 HCD Application To Transfer Certificate Of Title DECAL LBM 1081 For - 0 - Consideration, To Danning, Gill, Israel, & Kasnoff, LLP, Forthwith, Declaration Of Jamie Lynn Gallian Filed by Debtor Jamie Lynn Gallian [EDB] (NB8)). [EDB] (NB8), 411 Second Amended Notice Of Motion For: Motion To Compel And Issue Order To The Ch. 7 Trustee And His Attorneys To Withdraw And Cancel The May 13, 2024 HCD Application To Transfer Certificate Of Title DECAL LBM 1081 For - Zero - Consideration, To Danning, Gill, Israel, & Kasnoff, LLP, Forthwith Filed by Debtor Jamie Lynn Gallian (RE: related document(s)398 Motion To Compel And Issue Order To The Ch. 7 Trustee And His Attorneys To Withdraw And |

EXHIBIT 1, PAGE 72

| | | |
|---|---|---|
| | | Cancel The May 13, 2024 HCD Application To Transfer Certificate Of Title DECAL LBM 1081 For - Zero - Consideration, To Danning, Gill, Israel, & Kasnoff, LLP, Forthwith, Declaration Of Jamie Lynn Gallian Filed by Debtor Jamie Lynn Gallian [EDB]) (NB8)). [EDB]) (NB8)). (Israel, Eric) (Entered: 08/28/2024) |

**EXHIBIT 2**

**Fill in this information to identify your case and this filing:**

Debtor 1    **Jamie Lynn Gallian**
            First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number _____

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                                   12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest in**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
☑ Yes. Where is the property?

**Located on APN 178-011-16, Space No. 376**

1.1

| | | |
|---|---|---|
| **16222 Monterey Ln Space #376** | **What is the property?** Check all that apply | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Street address, if available, or other description | ☐ Single-family home | |
| | ☐ Duplex or multi-unit building | |
| | ☐ Condominium or cooperative | |
| | ☑ Manufactured or mobile home | |
| **Huntington Beach   CA   92649-0000** | ☐ Land | Current value of the entire property?    Current value of the portion you own? |
| City            State        ZIP Code | ☐ Investment property | **$235,000.00         $235,000.00** |
| | ☐ Timeshare | |
| | ☐ Other | Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known. |
| | **Who has an interest in the property?** Check one | **Fee simple** |
| **Orange** | ☑ Debtor 1 only | |
| County | ☐ Debtor 2 only | |

Personal Residence of Debtor since 11/1/2018
2014 Skyline Custom Villa Manufactured Home
Decal No. LBM1081
Serial Number AC7V710394GB 56'x15'2"
Serial Number AC7V710394GA 60'x15'2"

☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number: LPT APN  891-569-62

**Registered Title with HCD Debtor's single member LLC, J-Sandcastle Co, LLC**

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..................................................=>    **$235,000.00**

**Part 2:    Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

EXHIBIT 2, PAGE 74

Debtor 1    **Jamie Lynn Gallian**    Case number *(if known)* _____

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

| | | | |
|---|---|---|---|
| 3.1 | Make: **Kia** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |

3.1  Make: **Kia**
     Model: **Sportage**
     Year: **2020**
     Approximate mileage: _____
     Other information:

     Location: 16222 Monterey Ln #376, Huntington Beach CA 92649 (LEASE)

**Who has an interest in the property?** Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $0.00 | $0.00 |

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

**5** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here........................................=>    $0.00

**Part 3:    Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?
Current value of the portion you own?
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
☑ Yes. Describe.....

| Location: 16222 Monterey Ln #376, Huntington Beach CA 92649 | $4,500.00 |
|---|---|

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☑ Yes. Describe    **Wall Television, Computer, Printer.**    $ 500.00
☐ No.
    **Location: 16222 Monterey Ln #376, Huntington Beach CA 92649**

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☑ No
☐ Yes. Describe.....

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
☑ No
☐ Yes. Describe.....

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
☑ No
☐ Yes. Describe.....

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

EXHIBIT 2, PAGE 75

Debtor 1    __Jamie Lynn Gallian_____    Case number *(if known)* _____

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes.  Describe.....

| Location: 16222 Monterey Ln #376, Huntington Beach CA 92649 | $1,000.00 |
|---|---|

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ■ Yes. Describe    20 year old Movado Wrist-watch 40th birthday gift; Costume jewelry from Mother and
   ☐ No    Grandmother Misc/ sized rings, various non-gold chains and bracelets, earrings.    $1,000.00
   Location: 16222 Monterey Ln #376, Huntington Beach CA 92649

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ■ Yes. Describe    5-year old Rescued Wired Terrier Dog-White "Ammie"
   ☐ No.    Location: 16222 Monterey Ln #376, Huntington Beach CA 92649

**14. Any other personal and household items you did not already list, including any health aids you did not list**
   ■ No
   ☐ Yes.  Give specific information.....

**15.    Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...................................................................

| $7,000.00 |
|---|

**Part 4:    Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?    Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ■ No
   ☐ Yes....................................................................

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes.....................
   Institution name:

|  |  | Institution name: |  |
|---|---|---|---|
|  | **Checking and** | J-Sandcastle Co LLC - Chase - Un-cashed Tendered Space 376 Rent Checks | $ 8,050.00 |
| 17.1 | **savings** | Alliant Credit Union (Personal) Stimulus Ck | $ 4,048.34 |

**18. Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ■ No
   ☐ Yes...................    Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☐ No
   ■ Yes.  Give specific information about them...................
   Name of entity:    % of ownership:

   J-Sandcastle Co., LLC - Debtor's single member
   LLC
   (Purpose is to hold Registered title with HCD, to    100    %    $0.00
   Debtor's primary residence)   LBM1081

---

Official Form 106A/B    Schedule A/B: Property    page 3

EXHIBIT 2, PAGE 76

Debtor 1    **Jamie Lynn Gallian**                                              Case number *(if known)*

| | | |
|---|---|---|
| **J-Pad, LLC**<br>**(Debtor owns 1/3 interest in LLC; only purpose**<br>**is to hold a note and UCC-1 filing on Debtor's**<br>**primary residence) LBM1081** | **33.33** % | **$0.00** |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
■ No
☐ Yes. Give specific information about them
Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☐ No
☒ Yes. List each account separately.
Type of account:            Institution name:

| | | |
|---|---|---|
| **IRA** | **Fidelity** | **$7,400.00** |

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
No
☒ Yes. ....................     Institution name or individual:    Houser Bros Co. dba Rancho Del Rey Mobilehome Estates
Ground Lease Deposit (Ryan) Agreement Space 376 - 1/1/2006     **$ 686.00**

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
☒ No
☐ Yes............     Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
☒ No
☐ Yes............     Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
☒ No
☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
☒ No
☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
☒ No
☐ Yes.  Give specific information about them...

**Money or property owed to you?**                          **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**
☒ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
☒ No

Debtor 1    __Jamie Lynn Gallian__    Case number *(if known)* _____

☐ Yes. Give specific information......

**30. Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
   ■ No
   ☐ Yes. Give specific information..

**31. Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ■ No
   ☐ Yes. Name the insurance company of each policy and list its value.

|  | Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|---|

**32. Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

   No
   ☒ Yes. Give specific information..    **Father, DOD 6/17/2000, Charles J. Bradley, Jr.  Probate OCSC    30-2017-00915711**    $ unknown

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

   No
   ■ Yes. Describe each claim.........    **Personal Injury: Against HOA Date of Injury 8/5/2018;  Severe nerve injury to top of left foot and left wrist injury; occurred in the HOA common area of APN 178-771-03, located on  APN 178-011-16,**    $ unknown

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

   ☐ No
   ■ Yes. Describe each claim.........    **Personal injury claims against Huntington Beach Gables Homeowner's Association and Ind. Jesus Jasso Jr.; DOI: 8/5/2018; Case No.: 30-2020-01153679**    $ unknown

   **Potential insurance bad faith claim against Mercury Insurance Failure to Indemnify; No lawsuit filed yet. Related to Case No(s).: 30-2017-00913985, 30-2017-00962999**    $ unknown

   **Real estate failure to disclose, claim against previous homeowner Sandra Bradley; DOI: 04/11/2017; No lawsuit filed yet.**    $ unknown

   **Houser Bros Co GP dba Rancho Del Rey Mobilehome Estates Retaliation; Trespassing/Unlawful Entry; Wrongful Eviction; Forcible Detainer; Cruelty to an animal causing death. Failure to offer and execute rental agreement.**    $ unknown

**35. Any financial assets you did not already list**
   ■ No
   ☐ Yes. Give specific information..

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................**    $20,184.34

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37. Do you own or have any legal or equitable interest in any business-related property?**
   ■ No. Go to Part 6.
   ☐ Yes. Go to line 38.

Official Form 106A/B    Schedule A/B: Property    page 5

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 8:21-bk-11710-ES    Doc 1    Filed 07/09/21    Entered 07/09/21 14:15:51    Desc
Main Document      Page 17 of 60

Debtor 1    __Jamie Lynn Gallian_____    Case number *(if known)* _____

---

**Part 6**    **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

---

**Part 7:**    **Describe All Property You Own or Have an Interest In That You Did Not List Above**

53.  **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific information.........

54.  **Add the dollar value of all of your entries from Part 7. Write that number here** .....................................

| $0.00 |
| --- |

---

**Part 8:**    **List the Totals of Each Part of this Form**

55.  **Part 1: Total real estate, line 2** ................................................................................

| $235,000.00 |
| --- |

56.  **Part 2: Total vehicles, line 5**                       $0.00
57.  **Part 3: Total personal and household items, line 15**        $ 7,000.00
58.  **Part 4: Total financial assets, line 36**                $ 20,184.34
59.  **Part 5: Total business-related property, line 45**         $0.00
60.  **Part 6: Total farm- and fishing-related property, line 52**   $0.00
61.  **Part 7: Total other property not listed, line 54**       +   $0.00

62.  **Total personal property.** Add lines 56 through 61...        **$27,184.34**   Copy personal property total    **$27,184.34**

63.  **Total of all property on Schedule A/B. Add line 55 + line 62**

| $262,184.34 |
| --- |

---

Official Form 106A/B                          Schedule A/B: Property                                    page 6

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

EXHIBIT 2, PAGE 79

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | **Jamie Lynn Gallian** | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | |
| Case number | | |
| (if known) | | |

☐ Check if this is an
amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____    X _____

**Jamie Lynn Gallian**
Signature of Debtor 1                    Signature of Debtor 2

Date _____7/9/2021_____    Date _____

EXHIBIT 2, PAGE 80

**EXHIBIT 3**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| JAMIE LYNN GALLIAN<br>16222 MONTEREY LN. SPACE 376<br>HUNTINGTON BEACH, CA 92649<br>714-321-3449<br>JAMIEGALLIAN@GMAIL.COM<br><br><br>☒ Individual appearing without attorney<br>☐ Attorney for Debtor | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re:<br>JAMIE LYNN GALLIAN | CASE NO.: 8:21-bk-11710-SC |
|---|---|
| | CHAPTER: 7 |
| Debtor(s) | **SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS<br>[LBR 1007-1(c)]** |

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added? ☐ Yes ☒ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☒ Schedule A/B     ☐ Schedule C     ☐ Schedule D     ☐ Schedule E/F     ☐ Schedule G
☐ Schedule H       ☒ Schedule I     ☒ Schedule J     ☐ Schedule J-2     ☐ Statement of Financial Affairs
☐ Statement About Your Social Security Numbers     ☐ Statement of Intention     ☐ Master Mailing List
☐ Other (specify) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and/or statements are true and correct.

