

**FILED & ENTERED**

**OCT 03 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte       DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Jamie Lynn Gallian,<br><br>Debtor(s). | Case No.: 8:21-bk-11710-SC<br><br>CHAPTER 7<br><br>**ORDER CONTINUING HEARING AND REQUIRING SERVICE**<br><br><u>New Date/Time:</u><br>Date:      October 15, 2024<br>Time:      11:00 AM<br>Courtroom: 5C |

  The hearing on the Court's order requiring Jamie Lynn Gallian and Joseph Arroyo to appear and show cause as to why they should not be held in contempt and sanctioned for willfully violating the Bankruptcy Code entered September 12, 2024, and set for hearing on October 15, 2024, is hereby CONTINUED to October 22, 2024, at 11:00 a.m.

///

-1-

    Trustee is to serve a copy of this order on Jamie Lynn Gallian and Joseph Arroyo and file a proof of service within forty-eight hours of entry of this order.

**IT IS SO ORDERED.**

Date: October 3, 2024

Scott C. Clarkson
United States Bankruptcy Judge