1  ERIC P. ISRAEL (State Bar No. 132426)
   *eisrael@DanningGill.com*
2  DANNING, GILL, ISRAEL & KRASNOFF, LLP
   1901 Avenue of the Stars, Suite 450
3  Los Angeles, California 90067-6006
   Telephone:   (310) 277-0077
4  Facsimile:    (310) 277-5735

5  Attorneys for Jeffrey I. Golder, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| In re | Case No. 8:21-bk-11710-SC |
|---|---|
| JAMIE LYNN GALLIAN, | Chapter 7 |
| Debtor. | **NOTICE OF HEARING ON COURT'S ORDER TO SHOW CAUSE WHY JAMIE LYNN GALLIAN AND JOSEPH ARROYO SHOULD NOT BE HELD IN CONTEMPT OF COURT** |
| | DATE: October 22, 2024<br>TIME:  11:00 a.m.<br>PLACE: Courtroom "5C"<br>             411 West Fourth Street<br>             Santa Ana, CA 92701 |

**TO JAMIE LYNN GALLIAN AND JOSEPH ARROYO:**

**PLEASE TAKE NOTICE** THAT on September 12, 2024, the Court entered its Order to Show Cause re Why Jamie Lynn Gallian and Joseph Arroyo Should Not be Held in Contempt of Court (*docket no. 440*) (the "OSC"). A copy of the OSC is attached hereto as Exhibit "A". On or about October 3, 2024, the Court entered its Order Continuing Hearing and Requiring Service (*docket no. 460*), a copy of which is attached as Exhibit "B". The Court will hold a hearing on the OSC on October 22, 2024, at 11:00 a.m. in Courtroom "5C" at 411 West Fourth Street, Santa Ana, CA 92701.

/ / /

1778607.1  27064                    1

1  Failure to respond may be deemed by the Court to be a waiver of any opposition to the
2  issuance of the OSC.

3  DATED:  October 4, 2024            DANNING, GILL, ISRAEL & KRASNOFF, LLP
4

5
                                       By:      */s/ Eric P. Israel*
6                                             ERIC P. ISRAEL
                                              Attorneys for Jeffrey I. Golden, Chapter 7 Trustee
7

1778607.1  27064                          2

# EXHIBIT A

| | |
|---|---|
| ERIC P. ISRAEL (State Bar No. 132426)<br>eisrael@DanningGill.com<br>DANNING, GILL, ISRAEL & KRASNOFF, LLP<br>1901 Avenue of the Stars, Suite 450<br>Los Angeles, California 90067-6006<br>Telephone:   (310) 277-0077<br>Facsimile:    (310) 277-5735<br><br>Attorneys for Jeffrey I. Golden,<br>Chapter 7 Trustee | **FILED & ENTERED**<br><br>SEP 12 2024<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY bolte    DEPUTY CLERK |

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br><br>Debtor. | Case No. 8:21-bk-11710-SC<br><br>Chapter 7<br><br>**ORDER TO SHOW CAUSE WHY DEBTOR JAMIE LYNN GALLIAN AND JOSEPH ARROYO SHOULD NOT BE FOUND IN CONTEMPT OF COURT**<br><br>Date:      August 27, 2024<br>Time:     1:30 p.m.<br>Place:    Courtroom "5C"<br>              411 W. 4th Street<br>              Santa Ana, California 92701 |

On August 27, 2024, at 1:30 p.m., the Court conducted hearings in this case, at which the parties were present as noted on the record. The Court, having reviewed and considered the Trustee's Reply Memorandum of Points and Authorities in Support of Application to Employ Real Estate Broker Coldwell Banker Realty and Agents William Friedman and Greg Bingham Pursuant to 11 U.S.C. Sections 327 and 328 (*docket no. 408*), filed by Jeffrey I. Golden the Chapter 7 trustee herein (the "Trustee") , and the Debtor's statements on the record at the hearings on August 27, 2024, at 1:30 p.m., including that she and Joseph Arroyo had listed the manufactured home commonly known as 16222 Monterey Lane, Space 376, Huntington Beach, CA 92649, finds good cause to order as follows:

1

3

1. Jamie Lynn Gallian ("Debtor") and Joseph Arroyo must appear and show cause as to why they should not be held in contempt of Court and sanctioned for willfully violating the Bankruptcy Code by exercising control over property of the estate, interfering with the Trustee's administration of property of the estate and violating the automatic stay in Debtor's case.

