1  ERIC P. ISRAEL (State Bar No. 132426)
   *eisrael@DanningGill.com*
2  DANNING, GILL, ISRAEL & KRASNOFF, LLP
   1901 Avenue of the Stars, Suite 450
3  Los Angeles, California 90067-6006
   Telephone:   (310) 277-0077
4  Facsimile:   (310) 277-5735

5  Attorneys for Jeffrey I. Golden,
   Chapter 7 Trustee

6

> **FILED & ENTERED**
>
> **OCT 15 2024**
>
> CLERK U.S. BANKRUPTCY COURT
> Central District of California
> BY bolte        DEPUTY CLERK

7              **UNITED STATES BANKRUPTCY COURT**

8              **CENTRAL DISTRICT OF CALIFORNIA**

9                  **SANTA ANA DIVISION**

10

11  In re                                Case No. 8:21-bk-11710-SC

12  JAMIE LYNN GALLIAN,                  Chapter 7

13                                       **ORDER APPROVING FOURTH
                                         STIPULATION BETWEEN THE**
14              Debtor.                  **CHAPTER 7 TRUSTEE AND THE
                                         HUNTINGTON BEACH GABLES**
15                                       **HOMEOWNERS ASSOCIATION TO
                                         TOLL STATUTES OF LIMITATIONS**
16
                                         [No Hearing Required]
17

18          On or about October 2, 2024, Jeffrey I. Golden, as the Chapter 7 Trustee (the "Trustee") for

19  the bankruptcy estate of Jamie Lynn Gallian (the "Debtor), filed his fourth stipulation to toll

20  statutes of limitations (*docket no. 458*) (the "Stipulation"), with The Huntington Beach Gables

    Homeowners Association (the "HOA").
21
            The Court having read and considered the Stipulation; good cause appearing therefor; it is
22
    hereby
23
            ORDERED THAT:
24
            1.      The Stipulation is approved.
25
            2.      Without limiting the terms of the Stipulation, the running of any Limitations Period
26
    (as defined in the Stipulation) that would otherwise apply to any Claims (as defined in the
27
    Stipulation) that the Trustee or the Debtor's bankruptcy estate may have against the HOA is hereby
28

tolled through **April 9, 2025** (the "Expiration Date") and the HOA waives the invocation of any such Limitations Period as a defense only in the event, and provided that, the Claims are asserted or alleged against the HOA by action or proceeding brought in any court of competent jurisdiction on or before the Expiration Date, and the HOA hereby agrees that such action or proceeding will be deemed to have been commenced and the Claims legally interposed as of the date hereof for all purposes, including, without limitation, for purposes of any Limitations Period.

###

Date: October 15, 2024

Scott C. Clarkson
United States Bankruptcy Judge