| | |
|---|---|
| 1  ERIC P. ISRAEL (State Bar No. 132426)<br>   eisrael@DanningGill.com<br>2  DANNING, GILL, ISRAEL & KRASNOFF, LLP<br>   1901 Avenue of the Stars, Suite 450<br>3  Los Angeles, California 90067-6006<br>   Telephone:  (310) 277-0077<br>4  Facsimile:   (310) 277-5735<br><br>5  Attorneys for Jeffrey I. Golden,<br>   Chapter 7 Trustee | **FILED & ENTERED**<br><br>OCT 22 2024<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY bolte     DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>         Debtor. | Case No. 8:21-bk-11710-SC<br><br>Chapter 7<br><br>**ORDER DENYING DEBTOR'S MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (DOCKET NO. 422)**<br><br>**[NO HEARING SET]** |

On August 27, 2024, Jamie Lynn Gallian (the "Debtor") filed her "Motion to Avoid Lien Under 11 U.S.C. § 522(f)" (the "522(f) Motion"). *Docket no. 422*; see also *docket no. 423* ("Notice of Opportunity to Request a Hearing on Motion").

On September 10, 2024, Jeffrey I. Golden, the Chapter 7 trustee for the Debtor (the "Trustee"), filed his "Objection to and Request for Hearing on Debtor's Notice of Motion and Motion to Avoid Lien under 11 U.S.C. § 522(f)" (the "Opposition"). Docket no. 437. The Opposition expressly requested a hearing on the Motion pursuant to Local Bankruptcy Rule 9013-1(o)(1)(A)(ii).

Local Bankruptcy Rule 9013-1(o)(4) provides as follows:

/ / /

/ / /

/ / /

1778983.1  27064                                                1

If a timely response and request for hearing is filed and served, within 14 days from the date of service of the response and request for hearing the moving party must schedule and give not less than 14 days notice of a hearing to those responding and to the United States trustee. If movant fails to obtain a hearing date, the court may deny the motion without prejudice, without further notice or hearing.

The Debtor was required to schedule and give notice of a hearing on her 522(f) Motion on or before September 24, 2024.  To date, the Debtor has not scheduled or given notice of any hearing.  As such, the Court enters its order as follows:

IT IS ORDERED that the 522(f) Motion is denied for the foregoing reason.

###

Date: October 22, 2024

Scott C. Clarkson
United States Bankruptcy Judge

1778983.1  27064