FILED & ENTERED

OCT 23 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte        DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Jamie Lynn Gallian,<br><br><br><br>Debtor(s). | Case No.: 8:21-bk-11710-SC<br><br>CHAPTER 7<br><br>**STANDING ORDER REQUIRING PERSONAL APPEARANCES** |

The Court, in consideration of the discussion on the record during the October 22, 2024 hearing, Jamie Lynn Gallian's continuous disruption on the record, and the docket as a whole, finds good cause to issue a standing order requiring Jamie Lynn Gallian's personal appearance for all matters. Absent further Court approval, virtual or telephonic appearances are not permitted by Jamie Lynn Gallian.

**IT IS SO ORDERED**.

Date: October 23, 2024

Scott C. Clarkson
United States Bankruptcy Judge

-1-