United States Bankruptcy Court

Central District of California

In re:                                                                              Case No. 21-11710-SC

Jamie Lynn Gallian                                                                  Chapter 7

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8                              User: admin                                    Page 1 of 2

Date Rcvd: Oct 22, 2024                           Form ID: pdf042                            Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2024:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: jamiegallian@gmail.com | | |
| | | | Oct 23 2024 00:22:00 | Jamie Lynn Gallian, 16222 Monterey Ln Unit 376, Huntington Beach, CA 92649-2258 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2024                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2024 at the address(es) listed
below:**

**Name**                        **Email Address**

Aaron E. De Leest
                                on behalf of Plaintiff Jeffrey I. Golden adeleest@marshackhays.com  adeleest@marshackhays.com,alinares@ecf.courtdrive.com

Aaron E. De Leest
                                on behalf of Trustee Jeffrey I Golden (TR) adeleest@marshackhays.com
                                adeleest@marshackhays.com,alinares@ecf.courtdrive.com

Bradford Barnhardt
                                on behalf of Plaintiff Houser Bros. Co. bbarnhardt@marshackhays.com
                                bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Bradford Barnhardt
                                on behalf of Interested Party Courtesy NEF bbarnhardt@marshackhays.com
                                bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

District/off: 0973-8 | User: admin | Page 2 of 2
Date Rcvd: Oct 22, 2024 | Form ID: pdf042 | Total Noticed: 1

Brandon J. Iskander
on behalf of Plaintiff The Huntington Beach Gables Homeowners Association biskander@goeforlaw.com
kmurphy@goeforlaw.com

Brandon J. Iskander
on behalf of Creditor The Huntington Beach Gables Homeowners Association biskander@goeforlaw.com
kmurphy@goeforlaw.com

D Edward Hays
on behalf of Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates ehays@marshackhays.com
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
on behalf of Interested Party Courtesy NEF ehays@marshackhays.com
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
on behalf of Plaintiff Houser Bros. Co. ehays@marshackhays.com
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Eric P Israel
on behalf of Trustee Jeffrey I Golden (TR) eisrael@danninggill.com  danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Jeffrey I Golden (TR)
lwerner@go2.law  jig@trustesolutions.net;kadele@go2.law;C205@ecfcbis.com

Laila Masud
on behalf of Plaintiff Houser Bros. Co. lmasud@marshackhays.com
lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Masud
on behalf of Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates lmasud@marshackhays.com
lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Masud
on behalf of Interested Party Courtesy NEF lmasud@marshackhays.com
lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Mark A Mellor
on behalf of Interested Party Courtesy NEF mail@mellorlawfirm.com  mellormr79158@notify.bestcase.com

Mark A Mellor
on behalf of Defendant Randall L Nickel mail@mellorlawfirm.com  mellormr79158@notify.bestcase.com

Robert P Goe
on behalf of Creditor The Huntington Beach Gables Homeowners Association kmurphy@goeforlaw.com
rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe
on behalf of Interested Party The Huntington Beach Gables Homeowners Association kmurphy@goeforlaw.com
rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe
on behalf of Plaintiff The Huntington Beach Gables Homeowners Association kmurphy@goeforlaw.com
rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Shantal Malmed
on behalf of Trustee Jeffrey I Golden (TR) shantal.malmed@gmlaw.com  cheryl.caldwell@gmlaw.com

Shantal Malmed
on behalf of Plaintiff Jeffrey I. Golden shantal.malmed@gmlaw.com  cheryl.caldwell@gmlaw.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

Valerie Smith
on behalf of Interested Party Courtesy NEF claims@recoverycorp.com

TOTAL: 23

1   ERIC P. ISRAEL (State Bar No. 132426)
    *eisrael@DanningGill.com*
2   DANNING, GILL, ISRAEL & KRASNOFF, LLP
    1901 Avenue of the Stars, Suite 450
3   Los Angeles, California 90067-6006
    Telephone:   (310) 277-0077
4   Facsimile:   (310) 277-5735

5   Attorneys for Jeffrey I. Golden,
    Chapter 7 Trustee
6

**FILED & ENTERED**

**OCT 22 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte       DEPUTY CLERK

7              **UNITED STATES BANKRUPTCY COURT**

8               **CENTRAL DISTRICT OF CALIFORNIA**

9                    **SANTA ANA DIVISION**

10

11  In re                                    Case No. 8:21-bk-11710-SC

12  JAMIE LYNN GALLIAN,                      Chapter 7

13                                           **ORDER DENYING DEBTOR'S MOTION
                                             TO AVOID LIEN UNDER 11 U.S.C. §
14              Debtor.                       522(f) (DOCKET NO. 422)**

15
                                             **[NO HEARING SET]**
16

17          On August 27, 2024, Jamie Lynn Gallian (the "Debtor") filed her "Motion to Avoid Lien

18  Under 11 U.S.C. § 522(f)" (the "522(f) Motion").  *Docket no. 422*; see also *docket no. 423* ("Notice

19  of Opportunity to Request a Hearing on Motion").

20          On September 10, 2024, Jeffrey I. Golden, the Chapter 7 trustee for the Debtor (the

21  "Trustee"), filed his "Objection to and Request for Hearing on Debtor's Notice of Motion and

22  Motion to Avoid Lien under 11 U.S.C. § 522(f)" (the "Opposition").  Docket no. 437.  The

23  Opposition expressly requested a hearing on the Motion pursuant to Local Bankruptcy Rule 9013-

24  1(o)(1)(A)(ii).

25          Local Bankruptcy Rule 9013-1(o)(4) provides as follows:

26  / / /

27  / / /

28  / / /

1778983.1  27064                              1

If a timely response and request for hearing is filed and served, within 14 days from the date of service of the response and request for hearing the moving party must schedule and give not less than 14 days notice of a hearing to those responding and to the United States trustee. If movant fails to obtain a hearing date, the court may deny the motion without prejudice, without further notice or hearing.

The Debtor was required to schedule and give notice of a hearing on her 522(f) Motion on or before September 24, 2024.  To date, the Debtor has not scheduled or given notice of any hearing.  As such, the Court enters its order as follows:

IT IS ORDERED that the 522(f) Motion is denied for the foregoing reason.

###

Date: October 22, 2024

Scott C. Clarkson
United States Bankruptcy Judge

1778983.1  27064

2