ERIC P. ISRAEL (State Bar No. 132426)
eisrael@DanningGill.com
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone:  (310) 277-0077
Facsimile:   (310) 277-5735

Attorneys for Jeffrey I. Golden, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>Debtor. | Case No. 8:21-bk-11710-SC<br><br>Chapter 7<br><br>**NOTICE OF ENTRY OF COURT'S STANDING ORDER TO SHOW CAUSE WHY JAMIE LYNN GALLIAN AND JOSEPH ARROYO SHOULD NOT BE HELD IN CONTEMPT OF COURT**<br><br>DATE: October 22, 2024<br>TIME: 11:00 a.m.<br>PLACE: Courtroom "5C"<br>411 West Fourth Street<br>Santa Ana, CA 92701 |

**TO JAMIE LYNN GALLIAN:**

**PLEASE TAKE NOTICE** THAT on October 23, 2024, the Court entered its Standing Order Requiring Personal Appearances (*docket no. 477*) (the "Order"). A copy of the Order is attached hereto as Exhibit "A".

DATED: October 25, 2024        DANNING, GILL, ISRAEL & KRASNOFF, LLP

By: /s/ Eric P. Israel
ERIC P. ISRAEL
Attorneys for Jeffrey I. Golden, Chapter 7 Trustee

1779658.1  27064                          1

# EXHIBIT A

```
                                    FILED & ENTERED

                                        OCT 23 2024

                                    CLERK U.S. BANKRUPTCY COURT
                                    Central District of California
                                    BY bolte      DEPUTY CLERK
```

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No.: 8:21-bk-11710-SC |
| Jamie Lynn Gallian, | CHAPTER 7 |
| | **STANDING ORDER REQUIRING PERSONAL APPEARANCES** |
| Debtor(s). | |

The Court, in consideration of the discussion on the record during the October 22, 2024 hearing, Jamie Lynn Gallian's continuous disruption on the record, and the docket as a whole, finds good cause to issue a standing order requiring Jamie Lynn Gallian's personal appearance for all matters. Absent further Court approval, virtual or telephonic appearances are not permitted by Jamie Lynn Gallian.

**IT IS SO ORDERED.**

Date: October 23, 2024

/s/ Scott C. Clarkson
Scott C. Clarkson
United States Bankruptcy Judge

EXHIBIT A

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF ENTRY OF COURT'S STANDING ORDER TO SHOW CAUSE WHY JAMIE LYNN GALLIAN AND JOSEPH ARROYO SHOULD NOT BE HELP IN CONTEMP OF COURT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 25, 2024 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) October 25, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) October 25, 2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 25, 2024 | Gloria Ramos | /s/ Gloria Ramos |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

ADDITIONAL SERVICE INFORMATION (if needed):

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- **Bradford Barnhardt**  bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

- **Aaron E. De Leest**  adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com

- **Robert P Goe**  kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

- **Jeffrey I Golden (TR)**  lwerner@go2.law, jig@trustesolutions.net;kadele@go2.law;C205@ecfcbis.com

- **D Edward Hays**  ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

- **Brandon J. Iskander**  biskander@goeforlaw.com, kmurphy@goeforlaw.com

- **Eric P Israel**  eisrael@danninggill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com

- **Shantal Malmed**  shantal.malmed@gmlaw.com, cheryl.caldwell@gmlaw.com

- **Laila Masud**  lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

- **Mark A Mellor**  mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com

- **Valerie Smith**  claims@recoverycorp.com

- **United States Trustee (SA)**  ustpregion16.sa.ecf@usdoj.gov

2. **SERVED BY U.S. MAIL**

| | | |
|---|---|---|
| The Honorable Scott C. Clarkson<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>Bin by 5th floor elevators<br>411 W. Fourth Street<br>Santa Ana, CA 92701 | Debtor<br>Jamie Lynn Gallian<br>16222 Monterey Lane, Unit 376<br>Huntington Beach, CA 92649 | Joseph Arroyo, Real Estate Broker<br>Mr. Joseph Arroyo<br>977 S. Santa Fe Avenue<br>Suite 1<br>Vista, CA 92083 |

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR E-MAIL**

By Email:
jamiegallian@gmail.com

By Email:
Josephamh@outlook.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                        F 9013-3.1.PROOF.SERVICE