D. EDWARD HAYS, #162507
ehays@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Creditor,
HOUSER BROS. CO. dba RANCHO DEL REY MOBILE HOME ESTATES

**FILED & ENTERED**

**OCT 29 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mccall    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>Debtor. | Case No. 8:21-bk-11710-SC<br><br>Chapter 7<br><br>ORDER DENYING DEBTOR'S MOTION TO CONVERT CASE UNDER 11 U.S.C. §§ 706(a) OR 1112(a)<br><br>[NO HEARING SET] |

On September 10, 2024, Jamie Lynn Gallian ("Debtor") filed a "Motion to Convert Case Under 11 U.S.C. §§ 706(a) or 1112(a)" ("Motion to Convert"). Docket No. 438; *see also* Docket No. 439 ("Notice of Motion and Motion to Convert Debtor's Chapter 7 to Chapter 13; Declaration of Jamie Lynn Gallian in Support if [sic] Debtors [sic] Request to Convert Chapter 7 to Chapter 13; Memorandum [sic] Points & Authorities").

Local Bankruptcy Rule 1017-1(a)(4) requires a request for conversion under Section 706(a) to a case under Chapter 13 to be done by motion which, unless otherwise ordered by the Court, may be granted "only after notice of the opportunity to request a hearing . . . as provided in LBR 9013-1(o)."

1

On September 23, 2024, Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates ("Houser Bros.") filed an "Opposition to Debtor's Motion to Convert Case Under 11 U.S.C. § 706(a)" ("Opposition"). Docket No. 449. On September 24, 2024, the Chapter 7 Trustee filed a joinder in the Opposition. Houser Bros.'s Opposition included an express request for hearing on the Motion pursuant to Local Bankruptcy Rule 9013-1(o)(1)(A)(ii). *Id.* at 1, 4.

Local Bankruptcy Rule 9013-1(o)(4) provides as follows:

> If a timely response and request for hearing is filed and served, within 14 days from the date of service of the response and request for hearing the moving party must schedule and give not less than 14 days notice of a hearing to those responding and to the United States trustee. If movant fails to obtain a hearing date, the court may deny the motion without prejudice, without further notice or hearing.

Debtor was required to schedule and give notice of a hearing on her Motion to Convert on or before October 7, 2024. To date, the Debtor has not scheduled or given notice of any hearing. On October 22, 2024, Houser Bros. filed a "Declaration of D. Edward Hays Re: Request for Hearing on Debtor's Motion to Convert Case under 11 U.S.C. §§ 706(a) or 1112(a)."

As such, the Court enters its order as follows:

IT IS ORDERED that the Motion to Convert is denied.

###

Date: October 29, 2024

Scott C. Clarkson
United States Bankruptcy Judge

2