ERIC P. ISRAEL (State Bar No. 132426)
*eisrael@DanningGill.com*
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone:  (310) 277-0077
Facsimile:   (310) 277-5735

Attorneys for Jeffrey I. Golden,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>Debtor. | Case No. 8:21-bk-11710-SC<br><br>Chapter 7<br><br>**CHAPTER 7 TRUSTEE'S STATUS REPORT ON DEBTOR'S COMPLIANCE WITH ORDER TO SHOW CAUSE; DECLARATION OF ERIC P. ISRAEL**<br><br>Date:  November 5, 2024<br>Time:  11:00 a.m.<br>Place:  Courtroom "5C"<br>411 W. 4th Street<br>Santa Ana, California 92701 |

  Jeffrey I. Golden, the Chapter 7 trustee (the "Trustee") for the bankruptcy estate of Jamie Lynn Gallian (the "Debtor), hereby submits the within status report on the Court's Order to Show Cause (*docket no. 440*) (the "OSC"):

  1. At a hearing on October 22, 2024, at 11:00 a.m., the Court ruled that an injunction would issue requiring the debtor here, Jamie Lynn Gallian (the "Debtor"), to stop interfering with the Trustee's administration of estate property, including any efforts to interfere with the Trustee's efforts list, market and sell the manufactured home located at 16222 Monterey Lane, Space #376, Huntington Beach, California 92649 (the "Property").

  2. My counsel uploaded a Notice of Entry of the proposed form of order on October 22, 2024 (*document no. 476*) (the "Enforcement Order"). The Enforcement Order has not yet been

1779807.2  27064

1

entered. Also on October 22, 2024, however, the Debtor appealed that order and elected to proceed before the District Court. *Docket no. 475.*

3. On October 23, 2024, my broker visited the Property and took pictures. The Debtor did allow the broker in and did not interfere with his efforts to take pictures.

4. My broker advises that the Property is now listed in the MLS.

5. On October 29, 2024, however, my broker advised that he had scheduled an inspection for that day, and had given the requisite 24 hour notice. However, the Debtor refused to provide access, allegedly because she suspected that the interested party was employed by Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates. Houser disputes that contention.

6. In any event, the email thread is attached to the Declaration of Eric P. Israel attached hereto.

7. The Trustee asks that the Court hold the Debtor in contempt for disobeying the Order.

8. The Trustee also requests that the Court schedule a confined status conference hereon in 3 to 4 weeks.

DATED: October 29, 2024        DANNING, GILL, ISRAEL & KRASNOFF, LLP

By: /s/ Eric P. Israel
ERIC P. ISRAEL
Attorneys for Jeffrey I. Golden, Chapter 7 Trustee

1779807.2  27064                              2

## DECLARATION OF ERIC P. ISRAEL

I, Eric P. Israel, declare as follows:

1. I am an attorney, duly licensed and entitled to practice in the State of California and before the bar of this Court.

2. The facts stated herein are known to be true of my personal knowledge, except for those stated on information and belief, and I believe those to be true.

3. On October 29, 2024, Greg Bingham, the Trustee's duly-employed real estate broker, sent me an email advising that he had scheduled an inspection for that day, and had given the Debtor the requisite 24 hour notice. However, the Debtor refused to provide access, allegedly because she suspected that the interested party was employed by Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates. Houser disputes that contention. I replied and warned the Debtor that she was violating both her agreement stated on the record and the Court's order.

4. A true and correct copy of the email thread thereon I received and replied to is attached hereto, marked as Exhibit "1" and incorporated herein by this reference.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 29, 2024, at Los Angeles, California.

_____
ERIC P. ISRAEL

1779807.2  27064

3

# EXHIBIT 1

**Eric Israel**

| | |
|---|---|
| **From:** | Eric Israel |
| **Sent:** | Tuesday, October 29, 2024 10:56 AM |
| **To:** | jamiegallian@gmail.com |
| **Cc:** | jgolden@go2.law; 'Bingham, Gregory'; William (Bill) Friedman (billfried@earthlink.net); Eric Israel |
| **Subject:** | Gallian (FW: Potential Viewing ????) |
| **Importance:** | High |

Jamie: You have no right to screen who inspects or bids on the Property. You agreed on the record to provide access on 24 hours' notice, which the Trustee's broker has done here. and the Court has ordered you to fully cooperate, including complying with that agreement, and not to interfere. This is not cooperating, and is indeed interfering, and you are violating the Court's order. I strongly suggest that you change course immediately, or I will be forced to bring this to the Judge's attention.

---

**From:** Jamie Gallian <jamiegallian@gmail.com>
**Sent:** Tuesday, October 29, 2024 10:39 AM
**To:** David Guarino <dguarino7@gmail.com>; Jeff Golden <jgolden@go2.law>; Bingham, Gregory <greg.bingham@camoves.com>
**Cc:** Jeff Golden <jgolden@go2.law>
**Subject:** Re: Potential Viewing ????

