FILED & ENTERED

DEC 13 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Jamie Lynn Gallian<br><br>Debtor(s). | Case No.: 8:21-bk-11710-SC<br><br>CHAPTER 7<br><br>**ORDER DENYING MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) [DK.505]**<br><br>Vacated Hearing:<br>Date:        December 17, 2024<br>Time:       2:30 PM<br>Courtroom: 5C |

    The Court, having reviewed the Motion to Avoid Lien Under 11 U.S.C. § 522(f) filed November 11, 2024 [Dk. 505] ("Motion"), the relevant pleadings, the docket as a whole, and for the reasons stated below, finds good cause to DENY the motion, without prejudice and vacate the hearing set for December 17, 2024, at 2:30 p.m.

    Jamie Lynn Gallian ("Debtor") filed the Motion and sought to avoid four liens encumbering the property located at 16222 Monterey Lane Space 376, Huntington Beach CA 92649; however, under Local Bankruptcy Rule 4003-2(b)(1) "a separate motion and notice must be filed for each lien sought to be avoided." As Debtor did not comply with the foregoing, the Motion must be denied on these procedural grounds.

Upon refiling the Motion, Debtor must ensure to complete all portions of the form necessary, including page 4. Debtor must set any future motions to avoid a lien for hearing and may not utilize the procedures under Local Bankruptcy Rule 9013-1(o).

**IT IS SO ORDERED.**

Date: December 13, 2024

Scott C. Clarkson
United States Bankruptcy Judge