Date: 09/13/2024

_____
Debtor 1 Signature    JAMIE LYNN GALLIAN

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2015                          Page 1                          F 1007-1.1.AMENDED.SUMMARY

EXHIBIT 3, PAGE 81

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
16222 MONTEREY LN. UNIT 378 HUNTINGTON BEACH, CA 92649

A true and correct copy of the foregoing document entitled (specify): **SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS [LBR 1007-1(c)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 09/13/2024_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (date) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 09/13/2024 | JOSEPH CLARK | _Joseph Clark_ |
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2015                                     Page 2                              **F 1007-1.1.AMENDED.SUMMARY**

EXHIBIT 3, PAGE 82

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

   - **Bradford Barnhardt**   bbarnhardt@marshackhays.com,
     bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com
   - **Aaron E. DE Leest**   adeleest@marshackhays.com,
     adeleest@marshackhays.com,alinares@ecf.courtdrive.com
   - **Robert P Goe**   kmurphy@goeforlaw.com,
     rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@g
     oeforlaw.com
   - **Jeffrey I Golden (TR)**   lwerner@go2.law,
     jig@trustesolutions.net;kadele@go2.law;C205@ecfcbis.com
   - **D Edward Hays**   ehays@marshackhays.com,
     ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendo
     za@ecf.courtdrive.com
   - **Brandon J. Iskander**   biskander@goeforlaw.com, kmurphy@goeforlaw.com
   - **Eric P Israel**   eisrael@danninggill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
   - **Shantal Malmed**   shantal.malmed@gmlaw.com, cheryl.caldwell@gmlaw.com
   - **Laila Masud**   lmasud@marshackhays.com,
     lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com
   - **Mark A Mellor**   mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com
   - **Valerie Smith**   claims@recoverycorp.com
   - **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 4                    **F 9021-1.2.BK.NOTICE.LODGMENT**

EXHIBIT 3, PAGE 83

**Fill in this information to identify your case and this filing:**

Debtor 1    JAMIE LYNN GALLIAN
            First Name            Middle Name            Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name            Last Name

United States Bankruptcy Court for the:  Central District of California

Case number    8:21-BK-11710-SC

☑ Check if this is an
   amended filing

## Official Form 106A/B
# Schedule A/B: Property
                                                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**    **Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

1.1.   16222 Monterey Ln. Unit 376
     Street address, if available, or other description

     Tr. 10542, Misc Maps, Bk 456/49-50

     Huntington Beach    CA    92649
     City      State      ZIP Code

     ORANGE
     County

If you own or have more than one, list here:

1.2. _____
     Street address, if available, or other description

     _____

     _____
     City      State      ZIP Code

     _____
     County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☑ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☑ Other  Rec. Covenants Running With The Land

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: 891-569-62, part of 178-011-16

*Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**  **Current value of the portion you own?**
$ 539,000.00    $ 539,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

80yr unexpired Recorded Gr. Lease

☐ **Check if this is community property** (see instructions)

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

*Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**  **Current value of the portion you own?**
$_____    $_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ **Check if this is community property** (see instructions)

EXHIBIT 3, PAGE 84

Debtor 1    JAMIE LYNN GALLIAN    Case number (if known)    8:21-BK-11710-SC
　　　　　First Name    Middle Name    Last Name

---

**1.3.** _____
Street address, if available, or other description

_____

_____
City　　　　State　　ZIP Code

_____
County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

$_____    $_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ **Check if this is community property** (see instructions)

Other information you wish to add about this item, such as local property identification number: _____

---

**2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.** ......................................................➔    $_____

---

## Part 2:    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☒ Yes

**3.1.** Make:　　Kia
Model:　　Sportage
Year:　　2020
Approximate mileage:　　15,000
Other information:
_____

**Who has an interest in the property?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

$_____8,000.00    $_____8,000.00

If you own or have more than one, describe here:

**3.2.** Make:　　_____
Model:　　_____
Year:　　_____
Approximate mileage:　　_____
Other information:
_____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?

$_____    $_____

---

EXHIBIT 3, PAGE 85

Debtor 1    JAMIE LYNN GALLIAN
First Name    Middle Name    Last Name

Case number *(if known)*  8:21-BK-11710-SC

---

3.3.   Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**     **Current value of the portion you own?**

$_____     $_____

---

3.4.   Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**     **Current value of the portion you own?**

$_____     $_____

---

4.   **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

---

4.1.   Make: _____

Model: _____

Year: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**     **Current value of the portion you own?**

$_____     $_____

If you own or have more than one, list here:

4.2.   Make: _____

Model: _____

Year: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**     **Current value of the portion you own?**

$_____     $_____

---

5.   **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ......................➔   $   8,000.00

---

EXHIBIT 3, PAGE 86

Case 8:21-bk-11710-SC   Doc 444   Filed 09/13/24   Entered 09/16/24 15:45:44   Desc
Main Document    Page 7 of 18

| Debtor 1 | JAMIE LYNN GALLIAN | | | Case number *(if known)* 8:21-BK-11710-SC |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**Part 3:**   **Describe Your Personal and Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**6. Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe.........

Household goods, furnishings; Appliances, w/d, refrigerator, dishes, pot/pans, microwave, clock, dining tables, 6 chairs, hutch, side table, sofa, end tables, Bedroom furniture, dresser, armoire, nightstands

$ 2,500.00

**7. Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe.........

Wall television, Laptop, printer, cables, cell-phone,

$ 1,000.00

**8. Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes. Describe.

Lladro Figures (20)
Boy & Dog Collection

$ 1,500.00

**9. Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
☑ Yes. Describe.

Used treadmill

$ 250.00

**10. Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☑ No
☐ Yes. Describe..........

$

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☑ No
☐ Yes. Describe...........

Every day clothing; purses, jackets, pants, tops, sweaters, dresses, jeans,work uniform, tennis shoes, work boots, sandals,

$ 500.00

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes. Describe...........

Non-gold Necklaces, earrings, bracelets, chains, watch

$ 500.00

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No
☑ Yes. Describe...........

2 dogs

$ 25.00

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☐ No
☑ Yes. Give specific information. ..........

Crystal wine glasses, vases, bowls

$ 1,000.00

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...................................................➔

$ 7,275.00

---

Official Form 106A/B                     Schedule A/B: Property                     page 4

EXHIBIT 3, PAGE 87

Debtor 1   JAMIE LYNN GALLIAN                          Case number (if known)   8:21-BK-11710-SC
           First Name   Middle Name   Last Name

| Part 4: | Describe Your Financial Assets |
|---|---|

**Do you own or have any legal or equitable interest in any of the following?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes ........................................................................................................   Cash: .................... $_____100.00

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes .....................        Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | Alliant Credit Union | $_____400.00 |
| 17.2. Checking account: | Chase Bank | $_____400.00 |
| 17.3. Savings account: | | $_____ |
| 17.4. Savings account: | | $_____ |
| 17.5. Certificates of deposit: | | $_____ |
| 17.6. Other financial account: | | $_____ |
| 17.7. Other financial account: | | $_____ |
| 17.8. Other financial account: | | $_____ |
| 17.9. Other financial account: | | $_____ |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes .................        Institution or issuer name:

$_____
$_____
$_____

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes. Give specific information about them......................

| Name of entity: | | % of ownership: | |
|---|---|---|---|
| J-Pad LLC | Terminated - Cancelled - w/ CA Sec. of ST | 100 % | $_____0.00 |
| J-Sandcastle Co LLC Terminated - Cancelled w/ CA Sec of ST | | 100 % | $_____0.00 |
| | | _____ % | $_____ |

EXHIBIT 3, PAGE 88

Case 8:21-bk-11710-SC    Doc 444    Filed 09/13/24    Entered 09/16/24 15:45:44    Desc
Main Document    Page 9 of 18

Debtor 1    JAMIE LYNN GALLIAN    Case number _(if known)_ 8:21-BK-11710-SC
First Name    Middle Name    Last Name

---

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific    Issuer name:
information about
them......................    $_____
    $_____
    $_____

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes. List each    Type of account:    Institution name:
account separately.

401(k) or similar plan:    Fidelity Federal    $_____7,800.00

Pension plan:    $_____

IRA:    $_____

Retirement account:    $_____

Keogh:    $_____

Additional account:    $_____

Additional account:    $_____

**22. Security deposits and prepayments**    Space 376-

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☑ Yes ,9/11/2024,Good Faith Payment for Space 376
☐ No    Institution name or individual:

Electric:    $_____

Gas:    $_____

Heating oil:    $_____

Security deposit on rental unit:    $_____

Prepaid rent:    $_____

Telephone:    $_____

Water:    $_____

Rented furniture:    $_____

Other:    Sp. 376-Rancho Del Rey, Chase Cashiers Ck. 1085751455    $_____1,086.00

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes ..........................    Issuer name and description:
    $_____
    $_____
    $_____

---

EXHIBIT 3, PAGE 89

Debtor 1    JAMIE LYNN GALLIAN    Case number *(if known)*    8:21-BK-11710-SC
_____
First Name    Middle Name    Last Name

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes ................................ Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

_____    $_____
_____    $_____
_____    $_____

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific
information about them....    [                              ]    $_____

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific
information about them....    [                              ]    $_____

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific
information about them....    [                              ]    $_____

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**

☑ No
☐ Yes. Give specific information
about them, including whether
you already filed the returns
and the tax years. .......................

Federal:    $_____
State:    $_____
Local:    $_____

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information..............

Alimony:    $_____
Maintenance:    $_____
Support:    $_____
Divorce settlement:    $_____
Property settlement:    $_____

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information..............    [                              ]    $_____

Official Form 106A/B    Schedule A/B: Property    page 7

EXHIBIT 3, PAGE 90

Debtor 1   JAMIE LYNN GALLIAN                                          Case number *(if known)*   8:21-BK-11710-SC
           First Name    Middle Name    Last Name

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☑ Yes. Name the insurance company
       of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Foremost Insurance Homeowners Ins | | $ 0.00 |
| AAA accident coverage | | $ 0.00 |
| | | $ |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No
☐ Yes. Give specific information............. [                    ]   $ _____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes. Describe each claim. .................. [                    ]   $ _____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☐ No
☑ Yes. Describe each claim. .................. [                    ]   $ _____

**35. Any financial assets you did not already list**

☐ No
☑ Yes. Give specific information............ Un-cashed CA Covid-19 Rent Relief Check awarded on behalf of Debtor's 6/9/18 Appl. for relief pre-petition Space 376 in Rancho Del Rey Park, in possession Houser Bros Co. issued 11/3/2018, $24,301.55. Debtor qualified for relief under guidelines.    $ 0.00

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ........................................................................➔   $ 9,786.00

---

| **Part 5:** | **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.** |
|---|---|

**37. Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.
☐ Yes. Go to line 38.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☑ No
☐ Yes. Describe....... [                    ]   $ _____

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes. Describe....... [                    ]   $ _____

EXHIBIT 3, PAGE 91

Debtor 1    JAMIE LYNN GALLIAN    Case number *(if known)* 8:21-BK-11710-SC

First Name    Middle Name    Last Name

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No

☐ Yes. Describe ........    $_____

**41. Inventory**

☑ No

☐ Yes. Describe ........    $_____

**42. Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe ........    Name of entity:    % of ownership:

_____    _____%    $_____

_____    _____%    $_____

_____    _____%    $_____

**43. Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

☐ No

☐ Yes. Describe ........    $_____

**44. Any business-related property you did not already list**

☑ No

☐ Yes. Give specific    _____    $_____
information .........

_____    $_____

_____    $_____

_____    $_____

_____    $_____

_____    $_____

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached**
for Part 5. Write that number here ..................................................................................➔    $_____

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the portion you own?**

Do not deduct secured claims or exemptions.

**47. Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☑ No

☐ Yes ....................    $_____

EXHIBIT 3, PAGE 92

Debtor 1   JAMIE LYNN GALLIAN                                        Case number *(if known)* 8:21-BK-11710-SC
           First Name   Middle Name   Last Name

48. **Crops—either growing or harvested**
- ☑ No
- ☐ Yes. Give specific information............                                    $_____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
- ☑ No
- ☐ Yes ........................                                                  $_____

50. **Farm and fishing supplies, chemicals, and feed**
- ☑ No
- ☐ Yes ........................                                                  $_____

51. **Any farm- and commercial fishing-related property you did not already list**
- ☑ No
- ☐ Yes. Give specific information............                                    $_____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ➔   $_____

---

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
- ☑ No
- ☐ Yes. Give specific information............