2. The hearing on this Order to Show Cause will take place on October 15, 2024, at 11:00 a.m. in Courtroom 5C located at 411 W. Fourth Street, Santa Ana, California 92701-4593.

3. Jamie Lynn Gallian and Joseph Arroyo must file with the Court and serve on the Trustee their written responses to this Order to Show Cause, if any, by no later than September 24, 2024. Any response not timely filed may be deemed waived.

4. The Trustee must file with the Court and serve on Jamie Lynn Gallian and Joseph Arroyo any reply to their response(s) by not later than October 1, 2024.

5. The Trustee is to serve a copy of this order upon Jamie Lynn Gallian and Joseph Arroyo by no later than forty-eight hours after its entry and file an appropriate proof of service within seventy-two hours.

**IT IS SO ORDERED.**

###

Date: September 12, 2024

Scott C. Clarkson
United States Bankruptcy Judge

# EXHIBIT B



**FILED & ENTERED**

OCT 03 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Jamie Lynn Gallian,<br><br>Debtor(s). | Case No.: 8:21-bk-11710-SC<br><br>CHAPTER 7<br><br>**ORDER CONTINUING HEARING AND REQUIRING SERVICE**<br><br><u>New Date/Time:</u><br>Date:    October 15, 2024<br>Time:    11:00 AM<br>Courtroom: 5C |

    The hearing on the Court's order requiring Jamie Lynn Gallian and Joseph Arroyo to appear and show cause as to why they should not be held in contempt and sanctioned for willfully violating the Bankruptcy Code entered September 12, 2024, and set for hearing on October 15, 2024, is hereby CONTINUED to October 22, 2024, at 11:00 a.m.

///

-1-

Trustee is to serve a copy of this order on Jamie Lynn Gallian and Joseph Arroyo and file a proof of service within forty-eight hours of entry of this order.

**IT IS SO ORDERED.**

Date: October 3, 2024

Scott C. Clarkson
United States Bankruptcy Judge

-2-

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF HEARING ON COURT'S ORDER TO SHOW CAUSE WHY JAMIE LYNN GALLIAN AND JOSEPH ARROYO SHOULD NOT BE HELD IN CONTEMPT OF COURT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 4, 2024  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) October 4, 2024 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) October 4, 2024 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 4, 2024 | Gloria Ramos | /s/ Gloria Ramos |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

   - **Bradford Barnhardt**   bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

   - **Aaron E. De Leest**   adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com

   - **Robert P Goe**   kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

   - **Jeffrey I Golden (TR)**   lwerner@go2.law, jig@trustesolutions.net;kadele@go2.law;C205@ecfcbis.com

   - **D Edward Hays**   ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

   - **Brandon J. Iskander**   biskander@goeforlaw.com, kmurphy@goeforlaw.com

   - **Eric P Israel**   eisrael@danninggill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com

   - **Shantal Malmed**   shantal.malmed@gmlaw.com, cheryl.caldwell@gmlaw.com

   - **Laila Masud**   lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

   - **Mark A Mellor**   mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com

   - **Valerie Smith**   claims@recoverycorp.com

   - **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov


2. **SERVED BY U.S. MAIL**

The Honorable Scott C. Clarkson
U.S. Bankruptcy Court
Ronald Reagan Federal Building
Bin by 5th floor elevators
411 W. Fourth Street
Santa Ana, CA 92701

Joseph Arroyo, Real Estate Broker
Mr. Joseph Arroyo
977 S. Santa Fe Avenue
Suite 1
Vista, CA 92083


3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR E-MAIL**

By Email:
jamiegallian@gmail.com

By Email:
Josephamh@outlook.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                          **F 9013-3.1.PROOF.SERVICE**