If you are willing to disclose all of the sales within the past 24 months to the Trustee, Jeff Golden, sold within Rancho Del Rey under both names, First Team and Galaxy, and an explanation as to why your sales are not listed and disclosed.

Jamie Gallian
Sent from my iPhone

> On Oct 29, 2024, at 10:30 AM, Jamie Gallian <jamiegallian@gmail.com> wrote:
>
> Nice try David,
>
> The answer is still NO.
>
> You and your wife are as crocked as the come
>
> Jamie Gallian
> Sent from my iPhone

1

04

On Oct 29, 2024, at 10:14 AM, David Guarino <dguarino7@gmail.com> wrote:

I do not work for the Houser family in any way shape or form, I am licensed with both First Team Real Estate through the Department of Real Estate and Galaxy Homes through Housing Community Development. I have NO affiliation whatsoever with with Rancho Del Rey

David Guarino
First Team Real Estate
DRE# 01708899
Direct (714) 402-3283
Email: dguarino7@gmail.com


On Tue, Oct 29, 2024 at 10:09 AM Jamie Gallian <jamiegallian@gmail.com> wrote:

> Jeff,
>
> There is a conflict with this agent and I have to decline entrance to my home.
>
> This agent is will not be allowed into the personal property home LBM 1081.
>
> This agent works for Houser Bros.
>
> Please respect my wishes.
>
> Jamie Gallian
> Sent from my iPhone
>
> Begin forwarded message:
>
>> From: Jamie Gallian <jamiegallian@gmail.com>
>> Date: October 29, 2024 at 10:04:53 AM PDT
>> To: "Bingham, Gregory" <greg.bingham@camoves.com>
>> Subject: Re: Potential Viewing  ????
>>
>> Absolutely not
>>
>>
>> Jamie Gallian
>> Sent from my iPhone

2

05

On Oct 29, 2024, at 9:49 AM, Bingham, Gregory <greg.bingham@camoves.com> wrote:

One scheduled for tomorrow, Wednesday at 4pm.

David Guarino, First Team Real Estate is the agent bringing the buyers.



GREG BINGHAM  Sales Manager

The Tim Smith Real Estate Group | Coldwell Banker Realty

m: 562.335.0145

w: timsmithrealestategroup.com  e: greg.bingham@camoves.com

<Outlook-njr1vbp3.png>

CalBRE# 01309137

---

**From:** Jamie Gallian <jamiegallian@gmail.com>
**Sent:** Tuesday, October 29, 2024 9:18 AM
**To:** Bingham, Gregory <greg.bingham@camoves.com>
**Subject:** Potential Viewing ????

Greg,

Are there any appointments scheduled. I thought I saw something in my email however I cannot find it.

Please indicate the date and time and confirm the agent's first and last name and their customer's first and last name and whether you are attending.

Sincerely,

3

06

Jamie Gallian
Sent from my iPhone

*Wire Fraud is Real*. Before wiring any money, call the intended recipient at a number you know is valid to confirm the instructions. Additionally, please note that the sender does not have authority to bind a party to a real estate contract via written or verbal communication.

4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled (*specify*): **CHAPTER 7 TRUSTEE'S STATUS REPORT ON DEBTOR'S COMPLIANCE WITH ORDER TO SHOW CAUSE; DECLARATION OF ERIC P. ISRAEL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 29, 2024 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) October 29, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) Ocober 29, 2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| October 29, 2024 | Gloria Ramos | /s/ Gloria Ramos |
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                F 9013-3.1.PROOF.SERVICE

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- **Bradford Barnhardt**    bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com
- **Aaron E. De Leest**    adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- **Robert P Goe**    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- **Jeffrey I Golden (TR)**    lwerner@go2.law, jig@trustesolutions.net;kadele@go2.law;C205@ecfcbis.com
- **D Edward Hays**    ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **Brandon J. Iskander**    biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **Eric P Israel**    eisrael@danninggill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- **Shantal Malmed**    shantal.malmed@gmlaw.com, cheryl.caldwell@gmlaw.com
- **Laila Masud**    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com
- **Mark A Mellor**    mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com
- **Valerie Smith**    claims@recoverycorp.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

2. **SERVED BY U.S. MAIL**

Debtor
Jamie Lynn Gallian
16222 Monterey Ln Unit 376
Huntington Beach, CA 92649

Joseph Arroyo
977 S. Santa Fe Avenue
Suite 1
Vista, CA 92083

The Honorable Scott C. Clarkson
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 W. Fourth Street, Suite 5130
Santa Ana, CA 92701

Greg Bingham, Broker
Coldwell Banker Residential
840 Newport Center Dr Ste 100
Newport Beach, CA 92660

William Friedman, Broker
Coldwell Banker Realty
840 Newport Center Dr Ste 100
Newport Beach, CA 92660

3. **SERVED BY E-MAIL**

Jamie Lynn Gallian
Email: jamiegallian@gmail.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                             **F 9013-3.1.PROOF.SERVICE**