$_____
$_____
$_____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...............  ➔   $_____

---

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55. **Part 1: Total real estate, line 2** ..................................................................  ➔   $  539,000.00

56. **Part 2: Total vehicles, line 5**                        $  8,000.00

57. **Part 3: Total personal and household items, line 15**   $  7,275.00

58. **Part 4: Total financial assets, line 36**               $  9,786.00

59. **Part 5: Total business-related property, line 45**      $  0.00

60. **Part 6: Total farm- and fishing-related property, line 52**   $  0.00

61. **Part 7: Total other property not listed, line 54**      + $  0.00

62. **Total personal property. Add lines 56 through 61.** ..................   $  25,061.00   Copy personal property total ➔ + $  25,061.00

63. **Total of all property on Schedule A/B. Add line 55 + line 62.**....................................   $  564,061.00

EXHIBIT 3, PAGE 93

**Fill in this information to identify your case:**

Debtor 1    JAMIE LYNN GALLIAN
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Debtor 2
(Spouse, if filing)　First Name　　　Middle Name　　　　　Last Name

United States Bankruptcy Court for the:　Central District of California

Case number    8:21-bk-11710-SC
(if known)

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition chapter 13
income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for
supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse.
If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a
separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
|---|---|

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | 1 .Self  Empl. ;  2. Motor  Coach  Driver | _____ |
| **Employer's name** | 1 n/a   2.Transportation Charter Services | _____ |
| **Employer's address** | 1931 N. Batavia Avenue<br>Number   Street | <br>Number   Street |
| | _____ | _____ |
| | Orange        CA      92856<br>City         State   ZIP Code | <br>City          State   ZIP Code |
| **How long employed there?** | < 1 yr | _____ |

| Part 2: | Give Details About Monthly Income |
|---|---|

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing
spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines
below. If you need more space, attach a separate sheet to this form.

| | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $_____2,200.00 | $_____ |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$_____500.00 | +$_____ |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. $_____2,700.00 | $_____ |

Official Form 106I                    Schedule I: Your Income                    page 1

EXHIBIT 3, PAGE 94

| Debtor 1 | JAMIE LYNN GALLIAN | | Case number *(if known)* | 8:21-bk-11710-SC |
| | First Name    Middle Name    Last Name | | | |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here............................................................➔ | 4. | $ 2,700.00 | $ |

**5. List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 250.00 | $ |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ | $ |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ | $ |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ | $ |
| 5e. **Insurance** | 5e. | $ | $ |
| 5f. **Domestic support obligations** | 5f. | $ | $ |
| 5g. **Union dues** | 5g. | $ | $ |
| 5h. **Other deductions.** Specify: _____ | 5h. | + $ | + $ |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ | $ |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 2,450.00 | $ |

**8. List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm**<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 500.00 | $ |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ |
| 8e. **Social Security** | 8e. | $ 0.00 | $ |
| 8f. **Other government assistance that you regularly receive**<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____ | 8f. | $ 0.00 | $ |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ |
| 8h. **Other monthly income.** Specify: Direct from housemate | 8h. | + $ 1,500.00 | + $ |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 2,000.00 | $ |
| 10. **Calculate monthly income.** Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 2,450.00 + | $ = | $ 4,450.00 |

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: _____                                                                    11. + $ _____

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies    12. $ 4,450.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain: _____

EXHIBIT 3, PAGE 95

**Fill in this information to identify your case:**

Debtor 1    JAMIE LYNN GALLIAN
            First Name              Middle Name              Last Name

Debtor 2
(Spouse, if filing)  First Name     Middle Name              Last Name

United States Bankruptcy Court for the: Central District of California

Case number   8:21-bk-11710-SC
(if known)

Check if this is:

☑ An amended filing
☐ A supplement showing postpetition chapter 13
   expenses as of the following date:
   _____
   MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☑ No.  Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

   ☐ No
   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**         ☑ No

   Do not list Debtor 1 and          ☐ Yes. Fill out this information for
   Debtor 2.                              each dependent..................

   Do not state the dependents'
   names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include**          ☑ No
   **expenses of people other than**     ☐ Yes
   **yourself and your dependents?**

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4.  $ _____ 1,325.00

   **If not included in line 4:**

   4a.  Real estate taxes                                    4a.  $ _____ 25.00

   4b.  Property, homeowner's, or renter's insurance         4b.  $ _____ 25.00

   4c.  Home maintenance, repair, and upkeep expenses        4c.  $ _____ 10.00

   4d.  Homeowner's association or condominium dues          4d.  $ _____ 0.00

EXHIBIT 3, PAGE 96

Debtor 1    **JAMIE LYNN GALLIAN**
First Name    Middle Name    Last Name

Case number *(if known)*    8:21-bk-11710-SC

| | | Your expenses |
|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ 0.00 |
| 6. | **Utilities:** | |
| 6a. | Electricity, heat, natural gas | 6a. $ 60.00 |
| 6b. | Water, sewer, garbage collection | 6b. $ 20.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ 125.00 |
| 6d. | Other. Specify: | 6d. $ |
| 7. | **Food and housekeeping supplies** | 7. $ 300.00 |
| 8. | **Childcare and children's education costs** | 8. $ 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ 0.00 |
| 10. | **Personal care products and services** | 10. $ 25.00 |
| 11. | **Medical and dental expenses** | 11. $ 0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ 200.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ 10.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| 15a. | Life insurance | 15a. $ 0.00 |
| 15b. | Health insurance | 15b. $ 0.00 |
| 15c. | Vehicle insurance | 15c. $ 75.00 |
| 15d. | Other insurance. Specify: Car Registration | 15d. $ 10.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ 0.00 |
| 17. | **Installment or lease payments:** | |
| 17a. | Car payments for Vehicle 1 | 17a. $ 0.00 |
| 17b. | Car payments for Vehicle 2 | 17b. $ 0.00 |
| 17c. | Other. Specify: | 17c. $ 0.00 |
| 17d. | Other. Specify: | 17d. $ 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* (Official Form 106I). | 18. $ 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. $ 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | |
| 20a. | Mortgages on other property | 20a. $ 0.00 |
| 20b. | Real estate taxes | 20b. $ 0.00 |
| 20c. | Property, homeowner's, or renter's insurance | 20c. $ 0.00 |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. $ 0.00 |
| 20e. | Homeowner's association or condominium dues | 20e. $ 0.00 |

EXHIBIT 3, PAGE 97

Debtor 1    JAMIE LYNN GALLIAN
_____    Case number *(if known)*  8:21-bk-11710-SC
            First Name    Middle Name    Last Name

---

21.  **Other**. Specify: _____    21.  **+**$_____

22.  **Calculate your monthly expenses.**

22a. Add lines 4 through 21.    22a.  $_____ 2,210.00

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b.  $_____ 0.00

22c. Add line 22a and 22b. The result is your monthly expenses.    22c.  $_____ 2,210.00

23.  **Calculate your monthly net income.**

23a. Copy line 12 (*your combined monthly income*) from *Schedule I.*    23a.  $_____ 4,450.00

23b. Copy your monthly expenses from line 22c above.    23b.  **−**$_____ 2,210.00

23c. Subtract your monthly expenses from your monthly income.
     The result is your *monthly net income.*    23c.  $_____ 2,240.00

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.    Explain here:

---

EXHIBIT 3, PAGE 98

**EXHIBIT 4**

FILED & ENTERED

MAY 23 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte        DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No.: 8:21-bk-11710-SC |
| Jamie Lynn Gallian, | CHAPTER 7 |
| | Adv No:  8:21-ap-01097-SC |
| Debtor(s). | **(1) ORDER DENYING MOTION TO AMEND AND VACATING HEARING;** |
| | **(2) MEMORANDUM DECISION AFTER TRIAL REGARDING §727 CLAIMS; AND** |
| | **(3) SETTING STATUS CONFERENCE ON REMAINING § 523 CLAIMS** |
| Houser Bros. Co., dba Rancho Del Rey Mobile Home Estates, | §727 Trial: |
| Plaintiff(s), | Date:        April 26, 2023 |
| v. | Time:        9:30 a.m. |
| Jamie Lynn Gallian, | Courtroom:  5C |
| Defendant(s). | |

-1-

1    On April 26, 2023, a trial was held in the above captioned adversary proceeding

2    ("April 26 Trial"). D. Edward Hays, Esq. and Bradford Barnhardt, Esq. appeared on

3    behalf of Plaintiff Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates

4    ("Plaintiff"), as did Christopher Houser, who appeared and testified as Plaintiff's

5    representative. Greg Buysman was also called as a witness by Plaintiff. Defendant

6    Jamie Lynn Gallian ("Defendant" or "Debtor") appeared pro se and testified. All

7    witnesses were cross-examined by the opposing party.

8    During trial, Plaintiff presented its case, seeking the denial of Defendant's

9    discharge under 11 U.S.C. §§727(a)(2)(A), (a)(4), and (a)(5).[1] Plaintiff did not include a

10   cause of action for §727(a)(2)(B)[2] in its complaint; however, after the parties had rested,

11   and after the close of evidence, Plaintiff orally moved to amend the complaint to

12   conform to the evidence presented at trial (i.e., Defendant's admissions of her attempts

13   to perfect post-petition liens). While the Court permitted the parties to address

14   §727(a)(2)(B) in their closing statements and post-trial briefs, it did so concurrently with

15   the expressed requirement that Plaintiff file a written motion to amend, to be heard on

16   regular notice, which would need to be granted before the Court would consider the

17   inclusion of the new cause of action. Plaintiff filed its written motion to amend the

18   complaint on May 10, 2023 [Dk. 76] ("Motion to Amend"), setting the matter for hearing

19   on June 1, 2023. On May 18, 2023, Defendant filed her opposition [Dk. 79].[3]

20   Additionally, the Court granted Defendant the opportunity to file a supplemental

21

22   _____

23   [1] The Court bifurcated Plaintiff's claims for relief under 11 U.S.C. § 523 and ordered that the trial would
     proceed only as it relates to Plaintiff's claims for relief under § 727. *See* Dk. 58.

24   [2] § 727(a)(2)(B) states: "The court shall grant the debtor a discharge, unless— (2) the debtor, with intent
     to hinder, delay, or defraud a creditor or an officer of the estate charged with custody of property under

25   this title, has transferred, removed, destroyed, mutilated, or concealed, or has permitted to be transferred,
     removed, destroyed, mutilated, or concealed—(B) property of the estate, after the date of the filing of the

26   petition."

27   [3] The Court notes that Defendant improperly raised the issue of standing by attaching what appears to be
     recycled from a prior pleading related to a motion for relief from stay filed earlier in the case. *See*

28   Opposition to Motion to Amend filed May 17, 2023, Dk. 79, Pg. 9. The Court will address the issue of
     Plaintiff's standing herein, briefly, but not in connection with the motion to amend which is denied herein.

-2-

EXHIBIT 4, PAGE 100

1  declaration accounting for her expenditures in greater detail, which Defendant provided

2  twice: on May 1, 2023 [Dk. 71] and May 8, 2023 [Dk. 73].[4] Moreover, the Court

3  requested post-trial briefs from both parties, which briefs were timely filed on May 10,

4  2023 [Dks. 74 and 77].

5       After considering the arguments of the parties, the pleadings filed prior to and

6  after trial, all evidence admitted during trial and based upon the discussion on the

7  record at trial, and for the reasons more fully explained below, the Court finds good

8  cause to enter the following order DENYING the Motion to Amend, VACATING the

9  hearing on the Motion to Amend, and rendering judgment in favor of Plaintiff and

10 against Defendant on each of its original § 727 causes of action (i.e., 11 U.S.C. §§

11 727(a)(2)(A), (a)(4) and (a)(5)).

12      **I.    Plaintiff's Standing**

13      As a preliminary matter, the Court finds that, contrary to the repeated assertions

14 of Defendant, Plaintiff has proper standing to pursue this action.

15      Under Section 727(c)(1), a creditor has standing to object to the granting of a

16 discharge under Section 727(a). *See* 11 U.S.C. § 727(c)(1) ("The trustee, a creditor, or

17 the United States trustee may object to the granting of a discharge . . ."). A creditor is

18 defined under the Bankruptcy Code as an "entity that has a claim against the debtor that

19 arose at the time of or before the order for relief concerning the debtor." 11 U.S.C. §

20 101(10). A claim is a "right to a payment, whether or not such right is reduced to

21 judgment, liquidated, fixed, contingent, matured, unmatured, *disputed*, undisputed,

22 legal, equitable, secured or unsecured." 11 U.S.C. § 101(5) (emphasis added).

23      Plaintiff is a creditor of Debtor's estate, having filed a proof of claim (Claim #3) on

24 October 23, 2022. That the facts underlying Plaintiff's claim against Debtor are disputed

25 by Debtor is insufficient to deprive Plaintiff of standing to bring this action. *See* S*paich v.*

26 *Smith (In re Spaich)*, 2005 Bankr. LEXIS 3431, at *3 (B.A.P. 9th Cir. 2005) ("[T]here is

27

28  [4] The latter filing contained improperly authenticated documentary evidence, presumably intended to
corroborate certain of the expenditures. The Court has reviewed and considered both documents, despite
the fact that both declarations were filed outside of the timeframe ordered by the Court.

-3-

1   nothing in the Code or the Rules which suggest that only creditors with proven claims

2   may file such an action, and case law suggests the contrary.") Moreover, "lack of injury

3   to creditors is irrelevant for purposes of denying a discharge in bankruptcy." *Retz v.*

4   *Samson (In re Retz)*, 606 F.3d 1189, 1200 (9th Cir. 2010). Accordingly, Defendant's

5   objections with regard to Plaintiff's standing to bring this action against her are

6   OVERRULED.

7       **II.    Plaintiff's Motion to Amend**

8       Rule 15(b)(2) of the Federal Rules of Civil Procedure (FRCP) is made applicable

9   to this adversary proceeding by Rule 7015 of the Federal Rules of Bankruptcy

10  Procedure (FRBP), and permits a party to "move – at any time, even after judgment – to

11  amend the pleadings to conform them to the evidence and to raise an unpleaded issue."

12  Fed. R. Civ. P. 15(b)(2).

13      "To amend a pleading under rule 15(b)(2) a party must show that an issue was

14  tried by the parties' express or implied consent… **and** that amendment would not cause

15  substantial prejudice to the opposing party." *Phila. Indem. Ins. Co. v. Danco Builders*,

16  2017 U.S. Dist. LEXIS 136338, at *9 (N.D. Cal. 2017) (internal citations and quotations

17  omitted) (emphasis added).

18      During Plaintiff's examination of Defendant at the April 26 Trial, Defendant

19  admitted to gifting post-petition liens against her residence to her son, granddaughter,

20  ex-husband, and roommate with the stated purpose of "getting her affairs in order."

21  Plaintiff seeks to amend its complaint to include a § 727(a)(2)(B) cause of action

22  because Defendant admitted certain facts at trial regarding post-petition liens. Plaintiff

23  appears to argue that Defendant impliedly consented to try the issue because

24  Defendant did not object to Plaintiff's counsel's questions regarding post-petition liens

25  during her examination, and Defendant addressed Plaintiff's allegations with regard to

26  the post-petition liens during the presentation of her defense. Plaintiff further argues that

27  Defendant articulated no prejudice which would result from Plaintiff's proposed

28  amendment, and that there would, in fact, be no prejudice to Defendant because *inter*

EXHIBIT 4, PAGE 102

1 *alia*, the standard for denial of discharge is the same as § 727(a)(2)(A) (which cause of

2 action was originally plead) except with respect to the timing of the disposition of estate

3 property (i.e., before or after the petition date). In short, Plaintiff asserts that because §

4 727(a)(2)(B) is not "a wildly new legal theory", there is no prejudice to Defendant in

5 addressing it herein. The Court disagrees.

6        The purpose of Rule 15(b) is to freely allow the pleadings to be amended "to

7 reflect the actual issues upon which a case was tried." *Prieto v. Paul Revere Life Ins.*

8 *Co.*, 354 F.3d 1005, 1012 (9th Cir. 2004). However, "[t]he rule does not permit

9 amendments to include issues which may be inferentially suggested by incidental

10 evidence in the record." *Consol. Data Terminals v. Applied Dig. Data Sys.*, 708 F.2d

11 385, 396 (9th Cir. 1983) (internal quotations omitted). [A] trial court may not base its

12 decision upon an issue that was tried inadvertently." *Id*. at 397.

13        "An adverse party cannot be expected to object to the introduction of evidence

14 that is only tangentially related to the issues actually pleaded prior to trial **unless** the

15 party has notice that the evidence is being introduced as proof on some other

16 unpleaded issue." *Id*. (emphasis added). Therefore, "to establish implied consent, the

17 plaintiff must demonstrate that the defendant understood evidence had been introduced

18 to prove the new issue and that the new issue had been directly addressed, not merely

19 inferentially raised by incidental evidence." *Jaurigui v. Jaurugui (In re Swing House*

20 *Rehearsal & Recording, Inc.)*, 2022 Bankr. LEXIS 702, at *4-5 (Bankr. C.D. Cal. 2022).

21        That Defendant did not object to questioning regarding the post-petition liens and

22 that after her admissions regarding the post-petition liens, Defendant replied in her

23 defense to Plaintiff's assertions raised in closing argument, is in this Court's view,

24 insufficient to demonstrate that Defendant impliedly consented to try the §727(a)(2)(B)

25 cause of action. It is Plaintiff's burden to demonstrate that Defendant understood at trial

26 that the evidence was being introduced to prove §727(a)(2)(B) specifically, and that §

27 727(a)(2)(B) would be directly addressed. That was not the case here.

28        Plaintiff offers no explanation for why it did not seek to add this cause of action

-5-

EXHIBIT 4, PAGE 103

1  until trial, except stating that "Debtor had not disclosed the post-petition transfers and

2  Houser Bros. only discovered them during the [adversary] case." Motion to Amend, Dk.

3  76, Pg. 3:8-12.[5] However, the Court notes that it was well-understood, before trial, that

4  the issue of Debtor's post-petition transfers would be raised. Plaintiff's trial brief

5  referenced such transfers as evidence supporting Plaintiff's §727(a)(2)**(A)** cause of

6  action. Plaintiff's Trial Brief filed February 9, 2023, Dk. 55, Pgs. 20:22-21:21 (emphasis

7  added). No mention of §727(a)(2)(B) was raised in that brief, despite Plaintiff's clear

8  knowledge of the transfers. Plaintiff and Defendant agreed to the admission of various

9  UCC Amendments (including Exhibit 14 evidencing the existence of post-petition liens

10  to Debtor's sons), in the pre-trial stipulation filed September 13, 2022 [Dk. 37, Pg. 18],

11  and Plaintiff's questioning at the April 26 Trial indicates that the pre-petition liens were

12  discussed in Defendant's pre-trial deposition, which Defendant testified occurred in

13  June of 2022. Trial transcript, Dk. 72, Pg. 88:2-25 and 74:22-24. While the

14  §§727(a)(2)_(A)_ and (a)(2)_(B)_ causes of action are similar, they are also distinct and

15  separate statutory grounds upon which to object to discharge. To allow Plaintiff to raise

16  the issue in connection with §727(a)(2)(A), and then merely summarize the facts

17  incidentally obtained therewith at the close of proceedings to pile on an additional, but

18  different, cause of action that had not been mentioned in the nearly 2 years leading up

19  to trial against Defendant is prejudicial, and not, in this Court's view, fitting with the

20  purpose of Rule 15(b).

21        For the foregoing reasons, Plaintiff has not met its burden. Accordingly, the

22  Motion to Amend is DENIED and the hearing VACATED.

23        **III.    April 26 Trial**

24        Trial on Plaintiff's operative complaint seeking the denial of Defendant's

25  discharge under 11 U.S.C. §§ 727(a)(2)(A), (a)(4) and (a)(5) was held on April 26, 2023.

26

27  _____

28  [5] It is unclear precisely when Plaintiff became aware of the post-petition liens; however, the Court
observes that the admitted post-petition liens were placed in September 2021 – well before the discovery
deadline of March 31, 2022, and nearly two years before the April 26 Trial. *See* Order entered February
15, 2022, Dk. 16.

EXHIBIT 4, PAGE 104

1  "Those objecting to discharge bear the burden of proving by a preponderance of the

2  evidence that [the debtor's] discharge should be denied." *Retz v. Samson (In re Retz)*,

3  606 F.3d 1189, 1196 (9th Cir. 2010) (citing *Khalil v. Developers Sur. & Indem. Co. (In re*

4  *Khalil)*, 379 B.R. 163, 172 (B.A.P. 9th Cir. 2007), aff'd, 578 F.3d 1167, 1168 (9th Cir.

5  2009). "In keeping with the 'fresh start' purposes behind the Bankruptcy Code, courts

6  should construe § 727 liberally in favor of debtors and strictly against parties objecting

7  to discharge." *Id*. (citing *Bernard v. Sheaffer (In re Bernard)*, 96 F.3d 1279, 1281 (9th

8  Cir. 1996)).

9        During the April 26 Trial, which lasted one day,[6] evidence was introduced and

10

11  [6] The Court recognizes that the April 26 Trial was a long affair, beginning at 9:30 a.m., and concluding
    around 8:00 p.m. (with breaks). Given the seriousness of the allegations, and the lack of credibility of

12  Defendant's testimony, the Court determined that conducting the trial in a single day was of paramount
    importance. A court's litigation decisions are reviewed for abuse of discretion. *See Sekera v. Allstate Ins.*

13  *Co.*, 763 Fed. Appx. 629, 630 (9th Cir. 2019) ("We review a district court's decision concerning the
    management of litigation for abuse of discretion. *Preminger v. Peake*, 552 F.3d 757, 769 n.11 (9th Cir.

14  2008) (citing *FTC v. Enforma Nat. Prods., Inc.*, 362 F.3d 1204, 1212 (9th Cir. 2004)"). *See also Coe v.
    Fanday (In re Fanday)*, 538 Fed. Appx. 748, 749 (9th Cir. 2013) ("… bankruptcy court's management of

15  Coe's questioning was far from an abuse of discretion. [internal citations omitted]). Such discretion is
    broad, and as noted by the Third Circuit, such discretion may include imposition of time limits at trial:

16
        Notably, we have recognized that a district court may impose limits on the parties' presentation
17      time at trial, so long as the court both "mak[es] an informed analysis based on a review of the
        parties' proposed witness lists and proffered testimony" and "allocates trial time evenhandedly."
18      *Duquesne Light Co.*, 66 F.3d at 610. Other circuits have likewise concluded that a district court
        may, in its discretion, set reasonable trial time limits. *See, e.g., United States v. DeCologero*, 364
19      F.3d 12, 25 (1st Cir. 2004) ("[L]imits on witnesses and the time allowed to each side are
        permissible measures.") (citations omitted); *Deus v. Allstate Ins. Co.*, 15 F.3d 506, 520 (5th Cir.
20      1994) ("In the management of its docket, the court has an inherent right to place reasonable
        limitations on the time allotted to any given trial.") (citing *United States v. Reaves*, 636 F. Supp.
21      1575, 1577 (E.D. Ky. 1986)); *Sutkiewicz v. Monroe Cnty. Sheriff*, 110 F.3d 352, 361 (6th Cir.
        1997) ("[A] district court has broad discretion to place limits on the presentation of evidence to
22      prevent delay, waste of time, and needless presentation of cumulative evidence.") (citing
        *Duquesne Light Co.*, 66 F.3d at 609); *MCI Commc'ns Corp.*, 708 F.2d at 1172-73 (holding that
23      reasonable trial time limits do not violate the right to a fair trial); *Johnson v. Ashby*, 808 F.2d 676,
        678 (8th Cir. 1987) ("Trial courts have discretion to place reasonable limits on the presentation of
24      evidence . . . .") (citations omitted); *Gen. Signal Corp. v. MCI Telecomms. Corp.*, 66 F.3d 1500,
        1508 (9th Cir. 1995) ("Generally, a district court may impose reasonable time limits on a trial.")
25      (citations omitted).

26  *In re Baldwin*, 700 F.3d 122, 129 (3rd Cir. 2012).

27  After the presentation of testimony at the April 26 Trial was complete, and in recognition of the parties'
    efforts throughout the day and in the interest of alleviating any perceptions of unfairness, the Court
28  provided both parties the opportunity to file post-trial briefings containing argument summarizing the
    evidence proffered throughout the day. Moreover, Defendant was provided the opportunity to submit
    additional evidence, in the form of an accounting. As more fully noted herein, both parties took advantage

EXHIBIT 4, PAGE 105

both sides were presented the opportunity to provide written closing statements to the Court. Moreover, witness testimony was taken, during which the Court engaged in a credibility analysis. A credible witness is a witness who comes across as competent and worthy of belief. This Court determines witness credibility on many factors. The substance of the testimony is tantamount, as well as the amount of detail and the accuracy of recall of past events, which affect the Court's credibility determination. Witness contradiction plays a part in the credibility determination. How the testimony is delivered also has an impact. Factors which include body language, eye contact, and whether the responses are direct or appear to be evasive, unresponsive, or incomplete are considered by this Court. In addition, when deciding cases, the Court is permitted to take into consideration its knowledge and impressions founded upon experiences in everyday walks of life.

Under this backdrop, the Court finds the testimony of Plaintiff's witnesses, Mr. Houser and Mr. Buysman, forthright and credible. On the other hand, the Court finds the testimony of Defendant not credible. In reaching these credibility determinations, the Court considered each witness's demeanor as they testified, including the way they held themselves, whether they made or did not make inconsistent statements, and their directness or evasiveness.

Now, having reviewed all pleadings, considering the arguments of counsels, and having weighed the evidence admitted during the trial, the Court concludes that Plaintiff has met its burden as to each of the § 727 causes of action asserted in Plaintiff's operative complaint, as set forth in greater detail below.

### a. 11 U.S.C. § 727(a)(2)(A)

Under § 727(a)(2)(A), a discharge shall be granted unless "the debtor, with intent to hinder, delay, or defraud a creditor or an officer of the estate charged with custody of property under this title, has transferred, removed, destroyed, mutilated, or concealed, or has permitted to be transferred, removed, destroyed, mutilated, or concealed…

---

of the aforementioned opportunities.

EXHIBIT 4, PAGE 106

property of the debtor, within one year before the date of the filing of the petition." 11 U.S.C. § 727(a)(2)(A).

"The term transfer 'means every mode, direct or indirect, absolute or conditional, voluntary or involuntary, of disposing of or parting with property or with an interest in property, including retention of title as a security interest and foreclosure of the debtor's equity of redemption." *Eckard Brandes, Inc. v. Riley (In re Riley*), Nos. 01-4452, 02-00013 (citing 11 U.S.C. § 101(54)). "Under this definition, any transfer of an interest in property is a transfer, including a transfer of possession, custody, or control even if there is no transfer of title, because possession, custody, and control are interests in property." "The transfer to the corporation of assets in which the debtors had partnership interests constitutes a 'transfer' of 'property of the debtor' for purposes of section 727(a)." *Eckard Brandes, Inc. v. Riley (In re Riley*), Nos. 01-4452, 02-00013, 2004 Bankr. LEXIS 1656, at *8-9 (Bankr. D. Haw. 2004) (internal quotations and citations omitted).

To satisfy intent, "the court must find that the Debtors harbored actual intent to hinder, delay, or defraud a creditor…The existence of this intent is a finding of fact reviewable for clear error. We may infer the intent from the circumstances surrounding the transaction." *In re Woodfield*, 978 F.2d 516, 518 (9th Cir. 1992). "A debtor's intent need not be fraudulent to meet the requirements of § 727(a)(2). Because the language of the statute is in the disjunctive it is sufficient if the debtor's intent is to hinder or delay a creditor." *Retz v. Samson (In re Retz)*, 606 F.3d 1189, 1200 (9th Cir. 2010) (internal quotations and citations omitted).

"In examining the circumstances of a transfer under § 727(a)(2), certain 'badges of fraud' may support a finding of fraudulent intent. These factors, not all of which need be present, include (1) a close relationship between the transferor and the transferee; (2) that the transfer was in anticipation of a pending suit; (3) that the transferor Debtor was insolvent or in poor financial condition at the time; (4) that all or substantially all of the Debtor's property was transferred; (5) that the transfer so completely depleted the

EXHIBIT 4, PAGE 107

1    Debtor's assets that the creditor has been hindered or delayed in recovering any part of

2    the judgment; and (6) that the Debtor received inadequate consideration for the

3    transfer." *Retz v. Samson (In re Retz)*, 606 F.3d 1189, 1200 (9th Cir. 2010) (internal

4    quotations and citations omitted).

5        Moreover, "[u]nder the 'continuing concealment' doctrine, a transfer made and

6    recorded more than one year prior to filing may serve as evidence of the requisite act of

7    concealment where the debtor retains a secret benefit of ownership in the transferred

8    property within the year prior to filing." *In re Lawson*, 122 F.3d 1237, 1240 (9th Cir.

9    1997).

10       The evidence presented at trial demonstrates that in late 2018 while Defendant

11    was engaged in state court lawsuits that could possibly result in money judgments

12    against her [Trial Transcript, Dk. 72, Pg. 43-51], she sold a residence held in her own

13    name and used the proceeds from that sale to purchase a mobile home.[7] Trial

14    Transcript, Dk. 72, Pg. 24- 27. Despite using proceeds that belonged to her individually,

15    she directed the seller to replace her name with the name of her solely owned and

16    managed company, J-Sandcastle Company, LLC. ("J-Sandcastle"), on the notice of sale

17    documentation.[8] Pre-trial stipulation, Dk. Paragraph 6; Trial Transcript, Dk. 72, Pg. 37-

18    40. She further testified that she directed the replacement of her name with J-

19    Sandcastle on November 15, 2018, days after a state court granted a motion for

20    attorney's fees against her. Trial Transcript, Dk. 72, Pg. 36-37 and 49-51. On the date of

21

22    ───────────────────

23 [7] As an example of Defendant's lack of credibility, she was unable to cogently describe the payments that
were made to purchase the mobile home from the seller; the payments did not add up to the
$185,000 purchase price, which price Defendant further admitted was different from the $225,000 price

24 stated on the notice of sale. Trial Transcript, Dk. 72, Pg. 26-33. Defendant offered no explanation for the
discrepancy and her failure to accurately describe the payments.

25

26 [8] Defendant's testimony regarding this issue was likewise an example of her lack of credibility. After
initially testifying that she did not direct the seller to place title in the name of J-Sandcastle Company,
LLC., [Trial Transcript, Dk. 72, Pg. 37], she later admitted that her name was previously listed on the

27 document and that she did, in fact, later ask the seller to replace her own name with J-Sandcastle
Company, LLC. as the buyer. Trial Transcript, Dk. 72, Pg. 39-40. Moreover, later in the trial, when asked

28 by the Court to confirm that she purchased the property with her own money and put it in the name of J-
Sandcastle, she initially answered in the negative, conceding only after continued questioning and
reminders of that to which she had previously testified. Trial Transcript, Dk. 72, Pg. 323-325.

EXHIBIT 4, PAGE 108

1  Debtor's petition, July 9, 2021, the property was still being held in the name of J-

2  Sandcastle, and not in Defendant's name.

3      The Court observes that this act alone (i.e., Defendant directing title to the

4  property she purchased to be placed in the name of her wholly owned entity) is rife with

5  multiple badges of fraud, including Defendant's close relationship to the entity she

6  directed title to, the timing of providing such direction in light of pending litigation, and

7  the lack of consideration involved. It is clear to the Court that Defendant placed her

8  asset into the name of J-Sandcastle for the purpose of protecting her asset,[9] effectively

9  hindering, delaying, and defrauding her potential creditors from reaching the property.

10  Moreover, Defendant's strategy of concealing this asset continued through the petition

11  date, satisfying the elements of § 727(a)(2)(A).

12      Additionally, facts were presented to the Court demonstrating that Defendant

13  further concealed her equity in the property through the granting of liens to her business

14  entities and family members, which liens existed during the relevant time period. For

15  example, in late 2018, Defendant also executed a promissory note and security

16  agreement on the mobile home by and between two entities that she managed, J-

17  Sandcastle and J-Pad, LLC. ("J-Pad"). J-Sandcastle was the borrower and J-Pad the

18  lender. The agreement required J-Sandcastle to pay J-Pad $225,000 for a purported

19  loan; however, J-Pad did not loan any money to J-Sandcastle. Trial Transcript, Dk. 72,

20  Pg. 66. Defendant herself made the loan to J-Sandcastle, though the loan was initially in

21  the amount of $175,000 Defendant did not fund the balance of the $225,000 loan until

22  approximately 6 months later. Trial Transcript, Dk. 72, Pg. 65-66.[10] None of the

23

24  _____

   [9] Defendant testified that she "didn't believe that putting a home in an LLC that I owned solely was doing
25  anything wrong" and that "[a]t the time when the home was transferred, or registered, to so speak, in the
   LLC's name, [her] potential exposure was…$46,138 and $3,070." Trial Transcript, Dk. 72, Pg. 328:5-13.
26  In short, Defendant testified that she thought that it was her money, and that she could do what she
   wanted with it. *Id.* The Court finds this testimony to be unpersuasive in light of the deflective and
27  incredible manner that Defendant answered questions related to the transfers, as well as the pending
   lawsuits and her general financial situation at the time of the transfers.

28  [10] The Court notes that Defendant's inability to account for the specific amounts paid and timing of said
   payments during her testimony further underscores her lack of credibility. Trial Transcript, Dk. 72, Pg. 65-
   66.

EXHIBIT 4, PAGE 109

foregoing information regarding the timing of funding, or source of funding, was

reflected in the executed documents. In her petition, Defendant scheduled J-Pad as a

secured creditor, continuing the ongoing concealment of her true interest in the loan.

Additionally, within the year prior to the petition, liens in favor of Defendant's two adult

sons, Steven and Brian Gallian, were placed on the property, despite the fact that

neither had paid any consideration. Trial Transcript, Dk. 72, Pg. 72-73.

> While Defendant attempted to provide explanations for the foregoing to the Court

*in camera* and on the record, the Court finds such explanations to be insufficient to

refute the overwhelming evidence demonstrating that Defendant had the requisite intent

to hinder, delay, or defraud her creditor, when she transferred and concealed her

interests in the property described above.

> Accordingly, Plaintiff is entitled to judgment against Defendant on its §

727(a)(2)(A) cause of action.

### b.  11 U.S.C. § 727(a)(4)

> Under § 727(a)(4), a debtor's discharge shall be granted unless "the debtor

knowingly and fraudulently, in or in connection with the case – (A) made a false oath or

account." To prevail on a § 727(a)(4)(A) claim, a plaintiff must show, by a

preponderance of the evidence, that: "(1) the debtor made a false oath in connection

with the case; (2) the oath related to a material fact; (3) the oath was made knowingly;

and (4) the oath was made fraudulently." *Retz v. Samson (In re Retz)*, 606 F.3d 1189,

1197 (9th Cir. 2010).

> A false oath can be made in written submissions to the Court or under oath at a §

341 meeting, deposition, or trial:

> "A debtor's petition, schedules, statement of financial affairs, statements made at
> a 341 meeting, testimony given at a Federal Rule of Bankruptcy Procedure 2004
> examination, and answers to interrogatories all constitute statements under oath
> for purposes of § 727(a)(4)[(A)]. The same holds true for deposition testimony
> and testimony at other hearings during the course of the bankruptcy case. The
> false oath also need not be an affirmative misstatement; knowing and fraudulent
> omissions will also suffice."

EXHIBIT 4, PAGE 110

*In re Jayme*, 2018 Bankr. LEXIS 1987, 2018 WL 3218104, at *9 (Bankr. D.N.M.)

(internal citations omitted).

Moreover, the standard for what constitutes a "material" fact is very broad. As stated by the Ninth Circuit, "[a] fact is material if it bears a relationship to the debtor's business transactions or estate, or concerns the discovery of assets, business dealings, or the existence and disposition of the debtor's property. An omission or misstatement that detrimentally affects administration of the estate is material." *Retz v. Samson (In re Retz),* 606 F.3d 1189, 1198 (9th Cir. 2010) (internal quotations and citations omitted); *See also Joudeh v. Truppa (In re Truppa*), 2017 Bankr. LEXIS 1157, at *1 (B.A.P. 9th Cir. 2017).

In the context of § 727(a)(4), a distinction is made between reckless disregard for the truth, which is sufficient to form intent under the statute, and mere mistake or inadvertence, which is not. *Retz v. Samson (In re Retz*), 606 F.3d 1189, 1199 (9th Cir. 2010) ("Reckless indifference or disregard for the truth may be circumstantial evidence of intent, but is not sufficient, alone, to constitute fraudulent intent."). Something more must be presented in order to meet the standard.

> "Neither sloppiness nor an absence of effort by the debtor supports, by itself, an inference of fraud. Courts which hold otherwise are simply devising a court-made prophylactic rule that the debtor must make substantial effort to provide accurate and complete schedules. Had the Congress intended to make such a rule, it could have done so easily, as it did with § 727(a)(3) (failure to keep adequate books and records), and (a)(5) (failure to adequately explain the loss of assets), neither of which have an express element of fraudulent intent. [Citation omitted.] But the Congress did not do so, and it is not for the courts to create new bars to discharge under § 727(a), or to so distort a requisite element as to make it no element at all. The essential point is that there must be something about the adduced facts and circumstances which suggest that the debtor intended to defraud creditors or the estate. **For instance, multiple omissions of material assets or information may well support an inference of fraud if the nature of the assets or transactions suggests that the debtor was aware of them at the time of preparing the schedules and that there was something about the assets or transactions which, because of their size or nature, a debtor might want to conceal."**

*Khalil v. Developers Sur. & Indem. Co. (In re Khalil*), 379 B.R. 163, 174-75 (B.A.P. 9th

EXHIBIT 4, PAGE 111

1  Cir. 2007) (citing *Coombs*, 193 B.R. at 565-66) (emphasis added).

2       In keeping with the foregoing, a pattern of half-truths, inconsistencies, and

3  omissions in filed schedules, even if the schedules are ultimately amended to reflect the

4  true assets of the debtor, can be sufficient evidence of fraudulent intent under the

5  statute. *See Joudeh v. Truppa (In re Truppa*), No. CC-16-1281-KuFL, 2017 Bankr.

6  LEXIS 1157, at *1 (B.A.P. 9th Cir. 2017) ("the court may infer fraudulent intent based on

7  a 'pattern of falsity.'"); *Trainor v. Evans (In re Evans*), No. CC-16-1356-KuFTa, 2017

8  Bankr. LEXIS 2232, at *1 (B.A.P. 9th Cir. 2017) (noting that "a pattern of falsity, a

9  reckless indifference to the truth and a failure to amend bankruptcy commencement

10  documents to correct known errors and omissions all can be probative of intent to

11  deceive"); *Cummings v. UST- United States Trustee (In re Cummings*), 595 Fed. Appx.

12  707, 709-710 (9th Cir. 2015) ("Debtors' eventual disclosure of their interest … does not

13  negate their initial fraud… To the contrary, the sequence of debtors' filings substantiates

14  the presence of fraud: they elected, twice, to amend their [schedules], and disclosed

15  [the omitted fact] only after the issuance of an order granting the Trustee additional time

16  to investigate."); *ML Manager, LLC v. Pinsonneault (In re Pinsonneault*), 2017 Bankr.

17  LEXIS 253, *38 (Bankr. S.D. Cal 2017) ("A false oath is complete when made. A

18  debtor's eventual amendment of their schedules to disclose assets that they knowingly

19  omitted does not negate their initial intent to defraud....The very nature and magnitude

20  of the assets belies the too facile defense that they were simply overlooked or

21  forgotten."). *See also Jin Min Lee v. Joo Yoon Yeom (In re Joo Yoon Yeom),* 2017 U.S.

22  Dist. LEXIS 177347, *10-11 (No. Mariana Isl. DC 2017) ("This repeated failure not only

23  demonstrates a conscious decision to omit the information from the bankruptcy filing

24  and therefore establishes the false oath was made knowingly, but it also demonstrates

25  an intent to deceive. Defendant's interest in the business was significant—first as half-

26  owner and later as full owner—and her recurring failure to disclose it, especially given

27  that she agreed to become the full owner of the Poseidon Bar after she filed for

28  bankruptcy, demonstrates that she intended to deceive her creditors.").

EXHIBIT 4, PAGE 112

1    Since July 9, 2021, Debtor has filed 10 sets of schedules in this case. In the first

2  five of the amended schedules, which were filed over a span of approximately 2

3  months, Debtor disclosed her interest in J-Pad as "33.33%" [First Amended Schedule

4  filed September 7, 2021, Dk. 15], then "1/7 interest" [Second Amended Schedule filed

5  September 22, 2021, Dk. 16-17], then "70%" [Third Amended Schedule filed October

6  14, 2021, Dk. 22], then "33-1/3%" [Fourth Amended Schedule filed November 16, 2021,

7  Dk. 37], then "100%" [Fifth Amended Schedule filed November 22, 2021, Dk. 38].

8    Despite the foregoing, Defendant testified at trial that as of October 30, 2018, she

9  owned 100% of J-Pad.[11] Trial Transcript, Dk. 72, Pg. 154. Her explanation for the

10  varying amounts of interest scheduled over the short period of time was that she owed

11  people money and made a mistake. Trial Transcript, Dk. 72, Pg. 153. The Court is

12  unconvinced. Defendant owns and/or manages multiple companies, and has presented

13  herself though the pendency of her case as a person that is not unsophisticated. It is

---

[11] The Court notes that Defendant was at first non-responsive to questioning about her ownership of J-Pad. It was not until the Court reminded Defendant that her credibility was on trial, and that she had earlier provided testimony of her ownership, that she answered the question regarding her ownership of J-Pad. Trial Transcript, Dk. 72, Pg. 153-154.

> THE COURT: … Why were you making all of these random -- putting down all these random numbers?
> THE WITNESS: Because I owed people money.
> THE COURT: Why were you putting down all of those random numbers? We know you owed people money. Why were you saying they owned part of that membership?
> THE WITNESS: I guess I made a mistake, and at the time –
> THE COURT: So you just don't know? I'm really looking at your credibility. You've signed several documents, including your first petition, under oath, that it was true and correct, not to the best of your ability, but that it was true and correct, and yet you can't tell me today how much of that percentage you owe, although you've already testified several times today that you own 100 percent?
> THE WITNESS: That's correct.
> THE COURT: Okay. When do you think you started owning 100 percent?
> THE WITNESS: And these aren't in the documents, I don't believe. I didn't see it.
> THE COURT: I don't care if they are. When did you start believing you owned 100 percent of that LLC?
> THE WITNESS: When I was the one that donated most of the money.
> THE COURT: When did you do that?
> THE WITNESS: It wasn't recorded, but the day before I –
> THE COURT: When did you do that?
> THE WITNESS: The 30th of October.
> THE COURT: What year?
> THE WITNESS: 2018.

EXHIBIT 4, PAGE 113

wholly unbelievable to the Court that Defendant, with her ability and knowledge, somehow did not understand her ownership interest in J-Pad or her obligation to report accurate ownership interests in her schedules. As noted previously, J-Pad was the holder of a $22,000 promissory note. Defendant herself executed the promissory note on J-Pad's behalf, knowing full well of the asset. It is this Court's view that $225,000 is a significant amount of money, and Defendant's failure to properly schedule her interest in J-Pad, the note and lienholder of a significant asset, is a material, false oath made knowingly and fraudulently. So too was Defendant's failure to schedule a value for J-Pad, who held a significant asset in the form of the aforementioned note and lien on the mobile home.

The foregoing, coupled with the evidence presented by Plaintiff of Defendant's other glaring omissions and false oaths,[12] are sufficient to demonstrate that Plaintiff is entitled to judgment against Defendant on its § 727(a)(4) cause of action.

### c.  11 U.S.C. § 727(a)(5)

Under § 727(a)(5), a debtor's discharge may be denied if the debtor has failed to explain satisfactorily any loss of assets or deficiency of assets to meet the debtor's liabilities. 11 U.S.C. § 727(a)(5).

The plaintiff bears the burden to demonstrate that: "(1) debtor at one time, not too remote from the bankruptcy petition date, owned identifiable assets; (2) on the date the bankruptcy petition was filed or order of relief granted, the debtor no longer owned the assets; and (3) the bankruptcy pleadings or statement of affairs do not reflect an adequate explanation for the disposition of the assets." *In re Retz*, 606 F.3d 1189, 1205 (9th Cir. 2010). "Once the creditor has made a *prima facie* case, the debtor must offer credible evidence regarding the disposition of the missing assets." *Id*.

As previously noted, several years before her petition was filed, Defendant sold

---

[12] *See* Plaintiff's post-trial brief filed May 10, 2023, Dk. 74, which is incorporated herein. For example, Defendant testified that she did not pay rent to J-Sandcastle, despite having previously testified during her deposition that she did pay rent. Trial Transcript, Dk. 72, Pg. 129. After some hesitation and continued follow up questions from the Court, Defendant ultimately admitted that she lied at the deposition about whether she paid rent to J-Sandcastle. Trial Transcript, Dk. 72, Pg. 130-131.

EXHIBIT 4, PAGE 114

1   property for $379,000. Trial Transcript, Dk. 72, Pg. 201. Thereafter, she spent a total of

2   $165,000[13] of the sale proceeds to purchase a mobile home, with $214,000 remaining.

3   At trial, when asked about the disposition of the remaining $214,000 in sale proceeds,

4   Defendant testified that she loaned $175,000 of the $214,000 to J-Sandcastle. Trial

5   Transcript, Dk. 72, Pg. 202. Defendant further testified that the remainder of the funds

6   were converted to cashier's checks that were ultimately paid to attorneys. Trial

7   Transcript, Dk. 72, Pg. 206. Defendant originally testified that she spent close to

8   $150,000 on attorneys [Trial Transcript, Dk. 72, Pg. 206], despite scheduling only

9   $113,700 on her bankruptcy schedules. Trial Transcript, Dk. 72, Pg. 207. At trial,

10  Defendant was unable to account for the approximately $37,000 discrepancy. Trial

11  Transcript, Dk. 72, Pg. 207-209.  When questioned about the discrepancy, Defendant

12  began to list other expenses that she incurred, including cosmetic and medical

13  procedures, which the Court perceived as being non-responsive to the question of

14  which attorneys were paid the remaining $37,000. Trial Transcript, Dk. 72, Pg. 208.

15  Eventually, Defendant clarified that she "just threw out a number and said about

16  $150,000," [Trial Transcript, Dk. 72, Pg. 210], and that she misspoke, stating again that

17  she spent the remaining funds on cosmetic and medical procedures.

18       Finding that Plaintiff had met its burden to demonstrate a *prima facie* case, and

19  that the entirety of Defendant's testimony on this matter was confusing and entirely

20  lacking in credibility, the Court provided the Debtor with the opportunity to file a

21  complete accounting by April 28, 2023, at 5 p.m. in order to explain further the

22  disposition of the pre-petition sale proceeds.

23       Defendant did not timely file a complete accounting by the deadline set by the

24  Court; however, Defendant did file an untimely declaration on May 1, 2023 [Dk. 71]

25  ("First Declaration"), and again on May 8, 2023 [Dk. 73] ("Second Declaration")

26  (together, "Declarations"). In the interest of justice, and in recognition that Defendant is

27

28  ---
    [13] Defendant testified that a cashier's check for $20,000 (of the $185,000 purchase price) was returned to
    her, so the net cost of Defendant's purchase of the mobile home was $165,000. Trial Transcript, Dk. 72,
    Pg. 201.

-17-

a pro-se litigant without permissions to electronically file, the Court has considered the Declarations despite the fact that they were untimely filed. Regrettably, they are insufficient to adequately explain the disposition of Debtor's assets.

The Declarations contain a rudimentary and incomplete[14] accounting which is entirely unhelpful to the Court. The lists contained therein have no dates, partial descriptions, and appear to be summary values (all ending in -.00). Moreover, the Declarations are completely devoid of properly authenticated evidence.[15] Lastly, even if the foregoing issues were somehow resolved, the accounting provided is entirely inconsistent with the testimony provided by Defendant at trial and in the Declarations themselves.

For example, at trial, when asked about the disposition of the $379,000 in sale proceeds, Defendant testified that $165,000 was spent on the mobile home, [Trial Transcript, Dk. 72, Pg. 201], and $175,000 of the remaining $214,000 was paid to J-Sandcastle. Trial Transcript, Dk. 72, Pg. 202. The accounting attached to Pg. 3 of the First Declaration, which appears identical to the accounting attached to the Second Declaration as Pg. 12, amounts to approximately $190,000 in charges, but does not include either the $165,000 spent on the mobile home or the $175,000 paid to J-Sandcastle.[16] It is not mathematically possible that Defendant used sale proceeds totaling $395,000 on a $175,000 loan, a $165,000 mobile home, **and** the $190,000 contained in her accountings (all of which total $530,000).

As noted above, Defendant was required to offer "credible evidence regarding the disposition of the missing assets." *In re Retz*, 606 F.3d 1189, 1205 (9th Cir. 2010).

---

[14] Paragraph 5 of the Declarations state that: "THE LIST IS NOT AN EXHUASTIVE LIST OF THE SALE PROCEEDS SPENT…" Declarations filed May 1, 2023, and May 8, 2023, Dks. 71 and 73 respectively.

[15] While Defendant attached various documents to the Second Declaration, the documents are cumbersome, lack any explanation as to relevance, and are not properly authenticated by Defendant's declaration. Pursuant to the Federal Rules of Evidence, in order "[t]o satisfy the requirement of authenticating or identifying an item of evidence, the proponent must produce evidence sufficient to support a finding that the item is what the proponent claims it is." Fed. Rules Evid. R 901. Defendant did not do so.

[16] $395,000 less approximately $190,000 = approximately $205,000.

-18-

EXHIBIT 4, PAGE 116

She has not met her burden. Therefore, Plaintiff is entitled to judgment against

Defendant on its § 727(a)(5) cause of action.

**IV.    Conclusion**

For the reasons more fully explained herein, the Court finds good cause to enter

the following order DENYING the Motion to Amend, VACATING the hearing on the

Motion to Amend, and finding in favor of Plaintiff and against Defendant pursuant to 11

U.S.C. §§727(a)(2)(A), (a)(4), and (a)(5). Judgment, however, cannot yet be issued as

there remain pending § 523 claims. Accordingly, the Court hereby sets a status

conference on June 27, 2023, at 1:30 p.m., with a status report due 14 days in advance.

The status report must advise the Court how the parties wish to proceed in light of the

issuance of this Memorandum Decision.

**IT IS SO ORDERED.**

Date: May 23, 2023

Scott C. Clarkson
United States Bankruptcy Judge

-19-

**EXHIBIT 5**

ERIC P. ISRAEL (State Bar No. 132426)
eisrael@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone:   (310) 277-0077
Facsimile:   (310) 277-5735

Attorneys for Jeffrey I. Golden,
Chapter 7 Trustee

> **FILED & ENTERED**
>
> **SEP 05 2024**
>
> CLERK U.S. BANKRUPTCY COURT
> Central District of California
> BY bolte       DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re | Case No. 8:21-bk-11710-SC |
| JAMIE LYNN GALLIAN, | Chapter 7 |
| Debtor. | **ORDER GRANTING TRUSTEE'S APPLICATION TO EMPLOY REAL ESTATE BROKER COLDWELL BANKER REALTY AND AGENTS WILLIAM FRIEDMAN AND GREG BINGHAM PURSUANT TO 11 U.S.C. §§ 327 AND 328 (***DOCKET NO. 395***)** |
| | Date:    August 27, 2024<br>Time:    1:30 p.m.<br>Place:    Courtroom "5C"<br>411 W. 4th Street<br>Santa Ana, CA |

On August 27, 2024, at 1:30 p.m., there came before the Court for hearing the *Trustee's Application to Employ Real Estate Broker Coldwell Banker Realty and Agents William Friedman and Greg Bingham Pursuant to 11 U.S.C. §§ 327 and 328* (*docket no. 395*) (the "Application") filed by Jeffrey I. Golden, the Chapter 7 trustee herein (the "Trustee"), the Honorable Scott C. Clarkson, United States Bankruptcy Judge, presiding.  Appearing for the Trustee was Eric P. Israel of Danning, Gill, Israel & Krasnoff, LLP; the Trustee appeared; the Debtor appeared in pro per; and Ed Hays of Marshack Hays LLP appeared for Houser Brothers Co. ("Houser").  No other appearances were made.

1775027.2  27064

1

EXHIBIT 5, PAGE 118

1    The Court having read and considered the Application, the Debtor's opposition to the

2    Application (*docket nos. 401, 402 and 403*), the Trustee's reply thereto (*docket no. 408*), the Notice

3    of Joinder filed by Houser in the Application (*docket no. 409*), having heard the oral statements at

4    the hearing including by the Debtor, the Trustee's counsel, and the Trustee's real estate broker,

5    Greg Bingham (the "Trustee's Broker"), and for the reasons set forth by the Court on the record at

6    the hearing, it is hereby

7    ORDERED THAT:

8    1.    The Application is granted in its entirety.

9    2.    The Trustee is authorized to employ Coldwell Banker Realty ("Broker") and its

10    agents William Friedman and Greg Bingham as the bankruptcy estate's real estate agents herein

11    pursuant to the terms and conditions set forth in the Application.

12    3.    The Trustee is authorized to enter into the exclusive listing agreement with the

13    Broker upon the terms and conditions set forth in the Application.

14    4.    The Trustee is authorized to extend, modify (except no increase as to commission),

15    or terminate the agreement, in his sole discretion, without further notice or approval of the Court.

16    5.    The Debtor shall afford the Trustee's Broker unimpeded access to the Property upon

17    24 hours' advance notice to her cell phone.

18    ###

19

20

21

22

23

24    Date: September 5, 2024

Scott C. Clarkson
United States Bankruptcy Judge

25

26

27

28

1775027.2  27064                                    2

EXHIBIT 5, PAGE 119

**EXHIBIT 6**

1 | ERIC P. ISRAEL (State Bar No. 132426)
  | eisrael@DanningGill.com
2 | DANNING, GILL, ISRAEL & KRASNOFF, LLP
  | 1901 Avenue of the Stars, Suite 450
3 | Los Angeles, California 90067-6006
  | Telephone:   (310) 277-0077
4 | Facsimile:   (310) 277-5735
5 | Attorneys for Jeffrey I. Golden,
  | Chapter 7 Trustee
6 |

**FILED & ENTERED**

**SEP 12 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte        DEPUTY CLERK

7

## UNITED STATES BANKRUPTCY COURT

8

## CENTRAL DISTRICT OF CALIFORNIA

9

## SANTA ANA DIVISION

10

11 | In re                                   | Case No. 8:21-bk-11710-SC

12 | JAMIE LYNN GALLIAN,                      | Chapter 7

13 |                                         | **ORDER TO SHOW CAUSE WHY
14 |                  Debtor.                | DEBTOR JAMIE LYNN GALLIAN AND
   |                                         | JOSEPH ARROYO SHOULD NOT BE
15 |                                         | FOUND IN CONTEMPT OF COURT**

16 |                                         | Date:      August 27, 2024
   |                                         | Time:      1:30 p.m.
17 |                                         | Place:     Courtroom "5C"
   |                                         |            411 W. 4th Street
18 |                                         |            Santa Ana, California 92701

19       On August 27, 2024, at 1:30 p.m., the Court conducted hearings in this case, at which the

20 | parties were present as noted on the record. The Court, having reviewed and considered the

21 | Trustee's Reply Memorandum of Points and Authorities in Support of Application to Employ Real

22 | Estate Broker Coldwell Banker Realty and Agents William Friedman and Greg Bingham Pursuant

23 | to 11 U.S.C. Sections 327 and 328 (*docket no. 408*), filed by Jeffrey I. Golden the Chapter 7 trustee

24 | herein (the "Trustee") , and the Debtor's statements on the record at the hearings on August 27,

25 | 2024, at 1:30 p.m., including that she and Joseph Arroyo had listed the manufactured home

26 | commonly known as 16222 Monterey Lane, Space 376, Huntington Beach, CA 92649, finds good

27 | cause to order as follows:

28

1

EXHIBIT 6, PAGE 120

1.    Jamie Lynn Gallian ("Debtor") and Joseph Arroyo must appear and show cause as to why they should not be held in contempt of Court and sanctioned for willfully violating the Bankruptcy Code by exercising control over property of the estate, interfering with the Trustee's administration of property of the estate and violating the automatic stay in Debtor's case.

2.    The hearing on this Order to Show Cause will take place on October 15, 2024, at 11:00 a.m. in Courtroom 5C located at 411 W. Fourth Street, Santa Ana, California 92701-4593.

3.    Jamie Lynn Gallian and Joseph Arroyo must file with the Court and serve on the Trustee their written responses to this Order to Show Cause, if any, by no later than September 24, 2024.  Any response not timely filed may be deemed waived.

4.    The Trustee must file with the Court and serve on Jamie Lynn Gallian and Joseph Arroyo any reply to their response(s) by not later than October 1, 2024.

5.    The Trustee is to serve a copy of this order upon Jamie Lynn Gallian and Joseph Arroyo by no later than forty-eight hours after its entry and file an appropriate proof of service within seventy-two hours.

**IT IS SO ORDERED.**

###

Date: September 12, 2024

Scott C. Clarkson
United States Bankruptcy Judge

2

**EXHIBIT 7**

**PlnDue, Incomplete**

## U.S. Bankruptcy Court
### Central District of California (Santa Ana)
### Bankruptcy Petition #: 8:24-bk-12267-SC

*Date filed:*  09/09/2024
*341 meeting:*  10/22/2024
*Deadline for filing claims:*  11/18/2024
*Deadline for filing claims (govt.):*  03/10/2025

*Assigned to:* Scott C Clarkson
Chapter 13
Voluntary
Asset

**Debtor**                                          represented by **Jamie Lynn Gallian**
**Jamie Lynn Gallian**                                              PRO SE
16222 Monterey Ln Unit 376
Huntington Beach, CA 92649
ORANGE-CA
714-321-3449
SSN / ITIN: xxx-xx-3936

**Trustee**
**Amrane (SA) Cohen (TR)**
770 The City Drive South Suite 3700
Orange, CA 92868
714-621-0200

**U.S. Trustee**
**United States Trustee (SA)**
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593
(714) 338-3400

| Filing Date | # | Docket Text |
|---|---|---|
| 09/09/2024 | 1<br>(16 pgs; 3 docs) | Chapter 13 Voluntary Petition Individual. Fee Amount $313 Filed by Jamie Lynn Gallian Summary of Assets and Liabilities (Form 106Sum or 206Sum) due 9/23/2024. Schedule A/B: Property (Form 106A/B or 206A/B) due 9/23/2024. Schedule C: The Property You Claim as Exempt (Form 106C) due 9/23/2024. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 9/23/2024. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 9/23/2024. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 9/23/2024. Schedule H: Your Codebtors (Form 106H or 206H) due 9/23/2024. Schedule I: Your Income (Form 106I) due 9/23/2024. Schedule J: Your Expenses (Form 106J) due 9/23/2024. Declaration About an Individual Debtors Schedules (Form 106Dec) due 9/23/2024. Statement of Financial Affairs (Form 107 or 207) due 9/23/2024. Chapter 13 Plan (LBR F3015-1) due by 9/23/2024. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form 122C-1) Due: 9/23/2024. Chapter 13 Calculation of Your Disposable Income (Form 122C-2) Due: 9/23/2024. Cert. of Credit Counseling due by 9/23/2024. Statement of Related Cases (LBR Form F1015-2) due 9/23/2024. Declaration by Debtors as to |

EXHIBIT 7, PAGE 122

9/19/24, 12:05 PM                                 CM/ECF - U.S. Bankruptcy Court (NG 1.7.1.1 - LIVE)

| | | |
|---|---|---|
| | | Whether Income was Received from an Employer within 60-Days of the Petition Date (LBR Form F1002-1) due by 9/23/2024. Verification of Master Mailing List of Creditors (LBR Form F1007-1) due 9/23/2024. Incomplete Filings due by 9/23/2024. (TS) (Entered: 09/09/2024) |
| 09/09/2024 | 2 | Statement About Your Social Security Number (Official Form 121) Filed by Debtor Jamie Lynn Gallian. (TS) (Entered: 09/09/2024) |
| 09/09/2024 | 3<br>(6 pgs; 2 docs) | Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors & Notice of Appointment of Trustee Cohen (TR), Amrane (SA) with 341(a) meeting to be held on 10/22/2024 at 09:00 AM via Zoom - Cohen: Meeting ID 879 620 7359, Passcode 2248891822, Phone 1 657 222 4207. Confirmation hearing to be held on 11/21/2024 at 10:30 AM at Crtrm 6C, 411 W Fourth St., Santa Ana, CA 92701. Government Proof of Claim due by 3/10/2025. Objection 523 Complaint Due: 12/23/2024. Proofs of Claims due by 11/18/2024. (Scheduled Automatic Assignment, shared account) (Entered: 09/09/2024) |
| 09/09/2024 | 5<br>(10 pgs) | Schedule A/B for Individual: Property (Official Form 106A/B or 206A/B) Filed by Debtor Jamie Lynn Gallian (RE: related document(s)1 Voluntary Petition (Chapter 13)). (TS) (Entered: 09/09/2024) |
| 09/09/2024 | 6 | Debtor's Request to Activate Electronic Noticing (DeBN) Filed by Debtor Jamie Lynn Gallian. (TS) (Entered: 09/09/2024) |
| 09/09/2024 | 7 | Receipt of Chapter 13 Filing Fee - $313.00 by TS. Receipt Number 81000622. (admin) (Entered: 09/09/2024) |
| 09/10/2024 | | Notice of Debtor's Prior Filings for debtor Jamie Lynn Gallian Case Number 03-15856, Chapter 7 filed in California Central Bankruptcy on 08/04/2003 , Standard Discharge on 11/17/2003.(Admin) (Entered: 09/10/2024) |
| 09/11/2024 | 8<br>(1 pg) | Personal Financial Management Course Certificate for Debtor 1 (Official Form 423) (Lazar, Orsolya) (Entered: 09/11/2024) |
| 09/11/2024 | 9<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Goe, Robert. (Goe, Robert) (Entered: 09/11/2024) |
| 09/11/2024 | 10<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Iskander, Brandon. (Iskander, Brandon) (Entered: 09/11/2024) |
| 09/11/2024 | 11<br>(5 pgs) | BNC Certificate of Notice (RE: related document(s)3 Meeting of Creditors Chapter 13 (309I)(AutoAssign)) No. of Notices: 35. Notice Date 09/11/2024. (Admin.) (Entered: 09/11/2024) |
| 09/11/2024 | 12<br>(2 pgs) | BNC Certificate of Notice (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Jamie Lynn Gallian) No. of Notices: 0. Notice Date 09/11/2024. (Admin.) (Entered: 09/11/2024) |
| 09/11/2024 | 13<br>(2 pgs) | BNC Certificate of Notice (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Jamie Lynn Gallian) No. of Notices: 0. Notice Date 09/11/2024. (Admin.) (Entered: 09/11/2024) |

EXHIBIT 7, PAGE 123

| Date | Doc | Description |
|---|---|---|
| 09/12/2024 | 14 (5 pgs) | BNC Certificate of Notice (RE: related document(s)3 Meeting of Creditors Chapter 13 (309I)(AutoAssign)) No. of Notices: 35. Notice Date 09/12/2024. (Admin.) (Entered: 09/12/2024) |
| 09/13/2024 | 15 (2 pgs) | Order reassigning Bankruptcy case from Judge Houle to Judge Clarkson (BNC-PDF) Signed on 9/13/2024. (JC6) (Entered: 09/13/2024) |
| 09/13/2024 | | Judge Scott C Clarkson added to case. (JC6) (Entered: 09/13/2024) |
| 09/13/2024 | 16 (1 pg) | Notice of reassignment of case (BNC) (HC) (Entered: 09/13/2024) |
| 09/13/2024 | 19 (18 pgs) | Amended Schedule A/B Individual: Property (Official Form 106A/B or 206A/B) , Amended Schedule I Individual: Your Income (Official Form 106I) , Amended Schedule J: Your Expenses (Official Form 106J) Filed by Debtor Jamie Lynn Gallian . [EDB] (VN) DOCKETED IN ERROR; THIS DOCUMENT BELONGS TO CASE 21-11710SC. Modified on 9/16/2024 (VN). (Entered: 09/16/2024) |
| 09/15/2024 | 17 (4 pgs) | BNC Certificate of Notice (RE: related document(s)16 Notice of reassignment of case (BNC)) No. of Notices: 35. Notice Date 09/15/2024. (Admin.) (Entered: 09/15/2024) |
| 09/15/2024 | 18 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)15 Order (Generic) (BNC-PDF)) No. of Notices: 0. Notice Date 09/15/2024. (Admin.) (Entered: 09/15/2024) |
| 09/15/2024 | 20 (2 pgs) | Declaration by Debtor as to Whether Debtor(s) Received Income From an Employer Within 60 Days of Petition (LBR Form F1002-1) Filed by Debtor Jamie Lynn Gallian (RE: related document(s)1 Voluntary Petition (Chapter 13)). [EDB] (VN) (Entered: 09/16/2024) |
| 09/15/2024 | 21 (3 pgs) | Declaration RE Filing of Tax Returns and Payment of Domestic Support Obligations (Preconfirmation) Filed by Debtor Jamie Lynn Gallian. [EDB] (VN) (Entered: 09/16/2024) |
| 09/16/2024 | 22 (1 pg) | Certificate of Credit Counseling Filed by Debtor Jamie Lynn Gallian (RE: related document(s)1 Voluntary Petition (Chapter 13)). [EDB] (VN) (Entered: 09/16/2024) |
| 09/16/2024 | 23 (2 pgs) | Certification About a Financial Management Course for Debtor 1 (Official Form 423) Filed by Debtor Jamie Lynn Gallian . [EDB] (VN) (Entered: 09/16/2024) |
| 09/17/2024 | 24 (1 pg) | RENOTICE Confirmation Hearing (BNC) Confirmation hearing to be held on 11/26/2024 at 10:00 AM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson. (HC) (Entered: 09/17/2024) |
| 09/17/2024 | 25 | Hearing Set (RE: Confirmation Of Chapter 13 Plan) Confirmation hearing to be held on 11/26/2024 at 10:00 AM at Crtrm 5C, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Scott C Clarkson (NB8) (Entered: 09/17/2024) |

EXHIBIT 7, PAGE 124

| 09/19/2024 | [26](#)<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Hays, D. (Hays, D) (Entered: 09/19/2024) |
|---|---|---|
| 09/19/2024 | [27](#)<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Barnhardt, Bradford. (Barnhardt, Bradford) (Entered: 09/19/2024) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 09/19/2024 12:05:28 | | | |
| **PACER Login:** | attydeh162507 | **Client Code:** | 9999-001 |
| **Description:** | Docket Report | **Search Criteria:** | 8:24-bk-12267-SC Fil or Ent: filed From: 6/21/2024 To: 9/19/2024 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |

EXHIBIT 7, PAGE 125

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **OPPOSITION TO DEBTOR'S MOTION TO CONVERT CASE UNDER 11 U.S.C. § 706(A)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 23, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On **September 23, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

> **DEBTOR**
> JAMIE LYNN GALLIAN
> 16222 MONTEREY LN UNIT 376
> HUNTINGTON BEACH, CA 92649

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 23, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY:**
**PRESIDING JUDGE'S COPY**
HONORABLE SCOTT C. CLARKSON
UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA
RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE
411 WEST FOURTH STREET, SUITE 5130 / COURTROOM 5C
SANTA ANA, CA 92701-4593

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 23, 2023 | Layla Buchanan | */s/ Layla Buchanan* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:

- **ATTORNEY FOR CREDITOR AND PLAINTIFF HOUSER BROS. CO. and CREDITOR HOUSER BROS. CO. DBA RANCHO DEL REY MOBILE HOME ESTATES:** Bradford Barnhardt bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com, kfrederick@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR AND PLAINTIFF HOUSER BROS. CO. and CREDITOR HOUSER BROS. CO. DBA RANCHO DEL REY MOBILE HOME ESTATES:** Aaron E DE Leest adeleest@DanningGill.com, danninggill@gmail.com; adeleest@ecf.inforuptcy.com
- **ATTORNEY FOR CREDITOR AND PLAINTIFF THE HUNTINGTON BEACH GABLES HOMEOWNERS' ASSOCIATION:** Robert P Goe kmurphy@goeforlaw.com, rgoe@goeforlaw.com; goeforecf@gmail.com
- **CHAPTER 7 TRUSTEE JEFFREY I GOLDEN (TR):** Jeffrey I Golden (TR lwerner@wgllp.com, jig@trustesolutions.net; kadele@wgllp.com
- **ATTORNEY FOR CREDITOR AND PLAINTIFF HOUSER BROS. CO. and CREDITOR HOUSER BROS. CO. DBA RANCHO DEL REY MOBILE HOME ESTATES:** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
- **ATTORNEY FOR CREDITOR AND PLAINTIFF THE HUNTINGTON BEACH GABLES HOMEOWNERS' ASSOCIATION:** Brandon J Iskander biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **ATTORNEY FOR TRUSTEE JEFFREY I GOLDEN (TR):** Eric P Israel eisrael@DanningGill.com, danninggill@gmail.com; eisrael@ecf.inforuptcy.com
- **ATTORNEY FOR CREDITOR AND PLAINTIFF HOUSER BROS. CO. and CREDITOR HOUSER BROS. CO. DBA RANCHO DEL REY MOBILE HOME ESTATES:** Laila Masud lmasud@marshackhays.com, lmasud@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
- **ATTORNEY FOR DEFENDANT RANDALL L NICKEL:** Mark A Mellor mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com
- **INTERESTED PARTY COURTESY NEF:** Valerie Smith claims@recoverycorp.com
- **U.S. TRUSTEE:** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                        **F 9013-3.1.PROOF.SERVICE**