JAMIE LYNN GALLIAN
16222 MONTEREY LANE UNIT 376
HUNTINGTON BEACH, CA 92649
714-321-3449
JAMIEGALLIAN@GMAIL.COM

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| IN RE JAMIE LYNN GALLIAN<br><br>DEBTOR | Case No.: 8:21-bk-11710-SC<br><br>**\*\*AMENDED AND BOOKKMARKED\*\***<br><br>**DEBTORS OPPOSITION TO HOUSER BROS CO AND JOINDERS OBJECTION TO DEBTORS HOMESTEAD EXEMPTION MEMORANDUM OF POINTS & AUTHORITIES; DECLARATION OF JAMIE LYNN GALLIAN IN SUPPORT THEREOF.**<br><br><br>**DATE: FEBRUARY 4, 2025**<br>**TIME:  11:00A.M.**<br>**CTRM: 5C**<br>**LOCATION: 411 W. FOURTH STREET, SANTA ANA, CA 92701** |

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, HOUSER BROS CO DBA RANCHO DEL REY MOBILEHOME ESTATES, AND THEIR ATTORNEY OF RECORD; U.S. TRUSTEE, CHAPTER 7 TRUSTEE JEFFREY GOLDEN, HIS ATTORNEY OF RECORD, AND ALL JOINDERS:

Attorney Christopher Blank was retained as Counsel and failed to provide a Work Product as agreed. Debtor prepared this opposition and appologizes to Houser Bros and Judge Clarkson.

DEBTORS OPPOSITION TO HOUSER BROS CO AND JOINDERS OBJECTION TO DEBTORS HOMESTEAD EXEMPTION MEMORANDUM OF POINTS & AUTHORITIES; DECLARATION OF JAMIE LYNN GALLIAN IN SUPPORT THEREOF.DATE: FEBRUARY 4, 2025TIME:  11:00A.M.CTRM: 5CLOCATION: 411 W. FOURTH STREET, SANTA ANA, CA 92701 - 1

## A. Background

On October 19, 1979, a 3-page instrument entitled **COVENANT RUNNING WTH THE LAND** was made by Houser Bros. Co., a California limited partnership ("Houser") whose sole general partners Clifford C. Houser and Vernon F. Houser recorded November 6, 1979, in book 13383, page 1868-1870 in the Official Records, Clerk Recorder County of Orange.

Paragraph D. It is the intention of Houser and Warmington that Houser's obligations under the Ground Lease also run with and bind a portion of Parcel 2 and the successive owners thereof as described in this instrument.

Page 2, beginning at Line 4 of the instrument ….."hereby incorporated herein by reference, are also covenants  running with the portion of Parcel 2 described by *extending the southernly boundary of Parcel 1 parallel to Edinger Avenue to the westerly boundary of Parcel 2, and every portion of the area so described (the "Covenant Area"), and shall bind the Covenant Area,* Houser's heirs, assigns, representatives and successors in interest for the benefit of the Ground Lease and any portions into which in may be divided, otherwise."

The instrument clearly establishes that Unit 4, on Parcel 2, where the Space 376 with a Single Family Dwelling is located is included in the Condominium Project known as The Gables located on Parcel 1 where debtor holds a Ground Lease referenced in her Preliminary Title Report dated October 18, 2018.  A true and correct copy is attached to the Declaration of Jamie Lynn Gallian. **Exhibit 1**

On July 9, 2021 ("Petition Date"), Jamie Lynn Gallian ("Debtor") filed a voluntary petition under Chapter 7 of Title 11 of the United States Code. On the same date, Ms. Gallian filed her initial Schedules and Statements ("Original Schedules"). A true and correct copy of the Original Schedules and Jamie Lynn Gallian's First Amendment Schedule C, as well as further [All] Amended Petitions and Schedules is attached to the Declaration of Jamie Lynn Gallian ("Gallian Declaration") as **Exhibits 2-12.**

DEBTORS OPPOSITION TO HOUSER BROS CO AND JOINDERS OBJECTION TO DEBTORS HOMESTEAD EXEMPTION MEMORANDUM OF POINTS & AUTHORITIES; DECLARATION OF JAMIE LYNN GALLIAN IN SUPPORT THEREOF.DATE: FEBRUARY 4, 2025TIME:  11:00A.M.CTRM: 5CLOCATION: 411 W. FOURTH STREET, SANTA ANA, CA 92701 - 2

On or about November 1, 2018, Debtor purchased the Property 16222 Monterey Lane Space 376 Huntington Beach, CA 92649, from Registered Owner Lisa Ryan with proceeds Debtor received from the sale of her previous home. RJN *docket 157.*

**B.  California's automatic homestead exemption illustrate the interests to be covered thereunder.**

California has opted out of federal exemptions, electing to utilize exemptions enacted under state law. 11 U.S.C. § 522(b); Cal. Civ. Proc. Code § 703.130. Therefore, exemption questions in California bankruptcies require the application of California law. In re Tallerico, 532 B.R. 774, 780 (Bankr. E.D. Cal. 2015).  The California legislature enacted homestead exemption laws "to protect the sanctity of the family home against a loss caused by a forced sale by creditors…[and] ensure that insolvent debtors and their families are not rendered homeless by virtue of an involuntary sale of the residential property they occupy…." Amin v. Khazindar, 112 Cal. App.4th 582, 588 (Cal. Ct. App. 2003).

As such, there is a strong public policy toward adopting " a liberal construction of the law and facts to promote the beneficial purposes of the homestead legislation to benefit the debtor." Id.

In California, a debtor may obtain the benefits of a homestead exemption either by recording a declaration of homestead (Cal. Civ. Proc. Code § 704.910 - § 704.995), A true and correct copy is attached to the declaration of Jamie Lynn Gallian or through an automatic homestead exemption (Cal. Civ. Proc. Code § 704.710 - §704.850).

The *automatic homestead* exemption protects a debtor from forced judicial sales of a debtor's dwelling. In re Diaz, 547 B.R. 329, 334 (B.A.P. 9th Cir. 2016). "The filing of a bankruptcy petition constitutes a forced sale for purposes of the automatic homestead exemption." Id.

The *declared homestead* exemption statutes were created first. However, "the Legislature was quite obviously concerned with the large number of homeowners who were not receiving the benefits of the homestead because of their ignorance of the law or

their failure to satisfy the technical requirements for declaring a homestead." In re Gilman, 608

B.R. 714, 722 (Bankr. C.D. Cal. 2019) (citing San Diego White Truck Co. v. Swift, 96 Cal.

App.3d 88, 92 (Cal. Ct. App. 1979)). To solve this problem, the legislature created the automatic

homestead exemption. Id. California homestead statutes must be liberally construed. Cal. Civ.

Proc. Code § 704.710 et seq.  Liberal construction of California's homestead statutes serves to

effectuate the statutory goal of helping to prevent Californians from losing their homes through

hyper-technical interpretation. Cal. Civ. Proc. Code § 704.710 et seq.

Additionally, the California legislature sought to broaden the interests protected

by the automatic homestead exemption as compared to the interests covered by its predecessor,

the declared homestead. An examination of the differences between the two statutory exemptions

further illustrates this intent. The declared homestead is expressly limited to an **"interest in real**

**property (whether present or future, vested or contingent, legal or equitable)**

 that is a 'dwelling' as defined in Section 704.710, but does not include a leasehold estate with an

unexpired term of less than two years or the interest of the beneficiary of a trust." Cal. Civ. Proc.

Code §704.910(c) (West) (emphasis added). Did Houser unlawfully withhold granting Ms.

Gallian the continuation of her Ground Lease that she paid for without missing a payment for

Unit 53, for a ground lease recorded on A.P.N. 178-011-01 referenced in her preliminary title

report, dated October 18, 2018, two weeks before she purchased her new "dwelling"  "in place"

over 6-1/2 years on November 1, 2018,   The clear answer if YES.  Is Houser Bros Co. instead of

mitigating their damages over the past 6-1/2 years with the money received for Ground Lease for

the real property Ubit 376, the same real property Ms. Gallian paid monies for since 2009

relative to Unit 53.  Is Houser Bros next not going to try to reach Ms. Gallian's "dwelling"

homestead with a WRIT OF POSSESSION for Space 376, the same attempt they did with the

previous homeowner, Ms. Lisa Rya; and Ms. Gallian intervened. The State Court Judge Carmen

Luege reversed the execution of th WRIT OF POSSESSION      Unlike the former provisions,

Section 704.720 does not specify the interest that is protected and does not limit the homestead

in a leasehold to a long-term lease; [any interest] sought to be reached by the judgment creditor

in the homestead is subject to the exemption.  Legislative Committee Comment to Amended Cal.

Civ. Proc. Code § 704.720 (West) (emphasis added).

While the California legislature expanded the scope of interests covered under

the protection of the automatic homestead exemption, the foregoing also demonstrates

that any additional interest to be included within the expanded scope, and therefore the type of

interest upon which a homestead exemption can be asserted, must be an "interest sought to be

reached by the judgment creditor in the homestead." Id.  By doing so, the legislature maintained

000004

While the California legislature expanded the scope of interests covered under the protection of the automatic homestead exemption, the foregoing also demonstrates that any additional interest to be included within the expanded scope, and therefore the type of interest upon which a homestead exemption can be asserted, must be an "interest sought to be reached by the judgment creditor in the homestead." Id.  By doing so, the legislature maintained the inherent requirement that a homesteader may exempt only an interest to which a judgment creditor could attach an enforcement lien under California state law.

**California law defines a "homestead" as:** the principal dwelling (1) in which the judgment debtor or the judgment debtor's spouse resided on the date the judgment creditor's lien attached to the dwelling, and (2) in which the judgment debtor or the judgment debtor's spouse resided continuously thereafter until the date of the court determination that the dwelling is a homestead.

**Cal. Code Civ. P. § 704.710(c).** A "manufactured home together with the outbuildings [and land] upon which they are situated" is eligible for a homestead exemption. Cal. Code Civ. Proc. § 704.710(a)(2)
(defining "dwelling").

Pertinent to Debtor's opposition to Houser Bros. homestead objection and the joinders, whether JAMIE LYNN GALLIAN is properly permitted to claim the homestead exemption on the Huntington Beach Property, a question of law, whereas whether she resided and continuously resides at the Huntington Beach Property and her intended use as her permanent dwelling on the petition date is a question of fact. *See Tan Lao*, WL 8186670, at *3 (holding that this standard applies for these particular issues); *see also In re Kelley*, 300 B.R. 11, 16 (9th Cir. B.A.P. 2003)

"Substantive issues regarding the allowance or disallowance of the claimed exemption at issue are governed by California Law." *Id.* (citing *In re Diener*, 483 B.R. 196, 203 (9th Cir. B.A.P. 2012)). Furthermore, "[u]nder the California Code of Civil Procedure, a debtor in bankruptcy's interest in her dwelling may not be sold to enforce a money judgment." *Id.* (citing Cal. Civ. Proc. Code §§ 704.720, 704.740(a)).

**B. Focus on use.**

The automatic homestead exemption is rooted in the statutory definitions of "homestead" and "dwelling." The statute defines a homestead as "the principal dwelling (1) in which the

DEBTORS OPPOSITION TO HOUSER BROS CO AND JOINDERS OBJECTION TO DEBTORS HOMESTEAD EXEMPTION MEMORANDUM OF POINTS & AUTHORITIES; DECLARATION OF JAMIE LYNN GALLIAN IN SUPPORT THEREOF.DATE: FEBRUARY 4, 2025TIME:  11:00A.M.CTRM: 5CLOCATION: 411 W. FOURTH STREET, SANTA ANA, CA 92701 - 5

judgment debtor ... resided on the date the judgment creditor's lien attached to the dwelling, and

(2) in which the judgment debtor ... resided continuously thereafter until the date of the court

determination that the dwelling is a homestead." <u>CCP § 704.710(c)</u>.

In turn, a **"dwelling"** for purposes of the homestead exemption is defined to mean

"a place where a person resides and **may** include but is not limited to ... [a] house together with

the outbuildings and the land upon which they are situated." <u>CCP § 704.710(a)(1)</u> (emphasis

added). Based on the statutory definition of dwelling, California has not strictly limited the

homestead exemption to the dwelling house in which the family resides but also has included

"the usual and customary appurtenances, including outbuildings of every kind **necessary or**

**convenient for family use and lands used for the purposes thereof**." <u>Gregg v. Bostwick</u>, 33

Cal.App 220, 227(1867) (emphasis added).

In <u>Gregg,</u> the debtors claimed a homestead exemption by declaration in a block

of real property comprised of four lots. <u>Id.</u> at 221. They resided on one of these lots. The other

lots included six other dwelling houses and other buildings used for various purposes. The

buildings

were occupied by tenants and separated from the debtors' residence by fences. <u>Id.</u> at 222.

Construing the contours of the property subject to California's homestead exemption, the

California Supreme Court explained that "the only tests are use and value. The former is both

abstract and statutory – the latter statutory only." <u>Gregg,</u> 33 Cal. at 228. As to the critical

importance of a debtor's use in determining the homestead, the <u>Gregg</u> court further explained:

Whatever is used--being either necessary or convenient--as a place of residence

for the family as contradistinguished from a place of business, constitutes the homestead,
subject

to the statutory limit as to value. If, however, it is also used as a place of business by the family,

DEBTORS OPPOSITION TO HOUSER BROS CO AND JOINDERS OBJECTION TO DEBTORS
HOMESTEAD EXEMPTION MEMORANDUM OF POINTS & AUTHORITIES; DECLARATION OF JAMIE
LYNN GALLIAN IN SUPPORT THEREOF.DATE: FEBRUARY 4, 2025TIME: 11:00A.M.CTRM:
5CLOCATION: 411 W. FOURTH STREET, SANTA ANA, CA 92701 - 6

000006

which frequently happens, it may not therefore cease to be a homestead, if it would be necessary

or convenient for family **use** independent of the business.

*Gregg,* 33 Cal. at 228 (emphasis added). In *Bond v. CIT Group/Sales Financing, Inc. (In re Bond)*, 2006 WL 6810941, at *5 (9th Cir. BAP Apr. 26, 2006), recognized that *Gregg* is still good law and observed that "there is no formula for determining the propriety of the use of surrounding property claimed, but it cannot be protected by the homestead if is it neither necessary nor convenient for the enjoyment of the home."

**Bankruptcy Filing and Claimed Homestead Exemption**

"When a debtor files a bankruptcy petition, all of her assets become property of the estate and may be used to pay creditors, subject to the debtor's ability to reclaim specified property as exempt." *In re Elliot*, 523 B.R. 188, 192 (9th Cir. B.A.P. 2014) (citing *Schwab v. Reilly*, 560 U.S. 770, 774 (2010)). "Under the 'snapshot' rule, bankruptcy exemptions are fixed at the time of the bankruptcy petition." *In re Jacobson*, 676 F.3d 1193, 1199 (9th Cir. 2012). The "exemptions must be determined in accordance with" 11 U.S.C. 522(b)(3)(A). *Id.* "Section 522(b) permits a debtor to exempt either the property set forth in section 522(d) or, alternatively, any property that is exempt under state law 'that is applicable on the date of the filing of the petition.' " *In re Diener*, 483 B.R. at 203 (quoting 11 U.S.C. § 522 (e)(3)(A–B)).

"California has elected to 'opt out' of the federal exemption scheme, so California residents filing for bankruptcy are limited to the exemptions afforded under state law." *Id.* "Therefore, substantive issues regarding the allowance or disallowance of the claimed

DEBTORS OPPOSITION TO HOUSER BROS CO AND JOINDERS OBJECTION TO DEBTORS
HOMESTEAD EXEMPTION MEMORANDUM OF POINTS & AUTHORITIES; DECLARATION OF JAMIE
LYNN GALLIAN IN SUPPORT THEREOF.DATE: FEBRUARY 4, 2025TIME:  11:00A.M.CTRM:
5CLOCATION: 411 W. FOURTH STREET, SANTA ANA, CA 92701 - 7

000007

exemption at issue are governed by California law." *Id.*

In California, there are two types of homesteads: <u>declared and automatic</u>. *Amin v. Khazindar*, 112 Cal.App.4th 582, 588 (2003).

**The debtor recorded a prepetition declared homestead, which may be recorded,**

A true and correct copy is attached to the Decl. of Gallian "protects the property from execution by certain creditors to the extent of the amount of the homestead." *Id.* (citing Code Civ. Proc. § 704.920). "Because many California debtors used to fail to record these exemptions, the legislature in 1974 enacted laws creating an automatic homestead exemption. *Id.* (citing Code. Civ. Proc. § 704.720). "The automatic homestead exemption is available when a party has continuously resided in a dwelling from the time that a creditors' lien attaches until a court's determination in the forced sale process that the exemption does not apply." *Amin*, 112 Cal.App. 4th, at 588 (quoting *In re Mulch*, 182 B.R. 569, 572 (Bankr.N.D.Cal.1995); *Webb v. Trippet* 235 Cal.App.3d 647, 651 (1991)).

**1. Burden of Proof: FRBP 4003 And CCP § 703.130, § 703.580(b)**

Generally, "the exemption claimant has the burden of proof." Cal. Civ. Proc. Code § 703.580(b). "A more nuanced burden governs homestead exemptions." Tallerico, 532 B.R. at 780. Pursuant to Cal. Civ. Proc. Code § 704.780(a), the burden to show a debtor's entitlement to a homestead exemption rests with the debtor, **unless a declared homestead has been recorded.** Cal. Civ. Proc. Code § 704.780(a).

In the instant case, Debtor recorded a prepetition declaration of homestead, with the Orange County Recorder. Docket 74. Therefore, Houser Bros has the burden of proving debtor's entitlement to the automatic homestead exemption under California law.

Under the Federal Rules of Bankruptcy Procedure ("Fed. Rules Bankr.

DEBTORS OPPOSITION TO HOUSER BROS CO AND JOINDERS OBJECTION TO DEBTORS HOMESTEAD EXEMPTION MEMORANDUM OF POINTS & AUTHORITIES; DECLARATION OF JAMIE LYNN GALLIAN IN SUPPORT THEREOF.DATE: FEBRUARY 4, 2025TIME:  11:00A.M.CTRM: 5CLOCATION: 411 W. FOURTH STREET, SANTA ANA, CA 92701 - 8

000008

Proc.") "the objecting party has the burden of proving that the exemptions are not properly claimed." Fed. Rules Bankr. Proc. Rule 4003(c). The bankruptcy code authorizes a debtor to exempt certain assets. 11 U.S.C. § 522(b). "A claimed exemption is 'presumptively valid.' " *In re Green*, 2017 WL 957151, at *7 (9th Cir. B.A.P. March 10, 2017) (quoting *Carter v Anderson (In re Carter)*, 182 F.3d 1027, 1029 n.3 (9th Cir. 1999)).

However, "where the state law exemption statute specifically allocates the burden of proof to the debtor, Rule 4003(c) does not change that allocation." *Childs v. Gladstone*, WL 4849170, at *4 (S.D. Cal. October 1, 2019) (quoting *Diaz v. Kosmala (In re Diaz)*, 547 B.R. 329, 337 (B.A.P. 9th Cir. 2016) (distinguishing the presumption outlined in *Carter* from the Supreme Court's opinion in *Raleigh v. Illinois Dep't of Revenue*, which was decided a year after *Carter*). In *Childs*, the court cited the *Diaz* court's comments on *Raleigh*, stating that 'bankruptcy does not alter the burden imposed by the substantive law.' " *Childs*, WL 4849170, at *4 (quoting *Diaz*, 547 B.R. at 337 (citing *Raleigh v. Illinois Dep't of Revenue*, 530 U.S. 15, 20–21 (2000))).

Accordingly, Debtor holds the burden of establishing the right to the exemption and, once alleged, Houser Bros has the burden of rebutting that claim. These two exemptions are distinct protections. *Id.*

Under California law, a homestead exemption may be asserted two ways: first, a declaration of homestead may be recorded which protects the property from execution by certain creditors to the extent of the amount of the homestead exemption, and second, because many California debtors failed to file homestead exemptions, the legislature enacted legislation which created an "automatic" homestead exemption which need not be memorialized in a recorded

DEBTORS OPPOSITION TO HOUSER BROS CO AND JOINDERS OBJECTION TO DEBTORS HOMESTEAD EXEMPTION MEMORANDUM OF POINTS & AUTHORITIES; DECLARATION OF JAMIE LYNN GALLIAN IN SUPPORT THEREOF.DATE: FEBRUARY 4, 2025TIME:  11:00A.M.CTRM: 5CLOCATION: 411 W. FOURTH STREET, SANTA ANA, CA 92701 - 9

homestead declaration in order to be effective. <u>Cal. Civ. Proc. Code §§ 704.710 et seq.</u>, <u>704.920</u>.

As previously stated, an automatic homestead exemption may be claimed in "the principal dwelling (1) in which the judgment debtor or the judgment debtor's spouse resided on the date the judgment creditor's lien attached to the dwelling, and (2) in which the judgment debtor or the judgment debtor's spouse resided continuously thereafter until the date of the court determination that the dwelling is a homestead." Cal. Code Civ. Proc. § 704.710(c). The word "dwelling" as used in the statute "means a place where a person resides…" Cal. Code Civ. Proc. § 704.710(a) (emphasis added). There is no question that Debtor resides in the Property. Thus, having satisfied the requirement of residency, Debtor must establish that her interests in the Property are of the kind contemplated by the automatic homestead statutes.

An exemption may be claimed "from property of the estate…." 11 U.S.C. § 522(b)(1). Property of the estate includes "all legal or equitable interests of the debtor in property as of the commencement of the case." 11 U.S.C. § 541(a)(1). Courts must look to state law to determine "the nature and extent of a debtor's interest in property." Abele v. Modern Fin. Plans Servs., Inc., (In re Cohen), 300 F.3d 1097, 1104 (9th Cir. 2002). Debtor asserts that on the Petition Date, Debtor had full vested legal Certificate of Title by Housing and Community Development, Official Records (HCD) perfected on 02/25/2021. equitable interest in the Property equitable interest and that even if those interests were insufficient, her residency in the Property at all relevant times entitled her to claim an automatic homestead exemption.

The legislature intended to expand the scope of interests which could be homesteaded when creating the automatic homestead. The caveat, unlike the exclusion regarding leasehold interests and beneficial trust interests included in the declared homestead statute, was that the interest be subject to an enforcement lien.

A judgment lien attaches to a judgment debtor's interest in real estate, (The "Pad") not to bare legal title. In re Weilert, 2016 WL 3771905, at *3 (B.A.P. 9th Cir. 2016) (citing Davis v. Perry, 120 Cal. App. 670, 676 (1932) ("The law is well settled that the lien of a judgment does

000010

not attach to a naked title but only to the judgment debtor's interest in the real estate; and if she has no interest, though possessing the naked title, then no lien attaches")).

[8]

## **Statutory Definition of "Dwelling'**

Based on the statutory definition of "dwelling," California [has not] strictly limited its automatic homestead exemption to the dwelling house in which the family resides, but also has included the usual and customary appurtenances, including outbuildings of every kind necessary or convenient for family use [and lands] used for the purposes thereof. Cal. Civ. Proc. Code §§ 704.710(a)(1), 704.710 et seq.

California's statutory definition of a "dwelling," for purposes of its automatic homestead exemption, sets forth a non-exhaustive laundry list of other types of property the term "dwelling" may include, in addition to the dwelling house in which the family resides. Cal. Civ. Proc. Code §§ 704.710(a), 704.710 et seq. Under California law, the extent of a debtor's automatic homestead exemption ultimately hinges on how debtor used the property. Cal. Civ. Proc. Code § 704.710 et seq.

With respect to interests in mixed-use or excess property, California's automatic homestead exemption should afford the same amount of protection as its declared homestead exemption which debtor Jamie Gallian filed pre-petition. Cal. Civ. Proc. Code §§ 704.710 et seq., 704.920.

In determining the amount of property protected by California's automatic homestead exemption, courts are bound by the caselaw construing the declared homestead exemption. Cal. Civ. Proc. Code §§ 704.710 et seq., 704.920.

A Chapter 13 debtor, in who owned a single parcel of real property on which were located the house in which she resided and a duplex that she rented to two tenants, could not claim the

DEBTORS OPPOSITION TO HOUSER BROS CO AND JOINDERS OBJECTION TO DEBTORS HOMESTEAD EXEMPTION MEMORANDUM OF POINTS & AUTHORITIES; DECLARATION OF JAMIE LYNN GALLIAN IN SUPPORT THEREOF.DATE: FEBRUARY 4, 2025TIME: 11:00A.M.CTRM: 5CLOCATION: 411 W. FOURTH STREET, SANTA ANA, CA 92701 - 11

entire lot as exempt under California's automatic homestead exemption but, instead, [her exemption was limited to the house [and land] that she used as her residence, even though the structures had a single assessor's parcel number and a mortgage encumbered the entire property; objecting creditor did not concede that lot or multiple dwellings thereon constituted an indivisible unit, it was undisputed that debtor had always used duplex, which was distinct and separate from her residence, and separated by a fence, exclusively as a rental, and never claimed any intent to reside in it herself, house and duplex had separate addresses, driveways, entrances, parking, utilities, landscaping, and mailboxes, and debtor's dwelling was not required by statute to include all outbuildings situated on the same land. Cal. Civ. Proc. Code §§ 704.710(a)(1), 704.710 et seq.

California has opted out of the slate of federal exemptions set forth in the Bankruptcy Code. *See* § 522(b); CCP § 703.130. Thus, Ms. Gallian's right to claim an exemption is governed by California law. *McKee v. Anderson (In re McKee)*, 90 F.4th 1244, 1247 (9th Cir. 2024); *In re Elliott,* 523 B.R. at 192. Ms. Gallian claims California's automatic homestead exemption as set forth in CCP § 704.710, *et seq*. The automatic homestead exemption is one of two partially overlapping homestead exemptions available under California law. *Amin v. Khazindar*, 112 Cal. App. 4th 582, 588 & n.2, 5 Cal.Rptr.3d 224 (2003); Harry D. Miller and Marvin B. Starr, 12 Cal. Real Est. § 43:1 (4th ed. 2023). At the time Ms. Gallian filed her bankruptcy, the maximum statutory homestead exemption available, as adjusted for inflation was $600,000. CCP § 704.730(a)(1), (b).

In evaluating the extent of California's automatic homestead exemption applicable to multiple structures, regardless of whether those structures are situated on one or more lots, courts engage in a fact-intensive investigation focusing on how the debtor actually has used the structures

DEBTORS OPPOSITION TO HOUSER BROS CO AND JOINDERS OBJECTION TO DEBTORS HOMESTEAD EXEMPTION MEMORANDUM OF POINTS & AUTHORITIES; DECLARATION OF JAMIE LYNN GALLIAN IN SUPPORT THEREOF.DATE: FEBRUARY 4, 2025TIME:  11:00A.M.CTRM: 5CLOCATION: 411 W. FOURTH STREET, SANTA ANA, CA 92701 - 12

1  [and the land] on which they are situated. Cal. Civ. Proc. Code §§ 704.710(a)(1), 704.710 et seq.

2
3          Under California law, while the homestead definition may include the land on

4  which the dwelling-house stands and also such other land as may be necessary to its convenient

5  use and occupation, it does not, when fairly construed with a view to the objects of the homestead

6  law, include such other land as has resting thereon, as a part thereof, a building or buildings devoted

7  to other purposes than those of a family home. Cal. Civ. Proc. Code §§ 704.710(a)(1), 704.710 et

8  seq.

9
10          California's Subdivision Map Act, a statutory scheme regulating subdivision

11  approvals and land use planning by local governments, is designed to promote orderly community

12  developments and involves an application process that culminates in public hearings to determine

13  whether a subdivision map will be approved. Cal. Gov't Code § 66410 et seq.

14          California courts uniformly focus on the debtor's use of property to determine

15  whether it is a single "dwelling" for purposes of the automatic homestead exemption. Cal. Civ.

16  Proc. Code §§ 704.710(a), 704.710 et seq.

17
18          Principal attribute of a California automatic homestead exemption is the

19  preservation for the judgment debtor of a specific amount of value in the real property's equity, if

20  any, up to the statutory ceiling. Cal. Civ. Proc. Code § 704.710 et seq.

21
**B. Courts Focus on use.**

22          The automatic homestead exemption is rooted in the statutory definitions of "homestead"

23  and "dwelling." The statute defines a homestead as "the principal dwelling (1) in which the

24  judgment debtor ... resided on the date the judgment creditor's lien attached to the dwelling, and

25  (2) in which the judgment debtor ... resided continuously thereafter until the date of the court

26  determination that the dwelling is a homestead." CCP § 704.710(c).

27  DEBTORS OPPOSITION TO HOUSER BROS CO AND JOINDERS OBJECTION TO DEBTORS
    HOMESTEAD EXEMPTION MEMORANDUM OF POINTS & AUTHORITIES; DECLARATION OF JAMIE
28  LYNN GALLIAN IN SUPPORT THEREOF.DATE: FEBRUARY 4, 2025TIME:  11:00A.M.CTRM:
    5CLOCATION: 411 W. FOURTH STREET, SANTA ANA, CA 92701 - 13

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

In turn, a "dwelling" for purposes of the homestead exemption is defined to mean "a place where a person resides and **may** include but is not limited to ... [a] house together with the outbuildings [and the land] upon which they are situated." <u>CCP § 704.710(a)(1)</u> (emphasis added). Based on the statutory definition of dwelling, California has not strictly limited the homestead \*642 exemption to the dwelling house in which the family resides but also has included "the usual and customary appurtenances, including outbuildings of every kind **necessary or convenient for family use and lands used for the purposes thereof**." <u>Gregg v. Bostwick, 33 Cal. 220, 227 (1867)</u> (emphasis added).

In <u>Gregg,</u> the debtors claimed a homestead exemption by declaration in a block of real property comprised of four lots. <u>Id.</u> at 221. They resided on one of these lots. The other lots included six other dwelling houses and other buildings used for various purposes. The buildings were occupied by tenants and separated from the debtors' residence by fences. <u>Id.</u> at 222. Construing the contours of the property subject to California's homestead exemption, the **California Supreme Court explained that "the only tests are use and value.** The former is both abstract and statutory – the latter statutory only." <u>Gregg,</u> 33 Cal. at 228.

As to the critical importance of a debtor's use in determining the homestead, the <u>Gregg</u> court further explained:

> Whatever is used--being either necessary or convenient--as a place of residence for the family as contradistinguished from a place of business, constitutes the homestead, subject to the statutory limit as to value. If, however, it is also used as a place of business by the family, which frequently happens, it may not therefore cease to be a homestead, if it would be necessary or convenient for family use **independent of the business.**
> <u>Gregg,</u> 33 Cal. at 228 (emphasis added). In <u>Bond v. CIT Group/Sales Financing, Inc. (In re Bond), 2006 WL 6810941, at \*5 (9th Cir. BAP Apr. 26, 2006),</u> we recognized that <u>Gregg</u> is still good law and observed that "there is no formula for determining the propriety of the use of surrounding property claimed, but it cannot be protected by the homestead if is it neither necessary nor convenient for the enjoyment of the home."

DEBTORS OPPOSITION TO HOUSER BROS CO AND JOINDERS OBJECTION TO DEBTORS HOMESTEAD EXEMPTION MEMORANDUM OF POINTS & AUTHORITIES; DECLARATION OF JAMIE LYNN GALLIAN IN SUPPORT THEREOF.DATE: FEBRUARY 4, 2025TIME:  11:00A.M.CTRM: 5CLOCATION: 411 W. FOURTH STREET, SANTA ANA, CA 92701 - 14

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEBTORS OPPOSITION TO HOUSER BROS CO AND JOINDERS OBJECTION TO DEBTORS
HOMESTEAD EXEMPTION MEMORANDUM OF POINTS & AUTHORITIES; DECLARATION OF JAMIE
LYNN GALLIAN IN SUPPORT THEREOF.DATE: FEBRUARY 4, 2025TIME:  11:00A.M.CTRM:
5CLOCATION: 411 W. FOURTH STREET, SANTA ANA, CA 92701 - 15

When it comes to enforcing a money judgment against the real property that a debtor uses as his

"dwelling" (that is, the "place where [he] resides" (§ 704.710, subd. (a))), the Law requires that

the creditor adhere to the following procedure.

First, the judgment creditor must record an abstract of judgment with the county

recorder's office; doing so creates a judgment lien that attaches to all of the judgment debtor's

real property in that county "in excess of the statutory homestead exemption and all liens and

encumbrances in existence when the abstract of judgment is recorded." (Stoffel v. Dutton (1985)

175 Cal.App.3d 1185, 1188 [221 Cal.Rptr.346]; see §§ 697.310, subd. (a), 697.340, subd. (a),

697.060, subd. (a), 704.950, subd. (c); Wells Fargo Financial Leasing, Inc. v. D & M Cabinets

(2009) 177 Cal.App.4th 59, 69 [99 Cal.Rptr.3d 97].)

Second, the creditor must apply for and obtain a writ of execution from the clerk of the

trial court; the writ of execution directs the sheriff or other levying officer to enforce the

judgment. (§§ 699.510, subd. (a), 699.520; Kahn v. Berman (1988) 198 Cal.App.3d 1499, 1508

[244 Cal.Rptr. 575] (Kahn).)

Third, the creditor provides instructions and a notice of levy to the sheriff or other

levying officer to execute the writ by levying upon the judgment debtor's interest in his dwelling.

(§§ 699.530, subd. (a), 699.540, 700.010.) The sheriff or other levying officer achieves this by

recording the writ of execution and notice of levy with the county recorder's office (§ 700.015,

subd. (a)) and serving copies of these documents on the debtor (§ 700.010).

Fourth, the creditor must apply for a court order specifically authorizing the sheriff or

other levying officer to sell the dwelling. (§§ 704.750, subd. (a), 704.760; Amin v. Khazindar

(2003) 112 Cal.App.4th 582, 589 [5 Cal.Rptr.3d 224] (Amin).)

DEBTORS OPPOSITION TO HOUSER BROS CO AND JOINDERS OBJECTION TO DEBTORS
HOMESTEAD EXEMPTION MEMORANDUM OF POINTS & AUTHORITIES; DECLARATION OF JAMIE
LYNN GALLIAN IN SUPPORT THEREOF.DATE: FEBRUARY 4, 2025TIME:  11:00A.M.CTRM:
5CLOCATION: 411 W. FOURTH STREET, SANTA ANA, CA 92701 - 16

Case 8:21-bk-11710-SC    Doc 536    Filed 01/25/25    Entered 01/27/25 10:52:41    Desc
Main Document      Page 17 of 648

The application must be "made under oath," and in addition to "describ[ing] the dwelling," must specify: (1) "whether or not the records of the county tax assessor indicate that there is a current homeowner's exemption or disabled veteran's exemption for the dwelling," (2) "whether the dwelling is a homestead and the amount of the homestead exemption [which reserves a statutorily specified amount of equity in a dwelling to the debtor]," and (3) whether the judgment "is based on a consumer debt." (§ 704.760, subds. (a), (b), (d).) Most pertinent here, the application must also specify: "the amount of any liens or encumbrances on the dwelling, the name of each person having a lien or encumbrance on the dwelling, and the address of such person used by the county recorder for the return of the instrument creating such person's lien or encumbrance after recording."(*Id.*, subd. (c).)

Fifth, the trial court reviewing the application must determine whether the fair market value of the judgment debtor's interest in the dwelling is "likely to produce a bid [at the sale] sufficient to satisfy" (1) the amount of the homestead exemption, which was $600,000 at the time plaintiff filed his application in this case and is now a minimum of $300,000 (§ 704.730, subd. (a)), *and* (2) the amount of "all liens and encumbrances" "senior to the [judgment] lien being executed." (§ 704.780, subd. (a); *Rourke v. Troy* (1993) 17 Cal.App.4th 880, 883–884 [21 Cal.Rptr.2d 660] (*Rourke*); see § 704. 780, subd.(b); *Amin*, *supra*, 112 Cal.App.4th at p. 589.)

If the proposed sale is unlikely to yield a bid high enough to cover the homestead exemption plus any preexisting liens and encumbrances, leaving no money left over for paying off even a *part* of the judgment creditor's lien, the application should be denied. (*Kahn*, *supra*, 198 Cal.App.3d at p. 1508.)

DEBTORS OPPOSITION TO HOUSER BROS CO AND JOINDERS OBJECTION TO DEBTORS HOMESTEAD EXEMPTION MEMORANDUM OF POINTS & AUTHORITIES; DECLARATION OF JAMIE LYNN GALLIAN IN SUPPORT THEREOF.DATE: FEBRUARY 4, 2025TIME:  11:00A.M.CTRM: 5CLOCATION: 411 W. FOURTH STREET, SANTA ANA, CA 92701 - 17

But if the court determines that a bid for the judgment debtor's interest will likely exceed the homestead exemption plus all preexisting liens and encumbrances, such that there is *some* amount available to satisfy even a "part" of the judgment creditor's lien, then the court *must* grant the application for sale. (§ 704.780, subd. (b); *Rourke*, at pp. 884–885.)

Sixth, the court monitors the bidding. If there is no bid that "exceeds the amount of the homestead exemption plus any additional amount necessary to satisfy all liens and encumbrances on the property," the sale will not go forward. (§ 704.800, subd. (a).) And even if the bid does exceed that threshold amount, if the bid is less than 90 percent of the fair market value of the judgment debtor's interest as determined at the time the application was signed, the judgment creditor must get the court's permission to either accept that bid or hold a new sale. (*Id.*, subd. (b).)

Seventh and finally, if the sales goes through, the proceeds from the sale of the dwelling are distributed in the following order: (1) to the holders of all preexisting liens and encumbrances, (2) to the judgment debtor in the amount of the homestead exemption, (3) to the levying officer for any unpaid costs, (4) to the judgment creditor, and (5) to the judgment debtor if there is any money left over. (§ 704.850.)

This very detailed procedure was designed to give judgment creditors a viable mechanism to collect on an unpaid judgment lien while also ensuring that "senior liens and encumbrances would be paid"; that "the homeowners," by virtue of the homestead exemption, "will not suffer from additional consequences of their economic misfortune"; and that the purchasers at the sale "will own the property free and clear of all liens and encumbrances."

DEBTORS OPPOSITION TO HOUSER BROS CO AND JOINDERS OBJECTION TO DEBTORS HOMESTEAD EXEMPTION MEMORANDUM OF POINTS & AUTHORITIES; DECLARATION OF JAMIE LYNN GALLIAN IN SUPPORT THEREOF.DATE: FEBRUARY 4, 2025TIME:  11:00A.M.CTRM: 5CLOCATION: 411 W. FOURTH STREET, SANTA ANA, CA 92701 - 18

1    (*Rourke, supra*, 17 Cal.App.4th at p. 885; *Little v. Community Bank* (1991) 234 Cal.App.3d 355,

2    360 [286 Cal.Rptr. 4] (*Little*).)

3    I declare under penalty of perjury the foregoing is true and correct.

4
5                    Dated this 21st day of January, 2025.

6
7                                        _Jamie Gallian_____
                                        Jamie Lynn Gallian
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27    DEBTORS OPPOSITION TO HOUSER BROS CO AND JOINDERS OBJECTION TO DEBTORS
      HOMESTEAD EXEMPTION MEMORANDUM OF POINTS & AUTHORITIES; DECLARATION OF JAMIE
28    LYNN GALLIAN IN SUPPORT THEREOF.DATE: FEBRUARY 4, 2025TIME:  11:00A.M.CTRM:
      5CLOCATION: 411 W. FOURTH STREET, SANTA ANA, CA 92701 - 19

### DECLARATION OF JAMIE LYNN GALLIAN

**I, JAMIE LYNN GALLIAN, DECLARE UNDER PENALTY OF PERJURY THE FOLLOWING TO BE TRUE AND CORRECT.  IF CALLED UPON TO TESTIFY, I COULD AND WOULD COMPETENTLY TESTIFY TO THE FACTS STATED WITHIN.**

1.      On November 23, 2009, I moved to The Gables 4476 Alderport Drive Unit 53 Huntington Beach, CA 92649, a 1966 subdivision. A.P.N. 178-771-03.

2.      On March 23, 2017, transfer of title from Ms. Gallian's step-mother and predecessor Sandra Bradley to Jamie Lynn Gallian was recorded Real Property Index, Official Records, Clerk Recorder, County of Orange, Instrument no. 2017000116815, 4476 Alderport Drive Unit 53, Huntington Beach, CA 92649, a 1966 subdivision from the bigger Parcel 178-011-01, now known as A.P.N. 178-771-03.

3.      On October 31, 2018, I sold the Alderport property to Randy Nickel, unencumbered and received $379,000.00 for the purchaser.

4.      On November 1, 2018, I purchased 16222 Monterey Lane Space 376, Huntington Beach, CA 92649, located on the bigger Parcel 178-011-01, See Parcel Map Book 108, Page 47-48. I attempted to transfer my tax basis from 4476 Alderport Unit 53, Huntington Beach, CA based upon the October 19, 1979, recorded instrument entitled <u>COVENANT RUNNING WTH THE LAND</u> was made by Houser Bros. Co., a California limited partnership ("Houser") whose sole general partners Clifford C. Houser and Vernon F. Houser recorded November 6, 1979, in book 13383, page 1868-1870 in the Real Property Index Official Records, Clerk Recorder County of Orange. to the new property I purchased with the Orange County Tax Assessor and was

DEBTORS OPPOSITION TO HOUSER BROS CO AND JOINDERS OBJECTION TO DEBTORS HOMESTEAD EXEMPTION MEMORANDUM OF POINTS & AUTHORITIES; DECLARATION OF JAMIE LYNN GALLIAN IN SUPPORT THEREOF.DATE: FEBRUARY 4, 2025TIME:  11:00A.M.CTRM: 5CLOCATION: 411 W. FOURTH STREET, SANTA ANA, CA 92701 - 20

informed that the address, which included a single family dwelling was considered "Personal

Property" manufactured home and registered by California State Department of Housing and

Community Development. Certificate of Title.

5.       My Petition and Schedules, my amended Petition and Schedules all signed under penalty

of perjury state I have an equitable interest in real property Space 376, Unit 4, Tract 10542, Lot 2

**Doc 1 Page 12 of 60 Schedule A/B**

1. Do you have any legal or equitable interest in any residence, building, land, or similar

property? Yes.  Where is the property?   Located on APN 178-011-16, Space No. 376

**Doc 15 Page 3 of 29 Schedule A/B**

1. Do you have any legal or equitable interest in any residence, building, land, or similar

property? Yes.  Where is the property?   Located on APN 178-011-16, Space No. 376

**Doc 16 Page 3 of 29 Schedule A/B**

1. Do you have any legal or equitable interest in any residence, building, land, or similar

property? Yes.  Where is the property?   Located on APN 178-011-16, Space No. 376

**Doc 22 Page 3 of 31 Schedule A/B**

1. Do you have any legal or equitable interest in any residence, building, land, or similar

property? Yes.  Where is the property?   Located on APN 178-011-16, Tract 10542, Unit 4, Lot

376.

DEBTORS OPPOSITION TO HOUSER BROS CO AND JOINDERS OBJECTION TO DEBTORS
HOMESTEAD EXEMPTION MEMORANDUM OF POINTS & AUTHORITIES; DECLARATION OF JAMIE
LYNN GALLIAN IN SUPPORT THEREOF.DATE: FEBRUARY 4, 2025TIME:  11:00A.M.CTRM:
5CLOCATION: 411 W. FOURTH STREET, SANTA ANA, CA 92701 - 21

**Doc 37 Page 3 of 26 Schedule A/B**

1. Do you have any legal or equitable interest in any residence, building, land, or similar property? Yes.  Where is the property?   Located on APN 178-011-16, Tract 10542, Unit 4, Lot 376.

**Doc 38 Page 3 of 23 Schedule A/B**

1. Do you have any legal or equitable interest in any residence, building, land, or similar property? Yes.  Where is the property?   Located on APN 178-011-16, Tract 10542, Unit 4, Lot 376.

**Doc 39 Page 8 of 28 Schedule A/B**

1. Do you have any legal or equitable interest in any residence, building, land, or similar property? Yes.  Where is the property?   Located on APN 178-011-16, Tract 10542, Unit 4, Lot 376.

**Doc 72 Page 13 of 64 Schedule A/B;**

1. Do you have any legal or equitable interest in any residence, building, land, or similar property? Yes.  Where is the property?   16222 Monterey Ln. Unit 376 Huntington Beach, CA Describe the nature of interest: Existing 1979 80 year Ground Leasehold Parcel 1 & 2, Tract 10542, Unit(s) 1,2,3,4.

DEBTORS OPPOSITION TO HOUSER BROS CO AND JOINDERS OBJECTION TO DEBTORS HOMESTEAD EXEMPTION MEMORANDUM OF POINTS & AUTHORITIES; DECLARATION OF JAMIE LYNN GALLIAN IN SUPPORT THEREOF.DATE: FEBRUARY 4, 2025TIME:  11:00A.M.CTRM: 5CLOCATION: 411 W. FOURTH STREET, SANTA ANA, CA 92701 - 22

**Doc 72 Page 24 of 64 Schedule A/B**

**Dated August 7, 1979-Notice of Compliance with Conditions on Tract**

**Authorization For Release For Recording.  See Certificate on Face of Tract Map**

**Misc Maps Book 456, Page 49-50.**

**Doc 72 Page 25 of 64 Schedule A/B;**

**Official Records, Clerk Recorder County of Orange:  Instrument No. 86-456266**

**Assignment And Assumption of Ground Leases And Condominium Subleases And**

**Grant Deed:  Legal Description: Parcel 1 and Parcel 2 of Parcel Map Bool 108, Page**

**47-48**

**Doc 72 Page 63 of 64 Schedule A/B**

**HOMESTEAD DECLARATION;**

**Recorded in County Land Record Index, Official Records, Clerk Recorder County of**

**Orange:**

**RECORDED PREPETITION 12:48 PM, 07/09/2021 Instrument No. 2021000443659.**

DEBTORS OPPOSITION TO HOUSER BROS CO AND JOINDERS OBJECTION TO DEBTORS
HOMESTEAD EXEMPTION MEMORANDUM OF POINTS & AUTHORITIES; DECLARATION OF JAMIE
LYNN GALLIAN IN SUPPORT THEREOF.DATE: FEBRUARY 4, 2025TIME:  11:00A.M.CTRM:
5CLOCATION: 411 W. FOURTH STREET, SANTA ANA, CA 92701 - 23

**Doc 468 10/21/2024 Page 4 of 18 Schedule A/B;**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar

property? Yes.  Where is the property?

     16222 Monterey Ln. Unit 376  Tract 10542 Misc Maps, Bk. 456/49-50 Huntington

Beach, CA 92649

What is the Property? Check all that apply

     Single family home; Condominium or cooperative; Manufactured or mobilehome;

     Land; Other: Rec. Covenants Running With The Land

     LPT 891-569-62, part of 178-011-16


**Doc 519  Page 5 of 6 Schedule C;**

**Proof of Service- Page 2 of 6**

1.     TO BE SERVED BY THE COURT VIA ELECTRONIC FILING (NEF): Pursuant to

controlling General Orders and LBR, the foregoing document will be served by the court via

NEF and hyperlink to the document.  On 11/27/2024, I checked the CM/ECF docket for this

bankruptcy case or adversary proceeding and determined that the following persons are on the

Electronic Mail Notice List to received NEF transmission at the email addresses stated below:

X Service information continued on attached page.

This document was unloaded into the electronic drop box (EDB) for In Pro Se debtors on

November 27, 2024. .  It appears the docket 519 was not placed on the docket until 12/03/2024,

by the Clerk.

DEBTORS OPPOSITION TO HOUSER BROS CO AND JOINDERS OBJECTION TO DEBTORS
HOMESTEAD EXEMPTION MEMORANDUM OF POINTS & AUTHORITIES; DECLARATION OF JAMIE
LYNN GALLIAN IN SUPPORT THEREOF.DATE: FEBRUARY 4, 2025TIME:  11:00A.M.CTRM:
5CLOCATION: 411 W. FOURTH STREET, SANTA ANA, CA 92701 - 24

**Doc 519  Page 5 of 6 Schedule C;**

2.      For any Property you list on *Schedule A/B* that you claim as exempt, fill in the

information below.

Brief description of the property and line on *Schedule A/B* that lists this property. Current value

of the portion you own. Copy the value from *Schedule A/B*. Specific laws that allow exemption.

16222 Monterey Ln, Unit 376  Line from Schedule A/B 1.1.

        $385,000.00 X $600,000.00    CCP 704.930(a); CCP §704.720(a); CCP §704.930

16222 Monterey Ln, Unit 376   Line from Schedule A/B 1.2.

        $185,000.00   X $185,000.00   11 U.S.C. (P)(2)(B)  Rollover Sale Proceeds 11/1/2018 to

purchase current homestead 2014 manufactured home LNM 1081

16222 Monterey Ln, Space 376, Pad  Line from Schedule A/B 1.3.

        $200,000  XX 100% of the fair marker value, up to any applicable statutory limit

11 U.S.C. (Sic)  CCP §704.930; 11 U.S.C. (Sic)  CCP §704.930(a); 11 U.S.C. (Sic)  CCP

§704.720(a).

3.  Are you claiming a homestead exemption of more than $189,050?  Yes.  Debtors previous

homestead (4476 Alderport) was acquired 03/23/2017, Real Property Index Official Records OC

Clerk Recorder, Instrument No. 2017000116815 outside 1215 day period. Sold primary

residence exempt homestead 10/31/2018 transferred/roll-over sale proceeds to purchase current

primary residence in place on Lot 376,  Unit 4, Tract 10542, 11/1/2018, LBM 1081 2014 Skyline

Custom Villa manufactured home.

I declare under penalty of perjury of the laws of these United States the foregoing is true and

correct.

DEBTORS OPPOSITION TO HOUSER BROS CO AND JOINDERS OBJECTION TO DEBTORS
HOMESTEAD EXEMPTION MEMORANDUM OF POINTS & AUTHORITIES; DECLARATION OF JAMIE
LYNN GALLIAN IN SUPPORT THEREOF.DATE: FEBRUARY 4, 2025TIME:  11:00A.M.CTRM:
5CLOCATION: 411 W. FOURTH STREET, SANTA ANA, CA 92701 - 25

1

2    Dated January 23, 2025 at Huntington Beach, CA County Of Orange

3

4

5                        JAMIE LYNN GALLIAN

6

7        **California Supreme Court explained that "the only tests are use and value.** The

8    former is both abstract and statutory – the latter statutory only." _Gregg,_ 33 Cal. at 228.

9        As to the critical importance of a debtor's use in determining the homestead, the _Gregg_

10   court further explained:

11           Whatever is used--being either necessary or convenient--as a place of residence for the

12           family as contradistinguished from a place of business, constitutes the homestead, subject

             to the statutory limit as to value. If, however, it is also used as a place of business by the

13           family, which frequently happens, it may not therefore cease to be a homestead, if it

14           would be necessary or convenient for family use **independent of the business.**

15           _Gregg,_ 33 Cal. at 228 (emphasis added). In _Bond v. CIT Group/Sales Financing, Inc. (In_

16           _re Bond),_ 2006 WL 6810941, at *5 (9th Cir. BAP Apr. 26, 2006), we recognized that

17           _Gregg_ is still good law and observed that "there is no formula for determining the

18           propriety of the use of surrounding property claimed, but it cannot be protected by the

19           homestead if is it neither necessary nor convenient for the enjoyment of the home."

20

21   I declare under penalty of perjury of the laws of these United States the foregoing is true and

22   correct.

23

24   Dated January 23, 2025 at Huntington Beach, CA County Of Orange

25

26                        _Jamie Gallian_
                          JAMIE LYNN GALLIAN
27   DEBTORS OPPOSITION TO HOUSER BROS CO AND JOINDERS OBJECTION TO DEBTORS
     HOMESTEAD EXEMPTION MEMORANDUM OF POINTS & AUTHORITIES; DECLARATION OF JAMIE
28   LYNN GALLIAN IN SUPPORT THEREOF.DATE: FEBRUARY 4, 2025TIME:  11:00A.M.CTRM:
     5CLOCATION: 411 W. FOURTH STREET, SANTA ANA, CA 92701 - 26

1    JAMIE LYNN GALLIAN
     16222 Monterey Lane Unit 376
2    Huntington  Beach,  CA  92649
     (714) 321-3449
3    jamiegallian@gmail.com

4    In PRO PER

5

6

7

8                    UNITED STATES BANKRUPTCY COURT

9         CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

10                                          Case No. 8:21-bk-11710-ES

11   In re:                                 Chapter 7

12   JAMIE LYNN GALLIAN,                    **DEBTORS REPLY OPPOSITION,**
                                            **MEMORANDUM OF POINTS AND**
13                                          **AUTHORITIES TO HOUSER BROS. CO.**
                                            **DBA RANCHO DEL REY MOBILE**
14              Debtor.                     **HOME ESTATES' MOTION**
                                            **OBJECTING TO DEBTOR'S CLAIMED**
15                                          **HOMESTEAD EXEMPTION AND**
                                            **JOINDER PARTIES HUNTINGTON**
16                                          **BEACH GABLES HOA; JANINE JASSO.**

17

18                                          Hearing Date: June 2, 2022
                                            Time:        10:30 a.m.
19                                          Courtroom:   5A

20      TO THE HONORABLE ERITHE A. SMITH, ALL PARTIES AND TO THEIR

21   ATTORNEY'S OF RECORD:

22         Defendant Gallian opposes the Motion objecting to debtor's claimed homestead filed by

23   Interested Party, Houser Bros Co dba Rancho Del Rey Mobilehome Estates and Interested

24   Joinder's The Huntington Beach Gables Homeowners Association and Janine B. J

25   The purpose of bankruptcy is to give debtors a fresh start by shedding debts that they owed but

26   cannot pay.  Part of the fresh start includes lien avoidance on exempt assets. ***See Richardson***,

27   **224 B.R. at 808.**  Debtor wants to maximize the amount of property she gets to keep to avoid

28   any creditor collection efforts, especially efforts to collect their personal residence.

                                        1

California law is instructive regarding property interests that debtors may possess at filing which are included in the bankruptcy estate as defined in § 541 of the Bankruptcy Code. To avoid a lien, it must impair an interest a debtor has in an exempt asset. Cited California law and cases affirm that a homestead right is an interest in real property. *See* California Const., Art. 12, §§ 1 & 2.

As the U.S. Supreme Court defines it, property of the estate consists of "all the interests in property, legal and equitable, possessed by the debtor at the time of filing ..." *Owen v. Owen,* 500 U.S. 305, 308 (1991).  This definition is extremely broad.

Debtor has continuously lived in her personal residence in Huntington Beach, CA TRACT 10542, Lot 1 & Lot 2, Unit 1, 2, 3, 4, the location of 459 units, in Unit 53 and then Unit 376 respectively.

There are two subject residence(s) debtor makes request to this Honorable Court to take Judicial Notice of:

**1.  4476 Alderport Drive, Unit 53 Huntington Beach, Ca 92649 A.P.N. 937-630-53.**

Debtor was the tenant from November 23, 2009 through March 22, 2017; Debtor was gifted the property from her step-mother and debtor's predecessor Sandra L. Bradley on March 23, 2017, Instrument No, 2017-0116715.  On October 31, 2018, debtor sold Unit 53 to Randall Nickel, a bona fide purchaser for value of $379,000.00.  A.P.N. 937-630-53.

**<u>Statement of Financial Affairs, DOC 1, Part 7, No. 18,  page(s) 46-60,</u>**

Debtor disclosed the sale of her primary residence, Unit 53 in her Chapter 7 petition filed July 9, 2021.  Subsequently, debtor read the petition question more closely and the

2

1    question asks "Within the last 2 years before you filed for bankruptcy, did you sell, trade or

2    otherwise transfer any property to anyone, other than property transferred in the ordinary

3    course of your business or financial affairs?"  Debtor disclosed No. 18, "Primary residence

4    sold leasehold on 10/31/2018, 4476 Alderport Dr. #53, ….Paid in exchange amount as

5    $379,000.00.

6

7    **2.  16222 Monterey Lane, Unit 376, Homeowner November 1, 2018 - to the present day.**

8         Petitioner, Houser Bros. Co. and the two joinders, Huntington Beach Gables

9    Homeowners Association; Janine Jasso, Esq. make no allegations that debtor has lived

10   anywhere else or claimed any other property as her homestead exemption to the sale date of

11   Unit 53 on October 31, 2018, and the purchase of Unit 376 November 1, 2018, to the present

12

13   day.

14        Debtor designated and occupied the property as her homestead. *See* 4 Collier on

15   Bankruptcy P 522.10 (16th 2020).  As previously stated, the only requirement for claiming a

16   homestead exemption under the California exemption statute that the home claimed be "the

17

18   principal residence of such person." Record title to the homestead is not required to claim a

19   homestead exemption in the property.

20

21        Debtors' Chapter 7 Petition and Schedules July 9, 2021, DOC 1, Schedule A/B

22   required debtor to "list any ownership interest or legal or equitable interest in any residence,

23   building, land, or similar property."  Debtor answered "Yes" on Schedule A/B, DOC 1, page

24   12 of 60, to indicate and disclose that she owned a legal or equitable interest in the Residence

25

26   located at 16222 Monterey Lane, Unit 376, Huntington Beach, CA 92649, with a

27   $235,000.00 value, Fee simple.  Debtor also disclosed **DOC 1, Part 1, page 12 of 60,**

28

3

"Personal Residence of Debtor since 11/1/2018, 2014 Skyline Custom Villa Manufactured

Home Decal No. LBM1081.

     Debtor disclosed under penalty of perjury on July 9, 2021, "J-Sandcastle Co LLC

executed Release of Title, signed and notarized by Jamie Lynn Gallian, its Member on

February 25, 2021. Debtor inquired with and disclosed to the Trustee's Assistant Lori

Werner, and again at the first 341 Meeting of Creditors, when debtor was asked whether her

schedules were correct under penalty of perjury.  Debtor forwarded a copy of and explained

to the Trustee and the creditors that Debtor received an email dated August 11, 2021 at

3:54p.m, from Sarina Ramirez, Housing and Community Development 3737 Main Street

Suite 400, Riverside, Ca 92501, Program Technician, Registration and Titling, a Title Search

from  confirmation from Housing and Community Development Release of Registered Title

with HCD had not been processed to the best of her knowledge and Registered Title with

HCD reflected Debtor's single member LLC, J-Sandcastle Co. LLC on July 9, 2021, the date

debtor signed her schedules. Debtor had no information besides her copy of the Notarized

Release on the Certificate of Title, released dated February 25, 2021, and a copy of NOTICE

OF SALE OR TRANSFER, dated February 25, 2021.

     **In Debtors DOC 1, page 15 of 60,** Debtor disclosed a "Manufactured Home

Financing Note" and a UCC-1, File No. 19-769190527, with the Secretary of State on

Debtor's primary residence, Decal No. LBM1081.

     **In Debtors DOC 1, page 21 of 60,** Debtor disclosed a UCC-1, Filing Date of

1/14/2019, J-Pad, LLC File No. 19-7691905279.

000030

On July 9, 2021, **Chapter 7, Statement of Financial Affairs, DOC 1, Part 7, No. 16, page 46-60,** Debtor disclosed and listed various amounts of monies paid in attorney fees, over $113,700.00 to various attorneys.  There are several other attorneys who were paid attorney's fees for legal consulting.  However, there was not enough room to list every amount and the attorney paid.

In additional to the 1/14/2019, UCC-1 there was an UCC-AD filed on 1/14/2019, File No. 19-7691916827, after debtor realized she listed herself as the Debtor on File No. 19-7691905279.  Debtor further disclosed and filed with HCD a Statement to Encumber in favor of Ron Pierpont, (debtors ex-husband since 2015), perfected 8/20/2020, for funds Ms. Pierpont advanced Debtor for a bail bond.

Concealment of assets by a bankrupt is a fraud upon her creditors. It can only be established by clear and convincing proof. There is no proof of any literal transfer or concealment of any property, no falsification of any financial statement to secure credit; there is no scheme to execute any such intent.

In this case, the petitioners "proof" consists solely of the "date" HCD printed a Registration Card or printed a Certificate of Title by the Sacramento Office of Housing and Community Development.

Moving party's own documents establish that ownership of Unit 376 was released by J-Sandcastle Co LLC, signed and notarized by its Member Jamie Lynn Gallian on February 25, 2021.

To the extent petitioners are arguing that HCD's Certificate of Title Documents and/or the Registration Card Document are conclusive evidence on this issue, then why aren't they stuck with the conclusion that HCD's transfer date is binding as well.

Additionally, petitioner's failed to cite any legal authority in the motion that ownership does not change until HCD gets around to opening thousands of envelopes sent to various HCD locations

1
2
3
4
throughout California; processes the enclosed documents, and then and only then when the documents are received in Sacramento, (Sacramento is the only location that prints Certificate of Title Documents) changes to Certificate of Title and Registration Cards are sent through the United States Mail.

5
6
7
8
9
10
Individuals can own things of a personal nature such as cars, boats, planes, manufactured homes, without the Certificate of Title reflecting their name all the time.  The important fact that petitioners are missing is "Possession of the Certificate of Title and Section "B" on the back side of the Certificate of Title indicate by a Releasing Signature of Registered Owner, and the Date of Release.

11
12
13
14
15
Whether or not such proof is sufficient to require a forfeiture of the bankrupt's right to make her own selection of her exemptions depends upon her ability reasonably to explain HCDs processing of claims.  If her explanation is reasonable and exonerates her from fraud, no restriction on her right to select her exemptions may be imposed.

16
17
18
Federal law provides no authority for bankruptcy courts to deny an exemption on a ground not specified in the Bankruptcy Code, abrogating *Latman v. Burdette*, 366 F.3d 774, *In re Yonikus*, 996 F.2d 866, *In re Doan*, 672 F.2d 831, and *Stewart v. Ganey*, 116 F.2d 1010.

19
20
21
22
23
24
25
26
27
28
The uncontradicted proof establishes the following facts: The Debtor sold unencumbered real property with a Homestead Exemption noted on the 2018-2019 Secured Tax Assessors Bill of the debtors previous residence A.P.N. 937-630-53, commonly described as 4476 Alderport Drive, Unit 53, Huntington Beach, CA 92649, sold on October 31, 2018, as disclosed on DOC 1.  Debtor moved from the Alderport Drive home on or about September 11, 2018, after she was battered by a board members husband on August 5, 2018, in contemplation of the house being sold in September 2018, to the first purchasers, the Ginestra's.  Debtor signed a 3-year lease on September 11, 2018, 5782 Pinon Drive Huntington Beach, CA 92649.  Debtor received her original escrow deposit returned by check from Express Escrow on the first home she opened escrow on Unit 108, in Rancho Del Rey

6

1    Mobilehome Estates.  Debtors home on Alderport had not sold as a result the seller of Unit 108,

2    would not accept a contingency offer, backed out of the deal to sell Unit 108.

3        Gallian signed a 3-year lease with Henry Newton, paid a $ and resigned herself that she could

4    not afford and did not qualify to secure financing without a significant down payment. Housing

5    prices were beginning to rise as well a rents.

6        On or about October 28 or 29, 2018, debtor dropped the price on the Alderport home listed

7    for sale on Zillow.com. The very next morning debtor received a message through Zillow with a

8    phone number that an interested person would like to view the Alderport property.  Debtor met with

9    the buyers and sold the property the next day.  Debtor owned the Alderport home unencumbered. It

10   was gifted to debtor from her step-mother about a year earlier in March 2017 with an adjusted Prop

11   58 tax basis.

12

13       The new buyers were thrilled for a variety of reasons.  The buyer was purchasing the home

14   for his daughter who worked in Orange County.  It would be her first home away from home.  The

15   parents lived part of the time in Big Bear Lake, and the other part of the time in Riverside County.

16   The drive back and forth and the time spent looking for a home to purchase for their daughter was

17   wearing on them. The home on Alderport was vacant, except for a few larger items stored in the

18   garage on Alderport.  Debtor was current on the county property taxes and the HOA monthly fees

19   were paid. The buyers were contemplating getting the keys as soon as the documents were signed,

20   notarized and filed.  There were no loans on the property or encumbrances. Debtor  provided two

21   preliminary title reports to the buyer along with two notebooks with information concerning the

22   Governing Documents, Sub-condominium/Grant Deed, Conveyance of Remainder Interest, Gables

23   Rules & Regulations, and a copy of the City Permit for the air conditioner installed in 2015, etc.

24   Debtor sent the HOA management company, Elite Management, by overnight mail about a week

25   earlier, a "Demand Letter" with a request for HOA Minutes, Financial Disclosures, 12 Months of

26

27

28   Board Meeting Minutes, Copy of Insurance Disclosure, Unit 53 Monthly Dues Statement, etc.

000033

Debtor paid an expedited fee upon request of the Gables Management Company, Elite, Linn Joslyn, for the information to be provided within 24 hours.  Debtor also paid the October 2018 month HOA Dues by money order which included a $10.00 late fee.

## STANDING

*Matter of Southmark Corp.*, 62 F.3d 104, 106 (5th Cir. 1995) (a party to an executory contract has a claim against the debtor [only] when the [debtor has rejected] the contract). INTERESTED PARTY HOUSER BROS CO dba Rancho Del Rey Mobilehome Estates does not have standing to bring this Motion, therefore it must be dismissed.

000034

# TABLE OF AUTHORITIES

<u>CASES</u>

*In re Bassin,* 637 F.2d 668, 670 (9th Cir. 1980)……………………………………………

*In re Carter,* 182 F.3d 1027, 1029 n. 3 (9th Cir.1999)…………………………………

*In re Diaz*, 547 B.R. 329, 337 (B.A.P. 9th Cir. 2016)…………………………………

*In re Greene*, 583F.3d 614, 618 (9th Cir. 2009)…………………………………………

In re Kelley, 300 B.R. 11, 16 (9th Cir. B.A.P. 2003)…………………………………..

*In re Pass,* 553 B.R. 749, 757 (B.A.P. 9th Cir. 2016)…………………………………

*In re Sewell,* 180 F.3d 707, 710 (5th Cir. 1999)………………………………………..

*Gravel, Shea & Wright, Ltd. v. Bank of New England (In re New England Carpet Co.),*
744 F.2d 16, 17 (2d Cir. 1984)……………………………………………………...

*Haskins v. Certified Escrow & Mortg. Co.,* (1950) 96 Cal. App. 2d 688, 691…………..

*Kono v. Meeker,* 196 Cal. App. 4th 81, 86 (2011)…………………………………………..

*Matter of Southmark Corp.,* 62 F.3d 104, 106 (5th Cir. 1995)…………………………..

*Mehrtash v. Mehrtash* (2001) 93 CA4th 75, 81, 112 CR2d 802, 806……………………

*Nadel v. Mayer* (*In re Mayer*), 167 B.R. 186 (9th Cir.BAP1994)………………………..

*Oppenheim v. Goodley* (1957) 148 Cal.App.2d 325, 328)……………………………….

*Raleigh v. Illinois Dep't of Revenue,* 530 U.S. 15, 20–21 (2000)………………………...

*Tassone v. Tovar* (1994) 28 Cal.App.4th 765, 768 ………………………………………..

*United States ex rel Farmers Home Admin. v. Arnold & Baker Farms,*

177 B.R. 648, 654 (9th Cir. BAP 1994)……………………………………………………

*United Savs. Ass'n v. Timbers of Inwood Forest Assocs.*, 484 U.S. 365 (1988)……………

9

11 U.S.C. § 522(p) ............................................................................................. 15, 16

11 U.S.C. § 522(p)(1). ............................................................................................ 15

11 U.S.C. § 704.730 ............................................................................................... 16

11 U.S.C. § 704.740(a) ........................................................................................... . 10

11 U.S.C. § 704.740(b) ...........................................................................................10

Cal. Code Civ. P. § 703.130............................................................................... 16

Cal. Code Civ. P. § 704.710(c) ......................................................................... 11

Cal. Code Civ. P. § 704.720(a) ......................................................................... 10

Cal. Code Civ. Proc. § 704.710(a)(2) ................................................................ 11

CCP § 704.210…………………………………………………………………

CCP § 704.730 ...........................................................................................9, 11 15

CCP § 704.780(a)...................................................................................................12

CCP § 704.780(a)(1) ......................................................................................... 11

CCP §§ 704.710-704.850 ................................................................................. 9

CCP §§ 704.910-704.995 ................................................................................. 9

CCP 704.730(a).............................................................................................. 10

STATUTES

11 U.S.C. § 522 ............................................................................................... 9

11 U.S.C. § 522(b) ........................................................................................ 3, 9

11 U.S.C. § 522(b)(1)…………………………………………………………..

11 U.S.C. § 522(b)(3)(A) ............................................................................... 15

11 U.S.C. § 522(c) ........................................................................................ 3, 9

11 U.S.C. § 522(g) ...........................................................................................3

000036

11 U.S.C. § 522(o) ............................................................................................................... 15, 16

11 U.S.C. § 522(o)(1-4). ...........................................................................................................15

11 U.S.C. § 704.730 ................................................................................................................ 16

11 U.S.C. § 704.740(a) ........................................................................................................... 10

11 U.S.C. § 704.740(b) ........................................................................................................... 10

Cal. Code Civ. P. § 703.130............................................................................................... 16

CCP §§ 703.580(b)……………………………………………………………………..

Cal. Code Civ. P. § 704.710(c) ............................................................................................ 11

Cal. Code Civ. P. § 704.720(a) ............................................................................................ 10

Cal. Code Civ. Proc. § 704.710(a)(2) ...................................................................................11

CCP § 704.730 ......................................................................................................... 9, 11, 15

CCP § 704.780(a)................................................................................................................. 12

CCP § 704.780(a)(1) ............................................................................................................ 11

CCP §§ 704.710-704.850 ...................................................................................................... 9

CCP §§ 704.910-704.995 ...................................................................................................... 9

CCP 704.730(a)..................................................................................................................... 10

## OTHER AUTHORITIES

FED.RULE OF EVIDENCE R. 301…………………………………………………………….

4 COLLIER ON BANKRUPTCY P 522.10 (16th 2020)

PRELAWSUIT CONSIDERATIONS, Cal. Prac. Guide Enf. J. & Debt
(Rutter Group 2020) Ch. 3-C, 3:318.1…………………………………………………………….

REQUIEMENT OF INJURY TO CREDITOR 8 Witkin, Cal. Proc. 5th
Enf Judgm § 497 (2020)…………………………………………………………………...

16A Cal. Jur. 3d CREDITORS RIGHTS AND REMEDIES § 406…………………………

000037

<u>RULES</u>

Rule 1009………………………………………………………………………………..12

Rule 4003(c)......................................................................................................................12

<u>STANDARD</u>

"preponderance of the evidence"  In re Kelley, 300 B.R. 11, 16 (9th Cir. B.A.P. 2003).

12

000038

### **Memorandum of Points and Authorities**

1.  At the time a petition for bankruptcy is filed, "all legal or equitable interests of the debtor in property" become available to satisfy creditors' claims and costs of the proceedings **unless the assets are '"exempted' from use** in satisfying claims of creditors and other authorized charges." *In re Sewell,* 180 F.3d 707, 710 (5th Cir. 1999); FRBP § 541(a)(1).

Bankruptcy exemptions are determined by the applicable state law on the date of the filing of the original bankruptcy petition. ***In re Bassin****,* 637 F.2d 668, 670 (9th Cir. 1980).

California has, per FRBP § 522(b)(1), has "opted out" of the federal exemption scheme and therefore California debtors may claim only those exemptions allowable under California law.

### **Debtor Followed the California Statute by Filing a Declared Homestead**

Debtor's complied with filing a Declared Homestead on July 9, 2021, Official Records of Clerk Recorder.  California homestead exemption statute entitles her to claim that exemption for bankruptcy purposes.

### **A Debtor's Claimed Exemptions Are Presumptively Valid**

Generally, claimed exemptions are "presumptively valid" and the objecting party thus bears the burden of proving that the exemption is improper. *In re Carter,* 182 F.3d 1027, 1029 n. 3 (9th Cir.1999); FRBP §4003(c).

However, the Supreme Court in *Raleigh v. Illinois Dep't of Revenue,* 530 U.S. 15, 20–21 (2000), held that because burden of proof is substantive, in the absence of a federal interest requiring a different result, the state law allocation of the burden should apply in bankruptcy objection to claims.

13

000039

1         Although the burden of proof lies with the party claiming the exemption, exemption

2 statutes are generally construed in favor of the debtor. *Kono v. Meeker,* 196 Cal. App. 4th 81, 86

3 (2011).

4         Pursuant to Cal. Civ. Proc. Code § 704.780(a), the burden to show a debtor's entitlement

5 to a homestead exemption rests with the debtor, **__unless__** a declared homestead has been

6 recorded. Cal. Civ. Proc. Code § 704.780(a) as is the case in this Chapter 7.  **DOC**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

000040

## a. Creditor has failed to shift the burden to Debtor

Creditor has failed to state any recognized objection to the California homestead exemption.  "The exemption protects a 'homestead,' defined as a dwelling in which the debtor or the debtor's spouse resided on the date the judgment creditor's lien attached (in bankruptcy, the petition date) and has resided continuously until the court's determination that the dwelling is a homestead." *In re Pass*, 553 B.R. 749, 757 (B.A.P. 9th Cir. 2016) (citing Cal. Civ. Proc. Code §704.710(c)). "Thus, this protection is available in bankruptcy if the debtor was living in the home on the petition date. The exemption is 'automatic' in the sense that it requires no affirmative act by the debtor to make it effective; rather, it applies automatically to any dwelling that meets the definition." In re Pass, 553 B.R. at 757.

Interested party Houser Bros, Co or the joinders objection makes no allegation that the Property was not the principal dwelling in which Debtor resided on the date the bankruptcy petition was filed.

Second, the Debtor has resided in the Property since the Property was acquired on November 1, 2018, with the unencumbered proceeds from the sale of her previous home, October 31, 2018.

Third, Debtor claimed the $600,000 homestead exemption in her Schedule C § 704.730(a)(1) which provides for the $600,000 exemption.

Debtor's automatic exemption was effective on the date of the petition.

15

000041

### b. Declared Homestead

The date for the determination of the homestead exemption amount is the date on which debtors file a bankruptcy petition. *In re Pass*, 553 B.R.749, 760 (B.A.P. 9th Cir. 2016) (citing *Moffat v. Habber* (In re Moffat), 119 B.R. 201, 204 n. 3 (9th Cir. BAP 1990)).

The Ninth Circuit BAP directly refutes Creditor's proposition in a substantially similar case where the creditor argues that a $100,000 homestead exemption limit be used instead of the $150,000 homestead exemption limit because $100,000 was the exemption limit in the year that the judgment lien attached. *In re Zall*, No. BAP.EC-05-1476-MOSB, 2006 WL 6811022, at *2 (B.A.P. 9th Cir. Sept. 5, 2006). The BAP went on to overrule that creditor's objection and find that the petition date was the date for determination of the amount of the homestead exemption under California law. Id.; see also *Nadel v. Mayer* (*In re Mayer*), 167 B.R. 186 (9th Cir.BAP1994).

**The BAP has also found that:**

Under California law, two species of homestead protection are available to judgment debtors, the "automatic" (or Article 4) homestead exemption and the "declared" (or Article 5) homestead protection, respectively.

These protections are available under different circumstances, they serve different purposes, and they confer different rights on debtors. "[T]here is no overlap between these rights." Id. At 756 (emphasis added). Depending on the circumstances, a given debtor may be entitled to one or the other, or to both, or to neither. Id.

*In re Pass,* 553 B.R. 749, 756–57 (B.A.P. 9th Cir. 2016) (citing *In re Anderson*, 824 F.2d 754, 756 (9th Cir. 1987)). As a result, Debtor's declared homestead declaration does not prevent Debtor from the benefit or use of the automatic homestead exemption (Schedule C) and Creditor has provided no case law or statute indicating otherwise. Katz v. Pike (In re Pike), 243 B.R. 66,

16

000042

69-71 (9th Cir. BAP 1999); See also Avetoom v. Fridman (In re Fridman), Nos. CC-21-1101-LSF, 8:21-bk-10513-ES, 2022 Bankr. LEXIS 358, at *13 (B.A.P. 9th Cir. Feb. 11, 2022).

"[W]hen a debtor claims an exemption created under state law, the scope of the exemption is determined under state law which may provide that certain types of debtor misconduct warrant denial of the exemption.'" In re Gray, 523 B.R. 170, 175 (B.A.P. 9th Cir. 2014) (quoting Law v. Siegel, 134 S. Ct. 1188, 1196-97 (2014).

Courts in the Ninth Circuit have determined if or what kinds of equitable doctrines can be used by bankruptcy courts to disallow exemptions. "Without reaching the bankruptcy court's power to disallow exemptions or the relevance of California public policy concerning homestead exemptions, the Court agrees with the bankruptcy court that Creditors' California law theories would not preclude Debtor's homestead exemption in this case."
*In re Gilman,* No. 1:11-BK-11603-VK, 2020 WL 7087703, at *5 (C.D. Cal. Oct. 28, 2020).

In light of California public policy favoring liberal application of the homestead exemption, debtor respectfully requests this Court find Interested party Houser Bros Co and the joinders arguments in effective towards Debtor's homestead exemption.

000043

"[A] valid claim of equitable estoppel consists of the following elements:

(a) a representation or concealment of material facts

(b) made with knowledge actual or virtual, of the facts

(c) to a party ignorant, actually and permissibly, of the truth

(d) with the intention, actual or virtual, that the ignorant party act on it, and (e) that party was

induced to act on it." *In re Gilman*, No. 1:11-BK-11603-VK, 2020 WL 7087703, at *5 (C.D. Cal.

Oct. 28, 2020) (quoting *Behnke v. State Farm Gen. Ins. Co.*, 196 Cal. App. 4th 1443,

1465 (2011)).

Debtor entered into a contract (the "Contract") with Creditor Houser Bros Co Attorney

Vivienne Alston on or about August 7 or 8, 2019, whereby Creditor agreed to dismiss her

Unlawful Detainer Case 30-2019-01041423, against Houser Bros for advancing their "Self Help"

against debtor; Gallian would dismiss her Wrongful Eviction Case against Houser Bros Co.

Gallian complied and dismissed the wrongful eviction.  Attorney Alston applied exparte

to the UD Court insisting the attorney mis-calendared, therefore failing to attend a status

conference hearing on or about August 7, 2019.  The Unlawful Detainer case was dismissed on

the courts own motion for failure to prosecute.  Thereafter, J-Sandcastle Co LLC, tendered a

cashier's check in the amount of $10,860.00 to the park manager Kathryne Houser-Curtiss and

Park Manager(s) Willie Maskulnski and Rick Maskulnski to obtain a signed Lot 376 agreement

with J-Sandcastle Co LLC.

Ms. Curtiss, the park Manager accepted the check from J-Sandcastle Co.'s Member

Jamie Gallian, proceeded to hand the check to bookkeeper Willie Maskulnski for processing on

the books.  Ms. Curtiss commented to Ms. Gallian that "she appreciated the check being for the

tenancy date beginning November 1, 2018 through August 31, 2019", instead of November 16,

2018 when Ms. Gallian delivered the application and tax clearance to HCD Office in Riverside

after attending a hearing at CJC Honorable James L. Crandall with the Association.

1      Assume for a moment the November 16, 2018, Security Agreement and Promissory

2  Note are invalid, Creditor did not provide any evidence that Debtor intended to file bankruptcy in

3  July 2021. Additionally, the alleged November 16, 2018, Security Agreement and Promissory

4  Note doesn't contain any representations about Lender Gallian not filing for bankruptcy.

5  Lastly, California has a public policy favoring liberal application of the homestead exemption.

6  Therefore, Creditor has failed to meet their burden.

7      Creditor has failed to provide evidence showing that the Debtor had already anticipated

8  filing bankruptcy. California has a public policy favoring liberal application of the homestead

9  exemption.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

000045

# Declaration of Jamie Lynn Gallian

1.  On October 31, 2018, Jamie Lynn Gallian ("Debtor") sold her unencumbered primary residence located at 4476 Alderport Drive Huntington Beach, CA 92649, A.P.N. 937-630-53, Tract 10542 Lot 1, Unit 53, to a bona fide purchaser, Randall Nickel for $379,000.00, Instrument No. 2018000396579, recorded Official Records of Clerk Recorder, County of Orange.

Ms. Gallian received the market value, far greater than any unit in the Gables subdivision sold for in the calendar year 2018.  Gallian deposited the funds into her personal Chase Private Client Savings Account.

2.  Gallian's home in the Gables, Unit 53, A.P.N. 937-630-53 listed on the 2018-2019 Secured Property Tax Roll with the Orange County Treasurer – Tax Collector included a Homeowners Exemption of $-7000. Gallian Decl.

3.  On November 1, 2018, Gallian received an executed release and surrendered Certificate of Title LBM1081, for a 2014 Skyline Custom Villa Manufactured Home. The home was sold in place on Lot 376 within Tract 10542, Unit 4.  Ms. Gallian paid the Orange County Assessor back taxes owed on the home LPT 891-569-62, which included a deposit for the next years taxes with her personal Alliant Credit Union checking account.XXXX-6018

4.  Ms. Gallian resides in the home as her primary residence located at 16222 Monterey Lane Unit 376, Huntington Beach, CA 92649, and always anticipated it being her primary residence since November 2018.

5.  Debtor purchased a 2014 Skyline Custom Villa manufactured home LBM 1081, with exempt funds from the sale of her unencumbered home on October 31, 2018, AP.N. 937-630-53 in the Gables subdivision.

6.  Debtor personally delivered to the HCD Riverside office, the Ryan surrendered Certificate of Title Card, released on November 1, 2018, to Jamie Lynn Gallian with a signed

000046

NOTICE OF SALE OR TRANSFER, EXECUTED BY THE SELLER LISA RYAN ON

NOVEMBER 1, 2018.

7.  Under Section III, NOTICE OF SALE OR TRANSFER of the **State of California**

**Housing and Community Development Registration and Titling Form** contained the name of

JAMIE LYNN GALLIAN as the NAME OF PURCHASER/NEW OWNER on November 1,

2018, whited out and replaced with J-Sandcastle Co LLC on the form  to the right side on or

about November 15, 2018.

8.  On November 1, 2018, debtor is informed and believe Lisa Ryan, the Seller of

LBM1081, gave NOTICE OF SALE OR TRANSFER to Park Management and to Houser Bros

Co dba Rancho Del Rey Mobilehome Estates.

9.  On November 14, 2018, Houser Bros Co attorney Vivienne Alston, unlawfully filed

and obtained a WRIT of EXECUTION IN THE NAME OF LISA RYAN AND CONTINUED

TO HARASS AND TORMENT DEBTOR AND HER FAMILY BY USING THE SHERIFF

DEPARTMENT TO EXECUTE THE WRIT WITH THE KNOWLEDGE THAT LISA RYAN

SOLD THE 2014 SKYLINE CUSTOM VILLA AS ANTICIPATED BY THE PARTIES

STIPULATED JUDGMENT DATED OCTOBER 18, 2O18 OCSC 30-2018-01013582.

10.  JAMIE GALLAIN, registered the personal property manufactured home with

Housing and Community Development on November 16, 2018, has claimed as exempt.11 U.S.C.

§ 522(b) (providing that "an individual debtor may exempt from property of the estate...")

**(o) For purposes of subsection (b)(3)(A), and notwithstanding subsection (a), the value of**

**an interest in--**

(1) real or personal property that the debtor or a dependent of the debtor uses as a residence;

(2) a cooperative that owns property that the debtor or a dependent of the debtor uses as a

residence;

(3) a burial plot for the debtor or a dependent of the debtor; or

21

(4) real or personal property that the debtor or a dependent of the debtor claims as a homestead;

## **Federal Rule of Bankruptcy Procedure 1009** provides that:

"A voluntary petition, list, schedule, or statement may be amended by the debtor as a matter of course at any time before the case is closed." As recognized by the Ninth Circuit Bankruptcy Appellate Panel in In re Goswami, 304 B.R. 386 (9th Cir. BAP 2003), the Ninth Circuit has a liberal policy of "allowing debtors to amend their exemptions schedules so as to enhance their fresh start." Id. at 394, citing, In re Michael, 163 F.3d 526, 529 (9th Cir. 1998). As the Bankruptcy Appellate Panel further noted in Goswami, "The liberal rule governing amendments reflects the Ninth Circuit's 'preference for resolution on the merits, as against strict adherence to formalities.' " Id., citing and quoting, In re Anderson–Walker Indus., Inc., 798 F.2d 1285, 1287 (9th Cir. 1986). In light of the policy of liberality of amendment of bankruptcy petition documents, expressly including bankruptcy schedules, as stated in Rule 1009 and as recognized in the case law, there does not appear to be any legal authority to allow this court to bar any further amendments by the Debtor of his schedules.

## **RECITALS OF FACTS**

A.      GALLIAN held a Grant Deed and Condominium Sublease for a specific lot within a Planned Unit Community as defined in Civil Code §4175, located at 4476 Alderport Drive Unit 53 Huntington Beach, CA 92649 ("UNIT") as of March 23, 2017. ("Unit 53")

        a.      GALLIAN became record owner of the Grant Deed and Condominium Sub-leasehold on March 23, 2017, by way of an Assignment recorded in the Official Records of the County of Orange as Document Number 2017-000116815, which was "Gifted" to GALLIAN by Gallians predecessor and co-defendant, her step-mother, Sandra L Bradley ("BRADLEY").

000048

b. GALLIAN sold her interests in her separate property, Unit 53, to Randall L. Nickel on October 31, 2018, by way of a Grant Deed and Assignment of Condominium Sublease recorded in the Official Clerk Records of the County of Orange as Document Number 2018-000395579.

B.      By virtue of GALLIAN'S Ground leasehold and Sub-Condominium Leasehold GALLIAN was an owner of separate interest coupled with an undivided percentage interest in common with all owners of separate interest and a Membership in the ASSOCIATION, as defined by Civil Code section 4160, subject to the Governing Documents of the ASSOCIATION, as defined by Civil Code section 4150, including but not limited to:

a. **Declaration of Covenants, Conditions and Restrictions** for Huntington Beach Gables ("CC&Rs") recorded on May 28, 1980, as Document No. 1980-28926, Official Records of Clerk Recorder, County of Orange;

b. **First Amendment to Declaration of Covenants, Conditions and Restrictions** for Huntington Beach Gables recorded on August 5, 1980, as Document No. 1980-5002, Official Records of Clerk Recorder, County of Orange.

c. **Condominium Plan** recorded on October 18, 1979, as Document No. 79-28814, Official Records of Clerk Recorder, County of Orange.

## ADDITIONAL DOCUMENTS RECORDED

### Official Records of Clerk Recorder, County of Orange.

A. **COVENANT RUNNING WITH THE LAND** recorded on November 6, 1979, Book 13383, Pg(s) 1868-1870, in the Orange County Recorder's Office

a. **Partial Cancellation of Master Lease** recorded on November 7, 1980, Book 13424, Pg(s) 1253-1255, Instrument No. 8691, in the Orange County Recorder's Office;

23

b. **Partial Cancellation of Sublease** recorded on November 7, 1980, Book 13424, Pg(s) 1256-1258, Instrument No. 8692, in the Orange County Recorder's Office;

c. All right, title and interest as Tenant, in and under that certain **Master Lease/Ground Lease,** dated November 7, 1980, recorded in the Orange County Recorder's Office; Bk13424, Pg(s) 1259-1273, Instrument No. 8693, in the Orange County Recorder's Office;

d. All right, title and interest as Tenant, in and under that certain **Condominium Sublease,** dated November 7, 1980, recorded in the Orange County Recorder's Office; Bk13424, Pg(s) 1274-1290, Instrument No. 8694, in the Orange County Recorder's Office; As amended by the First Amendment to the Condominium Sublease effective January 1, 2003, recorded in the Office of the Orange County Clerk Recorder as Document No. 2003-001044770 o August 28, 2003:

e. All right, title and interest as Tenant, in and under that certain **Conveyance of Remainder Interest,** dated November 7, 1980, recorded in the Orange County Recorder's Office; Bk13424, Pg(s) 1291-1293, Instrument No. 8695, in the Orange County Recorder's Office;

f. All right, title and interest as Tenant, in and under that **certain Condominium Sublease (Short Form – Memorandum and Grant Deed,** dated November 7, 1980, recorded in the Orange County Recorder's Office; Bk13424, Pg(s) 1294-1298, Instrument No. 8696, in the Orange County Recorder's Office:

000050

g.  The **Articles of Incorporation** of the Huntington Beach Gables Homeowners Association, recorded with the California Secretary of State May 23, 1980;

h.  **The Bylaws of the Huntington Beach Gables** ("Bylaws"); executed May 23, 1980;

Debtor resides in a manufactured home which she filed a Declared Homestead Exemption and believes she purchased her current residence with exempt funds, claimed as exempt.

Debtor has been the subject of continued mistruths regarding Fee Interest and Air-Space, and has been paying property taxes for over 10 years on land that she also pays ground lease payments on.

Debtor registered the Certificate of Title to the 2014 Skyline Custom Villa manufactured home in her name on February 25, 2021 after a mandatory settlement conference with Houser Bros Co the management company for Rancho Del Rey.

Debtor admits that she personally delivered the surrendered documents to HCD in Riverside, in fact the petitioners documents are stamped November 16, 2018, which included the surrendered Certificate of Title and Release of Title dated November 1, 2018, executed under penalty of perjury, by the seller, Lisa Ryan to debtor on November 1, 2018, of a 2014 Skyline Custom Villa manufactured home.

**The Stipulated Judgment between Houser Bros Co and Lisa Ryan 30-2018-01013582,** contemplated that Lisa Ryan had 6 months, or until February 3, 2019, to sell her home in place. Ryan was moving out of her home and a new owner would purchase the home and complete the required residency requirements.  Ryan sold her home 14 days after the Stipulated Judgment was

000051

1   agreed to by the parties and became an Order of the Court on October 18, 2018. OCSC 30-2018-

2   01013582.

3       Lisa Ryan, Seller, signed and executed State of California, Department of Housing and

4   Community Development NOTICE OF SALE OR TRANSFER, gave notice to Rancho Del Rey

5   that she sold the 2014 Skyline Custom Villa manufactured home on November 1, 2018, located

6   and installed pursuant to Health & Safety 18551, on Lot 376, Unit 4, in TRACT 10542, under a

7   recorded **Condominium Sublease and Grant Deed Short Form Memorandum,** recorded in

8   the Official Records of the Clerk Recorder for the County of Orange against A.P.N. 178-011-16;

9   under a **Condominium Plan** recorded October 18, 1979, in Book 13358, page 1193, of Official

10  Records and **Covenants Running With The Land**, executed on October 19, 1979, recorded

11

12  November 18, 1979, in Book 13383, page 1868-1870, of Official Records of the Clerk Recorder

13  for the County of Orange against A.P.N. 178-011-16.

14      On November 11, 2018, almost two weeks after Jamie Gallian purchased the 2014

15  Skyline Custom Villa home from Lisa Ryan, and after Lisa Ryan gave Notice of Sale on

16  November 1, 2018, Houser Bros Co attorney Vivienne Alston filed a Writ of Execution in the

17  name of Lisa Ryan, dated 11/14/2018, without application to the Court or Notice and delivered it

18  to the Orange County Sheriff on or about November 19, 2018.

19

20      On November 16, 2018 over 2 weeks after the manufactured home was purchased by

21  Jamie Gallian on November 1, 2018, Jamie Lynn Gallian drove to Riverside HCD and registered

22  the 2014 manufactured home in the name of her sole member LLC J-Sandcastle Co LLC until

23  the earliest of several things happened:

24

25      1. Jamie Gallian would be allowed to terminate the three-year residential lease she

26  entered into for the property at 5782 Pinon Drive Huntington Beach, CA on September 11, 2018:

27      2. Jamie Gallian would be allowed to intervene into the civil action Houser Bros Co. v

28  Lisa Ryan 30-2018-01013582, and have the WRIT recalled and terminated by Court Order.

000052

3. Request sanctions against the Houser Bros Co attorney for interfering with the terms of the purchase of the 2014 Manufactured Home;

4.  Requests sanctions against the Houser Bros Co for violating the Davis Stirling Act and the Subdivision Map Act;

5. Figure out why a Tract Map and Condominium Plan were recorded August 1979 and October 1979, against TRACT 10542, Unit 1, 2, 3, 4, Lot 1 & Lot 2, and the First Amendment to the CC&Rs recorded 1 day before the tentative map was to expire on 8-6-1980, and recorded unlawfully after Cal Bre issued the "White Report" was in mid July 1980 for "TRACT 10542";

6. More importantly determine the legality of "Air-Space Condominiums" on leased land in violation of Article 935 and Huntington Beach Subdivision Map Ordinances;

7. Request the Tax Assessor refund approximately 8 years of overpayment of taxes for the "Land" and in addition to paying the property taxes, payments made for "Air-Space subcondominium on leased land, also payments made against a ground lease bill for 8 years.

Because property of the estate includes only the debtor's interest in the LLC - and not the manufactured home owned by the LLC - Debtor's claim of exemption is authorized under the law because it is debtor's primary residence and has been since debtor purchased the home on November 1, 2018, with the funds of her previous homestead disclosed on her initial chapter 7 petition, DOC 1.

Further, there is a 2018 Security Agreement and Promissory Note against the manufactured home perfected 1/14/2019, on the face of the Certificate of Title to the 2014 manufactured home held by J-Pad, LLC.

Registering title to the manufactured home to one LLC and subjecting its value to a perfected lien held by another LLC does not prevent debtor from claiming a homestead exemption in her personal residence.

27

000053

## 2.    Factual Background

## A.    Procedural Background

On July 9, 2021 ("Petition Date"), Jamie Lynn Gallian ("Debtor") filed a voluntary petition under Chapter 7 of Title 11 of the United States Code. On the same date, Ms. Gallian filed her initial Schedules and Statements ("Original Schedules"). A true and correct copy of the Original Schedules is attached to the Declaration of Jamie Lynn Gallian ("Gallian Declaration")

At the instant of the commencement of a bankruptcy case, an automatic stay comes into effect as a matter of law. 11 U.S.C. § 362(a). The initial 341 meeting of creditors was held August 18, 2021, continued approximately 9 nine times.

At the August 18, 2021, 341 Meeting of Creditors, Debtor informed the Trustee Jeffrey Golden and the Interested Parties present, namely Houser Bros Co and Janine Jasso, Esq. and Huntington Beach Gables Homeowners Association that Debtor believed her petition was inaccurate and she would be amending her petition concerning several areas one that the Registered Owner of the 2014 Manufactured Home as of the date the Petition was filed and that debtor received from HCD a Title Search dated July 27, 2021, which reflected Jamie Lynn Gallian as the Registered Owner perfected 2/25/2021, however J-Pad, LLC 1/14/2019 perfected Certificate of Title was mistakenly removed when it was only requested Mr. Pierpont 8/20/20, Encumbrance be removed.

HCD Riverside Manager, Ms. Sylvia Cruz spoke to debtor instructed debtor when she received the Original Certificate of Title from Sacramento in the US Mail, which debtor did receive approximately August 5, 2021, to take the form that was printed August 3, 2021, to HCD in Riverside to correct and re-add J-Pad, LLC1/14/2019 as the Legal Owner back to the Certificate of Title.

28

1    Debtor was informed at the Riverside office she would have to pay a second fee of

2    approximately $118.00 to HCD Riverside to correct the error which was made by the

3    Sacramento Registration and Titling Department at the beginning of July 2021.  Debtor paid

4    $118.00 by an assigned DTN number approximately July 14, 2021, and again on or about August

5    6, 2021, at HCD Riverside using an ATM card to make the correction on August 6, 2021

6    reflected on the Title Search dated August 11, 2021 provided by email to debtor by HCD

7    Riverside Technician Sarina provided to the Trustee.

8

9    On the petition date July 9, 2021, the registered title owner of the manufactured home

10   located at 16222 Monterey Lane, Unit #376, Huntington Beach, CA 92649 ("Property") was

11   Jamie Lynn Gallian as of February 25, 2021, the date J-Sandcastle Co LLC signed and dated to

12   release the Certificate of Title to Jamie Lynn Gallian, notarized the same date.

13   J-Sandcastle Co, LLC ("J-Sandcastle LLC") was subject to perfected UCC-1 filing

14   1/14/2019, supported by a Security Instrument and Promissory Note dated November 16, 2018,

15   executed at Central Justice Center between J-Sandcastle Co LLC, Jamie Lynn Gallian, Member

16   and Jamie Lynn Gallian, Lender and J-Pad, LLC, it's Manager and the holder of the Note with

17   all legal owners, J-Pad, LLC perfected under Certificate of Title ("COTA") under the laws of the

18

19   State of California.

20   Debtor's Schedules further reflect that she the sole owner of J-Sandcastle LLC. Because

21   the LLC was listed as the registered owner of the manufactured home on the Petition Date, the

22   debtor disclosed the name of the LLC on the debtor's petition and disclosed on Schedule AB she

23   had an interest in the property.

24

25   Debtor resides in the home and it is debtors home and property of debtor's Estate. Debtor

26   is entitled to a homestead exemption.

27

28

000055

**Transferring Exempt Property May Not be a Fraudulent Transfer Under California Law**

Debtor wants to maximize the amount of property she gets to keep, to avoid, any creditor collection efforts, especially efforts to collect her personal residence.

California laws create a specific, statutory exclusion from fraudulent transfer claims for property that has no equity beyond an <u>exemption</u>, including transferring a personal residence subject to <u>California's homestead exemption</u>. Such transfers may be entirely exempt from an attack as a <u>fraudulent transfer in California court</u>, also known as fraudulent conveyance, or voidable transaction.

**The Language of California's Uniform Voidable Transactions Act Excludes Exempt Property, Including a Personal Residence Subject to a Homestead** *Exemption*

Under the California Uniform Voidable Transactions Act (UVTA), creditors can attack as an actually fraudulent transfer a "**transfer**" made "With actual intent to hinder, delay, or defraud any creditor of the debtor" or "Without receiving a reasonably equivalent value in exchange for the transfer or obligation…." California Civil Code § 3439.04. Creditors can also seek to avoid as a constructively fraudulent transfer any "**transfer**" made "without receiving a reasonably equivalent value in exchange for the transfer or obligation and the debtor was insolvent at that time or the debtor became insolvent as a result of the transfer or obligation." <u>California Civil Code § 3439.05</u>.

In turn, the definitions under the California Uniform Voidable Transactions Act provides that "'**Transfer**' means every mode, direct or indirect, absolute or conditional, voluntary or involuntary, of disposing of or parting with an asset or an interest in an asset, and includes payment of money, release, lease, license, and creation of a lien or other encumbrance." California Civil Code § 3439.01(m).

000056

1   Definitions under the California Uniform Voidable Transactions Act also provide that: "'Asset'

2   means **property** of a debtor, but the term **does not include** the following:

3       (1) Property to the extent it is encumbered by a valid lien.

4       (2) Property to the extent it is generally exempt under nonbankruptcy law**."** California

5   Civil Code, § 3439.01(a).

6

7       **Debtor's previous property residence was sold on October 31, 2018, was exempted**

8   **under California's exemption laws** and is excluded from the definition of an asset that can be

9   subject to a claim that of being a fraudulent transfer.  This exemption has been explained by one

10  California court in 2019, "the [California] UVTA defines an asset as the 'property of a debtor,'

11  excluding property 'to the extent it is encumbered by a valid lien[,]' and 'to the extent it is

12  generally exempt under nonbankruptcy law.' ([California Civil Code] § 3439.01, subd. (a).)

13  As noted by the Legislative Committee Comments, the definition of asset 'requires a

14  determination that the property is subject to enforcement of a money judgment.

15

16      Under **Section 704.210 of the Code of Civil Procedure**, property **that [is not]** subject to

17  enforcement of a money judgment is exempt.' (Legis. Com. com., 12A pt. 2 West's Ann. Civ.

18  Code (2016 ed.) foll. § 3439.01, p. 253.)" *Potter v. Alliance United Ins. Co.* (2019) 37

19  Cal.App.5th 894, 906.

20

21      The decision follows a 1994 California court of appeal opinion: "It has long been the rule

22  that a gift, sale, or pledge of any part of a homestead cannot, under any circumstances, be with

23  intent to defraud a creditor not having a lien upon the premises, for a creditor is not entitled to

24  complain of the transfer by the debtor of an asset which he could not have reached, had the

25  debtor retained it.  If the homestead is valid, no attempted disposition or conveyance of the

26  property, however fraudulent, injures the creditor. For such act, leaves the creditor in the same

27  position in which he would have been before it was done.

28

000057

1    A Debtor's attempt to defeat her creditors is not commendable, such conduct neither

2    enlarges plaintiff's rights, nor gives him benefits as punishment of debtor. In such circumstances

3    the defendant's motives are immaterial." _Tassone v. Tovar_ (1994) 28 Cal.App.4th 765, 768

4    (quoting _Oppenheim v. Goodley_ (1957) 148 Cal.App.2d 325, 328).

5         "_Mehrtash_ [_v. Mehrtash_ (2001) 93 Cal.App.4th 75, 80] rightly affirmed the longstanding

6    principle that injury-in-fact is an essential element of a claim under the UFTA [Uniform

7    
8    Fraudulent Transfer Act] , and we follow that principle in the present case. A creditor has not

9    been injured unless the transfer puts beyond reach property the creditor **could subject to payment**

10   **of his or her debt.**" _Fidelity National Title Ins. Co. v. Schroeder_ (2009) 179 Cal.App.4th 834,

11   
12   845.

13        The _Fidelity_ court continued that: "Rather, we reiterate and adopt the following language

14   of the _Mehrtash_ opinion: 'Even assuming the allegedly fraudulent conveyance were set aside and

15   the property were hypothetically available to enforce the plaintiff's money judgment, it could not

16   be sold without a court order because it is the [debtor's dwelling], and could not be sold without

17   
18   a minimum bid equal to [all] encumbrances and senior liens [plus] the homestead exemption.

19   The plaintiff produced no evidence that the value of the property could support any net recovery

20   for her in the event the conveyance were set aside.' (_Mehrtash_, _supra_, 93 Cal.App.4th at p. 81)

21   The evidence at trial showed that _Fidelity_ could not have obtained any net recovery if the transfer

22   were set aside and a forced sale of the property was sought." _Fidelity National Title Ins. Co. v._

23   _Schroeder_ (2009) 179 Cal.App.4th 834, 847.

24   
25        A number of secondary sources have also discussed this requirement of an of an "injury"

26   to creditor required to attack a transfer as fraudulent under California law. _See Requirement of_

27   _Injury to Creditor._, 8 Witkin, Cal. Proc. 5th Enf Judgm § 497 (2020); 16A Cal. Jur. 3d Creditors'

28   Rights and Remedies § 406 ("A creditor [has not] been injured unless the transfer puts beyond

000058

the creditor's reach property that he or she otherwise would be able to subject to the payment of

his or her or her debt"); Prelawsuit Considerations, Cal. Prac. Guide Enf. J. & Debt (Rutter

Group 2020) Ch. 3-C, 3:318.1 ("*Mehrtash v. Mehrtash* (2001) 93 CA4th 75, 81, 112 CR2d 802,

806—real property conveyance not fraudulent where plaintiff not injured (no evidence that value

of property could support net recovery with mortgages, senior liens and homestead exemption)").

### Transferring a Home with No Equity May be Excluded from California's Fraudulent Transfer Laws

The law is that: "A transfer in fraud of creditors may be attacked only by one who is

injured by the transfer. A creditor [does not] sustain injury unless the transfer puts beyond his

reach property which he otherwise would be able to subject to the payment of his debt." *Haskins*

*v. Certified Escrow & Mortg. Co.*, (1950) 96 Cal. App. 2d 688, 691.

Since Houser Bros Co, Huntington Beach Gables Homeowners Association or Janine

Jasso, [would not] have benefited from collecting on a debtor's property with no equity,

transferring such property should generally not be considered a fraudulent conveyance.

Priority claims are paid ahead of general unsecured creditors but may not be paid out of

encumbered assets absent secured creditor consent or application of § 506(c). *See Gravel, Shea*

*& Wright, Ltd. v. Bank of New England (In re New England Carpet Co.)*, 744 F.2d 16, 17 (2d

Cir. 1984); *General Elec. Credit Corp. v. Levin & Weintraub (In re Flagstaff Foodservice*

*Corp.)*, 739 F.2d 73, 76 (2d Cir. 1984); *In re Trim-X, Inc.*, 695 F.2d 296, 301 (7th Cir. 1982); *In*

*re American Resources Management Corp.*, 51 B. R. 713, 721 (Bankr. D. Utah 1985).

For all of the above reasons, Debtor respectfully requests this Court deny the Motion by

Houser Bros Co., Huntington Beach Gables Homeowners Association and Janine Jasso, Esq. all

interested parties objecting to debtors claimed homestead exemption.

000059

1         I declare under penalty of perjury of the laws of the State of California the foregoing to

2    be true and correct to the best of my ability and belief.

3    Signed this 31st day of May 2022, at Huntington Beach. CA County of Orange

4

5                  Respectfully Submitted,

6    Dated:  June 1, 2022

7                  By: *Jamie Lynn Gallian*

8                  JAMIE LYNN GALLIAN

              Debtor,  IN PRO PER

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

000060

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 5801 SKYLAB ROAD HUNTINTON BEACH, CA 92647

A true and correct copy of the foregoing document entitled (*specify*): **DEBTORS REPLY OPPOSITION TO HOUSER BROS. CO. dba RANCHO DEL REY MOBILE HOME ESTATES' MOTION TO TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION JOINDER OF GABLES HOA AND JANINE JASSO** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 31, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Aaron E DE Leest**    adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com
- **Robert P Goe**    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Jeffrey I Golden (TR)**    lwerner@wgllp.com, jig@trustesolutions.net;kadele@wgllp.com
- **D Edward Hays**    ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmend o za@ecf.courtdrive.com
- **Brandon J Iskander**    biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **Eric P Israel**    eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- **Laila Masud**    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- **Mark A Mellor**    mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com
- **Valerie Smith**    claims@recoverycorp.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

**2.    SERVED BY UNITED STATES MAIL**:
On (*date*) May 31, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows: Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Janine Jasso, Esq.                                    Michael D Poole
16025 Warmington Lane                          Feldsott & Lee
Huntington Beach, CA 92649                  23161 Mill Creek Dr Ste 300
                                                                 Laguna Hills, CA 92653

**3.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**:
(state the method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) May 31, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows:  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Erithe A. Smith, USBC, 411 West Fourth Street, Santa Ana, CA 92701
- Janine B. Jasso, Esq.. j9_jasso@yahoo.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 31, 2022 | Robert McLelland | *Robert McLelland* |
|---|---|---|
| Date | Printed Name | Signature |

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

ROBERT P. WARMINGTON
16592 Hale Avenue
Irvine, California 92714

$5.00

BK 13383 PG 1868

RECORDED AT REQUEST OF
FIRST AMER. TITLE INS. CO.
IN OFFICIAL RECORDS OF
ORANGE COUNTY, CALIFORNIA
8:01 A.M.   NOV 6 1979
LEE A. BRANCH, County Recorder

(Space above line for Recorder's use only)

## COVENANT RUNNING WITH THE LAND

THIS INSTRUMENT is made this *19th* day of *October*, 19 79, by HOUSER BROS. CO., a California limited partnership ("Houser") whose sole general partners are Clifford C. Houser and Vernon F. Houser.

### RECITALS

A.  Houser is the owner of certain real property in the City of Huntington Beach, County of Orange, State of California, described as Parcels 1 and 2 as shown on a Parcel Map recorded in Book 108, Pages 47 and 48, inclusive, of Parcel Maps in the Office of the County Recorder of said County (hereinafter "Parcel 1" and "Parcel 2" respectively).

B.  Concurrently herewith, Houser is leasing Parcel 1 to ROBERT P. WARMINGTON, a married man ("Warmington") by a Ground Lease of even date herewith (the "Ground Lease"), a memorandum of which is being recorded concurrently or substantially concurrently with this instrument.

C.  Pursuant to the Ground Lease, Warmington may use Parcel 1 to develop thereon single-family residences or condominiums.  The Ground Lease further provides that access to Parcel 1 from Edinger Avenue (the abutting public street) is to be had over a portion of Monterey Lane, a private street located on right-of-way easements on either side of the southerly boundary of Parcel 1 with Parcel 2.  The maintenance of the portion of Monterey Lane as to which Warmington (and the residents of homes or condominiums to be built by Warmington on Parcel 1) has easement rights is the responsibility of Houser as Landlord under the Ground Lease as provided therein.

D.  It is the intention of Houser and Warmington that Houser's obligations under the Ground Lease also run with and bind a portion of Parcel 2 and the successive owners thereof as described in this instrument.

NOW, THEREFORE, in consideration of the foregoing and other good and valuable consideration, the receipt of which is hereby acknowledged, including without limitation, Warmington's execution of the Ground Lease, Houser hereby covenants, declares and agrees that Houser's obligations as

-1-

Branch :XH,User :2004    Case 8:21-bk-11710-SC    Doc 536    Filed 01/25/25    Entered 01/27/25 10:52:41    Desc Comment:    Station Id:M3Y7

Main Document    Page 63 of 648

BK 13383 PG 1869

Landlord concerning Monterey Lane as set forth in Section 7.9 of the unrecorded Option Agreement between Landlord and Tenant, as optionor and optionee respectively, which preceded the execution of the Ground Lease, hereby incorporated herein by reference, are also covenants running with the portion of Parcel 2 described by extending the southerly boundary of Parcel 1 parallel to Edinger Avenue to the westerly boundary of Parcel 2, and every portion of the area so described (the "Covenant Area"), and shall bind the Covenant Area, Houser and Houser's heirs, assigns, representatives and successors in interest for the benefit of Warmington and the leasehold estate in Parcel 1 under the Ground Lease and any portions into which it may be divided, by Residential Leases (as defined in the Ground Lease) or otherwise. In the event of a breach of the foregoing covenants, or any of them, Warmington may seek any remedy available at law or in equity, including without limitation an action seeking damages, to seek specific enforcement thereof, or to enjoin the breach or continued breach thereof. It is specifically understood that any of the foregoing remedies may be employed at the option of Warmington, and the failure to do so upon any one or more of any such breach shall not be a waiver of the right to employ any of such remedies upon the continuance of such breach or any subsequent breach. As used in the foregoing, "Warmington" shall include any of Warmington's heirs, successors or representatives as well as any assignee or sublessee of Warmington's leasehold estate under the Ground Lease in Parcel 1 or any portion into which it may be divided and any leasee under a Residential Lease, Consumer Sublease or Affiliate Sublease (as defined in the Ground Lease); provided, however, lessees under such Residential Leases and sublessees under such Consumer Subleases shall not have the right to enforce such covenant except on the majority vote of the association of such lessees or sublessees formed by Warmington to manage Parcel 1. If Warmington or such lessees under such Residential Leases acquire the fee interest in all or a portion of Parcel 1, the benefit of the covenant described above shall run in favor of such fee interests and their successors therein, but subject to the same restriction concerning enforceability by residents of Parcel 1 set forth above. Nothing herein shall relieve Warmington or lessees under such Residential Leases or sublessees under such Consumer Subleases from their obligations to pay for a share in the maintenance of the portion of Monterey Lane used to gain access to Parcel 1.

IN WITNESS WHEREOF, Houser has executed this instrument on the day and year first above written.

HOUSER BROS. CO., a California limited partnership by its general partners

By _Clifford C. Houser_
    Clifford C. Houser

By _Vernon F. Houser_
    Vernon F. Houser

000063

BK 13383 PG 1870

STATE OF CALIFORNIA  )
                     )  ss.
COUNTY OF ORANGE     )

On this _14th_ day of _October_____, 1979,
before me, a Notary Public, personally appeared Clifford C.
Houser and Vernon F. Houser, known to me to be the general
partners of the partnership that executed the within instru-
ment, and acknowledged to me that such partnership executed
the same.

WITNESS my hand and official seal.

OFFICIAL SEAL
CHRISTINE A. BELMONTE
Notary Public-California
ORANGE COUNTY
My Commission Expires March 14, 1981

_Christine A. Belmonte_
Notary Public in and for said
County and State

- 3 -

## STATE OF CALIFORNIA
### CERTIFICATE OF LIMITED PARTNERSHIP—FORM LP-1
**IMPORTANT—Read instructions on back before completing this form**

This Certificate is presented for filing pursuant to Chapter 3, Article 2, Section 15621, California Corporations Code.

**1. NAME OF LIMITED PARTNERSHIP**

The Gables Mobile Home Estates, A CALIFORNIA LIMITED PARTNERSHIP

| 2. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | 3. CITY AND STATE | 4. ZIP CODE |
|---|---|---|
| 6971-A Lincoln Ave. | Buena Park, CA. | 90620 |

| 5. STREET ADDRESS OF CALIFORNIA OFFICE IF EXECUTIVE OFFICE IN ANOTHER STATE | 6. CITY | 7. ZIP CODE |
|---|---|---|
| | CALIF. | |

**8. COMPLETE IF LIMITED PARTNERSHIP WAS FORMED PRIOR TO JULY 1, 1984 AND IS IN EXISTENCE ON DATE THIS CERTIFICATE IS EXECUTED.**

THE ORIGINAL LIMITED PARTNERSHIP CERTIFICATE WAS RECORDED ON ___May 26,___ 19_81_ WITH THE

RECORDER OF ___Orange___ COUNTY. FILE OR RECORDATION NUMBER ___33003___

**9. NAMES AND ADDRESSES OF ALL GENERAL PARTNERS: (CONTINUE ON SECOND PAGE, IF NECESSARY)**

| NAME: | Ben Rochelle | | |
|---|---|---|---|
| ADDRESS: | 1333 S. Beverly Glen Dr. | | |
| CITY: | Los Angeles, CA. | STATE CA. | ZIP CODE 90024 |

**9A.**

| NAME: | Russell Jay | | |
|---|---|---|---|
| ADDRESS: | 1111 Dolphin Terrace | | |
| CITY: | Corona Del Mar, | STATE CA. | ZIP CODE 92625 |

**9B.**

| NAME: | M.L. McGaughy | | |
|---|---|---|---|
| ADDRESS: | 910 S. Western Ave. | | |
| CITY: | Anaheim, | STATE CA. | ZIP CODE 92804 |

**10. NAME AND ADDRESS OF AGENT FOR SERVICE OF PROCESS**

| NAME: | ~~McX XXXax ax XQx.~~ M. L. McGaughy | | |
|---|---|---|---|
| ADDRESS: | 6971-A Lincoln Ave. | | |
| CITY: | Buena Park, | STATE CA. | ZIP CODE 90620 |

**11. TERM FOR WHICH THIS PARTNERSHIP IS TO EXIST**

Life of lease on property.

**12. FOR THE PURPOSE OF FILING AMENDMENTS, DISSOLUTION AND CANCELLATION CERTIFICATES PERTAINING TO THIS CERTIFICATE, THE**

ACKNOWLEDGMENT OF [ 1 ] GENERAL PARTNERS IS REQUIRED.

**13. ANY OTHER MATTERS THE GENERAL PARTNERS DESIRE TO INCLUDE IN THIS CERTIFICATE MAY BE NOTED ON SEPARATE PAGES AND BY**

REFERENCE HEREIN IS A PART OF THIS CERTIFICATE. NUMBER OF PAGES ATTACHED [ ]

**14. IT IS HEREBY DECLARED THAT I AM (WE ARE) THE PERSON(S) WHO EXECUTED THIS CERTIFICATE OF LIMITED PARTNERSHIP, WHICH EXECUTION IS MY (OUR) ACT AND DEED (SEE INSTRUCTIONS)**

| SIGNATURE OF GENERAL PARTNER    DATE | SIGNATURE OF GENERAL PARTNER    DATE |
|---|---|
| SIGNATURE OF GENERAL PARTNER    DATE | SIGNATURE OF GENERAL PARTNER    DATE |
| SIGNATURE OF OTHER THAN GENERAL PARTNER    DATE | TITLE OR DESIGNATION    DATE |

**15. THIS SPACE FOR FILING OFFICER** (FILE NUMBER, DATE OF FILING)

85 262630002 7

## FILED
**In the office of the Secretary of State of the State of California**

**SEP 19 1985**

_March Fong Eu_
MARCH FONG EU, Secretary of State
000065

**16. RETURN ACKNOWLEDGMENT TO:**

| NAME | |
|---|---|
| ADDRESS | The Gables Mobile Home Estates |
| CITY AND | 6971-A Lincoln Ave. |
| STATE | Buena Park, CA. 90620 |
| ZIP CODE | |

RECEIVED

JUL 1 1 1980

**DEPARTMENT OF REAL ESTATE**
**OF THE**
**STATE OF CALIFORNIA**

Dept. of Real Estate
Los Angeles Subdivisions

(213) 620-2700

CONDOMINIUMS

RECEIVED
Headquarters
Subdivisions
JUL 16 1980
Department of Real Estate

In the matter of the application of

ROBERT P. WARMINGTON COMPANY,
A California Corporation

for a Final Subdivision Public Report on

TRACT NUMBER 10542
THE GABLES-HUNTINGTON BEACH

ORANGE COUNTY, CALIFORNIA

**FINAL  SUBDIVISION**
**PUBLIC REPORT**

| | |
|---|---|
| FILE NO. | 46,370 LA |
| ISSUED | JUNE 19, 1980 |
| EXPIRES | JUNE 18, 1985 |

**This Report Is Not a Recommendation or Endorsement of the Subdivision**
**But Is Informative Only.**

---

**Buyer or Lessee Must Sign That He Has Received and Read This Report.**

---

This Report Expires on Date Shown Above. If There Has Been a Material Change in the Offering, an Amended Public Report Must Be Obtained and Used in Lieu of This Report.

Section 35700 of the California Health and Safety Code provides that the practice of discrimination because of race, color, religion, sex, marital status, national origin or ancestry in housing accommodations is against public policy.

Under Section 125.6 of the California Business and Professions Code, California real estate licensees are subject to disciplinary action by the Real Estate Commissioner if they make any discrimination, distinction or restriction in negotiating a sale or lease of real property because of the race, color, sex, religion, ancestry or national origin of the prospective buyer. If any prospective buyer or lessee believes that a licensee is guilty of such conduct, he or she should contact the Department of Real Estate.

Information Regarding Schools can be found on Page    8 and 9 of this report.

READ THE ENTIRE REPORT on the following pages before contracting to purchase a lot in this SUBDIVISION.

## SPECIAL NOTES

1. THE UNIFORM BUILDING CODE, CHAPTER 70, PROVIDES FOR LOCAL BUILD-
   ING OFFICIALS TO EXERCISE PREVENTIVE MEASURES DURING GRADING TO
   ELIMINATE OR MINIMIZE DAMAGE FROM GEOLOGIC HAZARDS SUCH AS LAND-
   SLIDES, FAULT MOVEMENTS, EARTHQUAKE SHAKING, RAPID EROSION OR
   SUBSIDENCE.   THIS SUBDIVISION IS LOCATED IN AN AREA WHERE SOME
   OF THESE HAZARDS MAY EXIST.   SOME CALIFORNIA COUNTIES AND CITIES
   HAVE ADOPTED ORDINANCES THAT MAY OR MAY NOT BE AS EFFECTIVE IN
   THE CONTROL OF GRADING AND SITE PREPARATION.

   PURCHASERS MAY DISCUSS WITH THE DEVELOPER, THE DEVELOPER'S ENGI-
   NEER, THE ENGINEERING GEOLOGIST AND THE LOCAL BUILDING OFFICIALS
   TO DETERMINE IF THE ABOVE-MENTIONED HAZARDS HAVE BEEN CONSIDERED
   AND IF THERE HAS BEEN ADEQUATE COMPLIANCE WITH CHAPTER 70 OR AN
   EQUIVALENT OR MORE STRINGENT GRADING ORDINANCE DURING THE CON-
   STRUCTION OF THIS SUBDIVISION.

2. NO ESCROWS FOR THE SALE OF UNITS WILL CLOSE UNTIL ALL SOILS AND
   FILL WORK HAS BEEN PERFORMED IN ACCORDANCE WITH THE RECOMMENDA-
   TIONS OF THE SOILS ENGINEER AND A NOTICE OF COMPLETION COVERING
   THE COMMON AREA IMPROVEMENTS HAS BEEN FILED OF RECORD.

3. THIS PROJECT IS A COMMON-INTEREST SUBDIVISION OF THE TYPE RE-
   FERRED TO AS A "CONDOMINIUM".   IT WILL BE OPERATED BY AN INCOR-
   PORATED OWNERS ASSOCIATION.

4. SINCE THE COMMON PROPERTY AND FACILITIES WILL BE MAINTAINED BY
   AN ASSOCIATION OF HOMEOWNERS, AND IT'S ESSENTIAL THAT THIS ASSO-
   CIATION BE FORMED EARLY AND PROPERLY, THE DEVELOPER MUST:

   a. COMPLETE ALL COMMON FACILITIES BY APPROXIMATELY JUNE, 1980.
      (SECTION 11018.5 OF THE BUSINESS AND PROFESSIONS CODE.); AND

   b. PAY ALL THE MONTHLY ASSESSMENTS WHICH HE OWES TO THE HOME-
      OWNERS ASSOCIATION FOR UNSOLD UNITS.   THE PAYMENTS MUST COM-
      MENCE ON THE FIRST DAY OF THE MONTH AFTER SUBDIVIDER CLOSES
      FIRST SALE.   (REGULATIONS 2792.9 AND 2792.16).

THE HOMEOWNER ASSOCIATION MUST:

   c. CAUSE THE FIRST ELECTION OF THE ASSOCIATION'S GOVERNING BODY
      TO BE HELD WITHIN 45 DAYS AFTER 51% SELL-OUT, OR IN ANY
      EVENT, NO LATER THAN SIX MONTHS AFTER CLOSING THE FIRST
      SALE.   (REGULATIONS 2792.17 AND 2792.19); AND

   d. PREPARE AND DISTRIBUTE TO ALL HOMEOWNERS A BALANCE SHEET AND
      INCOME STATEMENT.   (REGULATION 2792.22).

# COMMON INTEREST SUBDIVISION GENERAL INFORMATION

The project described in the attached Subdivision Public Report is known as a common-interest subdivision. Read the Public Report carefully for more information about the type of subdivision. The subdivision includes common areas and facilities which will be owned and/or operated by an owners' association. Purchase of a lot or unit automatically entitles and obligates you as a member of the association and, in most cases, includes a beneficial interest in the areas and facilities. Since membership in the association is mandatory, you should be aware of the following information before you purchase:

Your ownership in this development and your rights and remedies as a member of its association will be controlled by governing instruments which generally include a Declaration of Restrictions (also known as CC&R's), Articles of Incorporation (or association) and Bylaws. The provisions of these documents are intended to be, and in most cases are, enforceable in a court of law. Study these documents carefully before entering into a contract to purchase a subdivision interest.

In order to provide funds for operation and maintenance of the common facilities, the association will levy assessments against your lot/unit. If you are delinquent in the payment of assessments, the association may enforce payment through court proceedings or your lot/unit may be liened and sold through the exercise of a power of sale. The anticipated income and expenses of the association, including the amount that you may expect to pay through assessments, are outlined in the proposed budget. Ask to see a copy of the budget if the subdivider has not already made it available for your examination.

A homeowner association provides a vehicle for the ownership and use of recreational and other common facilities which were designed to attract you to buy in this subdivision. The association also provides a means to accomplish architectural control and to provide a base for homeowner interaction on a variety of issues. The purchaser of an interest in a common-interest subdivision should contemplate active participation in the affairs of the association. He or she should be willing to serve on the board of directors or on committees created by the

board. In short, "they" in a common-interest subdivision is "you". Unless you serve as a member of the governing board or on a committee appointed by the board, your control of the operation of the common areas and facilities is limited to your vote as a member of the association. There are actions that can be taken by the governing body without a vote of the members of the association which can have a significant impact upon the quality of life for association members.

Until there is a sufficient number of purchasers of lots or units in a common-interest subdivision to elect a majority of the governing body, it is likely that the subdivider will effectively control the affairs of the association. It is frequently necessary and equitable that the subdivider do so during the early stages of development. It is vitally important to the owners of individual subdivision interests that the transition from subdivider to resident-owner control be accomplished in an orderly manner and in a spirit of cooperation.

When contemplating the purchase of a dwelling in a common-interest subdivision, you should consider factors beyond the attractiveness of the dwelling units themselves. Study the governing instruments and give careful thought to whether you will be able to exist happily in an atmosphere of cooperative living where the interests of the group must be taken into account as well as the interests of the individual. Remember that managing a common-interest subdivision is very much like governing a small community . . . the management can serve you well, but you will have to work for its success.



SPECIAL NOTES  (Continued)

5.  THE SUBDIVIDER HAS STATED THAT HE WILL PROVIDE YOU WITH A COPY
    OF THE ARTICLES OF INCORPORATION, RESTRICTIONS AND BYLAWS, ONLY
    BY POSTING THEM IN A PROMINENT LOCATION IN THE SALES OFFICE.
    THESE DOCUMENTS CONTAIN NUMEROUS MATERIAL PROVISIONS THAT SUB-
    STANTIALLY AFFECT AND CONTROL YOUR RIGHTS, PRIVILEGES, USE, OB-
    LIGATIONS AND COSTS OF MAINTENANCE AND OPERATION.  YOU SHOULD
    READ AND UNDERSTAND THESE DOCUMENTS BEFORE YOU OBLIGATE YOURSELF
    TO PURCHASE A UNIT.

6.  THE SUBDIVIDER STATED HE WILL NOT FURNISH THE CURRENT BOARD OF
    OFFICERS OF THE HOMEOWNERS ASSOCIATION THE BUILDING PLANS TO IN-
    CLUDE DIAGRAMS OF LOCATION OF MAJOR COMPONENTS, UTILITIES, AND
    RELATED DATA.

    THESE ITEMS WILL BE IMPORTANT TO THE BOARD OF OFFICERS OR THOSE
    WHO WILL MANAGE OR REPAIR COMMON FACILITIES IN THIS SUBDIVISION.

7.  SINCE THE SUBDIVIDER STATES HE WILL NOT FURNISH THE SAID PLANS
    AND DIAGRAMS, THE BOARD OF OFFICERS OF THE HOMEOWNER ASSOCIATION
    SHOULD TRY TO OBTAIN THEM FROM THE CONTRACTORS WHO WORKED ON THE
    PROJECT OR FROM THE COUNTY/CITY BUILDING DEPARTMENT.

8.  THE SUBDIVIDER HAS AN INTEREST IN THE ESCROW COMPANY WHICH IS TO
    BE USED IN CONNECTION WITH THE SALE OR LEASE OF UNITS IN THIS
    SUBDIVISION.  THE NATURE OF THE SUBDIVIDER'S INTEREST IS SET
    FORTH IN THE ESCROW INSTRUCTIONS WHICH ARE TO BE USED.

9.  IF YOU ACQUIRE TWO OR MORE UNITS YOU MAY BE REQUIRED TO OBTAIN
    AN AMENDED PUBLIC REPORT BEFORE OFFERING TWO OR MORE OF THE
    UNITS FOR SALE TO OTHERS.  IF YOU INTEND TO SELL TWO OR MORE
    UNITS OR LEASE THEM FOR MORE THAN ONE YEAR, YOU ARE REQUIRED TO
    OBTAIN AN AMENDED SUBDIVISION PUBLIC REPORT BEFORE YOU CAN OFFER
    THE UNITS FOR SALE OR LEASE.

10. WARNING:  WHEN YOU SELL YOUR LEASEHOLD INTEREST IN A CONDOMINIUM
    UNIT TO SOMEONE ELSE, YOU MUST GIVE THAT PERSON A COPY OF THE
    DECLARATION OF RESTRICTIONS, THE ARTICLES OF INCORPORATION AND
    OF THE BYLAWS.  IF YOU FORGET TO DO THIS, IT MAY COST YOU A PEN-
    ALTY OF $500.00 -- PLUS ATTORNEY'S FEES PLUS DAMAGES.  (SEE
    CIVIL CODE SECTION 1360.)


INTERESTS TO BE CONVEYED:  You will receive a lease to a specified
unit, together with an undivided fractional leasehold interest as a
tenant in common in the common area together with a membership in
"The Gables-Huntington Beach Homeowners Association" and rights to
use the common area.

LOCATION AND SIZE:    This subdivision is located at Edinger Avenue
and Monterey Street within the city limits of Huntington Beach and
is serviced by the usual city amenities.

This is a single phase project which consists of approximately 7.605
acres on which twenty buildings containing 80 units and 100 garage
spaces, 100 driveway spaces, 59 on-street guest spaces and 53 off-
street guest space will be constructed, together with common facili-
ties consisting of a swimming pool, jacuzzi, cabana, volley ball
court, landscaped areas and private drives which will be constructed

MANAGEMENT AND OPERATION:    The Gables-Huntington Beach Homeowners
Association, which you must join, manages and operates the common
areas in accordance with the Restrictions, Articles of Incorporation
and the Bylaws.

MAINTENANCE AND OPERATIONAL EXPENSES:    The subdivider has submitted
a budget for the maintenance and operation of the common areas and
for long-term reserves.  This budget was reviewed by the Department
of Real Estate.  You should obtain a copy of this budget from the
subdivider.  Under this budget, the monthly assessment against each
subdivision unit is $65.74 of which $13.84 is a monthly contribution
to long-term reserves and is not to be used to pay for current oper-
ating expenses.

> IF THE BUDGET FURNISHED TO YOU BY THE DEVELOPER
> SHOWS A MONTHLY ASSESSMENT FIGURE WHICH VARIES
> 10% OF MORE FROM THE ASSESSMENT AMOUNT SHOWN IN
> THIS PUBLIC REPORT, YOU SHOULD CONTACT THE DE-
> PARTMENT OF REAL ESTATE BEFORE ENTERING INTO AN
> AGREEMENT TO PURCHASE.

The association may increase or decrease assessments at any time in
accordance with the procedure prescribed in the CC&R's or Bylaws.
In considering the advisability of a decrease (or a smaller in-
crease) in assessments, care should be taken not to eliminate
amounts attributable to reserves for replacement or major mainte-
nance.

> EXPENSES OF OPERATION ARE DIFFICULT TO PREDICT
> ACCURATELY AND EVEN IF ACCURATELY ESTIMATED
> INITIALLY, MOST EXPENSES INCREASE WITH THE AGE
> OF FACILITIES AND WITH INCREASES IN THE COST OF
> LIVING.

Monthly assessments will commence on all units during the month fol-
lowing the closing of the first sale of a unit.  From that time, the
subdivider is required to pay the association a monthly assessment
for each unit which he owns, which has not been leased.

The remedies available to the association against owners who are de-
linquent in the payment of assessments are set forth in the CC&R's.
These remedies are available against the subdivider as well as
against other owners.

MAINTENANCE AND OPERATIONAL EXPENSES: (Continued)

The subdivider has posted a bond as partial security for his obliga-
tion to pay these assessments. The governing body of the associa-
tion should assure itself that the subdivider has satisfied his ob-
ligations to the association with respect to the payment of assess-
ments before agreeing to a release or exoneration of the security.

EASEMENTS: Easements for utilities and other purposes are shown on
the Title Report and Subdivision Map recorded in the Office of the
Orange County Recorder, Book 456 of Miscellaneous Maps, Pages 48
thru 49 and Condominium Plan recorded in Book 13358, Page 1193.

TITLE: Title is vested in Houser Bros. Co., a limited partnership,
subject to:

A Ground Lease dated October 19, 1979, executed by Houser Bros. Co.,
a limited partnership, as Lessor, and Robert P. Warmington, a
married man, as Lessee, a memorandum of which was recorded October
22, 1979 in Book 13362, Page 320 of Official Records and re-recorded
December 6, 1979 in Book 13424, Page 499 of Official Records.
Robert P. Warmington in turn has sublet the Ground Lease to Robert
P. Warmington Co., a California corporation, the applicant.

RESTRICTIONS: This subdivision is subject to Restrictions recorded
in the Office of the Orange County Recorder, Book 13618, Page 982.

> FOR INFORMATION AS TO YOUR OBLIGATIONS AND RIGHTS,
> YOU SHOULD READ THE RESTRICTIONS. THE SUBDIVIDER
> SHOULD MAKE THEM AVAILABLE TO YOU.

WATER RIGHTS: You will not own the water rights under your land be-
low a depth of 500 feet. These have been dedicated to the City of
Huntington Beach. The right to surface entry has been waived.

USES AND ZONING: Property to the south is zoned MH (Mobilehome).

TAXES: The maximum amount of any tax on real property that can be
collected annually by counties is 1% of the full cash value of the
property. With the addition of interest and redemption charges on
any indebtedness, approved by voters prior to July 1, 1978, the to-
tal property tax rate in most counties is approximately 1.25% of the
full cash value.

For the purchaser of a lot or unit in this subdivision, the "full
cash value" of the lot or unit will be the valuation, as reflected
on the tax roll, determined by the county assessor as of the date of
purchase of the lot or unit or as of the date of completion of an
improvement on the lot if that occurs after the date of purchase.

CONDITIONS OF SALE:  If your purchase involves financing, a form of deed of trust and note will be used.  These documents may contain the following provisions:

An Acceleration Clause.  This means that if you sell the property or default in your payment, the lender may declare the entire unpaid loan balance immediately due and payable.

A Late Charge.  This means that if you are late in making your monthly payment you may have to pay an additional amount as a penalty.

A Prepayment Penalty.  This means that if you wish to pay off your loan in whole or in part before it is due, you may be required to pay an additional amount as a penalty in accordance with the terms of the loan.

Transfer of the interest to the purchaser may be by a lease.  Your rights and responsibilities are governed by the specific terms of such lease.  You should read the entire lease.

The lease includes the following provision:

If you do not pay your installment on time, you may lose your property and all money you have paid in.

> BEFORE SIGNING, YOU SHOULD READ AND THOROUGHLY
> UNDERSTAND ALL LOAN DOCUMENTS.

PURCHASE MONEY HANDLING:  The subdivider must impound all funds received from you in an escrow depository until legal title is delivered to you.  (Refer to Sections 11013 and 11013.2(a) of the Business and Professions Code.)

If the escrow has not closed on your unit within one (1) year of the date of your deposit receipt, you may request return of your deposit.

FILLED GROUND:  The common area contains filled ground varying to a maximum depth of 3.6 feet.  These soils are to be properly compacted for the intended use under the supervision of a State licensed engineer.

FLOOD AND DRAINAGE:  Orange County advises as follows:

The land lies within the historic floodplain of the Santa Ana River where the risk of floodng has been substantially reduced since the completion of Prado Dam and Reservoir by the U. S. Corps of Engineers in 1941.  The largest flood-producing storm since completion of the dam occurred in 1969, an event which to the best information now available can be expected to recur on an average of 25 to 30 years over a long period of time.  Peak discharges in 1969 seriously damaged the Santa Ana River levees within Orange County, but no outbreak occurred and the levees have now been repaired.

FLOOD AND DRAINAGE:  (Continued)

In a report entitled "Flood Insurance Study Huntington Beach,
California" prepared by the U. S. Army Corps of Engineers for the
Federal Insurance Administration, the Corps of Engineers indicates
that the occurrence of a storm with a recurrence interval approxi-
mating 50 years or greater will generate flows exceeding the present
capacity of the Santa Ana River Channel.  Such flows will cause
breaching of the river levee at indeterminable locations followed by
widespread flooding of the Talbert Valley.  It is believed impos-
sible to predict in advance where such break-out might occur or what
particular area would subsequently be inundated.

The Corps of Engineers recently completed a study proposing modifi-
cation to the Santa Ana River in the County of Orange, to Prado Dam,
and the construction of an additional dam in the Mentone area of San
Bernardino County.  However, it is impossible to predict when pro-
ject authorization will be made by Congress, the appropriation
approved, and the actual construction accomplished.

It is the opinion of this office that upon completion of the con-
struction in accordance with the proposed grading, storm drain and
street plans, the improvements on the building pads will be pro-
tected from flooding from storms occurring on an average of once
every 50 years or less.

PUBLIC TRANSPORTATION:  Bus service is available adjacent to the
site on Edinger Avenue.

SCHOOLS:  The Ocean View School District provides the following in-
formation:

| School | Distance |
|---|---|
| Haven View School<br>16081 Waikiki Lane<br>Huntington Beach, California | 1/4 mile |

The projected enrollment from the proposed tract is twenty K-8 grade
students.  The capacity of Haven View School is 510 and enrollment
is 447.

The District shall provide free transportation to and from school
for pupils who live beyond the minimum distances, as measured by the
shortest route.  Where hazardous conditions exist, transportation
may be provided for students who live less than the minimum dis-
tances.  Handicapped children will be provided transportation as
needed.

The Huntington Beach Union High School District provides the fol-
lowing information:

| School | Distance |
|---|---|
| Marina High School<br>15871 Springdale<br>~~Huntington Beach, California~~ | 1.7 miles |

<u>SCHOOLS</u>: (Continued)

Transportation is furnished at District expense to students living a distance fo more than three miles from their schools.

Huntington Beach Union High School District has six comprehensive high schools with a total capacity of 16,367 and a current enrollment of 21,346. This student overload is being accommodated by temporary structures and extended day schedule. The impact of continued enrollment growth will accelerate the extension of the school day and the continued implementation of other housing alternatives until a new high school is constructed. Any new housing must be considered carefully based on the availability of schools in Huntington Beach Union High School District.

> <u>NOTE</u>:  This school information was correct as of the date of this report. Purchasers may contact the local school district for current information on school assignments, facilities and bus service.

For further information in regard to this subdivision, you may call (213) 620-2700 or examine the documents at the Department of Real Estate, 107 South Broadway, Suite 7001, Los Angeles, CA 90012.

# California Business and Professions Code Section 11012

CA Bus & Prof Code § 11012 (2017)

It is unlawful for the owner, his or her agent, or subdivider, of the project, after it is submitted to the Bureau of Real Estate, to materially change the setup of such offering without first notifying the bureau in writing of such intended change. This section only applies to those changes of which the owner, his or her agent, or subdivider has knowledge or constructive knowledge.

*(Amended by Stats. 2013, Ch. 352, Sec. 38. (AB 1317) Effective September 26, 2013. Operative July 1, 2013, by Sec. 543 of Ch. 352.)*

# California Business and Professions Code Section 11010

CA Bus & Prof Code § 11010 (2017)

(a) Except as otherwise provided pursuant to subdivision (c) or elsewhere in this chapter, any person who intends to offer subdivided lands within this state for sale or lease shall file with the Bureau of Real Estate an application for a public report consisting of a notice of intention and a completed questionnaire on a form prepared by the bureau.

(b) The notice of intention shall contain the following information about the subdivided lands and the proposed offering:

(1) The name and address of the owner.

(2) The name and address of the subdivider.

(3) The legal description and area of lands.

(4) A true statement of the condition of the title to the land, particularly including all encumbrances thereon.

(5) A true statement of the terms and conditions on which it is intended to dispose of the land, together with copies of any contracts intended to be used.

(6) A true statement of the provisions, if any, that have been made for public utilities in the proposed subdivision, including water, electricity, gas, telephone, and sewerage facilities. For subdivided lands that were subject to the imposition of a condition pursuant to subdivision (b) of Section 66473.7 of the Government Code, the true statement of the provisions made for water

000075

shall be satisfied by submitting a copy of the written verification of the available water supply obtained pursuant to Section 66473.7 of the Government Code.

(7) A true statement of the use or uses for which the proposed subdivision will be offered.

(8) A true statement of the provisions, if any, limiting the use or occupancy of the parcels in the subdivision.

(9) A true statement of the amount of indebtedness that is a lien upon the subdivision or any part thereof, and that was incurred to pay for the construction of any onsite or offsite improvement, or any community or recreational facility.

(10) A true statement or reasonable estimate, if applicable, of the amount of any indebtedness which has been or is proposed to be incurred by an existing or proposed special district, entity, taxing area, assessment district, or community facilities district within the boundaries of which, the subdivision, or any part thereof, is located, and that is to pay for the construction or installation of any improvement or to furnish community or recreational facilities to that subdivision, and which amounts are to be obtained by ad valorem tax or assessment, or by a special assessment or tax upon the subdivision, or any part thereof.

(11) A notice pursuant to Section 1102.6c of the Civil Code.

(12) (A) As to each school district serving the subdivision, a statement from the appropriate district that indicates the location of each high school, junior high school, and elementary school serving the subdivision, or documentation that a statement to that effect has been requested from the appropriate school district.

(B) In the event that, as of the date the notice of intention and application for issuance of a public report are otherwise deemed to be qualitatively and substantially complete pursuant to Section 11010.2, the statement described in subparagraph (A) has not been provided by any school district serving the subdivision, the person who filed the notice of intention and application for issuance of a public report shall immediately provide the bureau with the name, address, and telephone number of that district.

(13) (A) The location of all existing airports, and of all proposed airports shown on the general plan of any city or county, located within two statute miles of the subdivision. If the property is located within an airport influence area, the following statement shall be included in the notice of intention:

NOTICE OF AIRPORT IN VICINITY

This property is presently located in the vicinity of an airport, within what is known as an airport influence area. For that reason, the property may be subject to some of the annoyances or inconveniences associated with proximity to airport operations (for example: noise, vibration, or odors). Individual sensitivities to those annoyances, if any, are associated with the property before you complete your purchase and determine whether they are acceptable to you.

(B) For purposes of this section, an "airport influence area," also known as an "airport referral area," is the area in which current or future airport-related noise, overflight, safety, or airspace protection factors may significantly affect land uses or necessitate restrictions on those uses as determined by an airport land use commission.

(14) A true statement, if applicable, referencing any soils or geologic report or soils and geologic reports that have been prepared specifically for the subdivision.

(15) A true statement of whether or not fill is used, or is proposed to be used, in the subdivision and a statement giving the name and the location of the public agency where information concerning soil conditions in the subdivision is available.

(16) On or after July 1, 2005, as to property located within the jurisdiction of the San Francisco Bay Conservation and Development Commission, a statement that the property is so located and the following notice: **NOTICE OF SAN FRANCISCO BAY CONSERVATION AND DEVELOPMENT COMMISSION JURISDICTION**

**This property is located within the jurisdiction of the San Francisco Bay Conservation and Development Commission. Use and development of property within the commission's jurisdiction may be subject to special regulations, restrictions, and permit requirements. You may wish to investigate and determine whether they are acceptable to you and your intended use of the property before you complete your transaction.**

**(17) If the property is presently located within one mile of a parcel of real property designated as "Prime Farmland," "Farmland of Statewide Importance," "Unique Farmland," "Farmland of Local Importance," or "Grazing Land" on the most current "Important Farmland Map" issued by the California Department of Conservation, Division of Land Resource Protection, utilizing solely the county-level GIS map data, if any, available on the Farmland Mapping and Monitoring Program Website. If the residential property is within one mile of a designated farmland area, the report shall contain the following notice:**

**NOTICE OF RIGHT TO FARM**

**This property is located within one mile of a farm or ranch land designated on the current county-level GIS "Important Farmland Map," issued by the California Department of Conservation, Division of Land Resource Protection. Accordingly, the property may be subject to inconveniences or discomforts resulting from agricultural operations that are a normal and necessary aspect of living in a community with a strong rural character and a healthy agricultural sector. Customary agricultural practices in farm operations may include, but are not limited to, noise, odors, dust, light, insects, the operation of pumps and machinery, the storage and disposal of manure, bee pollination, and the ground or aerial application of fertilizers, pesticides, and herbicides. These agricultural practices may occur at any time during the 24-hour day. Individual sensitivities to those practices can vary from person to person. You may wish to consider the impacts of such agricultural practices before you complete your purchase. Please be advised that you may be barred from**

**obtaining legal remedies against agricultural practices conducted in a manner consistent with proper and accepted customs and standards pursuant to Section 3482.5 of the Civil Code or any pertinent local ordinance.**

**(18) Any other information that the owner, his or her agent, or the subdivider may desire to present.**

**(c) The commissioner may, by regulation, or on the basis of the particular circumstances of a proposed offering, waive the requirement of the submission of a completed questionnaire if the commissioner determines that prospective purchasers or lessees of the subdivision interests to be offered will be adequately protected through the issuance of a public report based solely upon information contained in the notice of intention.**

*(Amended by Stats. 2013, Ch. 352, Sec. 35. (AB 1317) Effective September 26, 2013. Operative July 1, 2013, by Sec. 543 of Ch. 352.)*

# California Business and Professions Code Section 11013

CA Bus & Prof Code § 11013 (2017)

For the purposes of this part, a blanket encumbrance shall be considered to mean a trust deed or mortgage or any other lien or encumbrance, mechanics' lien or otherwise, securing or evidencing the payment of money and affecting land to be subdivided or affecting more than one lot or parcel of subdivided land, or an agreement affecting more than one such lot or parcel by which the owner or subdivider holds said subdivision under an option, contract to sell, or trust agreement.

*(Amended by Stats. 1955, Ch. 1863.)*

5002

BK 13680 PG 1091

RECORDED BY
REQUESTED BY

WHEN RECORDED RETURN TO:

$6.00
C1

KESERVE, NUMPER & HUGHES
5190 Campus Drive
Newport Beach, CA  92660

RECORDED IN OFFICIAL RECORDS
OF ORANGE COUNTY, CALIFORNIA

-3 00 P.M.    AUG 5 '80

Attn:  Frank D. Stiefel

LEE A. BRANCH, County Recorder

### FIRST AMENDMENT TO
### DECLARATION OF COVENANTS, CONDITIONS & RESTRICTIONS
### FOR THE HUNTINGTON BEACH GABLES

Tract 10542
City of Huntington Beach
Orange County, California

This First Amendment to Declaration of Covenants, Conditions and Restrictions is made this 3o day of JULY , 1980, by THE ROBERT P. WARMINGTON CO., a California corporation ("RPW Co."), HOUSER BROS. CO., a California limited partnership ("Houser") and ROBERT P. WARMINGTON, an individual ("Warmington").

WHEREAS, Houser is the owner of the fee interest in the following described property (the "Property"):

Lots 1 and 2 of Tract No. 10542 as per map recorded in Book 456, Pages 49 and 50, inclusive, of Miscellaneous Maps, in the Office of the County Recorder of Orange County, California; and

WHEREAS, Warmington is the lessee of the Property; and

WHEREAS, RPW Co. is the sublessee and the developer of the improvements constructed on the Property, and is also the Declarant as that term is defined in that certain Declaration of Covenants, Conditions and Restrictions recorded May 28, 1980, in Book 13618, pages 982 through 1030, inclusive, Official Records of Orange County, California (the "Declaration"); and

WHEREAS, Warmington and RPW Co. intend to assign, convey and set over to ultimate consumers, various leasehold and fee interests in the Condominium Units, as defined in the Declaration, which collectively shall constitute the Condominium to be acquired by said consumer; and

WHEREAS, Warmington, Houser and RPW Co. desire to clarify the Declaration to insure that the interests so conveyed are inseparable and constitute the entire interest to be conveyed, which clarification requires an amendment to the Declaration.

1

BK 13890PG 1092

NOW THEREFORE, Warmington, Houser and RPW Co., do hereby declare as follows:

1. That collectively they are the sole owners of the Property as their interests may appear.

2. That they retain the exclusive and sole right to amend the Declaration.

3. That, in furtherance of the foregoing, the following amendments are hereby made to the Declaration:

(a) Section 1.13 of the Declaration is hereby amended to read as follows:

"Section 1.13. Owner/Ownership: "Owner" shall mean and refer to the record assignee of the rights of Declarant and/or a lessee or sublessee to a Unit, but excluding those having such interest merely as security for the performance of an obligation. Such term shall also mean and refer to the Lessee or Lessor if either succeeds to the rights of said assignee through termination of any lease or sublease or by any other means. All references herein to "ownership" shall mean and refer to the ownership of a leasehold or subleasehold interest."

(b) Section 2.2 of the Declaration is hereby amended to read as follows:

"Section 2.2. Elements of Condominium: Each Condominium shall be comprised of the following elements:

(a) A leasehold or sub-leasehold estate in a Unit as shown and defined on the Condominium Plan, excepting that portion of a Unit consisting of buildings and other improvements;

(b) An undivided one-eightieth (1/80) interest in a leasehold or subleasehold interest in the Common Area as shown and defined on the Condominium Plan, excepting that portion of the Common Area consisting of building and other improvements;

(c) An exclusive easement on the leasehold or sub-leasehold estate referred to in item (b) above, which easement is defined as Restricted Common Area as described on the Condominium Plan for entry, staircases and attic space relating to each Unit, excepting that portion consisting of buildings and other improvements;

2

000080

BK 13690P6 1093

(d) A non-exclusive easement and right to use the leasehold or sub-leasehold estate referred to in item (b) above except the Restricted Common Area, excepting that portion consisting of buildings and other improvements;

(e) A fee interest in that portion of a Unit, as shown and defined on the Condominium Plan, which consists of buildings and other improvements;

(f) An undivided one eightieth (1/80) fee interest in and to those portions of the Common Area, as shown and defined on the Condominium Plan which consist of buildings and other improvements;

(g) An exclusive easement on the fee estate referred to in item (f) above which easement is defined as Restricted Common Area as described on the Condominium Plan for entry, staircases and attic space relating to each Unit which consist of buildings and other improvements;

(h) A non-exclusive easement and right to use the fee estate referred to in item (f) above except the Restricted Common Area, which consist of buildings and improvements; and

(i) A membership in the Association."

4.  All other terms and conditions of the Declaration shall remain in full force and effect.

IN WITNESS WHEREOF, the parties hereto have executed this First Amendment as of the day first above written, its effective date.

THE ROBERT P. WARMINGTON CO., a California corporation

By _____

HOUSER BROS., CO., a California Limited Partnership
By _____
By _____

_____
Robert P. Warmington

000081

BK 1369PG 1094

TO 1944 CA (6-74)
(Corporation)

STATE OF CALIFORNIA
COUNTY OF _Orange_ } ss.

On _July 31, 1980_ before me, the undersigned, a Notary Public in and for said
State, personally appeared _Roger D. Daniel_
known to me to be the _Vice_ President, and
known to me to be _____ Secretary
of the corporation that executed the within instrument,
known to me to be the persons who executed the within
instrument on behalf of the corporation therein named, and
acknowledged to me that such corporation executed the
within instrument pursuant to its by-laws or a resolution of
its board of directors.

WITNESS my hand and official seal.

Signature _Pearl L. Hunt_

OFFICIAL SEAL
PEARL L. HUNT
NOTARY PUBLIC - CALIFORNIA
ORANGE COUNTY
My Commission Expires Mar 23, 1983

(This area for official notarial seal)

---

TO 1944 CA (6-74)
(Partnership)

STATE OF CALIFORNIA
COUNTY OF _ORANGE_ } ss.

On _AUGUST 4, 1980_
before me, the undersigned, a Notary Public in and for said State, personally appeared
_CLIFFORD C. HOUSER   AND   VERNON F. HOUSER_

_____ known to me
to be _BOTH_ _____ of the partners of the partnership
that executed the within instrument, and acknowledged to me
that such partnership executed the same.

WITNESS my hand and official seal.

Signature _G. McDonald_

OFFICIAL SEAL
G. McDONALD
NOTARY PUBLIC CALIFORNIA
PRINCIPAL OFFICE IN
ORANGE COUNTY
My Commission Expires June 15, 1984

(This area for official notarial seal)

---

TO 1944 CA (6-74)
(Individual)

STATE OF CALIFORNIA
COUNTY OF _Orange_ } ss.

On _July 31, 1980_ before me, the undersigned, a Notary Public in and for said
State, personally appeared
_Robert P. Warmington_

_____ known to me
to be the person ___ whose name _is_ subscribed
to the within instrument and acknowledged that _he_
executed the same.

WITNESS my hand and official seal.

Signature _Pearl L. Hunt_

OFFICIAL SEAL
PEARL L. HUNT
NOTARY PUBLIC - CALIFORNIA
ORANGE COUNTY
My Commission Expires Mar 23, 1983

(This area for official notarial seal)



18565 Jamboree Road, Suite 275
Irvine, CA 92612
(949) 476-5757

## PRELIMINARY REPORT

Update 2

Star Commercial Properties

Our Order Number  2930005415-61

Attention: DAVID PERRY

When Replying Please Contact:

Martin Vique
title.orange@ortc.com
Ph:(949)476-5755
Efax:(949)266-9509
Direct line: (855) 563-3827

Property Address:

4476 Alderport Unit 53, Huntington Beach, CA 92649

In response to the above referenced application for a policy of title insurance, OLD REPUBLIC TITLE COMPANY, as issuing Agent of Old Republic National Title Insurance Company, hereby reports that it is prepared to issue, or cause to be issued, as of the date hereof, a Policy or Policies of Title Insurance describing the land and the estate or interest therein hereinafter set forth, insuring against loss which may be sustained by reason of any defect, lien or encumbrance not shown or referred to as an Exception below or not excluded from coverage pursuant to the printed Schedules, Conditions and Stipulations of said policy forms.

The printed Exceptions and Exclusions from the coverage and Limitations on Covered Risks of said Policy or Policies are set forth in Exhibit I attached. The policy to be issued may contain an arbitration clause. When the Amount of Insurance is less than that set forth in the arbitration clause, all arbitrable matters shall be arbitrated at the option of either the Company or the Insured as the exclusive remedy of the parties. Limitations on Covered Risks applicable to the Homeowner's Policy of Title Insurance which establish a Deductible Amount and a Maximum Dollar Limit of Liability for certain coverages are also set forth in Exhibit I. Copies of the Policy forms should be read. They are available from the office which issued this report.

**Please read the exceptions shown or referred to below and the exceptions and exclusions set forth in Exhibit I of this report carefully. The exceptions and exclusions are meant to provide you with notice of matters which are not covered under the terms of the title insurance policy and should be carefully considered.**
**It is important to note that this preliminary report is not a written representation as to the condition of title and may not list all liens, defects, and encumbrances affecting title to the land.**

This report (and any supplements or amendments hereto) is issued solely for the purpose of facilitating the issuance of a policy of title insurance and no liability is assumed hereby. If it is desired that liability be assumed prior to the issuance of a policy of title insurance, a Binder or Commitment should be requested.

Dated as of  October 16, 2018, at 7:30 AM

### OLD REPUBLIC TITLE COMPANY
For Exceptions Shown or Referred to, See Attached

Page  1  of 6 Pages

ORT 3158-A (Rev. 08/07/08)

000083

**OLD REPUBLIC TITLE COMPANY**
**ORDER NO.**  2930005415-61
Update 2

The form of policy of title insurance contemplated by this report is:

Homeowner's Policy of Title Insurance - 2013; and ALTA Loan Policy - 2006.  A specific request should be made if another form or additional coverage is desired.

The estate or interest in the land hereinafter described or referred or covered by this Report is:

A CONDOMINIUM, AS DEFINED IN SECTION 783 OF THE CALIFORNIA CIVIL CODE, FOR A TERM OF YEARS AS SET FORTH IN THAT CERTAIN CONDOMINIUM SUBLEASE RECORDED NOVEMBER 7, 1980 AS FILE NO. 8696, IN BOOK 13824 PAGE 1294, OFFICIAL RECORDS, UPON AND SUBJECT TO ALL THE PROVISIONS THEREIN CONTAINED AND AS MODIFIED THEREOF RECORDED AUGUST 28, 2003 AS INSTRUMENT NO. 03-1044770, OFFICIAL RECORDS.

Title to said estate or interest at the date hereof is vested in:

JAMIE L. GALLIAN, A SINGLE WOMAN

The land referred to in this Report is situated in the County of Orange, City of Huntington Beach, State of California, and is described as follows:

PARCEL 1:

UNIT 53, IN THE CITY OF HUNTINGTON BEACH, COUNTY OF ORANGE, STATE OF CALIFORNIA, AS SHOWN AND DEFINED ON THAT CERTAIN CONDOMINIUM PLAN {"THE CONDOMINIUM PLAN"), RECORDED OCTOBER 18, 1979 IN BOOK 13358 PAGE 1193, ET SEQ., OFFICIAL RECORDS.

EXCEPT THEREFROM ALL OIL, GAS, MINERALS AND OTHE HYDROCARBON SUBSTANCES LYING BELOW A DEPTH OF 500 FEET WITHOUT ANY RIGHT TO ENTER UPON THE SURFACE OR THE SUBSURFACE OF SAID LAND ABOVE A DEPTH OF 500 FEET, AS PROVIDED IN INSTRUMENTS OF RECORD.

PARCEL 2:

AN UNDIVIDED 1/80TH INTEREST IN AND TO LOTS 1 AND 2 OF TRACT NO. 10542, IN THE CITY OF HUNTINGTON BEACH, COUNTY OF ORANGE, STATE OF CALIFORNIA, AS SHOWN ON A MAP RECORDED IN BOOK 456 PAGES 49 AND 50 OF MISCELLANEOUS MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY TOGETHER WITH THOSE PORTIONS OF THE COMMON AREA AS SHOWN AND DEFINED ON THE CONDOMINIUM PLAN, CONSISTING OF BUILDINGS AND OTHER IMPROVEMENTS.

EXCEPTING THEREFROM CONDOMINIUM UNITS 1 THROUGH 80 INCLUSIVE, LOCATED THEREON.

PARCEL 3:

AN EXCLUSIVE EASEMENT FOR THE USE AND OCCUPANCY OF THOSE PORTIONS OF RESTRICTED COMMON AREA AS DEFINED ON THE CONDOMINIUM PLAN FOR ENTRY AND STAIRCASES AND ATTIC SPACE RELATING TO SAID UNIT.

PARCEL 4:

ORT 3158-B

000084

**OLD REPUBLIC TITLE COMPANY**
**ORDER NO.** 2930005415-61
Update 2

NON-EXCLUSIVE EASEMENT AND RIGHT TO USE THOSE PORTIONS OF THE COMMON AREA AS DEFINED ON THE CONDOMINIUM PLAN, EXCEPT RESTRICTED COMMON AREA.

APN: 937-630-53

At the date hereof exceptions to coverage in addition to the Exceptions and Exclusions in said policy form would be as follows:

1.      Taxes and assessments, general and special, for the fiscal year 2019 - 2020, a lien, but not yet due or payable.

2.      Taxes and assessments, general and special, for the fiscal year 2018 - 2019, as follows:

| | | |
|---|---|---|
| Assessor's Parcel No | : | 937-630-53 |
| Code No. | : | 04-007 |
| 1st Installment | : | $1,888.50 | NOT Marked Paid |
| 2nd Installment | : | $1,888.50 | NOT Marked Paid |
| Land Value | : | $197,735.00 |
| Imp. Value | : | $121,658.00 |

3.      The lien of supplemental taxes, if any, assessed pursuant to the provisions of Section 75, et seq., of the Revenue and Taxation Code of the State of California.

4.      Water rights, claims or title to water, whether or not shown by the public records.

5.      Matters in various instruments of record which contain among other things easements and rights of way in, on, over and under the common area for the purpose of constructing, erecting, operating or maintaining thereon or thereunder overhead or underground lines, cables, wires, conduits, or other devices for electricity, telephone, storm water drains and pipes, water systems, sprinkling systems, water, heating and gas lines or pipes, and similar public or quasi-public improvements or facilities. also the right of use and enjoyment in and to and throughout the common area as well as the non-exclusive easements and rights for ingress, egress to the owner herein described.

Reference is hereby being made to various documents and maps of record for full and further particulars.

Affects the common area.

ORT 3158-B

000085

**OLD REPUBLIC TITLE COMPANY**
**ORDER NO.**  2930005415-61
Update 2

6.    The fact that the ownership of said land does not include rights of access to or from the street or highway abutting said land, such rights having been relinquished by the map of said tract.

Affects: Edinger avenue abutting common areas

Said land however, abuts upon a public thoroughfare other than the road referred to above, over which rights of vehicular ingress and egress have not been relinquished.

7.    Matters in an instrument that, among other things, contain or provide for easements, assessments, liens and their subordination; provisions relating to partition, restrictions on severability of component interest, covenants, conditions and restrictions, which provide that no violation thereof and no enforcement of any lien provided for therein shall defeat or render invalid the lien of a mortgage or deed of trust made in good faith and for value, but omitting any covenants or restrictions if any, based upon race, color, religion, sex, handicap, familial status, or national origin unless and only to the extent that said covenant (a) is exempt under Title 42, Section 3607 of the United States Code or (b) relates to handicap but does not discriminate against handicapped persons.

Recorded            :    May 28, 1980 in Book 13618 of Official Records, Page 982

Modification thereof, but omitting any covenants or restrictions if any, based upon race, color, religion, sex, handicap, familial status, or national origin unless and only to the extent that said covenant (a) is exempt under Title 42, Section 3607 of the United States Code or (b) relates to handicap but does not discriminate against handicapped persons.

Recorded            :    August 5, 1980 in Book 13690 of Official Records, Page 1091

8.    A lease affecting the premises herein described, executed by and between the parties herein named, with certain terms, covenants, conditions and provisions set forth therein.

lessor:        Houser Bros, Co., a Limited Partnership
lessee:        Robert P. Warrington
recorded:      October 24, 1980 in book 13803, page 640, official records

The present ownership of the leasehold created by said lease and other matters affecting the interest of the lessee are not shown herein.

9.    We find no open Deeds of Trust of record.  Please verify by inquiry of Escrow Personnel and/or Agents whether or not we have overlooked something and advise the Title Department accordingly prior to closing.

ORT 3158-B

**OLD REPUBLIC TITLE COMPANY**
**ORDER NO.**  2930005415-61
Update 2

10.     Abstract of Judgment for the amount herein stated and any other amounts due.

        Creditor          :   TD Bank
        Debtor            :   Jamie L. Gallian
        Entered           :   October 4, 2016
        Court             :   Superior Court of California County of Orange
        Case No.          :   30-2013-00863489-CL-CL-CJC
        Amount            :   $2,179.25
        Dated             :   February 10, 2017
        Recorded          :   March 9, 2017 in Official Records as Instrument Number 2017-
                              00096952


11.     Abstract of Judgment for the amount herein stated and any other amounts due.

        Creditor          :   Capital One Bank
        Debtor            :   Jamie L. Gallian
        Entered           :   August 15, 2017
        Court             :   Superior Court of California County of Orange
        Case No.          :   30-2017-00925831-CL-CL-CJC
        Amount            :   $4,332.92
        Dated             :   August 17, 2017
        Recorded          :   September 6, 2017 in Official Records as Instrument Number 2017-
                              000378355


12.     The requirement that this Company be provided with an opportunity to inspect the land. The
        Company reserves the right to make additional exceptions and/or requirements upon
        completion of its inspection.


13.     The Homeowner's Policy applies only if each insured named in Schedule A is a Natural Person
        (as Natural Person is defined in said policy). If each insured to be named in Schedule A is not
        such a Natural Person, contact the Title Department immediately.


14.     The effect of instruments, proceedings, liens, decrees or other matters which do not
        specifically describe said land but which, if any do exist, may affect the title or impose liens
        or encumbrances thereon. The name search necessary to ascertain the existence of such
        matters has not been completed and, in order to do so, we require a signed Statement of
        Identity from or on behalf of Jamie L. Gallian.

ORT 3158-B

000087

**OLD REPUBLIC TITLE COMPANY**
**ORDER NO.**  2930005415-61
Update 2

-------------------- **Informational Notes** -------------------

A.    The applicable rate(s) for the policy(s) being offered by this report or commitment appears
       to be section(s) 1.1 and 2.1.


B.    The above numbered report (including any supplements or amendments thereto) is hereby
       modified and/or supplemented to reflect the following additional items relating to the
       issuance of an American Land Title Association loan form policy:

       NONE

       NOTE: Our investigation has been completed and there is located on said land a
       condominium known as 4476 Alderport Unit 53, Huntington Beach, CA 92649.

       The ALTA loan policy, when issued, will contain the CLTA 100 Endorsement and 116 series
       Endorsement.

       Unless shown elsewhere in the body of this report, there appear of record no transfers or
       agreements to transfer the land described herein within the last three years prior to the date
       hereof, except as follows:

       NONE



C.    All transactions that close on or after March 1, 2015 will include a $20.00 minimum recording
       service fee, plus actual charges required by the County Recorder.

ORT 3158-B                                                                                    000088

**ORDER NO. :** 2930005415

# EXHIBIT A

The land referred to is situated in the County of Orange, City of Huntington Beach, State of California, and is described as follows:

PARCEL 1:

UNIT 53, IN THE CITY OF HUNTINGTON BEACH, COUNTY OF ORANGE, STATE OF CALIFORNIA, AS SHOWN AND DEFINED ON THAT CERTAIN CONDOMINIUM PLAN {"THE CONDOMINIUM PLAN"), RECORDED OCTOBER 18, 1979 IN BOOK 13358 PAGE 1193, ET SEQ., OFFICIAL RECORDS.

EXCEPT THEREFROM ALL OIL, GAS, MINERALS AND OTHE HYDROCARBON SUBSTANCES LYING BELOW A DEPTH OF 500 FEET WITHOUT ANY RIGHT TO ENTER UPON THE SURFACE OR THE SUBSURFACE OF SAID LAND ABOVE A DEPTH OF 500 FEET, AS PROVIDED IN INSTRUMENTS OF RECORD.

PARCEL 2:

AN UNDIVIDED 1/80TH INTEREST IN AND TO LOTS 1 AND 2 OF TRACT NO. 10542, IN THE CITY OF HUNTINGTON BEACH, COUNTY OF ORANGE, STATE OF CALIFORNIA, AS SHOWN ON A MAP RECORDED IN BOOK 456 PAGES 49 AND 50 OF MISCELLANEOUS MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY TOGETHER WITH THOSE PORTIONS OF THE COMMON AREA AS SHOWN AND DEFINED ON THE CONDOMINIUM PLAN, CONSISTING OF BUILDINGS AND OTHER IMPROVEMENTS.

EXCEPTING THEREFROM CONDOMINIUM UNITS 1 THROUGH 80 INCLUSIVE, LOCATED THEREON.

PARCEL 3:

AN EXCLUSIVE EASEMENT FOR THE USE AND OCCUPANCY OF THOSE PORTIONS OF RESTRICTED COMMON AREA AS DEFINED ON THE CONDOMINIUM PLAN FOR ENTRY AND STAIRCASES AND ATTIC SPACE RELATING TO SAID UNIT.

PARCEL 4:

NON-EXCLUSIVE EASEMENT AND RIGHT TO USE THOSE PORTIONS OF THE COMMON AREA AS DEFINED ON THE CONDOMINIUM PLAN, EXCEPT RESTRICTED COMMON AREA.

APN: 937-630-53

000089

36466                    BK 13803PG 640

Recorded at the Request of and  $ ____
When Recorded Mail To:

Robert P. Warmington
16592 Hale Avenue
Irvine, CA 92714

> RECORDED AT REQUEST OF
> FIRST AMER. TITLE INS. CO.
> IN OFFICIAL RECORDS OF
> ORANGE COUNTY, CALIFORNIA
> 8:00 A.M. OCT 24 1980
> LEE A. BRANCH, County Recorder

AP-178-011-01

No Consideration
Lease Is For a Definite Term

## GROUND LEASE

THIS GROUND LEASE is made this 1st day of August, 1980, by
and between HOUSER BROS. CO., a limited partnership
organized and existing under the laws of the State of
California in which Clifford C. Houser and Vernon F.
Houser constitute the sole general partners whose address
is Suite 204, 610 East Seventeenth Street, Santa Ana,
California 92701 (herein termed the "Landlord"), and
Robert P. Warmington whose address is 16592 Hale Avenue,
Irvine, CA 92714.

### W I T N E S S E T H:

1. **PROPERTY LEASED.** For and in consideration of the
payment of the rents and taxes and other charges and for
the performance of all of the covenants and conditions of
this Lease by Tenant, Landlord hereby leases to Tenant
those portions of Lots 1 and 2 of Tract 10542 in the City
of Huntington Beach, County of Orange, State of
California, as shown on a map recorded in Book 456, Pages
49 and 50 of Miscellaneous Maps, in the Office of the
County Recorder of Orange County, California, described as
follows:

Parcel 1

Unit 67, as shown and defined on a Condominium
Plan (the "Condominium Plan") recorded in Book 13358,
Pages 1193, et seq., Official Records of Orange
County, California, excepting that portion consisting
of buildings and other improvements.

Parcel 2

An undivided one-eightieth (1/80) interest in the
Common Area as shown and defined on the Condominium
Plan, excepting that portion consisting of buildings
and other improvements.

Parcel 3

An easement for the exclusive use and occupancy
of those portions of the Restricted Common Area as
defined on said Condominium Plan for entry and
staircases and attic space relating to said Unit,
excepting that portion consisting of buildings and
other improvements.

WPN:4077A

BK 13803 PG 641

## Parcel 4

A non-exclusive easement and right to use the Common Area as defined on said Condominium Plan, except the Restricted Common Area, excepting that portion consisting of buildings and other improvements,

(hereinafter referred to as the "leased land").

SUBJECT TO:

(a) Current taxes and assessments.

(b) Covenants, conditions, restrictions, reservations, rights, rights-of-way and easements of record.

2. TERM OF LEASE. The leased land is leased for a basic term commencing on the date this Ground Lease is recorded in the Office of the County Recorder of Orange County, California and ending on December 31, 2059, subject, however, to earlier termination as hereinafter provided.

3. RENTAL. Tenant agrees to pay to Landlord, as rental for the use and occupancy of said leased land during the term of this lease, the annual sum of Nine Hundred DOLLARS ($900) in monthly installments of $75.00 each, in advance, on the first day of calendar month of said term; provided, however, if said term commences on other than the first day of a calendar month the first installment shall be paid on such commencement date in an appropriately reduced amount. Said rent is subject to adjustment at the time and in the manner as herein provided for in Article 21 entitled "Rental Adjustment". All rentals hereunder and charges with respect thereto shall be paid in lawful money of the United States of America.

4. TAXES AND ASSESSMENTS. In addition to the rents above provided, Tenant shall pay, prior to the delinquency date thereof, all taxes and general and special assessments of every description which, during the term of this Lease, may be levied upon or assessed against the leased land and all interest therein and improvements and other property thereon, whether belonging to Landlord or Tenant, and Tenant agrees to protect and hold harmless the Landlord and the leased land and all interest therein and improvements thereon from any and all such taxes and assessments, including any interest, penalties and other expenses which may be thereby imposed and from any lien therefor or sale or other proceedings to enforce payment thereof.

5. USE OF LEASED LAND. Tenant shall use the leased land for any purposes permitted under the zoning and other land use laws and regulations applicable thereto. Tenant shall not use or permit any person to so use the leased land and the improvements thereon, or any portion thereof, as to disturb the neighborhood or occupants of adjoining property, or to constitute a nuisance, or to violate any public law, ordinance or regulation from time to time applicable thereto.

WPN: 4077A                    2

000091

BK 13803 PG 642

6. **IMPROVEMENTS.** When any construction is commenced on the leased land, the same shall be prosecuted with reasonable diligence until completed and shall conform to all public laws, ordinances and regulations applicable thereto and shall be constructed and completed at the sole cost and expense of Tenant and without any cost, expense or liability of landlord whatsoever.

7. **MAINTENANCE OF LEASED LAND.** Landlord shall not be obligated to make any repairs, alterations, additions or improvements in or to or upon or adjoining the leased land or any structure of other improvement that may be constructed or installed thereon, but Tenant shall, at all times during the full term of this Lease and at its sole cost and expense, keep and maintain all buildings, structures and other improvements on the leased land, if any, in good order and repair, and the whole of the leased land and all improvements thereto free of weeds and rubbish and in a clean, sanitary and neat condition, and Tenant shall construct, maintain and repair all facilities and other improvements which may be required at any time by law upon or adjoining or in connection with or for the use of the leased land or any part thereof, and Tenant shall make any and all additions to or alterations in any buildings and structures on said premises which may be required and shall otherwise observe and comply with any and all public laws, ordinances and regulations for the time being, applicable to the leased land, and Tenant agrees to indemnify and save harmless the Landlord against all actions, claims and damages by reason of Tenant's failure to keep and maintain said premises and any buildings and improvements thereon as hereinabove provided, or by reason of its nonobservance or nonperformance of any law, ordinance and regulation applicable thereto.

8. **RESTORATION OF IMPROVEMENTS.** If, during the term hereof, the dwelling, structures or other improvements, if any, constructed by or for Tenant on the leased land, or any part thereof, shall be damaged or destroyed by fire or other casualty, Tenant may, at its cost and expense, either (a) repair or restore said dwelling and improvements; or (b) subject to the consent of any encumbrancer, if any, tear down and remove the same from the leased land.

9. **LIENS AND CLAIMS.** Tenant shall not suffer or permit to be enforced against Landlord's title to the leased land, or any part thereof, any lien, claim or demand arising from any work of construction, repair, restoration, maintenance or removal as herein provided or otherwise arising, except liens, claims or demands suffered by or arising from the actions of Landlord, and Tenant shall pay all such liens, claims and demands before any action is brought to enforce the same against said land. Tenant agrees to hold Landlord and the leased land free and harmless from all liability for any and all such liens, claims or demands, together with all costs and expenses, including, but not limited to, reasonable attorneys' fees and court costs incurred by Landlord in connection therewith. Landlord shall have the right at

WPN: 4077A                    3

any time to post and maintain on the leased land such notices as may be necessary to protect landlord against liability for all such liens or otherwise. Notwithstanding anything to the contrary contained in this Article, if Tenant shall, in good faith, contest the validity of any such lien, claim or demand, the Tenant shall, at its expense, defend itself and landlord against the same and shall pay and satisfy any adverse judgment that may be rendered thereon before the enforcement thereof against Landlord or the leased land, and if Landlord shall require, Tenant shall furnish to Landlord a surety bond satisfactory to Landlord in an amount equal to such contested lien, claim or demand, indemnifying Landlord aainst liability for same, or if Landlord shall request, Tenant shall procure and record the bond provided for in Section 3143 of the California Code of Civil Procedure, or any comparable statute hereafter enacted providing for a bond freeing the leased land from the effect of such lien or claim or action thereon.

10.  **LIABILITIES.**  Landlord shall not be liable for any loss, damage or injury of any kind whatsoever to the person or property of Tenant, or any of Tenant's employees, guests or invitees or of any other person whomsoever, caused by any use of the leased land or by any defect in any building, structure or other improvement constructed thereon, or arising from any accident on the leased land or any fire or other casualty thereon, or occasioned by the failure on the part of Tenant to maintain said premises in safe condition, or by any nuisance made or suffered on the leased land, or any improvements thereto, or by any act or omission of Tenant, or of any member of Tenant's family or of Tenant's employees, guests or invitees, or arising from any other cause whatsoever, and Tenant hereby waives on its behalf all claims and demands against Landlord for any such loss, damage or injury of Tenant, and hereby agrees to indemnify and save Landlord free and harmless from liability for any such loss, damage or injury of other persons, and from all costs, expenses and other charges arising therefrom and in connection therewith.

11.  **LANDLORD PAYING CLAIMS.**  Should Tenant fail or refuse to pay any tax, assessment or other charge upon the leased land when due and payable as provided herein, or any lien or claim arising out of the construction, repair, restoration, maintenance and use of the leased land and the buildings and improvements thereon, or any other claim, charge or demand which Tenant has agreed to pay under the covenants of this Lease, and if after thirty (30) days written notice from landlord to Tenant and to its authorized encumbrancer, if any, Tenant or its said encumbrancer shall fail or refuse to pay and discharge the same, then Landlord may, at its option, pay such tax, assessment, lien, claim, charge or demand, or settle or discharge any action therefor or judgment thereon, and all costs, expenses and other sums incurred or paid by Landlord in connection therewith shall be repaid to Landlord by Tenant upon written demand, together with interest thereon at the rate of ten (10%) percent per annum from the date of payment until repaid, and any

WPN: 4077A                    4

BK 13803 PG 644

default in such repayment shall constitute a breach of the covenants and conditions of this Lease. Notwithstanding the forgoing, if Tenant shall in good faith contest the validity of any tax or assessment levied against the leased land, then Tenant may withhold payment thereof pending settlement of its claim or pay the same under protest; and, in either case, at Tenant's expense, shall defend itself and landlord against the same and shall pay and satisfy any adverse judgment that may be rendered thereon before the enforcement thereof against Landlord or the leased land.

12.   ASSIGNMENT.   Tenant shall have the right to assign, sublet or otherwise transfer its interest under this Lease without the prior written consent of Landlord. Notwithstanding the foregoing, this Lease or any right hereunder shall in no case be assigned separate and apart from the Tenants interest in the improvements located on the leased land. Also notwithstanding the foregoing, Landlord shall accept Tenant's assignee in writing following a request therefor.

13.   ENCUMBRANCES.   Tenant shall have the right to assign Tenant's interest in this Lease and the leased land to a trustee under a deed of trust (herein called "trust deed"), for the benefit of a lender (herein called "encumbrancer") upon and subject to the following covenants and conditions.  Landlord's consent shall not be required for such assignment, but Landlord shall execute its written consent to such assignment by trust deed following a request therefor from Tenant:

     A.   Said trust deed and said assignment and all rights acquired thereunder shall be subject to each and all of the covenants, conditions and restrictions set forth in this Lease and to all rights and interests of the Landlord hereunder; and, in the event of any conflict between the provisions of this Lease and the provisions of any such trust deed or assignment, the provisions of this Lease shall control.

     B.   Any encumbrancer as a transferee under the provisions of this Article shall be liable to perform the obligations of the Tenant under this Lease only so long as such encumbrancer holds title to the leasehold.

     C.   Upon and immediately after the recording of the trust deed covering the leased land, Tenant, at Tenant's expense, shall cause to be recorded in the office of the Recorder of Orange County, California, a written request for a copy, to the Landlord, of any notice of default and of any notice of sale under the trust deed as provided by the statutes of the State of California relating thereto. Tenant shall furnish to landlord a complete copy of the trust deed and note secured thereby, together with the name and address of the holder thereof.

     D.   Landlord agrees that it will not terminate this Lease because of any default or breach hereunder on the part of the Tenant if the encumbrancer or the trustee under such deed of trust, within ninety (90) days after service of written notice on the encumbrancer by Landlord

WPN: 4077A                    5

BK 13803PG 645

of its intention to terminate this Lease for such default or breach, shall:

    (a) Cure such default or breach if the same can be cured by the payment or expenditure of money provided to be paid under the terms of this Lease, or if such default or breach is not so curable, cause the trustee under the trust deed to commence and thereafter to diligently pursue to completion steps and proceedings for the foreclosure by sale or by exercise of a power of sale under and pursuant to the trust deed in the manner provided by law; and

    (b) Keep and perform all of the covenants and conditions of this Lease requiring the payment or expenditure of money by Tenant until such time as said leasehold shall be sold upon foreclosure, or by exercise of a power of sale, pursuant to the trust deed or shall be released or reconveyed thereunder; provided, however, that if the beneficiary under such trust deed shall fail or refuse to comply with any and all of the conditions of this Article with respect to a breach or default as to which notice of intention to terminate this Lease has been given to the encumbrancer, then and thereupon Landlord shall be released from the covenants of forebearance herein contained with respect to such breach or default.

Any notice to the encumbrancer provided for in this Article may be given concurrently with or after Landlord's notice of default to Tenant as herein provided for in the Article entitled "Termination".

14. TERMINATION. Should Tenant fail to pay any installment of rent or any other sum provided in this Lease to be paid by Tenant at the times herein specified and should such default continue uncured for a period of thirty (30) days after written notice from Landlord, or should Tenant default in the performance of or breach any other covenant, condition or restriction of this Lease herein provided to be kept or performed by Tenant, and should such default or breach continue uncured for a period of sixty (60) days from and after written notice thereof by Landlord to Tenant, then and in any such event, Landlord may declare this Lease to be in default and Landlord shall have all of the remedies available at law or stated in the Article entitled "Remedies" or elsewhere provided in this Lease.

15. REMOVAL. Upon the expiration of the term of this Lease, and on condition that Tenant shall not then be in default under any of the covenants and conditions hereof, and not otherwise, Tenant shall have the right during the last ninety (90) days of said term, at its sole expense, to remove from the leased land all buildings and other improvements thereon, and Tenant shall fill all excavations and remove all parts of said buildings remaining after the same are removed and surrender possession of the leased land to Landlord in a clean and orderly condition. In the event any of said buildings and other improvements shall not be removed from the leased

WPN: 4077A            6

000095

BK 13803 PG 646

land within the time hereinabove provided, the same shall become and thereafter remain a part of the leased land and shall belong to Landlord without the payment of any consideration therefor. Upon the expiration of the term hereof, or any sooner termination of this Lease, Tenant shall execute, acknowledge and deliver to Landlord a proper instrument in writing releasing and quitclaiming to Landlord all right, title and interest of Tenant in and to the leased land and any and all improvements thereon, if not removed by virtue of this Lease or otherwise.

16.  **PLACE OF PAYMENTS AND NOTICES.** All rents and other sums payable by Tenant to Landlord hereunder shall be paid to the Landlord at the address set forth after Landlord's name above. Whenever either party hereto desires to give written notice to the other respecting this Lease, such notice, if not personally delivered to Landlord or to Tenant, shall be sent by certified or registered mail, with postage prepaid, and directed to either party at the address hereinabove specified, or at such other address as either party may hereafter designate in writing. The service of any such written notice shall be deemed complete at the time of such personal delivery or within two (2) days after the mailing thereof in Orange County, California, as herein provided. Should Landlord or Tenant consist of more than one person, the personal delivery or mailing of such notice to any one of such persons shall constitute complete service upon all such persons. Any notice provided in the Article hereof entitled "Encumbrances" to be given by Landlord to any encumbrancer of Tenant shall be served in the same manner as herein provided in this Article and shall be delivered to the encumbrancer or directed to its address as last shown on the records of Landlord.

17.  **REMEDIES.** Should Tenant at any time be in default hereunder pursuant to the provisions of the Article hereof entitled "Termination", then notwithstanding Tenant's breach of this Lease and abandonment of the leased land, this Lease shall continue in effect so long as Landlord does not terminate Tenant's right to possession and Landlord may enforce all of its rights and remedies hereunder, including, at the option of Landlord:

A.  The right to declare the term hereof ended and with process of law to reenter the leased land and take possession thereof and remove all persons therefrom, and Tenant shall have no further claim thereon or hereunder; or

B.  The right to collect rent and other charges as the same may from time to time become due and to bring actions for such collections without terminating this Lease, and to thereafter at any time elect to terminate this Lease and all of the rights of Tenant in or to the leased land.

Should Landlord elect to terminate the Lease, Landlord shall be entitled to recover the worth at the time of the award of the amount by which the unpaid rent for the balance of the term, after the time of the award, exceeds the amount of the rental loss for the same period that Tenant proves could be reasonably avoided, together with

WPI : 4077A                7

000096

BK 13803PG 647

the rent then unpaid, if any, together with any other remedy permitted under California Civil Code Section 1951.2 or any other similar statute hereafter enacted.

If Landlord shall elect to reenter the leased land under the provisions of A or B above, Landlord shall not be liable for damages by reason of such reentry.

Notwithstanding any other provision of this Lease, Landlord agrees that if the default complained of, other than for the payment of monies, is of such nature that the same cannot be cured within the period specified above, then such default shall be deemed to be cured if Tenant, within such period, shall have commenced the curing thereof and shall continue thereafter with all due diligence to cause such curing and does so complete the same with the use of such diligence.

Each of the terms, covenants, conditions and provisions of Tenant under this Lease is a material consideration for this Lease, the breach of which shall be deemed a default hereunder. All rights, options and remedies of Landlord contained in this Lease shall be construed and held to be cumulative, and no one of them shall be exclusive of the other, and Landlord shall have the right to pursue any one or all of such remedies or any other remedy or relief which may be provided by law, whether or not stated in this Lease. No waiver by Landlord of a breach of any of the terms, covenants or conditions of this Lease by Tenant shall be construed or held to be a waiver of any succeeding or preceding breach of the same or any other term, covenant or condition herein contained. No waiver of any default of Tenant hereunder shall be implied from any omission by Landlord to take any action on account of such default if such default persists or is repeated, and no express waiver shall affect default other than as specified in said waiver. The consent or approval by Landlord to or of any act by Tenant requiring Landlord's consent or approval shall not be deemed to waive or render unnecessary Landlord's consent or approval to or of any subsequent similar acts by Tenant.

In the event any action shall be instituted between Landlord and Tenant in connection with this Lease, the party prevailing in such action shall be entitled to recover from the other party all of its costs, including reasonable attorneys' fees, as fixed by the court therein.

18. REPRESENTATIONS. Tenant covenants and agrees that it has examined the leased land and that the same is delivered to it in good order and condition and that no representations as to said land have been made by Landlord or by any person or agent acting for Landlord, and it is agreed that this document contains the entire agreement between the parties hereto and that there are no verbal agreements, representations, warranties or other understandings affecting the same.

19. HOLDING OVER. This Lease shall terminate and become null and void without further notice upon the expiration of said term. Any holding over shall not constitute a

WPN: 4077A                    8

000097

BK 13803PG 648

renewal hereof, but the tenancy shall thereafter be on a month-to-month basis and otherwise on the same terms and conditions as herein set forth.

20.  **EMINENT DOMAIN.**

A.  **Definition of Terms.**  The term "total taking", as used in this Article, means the taking of the entire leased land under the power of eminent domain or the taking of so much of said land as to prevent or substantially impair the use thereof by Tenant for the uses and purposes hereinabove provided.

The term "partial taking" means the taking of a portion only of the leased land which does not constitute a total taking as defined above.

The term "taking" shall include a voluntary conveyance by Landlord to an agency, authority or public utility under threat of a taking under the power of eminent domain in lieu of formal proceedings.

The term "date of taking" shall be the date upon which title to the leased land or portion thereof passes to and vests in the condemnor.

The term "leased land" means the real property belonging to Landlord, together with any and all improvements placed thereon by Landlord or to which Landlord has gained title.

B.  **Effect of Taking.**  If, during the term hereof, there shall be a total taking or partial taking under the power of eminent domain, then the leasehold estate of Tenant in and to the leased land or the portion thereof taken shall cease and terminate as of the date of taking of the said land.  If this Lease is so terminated, in whole or in part, all rentals and other charges payable by Tenant to Landlord hereunder and attributable to the leased land or portion thereof taken shall be paid by Tenant up to the date of taking by the condemnor and the parties shall thereupon be released from all further liaility in relation thereto.

C.  **Allocation of Award - Total Taking.**  All compensation and damages awarded for the total taking of the leased land and Tenant's leasehold interest therein shall be allocated a follows:

(a)  Tenant shall be entitled to an amount equal to the sum of the following:

(i)  The then fair market value of all of the improvements located on the leased land; and

(ii)  The then fair market value of the Tenant's leasehold interest in the leased land.

(b)  Landlord shall be entitled to the amount remaining of the total award after deducting therefrom the sums to be paid to Tenant as hereinabove provided.

WPN: 4077A                     9

000098

BK 13803 PG 648

D. **Allocation of Award - Partial Taking.** All compensation and damages awarded for the taking of a portion of the leased land shall be allocated and divided as follows:

(a) Tenant shall be entitled to an amount equal to the sum of the following:

(i) The proportionate reduction of the fair market value of the improvements located on the leased land; and

(ii) The proportionate reduction of the fair market value of Tenant's leasehold interest in the leased land.

(b) Landlord shall be entitled to the amount remaining of the total award after deducting therefrom the sums to be paid to Tenant as hereinabove provided.

E. **Reduction of Rent on Partial Taking.** In the event of a partial taking, the rent payable by Tenant hereunder shall be adjusted from the date of taxing to the next rental adjustment date or to the date of the expiration of the term of this Lease, whichever date is sooner. Such rental adjustment will be made by reducing the basic rental payable by the Tenant in the ratio that the fair market value of the leased land at the date of taking bears to the fair market value of the leased and immediately thereafter.

F. **Determination of Fair Market Value.** Whenever fair market value must be determined for the purposes of this Article, and the parties fail to agree in writing on such fair market value within ten (10) days of a request for such agreement from either party, then fair market value shall be determined by the arbitration procedure set forth in the Article entitled "Rental Adjustment".

21. **RENTAL ADJUSTMENT.** Effective January 1, 2000, January 1, 2020 and January 1, 2040, the annual rental payer hereunder shall be adjusted to a sum equal to 8% of the unimproved fair market value of the Leased Land. After any such adjustment of rent, Tenant shall pay to Landlord such rent as so adjusted during the period applicable thereto at the times and in the manner herein provided for in the Article entitled "Rental"; provided, however, in no event shall the rental, as so adjusted, be less than the initial rental in the Article of this Lease entitled "Rental".

If, by January 1, 2000, January 1, 2020 or January 1, 2040 (as the case may be), the parties hereto shall have failed to agree upon such adjusted rental, then and thereupon the fair market value of the leased land and the amount of rental to be adjusted in relation thereto, as hereinafter provided, shall be determined by arbitration as follows: within ten (10) days after the date set for determining fair market value, each of the parties hereto shall appoint in writing an arbitrator and give written

WPN: 4077A                    10

BK 13803 PG 650

notice thereof to the other party; or, in case of the
failure of either party so to do, the other party may
apply to the Superior Court of Orange County, California,
to appoint an arbitrator to represent the defaulting party
in the manner prescribed in the then existing statutes of
the State of California applicable to arbitration, the
provisions of which statutes shall apply to and govern the
arbitration herein provided for with the same effect as
though incorporated herein. Within ten (10) days after
the appointment of said two (2) arbitrators (in either
manner) they shall appoint in writing a third arbitrator
and give written notice thereof to Landlord and Tenant,
and if they shall fail to do so, then either party hereto
may make application to said Superior Court to appoint
such third arbitrator in the manner prescribed in said
arbitration statutes. The three (3) arbitrators so
appointed (in either manner) shall promptly fix a
convenient time and place in the County of Orange for
hearing the matter to be arbitrated and shall give
reasonable written notice thereof to each of the parties
hereto and with reasonable diligence shall hear and
determine the matter in accordance with the provisions
hereof and of said arbitration statutes, and shall execute
and acknowledge their award thereon in writing and cause a
copy thereof to be delivered to each of the parties hereto
and the award of a majority of said arbitrators shall
determine the questions arbitrated, and a judgment may be
rendered by said Superior Court confirming said award or
the same may be vacated, modified or corrected by said
Court at the instance of either of the parties hereto in
accordance with said arbitration statutes, and said
judgment shall have the force and effect as provided in
said statutes.

Each of the parties hereto shall pay for the services of
its appointee, attorneys and witnesses and one-half (1/2)
of all other proper costs of arbitration. Pending the
final decision of such adjusted rental, Tenant shall pay
to Landlord the amount of rent previously payable under
the Article of this Lease entitled "Rental". If such
adjusted rental, as finally determined, shall exceed the
amount of the previous rental, the excess amount accruing
during the interim period shall be paid by Tenant to
Landlord within thirty (30) days after the final
determination of said adjusted rental. If such adjusted
rental, as finally determined, shall be less than such
previous rental, the amount of any excess paid by Tenant
during said interim period shall be credited against the
first rentals thereafter payable hereunder.

22. DRAINAGE AND FILL. Tenant shall cause all drainage
of water from the leased land and improvements thereon to
drain or flow into adjacent streets and not upon adjoining
property, and Tenant shall so maintain all slopes or
terraces on the leased land as to prevent any erosion
thereof upon such streets or adjoining property.

23. ENCROACHMENTS. If a dwelling house is constructed on
the leased land, the wall or walls of which adjoin the
wall or walls of a dwelling constructed on a contiguous
lot, any such wall shall be considered to adjoin and abut
the wall of the contiguous lot against the surface from
the bottom of the foundation over the full length and

WPN: 4077A                    11

BK 13503 PG 651

height of any building so erected for residential purposes. Both Tenant and lessees of contiguous lots shall have a reciprocal easement appurtenant to each of said lots over said contiguous lots for the purpose of accommodating any encroachment of any wall of any dwelling house.

Tenant and the lessees of contiguous lots shall have a reciprocal easement appurtenant to each of said lots over said contiguous lots for the purpose of accommodating any natural settlement of any structures located on any of said lots.

Should there be found to exist any party wall or party fence, the agreement between Tenant and the lessee of a contiguous lot or lots shall be that the lessees of the contiguous lots who have a party wall or party fence shall equally have the right to the use of such wall or fence, and such wall shall be considered to adjoin and abut against the surface from the bottom of the foundation over the full length and height of any building so erected. Such rights of use shall be as not to interfere with the use and enjoyment of the lessees of adjoining lots; and, in the event that any such party wall or fence is damaged or injured from any cause other than the act or negligence of one of the lessees, the same shall be repaired or rebuilt at their joint expense.

24.    CONSTRUCTION AND EFFECT. Time is of the essence of this Lease. The article headings herein are used only for the purpose of convenience and shall not be deemed to limit the subject to the articles hereof or to be considered in the construction thereof. Each and all of the obligations, covenants, conditions and restrictions of this Lease shall be deemed as running with the land and shall inure to the benefit of and be binding upon and enforceable against, as the case may require, the successors and assigns of Landlord and the heirs, executors, legal representatives, encumbrancers, assignees, successors and subtenants of Tenant. If Tenant consists of more than one person, the covenants and obligations of Tenant hereunder shall be the joint and several covenants and obligations of such persons. In this Lease, the masculine gender includes the feminine and the neuter, and the singular number includes the plural, whenever the context so requires.

25.    NON-DISTURBANCE. No mortgage or deed of trust placed on the leased land by Landlord shall be superior to the interest of Tenant herein, unless Landlord and Tenant execute an agreement in recordable form satisfactory to the Tenant that in the event of judicial or private foreclosure, or deed in lieu of foreclosure, or any other action taken by such mortgagee or beneficiary, this Lease and the rights of Tenant hereunder shall not be disturbed by reason of any such foreclosure or other action but shall continue in full force and effect so long as this Lease shall remain in full force and effect and that in the event of any conflict between the terms of this Lease and any such mortgage or deed of trust with regard to insurance or condemnation proceeds or any other provisions of the Lease or the mortgage or the deed of trust, the terms and provisions of this Lease shall prevail.

WPN: 4077A                        12

BK 13803PG 652

26. **ESTOPPEL CERTIFICATES**. Landlord and Tenant shall at any time and from time to time, upon not less than ten (10) days prior written request by the other party or parties to this Lease, execute, acknowledge and deliver to such party or parties a statement in writing certifying that this Lease is unmodified and in full force and effect (or if there has been any modification thereof that the same is in full force and effect as modified and stating the modification or modifications) and that there are no defaults existing (or if there is any claimed default stating the nature and extent thereof); and stating the dates to which the rent and other charges have been paid in advance. It is expressly understood and agreed that any such statement delivered pursuant to this section may be relied upon by any prospective assignee or sublessee of the leasehold estate, or estates of Tenant, or any prospective purchaser of the estate of Landlord, or any lender or prospective assignee of any lender on the security of the leased land or the fee estate or any part thereof, or upon the leasehold estate of Tenant or any part thereof, and any third person.

27. **CONDOMINIUM SUBLEASE**.

(a)   Landlord hereby agrees with Tenant for the benefit of the Condominium Owner/Subtenant under any Condominium Subleases that:

(i)   So long as such Condominium Owner/Subtenant is not in default in the payment of rental or other charges due under the Condominium Sublease or in the performance of any of the other terms, covenants or conditions of the Condominium Sublease on such Condominium Owner/Subtenant's part to be performed, such Condominium Owner/Subtenant's possession of the Lot subject to such Condominium Sublease and Condominium Owner/Subtenant's other rights and privileges under the Condominium Sublease shall not be interfered with by the Landlord, its successors or assigns.

(ii)   Should this Lease be terminated prior to the expiration of the term hereof or any extensions of said term for any reason whatsoever, including without limitation, as a result of Tenant's breach thereof or default thereunder, the Condominium Sublease shall continue in full force and effect as a direct lease between Landlord and the Condominium Owner/Subtenant under the Condominium Sublease, upon and subject to all of the terms, covenants and conditions of the Condominium Sublease for the balance of the term thereof remaining, provided that such Condominium Owner/Subtenant attorns to Landlord in writing. Notwithstanding the foregoing, Landlord shall not be bound by any act or omission of Tenant as the prior sublessor under the Condominium Sublease. Landlord shall not be bound by any prepayment of rent (other than through the Payment Agreement referred to in subparagraph 27(c) hereof or other charges which such Condominium Owner/Subtenant might have paid

WPN: 4077A                    13

BK 13803 PG 653

for more than three (3) months in advance to
Tenant as the prior sublessor, and Landlord shall
not be bound by any amendment to or modification
of any Condominium Sublease or by any waiver or
forbearance on the part of Tenant as the prior
sublessor thereunder made or given without the
written consent of Landlord.

(b) If, the provisions of the foregoing
notwithstanding, a Condominium Sublease is
terminated by reason of any termination of this
Lease, it is hereby agreed that the Condominium
Owner/Subtenant under such Condominium Sublease
and Landlord shall enter into a new lease upon
the terms and conditions of the Condominium
Sublease for the then remaining balance of the
term of the Condominium Sublease.

(c) In the event that such Condominium Subleases
shall call for the payment of rent less
frequently than quarter annually, the provisions
of subparagraph 27(a) shall only be applicable if
Landlord and Tenant enter into a Payment
Agreement under the terms of which all rental to
be paid by Condominium Owner/Subtenant under the
terms of the Condominium Sublease will be paid to
a neutral depository, such as a bank, savings and
loan, trust company or escrow company. Such
neutral depository shall be instructed to remit
to lessor from such sum collected the amount due
under this Lease.

IN WITNESS WHEREOF, the parties hereto have executed this
Lease as of the day and year first above written.

HOUSER BROS. CO., a limited
partnership

By _____
General Partner

By _____
General Partner

"Landlord"

_____
Robert P. Warmington

"Tenant"

WPN: 4077A                    14

000103

BK 13803 PG 654

STATE OF     CALIFORNIA          )
                                 )  ss.
COUNTY OF    ORANGE              )

On _August 13_ , 1980, before me the
undersigned, a Notary Public in and for said State,
personally appeared Vernon and Clifford Houser , known
to me to be     two          of the partners
of the partnership that executed the within Instrument,
and acknowledged to me that such partnership executed the
same.

WITNESS my hand and official seal.

OFFICIAL SEAL
PEARL L. HUNT
NOTARY PUBLIC - CALIFORNIA
ORANGE COUNTY
My Commission Expires Mar 25, 1983

_Pearl L. Hunt_
Notary Public

[Seal]

STATE OF     CALIFORNIA          )
                                 )  ss.
COUNTY OF    ORANGE              )

On _August 1_ , 1980, before me the
undersigned, a Notary Public in and for said State,
personally appeared _____ ROBERT P. WARMINGTON _____ ,
known to me to be the person whose name is subscribed to
the within Instrument, and acknowledged to me that _he_
executed the same.

WITNESS my hand and official seal.

OFFICIAL SEAL
PEARL L. HUNT
NOTARY PUBLIC - CALIFORNIA
ORANGE COUNTY
My Commission Expires Mar 25, 1983

_Pearl L. Hunt_
Notary Public

[Seal]

F No 4977A                    15

RECORDED IN

000104

Tax Map - myFirstAm                                                    https://www.myfirstam.com/Polygon/MapSearch



**my FirstAm®  Tax Map**                    **4476 Alderport Dr #53, Huntington Beach, CA 92649**



Tax Map - myFirstAm

https://www.myfirstam.com/Polygon/MapSearch

THIS MAP WAS PREPARED FOR ORANGE COUNTY
ASSESSOR DEPT. PURPOSES ONLY. THE ASSES-
SOR MAKES NO GUARANTEE AS TO ITS ACCURACY
NOR ASSUMES ANY LIABILITY FOR OTHER USES.
NOT TO BE REPRODUCED. ALL RIGHTS RESERVED.
©COPYRIGHT ORANGE COUNTY ASSESSOR

PROJECT 937-63
LOCATED ON A.P. 178-771-03



1"=200'

TRACT

LOT 1
3.468AC.

LOT 2
4.137AC.

NO. 10542

---

CONDOMINIUM
INDEX, TRACT NO. 10542
PROJECT NO. 937-63    TRACT NO. 10542    NO. LOTS 2    A.P. NO. 178-771-03

| Billing No. | Located on Lot | Unit No. | Common Area |
|---|---|---|---|
| 937-63-001 | Lot 2 | 1 | Und 1/80 Int in Lots 1 & 2 |
| 937-63-002 | " | 2 | " |
| 937-63-003 | " | 3 | " |
| 937-63-004 | " | 4 | " |
| 937-63-005 | " | 5 | " |
| 937-63-006 | " | 6 | " |
| 937-63-007 | " | 7 | " |
| 937-63-008 | " | 8 | " |
| 937-63-009 | " | 9 | " |
| 937-63-010 | " | 10 | " |
| 937-63-011 | " | 11 | " |
| 937-63-012 | " | 12 | " |
| 937-63-013 | " | 13 | " |
| 937-63-014 | " | 14 | " |
| 937-63-015 | " | 15 | " |
| 937-63-016 | " | 16 | " |
| 937-63-017 | " | 17 | " |
| 937-63-018 | " | 18 | " |
| 937-63-019 | " | 19 | " |
| 937-63-020 | " | 20 | " |
| 937-63-021 | " | 21 | " |
| 937-63-022 | " | 22 | " |
| 937-63-023 | " | 23 | " |
| 937-63-024 | " | 24 | " |
| 937-63-025 | " | 25 | " |
| 937-63-026 | " | 26 | " |
| 937-63-027 | " | 27 | " |
| 937-63-028 | " | 28 | " |
| 937-63-029 | " | 29 | " |
| 937-63-030 | " | 30 | " |
| 937-63-031 | " | 31 | " |
| 937-63-032 | " | 32 | " |
| 937-63-033 | " | 33 | " |
| 937-63-034 | " | 34 | " |
| 937-63-035 | " | 35 | " |
| 937-63-036 | " | 36 | " |
| 937-63-037 | " | 37 | " |
| 937-63-038 | " | 38 | " |
| 937-63-039 | " | 39 | " |
| 937-63-040 | " | 40 | " |

Page 2 of 2

178-77

THIS MAP WAS PREPARED FOR ORANGE COUNTY
ASSESSOR DEPT. PURPOSES ONLY. THE ASSES-
SOR MAKES NO GUARANTEE AS TO ITS ACCURACY
NOR ASSUMES ANY LIABILITY FOR OTHER USES.
NOT TO BE REPRODUCED. ALL RIGHTS RESERVED.
©COPYRIGHT ORANGE COUNTY ASSESSOR

CONDOMINIUM
INDEX, TRACT NO. 10542
PROJECT NO. 937-63    TRACT NO. 10542    NO. LOTS 2    A.P. NO. 178-771-03

| Billing No. | Located on Lot | Unit No. | Common Area |
|---|---|---|---|
| 937-63-041 | Lot 1 | 41 | Und 1/80 Int in Lots 1 & 2 |
| 937-63-042 | " | 42 | " |
| 937-63-043 | " | 43 | " |
| 937-63-044 | " | 44 | " |
| 937-63-045 | " | 45 | " |
| 937-63-046 | " | 46 | " |
| 937-63-047 | " | 47 | " |
| 937-63-048 | " | 48 | " |
| 937-63-049 | " | 49 | " |
| 937-63-050 | " | 50 | " |
| 937-63-051 | " | 51 | " |
| 937-63-052 | " | 52 | " |
| 937-63-053 | " | 53 | " |
| 937-63-054 | " | 54 | " |
| 937-63-055 | " | 55 | " |
| 937-63-056 | " | 56 | " |
| 937-63-057 | " | 57 | " |
| 937-63-058 | " | 58 | " |
| 937-63-059 | " | 59 | " |
| 937-63-060 | " | 60 | " |
| 937-63-061 | " | 61 | " |
| 937-63-062 | " | 62 | " |
| 937-63-063 | " | 63 | " |
| 937-63-064 | " | 64 | " |
| 937-63-065 | " | 65 | " |
| 937-63-066 | " | 66 | " |
| 937-63-067 | " | 67 | " |
| 937-63-068 | " | 68 | " |
| 937-63-069 | " | 69 | " |
| 937-63-070 | " | 70 | " |
| 937-63-071 | " | 71 | " |
| 937-63-072 | " | 72 | " |
| 937-63-073 | " | 73 | " |
| 937-63-074 | " | 74 | " |
| 937-63-075 | " | 75 | " |
| 937-63-076 | " | 76 | " |
| 937-63-077 | " | 77 | " |
| 937-63-078 | " | 78 | " |
| 937-63-079 | " | 79 | " |
| 937-63-080 | " | 80 | " |

11/15/19, 10:26 AM

000106









Branch :A14,User :2004                          Comment:                                    Station Id :M3Y7

RECORDING REQUESTED BY
CHICAGO TITLE COMPANY
AND WHEN RECORDED MAIL TO

SANDRA BRADLEY
18 MEADOW BROOK DR
COTO DE CAZA, CA 92679

Recorded in Official Records, Orange County
Tom Daly, Clerk-Recorder

|||||||||||||||||||||||||||||||      30.00

**2009000633802 04:05pm 11/23/09**

401 59 A34 A04 A12 5

0.00 0.00 0.00 0.00 12.00 0.00 0.00 0.00

Escrow No. -
Order No. 985040290 - S32

——————— SPACE ABOVE THIS LINE FOR RECORDERS USE ———————

ASSIGNMENT OF CONDOMINIUM SUBLEASE

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
( Additional recording fee applies )

CPFR4 - 11/13/96bk

B0432-9235 09/24/2021 11:20 PM Received by California Secretary of State

Branch :A14,User :2004                    Comment:                              Station Id :M3Y7

B0432-9236 09/24/2021 11:20 PM Received by California Secretary of State

**WHEN RECORDED MAIL TO:**
(Assignee's Name & Address)
SANDRA BRADLEY
18 MEADOW BROOK DR
COTA DE CAZA CA 92679

*NO CONSIDERATION*
*TERM OF*
*LEASE LESS*     **ASSIGNMENT OF CONDOMINIUM SUBLEASE**
*THAN 94 YEARS.*

    For valuable consideration, receipt of which is hereby acknowledged, the undersigned
LARRY W. RIDER AND TERRI A. RIDER HUSBAND AND WIFE AS JOINT TENANTS , hereby
transfers and assigns to SANDRA L. BRADLEY A WIDOW
all right, title and interest of the undersigned, as Tenant, in and under that certain Condominium
Sublease dated August 1, 1980, by and between ROBERT P. WARMINGTON, an individual, as
Landlord, which interest was subsequently assigned to BS INVESTORS, LLC by mesne assignments
of record, and JOHN F. TURNER AND VIRGINIA H TURNER HUSBAND AND WIFE AS JOINT
TENANTS
as Tenant, recorded on NOVEMBER 7, 1980    in Book 13824 , Page 1274  inclusive, as
Instrument No. 9694  of Official Records of Orange County, California, as amended by the First
Amendment to Condominium Sublease recorded on AUG 28, 2003  as Instrument No.
2003 001044770. The property that is the subject of the Sublease is described as follows:

Unit 53 of Tract 10542. Legal Description contained on Exhibit "A" attached hereto and made
a part hereof. TOGETHER WITH all buildings and other improvements on said land.

DATED: 11/19/2009 _____          _____
                                              Assignor (s)

STATE OF CALIFORNIA   )
                       ) ss.
COUNTY OF ORANGE

On 11 19 2009 , before me, ANTHONY H. DUONG , personally appeared
LARRY W. RIDER & TERRI A. RIDER , who proved to me on the basis of
satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument
and acknowledged to me that he/she/they executed the same in his/her/their authorized
capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity
upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the
foregoing paragraph is true and correct.

WITNESS my hand and official seal.

                                      ANTHONY H. DUONG
                                      COMM. #1857553
                                    NOTARY PUBLIC - CALIFORNIA
                                      ORANGE COUNTY
                                      My Comm. Expires April 11, 2010

_____
Signature of Notary Public                   (This space for notarial seal)

                        Page 1 of 2

J:UC FBRM\Masters-BSN\MASTER-OHB-Assignment of Condominium Sublease with Notary.doc

Branch :A14,User :2004                          Comment:                                    Station Id :M3Y7

11/17/2009 14:28 FAX                                                             ☑009

## ASSIGNMENT OF CONDOMINIUM SUBLEASE

### ACCEPTANCE AND AGREEMENT

The undersigned Assignee named in the foregoing Assignment (if more than one, then jointly
and severally) hereby accepts said Assignment and hereby agrees with and for the benefit of the
Landlord, under the Sublease described in said Assignment, to keep, perform and be bound by
all of the terms, covenants and conditions contained in said Sublease as amended by the First
Amendment to Condominium Sublease on the part of the Tenant therein to be kept and
performed, to all intents and purposes as though the undersigned Assignee was the original
Tenant thereunder.  Assignee agrees to pay Landlord a late fee equal to 6% of any rent or other
payment due under the Sublease which is not received by Landlord within ten (10) days of its
due date.  Said late fee is in addition to the interest due on unpaid installment indebtedness of
10% as provided in Article 17(A) of the Condominium Sublease.  The undersigned Assignee
agrees to pay attorneys fees and cost incurred by Landlord to collect rent or other payment under
the Sublease or to otherwise enforce Landlord's rights under the Sublease.

DATED: ___11/17/09___                          _____
                                                Assignee (s)

                                               _____

STATE OF ~~CALIFORNIA~~ Missouri  )
                                  s
COUNTY OF ~~ORANGE~~ St Louis City ) ss.

On __November 17, 20__ before me, __Kenneth J. Ball__, personally appeared
__Sandra L. Bradley_____, who proved to me on the basis of
satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument
and acknowledged to me that he/she/they executed the same in his/her/their authorized
capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity
upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the
foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Signature of Notary Public                      (This space for notarial seal)

```
KENNETH J. BALL
Notary Public-Notary Seal
State of Missouri, Saint Louis City
Commission # 09703489
My Commission Expires Aug 10, 2013
```

                              Page 2 of 2

J:\JC PERM\Masters-BSI\MASTER-GHB-Assignment of Condominium Sublease with Notary.doc

--------------------------------------------------

176

**RECORDING REQUESTED BY:**
Jamie Gallian
4476 Alderport Dr.
Huntington Beach, CA
92649

**AND WHEN RECORDED MAIL TO:**
Jamie Gallian
4476 Alderport Dr.
Huntington Beach, CA
92649

Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder

33.00
*$ R 0 0 0 9 1 4 7 5 4 1 $*
2017000116815 8:25 am 03/23/17
276 415 A34 A04 F14    θ
0.00 0.00 0.00 0.00 15.00 0.00 0.00 0.00

**TITLE OF DOCUMENT:** Assignment of Condominium
SubLease
Lease from present to 2059

Transfer Tax exempt. this Lease is a
Gift between family Members.

2T
6P
2FF
cc
2cY

ORANGE,CA                                Page 1 of 6                        Printed on 11/26/2019 9:02:04 AM
Document: AL 2017.116815

B0432-9244  09/24/2021  11:20  PM  Received by California Secretary of State

Branch :A14,User :2004                    Comment:                                    Station Id :M3Y7

B0432-9245  09/24/2021  11:20 PM  Received by California Secretary of State

RECORDING REQUESTED BY:
~~Sandra Bradley~~
~~19 Meadow Wood Dr.~~
~~Coto de Caza, CA 92679~~

*Jamie Gallian*
*4476 Alderport Dr*
*Huntington Beach*
*Ca 92649*

WHEN RECORDED RETURN TO:
~~same as above~~ *Jamie Gallian*
*4476 Alderport Dr.*
*Huntington Beach Ca 92649*

(space above this line for Recorder's use)

## ASSIGNMENT OF CONDOMINIUM SUBLEASE

*For no consideration, receipt of which is hereby acknowledged, the undersigned, SANDRA L. BRADLEY, as Trustee of the Sandra L. Bradley Trust, hereby transfers and assigns to JAMIE L. GALLIAN, a single woman,* all right, title and interest of the undersigned as Tenant, in and under that certain Condominium Sublease dated August 1, 1980, by and between ROBERT P. WARMINGTON, and individual, as Landlord, which interest was subsequently assigned to BS INVESTORS, LLC, by mesne assignments of record, and JOHN F. TURNER AND VIRGINIA H. TURNER, HUSBAND AND WIFE AS JOINT TENANTS as Tenant, recorded on November 7, 1980 in Book 13824, Page 1274 inclusive, as Instrument No. 8694 of Official Records of Orange County, California, as amended by the First Amendment to Condominium Sublease recorded on August, 2003 as Instrument No. 2003 001044770. The property that is the subject of the Sublease is described as follows:

Unit 53 of Tract 10542. Legal Description contained on Exhibit "A" attached hereto and made a part hereof.
TOGETHER WITH all buildings and other improvements on said land.

NO CONSIDERATION – TERM OF LEASE LESS THAN 99 YEARS

Dated: 3/22/2017

Assignor, SANDRA L. BRADLEY
Trustee of the Sandra L. Bradley Trust

1

Branch :A14,User :2004                    Comment:                    Station Id :M3Y7

B0432-9246 09/24/2021 11:20 PM Received by California Secretary of State

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF ORANGE

On _3/22/2017_, before me, HENRY J. COOPERSMITH, a Notary Public in and for said State personally appeared SANDRA L. BRADLEY, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

HENRY J. COOPERSMITH
COMM. # 2054619
NOTARY PUBLIC - CALIFORNIA
ORANGE COUNTY
COMM. EXPIRES FEB. 6, 2018

2

ORANGE,CA                    Page 3 of 6                    Printed on 11/26/2019 9:02:04 AM
Document: AL 2017.116815

Branch :A14,User :2004                    Comment:                              Station Id :M3Y7

# EXHIBIT "A"

## DESCRIPTION

der No. 985040290

PARCEL 1:

UNIT 53, IN THE CITY OF HUNTINGTON BEACH, COUNTY OF ORANGE, STATE OF CALIFORNIA, AS SHOWN AND DEFINED ON THAT CERTAIN CONDOMINIUM PLAN ("THE CONDOMINIUM PLAN"), RECORDED OCTOBER 18, 1979 IN BOOK 13358 PAGE 1193, ET SEQ., OFFICIAL RECORDS.

EXCEPT THEREFROM ALL OIL, GAS, MINERALS AND OTHE HYDROCARBON SUBSTANCES LYING BELOW A DEPTH OF 500 FEET WITHOUT ANY RIGHT TO ENTER UPON THE SURFACE OR THE SUBSURFACE OF SAID LAND ABOVE A DEPTH OF 500 FEET, AS PROVIDED IN INSTRUMENTS OF RECORD.

PARCEL 2:

AN UNDIVIDED 1/80TH INTEREST IN AND TO LOTS 1 AND 2 OF TRACT NO. 10542, IN THE CITY OF HUNTINGTON BEACH, COUNTY OF ORANGE, STATE OF CALIFORNIA, AS SHOWN ON A MAP RECORDED IN BOOK 456 PAGES 49 AND 50 OF MISCELLANEOUS MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY TOGETHER WITH THOSE PORTIONS OF THE COMMON AREA AS SHOWN AND DEFINED ON THE CONDOMINIUM PLAN, CONSISTING OF BUILDINGS AND OTHER IMPROVEMENTS.

EXCEPTING THEREFROM CONDOMINIUM UNITS 1 THROUGH 80 INCLUSIVE, LOCATED THEREON.

PARCEL 3:

AN EXCLUSIVE EASEMENT FOR THE USE AND OCCUPANCY OF THOSE PORTIONS OF RESTRICTED COMMON AREA AS DEFINED ON THE CONDOMINIUM PLAN FOR ENTRY AND STAIRCASES AND ATTIC SPACE RELATING TO SAID UNIT.

PARCEL 4:

NON-EXCLUSIVE EASEMENT AND RIGHT TO USE THOSE PORTIONS OF THE COMMON AREA AS DEFINED ON THE CONDOMINIUM PLAN, EXCEPT RESTRICTED COMMON AREA.

B0432-9247 09/24/2021 11:20 PM Received by California Secretary of State

Branch :A14,User :2004                    Comment:                    Station Id :M3Y7

B0432-9248 09/24/2021 11:20 PM Received by California Secretary of State

RECORDING REQUESTED BY:

~~Sandra Bradley~~ *Jamie Gallian*
~~19 Meadow Wood Dr.~~ *4476 Adlerport*
~~Coto de Caza, CA 92679~~ *Huntington Bch*
                                          *CA 92649*

WHEN RECORDED RETURN TO:

~~same as above~~ *Jamie Gallian*
*4476 Adlerport*
*Huntington Beach, CA*
*92649*

(space above this line for Recorder's use)

## ACCEPTANCE AND AGREEMENT

The undersigned Assignee named in the foregoing Assignment hereby accepts said Assignment and hereby agrees with and for the benefit of the Landlord, under the Sublease described in said Assignment, to keep, perform and be bound by all of the terms, covenants and conditions contained in said Sublease as amended by the First Amendment to the Condominium Sublease on the part of the Tenant therein to be kept and performed, to all intents and purposes as though the undersigned Assignee was the original Tenant thereunder. Assignee agrees to pay Landlord a late fee equal to 6% of any rent or other payment due under the Sublease which is not received by Landlord within ten (10) days of its due date. Said late fee is in addition to the interest due on unpaid installment indebtedness of 10% as provided in Article 17(A) of the Condominium Sublease. The undersigned Assignee agrees to pay attorneys fees and cost incurred by Landlord to collect rent or other payment under the Sublease or to otherwise enforce Landlord's rights under the Sublease.

Dated: 3/22/17

Assignee, JAMIE L. GALLIAN

l

Branch :A14,User :2004                     Comment:                                          Station Id :M3Y7

> A notary public or other officer completing this certificate
> verifies only the identity of the individual who signed the
> document to which this certificate is attached, and not the
> truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF ORANGE

On 3/23/2017 _____, before me, *Henry J Coopersmith*

*a Notary Public in and for said State personally appeared JAMIE L. GALLIAN, who proved to me on*

*the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and*

*acknowledged to me that she executed the same in her authorized capacity, and that by her signature on*

*the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.*

*I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing*

*paragraph is true and correct.*

*WITNESS my hand and official seal.*

Signature

HENRY J. COOPERSMITH
COMM. # 2054619
NOTARY PUBLIC - CALIFORNIA
ORANGE COUNTY
COMM. EXPIRES FEB. 6, 2018

2

B0432-9249  09/24/2021  11:20 PM  Received by California Secretary of State





Branch :A14,User :2004                    Comment:                                Station Id :M3Y7

**RECORDING REQUESTED BY:**

Mr. Randy Nickel
4476 Alderport Drive
Huntington Beach, CA 92649

**MAIL TAX STATEMENTS TO:**

Mr. Randy Nickel
4476 Alderport Drive.
Huntington Beach, CA 92649

Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder
96.00

2018000395579 2:35 pm 10/31/18
227 415 A34   6
0.00 0.00 0.00 0.00 12.00 0.00 0.000.0075.00 3.00

*Lease from Present to 2059*

**TITLE OF DOCUMENT:**      **ASSIGNMENT OF CONDOMINIUM SUBLEASE**

Branch :A14,User :2004                    Comment:                    Station Id :M3Y7

B0432-9254  09/24/2021  11:20 PM Received by California Secretary of State

WHEN RECORDED MAIL TO:
(Assignee's Name & Address)
MR. RANDALL L. NICKEL
4476 ALDERPORT DRIVE
HUNTINGTON BEACH, CA 92649

Mail tax statements to:
MR. RANDALL L NICKEL
4476 ALDERPORT DRIVE
HUNTINGTON BEACH, CA 92649

_(Space Above this Line for Recorder's Use)_

## ASSIGNMENT OF GROUND LEASE & CONDOMINIUM SUBLEASE

No Consideration. Term of Lease Less Than 99 years.

**WHEREAS**
HOUSER BROS. CO., a limited partnership, as Landlord and ROBERT P. WARMINGTON, as Tenant, entered into that certain **GROUND LEASE** also known as the **MASTER LEASE dated October 19, 1979**, a Short Form Memorandum recorded in the Office of the Orange County, California Clerk Recorder in Book 13424, Page 499 inclusive.

**WHEREAS**
HOUSER BROS. CO., a limited partnership, as Landlord and ROBERT P. WARMINGTON, as Tenant, entered into a **PARTIAL CANCELLATION OF MASTER LEASE dated November 7, 1980** for that certain **MASTER LEASE dated October 19, 1979**; recorded in the Office of the Orange County, California Clerk Recorder in Book 13424, Pg(s) 1253-1255, **Instrument No. 8691.

**WHEREAS**
HOUSER BROS. CO., a limited partnership, as Landlord and ROBERT P. WARMINGTON, as Tenant, entered into that certain **SUBLEASE dated October 19, 1979**, a Short Form Memorandum recorded in the Office of the Orange County, California Clerk Recorder in Book 13424, Page 504, inclusive, with respect to those portions of Lots 1 and 2 of Tract No. 10542 in the City of Huntington Beach, California as shown on Miscellaneous Map(s) recorded in Book 456, Page(s) 49 and 50, in the Office of the Orange County, California Clerk Recorder.

**WHEREAS**
HOUSER BROS. CO., a limited partnership, as Landlord and ROBERT P. WARMINGTON, as Tenant, entered into a **PARTIAL CANCELLATION OF SUBLEASE dated October 19, 1979**; for that certain SUBLEASE dated November 7, 1980, a Short Form Memorandum recorded in the Office of the Orange County, California Clerk Recorder in Book 13824, Pg(s) 1256-1258, with respect to those portions of Lots 1 and 2 of Tract No. 10542 in the City of Huntington Beach, California recorded in Book 456, Page(s) 49 and 50 of Miscellaneous Maps, in the Office of the Orange County, California Clerk Recorder, **Instrument No. 8692;

**WHEREAS**
For valuable consideration, receipt of which is hereby acknowledged, the undersigned **JAMIEL GALLIAN**, hereby transfers and assigns to **RANDALL L NICKEL, a married man, as his sole and separate property** all right, title and interest of the undersigned, as Tenant, in and under that certain **MASTER LEASE/ Ground Lease, dated November 7, 1980**, recorded in the Office of the Orange County, California Clerk Recorder in Book 13824, Pg(s) 1259-1273, **Instrument No. 8693;

1

Branch :A14,User :2004                    Comment:                              Station Id :M3Y7

**JAMIE L GALLIAN**, hereby transfers and assigns to **RANDALL L NICKEL, a married man, as his sole and separate property**, all right, title and interest of the undersigned, as Tenant, in and under that certain **CONDOMINIUM SUBLEASE, dated August 1, 1980**, by and between ROBERT P. WARMINGTON, as Landlord, and JOHN F. TURNER AND VIRGINIA H. TURNER, HUSBAND AND WIFE AS JOINT TENANT, recorded on November 7, 1980, Office of the Orange County, California Clerk Recorder in Book 13824, Pg(s) 1274-1290, **Instrument No. 8694;

As amended by the **FIRST AMENDMENT TO CONDOMINIUM SUBLEASE** effective January 1, 2003, recorded in the Office of the Orange County, California Clerk Recorder as Document No. 2003-001044770 on August 28, 2003.

**JAMIE L GALLIAN**, hereby transfers and assigns to **RANDALL L NICKEL, a married man, as his sole and separate property** all right, title and interest of the undersigned, as Tenant, in and under that certain **CONVEYANCE OF REMAINDER INTEREST, dated November 7, 1980**, recorded in the Office of the Orange County, California Clerk Recorder in Book 13824, Pg(s) 1291-1293, **Instrument No. 8695;

**JAMIE L GALLIAN**, hereby transfers and assigns to **RANDALL L NICKEL, a married man, as his sole and separate property**, all right, title and interest of the undersigned, as Tenant, in and under that certain **CONDOMINIUM SUBLEASE (SHORT FORM – MEMORANDUM AND GRANT DEED, dated November 7, 1980**, recorded in the Office of the Orange County, California Clerk Recorder in Book 13824, Pg(s) 1294-1298, **Instrument No. 8696.

DATED: ___10/31/18___                      _____
                                            ASSIGNOR JAMIE L GALLIAN

STATE OF CALIFORNIA          )
                             ) ss.
COUNTY OF ORANGE

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

On __10/31/2018_____, before me, _Paul Dyer, Notary Public_
Personally appeared _Jamie L Gallian_____

Who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

PAUL DYER
Notary Public - California
Riverside County
Commission # 2211938
My Comm. Expires Aug 28, 2021

_____                    (This space for Notary Seal)
Signature of Notary Public

2

ORANGE,CA
Document: AL 2018.395579                  Page 3 of 5              Printed on 11/26/2019 9:02:05 AM

B0432-9255  09/24/2021  11:20 PM  Received by California Secretary of State

000121

Branch :A14,User :2004                    Comment:                         Station Id :M3Y7

B0432-9256 09/24/2021 11:20 PM Received by California Secretary of State

## ASSIGNMENT OF CONDOMINIUM SUBLEASE
### ACCEPTANCE AND AGREEMENT

The undersigned Assignee named in the foregoing Assignment hereby Accepts said Assignment and hereby agrees with for the benefit of the Master Lessor, Sublessor/Landlord, Tenant and under the Original Condominium Sublease commonly referred to throughout this document as "Condominium Sublease", described in said Assignment, to keep, perform and be bound by all the terms, covenants and conditions contained in said Condominium Sublease and as amended by the First Amendment to Condominium Sublease on the part of the Master Lessor, Sublessor/Landlord and Condominium Sublease Tenant therein to be kept and performed, to all intents and purposes as though the undersigned Assignee was the Original Condominium Sublease Tenant there under.

Assignee agrees to pay Sublessor/Landlord a late fee equal to 6% of any rent or other payment due under the Condominium Sublease, which is not received by Sublessor/Landlord within ten (10) days of its due date. Said late fee is in addition to the interest due on unpaid installment indebtedness of 10% as provided in Article 17(A) of the Condominium Sublease. The undersigned Assignee agrees to pay attorneys fees and costs incurred by Landlord to collect rent or other payment under the Condominium Sublease or to otherwise enforce Sublessor/Landlord rights under the Condominium Sublease.

DATED: _10·31·18_       _(signature)_
               **ASSIGNEE RANDALL L NICKEL**

**STATE OF CALIFORNIA**      )
                           ) ss.
**COUNTY OF ORANGE**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

On _10/31/18_ before me, _Paul Dyer, Notary Public_
Personally appeared _Randall L Nickel_
Who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.



PAUL DYER
Notary Public – California
Riverside County
Commission # 2211938
My Comm. Expires Aug 28, 2021

(This space for Notary Seal)

_____
Signature of Notary Public

3

Branch :A14,User :2004                Comment:                                Station Id :M3Y7

# EXHIBIT A (LEGAL)

The estate or interest in the land described:

A Ground leasehold and Condominium Sublease hold estate as to Parcels 1 and 2, said estate being more particularly described as the Lessees' interest under that certain Ground Lease set forth in subparagraph (A) herein below:

(A)     That certain Ground Lease dated August 1, 1980, executed by Houser Bros. Co, A Limited Partnership organized under the Laws of the State of California, in which Clifford C. Houser and Vernon F. Houser constitute the sole General Partners, as Landlord, and by Robert P. Warmington, as Tenant, for the term ending December 31, 2059. Upon the Terms, Covenants and Conditions therein contained, recorded as follows in Official Records of said Orange County:   **Book 13824 Page 1259-1273**
**APN: 937-63-053, Unit 53.**

(B)     That certain Condominium Sublease dated August 1, 1980, executed by Robert P. Warmington, as Sub-lessor and John F. Turner and Virginia H. Turner (Original Sublessee) for the term ending December 31, 2059. Upon the Terms, Covenants and Conditions therein contained, recorded as follows in Official Records of said Orange County: **Book 13824 Page 1274-1290**
**APN: 937-63-053, Unit 53.**

All that certain land interest situated in the State of California, County of Orange and is described as follows:

Parcel   1:
Unit 53 as shown and defined on a Condominium Plan (the **"Condominium Plan"**) recorded in Book 13358 Page(s) 1193, et seq., Official Records of Orange County, California, excepting that portion consisting of buildings and other improvements;

Parcel   2:
An undivided one-eightieth (1/80th) interest as Tenants in Common in the Common Area of Lots 1 and 2 Tract No. 10542, in the City of Huntington Beach, County of Orange, State of California as shown on a map recorded in Book 456, Page(s) 49 and 50 of Miscellaneous Map, records of Orange County, California, as shown on the Condominium Plan, excepting that portion consisting of buildings and other improvements.

Except there from all minerals, oil, gas and other hydrocarbon substances lying below a depth of 500 feet below the surface of said Land without the right of surface entry above the depth of 500 feet from the surface, as reserved in deeds of record.

Parcel   3:
Those portions of Unit 53, building 14, inclusive, as shown and defined on the Condominium Plan, Consisting of buildings and other improvements.

Parcel   4:
An undivided one-eightieth (1/80th) interest as Tenants in Common, in and to those portions of the Common Area as shown and defined on the Condominium Plan, consisting of buildings or other improvements.

Parcel   5:
An easement for the exclusive use and occupancy of those portions of the restricted Common Area, as defined on said Condominium Plan for ground level entry, courtyard entry, staircases, garages, and attic space relating to said units.

Parcel   6:
A non-exclusive easement and right to use the Common Area as defined on said Condominium Plan, except the restricted Common Area(s).

4

*RANCHO DEL REY OVER 55 MANUFACTURED HOME PARK*
*Qualifying and Occupancy Requirements 2018*
*16222 Monterey Lane*
*Huntington Beach 92649*
*THANYA*
*5 STAR HOMES SP#1231425*
*714 308-7735*

## General Information:

- **EACH, Prospective Resident must submit a park application with attached proof of income prior to opening escrow**

- **Person/s to occupy the home must verify income of $3786 per month, renting of property or sub-letting is not allowed**

- **Park may ONLY use income of owner/occupant 55 or over, registered on Title and sign Lease Agreement**

- **Income verification MUST be in the form of COPIES; direct deposit, bank statements showing SOURCE, social security, retirement, pay stubs, etc. Funds/savings in an account is NOT income**

- **Applicants MAY submit Income Tax Statement for alternate verification of income if more convenient**

- **One owner 55 or over, others over 18, residents MUST park cars in driveway, guest parking for guests only. Extra resident's cars may park on Monterey Lane**

- **Park allows two small indoor pets, dogs 22 lbs OR 15 in" at shoulder**

- **Dogs must be on leash at all times, no solid fencing, privacy screens are allowed. May have doggie gate if home has a porch, with owner present. Dogs are not allowed to be left in any enclosed area, not allowed on common area or in the park office. Dogs may be walked thru the park on leash**

- *Monthly space rent $1325 for 2018, plus utilities. Space rent increases each year between 2%-4%. Lease is for one year*

- *Mandatory meeting with manager with ALL occupants for Rules and Regulations for final park approval, week day appointments only*

- *Obtaining a loan or paying cash for a home is separate from qualifying for park income requirement. If obtaining a loan, the amount of the mortgage payment will be added to the park's income requirement * 5 Star Home Lending Richard Herr/714 891-6383 *Request a park and loan application* Thanya 714 308-7735*

Alliant Credit Union | Online Banking | Check Image                    https://www.alliantcreditunion.com/OnlineBanking/Accounts/Chec...

Check # 2757

JAMIE L GALLIAN                    22690                              2757
4476 ALDERPORT DR
HUNTINGTON BEACH, CA 92649-2285              DATE  7/17/18

PAY TO THE
ORDER OF  _____  | $ 500.00

_____  DOLLARS

ALLIANT.
credit union
Chicago, Illinois

MEMO _____

⑆ 271082528⑆ 646002705560 28 ⑈ 2757

For Deposit only to
account 5550197142
R/T: 122016066

000125



**5 STAR HOMES**
Beach
Stanton, CA 90680
Phone: (714) 891-6383  Fax: (714) 891-8120

**11854**

**NOTICE:** THIS FORM IS COPYRIGHTED AND REPRODUCTION OF ALL OR PART IS STRICTLY FORBIDDEN.

# MANUFACTURED HOME PURCHASE ORDER AND FEDERAL DISCLOSURE STATEMENT

PURCHASER: _EMIL L. GILLIAN_    DATE: _1-17-13_
ADDRESS: _4476 ALDERCITE AVE_    PHONE: _14 ___ 9 ___
CITY: _____    STATE: _____    ZIP: _____    SALESPERSON: _____

**Subject to the terms and conditions stated on both sides of this agreement Seller agrees to sell and Purchaser agrees to purchase the following MFD./MBL. Home:**

| MAKE | | MODEL | | B. ROOMS | APPROX. (NOT INCL. TOW BAR/EAVES.) L. | ☐ NEW ☐ USED | | SITUS |
|------|--|-------|--|----------|----------|-------|--|-------|
| | | | | | W. | | | |
| SERIAL NUMBER | | APPROX. DEL. DATE | | HUD OR HCD NO. | | DT. OF MFG. | | |

THE COST OF THE MFD./MBL. HOME EXCLUDES THE LISTED PRICES FOR THESE ITEMS.    SQ. FT. LIVING AREA

$ ____ TOW BAR, $ ____ WHEELS $ ____ WHEEL HUBS, $ ____ TIRES, $ ____ AXLES

**MFD. HOME PRICE $**

| DATE MFD. ORD. | ESCROW OPEN | STK #/OTHER | | |
|----------------|-------------|-------------|--|--|
| | | | USED HOME SALES TAX, IF ANY, (1ST SOLD PRIOR TO 7/1/80) | $ |

ITEMIZED ACCESSORIES AND THEIR COSTS: (SEE ADDENDUMS)

| | |
|---|---|
| TOTAL ACCESSORIES (OUTSIDE HOME) | $ |
| TOTAL MFG. HOME & ACCESSORIES | $ |
| SALES TAX (ITEMS NOT INTEGRAL TO HOME) | $ |
| FOUNDATION SYSTEM / TIE DOWNS | $ |
| DELIVERY | $ |
| SET UP | $ |
| HCD FEES | $ |
| INSURANCE PREMIUM (ONLY IF SOLD BY DEALER) | $ |
| ESCROW FEES | $ |
| SCHOOL FEES | $ |
| OTHER / PRE PAID TAXES _____ | $ |
| DOC. FEE (NOT A GOVERNMENTAL CHARGE) | $ |
| **1. TOTAL CASH PRICE** | $ |

## DESCRIPTION OF TRADE-IN

| NAME | MODEL | BEDROOMS |
|------|-------|----------|
| TITLE NO. | SERIAL NO. | COLOR |
| AMOUNT OWING | | ACCOUNT NO. |
| TO WHOM: | | |
| ADDRESS/PHONE | | |

| | |
|---|---|
| ALLOWANCE ON TRADE-IN | $ _____ |
| LESS BAL. DUE ABOVE | $ _____ |
| NET ALLOWANCE | $ _____ |
| PAID HEREWITH | $ _____ |
| CASH BEFORE DEL. | $ _____ |
| DESIGNATED DEPOSIT (INC. IN DN. PMT) | $ _____ |

THE MANUFACTURER STATES THAT INSULATION HAS BEEN INSTALLED IN THIS HOME AS FOLLOWS: (NEW ONLY)

| | TYPE | THICKNESS | 'R' FACTOR |
|---|------|-----------|------------|
| ROOF | | | |
| EXTERIOR WALLS | | | |
| FLOOR | | | |

| | |
|---|---|
| **2. LESS BUYERS DOWN PAYMENT** | $ |
| **3. UNPAID BAL. ON CASH SALES PRICE** | $ |
| **4. FINANCE CHARGE** | $ |
| **5. ANNUAL PERCENTAGE RATE** ____ % | |
| **6. TOTAL PAYMENT AMOUNT** (3+4) | $ |
| **7. UNPAID BALANCE DUE PRIOR TO DEL.** | $ |
| **8. TOTAL DEFERRED PAYMENT PRICE** (2+6) | $ |

**WARNING – Unless a charge is included in this Agreement for Public Liability or Property Damage Insurance, Payment for such Coverage is not provided by this agreement.**

*"If the dealer is also licensed as a real estate broker, the sale of a manufactured home or mobilehome being installed on a foundation system pursuant to Section 18551 may be included in the purchase document for the underlying real property, provided that the requirements of HSC SEC. 18035.3 are met."*

PAYABLE AS FOLLOWS:

THE DEALER CERTIFIES THAT THE
INSTALLATION CONTRACTOR IS:

NAME    LIC. #
BUSINESS ADDRESS
CITY    CA  ZIP

A Contractor is required by law to be licensed and regulated by the Contractors State License Board, P.O. Box 26000 Sacramento, CA 95827.

In the event the manufactured home cannot be delivered "and/or" inspection completed within the agreed delivery time due to nonperformance by the buyer, buyer agrees to one of the following at the option of the seller, either (1) to pay $ _____ charges per day until a manufactured home installation acceptance or certificate of occupancy is obtained in additionto all other consideration owing or (2) pay the sum of $ _____ in lieu of total consideration.

**NOTICE TO BUYER:** **(A) DO NOT SIGN THE PURCHASE AGREEMENT BEFORE YOU READ IT OR IF IT CONTAINS ANY BLANK SPACES TO BE FILLED IN. (B) YOU ARE ENTITLED TO A COMPLETELY FILLED-IN COPY OF THAT AGREEMENT AND, IF PURCHASING A MANUFACTURED/MOBILE HOME COVERED BY A WARRANTY, A COPY OF THE WARRANTY.** Complaints concerning the purchase shall be referred to the dealer and, if the complaint is not resolved, may be referred

000126

ITEMIZED ACCESSORIES AND THEIR COSTS: (SEE ADDENDUMS)

| | $ |
|---|---|
| TOTAL ACCESSORIES (OUTSIDE HOME) | $ |
| TOTAL MFG. HOME & ACCESSORIES | $ |
| SALES TAX (ITEMS NOT INTEGRAL TO HOME) | $ |
| FOUNDATION SYSTEM / TIE DOWNS | $ |
| DELIVERY | $ |
| SET UP | $ |
| HCD FEES | $ |
| INSURANCE PREMIUM (ONLY IF SOLD BY DEALER) | $ |
| ESCROW FEES | $ |
| SCHOOL FEES | $ |
| OTHER / PRE PAID TAXES | $ |
| DOC. FEE (NOT A GOVERNMENTAL CHARGE) | $ |
| **1. TOTAL CASH PRICE** | $ |

## DESCRIPTION OF TRADE-IN

| NAME | MODEL | BEDROOMS |
|---|---|---|
| TITLE NO. | SERIAL NO. | COLOR |
| AMOUNT OWING | | ACCOUNT NO. |

TO WHOM:

ADDRESS/PHONE

THE MANUFACTURER STATES THAT INSULATION HAS BEEN INSTALLED IN THIS HOME AS FOLLOWS: (NEW ONLY)

| | TYPE | THICKNESS | 'R' FACTOR |
|---|---|---|---|
| ROOF | | | |
| EXTERIOR WALLS | | | |
| FLOOR | | | |

**WARNING – Unless a charge is included in this Agreement for Public Liability or Property Damage Insurance, Payment for such Coverage is not provided by this agreement.**

*"If the dealer is also licensed as a real estate broker, the sale of a manufactured home or mobilehome being installed on a foundation system pursuant to Section 18551 may be included in the purchase document for the underlying real property, provided that the requirements of HSC SEC. 18035.3 are met."*

THE DEALER CERTIFIES THAT THE

INSTALLATION CONTRACTOR IS:

NAME _____ LIC. # _____

BUSINESS ADDRESS _____

CITY _____ CA   ZIP _____

A Contractor is required by law to be licensed and regulated by the Contractors State License Board, P.O. Box 26000 Sacramento, CA 95827.

| | |
|---|---|
| ALLOWANCE ON TRADE-IN | $ |
| LESS BAL. DUE ABOVE | $ |
| NET ALLOWANCE | $ |
| PAID HEREWITH | $ |
| CASH BEFORE DEL. | $ |
| DESIGNATED DEPOSIT (INC. IN DN. PMT) | $ |
| **2. LESS BUYERS DOWN PAYMENT** | $ |
| **3. UNPAID BAL. ON CASH SALES PRICE** | $ |
| **4. FINANCE CHARGE** | $ |
| **5. ANNUAL PERCENTAGE RATE** | % |
| **6. TOTAL PAYMENT AMOUNT** (3+4) | $ |
| **7. UNPAID BALANCE DUE PRIOR TO DEL.** | $ |
| **8. TOTAL DEFERRED PAYMENT PRICE** (2+6) | $ |

PAYABLE AS FOLLOWS:

In the event the manufactured home cannot be delivered "and/or" inspection completed within the agreed delivery time due to nonperformance by the buyer, buyer agrees to one of the following at the option of the seller, either (1) to pay $ _____ charges per day until a manufactured home installation acceptance or certificate of occupancy is obtained in additionto all other consideration owing or (2) pay the sum of $ _____ in lieu of total consideration.

**NOTICE TO BUYER:** **(A) DO NOT SIGN THE PURCHASE AGREEMENT BEFORE YOU READ IT OR IF IT CONTAINS ANY BLANK SPACES TO BE FILLED IN. (B) YOU ARE ENTITLED TO A COMPLETELY FILLED-IN COPY OF THAT AGREEMENT AND, IF PURCHASING A MANUFACTURED/MOBILE HOME COVERED BY A WARRANTY, A COPY OF THE WARRANTY.** Complaints concerning the purchase shall be referred to the dealer and, if the complaint is not resolved, may be referred to the Department of Housing and Community Development, Division of Codes and Standards, Occupational Licensing, Post Office Box 31, Sacramento, California 95812-0031 (telephone (800) 952-5275). A failure to disclose pursuant to this section shall not be the basis for recision of a conditional sale contract.

The Manufactured Home that I am purchasing will be used as a residence. I further certify that I understand that if subject Manufactured Home is used for any purpose other than a residence, I may be liable, to the State Board of Equalization, for the tax measured by the amount excluded pursuant to this certificate.

PURCHASER _____ DATE _____

**RECEIPT OF A FILLED-IN COPY OF THIS AGREEMENT IS HEREBY ACKNOWLEDGED BY PURCHASER**

The Purchase Order is subject to credit approval and is not binding unless signed by an authorized representative of lender. Purchaser certifies that he is of legal age, and agrees to sign a Security Agreement according to the terms herein. In the event payoff figures on a trade-in toward the purchase of a Manufactured or Mobile Home are more than quoted by the Purchaser, the Purchaser hereby agrees to pay this excess on demand.

▶ **ALL TERMS AND CONDITIONS SET FORTH ON THE REVERSE OF THIS AGREEMENT ARE INCORPORATED HEREIN AND ARE FULLY APPLICABLE AS THOSE SET FORTH ON THE FRONT SIDE OF THIS AGREEMENT.**

| SELLER: _____ | PURCHASER: _____ |
|---|---|
| SELLER: _____ | PURCHASER: _____ |
| AUTHORIZED REPRESENTATIVE OF DEALER | DATE: _____ 20 ___ |



State of California
Business, Transportation and Housing Agency
Department of Housing and Community Development
Division of Codes and Standards
Mobilehome Parks Program

JUL 02 2014

MANUFACTURED HOME/MOBILEHOME PLOT PLAN

**SECTION 1.   PLOT PLAN DIAGRAM**

Lot Lines

rear of home 9°-plc

4            10⁶

8¹⁰

6x28          12
parking
awning

30⁴ x 5l³ 60⁵

3⁴

8¹⁰           12

4x15 offset    13⁴        3
to 5x 24
porch w/ masonry steps

Lot Lines

Street

**SECTION 2.   MANUFACTURED HOME/MOBILEHOME AND LOT DIMENSIONS**

Length and width of manufactured home/mobilehome: 56⁵/60² x 30⁴

Length and width of lot: 7l⁶/72³ x 52⁵

**SECTION 3.   APPLICANT, OWNER, AND HOME INFORMATION**

A) Park Name Rancho del Rey
   Address 16222 Monterey LN
   City Huntington Beach        Zip 92649

B) Home Owner Ryan
   Address 16222 Monterey LN
   City Huntington Beach        Zip 92649
   Space or Lot # 876

C) Applicant COASTLINE CONSTRUCTION & AWNING CO., INC.
   Address 8743-44 RESEARCH DRIVE
   City HUNTINGTON BEACH        Zip 92048
   Telephone 714;   8414700

D) Design Information:                 Contractor's Lic.
                                       B,C47-C61/D03-60172
   Home Amperage:    50    Pedestal Amperage: 50
   Designed Roof Load:    20   PSF
   Roof Load for locality:    20   PSF

E) The lot line corners at the front and rear are clearly and
   permanently marked in the following manner:
                          PINS

**SECTION 4.   CERTIFICATION**

I, the undersigned, as owner, operator, or manager of this park, hereby
certify under the laws of the State of California that all information
provided on this form is true and correct.

Executed on 01- -14 at Huntington Beach   Ca

Signature of Park Owner, Operator, or Manager

HCD 938   (bkb 1 Rev. 0/85)



# CASAS 2
Codes & Standards Automated System

Welcome, MIKE KILLIAN · home · tasks · complaints(0) · messages(0) · multiple roles · logout

Menu | Search

DTN
Ref #
Lic. #/ID
Park ID
Facility ID
Unit ID lbm1081
Asg. #
Compl. #

Advanced Search Clear Search

Search returned 1 result(s)

Decal LBM1081, MCO 8802499

Unit Type: Manufactured Home

SITUS Address: 16222 MONTEREY LN 376, HUNTINGTON BEACH, CA 92649 (ORANGE COUNTY)

HUD Label: PFS1130281, PFS1130282

Serial No.: AC7V710394GB, AC7V710394GA

Manufacturer: SKYLINE HOMES INC

Manufacturer Date: 05/29/2014

Registered Owner(s): LISA T RYAN

Status of Unit: Active

## Decal LBM1081, MCO 8802499

Review | Applications | Unit Details | Owner Details | Conditions | Notices | Escrows | Comments

### Open Applications

| DTN | Task Type | Reference No. | Status | Date Received | Last Assigned Technician | Owning Program |
|---|---|---|---|---|---|---|
| 10670236 | R/O Transfer - Private Sale | LBM1081 | Assigned to Technician | 11/16/2018 | JUDYLYN DIMACULANGAN | RT |

### Closed Applications

| DTN | Task Type | Reference No. | Status | Date Received | Last Assigned Technician | Owning Program | Completed Date |
|---|---|---|---|---|---|---|---|
| 10847244 | RA No Fee Informal Title Search | LBM1081 | Complete | 01/08/2019 | MIKE KEESE | RT | 01/08/2019 |
| 10805241 | RT Sale of Documents | LBM1081 | Complete | 12/26/2018 | MARSHELLE GEREN | RT | 12/31/2018 |
| 10789600 | RA Informal Title Search - Fee | LBM1081 | Complete | 12/19/2018 | VIVIENNE ALSTON | RT | 12/19/2018 |
| 10742140 | RA No Fee Informal Title Search | LBM1081 | Complete | 12/06/2018 | MIKE KEESE | RT | 12/06/2018 |
| 10703521 | RA Informal Title Search - Fee | LBM1081 | Complete | 11/29/2018 | VIVIENNE ALSTON | RT | 11/29/2018 |
| 10689563 | Correspondence | LBM1081 | Complete | 11/20/2018 | DALE WISDOM | RT | 11/28/2018 |
| 8267526 | RA No Fee Informal Title Search | LBM1081 | Complete | 10/29/2014 | (PILOT) WEB APPLICATIONS | RT | 10/29/2014 |
| 8169431 | New MH - 18613 | 8802499 | Complete | 07/30/2014 | CASAS SYSTEM | RT | 09/09/2014 |

Print Title Search | History

Version 2.0.371

*172*

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**
JUSTICE CENTER:
☐ Central - 700 Civic Center Dr. West, Santa Ana, CA 92701
☐ Harbor-Newport Beach Facility - 4601 Jamboree Rd., Newport Beach, CA 92660-2595
☐ North - 1275 N. Berkeley Ave., Fullerton, CA 92838-0500
☐ West - 8141 13th Street, Westminster, CA 92683

PLAINTIFF: *Houser Bros Co.*

DEFENDANT: *Lisa Ryan*

**STIPULATION FOR ENTRY OF JUDGMENT - UNLAWFUL DETAINER**
**Limited Civil**

FOR COURT USE ONLY
**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

**OCT 18 2018**

DAVID H. YAMASAKI, Clerk of the Court

BY:_____ DEPUTY

CASE NUMBER:
*1013582*

**IT IS STIPULATED** by and between the plaintiff(s): *Houser Bros. Co. DBA Rancho Del Rey Mobile Home Estates*
and defendant(s): *Lisa Ryan*

☑ that plaintiff(s) be awarded possession of the premises located at:    ☑ includes forfeiture of the lease
*16222 Monterey Lane Spac 376 Huntington Beach CA* *and the mobilehome on that space* *92649*
☑ and that a money judgment be granted in favor plaintiff(s) as follows:
$ *6222 33* Rent & Damages, $ *2166.00* Attorney fees, $ *347.71* Costs, for a
TOTAL SUM OF $ *8,743.07*, plus interest after judgment at the legal rate.
☑ A writ of possession is to issue forthwith, but no final lockout prior to: *November 5, 2018*

..................................................................................

☐ **STIPULATION FOR PAYMENTS**
Defendant agrees to pay installments of $_____ on the _____ day of each month commencing
on _____ until paid in full; if any payment is more than _____ days late, the entire amount will
become due and payable immediately. *Sealed per CCCP1161.2 —*
☑ Judgment is to be entered immediately    ☐ Judgment is only to be entered upon default in payments

..................................................................................

☐ **PLAINTIFF(S) AND DEFENDANT(S) ~~FURTHER STIPULATE~~ AS FOLLOWS:**
*Defendant to vacate property on or November 3, 2018*
*Plaintiff is entitled to writ of possession with no lockout*
*prior to November 4, 2018 Defendant shall retain*
*the right to sell the mobilehome for 120 day*
*Sale to proceed via escrow. If escrow does not close*
*on or before Feb 18, 2019 Plaintiff is entitled*
*to notice and execute a warehouse lien pursuant to CC 798.56* *(c)(1)*

I/we the defendant(s), understand that I/we have the right to: (1) have an attorney present; (2) notice and/or hearing of any
default of terms of the stipulation; (3) I/we give up these rights.

Date: *10/18/18* _____    _____
                    PLAINTIFF/ATTORNEY              PLAINTIFF/ATTORNEY
Date: *10/18/2018* _____    _____
                    DEFENDANT/ATTORNEY              DEFENDANT/ATTORNEY

**JUDGMENT IS HEREBY ORDERED ON ALL TERMS OF THE FOREGOING STIPULATION.**

Date: *10/18/2018* _____
                    Judge/Commissioner of the Superior Court*
                    (*sign only if judgment is to be entered immediately)

**STIPULATION FOR ENTRY OF JUDGMENT- UNLAWFUL DETAINER**

1081 (R 04/15)

000130

2/2

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**

JUSTICE CENTER:
☐ Central - 700 Civic Center Dr. West, Santa Ana, CA 92701
☐ Harbor-Newport Beach Facility - 4601 Jamboree Rd., Newport Beach, CA 92660-2595
☐ North - 1275 N. Berkeley Ave., Fullerton, CA 92838-0500
☐ West - 8141 13th Street, Westminster, CA 92683

PLAINTIFF: _Hwer Bros. Con_

DEFENDANT: _Lisa Ryon_

| STIPULATION FOR ENTRY OF JUDGMENT - UNLAWFUL DETAINER<br>Limited Civil | CASE NUMBER:<br>_1013582_ |

FOR COURT USE ONLY

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

**OCT 18 2018**

DAVID H. YAMASAKI, Clerk of the Court

BY:_____, DEPUTY

IT IS STIPULATED by and between the plaintiff(s): _____
and defendant(s): _____

☐ that plaintiff(s) be awarded possession of the premises located at:          ☐ includes forfeiture of the lease
_____

☐ and that a money judgment be granted in favor plaintiff(s) as follows:
$_____ Rent & Damages, $ _____ Attorney fees, $ _____ Costs, for a
TOTAL SUM OF $_____, plus interest after judgment at the legal rate.

☐ A writ of possession is to issue forthwith, but no final lockout prior to:_____

☐ **STIPULATION FOR PAYMENTS**

Defendant agrees to pay installments of $_____ on the _____ day of each month commencing
on _____ until paid in full; if any payment is more than _____ days late, the entire amount will
become due and payable immediately.

☐ Judgment is to be entered immediately    ☐ Judgment is only to be entered upon default in payments

☐ **PLAINTIFF(S) AND DEFENDANT(S) FURTHER STIPULATE AS FOLLOWS:**
_The warehouse lien well be for the full amount_
_of unpaid rent, utilities and attorney fee ($2166.00)_
_and cost ($347.71) at the time of the auction_
_the sale of the mobilehome shall begin a_
_Plaintiff shall review all prospective buyers_
_in accordance with the MRL (C.C. 798 et seq)_
_and shall cooperate w/ realtor to facilitate sale_

I/we the defendant(s), understand that I/we have the right to: (1) have an attorney present; (2) notice and/or hearing of any
default of terms of the stipulation; (3) I/we give up these rights.

Date: _10/18/18_    _[signature]_                PLAINTIFF/ATTORNEY
                    PLAINTIFF/ATTORNEY

Date: _10/18/2018_    _[signature]_              DEFENDANT/ATTORNEY
                    DEFENDANT/ATTORNEY

**JUDGMENT IS HEREBY ORDERED ON ALL TERMS OF THE FOREGOING STIPULATION.**

Date: _10/18/2018_    _[signature]_
                    Judge/Commissioner of the Superior Court*
                    (*sign only if judgment is to be entered immediately)

**STIPULATION FOR ENTRY OF JUDGMENT- UNLAWFUL DETAINER**

1081 (R 04/15)

000131

# STATE OF CALIFORNIA - DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
## CERTIFICATE OF TITLE

Manufactured Home

Decal No: **LBM1081**

| Manufacturer ID/Name | | Trade Name | Model | | DOM | DFS | | RY | Exp. Date |
|---|---|---|---|---|---|---|---|---|---|
| 90002  SKYLINE HOMES INC | | CUSTOM VILLA | | | 05/29/2014 | 07/28/2014 | | | |

| Serial Number | Label/Insignia Number | Weight | Length | Width | SPC | SCC | Exempt | Use | Type |
|---|---|---|---|---|---|---|---|---|---|
| AC7V710394GB | PFS1130281 | 22,383 | 56' | 15' 2" | | 30 | | SFD | LPT |
| AC7V710394GA | PFS1130282 | 25,068 | 60' | 15' 2" | | | | | |

| Issued | Total Fees Paid |
|---|---|
| Sep 10, 2014 | $91.00 |

**Addressee**
LISA T RYAN
16222 MONTEREY LN 376
HUNTINGTON BEACH, CA  92649

**Registered Owner(s)**
LISA T RYAN
16222 MONTEREY LN 376
HUNTINGTON BEACH, CA  92649

**Situs Address**
16222 MONTEREY LN 376
HUNTINGTON BEACH, CA  92649

## IMPORTANT
THE OWNER INFORMATION SHOWN ABOVE MAY NOT REFLECT ALL LIENS RECORDED WITH THE
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT AGAINST THE DESCRIBED UNIT.
THE CURRENT TITLE STATUS OF THE UNIT MAY BE CONFIRMED THROUGH THE DEPARTMENT.

DTN: 8169431

NOV 1 6 2018

09102014 - 244

173

000132

## SECTION A – SMOKE DETECTOR AND WATER HEATER SEISMIC BRACING CERTIFICATION

California Health and Safety Code (HSC) Sections 18029.6 and 18031.7 require that on the date of transfer of title all used manufactured homes, used mobilehomes, and used multifamily manufactured homes: 1) be equipped with an operable smoke detector in each room designed for sleeping, and 2) all fuel-gas-burning water heater appliances be seismically braced, anchored, or strapped pursuant to existing codes. A declaration may be signed within 45 days prior to the date of transfer of title stating that these requirements have been met.

I/We further agree to indemnify and save harmless the Director of the State of California, Department of Housing and Community Development, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the unit in California or from issuance of a California Certificate of Title covering the same. I/We certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on  **11/1/2018**   at  **Huntington Beach** ,  **CA**
         Date            City                 State

Signature _____     Printed Name **LISA T RYAN**

## SECTION B – RELEASING SIGNATURES

1a. _____                          Date of Release **11/1/2018**
   Releasing Signature of Registered Owner

1b. _____                          Date of Release _____
   Releasing Signature of Registered Owner

2. _____          ☒ Release   ☐ Retain   ☐ Assign Interest
   Legal Owner of Record (Must sign and check appropriate box)    (* If Assign Interest is checked - Complete New Legal Owner Below)

## SECTION C – NEW OWNER INFORMATION

**NEW REGISTERED OWNER - Please Print or Type Clearly**

3a. **J. Sandcastle Co, LLC**           3c. _____
   New Registered Owners Name             New Registered Owners Name

3b. _____              3d. _____
   New Registered Owners Name             New Registered Owners Name

If more than one New Owner going onto title, please check the appropriate Co-owner term box.

☐ Joint Tenants with Right of Survivorship   ☐ Tenants In Common OR   ☐ Trust/Trustee(s)
                                                  (* If this box is checked-Complete HCD 476.6B)

☐ Tenants In Common AND   ☐ Community Property   ☐ Community Property with Right of Survivorship

4. **16222 Monterey Ln # 376**          **Huntington Beach CA 92649**
   Mailing Address of New Registered Owner      City/State                    Zip Code

5. **Same as Above**                     City/State                    Zip Code
   Actual Location Address of Unit

6. **$ 625,000 $175,000**  **11-1-18**
   Purchase Price or check box if Gift-☐     Purchase Date or Transfer Date

7a. **J Sandcastle Co, LLC**  _____     7c. _____
   Signature of New Registered Owners      Bob Murray Manager      Signature of New Registered Owners

7b. _____              7d. _____
   Signature of New Registered Owners      Signature of New Registered Owners

**NEW LEGAL OWNER - Please Print or Type Clearly**

8a. _____              8b. _____
   New Legal Owners Name                  New Legal Owners Name

If more than one New Lender going onto title, please check the appropriate Co-owner term box below.

☐ Joint Tenants with Right of Survivorship   ☐ Tenants In Common OR   ☐ Trust/Trustee(s)
                                                  (* If this box is checked-Complete HCD 476.6B)

☐ Tenants In Common AND   ☐ Community Property   ☐ Community Property with Right of Survivorship

9. _____                 _____            _____
   Mailing Address of New Legal Owner         City/State                    Zip Code

**NEW JUNIOR LIENHOLDER - Please Print or Type Clearly**

10a. _____             10b. _____
   New Junior Lienholder Name              New Junior Lienholder Name

11. _____                _____            _____
   Mailing Address of New Junior Lienholder    City/State                    Zip Code

## SECTION D – RELEASE OF DEALERS

12. _____                _____
   Signature of Selling Dealer             Print Dealers Name and Dealer Number

OSP 09 112819

**State of California**
BUSINESS, TRANSPORTATION AND HOUSING AGENCY
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION AND TITLING PROGRAM
PO Box 2111 Sacramento CA 95812-2111
1 800 952-8356
www.hcd.ca.gov



## NOTICE OF SALE OR TRANSFER

**ATTENTION: THIS FORM IS TO BE USED ONLY WHEN YOU SELL OR TRANSFER YOUR MOBILEHOME OR COMMERCIAL COACH. AT THAT TIME COMPLETE, SIGN, AND RETURN TO THE ADDRESS STATED ABOVE TO REPORT THE CHANGE OF OWNERSHIP.**

**SECTION I:** Enter the following information that describes your unit: Decal/License plate number(s), Serial(s) number, and Trade name of Unit.

**SECTION II:** Enter the sale price and the date of sale/transfer including the month, day, and year.

**SECTION III:** Enter the full name and mailing address of the new owner/buyer(s).

**SECTION IV:** Enter date, city, and state indicating where and when this form is being executed. SELLER(S) MUST SIGN and print their names(s).

**SECTION I.          DESCRIPTION OF UNIT**

| Decal Number(s) | Serial Number(s) | Trade Name |
|---|---|---|
| LBM1081 | A7V71D394GB  AC7471D394GA | Custom Villa |

**SECTION II.          SALE OR TRANSFER INFORMATION**

For the sum of $ 225,000 the receipt of which is hereby acknowledged, I/we did sell, transfer and deliver to the purchaser/owner named below, on 11-1-18 , my/our right title and interest in the unit described above.

*Date of Transfer*

**SECTION III.          NAME OF PURCHASER/NEW OWNER:**

Name: J-Sandcastle Co, LLC
                Its Manager Jamie L. Gallian

Address: 6782 Pinon Dr.

City: Huntington Bch          State: CA          Zip Code: 92649

**SECTION IV.     CERTIFICATION AND RELEASE**

I/we certify under penalty of perjury under the laws of the State of California that: 1) I/We are the lawful owner(s) of the unit, and 2) I/We have the right to sell it, and 3) I/We guarantee and will defend the title to the unit against the claims and demands of any and all persons arising prior to this date, and 4) the unit is free of all liens and encumbrances.

I/We certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed On 11/1/2018          at Huntington Beach , CA
                *Date*                                  *City*                              *State*

Signature of Sellers: _____  _____ 11/15/2018

Printed Name: LISA T RYAN

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of _Orange_ )

On _November 15, 2018_ before me, _Brandon Vargas, Notary Public_
Date                                        Here Insert Name and Title of the Officer

personally appeared _Lisa Theresa Ryan_
Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

BRANDON VARGAS
Commission # 2203957
Notary Public - California
Orange County
My Comm. Expires JULY 3, 2021

Signature _Brandon V._
Signature of Notary Public

Place Notary Seal Above

──────────────── OPTIONAL ────────────────

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _Department of Housing and community development certificate of title, Section B_
Document Date: _____ Number of Pages: _3_
Signer(s) Other Than Named Above: _____

# J-SANDCASTLE CO, LLC
## 714-321-3449

November 19, 2018

Rancho Del Rey
Mobile Home Estates.
16222 Monterey
Huntington Beach, CA 92649

Attn:  Ms. Kathryn Curtiss

Dear Ms. Curtiss,

Than you for the opportunity to submit this application for residency in the
RDR Mobile Home Estates.

I have been looking for several months in the park.  With no luck finding a
unit that was the size I wanted or the amenities I desired, Five Star returned
my $500.00 several weeks ago.

I looked many times at unit 376, and I believe I have found a beautiful
model I can enjoy.

J-Sandcastle Co, LLC entered into a soft purchase contract with Ms. Ryan on
November 1, 2018.

J-Sandcastle Co. LLC has satisfied the Property Tax Liabilities and has
successfully obtained Tax Clearance Certificate from the County of Orange
Tax Assessor.

J-Sandcastle Co, LLC entered into Sales Contract with Ms. Ryan on
November 15, 2018.

On November 16, 2018, after J-Sandcastle Co., LLC satisfied the outstanding
debt owed by Ms. Ryan, Ms. Ryan and J-Sandcastle Co. LLC successfully

executed Transfer of title of the home known as 16222 Monterey Lane Sp 376
Huntington Beach CA.

J-Sandcastle Co. LLC would like to submit payment in satisfaction of the
judgment entered in favor of Houser Bros Co by Cashiers Check attached in
the amount $ 8,743.07. I fully anticipate there will be accruing rents due
from October 18, 2018 to close the previous tenants account.

J-Sandcastle Co., LLC and Jamie L Gallian, anxiously await your review of
the attached documents for occupancy and residency.

Ms. Gallian and Ms. Ryan have agreed to a peaceful transition and we wish
Ms. Ryan well.

J-Sandcastle Co LLC has obtained Ms. Ryan's cooperation in vacating the
home. Ms. Ryan has signed and entered into agreement with a commitment
to me that she will continue moving out of the home and the home will be
vacated completely by Ms. Ryan on or before Sunday, November 25, 2018.

On Monday, November 26, 2018, Ms. Ryan's realtor First Team Real Estate,
Agent Nickie Hoover, will conduct a Final walk through of the home with J-
Sandcastle Co, LLC, Jamie Gallian and Ms. Ryan.

On or before November 26, 2018, J-Sandcastle Co. LLC and Jamie Gallian
respectfully requests consideration and would like to enter into a lease
agreement with RDR Mobile Home Estates for residency.

Thank you for time in consideration of the foregoing.
If you have any questions or concerns, please feel free to contact me at your
earliest convenience.

Yours truly,

*J-SANDCASTLE CO., LLC*

J-Sandcastle Co. LLC

*Jamie L gAllian*

Its Member, Jamie L. Gallian

EJ-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NO. 170746 | FOR COURT USE ONLY |

NAME: VIVIENNE J ALSTON
FIRM NAME: ALSTON ALSTON & DIEBOLD
STREET ADDRESS: 27201 PUERTA REAL, STE 300
CITY: MISSION VIEJO    STATE: CA    ZIP CODE: 92691
TELEPHONE NO. 714 556 9400    FAX NO. 714 556 9500
E-MAIL ADDRESS: valston@aadlawyers.com
ATTORNEY FOR (name): HOUSER BROS. CO.

[X] ORIGINAL JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD

Pursuant to California Government Code § 68150(I), the Clerk of the Courthouse, certifies this document accurately reflects the official court record. The electronic signature and seal on this document has the same validity and legal force and effect as an original clerk's signature and court seal. California Government Code § 68150.

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: 700 CIVIC CENTER DRIVE WEST
MAILING ADDRESS:
CITY AND ZIP CODE: SANTA ANA  CA  92701
BRANCH NAME: CENTRAL JUSTICE CENTER

Plaintiff: HOUSER BROS. CO.
Defendant: LISA RYAN

| WRIT OF | [ ] EXECUTION (Money Judgment) | [X] Limited Civil Case (including Small Claims) |
| | [X] POSSESSION OF [ ] Personal Property | |
| | [ ] SALE  [X] Real Property | [ ] Unlimited Civil Case (including Family and Probate) |

CASE NUMBER:
30 2018 01013582 CLUDCJC

1. To the Sheriff or Marshal of the County of: ORANGE COUNTY
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. To any registered process server: You are authorized to serve this writ only in accordance with CCP 699.080 or CCP 715.040.
3. (Name): HOUSER BROS. CO., a California general partnership dba RANCHO DEL REY MOBILE HOME ESTATES
   is the [X] original judgment creditor [ ] assignee of record whose address is shown on this form above the court's name.
4. Judgment debtor (name, type of legal entity if not a natural person, and last known address):

   LISA RYAN
   16222 Monterey Lane, Space 376
   Huntington Beach, California 92649

   [ ] Additional judgment debtors on next page

5. Judgment entered on (date):
   10- 17 -2018
6. [ ] Judgment renewed on (dates):

7. Notice of sale under this writ
   a. [X] has not been requested.
   b. [ ] has been requested (see next page).
8. [ ] Joint debtor information on next page.

[SEAL]

9. [X] See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.
    For items 11–17, see form MC-012 and form MC-013-INFO.
11. Total judgment (as entered or renewed) $
12. Costs after judgment (CCP 685.090) $
13. Subtotal (add 11 and 12) $
14. Credits to principal (after credit to interest) $
15. Principal remaining due (subtract 14 from 13) $
16. Accrued interest remaining due per CCP 685.050(b) (not on GC 6103.5 fees) $
17. Fee for issuance of writ $25.00
18. Total (add 15, 16, and 17) $25.00
19. Levying officer:
    a. Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees) . . . . . . . . . . . . . . . $
    b. Pay directly to court costs included in 11 and 17 (GC 6103.5, 68637; CCP 699.520(i)) . . . . . . . . . . . . $
20. [ ] The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor in Attachment 20.

David H. Yamasaki, Clerk of the Court

Issued on (date): 11/14/2018    Clerk, by _____ Cuevas, Deputy

NOTICE TO PERSON SERVED: SEE PAGE 3 FOR IMPORTANT INFORMATION.

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. January 1, 2018]

WRIT OF EXECUTION

Code of Civil Procedure, §§ 699.520, 712.010 715.010
Government Code § 6103.5
www.courts.ca.gov

Page 1 of 3

74

EJ-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO. 170746 | FOR COURT USE ONLY |
|---|---|---|

NAME: VIVIENNE J ALSTON
FIRM NAME: ALSTON ALSTON & DIEBOLD
STREET ADDRESS: 27201 PUERTA REAL, STE 300
CITY: MISSION VIEJO    STATE: CA    ZIP CODE: 92691
TELEPHONE NO.: 714 558 9400    FAX NO.: 714 556 9500
E-MAIL ADDRESS: valston@aadlawyers.com
ATTORNEY FOR (name): HOUSER BROS. CO.

[X] ORIGINAL JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD

*Pursuant to California Government Code § 68150(l), the Clerk of the Court hereby certifies this document accurately reflects the official court record. The electronic signature and seal on this document have the same validity and legal force and effect as an original clerk's signature and court seal. California Government Code § 68150(g).*

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: 700 CIVIC CENTER DRIVE WEST
MAILING ADDRESS:
CITY AND ZIP CODE: SANTA ANA  CA 92701
BRANCH NAME: CENTRAL JUSTICE CENTER

Plaintiff: HOUSER BROS. CO.
Defendant: LISA RYAN

CASE NUMBER: 30 2018 01013582 CLUDCJC

| [ ] EXECUTION (Money Judgment) | | [X] Limited Civil Case (including Small Claims) |
|---|---|---|
| WRIT OF [X] POSSESSION OF | [ ] Personal Property | |
| [ ] SALE | [X] Real Property | [ ] Unlimited Civil Case (including Family and Probate) |

1. **To the Sheriff or Marshal of the County of:** ORANGE COUNTY
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. **To any registered process server:** You are authorized to serve this writ only in accordance with CCP 699.080 or CCP 715.040.
3. (Name): HOUSER BROS. CO., a California general partnership dba RANCHO DEL REY MOBILE HOME ESTATES
   is the [X] original judgment creditor [ ] assignee of record whose address is shown on this form above the court's name.
4. **Judgment debtor** (name, type of legal entity if not a natural person, and last known address):

   LISA RYAN
   16222 Monterey Lane, Space 376
   Huntington Beach, California 92649

   [ ] Additional judgment debtors on next page

5. **Judgment entered on** (date): 10-18-2018
6. [ ] Judgment renewed on (dates):

7. Notice of sale under this writ
   a. [X] has not been requested.
   b. [ ] has been requested (see next page).
8. [ ] Joint debtor information on next page.

[SEAL]

9. [X] See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.
For Items 11–17, see form MC-012 and form MC-013-INFO

| 11. Total judgment (as entered or renewed) | $ |
| 12. Costs after judgment (CCP 685.090) | $ |
| 13. Subtotal (add 11 and 12) | $ |
| 14. Credits to principal (after credit to interest) | $ |
| 15. Principal remaining due (subtract 14 from 13) | $ |
| 16. Accrued interest remaining due per CCP 685.050(b) (not on GC 6103.5 fees) | $ |
| 17. Fee for issuance of writ | $25.00 |
| 18. Total (add 15, 16, and 17) | $25.00 |

19. Levying officer:
   a. Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees) ........... $
   b. Pay directly to court costs included in 11 and 17 (GC 6103.5, 68637; CCP 699.520(i)) ........... $
20. [ ] The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

David H. Yamasaki, Clerk of the Court
Issued on (date): 11/14/2018    Clerk, by _____, Deputy

NOTICE TO PERSON SERVED: SEE PAGE 3 FOR IMPORTANT INFORMATION.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. January 1, 2018]

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010, 715.010 Government Code § 6103.5 www.courts.ca.gov

EJ-130

| Plaintiff: HOUSER BROS. CO. | CASE NUMBER: |
| Defendant: LISA RYAN | 30 2018 01013582 CLUDCJC |

21. ☐ Additional judgment debtor *(name, type of legal entity if not a natural person, and last known address):*

22. ☐ Notice of sale has been requested by *(name and address):*

23. ☐ Joint debtor was declared bound by the judgment (CCP 989–994)

   a. *on (date):*                                           a. *on (date):*
   b. name, type of legal entity if not a natural person, and       b. name, type of legal entity if not a natural person, and
      last known address of joint debtor:                       last known address of joint debtor:

   c. ☐  Additional costs against certain joint debtors are itemized:   ☐ Below  ☐ On Attachment 23c

24. ☒ (Writ of Possession or Writ of Sale) **Judgment** was entered for the following:

   a. ☒  Possession of real property: The complaint was filed on  *(date):* 8-21-2018
      (Check (1) or (2). Check (3) if applicable. Complete (4) if (2) or (3) have been checked.)

   (1) ☒  The Prejudgment Claim of Right to Possession was served in compliance with CCP 415.46. The judgment includes
           all tenants, subtenants, named claimants, and other occupants of the premises.

   (2) ☐  The Prejudgment Claim of Right to Possession was NOT served in compliance with CCP 415.46.

   (3) ☐  The unlawful detainer resulted from a foreclosure sale of a rental housing unit. (An occupant not named in the
           judgment may file a Claim of Right to Possession at any time up to and including the time the levying officer returns
           to effect eviction, regardless of whether a Prejudgment Claim of Right to Possession was served.) *(See CCP 415.46
           and 1174.3(a)(2).)*

   (4) If the unlawful detainer resulted from a foreclosure (item 24a(3)), or if the Prejudgment Claim of Right to Possession was
        not served in compliance with CCP 415.46 (item 24a(2)), answer the following:

       (a)    The daily rental value on the date the complaint was filed was  $36.20

       (b)    The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following dates *(specify):*

   b. ☐  Possession of personal property.
        ☐  If delivery cannot be had, then for the value *(itemize in 24e)* specified in the judgment or supplemental order.
   c. ☐  Sale of personal property.
   d. ☐  Sale of real property.
   e. The property is described: ☒ Below  ☐ On Attachment 24e

      16222 Monterey Lane, Space 376, Huntington Beach, California 92649

EJ-130 [Rev. January 1, 2016]                    **WRIT OF EXECUTION**                              Page 2 of 3

EJ-130

| Plaintiff: HOUSER BROS. CO. | CASE NUMBER: |
| Defendant: LISA RYAN | 30 2018 01013582 CLUDCJC |

### NOTICE TO PERSON SERVED

WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (form EJ-150).

WRIT OF POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will demand that you turn over the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.

WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.

EXCEPTION IF RENTAL HOUSING UNIT WAS FORECLOSED. If the residential property that you are renting was sold in a foreclosure, you have additional time before you must vacate the premises. If you have a lease for a fixed term, such as for a year, you may remain in the property until the term is up. If you have a periodic lease or tenancy, such as from month-to-month, you may remain in the property for 90 days after receiving a notice to quit. A blank form *Claim of Right to Possession and Notice of Hearing* (form CP10) accompanies this writ. You may claim your right to remain on the property by filling it out and giving it to the sheriff or levying officer.

EXCEPTION IF YOU WERE NOT SERVED WITH A FORM CALLED PREJUDGMENT CLAIM OF RIGHT TO POSSESSION. If you were not named in the judgment for possession and you occupied the premises on the date on which the unlawful detainer case was filed, you may object to the enforcement of the judgment against you. You must complete the form *Claim of Right to Possession and Notice of Hearing* (form CP10) and give it to the sheriff or levying officer. A blank form accompanies this writ. You have this right whether or not the property you are renting was sold in a foreclosure.

EJ-130 [Rev. January 1, 2018]                    **WRIT OF EXECUTION**                    Page 3 of 3

# CASAS 2
Codes & Standards Automated System

Welcome, MIKE KILLIAN · home · tasks · complaints(0) · messages(0) · multiple roles · logout

Menu | Search

DTN
Ref #
Lic. #/ID
Park ID
Facility ID
Unit ID lbm1081
Asg. #
Compl. #

Advanced Search Clear Search

Search returned 1 result(s)

Decal LBM1081, MCO 8802499

Unit Type: Manufactured Home

SITUS Address: 16222 MONTEREY LN 376, HUNTINGTON BEACH, CA 92649 (ORANGE COUNTY)

HUD Label: PFS1130281, PFS1130282

Serial No.: AC7V710394GB, AC7V710394GA

Manufacturer: SKYLINE HOMES INC

Manufacturer Date: 05/29/2014

Registered Owner(s): LISA T RYAN

Status of Unit: Active

## Decal LBM1081, MCO 8802499

Review | Applications | Unit Details | Owner Details | Conditions | Notices | Escrows | Comments

### Open Applications

| DTN | Task Type | Reference No. | Status | Date Received | Last Assigned Technician | Owning Program |
|---|---|---|---|---|---|---|
| 10670236 | R/O Transfer - Private Sale | LBM1081 | Assigned to Technician | 11/16/2018 | JUDYLYN DIMACULANGAN | RT |

### Closed Applications

| DTN | Task Type | Reference No. | Status | Date Received | Last Assigned Technician | Owning Program | Completed Date |
|---|---|---|---|---|---|---|---|
| 10847244 | RA No Fee Informal Title Search | LBM1081 | Complete | 01/08/2019 | MIKE KEESE | RT | 01/08/2019 |
| 10805241 | RT Sale of Documents | LBM1081 | Complete | 12/26/2018 | MARSHELLE GEREN | RT | 12/31/2018 |
| 10789600 | RA Informal Title Search - Fee | LBM1081 | Complete | 12/19/2018 | VIVIENNE ALSTON | RT | 12/19/2018 |
| 10742140 | RA No Fee Informal Title Search | LBM1081 | Complete | 12/06/2018 | MIKE KEESE | RT | 12/06/2018 |
| 10703521 | RA Informal Title Search - Fee | LBM1081 | Complete | 11/29/2018 | VIVIENNE ALSTON | RT | 11/29/2018 |
| 10689563 | Correspondence | LBM1081 | Complete | 11/20/2018 | DALE WISDOM | RT | 11/28/2018 |
| 8267526 | RA No Fee Informal Title Search | LBM1081 | Complete | 10/29/2014 | (PILOT) WEB APPLICATIONS | RT | 10/29/2014 |
| 8169431 | New MH - 18613 | 8802499 | Complete | 07/30/2014 | CASAS SYSTEM | RT | 09/09/2014 |

Print Title Search History

Version 2.0.371



**State of California**
BUSINESS, TRANSPORTATION AND HOUSING AGENCY
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION AND TITLING PROGRAM
PO Box 2111 Sacramento CA 95812-2111
1 800 952-8356
www.hcd.ca.gov



## NOTICE OF SALE OR TRANSFER

**ATTENTION: THIS FORM IS TO BE USED <u>ONLY</u> WHEN YOU SELL OR TRANSFER YOUR MOBILEHOME OR COMMERCIAL COACH. AT THAT TIME COMPLETE, SIGN, AND RETURN TO THE ADDRESS STATED ABOVE TO REPORT THE CHANGE OF OWNERSHIP.**

**SECTION I:** Enter the following information that describes your unit: Decal/License plate number(s), Serial(s) number, and Trade name of Unit.

**SECTION II:** Enter the sale price and the date of sale/transfer including the month, day, and year.

**SECTION III:** Enter the full name and mailing address of the new owner/buyer(s).

**SECTION IV:** Enter date, city, and state indicating where and when this form is being executed. SELLER(S) MUST SIGN and print their names(s).

**SECTION I.**         **DESCRIPTION OF UNIT**

| Decal Number(s) | Serial Number(s) | Trade Name |
|---|---|---|
| LBM1081 | AC7V7103946GB AC7471103946GA | Custom Villa |

**SECTION II.**         **SALE OR TRANSFER INFORMATION**

For the sum of $ 225,000 the receipt of which is hereby acknowledged, I/we did sell, transfer and deliver to the purchaser/owner named below, on 11-1-18 , my/our right title and interest in the unit described above.
*Date of Transfer*

**SECTION III.**         **NAME OF PURCHASER/NEW OWNER:**

Name: J-Sandcastle Co. LLC
Its Manager Jamie L. Gallian

Address: 8782 PINON Dr.

City: Huntington Bch    State: CA    Zip Code: 92649

**SECTION IV.    CERTIFICATION AND RELEASE**

I/we certify under penalty of perjury under the laws of the State of California that: 1) I/We are the lawful owner(s) of the unit, and 2) I/We have the right to sell it, and 3) I/We guarantee and will defend the title to the unit against the claims and demands of any and all persons arising prior to this date, and 4) the unit is free of all liens and encumbrances.

I/We certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed On 11/1/2018     at Huntington Beach , CA
*Date*             *City*             *State*

Signature of Sellers: _____    11/15/2018

Printed Name: LISA T RYAN

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )

County of _Orange_ )

On _November 15, 2018_ before me, _Brandon Vargas, Notary Public_ ,
　　　　Date　　　　　　　　　　　　Here Insert Name and Title of the Officer

personally appeared _Lisa Theresa Ryan_
　　　　　　　　　　　　　　　Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

BRANDON VARGAS
Commission # 2203957
Notary Public - California
Orange County
My Comm. Expires JULY 3, 2021

Signature _Brandon V._
　　　　　Signature of Notary Public

　　　_Place Notary Seal Above_
──────────────── **OPTIONAL** ────────────────
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _Department of Housing and community development Certificate of Title, section B_
Document Date: _____ Number of Pages: _3_
Signer(s) Other Than Named Above: _____

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of _Orange_ )

On _November 15, 2018_ before me, _Brandon Vargas, Notary Public_
Date _____ Here Insert Name and Title of the Officer

personally appeared _Jamie Lynn Gallian, J-SandCastle Co, LLC_
_Its MANAger_ Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

BRANDON VARGAS
Commission # 2203957
Notary Public - California
Orange County
My Comm. Expires JULY 3, 2021

Signature _Brandon V._
Signature of Notary Public

Place Notary Seal Above

——————————— OPTIONAL ———————————
Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: _Department of housing and community development certificate of title - Section C_
Document Date: _____ Number of Pages: _4_
Signer(s) Other Than Named Above: _____

EXHIBIT 23, PAGE 429



001232



# TAX CLEARANCE CERTIFICATE

☒ Mobile Home                    ☐ Floating Home

### COUNTY OF ORANGE

| SERIAL NUMBER/HULL NUMBER | DECAL NUMBER/CF NUMBER |
|---|---|
| AC7V710394GB/ AC7V710394GA | LBM1081 |
| LOCATION OF HOME | ASSESSOR'S PARCEL NUMBER |
| 16222 MONTEREY LN 376 HUNTINGTON BEACH | 891-569-62 |
| CURRENT REGISTERED OWNER | APPLICANT |
| RYAN, LISA T<br>16222 MONTEREY LN<br>SPC 376<br>HUNTINGTON BEACH<br>CA 92649 | J-SANDCASTLE CO, LLC<br>16222 MONTEREY LN #376<br>HUNTINGTON BEACH<br>CA 92649 |

I hereby certify that the following has been paid:

☐ Delinquent license fees

☒ Property taxes applicable to the home identified above through the fiscal year 2018-2019

☒ A security deposit for payment of the property taxes for the fiscal year 2019-2020

☒ No taxes due or payable at this time.

There may be a supplemental assessment not covered by this "Tax Clearance Certificate" which may create an additional bill.

### THIS CERTIFICATE IS VOID ON AND AFTER JANUARY 15, 2019.

Executed on November 16, 2018 at Santa Ana.
Treasurer-Tax Collector for Orange County, State of California.

Issued on November 16, 2018 _____
                                                    (Signature)

§§2189.8, 5832 R & T Code                                         TDL 10-01 (7-87)

State of California
Department of Housing and Community Development
Division of Codes and Standards
Registration and Titling Program
P.O. Box 2111, Sacramento, CA 95812-2111
(916) 323-9224 / (800) 952-8356
www.hcd.ca.gov



## MULTI-PURPOSE TRANSFER FORM

## PLEASE COMPLETE ONLY THE SECTIONS THAT APPLY AND SIGN BOTTOM OF FORM

### UNIT DESCRIPTION

Decal (License) No.(s): __LBM 1081__          Serial No.(s): __AC7V710394GB/AC7V710394GA__

### SMOKE DETECTOR AND CARBON MONOXIDE CERTIFICATION

I/We, the undersigned, hereby state that the manufactured home, mobilehome, or multifamily manufactured home described above is equipped with a properly working, operable smoke detector in accordance with California Health and Safety Code Section 18029.6 and a carbon monoxide detector in accordance to California Residential Code Section R315.

☒ YES   ☐ NO

### PARK PURCHASE FEE EXEMPTION

The registered owner of the above-described manufactured home/mobilehome that is located on private property owned by the registered owner is exempt from payment of the $5 Park Purchase Fund (PPF) fee (Health and Safety Code Section 18114.1). If you feel you qualify for the exemption, complete the following questions:

- Do you (the registered owner) own your manufactured home/mobilehome?   ☒ YES   ☐ NO
- Do you (the registered owner) own the land your manufactured home/mobilehome is located on?   ☐ YES   ☒ NO

### DESIGNATION OF CO-OWNER TERM

We request the Department of Housing and Community Development to register our ownership interest in the unit described above with the following co-owner term:   **(READ CAREFULLY AND CHECK ONE BOX.)**

☐ **JTRS (Joint Tenants with Right of Survivorship):** Upon the death of a joint tenant, the interest of the deceased party passes to the surviving joint tenant. The signature of each joint tenant is required to transfer or encumber the title.

☐ **TENCOM AND (Tenants in Common with the names joined by the word AND):** Each tenant in common may transfer his or her individual interest without the signature of the other tenant(s) in common. The signature of each tenant in common is required to transfer full interest in the unit to a new registered owner or to encumber the title.

☐ **TENCOM OR (Tenants in Common with the names joined by the word OR):** Any one of the tenants in common may transfer full ownership interest in the unit to a new registered owner without the signature of the other tenant(s) in common. The signature of each tenant in common is required to encumber the title.

☐ **COMPRO (Community Property):** A unit may be registered as community property in the names of a husband and wife. The signature of each spouse is required to transfer full interest in the unit or encumber the title.

☐ **COMPRORS (Community Property with Right of Survivorship):** A unit may be registered as community property in the names of a husband and wife. At the death of one spouse, the decedent's community property interest passes to the surviving spouse without administration. The signature of each spouse is required to transfer full interest in the unit or encumber the title.

I/We further agree to indemnify and save harmless the Director of the State of California, Department of Housing and Community Development, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the above described unit in California, or from, issuance of a California Certificate of Title covering the same.

I/We certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on __November 16, 2018__          __Riverside, CA__

| | | |
|---|---|---|
| Date | City | State |

Signature _____

Signature _____          Signature _____

PHONE #: __714-321-3449__          E-MAIL ADDRESS: __jamiegallian@gmail.com__

HCD RT 476.6G Side 1 (Rev. 07/16)

Decal (License) No.(s): LBM 1081                    Serial No.(s): AC7V710394GB/AC7V710394GA.

## DECLARATION OF INSTALLATION OF WATER HEATER SEISMIC BRACING

I/We the undersigned hereby state that all fuel gas-burning water heater appliances in the manufactured home, mobilehome, or multifamily manufactured housing described above are seismically braced, anchored, or strapped in accordance with Health and Safety Code Section 18031.7 and Part 5 of Title 24 of the California Code of Regulations.

☒ YES    ☐ NO    ☒ Electric water heater is installed per
manufacturer's instructions.

**SIGNATURE ON FRONT SIDE IS CERTIFICATION FOR THIS SECTION**

## REASON FOR USE TAX AND/OR MOBILEHOME RECOVERY FUND FEE EXEMPTION

Check appropriate box(es):

☐ The above-described unit was a gift. All rights and interest of ownership were transferred without exchange or money or other valuable consideration.

☐ The above-described unit has been acquired from: _____
                                                                         *parents, spouse, grandparent(s), grandchild, child, brother(s)\*, sister(s)\**

☐ The name of a _____ is being ☐ ADDED    ☐ DELETED to the record.
                              *show relationship*

☐ The above-described unit was received as the result of an inheritance.

☐ Transfer of the above-described unit is being made pursuant to a court order.

☐ The transfer of the unit is being made to a revocable trust which (1) the seller has an unrestricted power to revoke the trust, (2) the transfer does not result in any change in the beneficial ownership of the property, (3) the trust provides that upon revocation of the trust the property will revert wholly to the seller, and (4) the only consideration for the transfer is the assumption by the trust of an existing loan for which the tangible personal property being transferred is the sole collateral for the assumed loan.

*NOTE: A sale between brother(s) or sister(s) is subject to use tax unless both are minors. If minors, check here: ☐

**SIGNATURE ON FRONT SIDE IS CERTIFICATION FOR THIS SECTION**

## DESIGNATION OF TRUST

I/We, the undersigned trustee(s), hereby state that the unit described above has been placed into a trust. This Declaration of Trust is dated _____

In compliance with Section 18080.1(b) of the California Health and Safety Code, I/we as trustee(s) hereby request the unit described above be registered as shown below. I/We acknowledge that the Department's permanent title record and the titling documents for the unit will reflect the information as shown below.

_____
*Print Name of the Trust. This is how the name of the Trust will appear on title.*

I/We as trustee(s) agree(s) to notify and make application with the Department of Housing and Community Development to appropriately amend the permanent registration and titling record immediately upon any change to the original trust agreement described herein by submitting this form along with all appropriate documents, fees or any other needed items to the Department.

I/We as trustee(s) further agree(s) to indemnify and save harmless the Director of the Department of Housing and Community Development, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the above described unit in California and from issuance of a California Certificate of Title covering the same.

I/We certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on _____ at _____
                          *Date*                                    *City*                                    *State*

_____
*Trustee Signature(s):*

_____          _____          _____
*Street Address or P.O. Box*                              *City*                                    *State*

HCD RT 476.6G Side 2 (Rev. 07/16)

STATE OF CALIFORNIA
BUSINESS, TRANSPORTATION AND HOUSING AGENCY
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION AND TITLING PROGRAM

**NOTICE OF APPLICATION RECEIVED**
Additional information regarding this notice appears
on the reverse side of this form.

NOV 6 2018

J- Sandcastle Co. LLC

16222 Monterey Ln #376

Huntington Beach C

92649

DECAL
LBM1081

SERIAL NUMBER(S)
ACTV7103294GB/GB

TRADE NAME
CUSTOM VILLA

STICKER NUMBER

HCD 455.8 (REV 11/82)

Your transaction for this unit is being processed at this time.  The decal enclosed must be affixed to the
unit according to the instructions which appear on the reverse side of the decal.

The Certificate of Title and/or Registration Card will be mailed to you under a separate cover.

STATE OF CALIFORNIA
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS



CASH RECEIPT

| Customer: J-Sandcastle Co, LLC | Date Received | 11/16/2018 |
|---|---|---|
| JAMIE L GALLIAN, It's MANAger | Media # | |
| 16222 MONTEREY LN , SPACE # 376 HUNTINGTON BEACH, CA 92649 | Amount | $101.00 |

| DATE | DTN | REFERENCE | AMOUNT DUE |
|---|---|---|---|
| 11/16/2018 | 10670236 - R/O Transfer - Private Sale | LBM1081 | $101.00 |
| | | Previously Paid: | $0.00 |
| | | Paid Today: | $101.00 |

OTHER  DTNS

*Will rec'n Mail*
*About 6 Mos (omonths)*
*from Sacramento*
*to address at above*

# STATE OF CALIFORNIA - DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
## CERTIFICATE OF TITLE
Manufactured Home                              Decal No: **LBM1081**

| Manufacturer ID/Name | | Trade Name | | Model | | DOM | DFS | | RY | | Exp. Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 90002  SKYLINE HOMES INC | | CUSTOM VILLA | | | | 05/29/2014 | 07/28/2014 | | | | |

| Serial Number | | Label/Insignia Number | Weight | Length | Width | SPC | SCC | Exempt | | Use | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AC7V710394GB | | PFS1130281 | 22,383 | 56' | 15' 2" | | 30 | | | SFD | LPT |
| AC7V710394GA | | PFS1130282 | 25,088 | 60' | 15' 2" | | | | | | |

| | Issued | Total Fees Paid |
|---|---|---|
| | Sep 10, 2014 | $91.00 |

**Addressee**
LISA T RYAN
16222 MONTEREY LN 376
HUNTINGTON BEACH, CA  92649

**Registered Owner(s)**
LISA T RYAN
16222 MONTEREY LN 376
HUNTINGTON BEACH, CA  92649

**Situs Address**
16222 MONTEREY LN 376
HUNTINGTON BEACH, CA  92649

**IMPORTANT**
**THE OWNER INFORMATION SHOWN ABOVE MAY NOT REFLECT ALL LIENS RECORDED WITH THE**
**DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT AGAINST THE DESCRIBED UNIT.**
**THE CURRENT TITLE STATUS OF THE UNIT MAY BE CONFIRMED THROUGH THE DEPARTMENT.**

DTN: 8169431

NOV 1 6 2018

09102014 - 244

173

000152

## SECTION A – SMOKE DETECTOR AND WATER HEATER SEISMIC BRACING CERTIFICATION

California Health and Safety Code (HSC) Sections 18029.6 and 18031.7 require that on the date of transfer of title all used manufactured homes, used mobilehomes, and used multifamily manufactured homes: 1) be equipped with an operable smoke detector in each room designed for sleeping, and 2) all fuel-gas-burning water heater appliances be seismically braced, anchored, or strapped pursuant to existing codes. A declaration may be signed within 45 days prior to the date of transfer of title stating that these requirements have been met.

I/We further agree to indemnify and save harmless the Director of the State of California, Department of Housing and Community Development, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the unit in California or from issuance of a California Certificate of Title covering the same. I/We certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 11/1/2018 at Huntington Beach , CA
    Date             City                 State

Signature                        LISA T RYAN
                                  Printed Name

## SECTION B – RELEASING SIGNATURES

1a. _____        Date of Release 11/1/2018
     Releasing Signature of Registered Owner

1b. _____        Date of Release _____
     Releasing Signature of Registered Owner

2. _____    ☒ Release    ☐ Retain    *☐ Assign Interest
     Legal Owner of Record (Must sign and check appropriate box)      (* If Assign Interest is checked - Complete New Legal Owner Below)

## SECTION C – NEW OWNER INFORMATION

NEW REGISTERED OWNER - Please Print or Type Clearly

3a. J-Sandcastle Co, LLC      3c. _____
     New Registered Owners Name                    New Registered Owners Name

3b. _____      3d. _____
     New Registered Owners Name                    New Registered Owners Name
            If more than one New Owner going onto title, please check the appropriate Co-owner term box.

☐ Joint Tenants with Right of Survivorship    ☐ Tenants In Common OR    *☐ Trust/Trustee(s)
                                                  (* If this box is checked-Complete HCD 476.6B)

☐ Tenants In Common AND    ☐ Community Property    ☐ Community Property with Right of Survivorship

4. 16222 Monterey Ln #376      Huntington Beach CA    92649
     Mailing Address of New Registered Owner         City/State               Zip Code

5. Same as Above                              City/State               Zip Code
     Actual Location Address of Unit

6. $625,000 $175,000    11-1-18
     Purchase Price or check box if Gift-☐      Purchase Date or Transfer Date

7a. J-Sandcastle Co. LLC                  _____
     Signature of New Registered Owners                    Signature of New Registered Owners

7b. _____     7d. _____
     Signature of New Registered Owners                    Signature of New Registered Owners

NEW LEGAL OWNER - Please Print or Type Clearly

8a. _____      8b. _____
     New Legal Owners Name                          New Legal Owners Name
            If more than one New Lender going onto title, please check the appropriate Co-owner term box below.

☐ Joint Tenants with Right of Survivorship    ☐ Tenants In Common OR    *☐ Trust/Trustee(s)
                                                  (* If this box is checked-Complete HCD 476.6B)

☐ Tenants In Common AND    ☐ Community Property    ☐ Community Property with Right of Survivorship

9. _____                           
     Mailing Address of New Legal Owner               City/State               Zip Code

NEW JUNIOR LIENHOLDER - Please Print or Type Clearly

10a. _____      10b. _____
      New Junior Lienholder Name                       New Junior Lienholder Name

11. _____
     Mailing Address of New Junior Lienholder           City/State               Zip Code

## SECTION D – RELEASE OF DEALERS

12. _____
     Signature of Selling Dealer                    Print Dealers Name and Dealer Number

OSP 09 112819

1/1/2006

# RANCHO DEL REY MOBILE HOME ESTATES
## 16222 MONTEREY LANE
## HUNTINGTON BEACH, CALIFORNIA

## MOBILEHOME RENTAL AGREEMENT

## EQUAL HOUSING OPPORTUNITY

## WE DO BUSINESS IN ACCORDANCE WITH
## THE FEDERAL FAIR HOUSING LAW

**IT IS ILLEGAL TO DISCRIMINATE AGAINST ANY
PERSON BECAUSE OF RACE, COLOR, RELIGION,
SEX, HANDICAP, FAMILIAL STATUS, OR NATIONAL
ORIGIN**

**RANCHO DEL REY MOBILE HOME ESTATES**
**16222 MONTEREY LANE**
**HUNTINGTON BEACH, CALIFORNIA**

**MOBILEHOME RENTAL AGREEMENT**

**TABLE OF CONTENTS**

Page

INFORMATION SUMMARY ........................................................................ -1-

DISCLOSURES AND IMPORTANT ACKNOWLEDGMENTS ............................ -2-

1.  TERM ................................................................................................ -3-

2.  RENT ................................................................................................ -3-

3.  UTILITIES ......................................................................................... -3-

4.  RENT AND OTHER CHARGES ......................................................... -3-

5.  SECURITY DEPOSIT ........................................................................ -5-

6.  RESOLUTION OF DISPUTES ........................................................... -4-

7.  SALE OF MOBILEHOME ................................................................. -7-

8.  REMOVAL OF MOBILEHOME UPON SALE TO THIRD PARTY ....... -7-

9.  APPROVAL OF PURCHASER AND SUBSEQUENT RESIDENTS ........ -7-

10. ASSIGNMENT AND SUBLEASING ................................................. -8-

11. CONFLICTS ...................................................................................... -8-

12. SERVICES AND IMPROVEMENTS .................................................. -9-
    12.1  SERVICES AND IMPROVEMENTS PROVIDED ....................... -9-
    12.2  CHANGES IN RULES AND REGULATIONS, STANDARDS OF
          MAINTENANCE, SERVICES, EQUIPMENT, OR PHYSICAL
          IMPROVEMENTS ................................................................ -10-

13. TERMINATION OF THIS AGREEMENT BY YOU ............................. -10-

14. TERMINATION OF THIS AGREEMENT BY THE PARK ..................... -10-

Document10 Rancho Del Rey                          i

© 2006  Alston  All rights reserved. Reproduction is illegal. (May be reproduced by Park named above.)

15. INDEMNIFICATION..............................................................................................-11-

16. INCORPORATED DOCUMENTS .....................................................................-11-

17. COMPLIANCE WITH LAW AND RULES AND REGULATIONS......................-11-

18. ZONING, USE PERMIT AND OWNER INFORMATION ...................................-11-

19. TRANSFER OF PARK'S INTEREST ................................................................-11-

20. NOTICES ............................................................................................................-11-

21. WAIVER ..............................................................................................................-11-

22. ENTIRE AGREEMENT ......................................................................................-12-

23. ATTORNEY'S FEES ..........................................................................................-12-

24. HEADINGS AND FORMATTING ......................................................................-12-

25. PARTIAL INVALIDITY .....................................................................................-12-

26. ALTERATION OF THIS AGREEMENT ............................................................-12-

27. DEFINITIONS OF OWNER OF THE PARK, HOMEOWNERS,
RESIDENTS, SALE OF MOBILEHOME AND BUYER...................................-12-

28. HOLDOVER TENANCY.....................................................................................-12-

29. COUNTERPARTS ..............................................................................................-12-

30. EXHIBITS ...........................................................................................................-13-

31. OWNER'S APPROVAL AND OPTIONS ...........................................................-13-

32. STATUTE OF LIMITATION .............................................................................-13-

33. USE AND OCCUPANCY ....................................................................................-13-

34. INSPECTION ......................................................................................................-13-

35. ENFORCEMENT OF CONDITIONS OF TENANCY ........................................-13-

36. MAINTENANCE OF IMPROVEMENTS ...........................................................-13-

Document10 Rancho Del Rey                                        ii

© 2006  Alston  All rights reserved.  Reproduction is illegal.  (May be reproduced by Park named above.)

37.   CONDEMNATION ........................................................................................ -14-

38.   TIME OF ESSENCE ..................................................................................... -14-

39.   MODIFICATION FOR LENDER .................................................................. -14-

40.   ESTOPPEL CERTIFICATE .......................................................................... -14-

41.   LIMITATION OF OUR LIABILITY ............................................................ -14-

42.   MEGAN'S LAW ............................................................................................ -14-

43.   EXECUTION ................................................................................................. -15-

Document10 Rancho Del Rey

© 2006 Alston  All rights reserved.  Reproduction is illegal.  (May be reproduced by Park named above.)

**RANCHO DEL REY MOBILE HOME ESTATES**
**16222 MONTEREY LANE**
**HUNTINGTON BEACH, CALIFORNIA**

**MOBILEHOME RENTAL AGREEMENT**

**INFORMATION SUMMARY**

The following information from the Agreement is summarized for the convenience of both of us.  Please see the applicable paragraphs in this Agreement for the complete information which controls if there is a difference between it and the following:

A.   Space Number: _376_

B.   Resident(s): _Laura Ryan, Lisa T. Ryan, Patricia C. Ryan_

C.   Date this Agreement Begins and Length/Term of this Agreement:

  (1)   On a month-to-month basis beginning _____, 20___.

  _____
  (Resident's Initials)

  (2)   For a period of _12_ months beginning _1-1-_, 20_06_   _LTR_
         (not to exceed 12 months).                    (Resident's Initials)

D.   Monthly Rent:  Your beginning monthly rent will be $ _696.00_ .  The amount of your rent may be increased at any time on ninety (90) days' notice.  The increase in rent may be made because of such things as new or increased operating expenses we may incur, increases in what we believe to be a fair market rent for your mobilehome space or any other reason we believe, in our sole discretion, to be appropriate so long as the rent increase is not otherwise specifically prohibited by law.   _LTR_
                    (Resident's Initials)

E.   Utilities:

  (1)   Utilities You Pay to Park:

         Electricity, Water and Natural Gas on submetered basis.

         Sewer and Trash at an initial charge of $ _10.27_ /month for Sewer and
         $ _12.33_ /month for Trash.

  (2)   Utilities Included in Your Rent:  None.

  (3)   Utilities you purchase from Others:  Telephone and cable TV.

  Utilities may be increased or changed as allowed by this Agreement.

J:\001510\003\RENTAGR\Rental Agreement revised for 2006.doc       Rancho Del Rey                                    Page 1
© 2006  Alston & Glaser, LLP   All rights reserved.  Reproduction is illegal.  (May be reproduced by Park named above.)

F.    Other Charges:

    (1)    Late Payment:    $20.00

    (2)    Returned Checks: $20.00

    (3)    Security Deposit:  $ .-0-

    (4)    RV/Extra Vehicles:    $ 60 00    per month per vehicle

    (5)    Government Fees:    As charged to Park

    (6)    Extra Persons Charge:    $ -0-    per day per person

    (7)    Guest Cottage Charge:    $ 50 00    per day.

    (8)    Other:

These above charges may be increased or changed as allowed by this Agreement.

G.    Facilities to be provided by the Park for Residents during the term of this Agreement, unless changed: The streets, R.V. storage area (subject to separate agreement and charge), 2 clubhouses, 2 swimming pools and spas, 4 saunas, 3 laundry rooms and 2 guest cottages which are available for residents to rent to house their short-term guests.

H.    Services to be provided by the Park for Residents during the term of this Agreement, unless changed: Park Manager, electricity, natural gas, water, sewer, and trash.

    Facilities and services may be decreased or changed as allowed by this Agreement.  The cost of providing and maintaining facilities and services may increase your rent per the provisions of this Agreement.

## DISCLOSURES AND IMPORTANT ACKNOWLEDGMENTS

OUR MOBILEHOME PARK IS AN OLDER PARK; THEREFORE, THE UTILITY SYSTEMS (ELECTRIC, NATURAL GAS, SEWER AND WATER) DO NOT WORK AS WELL AS NEWER SYSTEMS AND DO PERIODICALLY BREAK DOWN OR PROVIDE LESS-THAN-ADEQUATE SERVICE.

YOU ACKNOWLEDGE THAT WE HAVE OFFERED YOU THE OPTION OF HAVING THIS AGREEMENT HAVE A TERM OF 12 MONTHS OR LESS, INCLUDING A MONTH-TO-MONTH TENANCY.  YOU ALSO ACKNOWLEDGE THAT YOU HAVE VOLUNTARILY SELECTED THE TERM LISTED AT PARAGRAPH C ON PAGE 1 OF THIS AGREEMENT.

RESOLUTION OF DISPUTES:  YOU AGREE THAT THOSE DISPUTES WHICH ARE SPECIFIED IN PARAGRAPH 6 OF THIS AGREEMENT, WHICH IS ENTITLED "RESOLUTION OF DISPUTES," WILL BE DETERMINED BY SUBMISSION TO WHAT IS KNOWN AS A REFERENCE AND NOT BY WHAT MOST PEOPLE CONSIDER THE NORMAL LAWSUIT OR BY RESORTING TO NORMAL COURT PROCESSES.  BY SIGNING THIS AGREEMENT, BOTH YOU AND WE ARE GIVING UP OUR CONSTITUTIONAL RIGHT TO HAVE THOSE DISPUTES DECIDED IN A COURT OF LAW BEFORE A JURY AND, INSTEAD, ARE ACCEPTING THE USE OF THE REFERENCE PROCEDURES.

I AGREE I HAVE READ AND UNDERSTOOD THE ABOVE DISCLOSURES AND ACKNOWL-
EDGMENTS.

SIGNATURE: _____    DATE: 1/10/2006

SIGNATURE: _____    DATE: 1/20/2006

SIGNATURE: _____    DATE: _____

1.　　**TERM:** You are renting the Space listed at paragraph A on page 1 of this Agreement in Rancho Del Rey Mobile Home Estates located in Huntington Beach, California (the Park). This Agreement is for the term and begins on the date listed at paragraph C on page 1 of this Agreement unless it terminates earlier per the termination paragraphs of this Agreement.

2.　　**RENT:** Your rent will be the amount listed at paragraph D on page 1 of this Agreement and it may be increased as permitted by that paragraph.

3.　　**UTILITIES:**

　　　3.1　　You are responsible for making sure that your mobilehome and all appliances and equipment in your mobilehome are compatible with the electric service and capacity now available, and we shall have no liability or responsibility to you if the available electrical supply is incompatible. You agree not to install electrical appliances which will use energy in excess of the electrical service and capacity available to your Space. You also agree that you will not attempt to increase the electrical service and capacity of your Space by installing any device or doing anything else unless you have received our prior written permission. If your electrical demands exceed the capability of the Park, or are otherwise inconsistent with the capabilities of the Park, you will be deemed to be in default under your rental or lease agreement and you will, in addition to all of the remedies available to us, reimburse us within ten (10) working days for any costs and expense we incur in remedying the situation created by your use of excessive or inconsistent electrical demands. You also agree to indemnify and hold us harmless against any loss, cost, damage, expense (including attorneys' fees and costs) or other liability incurred or imposed by reason of any injury to persons or property which occurs as a result of your electrical demands. As the amount of such electrical service and capacity will affect your ability to have electrical appliances, you must determine in advance from us in writing the amount of electrical service and capacity available to your Space and insure that your mobilehome and all appliances and equipment in it are compatible with that service and capacity.

　　　3.2　　We will provide, submeter and separately charge you monthly for gas, water, and electricity. Any increases in the cost of utilities submetered will be immediately passed-through and paid by you. We will initially charge you monthly the amount indicated in paragraph E(1) on page 1 of this Agreement for trash and sewer. Any increase in the cost of utilities separately charged will be immediately passed-through and paid by you, at such prevailing rates regulated and authorized by the utility companies. You will contract with and pay directly for all other utilities you require.

4.　　**RENT AND OTHER CHARGES:**

　　　4.1　　If you do not maintain your mobilehome or Space as required by this Agreement and the Rules and Regulations, we may give you a notice requiring you to comply in fourteen (14) days. If you do not, we may charge you a reasonable fee for having this work done. In accordance with Civil Code §798.36 Management may after providing you with 14 days notice charge you with the reasonable costs for removal personal property and storage thereof for a period of sixty-day period prior to the ultimate disposal of unclaimed property.

　　　4.2　　If you store or park a vehicle, trailer or something else in the recreational vehicle storage lot or other extra vehicle parking area, you will be charged the amount indicated in paragraph F(4) on page 2 of this Agreement. This charge may be increased at any time on sixty (60) days' written notice. This storage or parking will be per the terms

182
000160

of a separate agreement which you will be required to sign, not by this Agreement.  We are not obligated to provide parking for all vehicles, access to this area is on a first-come, first-served basis and it may be eliminated on ninety (90) days' written notice and the area used for another purpose.

4.3      Rent and all other charges except utilities are due in advance on the first day of each month.  Utility charges are also due by the first day of each month.  Also please refer to our Rules and Regulations for additional requirements regarding your payment of taxes, assessments, license fees, and other charges that are applicable to your personal property and improvements.  Rent and all other charges must be paid without any deduction or offset whatsoever and will be late if not paid in full by 5:00 p.m. on the 6th day of each month.  You must pay a late charge whenever rent or other charges are paid more than six (6) days after they are due and a handling charge whenever a check is returned for any reason in the amounts indicated in paragraphs F(1) and (2) on page 2 of this Agreement. Outstanding balances over thirty (30) days are subject to compound interest at the rate of 1% per month.  Total interest in any calendar year shall not exceed the maximum interest allowed by law.  Payment will be made at the Park Office or at such other location we designate.  All rents and other charges shall be paid by check or money order.  We may, upon ten (10) days' notice, require payment in cash, or its equivalent.  All of the charges and other amounts noted in this Agreement may be increased at any time on sixty (60) days' notice without reducing the rent or changing any other term or provision of this Agreement.

4.4      Unless otherwise prohibited by law, all government charges and fees charged the Park may be billed by us to you.

5.      SECURITY DEPOSIT:  When you sign this Agreement, you will give us the amount indicated as paragraph F(3) on page 2 of this Agreement as a security deposit for your performance of this Agreement.  (If you are already a resident, the amount of any security deposit you previously gave us will be this deposit.)  You will immediately pay us a sum equal to the portion of the security deposit we use to maintain it the sum initially deposited.  We can commingle the deposit with our other funds and are not required to pay you interest on it.

6.      **RESOLUTION OF DISPUTES:**

**6.1      EXCEPT AS NOTED IN PARAGRAPH 6.5, YOU AGREE THAT ANY AND ALL DISPUTES YOU HAVE WITH US WILL BE SUBMITTED FIRST TO NON-BINDING MEDIATION AND, IF THE DISPUTE CANNOT BE RESOLVED BY THAT METHOD, SUBMITTED TO WHAT IS CALLED A "GENERAL REFERENCE" WHICH WILL BE CONDUCTED PER THE PROVISIONS OF CODE OF CIVIL PROCEDURE SECTION 638.  ALL ISSUES RELATING TO THE DISPUTE WILL BE SUBJECT TO THE REFERENCE AND THE REFEREE WHO IS APPOINTED SHALL HAVE ALL THE NECESSARY POWERS TO DECIDE ALL QUESTIONS OF LAW AND FACT RELATING TO THE DISPUTE.**

**6.2      THE REFERENCE SHALL BE CONDUCTED AND DECIDED BY A RETIRED JUDGE AND NO JURY WILL BE USED.**

**6.3      YOU ALSO AGREE THAT, AS IS TRUE OF THE OTHER PROVISIONS OF THIS AGREEMENT, THAT THIS PARAGRAPH 6 IS APPLICABLE TO ALL MEMBERS OF YOUR HOUSEHOLD, INCLUDING ANY PERSON(S) WHO HAS NOT SIGNED THIS AGREEMENT OR WHO MAY BECOME A MEMBER OF YOUR HOUSEHOLD AFTER THE DATE YOU SIGNED THIS AGREEMENT.**

**6.4      ALTHOUGH THE WORD "MEDIATION" IS OFTEN NOT USED BE-LOW, UNLESS UNREASONABLE TO DO SO, EVERYTHING IN PARAGRAPH 6**

REGARDING A REFERENCE ALSO APPLIES TO MEDIATION.

6.5    WE MAY, AT OUR OPTION, ELECT TO HAVE ANY OF THE FOLLOWING DISPUTES SUBMITTED TO A REFERENCE OR TO BE TRIED IN THE COURTS UNDER NORMAL PROCEDURES TO A JUDGE SITTING ALONE WITHOUT A JURY: (a) TERMINATION OF TENANCY DUE TO A FAILURE TO PAY RENT OR OTHER CHARGES OR FOR ANY OF THE OTHER REASONS TENANCY MAY BE TERMINATED PER CIVIL CODE §798.56(a) THROUGH (e), INCLUSIVE; (b) FORCIBLE DETAINER; (c) INJUNCTIVE RELIEF PER [i] CODE OF CIVIL PROCEDURE §527.6, [ii] CIVIL CODE §798.87(b), OR [iii] CIVIL CODE §798.88; (d) PAYMENT OF THE MAINTENANCE FEE PROVIDED FOR IN CIVIL CODE §798.36; (e) CONDEMNATION OR A CHANGE OF THE USE OF THE PARK AS PROVIDED IN CIVIL CODE §798.56(f) AND (g); AND (f) TO PRESERVE ANY EQUITABLE RIGHTS RELATING TO ANY DISPUTE.    MEDIATION WILL NOT OCCUR FOR THE DISPUTES IN THIS PARAGRAPH 6.5.

6.6    "DISPUTE" INCLUDES NOT ONLY DISPUTES YOU MAY HAVE WITH US BUT ALSO DISPUTES AGAINST ANY OF OUR EMPLOYEES, CONTRACTORS, AGENTS OR ANY OTHER PERSON WHO YOU CONTEND HAS INJURED YOU WHEN YOU ALSO CONTEND THAT WE ARE RESPONSIBLE FOR THAT OTHER PERSON'S ACTS OR FAILURE TO ACT.

6.7    BEFORE THE LAWSUIT REQUIRED TO BEGIN A REFERENCE MAY BE FILED, MEDIATION MUST BE ATTEMPTED. THIS IS DONE BY YOU SERVING US AND THE JUDICIAL ARBITRATION AND MEDIATION SERVICE, INC. ("JAMS") WITH A WRITTEN DEMAND OR NOTICE OF INTENTION TO REQUIRE A REFERENCE.

6.8    YOU MUST GIVE US THIS NOTICE NOT LATER THAN ONE (1) YEAR FROM THE DATE YOU OR ANY MEMBER OF YOUR HOUSEHOLD FIRST BECAME AWARE OF (OR REASONABLY SHOULD HAVE BEEN AWARE OF) THE DISPUTE. IF YOU DO NOT GIVE US NOTICE WITHIN THE ONE (1) YEAR TIME PERIOD, YOU AGREE WE WILL NOT BE LIABLE TO YOU FOR ANY INJURY OR DAMAGE YOU OR OTHERS IN YOUR HOUSEHOLD MAY EXPERIENCE AND, THEREFORE, THAT DISPUTE WILL NOT BE SUBJECT TO A REFERENCE OR ANY PROCEEDING IN THE COURTS.    THIS ONE (1) YEAR TIME LIMITATION APPLIES TO BEING ENTITLED TO BOTH MEDIATION AND A REFERENCE.  FOR EXAMPLE, IF THE DATE WHEN YOU FIRST BECAME AWARE OF THE DISPUTE WAS JANUARY 1, 1995, NOTICE OF THE DISPUTE MUST BE GIVEN BY YOU TO US BY DECEMBER 31, 1995 IN ORDER TO HAVE THE DISPUTE MEDIATED AND HAVE A REFERENCE, AND IF NOTICE WAS GIVEN AFTER DECEMBER 31, 1995, NEITHER MEDIATION OR A REFERENCE WOULD OCCUR.

6.9    THE NOTICE REFERRED TO IN PARAGRAPH 6.8 MUST PROVIDE: (i) A DESCRIPTION OF THE DISPUTE, AND (ii) FACTS FROM WHICH THE DISPUTE ARISES INCLUDING WITNESSES, DATES, TIMES AND CIRCUMSTANCES. IF THE DISPUTE IS NOT RESOLVED IN NINETY (90) DAYS BY MEDIATION, THE DISPUTE

MUST EITHER BE ABANDONED OR RESOLVED BY A REFERENCE.

6.10   EVEN THOUGH YOU MAY HAVE A REASONABLE CLAIM, THE REFEREE SHALL REFUSE TO GRANT ANY RELIEF TO YOU IF YOU DO NOT COMPLY WITH THE ABOVE ONE (1) YEAR TIME PERIOD.  IF MEDIATION FAILS AND YOU CHOOSE TO FILE THE LAWSUIT REQUIRED TO START A REFERENCE, THE LAWSUIT MUST BE FILED BY YOU WITHIN TEN (10) DAYS OF THE DATE THE MEDIATOR DECLARES AN IMPASSE OR THE MEDIATOR ISSUES HIS OR HER RECOMMENDATIONS OR DECISION.

6.11   IF MEDIATION FAILS AND YOU AND WE CANNOT AGREE IN TEN (10) DAYS FROM THE DATE THE LAWSUIT IS FILED WHO THE REFEREE WILL BE, A COURT OF COMPETENT JURISDICTION WILL PROVIDE BOTH OF US WITH A LIST OF AT LEAST FIVE (5) NEUTRAL REFEREES, FROM WHICH YOU AND WE WILL ATTEMPT TO SELECT A REFEREE FROM.  IF WE CANNOT AGREE, THE COURT WILL MAKE THE SELECTION FROM THAT LIST FOR US.  BOTH YOU AND WE WILL BE GIVEN THE RIGHT OF ONE PEREMPTORY CHALLENGE TO DISQUALIFY A PERSON FROM BEING THE REFEREE.  THE REFEREE SHALL COMMENCE WITHIN ONE HUNDRED TWENTY (120) DAYS FROM THE DATE THE REFEREE IS APPOINTED, UNLESS CONTINUED ON REQUEST TO THE REFEREE, OR BOTH OF US AGREE.  THE REFEREE WILL BE A DIFFERENT PERSON THAN THE MEDIATOR.

6.12   UNLESS BOTH OF US AGREE, NO DISPUTE WILL BE CONSOLIDATED OR JOINED TOGETHER WITH A DISPUTE OF ANY OTHER PERSON.

6.13   UNLESS OTHERWISE DETERMINED BY THE MEDIATOR OR REFEREE THE FEES AND COSTS FOR THE MEDIATION AND REFERENCE SHALL BE PAID IN ADVANCED AND DIVIDED EQUALLY BETWEEN YOU AND US.  THE FEES ARE DUE AND PAYABLE ON REQUEST OF THE MEDIATOR OR REFEREE. IT IS EXPECTED THAT THE MEDIATOR OR REFEREE WILL MAKE A REASONABLE ESTIMATE OF ANTICIPATED FEES AND COSTS OF THE MEDIATION OR REFERENCE AND SEND A STATEMENT TO EACH OF US, AND EACH OF US WILL DEPOSIT OUR ONE-HALF SHARE WITH THE MEDIATOR OR REFEREE WITHIN TEN (10) DAYS. IF PAYMENT IS NOT MADE AS REQUIRED THE MEDIATOR OR REFEREE SHALL HAVE THE AUTHORITY TO:  (1) DETERMINE THAT THE PERSON WHO FAILED TO PAY HAS FORFEIT AND GIVEN UP ALL RIGHTS TO PROSECUTE OR DEFEND THE CLAIM; (2) PROCEED WITHOUT PAYMENT AND SHALL INCLUDE IN THE AWARD AS TO WHICH PARTY MUST PAY THE OUTSTANDING AMOUNTS; (3) REQUIRE THAT A PARTY THAT HAS PAID HIS/HER SHARE PAY ADDITIONAL AMOUNTS.  HOWEVER, UNLESS THE MEDIATOR OR REFEREE MAKES A DETERMINATION TO THE CONTRARY THE PARTY WHO PAID ADDITIONAL SUMS IS ENTITLED TO REIMBURSEMNT OF THOSE SUMS AND MAY SUBTRACT SUCH PAYMENTS FROM AN AWARD AGAINST SUCH PARTY OR MAY HAVE SUCH SUMS INCLUDED IN A JUDGMENT ENTERED AS A RESULT OF AN AWARD IN HIS/HER FAVOR.  IF EITHER OF US FAILS TO MAKE A DEPOSIT, INCLUDING ANY ADDITIONAL DEPOSIT LATER

© 2006  Alston & Gieser, LLP   All rights reserved.  Reproduction is illegal.  (May be reproduced by Park named above.)

DETERMINED TO BE NECESSARY BY THE MEDIATOR OR REFEREE, THE
FAILURE OF ONE OF US TO PAY WILL NOT, HOWEVER, ABATE, STAY, OR
SUSPEND THE MEDIATION OR REFERENCE AND THE MEDIATOR OR
REFERENCE.

    6.14   YOU ACKNOWLEDGE HAVING READ THIS PARAGRAPH 6.   YOU
ALSO AGREE THAT THESE PROVISIONS WILL APPLY TO YOU AT ALL TIMES IN
THE FUTURE (EVEN THOUGH THAT MAY BE BEYOND THE TERM OF THIS
AGREEMENT OR AFTER YOUR TENANCY OR THIS AGREEMENT HAS BEEN
TERMINATED OR YOU MOVE FROM THE PARK) UNLESS THESE PROVISIONS
ARE ELIMINATED AFTER THE TERM OF THIS AGREEMENT ENDS BY A WRIT-
TEN 60-DAY NOTICE FROM US TO YOU.

    6.15   NOTICE: BY INITIALING IN THE SPACE BELOW, YOU ARE
AGREEING TO HAVE YOUR DISPUTES WITH US DECIDED BY A NEUTRAL
REFEREE AS PROVIDED BY CALIFORNIA LAW, AND YOU ARE GIVING UP ALL
RIGHTS YOU HAVE TO HAVE THE DISPUTES LITIGATED IN A COURT OR BY A
JURY TRIAL.  IF YOU REFUSE TO SUBMIT TO A REFERENCE AFTER AGREEING
TO THESE PROVISIONS, YOU MAY BE COMPELLED TO A REFERENCE UNDER
CALIFORNIA LAW. YOUR AGREEMENT TO THESE PROVISIONS IS VOLUNTARY.
YOU HAVE READ AND UNDERSTAND THIS PARAGRAPH 6 AND AGREE TO
SUBMIT YOUR DISPUTES TO A "REFERENCE" AS PROVIDED IN THIS
PARAGRAPH 6.

BY INITIALING BELOW, YOU ACKNOWLEDGE THE PROVISIONS AND
AGREEMENTS IN PARAGRAPH 6 ABOVE.

Initials of Homeowner(s): _____  _____  _____

7.   **SALE OF MOBILEHOME:** You may sell/transfer your mobilehome per your and our rights and obligations
under this Agreement.  You must, however, give us sixty (60) days' written notice of your intent to sell/transfer your
mobilehome.  You must also give us written notice at least ten (10) days prior to your execution of any escrow, sale,
exchange, transfer or other agreement.  The requirements of this Agreement and this paragraph will apply even if you
sell or transfer only a portion of your interest in your mobilehome.

8.   **REMOVAL OF MOBILEHOMES UPON SALE TO THIRD PARTIES:**

    We may, in order to upgrade the quality of the Park, require the removal of mobilehomes from the Spaces upon
their sale or transfer to a third party, in accordance with the provisions of the Mobilehome Residency Law and other
applicable law.  Any such rights granted us due to amendments, deletions, or modifications of the Mobilehome
Residency Law and other applicable law may be enforced by us at our option.

9.   **APPROVAL OF PURCHASER AND SUBSEQUENT RESIDENTS:**

    9.1   If your prospective buyer/transferee intends for the mobilehome to remain in the Park, or the
buyer/transferee intends to reside in the Park, the buyer/transferee must do the following before occupying the
mobilehome or Space: complete an application for residency, sign the Park's current rental or lease agreement which
may be different than this Agreement and be accepted by us.  The rent we are then charging may be increased to any
amount we believe appropriate.  We may request a financial statement, credit report, references and other reasonable
information we need from any prospective buyer/ transferee.  If the buyer/transferee is not approved by us or does not

sign the Park's current rental or lease agreement, they will have no rights of tenancy in the Park and they may not leave the mobilehome here or occupy the Space. In such event, you will remain fully responsible to us for the full performance of this Agreement. We may also, at our option, pursue such remedies as we may have against the buyer/ transferee/assignee alone, against both you and them or against you alone.

9.2    The requirements of this Agreement will apply before any person other than the ones listed on the signature page of this Agreement, will be permitted to become a resident of the Park. Unless otherwise prohibited by law all persons residing at your space must be approved for residency. If the person is not going to be a signatory to this lease no financial information will be required. Any person that we determine from prior tenancies will not abide by the rules and regulations will not be approved. A guest or other person who has not previously signed this Agreement who remains in the Park after his host has died, moved, or for any other reason does not physically reside in the Park on a regular basis, will be considered to be the equivalent of a buyer/transferee/assignee and will be subject to the requirements of this Agreement. This means that the guest or other person will have to apply for residency and if approved will be offered a rental agreement and that rental agreement may be higher than what you have been paying under this Agreement. This will be true regardless of whether the guest is listed as a "legal" or "registered" owner of the mobilehome. The requirements of this Agreement will also apply if you only sell/transfer a portion of your interest in your mobilehome or assign only a portion of your right to occupy your Space.

9.3    You agree to do such other things and to execute and deliver to us such additional documents as we may reasonably require to protect our interest in conjunction with the sale/ transfer/assignment of this Agreement.

10.    ASSIGNMENT AND SUBLEASING:

10.1    You may not assign this Agreement and any purported assignment will be void. You may not assign the right to occupy your mobilehome or Space and any such assignment will be void. (If the mobilehome is to be removed from the Space and not replaced with another mobilehome, we must also be given at least 60 days' advance written notice and the right to possession and control of the Space will, at our option, revert to us. The only exception is if you replace it with another mobilehome you personally occupy as your residence.) Unless required by law, including, as is presently the case, an ordinance of the City of Huntington Beach, subleasing is prohibited and any attempted subleasing will be void.

10.2.    Subletting, except as permitted under Civil Code Section 798.23.5 and/or The City of Huntington Beach Municipal Ordinance 3277 is prohibited, and all other subletting will be void. "Subletting" means any renting, regardless of the time period or how it is characterized, of the mobilehome or Space. If you have lived in the Park for one or more years, you may sublease your mobile home and space for no less than six months and no more than twelve (12) months pursuant to the provisions of Civil Code Section 798.23.5. You must provide the Park with written notice of your intent to sublease your mobile home along with proof of the medical emergency or treatment requiring your absence from your mobile home. Your prospective sublessee shall be required to complete a residency application and be approved for residency by the Park. The Park may at its sole option elect to charge your prospective sublessee for any appropriate credit screening and personal reference checks the Park elects to make. The Park shall require your prospective sublessee to sign the Rules and Regulations. You shall continue to remain responsible for all rent and other charges pursuant to your Rental Agreement. The Park may, at its sole election, require that you pay an additional security deposit of not more than two (2) month's rent which shall be refunded at the end of the subleasing period. You must keep on file with the Park the current address and telephone number at which you may be contacted during the subleasing period.

10.3    This Agreement may be terminated, at our option, if you assign or sublet in violation of this Agreement. The Park or anyone it designates may rent, lease or sublet any Space or any mobilehome.

10.4    If you sublet in accordance with 798.23.5 and our Rules and Regulations and you or the sublessee fail, in advance of the sublessee taking possession of the mobilehome or Space, to comply with our requirements, execute the documents, or obtain the Park's approval of the sublessee, the sublessee will have no right to live in the Park and may not reside on any basis in the mobilehome or at the Space. Subletting means any renting, regardless of the time period or how it is characterized, of the mobilehome or Space.

J:\00151d\003\RENT\AGR\Rental Agreement revised for 2006.doc    Rancho Del Rey    Page 8
© 2006  Alsnin & Gieser, LLP   All rights reserved. Reproduction is illegal. (May be reproduced by Park named above.)

Page 9

Is missing from the complaint filed by

HOUSER BROS Co dba Rancho Del Rey MHE

Unlawful Detainer against Lisa Ryan.

Page 10

Is missing from the complaint filed by

HOUSER BROS Co dba Rancho Del Rey MHE

Unlawful Detainer against Lisa Ryan.

in effect after your breach and abandonment and recover rent as it becomes due, if you have the right to sublet or assign, subject only to reasonable limitations).

      **14.3**    You agree that the amount of our damages against you per the terms of this paragraph 13 may, at our sole option, be determined by paragraph 6 of this Agreement and that the mediation portions of such provisions shall not be applicable.

**15.**    **INDEMNIFICATION:**  To the fullest extent the law allows, we have no liability to you or anyone else for anything which is not caused by our active negligence or willful acts and you agree to completely release, discharge, indemnify, and hold us free and harmless from all claims for which we are not liable, including providing a defense and the payment of attorneys' fees and costs of an attorney we choose.  You agree to indemnify and hold us harmless from all claims, including providing a defense and the payment of attorneys' fees, and costs of an attorney we choose, which occur because of the negligent or willful conduct of you or others who you invite to be in the Park.  You also agree to indemnify and hold us harmless from all claims you may have of economic loss, diminution in market value, or depreciation of your mobilehome, and other improvements.

**16.**    **INCORPORATED DOCUMENTS:**  You agree you have received, read and understood a copy of:  This Agreement; the Mobilehome Residency Law which is effective as of January 1st of the year in which you signed this Agreement or signed a document accepting an assignment of this Agreement (which you agree was attached to this Agreement at the time you received it); the Rules and Regulations (including signs posted in the common areas) which you agree are effective immediately; R.V. Storage Agreement; and other: _____.
You understand that by signing this Agreement, you are bound by all of the terms and conditions of these documents and signs as they may be revised per this Agreement.

**17.**    **COMPLIANCE WITH LAW AND RULES AND REGULATIONS:**  You agree to comply with all applicable laws, ordinances, regulations and all terms of this Agreement, the Rules and Regulations, and all terms contained in any document referred to in this Agreement, as they may be changed.

**18.**    **ZONING, USE PERMIT AND OWNER INFORMATION:**  The zoning under which the Park operates is MHP - Mobilehome Park.  The permits under which the Park operates are not subject to expiration or renewal.  The Park is not located on land which we lease from someone else, but we do have the option to enter into such a lease at any time in the future.  If we exercise this option, we will notify you of the expiration date of the lease.

**19.**    **TRANSFER OF PARK'S INTEREST:**  If we sell or transfer our interest in the Park to anyone else, we will be automatically relieved of our obligations under this Agreement which occur after the date of the sale/transfer.

**20.**    **NOTICES:**  All notices required or allowed by this Agreement must be in writing.  Except for notices terminating your tenancy, the service of any other notice on you will be valid if it is personally served on you or mailed to you at your address in the Park by First Class United States Mail, postage prepaid.

**21.**    **WAIVER:**

      **21.1**    If you fail to meet any of your obligations under this Agreement, a delay or omission by us in exercising any right or remedy we have because of your default will not impair any of our rights or remedies against you, nor will it be considered a waiver by us of any right or remedy.  No waiver by us of our right to enforce any provision of this Agreement after any default on your part will be effective unless it is made in writing and signed by us, nor will it be considered a waiver of our rights to enforce each and every provision of this Agreement upon any further or other default on your part.  Our acceptance of rent will also not be a waiver of any breach by you of any term or provision of this Agreement, including any rule, regulation or other term or provision contained in any document referred to in this Agreement.

      **21.2**    Any delay, omission, or mistake by us in exercising any right to make any of the increases allowed by paragraph 2 of this Agreement or other provisions of this Agreement will not impair any of our rights or be considered to be a waiver by us.  Instead, we may, at any time, correct our delay, omission, or mistake and collect from you the full

increase retroactive to the date we could have first collected it from you. This will be true even though we may have accepted payment from you of a lesser amount. Examples include: We make an error and do not send a rent increase notice ninety (90) days in advance of your normal rent increase anniversary date. Although you will still be entitled to a 90-day notice, we may send that notice at a later date and retroactively collect the full amount of the increase to your normal rent increase anniversary date. Or, because of a miscalculation or clerical error, we did not charge you the full amount of an increase we are permitted to make. When we discover that error, we may send you a notice and retroactively collect from you the full amount of the increase.

**22.    ENTIRE AGREEMENT:** Please understand that our Park Manager, other personnel, mobilehome dealers, the selling homeowner or sales person who sold you your mobilehome and other persons are not authorized to make any representations or agreements with you about the Park unless those agreements and representations are contained in this Agreement and the other documents and posted signs referred to in it. Therefore, you agree that this Agreement and the other documents and posted signs referred to in it are the entire agreement between you and us regarding the subjects covered by this Agreement, other documents and signs. This Agreement completely supersedes and replaces any and all prior and contemporaneous agreements, representations and understandings of you, any other person, or us.

**23.    ATTORNEY'S FEES:** Attorney's fees and costs may be awarded to you or us per the provisions of the Mobilehome Residency Law, or other laws, including changes to these laws which may occur in the future. The same is true of any other litigation, disputes covered by the "RESOLUTION OF DISPUTES" provisions of this Agreement, between the two of us that is not covered by the Mobilehome Residency Law or other laws.

**24.    HEADINGS AND FORMATTING:** The titles of the paragraphs and subparagraphs in this Agreement or in other documents or posted signs are only for convenience and under no circumstances are they to be considered as any part of this Agreement. You agree that this Agreement is to be considered a typed, not printed document, so that any legal requirements regarding printed documents are not applicable.

**25.    PARTIAL INVALIDITY:** If any part of this Agreement or any document referred to in it is, in any way, invalid or unenforceable, the remainder of this Agreement or the other document shall not be affected, and will be valid and enforceable to the fullest extent permitted by law. The same is true if the application of any part of this Agreement, or any document referred to in this Agreement, is, in any way, invalid or unenforceable to any person or circumstance. The preceding shall not, however, at our sole option, be applicable if our ability to charge for or increase the amount of rent, utilities, or make other charges provided for by this Agreement is held in any way, in whole or in part, to be invalid or unenforceable. In such circumstances, we may, at our sole option, either keep this Agreement in full force and effect or terminate this Agreement or convert your tenancy under this Agreement to a 12-month or less tenancy.

**26.    ALTERATION OF THIS AGREEMENT:** This Agreement may be changed only as provided for by this Agreement or by a written agreement signed by you and us or by operation of law. This Agreement will be construed and interpreted as though both of us had written it together, not as if it had been written by us alone.

**27.    DEFINITIONS OF OWNER OF THE PARK, HOMEOWNERS, RESIDENTS, SALE OF MOBILE-HOME AND BUYER:** The terms "we," "us," and other similar terms used in this Agreement which refer to the owners and the operators of the Park include all owners of the Park and their partners, shareholders, directors, representatives, officers, employees and agents, and their successors and assigns. The term "Park" means the mobilehome park identified in this Agreement. The term "you," "Homeowners," "residents" or any other similar term used in this Agreement which refer to the person(s) who has signed this Agreement or signed another document accepting an assignment of this Agreement includes not only those persons but all members of their household who resided with them at the time this Agreement, or another document accepting an assignment of this Agreement, was signed who had been approved by us for residency in the Park or who were subsequently approved by us for residency in the Park. Note: To shorten this Agreement, the term "sale" is used to refer to any sale or other transfer of the mobilehome and/or any assignment or other transfer of the right to occupy the Space. The term "buyer" is used to refer to anyone buying or otherwise acquiring the mobilehome and/or acquiring the right to occupy the Space by an assignment or other method permitted by this Agreement. Other similar terms consistent with the preceding have also been used.

J:\001810\003\RENTAGR\Rental Agreement revised for 2006.doc        Rancho Del Rey

© 2006 Alison & Gieser, LLP   All rights reserved. Reproduction is illegal. (May be reproduced by Park named above.)

Page 12

28. **HOLDOVER TENANCY:** If you continue to live in the Park after the term of this Agreement has expired or it has been terminated (including any extension of the initial term we agree to), and you have not signed a new rental or lease agreement with us, you shall be on a month-to-month tenancy. During that month-to-month tenancy, you will pay all rent and other charges required by this Agreement and all the terms and provisions of this Agreement, including the "Resolution of Disputes" provisions will continue to apply to you. We may, however, increase the rent or charges you pay or change any other terms of this Agreement upon ninety (90) days' written notice to you.

29. **COUNTERPARTS:** This Agreement may be signed in duplicate copies, each of which shall be considered an original, but all of which taken together will be one and the same document.

30. **EXHIBITS:** Each exhibit or other document referred to in this Agreement is attached or enclosed and incorporated in this Agreement by this reference.

31. **OWNER'S APPROVAL AND OPTIONS:** All references in this Agreement and documents it refers to that our approval is required or other similar terms indicating our approval must be obtained by you means you must obtain our prior written approval by submitting a written request to us which describes what you want to do. References in this Agreement that we may, at our option, adjust or increase rents up to or by a certain amount or do anything else at our option, means we have the right, if we wish, to do so.

32. **STATUTE OF LIMITATION:** ANY LAWSUIT OR OTHER ACTION AGAINST US MUST BE FILED BY YOU WITH THE COURT NOT LATER THAN ONE (1) YEAR FROM THE DATE YOU OR ANY MEMBER OF YOUR HOUSEHOLD FIRST BECAME AWARE OF (OR REASONABLY SHOULD HAVE BEEN AWARE OF) THE DISPUTE OR CLAIM. IF YOU DO NOT FILE THE LAWSUIT OR OTHER ACTION AGAINST US WITH THE COURTS WITHIN THIS ONE (1) YEAR TIME PERIOD, YOU WILL HAVE NO RIGHT TO PROSECUTE OR PURSUE THE LAWSUIT OR OTHER ACTION AND YOU AGREE WE WILL NOT BE LIABLE TO YOU FOR ANY OF THE CLAIMS, DAMAGES, OR OTHER ALLEGATIONS AND RELIEF ASSERTED IN THE LAWSUIT OR OTHER ACTION. IF THE RESOLUTION OF DISPUTES PROVISIONS OF THIS AGREEMENT ARE APPLICABLE TO YOUR DISPUTE OR CLAIM, THEY, TOO, WILL BE SUBJECT TO THE LIMITATIONS OF THIS PARAGRAPH.

33. **USE AND OCCUPANCY:** Unless otherwise specifically allowed by this Agreement or other documents it incorporates, at all times one of the persons listed on the last page of this Agreement, or on the document assigning this Agreement, must be the "registered" owner of the mobilehome, and that person must regularly occupy the mobilehome, and it must also be their primary residence. When title to the Mobilehome is held in a trust which has been established for the purpose of estate planning one of the person(s) who established the trust must reside in the home on full time basis. You agree that the information you have provided us regarding you, other members of your household and your mobilehome is true and correct. You also agree to promptly notify us, in writing, of any change in this information. Please refer to the Rules and Regulations for further clarification of your use and occupancy of the mobilehome and Space. We, or someone we designate, may conduct a mobilehome sales or rental business in the Park.

34. **INSPECTION:** By signing this Agreement, or accepting an assignment of it, you agree you have carefully inspected the Space you are renting and all of our services, improvements and facilities and you have found them to be safe and as represented by us to you, either orally or in writing, and you accept them as they are. To the extent that you have found such services, improvements and facilities not to be safe or not to be as represented by us to you, either orally or in writing, you nonetheless agree to accept them as they are.

35. **ENFORCEMENT OF CONDITIONS OF TENANCY:** You agree that the enforcement of this Agreement, the Rules and Regulations and the provisions of other documents and conditions of tenancy are a private matter between us and each resident on an individual basis and the enforcement or the lack thereof by us with regard to any resident shall not result in any damage or injury to, or claim by you. You also agree that you are not a third party beneficiary of any agreement between us and any other residents or person(s).

36. **MAINTENANCE OF IMPROVEMENTS:** You are financially responsible to maintain, repair and replace as reasonably necessary your mobilehome and all equipment, structures and other improvements to your mobilehome

and Space in good and safe condition and repair and in an aesthetically pleasing condition at all times. This includes, without limitation, the following: the mobilehome, accessory equipment and structures, fences, driveways (except park installed driveways), trees (except trees which present a specific health and safety violation or hazard), banks, and landscaping. Regardless of whether you are the original homeowner/occupant of the Space or of your mobilehome or purchased your mobilehome from a former homeowner who previously lived at your Space, this paragraph applies to you and you are responsible even for those things which were installed by a former owner or resident of the mobilehome or Space, us, or any prior or future owner of the Park. You are financially responsible for insuring at all times that the mobilehome, Space, and their improvements complies with all local, state and federal laws and regulations. (The only exception is any of the Park's utility systems on your Space which are owned by us or a utility company so we or they are responsible for them and park installed driveways.) The preceding includes without limitation such things as: insuring that the drainage is sufficient to prevent water from accumulating on your Space or under your mobilehome or running off so it adversely affects other Spaces or our property; that all required setbacks and lot line requirements are met and there are no encroachments on other property; that all building code and other similar requirements are met; and that all building and other permits have been obtained.

37.    **CONDEMNATION:** If any portion of the Park is taken under the power of eminent domain, or is sold to any authority having the power of eminent domain, either under threat of condemnation or while condemnation proceedings are pending or the utility systems or other portions of the Park are or will be affected by the condemnation to the point where, in our sole opinion, it is not economically desirable to continue operations, we will have the right to terminate this Agreement as of the date the condemning authority takes possession. The entire amount of any award for taking of all or any part of a space or the Park or for any other reason under the power of eminent domain will be our property whether such award shall be made as compensation for diminution in value of the leasehold or for taking the fee or the taking of any interest you may have because of this Agreement or any other lease or rental agreement you have with us or your tenancy in the Park. Nothing contained in this paragraph, however, will preclude you from obtaining any award from the condemning authority to you for the loss of or damage to your mobilehome or other removable personal property.

38.    **TIME OF ESSENCE:** Time is of the essence in this Agreement and each and every provision thereof.

39.    **MODIFICATION FOR LENDER:** If, in connection with our obtaining financing where we use the Park as security, a lender requests reasonable changes in this Agreement as a condition to such financing, you agree to promptly consent to those changes if they do not increase your obligations under this Agreement or materially adversely affect you.

40.    **ESTOPPEL CERTIFICATE:** You shall, on our request, sign and deliver to us a written statement certifying that (a) this Agreement is unmodified and in full force and effect (or if there have been modifications that they are in full force and effect as modified; (b) the dates to which the rent and other charges have been paid; (c) the term of this Agreement; (d) the amount of any security deposit; (e) we are not in default nor have we been in the past under any provision of this Agreement or any laws or regulations affecting our obligations; and (f) any other matters as may be reasonably requested by us. Any such statement may be relied on by us or any person we give it to. You will be in default of this Agreement if you fail to do the above within 10 days of your receipt of a written request for such statement. We may, at our option, treat your failure to sign and deliver this document to us as your agreement to the information we've requested and that we are not in default nor have we been in the past under any provision of this Agreement or any laws, or regulations affecting our obligations to you.

41.    **LIMITATION OF OUR LIABILITY:** In consideration of this Agreement, you agree that, in the event of any actual or alleged failure, breach or default by us under this Agreement or otherwise, your sole and exclusive remedy shall be against the value of our mobilehome park which is identified in this Agreement as the Park (including any insurance policies of us or the Park), not other property or assets which we may own.

42.    **MEGAN'S LAW:** The California Department of Justice, sheriff's departments, other local law enforcement authorities maintain for public access a database of the locations of persons required to register as an identified sex offender. The database is updated on a quarterly basis and a source of information about the presence of these individuals in any neighborhood. The Department of Justice also maintains a Sex Offender Identification Line

through which inquires about individuals may be made. This is a "900" telephone service. Callers must have specific information about individuals they are checking. There is a charge for "900" calls information regarding neighborhoods is not available through the "900" telephone service.

**The phone numbers to call for information:  (714) 960-8843**

Pursuant to Section 290.46 of the Penal Code, information about specified registered sex offenders is made available to the public via an Internet Web site maintained by the Department of Justice at www.**Meganslaw.ca.gov** . Depending on an offender's criminal history, this information will include either the address at which the offender resides or the community of residence and ZIP Code in which he or she resides.

*Executed, Huntington Bch, 1:23pm, on 11-16-18*

43.    **EXECUTION:**  The Agreement is signed by you at *1:23* o'clock *P* .m., on *1-16*; 20*06*
This Agreement is signed by us on _____ *1-16*, 20 *06*

**NOTE TO NEW RESIDENTS:  THIS AGREEMENT WILL NOT BE EFFECTIVE UNLESS YOU COMPLETE THE PURCHASE OF THE MOBILEHOME AND IF YOU DO NOT, YOU WILL HAVE NO RIGHTS OF TENANCY IN THE PARK.**

**PLEASE READ CAREFULLY BEFORE SIGNING THIS AGREEMENT AND ALL OF THE OTHER DOCUMENTS REFERRED TO IN THIS AGREEMENT.**

**I/WE AGREE THAT WE HAVE READ, UNDERSTOOD AND VOLUNTARILY AGREED TO ALL OF THE PROVISIONS OF THIS AGREEMENT WHICH CONSIST OF THIS MOBILEHOME RENTAL AGREEMENT AND THE OTHER DOCUMENTS REFERRED TO IN IT.**

**I/WE HAVE BEEN ADVISED BY REPRESENTATIVES OF THE PARK THAT I/WE HAVE THE RIGHT TO CONSULT A LAWYER AND GET THE LAWYER'S ADVICE BEFORE SIGNING THIS AGREEMENT.**

[ ]    **RESIDENT(S)' INITIALS:** _____  **I/WE HAVE TAKEN THIS AGREEMENT TO A LAWYER BEFORE SIGNING IT.  THE LAWYER IS:**

Name:    _____

Address:    _____

Telephone:    _____

[ ]    **RESIDENT(S)' INITIALS:** _____  **I/WE HAVE DECLINED TO SEEK LEGAL COUNSEL BEFORE SIGNING THIS AGREEMENT.**

**NOTICE:  BY SIGNING THIS AGREEMENT, YOU ARE AGREEING THAT THOSE DISPUTES WHICH ARE SPECIFIED IN PARAGRAPH 6 OF THIS AGREEMENT, WHICH IS ENTITLED "RESOLUTION OF DISPUTES" WILL BE DECIDED BY A NEUTRAL REFEREE AND YOU ARE GIVING UP YOUR RIGHT TO A JURY OR COURT TRIAL.  SEE PARAGRAPH 6 OF THIS AGREEMENT.**

**HOMEOWNER(s) SIGNATURE(s)**              **RANCHO DEL REY MOBILE HOME ESTATES**

By: *Wilda mashchishi*

*J Sandcastle Co LLC*    *11/16/18*

C:\00151D\005\RENTAGR\Rental Agreement revised for 2006.doc    Rancho Del Rey
© 2006 Allтом & Gleser, LLP  All rights reserved. Reproduction is illegal. (May be reproduced by Park named above.)    Page 15

*11/16/2018*

11/18/18    Person(s) in addition to the above who
will reside in the above Space for whom
applications for residency were submitted
and approved.

# HUNTINGTON BEACH CITY ORDINANCE

## 17.38.020 Temporary Rental of Mobile Home

**D.**      Hereafter, "renter" refers to the person or persons who pay rent to the mobile home owner in exchange for the temporary right to reside within the subject mobile home (and the related right to occupy the space upon which the mobile home is located), but not as a co-occupant with the owner. Any renter of a mobile home must meet all the rules of occupancy of the mobile home park in which the mobile home is located with the exception of any rule which directly or indirectly prohibits, in conflict with this section, the temporary rental of a mobile home for up to one year

Prior to the mobile home renter's taking occupancy, that renter and the mobile home owner shall provide the park owner with:

1.      A copy of the mobile home rental agreement;
2.      The true names of all intended occupants and their residential phone number;
3.      Business phone numbers for all adult occupants who have such numbers; and
4.      An agreement signed by all adult occupants, which reads as follows:

**E.**      Such temporary rentals authorized by this chapter may not exceed 12 months in any two-year period subject to renewal because of continued hardship. **(3277-5/95)**

I have received copies of the lease between the park owner and the homeowner for Space # **376** and current park rules.

I have read those documents with care. I believe I understand them. I believe that I qualify for occupancy under those rules and the master lease (except for provisions prohibiting subleasing). I agree to abide by those Park Rules and to meet all obligations of that master lease which are relevant to an occupant. I understand that the park owner may directly enforce the within agreement against me without giving up any rights against the mobile home owner.

Sincerely,

*[signature]* 11/16/18

Jamie L Gallian



## Terms and Conditions (Remitter and Payee):

* Please keep this copy for your record of the transaction
* The laws of a specific state will consider these funds to be "abandoned"
  if the Cashier's Check is not cashed by a certain time
  - Please cash/deposit this Cashier's Check as soon as possible to
    prevent this from occurring
  - In most cases, the funds will be considered "abandoned"
    before the "Void After" Date
* Placing a Stop Payment on a Cashier's Check
  - Stop Payment can only be placed if the Cashier's Check
    is lost, stolen, or destroyed
  - We may not re-issue or refund the funds after the stop payment has
    been placed until 90 days after the original check was issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Cashier's Check
  or for any other information about this item

FOR YOUR PROTECTION SAVE THIS COPY          **Customer Copy**
**CASHIER'S CHECK**

1085733953

11/17/2018
Void after 7 years

**Remitter:**    SATISFACTION CJC-1013582/J-SANDCASTLE CO, LLC

$** 8,743.07 **

**Pay To The
Order Of:**    RDR MOBILE HOME ESTATES
16222 WARMINGTON SP-376 HUNTINGTON BEACH

Drawer:  **JPMORGAN CHASE BANK, N.A.**

Memo:----------------------------------------------------------    **NON NEGOTIABLE**
Note: For information only. Comment has no effect on bank's payment.

---

282111107 NEW 01/08 8810004306

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK    **CASHIER'S CHECK**    HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

**CHASE**    1085733953    91-2
Date    11/17/2018    Void after 7 years    1221

**Remitter:**    SATISFACTION CJC-1013582/J-SANDCASTLE CO, LLC

**Pay To The**    RDR MOBILE HOME ESTATES
**Order Of:**    16222 WARMINGTON SP-376 HUNTINGTON BEACH

**Pay:**    EIGHT THOUSAND SEVEN HUNDRED FORTY THREE DOLLARS AND 07 CENT    $** 8,743.07 **

Drawer:  **JPMORGAN CHASE BANK, N.A.**

_Sol Gindi_

Do not write outside this box

Sol Gindi, Chief Administrative Officer
Memo:----------------------------------    JPMorgan Chase Bank, N.A.
Note: For information only. Comment has no effect on bank's payment.    Phoenix, AZ

⑈1085733953⑈ ⑆1221000 24⑆ 80600 2234⑈

218

*RANCHO DEL REY OVER 55 MANUFACTURED HOME PARK*
*Qualifying and Occupancy Requirements 2018*
*16222 Monterey Lane*
*Huntington Beach 92649*
*THANYA*
*5 STAR HOMES SP#1231425*
*714 308-7735*

## General Information:

- **EACH, Prospective Resident must submit a park application with attached proof of income prior to opening escrow**

- **Person/s to occupy the home must verify income of $3786 per month, renting of property or sub-letting is not allowed**

- **Park may ONLY use income of owner/occupant 55 or over, registered on Title and sign Lease Agreement**

- **Income verification MUST be in the form of COPIES; direct deposit, bank statements showing SOURCE, social security, retirement, pay stubs, etc. Funds/savings in an account is NOT income**

- **Applicants MAY submit Income Tax Statement for alternate verification of income if more convenient**

- **One owner 55 or over, others over 18, residents MUST park cars in driveway, guest parking for guests only. Extra resident's cars may park on Monterey Lane**

- **Park allows two small indoor pets, dogs 22 lbs OR 15 in" at shoulder**

- **Dogs must be on leash at all times, no solid fencing, privacy screens are allowed. May have doggie gate if home has a porch, with owner present. Dogs are not allowed to be left in any enclosed area, not allowed on common area or in the park office. Dogs may be walked thru the park on leash**

- *Monthly space rent $1325 for 2018, plus utilities. Space rent increases each year between 2%-4%. Lease is for one year*

- *Mandatory meeting with manager with ALL occupants for Rules and Regulations for final park approval, week day appointments only*

- *Obtaining a loan or paying cash for a home is separate from qualifying for park income requirement. If obtaining a loan, the amount of the mortgage payment will be added to the park's income requirement * 5 Star Home Lending Richard Herr/714 891-6383 *Request a park and loan application* Thanya 714 308-7735*

**United Airlines Inc.**
18th Floor – HSCPZ
609 Main Street
Houston, TX 77002
Ph: 877/825-3729

| Pay Group: | SMF-Semimonthly |
| --- | --- |
| Flt Attendants | |
| Pay Begin Date: | 10/01/2018 |
| Pay End Date: | 10/30/2018 |

**UNITED**

Thanks for all you do for United !

| Advice #: | 000000030559123 |
| --- | --- |
| Advice Date: | 11/16/2018 |

Jamie Lynn Gallian

| Employee ID: | 270556 |
| --- | --- |
| Department: | 7606-INFLT ASSIGNMENT-LAX |
| Location: | Los Angeles, California |
| Job Title: | Flight Attendant - Domestic |

| TAX DATA: | Federal | CA State |
| --- | --- | --- |
| Marital Status: | Single | Married |
| Allowances: | 0 | 0 |
| Addl. Pct: | | |
| Addl. Amt: | | |

## HOURS AND EARNINGS

| | | | | | --------YTD-------- | | | TAXES | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Description | Rate | Hours WKD | Oth Hours | Earnings | Hours | Earnings | Description | | Current | YTD |
| Flight Advance | | | | -3,205.65 | | 0.01 | Fed Withholding | | 0.00 | 6,255.52 |
| Regular Pay | | | | 791.70 | | 791.70 | Fed MED/EE | | 0.00 | 628.30 |
| Per Diem Pay Taxable | | | | 47.48 | | 182.31 | Fed OASDI/EE | | 0.00 | 2,686.54 |
| Flight Advance Recovery | | | | 2,366.47 | | 2,366.47 | CA Withholding | | 0.00 | 1,177.27 |
| Quarterly Operations Ince | | | | 0.00 | | 450.00 | CA OASDI/EE | | 0.00 | 433.31 |
| Off-Set | | | | 0.00 | | 0.00 | | | | |
| Imputed Income - Life | | | | 0.00 | | 0.40 | | | | |
| Per Diem Pay Non Taxable | | | | 0.00 | | 2,279.47 | | | | |
| Profit Sharing | | | | 0.00 | | 981.88 | | | | |
| Regular Pay | | | | 0.00 | | 32,432.93 | | | | |
| Sick Pay | | | | 0.00 | 36.00 | 2,297.60 | | | | |
| Vacation | | | | 0.00 | 67.02 | 4,238.34 | | | | |
| Future Vacation - FLT BID | | | | 0.00 | 13.00 | 822.12 | | | | |
| TOTAL: | | 0.00 | 0.00 | 0.00 | 116.02 | 46,842.63 | TOTAL: | | 0.00 | 11,180.94 |

* Denotes Excluded From Earnings Total

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| Dental - Pre Tax | 0.00 | 115.80 | AFA Dues | 0.00 | 450.00 | | | |
| Medical - Pre Tax | 0.00 | 1,000.93 | GUL - Dependent Post Tax | 0.00 | 83.58 | | | |
| Vision Care Pre Tax | 0.00 | 120.87 | GUL - Employee Post Tax | 0.00 | 1,183.25 | | | |
| 401(k) Deferral | 0.00 | 314.30 | 401(k) Loan 1 | 0.00 | 7,853.36 | | | |
| | | | 401(k) Loan 2 | 0.00 | 3,232.43 | | | |
| | | | | 0.00 | 3,174.00 | | | |
| | | | | 0.00 | 18.00 | | | |
| | | | | 0.00 | -399.82 | | | |
| TOTAL: | 0.00 | 1,551.90 | TOTAL: | 0.00 | 15,594.80 | TOTAL: | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
| --- | --- | --- | --- | --- | --- |
| Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| YTD | 46,842.63 | 43,016.95 | 11,180.94 | 17,146.70 | 18,514.99 |

| | | NET PAY DISTRIBUTION | | |
| --- | --- | --- | --- | --- |
| | | Payment Type | Account Type   Account Number | Amount |
| | | | | |
| | | | | |
| | | TOTAL: | | 0.00 |

## NON-NEGOTIABLE

**United Airlines Inc.**
16th Floor - HSCPZ
609 Main Street
Houston, TX 77002
Ph: 877/825-3729

| Pay Group: | SMF-Semimonthly Flt |
| Attendants | |
| Pay Begin Date: | 10/01/2018 |
| Pay End Date: | 10/15/2018 |

**UNITED**

Thanks for all you do for United !

| Advice #: | 000000013858637 |
| Advice Date: | 11/01/2018 |

Jamie Lynn Gallian

| Employee ID: | 270556 |
| Department: | 7606-INFLT ASSIGNMENT-LAX |
| Location: | Los Angeles, California |
| Job Title: | Flight Attendant - Domestic |

| TAX DATA: | Federal | CA State |
|---|---|---|
| Marital Status: | Single | Married |
| Allowances: | 0 | 0 |
| Addl. Pct: | 0 | |
| Addl. Amt: | 0 | |

### HOURS AND EARNINGS

| | | | | | | |
|---|---|---|---|---|---|---|
| | | **Current** | | | **YTD** | |
| Description | Rate | Hours WKD | Oth Hours | Earnings | Hours | Earnings |
| Flight Advance | | | | 3,205.65 | | 3,205.66 |
| Quarterly Operations Ince | | | | 0.00 | | 450.00 |
| Off-Set | | | | 0.00 | | 0.00 |
| Flight Advance Recovery | | | | 0.00 | | 0.00 |
| * Imputed Income - Life | | | | 0.00 | | 0.40 |
| Per Diem Pay Non Taxable | | | | 0.00 | | 2,279.47 |
| Per Diem Pay Taxable | | | | 0.00 | | 134.83 |
| Profit Sharing | | | | 0.00 | | 981.68 |
| Regular Pay | | | | 0.00 | | 32,432.93 |
| Sick Pay | | | | 0.00 | 36.00 | 2,297.60 |
| Vacation | | | | 0.00 | 67.02 | 4,238.34 |
| Future Vacation - FLT BID | | | | 0.00 | 13.00 | 822.12 |
| **TOTAL:** | | **0.00** | **0.00** | **3,205.65** | **116.02** | **46,842.63** |

\* Denotes Excluded From Earnings Total

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 491.17 | 6,255.52 |
| Fed MED/EE | 45.76 | 628.30 |
| Fed OASDI/EE | 195.66 | 2,686.54 |
| CA Withholding | 96.94 | 1,177.27 |
| CA OASDI/EE | 31.56 | 433.31 |
| **TOTAL:** | **861.09** | **11,180.94** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Dental – Pre Tax | 4.64 | 115.80 |
| Medical - Pre Tax | 40.29 | 1,000.93 |
| Vision Care Pre Tax | 4.95 | 120.87 |
| 401(k) Deferral | 0.00 | 314.30 |
| **TOTAL:** | **49.88** | **1,551.90** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401(k) Loan 1 | 489.42 | 7,853.36 |
| 401(k) Loan 2 | 199.14 | 3,232.43 |
| AFA Dues | 0.00 | 450.00 |
| GUL - Dependent Post Tax | 0.00 | 83.58 |
| GUL - Employee Post Tax | 0.00 | 1,183.25 |
| | 0.00 | 3,174.00 |
| | 0.00 | 18.00 |
| | 0.00 | -399.82 |
| **TOTAL:** | **688.56** | **15,594.80** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 3,205.65 | 3,155.77 | 861.09 | 738.44 | 1,606.12 |
| YTD | 46,842.63 | 43,016.95 | 11,180.94 | 17,146.70 | 18,514.99 |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000013858637 | Checking | xxxx6018 | $1,606.12 |
| **TOTAL:** | | | **$1,606.12** |

## NON-NEGOTIABLE

| United Airlines Inc.<br>16th Floor - HSCPZ<br>609 Main Street<br>Houston, TX 77002<br>Ph: 877/825-3729 | Pay Group: SMF-Semimonthly Flt<br>Attendants<br>Pay Begin Date: 08/31/2018<br>Pay End Date: 09/30/2018 | UNITED<br>Thanks for all you do for United ! | Advice #: 000000013660933<br>Advice Date: 10/17/2018 |

| | | | TAX DATA: | Federal | CA State |
|---|---|---|---|---|---|
| Jamie Lynn Gallian | Employee ID: 270556<br>Department: 7606-INFLT ASSIGNMENT-LAX<br>Location: Los Angeles, California<br>Job Title: Flight Attendant - Domestic | | Marital Status: | Single | Married |
| | | | Allowances: | 0 | 0 |
| | | | Addl. Pct: | 0 | |
| | | | Addl. Amt: | 0 | |

## HOURS AND EARNINGS

| | | Current | | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours WKD | Oth Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Quarterly Operations Ince | | | | 25.00 | | 450.00 | Fed Withholding | 5.50 | 5,759.26 |
| Off-Set | | | | 0.00 | | 0.00 | Fed MED/EE | 0.36 | 579.57 |
| Flight Advance | | | | 0.00 | | 3,205.66 | Fed OASDI/EE | 1.55 | 2,478.17 |
| Flight Advance Recovery | | | | 0.00 | | 0.00 | CA Withholding | 2.56 | 1,080.33 |
| * Imputed Income - Life | | | | 0.00 | | 0.40 | CA OASDI/EE | 0.25 | 399.70 |
| Per Diem Pay Non Taxable | | | | 0.00 | | 1,939.76 | | | |
| Per Diem Pay Taxable | | | | 0.00 | | 134.83 | | | |
| Profit Sharing | | | | 0.00 | | 981.68 | | | |
| Regular Pay | | | | 0.00 | | 29,230.34 | | | |
| Sick Pay | | | | 0.00 | 32.00 | 2,039.60 | | | |
| Vacation | | | | 0.00 | 67.02 | 4,238.34 | | | |
| Future Vacation - FLT BID | | | | 0.00 | 13.00 | 822.12 | | | |
| TOTAL: | | 0.00 | 0.00 | 25.00 | 112.02 | 43,042.33 | TOTAL: | 10.22 | 10,297.03 |

\* Denotes Excluded From Earnings Total

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| Dental - Pre Tax | 0.00 | 106.52 | GUL - Dependent Post Tax | 0.00 | 77.61 | | | |
| Medical - Pre Tax | 0.00 | 920.35 | GUL - Employee Post Tax | 0.00 | 1,084.83 | | | |
| Vision Care Pre Tax | 0.00 | 110.97 | 401(k) Loan 1 | 0.00 | 6,996.38 | | | |
| 401(k) Deferral | 0.00 | 314.30 | 401(k) Loan 2 | 0.00 | 3,033.29 | | | |
| | | | AFA Dues | 0.00 | 400.00 | | | |
| | | | | 0.00 | 3,174.00 | | | |
| | | | | 0.00 | 18.00 | | | |
| | | | | 0.00 | -399.82 | | | |
| TOTAL: | 0.00 | 1,452.14 | TOTAL: | 0.00 | 14,384.29 | TOTAL: | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 25.00 | 25.00 | 10.22 | 0.00 | 14.78 |
| YTD | 43,042.33 | 39,656.12 | 10,297.03 | 15,836.43 | 16,908.87 |

| | | NET PAY DISTRIBUTION | | | |
|---|---|---|---|---|---|
| | | Payment Type | Account Type | Account Number | Deposit Amount |
| | | Advice #000000013660933 | Checking | xxxx6018 | $14.78 |
| | | TOTAL: | | | $14.78 |

## NON-NEGOTIABLE

# APPLICATION FOR RESIDENCY



Western
Manufactured Housing Communities
Association

(Each person desiring residency must complete a separate application.)

IN _____ Rancho Del Rey Mobile Home Estates _____
(Community Name)

## Personal

Name of Person Making Application: __J-Sandcastle Co., LLC Jamie Gallian, Its Member__

Phone Number: __714-321-3449__

Date (of application): __11-18-18__

Present Address: __5782 Pinon Drive   Huntington Beach, CA 92649__
                                            City          State       Zip

Social Security Number: EIN 83-2453659 _____ Driver's License Number: _____

Email: __jamiegallian@gmail.com__ _____ Date of birth: _____

Name(s) of Other Person(s) Who Will Be Occupying Homesite: __Jamie L Gallian__   DOB 11-16-1962 56yo

_____

Relationship(s): __J-Sandcastle Co., LLC Jamie Gallian, Its Member__

Social Security Number(s): 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

Driver's License Number(s) V8040742

## Previous Residency

Present Landlord or Mortgage Co.: __Henry Newton__ _____ Yrs. __< 1 yr__

Address: 6641 Beachview Dr. Huntington Beach, CA 92649 __ Phone: 714-615-3574
              (City)          (State)     (Zip)

Monthly Rent or Mortgage Payment: __$ 3400.00 plus utilities__

Prior Landlord or Mortgage Co.: _____ Yrs. _____

Address: _____ Phone: _____
              (City)          (State)     (Zip)

Monthly Rent or Mortgage Payment: _____

Have you ever been asked to terminate your residency elsewhere or have you ever been evicted? ☐ Yes  ☒ No

If yes, please explain: _____

Have you ever lived in a mobilehome park before? ☐ Yes  ☒ No

If yes, please explain: _____

_____

Address: _____

Dates of Residency: _____

Amount of Last Rent: _____



Copyright © 2017. WMA.

# APPLICATION FOR RESIDENCY
Page 2

## Vehicles

Number of Automobile(s): ___2___ Boat(s): _____ Other _____

We must have complete descriptions of all vehicles:

Make: CIVIC _____ Model: Honda _____ Year: 2001 License No.: 7UJZ768 _____ State: CA

Financed By: _____ Address: _____ Phone: _____

Make: Sportage _____ Model: Kia _____ Year: 2011 License No.: 6RMM094 _____ State: CA

Financed By: _____ Address: _____ Phone: _____

Make: _____ Model: _____ Year: _____ License No.: _____ State: _____

Financed By: _____ Address: _____ Phone: _____

## Employment

Employer: __United Airlines_____ Phone: 310-431-2807_____

Address: _8 World Way_____ City Los Angeles_____ State/ZIP: CA 90045____

Position: Flight Attendant_____ Gross Monthly Salary: $ 4,873.00_____

Immediate Supervisor: Brian Gaughan_____ Length of Employment: Yrs. 19___ Mos. _____

If not employed, please provide source and amount of means of financial support:

_____     _____

_____     _____

## Financial

Name of Bank: __Chase Bank_____ City: __Huntington Bch__ Acct. No.:351897860_____

☒ Checking  ☐ Savings  ☐ Loan

Name of Bank: _____ City: _____ Acct. No.:_____

☐ Checking  ☐ Savings  ☐ Loan

Credit Card: _____ Acct. No.: _____ How Long: _____

Credit Card: _____ Acct. No.: _____ How Long: _____

Credit Card: _____ Acct. No.: _____ How Long: _____

Net Worth (from back page): __$ 471,600_____

## References

Business: Name: QIP Management____ City: Newport Beach___ Phone: 949-677-6666_____

Name: M Ahsan Shahid_____ City: Orange_____ Phone: 714-921-9550_____

Personal: Name: Ron Pierpont_____ City: Orange_____ Phone: 909-202-3145_____

Name: Justin Barclay_____ City: Rialto_____ Phone: 909-631-6668_____



Copyright © 2017. WMA.

# APPLICATION FOR RESIDENCY
Page 3

## Emergency

Person(s) to notify in case of an emergency (other than co-resident):
Name: Steve Gallian
Relationship: Son
Address: 821 W. 16th Street
City: Costa Mesa
State/ZIP: CA
Phone Number: 949-677-7674

## Approved Animals

If you have dogs and/or cats, please provide the following information:

| Name | Age | Type | Color/Description | Height | Weight |
|------|-----|------|-------------------|--------|--------|
| Ammie | 2 | Terrier | White | 7" | |
| Jetta | 14 | Beagle | Tri-Color | 12" | |

## Home or Recreational Vehicle to Occupy Homesite

Make/Model: _____ Net Size: Length: _____ Width: _____ Height: _____

Year: _____ Breaker Size: _____ amps. License or Decal No.: _____

Serial No.: _____ Value: _____

Financed by: _____

Current Location: _____

Legal Owner Name/Address: _____

Registered Owner Name/Address: _____

Junior Lienholder Name/Address (if any): _____

The following paragraph should be completed by management and initialed by the prospective resident in the event the park has established minimum age requirements. If there are no age requirements for occupancy, the paragraph should be crossed out.

The undersigned understands and acknowledges that this Park is a "housing for older persons" park with a minimum age requirement of ___55___ years of age or older for at least one resident and a minimum age requirement of ___18___ years of age or older for all other residents. The undersigned hereby represents that the person(s) making application to reside in the park meet the age requirement. JSC, LLC

The undersigned requests the management to check the above credit references and representations. The undersigned acknowledges that in the event a rental agreement is executed by both the management and the undersigned, it is subject to approval by the management of the undersigned's mobilehome or recreational vehicle as provided in the Rental Agreement.

The undersigned represents and warrants that the above information is true and correct and has been made for the purpose of informing the management of the park. The management has permission to verify any and all information offered on this application. In the event of any misrepresentation by applicant, management will have grounds to cancel any agreement entered in reliance upon the misrepresentation.



Copyright © 2017. WMA.

# CONSENT TO OBTAIN
# CONSUMER CREDIT REPORT



**Western**
**Manufactured Housing Communities**
**Association**

The undersigned hereby authorizes _____ Rancho Del Rey Mobile Home Estates _____ to obtain a credit report
<span style="font-size:small">(Name of park)</span>
based upon the information provided in the undersigned's *Application for Tenancy*, and to share any necessary
personal information from the undersigned's application documents with any credit reporting agency or their
affiliates.

SO AGREED:

Dated: _____ 11/18/18 _____

Dated: _____

Dated: _____

J-Sandcastle Co., LLC
Jamie Gallian, Its Manager    *Jamie L Gallian*
(Applicant)

_____
(Applicant)

_____
(Applicant)

Copyright © 2014. WMA.



Printed Using formsRus.com On-Line Forms Software 1/14

211
000183

 DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI  OH   45999-0023

Date of this notice:  11-07-2018

Employer Identification Number:
83-2453659

Form:  SS-4

Number of this notice:  CP 575 G

J SANDCASTLE CO LLC
JAMIE LYNN GALLIAN SOLE MBR
5782 PINON DR
HUNTINGTN BCH, CA  92649

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

### WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

    Thank you for applying for an Employer Identification Number (EIN).  We assigned you
EIN 83-2453659.  This EIN will identify you, your business accounts, tax returns, and
documents, even if you have no employees.  Please keep this notice in your permanent
records.

    When filing tax documents, payments, and related correspondence, it is very important
that you use your EIN and complete name and address exactly as shown above.  Any variation
may cause a delay in processing, result in incorrect information in your account, or even
cause you to be assigned more than one EIN.  If the information is not correct as shown
above, please make the correction using the attached tear off stub and return it to us.

    A limited liability company (LLC) may file Form 8832, *Entity Classification Election*,
and elect to be classified as an association taxable as a corporation.  If the LLC is
eligible to be treated as a corporation that meets certain tests and it will be electing S
corporation status, it must timely file Form 2553, *Election by a Small Business
Corporation*.  The LLC will be treated as a corporation as of the effective date of the S
corporation election and does not need to file Form 8832.

    To obtain tax forms and publications, including those referenced in this notice,
visit our Web site at www.irs.gov.  If you do not have access to the Internet, call
1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.

**IMPORTANT REMINDERS:**

    *  Keep a copy of this notice in your permanent records.  **This notice is issued only
       one time and the IRS will not be able to generate a duplicate copy for you.**  You
       may give a copy of this document to anyone asking for proof of your EIN.

    *  Use this EIN and your name exactly as they appear at the top of this notice on all
       your federal tax forms.

    *  Refer to this EIN on your tax-related correspondence and documents.

    If you have questions about your EIN, you can call us at the phone number or write to
us at the address shown at the top of this notice.  If you write, please tear off the stub
at the bottom of this notice and send it along with your letter.  If you do not need to
write us, do not complete and return the stub.

    Your name control associated with this EIN is JSAN.  You will need to provide this
information, along with your EIN, if you file your returns electronically.

    Thank you for your cooperation.

213
000184

# PRIVACY STATEMENT FORM



Western
Manufactured Housing Communities
Association

At

_____ Rancho Del Rey Mobile Home Estates _____
(Name of Community)

we are committed to safeguarding all nonpublic personal information that we may collect during the application process or at any time during your tenancy. We use this information initially for the sole purpose of evaluating your application for residency. Occasionally we use nonpublic personal information in order to collect a debt, for example, when a resident fails to pay the rent.

We collect nonpublic personal information about you from the following sources:

> Information we receive directly from you, on forms, and in other communications to or with us, whether in writing, in person, by telephone or any other means.

> Information we receive from other sources such as current and former landlords, current employers credit reporting agencies and resident screening services.

The community values your privacy and does not disclose nonpublic personal information to anyone, except as permitted or required by law, or as reasonably necessary in order to establish your identity when communicating with others as discussed above.

We restrict access to nonpublic personal information about you to only those persons who need to know that information in order to perform their job duties. Further, we maintain physical, electronic and procedural safeguards that comply with federal standards to guard your nonpublic personal information.

The undersigned Resident, or prospective Resident, hereby acknowledges receipt of a copy of this notice.

*Jamie L Gallian*

DATED: _____ 11/18/18 _____          J-Sandcastle Co., LLC_____
                                          Jamie L. Gallian, Its MEMEBER

DATED: _____          _____

Copyright © 2014. WMA.



Printed Using formsRus.com On-Line Forms Software 1/14



# TAX CLEARANCE CERTIFICATE

☒ **Mobile Home**                                    ☐ **Floating Home**

### COUNTY OF ORANGE

| SERIAL NUMBER/HULL NUMBER | DECAL NUMBER/CF NUMBER |
|---|---|
| AC7V710394GB/ AC7V710394GA | LBM1081 |

| LOCATION OF HOME | ASSESSOR'S PARCEL NUMBER |
|---|---|
| 16222 MONTEREY LN 376 HUNTINGTON BEACH | 891-569-62 |

| CURRENT REGISTERED OWNER | APPLICANT |
|---|---|
| RYAN, LISA T<br>16222 MONTEREY LN<br>SPC 376<br>HUNTINGTON BEACH<br>CA 92649 | J-SANDCASTLE CO, LLC<br>16222 MONTEREY LN #376<br>HUNTINGTON BEACH<br>CA 92649 |

I hereby certify that the following has been paid:

☐ Delinquent license fees

☒ Property taxes applicable to the home identified above through the fiscal year 2018-2019

☒ A security deposit for payment of the property taxes for the fiscal year 2019-2020

☒ No taxes due or payable at this time.

There may be a supplemental assessment not covered by this "Tax Clearance Certificate" which may create an additional bill.

### THIS CERTIFICATE IS VOID ON AND AFTER JANUARY 15, 2019.

Executed on November 16, 2018 at Santa Ana.
Treasurer-Tax Collector for Orange County, State of California.

Issued on November 16, 2018 _____
(Signature)

§§2189.8, 5832 R & T Code                                    TDL 10-01 (7-87)





**RECEIPT**

OFFICE OF THE TREASURER-TAX COLLECTOR
SHARI L. FREIDENRICH, CPA
625 N.ROSS STREET, BLDG 11, SANTA ANA
(714) 834-3411   ttcinfo@ttc.ocgov.com

Daily Bank Deposit ID  11-16-18

| | |
|---|---|
| APN \ TDN \ REF: | 0813460. |
| Property Address: | 16222 MONTEREY 376 HUNTINGTON BEACH |
| Tax Year; | |
| Roll Type: | 03 - UNS |
| Installment #: | 1 |
| Unsecured Tax | $1,634.54 |

```
                    SUB TOTAL:    $1,634.54
                    TOTAL DUE:    $1,634.54
CHECK                             $1,634.54
Account Number XXXXXXXXXXXX6018
Check # 2670
Routing Number 271081528
```

PAY ONLINE WITH YOUR BANK ACCOUNT
AT NO COST AT ocgov.com/octaxbill
PRINT OR GET YOUR RECEIPT BY EMAIL.
THANK YOU

---

PAGE    1

**TAX COLLECTOR (TC) REFERENCE NO.**    **STATEMENT AS OF**

0813460    11/16/2018

**TAX BILL SUMMARY**

UNPAID ASSESSMENT SUMMARY

ANY DELINQUENT ASSESSMENTS ARE SUBJECT TO IMMEDIATE
ENFORCEMENT ACTIONS. SEE PARAGRAPH 12 ON THE BACK
FOR MORE INFORMATION.

**TOTAL AMOUNT DUE BY 11/30/18:**    $1,634.54

PROPERTY AFTER JANUARY 1 DOES NOT RELIEVE ASSESSEE FROM PAYING THIS BILL

**IMPORTANT INFORMATION**

The owner on the Lien Date is responsible for payment of this bill in full. The sale, closure, removal
or other disposal of the assessed property after January 1, 2018 does not relieve the assessee of
responsibility for the taxes due. The bill will not be prorated for partial ownership.

A Tax Lien will be recorded against the owner, and a recording fee will be charged, if payment is
delinquent. A TAX LIEN MAY AFFECT YOUR CREDIT RATING. A 10% penalty and a fee of $75 per
assessment, plus additional penalties of 1.5% per month, will be added.

A Tax Lien may be enforced by seizure and/or sale of personal property including bank accounts,
income tax refunds or other interests. Registration holds at the DMV will prevent vessel registration
until a delinquency is cleared.

| INFORMATION | ASSESSED VALUES (A/V) | TRA/YEAR | TAX TYPE & RATE | AMOUNT |
|---|---|---|---|---|

ASSESSMENTS:

| | BASE TAX AMOUNT | INTEREST & PENALTIES | FEES | AMOUNT PAID | BALANCE DUE |
|---|---|---|---|---|---|
| #: 901018 | 1,300.90 | 250.64 | 83.00 | | 1,634.54 |
| IVE TAX YEAR: 2017 | | | | | |
| HUNTINGTON BEACH | | | | | |
| ER | | | | | |
| : 18-00427461 | | | | | |
| TOTALS: | 1,300.90 | 250.64 | 83.00 | | 1,634.54 |



TCCAS571 ESTIMATED TAX STUB
2018 AT 12:33:41 BY CHRISTINA DASCENZO

1-569-62.00      TOTAL AMT DUE      $1,224.00

/15/19

*Pd Ck # 2671*

**Reg#9**  11/16/2018  **Trans #52385**
cdascenzo  12:21 PM  Location: 100
          TTC 0-58

## RECEIPT

OFFICE OF THE TREASURER-TAX COLLECTOR
SHARI L. FREIDENRICH, CPA
625 N.ROSS STREET, BLDG 11, SANTA ANA
(714) 834-3411  ttcinfo@ttc.ocgov.com

Daily Bank Deposit ID 11-16-18

| | |
|---|---|
| APN \ TDN \ REF: | 89156962.0000 |
| Property Address: | |
| Tax Year: | 2019 |
| Roll Type: | 01 - SEC |
| Installment #: | 03 |
| Secured Tax | $1,224.00 |

| | |
|---|---|
| APN \ TDN \ REF: | 89156962.00 |
| Property Address: | 16222 MONTEREY LN 376 HUNTINGTON BEACH |
| Tax Year: | 2018 |
| Roll Type: | 01 - SEC |
| Installment #: | 1 |
| Secured Tax | $599.66 |

| | |
|---|---|
| APN \ TDN \ REF: | 89156962.00 |
| Property Address: | 16222 MONTEREY LN 376 HUNTINGTON BEACH |
| Tax Year: | 2018 |
| Roll Type: | 01 - SEC |
| Installment #: | 2 |
| Secured Tax | $599.66 |

| | |
|---|---|
| SUB TOTAL: | $2,423.32 |
| TOTAL DUE: | $2,423.32 |
| CHECK | $2,423.32 |

Account Number XXXXXXXXXXXX6018
Check # 2671
Routing Number 271081528

PAY ONLINE WITH YOUR BANK ACCOUNT
AT NO COST AT ocgov.com/octaxbill
PRINT OR GET YOUR RECEIPT BY EMAIL.
THANK YOU

4151900001224000000000000000000000000000000000009

| | TOTAL NET TAXABLE VALUE: | 109,685 | 1,199.32 |
|---|---|---|---|

| 1st Install DUE 11/1/18 | 2nd Installment DUE 2/1/19 | TO PAY BOTH INSTALLMENTS BY 12/10/18 |
|---|---|---|
| $599.66 + | $599.66 = | $1,199.32 |

**VOTER APPROVED TAXES AND SPECIAL ASSESSMENTS**

| SERVICE AGENCY | RATE | VALUE | TAXES |
|---|---|---|---|
| BASIC LEVY RATE | 1.00000 | 109,685 | 1,096.84 |
| COAST COMM COLLEGE DIST | .03052 | 109,685 | 33.47 |
| OCEAN VIEW SD 2016, SR 2017A | .02404 | 109,685 | 26.37 |
| HUNTINGTON BCH UNION HS | .02398 | 109,685 | 26.19 |
| HUNTINGTON BEACH EMPLOYEE RETIREMEN | .01500 | 109,685 | 16.45 |
| TOTAL CHARGED | 1.09344 | | 1,199.32 |

FOR DETAILS OF TAX TYPES, VISIT OUR WEBSITE AT OCGOV.COM/OCTAXBILL
FOR EACH PAYMENT RETURNED UNPAID BY YOUR BANK FOR ANY REASON
BY CHECK, YOUR CANCELLED CHECK IS YOUR RECEIPT OR PAY ONLINE AND RECEIVE AN EMAILED RECEIPT

CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| Gordon G. May (SBN 167112)<br>GRANT, GENOVESE & BARATTA, LLP<br>2030 Main Street, Suite 1600<br>Irvine, CA 92614<br><br>TELEPHONE NO (949) 660-1600    FAX NO *(Optional)* (949) 660-6060<br>E-MAIL ADDRESS *(Optional)*: ggm@ggb-law com<br>ATTORNEY FOR *(Name):* Plaintiff BS INVESTORS, LP | **ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of Orange<br><br>**12/03/2018** at 12:09:00 PM<br>Clerk of the Superior Court<br>By Anh Dang, Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  ORANGE
    STREET ADDRESS 700 Civic Center Drive West
    MAILING ADDRESS
    CITY AND ZIP CODE Santa Ana, CA 92701
    BRANCH NAME CENTRAL JUSTICE CENTER

PLAINTIFF/PETITIONER    BS INVESTORS, LP, a California limited partnership

DEFENDANT/RESPONDENT    JAMIE L GALLIAN, an individual

| REQUEST FOR DISMISSAL | CASE NUMBER<br>30-2018-01024401-CU-UD-CJC |
|---|---|

A conformed copy will not be returned by the clerk unless a method of return is provided with the document.

This form may not be used for dismissal of a derivative action or a class action or of any party or cause of action in a class action. (Cal. Rules of Court, rules 3.760 and 3.770.)

1. TO THE CLERK: Please **dismiss** this action as follows

    a  (1) ☐ With prejudice  (2) ☒ Without prejudice
    b  (1) ☒ Complaint  (2) ☐ Petition
       (3) ☐ Cross-complaint filed by *(name).*                                      on *(date):*
       (4) ☐ Cross-complaint filed by *(name)*                                       on *(date)*
       (5) ☐ Entire action of all parties and all causes of action
       (6) ☐ Other *(specify):*

2. (Complete in all cases except family law cases.)
    The court ☐ did ☒ did not waive court fees and costs for a party in this case  *(This information may be obtained from the clerk. If court fees and costs were waived, the declaration on the back of this form must be completed).*

Date: December 3, 2018

Gordon G. May                                                                        ▶ *(signature)*
(TYPE OR PRINT NAME OF ☒ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)    Attorney or party without attorney for

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed    ☒ Plaintiff/Petitioner ☐ Defendant/Respondent
                          ☐ Cross-Complainant

3. TO THE CLERK: Consent to the above dismissal is hereby given **
    Date:

                                                                    ▶ *(signature)*
(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)    Attorney or party without attorney for:

** If a cross-complaint – or Response (Family Law) seeking affirmative relief – is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j)    ☐ Plaintiff/Petitioner ☐ Defendant/Respondent
                          ☐ Cross-Complainant

*(To be completed by clerk)*
4. ☒ Dismissal entered as requested on *(date)*    12/03/2018
5. ☐ Dismissal entered on *(date)*                      as to only *(name):*
6. ☐ Dismissal **not entered** as requested for the following reasons *(specify)*

7. a. ☐ Attorney or party without attorney notified on *(date)*
    b. ☐ Attorney or party without attorney not notified. Filing party failed to provide
          ☐ a copy to be conformed ☐ means to return conformed copy
    Date:    12/03/2018    Clerk, by _____ , Deputy
                          DAVID H. YAMASAKI, Clerk of the Court                A. DANG

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CIV-110 [Rev Jan 1, 2013] | **REQUEST FOR DISMISSAL** | Legal<br>Solutions<br>Plus | Page 1 of 2<br>Code of Civil Procedure, § 581 et seq ,<br>Gov Code, § 68637(c), Cal Rules of Court, rule 3 1390 |
|---|---|---|---|

000189

| | CIV-110 |
|---|---|
| PLAINTIFF/PETITIONER. BS INVESTORS, LP, a California limited partnership<br>DEFENDANT/RESPONDENT· JAMIE L GALLIAN, an individual | CASE NUMBER·<br>30-2018-01024401-CU-UD-CJC |

## COURT'S RECOVERY OF WAIVED COURT FEES AND COSTS

If a party whose court fees and costs were initially waived has recovered or will recover $10,000 or more in value by way of settlement, compromise, arbitration award, mediation settlement, or other means, the court has a statutory lien on that recovery. The court may refuse to dismiss the case until the lien is satisfied. (Gov Code, § 68637 )

### Declaration Concerning Waived Court Fees

1. The court waived court fees and costs in this action for *(name):*

2. The person named in item 1 is *(check one below):*
   a. ☐ not recovering anything of value by this action.
   b. ☐ recovering less than $10,000 in value by this action
   c. ☐ recovering $10,000 or more in value by this action. *(If item 2c is checked, item 3 must be completed.)*

3. ☐ All court fees and court costs that were waived in this action have been paid to the court *(check one):* ☐ Yes ☐ No

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: _____

_____
(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY MAKING DECLARATION)

▶ _____
(SIGNATURE)

CIV-110 [Rev January 1, 2013]          **REQUEST FOR DISMISSAL**                    Page 2 of 2

68

1

## PROOF OF SERVICE

2  STATE OF CALIFORNIA, COUNTY OF ORANGE

3

4        I am employed in the County of Orange, State of California.  I am over the age of 18 and
not a party to the within action; my business address is 2030 Main Street, Suite 1600, Irvine CA
5  92614.
       On December 3, 2018, I served the foregoing document described as **REQUEST FOR**
6  **DISMISSAL** on the following person(s) in the manner indicated:

7  Jamie L. Gallian, an individual                          Defendant
8  5782 Pinon Drive
   Huntington Beach, CA 92649
9  Telephone No. : (714) 321-3449

10

11 [ X ]   (BY MAIL) I am familiar with the practice of Grant, Genovese & Baratta, LLP for
   collection and processing of correspondence for mailing with the United States Postal Service.
12 Correspondence so collected and processed is deposited with the United States Postal Service that
   same day in the ordinary course of business.  On this date, a copy of said document was placed in a
13 sealed envelope, with postage fully prepaid, addressed as set forth herein, and such envelope was
   placed for collection and mailing at Grant, Genovese & Baratta, LLP, Irvine, California, following
14 ordinary business practices.

15      I declare under penalty of perjury under the laws of the State of California that the
16 foregoing is true and correct, and that this declaration was executed on December 3, 2018, at
   Irvine, California.

17

18

19                          Helena Coyle

20

21

22

23

24

25

26

27

28

69

# CASAS 2
Codes & Standards Automated System

Welcome, MIKE KILLIAN · home · tasks · complaints(0) · messages(0) · multiple roles · logout

## Menu | Search

DTN
Ref #
Lic. #/ID
Park ID
Facility ID
Unit ID  lbm1081
Asg. #
Compl. #

Advanced Search  Clear Search

Search returned 1 result(s)

**Decal LBM1081, MCO 8802499**

Unit Type: Manufactured Home

SITUS Address: 16222 MONTEREY LN 376, HUNTINGTON BEACH, CA 92649 (ORANGE COUNTY)

HUD Label: PFS1130281, PFS1130282

Serial No.: AC7V710394GB, AC7V710394GA

Manufacturer: SKYLINE HOMES INC

Manufacturer Date: 05/29/2014

Registered Owner(s): LISA T RYAN

Status of Unit: Active

## Decal LBM1081, MCO 8802499

| Review | Applications | Unit Details | Owner Details | Conditions | Notices | Escrows | Comments |

### Open Applications

| DTN | Task Type | Reference No. | Status | Date Received | Last Assigned Technician | Owning Program |
|---|---|---|---|---|---|---|
| 10670236 | R/O Transfer - Private Sale | LBM1081 | Assigned to Technician | 11/16/2018 | JUDYLYN DIMACULANGAN | RT |

### Closed Applications

| DTN | Task Type | Reference No. | Status | Date Received | Last Assigned Technician | Owning Program | Completed Date |
|---|---|---|---|---|---|---|---|
| 10847244 | RA No Fee Informal Title Search | LBM1081 | Complete | 01/08/2019 | MIKE KEESE | RT | 01/08/2019 |
| 10805241 | RT Sale of Documents | LBM1081 | Complete | 12/26/2018 | MARSHELLE GEREN | RT | 12/31/2018 |
| 10789600 | RA Informal Title Search - Fee | LBM1081 | Complete | 12/19/2018 | VIVIENNE ALSTON | RT | 12/19/2018 |
| 10742140 | RA No Fee Informal Title Search | LBM1081 | Complete | 12/06/2018 | MIKE KEESE | RT | 12/06/2018 |
| 10703521 | RA Informal Title Search - Fee | LBM1081 | Complete | 11/29/2018 | VIVIENNE ALSTON | RT | 11/29/2018 |
| 10689563 | Correspondence | LBM1081 | Complete | 11/20/2018 | DALE WISDOM | RT | 11/28/2018 |
| 8267526 | RA No Fee Informal Title Search | LBM1081 | Complete | 10/29/2014 | (PILOT) WEB APPLICATIONS | RT | 10/29/2014 |
| 8169431 | New MH - 18613 | 8802499 | Complete | 07/30/2014 | CASAS SYSTEM | RT | 09/09/2014 |

🖶 Print Title Search    📄 History

Version 2.0.371

http://casas2.hcd.ca.gov:7003/casas/

From: **Cruz, Sylvia@HCD** Sylvia.Cruz@hcd.ca.gov
Subject: Title Search - LBM1081
Date: January 18, 2019 at 8:17 AM
To: Jamie Gallian jamiegallian@gmail.com



Hello Ms. Gallian,

Here is the transfer information you can use to show the unit has been transferred until the original Title goes out from our Sacramento District Office.

Sylvia

---

STATE OF CALIFORNIA - BUSINESS, CONSUMER SERVICES, AND HOUSING                    **GAVIN NEWSOM, Governor**

**DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT**
DIVISION OF CODES AND STANDARDS



### Title Search

Date Printed:  Jan 18, 2019

| | | | |
|---|---|---|---|
| Decal #: | LBM1081 | Use Code: | SFD |
| Manufacturer: | SKYLINE HOMES INC | Original Price Code: | BVH |
| Tradename: | CUSTOM VILLA | Rating Year: | |
| Model: | | Tax Type: | LPT |
| Manufactured Date: | 05/29/2014 | Last ILT  Amount: | |
| Registration Exp: | | Date ILT Fees Paid: | |
| First Sold On: | 07/28/2014 | ILT Exemption: | NONE |

| Serial Number | HUD Label / Insignia | Length | Width |
|---|---|---|---|
| AC7V710394GA | PFS1130282 | 60' | 15' 2" |
| AC7V710394GB | PFS1130281 | 56' | 15' 2" |

Registered Owner:

J-SANDCASTLE CO LLC
16222 MONTEREY LANE ROOM 376
HUNTINGTON BEACH, CA 92649

| | |
|---|---|
| **Last Title Date:** | 09/10/2014 |
| **Last Reg Card:** | Pending Reg Card |
| **Sale/Transfer Info:** | Price $175,000.00 Transferred on 11/01/2018 |

Situs Address:

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA  92649
Situs County:  ORANGE

**\*\*\*END OF TITLE SEARCH\*\*\***

# STATE OF CALIFORNIA - DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
## REGISTRATION CARD

Manufactured Home

**Decal: LBM1081**

| Manufacturer ID/Name | Trade Name | Model | | DOM | DFS | RY | Exp. Date |
|---|---|---|---|---|---|---|---|
| 90002    SKYLINE HOMES INC | CUSTOM VILLA | | | 05/29/2014 | 07/28/2014 | | |

| Serial Number | Label/Insignia Number | Weight | Length | Width | Issued | | |
|---|---|---|---|---|---|---|---|
| AC7V710394GB | PFS1130281 | 22,383 | 56' | 15' 2" | Jan 19, 2019 | | |
| AC7V710394GA | PFS1130282 | 25,068 | 60' | 15' 2" | | | |

**Addressee**

J-SANDCASTLE CO LLC
16222 MONTEREY LANE ROOM 376
HUNTINGTON BEACH, CA 92649



**Registered Owner(s)**

J-SANDCASTLE CO LLC
16222 MONTEREY LANE ROOM 376
HUNTINGTON BEACH, CA 92649

**Situs Address**

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**ATTENTION OWNER:**

THIS IS THE REGISTRATION CARD FOR THE
UNIT DESCRIBED ABOVE.  PLEASE KEEP THIS
CARD IN A SAFE PLACE WITHIN THE UNIT.

**INSTRUCTIONS FOR RENEWAL:**

REGISTRATION FOR THIS UNIT EXPIRES ON THE
DATE INDICATED ABOVE IN THE BOX LABELED
"Exp. Date".  THERE ARE SUBSTANTIAL
PENALTIES FOR DELINQUENCY.  IF YOU DO NOT
RECEIVE A RENEWAL NOTICE WITHIN 10 DAYS
PRIOR TO THE EXPIRATION DATE, CONTACT
H.C.D. FOR RENEWAL INSTRUCTIONS.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**IMPORTANT**
THE OWNER INFORMATION SHOWN ABOVE MAY NOT REFLECT ALL LIENS RECORDED WITH THE
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT AGAINST THE DESCRIBED UNIT.  THE
CURRENT TITLE STATUS OF THE UNIT MAY BE CONFIRMED THROUGH THE DEPARTMENT.

DTN: 10670236

01192019 - 1

000194

1 | ERIC P. ISRAEL (State Bar No. 132426)
*eisrael@DanningGill.com*
2 | AARON E. DE LEEST (State Bar No. 216832)
*adeleest@DanningGill.com*
3 | DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
4 | Los Angeles, California 90067-6006
Telephone:   (310) 277-0077
5 | Facsimile:   (310) 277-5735
6 | Attorneys for Jeffrey I. Golden,
Chapter 7 Trustee
7 |

**FILED & ENTERED**

**SEP 28 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte        DEPUTY CLERK

8 | **UNITED STATES BANKRUPTCY COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA**

10 | **SANTA ANA DIVISION**

11 |

12 | In re

13 | JAMIE LYNN GALLIAN,

14 |

15 |         Debtor.

16 |

17 |

18 |

19 |

20 |

21 |

Case No. 8:21-bk-11710-SC

Chapter 7

**ORDER DENYING APPLICATION OF THE CHAPTER 7 TRUSTEE TO EMPLOY REAL ESTATE BROKER COLDWELL BANKER REALTY AND AGENTS WILLIAM FRIEDMAN AND GREG BINGHAM PURSUANT TO 11 U.S.C. §§ 327 AND 328 WITHOUT PREJUDICE**

Date:      September 13, 2022
Time:      11:00 a.m.
Place:     Courtroom "5C"
           411 W. 4th Street
           Santa Ana, California 92701

22 |         On September 13, 2022 at 11:00 a.m., there came before the United States Bankruptcy

23 | Court for the Central District of California, Santa Ana Division, the Honorable

24 | Scott C. Clarkson, United States Bankruptcy Judge, presiding, a hearing on the *Trustee's*

25 | *Application to Employ Real Estate Broker Coldwell Banker Realty and Agents William Friedman*

26 | *and Greg Bingham Pursuant to 11 U.S.C. §§ 327 and 328* (*docket no. 162*) (the "Application")

27 | filed by Jeffrey I. Golden, Chapter 7 Trustee (the "Trustee").  Aaron E. de Leest of Danning, Gill,

28 | Israel & Krasnoff, LLP, appeared for the Trustee, who also appeared.  Robert P. Goe of Goe

1693912.1  27064                                    1

1   Forsythe & Hodges LLP, appeared for Huntington Beach Gables Homeowners Association.  The

2   Debtor appeared in pro per.  There were no other appearances.

3       The Court having read and considered the Application, the Debtor's opposition to the

4   Application (*docket no. 208*), the Trustee's reply to the Debtor's opposition (*docket no. 219*), and

5   the HOA's joinder in the Trustee's reply (*docket no. 221*), having heard the oral statements of the

6   Debtor, the Trustee, and counsel at the hearing, and for the reasons set forth by the Court on the

7   record at the hearing, it is hereby

8       ORDERED THAT:

9       1.      The Application is denied, without prejudice.

10                                  ###

11

12

13

14

15

16

17

18

19

20

21

22

23

24   Date: September 28, 2022

    _Scott C. Clarkson_
    Scott C. Clarkson
    United States Bankruptcy Judge

25

26

27

28

1693912.1  27064                              2

1                     UNITED STATES BANKRUPTCY COURT

2              CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

3                               --oOo--

4    In Re:                        )   Case No. 8:21-bk-11710-SC
                                   )
5    JAMIE LYNN GALLIAN,           )   Chapter 7
                                   )
6    Debtor,                       )   Santa Ana, California
                                   )   Tuesday, 11:00 A.M.
7    ----------------------------)      September 13, 2022

8
                         TRANSCRIPT OF HEARING RE:
9          APPLICATION OF THE CHAPTER 7 TRUSTEE TO EMPLOY
            REAL ESTATE BROKER COLDWELL BANKER REALTY AND
10      AGENTS WILLIAM FRIEDMAN AND GREG BINGHAM PURSUANT
               TO 11 U.S.C. SECTIONS 327 AND 328
11           BEFORE THE HONORABLE SCOTT CLARKSON
                UNITED STATES BANKRUPTCY JUDGE

12

13   APPEARANCES:

14   The Debtor:              JAMIE LYNN GALLIAN, *Pro Se*
                              16222 Monterey Lane
15                            Unit #376
                              Huntington Beach, California 92649
16
     For the Trustee:         AARON E. DE LEEST, ESQ.
17                            Danning Gill Israel &
                                Krasnoff, LLP
18                            1901 Avenue of the Stars
                              Suite #450
19                            Los Angeles, California  90067

20   The Trustee:             JEFFREY I. GOLDEN, ESQ.
                              Golden Goodrich, LLP
21                            3070 Bristol Street
                              Suite #640
22                            Costa Mesa, California  92626

23

24
     Proceedings produced by electronic sound recording;
25   transcript produced by transcription service.

```
 1   For Huntington Beach      ROBERT P. GOE, ESQ.
     Gables Homeowners         Goe Forsythe & Hodges, LLP
 2   Association:              17701 Cowan
                               Building D, Suite #210
 3                             Irvine, California  92614

 4   Court Recorder:           Ed Zamora
                               U.S. Bankruptcy Court
 5                             Central District of California
                               Ronald Reagan Federal Building and
 6                             United States Courthouse
                               411 West Fourth Street
 7                             Santa Ana, California  92701-4593
                               (855) 460-9641
 8
     Court Transcriptionist:   Ruth Ann Hager, C.E.T.**D-641
 9                             Ben Hyatt Certified Deposition
                                 Reporters
10                             17835 Ventura Boulevard
                               Suite #310
11                             Encino, California  91316

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page                                                                          3

1              SANTA ANA, CALIFORNIA, TUESDAY, SEPTEMBER 13, 2022

2                                  11:03 A.M.

3                                    --oOo—

4              THE CLERK:  Please come to order.  This United

5    States Bankruptcy Court for the Central District of

6    California is now in session.  The Honorable Scott C.

7    Clarkson is now presiding.

8              THE COURT:  Good morning, everyone, and welcome

9    to the September 13, 2022, 11:00 calendar.

10             Let's call item #12.00 in the Jamie Lynn Gallian

11   matter.  This is an application of the Chapter 7 Trustee to

12   employ real estate broker.

13             May I have appearances, please?

14             MS. GALLIAN:  Good morning, Your Honor.  My name

15   is Jamie Lynn Gallian.  I'm the debtor.

16             THE COURT:  Good morning.

17             MS. GALLIAN:  Good morning.

18             MR. DE LEEST:  Good morning, Your Honor.  Aaron

19   De Leest, Danning, Gill, Israel & Krasnoff for the Trustee.

20             THE COURT:  And good morning to you.

21             MR. DE LEEST:  Thank you, Your Honor.

22             MR. GOLDEN:  Good morning, Your Honor.  Jeffrey

23   Golden, Trustee.

24             THE COURT:  Good morning, Mr. Golden.

25             MR. GOE:  Good morning, Your Honor.  Robert Goe,

Page                                                                                    4

1   Goe Forsythe & Hodges, for secured creditor Huntington

2   Beach Gables Homeowners Association.  I join in the

3   Trustee's request.

4            THE COURT:  Good morning to you.

5            Any other appearances, please?

6            (No response.)

7            Mr. De Leest, your motion.

8            MR. DE LEEST:  Yes, Your Honor.  I think for your

9   tentative ruling, which we have reviewed, just addressing

10  that quickly, and I know the debtor wants to speak as well,

11  I just wanted to clarify the extent it's not so clear is

12  the Trustee's motion -- or excuse me, vocation seeks to

13  sell the manufactured home itself, the unit.  Not an

14  interest in the land.  It's a leased property, not an

15  interest in the debtor's LLC.  It's just the mobile home.

16           THE COURT:  And you consider that real property

17  or personal property?

18           MR. DE LEEST:  Your Honor, it's personal

19  property, I believe, here in California.

20           THE COURT:  Okay.  Anything else?  Would you like

21  to discuss my point?

22           MR. DE LEEST:  Which is, Your Honor, I have to

23  say, I didn't really understand it.  It's -- if the Court

24  could clarify I'm not certain I did understand --

25           THE COURT:  Okay.

Page                                                                     5

1                MR. DE LEEST:  -- the point.

2                THE COURT:  Let's move on to the debtor.

3                Ms. Gallian?

4                MS. GALLIAN:  Yes, sir.  I'm here.

5                THE COURT:  Do you oppose the motion?

6                MS. GALLIAN:  Absolutely, Your Honor.

7                THE COURT:  Well, tell me why.

8                MS. GALLIAN:  For the reasons that I listed in my

9    opposition.  The Court has determined at this moment that

10   the home is personal property and there is a pending motion

11   for reconsideration on the homestead, the homeowner's

12   exemption, which is applicable to my case.

13               THE COURT:  Okay.  And that motion is pending

14   before this Court?

15               MS. GALLIAN:  Yes, it is, Your Honor.  It's

16   before the Honorable Erithe A. Smith for September 22nd.

17               THE COURT:  Yeah, well, I'm the Honorable

18   Scott C. Clarkson.

19               MS. GALLIAN:  Yes.  Yes, sir.  Yes, Your Honor.

20   Are you familiar with that she just settled that one -- one

21   matter?

22               THE COURT:  And what did she hold?

23               MS. GALLIAN:  She held that she would reconsider

24   my motion for reconsideration.  The parties agreed to a

25   continuance of the August 22, 2022 matter, as long as I

Page                                                                        6

1   agreed to without prejudice dismiss my appeal pending in

2   the BAPM District Court, which I was successful in doing.

3          THE COURT:  You were successful in doing what?

4          MS. GALLIAN:  In doing -- dismissing without

5   prejudice the notice of appeal that I had pending, sir.

6          THE COURT:  Right.  And so what did Judge Smith

7   hold that you're asking her to reconsider?

8          MS. GALLIAN:  Judge Smith, what I believe she was

9   unclear about was that the Orange County Tax Assessor does

10  have my homeowner's exemption on file and it is not public

11  record.  They only post their -- I guess their book once a

12  year and the documents that was unclear, it was taken off

13  of the internet -- internet that the movant had included in

14  his opposition.

15         And, as I said, that the -- it would appear to me

16  that the experience that -- especially an experienced

17  attorney, like the ones on the telephone and the experience

18  of Mr. Hays, would have been to go to the Tax Assessor's

19  Office and to verify whether the homeowner's exemption

20  actually did exist and which it did.  And instead, he went

21  to the internet and pulled the document off there that did

22  not have the correct information.

23         THE COURT:  I see.  Well, I thank you for

24  explaining it the way you did because I understand your

25  position.

Page                                                                 7

1              Let me ask you a few more questions.  Would that
2  be okay?
3              MS. GALLIAN:  Of course, sir.
4              THE COURT:  Okay.
5              MS. GALLIAN:  I'm nervous.
6              THE COURT:  Oh, don't be nervous.  It's okay.
7              So do you own this mobile home?
8              MS. GALLIAN:  Yes, I do.
9              THE COURT:  Okay.  How long have you owned the
10 home?
11             MS. GALLIAN:  I purchased it myself November 1,
12 2018.  I had sold my home across the street on October 31,
13 2018 and I used the proceeds to purchase this home.
14             THE COURT:  Any idea -- do you remember how much
15 you paid for it?
16             MS. GALLIAN:  Well, the contract was for
17 $225,000.
18             THE COURT:  And is that what you paid for it?
19             MS. GALLIAN:  I paid 185.
20             THE COURT:  Okay.  All right.  And you bought it
21 in 2018?
22             MS. GALLIAN:  Yes, I did.
23             THE COURT:  Okay.  And you live in it now?
24             MS. GALLIAN:  Yes, I do.
25             THE COURT:  Okay.  And you are the debtor in this

Page                                                                    8

1   Chapter 7 case, correct?

2            MS. GALLIAN:  Yes, sir.

3            THE COURT:  Okay.  Is there a note or -- and a

4   mortgage on that mobile home?

5            MS. GALLIAN:  Well, if the Court would bear with

6   me, I could explain just a little bit.

7            THE COURT:  Well, let me put it a different way.

8   Does anyone say that you owe them money for the purchase of

9   that mobile home?

10            MS. GALLIAN:  Well, there is a secured UCC filing

11   and perfected face of a certificate of title that I entered

12   into by loaning an LLC that I owned solely a 30-year note

13   to pay -- it was -- the point, Your Honor, was I was trying

14   to pay myself back and not have anybody take advantage of

15   me, because I had signed that three-year lease on

16   November -- or excuse me -- September 11, 2018.  I moved

17   out of the Alderport (phonetic) address because I was

18   attacked on the property and I was scared.

19            So I signed a three-year lease.  I had sold the

20   property.  After I signed the lease, I got a letter from

21   the purchaser's attorney that they backed out, but I was

22   already entered into this three-year lease.  So I

23   eventually sold the property on October 31st --

24            THE COURT:  Which would be -- I'm sorry.  You

25   sold the mobile home?

Page                                                                          9

 1              MS. GALLIAN:  No, no, no.  The --

 2              THE COURT:  I'm just talking about the mobile

 3    home.

 4              MS. GALLIAN:  Well, I was just trying to explain

 5    to you why there is a note on it.

 6              THE COURT:  Well, just tell me.  Is there a note

 7    on it?

 8              MS. GALLIAN:  Yes.

 9              THE COURT:  Who do you owe the money to?

10              MS. GALLIAN:  My LLC.

11              THE COURT:  Your LLC.

12              MS. GALLIAN:  Right.

13              THE COURT:  Okay.  What's the name of that LLC?

14              MS. GALLIAN:  The sole member is Jay Sandcastle,

15    who is a member of JPad (phonetic), LL --

16              THE COURT:  Let's try it again.  What's the name

17    of the LLC?

18              MS. GALLIAN:  JPad, LLC.

19              THE COURT:  Okay.  Thank you.  And you are the

20    member, the only member of that LLC?

21              MS. GALLIAN:  No, it's a managed member.  It's a

22    managed -- managed -- managed -- what do you call it,

23    managed --

24              THE COURT:  Well, LLCs have different members.

25              MS. GALLIAN:  Correct.

Page                                                                10

1          THE COURT:  There can be the managing member and

2    then there can be what we call the equity member where they

3    don't have anything to say about it unless they are

4    designated as the managing member, but they have an

5    ownership interest in the LLC.

6          MS. GALLIAN:  And that's how this was set up.

7          THE COURT:  Okay.  So now, are you a -- does

8    anyone besides you have any interest in that LLC?

9          MS. GALLIAN:  Yes.

10         THE COURT:  Who?

11         MS. GALLIAN:  Robert McClealand (phonetic) and

12   Ron Pierpont (phonetic).

13         THE COURT:  And who are these gentlemen?

14         MS. GALLIAN:  Robert McClealand has lived with me

15   since 2014 and Ron Pierpont is my ex-husband since 2015.

16         THE COURT:  Okay.  And why do they have an

17   interest in your LLC?

18         MS. GALLIAN:  We all lived together and that was

19   the whole point of having the note because we had the

20   three-year lease on the other property and this was going

21   to be -- this was -- had to -- well, unless I was able to

22   get out of a three-year lease, this had to be a rental

23   property and I wanted the gentlemen not to -- not to take

24   advantage of me because I had a free and clear home and I

25   wanted to use the rental income.  I didn't have any income

Page                                                                    11

1  at the time and I wanted that to put back into my 401(k).

2  So I set up a 30-year note at five-and-a-half percent

3  interest.

4           THE COURT:  Okay.  The LLC.

5           MS. GALLIAN:  Yes.

6           THE COURT:  Okay.  What did the LLC do to get

7  that note?

8           MS. GALLIAN:  They --

9           THE COURT:  Did the LLC loan you money?

10          MS. GALLIAN:  No, I loaned the LLC money.

11          THE COURT:  So you loaned the LLC money and you

12 gave a note to the LLC?

13          MS. GALLIAN:  Yeah, I purchased the home, but

14 then with the rest of the money I loaned the LLC money.

15          THE COURT:  And what did the LLC money do with

16 the -- what did the LLC do with the money?

17          MS. GALLIAN:  The point was, is that they were to

18 pay five-and-a-half percent interest, but the LLC has

19 incurred all of the attorney's fees for the last four years

20 and just repairs on the home.

21          THE COURT:  Okay.  Why was the LLC repairing the

22 mobile home?  I thought that you owned it.

23          MS. GALLIAN:  I do, but on the 16th, two-and-a-

24 half weeks after I purchased it, the Hauser Bros. filed a

25 writ of possession in the seller's name and then tried to

Page                                                                    12

1  execute it against me, and I was removed from my home under

2  somebody else's name.

3            THE COURT:  I'm talking about the mobile home.

4            MS. GALLIAN:  Right.  That's exactly --

5            THE COURT:  Sol you don't live in the mobile home

6  now?

7            MS. GALLIAN:  No, I do live in the mobile home,

8  but --

9            THE COURT:  I thought you just said you were

10 removed from the mobile home.

11           MS. GALLIAN:  I was unlawfully.

12           THE COURT:  How did you get back into the mobile

13 home?

14           MS. GALLIAN:  I intervened into the case the --

15 the court that ent -- that -- let's see.  The *Hauser Bros.*

16 *v. Lisa Ryan* case, I intervened in that case and explained

17 that I was the purchaser and in March 2019 -- March 6th, to

18 be exact, 2019 -- the Honorable Carmen Luege ordered

19 possession returned to me.

20           THE COURT:  Okay.  And what year was that?

21           MS. GALLIAN:  2019.

22           THE COURT:  And so you moved back in?

23           MS. GALLIAN:  Yes.  I was only out in a hotel for

24 three days before I was able to intervene and that writ was

25 recalled and that's the -- the Judge told the parties,

Page                                                                    13

1    "Just go downstairs and set it for a hearing," and that was

2    four years ago, Your Honor.

3              THE COURT:  Have they ever had a hearing on it?

4              MS. GALLIAN:  No.

5              THE COURT:  No.  Okay.  All right.

6              MS. GALLIAN:  (Indiscernible)

7              THE COURT:  Okay.  So then you filed Chapter 7.

8              MS. GALLIAN:  Yeah, about two or three years

9    later because the HOA had filed -- after I moved out and

10   sold the property to Mr. Nichol --

11             THE COURT:  What property?

12             MS. GALLIAN:  The Alderport property.

13             THE COURT:  Oh, I don't care about that.

14             MS. GALLIAN:  Okay.

15             THE COURT:  I'm talking about the mobile home.

16             MS. GALLIAN:  Correct.

17             THE COURT:  Why did you file bankruptcy?

18             MS. GALLIAN:  I was going to tell you.  I'm sorry

19   that -- so --

20             THE COURT:  Well, did you owe some money to

21   someone?

22             MS. GALLIAN:  No.

23             THE COURT:  Okay.  So why did you file

24   bankruptcy?

25             MS. GALLIAN:  Because the HOA was attempting

Page                                                                    14

1  during COVID, a non-judicial foreclosure of the Alderport

2  house and filed.  All of these documents say that I had

3  defaulted on my association and which I did not.

4          THE COURT:  And what -- so did the Homeowners'

5  Association finally get paid?

6          MS. GALLIAN:  They were trying to collect it from

7  Mr. Nichols, the *bona fide* purchaser.

8          THE COURT:  Well, did -- I didn't ask you that.

9          MS. GALLIAN:  Okay.

10          THE COURT:  Did they get paid?

11          MS. GALLIAN:  No, they have not.

12          THE COURT:  Okay.  Do they still believe you owe

13  money to them?

14          MS. GALLIAN:  Yes.

15          THE COURT:  Okay.  All right.  And so you were

16  living -- and what date was this case filed?

17          MS. GALLIAN:  My Chapter 7?

18          THE COURT:  Yes.

19          MS. GALLIAN:  July 9, 2021.

20          THE COURT:  Okay.  Okay.  So now apparently the

21  Trustee wants to sell your mobile home.  Is that right?

22          MS. GALLIAN:  That's the way I understand it.

23          THE COURT:  Okay.  And your opposition -- well,

24  what's in front of Judge Smith on the 22nd of September?

25          MS. GALLIAN:  The motion to reconsider the

Page                                                                    15

1    movant, interested parties, Hauser Bros.' objection to my

2    homeowner's exemption.

3            THE COURT:  You mean your homestead.

4            MS. GALLIAN:  Check my Schedule C, I guess.

5            THE COURT:  Yeah.  That's called homestead

6    exemption.

7            MS. GALLIAN:  Okay.  All right.  Yeah, and like

8    before I filed bankruptcy I had filed a declared homestead.

9            THE COURT:  Okay.  So someone objected to your

10   homestead.

11           MS. GALLIAN:  Yes.

12           THE COURT:  And do you remember how much you were

13   asking for in your homestead?

14           MS. GALLIAN:  $600,000.

15           THE COURT:  Okay.  And how much is the unit

16   worth?

17           MS. GALLIAN:  Well, that's what the whole problem

18   is, Your Honor.  And honestly, because I discovered

19   documents that were -- okay, let me just take a breath for

20   a second.  Okay.  Because I'm --

21           THE COURT:  Take your time.

22           MS. GALLIAN:  Okay.

23           THE COURT:  We've got all the time in the world.

24           MS. GALLIAN:  Okay.  So, Your Honor, my home, the

25   townhome that I lived in and --

Page                                                                16

1              THE COURT:  I'm not talking about -- it's a

2    simple question.  The mobile home.

3              MS. GALLIAN:  Yes, sir.

4              THE COURT:  The one that the Trustee is trying to

5    sell.

6              MS. GALLIAN:  Yes.

7              THE COURT:  What do you -- what did you list the

8    value as?

9              MS. GALLIAN:  $235,000.

10             THE COURT:  Okay.  Do you have any reason to

11   believe that you didn't tell the truth when you said that?

12             MS. GALLIAN:  Just because I'm not a lawyer and

13   because --

14             THE COURT:  Well, lawyers don't know anything.

15             MS. GALLIAN:  Okay.  Well --

16             THE COURT:  You're the owner.  How much -- did

17   you --

18             MS. GALLIAN:  Well --

19             THE COURT:  -- tell the truth when you said it

20   was worth $235,000?

21             MS. GALLIAN:  I based that number, Your Honor, on

22   recorded 24 months of sales for this part.

23             THE COURT:  So it was your best estimate?

24             MS. GALLIAN:  Yes, sir.

25             THE COURT:  Okay.  Have you received any other

Page                                                                    17

1   estimates in the last six months on what the mobile home is

2   worth?

3           MS. GALLIAN:  I just -- I went to NADA, the

4   National Aid -- whatever NADA is.

5           THE COURT:  That's the -- that's the Kelly Blue

6   Book for mobile homes.

7           MS. GALLIAN:  Yeah, and I went to that and it was

8   a little bit less.

9           THE COURT:  So let's just say for the discussion

10  today that it's worth --

11          MS. GALLIAN:  Yes, sir.

12          THE COURT:  -- $235,000.

13          MS. GALLIAN:  Yes, sir.

14          THE COURT:  Okay.  So $235,000 is what you say

15  the value is and you say that you also have a secured note

16  on it that is -- that secures -- is secured by UCC to your

17  own LLC, correct?

18          MS. GALLIAN:  Kind of.  It's perfected on the

19  face of the certificate of title as of 1/14/2019.

20          THE COURT:  Okay.  What did Judge Smith earlier

21  rule that she is now reconsidering?

22          MS. GALLIAN:  I had -- on February 25, 2021 the

23  LLC, after a mandatory settlement conference with Hauser

24  Bros., they would not issue a lease to a company.  So I had

25  the LLC release signature on the back of the certificate of

Page                                                                    18

1  title on 2/25/21 back to J. McGallian (phonetic).  That was

2  all during COVID.

3          Eventually, the certificate of title was issued

4  to J. McGallian (phonetic) and it was dated 2/25/21,

5  perfected 2/25/21 and that's the same exact date that the

6  Orange County Tax Assessor pulled from ACB as well.

7          THE COURT:  And then you showed Judge Smith some

8  more evidence and she said, well, let me have a hearing on

9  the 22nd and I'll reconsider.

10         MS. GALLIAN:  Yes, ma'am -- yes, sir.

11         THE COURT:  Okay.  So it took me a little bit,

12  but I caught up.

13         MS. GALLIAN:  I'm sorry.

14         THE COURT:  No.  You --

15         MS. GALLIAN:  Okay.

16         THE COURT:  -- did fine.  Now let's go back to

17  Mr. De Leest and see if he can catch up.

18         MR. DE LEEST:  Absolutely, Your Honor.

19         THE COURT:  Mr. De Leest, you want the Trustee to

20  hire a broker to sell the mobile home, correct?

21         MR. DE LEEST:  That's correct, Your Honor.

22         THE COURT:  Okay.  If the mobile home doesn't get

23  sold will the broker get any money?

24         MR. DE LEEST:  It will not.

25         THE COURT:  If the broke -- if the homestead

Page                                                                19

1   exemption is valid and it sells for $300,000 and there's

2   no -- and there's absolutely no deed of trust or UCC or any

3   secured -- security encumbering the mobile home, will the

4   debtor get a homestead exemption?

5           MR. DE LEEST:  Your Honor, under your

6   hypothetical, the Trustee wouldn't sell the property if the

7   homestead exemption was upheld.

8           THE COURT:  Exactly.  Okay.  Now, does it cost

9   anything to -- today to employ a real estate broker?

10          MR. DE LEEST:  No, Your Honor.

11          THE COURT:  Right.  And what will the real estate

12  broker do in the next so -- two months?

13          MR. DE LEEST:  Your Honor, stand -- I mean,

14  Mr. Bingham is also on the line, but the standard generally

15  speaking is they go out, they take pictures, you list the

16  property on the MLS or the equivalent for a mobile home,

17  standard stuff, and we may have a showing or two and we can

18  explore what the value is.

19          THE COURT:  Oh, you want to -- you want to market

20  it to explore the value?

21          MR. DE LEEST:  Well, to market it to sell it, but

22  your -- the idea is that you're going to market it and it

23  will be the general marketing things that Mr. Bingham would

24  do to sell the property.

25          THE COURT:  Okay.  So one thing.  Assume that

Page                                                                    20

1    there is a -- well, have you examined the note and security

2    interest on this property?

3            MR. DE LEEST:  Your Honor, we have -- we have --

4    we have looked -- I don't have the documents from the

5    debtor.  I will say that, so I have not --

6            THE COURT:  Well let me ask Mr. Golden.

7            Mr. Golden, are you the Trustee in this case?

8            MR. GOLDEN:  Yes, Your Honor.

9            THE COURT:  Did you ask your counsel to file a

10   motion to employ the real estate broker?

11           MR. GOLDEN:  Yes, Your Honor.

12           THE COURT:  Did you examine the asset having the

13   real estate broker try to sell and -- its encumbrances and

14   any homestead chances before you asked your counsel to

15   bring this motion?

16           MR. GOLDEN:  Yes, Your Honor.  It complicates

17   (phonetic) with them but yes, Your Honor.

18           THE COURT:  Perfect.  What did you find out about

19   the note and the UCC for the security interest?

20           MR. GOLDEN:  Your Honor, I -- Your Honor, we

21   don't know that that UCC is necessarily -- I mean, kind of

22   security interests are necessarily going to be valid from

23   what we found legally according to -- based on

24   conversations I had with my counsel.

25           THE COURT:  How are you intending on eliminating

Page                                                                21

1   that document, that lien?

2            MR. GOLDEN:  Your Honor --

3            MR. DE LEEST:  Not to interrupt and I

4   apologize --

5            (Voices simultaneously.)

6            THE COURT:  Excuse me.  Who's interrupting and

7   apologizing?

8            MR. DE LEEST:  Oh, I -- it's Mr. De Leest.

9            THE COURT:  We don't interrupt here, Mr. De

10  Leest.

11           MR. GOLDEN:  Yeah.  Your Honor, I was still in

12  discussions with Atlas' (phonetic) counsel, Your Honor, in

13  terms of the deposits and we're still trying to --

14           THE COURT:  Well, I'm -- Mr. Golden, I'm going to

15  find out what you did as Trustee in this case.

16           MR. GOLDEN:  Yes, Your Honor.

17           THE COURT:  I want to know, did you do any

18  analysis of the legitimacy of the note and UCC security

19  interest that the debtor has now told me about.

20           MR. GOLDEN:  Yes, Your Honor.

21           THE COURT:  What did you find out?

22           MR. GOLDEN:  We looked at it, Your Honor, and

23  what we determined is we believe that it's likely to be

24  avoidable, Your Honor.

25           THE COURT:  Okay.  That's fine.  You think it's

Page                                                                    22

1   avoidable.  What do you intend to do to avoid it?

2            MR. GOLDEN:  In the event, Your Honor, that we

3   can't resolve it consensually in some way through some

4   settlement or otherwise, we would sell it free and clear

5   and file an appropriate action to -- would seek to sell it

6   free and clear.  Excuse me.  And we'd file an action -- I

7   guess more directly to Your Honor's question, sorry -- is

8   we would file an action to avoid it, Your Honor.

9            THE COURT:  So you would sell it and sell the

10  debtor's home and throw her out of the house and then

11  decide whether or not you have to give her back the money.

12  Is that your plan?

13           MR. GOLDEN:  No, Your Honor.

14           THE COURT:  Well, Mr. Golden, you've just told me

15  that you're intending on some -- you want the real estate

16  broker to be retained and approved.  You want the real

17  estate broker to go out and get a price.  Let's

18  hypothetically say that the real estate broker got

19  $300,000 -- an offer for 300,000.  You'd be back here

20  trying to sell the property free and clear.  That's what

21  you just told me, correct?

22           MR. GOLDEN:  Yes, Your Honor.

23           THE COURT:  So then you would expect me to

24  approve that sale and you would put -- and you would do two

25  things.  One, you would put the money into your trust

Page                                                                    23

1   account holding it, right, because there's still a dispute

2   on a lien, correct?

3           MR. GOLDEN:  Yes, Your Honor.

4           THE COURT:  And then you would tell Ms. Gillian

5   to get out of the house.

6           MR. GOLDEN:  Yes, yes.

7           THE COURT:  Well, let me ask you this.  Do you

8   think a buyer would want her out of the house?

9           MR. GOLDEN:  Yes, Your Honor.

10          THE COURT:  Okay.  So you would then say, I need

11  to -- Judge Clarkson, I want you to hold Ms. Gillian in

12  contempt if she doesn't turn the house over to us and leave

13  or call the Marshals on her.  In the meantime, you're

14  sitting here with $300,000 hypothetically in your trust

15  account waiting to decide two things:  (1) is there a

16  perfected secured valid lien on the property where they're

17  intending on getting the money and (2) whether she has a

18  homestead right.

19          MR. GOLDEN:  Yes, Your Honor.  I think I

20  contemplated in the motion to sell that prior to that we'd

21  have filed an appropriate proceeding and would have to show

22  Your Honor, I believe, with Your Honor showing -- the Court

23  feeling comfortable and, in fact, that the lien wasn't of

24  such dispute that it would be avoidable.  We own -- I mean,

25  we also believe based upon the analysis that I have with my

Page                                                                    24

1  counsel, Your Honor, that we have the ownership rights in

2  the LLC from the information that we have as well.

3            THE COURT:  You very well may, Mr. Golden.  You

4  very well may.  I think this -- I think that you're being

5  premature in soliciting the buyers on something that you

6  don't know that you even have a right to yet.

7            And Mr. De Leest, do you understand now my

8  tentative?

9            MR. DE LEEST:  I do, Your Honor.

10           THE COURT:  Thank you.

11           So that's my problem, Mr. Golden, that you're

12  going to displace a person as maybe litigious as she is and

13  maybe she did do self-dealing on the LLC note, you know.

14  It sounds fishy to me, but the fact is that I don't have

15  any evidence of that.  And what you're planning on doing is

16  telling Mr. Bingham --

17           Mr. Bingham, are you there?

18           MR. BINGHAM:  Yes, I am, Your Honor.

19           THE COURT:  Mr. Bingham, you're the proposed

20  broker, right?

21           MR. BINGHAM:  Correct.

22           THE COURT:  Your goal is to go out and sell this

23  as fast as you can to get your commission, right?

24           MR. BINGHAM:  That's correct.

25           THE COURT:  Yeah.  Okay.  So you're asking

Page                                                                    25

1  Mr. Bingham to get out there as fast as you can, take

2  photographs and would show, sell it, and put the -- and

3  then put the money into your trust account and displace the

4  debtor and wait to determine whether or not the money

5  should go (1) to a lienholder or (2) to a homestead right

6  or (3) the creditors of this estate.

7          So let me ask the next question.  Has the bar

8  date passed in this case?

9          MR. BINGHAM:  I apologize, Your Honor, could you

10 please repeat that, please?

11         THE COURT:  Has the bar date passed in this case?

12         MR. BINGHAM:  Oh, the claims bar date, Your

13 Honor?

14         THE COURT:  Yes.

15         MR. BINGHAM:  I -- I believe it has, but I

16 need -- I would need to double-check it.  If I could have a

17 minute, though.

18         THE COURT:  Oh, yes.  And tell me how much the

19 unsecured creditors are in this case.

20         While you're doing that, Mr. Goe, you represent a

21 secured creditor?

22         MR. GOE:  Yes, Your Honor.  Let me help with a

23 couple of things here.  One, the bar date is October 25 --

24         THE COURT:  Thank you.

25         MR. GOE:  -- and second, my client has already

Page                                                                26

1  filed a proof of claim for -- I (indiscernible) $500,000.

2  We have multiple judgments against Ms. Gallian that were

3  entered in prepetition.

4          Your Honor, I appreciate your comments and

5  concerns and if I could just add a couple points, I don't

6  think any of this has been lost on you.  But keep in mind,

7  my client was in the process of enforcing the judgment

8  she'd obtained -- the HOA obtained against Ms. Gallian over

9  many years of litigation.  And this whole transaction is a

10 sham.

11         She took money out of a condo that she owed,

12 which we were in the process of enforcing collection on,

13 and then bought a mobile home, put the mobile home into an

14 LLC she controls, put liens on the LLC on the mobile home

15 with an LLC that she controls, all in an effort to avoid

16 paying my client, as well as Hauser Bros., who's the

17 landlord.

18         So the fact that, you know, she's here today, you

19 know, claiming, well, I've transferred the property back to

20 myself, I mean, Judge Smith already saw through all of this

21 and said you don't get a homestead exemption because you

22 entered into some shenanigans, put the property into an LLC

23 under longstanding case law.  You can't claim a homestead

24 exemption on property you don't own.

25         THE COURT:  That's not true --

Page                                                                          27

1              MR. GOE:  Any time --

2              THE COURT:  That's not valid law.

3              MR. GOE:  Oh, okay.

4              THE COURT:  You know that's not valid law.

5              MR. GOE:  Well --

6              THE COURT:  People don't have to own a piece of

7    property to have a homestead exemption in it.

8              MR. GOE:  Okay.

9              THE COURT:  You have to have an equitable

10   interest in it at least and you then have to have a

11   current -- you have to be residing in it and then an

12   intention to continue to reside in it.

13             MR. GOE:  Well --

14             THE COURT:  So if she said that you don't own it

15   and, therefore, you don't get a homestead exemption, she's

16   simply incorrect about the law.

17             MR. GOE:  Okay.  Well, that's the *Burn v.*

18   *Schaefer* case and I guess we'll -- she'll take that up next

19   Thursday.  Maybe the best thing to do is just put this

20   hearing over for a couple of weeks to see how Judge Smith

21   rules on the homestead exemption, but --

22             THE COURT:  That doesn't help me understand what

23   Mr. Golden is going to do about the lien.

24             MR. GOLDEN:  Sorry, I'm here.

25             (Voices in background.)

Page                                                                    28

1            THE COURT:  Is someone talking on this hearing or

2    is it -- is that overtalk?

3            MR. DE LEEST:  Yes, overtalk behind me.  I'm

4    sorry, Your Honor.

5            THE COURT:  Okay.  So Mr. Golden, I'm sorry, you

6    were interrupted.

7            MR. GOLDEN:  No worries, Your Honor.  I do want

8    to interrupt your colloquy with Mr. Goe.

9            Your Honor, although I'm not discussing with

10   counsel, I'm not against waiting to (1) have a hearing in

11   front of -- on the motion for reconsideration to determine

12   whether or not the Court changes the ruling or not in

13   connection with the exemption.  And number two, to --

14   again, we can't resolve the matter otherwise consensually

15   to bring the lien issue in front of the court and have that

16   matter resolved as well, so we know what we're doing in

17   terms of not doing it, you know, and carry on in terms of

18   the sale first.

19           Ms. Gallian and I, I don't have a desire to

20   displace her if I don't have to and she and I have talked

21   throughout this case, Your Honor and I think got along

22   fairly well.  But I certainly don't want to, you know, run

23   afoul of any process or chronology because the Court did

24   point out something in the context of this employment

25   application that leads the court is not briefed at a

Page                                                                    29

1   minimum, let alone resolve the issue of the lien and how

2   that -- and how that would pan out.  And I do understand

3   the Court wants to understand what -- I'm sure what

4   benefit, if you will, the estate would derive from

5   proceeding on this path.

6          THE COURT:  Well, don't get me wrong.  I don't

7   mind employing anybody as a real estate broker if -- as

8   long as they're not going to be compensated for something

9   that doesn't occur.

10         I don't mind Mr. Bingham and his agency being

11  employed.  What I do is mind getting ahead of ourselves

12  and, again, I'm just simply trying to find out a few

13  things, including what is your game plan to avoid the lien.

14         MR. GOLDEN:  Understood, Your Honor, and I went

15  out to talk to my client and more to tell (phonetic), but I

16  think if we don't resolve it consensually, the game plan to

17  avoid the lien would be to file an action in order to

18  accomplish that.  That's my definite understanding subject

19  to me talking to my counsel and to -- and that may take

20  some time.  Again, if we don't have a resolution in the --

21  in the interim.

22         And we could start marketing the property, Your

23  Honor, but to the point, too, is, you know, I want -- you

24  know, if there's an issue about whether or not the sale is

25  going to get approved for the reasons that we discussed,

Page                                                                          30

1  we'd want any prospective buyer to understand that -- that

2  that would be a potential issue.  And I also don't need to

3  be more disruptive of Ms. Gallian necessarily either if we

4  have things like that going on either.

5          So I want to try to proceed with trying to

6  generate value for creditors, but also to try to be as  --

7  but I do understand the point the Court is making and I'm

8  happy to proceed in that manner as well, Your Honor,

9  although I've not yet spoken to counsel about that, but I

10  am happy to do that, Your Honor.

11          THE COURT:  Well, let me ask your counsel this

12  question.

13          Under what circumstances do you believe someone

14  would purchase this home with a lien dispute still pending

15  in Bankruptcy Court?

16          MR. DE LEEST:  Your Honor, I think it happens all

17  the time.  We sell free and clear of the disputed lien and

18  we would proceed on that way -- title --

19          THE COURT:  Well, let me put it a different way.

20  How would a buyer -- how would a buyer take -- address the

21  issue of this Court not acquiring Ms. Gillian to leave

22  until and unless that lien issue has been resolved?

23          MR. DE LEEST:  Well, Your Honor, I respectfully

24  disagree that the debtor has no interest -- it's the

25  estate's interest in the property that's compelling and I

Page                                                                    31

1   think we're sort of conflating the issue of the lien and

2   the possessory interest that Ms. Gallian has.

3            THE COURT:  Well, what legal -- what action has

4   been undertaken yet to determine this?

5            MR. DE LEEST:  With respect to the lien?

6            THE COURT:  No, with her interest.

7            MR. DE LEEST:  There -- it's property of the

8   estate, Your Honor.

9            THE COURT:  Well, then how -- well, how does it

10  become property of the estate if she doesn't own it?

11           MR. DE LEEST:  It's a very fine point that just

12  Judge Smith -- that Judge Smith dealt with and it's not

13  before Your Honor and it, in fact, will be addressed once

14  again on the 22nd, I believe.

15           But the issue here is in one of two ways the

16  property can be sold by the Trustee.  One is the Trustee

17  owns the 100 percent interest in this LLC that owned the

18  property on the petition date and we would seek a part of

19  our sale motion to -- in that process to exercise our right

20  under the LLC to either transfer to the Trustee or to sell

21  it.

22           THE COURT:  So you would collapse the -- you

23  would collapse the UCC security interest into your own --

24  the estate's ownership?

25           MR. DE LEEST:  And with respect to the lien, it's

Page                                                              32

1   the same thing.  We believe the estate owns 100 percent

2   interest in that LLC.  The debtor stated our schedule

3   multiple times in her most recent schedules that it --

4   she's both the manager and the owner -- 100 percent owner

5   of that LLC that holds the lien on the property.

6          THE COURT:  Well, she also said that there are

7   other owners of that LLC in this discussion today.

8          MR. DE LEEST:  She has said that, but that's not

9   what her schedules currently say.

10          THE COURT:  Right.  Well, I'm going to deny this

11   without prejudice and let you guys sort this out in an

12   orderly fashion.  You know, once -- once you have -- you

13   know, I know that -- well, I won't say it.

14          Sort this out and come back to me.  This motion

15   is denied without prejudice.  Thank you.

16          ATTORNEYS:  Thank you, Your Honor.

17   (End at 11:38 a.m.)

18                      * * * * * *

19          I certify that the foregoing is a correct

20   transcript from the electronic sound recording of the

21   proceedings in the above-entitled matter.

22

23   *Ruth Ann Hager*

24   _____         Date:  12/3/2024

25   RUTH ANN HAGER, C.E.T.**D-641

**United States Bankruptcy Court**
**Central District of California**
**Santa Ana**
**Scott Clarkson, Presiding**
**Courtroom 5C Calendar**

---

**Tuesday, September 13, 2022**                          **Hearing Room      5C**

---

11:00 AM
**8:21-11710      Jamie Lynn Gallian**                              **Chapter 7**

#12.00
Hearing RE: Application Of The Chapter 7 Trustee To Employ Real Estate
Broker Coldwell Banker Realty And Agents William Friedman And Greg
Bingham Pursuant To 11 U.S.C. Sections 327 And 328
(Motion filed 7/28/2022)
(Set per Amended Notice of Hearing filed 8/22/2022)

Docket        162

**Tentative Ruling:**

Tentative for 9/13/22:

The Court would like to hear from the parties regarding this analysis:

If the broker fails to sell the Property (because no one will buy it or it cannot
be sold under § 363), the broker will not receive compensation from the
Estate. Further, it appears that the broker is not being employed to sell the
non-real property "interest" of the Debtor, but only the real estate.  If
employment is granted, it will not be determinative of whether the real
property may be sold under § 363, but only that if it can be (and is) sold, the
broker may be compensated.

Virtual appearances required. The courtroom will be locked; parties will not be
permitted to appear in the courtroom. The hearing will take place using Zoom
for Government, a free service that provides audioconference and
videoconference capabilities.

Participants may connect to the videoconference through an Internet browser
by entering the Videoconference URL shown below, as well as the meeting ID
and password, when prompted.

Videoconference URL:        https://cacb.zoomgov.com/j/1613937735

Meeting ID:                161 393 7735

---

**United States Bankruptcy Court**
**Central District of California**
**Santa Ana**
**Scott Clarkson, Presiding**
**Courtroom 5C Calendar**

---

**Tuesday, September 13, 2022**                                    **Hearing Room    5C**

---

<u>11:00 AM</u>
**CONT...**      **Jamie Lynn Gallian**                                    **Chapter 7**

Password:                        918252

If a participant is unable to send and receive audio through his/her computer, or join the videoconference through an Internet browser for any reason, the audio of the hearing may be accessed by telephone using the following audio conference information:

Audioconference Tel. No.: +1 (669) 254 5252 or +1 (646) 828 7666

Meeting ID:        161 393 7735

Password:          918252

For further details, please consult the instructions on the Court's website https://www.cacb.uscourts.gov/judges/honorable-scott-c-clarkson.

Please note that default matters may be called prior to the videoconference, so there may be a slight delay to the official start time of the videoconference hearing.

As noted in the Court's Zoom Video Hearing Guide, located at https://www.cacb.uscourts.gov/node/7890, all persons are strictly prohibited from making any recording of court proceedings, whether by video, audio, "screenshot," or otherwise. Violation of this prohibition may result in the imposition of monetary and non-monetary sanctions.

| Party Information |
|---|

**<u>Debtor(s):</u>**

Jamie Lynn Gallian                          Pro Se

# United States Bankruptcy Court
## Central District of California
### Santa Ana
### Scott Clarkson, Presiding
### Courtroom 5C Calendar

**Tuesday, September 13, 2022**                                    **Hearing Room        5C**

---

<u>11:00 AM</u>
**CONT...        Jamie Lynn Gallian**                                               **Chapter 7**

    <u>Movant(s):</u>

        Jeffrey I Golden (TR)                    Represented By
                                      Aaron E DE Leest
                                      Eric P Israel

    <u>Trustee(s):</u>

        Jeffrey I Golden (TR)                    Represented By
                                        Aaron E DE Leest
                                      Eric P Israel

EXHIBIT 24, PAGE 433
000232

## STATE OF CALIFORNIA - DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
### REGISTRATION CARD

Manufactured Home

Decal No: **LBM1081**

| Manufacturer ID/Name | | Trade Name | Model | | DOM | DFS | | RY | Exp. Date |
|---|---|---|---|---|---|---|---|---|---|
| 90002 | SKYLINE HOMES INC | CUSTOM VILLA | | | 05/29/2014 | 07/28/2014 | | | |

| Serial Number | Label/Insignia Number | Weight | Length | Width | SPC | SCC | Exempt | Use | Type |
|---|---|---|---|---|---|---|---|---|---|
| ACTV710394GB | PFS1130281 | 22,383 | 56' | 15' 2" | | 30 | | SFD | LPT |
| AC7V710394GA | PFS1130282 | 25,068 | 60' | 15' 2" | | | | | |

Issued
Sep 10, 2014

Total Fees Paid
$391.00

**Addressee**

LISA T RYAN
16222 MONTEREY LN 376
HUNTINGTON BEACH, CA 92649

**Registered Owner(s)**

LISA T RYAN
16222 MONTEREY LN 376
HUNTINGTON BEACH, CA 92649

**Situs Address**

16222 MONTEREY LN 376
HUNTINGTON BEACH, CA 92649



### IMPORTANT

THE OWNER INFORMATION SHOWN ABOVE MAY NOT REFLECT ALL LIENS RECORDED WITH THE
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT AGAINST THE DESCRIBED UNIT.
THE CURRENT TITLE STATUS OF THE UNIT MAY BE CONFIRMED THROUGH THE DEPARTMENT.

DTN: 8169431

09102014 - 243

## STATE OF CALIFORNIA - DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
### CERTIFICATE OF TITLE

Manufactured Home

Decal No: LBM1081

| Manufacturer ID/Name | Trade Name | Model | DOM | DFS | RY | Exp. Date |
|---|---|---|---|---|---|---|
| 90002    SKYLINE HOMES INC | CUSTOM VILLA | | 05/29/2014 | 07/28/2014 | | |

| Serial Number | Label/Insignia Number | Weight | Length | Width | SPC | SCC | Exempt | Use | Type |
|---|---|---|---|---|---|---|---|---|---|
| AC7V710394GB | PFS1130281 | 22,383 | 56' | 15' 2" | | 30 | | SFD | LPT |
| AC7V710394GA | PFS1130282 | 25,068 | 60' | 15' 2" | | | | | |

| | | |
|---|---|---|
| | Issued | Total Fees Paid |
| | Sep 10, 2014 | $91.00 |

**Addressee**
LISA T RYAN
16222 MONTEREY LN 376
HUNTINGTON BEACH, CA 92649



**Registered Owner(s)**
LISA T RYAN
16222 MONTEREY LN 376
HUNTINGTON BEACH, CA 92649

**Situs Address**
16222 MONTEREY LN 376
HUNTINGTON BEACH, CA 92649

### IMPORTANT
THE OWNER INFORMATION SHOWN ABOVE MAY NOT REFLECT ALL LIENS RECORDED WITH THE
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT AGAINST THE DESCRIBED UNIT.
THE CURRENT TITLE STATUS OF THE UNIT MAY BE CONFIRMED THROUGH THE DEPARTMENT.

DTN: 8169431

NOV 1 6 2018

09102014 - 244

EXHIBIT 24, PAGE 434

000234

## SECTION A - SMOKE DETECTOR AND WATER HEATER SEISMIC BRACING CERTIFICATION

California Health and Safety Code (HSC) Sections 18029.6 and 18031.7 require that on the date of transfer of title all used manufactured homes, used mobilehomes, and used multifamily manufactured homes: 1) be equipped with an operable smoke detector in each room designed for sleeping, and 2) all fuel-gas-burning water heater appliances be seismically braced, anchored, or strapped pursuant to existing codes. A declaration may be signed within 45 days prior to the date of transfer of title stating that these requirements have been met.

I/We further agree to indemnify and save harmless the Director of the State of California, Department of Housing and Community Development, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the unit in California or from issuance of a California Certificate of Title covering the same. I/We certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on __11/1/2018__ at __Huntington Beach__ , __CA__

Date / City / State

Signature / Printed Name __LISA T RYAN__

## SECTION B - RELEASING SIGNATURES

1a. _____ Releasing Signature of Registered Owner      Date of Release __11/1/2018__

1b. _____ Releasing Signature of Registered Owner      Date of Release _____

2. _____ Legal Owner of Record (Must sign and check appropriate box)      ☒ Release   ☐ Retain   * ☐ Assign Interest

(* If Assign Interest is checked - Complete New Legal Owner Below)

## SECTION C - NEW OWNER INFORMATION

NEW REGISTERED OWNER - Please Print or Type Clearly

3a. __J. Sandcastle Co, LLC__      3c. _____
New Registered Owners Name                New Registered Owners Name

3b. _____      3d. _____
New Registered Owners Name                New Registered Owners Name

If more than one New Owner going onto title, please check the appropriate Co-owner term box.

☐ Joint Tenants with Right of Survivorship   ☐ Tenants In Common OR   * ☐ Trust/Trustee(s)
(* If this box is checked-Complete HCD 476.6B)

☐ Tenants In Common AND   ☐ Community Property   ☐ Community Property with Right of Survivorship

4. __16222 Monterey Ln #376__      __Huntington Beach__ CA __92649__
Mailing Address of New Registered Owner      City/State      Zip Code

5. __Same as Above__      City/State      Zip Code
Actual Location Address of Unit

6. __$825,000 $175,000__   __11-1-18__      City/State      Zip Code
Purchase Price or check box if Gift-☐      Purchase Date or Transfer Date

7a. __J. Sandcastle Co, LLC__      _____
Signature of New Registered Owners                Signature of New Registered Owners

7b. _____      7d. _____
Signature of New Registered Owners                Signature of New Registered Owners

NEW LEGAL OWNER - Please Print or Type Clearly

8a. _____      8b. _____
New Legal Owners Name                New Legal Owners Name

If more than one New Lender going onto title, please check the appropriate Co-owner term box below.

☐ Joint Tenants with Right of Survivorship   ☐ Tenants In Common OR   * ☐ Trust/Trustee(s)
(* If this box is checked-Complete HCD 476.6B)

☐ Tenants In Common AND   ☐ Community Property   ☐ Community Property with Right of Survivorship

9. _____
Mailing Address of New Legal Owner      City/State      Zip Code

NEW JUNIOR LIENHOLDER - Please Print or Type Clearly

10a. _____      10b. _____
New Junior Lienholder Name                New Junior Lienholder Name

11. _____
Mailing Address of New Junior Lienholder      City/State      Zip Code

## SECTION D - RELEASE OF DEALERS

12. _____
Signature of Selling Dealer      Print Dealers Name and Dealer Number

OSP 09 112819

EXHIBIT 24, PAGE 435
000235

EXHIBIT 25, PAGE 445

From: **Cruz, Sylvia@HCD** Sylvia.Cruz@hcd.ca.gov 
Subject: Title Search - LBM1081
Date: January 18, 2019 at 8:17 AM
To: Jamie Gallian jamiegallian@gmail.com

Hello Ms. Gallian,

Here is the transfer information you can use to show the unit has been transferred until the original Title goes out from our Sacramento District Office.

Sylvia

---

STATE OF CALIFORNIA - BUSINESS, CONSUMER SERVICES, AND HOUSING                          **GAVIN NEWSOM, Governor**
**DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT**
DIVISION OF CODES AND STANDARDS



## Title Search

Date Printed:  Jan 18, 2019

| | | | |
|---|---|---|---|
| Decal #: | LBM1081 | Use Code: | SFD |
| Manufacturer: | SKYLINE HOMES INC | Original Price Code: | BVH |
| Tradename: | CUSTOM VILLA | Rating Year: | |
| Model: | | Tax Type: | LPT |
| Manufactured Date: | 05/29/2014 | Last ILT  Amount: | |
| Registration Exp: | | Date ILT Fees Paid: | |
| First Sold On: | 07/28/2014 | ILT Exemption: | NONE |

| Serial Number | HUD Label / Insignia | Length | Width |
|---|---|---|---|
| AC7V710394GA | PFS1130282 | 60' | 15' 2" |
| AC7V710394GB | PFS1130281 | 56' | 15' 2" |

Registered Owner:

J-SANDCASTLE CO LLC
16222 MONTEREY LANE ROOM 376
HUNTINGTON BEACH, CA 92649

| | |
|---|---|
| Last Title Date: | 09/10/2014 |
| Last Reg Card: | Pending Reg Card |
| Sale/Transfer Info: | Price $175,000.00 Transferred on 11/01/2018 |

Situs Address:

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA  92649
Situs County:  ORANGE

**\*\*\*END OF TITLE SEARCH\*\*\***

STATE OF CALIFORNIA - BUSINESS, CONSUMER SERVICES, AND HOUSING                    GAVIN NEWSOM, Governor

**DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT**
DIVISION OF CODES AND STANDARDS

## Title Search

Date Printed:  Jan 18, 2019

| | | | |
|---|---|---|---|
| Decal #: | LBM1081 | Use Code: | SFD |
| Manufacturer: | SKYLINE HOMES INC | Original Price Code: | BVH |
| Tradename: | CUSTOM VILLA | Rating Year: | |
| Model: | | Tax Type: | LPT |
| Manufactured Date: | 05/29/2014 | Last ILT  Amount: | |
| Registration Exp: | | Date ILT Fees Paid: | |
| First Sold On: | 07/28/2014 | ILT Exemption: | NONE |

| Serial Number | HUD Label / Insignia | Length | Width |
|---|---|---|---|
| AC7V710394GA | PFS1130282 | 60' | 15' 2" |
| AC7V710394GB | PFS1130281 | 56' | 15' 2" |

Registered Owner:

J-SANDCASTLE CO LLC
16222 MONTEREY LANE ROOM 376
HUNTINGTON BEACH, CA 92649

| | |
|---|---|
| **Last Title Date:** | 09/10/2014 |
| **Last Reg Card:** | Pending Reg Card |
| **Sale/Transfer Info:** | Price $175,000.00 Transferred on 11/01/2018 |

Situs Address:

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA  92649
Situs County:  ORANGE

### ***END OF TITLE SEARCH***



DTN:                   10670236

Decal:                 LBM1081

Unit ID:               252606085

Trans Type:            R/O Transfer - Private Sale

Trans Date:            11/16/2018

Trade Name:            CUSTOM VILLA

Serial #:              AC7V710394GA, AC7V710394GB

Insignia #             PFS1130281, PFS1130282

Status Date:    01/18/2019    User Name:    CRUZ, SYLVIA

EXHIBIT 24, PAGE 432
000239

# STATE OF CALIFORNIA - DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
## CERTIFICATE OF TITLE
Manufactured Home                                      Decal:  **LBM1081**

| Manufacturer ID/Name | Trade Name | Model | | DOM | DFS | RY |
|---|---|---|---|---|---|---|
| 90002    SKYLINE HOMES INC | CUSTOM VILLA | ·· | | 05/29/2014 | 07/28/2014 | |
| Serial Number | Label/Insignia Number | Weight | Length | Width | Issued | |
| AC7V710394GB | PFS1130281 | 22,383 | 56' | 15' 2" | Jan 19, 2019 | |
| AC7V710394GA | PFS1130282 | 25,068 | 60' | 15' 2" | | |

**Addressee**

J-SANDCASTLE CO LLC
16222 MONTEREY LANE ROOM 376
HUNTINGTON BEACH, CA  92649

**Registered Owner(s)**

J-SANDCASTLE CO LLC
16222 MONTEREY LANE ROOM 376
HUNTINGTON BEACH, CA 92649

**Situs Address**

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

## IMPORTANT
**THE OWNER INFORMATION SHOWN ABOVE MAY NOT REFLECT ALL LIENS RECORDED WITH THE
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT AGAINST THE DESCRIBED UNIT.  THE
CURRENT TITLE STATUS OF THE UNIT MAY BE CONFIRMED THROUGH THE DEPARTMENT.**

DTN: 10670236                                                          01192019 - 2

## STATE OF CALIFORNIA - DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
### REGISTRATION CARD
Manufactured Home

**Decal: LBM1081**

| Manufacturer ID/Name | Trade Name | Model | | DOM | DFS | RY | Exp. Date |
|---|---|---|---|---|---|---|---|
| 90002    SKYLINE HOMES INC | CUSTOM VILLA | | | 05/29/2014 | 07/28/2014 | | |

| Serial Number | Label/Insignia Number | Weight | Length | Width | Issued |
|---|---|---|---|---|---|
| AC7V710394GB | PFS1130281 | 22,383 | 56' | 15' 2" | Jan 19, 2019 |
| AC7V710394GA | PFS1130282 | 25,068 | 60' | 15' 2" | |



**Addressee**

J-SANDCASTLE CO LLC
16222 MONTEREY LANE ROOM 376
HUNTINGTON BEACH, CA  92649

**Registered Owner(s)**

J-SANDCASTLE CO LLC
16222 MONTEREY LANE ROOM 376
HUNTINGTON BEACH, CA 92649

**Situs Address**

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**ATTENTION OWNER:**

THIS IS THE REGISTRATION CARD FOR THE
UNIT DESCRIBED ABOVE.  PLEASE KEEP THIS
CARD IN A SAFE PLACE WITHIN THE UNIT.

**INSTRUCTIONS FOR RENEWAL:**

REGISTRATION FOR THIS UNIT EXPIRES ON THE
DATE INDICATED ABOVE IN THE BOX LABELED
"Exp. Date".  THERE ARE SUBSTANTIAL
PENALTIES FOR DELINQUENCY.  IF YOU DO NOT
RECEIVE A RENEWAL NOTICE WITHIN 10 DAYS
PRIOR TO THE EXPIRATION DATE, CONTACT
H.C.D. FOR RENEWAL INSTRUCTIONS.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**IMPORTANT**
THE OWNER INFORMATION SHOWN ABOVE MAY NOT REFLECT ALL LIENS RECORDED WITH THE
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT AGAINST THE DESCRIBED UNIT.  THE
CURRENT TITLE STATUS OF THE UNIT MAY BE CONFIRMED THROUGH THE DEPARTMENT.

DTN: 10670236                                              01192019 - 1

STATE OF CALIFORNIA
BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION AND TITLING PROGRAM



## STATEMENT TO ENCUMBER

---

**SECTION I.    DESCRIPTION OF UNIT**

This unit is a (check one):

[X] Manufactured Home, Mobilehome, Multifamily Manufactured Home   [ ] Commercial Modular   [ ] Truck Camper   [ ] Floating Home

The Decal (License) Number(s) is: __LBM1081__

The Trade Name is:  __SKYLINE HOMES CUSTOM VILLA__

The Serial Number(s) is:  __AC7V710394GB/GA__

---

**SECTION II.    LEGAL OWNER INFORMATION**

I/We are releasing legal owner interest in the above-described unit to encumber the title (record a lien) in
favor of:

_Ronald J. Pierpont, Member J Pad LLC_
*(Name of New Legal Owner)*

*Address:*  __16222 MONTEREY LN. #376 HUNTINGTON BEACH. CA 92649__
  *Street Address or P.O. Box*                                    *City*                       *State*          *Zip*

---

**SECTION III.    CERTIFICATION**

I/We certify under penalty of perjury under the laws of the State of California that the foregoing is true and
correct.

Executed on __8/20/2020__   at   __HUNTINGTON  BEACH, CALIFORNIA__
                  *Date*                        *City*                          *State*

Signature of each registered owner:              Printed name of each registered owner:

_Jamie L. Gallian, Member_               J-SANDCASTLE CO LLC JAMIE L.GALLIAN, MEMBER


Address:  __16222 MONTEREY LN #376 HUNTINGTON BEACH, CA 92649__
              *Street Address or P. O. Box*                      *City*                       *State*          *Zip*


HCD 484.7 (Rev. 11/14)

## ACKNOWLEDGMENT

> A notary public or other officer completing this
> certificate verifies only the identity of the individual
> who signed the document to which this certificate is
> attached, and not the truthfulness, accuracy, or
> validity of that document.

State of California
County of _____ ORANGE _____ )

On ___ AUG,28,2020 _____ before me, __ ALEX MAJDPOUR NOTARY PUBLIC ____
                                                    (insert name and title of the officer)

personally appeared __ JAMIE LYNN GALLIAN _____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.


WITNESS my hand and official seal.

Signature _____        (Seal)

000243

STATE OF CALIFORNIA
BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION AND TITLING PROGRAM



# STATEMENT OF FACTS

This unit is a: ☑ Manufactured Home / Mobilehome   ☐ Commercial Modular   ☐ Floating Home   ☐ Truck Camper

| Decal (License) No.(s): | Trade Name: | Serial No.(s): |
|---|---|---|
| LBM 1081 | | |

I/We, the undersigned, hereby state:

The original paperwork to add legal owner was lost in the mail. Customer sent photocopies of the application. Representative for J-Sandcastle Co LLC, Jamie Gallian states the Legal owner is Joint Ronald J. Pierpont and JPad LLC at the same address: 16222 Monterey Ln # 376 Huntington Beach CA 92649

I/We further agree to indemnify and save harmless the Director of the Department of Housing and Community Development, State of California, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the above-described unit in California, or from issuance of a California Certificate of Title covering the same.

I/We certify under penalty of perjury that the foregoing is true and correct.

Executed on ___02/22/2021___ at ___Sacramento___, ___CA___
              Date                City              State

| Signature(s): | Printed name(s): |
|---|---|
| Rebecca O'Laughlin | Rebecca O'Loughlin, Program Tech III |

Address _____

City _____   State _____

HCD RT 476.6 (Rev. 07/16)

000244

DTN:                    **12153896**

Decal:                  **LBM1081**

Unit ID:                252606085

Trans Type:             L/O Assignment

Trans Date:             02/01/2021

Trade Name:             CUSTOM VILLA

Serial #:               AC7V710394GA, AC7V710394GB

Insignia #              PFS1130281, PFS1130282

Status Date:      02/23/2021      User Name:     SHAH, KIRAN

000245

# STATE OF CALIFORNIA - DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
## REGISTRATION CARD
Manufactured Home

**Decal: LBM1081**

| Manufacturer ID/Name | Trade Name | Model | DOM | DFS | RY | Exp. Date |
|---|---|---|---|---|---|---|
| 90002    SKYLINE HOMES INC | CUSTOM VILLA | | 05/29/2014 | 07/28/2014 | | |

| Serial Number | Label/Insignia Number | Weight | Length | Width | Issued |
|---|---|---|---|---|---|
| AC7V710394GB | PFS1130281 | 22,383 | 56' | 15' 2" | Feb 24, 2021 |
| AC7V710394GA | PFS1130282 | 25,068 | 60' | 15' 2" | |



**Addressee**

RONALD J PIERPONT
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA  92649

**Registered Owner(s)**

J-SANDCASTLE CO LLC
16222 MONTEREY LANE ROOM 376
HUNTINGTON BEACH, CA 92649

**Situs Address**

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

**Legal Owner(s)**

RONALD J PIERPONT
JPAD LLC
Tenants in Common Or
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

Lien Perfected On:       08/20/20 11:58:00

**LEGAL OWNER COPY
INFORMATION ONLY**

## IMPORTANT
**THE OWNER INFORMATION SHOWN ABOVE MAY NOT REFLECT ALL LIENS RECORDED WITH THE
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT AGAINST THE DESCRIBED UNIT.  THE
CURRENT TITLE STATUS OF THE UNIT MAY BE CONFIRMED THROUGH THE DEPARTMENT.**

DTN: 12153896

02242021 - 1

# STATE OF CALIFORNIA - DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
## CERTIFICATE OF TITLE

Manufactured Home                                              Decal:  **LBM1081**

| Manufacturer ID/Name | Trade Name | Model | DOM | DFS | RY |
|---|---|---|---|---|---|
| 90002    SKYLINE HOMES INC | CUSTOM VILLA | | 05/29/2014 | 07/28/2014 | |

| Serial Number | Label/Insignia Number | Weight | Length | Width | Issued |
|---|---|---|---|---|---|
| AC7V710394GB | PFS1130281 | 22,383 | 56' | 15' 2" | Feb 24, 2021 |
| AC7V710394GA | PFS1130282 | 25,068 | 60' | 15' 2" | |

**Addressee**

RONALD J PIERPONT
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA  92649

**Registered Owner(s)**

J-SANDCASTLE CO LLC
16222 MONTEREY LANE ROOM 376
HUNTINGTON BEACH, CA 92649

**Situs Address**

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

**Legal Owner(s)**

RONALD J PIERPONT
JPAD LLC
Tenants in Common Or
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

Lien Perfected On:          08/20/20 11:58:00

**IMPORTANT**
THE OWNER INFORMATION SHOWN ABOVE MAY NOT REFLECT ALL LIENS RECORDED WITH THE
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT AGAINST THE DESCRIBED UNIT.  THE
CURRENT TITLE STATUS OF THE UNIT MAY BE CONFIRMED THROUGH THE DEPARTMENT.

DTN: 12153896                                                    02242021 - 2

000247

## SECTION A - SMOKE DETECTOR AND WATER HEATER SEISMIC BRACING CERTIFICATION

California Health and Safety Code (HSC) Sections 18029.6 and 18031.7 require that on the date of transfer of title all used manufactured homes, used mobilehomes, and used multifamily manufactured homes: 1) be equipped with an operable smoke detector in each room designed for sleeping, and 2) all fuel-gas-burning water heater appliances be seismically braced, anchored, or strapped pursuant to existing codes. A declaration may be signed within 45 days prior to the date of transfer of title stating that these requirements have been met.

I/We further agree to indemnify and save harmless the Director of the State of California, Department of Housing and Community Development, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the unit in California or from issuance of a California Certificate of Title covering the same. I/We certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on  2/25/2021  at  Huntington Beach    California
                      City                      State

Signature  _James L. Gallian, its member_         Printed Name  J-SANDCASTLE CO LLC

## SECTION B - RELEASING SIGNATURES

1a.  _J-Sandcastle Co LLC  James Gallian member_    Date of Release  2/25/2021
     Releasing Signature of Registered Owner

1b.  _____    Date of Release  _____
     Releasing Signature of Registered Owner

2.  _____   ☒ Release    ☐ Retain    * ☐ Assign Interest
     Legal Owner of Record (if any) sign and check appropriate box    (* If Assign Interest is checked - Complete New Legal Owner Below)

## SECTION C - NEW OWNER INFORMATION

### NEW REGISTERED OWNER - Please Print or Type Clearly

3a.  JAMIE LYNN GALLIAN                    3c.  _____
     New Registered Owners Name                 New Registered Owners Name

3b.  J-SANDCASTLE CO LLC                   3d.  _____
     New Registered Owners Name                 New Registered Owners Name

If more than one New Owner going onto title, please check the appropriate Co-owner term box.

☐ Joint Tenants with Right of Survivorship    ☐ Tenants In Common OR    *☐ Trust/Trustee(s)
                                                                        (* If this box is checked-Complete HCD 476.6B)

☒ Tenants In Common AND    ☐ Community Property    ☐ Community Property with Right of Survivorship

4.  16222 Monterey Ln #376              Huntington Beach, CA    92649
    Mailing Address of New Registered Owner    City/State              Zip Code

5.  16222 Monterey Ln #376              Huntington Beach, CA    92649
    Actual Location Address of Unit           City/State              Zip Code

6.  $0                    2/25/2021
    Purchase Price or check box if Gift ☒    Purchase Date or Transfer Date

7a.  _James Lynn Gallian_                  7c.  _____
     Signature of New Registered Owners          Signature of New Registered Owners

7b.  J-SANDCASTLE Co LLC  James L Gallian Member
     Signature of New Registered Owners          Signature of New Registered Owners

### NEW LEGAL OWNER - Please Print or Type Clearly

8a.  _____            8b.  _____
     New Legal Owners Name                    New Legal Owners Name

If more than one New Lender going onto title, please check the appropriate Co-owner term box below.

☐ Joint Tenants with Right of Survivorship    ☐ Tenants In Common OR    *☐ Trust/Trustee(s)
                                                                        (* If this box is checked-Complete HCD 476.6B)

☐ Tenants In Common AND    ☐ Community Property    ☐ Community Property with Right of Survivorship

9.  _____            _____    _____
    Mailing Address of New Legal Owner    City/State         Zip Code

### NEW JUNIOR LIENHOLDER - Please Print or Type Clearly

10a.  _____           10b.  _____
      New Junior Lienholder Name               New Junior Lienholder Name

11.  _____            _____    _____
     Mailing Address of New Junior Lienholder    City/State    Zip Code

## SECTION D - RELEASE OF DEALERS

12.  _____            _____
     Signature of Selling Dealer             Print Dealers Name and Dealer Number

OSP 20 149325

000248

## SECTION A - SMOKE DETECTOR AND WATER HEATER SEISMIC BRACING CERTIFICATION

California Health and Safety Code (HSC) Sections 18029.6 and 18031.7 require that on the date of transfer of title all used manufactured homes, used mobilehomes, and used multifamily manufactured homes: 1) be equipped with an operable smoke detector in each room designed for sleeping, and 2) all fuel-gas-burning water heater appliances be seismically braced, anchored, or strapped pursuant to existing codes. A declaration may be signed within 45 days prior to the date of transfer of title stating that these requirements have been met.

I/We further agree to indemnify and save harmless the Director of the State of California, Department of Housing and Community Development, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the unit in California or from issuance of a California Certificate of Title covering the same. I/We certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on _2/25/2021_ at _Huntington Beach   California_
City   State

_(signature)_   _J. Sandcastle CO LLC_
Signature   Printed Name

## SECTION B - RELEASING SIGNATURES

1a. _J Sandcastle Co LLC   (signature)_   Date of Release _2/25/2021_
Releasing Signature of Registered Owner

1b. _____   Date of Release _____
Releasing Signature of Registered Owner

2. _____   ☒ **Release**   ☐ **Retain**   * ☐ **Assign Interest**
Legal Owner of Record (if any) sign and check appropriate box   (* If Assign Interest is checked - Complete New Legal Owner Below)

## SECTION C - NEW OWNER INFORMATION
### NEW REGISTERED OWNER - Please Print or Type Clearly

3a. _Jamie Lynn Gallian_   3c. _J Sandcastle Co LLC_
New Registered Owners Name   New Registered Owners Name

3b. _J Sandcastle Co LLC_   3d. _____
New Registered Owners Name   New Registered Owners Name
If more than one New Owner going onto title, please check the appropriate Co-owner term box.

☐ **Joint Tenants with Right of Survivorship**   ☐ **Tenants In Common OR**   *☐ **Trust/Trustee(s)**
(* If this box is checked-Complete HCD 476.6B)

☒ **Tenants In Common AND**   ☐ **Community Property**   ☐ **Community Property with Right of Survivorship**

4. _16222 Monterey Ln #376_   _Huntington Beach, CA_   _92649_
Mailing Address of New Registered Owner   City/State   Zip Code

5. _16222 Monterey Ln #376_   _Huntington Beach, CA_   _92649_
Actual Location Address of Unit   City/State   Zip Code

6. _0_   _2/25/2021_
Purchase Price or check box if Gift ☒   Purchase Date or Transfer Date   _Jamie Lynn Gallian, its member_
_J Sandcastle CO LLC_

7a. _(signature)_   7c. _____
Signature of New Registered Owners   Signature of New Registered Owners

7b. _____   _____
Signature of New Registered Owners   Signature of New Registered Owners

### NEW LEGAL OWNER - Please Print or Type Clearly

8a. _J PAD, LLC_   8b. _____
New Legal Owners Name   New Legal Owners Name
If more than one New Lender going onto title, please check the appropriate Co-owner term box below.

☐ **Joint Tenants with Right of Survivorship**   ☐ **Tenants In Common OR**   *☐ **Trust/Trustee(s)**
(* If this box is checked-Complete HCD 476.6B)

☐ **Tenants In Common AND**   ☐ **Community Property**   ☐ **Community Property with Right of Survivorship**

9. _16222 Monterey Ln #376_   _Huntington Beach, CA_   _92649_
Mailing Address of New Legal Owner   City/State   Zip Code

### NEW JUNIOR LIENHOLDER - Please Print or Type Clearly

10a. _____   10b. _____
New Junior Lienholder Name   New Junior Lienholder Name

11. _____
Mailing Address of New Junior Lienholder   City/State   Zip Code

## SECTION D – RELEASE OF DEALERS

12. _____   _____
Signature of Selling Dealer   Print Dealers Name and Dealer Number

OSP 20 149325

000249

STATE OF CALIFORNIA
BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION AND TITLING PROGRAM
PO Box 277820 Sacramento, CA 95827
1-800-952-8356
www.hcd.ca.gov



## NOTICE OF SALE OR TRANSFER

**ATTENTION: THIS FORM IS TO BE USED <u>ONLY</u> WHEN YOU SELL OR TRANSFER YOUR MANUFACTURED HOME/MOBILEHOME OR COMMERCIAL MODULAR. AT THAT TIME COMPLETE, SIGN, AND RETURN TO THE ADDRESS STATED ABOVE TO REPORT THE CHANGE OF OWNERSHIP. A COMPLETE TRANSFER APPLICATION PACKET MUST BE SENT IN TO COMPLETE THE TRANSFER OF TITLE.**

**SECTION I:** Enter the following information that describes your unit: Decal/License plate number(s), Serial(s) number, and Trade name of unit.

**SECTION II:** Enter the sale price and the date of sale/transfer including the month, day, and year.

**SECTION III:** Enter the full name and mailing address of the new owner/buyer(s).

**SECTION IV:** Enter date, city, and state indicating where and when this form is being executed. SELLER(S) MUST SIGN and print their names(s).

**SECTION I.**     **DESCRIPTION OF UNIT**

| Decal Number(s) | Serial Number(s) | Trade Name |
|---|---|---|
| LBM1081 | AC7V710394GA; AC7V710394GA | SKYLINE CUSTOM VILLA |
| | | |
| | | |

**SECTION II.**     **SALE OR TRANSFER INFORMATION**

For the sum of $ _____0___ the receipt of which is hereby acknowledged, I/we did sell, transfer and deliver to the purchaser/owner named below, on _02/25/2021_____ , my/our right title and interest in the unit described above.
<span style="font-size:smaller">Date of Transfer</span>

**SECTION III.**     **NAME OF PURCHASER/NEW OWNER**

Name:
JAMIE LYNN GALLIAN AND J-SANDCASTLE, CO LLC

Address:
16222 MONTEREY LN #376

| City: | State: | Zip Code: |
|---|---|---|
| HUNTINGTON BEACH | CALIFORNIA | 92649-0000 |

**SECTION IV.**     **CERTIFICATION AND RELEASE OF SELLER(S)**

I/We certify under penalty of perjury under the laws of the State of California that: 1) I/we are the lawful owner(s) of the unit, and 2) I/we have the right to sell it, and 3) I/we guarantee and will defend the title to the unit against the claims and demands of any and all persons arising prior to this date, and 4) the unit is free of all liens and encumbrances.

I/We certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed On _02/25/2021_____ at _HUNTINGTON BEACH_____ , _CALIFORNIA_
<span style="font-size:smaller">Date                                  City                                        State</span>

Signature of Seller: _Jamie Lynn Gallian, It's member._

Signature of Seller: _____

Printed Name(s): J-SANDCASTLE CO LLC

HCD RT 476.8 (Rev. 03/21)

State of California
**Department of Housing and Community Development**
**Division of Codes and Standards**
**Registration and Titling Program**
P.O. Box 277820, Sacramento, CA  95827-7820
(800) 952-8356
www.hcd.ca.gov



## MULTI-PURPOSE TRANSFER FORM

### PLEASE COMPLETE ONLY THE SECTIONS THAT APPLY AND SIGN BOTTOM OF FORM

#### UNIT DESCRIPTION

Decal (License) No.(s): LBM1081                    Serial No.(s): AC7V710394GA, AV7V710394GA

#### SMOKE DETECTOR AND CARBON MONOXIDE CERTIFICATION

I/We, the undersigned, hereby state that the manufactured home, mobilehome, or multifamily manufactured home described above is equipped with a properly working, operable smoke detector in accordance with California Health and Safety Code Section 18029.6 and a carbon monoxide detector in accordance to California Residential Code Section R315.

☑ YES    ☐ NO

#### PARK PURCHASE FEE EXEMPTION

The registered owner of the above-described manufactured home/mobilehome that is located on private property owned by the registered owner is exempt from payment of the $5 Park Purchase Fund (PPF) fee (Health and Safety Code Section 18114.1).  If you feel you qualify for the exemption, complete the following questions:

- Do you (the registered owner) own your manufactured home/mobilehome?   ☑ YES   ☐ NO
- Do you (the registered owner) own the land your manufactured home/mobilehome is located on?   ☐ YES   ☑ NO

#### DESIGNATION OF CO-OWNER TERM

We request the Department of Housing and Community Development to register our ownership interest in the unit described above with the following co-owner term:  **(READ CAREFULLY AND CHECK ONE BOX.)**

☐ **JTRS (Joint Tenants with Right of Survivorship):** Upon the death of a joint tenant, the interest of the deceased party passes to the surviving joint tenant.  The signature of each joint tenant is required to transfer or encumber the title.

☑ **TENCOM AND (Tenants in Common with the names joined by the word AND):** Each tenant in common may transfer his or her individual interest without the signature of the other tenant(s) in common.  The signature of each tenant in common is required to transfer full interest in the unit to a new registered owner or to encumber the title.

☐ **TENCOM OR (Tenants in Common with the names joined by the word OR):** Any one of the tenants in common may transfer full ownership interest in the unit to a new registered owner without the signature of the other tenant(s) in common.  The signature of each tenant in common is required to encumber the title.

☐ **COMPRO (Community Property):** A unit may be registered as community property in the names of a husband and wife.  The signature of each spouse is required to transfer full interest in the unit or encumber the title.

☐ **COMPRORS (Community Property with Right of Survivorship):** A unit may be registered as community property in the names of a husband and wife.  At the death of one spouse, the decedent's community property interest passes to the surviving spouse without administration.  The signature of each spouse is required to transfer full interest in the unit or encumber the title.

I/We further agree to indemnify and save harmless the Director of the State of California, Department of Housing and Community Development, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the above described unit in California, or from, issuance of a California Certificate of Title covering the same.

I/We certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 02/25/2021          at,      HUNTINGTON BEACH,   CALIFORNIA       COUNTY OF ORANGE
                    Date                                          City                                           State

Signature _____

Signature _____          J-SANDCASTLE CO LLC, JAMIE LYNN GALLIAN,
                                                        Signature                                        IT'S MEMBER

PHONE #: (714) 321-3449          Signature _____
                                     E-MAIL ADDRESS: jamiegallan@gmail.com

HCD RT 476.6G Side 1 (Rev. 08/20)

Decal (License) No.(s): LBM1081 _____    Serial No.(s): AC7V710394GA; AC7V710394GA _____

## DECLARATION OF INSTALLATION OF WATER HEATER SEISMIC BRACING

I/We the undersigned hereby state that all fuel gas-burning water heater appliances in the manufactured home, mobilehome, or multifamily manufactured housing described above are seismically braced, anchored, or strapped in accordance with Health and Safety Code Section 18031.7 and Part 5 of Title 24 of the California Code of Regulations.

☑ YES     ☐ NO     ☐ Electric water heater is installed per manufacturer's instructions.

### SIGNATURE ON FRONT SIDE IS CERTIFICATION FOR THIS SECTION

### REASON FOR USE TAX AND/OR MOBILEHOME RECOVERY FUND FEE EXEMPTION

Check appropriate box(es):

☐ The above-described unit was a gift. All rights and interest of ownership were transferred without exchange or money or other valuable consideration.

☑ The above-described unit has been acquired from: J-SANDCASTLECO LLC, JAMIE LYNN GALLIAN, ITS MEMBER _____

*parents, spouse, grandparent(s), grandchild, child, brother(s)\*, sister(s)\**

☑ The name of a CO-OWNER _____ is being ☑ **ADDED**    ☐ **DELETED** to the record.

*show relationship*

☐ The above-described unit was received as the result of an inheritance.

☐ Transfer of the above-described unit is being made pursuant to a court order.

☐ The transfer of the unit is being made to a revocable trust which (1) the seller has an unrestricted power to revoke the trust, (2) the transfer does not result in any change in the beneficial ownership of the property, (3) the trust provides that upon revocation of the trust the property will revert wholly to the seller, and (4) the only consideration for the transfer is the assumption by the trust of an existing loan for which the tangible personal property being transferred is the sole collateral for the assumed loan.

**\*NOTE: A sale between brother(s) or sister(s) is subject to use tax unless both are minors. If minors, check here:** ☐

### SIGNATURE ON FRONT SIDE IS CERTIFICATION FOR THIS SECTION

### DESIGNATION OF TRUST

I/We, the undersigned trustee(s), hereby state that the unit described above has been placed into a trust. This Declaration of Trust is dated _____

In compliance with Section 18080.1(b) of the California Health and Safety Code, I/we as trustee(s) hereby request the unit described above be registered as shown below. I/We acknowledge that the Department's permanent title record and the titling documents for the unit will reflect the information as shown below.

_____

*Print Name of the Trust. This is how the name of the Trust will appear on title.*

I/We as trustee(s) agree(s) to notify and make application with the Department of Housing and Community Development to appropriately amend the permanent registration and titling record immediately upon any change to the original trust agreement described herein by submitting this form along with all appropriate documents, fees or any other needed items to the Department.

I/We as trustee(s) further agree(s) to indemnify and save harmless the Director of the Department of Housing and Community Development, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the above described unit in California and from issuance of a California Certificate of Title covering the same.

I/We certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on _____ at _____
            *Date*                    *City*                                    *State*

_____
*Trustee Signature(s):*

_____
*Street Address or P.O. Box*          *City*                                    *State*

HCD RT 476.6G Side 2 (Rev. 08/20)

500 S. Main Street, First Floor, Suite 103
Orange, CA  92868-4512
                or
P. O. Box 628
Santa Ana, CA  92702-0628



**CLAUDE PARRISH**
COUNTY ASSESSOR
Telephone: (714) 834-3821
FAX: (714) 834-2565
www.ocassessor.gov

ESTABLISHED 1889

July 21, 2022                            **OFFICE OF THE ASSESSOR**

891-569-62   HX

GALLIAN, JAMIE LYNN
16222 MONTEREY LN, SPC 376
HUNTINGTON BEACH, CA 92649

SUBJECT:  **Assessor Parcel Number: 891-569-62**

             **Property Address: 16222 MONTEREY LN, UNIT 376, HUNTINGTON BEACH**

The Homeowners' Exemption on the above property has been active in Orange County as of **02-25-2021**

**Claimant Name:** GALLIAN, JAMIE LYNN

If you have any questions, please call our office at (714) 834-3821.

Sincerely,

CLAUDE PARRISH
County Assessor

By

          Exemptions Division

I HEREBY CERTIFY THAT THIS IS A TRUE
AND CORRECT COPY OF A PERMANENT
RECORD OF THE ASSESSOR'S OFFICE,
ORANGE COUNTY, CALIFORNIA

CLAUDE PARRISH
COUNTY ASSESSOR
BY Neil Sal

2022 JUL 21 PM 2: 22

CLAUDE PARRISH
ORANGE COUNTY ASSESSOR

A002-994 (R 09/19)

| 2022-23  Secured Assessment Roll | CLAUDE PARRISH, ORANGE COUNTY ASSESSOR |
|---|---|

Full Parcel Report: Page 1 of 1                                       As of January 1st, 2022

| Parcel No: 891-569-62 | Tax Rate Area: 04-902 | Property Type: MOBILE HOME |
|---|---|---|

### Owner / Mailing Address

**Assessee:** GALLIAN, JAMIE LYNN

**Address:** 16222 MONTEREY LN, SPC, 376

**City, State:** HUNTINGTON BEACH, CA

**Zip:** 92649

### Description

| Assessed Value | | Exemptions | Dates | |
|---|---|---|---|---|
| Land: | 0 | Exe Type: HOMEOWNER | Land BaseYear: | 2021 |
| Improvement: | 0 | | Improvement Base Year: | 2021 |
| Personal Property: | 86,339 | | Tax Lien Status: | |
| Other: | 0 | | | |
| Gross: | 86,339 | | | |
| Less Exemption: | 7,000 | | | |
| Net: | 79,339 | | | |

### Sale History

**Reference Number:** M2085154

### Additional Information

**Legal Description:** T MHP RANDRE MSP 376

I HEREBY CERTIFY THAT THIS IS A TRUE
AND CORRECT COPY OF A PERMANENT
RECORD OF THE ASSESSOR'S OFFICE.
ORANGE COUNTY, CALIFORNIA

CLAUDE PARRISH
COUNTY ASSESSOR
BY

2022 JUL 21  PH 2: 18

CLAUDE PARRISH
ORANGE COUNTY ASSESSOR

1



DTN:              **12313525**

Decal:            **LBM1081**

Unit ID:          252606085

Trans Type:       R/O Transfer - No Sale

Trans Date:       07/14/2021

Trade Name:       CUSTOM VILLA

Serial #:         AC7V710394GA, AC7V710394GB

Insignia #        PFS1130281, PFS1130282

Status Date:      08/02/2021       User Name:      SHAH, KIRAN

STATE OF CALIFORNIA - BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY                    GAVIN NEWSOM, Governor
**DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT**
DIVISION OF CODES AND STANDARDS



## Title Search

Date Printed:  Jul 27, 2021

| | | | |
|---|---|---|---|
| Decal #: | LBM1081 | Use Code: | SFD |
| Manufacturer: | SKYLINE HOMES INC | Original Price Code: | BVH |
| Tradename: | CUSTOM VILLA | Rating Year: | |
| Model: | | Tax Type: | LPT |
| Manufactured Date: | 05/29/2014 | Last ILT  Amount: | |
| Registration Exp: | | Date ILT Fees Paid: | |
| First Sold On: | 07/28/2014 | ILT Exemption: | NONE |

| Serial Number | HUD Label / Insignia | Length | Width |
|---|---|---|---|
| AC7V710394GA | PFS1130282 | 60' | 15' 2" |
| AC7V710394GB | PFS1130281 | 56' | 15' 2" |

Record Conditions:

- An application for title or registration change is pending with the department. For information regarding this application, please call 1-800-952-8356 and request to speak with a customer representative.

Registered Owner:

JAMIE LYNN GALLIAN
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

| Last Title Date: | 02/24/2021 |
|---|---|
| Last Reg Card: | Pending Reg Card |
| Sale/Transfer Info: | Price $.00 Transferred on 02/25/2021 |

Situs Address:

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA  92649
Situs County:  ORANGE

Legal Owner:

JPAD LLC
RONALD J PIERPONT
Tenants in Common Or
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

| Lien Perfected On: | 02/25/21 10:11:00 |
|---|---|

Title Searches:

JANINE JASSO
PO BOX 370161
EL PASO, TX 79937

| Title File No: | LBM1081 |
|---|---|

STATE OF CALIFORNIA
BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION AND TITLING PROGRAM



## LIEN SATISFIED

---

**SECTION I.**         **DESCRIPTION OF UNIT**

---

This unit is a:

☑ Manufactured Home/Mobilehome     ☐ Commercial Modular     ☐ Floating Home     ☐ Truck Camper

The Decal (License) No.(s) of the unit is: LBM1081

The Trade Name of the unit is: CUSTOM VILLA

The Serial No.(s) of the unit is: AC7V710394GB/AC7V710394GA

---

**SECTION II.**         **DEBTOR(S) NAME(S)**

---

Name of Debtor(s): J-SANDCASTLE CO, LLC

---

**SECTION III.**         **LIENHOLDER'S CERTIFICATION**

---

This is to certify that our/my lien in the name(s) of the debtor(s) shown above against the described
unit has been fully satisfied and has not been assigned to any other party.

I/We certify under penalty of perjury that the foregoing is true and correct.

Print or Type Name of Legal Owner or Jr. Lienholder (Lender):

J-PAD LLC or RONALD J. PIERPONT

Signature of Legal Owner, Jr. Lienholder (Lender) or their Authorized Agent:

*Ronald J. Pierpont*                                    Date 7/9/2021

Address ___16222 MONTEREY LN. #376___     ___HUNTINGTON BEACH,___     ___CA___     ___92649___
            Street Address or P.O. Box                     City                     State         Zip

HCD RT 475.3 (Rev. 07/16)

STATE OF CALIFORNIA
BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION AND TITLING PROGRAM



**STATEMENT OF FACTS**

This unit is a: ☑ Manufactured Home / Mobilehome  ☐ Commercial Modular  ☐ Floating Home  ☐ Truck Camper

| Decal (License) No.(s): | Trade Name: | Serial No.(s): |
|---|---|---|
| LBM 1081 | | |

I/We, the undersigned, hereby state:

I spoke with Jamie Gallian and she states the unit should be registered as Jamie Gallian as sole registered owner. The lien has been satisfied and there is no legal owner at this time. Jamie advised the county and was told there was no need to revise the Tax Clearance certificate.

I/We further agree to indemnify and save harmless the Director of the Department of Housing and Community Development, State of California, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the above-described unit in California, or from issuance of a California Certificate of Title covering the same.

I/We certify under penalty of perjury that the foregoing is true and correct.

Executed on __7/28/21__ at __Sacramento__ , __CA__
Date                City                State

Signature(s): _Rebecca M. O'Loughlin_

Printed name(s): _Rebecca M O'Loughlin, Program Tech II_

Address _____

City _____ State _____

HCD RT 476.6 (Rev. 07/16)

000258



# TAX CLEARANCE CERTIFICATE

☒ **Mobile Home**                                    ☐ **Floating Home**

### COUNTY OF ORANGE

| SERIAL NUMBER/HULL NUMBER | DECAL NUMBER/CF NUMBER |
|---|---|
| AC7V710394GA, AC7V710394GB | LBM1081 |

| LOCATION OF HOME | ASSESSOR'S PARCEL NUMBER |
|---|---|
| 16222 MONTEREY LN 376 HUNTINGTON BEACH | 891-569-62 |

| CURRENT REGISTERED OWNER | APPLICANT |
|---|---|
| J-SANDCASTLE CO LLC<br>16222 MONTEREY LN<br>SPC 376<br>HUNTINGTON BEACH CA 92649 | J-SANDCASTLE CO LLC & JAMIE L. GALLIAN<br>16222 MONTEREY LN #376<br>HUNTINGTON BEACH CA 92649 |

I hereby certify that the following has been paid:

☐ Delinquent license fees

☐ Property taxes applicable to the home identified above through the fiscal year

☒ A security deposit for payment of the property taxes for the fiscal year 2021-2022

☒ No taxes due or payable at this time.

There may be a supplemental assessment not covered by this "Tax Clearance Certificate" which may create an additional bill.

### THIS CERTIFICATE IS VOID ON AND AFTER SEPTEMBER 7, 2021.

Executed on July 9, 2021 at Santa Ana.
Treasurer-Tax Collector for Orange County, State of California.

Issued on July 9, 2021 _____

(Signature)

§2189.8, 5832 R & T Code                                    TDL 10-01 (7-87)



DTN:              **12313525**

Decal:            **LBM1081**

Unit ID:          252606085

Trans Type:       R/O Transfer - No Sale

Trans Date:       07/14/2021

Trade Name:       CUSTOM VILLA

Serial #:         AC7V710394GA, AC7V710394GB

Insignia #        PFS1130281, PFS1130282

Status Date:    08/02/2021      User Name:      SHAH, KIRAN

# STATE OF CALIFORNIA - DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT

## REGISTRATION CARD

Manufactured Home

**Decal: LBM1081**

| Manufacturer ID/Name | Trade Name | Model | | DOM | DFS | RY | Exp. Date |
|---|---|---|---|---|---|---|---|
| 90002   SKYLINE HOMES INC | CUSTOM VILLA | | | 05/29/2014 | 07/28/2014 | | |

| Serial Number | Label/Insignia Number | Weight | Length | Width | Issued |
|---|---|---|---|---|---|
| AC7V710394GB | PFS1130281 | 22,383 | 56' | 15' 2" | Aug 03, 2021 |
| AC7V710394GA | PFS1130282 | 25,068 | 60' | 15' 2" | |

### Addressee

JAMIE LYNN GALLIAN
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649



### Registered Owner(s)

JAMIE LYNN GALLIAN
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

### Situs Address

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

***************************************************
**ATTENTION OWNER:**

THIS IS THE REGISTRATION CARD FOR THE
UNIT DESCRIBED ABOVE. PLEASE KEEP THIS
CARD IN A SAFE PLACE WITHIN THE UNIT.

**INSTRUCTIONS FOR RENEWAL:**

REGISTRATION FOR THIS UNIT EXPIRES ON THE
DATE INDICATED ABOVE IN THE BOX LABELED
"Exp. Date".  THERE ARE SUBSTANTIAL
PENALTIES FOR DELINQUENCY.  IF YOU DO NOT
RECEIVE A RENEWAL NOTICE WITHIN 10 DAYS
PRIOR TO THE EXPIRATION DATE, CONTACT
H.C.D. FOR RENEWAL INSTRUCTIONS.
***************************************************

**IMPORTANT**
THE OWNER INFORMATION SHOWN ABOVE MAY NOT REFLECT ALL LIENS RECORDED WITH THE
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT AGAINST THE DESCRIBED UNIT.  THE
CURRENT TITLE STATUS OF THE UNIT MAY BE CONFIRMED THROUGH THE DEPARTMENT.

DTN: 12313525

08032021 - 1

# STATE OF CALIFORNIA - DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
## CERTIFICATE OF TITLE

Manufactured Home

Decal:   **LBM1081**

| Manufacturer ID/Name | Trade Name | Model | | DOM 05/29/2014 | DFS 07/28/2014 | RV |
|---|---|---|---|---|---|---|
| 90002   SKYLINE HOMES INC | CUSTOM VILLA | | | | | |
| Serial Number | Label/Insignia Number | Weight | Length | Width | Issued | |
| AC7V710394GB | PFSI130281 | 22,383 | 56' | 15' 2" | Aug 03, 2021 | |
| AC7V710394GA | PFSI130282 | 25,068 | 60' | 15' 2" | | |

**Addressee**

JAMIE LYNN GALLIAN
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA  92649

**Registered Owner(s)**

JAMIE LYNN GALLIAN
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

**Situs Address**

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

I hereby certify that this copy is a true and correct copy of
the original document on file with the Department of
Housing & Community Development.

_____
Signature

## IMPORTANT
THE OWNER INFORMATION SHOWN ABOVE MAY NOT REFLECT ALL LIENS RECORDED WITH THE
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT AGAINST THE DESCRIBED UNIT. THE
CURRENT TITLE STATUS OF THE UNIT MAY BE CONFIRMED THROUGH THE DEPARTMENT.

DTN: 12313525

08032021 - 2



DTN:                    **12339739**

Decal:                 **LBM1081**

Unit ID:               252606085

Trans Type:            L/O Addition

Trans Date:            08/10/2021

Trade Name:            CUSTOM VILLA

Serial #:              AC7V710394GA, AC7V710394GB

Insignia #             PFS1130281, PFS1130282

Status Date:   08/11/2021      User Name:    CRUZ, SYLVIA

**STATE OF CALIFORNIA - BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY**          GAVIN NEWSOM, Governor

**DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT**
**DIVISION OF CODES AND STANDARDS**



# Title Search

Date Printed:  Aug 11, 2021

| | | | |
|---|---|---|---|
| Decal #: | LBM1081 | Use Code: | SFD |
| Manufacturer: | SKYLINE HOMES INC | Original Price Code: | BVH |
| Tradename: | CUSTOM VILLA | Rating Year: | |
| Model: | | Tax Type: | LPT |
| Manufactured Date: | 05/29/2014 | Last ILT  Amount: | |
| Registration Exp: | | Date ILT Fees Paid: | |
| First Sold On: | 07/28/2014 | ILT Exemption: | NONE |

| Serial Number | HUD Label / Insignia | Length | Width |
|---|---|---|---|
| AC7V710394GA | PFS1130282 | 60' | 15' 2" |
| AC7V710394GB | PFS1130281 | 56' | 15' 2" |

Registered Owner:

JAMIE LYNN GALLIAN
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

| | |
|---|---|
| **Last Title Date:** | 08/03/2021 |
| **Last Reg Card:** | 08/03/2021 |
| **Sale/Transfer Info:** | Price $.00 Transferred on 02/25/2021 |

Situs Address:

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA  92649
Situs County:  ORANGE

Legal Owner:

J-PAD LLC
21742 ANZA AVE
TORRANCE, CA 90503

| | |
|---|---|
| **Lien Perfected On:** | 01/14/19 15:22:00 |

Title Searches:

JANINE JASSO
PO BOX 370161
EL PASO, TX 79937

| | |
|---|---|
| **Title File No:** | LBM1081 |

JAMIE GALLIAN
16222 MONTEREY LANE SPACE 376
HUNTINGTN BCH, CA 92649

| | |
|---|---|
| **Title File No:** | LBM1081 |

JAMIE GALLIAN
16222 MONTEREY LANE SPACE 376
HUNTINGTN BCH, CA 92649

| | |
|---|---|
| **Title File No:** | LBM1081 |

# STATE OF CALIFORNIA - DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
## REGISTRATION CARD
Manufactured Home

**Decal: LBM1081**

| Manufacturer ID/Name | Trade Name | Model | | DOM | DFS | RY | Exp. Date |
|---|---|---|---|---|---|---|---|
| 90002    SKYLINE HOMES INC | CUSTOM VILLA | | | 05/29/2014 | 07/28/2014 | | |

| Serial Number | Label/Insignia Number | Weight | Length | Width | Issued | | |
|---|---|---|---|---|---|---|---|
| AC7V710394GB | PFS1130281 | 22,383 | 56' | 15' 2" | Aug 12, 2021 | | |
| AC7V710394GA | PFS1130282 | 25,068 | 60' | 15' 2" | | | |



**Addressee**

J-PAD LLC
21742 ANZA AVE
TORRANCE, CA  90503

**Registered Owner(s)**

JAMIE LYNN GALLIAN
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

**Situs Address**

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

**Legal Owner(s)**

J-PAD LLC
21742 ANZA AVE
TORRANCE, CA 90503

Lien Perfected On:    01/14/19 15:22:00

**LEGAL OWNER COPY
INFORMATION ONLY**

## IMPORTANT
THE OWNER INFORMATION SHOWN ABOVE MAY NOT REFLECT ALL LIENS RECORDED WITH THE
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT AGAINST THE DESCRIBED UNIT.  THE
CURRENT TITLE STATUS OF THE UNIT MAY BE CONFIRMED THROUGH THE DEPARTMENT.

DTN: 12339739

08122021 - 1

000265

# STATE OF CALIFORNIA - DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
## CERTIFICATE OF TITLE

Manufactured Home                                    **Decal:    LBM1081**

| Manufacturer ID/Name | Trade Name | Model | | DOM | DFS | RY |
|---|---|---|---|---|---|---|
| 90002    SKYLINE HOMES INC | CUSTOM VILLA | | | 05/29/2014 | 07/28/2014 | |

| Serial Number | Label/Insignia Number | Weight | Length | Width | Issued | |
|---|---|---|---|---|---|---|
| AC7V710394GB | PFS1130281 | 22,383 | 56' | 15' 2" | Aug 12, 2021 | |
| AC7V710394GA | PFS1130282 | 25,068 | 60' | 15' 2" | | |

**Addressee**

J-PAD LLC
21742 ANZA AVE
TORRANCE, CA  90503

**Registered Owner(s)**

JAMIE LYNN GALLIAN
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

**Situs Address**

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

**Legal Owner(s)**

J-PAD LLC
21742 ANZA AVE
TORRANCE, CA 90503

Lien Perfected On:        01/14/19 15:22:00

## IMPORTANT
**THE OWNER INFORMATION SHOWN ABOVE MAY NOT REFLECT ALL LIENS RECORDED WITH THE
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT AGAINST THE DESCRIBED UNIT.  THE
CURRENT TITLE STATUS OF THE UNIT MAY BE CONFIRMED THROUGH THE DEPARTMENT.**

DTN:  12339739                                                              08122021    000266

STATE OF CALIFORNIA - BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY          GAVIN NEWSOM, Governor
**DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT**
DIVISION OF CODES AND STANDARDS



# Title Search

Date Printed:  Aug 8, 2024

| | | | |
|---|---|---|---|
| Decal #: | LBM1081 | Use Code: | SFD |
| Manufacturer: | SKYLINE HOMES INC - CLOSED | Original Price Code: | BVH |
| Tradename: | CUSTOM VILLA | Rating Year: | |
| Model: | | Tax Type: | LPT |
| Manufactured Date: | 05/29/2014 | Last ILT Amount: | |
| Registration Exp: | | Date ILT Fees Paid: | |
| First Sold On: | 07/28/2014 | ILT Exemption: | NONE |

| Serial Number | HUD Label / Insignia | Length | Width |
|---|---|---|---|
| AC7V710394GA | PFS1130282 | 60' | 15' 2" |
| AC7V710394GB | PFS1130281 | 56' | 15' 2" |

Record Conditions:

- An application for title or registration change is pending with the department. For information regarding this application, please call 1-800-952-8356 and request to speak with a customer representative.

Registered Owner:

JAMIE LYNN GALLIAN
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

| | |
|---|---|
| **Last Title Date:** | 08/12/2021 |
| **Last Reg Card:** | 08/12/2021 |
| **Sale/Transfer Info:** | Price $.00 Transferred on 02/25/2021 |

Situs Address:

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA  92649
Situs County:  ORANGE

Title Searches:

CHRIS HOUSER
16222 MONTEREY LN OFC
HUNTINGTON BEACH, CA 92649

**Title File No:**          None

### ***END OF TITLE SEARCH***

# STATE OF CALIFORNIA - DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
## REGISTRATION CARD
Manufactured Home

**Decal: LBM1081**

| Manufacturer ID/Name | Trade Name | Model | DOM | DFS | RY | Exp. Date |
|---|---|---|---|---|---|---|
| 90002    SKYLINE HOMES INC - CLOSED | CUSTOM VILLA | | 05/29/2014 | 07/28/2014 | | |

| Serial Number | Label/Insignia Number | Weight | Length | Width | Issued | |
|---|---|---|---|---|---|---|
| AC7V710394GB | PFS1130281 | 22,383 | 56' | 15' 2" | Aug 09, 2024 | |
| AC7V710394GA | PFS1130282 | 25,068 | 60' | 15' 2" | | |



**Addressee**

JAMIE LYNN GALLIAN
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA  92649

**Registered Owner(s)**

JAMIE LYNN GALLIAN
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

**Situs Address**

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**ATTENTION OWNER:**

THIS IS THE REGISTRATION CARD FOR THE
UNIT DESCRIBED ABOVE.  PLEASE KEEP THIS
CARD IN A SAFE PLACE WITHIN THE UNIT.

**INSTRUCTIONS FOR RENEWAL:**

REGISTRATION FOR THIS UNIT EXPIRES ON THE
DATE INDICATED ABOVE IN THE BOX LABELED
"Exp. Date".  THERE ARE SUBSTANTIAL
PENALTIES FOR DELINQUENCY.  IF YOU DO NOT
RECEIVE A RENEWAL NOTICE WITHIN 10 DAYS
PRIOR TO THE EXPIRATION DATE, CONTACT
H.C.D. FOR RENEWAL INSTRUCTIONS.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**IMPORTANT**
THE OWNER INFORMATION SHOWN ABOVE MAY NOT REFLECT ALL LIENS RECORDED WITH THE
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT AGAINST THE DESCRIBED UNIT.  THE
CURRENT TITLE STATUS OF THE UNIT MAY BE CONFIRMED THROUGH THE DEPARTMENT.

DTN: 13413446

08092024 - 1

000268

# STATE OF CALIFORNIA - DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
## CERTIFICATE OF TITLE

Manufactured Home                                    **Decal:**  **LBM1081**

| Manufacturer ID/Name | Trade Name | Model | DOM | DFS | RY |
|---|---|---|---|---|---|
| 90002    SKYLINE HOMES INC - CLOSED | CUSTOM VILLA | | 05/29/2014 | 07/28/2014 | |

| Serial Number | Label/Insignia Number | Weight | Length | Width | Issued |
|---|---|---|---|---|---|
| AC7V710394GB | PFS1130281 | 22,383 | 56' | 15' 2" | Aug 09, 2024 |
| AC7V710394GA | PFS1130282 | 25,068 | 60' | 15' 2" | |

**Addressee**

JAMIE LYNN GALLIAN
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA  92649

**Registered Owner(s)**

JAMIE LYNN GALLIAN
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

**Situs Address**

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

### IMPORTANT
**THE OWNER INFORMATION SHOWN ABOVE MAY NOT REFLECT ALL LIENS RECORDED WITH THE
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT AGAINST THE DESCRIBED UNIT.  THE
CURRENT TITLE STATUS OF THE UNIT MAY BE CONFIRMED THROUGH THE DEPARTMENT.**

DTN:  13413446

08092024 - 000269

*18*

Recording Requested by :

J-SANDCASTLE CO LLC

JAMIE LYNN GALLIAN
16222 MONTEREY LANE #376
HUNTINGTON BEACH, CA 92649

When recorded mail to:

JAMIE LYNN GALLIAN
16222 MONTEREY LANE #376
HUNTINGTON BEACH, CA 92649

**Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder**

88.00

\* $ R O D 1 2 9 8 0 9 5 6 3 \*
2021000443659 12:48 pm 07/09/21
18 414A D04   2
0.00 0.00 0.00 0.00 3.00 0.00 0.00 0.0075.00 3.00

*IT*
*2P*
*SB*
*PP*

# HOMESTEAD DECLARATION
### CCP §704.930

SPACE ABOVE THIS LINE FOR RECORDER USE ONLY

APN#: 891-569-62

### 1. Name(s) of Declared Homestead owners:

JAMIE LYNN GALLIAN , do hereby claim a Declared
Homestead in the following real property located in:

the City of HUNTINGTON BEACH, CA , County of ORANGE , State of California,

more commonly known as:

16222 MONTEREY LANE SPACE 376 HUNTINGTON BEACH, CA 92649

*(Insert Common Street Address Above)*

and more particularly described as follows:

2014 SKYLINE CUSTOM VILLA DECAL NO. LBM1081 SERIAL NO. AC7V710394GB; AC7V710394GA; LOCATED ON LOT 376
ON APN 178-011-16, TRACT 10542, UNIT 4, PARCEL MAP BOOK 108, PG(S) 47 & 48

*(Insert Property Legal Description Above)*

**2. The Declared Homestead is the principal dwelling of the Declared Homestead Owner(s) listed above or
such person(s) spouse.**

**3. The Declared Homestead Owner(s) listed above, or such person(s) spouse, resides in the Declared
Homestead on the date this Homestead Declaration is recorded.**

**4. The facts stated in this Homestead Declaration are known to be true as of the personal knowledge of the
person(s) below executing and acknowledging this Homestead Declaration.**

Dated: 07/08/2021

_____
(Signature of Declared Homestead Owner or Spouse)

JAMIE LYNN GALLIAN
(Printed Name of Declared Homestead Owner or Spouse)

_____
(Signature of Declared Homestead Owner of Spouse)

JAMIE LYNN GALLIAN
(Printed Name of Declared Homestead Owner or Spouse)

( See Attached Acknowledgment )

000270

# ACKNOWLEDGMENT

> A notary public or other officer completing this
> certificate verifies only the identity of the individual
> who signed the document to which this certificate is
> attached, and not the truthfulness, accuracy, or
> validity of that document.

State of California
County of ___Orange___ )

On ___7/9/21___ before me, ___Greg Buysman, Notary Public___
(insert name and title of the officer)

personally appeared ___Jamie Lynn Galligan___
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

GREG BUYSMAN
COMM # 2341449
ORANGE County
California Notary Public
Comm Exp Feb. 5, 2025

Signature _____    (Seal)

EXHIBIT 28

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

**FILED**

JUL -9 2021

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

☐ Check if this is an
   amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | **Jamie**<br>First name | _____<br>First name |
| | | **Lynn**<br>Middle name | _____<br>Middle name |
| | Bring your picture identification to your meeting with the trustee. | **Gallian**<br>Last name and Suffix (Sr., Jr., II, III) | _____<br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | **Jamie L Gallian** | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer identification number (ITIN)** | **xxx-xx-3936** | |

EXHIBIT 28, PAGE 500

000273

Case 8:21-bk-11710-ES    Doc 1    Filed 07/09/21    Entered 07/09/21 14:15:51    Desc
Main Document    Page 2 of 60

Debtor 1    __Jamie Lynn Gallian_____    Case number *(if known)* _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>Business name(s)<br>_____<br><br>EIN<br>_____ | ☐ I have not used any business name or EINs.<br><br>Business name(s)<br>_____<br><br>EIN<br>_____ |

---

| **5. Where you live** | **16222  Monterey  Ln. SP#376**<br>**Huntington  Beach,  CA  92649**<br>Number, Street, City, State & ZIP Code<br><br>**Orange**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | If Debtor 2 lives at a different address:<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
|---|---|---|

---

| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br> Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br> Explain. (See 28 U.S.C. § 1408.) |
|---|---|---|

---

Official Form 101                    Voluntary Petition for Individuals Filing for Bankruptcy                    page 2

EXHIBIT 28, PAGE 501

000274

Debtor 1    **Jamie Lynn Gallian**    Case number *(if known)* _____

---

**Part 2:**  **Tell the Court About Your Bankruptcy Case**

**7.  The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

---

**8.  How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.  Have you filed for bankruptcy within the last 8 years?**

■ No.
☐ Yes.

| | | | |
|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

---

**10.  Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No
☐ Yes.

| | | | |
|---|---|---|---|
| Debtor _____ | | Relationship to you _____ |
| District _____ | When _____ | Case number, if known _____ |
| Debtor _____ | | Relationship to you _____ |
| District _____ | When _____ | Case number, if known _____ |

---

**11.  Do you rent your residence?**

■ No.    Go to line 12.
☐ Yes.    Has your landlord obtained an eviction judgment against you?

☐  No. Go to line 12.

☐  Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

EXHIBIT 28, PAGE 502

000275

Debtor 1    **Jamie Lynn Gallian**                                              Case number *(if known)*

---

**Part 3:**    **Report About Any Businesses You Own as a Sole Proprietor**

**12.  Are you a sole proprietor of any full- or part-time business?**

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐    None of the above

**13.  Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

■ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.    I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

**Part 4:**    **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

**14.  Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.    What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____

Number, Street, City, State & Zip Code

---

**EXHIBIT 28, PAGE 503**

000276

| Debtor 1 | **Jamie Lynn Gallian** | | Case number *(if known)* | |

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

---

EXHIBIT 28, PAGE 504

000277

Case 8:21-bk-11710-ES    Doc 1    Filed 07/09/21    Entered 07/09/21 14:15:51    Desc
Main Document      Page 6 of 60

Debtor 1    __Jamie Lynn Gallian_____    Case number *(if known)* _____

| **Part 6:** | **Answer These Questions for Reporting Purposes** |

| 16. | What kind of debts do you have? | 16a. | **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." |

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b.  **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c.  State the type of debts you owe that are not consumer debts or business debts

---

| 17. | Are you filing under Chapter 7? | ☐ No. | I am not filing under Chapter 7. Go to line 18. |

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

■ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

---

| 18. | How many Creditors do you estimate that you owe? | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |

---

| 19. | How much do you estimate your assets to be worth? | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>■ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

---

| 20. | How much do you estimate your liabilities to be? | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>■ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

| **Part 7:** | **Sign Below** |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| _Jamie Lynn Gallian_ (signature) | _____ |
| **Jamie Lynn Gallian**<br>Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on __7/9/2021__<br>MM / DD / YYYY | Executed on _____<br>MM / DD / YYYY |

Official Form 101        **Voluntary Petition for Individuals Filing for Bankruptcy**        page 6

**EXHIBIT 28, PAGE 505**

000278

Debtor 1    __Jamie Lynn Gallian_____    Case number *(if known)*  _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

_____    Date  _____
Signature of Attorney for Debtor                              MM / DD / YYYY

_____

_____
Firm name

_____
Number, Street, City, State & ZIP Code

Contact phone  _____    Email address  _____

_____
Bar number & State

---

EXHIBIT 28, PAGE 506

000279

Debtor 1 _____    Case number _(if known)_____
First Name    Middle Name    Last Name

| | |
|---|---|
| **For you if you are filing this bankruptcy without an attorney**<br><br>**If you are represented by an attorney, you do not need to file this page.** | The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.**<br><br>To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.<br><br>You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**<br><br>If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.<br><br>Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?<br><br>☒ No<br>☐ Yes<br><br>Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?<br><br>☒ No<br>☐ Yes<br><br>Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?<br><br>☒ No<br>☐ Yes. Name of Person_____<br>   Attach _Bankruptcy Petition Preparer's Notice, Declaration, and Signature_ (Official Form 119). |

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

✗ _(signature)_                              ✗ _____
Signature of Debtor 1                          Signature of Debtor 2

Date  7/9/2021                                 Date  _____
     MM / DD / YYYY                                  MM / DD / YYYY

Contact phone _____              Contact phone _____

Cell phone  714-321-3449                       Cell phone _____

Email address _____              Email address _____

**EXHIBIT 28, PAGE 507**

000280

### STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None.**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None.**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None.**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **8:03-bk-1856-JB; Chapter 7; Central District of California - Santa Ana; Filed 08/04/2003; Discharged 11/17/2003**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **Santa Ana** _____, California.

Date: _____ **7/9/2021** _____

**Jamie Lynn Gallian**
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                                Page 1                    **F 1015-2.1.STMT.RELATED.CASES**

EXHIBIT 28, PAGE 508

000281

**Fill in this information to identify your case:**

Debtor 1 __Jamie Lynn Gallian__
First Name        Middle Name        Last Name

Debtor 2 _____
(Spouse if, filing)    First Name        Middle Name        Last Name

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number _____
(if known)

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

| | Your assets Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) 1a. Copy line 55, Total real estate, from Schedule A/B.................................................... | $ 235,000.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B........................................... | $ 19,634.34 |
| 1c. Copy line 63, Total of all property on Schedule A/B..................................................... | $ 254,634.34 |

**Part 2:    Summarize Your Liabilities**

| | Your liabilities Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*... | $ 561,789.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... | $ 0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $ 427,177.76 |
| **Your total liabilities** | $ 988,966.76 |

**Part 3:    Summarize Your Income and Expenses**

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*.................................................... | $ 1,000.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*........................................................ | $ 2,676.00 |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum        Summary of Your Assets and Liabilities and Certain Statistical Information        page 1 of 2

EXHIBIT 28, PAGE 509

000282

Debtor 1    **Jamie Lynn Gallian**                                    Case number *(if known)*  _____

8.    From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form
       122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

|  | $ | **1,000.00** |

9.    *Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:*

| From Part 4 on *Schedule E/F,* copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ _____ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ 0.00 |

EXHIBIT 28, PAGE 510

000283

Fill in this information to identify your case and this filing

| | | | |
|---|---|---|---|
| Debtor 1 | Jamie Lynn Gallian | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number _____

☐ Check if this is an amended filing

Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.

■ Yes. Where is the property?

**Located on APN 178-011-16, Space No. 376**

1.1

| | |
|---|---|
| **16222 Monterey Ln Space #376** | |
| Street address, if available, or other description | |

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
■ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$235,000.00** | **$235,000.00** |

| | | |
|---|---|---|
| **Huntington Beach** | **CA** | **92649-0000** |
| City | State | ZIP Code |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

Who has an interest in the property? Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

**Orange**

County

**Personal Residence of Debtor since 11/1/2018 2014 Skyline Custom Villa Manufactured Home Decal No. LBM1081 Serial Number AC7V710394GB 56'x15'2" Serial Number AC7V710394GA 60'x15'2"**

Other information you wish to add about this item, such as local property identification number: **LPT APN 891-569-62**

**Registered Title with HCD Debtor's single member LLC, J-Sandcastle Co, LLC**

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here......................................................=>

| |
|---|
| **$235,000.00** |

**Part 2:   Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

EXHIBIT 28, PAGE 511

000284

Debtor 1    **Jamie Lynn Gallian**    Case number *(if known)*

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: | **Kia** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

| Model: | **Sportage** |
|---|---|
| Year: | **2020** |
| Approximate mileage: | |
| Other information: | |

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Location: 16222 Monterey Ln #376, Huntington Beach CA 92649 (LEASE)**

☐ Check if this is community property
(see instructions)

|  | Current value of the entire property? | Current value of the portion you own? |
|---|---|---|
|  | $0.00 | $0.00 |

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

**5** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.................................................=>    **$0.00**

**Part 3:    Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?    Current value of the portion you own?
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes. Describe.....

| Location: 16222 Monterey Ln #376, Huntington Beach CA 92649 | $4,500.00 |
|---|---|

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

■ Yes. Describe    **Wall Television, Computer, Printer.**    $ 500.00
☐ No.

Location: 16222 Monterey Ln #376, Huntington Beach CA 92649

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

■ No
☐ Yes. Describe.....

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

■ No
☐ Yes. Describe.....

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

■ No
☐ Yes. Describe.....

Official Form 106A/B    Schedule A/B: Property    page 2
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

EXHIBIT 28, PAGE 512

000285

Case 8:21-bk-11710-ES    Doc 1    Filed 07/09/21    Entered 07/09/21 14:15:51    Desc
Main Document    Page 14 of 60

Debtor 1    **Jamie Lynn Gallian**                                       Case number *(if known)*

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
■ Yes. Describe.....

| Location: 16222 Monterey Ln #376, Huntington Beach CA 92649 | $1,000.00 |
|---|---|

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

■ Yes. Describe      **20 year old Movado Wrist-watch 40th birthday gift; Costume Jewelry from Mother and**
☐ No                 **Grandmother Misc/ sized rings, various non-gold chains and bracelets, earrings.**      $1,000.00

                     <u>Location: 16222 Monterey Ln #376, Huntington Beach CA 92649</u>

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses
                                          **5-year old Rescued Wired Terrier Dog-White "Ammie"**
■ Yes. Describe
☐ No.                    <u>Location: 16222 Monterey Ln #376, Huntington Beach CA 92649</u>

**14. Any other personal and household items you did not already list, including any health aids you did not list**
■ No
☐ Yes.  Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
for Part 3. Write that number here .................................................................... | $7,000.00 |

**Part 4:**   **Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
■ No
☐ Yes.................

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar
institutions. If you have multiple accounts with the same institution, list each.
☐ No
■ Yes......................

| | | Institution name: | |
|---|---|---|---|
| | **Checking and** | **J-Sandcastle Co LLC - Chase - Un-cashed Tendered Space 376 Rent Checks** | $ 8,050.00 |
| 17.1 | **savings** | **Alliant Credit Union (Personal) Stimulus Ck** | $ 4,048.34 |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
■ No
☐ Yes...................      Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
☐ No
■ Yes.  Give specific information about them....................
Name of entity:                                    % of ownership:

**J-Sandcastle Co., LLC - Debtor's single member
LLC
(Purpose is to hold Registered title with HCD, to
Debtor's primary residence)   LBM1081**              **100**   %                    **$0.00**

Official Form 106A/B                          Schedule A/B: Property                                    page 3
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

EXHIBIT 28, PAGE 513

000286

Debtor 1    **Jamie Lynn Gallian**                                                    Case number *(if known)*

| | | |
|---|---|---|
| **J-Pad, LLC** **(Debtor owns 1/3 interest in LLC; only purpose is to hold a note and UCC-1 filing on Debtor's primary residence) LBM1081** | **33.33** % | **$0.00** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
        Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.
        Type of account:              Institution name:

        **IRA**              **Fidelity**              **$7,400.00**

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    No
    ☒ Yes. .....................    Institution name or individual:    Houser Bros Co. dba Rancho Del Rey Mobilehome Estates
                                                                    Ground Lease Deposit (Ryan) Agreement Space 376 - 1/1/2006    **$ 686.00**

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes..............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes..............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes. Give specific information about them...

**Money or property owed to you?**                                                    **Current value of the portion you own?**
                                                                                    Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No

EXHIBIT 28, PAGE 514

000287

Debtor 1    __Jamie Lynn Gallian_____    Case number *(if known)*    _____

☐ Yes. Give specific information......

**30. Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
    benefits; unpaid loans you made to someone else
■ No
☐ Yes. Give specific information..

**31. Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
■ No
☐ Yes. Name the insurance company of each policy and list its value.
                    Company name:                                 Beneficiary:                        Surrender or refund
                                                                             value:

**32. Any interest in property that is due from you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive
    property because someone has died.
No                **Father, DOD 6/17/2000, Charles J. Bradley, Jr.  Probate OCSC**
☒ Yes. Give specific information..  **30-2017-00915711**                                        $ unknown

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
No                **Personal Injury: Against HOA Date of Injury 8/5/2018;  Severe nerve injury to**
■ Yes.  Describe each claim.........  **top of left foot and left wrist injury; occurred in the HOA common area of APN**
                                    **178-771-03, located on  APN 178-011-16,**                     $ unknown

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

   ☐ No
                   **Personal injury claims against Huntington Beach Gables**
   ■ Yes.  Describe each claim.........  **Homeowner's Association and Ind. Jesus Jasso Jr.;**
                                   **DOI: 8/5/2018; Case No.: 30-2020-01153679**
                                                                       $ unknown

                   **Potential insurance bad faith claim against Mercury**
                   **Insurance Failure to Indemnify; No lawsuit filed yet.**
                   **Related to Case No(s).: 30-2017-00913985, 30-2017-00962999**
                                                                    $ unknown

                   **Real estate failure to disclose, claim against previous**
                   **homeowner Sandra Bradley; DOI: 04/11/2017; No lawsuit**
                   **filed yet.**                                                $ unknown

                   **Houser Bros Co GP dba Rancho Del Rey Mobilehome Estates**
                   **Retaliation; Trespassing/Unlawful Entry; Wrongful Eviction;**
                   **Forcible Detainer; Cruelty to an animal causing death.**
                   **Failure to offer and execute rental agreement.**                    $ unknown

**35. Any financial assets you did not already list**
■ No
☐ Yes. Give specific information..

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached**
    for Part 4. Write that number here..............................................................................................        | $20,184.34 |

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37. Do you own or have any legal or equitable interest in any business-related property?**
■ No. Go to Part 6.
☐ Yes. Go to line 38.

Official Form 106A/B                          Schedule A/B: Property                      page 5

EXHIBIT 28, PAGE 515

000288

Debtor 1   **Jamie Lynn Gallian**                                          Case number *(if known)*

---

| Part 6 | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

**46.** **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.

☐ Yes. Go to line 47.

---

| Part 7: | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

**53.** **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

■ No

☐ Yes. Give specific information.........

**54.** Add the dollar value of all of your entries from Part 7. Write that number here ...................................   | **$0.00** |

---

| Part 8: | **List the Totals of Each Part of this Form** |
|---|---|

| **55.** | **Part 1: Total real estate, line 2** ........................................................................ | | **$235,000.00** |
|---|---|---|---|
| **56.** | **Part 2: Total vehicles, line 5** | **$0.00** | |
| **57.** | **Part 3: Total personal and household items, line 15** | **$ 7,000.00** | |
| **58.** | **Part 4: Total financial assets, line 36** | **$ 20,184.34** | |
| **59.** | **Part 5: Total business-related property, line 45** | **$0.00** | |
| **60.** | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| **61.** | **Part 7: Total other property not listed, line 54** | + **$0.00** | |

| **62.** | **Total personal property. Add lines 56 through 61...** | **$27,184.34** | Copy personal property total | **$27,184.34** |
|---|---|---|---|---|

| **63.** | **Total of all property on Schedule A/B. Add line 55 + line 62** | | **$262,184.34** |
|---|---|---|---|

EXHIBIT 28, PAGE 516

000289

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jamie Lynn Gallian** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on Schedule A/B that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Location: 16222 Monterey Ln #376, Huntington Beach CA 92649**<br>Line from *Schedule A/B*: **6.1** | $7,000.00 | ☑ $,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Checking and savings: Alliant Credit= Union          Stimulous Cks**<br>Line from *Schedule A/B*: **17.1** | $4,048.34 | ☑ $4,048.34<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 541(b)(11) |
| **Checking and savings: Chase Bank**<br>Line from *Schedule A/B*: **17.1**<br>**8 months uncashed rent checks tendered to Houser Bros. dba Rancho Del Rey MHE/Fidelity 401K** | $8,050.00 | ☑ $8,050<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070 |
| **J-Sandcastle Co., LLC - Debtor's single member LLC (Purpose is to hold Registered title with HCD to Debtor's primary residence) 100 % ownership**<br>Line from *Schedule A/B*: **19.1** | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.060 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

EXHIBIT 28, PAGE 517

000290

Debtor 1    **Jamie Lynn Gallian**    Case number (if known)

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own Copy the value from Schedule A/B | Amount of the exemption you claim Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **J-Pad, LLC (Debtor owns 1/3 interest in LLC; only purpose is to hold a note and UCC-1 filing on Debtor's primary residence) 33.33 % ownership** Line from Schedule A/B: **19.2** | $0.00 | ■ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.060 |
| **IIRA: Fidelity IRA** Line from Schedule A/B: **21.1** | $7400.00 | ■ 100% ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.115(a)(1) & (2), (b) |
| **Personal injury claims against Huntington Beach Gables Homeowner's Association and Jesus Jasso Jr.; DOI:  8/5/2018; Case No.: 30-2020-01153679** Line from Schedule A/B: **34.1** | unknown $0.00 | ■ 100% ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.140 |
| **Potential insurance bad faith claim against Mercury Insurance related to claim against Huntington Beach Gables Homeowner's Association; No lawsuit filed yet.  Related to Case Nos.: 30-2017-00913985, 30-2017-00962999** Line from Schedule A/B: **34.2** | unknown $0.00 | ■ 100% ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.140 |
| **Real estate fraud; Failure to disclose, claim against Sandra Bradley; DOI: 04/11/2017; No lawsuit filed yet.** Line from Schedule A/B: **34.3** | unknown $0.00 | ■ 100% ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.140 |
| **Restitution claim against Jesus Jasso Jr. from PC §242 OCDA Case no.: 19WM09951** Line from Schedule A/B: **34.4** | Unknown $0.00 | ■ 100% ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.140 |

3. **Are you claiming a homestead exemption of more than $170,350?**
(Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

■ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐ No

    ☐ Yes

EXHIBIT 28, PAGE 518

000291

Fill in this information to identify your case:

| Debtor 1 | **Jamie Lynn Gallian** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

**Official Form 106D**

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:    List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|
| **2.1** **Houser Bros. Co.** | Describe the property that secures the claim: | $0.00 | $235,000.00 | $0.00 |

Creditor's Name
**DBA Rancho Del Rey
Mobilehome Estates
16222 Monterey Ln
Huntington Beach, CA
92649**

16222 Monterey Ln #376 Huntington Beach, CA 92649  Orange County Registered HCD Title held by Debtor's single member LLC - J-Sandcastle Co, LLC

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 and another (J-Sandcastle Co, LLC)
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   Unexpired term of 80-yr. Ground Leasehold - Tract No. 10542, Unit 4, Space 376.

Date debt was incurred     11/1/2018 ongoing     Last 4 digits of account number    0376

**EXHIBIT 28, PAGE 519**

000292

Debtor 1    **Jamie Lynn Gallian**
   First Name       Middle Name       Last Name             Case number *(if known)*

---

| 2.2 | **J-Pad, LLC** | Describe the property that secures the claim: | $175,000.00 | $235,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name
**4519 Ponderosa Way**
**Yorba Linda, CA 92886**
Number, Street, City, State & Zip Code

**Ron Pierpont**
Creditor's Name
**4519 Ponderosa Way**
**Yorba Linda, CA 92886**

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred    **1/14/2019;**
                **8/20/2020.**

Describe the property that secures the claim:
**16222 Monterey Ln #376 Huntington Beach, CA 92649  Orange County, HCD Title held by Debtor's single member LLC - J-Sandcastle Co, LLC**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan) **Manufactured Home Financing Note**
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)  **UCC-1 File No. 19-7691905279   Filing Date: 1/14/2019;**
**Encumbrance; HCD Lien perfected 8/20/2020, Ronald J. Pierpont (Loan WJC 8/7/2019, 1/27/2020)**

Last 4 digits of account number    **LBM1081**

---

| 2.3 | **Kia Motors Finance** | Describe the property that secures the claim: | $4,186.00 | $0.00 | $4,186.00 |
|---|---|---|---|---|---|

Creditor's Name

**PO Box 20815**
**Fountain Valley, CA 92728**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred

Describe the property that secures the claim:
**2020 Kia Sportage**
**Location: 16222 Monterey Ln #376, Huntington Beach CA 92649 (LEASE)**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)  **Auto Lease**

Last 4 digits of account number    **9742**

---

| 2.4 | **Orange County Tax Assessor** | Describe the property that secures the claim: | $0.00 | $235,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**P.O. Box 149**
**Santa Ana, CA 92702**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred

Describe the property that secures the claim:
**16222 Monterey Ln #376 Huntington Beach, CA 92649  Orange County Title held by Debtor's single member LLC - J-Sandcastle Co, LLC, APN 891-569-62**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)  **Property Taxes**

Last 4 digits of account number    **Decal LBM 1081; APN: 891-569-62**

---

Official Form 106D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 2 of 4

EXHIBIT 28, PAGE 520

000293

Debtor 1    **Jamie Lynn Gallian**                                                   Case number (if known) _____
First Name        Middle Name         Last Name

| 2.5 | **The Huntington Beach Gables Homeowners Association** | Describe the property that secures the claim: | $319,653.59 | $235,000.00 | $241,319.59 |
|---|---|---|---|---|---|

Creditor's Name
c/o Epsten Grinnell & Howell, APC
10200 Willow Creek Road, Ste 100
San Diego, CA 92131;
c/o Feldsott & Lee
23161 Mill Creek Drive Ste 300
Laguna Hills, CA 92653
Number, Street, City, State & Zip Code

**16222 Monterey Ln #376 Huntington Beach, CA 92649  Orange County HCD Title held by Debtor's single member LLC - J-Sandcastle Co, LLC**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset)    EJ-1

Date debt was incurred    **May 6, 2019**    Last 4 digits of account number    **OCJC** 30-2017-00913985

---

| 2.6 | **The Huntington Beach Gables Homeowners Association** | Describe the property that secures the claim: | $9,265.00 | $235,000.00 | $9,265.00 |
|---|---|---|---|---|---|

Creditor's Name
c/o Epsten Grinnell & Howell, APC
10200 Willow Creek Road, Ste 100
San Diego, CA 92131;
c/o Feldsott & Lee
23161 Mill Creek Drive Ste 300
Laguna Hills, CA 92653

**16222 Monterey Ln #376 Huntington Beach, CA 92649  Orange County HCD Title held by Debtor's single member LLC - J-Sandcastle Co, LLC**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset)

EJ-001 2019000148568 - filed OC REC. 5/3/2019

Date debt was incurred    **March 21, 2019**    Last 4 digits of account number    **OCJC** 30-2017-00962999

EXHIBIT 28, PAGE 521

000294

Debtor 1  **Jamie Lynn Gallian**
First Name _____ Middle Name _____ Last Name _____    Case number (if known) _____

| 2.7 | **Huntington Beach Gables Homeowners Association** | | $53,684.41 | $235,000.00 | $53,684.41 |

Creditor's Name:
**Jasso; Gragnano; Phillips; Beck; Paulin; Burrett.**
**c/o Gordon Rees Scully & Mansukhani**
**633 W 5th Street, 52nd Floor**
**Los Angeles, CA 90071**
**c/o Epsten Grinnell & Howell, APC**
**10200 Willow Creek Road, Ste 100**
**San Diego, CA 92131;**
Number, Street, City, State & Zip Code

Describe the property that secures the claim:

> **16222 Monterey Ln #376 Huntington Beach, CA 92649  Orange County HCD Title held by Debtor's single member LLC - J-Sandcastle Co, LLC**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)  **Judgment Lien (JL1)**  **File # U200003862424 -7/26/2020**

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred  **Dec. 4, 2018**    Last 4 digits of account number    **OCJC 30-2017-00913985**

Add the dollar value of your entries in Column A on this page. Write that number here:    **$561,789.00**
If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:    **$561,789.00**

**Part 2:  List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 4 of 4

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**EXHIBIT 28, PAGE 522**

000295

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Jamie Lynn Gallian** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | | |
| (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | |
| Case number (if known) | _____ | ☐ Check if this is an amended filing |

## Official Form 106E/F
### Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?

   ■ No. Go to Part 2.

   ☐ Yes.

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | |
|---|---|---|---|
| **4.1** | **BS Investors, LP** **G/HB** | | Total claim |
| | Nonpriority Creditor's Name | Last 4 digits of account number    **0376** | **Unknown** |
| | **18201 Von Karmen Ste. 450** **Irvine, CA 92612** | When was the debt incurred?    **11/1/2018-present** | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | |
| | Who incurred the debt? Check one. | | |
| | ■ Debtor 1 only | ☐ Contingent | |
| | ☐ Debtor 2 only | ☐ Unliquidated | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Disputed | |
| | ☐ At least one of the debtors and another | Type of NONPRIORITY unsecured claim: | |
| | ☐ Check if this claim is for a community debt | ☐ Student loans | |
| | Is the claim subject to offset? | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| | ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| | ☐ Yes | ■ Other. Specify    **OCSC Filed 1/2/2019   30-2019-0101423** | |

EXHIBIT 28, PAGE 523

000296

Debtor 1    **Jamie Lynn Gallian**                                        Case number (if known)

---

**4.2**    **Gordon Rees Scully & Mansukhani**

Nonpriority Creditor's Name

**633 W 5th Street, 52nd Floor**
**Los Angeles, CA 90071**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number ____    **Unknown**

**When was the debt incurred?**    **12/4/2018; 5/6/2019**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **OCSC Case No. 30-2017-00913985  Huntington  Beach Gables Homeowners Association; Lee Gragnano; Ted Phillips; Lindy Beck; Janine Jasso; Jennifer Paulin; Lori Burrett**

---

**4.3**    **Houser Bros. Co.**

Nonpriority Creditor's Name

**dba Rancho Del Rey Mobile Home Estates**
**17610 Beach Blvd Ste. 32**
**Huntington Beach, CA 92647**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **0376**    **Unknown**

**When was the debt incurred?**    **11/1/2018-present**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Unlawful Detainer Lawsuit Filed 1/2/2019 OCSC 30-2019-01041423**

---

**4.4**    **Internal Revenue Service**

Nonpriority Creditor's Name

**PO Box 7346**
**Philadelphia, PA 19101-7346**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number ____    **$3,361.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Income Taxes**

---

**EXHIBIT 28, PAGE 524**

000297

Debtor 1    **Jamie Lynn Gallian**                                                          Case number (if known)

| | | |
|---|---|---|
| **4.5** | **James H Casello** | Last 4 digits of account number _____  Unknown |
| | Nonpriority Creditor's Name | |
| | **Casello & Lincoln, Attorneys at Law** | When was the debt incurred?  _____ |
| | **525 N Cabrillo Park Drive Ste 104** | |
| | **Santa Ana, CA 92701** | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| | Who incurred the debt? Check one. | |

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Misc. Debt.**

---

| | | |
|---|---|---|
| **4.6** | **Janine Jasso c/o Huntington Beach Gables Homeowners Association** | Last 4 digits of account number _____  $46,138.00 |
| | Nonpriority Creditor's Name | |
| | **Gordon Rees Scully & Mansukhani** | When was the debt incurred?  **12/4/2018** |
| | **633 W 5th Street, 52nd Floor** | |
| | **Los Angeles, CA 90071** | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| | Who incurred the debt? Check one. | |

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **EJ-1 2018000467142, FILED 12/14/18 OC CLK REC**
OCSC Case No. 30-2017-00913985  Huntington Beach Gables Homeowners Association; Lee Gragnano, Ted Phillips, Lindy Beck, Janine Jasso, Jennifer Paulin, Lori Burrett

---

| | | |
|---|---|---|
| **4.7** | **Jennifer Ann Paulin c/o Huntington Beach Gables Homeowners Association;** | Last 4 digits of account number _____  $0.00 |
| | Nonpriority Creditor's Name | |
| | **c/o Gordon Rees Scully & Mansukhani** | When was the debt incurred?  _____ |
| | **633 W 5th Street, 52nd Floor** | |
| | **Los Angeles, CA 90071** | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| | Who incurred the debt? Check one. | |

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **EJ-1 2018000467142, FILED 12/14/18 OC CLK REC;   OCSC Case No. 30-2017-00913985  Huntington Beach Gables Homeowners Association;**

---

EXHIBIT 28, PAGE 525

000298

Debtor 1    **Jamie Lynn Gallian**

Case number *(if known)* _____

| 4.8 | Lee S Gragnano c/o Huntington Beach Gables Homeowners Association | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
c/o Gordon Rees Scully & Mansukhani
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071

Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify EJ-1 2018000467142, FILED 12/14/18 OC CLK REC;    OCSC Case No. 30-2017-00913985  Huntington Beach Gables Homeowners Association;

| 4.9 | Lindy Beck c/o Huntington Beach Gables Homeowners Association | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
c/o Gordon Rees Scully & Mansukhani
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071

Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify EJ-1 2018000467142, FILED 12/14/18 OC CLK REC;    OCSC Case No. 30-2017-00913985  Huntington Beach Gables Homeowners Association;

| 4.10 | Lisa Ryan | Last 4 digits of account number _____ | $8,743.02 |

Nonpriority Creditor's Name

20949 Lassen St. Apt 208
Chattsworth, CA 91311

Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

When was the debt incurred? 10-18-2018

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify 30-2018-01013582  Misc Debt

EXHIBIT 28, PAGE 526

000299

Debtor 1    **Jamie Lynn Gallian**                                              Case number (if known)

---

**4.1 1**

**Lori Burrett Huntington Beach Gables Homeowners Association**
Nonpriority Creditor's Name
c/o Gordon Rees Scully & Mansukhani
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071
Number Street City State Zip Code

Who incurred the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____                          **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **EJ-1 2018000467142, FILED 12/14/18 OC CLK REC;   OCSC Case No. 30-2017-00913985, Huntington  Beach Gables Homeowners Association**

---

**4.1 2**

**Nationwide Reconveyance, LLC**
Nonpriority Creditor's Name
c/o Feldsott & Lee
23161 Mill Creek Drive Ste 300
Lagina Hills, CA 92653
Number Street City State Zip Code

Who incurred the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____                          **$0.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Lawsuit - Case No  30-2020-01163055-CU-OR-CJC**

---

**4.1 3**

**Patricia C. Ryan**
Nonpriority Creditor's Name

20949 Lassen St. Apt 208
Chattsworth, CA 91311
Number Street City State Zip Code

Who incurred the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____                          **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Lawsuit - Houser v Ryan UD**

---

EXHIBIT 28, PAGE 527

000300

Debtor 1    **Jamie Lynn Gallian**                                          Case number (if known)

---

**4.1 4**    **Rancho Bernard Condominium Management**

Nonpriority Creditor's Name

Last 4 digits of account number _____                    **$0.00**

When was the debt incurred?    _____

**dba Elite Community Management**
**c/o Gordon Rees Scully Mansukhani**
**5 Park Plaza Ste 1100**
**Irvine, CA 92614**

Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Lawsuit   Case No. 30-2020-01163055**

---

**4.1 5**    **Randall Nickell**

Nonpriority Creditor's Name

Last 4 digits of account number _____                    **Unknown**

When was the debt incurred?    _____

**4476 Alderport Dr**
**Huntington Beach, CA 92649**

Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Lawsuit - Case No**
**30-2020-01163055-CU-OR-CJC**

---

**4.1 6**    **Orange County Superior Court Bench Citation (Civil C-33)**

Nonpriority Creditor's Name

Last 4 digits of account number    **17-00913985**         **$5,000.00**

When was the debt incurred?    **7/8/2021**

**c/o Feldsott & Lee**
**23161 Mill Creek Drive Ste 300**
**Laguna Hills, CA 92653**

Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **MISC DEBT Collection Case 30-2017-00913985**

---

EXHIBIT 28, PAGE 528

000301

Debtor 1    **Jamie Lynn Gallian**                                              Case number (if known)

| | | |
|---|---|---|
| **4.17** | **People of the State Of California 18WM05278** | **$ 13,229.24** |

Nonpriority Creditor's Name
**West Justice Center**
**8141 13th Street**
**Westminster, CA 91683**

Last 4 digits of account number _____

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**
☑ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Misc. Debt -  2021000348287   Filed 05/27/2021;  OC Clerk Recorder**

---

| | | |
|---|---|---|
| **4.18** | **Superior Default Services Inc** | **$0.00** |

Nonpriority Creditor's Name
**c/o Feldsott & Lee**
**23161 Mill Creek Drive Ste 300**
**Laguna Hills, CA 92653**

Last 4 digits of account number _____

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**
☑ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Lawsuit 30-2020-01163055**

---

| | | |
|---|---|---|
| **4.19** | **The Huntington Beach Gables** | **$319,653.59** |

Nonpriority Creditor's Name
**Homeowners Association**
**c/o Epsten Grinnell & Howell, APC**
**10200 Willow Creek Road, Ste 100**
**San Diego, CA 92131**

Last 4 digits of account number _____

When was the debt incurred?    5/6/2019

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**
☑ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **EJ-001  2019000165259,  FILED  05/16/2019  OC  CLERK  RECORDER;**
**OCSC  No.  30-2017-00913985;  Huntington  Beach  Gables  Homeowners  Association;**

---

EXHIBIT 28, PAGE 529

000302

Debtor 1    **Jamie Lynn Gallian** _____    Case number _(if known)_ _____

---

| 4.2 0 | The Huntington Beach Gables | Last 4 digits of account number _____ | $9,265.00 |

**The Huntington Beach Gables**
Nonpriority Creditor's Name
**Homeowners Association**
**c/o Epsten Grinnell & Howell, APC**
**10200 Willow Creek Road, Ste 100**
**San Diego, CA 92131**
Number Street City State Zip Code

When was the debt incurred?    **March 21, 2019**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **EJ-001 2019000148568, FILED 05/03/2019 OC CLERK RECORDER; OCSC Case No. 30-2017-00962999, Huntington Beach Gables Homeowners Association**

---

| 4.2 1 | The Huntington Beach Gables | Last 4 digits of account number _____ | $3,070.00 |

**The Huntington Beach Gables**
Nonpriority Creditor's Name
**Homeowners Association**
**c/o Epsten Grinnell & Howell APC**
**10200 Willow Creek Road, Ste 100 San Diego, CA 92131**
Number Street City State Zip Code

When was the debt incurred?    **September 27, 2018**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **EJ-001 2018000435011, FILED 11/19/2018 OC CLERK RECORDER; OCSC No. 30-2017-00913985, Huntington Beach Gables Homeowners Association**

---

| 4.2 2 | Ted Phillips c/o Huntington Beach Gables Homeowners Association | Last 4 digits of account number _____ | $0.00 |

**Ted Phillips c/o Huntington Beach Gables Homeowners Association**
Nonpriority Creditor's Name
**c/o Gordon Rees Scully & Mansukhani**
**633 W 5th Street, 52nd Floor**
**Los Angeles, CA 90071**
Number Street City State Zip Code

When was the debt incurred?    _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **EJ-001 2018000467142, FILED 12/14/2018 OC CLERK RECORDER; OCSC No. 30-2017-00913985, Huntington Beach Gables Homeowners Association**

---

EXHIBIT 28, PAGE 530

000303

Case 8:21-bk-11710-ES    Doc 1    Filed 07/09/21    Entered 07/09/21 14:15:51    Desc
Main Document    Page 32 of 60

Debtor 1    **Jamie Lynn Gallian**                                    Case number (if known) _____

| 4.2 3 | **The Huntington Beach Gables Homeowners Association** | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name
c/o Feldsott & Lee
23161 Mill Creek Drive Ste 300
Laguna Hills, CA 92653

**When was the debt incurred?** _____

Number Street City State Zip Code=

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **OCSC CX Complaint Lawsuit 30-2020-01163055  Filed (11/9/2020)**
**Nickel  vs.  Huntington  Beach Gables Homeowners Association**

---

| 4.2 4 | **United Airlines** | Last 4 digits of account number  **10092** | **$9,572.91** |
|---|---|---|---|

Nonpriority Creditor's Name
PO Box 0675
Carol Stream, IL 60132-0675

**When was the debt incurred?** _____

Number Street City State Zip Code=

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community= debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Misc Debt COBRA**

---

| 4.2 5 | **US Bank NA** | Last 4 digits of account number  **6482** | **$9,145.00** |
|---|---|---|---|

Nonpriority Creditor's Name
PO Box 64799
Saint Paul, MN 55164

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify= **Collection**

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

EXHIBIT 28, PAGE 531

000304

Debtor 1    **Jamie Lynn Gallian**    Case number (if known) _____

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Feldsott & Lee**<br>**23161 Mill Creek Drive Ste 300**<br>**Laguna Hills, CA 92653** | Line **4.23** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Feldsott & Lee**<br>**23161 Mill Creek Drive Ste 300**<br>**Laguna Hills, CA 92653** | Line **4.12** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Feldsott & Lee**<br>**23161 Mill Creek Drive Ste 300**<br>**Laguna Hills, CA 92653** | Line **4.18** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Gorden G May**<br>**Grant, Genovese & Baratta, LLP**<br>**2030 Main Street, Ste. 1600**<br>**irvine, CA 92614** | Line **4.1** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Gordon Rees Scully & Mansukhani**<br>**5 Park Plaza Ste. 1100**<br>**Irvine, CA 92614** | Line **4.14** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Gordon Rees Scully & Mansukhani**<br>**633 W 5th Street, 52nd Floor**<br>**Los Angeles, CA 90071** | Line **4.2** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>**4.6; 4.7; 4.8; 4.9; 4.11; 4.22**  ■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Mark Mellor**<br>**Mellor Law Firm**<br>**6800 Indiana Avenue Ste. 220**<br>**Riverside, CA 92506** | Line **4.15** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Vivian J. Alston**<br>**Alston, Alston, & Diebold**<br>**27201 Puerta Real, Ste. 300**<br>**Mission Viejo, CA 92691** | Line **4.3** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ | **0.00** |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | **0.00** |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | **0.00** |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | **0.00** |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | **0.00** |

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ | **0.00** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | **0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | **0.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

EXHIBIT 28, PAGE 532

000305

Debtor 1    **Jamie Lynn Gallian**

Case number (if known)

| | | | |
|---|---|---|---|
| 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 427,177.76 |
| 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 427,177.76 |

EXHIBIT 28, PAGE 533

000306

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Jamie Lynn Gallian** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number (if known) | _____ | | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Kia Motors**<br>Name<br>**P.O. Box 20815**<br>Number    Street<br>**Fountain Valley, CA 92708**<br>City          State          ZIP Code | Kia Sportage Car Lease |
| 2.2 | **Robert P. Warmington Co**<br>Name<br>**3090 Pullman St.**<br>Number    Street<br>**Costa Mesa, CA 92626**<br>City          State          ZIP Code | Unexpired Ground Leasehold Located on APN 178-011-01. Unit 4, Tract 10542, Space 376.<br>Expires 12/31/2059 |
| 2.3 | **BS Investors, LP**<br>Name<br>**18201 Von Karman Ste. 450**<br>Number    Street<br>**Irvine, CA    92612**<br>City          State          ZIP Code | Unexpired Ground Leasehold Located on APN 178-011-01. Unit 4, Tract 10542, Space 376.<br>Expires 12/31/2059 |
| 2.4 | **Houser Bros Co dba Rancho Del Rey Mobilehome Estates**<br>Name<br>**16222 Monterey Ln**<br>Number    Street<br>**Huntington Beach CA 92649**<br>City          State          ZIP Code | Unexpired Ground Leasehold, Located on APN 178-011-01. Unit 4, Tract 10542, Space 376.<br>Expires 12/31/2059 |
| 2.5 | Name<br>Number    Street<br>City          State          ZIP Code | |

Official Form 106G          Schedule G: Executory Contracts and Unexpired Leases          Page 1 of 1

EXHIBIT 28, PAGE 534

000307

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

    ■ No
    ☐ Yes.

    In which community state or territory did you live?    **-NONE-**    . Fill in the name and current address of that person.

    _____
    Name of your spouse, former spouse, or legal equivalent
    Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

*Column 1:* Your codebtor
Name, Number, Street, City, State and ZIP Code

*Column 2:* The creditor to whom you owe the debt
Check all schedules that apply:

| 3.1 | _____ | ☐ Schedule D, line _____ |
|---|---|---|
| | Name | ☐ Schedule E/F, line _____ |
| | | ☐ Schedule G, line _____ |
| | Number    Street | |
| | City           State           ZIP Code | |

| 3.2 | _____ | ☐ Schedule D, line _____ |
|---|---|---|
| | Name | ☐ Schedule E/F, line _____ |
| | | ☐ Schedule G, line _____ |
| | Number    Street | |
| | City           State           ZIP Code | |

EXHIBIT 28, PAGE 535

000308

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Jamie Lynn Gallian |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (If known) | |

Check if this is:
- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 income as of the following date:

MM / DD/ YYYY

## Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☐ Employed | ☐ Employed |
| | | ■ Not employed | ☐ Not employed |
| Occupation | | Unemployed/Disabled;date of injury 8/5/2018, severe crushing injury left foot, with nerve impingment, protruding interior bone left interior portion foot. | |
| Employer's name | | | |
| Employer's address | | | |
| How long employed there? | | Flight Attendant-United Airlines 22 years Last day; worked 10/26/2018 | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ N/A |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ N/A |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ 0.00 | $ N/A |

EXHIBIT 28, PAGE 536

000309

Debtor 1    **Jamie Lynn Gallian**                                    Case number (if known)

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here | 4. | $ 0.00 | $ N/A |
| 5. | **List all payroll deductions:** | | | |
| | 5a.  **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ N/A |
| | 5b.  **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ N/A |
| | 5c.  **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ N/A |
| | 5d.  **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ N/A |
| | 5e.  **Insurance** | 5e. | $ 0.00 | $ N/A |
| | 5f.  **Domestic support obligations** | 5f. | $ 0.00 | $ N/A |
| | 5g.  **Union dues** | 5g. | $ 0.00 | $ N/A |
| | 5h.  **Other deductions. Specify:** | 5h.+ | $ 0.00 + | $ N/A |
| 6. | **Add the payroll deductions.**  Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ N/A |
| 7. | **Calculate total monthly take-home pay.**  Subtract line 6 from line 4. | 7. | $ 0.00 | $ N/A |
| 8. | **List all other income regularly received:** | | | |
| | 8a.  **Net income from rental property and from operating a business, profession, or farm**<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 1,000.00 | $ N/A |
| | 8b.  **Interest and dividends** | 8b. | $ 0.00 | $ N/A |
| | 8c.  **Family support payments that you, a non-filing spouse, or a dependent regularly receive**<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| | 8d.  **Unemployment compensation** | 8d. | $ 0.00 | $ N/A |
| | 8e.  **Social Security** | 8e. | $ 0.00 | $ N/A |
| | 8f.  **Other government assistance that you regularly receive**<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: | 8f. | $ 0.00 | $ N/A |
| | 8g.  **Pension or retirement income** | 8g. | $ 0.00 | $ N/A |
| | 8h.  **Other monthly income. Specify:** | 8h.+ | $ 0.00 + | $ N/A |
| 9. | **Add all other income.**  Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 1,000.00 | $ N/A |
| 10. | **Calculate monthly income.**  Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 1,000.00 + $ N/A = | $ 1,000.00 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____    11. +$    0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies

| | |
|---|---|
| 12. | $ 1,000.00 |
| | **Combined monthly income** |

13. **Do you expect an increase or decrease within the year after you file this form?**
■ No.
☐ Yes. Explain: _____

Official Form 106I                              **Schedule I: Your Income**                              page 2

EXHIBIT 28, PAGE 537

000310

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

## Schedule J: Your Expenses                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ■ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**   ■ No

    Do not list Debtor 1 and Debtor 2.
    ☐ Yes.   Fill out this information for each dependent............

    Do not state the dependents names.

    | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
    |---|---|---|
    | _____ | _____ | ☐ No ☐ Yes |
    | _____ | _____ | ☐ No ☐ Yes |
    | _____ | _____ | ☐ No ☐ Yes |
    | _____ | _____ | ☐ No ☐ Yes |
    | _____ | _____ | ☐ No ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | | Your expenses |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4.  $ | 0.00 |
| | If not included in line 4: | | |
| 4a. | Real estate taxes | 4a.  $ | 100.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b.  $ | 100.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c.  $ | 100.00 |
| 4d. | Homeowner's association or condominium dues | 4d.  $ | 0.00 |
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5.  $ | 100.00 |

Official Form 106J                    Schedule J: Your Expenses                         page 1

EXHIBIT 28, PAGE 538

000311

Debtor 1    **Jamie Lynn Gallian**                                          Case number (if known)

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a.  Electricity, heat, natural gas | 6a. $ | 200.00 |
| | 6b.  Water, sewer, garbage collection | 6b. $ | 60.00 |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 160.00 |
| | 6d.  Other. Specify:  **Space #376 Rent** | 6d. $ | 1,086.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | 500.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 0.00 |
| 10. | **Personal care products and services** | 10. $ | 30.00 |
| 11. | **Medical and dental expenses** | 11. $ | 125.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 100.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.  Life insurance | 15a. $ | 0.00 |
| | 15b.  Health insurance | 15b. $ | 0.00 |
| | 15c.  Vehicle insurance | 15c. $ | 175.00 |
| | 15d.  Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a.  Car payments for Vehicle 1 | 17a. $ | 240.00 |
| | 17b.  Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c.  Other. Specify: | 17c. $ | 0.00 |
| | 17d.  Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | |
| | 20a.  Mortgages on other property | 20a. $ | 0.00 |
| | 20b.  Real estate taxes | 20b. $ | 0.00 |
| | 20c.  Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d.  Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e.  Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | 21. +$ | 0.00 |
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 2,676.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2= | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | 2,676.00 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a.= Copy line 12 (*your combined monthly income*) from Schedule I. | 23a. $ | 1,000.00 |
| | 23b.= Copy your monthly expenses from line 22c above. | 23b. -$ | 2,676.00 |
| | 23c.  Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. $ | -1,676.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
   For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

   ■ No.

   ☐ Yes.    Explain here:

EXHIBIT 28, PAGE 539

000312

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____    X _____
**Jamie Lynn Gallian**    Signature of Debtor 2
Signature of Debtor 1

Date _____ 7/9/2021 _____    Date _____

Official Form 106Dec    **Declaration About an Individual Debtor's Schedules**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | ☐ Check if this is an amended filing |

## Official Form 107
### Statement of Financial Affairs for Individuals Filing for Bankruptcy  4/19

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:  Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ☐ Married
   ■ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ■ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

   | Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
   |---|---|---|---|

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ■ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2  Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2020 ) | ■ Wages, commissions, bonuses, tips | $1,408.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

EXHIBIT 28, PAGE 541

000314

Debtor 1    **Jamie Lynn Gallian** _____    Case number *(if known)* _____

| | Debtor 1<br>Sources of income<br>Check all that apply. | Gross income<br>(before deductions and<br>exclusions) | Debtor 2<br>Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions) |
|---|---|---|---|---|
| **For the calendar year before that:**<br>**(January 1 to December 31, 2019 )** | ■ Wages, commissions,<br>bonuses, tips | $3,375.00 | ☐ Wages, commissions,<br>bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
■ Yes. Fill in the details.

| | Debtor 1<br>Sources of income<br>Describe below. | Gross income from<br>each source<br>(before deductions and<br>exclusions) | Debtor 2<br>Sources of income<br>Describe below. | Gross income<br>(before deductions<br>and exclusions) |
|---|---|---|---|---|
| **From January 1 of current year until**<br>**the date you filed for bankruptcy:** | Unemployment | $0.00 | | |
| **For last calendar year:**<br>**(January 1 to December 31, 2020 )** | Unemployment | $21,227.00 | | |
| | Retirement | $31,922.58 | | |

| Part 3: | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.  Neither Debtor 1 nor Debtor 2 has primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?
☐ No.  Go to line 7.
☐ Yes   List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

■ Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?
■ No.  Go to line 7.
☐ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount<br>paid | Amount you<br>still owe | Was this payment for ... |
|---|---|---|---|---|
| | | | | |

EXHIBIT 28, PAGE 542

000315

Debtor 1    **Jamie Lynn Gallian** _____    Case number *(if known)* _____

---

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

    ■ No
    ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
    Include payments on debts guaranteed or cosigned by an insider.

    ■ No
    ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☐ No
    ■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Filed 1/2/2019<br>Houser Bros Co<br>v Jamie Gallian<br>30-2019-01041423-CI-UD-CJC | Unlawful Detainer | Orange County Superior Court<br>700 W Civic Center West<br>Santa Ana, CA 92701 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| Filed 11/8/2020<br>Randall L Nickell v. The Huntington Beach Gabels HOA, etal<br>30-2020-01163055-CU-OR-CJC | Civil | Orange County Superior Court<br>700 Civic Center Drive West<br>Santa Ana, CA 92701 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| Filed 4/11/2017<br>Huntington Beach Gables Homeowners Association vs. Sandra Bradley et al.<br>30-2017-00913985-CU-CO-CJC | Collections | Orange County Superior Court<br>700 Civic Center Drive West<br>Santa Ana, CA 92701 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| Filed 12/22/2017<br>Huntington Beach Gables Homeowners Association vs. Jamie  Lynn Gallian<br>30-2017-00962999-CU-HR-CJC | Collections | Orange County Superior Court<br>700 Civic Center Drive West<br>Santa Ana, CA 92701 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

EXHIBIT 28, PAGE 543

000316

Debtor 1    **Jamie Lynn Gallian** _____    Case number *(if known)* _____

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

    **A WRIT dated 11/19/18, in the name of LISA T. RYAN, Case No. 30-2018-01013582 was UNLAWFULLY executed by Park**
    ■ No. Go to line 11.    **Mgr., Houser Bros Co GP on 3/4/2019, against the bona fide purchase of Ryan home LBM1081 on 11/1/2018.**
    ☐ Yes. Fill in the information below. · **Possession returned to bona fide buyer by Judicial Officer Judge Carmen Luege. on 3/6/19, OCJC.**

| Creditor Name and Address | Describe the Property LBM 1081 | Date 3/6/2019 | Value of the property |
|---|---|---|---|
| **Houser Bros Co GP**<br>**dba RDRMHE** | **Explain what happened** | Resident Gallian was removed from her home by force on 3/4/19,<br>Park Manager changed Locks unlawfully. Possession. ret. to Gallian. | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
    ■ No
    ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
    ■ No
    ☐ Yes

**Part 5:    List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
    ■ No
    ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift and Address: | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
    ■ No
    ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

**Part 6:    List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**    **Unemployment due to Covid 19 pandemic massive layoffs in airline industry and other industries; California Governors**
    No    **Stay at Home Orders. Unable to procure sustainable employment. Apply for Covid 19 Rent Relief State Programs.**
    ☒ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

**Part 7:    List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

    ☐ No
    ■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, If Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

Official Form 107    Statement of Financial Affairs for Individuals Filing for Bankruptcy    page 4

**EXHIBIT 28, PAGE 544**

000317

Debtor 1    **Jamie Lynn Gallian**

Case number (*if known*)

| Person Who Was Paid; Address; Email address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| James H. Casello Esq.    SBN 76021 | Client Trust Account for Atty Fees | 2019-2020 | $ 43,000.00 |
| Michael Chulak, Esq.  SBN 194744 (suspended) | Client Trust Account for Atty Fees | 2018-2019 | $ 8,700.00 |
| Michael S. Devereux, Esq.    SBN 225240 | Client Trust Account for Atty Fees | 2018-2019 | $ 5,000.00 |
| Steven A. Fink, Esq.    SBN 93762 | Client Trust Account for Atty Fees | 2019-2020 | $ 30,000.00 |
| David R. Flyer, Esq.    SBN 10069 | Client Trust Account for Atty Fees | 2018-2019 | $ 17,000.00 |
| Raquel Flyer-Dashner Esq.    SBN 282248 | Client Trust Account for Atty Fees | 2018 | $ 5,000.00 |
| Frank A. Satalino, Esq.    SBN 143444 | Client Trust Account for Atty Fees | 2018 | $ 5,000.00 |
| | | **TOTAL** | **$ 113,700.00** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes. Fill in the details.

| Person Who Received Transfer Address Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Randall Nickell 4476 Alderport Dr. Unit 53 Huntington Beach, CA 92649 Bona fide purchaser for Value. | Primary residence sold Leasehold on 10/31/2018 4476 Alderport Drive #53, Huntington Beach, CA 92649 APN 937-63-053 | $379,000 | 10/31/2018 |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called *asset-protection devices*.)**

☑ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**  List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

EXHIBIT 28, PAGE 545

000318

Debtor 1    **Jamie Lynn Gallian** _____    Case number *(if known)* _____

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ **No**
☐ **Yes.** Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ **No**
☐ **Yes.** Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:    Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ **No**
☐ **Yes.** Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ **No**
☐ **Yes.** Fill in the details.

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

■ **No**
☐ **Yes.** Fill in the details.

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

EXHIBIT 28, PAGE 546

000319

Debtor 1    __Jamie Lynn Gallian_____    Case number *(if known)* _____

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

- ■ No
- ☐ Yes. Fill in the details.

| Case Title | Court or agency | Nature of the case | Status of the |
|---|---|---|---|
| Case Number | Name | | case |
| | Address (Number, Street, City, State and ZIP Code) | | |

| Part 11: | Give Details About Your Business or Connections to Any Business |
|---|---|

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

- ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
- ■ A member of a limited liability company (LLC) or limited liability partnership (LLP)
- ☐ A partner in a partnership
- ☐ An officer, director, or managing executive of a corporation
- ☐ An owner of at least 5% of the voting or equity securities of a corporation

- ☐ No. None of the above applies. Go to Part 12.
- ■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name Address (Number, Street, City and ZIP Code) | Describe the nature of the business Name of accountant or bookkeeper | Employer identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| J-Sandcastle Co., LLC 16222 Monterey Lane #376 Huntington Beach, CA 92649 | Residential Management | EIN: 83-2453659 From-To 10/19/2018 - Present |
| J-Pad, LLC 16222 Monterey Lane #376 Huntington Beach, CA 92649 | Residential Management | EIN: From-To 02/09/2018 - Present |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

- ■ No
- ☐ Yes. Fill in the details below.

| Name | Date Issued |
|---|---|
| Address (Number, Street, City, State and ZIP Code) | |

| Part 12: | Sign Below |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

_____    _____
Jamie Lynn Gallian                           Signature of Debtor 2
Signature of Debtor 1

Date _____7/9/2021_____    Date _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No

**EXHIBIT 28, PAGE 547**

000320

Debtor 1   **Jamie Lynn Gallian** _____    Case number *(if known)* _____

☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

EXHIBIT 28, PAGE 548

000321

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 108

## Statement of Intention for Individuals Filing Under Chapter 7          12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- ■ creditors have claims secured by your property, or
- ■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List Your Creditors Who Have Secured Claims**

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name:  **Houser Bros. Co. dba Rancho Del Rey Mobile-home Estates** | ☐ Surrender the property. | ☐ No |
| **Space #376, Unexpired Ground leasehold until 2059, located on APN 178-011-16; Parcel Map Book 108, Pg. 47 & 48, County of Orange** property | ☐ Retain the property and redeem it.<br>☒ Retain the property and enter into a *Reaffirmation Agreement*. | ■ Yes |
| Description of securing debt:  **16222 Monterey Ln. Space #376 Huntington Beach, CA 92649 Orange County. APN 891-569-62 Decal No. LBM1081  Title held by Debtor's single member LLC J-Sandcastle Co, LLC** | ■ Retain the property and [explain):<br><br>**Debtor will retain collateral & continue to make Monthly Ground Space Payments #376, located on APN 178-011-16** | |
| Creditor's name:  **J-Pad, LLC** | ☐ Surrender the property. | ☐ No |
| Description of property securing debt:  **16222 Monterey Ln. Space #376 Huntington Beach, CA 92649 Orange County. APN-891-569-62, Decal No. LBM1081  Title held by Debtor's single member LLC J-Sandcastle Co, LLC** | ☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>■ Retain the property and [explain):<br><br>**Debtor will retain collateral & continue to make regular principal payments.** | ■ Yes |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

EXHIBIT 28, PAGE 549

000322

Debtor 1 __Jamie Lynn Gallian_____    Case number *(if known)* _____

| | | |
|---|---|---|
| Creditor's name: | **Kia Motors Finance** | No |
| | | ☐ Retain the property and redeem it. |
| Description of property securing debt: | **2020 Kia Sportage Location: 16222 Monterey Ln #376, Huntington Beach CA 92649 (LEASE)** | ☑ Retain the property and enter into a *Reaffirmation Agreement.* Yes<br>☐ Retain the property and [explain]: |

| | | |
|---|---|---|
| Creditor's name: | **Orange County Tax Assessor** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.* ☑ Yes<br>☑ Retain the property and [explain]: | ☐ No |
| Description of property securing debt: | **16222 Monterey Ln #376 Huntington Beach, CA 92649 Orange County. APN 891-569-62 Decal No. LBM1081  Title held by Debtor's single member LLC J-Sandcastle Co, LLC** | **Debtor will retain collateral & continue to make regular payments.** | |

| | | |
|---|---|---|
| Creditor's name: | **The Huntington Beach Gables Homeowners Association** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.* ☑ Yes<br>☑ Retain the property and [explain]: | ☐ No |
| Description of property securing debt: | **16222 Monterey Ln #376 Huntington Beach, CA 92649 Orange County. APN 891-569-62 Decal No. LBM1081  Title held by Debtor's single member LLC J-Sandcastle Co, LLC** | **avoid lien using 11 U.S.C. § 522(f)** | |

| | | |
|---|---|---|
| Creditor's name: | **The Huntington Beach Gables Homeowners Association** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.* ☑ Yes<br>☑ Retain the property and [explain]: | ☐ No |
| Description of property securing debt: | **16222 Monterey Ln #376 Huntington Beach, CA 92649 Orange County. APN 891-569-62 Decal No. LBM1081  Title held by Debtor's single member LLC J-Sandcastle Co, LLC** | **avoid lien using 11 U.S.C. § 522(f)** | |

| | | |
|---|---|---|
| Creditor's name: | **The Huntington Beach Gables Homeowners Association** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.* ☑ Yes<br>☑ Retain the property and [explain]: | ☐ No |
| Description of property securing debt: | **16222 Monterey Ln #376 Huntington Beach, CA 92649 Orange County. APN 891-569-62 Decal No. LBM1081  Title held by Debtor's single member LLC J-Sandcastle Co, LLC** | **avoid lien using 11 U.S.C. § 522(f)** | |

**Part 2:    List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

**Describe your unexpired personal property leases**                    **Will the lease be assumed?**

EXHIBIT 28, PAGE 550

000323

Debtor 1    **Jamie Lynn Gallian**                                                      Case number *(if known)* _____

| Lessor's name: Description of leased Property: | **Houser Bros Co, dba Rancho Del Rey Mobile Home Estates** Ground Leasehold until 2059, Space #376, located upon APN 178-011-01 2014 Skyline Villa - Manufactured Home installed on Space 376 July 2, 2014, LBM1081 | ☐ No ☒ Yes |
|---|---|---|
| Lessor's name: Description of leased Property: | **BS Investor, LP** Ground Leasehold until 2059, Space #376, located upon APN 178-011-01 2014 Skyline Villa - Manufactured Home installed on Space 376, July 2, 2014, LBM1081 | ☐ No ☒ Yes |
| Lessor's name: Description of leased Property: | **Kia Motors Finance** 2020 Kia Sportage | ☐ No ☒ Yes |
| Lessor's name: Description of leased Property: | | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | | ☐ No ☐ Yes |

| Part 3: | Sign Below |
|---|---|

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X ___*Jamie L Gallian*___                                    X _____
**Jamie Lynn Gallian**                                           Signature of Debtor 2
Signature of Debtor 1

Date ___7/9/2021___                                         Date _____

Official Form 108                      **Statement of Intention for Individuals Filing Under Chapter 7**                      page 3

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Fill in this information to identify your case:

Debtor 1: **Jamie Lynn Gallian**

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Central District of California

Case number (if known):

Check one box only as directed in this form and in Form 122A-1Supp:

- ☑ 1. There is no presumption of abuse.
- ☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).
- ☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A – 1
## Chapter 7 Statement of Your Current Monthly Income
04/20

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

### Part 1:    Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☑ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

   ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

   ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

   Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 0.00 | $ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ |

5. **Net income from operating a business, profession, or farm**

   | | Debtor 1 | |
   |---|---|---|
   | Gross receipts (before all deductions) | $ 0.00 | |
   | Ordinary and necessary operating expenses | -$ 0.00 | |
   | Net monthly income from a business, profession, or farm | $ 0.00 | Copy here → $ 0.00 | $ |

6. **Net income from rental and other real property**

   | | Debtor 1 | |
   |---|---|---|
   | Gross receipts (before all deductions) | $ 1,000.00 | |
   | Ordinary and necessary operating expenses | -$ 0.00 | |
   | Net monthly income from rental or other real property | $ 1,000.00 | Copy here → $ 1,000.00 | $ |

| | | |
|---|---|---|
| 7. **Interest, dividends, and royalties.** | $ 0.00 | $ |

EXHIBIT 28, PAGE 552

000325

Debtor 1    **Jamie Lynn Gallian** _____    Case number (if known) _____

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

8. **Unemployment compensation** $  0.00    $ _____
Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you ........................................... $ _____ 0.00
For your spouse .............................. $ _____

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title. $  0.00    $ _____

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments made under the Federal law relating to the national emergency declared by the President under the National Emergencies Act (50 U.S.C. 1601 et seq.) with respect to the coronavirus disease 2019 (COVID-19); payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below..

_____ $  0.00    $ _____
_____ $  0.00    $ _____
Total amounts from separate pages, if any. + $  0.00    $ _____

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.    $  1,000.00  + $ _____  = $  1,000.00
Total current monthly income

**Part 2:    Determine Whether the Means Test Applies to You**

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 _____ Copy line 11 here=>    $  1,000.00

Multiply by 12 (the number of months in a year)    x 12

12b. The result is your annual income for this part of the form.    12b. $  12,000.00

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.    | CA |

Fill in the number of people in your household.    | 1 |

Fill in the median family income for your state and size of household.    13. $  62,938.00
To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a.    ■ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, There is no presumption of abuse. Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b.    ☐ Line 12b is more than line 13. On the top of page 1, check box 2, The presumption of abuse is determined by Form 122A-2. Go to Part 3 and fill out Form 122A-2.

**Part 3:    Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X _Jamie Lynn Gallian_    7/9/2021
**Jamie Lynn Gallian**

Official Form 122A-1    Chapter 7 Statement of Your Current Monthly Income    page 2

EXHIBIT 28, PAGE 553

000326

Debtor 1    **Jamie Lynn Gallian** _____    Case number (*if known*) _____

Signature of Debtor 1

Date _____

MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

EXHIBIT 28, PAGE 554

000327

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Jamie Lynn Gallian**<br>**16222 Monterey Ln. #376**<br>**Huntington Beach, CA 92649**<br>**714-321-3449**<br>**jamiegallian@gmail.com** | FOR COURT USE ONLY |
|---|---|
| ⊠  *Debtor(s) appearing without an attorney*<br>   *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>    **Jamie Lynn Gallian**<br><br><br><br>                                        Debtor(s). | CASE NO.:<br>CHAPTER: **7**<br><br>**VERIFICATION OF MASTER**<br>**MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __**4**__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: _____ *7/9/2021* _____                        _____
                                                                                    Signature of Debtor 1

Date: _____                        _____
                                                                                    Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____                        _____
                                                                                    Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                    **F 1007-1.MAILING.LIST.VERIFICATION**

**EXHIBIT 28, PAGE 555**

000328

Jamie Lynn Gallian
16222 Monterey Ln #376
Huntington Beach, CA 92649


David R. Flyer
4120 Birch St. Ste. 101,
Newport Beach, CA 92660


Feldsott & Lee
23161 Mill Creek Drive Ste 300
Laguna Hills, CA 92653


Frank Satalino
19 Velarde Ct.
Rancho Santa Margarita, CA
92688


Gordon Rees Scully & Mansukhani
5 Park Plaza Ste. 1100
Irvine, CA 92614


Gordon Rees Scully & Mansukhani
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071


Houser Bros. Co.
DBA Rancho Del Rey Estates
16222 Monterey Ln
Huntington Beach, CA 92649


Houser Bros. Co.dba Rancho Del
Rey Mobile Home Estates
17610 Beach Blvd Ste. 32
Huntington Beach, CA 92647


Huntington Harbor Village
16400 Saybrook
Huntington Beach, CA 92649


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

EXHIBIT 28, PAGE 556

000329

J-Pad, LLC
2702 N Gaff Street
Orange, CA 92865


James H Cosello
Casello & Lincoln,
525 N Cabrillo Park Dr. Ste 104
Santa Ana, CA 92701

Janine Jasso
c/o Gordon Rees Scully &
Mansukhani
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071

Janine Jasso
P.O. Box 370161
El Paso, TX 79937


Jennifer Ann Paulin
c/o Gordon Rees Scully &
Mansukhani
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071


Kia Motors Finance
PO Box 20815
Fountain Valley, CA 92728


Lee S. Gragnano
c/o Gordon Rees Scully &
Mansukhani
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071


Linda Jean "Lindy" Beck
c/o Gordon Rees Scully &
Mansukhani
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071


Lisa T. Ryan
20949 Lassen St. Apt 208
Chattsworth, CA 91311

2

EXHIBIT 28, PAGE 557

000330

Lori Ann Burrett
c/o Gordon Rees Scully &
Mansukhani
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071


Mark A.Mellor Mellor Law Firm
c/o Randall Nickell
6800 Indiana Ave.
Riverside, CA 92506-4267


Michael Chulak-(Unknown)
MChulak@MTCLaw.com


Michael S. Devereux
Wex Law
9171 Wilshire Blvd. Ste. 500
Beverly Hills, CA 90210-5536


Nationwide Reconveyance, LLC
c/o Feldsott & Lee
23161 Mill Creek Drive Ste 300
Laguna Hills, CA 92653


Orange County Tax Assessor
P.O. Box 149
Santa Ana, CA 92701


Patricia Ryan
20949 Lassen St. Apt 208
Chattsworth, CA 91311


Raquel Flyer-Dashner
4120 Birch St. Ste. 101,
Newport Beach, CA 92660


People of the St of CA
8141 13th Street
Westminster, CA 92683


Randall Nickel
11619 Inwood Drive,
Riverside, CA 92503

3

EXHIBIT 28, PAGE 558

000331

Superior Default Services Inc
c/o Feldsott & Lee
23161 Mill Creek Drive Ste 300
Laguna Hills, CA 92653


Stanley Feldsott, Esq
Feldsott & Lee
23161 Mill Creek Drive
Laguna Hills, CA 92653


Steven A. Fink
13 Corporate Plaza Ste. 150
Newport Beach, CA 92660


The Huntington Beach Gables
Homeowners Association
c/o Epsten Grinnell & Howell,
APC 10200 Willow Creek Road,
Ste 100
San Diego, CA 92131


The Huntington Beach Gables
Homeowners Association
c/o Epsten Grinnell & Howell APC
10200 Willow Creek Road, Ste 100
San Diego, CA 92131


Theodore R "Ted" Phillips
c/o Gordon Rees Scully &
Mansukhani
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071


United Airlines
P.O. Box 0675
Carol Stream, IL 60132-0675


US Bank NA
PO Box 64799
Saint Paul, MN 55164


Vivienne J Alston
Alston, Alston & Diebold
27201 Puerta Real Ste 300
Mission Viejo, CA 92691

4

EXHIBIT 29

| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **JAMIE LYNN GALLIAN**<br>**16222 Monterey Ln. #376**<br>**Huntington Beach, CA 92649**<br>**(714) 321-3449**<br>**jamiegallian@gmail.com** | |
| ☐ Attorney for Debtor<br>☑ *Individual appearing without attorney* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION**

| In re:<br><br>Jamie Lynn Gallian<br><br><br><br><br>Debtor(s) | CASE NO.: **8:21-bk-11710-ES**<br><br>CHAPTER: **7**<br><br>SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS<br>[LBR 1007-1(c)] |
|---|---|

A filing fee is required to amend Schedules D, or E/F (see *Abbreviated Fee Schedule* on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? ☐ Yes ☑ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☑ Schedule A/B ☑ Schedule C ☐ Schedule D ☐ Schedule E/F ☑ Schedule G

☑ Schedule H ☑ Schedule I ☐ Schedule J ☐ Schedule J-2 ☑ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s) ☑ Statement of Intentions ☐ Master Mailing List

☑ Other (specify)    **Statement of Related Cases LBR Form 1015-2 ; Form 122-A Statement of Current Income and Expenses**

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date:    *9/3/2021*

Jamie Lynn Gallian
Debtor 1 Signature

Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 1    F 1007-1.1.AMENDED.SUMMARY

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**12600 Brookhurst St. Ste 103A Garden Grove, CA 92840 (714) 374-0101**

Email: garrelslaw@aol.com

A true and correct copy of the foregoing document entitled (specify):    **Summary of Amended Schedules, Master Mailing List, and or Statements**    will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 8-14-2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Jeffrey I Golden (TR)    lwerner@wgllp.com, jig@trusteesolutions.net;kadele@wgllp.com
Mark A Mellor    mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com
Valerie Smith    claims@recoverycorp.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached
page

2. **SERVED BY UNITED STATES MAIL**: On (date) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached
page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

page                                         ☐ Service information continued on attached

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9-03-2021 | Sherry A. Garrels, Esq. | |
|-----------|------------------------|--|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                          Page 2                          F 1007-1.1.AMENDED.SUMMARY

**EXHIBIT 29, PAGE 561**

000335

Fill in this information to identify your case and this filing:

| Debtor 1 | Jamie Lynn Gallian | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA–SANTA ANA DIVISION

Case number   **8:21-bk-11710-ES**

■ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property                                      12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
■ Yes. Where is the property?

| | | | |
|---|---|---|---|
| | Located on APN 178-011-01 Tract 10542, Unit 4, Lot 376 | **What is the property?** Check all that apply | |
| 1.1 | **16222 Monterey Ln. Spc 376** | ☒ Single-family home | Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property. |
| | Street address, if available, or other description | ☐ Duplex or multi-unit building | |
| | | ☐ Condominium or cooperative | |
| | | ■ Manufactured or mobile home | Current value of the entire property? / Current value of the portion you own? |
| | **Huntington Beach   CA    92649-0000** | ☐ Land | **$235,000.00**         **$235,000.00** |
| | City          State       ZIP Code | ☐ Investment property | Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known. |
| | | ☐ Timeshare | |
| | | ☐ Other | |
| | | **Who has an interest in the property?** Check one | |
| | **Orange** | ■ Debtor 1 only | |
| | County | ☐ Debtor 2 only | |
| | | ☐ Debtor 1 and Debtor 2 only | ☐ Check if this is community property (see instructions) |
| | | ☐ At least one of the debtors and another | |

Other information you wish to add about this item, such as local property identification number:
APN: 891-569-62; Lot 376; LBM 1081; 2014 Skyline Custom Villa Manufactured Home.  Serial Number AC7V710394GB, 56'x15'2"; Serial Number AC7V710394GA, 60'x15'2". Registered Owner, Jamie Lynn Gallian with HCD perfected 2/25/2021

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.......................................⇒   | **$235,000.00** |

**Part 2:** Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on Schedule G: Executory Contracts and Unexpired Leases.

Official Form 106A/B                          Schedule A/B: Property                                      page 1
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

EXHIBIT 29, PAGE 562

000336

| Debtor 1 | Jamie Lynn Gallian | Case number (if known) | 8:21-bk-11710-ES |

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

- ■ No
- ☐ Yes

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

- ■ No
- ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here................................................=>   **$0.00**

**Part 3:  Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
- ☐ No
- ■ Yes. Describe.....

| Misc. household goods and furnishings<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $3,500.00 |
| waterford crystal set red and white wine glasses | $1,000.00 |

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
- ☐ No
- ■ Yes. Describe.....

| Wall television, computer, printer and peripherals<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $500.00 |

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
- ☐ No
- ■ Yes. Describe.....

| Lladro figurine collection (20) | $1,900.00 |

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
- ■ No
- ☐ Yes. Describe.....

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
- ■ No
- ☐ Yes. Describe.....

Official Form 106A/B    Schedule A/B: Property    page 2

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

EXHIBIT 29, PAGE 563

000337

| Debtor 1 | Jamie Lynn Gallian | Case number (if known) | 8:21-bk-11710-ES |
|---|---|---|---|

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

■ Yes. Describe.....

| Misc. clothing<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $1,000.00 |
|---|---|

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

■ Yes. Describe.....

| Movado wrist watch (20 yrs. old); costume jewelry, misc. non-gold chains/bracelets, and earrings.<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $1,000.00 |
|---|---|

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No

■ Yes. Describe.....

| 5-year old Wired Terrier Dog | $25.00 |
|---|---|

**14. Any other personal and household items you did not already list, including any health aids you did not list**

■ No

☐ Yes. Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ......................................................................... | $8,925.00

**Part 4:** Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own? Do not deduct secured claims or exemptions.

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

■ No

☐ Yes..........................................................................................................

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

■ Yes......................

Institution name:

| 17.1. | EDD Debit account | Bank of America | $3,793.00 |
|---|---|---|---|
| 17.2. | Savings | Alliant Credit Union--Only funds are Covid-19 relief funds from the government. | $1,407.00 |

Official Form 106A/B    Schedule A/B: Property    page 3

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Jamie Lynn Gallian | | Case number *(if known)* | 8:21-bk-11710-ES |

| | 17.3. | Savings | Alliant Credit Union--Only funds are Covid-19 relief funds from the government. | $2,600.00 |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
■ No
☐ Yes.................    Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
☐ No
■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | |
|---|---|---|
| J-Sandcastle Co, LLC  Entity currently has a bank account of less than $2,000 assets.<br><br>Original purpose of LLC was to hold HCD Registration to Debtor's residence.  HCD Registration was transferred to debtor on 2/25/2021.  According to the Mobilehome Park Management Houser Bros,  park rules forbid home to be held in name other than an individual. | 100 % | $2,000.00 |
| J-PAD, LLC.  Entity Assets include bank account of around $4,000;<br>Certificate of Title with HCD, perfected 1/14/2019, LBM 1081; 2014 Skyline Custom Villa Manufactured Home UCC-1 Manufactured Home Financing Statement perfected 1/14/2019. against personal property located at 16222 Monterey Lane, Space 376, Huntington Beach, CA. 92649 | 33.33 % | $59,666.00 |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
■ No
☐ Yes. Give specific information about them
    Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☐ No
■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| IRA | Fidelity | $7,400.00 |

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
☐ Yes
■ No.    Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes.............    Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

Official Form 106A/B                    Schedule A/B: Property                    page 4
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

EXHIBIT 29, PAGE 565

000339

| Debtor 1 | Jamie Lynn Gallian | | Case number (if known) | 8:21-bk-11710-ES |

☑ No
☐ Yes........... Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

**25.** Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit
☑ No
☐ Yes. Give specific information about them...

**26.** Patents, copyrights, trademarks, trade secrets, and other intellectual property
  *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
☑ No
☐ Yes. Give specific information about them...

**27.** Licenses, franchises, and other general intangibles
  *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
☑ No
☐ Yes. Give specific information about them...

**Money or property owed to you?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**28.** Tax refunds owed to you
☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29.** Family support
  *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
☑ No
☐ Yes. Give specific information......

**30.** Other amounts someone owes you
  *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
☑ No
☐ Yes. Give specific information..

**31.** Interests in insurance policies
  *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☑ No
☐ Yes. Name the insurance company of each policy and list its value.
  Company name:        Beneficiary:        Surrender or refund value:

**32.** Any interest in property that is due you from someone who has died
  If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
☐ No
☑ Yes. Give specific information..    Probate estate of Father Charles J. Bradley, Jr.  DOD 6/18/2000

[32.1]

| OCSC Case No. 30-2017-00915711. Uncertain what, if any, proceeds will pass to debtor. | | Unknown |

Official Form 106A/B        Schedule A/B: Property        page 5
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

EXHIBIT 29, PAGE 566

000340

| Debtor 1 | Jamie Lynn Gallian | | Case number *(if known)* 8:21-bk-11710-ES |
|---|---|---|---|

33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment
   *Examples: Accidents, employment disputes, insurance claims, or rights to sue*
   ■ No
   □ Yes. Describe each claim.........

34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims
   □ No
   ■ Yes. Describe each claim.........

| [34.1] | Personal injury claim against Huntington Beach Gables Homeowners Association; Jesus Jasso, Jr. et al.  DOI: 8/5/2018 OCSC Case No. 30-2020-01153679. | Unknown |
|---|---|---|

| [34.2] | Claim against Houser Bros Co. dba Rancho Del Rey Mobilehome Estates for Violation(s) of Civil Code and MRL §798, et seq.  Failure to Offer and countersign Lease Agreement, Lot 376, 2014 manufactured home sold in place 11/1/2018 to debtor.  Failure to disclose possible MH park Change of Use; Failure to timely pursue/ prosecute frivolous UD claim filed 1/2/19, against Debtor;  Multiple acts by park management including retaliation, discrimination, trespassing, unlawful entry; forcible detainer, wrongful eviction.  No lawsuit yet filed. | Unknown |
|---|---|---|

35. Any financial assets you did not already list
   □ No
   ■ Yes. Give specific information...

| [35..1] | Possible Victim Restitution Order against Jesus Jasso Jr. for battery, Penal Code §242 OCDA Criminal Case,  People of the State of California vs Jesus Jasso Jr. OCSC Case No. 19WM09951           Estimated loss of income      $73,000.00 | Unknown |
|---|---|---|

| [35.2] | Possible COVID-19 Rent Relief Act from State of California (Applied for June 2021, but not yet approved).   Not property of the estate. | $27,000.00 |
|---|---|---|

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
   for Part 4. Write that number here.................................................................................... | $103,866.00 |

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

| Official Form 106A/B | Schedule A/B: Property | page 6 |
|---|---|---|
| Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com | | Best Case Bankruptcy |

EXHIBIT 29, PAGE 567

| Debtor 1 | Jamie Lynn Gallian | | Case number (if known) | 8:21-bk-11710-ES |

37. Do you own or have any legal or equitable interest in any business-related property?
- ■ No. Go to Part 8.
- ☐ Yes. Go to line 38.

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?
- ■ No. Go to Part 7.
- ☐ Yes. Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

53. Do you have other property of any kind you did not already list?
   Examples: Season tickets, country club membership
- ■ No
- ☐ Yes. Give specific information.........

54. Add the dollar value of all of your entries from Part 7. Write that number here ..................................  | $0.00 |

**Part 8:** List the Totals of Each Part of this Form

| | | | |
|---|---|---|---|
| 55. Part 1: Total real estate, line 2 ......................................................................... | | | $235,000.00 |
| 56. Part 2: Total vehicles, line 5 | $0.00 | | |
| 57. Part 3: Total personal and household items, line 15 | $8,925.00 | | |
| 58. Part 4: Total financial assets, line 36 | $103,866.00 | | |
| 59. Part 5: Total business-related property, line 45 | $0.00 | | |
| 60. Part 6: Total farm- and fishing-related property, line 52 | $0.00 | | |
| 61. Part 7: Total other property not listed, line 54 | + $0.00 | | |
| 62. Total personal property. Add lines 56 through 61... | $112,791.00 | Copy personal property total | $112,791.00 |
| 63. Total of all property on Schedule A/B. Add line 55 + line 62 | | | $347,791.00 |

Official Form 106A/B
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Schedule A/B: Property

page 7
Best Case Bankruptcy

EXHIBIT 29, PAGE 568

000342

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| | First Name       Middle Name       Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name       Middle Name       Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA–SANTA ANA DIVISION |
| Case number (if known) | **8:21-bk-11710-ES** |

■ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **16222 Monterey Ln. Spc 376 Huntington Beach, CA 92649** Orange County<br>APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home. Decal No. LBM1081.  Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2".<br>Line from Schedule A/B: 1.1 | $235,000.00 | ■ $600,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.730 |
| **Misc. household goods and furnishings**<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649<br>Line from Schedule A/B: 6.1 | $3,500.00 | ■ $3,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **waterford crystal set red and white wine glasses**<br>Line from Schedule A/B: 6.2 | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |

EXHIBIT 29, PAGE 569

000343

| Debtor 1   Jamie Lynn Gallian | | Case number (if known) | 8:21-bk-11710-ES |
|---|---|---|---|
| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own Copy the value from Schedule A/B | Amount of the exemption you claim Check only one box for each exemption. | Specific laws that allow exemption |
| Wall television, computer, printer and peripherals Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 Line from Schedule A/B: 7.1 | $500.00 | ■ $500.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Lladro figurine collection (20) Line from Schedule A/B: 8.1 | $1,900.00 | ■ $1,900.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| Misc. clothing Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 Line from Schedule A/B: 11.1 | $1,000.00 | ■ $1,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Movado wrist watch (20 yrs. old); costume jewelry, misc. non-gold chains/bracelets, and earrings. Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 Line from Schedule A/B: 12.1 | $1,000.00 | ■ $1,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| 5-year old Wired Terrier Dog Line from Schedule A/B: 13.1 | $25.00 | ■ $25.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| EDD Debit account: Bank of America Line from Schedule A/B: 17.1 | $3,793.00 | ■ $3,793.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |
| Savings: Alliant Credit Union--Only funds are Covid-19 relief funds from the government. Line from Schedule A/B: 17.2 | $1,407.00 | ■ $1,407.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.220 |
| Savings: Alliant Credit Union--Only funds are Covid-19 relief funds from the government. Line from Schedule A/B: 17.3 | $2,600.00 | ■ $381.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.220 |
| Savings: Alliant Credit Union--Only funds are Covid-19 relief funds from the government. Line from Schedule A/B: 17.3 | $2,600.00 | ■ $2,219.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |
| IRA: Fidelity Line from Schedule A/B: 21.1 | $7,400.00 | ■ $7,400.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.115(a)(1) & (2), (b) |

EXHIBIT 29, PAGE 570

000344

Case 8:21-bk-11710-ES    Doc 15    Filed 09/07/21    Entered 09/07/21 11:31:55    Desc
Main Document      Page 12 of 29

| Debtor 1 | Jamie Lynn Gallian | | | Case number (if known) | 8:21-bk-11710-ES |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own Copy the value from Schedule A/B | Amount of the exemption you claim Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **IRA: Fidelity** Line from Schedule A/B: 21.1 | $7,400.00 | ■ _____ $7,400.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(C) |
| **Personal Injury claim against Huntington Beach Gables HOA; Jesus Jasso, Jr. Case No. 30-2020-01153679. Estimated damages unknown** Line from Schedule A/B: 34.1 | Unknown | ■ _____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.140 |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No

   ■ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ■ Yes

EXHIBIT 29, PAGE 571

000345

Fill in this information to identify your case:

| Debtor 1 | Jamie Lynn Gallian | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA—SANTA ANA DIVISION

Case number    8:21-bk-11710-ES
(if known)

☐ Check if this is an amended filing

## Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  Do you have any executory contracts or unexpired leases?
    ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Property* (Official Form 106 A/B).

2.  List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | Houser Bros. Co.<br>dba Rancho Del Rey Mobilehome Est.<br>17610 Beach Blvd. Ste. 32<br>Huntington Beach, CA 92647 | Unexpired Ground lease Tract 10542, Unit 4, Lot 376 for personal property residence located at 16222 Monterey Lane, Huntington Beach, California. |
| 2.2 | Hyundai Capital America<br>PO BOX 269011<br>Plano, TX 75026 | Vehicle lease for 2020 Kia Sportage. Expires 12/1/2022 |

EXHIBIT 29, PAGE 572

000346

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA–SANTA ANA DIVISION |
| Case number | **8:21-bk-11710-ES** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☒ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
☒ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☐ No
   ☒ Yes.

   In which community state or territory did you live?  **California**  . Fill in the name and current address of that person.

   **Ronald Pierpont**
   **4519 Ponderosa Way**
   **Yorba Linda, CA 92886**
   Name of your spouse, former spouse, or legal equivalent
   Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|
| Name, Number, Street, City, State and ZIP Code | Check all schedules that apply: |
| **3.1** | |
| Name | ☐ Schedule D, line _____ |
| | ☐ Schedule E/F, line _____ |
| | ☐ Schedule G, line _____ |
| Number    Street | |
| City          State          ZIP Code | |
| **3.2** | |
| Name | ☐ Schedule D, line _____ |
| | ☐ Schedule E/F, line _____ |
| | ☐ Schedule G, line _____ |
| Number    Street | |
| City          State          ZIP Code | |

Official Form 106H
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Schedule H: Your Codebtors

Page 1 of 1
Best Case Bankruptcy

**EXHIBIT 29, PAGE 573**

000347

Fill in this information to identify your case:

Debtor 1     **Jamie Lynn Gallian**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA–SANTA
ANA DIVISION

Case number    **8:21-bk-11710-ES**
(if known)

Check if this is:

�■ An amended filing

☐ A supplement showing postpetition chapter
13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for
supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your
spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed,
attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

| | | | |
|---|---|---|---|
| 1. | Fill in your employment information. | | |

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| If you have more than one job, attach a separate page with information about additional employers. | **Employment status** | ☐ Employed<br>■ Not employed  **Disability; DOI 8/5/18** | ☐ Employed<br>☐ Not employed |
| Include part-time, seasonal, or self-employed work. | **Occupation** | **Flight Attendant** | |
| | **Employer's name** | | |
| Occupation may include student or homemaker, if it applies. | **Employer's address** | | |
| | **How long employed there?** | **21 years** | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing
spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need
more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $       0.00 | $       N/A |
| 3. | Estimate and list monthly overtime pay. | 3. | +$       0.00 | +$       N/A |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $       0.00 | $       N/A |

Official Form 106I                      **Schedule I: Your Income**                          page 1

EXHIBIT 29, PAGE 574

000348

| Debtor 1 | Jamie Lynn Gallian | | Case number (if known) | 8:21-bk-11710-ES |
|---|---|---|---|---|

| | | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| | Copy line 4 here | | 4. | $ 0.00 | $ N/A |
| 5. | List all payroll deductions: | | | | |
| | 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ N/A |
| | 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ N/A |
| | 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ N/A |
| | 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ N/A |
| | 5e. | Insurance | 5e. | $ 0.00 | $ N/A |
| | 5f. | Domestic support obligations | 5f. | $ 0.00 | $ N/A |
| | 5g. | Union dues | 5g. | $ 0.00 | $ N/A |
| | 5h. | Other deductions. Specify: | 5h.+ | $ 0.00 | + $ N/A |
| 6. | Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | | 6. | $ 0.00 | $ N/A |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | | 7. | $ 0.00 | $ N/A |
| 8. | List all other income regularly received: | | | | |
| | 8a. | Net income from rental property and from operating a business, profession, or farm<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N/A |
| | 8b. | Interest and dividends | 8b. | $ 0.00 | $ N/A |
| | 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| | 8d. | Unemployment compensation | 8d. | $ 1,005.26 | $ N/A |
| | 8e. | Social Security | 8e. | $ 0.00 | $ N/A |
| | 8f. | Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: Temporary Covid-19 FAC payment | 8f. | $ 1,200.00 | $ N/A |
| | 8g. | Pension or retirement income | 8g. | $ 0.00 | $ N/A |
| | 8h. | Other monthly income. Specify: | 8h.+ | $ 0.00 | + $ N/A |
| 9. | Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | | 9. | $ 2,205.26 | $ N/A |
| 10. | Calculate monthly income. Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | | 10. | $ 2,205.26 + $ N/A | = $ 2,205.26 |

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____ 11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data*, if it
applies    12. $ 2,205.26

Combined
monthly income

13. **Do you expect an increase or decrease within the year after you file this form?**
■ No.
☐ Yes. Explain: _____

Official Form 106I    Schedule I: Your Income    page 2

Fill in this information to identify your case:

| Debtor 1 | Jamie Lynn Gallian | | |
| --- | --- | --- | --- |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA–SANTA ANA DIVISION

Case number: **8:21-bk-11710-ES**
(if known)

■ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy                  4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1.  **What is your current marital status?**

☐ Married
■ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
| --- | --- | --- | --- |
| 4476 Alderport Dr. #53 Huntington Beach, CA 92649 | From-To: 11/2009 to 10/31/2018 | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☐ No
■ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2    Explain the Sources of Your Income**

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
| --- | --- | --- | --- | --- |
| | Sources of Income Check all that apply. | Gross income (before deductions and exclusions) | Sources of Income Check all that apply. | Gross income (before deductions and exclusions) |
| For last calendar year: (January 1 to December 31, 2020 ) | ■ Wages, commissions, bonuses, tips | $1,408.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Official Form 107                    Statement of Financial Affairs for Individuals Filing for Bankruptcy                    page 1

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

EXHIBIT 29, PAGE 576

000350

| Debtor 1 | Jamie Lynn Gallian | | Case number (if known) | 8:21-bk-11710-ES |
|---|---|---|---|---|

| | Debtor 1 Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Debtor 2 Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
|---|---|---|---|---|
| For the calendar year before that: (January 1 to December 31, 2019 ) | ■ Wages, commissions, bonuses, tips | $3,375.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

**5. Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No.
■ Yes. Fill in the details.

| | Debtor 1 Sources of income Describe below. | Gross income from each source (before deductions and exclusions) | Debtor 2 Sources of income Describe below. | Gross income (before deductions and exclusions) |
|---|---|---|---|---|
| From January 1 of current year until the date you filed for bankruptcy: | Unemployment | $11,000.00 | | |
| For last calendar year: (January 1 to December 31, 2020 ) | Unemployment | $21,227.00 | | |
| | 401k Loan default- Taxed as Retirement Income | $31,922.58 | | |

<hr>

**Part 3:     List Certain Payments You Made Before You Filed for Bankruptcy**

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐ No.  Go to line 7.
☐ Yes  List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

■ Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

■ No.  Go to line 7.
☐ Yes  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

EXHIBIT 29, PAGE 577

000351

Debtor 1    Jamie Lynn Gallian                                    Case number (if known)    8:21-bk-11710-ES

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Houser Bros. Co. vs. Jamie Lynn Gallian 30-2019-01041423-CI-UD-CJC | Unlawful Detainer filed 1/2/2019 regarding Lot 376, Tract 10542, Unit 4, Unexpired term of 80 yr. Ground Leasehold APN 178-011-16 | Orange County Superior Court 700 W. Civic Center Dr. West Santa Ana, CA 92701 | ■ Pending ☐ On appeal ☐ Concluded |
| Randall L. Nickell vs. Huntington Beach Gables HOA, et. al. 30-2020-01163055-CU-OR-CJC | Cross complaint contained in this action by Huntington Beach Gables HOA seeks to void the sale of Unit 53; Unexpired term of 80 yr. Ground Leasehold & SubCondominium Leasehold Estate APN 178-771-03, Tract 10542, Lot 1 & 2, Gables subd. to Randall Nickell. | Orange County Superior Court 700 Civic Center Dr. West Santa Ana, CA 92701 | ■ Pending ☐ On appeal ☐ Concluded  Debtor is a cross defendant |

Official Form 107                    Statement of Financial Affairs for Individuals Filing for Bankruptcy                    page 3

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

EXHIBIT 29, PAGE 578

000352

Debtor 1    Jamie Lynn Gallian                                          Case number (if known)    8:21-bk-11710-ES

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Huntington Beach Gables HOA vs. Sandra Bradley, et. al.<br>30-2017-00913985 | Collections | Orange County Superior Court<br>700 Civic Center Dr. West<br>Santa Ana, CA 92701 | ☐ Pending<br>☐ On appeal<br>☒ Concluded<br><br>post judgment collections actions |
| Huntington Beach Gables HOA vs. Jamie Gallian<br>30-2017-00962999-CU-HR-CJC | Collections | Orange County Superior Court<br>700 Civic Center Dr. West<br>Santa Ana, CA 92701 | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| Jamie Lynn Gallian vs. Jesus Jasso, et. al.<br>30-2020-01153679 | personal injury | Orange County Superior Court<br>700 Civic Center Dr. West<br>Santa Ana, CA 92701 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?** Check all that apply and fill in the details below.

☒ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☒ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☒ No
☐ Yes

**Part 5:    List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☒ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☒ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

Official Form 107            Statement of Financial Affairs for Individuals Filing for Bankruptcy            page 4

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

EXHIBIT 29, PAGE 579

000353

Debtor 1    Jamie Lynn Gallian                                    Case number (if known)   8:21-bk-11710-ES

**Part 6:    List Certain Losses**

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss Include the amount that insurance has paid. List pending insurance claims on line 33 of Schedule A/B: Property. | Date of your loss | Value of property lost |
|---|---|---|---|

**Part 7:    List Certain Payments or Transfers**

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address Email or website address Person Who Made the Payment, If Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer Address Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| James H. Casello Casello & Lincoln 525 Cabrillo Park Dr. Ste. 104 Santa Ana, CA 92701 | $47,000 legal fees | Legal services | 2019-2021 |
| Michael T. Chulak & Assoc. 30343 Canwood St. Ste. 203 Agoura Hills, CA 91301 None | $8,700 | Legal services | 2018 to 2019 |
| Michael S. Devereux, Esq. 9171 Wilshire Blvd. Ste. 500 Beverly Hills, CA 90210 None | $5,000 | legal services | 2018 to 2019 |

Official Form 107                    Statement of Financial Affairs for Individuals Filing for Bankruptcy                    page 5

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

EXHIBIT 29, PAGE 580

000354

Debtor 1   Jamie Lynn Gallian          Case number (if known)   8:21-bk-11710-ES

| Person Who Received Transfer Address | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person's relationship to you | | | |
| Steven A. Fink, Esq 13 Corporate Plaza Dr. Ste. 150 Newport Beach, CA 92660 | $30,000 | legal services | 2019 to 2020 |
| None | | | |
| David R. Flyer, Esq. 4120 Birch St. Ste. 101 Newport Beach, CA 92660 | $17,000 | Legal services | 2018 to 2019 |
| None | | | |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called asset-protection devices.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

EXHIBIT 29, PAGE 581

000355

Debtor 1    **Jamie Lynn Gallian**                                             Case number (if known)  **8:21-bk-11710-ES**

---

**Part 9:    Identify Property You Hold or Control for Someone Else**

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

■  **No**
☐  **Yes. Fill in the details.**

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State or ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■  *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■  *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■  *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

■  **No**
☐  **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. Have you notified any governmental unit of any release of hazardous material?

■  **No**
☐  **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■  **No**
☐  **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

**Part 11:    Give Details About Your Business or Connections to Any Business**

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐  A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

■  A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐  A partner in a partnership

☐  An officer, director, or managing executive of a corporation

☐  An owner of at least 5% of the voting or equity securities of a corporation

---

Official Form 107                Statement of Financial Affairs for Individuals Filing for Bankruptcy                page 7

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**EXHIBIT 29, PAGE 582**

000356

Debtor 1   Jamie Lynn Gallian                                Case number (if known)   8:21-bk-11710-ES

☐ No. None of the above applies. Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| J-Sandcastle Co., LLC<br>16222 Monterey Lane #376<br>Huntington Beach, CA 92649 | Residential Management | EIN:      83-2453659<br>From-To  10-19-2018 |
| J-Pad, LLC<br>21742 Anza Ave.<br>Torrance, CA 90503 | Residential Management. | EIN:<br>From-To  2/9/2018 |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ No

☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

**Part 12:   Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

_Jamie Lynn Gallian_                                        _____
**Signature of Debtor 1**                                    **Signature of Debtor 2**

Date   9/3/2021                                              Date   _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

EXHIBIT 29, PAGE 583

000357

Fill in this information to identify your case:

| Debtor 1 | **Jamie Lynn Gallian** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION

Case number **8:21-bk-11710-ES**
(if known)

☐ Check if this is an
amended filing

## Official Form 108

## Statement of Intention for Individuals Filing Under Chapter 7          12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- creditors have claims secured by your property, or
- you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List Your Creditors Who Have Secured Claims**

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name:    **J-Pad, LLC**<br><br>Description of property securing debt:    **16222 Monterey Ln. Spc 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home. Decal No. LBM1081. Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2".** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br><br>retain | ☐ No<br><br>■ Yes |
| Creditor's name:    **Janine Jasso (The People of the State of California)**<br><br>Description of property:    **16222 Monterey Ln. Spc 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home.  Decal No. LBM1081.** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.* | ☐ No<br><br>■ Yes |

Official Form 108                    Statement of Intention for Individuals Filing Under Chapter 7                    page 1

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1  **Jamie Lynn Gallian** _____  Case number (if known)  **8:21-bk-11710-ES**

| property securing debt: | Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2". | ■ Retain the property and [explain]: **Lien To Be Avoided By 522(f) or Other Means** |
|---|---|---|

Creditor's Name   Janine Jasso Huntington Beach Gables; Gragnano, Phillips, Beck, Burrett, Jasso, Paulin.

☐ Surrender the property.                     ☐ No
☐ Retain the property and redeem it.
☐ Retain the property and enter into a        ■ Yes
  _Reaffirmation Agreement._

| Description of Property securing debt: | 16222 Monterey Ln.. Spc 376 Huntington Beach, CA 92649 **Orange County** APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home. Decal No. LBM1081. Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2". | ■ Retain the property and [explain]:  Lien to be avoided by 522(f) or other means |
|---|---|---|

**Part 2:**  **List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

Describe your unexpired personal property leases                                Will the lease be assumed?

| Lessor's name:  Description of leased Property: | Houser Bros. Co. dba Rancho Del Rey Mobilehome Park Unexpired Ground lease Tract 10542, Unit 4, Lot 376  2014 MANUFACTURED HOME LBM1081; residence located at 16222 Monterey Lane, #376, Huntington Beach, California. | ☐ No  ■ Yes |
|---|---|---|

| Lessor's name:  Description of leased Property: | Hyundai Capital America Vehicle lease for 2020 Kia Sportage. | Expires 12/1/2022 | ☐ No  ■ Yes |
|---|---|---|---|

**Part 3:**  **Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X _Jamie L. Gallian (signature)_____   X _____
  **Jamie Lynn Gallian**                      Signature of Debtor 2
  Signature of Debtor 1

Date   **9/3/2021**                          Date _____

Official Form 108              Statement of Intention for Individuals Filing Under Chapter 7              page 2

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

EXHIBIT 29, PAGE 585

000359

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Jamie Lynn Gallian |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Central District of California—Santa Ana Division |
| Case number (if known) | 8:21-bk-11710-ES |

Check one box only as directed in this form and in Form 122A-1Supp:

☑ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☑ Check if this is an amended filing

## Official Form 122A - 1
## Chapter 7 Statement of Your Current Monthly Income
04/20

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file the *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

### Part 1:  Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☑ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

      ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

      ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A Debtor 1 | | Column B Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 0.00 | | $ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | | $ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | | $ |
| 5. | **Net income from operating a business, profession, or farm** | | | |

5.

| | Debtor 1 | | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ | 0.00 | | |
| Ordinary and necessary operating expenses | -$ | 0.00 | | |
| Net monthly income from a business, profession, or farm | $ | 0.00 | Copy here -> $ 0.00 | $ |

6. **Net income from rental and other real property**

| | Debtor 1 | | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ | 0.00 | | |
| Ordinary and necessary operating expenses | -$ | 0.00 | | |
| Net monthly income from rental or other real property | $ | 0.00 | Copy here -> $ 0.00 | $ |

| | | | | |
|---|---|---|---|---|
| 7. | **Interest, dividends, and royalties** | $ 0.00 | | $ |

EXHIBIT 29, PAGE 586

000360

| Debtor 1 | Jamie Lynn Gallian | | Case number (if known) | 8:21-bk-11710-ES |
|---|---|---|---|---|

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|

**8. Unemployment compensation** $ 1,789.00   $ _____

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you ........................ $ 0.00

For your spouse ............... $ _____

**9. Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title. $ 0.00

**10. Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments made under the Federal law relating to the national emergency declared by the President under the National Emergencies Act (50 U.S.C. 1601 et seq.) with respect to the coronavirus disease 2019 (COVID-19); payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below..

| | $ 0.00 | $ |
| | $ 0.00 | $ |

Total amounts from separate pages, if any.    + $ 0.00    $

**11. Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.   $ 1,789.00   + $ _____   = $ 1,789.00

Total current monthly income

---

**Part 2:    Determine Whether the Means Test Applies to You**

**12. Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11.    Copy line 11 here=>    $ 1,789.00

Multiply by 12 (the number of months in a year)    x 12

12b. The result is your annual income for this part of the form.    12b. $ 21,468.00

**13. Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.    CA

Fill in the number of people in your household.    1

Fill in the median family income for your state and size of household.
To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.    13. $ 62,938.00

**14. How do the lines compare?**

14a. ☑ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A–2.

**Part 3:    Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X _Jamie L. Gallian_____
Jamie Lynn Gallian

EXHIBIT 29, PAGE 587

000361

| Debtor 1 | **Jamie Lynn Gallian** | | Case number (if known) | **8:21-bk-11710-ES** |

Signature of Debtor 1

Date ⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽
    MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

---

Official Form 122A-1          **Chapter 7 Statement of Your Current Monthly Income**                    page 3

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                  Best Case Bankruptcy

EXHIBIT 29, PAGE 588

000362

EXHIBIT 30

ORIGINAL

| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Jamie Lynn Gallian**<br>**16222 Monterey Ln. #376**<br>**Huntington Beach, CA 92649**<br>**(714) 321-3449**<br>jamiegallian@gmail.com | **FILED**<br><br>**SEP 22 2021**<br><br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |
| ☐ *Attorney for Debtor*<br>☑ *Individual appearing without attorney* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA—SANTA ANA DIVISION**

| In re: | |
|---|---|
| **Jamie Lynn Gallian** | CASE NO.: **8:21-bk-11710-ES** |
| | CHAPTER: **7** |
| | **First Amendment to**<br>**SUMMARY OF AMENDED SCHEDULES,**<br>**MASTER MAILING LIST,**<br>**AND/OR STATEMENTS**<br>**[LBR 1007-1(c)]** |
| Debtor(s) | |

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? ☑ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☒ Schedule A/B    ☒ Schedule C    ☐ Schedule D    ☐ Schedule E/F    ☒ Schedule G

☒ Schedule H    ☒ Schedule I    ☐ Schedule J    ☐ Schedule J-2    ☐ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s)    ☒ Statement of Intentions    ☒ Master Mailing List

☒ Other (*specify*)    **Statement of Related Cases LBR Form 1015-2; Form 122-A Statement of Current Income and Expenses**

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date:    9/21/2021

_____
**Jamie Lynn Gallian**
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

EXHIBIT 30, PAGE 589

000364

**AMENDED**
**STATEMENT OF RELATED CASES**
**INFORMATION REQUIRED BY LBR 1015-2**
**UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA**

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    **Chapter 7 case number 8:03-bk-15856-JB filed 8/4/2003 in the Central Dist. of California.  Judge James N. Barr.  Discharge entered 11/17/2003.  Case closed 9/23/2004.**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    **None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    **None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    **None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  **Huntington Beach,**                              , California.

Date: _____ **9/21/2021** _____

Jamie Lynn Gallian
Signature of Debtor 1


Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                              Page 1      **F 1015-2.1.STMT.RELATED.CASES**

EXHIBIT 30, PAGE 590

000365

| Fill in this information to identify your case and this filing: | |
|---|---|

| | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION |
| Case number | **8:21-bk-11710-ES** |

■ Check if this is an
amended filing

## Official Form 106A/B
# Schedule A/B: Property                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
■ Yes. Where is the property?
   **Located Tract 10542, Unit 4, Lot 376 on APN 178-011-01.**

| | | |
|---|---|---|
| 1.1 | **What is the property?** Check all that apply | |
| **16222 Monterey Ln. Spc 376** | ☒ Single-family home | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Street address, if available, or other description | ☐ Duplex or multi-unit building | |
| | ☐ Condominium or cooperative | |
| | ■ Manufactured or mobile home | |
| **Huntington Beach   CA   92649-0000** | ☐ Land | **Current value of the entire property?**   **Current value of the portion you own?** |
| City          State        ZIP Code | ☐ Investment property | **$235,000.00**          **$235,000.00** |
| | ☐ Timeshare | |
| | ☐ Other _____ | Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known. |
| | **Who has an interest in the property?** Check one | |
| **Orange** | ■ Debtor 1 only | |
| County | ☐ Debtor 2 only | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Check if this is community property |
| | ☐ At least one of the debtors and another | (see instructions) |

Other information you wish to add about this item, such as local property identification number:
**APN: 891-569-62; HCD COT Registration transferred 2/25/2021, from J-Sandcastle Co LLC Debtor's single member LLC, to Debtor, in attempt to end UD litigation and obtain counter-signed Leasehold Agreement with RDRMHE. Debtor Homestead Declaration filed with OC Clerk Recorder 7/9/2021@12:48 p.m.**

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for
pages you have attached for Part 1. Write that number here............................................................=>    | **$235,000.00** |

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

EXHIBIT 30, PAGE 591

000366

| Debtor 1 **Jamie Lynn Gallian** | Case number *(if known)* **8:21-bk-11710-ES** |
|---|---|

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

| ■ YES **Lease 2020 Kia Sportage** | **LOCATION: 16222 MONTEREY LN #376 HUNTINGTON BEACH, CA 92649** |
|---|---|
| ☐ No | |

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

**5 Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here................................................=>**

|  | **$0.00** |
|---|---|

---

**Part 3:** Describe Your Personal and  Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes. Describe.....

| **Misc. household goods and furnishings** Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $3,500.00 |
|---|---|
| **waterford crystal red & white wine glasses** | $1,000.00 |

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
■ Yes. Describe.....

| **Wall television, computer, printer and peripherals** Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $500.00 |
|---|---|

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☐ No
■ Yes. Describe.....

| **Lladro figurines collection (20)** Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $1,900.00 |
|---|---|

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
■ No
☐ Yes. Describe.....

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
■ No
☐ Yes. Describe.....

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Jamie Lynn Gallian** _____    Case number *(if known)*    **8:21-bk-11710-ES**

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| Misc. clothing<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $1,000.00 |

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| Movado wrist watch (20 yrs. old); costume jewelry, misc. non-gold chains/bracelets, and earrings.<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $1,000.00 |

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ☐ No
   ■ Yes. Describe.....    **5-year old Wired Terrier Dog**

| | |
|---|---|
| Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $25.00 |

**14. Any other personal and household items you did not already list, including any health aids you did not list**
   ■ No
   ☐ Yes. Give specific information.....

| | |
|---|---|
| **15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ..................................................................... | $8,925.00 |

**Part 4:    Describe Your Financial Assets**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions. |
|---|---|
| **16. Cash**<br>   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition<br>   ■ No<br>   ☐ Yes.............................................................................. | |

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes........................

| | Institution name: | |
|---|---|---|
| 17.1.    **EDD Debit account** | **Bank of America** | $3,793.00 |
| 17.2.    **Savings** | **Alliant Credit Union** | $1,407.00 |

EXHIBIT 30, PAGE 593

000368

| Debtor 1 | **Jamie Lynn Gallian** | | Case number *(if known)* | **8:21-bk-11710-ES** |
|---|---|---|---|---|

| | 17.3. | **Savings** | **Alliant Credit Union** | **$2,600.00** |
|---|---|---|---|---|

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
■ No
☐ Yes.................    Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
☐ No
■ Yes. Give specific information about them...................

| | | |
|---|---|---|
| Name of entity:<br><br>[19.a] | **J-Sandcastle Co LLC-** Entity currently has $500.00 in bank account. Debtor Purchased home on 11/1/2018 with proceeds from 10/31/2018 sale of debtors previous residence APN 937-63-053. HCD Registered to J-Sandcastle Co LLC. RDRMHE Park Mgr. refused to countersign 1/1/2006 Ryan Leasehold Agreement, Space 376, to Applicant, J-Sandcastle, Co. LLC. or enter new agreement. J-Sandcastle Co LLC transferred Registration to Jamie Lynn Gallian, perfected with HCD 2/25/2021 to obtain Lot 376 Leasehold Agreement with RDRMHE. RDRMHE Mgrs. forbid home to be held in name other than individual. However, Park Management allow Registration of MH to be held in the name of a Trust. | % of ownership:<br>100% |
| [19.b] | **J-Pad, LLC - Manager-Managed LLC-** Entity has approximately $7,000.00, from un-cashed space 376 rent checks tendered to RDRMHE, returned to Debtor un-cashed.<br>Only purpose is to hold HCD Certificate of Title, perfected 1/14/2019 of debtors primary residence 2014 Skyline Custom Villa, Decal No. LBM 1081; Serial No. 7V710394GB/GA to protect purchase of 2014 Manufactured Home as debtors primary residence and qualification 1/1/2006 Ryan Ground Leasehold Assigned to Debtor, located on APN 178-011-01 Tract 10542, Unit 4, Lot 376, pending litigation; preservation. | % of ownership:<br>1/7- th |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
■ No
☐ Yes. Give specific information about them
Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☐ No
■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| **IRA** | **Fidelity** | **$7,400.00** |

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
☐ Yes
■ No .............    Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes............    Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
■ No
☐ Yes............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes. Give specific information about them...

**EXHIBIT 30, PAGE 594**

000369

Debtor 1    **Jamie Lynn Gallian**    Case number *(if known)*    **8:21-bk-11710-ES**

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
  *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
  ☑ No
  ☐ Yes. Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
  *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
  ☑ No
  ☐ Yes. Give specific information about them...

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**
  ☑ No
  ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
  *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
  ☑ No
  ☐ Yes. Give specific information......

**30. Other amounts someone owes you**
  *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
  ☑ No
  ☐ Yes. Give specific information..

**31. Interests in insurance policies**
  *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
  ☑ No
  ☐ Yes. Name the insurance company of each policy and list its value.
      Company name:              Beneficiary:              Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
  If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
  ☐ No
  ☑ Yes. Give specific information..

| | |
|---|---|
| Probate estate of Charles J. Bradley, Jr. DOD 6/18/2000<br>OCSC Case No. 30-2017-00915711.<br>Uncertain what, if any proceeds will pass to debtor. | **Unknown** |

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
  *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
  ☑ No
  ☐ Yes. Describe each claim.....

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
  ☐ No
  ☑ Yes. Describe each claim.........

| | |
|---|---|
| **[34.1]** | Personal Injury claim filed against Huntington Beach Gables HOA; Jesus Jasso, Jr., et al.<br>OCSC Case No. 30-2020-01153679.  Date of injury 8/5/2018. | **Unknown** |

EXHIBIT 30, PAGE 595

000370

| Debtor 1 | **Jamie Lynn Gallian** | | Case number *(if known)* | **8:21-bk-11710-ES** |
|---|---|---|---|---|

| [34.2] | Possible Victim Restitution Award Order - People of the State of CA vs. Jesus Jasso Jr., PC §242, OCSC Case No. 19WM09951. Claim submitted to OC District Attorney through Victim Witness Agency.    $73,000.00 | **$73,000.00** |
|---|---|---|
| [34.3] | Potential Claim against Houser Bros Co. dba Rancho Del Rey Mobilehome Estates.  Violation(s) of MRL §798, et seq.; multiple acts (retaliation, discrimination, trespassing/unlawful entry; forcible detainer, wrongful eviction. Failure to timely pursue/prosecute frivolous UD claim filed 1/2/19, against debtor, bona fide purchaser for value on 11/1/2018.    Potential award of attorney fees under MRL. | **UNKNOWN** |
| [34.4] | Possible right to reversionary interest in unexpired 80 yr Ground Leasehold and Sub-condominium Leasehold, Lot 1 & 2, Tract 10542, APN 178-011-01l Gables subd. located on APN 178-771-03. Huntington Beach Gables HOA has a cross-complaint in the Nickel complaint pending OCSC 30-2020-01163055, in which Gables HOA seek a voiding of Unit 53 sale and Assignment of unexpired Ground Leasehold and Subcondominium Leasehold October 31, 2018, to bona fide purchaser Randall L. Nickel for valuable consideration.    Gallian had a homestead exemption. On November 1, 2018, Debtor announced to Court on the record, OCSC 30-2017-00913985, C-33, Gallian sold the subject property. On November 9, 2018, Hon. James L. Crandall, C-33, Denied Gables HOA 30-2017-00913985, exparte MOT to freeze debtors equity from sale to bona fide purchaser Randall L. Nickel. "It's her equity." On December 6, 2018, Court vacated jury trial sua sponte. | **UNKNOWN** |

**35. Any financial assets you did not already list**

☐ No
■ Yes.  Give specific information..

| Possible COVID-19 Rent Relief Act from State of California for rent relief (Applied for June 2021, but not yet approved). Not property of the estate.  $27,000.00 | **$27,000.00** |
|---|---|

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................** | **$ 122,700.00** |

---

**Part 5:**  **Describe Any Business-Related Property You Own or Have an Interest in. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

■ No. Go to Part 6.
☐ Yes.  Go to line 38.

---

**Part 6**  **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.
☐ Yes. Go to line 47.

---

**Part 7:**  **Describe All Property You Own or Have an Interest in That You Did Not List Above**

---

Official Form 106A/B    Schedule A/B: Property    page 6

EXHIBIT 30, PAGE 596

000371

Debtor 1    **Jamie Lynn Gallian**                                Case number *(if known)*    **8:21-bk-11710-ES**

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................  | **$0.00** |

**Part 8:**    List the Totals of Each Part of this Form

| | | |
|---|---|---|
| 55. **Part 1: Total real estate, line 2** ................................................................................... | | **$235,000.00** |
| 56. **Part 2: Total vehicles, line 5** | **$0.00** | |
| 57. **Part 3: Total personal and household items, line 15** | **$8,925.00** | |
| 58. **Part 4: Total financial assets, line 36** | **$122,700.00** | |
| 59. **Part 5: Total business-related property, line 45** | **$0.00** | |
| 60. **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. **Part 7: Total other property not listed, line 54** | + **$0.00** | |
| 62. **Total personal property.** Add lines 56 through 61... | **$131,625.00** | Copy personal property total **$131,625.00** |
| 63. **Total of all property on Schedule A/B.** Add line 55 + line 62 | | **$366,625.00** |

EXHIBIT 30, PAGE 597

000372

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Jamie Lynn Gallian** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA–SANTA ANA DIVISION | | |
| Case number (if known) | **8:21-bk-11710-ES** | | |

■ Check if this is an
amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt

4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.    11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.    11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own <br> Copy the value from *Schedule A/B* | Amount of the exemption you claim <br> *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **16222 Monterey Ln. Spc 376 Huntington Beach, CA 92649  Orange County** <br> **APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home. Decal No. LBM1081.  Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2".** <br> Line from *Schedule A/B*: **1.1** | $235,000.00 | ■ $600,000.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.730** |
| **Misc. household goods and furnishings** <br> **Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649** <br> Line from *Schedule A/B*: **6.1** | $3,500.00 | ■ $3,500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| **Wall television, computer, printer and peripherals** <br> **Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649** <br> Line from *Schedule A/B*: **7.1** | $500.00 | ■ $500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |

| Debtor 1 | **Jamie Lynn Gallian** | | Case number (if known) | **8:21-bk-11710-ES** |
|---|---|---|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own *Copy the value from Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Lladro figuring collection (20)** Line from *Schedule A/B*: **8.1** | $1,900.00 | ■ $1,900.00 ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.040** |
| **Misc. clothing** Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 Line from *Schedule A/B*: **11.1** | $1,000.00 | ■ $1,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| **Movado wrist watch (20 yrs. old); costume jewelry, misc. non-gold chains/bracelets, and earrings.** Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 Line from *Schedule A/B*: **12.1** | $1,000.00 | ■ $1,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.040** |
| **5-year old Wired Terrier Dog** Line from *Schedule A/B*: **13.1** | $25.00 | ■ $25.00 ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| **EDD Debit account: Bank of America** Line from *Schedule A/B*: **17.1** | $3,793.00 | ■ $3,793.00 ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.225** |
| **Savings: Alliant Credit Union-Covid Govt. Stimulus** Line from *Schedule A/B*: **17.2** | $1,407.00 | ■ $1,407.00 ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.220** |
| **Savings: Alliant Credit Union-Covid Govt. Stimulus** Line from *Schedule A/B*: **17.3** | $2,600.00 | ■ $381.00 ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.220** |
| **Savings: Alliant Credit Union-Covid Govt. Stimulus** Line from *Schedule A/B*: **17.3** | $2,600.00 | ■ $2,219.00 ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.225** |
| **IRA: Fidelity** Line from *Schedule A/B*: **21.1** | $7,400.00 | ■ $7,400.00 ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.115(a)(1) & (2), (b)** |
| **IRA: Fidelity** Line from *Schedule A/B*: **21.1** | $7,400.00 | ■ $7,400.00 ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C)** |

EXHIBIT 30, PAGE 599

000374

| Debtor 1 **Jamie Lynn Gallian** | | Case number (if known) | **8:21-bk-11710-ES** |
|---|---|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Personal Injury claim against Huntington Beach Gables HOA; Jesus Jasso, Jr.  Case No. 30-2020-01153679.  Estimated damages $73,000.**<br>Line from *Schedule A/B*: **34.2** | **$73,000.00** | ☑ $ *73,000.00*<br><br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.14** |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No

   ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☑ Yes   **Debtors primary residence was purchased 11/1/2018 with proceeds from sale of previous residence located on same parcel of land. APN 178-011-01**

EXHIBIT 30, PAGE 600

000375

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA—SANTA ANA DIVISION |
| Case number | **8:21-bk-11710-ES** |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106G

### Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease.** Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| | Name, Number, Street, City, State and ZIP Code | |
| 2.1 | Houser Bros  Co.<br>dba Rancho Del Rey Mobilehome Est.<br>17610 Beach Blvd. Ste. 32<br>Huntington Beach, CA 92647 | Lot 376, Tract 10542, Unit 4, Unexpired Ground Leasehold. Location of existing 2014 Skyline Custom Villa Manufactured Home, LBM1081, located on APN 178-011-01, FROM SELLER (RYAN) transferred 11/1/2018.  Ground Leasehold Expires 2059. |
| 2.2 | Hyundai Capital America<br>PO BOX 269011<br>Plano, TX 75026 | Vehicle lease for 2020 Kia Sportage.  Expires 12/1/2022 |

Official Form 106G                    Schedule G: Executory Contracts and Unexpired Leases                    Page 1 of 1

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

EXHIBIT 30, PAGE 601

000376

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Jamie Lynn Gallian |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA–SANTA ANA DIVISION |
| Case number (if known) | 8:21-bk-11710-ES |

Check if this is:

■ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income                                                        12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:     Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ☐ Employed | ☐ Employed |
| | | ■ Not employed  Disability from injury, left foot 8/5/2018 | ☐ Not employed |
| | Occupation | Flight Attendant | |
| | Employer's name | | |
| | Employer's address | | |
| | How long employed there? | 21 years | |

### Part 2:     Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $          0.00 | $          N/A |
| 3. | Estimate and list monthly overtime pay. | 3. | +$          0.00 | -$          N/A |
| 4. | Calculate gross income.  Add line 2 + line 3. | 4. | $          0.00 | $          N/A |

Official Form 106I                          Schedule I: Your Income                          page 1

EXHIBIT 30, PAGE 602

000377

Debtor 1  **Jamie Lynn Gallian**                     Case number (if known)    **8:21-bk-11710-ES**

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ 0.00 | $ N/A |
| 5. | **List all payroll deductions:** | | | |
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ N/A |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ N/A |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ N/A |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ N/A |
| 5e. | Insurance | 5e. | $ 0.00 | $ N/A |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ N/A |
| 5g. | Union dues | 5g. | $ 0.00 | $ N/A |
| 5h. | Other deductions. Specify: | 5h.+ | $ 0.00 | + $ N/A |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ N/A |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ N/A |
| 8. | **List all other income regularly received:** | | | |
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N/A |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ N/A |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. | **Unemployment compensation** | 8d. | $ 1,005.26 | $ N/A |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ N/A |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: **Temporary Covid-19 FAC payment** | 8f. | $ 1,200.00 | $ N/A |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ N/A |
| 8h. | **Other monthly income. Specify:** | 8h.+ | $ 0.00 | + $ N/A |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 2,205.26 | $ N/A |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 2,205.26 + $ N/A | = $ 2,205.26 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:                                                                                             11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies                                                                    12. $ 2,205.26
                                                                                                                                                           **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☑ No.
☐ Yes. Explain:

Official Form 106I                              Schedule I: Your Income                              page 2

EXHIBIT 30, PAGE 603

000378

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jamie Lynn Gallian** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA–SANTA ANA DIVISION | | |
| Case number | **8:21-bk-11710-ES** | | |
| (if known) | | | |

■ Check if this is an
amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy                    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1.  **What is your current marital status?**

    ☐  Married
    ■  Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**

    ☐  No
    ■  Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **4476 Alderport Dr. #53**<br>**Huntington Beach, CA 92649** | From-To:<br>**11/23/2009 to 10/31/2018** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1<br>From-To: |
| **16222 Monterey Ln. #376**<br>**Huntington Beach, CA 92649** | From-To:<br>**11/1/2018 to CURRENT** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1<br>From-To: |

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

    ■  No
    ☐  Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2    Explain the Sources of Your Income**

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☐  No
    ■  Yes. Fill in the details.

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

EXHIBIT 30, PAGE 604

000379

Debtor 1    **Jamie Lynn Gallian**                                          Case number (if known)    **8:21-bk-11710-ES**

| | Debtor 1 Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Debtor 2 Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
|---|---|---|---|---|
| **For last calendar year:** (January 1 to December 31, 2020 ) | ■ Wages, commissions, bonuses, tips ☐ Operating a business | $1,408.00 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | |
| **For the calendar year before that:** (January 1 to December 31, 2019 ) | ■ Wages, commissions, bonuses, tips ☐ Operating a business | $3,375.00 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ☐ No
    ■ Yes. Fill in the details.

| | Debtor 1 Sources of income Describe below. | Gross income from each source (before deductions and exclusions) | Debtor 2 Sources of income Describe below. | Gross income (before deductions and exclusions) |
|---|---|---|---|---|
| **From January 1 of current year until the date you filed for bankruptcy:** | Unemployment | $11,000.00 | | |
| **For last calendar year:** (January 1 to December 31, 2020 ) | EDD Unemployment | $21,227.00 | | |
| **For the calendar year before that:** (January 1 to December 31, 2019 ) | 401 Loan Default due to Medical Leave of Absence.  Loan taxed as income, distribution. | $31,922.58 | | |

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
    ☐ **No.    Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?
    ■ No.    Go to line 7.
    ☐ Yes    List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
    \* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

    ■ **Yes.    Debtor 1 or Debtor 2 or both have primarily consumer debts.**
    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?
    ■ No.    Go to line 7.
    ☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                        Best Case Bankruptcy

EXHIBIT 30, PAGE 605

000380

Debtor 1    __Jamie Lynn Gallian__                                        Case number (if known)    __8:21-bk-11710-ES__

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

    ■ No
    ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
    Include payments on debts guaranteed or cosigned by an insider.

    ■ No
    ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☐ No
    ■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Houser Bros. Co. dba Rancho Del Rey Mobilehome Est. vs. Jamie L. Gallian 30-2019-01041423-CI-UD-CJC | Unlawful Detainer 1/2/2019, Lot 376, Tract 10542, Unit 4, Unexpired term of 80 yr. Ground Leasehold APN 178-011-01, location of existing 2014 Manufactured Home purchase as debtor residence. | Orange County Superior Court 700 W. Civic Center Dr. West Santa Ana, CA 92701 | ■ Pending ☐ On appeal ☐ Concluded |
| Randall L. Nickell vs. Huntington Beach Gables HOA, et. al. 30-2020-01163055-CU-OR-CJC | Cross-complaint contained in this action by Huntington Beach Gables HOA seeks to void bona fide sale approved by Landlord, BS Investors, for value of Assignment Unexpired term of 80 yr. Ground Leasehold & Sub-Condominium Leasehold Lot 1 & 2 Tract 10542, Unit 53. Gables subd. APN 178-771-03. | Orange County Superior Court 700 Civic Center Dr. West Santa Ana, CA 92701 | ■ Pending ☐ On appeal ☐ Concluded  Debtor is a cross-defendant |
| Huntington Beach Gables HOA vs  . Sandra Bradley, et. al. 30-2017-00913985 | Collections | Orange County Superior Court 700 Civic Center Dr. West Santa Ana, CA 92701 | ☐ Pending ☐ On appeal ☐ Concluded  post judgment collection actions |
| Huntington Beach Gables HOA vs. Jamie Gallian 30-2017-00962999-CU-HR-CJC | Collections | Orange County Superior Court 700 Civic Center Dr. West Santa Ana, CA 92701 | ☐ Pending ☐ On appeal ■ Concluded |
| Jamie Lynn Gaillan vs. Huntington Beach Gables HOA; Jesus Jasso, Jr. , et. al. 30-2020-01153679 | Personal injury | Orange County Superior Court 700 Civic Center Dr. West Santa Ana, CA 92701 | ■ Pending ☐ On appeal ☐ Concluded |

Official Form 107                      Statement of Financial Affairs for Individuals Filing for Bankruptcy                      page 3

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

EXHIBIT 30, PAGE 606

000381

Debtor 1    **Jamie Lynn Gallian**                                                                 Case number *(if known)*    **8:21-bk-11710-ES**

---

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

■ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property | Date | Value of the property |
|---|---|---|---|
| | Explain what happened | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

**Part 5:    List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift and Address: | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 Charity's Name Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

**Part 6:    List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

---

EXHIBIT 30, PAGE 607

000382

Debtor 1    Jamie Lynn Gallian    Case number (if known)    8:21-bk-11710-ES

**Part 7:    List Certain Payments or Transfers**

16.  **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

- ■ No
- ☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

17.  **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

- ■ No
- ☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18.  **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

- ☐ No
- ■ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| James H. Casello, Esq.<br>Casello & Lincoln<br>525 Cabrillo Park Dr. Ste.<br>104 Santa Ana, CA 92701<br><br>None | $47,000 legal fees | Legal services | 2019 to 2021 |
| Michael T. Chulak & Assoc.<br>30343 Canwood St. Ste. 203<br>Agoura Hills, CA 91301<br><br>None | $8,700 | Legal services | 2017 to 2018 |
| Michael S. Devereux, Esq.<br>9171 Wilshire Blvd. Ste. 500<br>Beverly Hills, CA 90210<br><br>None | $5,000 | Legal services | 2018 to 2020 |
| Steven A. Fink, Esq<br>13 Corporate Plaza Dr. Ste. 150<br>Newport Beach, CA 92660<br><br>None | $30,000 | Legal services | 2018 to 2020 |

EXHIBIT 30, PAGE 608

000383

Debtor 1    **Jamie Lynn Gallian**                                Case number *(if known)*    **8:21-bk-11710-ES**

| Person Who Received Transfer Address | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person's relationship to you | | | |
| **David R. Flyer, Esq.** **Raqual Flyer-Dashner** **4120 Birch St. Ste. 101** **Newport Beach, CA 92660** **None** | $17,000 | **Legal services** | 2018 to 2020 |
| **Sherry Garrels, Esq.** **12660 Brookhurst St. A103** **Garden Grove, CA 92840** **None** | $6500.00 | **Legal Services** | 2020-2021 |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)
- ☑ No
- ☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:** List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.
- ☑ No
- ☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**
- ☑ No
- ☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**
- ☑ No
- ☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

EXHIBIT 30, PAGE 609

000384

Debtor 1    Jamie Lynn Gallian                                           Case number (if known)    8:21-bk-11710-ES

---

**Part 9:    Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

   ■ No
   ☐ Yes. Fill in the details.

| Owner's Name | Where is the property? | Describe the property | Value |
| Address (Number, Street, City, State and ZIP Code) | (Number, Street, City, State and ZIP Code) | | |

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

   ■ No
   ☐ Yes. Fill in the details.

| Name of site | Governmental unit | Environmental law, if you | Date of notice |
| Address (Number, Street, City, State and ZIP Code) | Address (Number, Street, City, State and ZIP Code) | know it | |

25. **Have you notified any governmental unit of any release of hazardous material?**

   ■ No
   ☐ Yes. Fill in the details.

| Name of site | Governmental unit | Environmental law, if you | Date of notice |
| Address (Number, Street, City, State and ZIP Code) | Address (Number, Street, City, State and ZIP Code) | know it | |

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No
   ☐ Yes. Fill in the details.

| Case Title | Court or agency | Nature of the case | Status of the case |
| Case Number | Name | | |
| | Address (Number, Street, City, State and ZIP Code) | | |

**Part 11:    Give Details About Your Business or Connections to Any Business**

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

   ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

   ■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

   ☐ A partner in a partnership

   ☐ An officer, director, or managing executive of a corporation

   ☐ An owner of at least 5% of the voting or equity securities of a corporation

---

EXHIBIT 30, PAGE 610

000385

Debtor 1   **Jamie Lynn Gallian**                                         Case number *(if known)*   **8:21-bk-11710-ES**

☐  **No.** None of the above applies.  Go to Part 12.

☑  **Yes.** Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| J-Sandcastle Co., LLC<br>16222 Monterey Lane #376<br>Huntington Beach, CA 92649 | Residential Management | EIN:   83-2453659<br><br>From-To  10-19-2018 |
| J-Pad, LLC<br>21742 Anza Avenue<br>Torrance, CA 92503 | Residential Management. | EIN:<br><br>From-To  2/9/2018 |

28.  **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑  **No**
☐  **Yes.** Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

**Part 12:   Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

Jamie Lynn Gallian                                    Signature of Debtor 2
**Signature of Debtor 1**

Date  **9/21/2021**                                   Date

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
☑ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

EXHIBIT 30, PAGE 611

000386

**Fill in this information to identify your case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Jamie Lynn Gallian** | | | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION

Case number   **8:21-bk-11710-ES**
(if known)

☑ Check if this is an amended filing

Official Form 108

## Statement of Intention for Individuals Filing Under Chapter 7     12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- ☑ creditors have claims secured by your property, or
- ☑ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:     List Your Creditors Who Have Secured Claims**

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name:   **J-Pad, LLC,**<br><br>Description of property securing debt:   **16222 Monterey Ln. Spc 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home.  Decal No. LBM1081. Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2".** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☑ Retain the property and [explain]:<br><br><br>**Retain** | ☐ No<br><br>☑ Yes |
| Creditor's name:   **Janine Jasso, Esq.**<br><br>Description of property securing debt   **16222 Monterey Ln. Spc 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home.  Decal No. LBM1081.** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br><br>**Notice of Appeal - Pending OCSC Appellate Department 30-2021-01189657 to VOID Order.** | ☐ No<br><br>☑ Yes |

Official Form 108     Statement of Intention for Individuals Filing Under Chapter 7     page 1

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

EXHIBIT 30, PAGE 612

000387

| Debtor 1 | Jamie Lynn Gallian | Case number *(if known)* | 8:21-bk-11710-ES |
|---|---|---|---|

■ Retain the property and [explain]:

**UCC To Be Avoided By  522(f) and/or
Other Means 11 U.S.C. §523(a)(7)**

| Creditor's name: | Janine Jasso, Esq.  Huntington Beach Gables HOA | ☐ Surrender the property. | ☐ No |
|---|---|---|---|
| | | ☐ Retain the property and redeem it. | |
| | | ☐ Retain the property and enter into a *Reaffirmation Agreement*. | ■ Yes |
| Description of property securing debt | 16222 Monterey Ln Spc 376 Huntington Beach, CA 92649 APN 891-56-62; 2014 s\kyline Custom Villa Manufactured Home.  Decal No. LBM1081 | ■ Retain the property and [explain]: **UCC filed to be avoided by 522(f) and/or other means** | |

---

**Part 2    List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

**Describe your unexpired personal property leases**                    Will the lease be assumed?

| Lessor's name: | HOUSER BROS CO dba Rancho Del Rey Mobilehome Estates 17610 Beach Blvd. Ste. 32 Huntington Beach, California 92647 | ☐No ■ Yes |
|---|---|---|
| Description of leased Property: | Ryan Assignment of 1/1/2006 Unexpired Ground Leasehold, APN 178-011-01 Tract 10542, Unit 4, Lot 376.  Location of 2014 Skyline Custom Villa Home.                    Expires 2059 | |

| Lessor's name: Description of leased Property: | Hyundai Capital America  Vehicle lease for 2020 Kia Sportage.    Expires 12/1/2022 | ☐ No ■ Yes |
|---|---|---|

---

**Part 3:    Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt, and personal property LBM 1081, that is situated to an unexpired term of that certain Groundlease, Tract 10542, Unit 4, Lot 376, located upon APN 178-011-01,  16222 Monterey Lane, Huntington Beach, CA 92649

X _____                    X _____
Jamie Lynn Gallian                                 Signature of Debtor 2
Signature of Debtor 1

Date _9/21/2021_                                   Date _____

---

Official Form 108                    Statement of Intention for Individuals Filing Under Chapter 7                    page 2

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Fill in this information to identify your case: | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|
| **Debtor 1**    Jamie Lynn Gallian | ☑ 1. There is no presumption of abuse |
| **Debtor 2**<br>(Spouse, if filing) | ☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2). |
| United States Bankruptcy Court for the:    Central District of California—Santa Ana Division | ☐ 3. The Means Test does not apply now because of qualified military service but it could apply later. |
| Case number    **8:21-bk-11710-ES**<br>(if known) | ☑ Check if this is an amended filing |

## Official Form 122A – 1
## Chapter 7 Statement of Your Current Monthly Income
04/20

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

| Part 1: | Calculate Your Current Monthly Income |
|---|---|

**1. What is your marital and filing status?** Check one only.

☑ **Not married.** Fill out Column A, lines 2-11.

☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

    ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

    ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| **2.** | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $   0.00 | $ |
| **3.** | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $   0.00 | $ |
| **4.** | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $   0.00 | $ |

**5. Net income from operating a business, profession, or farm**

| | | Debtor 1 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ | 0.00 | | |
| Ordinary and necessary operating expenses | -$ | 0.00 | | |
| Net monthly income from a business, profession, or farm | $ | 0.00 | Copy here -> $ | 0.00 |

**6. Net income from rental and other real property**

| | | Debtor 1 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ | 0.00 | | |
| Ordinary and necessary operating expenses | -$ | 0.00 | | |
| Net monthly income from rental or other real property | $ | 0.00 | Copy here -> $ | 0.00 |

| **7.** | **Interest, dividends, and royalties.** | $   0.00 | $ |
|---|---|---|---|

EXHIBIT 30, PAGE 614

000389

| Debtor 1 | **Jamie Lynn Gallian** | Case number (if known) | **8:21-bk-11710-ES** |
|---|---|---|---|

|  |  | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8. | **Unemployment compensation** | $  1,789.00 | $ |
|  | Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: |  |  |
|  | For you | $  0.00 |  |
|  | For your spouse | $ |  |
| 9. | **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title. | $  0.00 | $ |
| 10. | **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments made under the Federal law relating to the national emergency declared by the President under the National Emergencies Act (50 U.S.C. 1601 et seq.) with respect to the coronavirus disease 2019 (COVID-19); payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation  pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.. |  |  |
|  |  | $  0.00 | $ |
|  |  | $  0.00 | $ |
|  | Total amounts from separate pages, if any. | +  $  0.00 | $ |
| 11. | **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B. | $  1,789.00 | +  $ = $ 1,789.00  Total current monthly income |

**Part 2:** Determine Whether the Means Test Applies to You

12. **Calculate your current monthly income for the year.** Follow these steps:

    12a. Copy your total current monthly income from line 11          **Copy line 11 here=>**     $  1,789.00

              Multiply by 12 (the number of months in a year)                     **x 12**

    12b. The result is your annual income for this part of the form          12b. $  21,468.00

13. **Calculate the median family income that applies to you.** Follow these steps:

    Fill in the state in which you live.        **CA**

    Fill in the number of people in your household.        **1**

    Fill in the median family income for your state and size of household.       13. $  62,938.00

    To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

    14a. ■ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3. Do NOT fill out or file Official Form 122A-2.

    14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A-2.

**Part 3:** Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X  *Jamie L Gallian*
    **Jamie Lynn Gallian**

Official Form 122A-1              Chapter 7 Statement of Your Current Monthly Income                page 2

| Debtor 1 | **Jamie Lynn Gallian** | | Case number (*if known*) | **8:21-bk-11710-ES** |

Signature of Debtor 1

Date    9/21/2021
MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

Official Form 122A-1    **Chapter 7 Statement of Your Current Monthly Income**    page 3
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

EXHIBIT 30, PAGE 616

000391

**FIRST AMENDED**

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**5401 Skylab  Huntington Beach, CA 92647**
A true and correct copy of the foregoing document entitled (specify):    **Summary of Amended Schedules, Master Mailing List, and or Statements**    will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below: _____

_____

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 8-20-2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Jeffrey I Golden (TR)**   lwerner@wgllp.com, jig@trustesolutions.net;kadele@wgllp.com
**Mark A Mellor**   mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com
**D. Edward Hays**  ehays@marshackhays.com
**Valerie Smith**   claims@recoverycorp.com
**United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
**Jamie Lynn Gallian**  jamiegallian@gmail.com

☐ Service information continued on attached
page

2. **SERVED BY UNITED STATES MAIL**: On (date) ____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached
page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached
page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| **9/21/2021** | **Robert McLelland** | _(signature)_ |
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| | | |
|---|---|---|
| December 2015 | Page 2 | F 1007-1.1.AMENDED.SUMMARY |

EXHIBIT 30, PAGE 617

000392

EXHIBIT 31

ORIGINAL

| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Jamie Lynn Gallian**<br>**16222 Monterey Ln. #376**<br>**Huntington Beach, CA 92649**<br>**(714) 321-3449**<br>jamiegallian@gmail.com<br><br>☐ *Attorney for Debtor*<br>☑ *Individual appearing without attorney* | **FILED**<br>**SEP 22 2021**<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:            Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA—SANTA ANA DIVISION**

| In re:<br><br>**Jamie Lynn Gallian**<br><br><br><br><br>Debtor(s) | CASE NO.: **8:21-bk-11710-ES**<br><br>CHAPTER: **7**<br><br>**SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS**<br>[LBR 1007-1(c)] |
|---|---|

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? ☑ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B      ☐ Schedule C      ☑ Schedule D      ☑ Schedule E/F      ☐ Schedule G

☐ Schedule H      ☐ Schedule I      ☐ Schedule J      ☐ Schedule J-2      ☐ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s)      ☑ Statement of Intentions      ☑ Master Mailing List

☐ Other *(specify)* _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: ___9/21/2021___

_____
**Jamie Lynn Gallian**
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                    Page 1                    F 1007-1.1.AMENDED.SUMMARY

EXHIBIT 31, PAGE 618

000394

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA—SANTA ANA DIVISION |
| Case number (if known) | **8:21-bk-11710-ES** |

■ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**
☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
■ Yes. Fill in all of the information below.

### Part 1:    List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| **2.1** **J-Pad, LLC, Steven & Brian Gallian; EJ Gallian; Justin Barclay; Ronald j. Pierpont; Robert J. Pierpont; Jamie Lynn Gallian**<br>Creditor's Name<br><br>**21742 Anza Avenue Torrance, CA  90503**<br>Number, Street, City, State & Zip Code | Describe the property that secures the claim:<br>**16222 Monterey Ln. Spc 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home. Decal No. LBM1081.  Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2".**<br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Nature of lien. Check all that apply.<br>■ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☐ Other (including a right to offset) | $175,000.00 | $235,000.00 | $0.00 |

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim relates to a community debt

Date debt was incurred _____    Last 4 digits of account number    **N/A** _____

**Holder of UCC 1 Perfected 1/14/2019; HCD Registration Jamie Lynn Gallian perfected 2-25-2021**

EXHIBIT 31, PAGE 619

000395

Debtor 1   **Jamie Lynn Gallian**
First Name   Middle Name   Last Name

Case number (if known)   **8:21-bk-11710-ES**

| 2.2 | **Janine Jasso**<br>Creditor's Name | **Describe the property that secures the claim:** | $53,684.41 | $235,000.00 | $0.00 |
|---|---|---|---|---|---|

**16222 Monterey Ln. Spc 376
Huntington Beach, CA 92649
Orange County
APN: 891-569-62; 2014 Skyline
Custom Villa Manufactured Home.
Decal No. LBM1081.  Serial Number
AC7V710394GB 56'x15'2"; Serial
Number AC7V710394GA 60'x15'2".**

**16025 Warmington Lane
Huntington Beach, CA
92649**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred   **12/4/2018**     Last 4 digits of account number   **HOA Fees 3985**

| 2.3 | **Janine Jasso**<br>Creditor's Name | **Describe the property that secures the claim:** | $13,229.24 | $235,000.00 | $6,913.65 |
|---|---|---|---|---|---|

**16222 Monterey Ln. Spc 376
Huntington Beach, CA 92649
Orange County
APN: 891-569-62; 2014 Skyline
Custom Villa Manufactured Home.
Decal No. LBM1081.  Serial Number
AC7V710394GB 56'x15'2"; Serial
Number AC7V710394GA 60'x15'2".**

**16025 Warmington Lane
Huntington Beach, CA
92649**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred   **2018**     Last 4 digits of account number   **Attorney Fees $9400.00 Civil OCSC 30-2018-00986785.**

Add the dollar value of your entries in Column A on this page. Write that number here:   **$241,913.65**
If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:   **$241,913.65**

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Official Form 106D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page 2 of 3

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

EXHIBIT 31, PAGE 620

000396

Debtor 1   **Jamie Lynn Gallian**

First Name        Middle Name        Last Name

Case number (if known)   **8:21-bk-11710-ES**

[ ]

Name, Number, Street, City, State & Zip Code
**Janine Jasso. Esq.**
**16025 Warmington Lane**
**Huntington Beach, CA 92649**

On which line in Part 1 did you enter the creditor?   **2.2; 2.3**

Last 4 digits of account number _ _____

**J-Pad, LLC**
**21742 Anza Avenue**
**Torrance, CA 90503**

On which line in Part 1 did you enter the creditor?   2.1

Last 4 digits of account number _____

---

Official Form 106D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 3 of 3

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

EXHIBIT 31, PAGE 621

000397

**Fill in this information to identify your case:**

Debtor 1    **Jamie Lynn Gallian**
First Name    Middle Name    Last Name

Debtor 2
(Spouse if, filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION

Case number    **8:21-bk-11710-ES**
(if known)

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:**    **List All of Your PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** **Internal Revenue Service** | Last 4 digits of account number **3936** | **$32,361.00** | **$32,361.00** | **$0.00** |

Priority Creditor's Name
**Insolvency**
**PO BOX 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred?    **2017-2018, 2019**

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify    **income tax**

**Part 2:**    **List All of Your NONPRIORITY Unsecured Claims**

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☑ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

EXHIBIT 31, PAGE 622

000398

| Debtor 1 | **Jamie Lynn Gallian** | | Case number (if known) | **8:21-bk-11710-ES** |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 4.1 | **Gordon, Reese, Scully & Mansukhani**<br>Nonpriority Creditor's Name<br>**633 W. 5th St. Fl. 52**<br>**Los Angeles, CA 90071**<br>Number Street City State Zip Code | Last 4 digits of account number   **N/A** | | **Unknown** |

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

When was the debt incurred?    **2021**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **possible remittur amount owed as part of HOA Gables lawsuits.**

| | | | | |
|---|---|---|---|---|
| 4.2 | **Houser Bros Co.**<br>Nonpriority Creditor's Name<br>**dba Rancho Del Rey Mobilehome Est.**<br>**17610 Beach Blvd. Ste. 32**<br>**Huntington Beach, CA 92647**<br>Number Street City State Zip Code | Last 4 digits of account number   **N/A** | | **Unknown** |

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

When was the debt incurred?    **2020**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **possible space 376 rent; due to refusal to accept tendered rent payments by debtor. Checks returned to debtor by RDRMHE uncashed. since 11/1/2018. Pending Litigation.**

| | | | | |
|---|---|---|---|---|
| 4.3 | **Huntington Beach Gables HOA**<br>Nonpriority Creditor's Name<br>**c/o Epstein, Grinnell & Howell, APC**<br>**10200 Willow Creek Rd. Ste. 100**<br>**San Diego, CA 92131**<br>Number Street City State Zip Code | Last 4 digits of account number   **3985** | | **$413,000.00** |

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

When was the debt incurred?    **2017-2018**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **judgment for attorneys fees and costs owed to Gables HOA**

EXHIBIT 31, PAGE 623

000399

Debtor 1  **Jamie Lynn Gallian**                              Case number (if known)    **8:21-bk-11710-ES**

| 4.4 | **Huntington Beach Gables HOA** | Last 4 digits of account number  **2999** | **$9,300.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**c/o Epstein, Grinnell & Howell, APC**
**10200 Willow Creek Rd. Ste. 100**
**San Diego, CA 92131**
Number Street City State Zip Code

**When was the debt incurred?**    **2018**

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Attorneys fees in Anti-Slapp Motion**

---

| 4.5 | **James H. Casello** | Last 4 digits of account number  **N/A** | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name
**Casello & Lincoln**
**525 N. Cabrillo Park Dr. Ste. 104**
**Santa Ana, CA 92701**
Number Street City State Zip Code

**When was the debt incurred?**    **2019-2021**

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **legal services**

---

| 4.6 | **Nationwide Reconveyance, LLC** | Last 4 digits of account number  **3055** | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name
**c/o Feldsott & Lee**
**23161 Mill Creek Dr. Ste. 300**
**Laguna Hills, CA 92653**
Number Street City State Zip Code

**When was the debt incurred?**    **2018**

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **possible debt owed in connection with Randall Nickel lawsuit**

---

**EXHIBIT 31, PAGE 624**

000400

Debtor 1  **Jamie Lynn Gallian**                                    Case number (if known)  **8:21-bk-11710-ES**

---

**4.7**  **Huntington Beach Gables HOA**

Nonpriority Creditor's Name
**c/o Feldsott & Lee**
**23161 Mill Creek Dr. Ste. 300**
**Laguna Hills, CA 92653**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number  **3985**                    **$5,000.00**

When was the debt incurred?  **2021**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **7/8/21 related to misc. debt collection case.**

---

**4.8**  **Patricia Ryan and Lisa Ryan**

Nonpriority Creditor's Name
**20949 Lassen St. #208**
**Chatsworth, CA 91311**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number  **N/A**                    **Unknown**

When was the debt incurred?  **2018**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Listed solely as a precaution. Sale of 2014 MH on Space 376**

---

**4.9**  **Janine Jasso, Esq.**

Nonpriority Creditor's Name
**16025 Warmington Ln.**
**Huntington Beach, CA 92649**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number  **8287**                    **$13,229.24**

When was the debt incurred?  **2018**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Atty fees $9400.00 OCSC 30-2018-00986785**

---

EXHIBIT 31, PAGE 625

000401

| Debtor 1 | Jamie Lynn Gallian | | Case number (if known) | 8:21-bk-11710-ES |
|---|---|---|---|---|

**4.10** Rancho Bernardo Condominium Mgt.
Nonpriority Creditor's Name
**dba Elite Community Mgt.**
**c/o Gordon, Rees, Scully Mansukhani**
**5 Park Plaza Ste. 1100**
**Irvine, CA 92614**
Number Street City State Zip Code

**Last 4 digits of account number**   3055

**When was the debt incurred?**

Unknown

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Listed as precaution**

---

**4.11** **Randall Nickell**
Nonpriority Creditor's Name
**4476 Alderport Dr.**
**Huntington Beach, CA 92649**
Number Street City State Zip Code

**Last 4 digits of account number**   3055

**When was the debt incurred?**   2019

Unknown

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Listed as a precaution for possible claims related to assignment of Ground leasehold rights, Sub Condominium Leasehold rights in Tract 10542, Lot 1&2, APN 178771-03; 4476 Alderport Dr. #53, Huntington Beach, CA**

---

**4.12** **Robert P. Warmington Co.**
Nonpriority Creditor's Name
**c/o BS Investors**
**18201 Von Karmen Ste. 450**
**Irvine, CA 92612**
Number Street City State Zip Code

**Last 4 digits of account number**   0376

**When was the debt incurred?**

Unknown

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Listed as precaution for possible claims; Lot 376 Tract 10542, Unit 4 APN 178-011-01**

---

**EXHIBIT 31, PAGE 626**

000402

Debtor 1    **Jamie Lynn Gallian**                                    Case number (if known)    **8:21-bk-11710-ES**

| | | |
|---|---|---|
| **4.1 3** | **United Airlines** | Last 4 digits of account number **0092**       **$9,600.00** |

Nonpriority Creditor's Name
**PO BOX 0675**
**Carol Stream, IL 60132-0675**
Number Street City State Zip Code

**When was the debt incurred?**    **???**

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Cobra payments**

---

| | | |
|---|---|---|
| **4.1 4** | **Huntington Mobile Home Investments, LLC** | Last 4 digits of account number       **$450,000.00** |

Nonpriority Creditor's Name

**16400 Saybrook**
**Huntington Beach, CA 92649**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify <u>Listed solely as precaution; Potential previous MH Conversion without Notice to resident owners.</u>

---

**Part 3:**    List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **BS Investors ; Robert P. Warmington** <br> **c/o Gorden May** <br> **Grant, Genovese & Baratta** <br> **2030 Main St. Ste. 1600** <br> **Irvine, CA 92614** | Line **4.12** of (Check one): <br> ☐ Part 1: Creditors with Priority Unsecured Claims <br> ■ Part 2: Creditors with Nonpriority Unsecured Claims <br><br> Last 4 digits of account number      **N/A** |
| Name and Address <br> **Janine Jasso, Esq.** <br> **16025 Warmington Lane** <br> **Huntington Beach, CA 92649** | Line **4.3** of (Check one): <br> ☐ Part 1: Creditors with Priority Unsecured Claims <br> ☐ Part 2: Creditors with Nonpriority Unsecured Claims <br><br> Last 4 digits of account number      **2999** |
| Name and Address <br> **Huntington Mobile Home Investments, LLC** <br> **16400 Saybrook Lane** <br> **Huntington Beach, CA 92649** | Line **4.14** of (Check one): <br> ☐ Part 1: Creditors with Priority Unsecured Claims <br> ☐ Part 2: Creditors with Nonpriority Unsecured Claims <br><br> Last 4 digits of account number |

**EXHIBIT 31, PAGE 627**

000403

| Debtor 1 | Jamie Lynn Gallian | | Case number (if known) | 8:21-bk-11710-ES |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| --- | --- |
| **Jennifer Paulin**<br>**4446 Alderport Dr.**<br>**Huntington Beach, CA 92649** | Line **4.3** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| --- | --- |
| **Lee Gragnano**<br>**16062 Warmington Ave.**<br>**Huntington Beach, CA 92649** | Line **4.3** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number        **3985** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| --- | --- |
| **Lindy Beck**<br>**4443 Chase Dr.**<br>**Huntington Beach, CA 92649** | Line **4.3** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number        **3985** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| --- | --- |
| **Lori Burrett**<br>**16107 Warmington Lane**<br>**Huntington Beach, CA 92649** | Line **4.3** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number        **3985** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| --- | --- |
| **Randell Nickel**<br>**c/o Mark Mellor, Esq.**<br>**6800 Indiana Ave. Ste. 220**<br>**Riverside, CA 92506** | Line **4.11** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number        **3055** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| --- | --- |
| **Ted Phillips**<br>**17162 Sandra Lee**<br>**Huntington Beach, CA 92649** | Line **4.3** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number        **3985** |

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | | Total Claim |
| --- | --- | --- | --- | --- | --- |
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ | 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 32,361.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 32,361.00 |

| | | | | | Total Claim |
| --- | --- | --- | --- | --- | --- |
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ | 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 900,129.24 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 900,129.24 |

**EXHIBIT 31, PAGE 628**

000404

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Jamie Lynn Gallian**<br>**16222 Monterey Lane #376**<br>**Huntington Beach, CA 92649**<br>**(714) 321-3449**<br>**jamiegallian@gmail.com** | |

☐ *Attorney for Debtor*
■ *Debtor appearing without an attorney*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION**

| In re:<br><br>        **Jamie Lynn Gallian**<br><br><br><br><br><br>                        Debtor(s). | CASE NO.: **8:21-bk-11710-ES**<br>CHAPTER: **7**<br><br>**VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __3__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: _9/21/2021_

_____
Signature of Debtor 1 Jamie Lynn Gallian

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                    **F 1007-1.MAILING.LIST.VERIFICATION**

EXHIBIT 31, PAGE 629

000405

BS Investors
Robert P. Warmington Co
c/o Gorden May
Grant, Genovese & Baratta
2030 Main St. Ste. 1600
Irvine, CA 92614

Houser Brothers Co.
dba Rancho Del Rey Mobilehome Est.
17610 Beach Blvd. Ste. 32
Huntington Beach, CA 92647

Huntington Beach Gables HOA
c/o Feldsott & Lee
23161 Mill Creek Dr. Ste. 300 Laguna
Hills, CA 92653

Huntington Mobile Home Investments
16400 Saybrook Lane
Huntington Beach, CA 92649

Hyundai Capital America
PO BOX 269011
Plano, TX 75026

Internal Revenue Service Insolvency
PO BOX 7346
Philadelphia, PA 19101-7346

J-Pad, LLC
21742 Anza Avenue
Torrance, CA 90503

Janine Jasso
16025 Warmington Lane
Huntington Beach, CA 92649

Jennifer Paulin
4446 Alderport Dr.
Huntington Beach, CA 92649

EXHIBIT 31, PAGE 630

000406

Lee Gragnano
16062 Warmington Ave.
Huntington Beach, CA 92649

Lindy Beck
4443 Chase Dr.
Huntington Beach, CA 92649

Lori Burrett
16107 Warmington Lane
Huntington Beach, CA 92649

Randell Nickel
c/o Mark Mellor, Esq. Ste. 220 6800
Indiana Ave.
Riverside, CA 92506

Robert P. Warmington Co.
c/o BS Investors
18201 Von Karmen Ste. 450
Irvine, CA 92612

Sandra L. Bradley
18 Meadowwood
Coto De Caza, CA 92649

Ted Phillips
17162 Sandra Lee
Huntington Beach, CA 92649

EXHIBIT 31, PAGE 631

000407

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**5401 Skylab  Huntington Beach, CA 92647**
A true and correct copy of the foregoing document entitled (*specify*):    **Summary of Amended Schedules, Master
Mailing List, and or Statements**   will be served or was served **(a)** on the judge in chambers in the form and manner
required by LBR 5005-2(d); and **(b)** in the manner stated below:

_____

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On
8-20-2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Jeffrey I Golden (TR)    lwerner@wgllp.com, jig@trustesolutions.net;kadele@wgllp.com
Mark A Mellor    mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com
D. Edward Hays  ehays@marshackhays.com
Valerie Smith    claims@recoverycorp.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
Jamie Lynn Gallian  jamiegallian@gmail.com**

☐ Service information continued on attached
page

2.  **SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known
addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed
envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here
constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached
page

3.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following
persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service
method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal
delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached
page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/21/2021 | Robert McLelland | *Trent McClelland* |
|-----------|------------------|--------------------|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                               Page 2                          **F 1007-1.1.AMENDED.SUMMARY**

EXHIBIT 31, PAGE 632

000408

EXHIBIT 32

| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **JAMIE LYNN GALLIAN**<br>**16222 Monterey Lane Spc. 376**<br>**Huntington Beach, CA 92649**<br>**(714) 321-3449**<br>jamiegallian@gmail.com | |
| ☒   *Individual appearing without attorney*<br>☐   *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION**

| In re:<br><br>Jamie Lynn Gallian<br><br><br><br><br>Debtor(s) | CASE NO.: **8:21-bk-11710-ES**<br><br>CHAPTER: **7**<br><br>                 **Second Amended**<br>**SUMMARY OF AMENDED SCHEDULES,**<br>**MASTER MAILING LIST,**<br>**AND/OR STATEMENTS**<br>**[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? ☐ Yes ☒ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

| ☑ Schedule A/B | ☑ Schedule C | ☐ Schedule D | ☐ Schedule E/F | ☑ Schedule G |
|---|---|---|---|---|
| ☑ Schedule H | ☑ Schedule I | ☐ Schedule J | ☐ Schedule J-2 | ☑ Statement of Financial Affairs |
| ☐ Statement About Your Social Security Number(s) | | ☑ Statement of Intentions | | ☐ Master Mailing List |
| ☑ Other *(specify)* | **Statement of Related Cases LBR Form 1015-2 ; Form 122-A Statement of Current Income and Expenses** | | | |

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date:    _10/14/2021_

                               **Jamie Lynn Gallian**
                               Debtor 1 Signature

                               Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**EXHIBIT 32, PAGE 633**

000410

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **5801 Skylab Drive Huntington Beach, CA 92647**

**Email:** bobwentflying@yahoo.com.                         Second Amended

A true and correct copy of the foregoing document entitled (specify): __ **Summary of Amended Schedules, Master Mailing List, and or Statements** __ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 10-14-2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Jeffrey I Golden (TR)**    lwerner@wgllp.com, jig@trustesolutions.net;kadele@wgllp.com
**Mark A Mellor**    mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com
**Valerie Smith**    claims@recoverycorp.com
**United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:** On (date) ____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/14/202 | Robert McLelland | _signature_ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                          Page 2                          F 1007-1.1.AMENDED.SUMMARY

EXHIBIT 32, PAGE 634

000411

Fill in this information to identify your case and this filing:

| | | | |
|---|---|---|---|
| Debtor 1 | Jamie Lynn Gallian | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | 8:21-bk-11710-ES | | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                             12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest in

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
☑ Yes. Where is the property?

| | |
|---|---|
| **APN 178-011-16, Tract 10542, Unit 4, Lot 376** | |

**1.1**

| | | | |
|---|---|---|---|
| **16222 Monterey Ln #376** | | | |
| Street address, if available, or other description | | | |

**What is the property?** Check all that apply

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☑ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other_____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| | | | |
|---|---|---|---|
| **Huntington Beach  CA  92649-0000** | | | |
| City | State | ZIP Code | |

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $275,000.00 | $275,000.00 |

**Who has an interest in the property?** Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ Check if this is community property (see instructions)

| | |
|---|---|
| **Orange** | |
| County | |

Other information you wish to add about this item, such as local property identification number: APN 891.569.62

**Title/Registration through HCD; LBM 1081 to Debtor.**

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................=> | **$275,000.00**

**Part 2:** Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

| Debtor 1 | Jamie Lynn Gallian | Case number (if known) | 8:1-bk-11710-ES |
|---|---|---|---|

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

| 3.1 | Make: **Kia** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| | Model: **Sportage** | ☑ Debtor 1 only | | |
| | Year: **2020** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | ☐ At least one of the debtors and another | | |
| | **Location: 16222 Monterey Ln #376, Huntington Beach CA 92649 (LEASE)** | ☐ Check if this is community property (see instructions) | $0.00 | $0.00 |

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

**5** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.......................................=> | $0.00 |

**Part 3:  Describe Your Personal and Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**6. Household goods and furnishings**
Example      Major appliances, W/D, Refrigerator, living furniture, linens, china, kitchenware, beds, Sofa, chairs, dressers, coffee table, end table, Stools,  dining table, hutch, side table, curio cabinet, wall unit, desk.

☐ No          Location: 16222 Monterey Ln #376, Huntington Beach CA 92649 | $3,500.00 |

☑ Yes. Describe.....  **Waterford crystal set red & white wine glasses** | $1,000.00 |

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☑ Yes. Describe  **Wall television, computer, printer, and peripherals**
☐ No..          Location: 16222 Monterey Ln #376, Huntington Beach CA 92649 | $1,500.00 |

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ Yes. Describe  **Lladro figurine boy dog collection (20)**
☐ No.          Location: 16222 Monterey Ln #376, Huntington Beach CA 92649 | $1,950.00 |

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☑ No
☐ Yes. Describe.....

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☑ No
☐ Yes. Describe.....

Official Form 106A/B                    Schedule A/B: Property                              page 2
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                      Best Case Bankruptcy

EXHIBIT 32, PAGE 636

000413

| Debtor 1 | Jamie Lynn Gallian | Case number (if known) | 8:21-bk-11710-ES |
|---|---|---|---|

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

☑ Yes. Describe......

> Misc. clothing, winter jackets, purses, blouses, pants, dresses, uniforms, shoes, boots, tennis shoes, sandals, heels, work shoes
> Location: 16222 Monterey Ln #376, Huntington Beach CA 92649          $1,000.00

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☑ Yes. Describe

☐ No.....

> Movado wrist watch (20 yrs old.),  costume jewelry, misc non-gold chains, bracelets and earrings.
> Location: 16222 Monterey Ln #376, Huntington Beach CA 92649          $1,000.00

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses

☑ Yes. Describe

☐ No..

> 5-year old Wired Terrier Dog
> Location: 16222 Monterey Ln #376, Huntington Beach CA 92649          $25.00

**14.** Any other personal and household items you did not already list, including any health aids you did not list

☑ No

☐ Yes. Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ..............................................    $9,975.00

| Part 4: | Describe Your Financial Assets |
|---|---|

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No

☐ Yes.................................................................................................

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes..................17.1

| | | Institution name: | |
|---|---|---|---|
| 17.1 | EDD Debit Card | Bank of America | $3,793.00 |
| 17.2. | Checking and Savings | Alliant Credit Union    Covid Relief Funds | $1,407.00 |
| 17.3 | Savings | Alliant Credit Union    Covid Relief Funds | $ 2,600.00. |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes.          Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

☑ Yes          Give specific information about them:.................
Name of entity:

Percentage of Ownership

**J-Sandcastle Co., LLC - Entity is debtor's single member LLC.**
Note payable in the approximate amount of $ 225,000.00, dated 11/16/2018, secured by UCC-1, perfected 1/14/2019.
Entity currently has a bank account $16,000, holding funds from tendered, Lot 376, Tract 10542,Unit 4, rent checks payable to RDRMHE; Ground Space #376 for 2014 Skyline manufactured home, LBM1081. RDRMHE refused to countersign Ground Space Agreement with Applicant.  According to RDRMHE, park rules forbid home to be held in name other than individual.
However, RDRMHE allows registration held in the name of a Trust.          100 %          < $209,000.00 >

Official Form 106A/B          Schedule A/B: Property          page 3

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

EXHIBIT 32, PAGE 637

Debtor 1    Jamie Lynn Gallian                                      Case number (if known)   **8:21-bk-11710-ES**

**J-Pad, LLC - Entity is a manager-managed LLC.**
Debtor has _____ interest in LLC; J-Pad, LLC holds COT perfected with HCD.
Holder of UCC-1, perfected 1/14/2019, secured Note receivable $225,000.00,            **70**    %
($175,000 & $88,000.00 Less note $225.000.00 = $38,000.00. Promissory Note
~~payable to Ron Pierpont; Robert McLolland vs equity in LLC + protection.~~

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ◼ No
    ☐ Yes. Give specific information about them
            Issuer name: _____

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ◼ Yes. List each account separately.
            Type of account:            Institution name:

            **401k**                    **Fidelity 401k**                              $7,400.00

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ◼ No
    ☐ Yes. ..................    Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ◼ No
    ☐ Yes............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ◼ No
    ☐ Yes............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ◼ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ◼ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ◼ No
    ☐ Yes. Give specific information about them...

Money or property owed to you?                                  Current value of the
                                                                portion you own?
                                                                Do not deduct secured
                                                                claims or exemptions.

28. **Tax refunds owed to you**
    ◼ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ◼ No

EXHIBIT 32, PAGE 638

000415

| Debtor 1 | Jamie Lynn Gallian | Case number (if known) | 8:21-bk-11710-ES |
|---|---|---|---|

☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
    Company name:                Beneficiary:                Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ Yes....    Probate Estate Charles James Bradley Jr. DOD 6-18-2000. Case No.30-2017-00915711.    unknown
    ☐ No..    Uncertain what, if any, proceeds will pass to debtor. Will placed in paper shredder by
    Administrator Sandra Bradley, decedent's widow. Witnessed first hand by decedent's
    brother & wife, David Bradley and Diane Goetz.

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**    est.    $ 100,000.00
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ Yes. Describe each claim........ Potential claim for wrongful termination claim against employer, United Airlines under Railroad Labor Act.
    ☐ No..    Potential claim against Association of Flight Attendants-MEC for failure to arbitrate employee's claim with CO.

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ☐ No
    ■ Yes. Describe each claim........

| | | | |
|---|---|---|---|
| 34.1 | Personal injury claim against Huntington Beach Gables Homeowner's Association and Jesus Jasso Jr.; DOI: 8/5/2018; Case No.: 30-2020-01153679 | est. | $75,000.00 |
| 34.2 | Potential Claim against Houser Bros Co dba Rancho Del Rey MHE for violation(s) of MRL §798, et seq multiple acts of retaliation, discrimination, trespassing, unlawful entry, forcible detainer, wrongful eviction, failure to timely pursue frivilous Unlawful detainer, forcible Detainer Action filed 1/2/19. against bona fide purchaser for value 11/1/2018.    Potential Attorney fee award. | | $ 75,000.00 |
| 34.3 | Possible rights to reversionary interest in unexpired 80 yr Ground Leasehold, Tract 10542, Lot 1 & 2, and Subcondominium Leasehold Unit 53. | | unknown |
| 34.4 | Potential Victim Restitution Order in favor debtor for economic losses injury sustained from PC §242, 8/5/2018, against Jesus Jasso Jr.; OCDAfiled Case No. 19WM09951, June 25, 2019 | est. | $ 73,000.00 |

35. **Any financial assets you did not already list**
    ■ Yes. Give specific information..    possible COVID-19 rent relief from State of California    est.    $ 27,000.00
    ☐ No.    (applied for, but not yet approved). Not property of the estate.

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.......**    $ 350,000.00

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. Do you own or have any legal or equitable interest in any business-related property?
    ■ No. Go to Part 6
    ☐ Yes. Go to line 38.

Official Form 106A/B                    Schedule A/B: Property                    page 5

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

EXHIBIT 32, PAGE 639

000416

| Debtor 1 | Jamie Lynn Gallian | Case number *(if known)* | **8:21-bk-11710-ES** |
|---|---|---|---|

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .................................. | **$0.00**

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

| 55. | **Part 1: Total real estate, line 2** | | **$275,000.00** |
|---|---|---|---|
| 56. | **Part 2: Total vehicles, line 5** | $ 0.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $ 9,975.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $ 350,000.00 | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54** | + $0.00 | |
| 62. | **Total personal property.** Add lines 56 through 61... | $ 359,975.00 | Copy personal property total | $359,975.00 |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | $  634,975.00 |

EXHIBIT 32, PAGE 640

000417

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jamie Lynn Gallian** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA—SANTA ANA DIVISION | | |
| Case number | **8:21-bk-11710-ES** | | |
| (if known) | | | |

■ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:** Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **16222 Monterey Ln. Spc 376 Huntington Beach, CA 92649  Orange County**<br>APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home. Decal No. LBM1081.  Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2".<br>Line from *Schedule A/B:* 1.1 | $235,000.00 | ■  $600,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.730 |
| **Misc. household goods and furnishings**<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649<br>Line from *Schedule A/B:* 6.1 | $3,500.00 | ■  $3,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **waterford crystal set red and white wine glasses**<br>Line from *Schedule A/B:* 6.2 | $1,000.00 | ■  $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

EXHIBIT 32, PAGE 641

000418

| Debtor 1 | Jamie Lynn Gallian | | Case number (if known) | 8:21-bk-11710-ES |
| --- | --- | --- | --- | --- |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
| --- | --- | --- | --- |
| Wall television, computer, printer and peripherals<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649<br>Line from Schedule A/B: 7.1 | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Lladro figurine collection (20)<br>Line from Schedule A/B: 8.1 | $1,900.00 | ■ $1,900.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| Misc. clothing<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649<br>Line from Schedule A/B: 11.1 | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Movado wrist watch (20 yrs. old); costume jewelry, misc. non-gold chains/bracelets, and earrings.<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649<br>Line from Schedule A/B: 12.1 | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| 5-year old Wired Terrier Dog<br>Line from Schedule A/B: 13.1 | $25.00 | ■ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| EDD Debit account: Bank of America<br>Line from Schedule A/B: 17.1 | $3,793.00 | ■ $3,793.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |
| Savings: Alliant Credit Union--Only funds are Covid-19 relief funds from the government.<br>Line from Schedule A/B: 17.2 | $1,407.00 | ■ $1,407.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.220 |
| Savings: Alliant Credit Union--Only funds are Covid-19 relief funds from the government.<br>Line from Schedule A/B: 17.3 | $2,600.00 | ■ $381.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.220 |
| Savings: Alliant Credit Union--Only funds are Covid-19 relief funds from the government.<br>Line from Schedule A/B: 17.3 | $2,600.00 | ■ $2,219.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |
| IRA: Fidelity<br>Line from Schedule A/B: 21.1 | $7,400.00 | ■ $7,400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.115(a)(1) & (2), (b) |

Official Form 106C                Schedule C: The Property You Claim as Exempt                page 2 of 3

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

EXHIBIT 32, PAGE 642

000419

Debtor 1    Jamie Lynn Gallian                                                 Case number (if known)    8:21-bk-11710-ES

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| **IRA: Fidelity** Line from *Schedule A/B:* **21.1** | $7,400.00 | ■ $7,400.00 □ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C)** |
| **Personal Injury claim against Huntington Beach Gables HOA; Jesus Jasso, Jr. Case No. 30-2020-01153679. Estimated damages $195,000.** Line from *Schedule A/B:* **34.4** | Unknown | ■ $195,000.00 □ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.140** |
| **Potential Victim Restitution Order against Jesus Jasso, Jr. OCDA 19WM09951. Estimated damages $70,000.** Line from *Schedule A/B:* **35.2** | Unknown | ■ $70,000.00 100% of fair market value, up to any applicable statutory limit | **C.C.P. §704.140** |

3. **Are you claiming a homestead exemption of more than $170,350?**
(Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

☐ No

■ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

　☐ No

　■ Yes

EXHIBIT 32, PAGE 643

000420

Case 8:21-bk-11710-ES    Doc 22    Filed 10/14/21    Entered 10/14/21 17:12:48    Desc
Main Document    Page 12 of 31

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jamie Lynn Gallian** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number (if known) | **8:21-bk-11710-ES** | | |

☒ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:** List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| **2.1** | **Houser Bros. Co.** | $0.00 | $275,000.00 | $0.00 |

| **Houser Bros. Co.**<br>Creditor's Name<br>**DBA Rancho Del Rey Estates**<br>**16222 Monterey Ln.**<br>**Huntington Beach, CA 92649**<br>Number, Street, City, State & Zip Code | **Describe the property that secures the claim:**<br>**16222 Monterey Ln #376 Huntington Beach, CA 92649  Orange County, LBM1081 HCD Title held by Debtor**<br><br>As of the date you file, the claim is: Check that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|

**Who owes the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)    Ground Lease,  Lot 376, Tract 10542, Unit 4 located APN 178-011-01

Date debt was incurred _____    Last 4 digits of account number _____

Official Form 106D          Schedule D: Creditors Who Have Claims Secured by Property          page 1 of ☐ 7

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

EXHIBIT 32, PAGE 644

000421

Debtor 1    Jamie Lynn Gallian                                    Case number (if known)    **8:21-bk-11710-ES**
            First Name    Middle Name    Last Name

| | | | | | |
|---|---|---|---|---|---|
| **2.2** | **J-Pad, LLC; Steven & Brian Gallian** | Describe the property that secures the claim: | $225,,000.00 | $275,000.00 | $  00.00 |

**J-Pad, LLC; Steven & Brian Gallian**
Creditor's Name

Describe the property that secures the claim:

**16222 Monterey Ln #376 Huntington Beach, CA 92649  Orange County LBM1081 HCD Title held by Debtor**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Nature of lien.** Check all that apply.
☒An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **UCC-1**   Certificate of Title Legal Owner recorded with HCD.
                                                      UCC-1 perfected 1/14/2019

Last 4 digits of account number _____

---

| | | | | | |
|---|---|---|---|---|---|
| **2.3** | **Hyundai Capital America** | Describe the property that secures the claim: | $4,186.00 | $0.00 | $4,186.00 |

**Hyundai Capital America**
Creditor's Name

Describe the property that secures the claim:

**2020 Kia Sportage Location: 16222 Monterey Ln #376, Huntington Beach CA 92649 (LEASE)**

P.O. Box 269011
Plano, TX 75026

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Auto Lease**

Last 4 digits of account number _____

---

| | | | | | |
|---|---|---|---|---|---|
| **2.4** | **Orange County Tax Assessor** | Describe the property that secures the claim: | $0.00 | $275,000.00 | $0.00 |

**Orange County Tax Assessor**
Creditor's Name

Describe the property that secures the claim:

**16222 Monterey Ln #376 Huntington Beach, CA 92649  Orange County Title held by Debtor's single member LLC - J-Sandcastle Co, LLC**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Property Taxes**

Last 4 digits of account number _____

---

Official Form 106D        Additional Page of Schedule D: Creditors Who Have Claims Secured by Property        page 2 of 7

**EXHIBIT 32, PAGE 645**

000422

Debtor 1   Jamie Lynn Gallian
    First Name      Middle Name      Last Name

Case number (if known)   **8:21-bk-11710-ES**

| 2.5 | **The Huntington Beach Gables** | | | | |
|---|---|---|---|---|---|

Creditor's Name

**Homeowners Association c/o Epsten Grinnell & Howell, APC 10200 Willow Creek Road, Ste 100 San Diego, CA 92131**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**   $319,653.59   $275,000.00   $319,653.59

**16222 Monterey Ln #376 Huntington Beach, CA 92649  Orange County ; LBM1081; 2014 Skyline Manufactured Home APN 891-569-62**

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☒ Other (including a right to offset)   5/16/2019   Abstract Judgment 2019 165259

Date debt was incurred   5/16/2019      Last 4 digits of account number   OCSC   30-2017-00913985

| 2.6 | **Huntington Beach Gables Homeowners** | | | | |
|---|---|---|---|---|---|

Creditor's Name

**Association c/o Epsten Grinnell & Howell, APC 10200 Willow Creek Road, Ste 100 San Diego, CA 92131**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**   $319,653.59   $275,000.00   $319,653.59

**16222 Monterey Ln #376 Huntington Beach, CA 92649  Orange County; LBM 1081; 2014 Skyline Manufactured Home**

As of the date you file the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☒ Other (including a right to offset)      Abstract Judgment 201900166068

Date debt was incurred   05/16/2019      Last 4 digits of account number   OCSC   30-2017-00913985

**EXHIBIT 32, PAGE 646**

000423

Debtor 1    Jamie Lynn Gallian
           First Name        Middle Name        Last Name

Case number (if known)    8:21-bk-11710-ES

| 2.7 | The Huntington Beach Gables Homeowners | Describe the property that secures the claim: | $3,070.00 | $275,000.00 | $3,070.00 |
|---|---|---|---|---|---|

**2.7** **The Huntington Beach Gables Homeowners**
Creditor's Name

**Association**
**c/o Epsten Grinnell &**
**Howell, APC**
**10200 Willow Creek**
**Road, Ste 100**
**San Diego, CA 92131**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

Date debt was incurred    **11/19/2018**

Describe the property that secures the claim:    $3,070.00    $275,000.00    $3,070.00

**16222 Monterey Ln #376 Huntington**
**Beach, CA 92649  Orange County ;**
**LBM1081; 2014 Skyline Manufactured**
**Home APN 891-569-62**
As of the date you file, the claim is: Check all that
apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit    11/19/2018    Abstract Judgment 2018435011
☒ Other (including a right to offset)

Last 4 digits of account number    OCSC    30-2017-00913985

| 2.8 | Huntington Beach Gables Homeowners | Describe the property that secures the claim: | $9,265.00 | $275,000.00 | $9,265.00 |
|---|---|---|---|---|---|

**2.8** **Huntington Beach Gables Homeowners**
Creditor's Name

**Association**
**c/o Epsten Grinnell &**
**Howell, APC**
**10200 Willow Creek**
**Road, Ste 100**
**San Diego, CA 92131**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

Date debt was incurred    **05/03/2019**

Describe the property that secures the claim:    $9,265.00    $275,000.00    $9,265.00

**16222 Monterey Ln #376 Huntington Beach,**
**CA 92649  Orange County;        LBM 1081;**
**2014 Skyline Manufactured Home; APN**
**891-569-62**
As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☒ Other (including a right to offset)    Abstract Judgment 2019148568

Last 4 digits of account number    OCSC    30-2017-00962999

EXHIBIT 32, PAGE 647

000424

Debtor 1  **Jamie Lynn Gallian**

First Name        Middle Name        Last Name

Case number (if known)   **8:21-bk-11710-ES**

| 2.9 | **Janine Basso, ESQ** | | | |
|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:   $13,229.24   $275,000.00   $13,229.24

16222 Monterey Ln #376 Huntington
Beach, CA 92649  Orange County ;
LBM1081; 2014 Skyline Manufactured
Home APN 891-569-62

**16025 Warmington Lane
Huntinton Beach, CA
92649**

As of the date you file, the claim is: Check all that apply.

☐ Contingent

Number, Street, City, State & Zip Code

☐ Unliquidated

**Who owes the debt? Check one.**

☒ Disputed

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

☐ An agreement you made (such as mortgage or secured
   car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

■ Judgment lien from a lawsuit

☒ Other (including a right to offset)   11/19/2018   Abstract Judgment 2021000348287

Date debt was incurred  **5/27/2021**   Last 4 digits of account number   **OCSC**   30-2018-00986785

| 2.10 | **People of the ST of CA** | | | |
|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:   $13,229.24   $275,000.00   $13,229.24

16222 Monterey Ln #376 Huntington Beach,
CA 92649  Orange County;
LBM 1081; 2014 Skyline Manufactured
Home; APN 891-569-62

**8141 13th Street
Westminister, CA
92683**

As of the date you file, the claim is: Check all that apply.

☐ Contingent

Number, Street, City, State & Zip Code

☒ Unliquidated   On Appeal 30-2021-01189657

**Who owes the debt? Check one.**

☐ Disputed

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

☐ An agreement you made (such as mortgage or secured
   car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

■ Judgment lien from a lawsuit

☒ Other (including a right to offset)   Abstract Judgment 2021000348287

Date debt was incurred  **5/27/2021**   Last 4 digits of account number   **OCSC**   18WM05278

Official Form 106D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 5 of ▨

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**EXHIBIT 32, PAGE 648**

000425

Case 8:21-bk-11710-ES    Doc 22    Filed 10/14/21    Entered 10/14/21 17:12:48    Desc
Main Document    Page 17 of 31

| Debtor 1 | Jamie Lynn Gallian | | Case number (if known) | 8:21-bk-11710-ES |
| | First Name    Middle Name    Last Name | | | |

| 2.11 | Janine Basso, ESQ | Describe the property that secures the claim: | $ 53,684.41 | $275,000.00 | $53,684.41 |

Creditor's Name

16222 Monterey Ln #376 Huntington Beach, CA 92649  Orange County ; LBM1081; 2014 Skyline Manufactured Home APN 891-569-62

16025 Warmington Lane
Huntinton Beach, CA
92649

As of the date you file, the claim is: Check all that apply.
☐ Contingent

Number, Street, City, State & Zip Code

☐ Unliquidated
☒ Disputed

Who owes the debt? Check one.

Nature of lien. Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☒ Other (including a right to offset)    12/14/2018  Abstract Judgment  2018000467142

Date debt was incurred    7/23/2020    Last 4 digits of account number    OCSC  30-2017-00913985

| 2.12 | Huntington Beach Gables Homeowners Association | Describe the property that secures the claim: | $46,138.00 | $275,000.00 | $46,138.00 |

Creditor's Name

c/o Epsten Grinnell & Howell, APC
10200 Willow Creek Road, Ste 100
San Diego, CA 92131

16222 Monterey Ln #376 Huntington Beach, CA 92649  Orange County; LBM 1081; 2014 Skyline Manufactured Home; APN 891-569-62

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Number, Street, City, State & Zip Code

Who owes the debt? Check one.

Nature of lien. Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☒ Other (including a right to offset)    12/14/2018  Abstract Judgment  2018000467142

Date debt was incurred    12/14/2018    Last 4 digits of account number    OCSC  30-2017-00913985

Official Form 106D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page 6 of 7

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

EXHIBIT 32, PAGE 649

000426

Debtor 1    Jamie Lynn Gallian

First Name      Middle Name      Last Name

Case number (if known)    **8:21-bk-11710-ES**

| 2.7 | **The Huntington Beach Gables** | | | $46,138.00 | $275,000.00 | $46,138.00 |

Creditor's Name

**Homeowners Association Gordon, Rees, Mansukhani**
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**16222 Monterey Ln #376 Huntington Beach, CA 92649  Orange County; 2014 Skyline Manufactured Home LBM 1081**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Abstract of Judgement  2018000467142**

Date debt was incurred    **12/14/2018**      Last 4 digits of account number    **30-2017-00913985**

Add the dollar value of your entries in Column A on this page. Write that number here:        $604,242.59

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:        $ 604,242.59

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**EXHIBIT 32, PAGE 650**

000427

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA–SANTA ANA DIVISION |
| Case number (if known) | **8:21-bk-11710-ES** |

■ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

## Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.

   ■ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.1 | **Internal Revenue Service** | Last 4 digits of account number  3936 | $3,361.00 | $3,361.00 | $0.00 |
| | Priority Creditor's Name | | | | |
| | **Insolvency** | When was the debt incurred?   2018 | | | |
| | **PO BOX 7346** | | | | |
| | **Philadelphia, PA 19101-7346** | | | | |
| | Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | | | |
| | Who incurred the debt? Check one. | ☐ Contingent | | | |
| | ■ Debtor 1 only | ☐ Unliquidated | | | |
| | ☐ Debtor 2 only | ☐ Disputed | | | |
| | ☐ Debtor 1 and Debtor 2 only | **Type of PRIORITY unsecured claim:** | | | |
| | ☐ At least one of the debtors and another | ☐ Domestic support obligations | | | |
| | ☐ Check if this claim is for a community debt | ■ Taxes and certain other debts you owe the government | | | |
| | Is the claim subject to offset? | ☐ Claims for death or personal injury while you were intoxicated | | | |
| | ■ No | ☐ Other. Specify  **income tax** | | | |
| | ☐ Yes | | | | |

## Part 2:    List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

EXHIBIT 32, PAGE 651

000428

Debtor 1    Jamie Lynn Gallian                                                    Case number (if known)    8:21-bk-11710-ES

---

**4.1**    **Gordon, Reese, Scully & Mansukhani**
Nonpriority Creditor's Name
633 W. 5th St.  52nd FL
Los Angeles, CA 90071
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    3985                        $35,000.00

When was the debt incurred?    2021

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **possible remittur amount owed as part of HOA lawsuits.**

---

**4.2**    **Houser Bros Co.**
Nonpriority Creditor's Name
dba Rancho Del Rey Mobilehome Estates
16222 Monterey Ln.
Huntington Beach, CA 92647
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    376                        $35,000.00

When was the debt incurred?    2021

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **past due space 376, rent owed due to RDRMHE refusal to accept tendered space 376 rent payments; RDRMHE refusal to countersign Lease Assignment Space 376, after purchase of 2014 manufactured home.**

---

**4.3**    **Huntington Beach Gables HOA**
Nonpriority Creditor's Name
c/o Epstein, Grinnell & Howell, APC
10200 Willow Creek Rd. Ste. 100
San Diego, CA 92131
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    3985                        $413,000.00

When was the debt incurred?    2018

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Judgment for attorneys fees and costs owed to Huntington Beach Gables HOA**

---

Official Form 106 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 2 of 7

EXHIBIT 32, PAGE 652

000429

Debtor 1   Jamie Lynn Gallian                                    Case number (if known)    8:1-bk-11710-ES

| 4.4 | **Huntington Beach Gables HOA** | Last 4 digits of account number | 962999 | **$9,300.00** |

Nonpriority Creditor's Name

**c/o Epstein, Grinnell & Howell, APC**
**10200 Willow Creek Rd. Ste. 100**
**San Diego, CA 92131**
Number Street City State Zip Code

When was the debt incurred?   **2019**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ Check if this claim is for a  community debt
Is the claim subject to offset?
■ No
□ Yes

□ Contingent
□ Unliquidated
□ Disputed
Type of NONPRIORITY unsecured claim:
□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Attorneys fee award for Anti-Slapp MOT**

| 4.5 | **Huntington Beach Gables HOA** | Last 4 digits of account number | 913985 | **$3070.00** |

Nonpriority Creditor's Name

**c/o Epstein, Grinnell & Howell, APC**
**10200 Willow Creek Rd. Ste. 100**
**San Diego, CA 92131**
Number Street City State Zip Code

When was the debt incurred?   **2018**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ Check if this claim is for a  community debt
Is the claim subject to offset?
■ No
□ Yes

□ Contingent
□ Unliquidated
□ Disputed
Type of NONPRIORITY unsecured claim:
□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **HOA Attorney Fee award 9/27/2018**

| 4.6 | **James H. Casello** | Last 4 digits of account number | | **$50,000.00** |

Nonpriority Creditor's Name

**Casello & Lincoln**
**525 N. Cabrillo Park Dr. Ste.**
**104 Santa Ana, CA 92701**
Number Street City State Zip Code

When was the debt incurred?   **2019-2021**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ Check if this claim is for a  community debt
Is the claim subject to offset?
■ No
□ Yes

□ Contingent
□ Unliquidated
□ Disputed
Type of NONPRIORITY unsecured claim:
□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **debt owed in connection with legal services for Houser Bros Co dba Rancho Del Rey UD lawsuit;**

**EXHIBIT 32, PAGE 653**

000430

Debtor 1   Jamie Lynn Gallian _____     Case number (if known)    8:21-bk-11710-ES

| 4.7 | **Huntington Beach Gables HOA** | Last 4 digits of account number | 3985 | $5,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

c/o Feldsott & Lee
23161 Mill Creek Dr. Ste. 300
Laguna Hills, CA 92653
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred?    2021

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **related to misc. debtor examination 7/8/21 in HB Gables HOA collection case(s).**

| 4.8 | **Patricia Ryan and Lisa Ryan** | Last 4 digits of account number | N/A | $8750.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

20949 Lassen St. #208
Chatsworth, CA 91311
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred?    2018

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Listed solely as a precaution; possible reimbursement owed due to failure of mobilehome park owner to prior owner of home purchased by debtor.**

| 4.9 | **People of State of California**<br>**Janine Jasso, Esq.** | Last 4 digits of account number | | $13,229.24 |
|---|---|---|---|---|

Nonpriority Creditor's Name

West Justice Center
8141 13th St.
Westminster, CA 92683
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred?    2018

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☒ Disputed  **On Appeal, 30-2021-01189657**

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **18WM05278 (Jasso) Civil Fees 30-2018-00986785**

EXHIBIT 32, PAGE 654

000431

Debtor 1    Jamie Lynn Gallian                                      Case number (if known)    8:21-bk-11710-ES

| 4.10 | **Michael Devereux, Esq.** | Last 4 digits of account number | 5278; 2999; 6785 | $40,000.00 |

Nonpriority Creditor's Name
9171 Wilshire Blvd. Ste. 500
Beverly Hills, CA 90210-5536

When was the debt incurred?    2018-2019

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

■ Other. Specify **West CT; CJC HB Gables HOA related Case(s)**

---

| 4.11 | **Randall Nickell** | Last 4 digits of account number | 3055 | Unknown |

Nonpriority Creditor's Name
4476 Alderport Dr.
Huntington Beach, CA 92649
Number Street City State Zip Code

When was the debt incurred?    2019

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

■ Other. Specify **Listed as a precaution for possible claims related to Unexpired Assignment of Ground Leasehold and Sub-Condominium Leasehold in Tract 10542 Lot 1 & 2, Gables subd. 4476 Alderport Dr. #53, Huntington Beach, CA**

---

| 4.12 | **Robert P. Warmington Co.** | Last 4 digits of account number | RDRMHE    Lot 376 | $35,000.00 |

Nonpriority Creditor's Name
c/o BS Investors
18201 Von Karmen Ste. 450
Irvine, CA 92612
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

■ Other. Specify **Unexpired Ground Lease Lot 376, Tract 10542, Unit 4, Assignment from Seller, Lisa Ryan, 35 year-Ground lease, Lot 376 RDRMHE, 2014 Skyline Custom Villa, Decal LBM1081.**

---

EXHIBIT 32, PAGE 655

000432

Case 8:21-bk-11710-ES    Doc 22    Filed 10/14/21    Entered 10/14/21 17:12:48    Desc
Main Document    Page 24 of 31

| Debtor 1 | Jamie Lynn Gallian | Case number (if known) | 8:21-bk-11710-ES |
|---|---|---|---|

| 4.1<br>3 | **United Airlines** | Last 4 digits of account number | 0092 | **$9,600.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO BOX 0675**
**Carol Stream, IL 60132-0675**
Number Street City State Zip Code

When was the debt incurred? **2019,2020, 2021**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?
■ No
☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar claims
- ■ Other. Specify  **Cobra Medical Payments**

| 4.1<br>4 | **US Bank** | Last 4 digits of account number | 6482 | **$9,145.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept**
**Po Box 5229**
**Cincinnati, OH 45201**
Number Street City State Zip Code

When was the debt incurred? **2011**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?
■ No
☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **misc. purchases**

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address

**BS Investors/Robert P. Warmington**
**c/o Gorden May**
**Grant, Genovese & Baratta**
**2030 Main St. Ste. 1600**
**Irvine, CA 92614**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.12** of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

**376**

Name and Address

**Huntington Beach Gables HOA**
**Gragnano, Beck, Phillips, Burrett,**
**Jasso, Paulin**
**c/o Feldsott & Lee**
**23161 Mill Creek Dr. Ste. 300**
**Laguna Hills, CA 92653**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.3** of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

**2999**

Name and Address  **Huntington Beach**
**Gables HOA Gragnano, Beck, Phillips,**
**Burrett, Jasso, Paulin**
**16025 Warmington Ln.**
**Huntington Beach, CA 92649**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.3** of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

**3985**

**EXHIBIT 32, PAGE 656**

000433

Case 8:21-bk-11710-ES    Doc 22    Filed 10/14/21    Entered 10/14/21 17:12:48    Desc
Main Document    Page 25 of 31

| Debtor 1 | Jamie Lynn Gallian | | Case number (if known) | 8:21-bk-11710-ES |

| | |
|---|---|
| **Name and Address** | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Michael Devereux** | Line **4.10** of (Check one): |
| 9171 Wilshire Blvd. Ste. 500 | ☐ Part 1: Creditors with Priority Unsecured Claims |
| Beverly Hills, CA 90210-5536 | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| **Name and Address** | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Randell Nickel** | Line **4.11** of (Check one): |
| c/o Mark Mellor, Esq. | ☐ Part 1: Creditors with Priority Unsecured Claims |
| 6800 Indiana Ave. Ste. 220 | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Riverside, CA 92506 | Last 4 digits of account number    **3055** |

| | |
|---|---|
| **Name and Address** | On which entry in Part 1 or Part 2 did you list the original creditor? |
| | Line _ of (Check one): |
| | ☐ Part 1: Creditors with Priority Unsecured Claims |
| | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| **Name and Address** | On which entry in Part 1 or Part 2 did you list the original creditor? |
| | Line _ of (Check one): |
| | ☐ Part 1: Creditors with Priority Unsecured Claims |
| | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

---

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | Domestic support obligations | 6a. $ | 0.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. $ | 3,361.00 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. $ | 0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. $ | 0.00 |
| | 6e. | Total Priority. Add lines 6a through 6d. | 6e. $ | 3,361.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | Student loans | 6f. $ | 0.00 |
| | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. $ | 0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. $ | 0.00 |
| | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. $ | 666,094.24 |
| | 6j. | Total Nonpriority. Add lines 6f through 6i. | 6j. $ | 666,094.24 |

EXHIBIT 32, PAGE 657

000434

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Jamie Lynn Gallian | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION | | |
| Case number | 8:21-bk-11710-ES | | |
| (if known) | | | |

☐ Check if this is an
amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | **Person or company with whom you have the contract or lease**<br>Name, Number, Street, City, State and ZIP Code | **State what the contract or lease is for** |
|---|---|---|
| 2.1 | Houser Bros. Co.<br>dba Rancho Del Rey Mobilehome Est.<br>17610 Beach Blvd. Ste. 32<br>Huntington Beach, CA 92647 | Unexpired Ground lease Tract 10542, Unit 4, Lot 376 for personal property residence located at 16222 Monterey Lane, Huntington Beach, California. |
| 2.2 | Hyundai Capital America<br>PO BOX 269011<br>Plano, TX 75026 | Vehicle lease for 2020 Kia Sportage.  Expires 12/1/2022 |

**EXHIBIT 32, PAGE 658**

000435

**Fill in this information to identify your case:**

| Debtor 1 | Jamie Lynn Gallian | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION

Case number   8:21-bk-11710-ES
(if known)

☐ Check if this is an amended filing

Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☐ No
   ■ Yes.

      In which community state or territory did you live?   California   . Fill in the name and current address of that person.
      **Ronald Pierpont**
      **4519 Ponderosa Way**
      **Yorba Linda, CA 92886**
      Name of your spouse, former spouse, or legal equivalent
      Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| | Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|---|
| | Name, Number, Street, City, State and ZIP Code | Check all schedules that apply: |
| 3.1 | Name | ☐ Schedule D, line ___ |
| | | ☐ Schedule E/F, line ___ |
| | | ☐ Schedule G, line ___ |
| | Number   Street | |
| | City       State       ZIP Code | |
| 3.2 | Name | ☐ Schedule D, line ___ |
| | | ☐ Schedule E/F, line ___ |
| | | ☐ Schedule G, line ___ |
| | Number   Street | |
| | City       State       ZIP Code | |

Official Form 106H
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Schedule H: Your Codebtors

Page 1 of 1
Best Case Bankruptcy

EXHIBIT 32, PAGE 659

000436

Fill in this information to identify your case:

| Debtor 1 | Jamie Lynn Gallian | | |
| --- | --- | --- | --- |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION | | |
| Case number (if known) | 8:21-bk-11710-ES | | |

■ Check if this is an amended filing

Official Form 108

## Statement of Intention for Individuals Filing Under Chapter 7

12/15

If you are an individual filing under chapter 7, you must fill out this form if:
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:** List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
| --- | --- | --- |
| **Creditor's name:** J-Pad, LLC, | ☐ Surrender the property. | ☐ No |
| | ☐ Retain the property and redeem it. | ■ Yes |
| | ☐ Retain the property and enter into a Reaffirmation Agreement. | |
| **Description of property securing debt:** 16222 Monterey Ln. Spc 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home. Decal No. LBM1081. Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2". | ■ Retain the property and [explain]: <br><br> Retain | |
| **Creditor's name:** Janine Jasso | ☐ Surrender the property. | ☐ No |
| | ☐ Retain the property and redeem it. | ■ Yes |
| | ☐ Retain the property and enter into a Reaffirmation Agreement. | |
| **Description of property securing debt:** 16222 Monterey Ln. Spc 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home. Decal No. LBM1081. | | |

Official Form 108            Statement of Intention for Individuals Filing Under Chapter 7            page 1

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

EXHIBIT 32, PAGE 660

000437

Debtor 1    Jamie Lynn Gallian                                    Case number (if known) _____

name:    **Hyundai Capital America**          ☐ Retain the property and redeem it.          ■ Yes
                                             ☐ Retain the property and enter into a
Description of    **2020 Kia Sportage**          *Reaffirmation Agreement.*
property         Location: 16222 Monterey Ln      ☐ Retain the property and [explain]:
securing debt:   #376, Huntington Beach CA
                 92649
                 **(LEASE)**                     _____

Creditor's    **Orange County Tax Assessor**    ☐ Surrender the property.                   ☐ No
name:                                           ☐ Retain the property and redeem it.
                                                ☐ Retain the property and enter into a      ■ Yes
Description of    **16222 Monterey Ln #376**        *Reaffirmation Agreement.*
property         **Huntington Beach, CA 92649**    ■ Retain the property and [explain]:
securing debt:   **Orange County**
                 **Title registered HCD to Debtor**  **Debtor will retain collateral & continue to**
                 **AND COT J-Pad, LLC; LBM 1081**    **make regular payments.**

Creditor's    **The Huntington Beach Gables**    ☐ Surrender the property.                   ☐ No
name:         **Homeowners Association**         ☐ Retain the property and redeem it.
                                                ☐ Retain the property and enter into a      ■ Yes
Description of    **16222 Monterey Ln #376**        *Reaffirmation Agreement.*
property         **Huntington Beach, CA 92649**    ■ Retain the property and [explain]:
securing debt:   **Orange County**
                 **Title registered HCD to Debtor**
                 **AND COT J-Pad, LLC; LBM 1081**    **avoid lien using 11 U.S.C. § 522(f)**

Creditor's    **The Huntington Beach Gables**    ☐ Surrender the property.                   ☐ No
name:         **Homeowners Association**         ☐ Retain the property and redeem it.
                                                ☐ Retain the property and enter into a      ■ Yes
Description of    **16222 Monterey Ln #376**        *Reaffirmation Agreement.*
property         **Huntington Beach, CA 92649**    ■ Retain the property and [explain]:
securing debt:   **Orange County**
                 **Title registered HCD to Debtor**
                 **AND COT J-Pad, LLC; LBM1081**     **avoid lien using 11 U.S.C. § 522(f)**

Creditor's    **The Huntington Beach Gables**    ☐ Surrender the property.                   ☐ No
name:         **HOMEOWNERS ASSOCIATION**         ☐ Retain the property and redeem it.
                                                ☐ Retain the property and enter into a      ■ Yes
Description of    **16222 Monterey Ln #376**        *Reaffirmation Agreement.*
property         **Huntington Beach, CA 92649**    ■ Retain the property and [explain]:
securing debt:   **Orange County**
                 **Title registered HCD to Debtor**
                 **AND COT J-Pad, LLC; LBM 1081**    **avoid lien using 11 U.S.C. § 522(f)**

| Part 2: | List Your Unexpired Personal Property Leases |
|---|---|

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

Describe your unexpired personal property leases                            Will the lease be assumed?

Official Form 108              Statement of Intention for Individuals Filing Under Chapter 7                    page 2

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

EXHIBIT 32, PAGE 661

000438

| Debtor 1 | Jamie Lynn Gallian | Case number *(if known)* | 8:21-bk-11710-ES |

| | | |
|---|---|---|
| property securing debt: | Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2". | ■ Retain the property and [explain]:<br><br>**Lien To Be Avoided By 522(f) or Other means** |

| Creditor's name: | **Huntington Beach Gables Homeowners Association** | ☐ Surrender the property. | ☐ No |
|---|---|---|---|
| Description of property securing debt: | **16222 Monterey Ln. Spc 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home. Decal No. LBM1081. Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2".** | ☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br><br>■ Retain the property and [explain]:<br><br>**Lien to be Avoided by 522(f) or Other means** | ■ Yes |

**Part 2:** List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: **Hyundai Capital America** | ☐ No |
| Description of leased Property: | ■ Yes |
| **Vehicle lease for 2020 Kia Sportage. Expires 12/1/2022** | |
| Lessor's name: | |
| Description of leased Property: | ■ |

**Part 3:** Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X *[signature]*         X _____
Jamie Lynn Gallian         Signature of Debtor 2
Signature of Debtor 1

Date   10/14/2021         Date _____

Official Form 108      Statement of Intention for Individuals Filing Under Chapter 7      *3* page 4

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**5801 Skylab**
**Huntington Beach, CA 92649**

A true and correct copy of the foregoing document entitled (specify):    **Summary of Amended Schedules,  or**
**Statements**    will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR
5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On
8-14-2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Jeffrey I Golden (TR)    lwerner@wgllp.com, jig@trustesolutions.net;kadele@wgllp.com
Mark A Mellor    mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com
D. Edward Hays    ehays@marshackhays.com
Valerie Smith    claims@recoverycorp.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached
page

**2.  SERVED BY UNITED STATES MAIL**: On (date) _____, I served the following persons and/or entities at the last known
addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed
envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here
constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached
page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following
persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service
method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal
delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached
page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10-14-2021 | **Robert Mclelland** | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                              Page 2                              F 1007-1.1.AMENDED.SUMMARY

EXHIBIT 32, PAGE 663

000440

EXHIBIT 33

| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **JAMIE LYNN GALLIAN**<br>**16222 MONTREY LN. #376**<br>**HUNTINGTON BEACH, CA 92649**<br>**(714)321-3449**<br>**JAMIEGALLIAN@GMAIL.COM** | |
| ☐ *Attorney for Debtor*<br>☑ *Individual appearing without attorney* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION**

| In re:<br><br>          **Jamie Lynn Gallian**<br><br><br><br><br><br><br>                                          Debtor(s) | CASE NO.: **8:21-bk-11710-ES**<br><br>CHAPTER: **7**<br>                              **AMENDED**<br><br><br>          **SUMMARY OF AMENDED SCHEDULES,**<br>          **STATEMENTS [LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D, or E/F (see <u>Abbreviated Fee Schedule</u> on the Court's website <u>www.cacb.uscourts.gov</u>). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? ☐ Yes ☑ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☑ Schedule A/B      ☑ Schedule C      ☐ Schedule D      ☐ Schedule E/F      ☑ Schedule G

☑ Schedule H      ☑ Schedule I      ☐ Schedule J      ☐ Schedule J-2      ☑ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s)      ☑ Statement of Intentions      ☐ Master Mailing List

☐ Other (*specify*) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date:      _____11/16/2021_____          *Jamie Lynn Gallian*
                                          _____
                                          **Jamie Lynn Gallian**
                                          Debtor 1 Signature

                                          _____
                                          Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

EXHIBIT 33, PAGE 664

000442

AMENDED
## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**5801 SKYLAB ROAD, HUNTINGTON BEACH, CA 92647**

A true and correct copy of the foregoing document entitled (*specify*):    **Summary of Amended Schedules and Statements** will be served 11/16/2021 or was served **(a)** on the judge in chambers in the form and manner required by LBR  5005-2(d); and **(b)** in the manner stated below:

1.  <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 11-16-2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below :

**Jeffrey I Golden (TR)    lwerner@wgllp.com,  jlg@trusteesolutions.net;  kadele@wgllp.com**
**D. Edward Hays    ehays@marshackhays.com; ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ec.courtdrive.com;**
**Laila Masud lmasud@marshackhays.com, lmasud@ecf.courtdrive.com. kfrederick@ecf.courtdrive.com**
**Mark A Mellor    mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com**
**Valerie Smith    claims@recoverycorp.com**
**United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov**

☐ Service information continued on attached page

2.  <u>**SERVED BY UNITED STATES MAIL**</u>: On _____ , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

__ Service information continued on attached page

3.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR** <u>**EMAIL**</u> (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **11/16/2021** , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or <u>email as follows.</u>  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Huntington Beach Gables HOA          Janine Jasso, Esq
c/o  Feldsott & Lee                          16025 Warmingon Lane          __  Service information continued on attached
23161 Mill Creek Drive, Suite 300      Huntington Beach, CA 92649      page
Laguna Hills, CA 92653                    P.O. Box 370161
**Email: feldsott@gmail.com**            El Paso, TX 79937
**mpoole@calhoalaw.com**                  **Email: j9_jasso@yahoo.com**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11-16-2021 | **ROBERT MCLELLAND** | *Robert McLelland* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

EXHIBIT 33, PAGE 665

000443

| Fill in this information to identify your case and this filing: | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION |
| Case number | **8:21-bk-11710-ES** |

■ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property                                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

1.1 **Located on APN 178-011-01 Tract 10542, Unit 4, Lot 376**

**16222 Monterey Ln. Spc 376**
Street address, if available, or other description

**Huntington Beach   CA    92649-0000**
City              State      ZIP Code

**Orange**
County

**What is the property?** Check all that apply
■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
■ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home. Decal No. LBM1081. Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2".**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?
**$235,000.00**

Current value of the portion you own?
**$235,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Fee Simple**

☐ Check if this is community property (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here...........................................................=>**

**$235,000.00**

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

EXHIBIT 33, PAGE 666

000444

Debtor 1    Jamie Lynn Gallian                                    Case number *(if known)*    **8:21-bk-11710-ES**

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycle**

■ Yes        Lease 2020 Kia Sportage   Expires 12/2022

☐ No

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No

☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for
  pages you have attached for Part 2. Write that number here..........................................................................=>     **$0.00**

**Part 3:    Describe Your Personal and  Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
■ Yes.  Describe.....

| | |
|---|---|
| Misc. household goods and furnishings Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $3,500.00 |
| waterford crystal set red and white wine glasses | $1,000.00 |

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
■ Yes.  Describe.....

| | |
|---|---|
| Wall television, computer, printer and peripherals Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $500.00 |

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☐ No
■ Yes.  Describe.....      Location:  16222 Monterey Lane, Space 376, Huntington Beach CA 92649

| | |
|---|---|
| Lladro figurine collection (20) | $1,900.00 |

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

■ No
☐ Yes.  Describe.....

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

■ No
☐ Yes.  Describe.....

Official Form 106A/B                     Schedule A/B: Property                                    page 2

EXHIBIT 33, PAGE 667

000445

| Debtor 1 | Jamie Lynn Gallian | Case number *(if known)* | **8:21-bk-11710-ES** |

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

☑ Yes.  Describe.....

| Misc. clothing<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $1,000.00 |

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

☑ Yes.  Describe.....

| Movado wrist watch (20 yrs. old); costume jewelry, misc. non-gold chains/bracelets, and earrings.<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $1,000.00 |

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No

☑ Yes.  Describe.....

| 5-year old Wired Terrier Dog | $25.00 |

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No

☐ Yes.  Give specific information.....

**15.  Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ...........................................................................................**   | **$8,925.00** |

| **Part 4:** | **Describe Your Financial Assets** |

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No

☐ Yes.............................................................................................

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes........................

Institution name:

| 17.1. | **EDD Debit account** | **Bank of America** | $3,793.00 |
| 17.2. | **Savings** | **Alliant Credit Union--Only funds are Covid-19 relief funds from the government.** | $1,407.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

EXHIBIT 33, PAGE 668

000446

Case 8:21-bk-11710-ES    Doc 37    Filed 11/16/21    Entered 11/17/21 14:02:04    Desc
Main Document      Page 6 of 26

| Debtor 1 | **Jamie Lynn Gallian** | | Case number *(if known)* | **8:21-bk-11710-ES** |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| 17.3. | **Savings** | Alliant Credit Union--Only funds are Covid-19 relief funds from the government. | $2,600.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ■ No
   ☐ Yes.................    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☐ No
   ■ Yes.  Give specific information about them...................
       Name of entity:                                    % of ownership:

| | |
|---|---|
| **J-Sandcastle Co, LLC  single member entity** currently has a bank account of less than $500.00 assets. **Original purpose of LLC was to hold HCD Registration to Debtor's residence. HCD Registration was transferred to debtor on 2/25/2021 after voluntary mediation with RDRMHE Park in UD Case.  Park refused to countersign lease agreement with HCD Registered Applicant, J-Sandcastle Co LLC. According to Houser Bros RDR Park Owner/Manager, Park Rules allegedly forbid home to be held in name other than an  individual; However, Park allow homes titled in a Trust.  Debtor unable to verify stated reason in RDRMHE Park Rules.** | 100 %    $ 500.00 |
| **J-PAD, LLC.  Manager-Managed closed family LLC.  Members Assets include bank account of around $2,000; Uncashed B/A Cashiers Check $13,710.00, from ChaseJ-Sandcastle 7/9/21, rent funds to RDRMHE; Rent Checks tendered for space 376 rent paid in full by debtor (Alliant CU Acct)  through December 2021, returned from Rancho Del Rey MHE. J-Pad, LLC Holder of  COTA  perfected 1/14/2019.  UCC-1 AD  filed 1/14/2019, 30-yr. Manufactured Home Transaction secured by LBM1081, located on APN 178-011-16, Tract 10542, Unit 4, Lot 376.  J-Pad, LLC  Holder of Security Agreement, dated 11/16/18, Promissory Note ($175,000 & $88,000). Matures 2048.  Various minimal debts owed approx. $15,000.  Debtor 341 testimony concerned frivolous costly ongoing litigation debt; Debtor manages 100%.** | 33-1/3  %    $ 75,000.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ■ No
   ☐ Yes. Give specific information about them
       Issuer name:

21. **Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ☐ No
   ■ Yes. List each account separately.
       Type of account:              Institution name:

| | | |
|---|---|---|
| **IRA** | **Fidelity** | $ 7,400.00 |

22. **Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ☐ Yes
   ■ No. .                    Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   ☐ Yes.............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

EXHIBIT 33, PAGE 669

000447

Debtor 1    **Jamie Lynn Gallian**                                          Case number *(if known)*    **8:21-bk-11710-ES**

☐ **No**
☐ Yes.............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
☐ **No**
☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
☐ **No**
☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
☐ **No**
☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**
☐ **No**
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
☐ **No**
☐ Yes.  Give specific information......

**30. Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
    benefits; unpaid loans you made to someone else
☐ **No**
☐ Yes.  Give specific information..

**31. Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☐ **No**
☐ Yes. Name the insurance company of each policy and list its value.
                Company name:                    Beneficiary:                Surrender or refund
                                                                            value:

**32. Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
    someone has died.
☐ No
☐ **Yes.  Give specific information..**    **Probate estate of Charles J. Bradley, Jr.  Case No. 30-2017-00915711.**
                                            **Uncertain what, if any, proceeds will pass to debtor.**

    **Creditor's claim Estate of Charles James Bradley  Jr. filed by debtor for $1**
    **million, June 2020, denied by Administrator, Sandra Bradley, approx.**
    **March 29, 2021.  Unknown whether any recovery will be awarded.**                    **Unknown**

EXHIBIT 33, PAGE 670

000448

| Debtor 1 | Jamie Lynn Gallian | Case number (if known) | 8:21-bk-11710-ES |
|---|---|---|---|

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

- ■ Yes. Describe each claim.
- ☐ No.

Wrongful termination against United Airlines. No lawsuit filed.
Claim filed Collective Bargaining with Association of Flight Attendants under
Railway Labor Act. Arbitration with Compa\ny & AFA requested and being pursued.

Unknown

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
- ☐ No
- ■ Yes. Describe each claim.........

| 34.1 | Claim against Sandra Bradley and Houser Bros Co for failure to disclose real estate transaction May 2010, that ultimately lead to recordation of Grant Deed Doc # 2010219518 APN 937-63-053, Unit 53 in name of Houser Bros instead of intended transfer to Sandra L. Bradley Trust.                          No lawsuit filed yet. | Unknown |
|---|---|---|

| 34.2 | Possible claim against Sandra Bradley for failure to disclose previous alleged ARC violations in connection with improvements to Unit 53 in 2014, 2015, 2016, at Alderport, that occurred prior to debtor became legal owner of the Alderport property on March 23, 2017, the subject of 4/11/2017 FAC 5/16/2017, Gables HOA civil complaint. | Unknown |
|---|---|---|

| 34.3 | Multiple claims against Tract 10542 Master Lessor Houser Bros Co. and Park Manager Houser Bros Co. dba Rancho Del Rey Mobilehome Estates for Violation(s) Davis Stirling Act; Civil Code; violations of MRL §798, et seq.  multiple acts (retaliation, discrimination, trespassing/unlawful entry; forcible detainer, wrongful eviction, failure to timely pursue/prosecute frivolous UD claim filed 1/2/19.   Failure to counter sign Consumer Lease Agreement with Applicant(s); Registered Owners of bona fide purchase 2014 Skyline Custom Villa, LBM1081  Possible award of Attorney Fees under Davis Stirling Act;  CA Civil Code; and (MRL) | Unknown |
|---|---|---|

| 34.4 | Personal Injury claim pending against Huntington Beach Gables HOA; Jesus Jasso, Jr. et al.  Case No. 30-2020-01153679.  Estimated  damages approximately $195,000. | Unknown |
|---|---|---|

| 34.5 | Due to pending litigation  Potential right of debtor to reversionary interest in Unit 53, unexpired Ground Leasehold and Subcondominum Leasehold in Condominium Project Lot 1 & 2, Tract 10542, APN 178-011-01; 178-011-16,  Holding Alternate APN 178-771-03;  Unit 53 APN 937-63-053; Original Master Lessor Houser Bros Co. and Robert P. Warmington, an Ind. Original Tenant; Robert P. Warmington, an Ind. Sublessor, assigned to Robert P. Warmington Company, Subleasee; Further assigned Declarant Robert P. Warmington Co. Sublessor assigned certain rights of Declarant to various consumers until 2059, termination 80-year GroundLeasehold and Subcondominium Leasehold;  Further rights clarified by Master Lessor and Sublessor in First Amendment to CC&Rs filed OC Clerk Recorder, 8/5/1980, Doc No. 8005, detailing Consumer's Interest in Master Ground Leasehold and Subcondominium Leasehold  relative to Lot 1 & 2 Tract 10542, City of Huntington Beach, CA.  (Huntington Beach Gables HOA has a filed cross-complaint pending OCSC, in which Gables HOA seek a voiding of the debtors sale of unencumbered rights in debtors previous residence; Ground Leasehold and SubCondominium Leasehold sold on 10/31/2018 to a bona fide purchaser for value, Randall Nickels, including rights of Assignment of unexpired term of 80 yr Ground Leasehold and Subcondominium Leasehold from Debtor to purchaser Randall Nickels). | Unknown |
|---|---|---|

| 34.6 | Potential Victim restitution Order from Defendant Jesus Jasso, Jr,  OCSC Case No. 19WM09951  Approx. economic damages  $ 73,000.00 | Unknown |
|---|---|---|

35. **Any financial assets you did not already list**
- ☐ No
- ■ Yes.  Give specific information..

CA COVID-19 relief from State of California for rent relief (debtor applied approx June 9,2021.  CA Covid-19 Relief Award October 27, 2021.                     Not property of the estate.

$24,301.55

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here...................................................................................................

$ 115,001.55

**Part 5:**   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

EXHIBIT 33, PAGE 671

000449

Debtor 1   **Jamie Lynn Gallian**                                                       Case number *(if known)*   **8:21-bk-11710-ES**

37. **Do you own or have any legal or equitable interest in any business-related property?**
- ■ No. Go to Part 6.
- ☐ Yes.  Go to line 38.

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
- ■ No. Go to Part 7.
- ☐ Yes.  Go to line 47.

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
- ■ No
- ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................    | **$0.00** |

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

55. **Part 1: Total real estate, line 2** ............................................................................................    **$235,000.00**

56. **Part 2: Total vehicles, line 5**    **$0.00**
57. **Part 3: Total personal and household items, line 15**    **$8,925.00**
58. **Part 4: Total financial assets, line 36**    **$115,001.55**
59. **Part 5: Total business-related property, line 45**    **$0.00**
60. **Part 6: Total farm- and fishing-related property, line 52**    **$0.00**
61. **Part 7: Total other property not listed, line 54**    +    **$0.00**

62. **Total personal property. Add lines 56 through 61...**    **$123,926.55**    Copy personal property total    **$123,926.55**

63. **Total of all property on Schedule A/B. Add line 55 + line 62**    | **$358,926.55** |

---

EXHIBIT 33, PAGE 672

000450

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION |
| Case number (if known) | **8:21-bk-11710-ES** |

■ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt          4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **16222 Monterey Ln. Spc 376 Huntington Beach, CA 92649  Orange County**<br>**APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home. Decal No. LBM1081.  Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2".**<br>Line from *Schedule A/B*: **1.1** | **$235,000.00** | ■        **$600,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.730** |
| **Misc. household goods and furnishings**<br>**Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649**<br>Line from *Schedule A/B*: **6.1** | **$3,500.00** | ■        **$3,500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| **waterford crystal set red and white wine glasses**<br>Line from *Schedule A/B*: **6.2** | **$1,000.00** | ■        **$1,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.040** |

EXHIBIT 33, PAGE 673

000451

| Debtor 1   **Jamie Lynn Gallian** | | Case number (if known)   **8:21-bk-11710-ES** | |
|---|---|---|---|
| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
| **Wall television, computer, printer and peripherals**<br>**Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649**<br>Line from *Schedule A/B*: 7.1 | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Lladro figurine collection (20)**<br>Line from *Schedule A/B*: 8.1 | $1,900.00 | ■ $1,900.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| **Misc. clothing**<br>**Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649**<br>Line from *Schedule A/B*: 11.1 | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Movado wrist watch (20 yrs. old); costume jewelry, misc. non-gold chains/bracelets, and earrings.**<br>**Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649**<br>Line from *Schedule A/B*: 12.1 | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| **5-year old Wired Terrier Dog**<br>Line from *Schedule A/B*: 13.1 | $25.00 | ■ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **EDD Debit account: Bank of America**<br>Line from *Schedule A/B*: 17.1 | $3,793.00 | ■ $3,793.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |
| **Savings: Alliant Credit Union--Only funds are Covid-19 relief funds from the government.**<br>Line from *Schedule A/B*: 17.2 | $1,407.00 | ■ $1,407.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.220 |
| **Savings: Alliant Credit Union--Only funds are Covid-19 relief funds from the government.**<br>Line from *Schedule A/B*: 17.3 | $2,600.00 | ■ $381.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.220 |
| **Savings: Alliant Credit Union--Only funds are Covid-19 relief funds from the government.**<br>Line from *Schedule A/B*: 17.3 | $2,600.00 | ■ $2,219.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |
| **IRA: Fidelity**<br>Line from *Schedule A/B*: 21.1 | $7,400.00 | ■ $7,400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.115(a)(1) & (2), (b) |

EXHIBIT 33, PAGE 674

000452

Case 8:21-bk-11710-ES   Doc 37   Filed 11/16/21   Entered 11/17/21 14:02:04   Desc
Main Document      Page 12 of 26

| Debtor 1 **Jamie Lynn Gallian** | | Case number (if known) **8:21-bk-11710-ES** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **IRA: Fidelity**<br>Line from *Schedule A/B*: **21.1** | $7,400.00 | ■ $7,400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C)** |
| **Personal Injury claim against Huntington Beach Gables HOA; Jesus Jasso, Jr. Case No. 30-2020-01153679. Estimated damages $195,000.**<br>Line from *Schedule A/B*: **34.4** | Unknown | ■ $195,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.140** |
| **Potential Award Victim Restitution OCSC 19WM09951**<br>**Line from Schedule A/B: 34.6** | Unknown | XX $73,000.00<br>100% of fair market value, up to any applicable statutory limit | **C.C.P. 704.140** |

3. **Are you claiming a homestead exemption of more than $170,350?**
(Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

☐ No

■ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐ No

    ■ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

EXHIBIT 33, PAGE 675

000453

**Fill in this information to identify your case:**

Debtor 1    **Jamie Lynn Gallian**
           First Name           Middle Name            Last Name

Debtor 2
(Spouse if, filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION

Case number    **8:21-bk-11710-ES**
(if known)

☐ Check if this is an amended filing

Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Houser Bros. Co.**<br>**dba Rancho Del Rey Mobilehome Est.**<br>**17610 Beach Blvd. Ste. 32**<br>**Huntington Beach, CA 92647** | **Unexpired Ground lease Tract 10542, Unit 4, Lot 376 located at 16222 Monterey Lane, Huntington Beach, California APN 178-011-01.** |
| 2.2 | **Hyundai Capital America**<br>**PO BOX 269011**<br>**Plano, TX 75026** | **Vehicle lease for 2020 Kia Sportage.  Expires 12/1/2022** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

EXHIBIT 33, PAGE 676

000454

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION |
| Case number (if known) | **8:21-bk-11710-ES** |

■ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors
12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories include* Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

    ☐ No
    ■ Yes.

    In which community state or territory did you live? __California__ . Fill in the name and current address of that person.

    **Ronald Pierpont**
    **4519 Ponderosa Way**
    **Yorba Linda, CA 92886**
    Name of your spouse, former spouse, or legal equivalent
    Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| Column 1: **Your codebtor** Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.1 _____<br>Name<br><br>_____<br>Number    Street<br>City              State         ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| 3.2 _____<br>Name<br><br>_____<br>Number    Street<br>City              State         ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

EXHIBIT 33, PAGE 677

000455

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Jamie Lynn Gallian |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION |
| Case number (If known) | 8:21-bk-11710-ES |

Check if this is:

■ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☐ Employed<br>■ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | Flight Attendant | |
| **Employer's name** | | |
| **Employer's address** | | |
| **How long employed there?** | | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 0.00 | $ N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$ 0.00 | +$ N/A |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. $ 0.00 | $ N/A |

EXHIBIT 33, PAGE 678

000456

Case 8:21-bk-11710-ES    Doc 37    Filed 11/16/21    Entered 11/17/21 14:02:04    Desc
Main Document        Page 16 of 26

Debtor 1   **Jamie Lynn Gallian**                                    Case number (*if known*)   **8:21-bk-11710-ES**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** | 4. | $ 0.00 | $ N/A |
| 5. **List all payroll deductions:** | | | |
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ N/A |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ N/A |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ N/A |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ N/A |
| 5e. **Insurance** | 5e. | $ 0.00 | $ N/A |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ N/A |
| 5g. **Union dues** | 5g. | $ 0.00 | $ N/A |
| 5h. **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 | + $ N/A |
| 6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ N/A |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ N/A |
| 8. **List all other income regularly received:** | | | |
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N/A |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ N/A |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. **Unemployment compensation** | 8d. | $ 1,005.26 | $ N/A |
| 8e. **Social Security** | 8e. | $ 0.00 | $ N/A |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: **Temporary Covid-19 FAC payment** | 8f. | $ 1,200.00 | $ N/A |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ N/A |
| 8h. **Other monthly income.** Specify: _____ | 8h.+ | $ 0.00 | + $ N/A |
| 9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 2,205.26 | $ N/A |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 2,205.26 + $ N/A = | $ 2,205.26 |

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____    11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies    12. $ 2,205.26

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
■ No.
☐ Yes. Explain: _____

EXHIBIT 33, PAGE 679

000457

**Fill in this information to identify your case:**

Debtor 1 **Jamie Lynn Gallian**
First Name        Middle Name        Last Name

Debtor 2
(Spouse if, filing)  First Name        Middle Name        Last Name

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION

Case number   **8:21-bk-11710-ES**
(if known)

■ Check if this is an
amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy       4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Give Details About Your Marital Status and Where You Lived Before |
| --- | --- |

1. **What is your current marital status?**

   ☐ Married
   ■ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☐ No
   ■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
| --- | --- | --- | --- |
| **4476 Alderport Dr. #53 Huntington Beach, CA 92649** | From-To: **11/23/2009 to 9/10/2018** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |
| **5782 Pinon Dr. Hunt Bch 92649** | **9/11//2018 to 10/31/2018** | | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ☐ No
   ■ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Part 2 | Explain the Sources of Your Income |
| --- | --- |

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
| --- | --- | --- | --- | --- |
| | Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
| For last calendar year: (January 1 to December 31, 2020 ) | ■ Wages, commissions, bonuses, tips | $1,408.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

EXHIBIT 33, PAGE 680

000458

Debtor 1    **Jamie Lynn Gallian**                                                    Case number *(if known)*    **8:21-bk-11710-ES**

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2019 )** | ■ Wages, commissions, bonuses, tips | $3,375.00 | ☐ Wages, commissions, bonuses, tips | |
|  | ☐ Operating a business | | ☐ Operating a business | |

**5.    Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐    No
■    Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Sources of income<br>Describe below. | Gross income<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | **Unemployment** | **$11,000.00** | | |
| **For last calendar year:**<br>**(January 1 to December 31, 2020 )** | **Unemployment** | **$21,227.00** | | |
| For last calendar year:<br>(January 1 to December 31, 2019 | **Retirement Income**<br>**401k Loan Default; Taxed in 2020** | **$31,922.58** | | |

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

**6.    Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
☐    No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?
☐    No.    Go to line 7.
☐    Yes    List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

■    Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

■    No.    Go to line 7.
☐    Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| | | | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

EXHIBIT 33, PAGE 681

000459

Debtor 1   **Jamie Lynn Gallian**                                                    Case number *(if known)*   **8:21-bk-11710-ES**

---

7.  Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

    ■ No
    ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8.  Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?
    Include payments on debts guaranteed or cosigned by an insider.

    ■ No
    ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9.  Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☐ No
    ■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Houser Bros. Co. vs. Jamie Lynn Gallian** 30-2019-01041423-CI-UD-CJC | **Unlawful Detainer filed 1/2/2019 regarding Lot 376, Tract 10542, Unit 4, Unexpired term of 80 yr. Ground Leasehold APN 178-011-16** | **Orange County Superior Court 700 W. Civic Center Dr. West Santa Ana, CA 92701** | ■ Pending ☐ On appeal ☐ Concluded |
| **Randall L. Nickell vs. Huntington Beach Gables HOA, et. al.** 30-2020-01163055-CU-OR-CJC | **Cross complaint contained in this action filed by Huntington Beach Gables; HOA Gables seek to void the unencumbered sale of Unit 53 to a bona fide purchaser Randall Nickell .on October 31, 2018, for considerable value, with Assignment of Unexpired term of 80 yr. Ground Leasehold & SubCondominium Leasehold Estate, Tract 10542, Lot 1 & 2, Gables subd. to Randall Nickell.** | **Orange County Superior Court 700 Civic Center Dr. West Santa Ana, CA 92701** | ■ Pending ☐ On appeal ☐ Concluded  **Debtor is a cross defendant** |
| **Estate of Charles James Bradley OCSC Probate Court** 30-2017-00915711 | **Determine heirship** | **Orange County Superior Court 700 Civic Center Dr. West Santa Ana, CA 92701** | Pending |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

EXHIBIT 33, PAGE 682

000460

Debtor 1    Jamie Lynn Gallian    Case number *(if known)*    8:21-bk-11710-ES

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Huntington Beach Gables HOA vs. Sandra Bradley, et. al. 30-2017-00913985 | Collections | Orange County Superior Court 700 Civic Center Dr. West Santa Ana, CA 92701 | ☐ Pending ☐ On appeal ■ Concluded **post judgment collections actions** |
| Huntington Beach Gables HOA vs. Jamie Gallian 30-2017-00962999-CU-HR-CJC | Collections | Orange County Superior Court 700 Civic Center Dr. West Santa Ana, CA 92701 | ☐ Pending ☐ On appeal ■ Concluded |
| Jamie Lynn Gaillan vs. Jesus Jasso, et. al. 30-2020-01153679 | personal injury | Orange County Superior Court 700 Civic Center Dr. West Santa Ana, CA 92701 | ■ Pending ☐ On appeal ☐ Concluded |

10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied? Check all that apply and fill in the details below.

■ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property Explain what happened | Date | Value of the property |
|---|---|---|---|

11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

■ No
☐ Yes

**Part 5:    List Certain Gifts and Contributions**

13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 Charity's Name Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

EXHIBIT 33, PAGE 683

000461

Debtor 1    Jamie Lynn Gallian _____    Case number (*if known*)    **8:21-bk-11710-ES**

---

**Part 6:    List Certain Losses**

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

---

**Part 7:    List Certain Payments or Transfers**

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☑ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address Email or website address Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes. Fill in the details.

| Person Who Received Transfer Address | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Jamie Lynn Gallian 16222 Monterey Ln. #376 Huntington Beach, CA 92649 | Registration Individual Name 2014 Skyline Manufactured Home, LBM1081. For 0.00 consideration. | J-Sandcastle Co surrendered (Chase) uncashed rent check funds; Dep. B/A to Legal Owner, J-Pad, LLC, Cashier Chk-B/A RDRMHE pending CJC Dismissal. | Registered Ind. name with HCD  2/25/2021, to satisfy request of Park Mgr. Houser Bros Co. |
| Person's Relationship to you; J-Sandcastle Co LLC, It's Member | | | |
| James H. Casello Casello & Lincoln 525 Cabrillo Park Dr. Ste. 104 | $43,000 legal fees | Legal services | multiple: 2019 to 2020 |
| Santa Ana, CA 92701 | $8,700 | Legal services | 2018 to 2019 |
| Michael T. Chulak & Assoc. 30343 Canwood St. Ste. 203 Agoura Hills, CA 91301 None | | | |
| Michael S. Devereux, Esq. 9171 Wilshire Blvd. Ste. 500 Beverly Hills, CA 90210 | $5,000 | legal services | 2018 to 2019 |
| None | | | |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

EXHIBIT 33, PAGE 684

000462

Debtor 1 __Jamie Lynn Gallian_____   Case number (*if known*) __8:21-bk-11710-ES__

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Steven A. Fink, Esq<br>13 Corporate Plaza Dr. Ste. 150<br>Newport Beach, CA 92660<br><br>**None** | $30,000 | legal services | 2019 to 2020 |
| David R. Flyer, Esq.<br>4120 Birch St. Ste. 101<br>Newport Beach, CA 92660    **None** | $17,000 | Legal services | 2018 to 2019 |
| Sherry Garrels, Esq.<br>12660 Brookhurst St. #103    **None**<br>Garden Grove Ca 92840 | $ 5,000 | Legal Services<br>West Ct.- Jasso matter | 2020-2021 |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

EXHIBIT 33, PAGE 685

000463

| Debtor 1 | Jamie Lynn Gallian | Case number *(if known)* | **8:21-bk-11710-ES** |
|---|---|---|---|

**Part 9:** Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes. Fill in the details.

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:** Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

**Part 11:** Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

Official Form 107                Statement of Financial Affairs for Individuals Filing for Bankruptcy                page 7

EXHIBIT 33, PAGE 686

000464

Debtor 1    Jamie Lynn Gallian _____    Case number *(if known)*    **8:21-bk-11710-ES**

☐    No. None of the above applies.  Go to Part 12.

■    Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| J-Sandcastle Co., LLC<br>16222 Monterey Lane #376<br>Huntington Beach, CA 92649 | Residential Management | EIN:    83-2453659<br><br>From-To  10-19-2018 |
| J-Pad, LLC<br>21742 Anza Ave.<br>Torrance, CA 90503 | Residential Management. | EIN:    82-4203776<br><br>From-To  2/9/2018 |

28.    **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■    **No**
☐    **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

**Part 12:    Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

*Jamie Lynn Gallian*    _____
Jamie Lynn Gallian    Signature of Debtor 2
**Signature of Debtor 1**

Date    11/16/2021    Date    _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

EXHIBIT 33, PAGE 687

000465

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION |
| Case number (if known) | **8:21-bk-11710-ES** |

■ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

If you are an individual filing under chapter 7, you must fill out this form if:
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.
You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List Your Creditors Who Have Secured Claims**

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name:  **J-Pad, LLC,** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
| Description of property securing debt:  **16222 Monterey Ln. Spc 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home.  Decal No. LBM1081. Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2".** | **Retain.  Make payments as agreed.** | |
| Creditor's name:  **People of the ST of California** (Janine Jasso) | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.* | ☐ No<br><br>■ Yes |
| Description of  **16222 Monterey Ln. Spc 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home.  Decal No. LBM1081.** | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

EXHIBIT 33, PAGE 688

000466

| Debtor 1 | **Jamie Lynn Gallian** | | Case number *(if known)* | **8:21-bk-11710-ES** |

| | | |
|---|---|---|
| property securing debt: | **Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2".** | ■ Retain the property and [explain]:<br><br>**Lien To Be Avoided By  522(f) or Other Means** |

| | | | |
|---|---|---|---|
| Creditor's name: | **Huntington Beach Gables HOA** | ☐ Surrender the property. | ☐ No |
| Description of property securing debt: | **16222 Monterey Ln. Spc 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home.  Decal No. LBM1081. Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2".** | ☐  Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]:<br><br><br>**Lien to be avoided by 522(f) or other means** | ■ Yes |

| Part 2: | List Your Unexpired Personal Property Leases |

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: | **Master Lessor - Houser Bros. Co. dba Rancho Del Rey Mobilehome Estates** | ☐ No |
| | **Tenant - Assignor Robert P. Warmington to G/HB Investors, Assignee and BS Investors LP, Tenant.** | ■ Yes |
| Description of leased Property: | **Unexpired Ground lease, Tract 10542, Unit 4, Lot 376 located APN 178-011-01; 178-011-16;  16222 Monterey Lane, Huntington Beach, California. Expires 2059.  Lot 376 Assigned 11/16/2018, by Seller Lisa Ryan.** | |
| Lessor's name: | **Hyundai Capital America** | ☐ No |
| | | ■ Yes |
| Description of leased Property: | **Vehicle lease for 2020 Kia Sportage.  Expires 12/1/2022** | |

| Part 3: | Sign Below |

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X _Jamie Lynn Gallian_____    X _____
**Jamie Lynn Gallian**                                   Signature of Debtor 2
Signature of Debtor 1

Date    **11/16/2021**_____    Date    _____

EXHIBIT 33, PAGE 689

000467

EXHIBIT 34

| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **JAMIE LYNN GALLIAN**<br>**16222 MONTREY LN. #376**<br>**HUNTINGTON BEACH, CA 92649**<br>**(714)321-3449**<br>**JAMIEGALLIAN@GMAIL.COM** | |

☐ *Attorney for Debtor*
☑ *Individual appearing without attorney*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION**

| In re:<br><br>           **Jamie Lynn Gallian**<br><br><br><br><br><br><br>                              Debtor(s) | CASE NO.: **8:21-bk-11710-ES**<br><br>CHAPTER: **7**<br>                              **AMENDED**<br><br><br>       **SUMMARY OF AMENDED SCHEDULES,**<br>       **STATEMENTS [LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? ☐ Yes ☑ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☑ Schedule A/B        ☑ Schedule C        ☐ Schedule D        ☐ Schedule E/F        ☑ Schedule G

☐ Schedule H        ☐ Schedule I        ☐ Schedule J        ☐ Schedule J-2        ☑ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s)        ☑ Statement of Intentions        ☐ Master Mailing List

☐ Other (*specify*) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date:        11/22/2021        *Jamie Lynn Gallian*
                              **Jamie Lynn Gallian**
                              Debtor 1 Signature

                              _____
                              Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                    Page 1                    **F 1007-1.1.AMENDED.SUMMARY**

EXHIBIT 34, PAGE 690

000469

AMENDED
## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**5801 SKYLAB ROAD, HUNTINGTON BEACH, CA 92647**

A true and correct copy of the foregoing document entitled (*specify*):    **Summary of Amended Schedules and Statements** will be served 11/22/2021 or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 11-22-2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below :

**Jeffrey I Golden (TR)    lwerner@wgllp.com,  jlg@trusteesolutions.net;  kadele@wgllp.com**
**D. Edward Hays    ehays@marshackhays.com; ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com;**
**Laila Masud  lmasud@marshackhays.com, lmasud@ecf.courtdrive.com. kfrederick@ecf.courtdrive.com**
**Mark A Mellor    mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com**
**Valerie Smith    claims@recoverycorp.com**
**United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov**

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On _____ , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

__ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **11/22/2021** , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Huntington Beach Gables HOA
c/o  Feldsott & Lee
23161 Mill Creek Drive, Suite 300
Laguna Hills, CA 92653
**Email: feldsott@gmail.com**
**mpoole@calhoalaw.com**

Janine Jasso, Esq
16025 Warmingon Lane
Huntington Beach, CA 92649
P.O. Box 370161
El Paso, TX 79937
**Email: j9_jasso@yahoo.com**

XX  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11-22-2021 | **ROBERT MCLELLAND** | *Robert McLelland* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                     Page 2                     **F 1007-1.1.AMENDED.SUMMARY**

EXHIBIT 34, PAGE 691

000470

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| | First Name — Middle Name — Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name — Middle Name — Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION |
| Case number | **8:21-bk-11710-ES** |

■ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.

■ Yes.  Where is the property?

| | | | |
|---|---|---|---|
| 1.1 | **Located on APN 178-011-01 Tract 10542, Unit 4, Lot 376** | **What is the property?** Check all that apply | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | ☒ Single-family home | |
| | **16222 Monterey Ln. Spc 376** | ☐ Duplex or multi-unit building | |
| | Street address, if available, or other description | ☐ Condominium or cooperative | |
| | | ■ Manufactured or mobile home | |
| | | ☐ Land | |

| | | | |
|---|---|---|---|
| **Huntington Beach  CA  92649-0000** | ☐ Investment property | **Current value of the entire property?** | **Current value of the portion you own?** |
| City          State       ZIP Code | ☐ Timeshare | **$235,000.00** | **$235,000.00** |
| | ☐ Other | | |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known. **80 yr Ground Leasehold, APN 178-011-01, Tract 10542, Unit 4, Lot 376. OC Clk Rec. RS Bk 58 pg 35-36; Parcel Map, Bk 108 Pg 47, 48; MM Bk 456, Pg 49-50;**

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

**Orange**
County

Other information you wish to add about this item, such as local property identification number:
**APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home. HCD Decal No. LBM 1081. Serial Number AC7V710394GB/GA 56'x15'2". Registered to Debtor. HCD COTA perfected 1/14/2019**

2.    Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here......................................................=>

| |
|---|
| **$235,000.00** |

**Part 2:    Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

EXHIBIT 34, PAGE 692

000471

| Debtor 1 | Jamie Lynn Gallian | | Case number *(if known)* | **8:21-bk-11710-ES** |

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycle**

■ Yes      Lease 2020 Kia Sportage    Expires 12/2022

☐ No

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No

☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for
   pages you have attached for Part 2. Write that number here...........................................................=>    $0.00

| **Part 3:** | **Describe Your Personal and Household Items** |

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No

■ Yes.  Describe.....

| Misc. household goods and furnishings<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $3,500.00 |
| waterford crystal set red and white wine glasses | $1,000.00 |

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No

■ Yes.  Describe.....

| Wall television, computer, printer and peripherals<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $500.00 |

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☐ No

■ Yes.  Describe.....      Location:  16222 Monterey Lane, Space 376, Huntington Beach CA 92649

| Lladro figurine collection (20) | $1,900.00 |

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

■ No

☐ Yes.  Describe.....

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

■ No

☐ Yes.  Describe.....

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

EXHIBIT 34, PAGE 693

000472

Debtor 1    **Jamie Lynn Gallian**                                                           Case number *(if known)*    **8:21-bk-11710-ES**

---

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
■ Yes. Describe.....

| Misc. clothing<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $1,000.00 |
|---|---|

---

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
■ Yes. Describe.....

| Movado wrist watch (20 yrs. old); costume jewelry, misc. non-gold chains/bracelets, and earrings.<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $1,000.00 |
|---|---|

---

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses
☐ No
■ Yes. Describe.....

| 5-year old Wired Terrier Dog | $25.00 |
|---|---|

---

**14. Any other personal and household items you did not already list, including any health aids you did not list**
■ No
☐ Yes. Give specific information.....

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .............................................................................

| $8,925.00 |
|---|

---

| **Part 4:** | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
■ No
☐ Yes.................................................................................

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
■ Yes........................

| | | Institution name: | |
|---|---|---|---|
| 17.1. | **EDD Debit account** | **Bank of America** | $3,793.00 |
| 17.2. | **Savings** | **Alliant Credit Union--Only funds are Covid-19 relief funds from the government.** | $1,407.00 |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

EXHIBIT 34, PAGE 694

000473

| Debtor 1 | **Jamie Lynn Gallian** | | Case number *(if known)* | **8:21-bk-11710-ES** |

| | | | | |
|---|---|---|---|---|
| 17.3. | **Savings** | Alliant Credit Union--Only funds are Covid-19 relief funds from the government. | | $2,600.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes..................       Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes.  Give specific information about them...................
         Name of entity:                                    % of ownership:

| | | |
|---|---|---|
| **J-Sandcastle Co, LLC  single member entity** had a bank account of  $9000.00 assets to B/A Cashiers Chk. Uncashed space 376 rent chks.  Current less than $500.00 Original purpose of LLC was to hold HCD Registration to Debtor's residence. HCD Registration was transferred to debtor on 2/25/2021 after voluntary mediation with RDRMHE Park re: 2019 UD Case.  Park refused to countersign lease agreement with HCD Registered Applicant, J-Sandcastle Co LLC. According to Houser Bros Park Owner/Manager, Park Rules allegedly forbid home to be held in business name; insistent only in an individual name.  However, Park allows homes held  in Trust. Debtor unable to verify stated reason in RDRMHE Park Rules. | 100 % | $500.00 |
| **J-PAD, LLC.  Manager-Managed  LLC.  Assets include bank account of less than $1,000; B/A Cashier;s Check approx, $13,710.00, from 7/9/21 Chase Bank- J-Sandcastle Co LLC; Rent Checks tendered for space 376 as agreed.  Space rent tendered each month since filing BK petition 7-9-21 by debtor (Alliant CU Acct.)  through December 31, 2021, Concurrently with CA Covid-19 Relief AWARD 10/27/2021;  Houser Bros Co. caused further harm to debtor, Houser Bros sent uncashed checks to various un-authorized entities including the IRS, in violation of debtors STAY.** **Debtors  J-Pad, LLC, Holder of  COTA  perfected 1/14/2019.** | 100 % | $14,710.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
         Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.
         Type of account:          Institution name:

| | | |
|---|---|---|
| **IRA** | **Fidelity** | $ 7,400.00 |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ☐ Yes
    ■ No. .                Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............       Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

EXHIBIT 34, PAGE 695

000474

| Debtor 1 | **Jamie Lynn Gallian** | Case number *(if known)* | **8:21-bk-11710-ES** |

☑ No

☐ Yes.............          Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions. |

**28. Tax refunds owed to you**

☑ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information......

**30. Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
            benefits; unpaid loans you made to someone else

☑ No

☐ Yes.  Give specific information..

**31. Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No

☐ Yes. Name the insurance company of each policy and list its value.
            Company name:                          Beneficiary:                    Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
   someone has died.

☐ No

☑ Yes.  Give specific information..    **Probate estate of Charles J. Bradley, Jr.  Case No. 30-2017-00915711.**
                              **Uncertain what, if any, proceeds will pass to debtor.**

**Creditor's claim Estate of Charles James Bradley  Jr. filed by debtor for $1 million, June 2020, denied by Administrator, Sandra Bradley, approx. March 29, 2021.  Unknown whether any recovery will be awarded.**          **Unknown**

EXHIBIT 34, PAGE 696

000475

| Debtor 1 | **Jamie Lynn Gallian** | Case number *(if known)* | **8:21-bk-11710-ES** |
|---|---|---|---|

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

■ Yes. Describe each claim.   Wrongful termination against United Airlines. No lawsuit filed.
☐ No.  .   Claim filed Collective Bargaining with Association of Flight Attendants under
Railway Labor Act. Arbitration with Compa\ny & AFA requested and being pursued.                    Unknown

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
☐ No
■ Yes.  Describe each claim.........

| 34.1 | Claim against Sandra Bradley and Houser Bros Co for failure to disclose real estate transaction May 2010, that ultimately lead to recordation of Grant Deed Doc # 2010219518 APN 937-63-053, Unit 53 in name of Houser Bros instead of intended transfer to Sandra L. Bradley Trust.                    No lawsuit filed yet. | Unknown |
|---|---|---|

| 34.2 | Possible claim against Sandra Bradley for failure to disclose previous alleged ARC violations in connection with improvements to Unit 53 in 2014, 2015, 2016, at Alderport, that occurred prior to debtor became legal owner of the Alderport property on March 23, 2017, the subject of 4/11/2017  FAC 5/16/2017, Gables HOA civil complaint. | Unknown |
|---|---|---|

| 34.3 | Multiple claims against Tract 10542 Master Lessor Houser Bros Co. and Park Manager Houser Bros Co. dba Rancho Del Rey Mobilehome Estates for Violation(s) Davis Stirling Act; Civil Code; violations of MRL §798, et seq.  multiple acts (retaliation, discrimination, trespassing/unlawful entry; forcible detainer, wrongful eviction, failure to timely pursue/prosecute frivolous UD claim filed 1/2/19.   Failure to counter sign Consumer Lease Agreement with Applicant(s); Registered Owners of bona fide purchase 2014 Skyline Custom Villa, LBM1081
     Possible award of Attorney Fees under Davis Stirling Act;  CA Civil Code; and (MRL) | Unknown |
|---|---|---|

| 34.4 | Personal Injury claim pending against Huntington Beach Gables HOA; Jesus Jasso, Jr. et al. Case No. 30-2020-01153679.
     Estimated  damages approximately $195,000. | Unknown |
|---|---|---|

| 34.5 | Due to pending litigation  potential right of debtor to reversionary interest  unexpired Ground Leasehold in Condominium Project Lot 1 & 2, Tract 10542, APN 178-011-01; 178-011-16, Holding Alternate APN 178-771-03;
     Original Master Lessor Houser Bros Co. and Robert P. Warmington, an Ind. Original Tenant; Robert P. Warmington, an Ind. Sublessor, assigned to Robert P. Warmington Company, Subleasee; Further assigned Declarant Robert P. Warmington Co. Sublessor assigned certain rights of the Declarant to various consumers until 2059, an 80-year GroundLeasehold and Subcondominium Leasehold Tract 10542, Lot 1 and 2;   Further rights clarified by Master Lessor and Sublessor in that certain First Amendment to CC&Rs filed OC Clerk Recorder, 8/5/1980, Doc No. 8005, detailing Consumer's Interest in Master Ground-Leasehold and Subcondominium Leasehold relative to Lot 1 & 2 Tract 10542 Hunt. Beach.

     **(Huntington Beach Gables HOA has filed a cross-complaint pending OCSC, in which Gables HOA seek a voiding of the debtors sale of unencumbered fee interest in debtor's previous residence; Ground Leasehold and SubCondominium Leasehold sold on 10/31/2018 to a bona fide purchaserfor value, Randall Nickels, including rights of Assignment of unexpired term of 80 yr Ground Leasehold and Subcondominium Leasehold from Debtor to purchaser Randall Nickels).** | Unknown |
|---|---|---|

| **34.6** | Potential Victim Restitution Order from Defendant Jesus Jasso, Jr, PC§242 OCSC Case No. 19WM09951
     .                    Approx. economic damages  $ 73,000.00 | Unknown |
|---|---|---|

**35. Any financial assets you did not already list**
☐ No     CA COVID-19 Award - State of California.   Landlord refused to participate or apply on
■ Yes.  Give specific information..   behalf of this tenant after receiving Tenants Declaration re: Covid related afflictions
from Tenant.  Tenant applied 6/9/21 and was Awarded Relief on 10/27/2021.                    $24,301.55

     Landlord waited three weeks to notify Counsel in UD case of funds received.  Landlord
refused to dismiss UD case.  Application to avoid Lease Forfeiture Filed @ CJC.

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.**........................................................................    $ 54,711.55

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

EXHIBIT 34, PAGE 697

000476

| Debtor 1 | Jamie Lynn Gallian | Case number *(if known)* | **8:21-bk-11710-ES** |
|---|---|---|---|

**37. Do you own or have any legal or equitable interest in any business-related property?**

�■ No. Go to Part 6.

☐ Yes. Go to line 38.

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.

☐ Yes. Go to line 47.

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

**53. Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

■ No

☐ Yes. Give specific information.........

**54.** **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................

| $0.00 |
|---|

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

**55. Part 1: Total real estate, line 2** .............................................................................................

$235,000.00

**56. Part 2: Total vehicles, line 5** — $0.00

**57. Part 3: Total personal and household items, line 15** — $8,925.00

**58. Part 4: Total financial assets, line 36** — $54,711.55

**59. Part 5: Total business-related property, line 45** — $0.00

**60. Part 6: Total farm- and fishing-related property, line 52** — $0.00

**61. Part 7: Total other property not listed, line 54** + $0.00

**62. Total personal property.** Add lines 56 through 61... — $63,636.55    Copy personal property total    $63,636.55

**63. Total of all property on Schedule A/B.** Add line 55 + line 62

| $298,636.55 |
|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

EXHIBIT 34, PAGE 698

000477

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION |
| Case number (if known) | **8:21-bk-11710-ES** |

■ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt                    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1.  **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2.  **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **16222 Monterey Ln. Spc 376 Huntington Beach, CA 92649  Orange County**<br>**APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home. Decal No. LBM1081.  Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2".**<br>Line from *Schedule A/B*: **1.1** | $235,000.00 | ■  $600,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.730 |
| **Misc. household goods and furnishings**<br>**Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649**<br>Line from *Schedule A/B*: **6.1** | $3,500.00 | ■  $3,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **waterford crystal set red and white wine glasses**<br>Line from *Schedule A/B*: **6.2** | $1,000.00 | ■  $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

EXHIBIT 34, PAGE 699

000478

| Debtor 1 | Jamie Lynn Gallian | | Case number (if known) | 8:21-bk-11710-ES |
| --- | --- | --- | --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
| --- | --- | --- | --- |
| **Wall television, computer, printer and peripherals**<br>**Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649**<br>Line from *Schedule A/B*: 7.1 | **$500.00** | ■ **$500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Lladro figurine collection (20)**<br>Line from *Schedule A/B*: 8.1 | **$1,900.00** | ■ **$1,900.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| **Misc. clothing**<br>**Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649**<br>Line from *Schedule A/B*: 11.1 | **$1,000.00** | ■ **$1,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Movado wrist watch (20 yrs. old); costume jewelry, misc. non-gold chains/bracelets, and earrings.**<br>**Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649**<br>Line from *Schedule A/B*: 12.1 | **$1,000.00** | ■ **$1,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| **CA COVID-19 TENANT RELIEF AWARD 10-27-2021**<br>Line from *Schedule A/B*: 35 | **$24,302.00** | ■ **$24,302.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.170<br><br>Executive Order N-57-20 |
| **EDD Debit account: Bank of America**<br>Line from *Schedule A/B*: 17.1 | **$3,793.00** | ■ **$3,793.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |
| **Savings: Alliant Credit Union--Only funds are Covid-19 relief funds from the government.**<br>Line from *Schedule A/B*: 17.2 | **$1,407.00** | ■ **$1,407.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.220 |
| **Savings: Alliant Credit Union--Only funds are Covid-19 relief funds from the government.**<br>Line from *Schedule A/B*: 17.3 | **$2,600.00** | ■ **$381.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.220 |
| **Savings: Alliant Credit Union--Only funds are Covid-19 relief funds from the government.**<br>Line from *Schedule A/B*: 17.3 | **$2,600.00** | ■ **$2,219.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |
| **IRA: Fidelity**<br>Line from *Schedule A/B*: 21.1 | **$7,400.00** | ■ **$7,400.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.115(a)(1) & (2), (b) |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

EXHIBIT 34, PAGE 700

000479

Debtor 1    **Jamie Lynn Gallian**                    Case number (if known)    **8:21-bk-11710-ES**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **IRA: Fidelity**<br>Line from *Schedule A/B*: **21.1** | **$7,400.00** | ■   **$7,400.00**<br>☐  100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C)** |
| **Personal Injury claim against Huntington Beach Gables HOA; Jesus Jasso, Jr. Case No. 30-2020-01153679. Estimated damages $195,000.**<br>Line from *Schedule A/B*: **34.4** | **Unknown** | ■   **$195,000.00**<br>☐  100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.140** |
| **Potential Award Victim Economic Restitution against Jesus Jasso, Jr. PC §242.  DOI 8/5/2018.    OCSC  19WM09951**<br>Line from Schedule A/B: **34.6** | **Unknown** | XX   **$73,000.00**<br>**100% of fair market value, up to any applicable statutory limit** | **C.C.P.  704.140** |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)
   ☐  No
   ■  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐  No
       ■  Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

EXHIBIT 34, PAGE 701

000480

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION |
| Case number (if known) | **8:21-bk-11710-ES** |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1  **Houser Bros. Co.**<br>**dba Rancho Del Rey Mobilehome Est.**<br>**17610 Beach Blvd. Ste. 32**<br>**Huntington Beach, CA 92647** | **Unexpired Groundlease Tract 10542, Unit 4, Lot 376 located 16222 Monterey Lane, Huntington Beach, California   APN 178-011-01.** |
| 2.2  **Hyundai Capital America**<br>**PO BOX 269011**<br>**Plano, TX 75026** | **Vehicle lease for 2020 Kia Sportage.  Expires 12/1/2022** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

EXHIBIT 34, PAGE 702

000481

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION |
| Case number | **8:21-bk-11710-ES** |
| (if known) | |

■ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy
4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ☐ Married
   ■ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☐ No
   ■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **4476 Alderport Dr. #53 Huntington Beach, CA 92649** | From-To: **11/23/2009 to 9/10/2018** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |
| **5782 Pinon Dr. Hunt Bch 92649** | **9/11//2018 to 10/31/2018** | | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ☐ No
   ■ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2  Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
| **For last calendar year: (January 1 to December 31, 2020 )** | ■ Wages, commissions, bonuses, tips | **$1,408.00** | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Official Form 107          Statement of Financial Affairs for Individuals Filing for Bankruptcy          page 1

EXHIBIT 34, PAGE 703

000482

| Debtor 1 | Jamie Lynn Gallian | | Case number (if known) | **8:21-bk-11710-ES** |
|---|---|---|---|---|

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2019 )** | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | $3,375.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

---

**5.    Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Sources of income<br>Describe below. | Gross income<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | Unemployment | $11,000.00 | | |
| **For last calendar year:**<br>**(January 1 to December 31, 2020 )** | Unemployment | $21,227.00 | | |
| For last calendar year:<br>(January 1 to December 31, 2019 | Retirement Income<br>401k Loan Default; Taxed in 2020 | $31,922.58 | | |

---

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

**6.    Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
☐    No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?
☐    No.    Go to line 7.
☐    Yes    List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

■    Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

■    No.    Go to line 7.
☐    Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| | | | | |

---

EXHIBIT 34, PAGE 704

000483

| Debtor 1 | Jamie Lynn Gallian | Case number *(if known)* | **8:21-bk-11710-ES** |
|---|---|---|---|

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Houser Bros. Co. vs. Jamie Lynn Gallian** **30-2019-01041423-CI-UD-CJC** | **Unlawful Detainer filed 1/2/2019 regarding Lot 376, Tract 10542, Unit 4, Unexpired term of 80 yr. Ground Leasehold APN 178-011-16** | **Orange County Superior Court** **700 W. Civic Center Dr. West** **Santa Ana, CA 92701** | ■ Pending ☐ On appeal ☐ Concluded |
| **Randall L. Nickell vs. Huntington Beach Gables HOA, et. al.** **30-2020-01163055-CU-OR-CJC** | **Cross-complaint to set aside a voidable sale filed 2 years after Trial Court approved 2018 sale of debtors unencumbered Fee Interest, Subcondominium Leasehold in Unit 53, APN 937-630-53, in retaliation of 2020 Complaint by Randall Nickel vs. Huntington Beach Gables HOA, et al.    Unencumbered sale to a bona fide purchaser, Randall Nickell on October 31, 2018, for valuable consideration including Assignment of Unexpired 80 yr. Ground Leasehold thru 2059 & SubCondominium Leasehold Estate,Tract 10542, Lot 1 & 2, Gables subd.** | **Orange County Superior Court** **700 Civic Center Dr. We st Santa Ana, CA 92701** | ■ Pending ☐ On appeal ☐ Concluded **Debtor is a cross defendant** |
| **Estate of Charles James Bradley, Jr. OCSC Probate Court 30-2017-00915711** | **Determine heirship in probate.** | **Orange County Superior Court 700 Civic Center Dr. West Santa Ana, CA 92701** | **Pending** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

EXHIBIT 34, PAGE 705

000484

Debtor 1    Jamie Lynn Gallian                                                    Case number (if known)    8:21-bk-11710-ES

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Huntington Beach Gables HOA vs.<br>Sandra Bradley, et. al.<br>30-2017-00913985 | Collections | Orange County Superior<br>Court<br>700 Civic Center Dr. West<br>Santa Ana, CA 92701 | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>post judgment collections<br>actions |
| Huntington Beach Gables HOA vs.<br>Jamie Gallian<br>30-2017-00962999-CU-HR-CJC | Collections | Orange County Superior<br>Court<br>700 Civic Center Dr. West<br>Santa Ana, CA 92701 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| Jamie Lynn Gaillan vs. Jesus<br>Jasso, Jr, et. al; Huntington<br>Beach Gables HOA.<br>30-2020-01153679 | personal injury | Orange County Superior<br>Court<br>700 Civic Center Dr. West<br>Santa Ana, CA 92701 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

■ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the<br>property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

**Part 5:    List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600<br>per person<br><br>Person to Whom You Gave the Gift and<br>Address: | Describe the gifts | Dates you gave<br>the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that  total<br>more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you<br>contributed | Value |
|---|---|---|---|

EXHIBIT 34, PAGE 706

000485

Case 8:21-bk-11710-ES    Doc 38    Filed 11/22/21    Entered 11/23/21 11:21:39    Desc
Main Document    Page 18 of 23

Debtor 1    Jamie Lynn Gallian _____    Case number *(if known)*    8:21-bk-11710-ES

---

**Part 6:**    **List Certain Losses**

15.    Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

---

**Part 7:**    **List Certain Payments or Transfers**

16.    Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☑ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

17.    Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18.    Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes. Fill in the details.

| Person Who Received Transfer (Debtor) | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Jamie Lynn Gallian<br>Address:  16222 Monterey Ln. #376 Huntington Beach, CA 92649<br><br>Person's Relationship to you;<br>J-Sandcastle Co LLC, It's Member | Registration Individual Name 2014 Skyline Manufactured Home, LBM1081.<br>For 0.00 consideration. | J-Sandcastle Co surrendered (Chase) uncashed rent check funds; Dep. B/A to Legal Owner, J-Pad, LLC, Cashier Chk-B/A RDRMHE pending CJC Dismissal UD. | Registered Ind. name with HCD  2/25/2021, to satisfy request of Park Mgr. Houser Bros Co. |
| James H. Casello<br>Casello & Lincoln<br>525 Cabrillo Park Dr. Ste. 104 | $43,000 legal fees | Legal services | multiple: 2019 to 2020 |
| Santa Ana, CA 92701 | $8,700 | Legal services | 2018 to 2019 |
| Michael T. Chulak & Assoc.<br>30343 Canwood St. Ste. 203 Agoura Hills, CA 91301<br>None | | | |
| Michael S. Devereux, Esq.<br>9171 Wilshire Blvd. Ste. 500 Beverly Hills, CA 90210<br><br>None | $5,000 | legal services | 2018 to 2019 |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

EXHIBIT 34, PAGE 707

000486

Debtor 1    **Jamie Lynn Gallian** _____    Case number (*if known*)    **8:21-bk-11710-ES**

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Steven A. Fink, Esq<br>13 Corporate Plaza Dr. Ste. 150<br>Newport Beach, CA 92660<br><br>**None** | **$30,000** | **legal services** | **2019 to 2020** |
| David R. Flyer, Esq.<br>4120 Birch St. Ste. 101<br>Newport Beach, CA 92660    **None** | **$17,000** | **Legal services** | **2018 to 2019** |
| Sherry Garrels, Esq.<br>12660 Brookhurst St. #103    **None**<br>Garden Grove Ca 92840 | **$ 5,000** | **Legal Services**<br>**West Ct.- Jasso matter** | **2020-2021** |

19.  **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20.  **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21.  **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22.  **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

EXHIBIT 34, PAGE 708

000487

| Debtor 1 | Jamie Lynn Gallian | Case number *(if known)* | **8:21-bk-11710-ES** |
| --- | --- | --- | --- |

---

**Part 9:**  Identify Property You Hold or Control for Someone Else

23.  **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

  ■ No
  ☐ Yes. Fill in the details.

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
| --- | --- | --- | --- |

---

**Part 10:**  Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24.  **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

  ■ No
  ☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
| --- | --- | --- | --- |

25.  **Have you notified any governmental unit of any release of hazardous material?**

  ■ No
  ☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
| --- | --- | --- | --- |

26.  **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

  ■ No
  ☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
| --- | --- | --- | --- |

---

**Part 11:**  Give Details About Your Business or Connections to Any Business

27.  **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

  ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

  ■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

  ☐ A partner in a partnership

  ☐ An officer, director, or managing executive of a corporation

  ☐ An owner of at least 5% of the voting or equity securities of a corporation

---

Official Form 107                    Statement of Financial Affairs for Individuals Filing for Bankruptcy                    page 7

EXHIBIT 34, PAGE 709

000488

| Debtor 1 | Jamie Lynn Gallian | Case number *(if known)* | **8:21-bk-11710-ES** |
|---|---|---|---|

☐ No. None of the above applies. Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| J-Sandcastle Co., LLC<br>16222 Monterey Lane #376<br>Huntington Beach, CA 92649 | Residential Management | EIN:    83-2453659<br><br>From-To   10/19/2018-11/22/2021 |
| J-Pad, LLC<br>21742 Anza Ave.<br>Torrance, CA 90503 | Residential Management. | EIN:    82-4203776<br><br>From-To   2/9/2018-11/22/2021 |

28.  Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

■ No

☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

**Part 12:**   Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

*Jamie Lynn Gallian*
Jamie Lynn Gallian
**Signature of Debtor 1**

Signature of Debtor 2

Date    11/22/2021

Date

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

EXHIBIT 34, PAGE 710

000489

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION |
| Case number | **8:21-bk-11710-ES** |
| (if known) | |

■ Check if this is an
amended filing

## Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7          12/15

If you are an individual filing under chapter 7, you must fill out this form if:
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.
**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors,
whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list
on the form**

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must
sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write your name and case number (if known).

**Part 1:    List Your Creditors Who Have Secured Claims**

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the
information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name:  **J-Pad, LLC,** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a<br>   *Reaffirmation Agreement.*<br>■ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
| Description of property securing debt:  **16222 Monterey Ln. Spc 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home.  Decal No. LBM1081. Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2".** | **Retain.** | |
| Creditor's name:  **PEOPLE OF THE ST OF CALIFORNIA** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a<br>   *Reaffirmation Agreement.* | ☐ No<br><br>■ Yes |
| Description of  **16222 Monterey Ln. Spc 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home.  Decal No. LBM1081.** | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

EXHIBIT 34, PAGE 711

000490

Debtor 1    **Jamie Lynn Gallian**                                    Case number *(if known)* **8:21-bk-11710-ES**

| property securing debt: | **Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2".** | ■ Retain the property and [explain]:<br>**1. Lien To Be Avoided By  522(f) or Other  Means;**<br>**2. Fines, Fees paid to WJC Superior Court as Ordered on 12/13/2019.**<br><u>**Attorney Fee civil award Janine Jasso, Esq. 1/27/2020, not a restitution award to a "Government Entity", possible eligible discharge warranted.**</u> | |
|---|---|---|---|
| Creditor's name: | **Huntington Beach Gables Homeowners Association** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a<br>   *Reaffirmation Agreement.*<br>■ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
| Description of property securing debt: | **16222 Monterey Ln. Spc 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home.  Decal No. LBM1081. Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2".** | **Lien to be avoided by 522(f) or other means.**<br>Janine Jasso, Esq.  filed with SOS,July 2020, Notice of JL<br>duplicate of JL December 2018, Huntington Beach Gables<br>Homeowners Association. | |

**Part 2:    List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

**Describe your unexpired personal property leases**

|  |  | Will the lease be assumed? |
|---|---|---|
| | **Master Lessor - Houser Bros. Co. GP;  Original Tenant Robert P. Warmington, an Ind.** | |
| Lessor's name: | **Park Mgr. Houser Bros Co dba Rancho Del Rey Mobilehome Estates (Manufactured Home Park consisting of Tract 10542, Unit 1, 2, 3,& 4) Parcel Map Bk 108 Pg 47-48 Original Tenant Robert P. Warmington, Ind. to Assigned to Sublessee Robert P. Warmington Co,; 1986 Warmington Assigned to John Wertin,G/HB Investors; BS Investors, assigned to themselves due to (Wertin BK); Master Lessor Houser Bros Co (Craig Houser and Tenant BS Investors, Hugh Saddington) Amended Ground Lease 2005 without NOTICE to Consumers. Ground Lease Amendment 2003 after Court Trial ending in 2002.** | ☐ No<br><br>■ Yes |
| Description of leased Property: | **Unexpired   Ground   lease,   Tract   10542,   Unit   4,   Lot   376 located APN 178-011-01; 16222 Monterey Lane, Huntington Beach, California. Expires  2059.   Unexpired Ryan 2006 Ground Lease Lot  376;  In 2013, old mobilehome tear out; Lisa Ryan replaced with New 2014 Skyline Custom Villa, Park continued 2006 executed Space 376 agreement, Seller Lisa Ryan Assigned Lot 376 space agreement, location of new construction 2014 Skyline Home LBM1081 sold to Jamie Gallian after court approved sale, 10/18/2018, CJC, Judge Carmen Luege, confirmed 3/6/2019.** | |
| Lessor's name:<br>Description of leased Property: | **Hyundai Capital America Vehicle lease for 2020 Kia Sportage.  Expires 12/1/2022** | ☐ No<br><br>■ Yes |

**Part 3:    Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X *Jamie Lynn Gallian*                                    X _____
**Jamie Lynn Gallian**                                        Signature of Debtor 2
Signature of Debtor 1

Date      **11/22/2021**                                    Date      _____

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

EXHIBIT 34, PAGE 712

000491

EXHIBIT 35

000492

AMENDED
**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**5801 SKYLAB ROAD, HUNTINGTON BEACH, CA 92647.**

A true and correct copy of the foregoing document entitled (*specify*):   **PROOF OF ELECTRONIC SERVICE - CONFORMED DOCUMENT NO. 38 - Summary of Amended Schedules and  Statements**
will be served 11/22/2021 or was served **(a)** on the judge in chambers in the form and manner required by LBR  5005-2(d); and **(b)** in the manner stated below:

_____

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 11-22-2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below  :

**Jeffrey I Golden (TR)    lwerner@wgllp.com,   jlg@trusteesolutions.net;   kadele@wgllp.com
D. Edward Hays    ehays@marshackhays.com; ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com;
cmendoza@marshackhays.com; cmendoza@ecourtdrive.com;
Laila Masud lmasud@marshackhays.com, lmasud@ecf.courtdrive.com. kfrederick@ecf.courtdrive.com
Mark A Mellor    mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com
Valerie Smith    claims@recoverycorp.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov**

☐  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On _____ , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

__ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **11/23/2021** , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Huntington Beach Gables HOA
c/o  Feldsott & Lee
23161 Mill Creek Drive, Suite 300
Laguna Hills, CA 92653
**Email: feldsott@gmail.com
mpoole@calhoalaw.com**

Janine Jasso, Esq
16025 Warmingon Lane
Huntington Beach, CA 92649
P.O. Box 370161
El Paso, TX 79937
**Email: j9_jasso@yahoo.com**

XX  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| 11-23-2021 | **ROBERT MCLELLAND** | *Robert McLelland* |
| *Date* | *Printed Name* | *Signature*  bobwentflying@yahoo.com |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

EXHIBIT 35, PAGE 713

000493

ELECTRONIC SERVICE LIST

1.    Huntington Beach Gables
      Homeowners Association
      Pejman D. Kharrazian, Esq.
      10200 willow Creek Road, Suite 100
      San Diego, CA 92131
      Email Address: pkharrazian@epsten.com

8.    Janine B. Jasso, Esq.
      P.O. Box 370161
      El Paso, TX 79937
      Email: j9_jasso@yahoo.com

2.    Huntington Beach Gables Homeowners Association
      Michael Poole, Esq.
      23161 Mill Creek Drive, Suite 300
      Laguna Hills, CA 92653
      Email Address:  mpoole@calhoalaw.com

3.    Sandra L. Bradley, Administrator
      Estate of Charles J. Bradley, Jr.
      18 Meadow Wood
      Coto De Caza, CA 92679
      SandyBrad@cox.net

4.    Sandra L. Bradley, Administrator
      Estate of Charles J. Bradley, Jr.
      Ross, Wolcott, Teinert & Prout, LLP
      Suzanne Tague, Esq.
      3151 Airway Avenue, Suite S-1
      Costa Mesa, CA 92626
      stague@rossllp.com

5.    Houser Bros Co.
      Craig Houser
      16222 Monterey Ln.
      Huntington Beach, CA 92649
      chouser@ranchodelreymhe.com

6.    Houser Bros Co
      Vivienne Alston
      27201 Puerta Real, Suite 300
      Mission Viejo CA 92691
      valston@aadlawyers.com

7.    James H. Casello, Esq.
      Casello & Lincoln
      525 Cabrillo Park Drive, Suite 104
      Santa Ana, CA 92701
      jhctlex@yahoo.com

EXHIBIT 35, PAGE 714

000494

EXHIBIT 35, PAGE 715

000495

| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **JAMIE LYNN GALLIAN**<br>**16222 MONTREY LN. #376**<br>**HUNTINGTON BEACH, CA 92649**<br>**(714)321-3449**<br>**JAMIEGALLIAN@GMAIL.COM** | |
| ☐ *Attorney for Debtor*<br>☑ *Individual appearing without attorney* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION**

| In re:<br><br>        **Jamie Lynn Gallian**<br><br><br><br>                                Debtor(s) | CASE NO.: **8:21-bk-11710-ES**<br><br>CHAPTER: **7**<br>                        **AMENDED**<br><br>SUMMARY OF AMENDED SCHEDULES,<br>STATEMENTS [LBR 1007-1(c)] |
|---|---|

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? ☐ Yes ☑ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☑ Schedule A/B       ☑ Schedule C       ☐ Schedule D       ☐ Schedule E/F       ☑ Schedule G

☐ Schedule H       ☐ Schedule I       ☐ Schedule J       ☐ Schedule J-2       ☑ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s)       ☑ Statement of Intentions       ☐ Master Mailing List

☐ Other (*specify*) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date:        11/22/2021        *Jamie Lynn Gallian*

**Jamie Lynn Gallian**
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                Page 1                **F 1007-1.1.AMENDED.SUMMARY**

EXHIBIT 35, PAGE 716

000496

AMENDED
## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**5801 SKYLAB ROAD, HUNTINGTON BEACH, CA 92647**

A true and correct copy of the foregoing document entitled (*specify*):    **Summary of Amended Schedules and Statements** will be served 11/22/2021 or was served **(a)** on the judge in chambers in the form and manner required by LBR  5005-2(d); and **(b)** in the manner stated below:

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 11-22-2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below :

**Jeffrey I Golden (TR)    lwerner@wgllp.com,  jlg@trusteesolutions.net;  kadele@wgllp.com
D. Edward Hays    ehays@marshackhays.com; ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com;
Laila Masud lmasud@marshackhays.com, lmasud@ecf.courtdrive.com. kfrederick@ecf.courtdrive.com
Mark A Mellor    mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com
Valerie Smith    claims@recoverycorp.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov**

☐ Service information continued on attached page

2.  **SERVED BY UNITED STATES MAIL**: On _____ , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

__ Service information continued on attached page

3.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **11/22/2021** , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Huntington Beach Gables HOA
c/o  Feldsott & Lee
23161 Mill Creek Drive, Suite 300
Laguna Hills, CA 92653
**Email: feldsott@gmail.com
mpoole@calhoalaw.com**

Janine Jasso, Esq
16025 Warmingon Lane
Huntington Beach, CA 92649
P.O. Box 370161
El Paso, TX 79937
**Email: j9_jasso@yahoo.com**

XX  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11-22-2021 | **ROBERT MCLELLAND** | *Robert McLelland* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

EXHIBIT 35, PAGE 717

000497

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION |
| Case number | **8:21-bk-11710-ES** |

☐ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.

■ Yes.  Where is the property?

| | | |
|---|---|---|
| 1.1 | **Located on APN 178-011-01 Tract 10542, Unit 4, Lot 376** | **What is the property?** Check all that apply |
| | | ■ Single-family home |
| | **16222 Monterey Ln. Spc 376** | ☐ Duplex or multi-unit building |
| | Street address, if available, or other description | ☐ Condominium or cooperative |
| | | ■ Manufactured or mobile home |
| | | ☐ Land |
| | **Huntington Beach  CA  92649-0000** | ☐ Investment property |
| | City    State    ZIP Code | ☐ Timeshare |
| | | ☐ Other |

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $235,000.00

**Current value of the portion you own?** $235,000.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known. **80 yr Ground Leasehold, APN 178-011-01, Tract 10542, Unit 4, Lot 376. OC Clk Rec. RS Bk 58 pg 35-36; Parcel Map, Bk 108 Pg 47, 48; MM Bk 456, Pg 49-50;**

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

**Orange**
County

Other information you wish to add about this item, such as local property identification number:
**APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home.**
**HCD Decal No. LBM 1081. Serial Number AC7V710394GB/GA 56'x15'2".**
**Registered to Debtor. HCD COTA perfected 1/14/2019**

2.  Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................=> | $235,000.00 |

**Part 2:    Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

EXHIBIT 35, PAGE 718

000498

| Debtor 1 | Jamie Lynn Gallian | Case number *(if known)* | 8:21-bk-11710-ES |

**3.  Cars, vans, trucks, tractors, sport utility vehicles, motorcycle**

■ Yes        Lease 2020 Kia Sportage   Expires 12/2022
☐ No

**4.  Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

**5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...........................................................................=>**        **$0.00**

**Part 3:  Describe Your Personal and  Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |

**6.  Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes.  Describe.....

| Misc. household goods and furnishings
Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $3,500.00 |

| waterford crystal set red and white wine glasses | $1,000.00 |

**7.  Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
■ Yes.  Describe.....

| Wall television, computer, printer and peripherals
Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $500.00 |

**8.  Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☐ No
■ Yes.  Describe.....       Location:  16222 Monterey Lane, Space 376, Huntington Beach CA 92649

| Lladro figurine collection (20) | $1,900.00 |

**9.  Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
■ No
☐ Yes.  Describe.....

**10.  Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
■ No
☐ Yes.  Describe.....

EXHIBIT 35, PAGE 719

000499

Debtor 1  **Jamie Lynn Gallian**                                                    Case number *(if known)*  **8:21-bk-11710-ES**

---

**11. Clothes**
  *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
  ☐ No
  ■ Yes.  Describe.....

| Misc. clothing Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $1,000.00 |
| --- | --- |

**12. Jewelry**
  *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
  ☐ No
  ■ Yes.  Describe.....

| Movado wrist watch (20 yrs. old); costume jewelry, misc. non-gold chains/bracelets, and earrings. Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $1,000.00 |
| --- | --- |

**13. Non-farm animals**
  *Examples:* Dogs, cats, birds, horses
  ☐ No
  ■ Yes.  Describe.....

| 5-year old Wired Terrier Dog | $25.00 |
| --- | --- |

**14. Any other personal and household items you did not already list, including any health aids you did not list**
  ■ No
  ☐ Yes.  Give specific information.....

**15.  Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...........................................................................

| | $8,925.00 |
| --- | --- |

---

**Part 4:**  **Describe Your Financial Assets**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
| --- | --- |

**16. Cash**
  *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
  ■ No
  ☐ Yes....................................................................................

**17. Deposits of money**
  *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
  ☐ No
  ■ Yes........................          Institution name:

| 17.1. | **EDD Debit account** | **Bank of America** | $3,793.00 |
| --- | --- | --- | --- |

| 17.2. | **Savings** | **Alliant Credit Union--Only funds are Covid-19 relief funds from the government.** | $1,407.00 |
| --- | --- | --- | --- |

---

Official Form 106A/B                          Schedule A/B: Property                                    page 3

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

EXHIBIT 35, PAGE 720

000500

| Debtor 1 | **Jamie Lynn Gallian** | | Case number *(if known)* | **8:21-bk-11710-ES** |
|---|---|---|---|---|

| | 17.3. | **Savings** | **Alliant Credit Union--Only funds are Covid-19 relief funds from the government.** | **$2,600.00** |
|---|---|---|---|---|

18. **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ■ No
   □ Yes.................        Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   □ No
   ■ Yes.  Give specific information about them...................
      Name of entity:                                      % of ownership:

| **J-Sandcastle Co, LLC  single member entity** had a bank account of  **$9000.00 assets to B/A Cashiers Chk. Uncashed space 376 rent chks.  Current less than $500.00 Original purpose of LLC was to hold HCD Registration to Debtor's residence. HCD Registration was transferred to debtor on 2/25/2021 after voluntary mediation with RDRMHE Park re: 2019 UD Case.  Park refused to countersign lease agreement with HCD Registered Applicant, J-Sandcastle Co LLC. According to Houser Bros Park Owner/Manager, Park Rules allegedly forbid home to be held in business name; insistent only in an individual name.  However, Park allows homes held  in Trust. Debtor unable to verify stated reason in RDRMHE Park Rules.** | **100** % | **$500.00** |
|---|---|---|

| **J-PAD, LLC.  Manager-Managed  LLC.  Assets include bank account of less than $1,000; B/A Cashier;s Check approx, $13,710.00, from 7/9/21 Chase Bank- J-Sandcastle Co LLC; Rent Checks tendered for space 376 as agreed.  Space rent tendered each month since filing BK petition 7-9-21 by debtor (Alliant CU Acct.)  through December 31, 2021, Concurrently with CA Covid-19 Relief AWARD 10/27/2021;  Houser Bros Co. caused further harm to debtor, Houser Bros sent uncashed checks to various un-authorized entities including the IRS, in violation of debtors STAY. Debtors  J-Pad, LLC, Holder of  COTA  perfected 1/14/2019.** | **100** % | $**14,710.00** |
|---|---|---|

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ■ No
   □ Yes. Give specific information about them
      Issuer name:

21. **Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   □ No
   ■ Yes. List each account separately.
      Type of account:              Institution name:

| | **IRA** | **Fidelity** | **$ 7,400.00** |
|---|---|---|---|

22. **Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   □ Yes
   ■ No. .                         Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   □ Yes.............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

EXHIBIT 35, PAGE 721

000501

| Debtor 1 | **Jamie Lynn Gallian** | | Case number (*if known*) | **8:21-bk-11710-ES** |
|---|---|---|---|---|

- ☑ No
- ☐ Yes............   Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

- ☑ No
- ☐ Yes. Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

- ☑ No
- ☐ Yes. Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

- ☑ No
- ☐ Yes. Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**

- ☑ No
- ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

- ☑ No
- ☐ Yes. Give specific information......

**30. Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

- ☑ No
- ☐ Yes. Give specific information..

**31. Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

- ☑ No
- ☐ Yes. Name the insurance company of each policy and list its value.
      Company name:          Beneficiary:          Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

- ☐ No
- ☑ Yes. Give specific information..   **Probate estate of Charles J. Bradley, Jr.  Case No. 30-2017-00915711.**
      **Uncertain what, if any, proceeds will pass to debtor.**

      **Creditor's claim Estate of Charles James Bradley  Jr. filed by debtor for $1**
      **million, June 2020, denied by Administrator, Sandra Bradley, approx.**
      **March 29, 2021.  Unknown whether any recovery will be awarded.**                      **Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com
                                                               Best Case Bankruptcy

**EXHIBIT 35, PAGE 722**

**000502**

Debtor 1    Jamie Lynn Gallian                              Case number *(if known)*    8:21-bk-11710-ES

---

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

■ Yes. Describe each claim.    Wrongful termination against United Airlines. No lawsuit filed.
□ No. .    Claim filed Collective Bargaining with Association of Flight Attendants under
           Railway Labor Act. Arbitration with Compa\ny & AFA requested and being pursued.    **Unknown**

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
□ No
■ Yes. Describe each claim.........

| | | |
|---|---|---|
| *34.1* | Claim against Sandra Bradley and Houser Bros Co for failure to disclose real estate transaction May 2010, that ultimately lead to recordation of Grant Deed Doc # 2010219518 APN 937-63-053, Unit 53 in name of Houser Bros instead of intended transfer to Sandra L. Bradley Trust.                     No lawsuit filed yet. | **Unknown** |
| *34.2* | Possible claim against Sandra Bradley for failure to disclose previous alleged ARC violations in connection with improvements to Unit 53 in 2014, 2015, 2016, at Alderport, that occurred prior to debtor became legal owner of the Alderport property on March 23, 2017, the subject of 4/11/2017 FAC 5/16/2017, Gables HOA civil complaint. | **Unknown** |
| *34.3* | Multiple claims against Tract 10542 Master Lessor Houser Bros Co. and Park Manager Houser Bros Co. dba Rancho Del Rey Mobilehome Estates for Violation(s) Davis Stirling Act; Civil Code; violations of MRL §798, et seq.  multiple acts (retaliation, discrimination, trespassing/unlawful entry; forcible detainer, wrongful eviction, failure to timely pursue/prosecute frivolous UD claim filed 1/2/19.  Failure to counter sign Consumer Lease Agreement with Applicant(s); Registered Owners of bona fide purchase 2014 Skyline Custom Villa, LBM1081<br>      Possible award of Attorney Fees under Davis Stirling Act;  CA Civil Code; and (MRL) | **Unknown** |
| *34.4* | Personal Injury claim pending against Huntington Beach Gables HOA; Jesus Jasso, Jr. et al.  Case No. 30-2020-01153679.<br>      Estimated  damages approximately $195,000. | **Unknown** |
| *34.5* | Due to pending litigation  potential right of debtor to reversionary interest  unexpired Ground Leasehold in Condominium Project Lot 1 & 2, Tract 10542, APN 178-011-01; 178-011-16, Holding Alternate APN 178-771-03;<br>      Original Master Lessor Houser Bros Co. and Robert P. Warmington, an Ind. Original Tenant; Robert P. Warmington, an Ind. Sublessor, assigned to Robert P. Warmington Company, Subleasee; Further assigned Declarant Robert P. Warmington Co. Sublessor assigned certain rights of the Declarant to various consumers until 2059, an 80-year GroundLeasehold and Subcondominium Leasehold Tract 10542, Lot 1 and 2;  Further rights clarified by Master Lessor and Sublessor in that certain First Amendment to CC&Rs filed OC Clerk Recorder, 8/5/1980, Doc No. 8005, detailing Consumer's Interest in Master Ground-Leasehold and Subcondominium Leasehold relative to Lot 1 & 2 Tract 10542 Hunt. Beach.<br><br>      (Huntington Beach Gables HOA has filed a cross-complaint pending OCSC, in which Gables HOA seek a voiding of the debtors sale of unencumbered fee interest in debtor's previous residence; Ground Leasehold and SubCondominium Leasehold sold on 10/31/2018 to a bona fide purchaserfor value, Randall Nickels, including rights of Assignment of unexpired term of 80 yr Ground Leasehold and Subcondominium Leasehold from Debtor to purchaser Randall Nickels). | **Unknown** |
| **34.6** | Potential Victim Restitution Order from Defendant Jesus Jasso, Jr, PC§242 OCSC Case No. 19WM09951<br>                     Approx. economic damages  $ 73,000.00 | **Unknown** |

**35. Any financial assets you did not already list**

□ No    CA COVID-19 Award - State of California.   Landlord refused to participate or apply on
■ Yes.  Give specific information..    behalf of this tenant after receiving Tenants Declaration re: Covid related afflictions
           from Tenant.  Tenant applied 6/9/21 and was Awarded Relief on 10/27/2021.    **$24,301.55**

           Landlord waited three weeks to notify Counsel in UD case of funds received.  Landlord
           refused to dismiss UD case.  Application to avoid Lease Forfeiture Filed @ CJC.

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.......................................................................................    **$ 54,711.55**

---

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

Official Form 106A/B                              Schedule A/B: Property                              page 6

EXHIBIT 35, PAGE 723

000503

Debtor 1    **Jamie Lynn Gallian**                                          Case number *(if known)*    **8:21-bk-11710-ES**

**37. Do you own or have any legal or equitable interest in any business-related property?**
- ■ No. Go to Part 6.
- ☐ Yes. Go to line 38.

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
- ■ No. Go to Part 7.
- ☐ Yes. Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
- ■ No
- ☐ Yes. Give specific information.........

**54.  Add the dollar value of all of your entries from Part 7. Write that number here** .....................................    | **$0.00** |

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

**55.  Part 1: Total real estate, line 2** ........................................................................................................    **$235,000.00**

**56.  Part 2: Total vehicles, line 5**    **$0.00**

**57.  Part 3: Total personal and household items, line 15**    **$8,925.00**

**58.  Part 4: Total financial assets, line 36**    **$54,711.55**

**59.  Part 5: Total business-related property, line 45**    **$0.00**

**60.  Part 6: Total farm- and fishing-related property, line 52**    **$0.00**

**61.  Part 7: Total other property not listed, line 54**    +    **$0.00**

**62.  Total personal property.** Add lines 56 through 61...    **$63,636.55**    Copy personal property total    **$63,636.55**

**63.  Total of all property on Schedule A/B.** Add line 55 + line 62    | **$298,636.55** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

EXHIBIT 35, PAGE 724

000504

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION |
| Case number (if known) | **8:21-bk-11710-ES** |

☐ Check if this is an amended filing

Official Form 106C
# Schedule C: The Property You Claim as Exempt
4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **16222 Monterey Ln. Spc 376 Huntington Beach, CA 92649  Orange County**<br>**APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home. Decal No. LBM1081.  Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2".**<br>Line from *Schedule A/B*: **1.1** | **$235,000.00** | ☑                  **$600,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.730** |
| **Misc. household goods and furnishings**<br>**Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649**<br>Line from *Schedule A/B*: **6.1** | **$3,500.00** | ☑                  **$3,500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| **waterford crystal set red and white wine glasses**<br>Line from *Schedule A/B*: **6.2** | **$1,000.00** | ☑                  **$1,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.040** |

EXHIBIT 35, PAGE 725

000505

| Debtor 1   **Jamie Lynn Gallian** | | Case number (if known)   **8:21-bk-11710-ES** | |
|---|---|---|---|
| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
| **Wall television, computer, printer and peripherals**<br>**Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649**<br>Line from *Schedule A/B*: 7.1 | **$500.00** | ■ **$500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Lladro figurine collection (20)**<br>Line from *Schedule A/B*: 8.1 | **$1,900.00** | ■ **$1,900.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| **Misc. clothing**<br>**Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649**<br>Line from *Schedule A/B*: 11.1 | **$1,000.00** | ■ **$1,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Movado wrist watch (20 yrs. old); costume jewelry, misc. non-gold chains/bracelets, and earrings.**<br>**Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649**<br>Line from *Schedule A/B*: 12.1 | **$1,000.00** | ■ **$1,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| **CA COVID-19 TENANT RELIEF AWARD 10-27-2021**<br>Line from *Schedule A/B*: 35 | **$24,302.00** | ■ **$24,302.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.170<br><br>Executive Order N-57-20 |
| **EDD Debit account: Bank of America**<br>Line from *Schedule A/B*: 17.1 | **$3,793.00** | ■ **$3,793.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |
| **Savings: Alliant Credit Union--Only funds are Covid-19 relief funds from the government.**<br>Line from *Schedule A/B*: 17.2 | **$1,407.00** | ■ **$1,407.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.220 |
| **Savings: Alliant Credit Union--Only funds are Covid-19 relief funds from the government.**<br>Line from *Schedule A/B*: 17.3 | **$2,600.00** | ■ **$381.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.220 |
| **Savings: Alliant Credit Union--Only funds are Covid-19 relief funds from the government.**<br>Line from *Schedule A/B*: 17.3 | **$2,600.00** | ■ **$2,219.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |
| **IRA: Fidelity**<br>Line from *Schedule A/B*: 21.1 | **$7,400.00** | ■ **$7,400.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.115(a)(1) & (2), (b) |

EXHIBIT 35, PAGE 726

000506

| Debtor 1 | **Jamie Lynn Gallian** | | Case number (if known) | **8:21-bk-11710-ES** |
|---|---|---|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own <br><br> *Copy the value from Schedule A/B* | Amount of the exemption you claim <br><br> *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **IRA: Fidelity** <br> Line from *Schedule A/B*: **21.1** | **$7,400.00** | ■ $7,400.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C)** |
| **Personal Injury claim against Huntington Beach Gables HOA; Jesus Jasso, Jr.  Case No. 30-2020-01153679.  Estimated damages $195,000.** <br> Line from *Schedule A/B*: **34.4** | **Unknown** | ■ $195,000.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.140** |
| **Potential Award Victim Economic Restitution against Jesus Jasso, Jr. PC §242.  DOI 8/5/2018.    OCSC  19WM09951** <br> Line from Schedule A/B: **34.6** | **Unknown** | XX $73,000.00 <br> **100% of fair market value, up to any applicable statutory limit** | **C.C.P.  704.140** |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No

   ■ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ■ Yes

EXHIBIT 35, PAGE 727

000507

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION |
| Case number | **8:21-bk-11710-ES** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases       12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Houser Bros. Co.**<br>**dba Rancho Del Rey Mobilehome Est.**<br>**17610 Beach Blvd. Ste. 32**<br>**Huntington Beach, CA 92647** | **Unexpired Groundlease Tract 10542, Unit 4, Lot 376 located 16222 Monterey Lane, Huntington Beach, California   APN 178-011-01.** |
| 2.2 | **Hyundai Capital America**<br>**PO BOX 269011**<br>**Plano, TX 75026** | **Vehicle lease for 2020 Kia Sportage.  Expires 12/1/2022** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

EXHIBIT 35, PAGE 728

000508

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jamie Lynn Gallian** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION | | |
| Case number | 8:21-bk-11710-ES | | |
| (if known) | | | |

■ Check if this is an
amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy

4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1. **What is your current marital status?**

   □ Married
   ■ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   □ No
   ■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **4476 Alderport Dr. #53 Huntington Beach, CA 92649** | From-To: **11/23/2009 to 9/10/2018** | □ Same as Debtor 1 | □ Same as Debtor 1 From-To: |
| **5782 Pinon Dr. Hunt Bch 92649** | **9/11//2018 to 10/31/2018** | | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   □ No
   ■ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2    Explain the Sources of Your Income**

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   □ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
| **For last calendar year: (January 1 to December 31, 2020 )** | ■ Wages, commissions, bonuses, tips | $1,408.00 | □ Wages, commissions, bonuses, tips | |
| | □ Operating a business | | □ Operating a business | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

EXHIBIT 35, PAGE 729

000509

Debtor 1    **Jamie Lynn Gallian**                                    Case number (if known)   **8:21-bk-11710-ES**

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2019 )** | ■ Wages, commissions,<br>bonuses, tips | $3,375.00 | ☐ Wages, commissions,<br>bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

**5.  Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐   No
■   Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Describe below. | Gross income from<br>each source<br>(before deductions and exclusions) | Sources of income<br>Describe below. | Gross income<br>(before deductions and exclusions) |
| **From January 1 of current year until<br>the date you filed for bankruptcy:** | **Unemployment** | **$11,000.00** | | |
| **For last calendar year:**<br>**(January 1 to December 31, 2020 )** | **Unemployment** | **$21,227.00** | | |
| For last calendar year:<br>(January 1 to December 31, 2019 | **Retirement Income**<br>**401k Loan Default; Taxed in 2020** | **$31,922.58** | | |

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

**6.  Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
☐   No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?
☐   No.    Go to line 7.
☐   Yes    List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

■   Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

■   No.    Go to line 7.
☐   Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount<br>paid | Amount you<br>still owe | Was this payment for ... |
|---|---|---|---|---|

EXHIBIT 35, PAGE 730

000510

Debtor 1    **Jamie Lynn Gallian**                                      Case number *(if known)*    **8:21-bk-11710-ES**

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

**Part 4:**    **Identify Legal Actions, Repossessions, and Foreclosures**

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Houser Bros. Co. vs. Jamie Lynn Gallian**<br>**30-2019-01041423-CI-UD-CJC** | **Unlawful Detainer filed 1/2/2019 regarding Lot 376, Tract 10542, Unit 4, Unexpired term of 80 yr. Ground Leasehold APN 178-011-16** | **Orange County Superior Court**<br>**700 W. Civic Center Dr. West**<br>**Santa Ana, CA 92701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Randall L. Nickell vs. Huntington Beach Gables HOA, et. al.**<br>**30-2020-01163055-CU-OR-CJC** | **Cross-complaint to set aside a voidable sale filed 2 years after Trial Court approved 2018 sale of debtors unencumbered Fee Interest, Subcondominium Leasehold in Unit 53, APN 937-630-53, in retaliation of 2020 Complaint by Randall Nickel vs. Huntington Beach Gables HOA, et al.   Unencumbered sale to a bona fide purchaser, Randall Nickell on October 31, 2018, for valuable consideration including Assignment of Unexpired 80 yr. Ground Leasehold thru 2059 & SubCondominium Leasehold Estate,Tract 10542, Lot 1 & 2, Gables subd.** | **Orange County Superior Court**<br>**700 Civic Center Dr. We st Santa Ana, CA 92701** | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Debtor is a cross defendant** |
| **Estate of Charles James Bradley, Jr.**<br>**OCSC Probate Court**<br>**30-2017-00915711** | **Determine heirship in probate.** | **Orange County Superior Court**<br>**700 Civic Center Dr. West**<br>**Santa Ana, CA 92701** | **Pending** |

Official Form 107                Statement of Financial Affairs for Individuals Filing for Bankruptcy                page 3

EXHIBIT 35, PAGE 731

000511

Debtor 1   **Jamie Lynn Gallian**                                       Case number *(if known)*   **8:21-bk-11710-ES**

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Huntington Beach Gables HOA vs.<br>Sandra Bradley, et. al.<br>30-2017-00913985 | Collections | **Orange County Superior<br>Court<br>700 Civic Center Dr. West<br>Santa Ana, CA 92701** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**post judgment collections<br>actions** |
| Huntington Beach Gables HOA vs.<br>Jamie Gallian<br>30-2017-00962999-CU-HR-CJC | Collections | **Orange County Superior<br>Court<br>700 Civic Center Dr. West<br>Santa Ana, CA 92701** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| Jamie Lynn Gaillan vs. Jesus<br>Jasso, Jr, et. al; Huntington<br>Beach Gables HOA.<br>30-2020-01153679 | personal injury | **Orange County Superior<br>Court<br>700 Civic Center Dr. West<br>Santa Ana, CA 92701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?
Check all that apply and fill in the details below.

■ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the<br>property |
|---|---|---|---|

11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

■ No
☐ Yes

**Part 5:**   List Certain Gifts and Contributions

13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600<br>per person<br><br>Person to Whom You Gave the Gift and<br>Address: | Describe the gifts | Dates you gave<br>the gifts | Value |
|---|---|---|---|

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that  total<br>more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you<br>contributed | Value |
|---|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

EXHIBIT 35, PAGE 732

000512

| Debtor 1    Jamie Lynn Gallian | Case number (if known)   8:21-bk-11710-ES |
|---|---|

---

**Part 6:** List Certain Losses

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

---

**Part 7:** List Certain Payments or Transfers

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer (Debtor) | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Jamie Lynn Gallian<br>Address: 16222 Monterey Ln. #376<br>Huntington Beach, CA 92649<br><br>Person's Relationship to you;<br>J-Sandcastle Co LLC, It's Member | Registration Individual Name<br>2014 Skyline Manufactured Home,<br>LBM1081.<br>For 0.00 consideration. | J-Sandcastle Co surrendered<br>(Chase) uncashed rent check<br>funds; Dep. B/A to Legal Owner,<br>J-Pad, LLC, Cashier Chk-B/A<br>RDRMHE pending CJC Dismissal UD. | Registered Ind. name<br>with HCD  2/25/2021, to<br>satisfy request of Park Mgr.<br>Houser Bros Co. |
| James H. Casello<br>Casello & Lincoln<br>525 Cabrillo Park Dr. Ste. 104 | $43,000 legal fees | Legal services | multiple: 2019<br>to 2020 |
| Santa Ana, CA 92701 | $8,700 | Legal services | 2018 to 2019 |
| Michael T. Chulak & Assoc.<br>30343 Canwood St. Ste. 203<br>Agoura Hills, CA 91301<br>None | | | |
| Michael S. Devereux, Esq.<br>9171 Wilshire Blvd. Ste. 500<br>Beverly Hills, CA 90210 | $5,000 | legal services | 2018 to 2019 |
| None | | | |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

EXHIBIT 35, PAGE 733

000513

Debtor 1    **Jamie Lynn Gallian**                                    Case number *(if known)*    **8:21-bk-11710-ES**

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of<br>property transferred | Describe any property or<br>payments received or debts<br>paid in exchange | Date transfer was<br>made |
|---|---|---|---|
| **Steven A. Fink, Esq**<br>**13 Corporate Plaza Dr. Ste. 150**<br>**Newport Beach, CA 92660**<br><br>**None** | **$30,000** | **legal services** | **2019 to 2020** |
| **David R. Flyer, Esq.**<br>**4120 Birch St. Ste. 101**<br>**Newport Beach, CA 92660**        **None** | **$17,000** | **Legal services** | **2018 to 2019** |
| **Sherry Garrels, Esq.**<br>**12660 Brookhurst St. #103**    **None**<br>**Garden Grove Ca 92840** | **$ 5,000** | **Legal Services**<br>**West Ct.- Jasso matter** | **2020-2021** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)
- ■ No
- ☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was<br>made |
|---|---|---|

**Part 8:**    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.
- ■ No
- ☐ Yes. Fill in the details.

| Name of Financial Institution and<br>Address (Number, Street, City, State and ZIP<br>Code) | Last 4 digits of<br>account number | Type of account or<br>instrument | Date account was<br>closed, sold,<br>moved, or<br>transferred | Last balance<br>before closing or<br>transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**
- ■ No
- ☐ Yes. Fill in the details.

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City,<br>State and ZIP Code) | Describe the contents | Do you still<br>have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**
- ■ No
- ☐ Yes. Fill in the details.

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access<br>to it?<br>Address (Number, Street, City,<br>State and ZIP Code) | Describe the contents | Do you still<br>have it? |
|---|---|---|---|

EXHIBIT 35, PAGE 734

000514

| Debtor 1 | Jamie Lynn Gallian | | Case number *(if known)* | **8:21-bk-11710-ES** |
| --- | --- | --- | --- | --- |

## Part 9:  Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

   ■ No
   ☐ Yes. Fill in the details.

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
| --- | --- | --- | --- |

## Part 10:  Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

   ■ No
   ☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
| --- | --- | --- | --- |

25. **Have you notified any governmental unit of any release of hazardous material?**

   ■ No
   ☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
| --- | --- | --- | --- |

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No
   ☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
| --- | --- | --- | --- |

## Part 11:  Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

   ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

   ■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

   ☐ A partner in a partnership

   ☐ An officer, director, or managing executive of a corporation

   ☐ An owner of at least 5% of the voting or equity securities of a corporation

Official Form 107                          Statement of Financial Affairs for Individuals Filing for Bankruptcy                          page 7

**EXHIBIT 35, PAGE 735**

000515

Debtor 1    Jamie Lynn Gallian _____    Case number (if known)    8:21-bk-11710-ES

☐   No. None of the above applies. Go to Part 12.

■   Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| J-Sandcastle Co., LLC<br>16222 Monterey Lane #376<br>Huntington Beach, CA 92649 | Residential Management | EIN:     83-2453659<br><br>From-To   10/19/2018-11/22/2021 |
| J-Pad, LLC<br>21742 Anza Ave.<br>Torrance, CA 90503 | Residential Management. | EIN:     82-4203776<br><br>From-To   2/9/2018-11/22/2021 |

28.   Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

■   No
☐   Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

**Part 12:**   Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

*Jamie Lynn Gallian*                              _____
Jamie Lynn Gallian                                Signature of Debtor 2
**Signature of Debtor 1**

Date    11/22/2021                                 Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

EXHIBIT 35, PAGE 736

000516

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION |
| Case number (if known) | **8:21-bk-11710-ES** |

■ Check if this is an amended filing

## Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7    12/15

If you are an individual filing under chapter 7, you must fill out this form if:
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.
You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List Your Creditors Who Have Secured Claims**

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name:    **J-Pad, LLC,** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
| Description of property securing debt:    **16222 Monterey Ln. Spc 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home.  Decal No. LBM1081. Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2".** | **Retain.** | |
| Creditor's name:    **PEOPLE OF THE ST OF CALIFORNIA** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.* | ☐ No<br><br>■ Yes |
| Description of    **16222 Monterey Ln. Spc 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home.  Decal No. LBM1081.** | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

EXHIBIT 35, PAGE 737

000517

Debtor 1    **Jamie Lynn Gallian**                                                Case number *(if known)*  **8:21-bk-11710-ES**

| property securing debt: | **Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2".** | ■ Retain the property and [explain]:<br>**1. Lien To Be Avoided By 522(f) or Other Means;**<br>**2. Fines, Fees paid to WJC Superior Court as Ordered on 12/13/2019.**<br>__Attorney Fee civil award Janine Jasso, Esq. 1/27/2020, not a restitution__<br>award to a "Government Entity", possible eligible discharge warranted. |

| Creditor's name: | **Huntington Beach Gables Homeowners Association** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br><br>**Lien to be avoided by 522(f) or other means.**<br><br>Janine Jasso, Esq. filed with SOS, July 2020, Notice of JL<br>duplicate of JL December 2018, Huntington Beach Gables<br>Homeowners Association. | ☐ No<br><br>■ Yes |
| Description of property securing debt: | **16222 Monterey Ln. Spc 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home. Decal No. LBM1081. Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2".** | | |

**Part 2:    List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

**Describe your unexpired personal property leases**

| | | Will the lease be assumed? |
|---|---|---|
| | **Master Lessor - Houser Bros. Co. GP;  Original Tenant Robert P. Warmington, an Ind.** | |
| Lessor's name: | **Park Mgr. Houser Bros Co dba Rancho Del Rey Mobilehome Estates (Manufactured Home Park consisting of Tract 10542, Unit 1, 2, 3,& 4) Parcel Map Bk 108 Pg 47-48 Original Tenant Robert P. Warmington, Ind. to Assigned to Sublessee Robert P. Warmington Co,; 1986 Warmington Assigned to John Wertin,G/HB Investors; BS Investors, assigned to themselves due to (Wertin BK); Master Lessor Houser Bros Co (Craig Houser and Tenant BS Investors, Hugh Saddington) Amended Ground Lease 2005 without NOTICE to Consumers. Ground Lease Amendment 2003 after Court Trial ending in 2002.** | ☐ No<br><br>■ Yes |
| Description of leased Property: | **Unexpired    Ground    lease,    Tract    10542,    Unit    4,    Lot    376 located APN 178-011-01; 16222 Monterey Lane, Huntington Beach, California. Expires 2059.    Unexpired Ryan 2006 Ground Lease Lot 376; In 2013, old mobilehome tear out; Lisa Ryan replaced with New 2014 Skyline Custom Villa, Park continued 2006 executed Space 376 agreement, Seller Lisa Ryan Assigned Lot 376 space agreement, location of new construction 2014 Skyline Home LBM1081 sold to Jamie Gallian after court approved sale, 10/18/2018, CJC, Judge Carmen Luege, confirmed 3/6/2019.** | |
| Lessor's name:<br>Description of leased Property: | **Hyundai Capital America Vehicle lease for 2020 Kia Sportage.  Expires 12/1/2022** | ☐ No<br><br>■ Yes |

**Part 3:    Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X  *Jamie Lynn Gallian*                                    X _____
**Jamie Lynn Gallian**                                           Signature of Debtor 2
Signature of Debtor 1

Date    **11/22/2021**                                          Date _____

EXHIBIT 35, PAGE 738

000518

EXHIBIT 36

| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Jamie Lynn Gallian**<br>**16222 Monterey Ln. #376**<br>**Huntington Beach, CA 92649**<br>jamiegallian@gmail.com<br>**(714) 321-3449** | **FILED**<br>DEC 0 1 2021<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |
| ☐ *Attorney appearing for Debtor*<br>☑ *Individual appearing without attorney* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION**

| In re: | |
|---|---|
| **Jamie Lynn Gallian** | CASE NO.: **8:21-bk-11710-ES**<br><br>CHAPTER: **7** |
| Debtor(s) | **AMENDED**<br>**SUMMARY OF AMENDED SCHEDULES,**<br>**MASTER MAILING LIST,**<br>**AND/OR STATEMENTS**<br>**[LBR 1007-1(c)]** |

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? ☑ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B    ☐ Schedule C    ☑ Schedule D    ☑ Schedule E/F    ☐ Schedule G

☐ Schedule H    ☐ Schedule I    ☐ Schedule J    ☐ Schedule J-2    ☐ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s)    ☐ Statement of Intentions    ☑ Master Mailing List

☐ Other (*specify*) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and/or statements are true and correct.

Date: _____11/30/2021_____

*Jamie Lynn Gallian*
**Jamie Lynn Gallian**
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                    Page 1                    **F 1007-1.1.AMENDED.SUMMARY**

AMENDED
**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**5801 SKYLAB ROAD, HUNTINGTON BEACH, CA 92647.**

A true and correct copy of the foregoing document entitled (*specify*):    **Summary of Amended Schedules D, E,
F and  Statements** will be served 11/30/2021 or was served **(a)** on the judge in chambers in the form and manner
required by LBR  5005-2(d); and **(b)** in the manner stated below:

_____

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On
11-30-2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below  :

Jeffrey I Golden (TR)    lwerner@wgllp.com,  jlg@trusteesolutions.net;  kadele@wgllp.com
D. Edward Hays   ehays@marshackhays.com; ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com;
cmendoza@marshackhays.com; cmendoza@ec.courtdrive.com;
Laila Masud lmasud@marshackhays.com, lmasud@ecf.courtdrive.com. kfrederick@ecf.courtdrive.com
Mark A Mellor    mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com
Valerie Smith   claims@recoverycorp.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐    Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL:** On _____, I served the following persons and/or entities at the last known
addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed
envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here
constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

___ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **11/30/2021** , I served the following
persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service
method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal
delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Huntington Beach Gables HOA
c/o  Feldsott & Lee
23161 Mill Creek Drive, Suite 300
Laguna Hills, CA 92653
Email: feldsott@gmail.com
mpoole@calhoalaw.com

Janine Jasso, Esq
16025 Warmingon Lane
Huntington Beach, CA 92649
P.O. Box 370161
El Paso, TX 79937
Email: j9_jasso@yahoo.com

x X  Service information continued on attached
page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11-30-2021 | **ROBERT MCLELLAND** | *Robert McLelland* |
| Date | Printed Name | Signature   bobwentflying@yahoo.com |

_____

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1. Huntington Beach Gables
   Homeowners Association
   Pejman D. Kharrazian, Esq.
   10200 Willow Creek Road, Suite 100
   San Diego, CA 92131
   Email Address: pkharrazian@epsten.com

8. Janine B. Jasso, Esq.
   P.O. Box 370161
   El Paso, TX 79937
   Email: j9_jasso@yahoo.com

2. Huntington Beach Gables Homeowners Association
   Michael Poole, Esq.
   23161 Mill Creek Drive, Suite 300
   Laguna Hills, CA 92653
   Email Address: mpoole@calhoalaw.com

3. Sandra L. Bradley, Administrator
   Estate of Charles J. Bradley, Jr.
   18 Meadow Wood
   Coto De Caza, CA 92679
   SandyBrad@cox.net

4. Sandra L. Bradley, Administrator
   Estate of Charles J. Bradley, Jr.
   Ross, Wolcott, Teinert & Prout, LLP
   Suzanne Tague, Esq.
   3151 Airway Avenue, Suite S-1
   Costa Mesa, CA 92626
   stague@rossllp.com

5. Houser Bros Co.
   Craig Houser
   16222 Monterey Ln.
   Huntington Beach, CA 92649
   chouser@ranchodelreymhe.com

6. Houser Bros Co
   Vivienne Alston
   27201 Puerta Real, Suite 300
   Mission Viejo CA 92691
   valston@aadlawyers.com

7. James H. Casello, Esq.
   Casello & Lincoln
   525 Cabrillo Park Drive, Suite 104
   Santa Ana, CA 92701
   jhctlex@yahoo.com

EXHIBIT 36, PAGE 741

000522

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION |
| Case number | **8:21-bk-11710-ES** |
| (if known) | |

■ Check if this is an amended filing

**Official Form 106D**

## Schedule D: Creditors Who Have Claims Secured by Property           12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
|---|---|

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|
| **2.1** **Jamie Gallian; Steven Gallian; Brian Gallian**<br>Creditor's Name | Describe the property that secures the claim: | $225,000.00 | $235,000.00 | $10,000.00 |

Describe the property that secures the claim:

**16222 Monterey Ln. Spc 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home. Decal No. LBM1081.  Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2".**

16222 Monterey Ln. #376
Huntington Beach, CA 92649
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

CA Sec. of State UCC-1, File No. 19761916827, 1/14/2019.  Manufactured Home Transaction, Amended 09/12/2021.  Debtor is Holder of a Security Agreement and Promissory Note dated 11/16/2018 against LBM1081 Serial No, 7V710394GB/GA, HCD COTA perfected 1/14/2019. HCD Registration changed 2/25/2021 named Ind., Jamie Gallian, to obtain promised countersigned lease hold agreement from Landlord and end Frivolous Unlawful Detainer Case filed 1/2/19, pending for three years. Debtors single member LLC original HCD registration refused a Ground Lease Agreement Sp 376.

Date debt was incurred                   Last 4 digits of account number

EXHIBIT 36, PAGE 742

000523

Debtor 1   **Jamie Lynn Gallian**
First Name        Middle Name              Last Name

Case number (if known)   **8:21-bk-11710-ES**

| | | |
|---|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | | $225,000.00 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | | $225,000.00 |

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 2

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

EXHIBIT 36, PAGE 743

000524

**Fill in this information to identify your case:**

Debtor 1 **Jamie Lynn Gallian**
First Name      Middle Name      Last Name

Debtor 2
(Spouse if, filing)      First Name      Middle Name      Last Name

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION

Case number    **8:21-bk-11710-ES**
(if known)

■ Check if this is an
amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                              12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to
any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on
Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in
Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the
left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your
name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**
    ☐ No. Go to Part 2.
    ■ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed,
    identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as
    possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of
    Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|

| 2.1 | **Internal Revenue Service** | Last 4 digits of account number  3936 | $3,361.00 | $3,361.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**Insolvency**
**PO BOX 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred?    **2018**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                          ☐ Contingent
☐ Debtor 2 only                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only             ☐ Disputed
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**    **Type of PRIORITY unsecured claim:**
                                         ☐ Domestic support obligations
**Is the claim subject to offset?**       ■ Taxes and certain other debts you owe the government
■ No                                     ☐ Claims for death or personal injury while you were intoxicated
☐ Yes                                    ☐ Other. Specify  **income tax**

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**
    ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
    ■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority
    unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more
    than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of
    Part 2.

                                                                                        **Total claim**

EXHIBIT 36, PAGE 744

000525

Debtor 1    **Jamie Lynn Gallian**                                    Case number (if known)    **8:21-bk-11710-ES**

---

**4.1**  **Huntington Beach Gables**
**Homeowners Association**
**Gordon, Reese, Scully & Mansukhani**        Last 4 digits of account number    **N/A**                                        **$75,000.00**
Nonpriority Creditor's Name
**633 W. 5th St. Fl. 52**                     When was the debt incurred?    **2017-2021**
**Los Angeles, CA 90071**
Number Street City State Zip Code            As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                              □ Contingent
□ Debtor 2 only                              □ Unliquidated
□ Debtor 1 and Debtor 2 only                 □ Disputed
□ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
□ Check if this claim is for a  community    □ Student loans
debt                                         □ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?              report as priority claims
■ No                                         □ Debts to pension or profit-sharing plans, and other similar debts
□ Yes                                        ■ Other. Specify    **attorney fees; possible appeal remittur amount owed as**
                                             **part of HOA lawsuits to Defense Insurane Company.**

---

**4.2**  **Houser Bros Co.**                 Last 4 digits of account number    **376**                                          **$30,000.00**
Nonpriority Creditor's Name
**dba Rancho Del Rey Mobilehome**            When was the debt incurred?    **2018-2021**
**Estates**
**17610 Beach Blvd. Ste. 32**
**Huntington Beach, CA 92647**
Number Street City State Zip Code            As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                              □ Contingent
□ Debtor 2 only                              □ Unliquidated
□ Debtor 1 and Debtor 2 only                 ■ Disputed
□ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
□ Check if this claim is for a  community    □ Student loans
debt                                         □ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?              report as priority claims
■ No                                         □ Debts to pension or profit-sharing plans, and other similar debts
□ Yes                                        ■ Other. Specify    **possible past rent due space 376 as a result of Landlord RDRMHE refusal to**
                                             **accept tendered payments from Tenant since 2018-2021; Landlord Refusal to**
                                             **apply to CA Covid-19 Rent Relief Program on behalf of Tenant.  Tenant**
                                             **submitted CA Covid Relief Application 6/9/2021, awarded relief 10/27/2021.**

---

**4.3**  **Huntington Beach Gables HOA**     Last 4 digits of account number    **3985**                                         **$413,000.00**
Nonpriority Creditor's Name
**c/o Epstein, Grinnell & Howell, APC**      When was the debt incurred?    **2017-2020**
**10200 Willow Creek Rd. Ste. 100**
**San Diego, CA 92131**
Number Street City State Zip Code            As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                              □ Contingent
□ Debtor 2 only                              □ Unliquidated
□ Debtor 1 and Debtor 2 only                 □ Disputed
□ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
□ Check if this claim is for a  community    □ Student loans
debt                                         □ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?              report as priority claims
■ No                                         □ Debts to pension or profit-sharing plans, and other similar debts
□ Yes                                        ■ Other. Specify    **Attorneys fees, filing costs, other fees owed to HOA**
                                             **and HOA Board Members;**

---

Debtor 1 **Jamie Lynn Gallian**                                   Case number (if known)   **8:21-bk-11710-ES**

| 4.4 | **Huntington Beach Gables HOA** | Last 4 digits of account number | 3985 | $46,138.00 |

Nonpriority Creditor's Name
**c/o Epstein, Grinnell & Howell, APC**
**10200 Willow Creek Rd. Ste. 100**
**San Diego, CA 92131**
Number Street City State Zip Code

When was the debt incurred?   **2018**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Attorneys fees, filing costs, other fees owed to HOA and HOA Board Members**

---

| 4.5 | **James H. Casello** | Last 4 digits of account number | N/A | $50,000.00 |

Nonpriority Creditor's Name
**Casello & Lincoln**
**525 N. Cabrillo Park Dr. Ste. 104**
**Santa Ana, CA 92701**
Number Street City State Zip Code

When was the debt incurred?   **2019-2021**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **legal services**

---

| 4.6 | **Huntington Beach Gables Homeowners Association (Cross Complaint)** | Last 4 digits of account number | 3055 | Unknown |

Nonpriority Creditor's Name
**c/o Feldsott & Lee**
**23161 Mill Creek Dr. Ste. 300**
**Laguna Hills, CA 92653**
Number Street City State Zip Code

When was the debt incurred?   **2018**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

**Debtor is a Co-Defendant**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **possible debt owed in connection CJC Randall Nickel vs Huntington Beach Gables Homeowners Association; HOA Gables filed Cross Complaint filed against Debtor and Nickel.**

---

EXHIBIT 36, PAGE 746

000527

Debtor 1   Jamie Lynn Gallian                                          Case number (if known)    8:21-bk-11710-ES

| 4.7 | **Orange County Superior Court** | Last 4 digits of account number | 3985 | $5,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

c/o Feldsott & Lee
23161 Mill Creek Dr. Ste. 300
Laguna Hills, CA 92653
Number Street City State Zip Code

When was the debt incurred?    2021

Who incurred the debt? Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
□ Yes

As of the date you file, the claim is: Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

Type of NONPRIORITY unsecured claim:

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Same day citation recalled ; illness; related to misc. HOA debtor examination collection case.**

| 4.8 | **Patricia Ryan and Lisa Ryan** | Last 4 digits of account number | N/A | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name

20949 Lassen St. #208
Chatsworth, CA 91311
Number Street City State Zip Code

When was the debt incurred?    2017

Who incurred the debt? Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
□ Yes

As of the date you file, the claim is: Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

Type of NONPRIORITY unsecured claim:

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **possible reimbursement owed due to failure of mobilehome park owner to prior owner of home purchased by debtor. Listed solely as a precaution. Potential Funds due for L. Ryan 2014 MH LBM1081 for 2018 sale,**

| 4.9 | **People of State of California** **Janine B. Jasso, Esq.** | Last 4 digits of account number | 8287 | $9,400.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

West Justice Center
8141 13th St.
Westminster, CA 92683
Number Street City State Zip Code

When was the debt incurred?    2018

Who incurred the debt? Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
□ Yes

As of the date you file, the claim is: Check all that apply

□ Contingent
□ Unliquidated
■ Disputed   **On Appeal 30-2021-01189657**

Type of NONPRIORITY unsecured claim:

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **WJC Order 12/12/19, Paid Fees & Fine at WJC 12/13/19.**
■   **Subsequent civil atty fee order entered 1/27/2021 30-2018-00986785**

EXHIBIT 36, PAGE 747

000528

Case 8:21-bk-11710-ES    Doc 42    Filed 12/01/21    Entered 12/01/21 14:07:41    Desc
Main Document    Page 10 of 15

| Debtor 1 | Jamie Lynn Gallian | | Case number (if known) | 8:21-bk-11710-ES |
|---|---|---|---|---|

| 4.10 | **Sandra Bradley** | Last 4 digits of account number | | Unknown |
|---|---|---|---|---|
| | Nonpriority Creditor's Name | When was the debt incurred? **2017-2021** | | |

**18 Meadow Wood**
**Coto De Caza, CA 92769**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Atty Fees Civil RO Case**

---

| 4.11 | **Randall Nickell** | Last 4 digits of account number **3055** | | Unknown |
|---|---|---|---|---|
| | Nonpriority Creditor's Name | When was the debt incurred? **2018** | | |

**4476 Alderport Dr.**
**Huntington Beach, CA 92649**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Listed as a precaution for possible claims related to 10/31/2018 sale of Unencumbered Fee Interest in APN 937-63-053; Assignment of Ground leasehold; Assignment of Subcondominium Lot 1 & 2 Tract 10542, APN 178-011-01; alternate 178-771-03, Gables Subd, Huntington Beach, CA**

---

| 4.12 | **BS Investors, LP** Robert P. Warmington Co. | Last 4 digits of account number **0376** | | $30,000.00 |
|---|---|---|---|---|
| | Nonpriority Creditor's Name | When was the debt incurred? **2018-2020** | | |

**c/o BS Investors, LP**
**18201 Von Karmen Ste. 450**
**Irvine, CA 92612**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Unexpired Ground Lease payments Tract 10542, Unit 4 ,Lot 376, Rancho Del Rey mobile home park  APN 178-011-16**

---

**EXHIBIT 36, PAGE 748**

000529

Debtor 1    Jamie Lynn Gallian                                    Case number (if known)    8:21-bk-11710-ES

| 4.1 3 | **United Airlines** | Last 4 digits of account number | 0092 | | $9,600.00 |
|---|---|---|---|---|---|

**United Airlines**
Nonpriority Creditor's Name
**PO BOX 0675**
**Carol Stream, IL 60132-0675**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number    0092

When was the debt incurred?    2019-2020

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Cobra payments**

| 4.1 4 | **US Bank** | Last 4 digits of account number | 6482 | | $9,145.00 |
|---|---|---|---|---|---|

**US Bank**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept**
**Po Box 5229**
**Cincinnati, OH 45201**
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number    6482

When was the debt incurred?    ?

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **misc. purchases**

---

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**BS Investors/Robert P. Warmington**
**c/o Gorden May**
**Grant, Genovese & Baratta**
**2030 Main St. Ste. 1600**
**Irvine, CA 92614**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.12** of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    N/A

Name and Address
**Huntington Beach Gables HOA**
**c/o Feldsott & Lee**
**23161 Mill Creek Dr. Ste. 300**
**Laguna Hills, CA 92653**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.3** of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    3985

Name and Address
**Janine B. Jasso, Esq.**
**16025 Warmington Lane**
**Huntington Beach, CA 9264**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.3** of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    3985

---

Official Form 106 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 6 of 7
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

**EXHIBIT 36, PAGE 749**

000530

Case 8:21-bk-11710-ES    Doc 42    Filed 12/01/21    Entered 12/01/21 14:07:41    Desc
Main Document    Page 12 of 15

| Debtor 1 | **Jamie Lynn Gallian** | | Case number (if known) | **8:21-bk-11710-ES** |
|---|---|---|---|---|

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Jennifer Paulin**<br>**4446 Alderport Dr.**<br>**Huntington Beach, CA 92649** | Line **4.3** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number    **3985** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Lee Gragnano**<br>**16062 Warmington Ave.**<br>**Huntington Beach, CA 92649** | Line **4.3** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number    **3985** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Lindy Beck**<br>**4443 Chase Dr.**<br>**Huntington Beach, CA 92649** | Line **4.3** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number    **3985** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Lori Burrett**<br>**16107 Sherlock Lane**<br>**Huntington Beach, CA 92649** | Line **4.3** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number    **3985** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Randell Nickel**<br>**c/o Mark Mellor, Esq. Ste. 220**<br>**6800 Indiana Ave.**<br>**Riverside, CA 92506** | Line **4.11** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number    **3055** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Ted Phillips**<br>**17912 Sandra Lee**<br>**Huntington Beach, CA 92649** | Line **4.3** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number    **3985** |

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159.** Add the amounts for each type of unsecured claim.

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | Domestic support obligations | 6a. | $ | 0.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. | $ | 3,361.00 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ | 0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 3,361.00 |

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | Student loans | 6f. | $ | |
| | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ | 0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ | 0.00 |
| | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 677,283.00 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 680,644.00 |

EXHIBIT 36, PAGE 750

000531

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Jamie Lynn Gallian**<br>**16222 Monterey Ln #376**<br>**Huntington Beach, CA 92649**<br>**(714) 321-3449**<br>**jamiegallian@gmail.com** | |

☐ *Attorney for Debtor*

■ *Debtor appearing without an attorney*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION**

In re:

     Jamie Lynn Gallian

CASE NO.: **8:21-bk-11710-ES**

CHAPTER: **7**

Amended

**VERIFICATION OF MASTER
MAILING LIST OF CREDITORS**

**[LBR 1007-1(a)]**

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __2__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:    **11/30/21**

              *Jamie Lynn Gallian*
Signature of Debtor   **Jamie Lynn Gallian**

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015

**F 1007-1.MAILING.LIST.VERIFICATION**

**EXHIBIT 36, PAGE 751**

000532

BS Investors LP Robert P. Warmington
c/o Gorden May, Esq.
Grant, Genovese & Baratta
2030 Main St. Ste. 1600
Irvine, CA 92614

Huntington Mobile Home Investments,
LLC
1100 Newport Beach Blvd. Ste 1150
Newport Beach, CA 92660

Huntington Mobile Home Inv. LLC.
430 S. San Dimas Ave.
San Dimas, CA 91733

Hyundai Capital America
PO BOX 269011
Plano, TX 75026

Janine Jasso
16025 Warmington Lane
Huntington Beach, CA 92649

Jennifer Paulin
4446 Alderport Dr.
Huntington Beach, CA 92649

Lee Gragnano
16062 Warmington Ave.
Huntington Beach, CA 92649

Lindy Beck
4443 Chase Dr.
Huntington Beach, CA 92649

Lori Burrett
16107 Sherlock Lane
Huntington Beach, CA 92649

Orange County Superior Court
c/o Feldsott & Lee
23161 Mill Creek Dr. Ste. 300
Laguna Hills, CA 92653

Randall Nickell
4476 Alderport Dr.
Huntington Beach, CA 92649

Randell Nickel
c/o Mark Mellor, Esq.
6800 Indiana Ave. Ste. 220
Riverside, CA 92506

Robert P. Warmington Co.
c/o BS Investors LP
18201 Von Karmen Ste. 450
Irvine, CA 92612

Sandra Bradley
18 Meadow Wood
Coto De Caza, CA 92679

Suzanne Tague
Ross, Wolcott,Teinert, Prout
3151 Airway Ave. S-1
Costa Mesa, CA 92626

Ted Phillips
17912 Sandra Lee
Huntington Beach, CA 92649

United Airlines
233 S. Wacker Dr.
Chicago, IL 60606

Association of Flight Attendants
6250 No. River Road Ste. 4020
Rosemont, IL. 60018

EXHIBIT 37

| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **JAMIE LYNN GALLIAN**<br>**16222 MONTEREY LANE UNIT 376**<br>**HUNTINGTON BEACH, CA 92649**<br>**(714)321-3449**<br>jamiegallian@gmail.com | FILED<br><br>MAR 1 1 2022<br><br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:_____ Deputy Clerk |

☐ Attorney for Debtor
☑ *Individual appearing without attorney*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA–SANTA ANA DIVISION**

| In re:<br><br>         **Jamie Lynn Gallian**<br><br><br>                                           Debtor(s) | CASE NO.: **8:21-bk-11710-ES**<br><br>CHAPTER: **7**<br><br>---<br><br>**SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS<br>[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? ☐ Yes ☑ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☑ Schedule A/B      ☑ Schedule C      ☑ Schedule D      ☑ Schedule E/F      ☑ Schedule G

☑ Schedule H      ☑ Schedule I      ☐ Schedule J      ☐ Schedule J-2      ☑ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s)      ☑ Statement of Intentions      ☑ Master Mailing List

☑ Other (*specify*)      **Statement of Related Cases LBR Form 1015-2 ; Form 122-A Statement of Current Income and Expenses**

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date:     ___3/10/2022___                          _____Jamie Lynn Gallian_____
                                                    **Jamie Lynn Gallian**
                                                    Debtor 1 Signature

                                                    _____
                                                    Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

EXHIBIT 37, PAGE 754

000536

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**5801 Skylab Road Huntington Beach, CA 92647**

A true and correct copy of the foregoing document entitled (*specify*):    **Summary of Amended Schedules, Master Mailing List, and or Statements**    will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 3/11/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Jeffrey I Golden (TR)**    lwerner@wgllp.com, jig@trustesolutions.net;kadele@wgllp.com
**Mark A Mellor**    mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com
**Valerie Smith**    claims@recoverycorp.com
**United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On (*date*) ____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| 3/11/2022 | Robert McLelland | *Robert McLelland* |
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                    Page 2                    **F 1007-1.1.AMENDED.SUMMARY**

**EXHIBIT 37, PAGE 755**

000537

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Aaron E DE Leest on behalf of Trustee Jeffrey I Golden (TR)
adeleest@DanningGill.com, danninggill@gmail.com; adeleest@ecf.inforuptcy.com

Jeffrey I Golden (TR)    lwerner@wgllp.com, jig@trusteesolutions.net; kadele@wgllp.com

D Edward Hays on behalf of Interested Party Courtesy NEF
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays on behalf of Plaintiff Houser Bros. Co.
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Eric P Israel on behalf of Trustee Jeffrey I Golden (TR)
eisrael@DanningGill.com, danninggill@gmail.com; eisrael@ecf.inforuptcy.com

Laila Masud on behalf of Interested Party Courtesy NEF
lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Laila Masud on behalf of Plaintiff Houser Bros. Co.
lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Mark A Mellor on behalf of Defendant Randall L Nickel
mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com

Mark A Mellor on behalf of Interested Party Courtesy NEF
mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com

Valerie Smith on behalf of Interested Party Courtesy NEF    claims@recoverycorp.com

United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

**2. SERVED BY U.S. MAIL**

Jamie Lynn Gallian
16222 Monterey Ln. Unit 376
Huntington Beach, CA 92649

The Honorable Erithe A. Smith
U.S. Bankruptcy Court
411 West Fourth Street, Suite 5040
Santa Ana, CA 92701-4593

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

Feldsott & Lee
23161 Mill Creek Drive, Ste.
300 Laguna Hills, CA
92653-7907

Janine Jasso
16025 Warmington Lane
Huntington Beach, CA 92649

Janine Jasso
P.O Box 37106
El Paso TX 79937-0161

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

EXHIBIT 37, PAGE 756

000538

Association of Flight Attendants
6625 No. River Road Ste. 4020
Rosemont, IL. 60018

BS Investors, LP
Grant, Genovese & Baratta
2230 Main Street, Ste. 1600
Irvine, CA 92614

Danning, Gill, Israel & Krasnoff, LLP
1901 Avenue 0f The Stars,   Ste. 450
Los Angeles, CA 90067-6006

David R. Flyer
4120 Birch St. Ste. 101,
Newport Beach, CA 92660-2228

Frank Satalino
19 Velarde Ct.
Rancho Santa Margarita,  CA
92688- 8502

Gordon Rees Scully & Mansukhani
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071-2005

Houser Bros. Co.
dba Rancho Del Rey Estates
16222 Monterey Ln (0ffice)
Huntington Beach,  CA 92649-6214

Houser Bros Co
dba Rancho Del Rey Mobilehome Est.
17610 Beach Blvd. Ste. 32 Huntington
Beach, CA 92647-6876

Huntington Harbor Village
16400 Saybrook
Huntington Beach, CA 92649-2277

Huntington Beach Gables H0A
c/o Feldsott & Lee
23161 Mill Creek Dr. Ste.  300
Laguna Hills, CA 92653-7907

Huntington Mobile Home Inv. LLC.
430 S. San Dimas Ave.
San Dimasa CA 91773-4045

Huntington Mobile Home Investments
16400 Saybrook Lane
Huntington Beach, CA 92649-2277

Huntington Mobile Home Investments
LLC
1100 Newport Beach Blvd. Ste 1150
Newport Beach, CA 92660

Huntington Beach Gables Homeowners
Association EPSTEN, GRINNEL, &
H0WELL, APC
10200 Willow Creek Rd. Ste. 100   San
Diego, CA 92131

Hyundai Capital America
P0 B0X 269011
Plano, TX 75026-9011

Internal Revenue Service Insolvency
P.0. Box 7346
Philadelphia, PA 19101-7346

James H Cosello, Esq.
Casello & Lincoln,
525 N Cabrillo Park Dr. Ste 104
Santa Ana, CA 92701-5017

Janine Jasso
16025 Warmington Lane
Huntington Beach, CA 92649

Jennifer Paulin
4446 Alderport Dr.
Huntington Beach, CA 92649-2286

Lee Gragnano
16062 Warmington Lane
Huntington Beach, CA 92649

Lindy Beck
4443 Chase Dr.
Huntington Beach, CA 92649-2297

Lisa T. Ryan
20949 Lassen St. APT. 208
Chatsworth, CA 91311-4239

Lori Burrett
16107 Sherlock Lane
Huntington Beach, CA 92649-2293

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

EXHIBIT 37, PAGE 757

000539

Michael S. Devereux
Wex Law
9171 Wilshire Blvd. Ste. 50O
Beverly Hills, CA 90210-5536

Patricia Ryan
20949 Lassen St. Apt 208
Chatsworth, CA 91311-4239

Raquel Flyer-Dashner
4120 Birch St. Ste. 101, Newport
Beach, CA 92660-2228

Rutan & Tucker
18575 Jamboree Rd. 9th FL. Irvine,
CA 92612

Steven A. Fink
13 Corporate Plaza Ste. 150
Newport Beach, CA 92660-7919

The Huntington Beach Gables
Homeowners Association
c/o Epsten Grinnell & Howell APC
10200 Willow Creek Road, Ste 10O
San Diego, CA 92131-1669

United Airlines
233 S. Hacker Dr.
Chicago, IL 60606-6462

Vivienne J Alston
Alston, Alston & Diebold
27201 Puerta Real Ste 300
Mission Viejo, CA 92691-8590

Orange County Alternate Public
Defenders Office
600 W. Santa Ana, Ste. 600
Santa Ana, CA 92701

People of the St of CA
8141 13th Street
Westminster, CA 92683-4576

Randall Nickell
4476 Alderport Dr.
Huntington Beach, CA 92649-2288

Superior Court of California
County Of Orange
711 Civic Center Drive, West
Santa Ana, CA 92701

Suzanne Tague Ross Wolcott,
Teinert, Prout
3151 Airway Ave. S-1
Costa Mesa, CA 92626-4627

Theodore Phillips
17612 Sandea Lee
Huntington Beach, CA 92649

United Airlines
P.O. Box 0675
Carol Stream, 60132-0675

Orange County Public Defender
801 Civic Center Drive, West
Santa Ana, CA 92702

Randell Nickel
c/o Mark Mellor, Esq.
6800 Indiana Ave. Ste. 220
Riverside, CA 92506-4267

Robert P. Warmington Co.
c/o BS Investors LP
18201 Von Karmen Ste. 450
Irvine, CA 92612-1195

Sandra L. Bradley
18 Meadowwood,
Coto De Caza, 92679

Stanley Feldsott: Esq
Feldsott & Lee
23161 Mill Creek Drive Ste. 300
Laguna Hills, CA 92653-7907

S 4, A California Limited
Partnership
1001 Dove Street Ste. 230
Newport Beach, CA 92660

US BANK
PO Box5229
Cincinnati, OH 45201-5229

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

EXHIBIT 37, PAGE 758

000540

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Central District of California

Case number (if known): _8:21-bk-11710-ES_

Chapter you are filing under:
- [x] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

**AMENDED**

[X] Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy    04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |

**1. Your full name**

Write the name that is on your government-issued picture identification (for example, your driver's license or passport).

Bring your picture identification to your meeting with the trustee.

About Debtor 1:

JAMIE
First name

LYNN
Middle name

GALLIAN
Last name

_____
Suffix (Sr., Jr., II, III)

About Debtor 2 (Spouse Only in a Joint Case):

_____
First name

_____
Middle name

_____
Last name

_____
Suffix (Sr., Jr., II, III)

**2. All other names you have used in the last 8 years**

Include your married or maiden names.

**3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)**

xxx – xx – _3_ _9_ _3_ _6_

OR

9 xx – xx – ___ ___ ___ ___

xxx – xx – ___ ___ ___ ___

OR

9 xx – xx – ___ ___ ___ ___

Official Form 101          Voluntary Petition for Individuals Filing for Bankruptcy          page 1

EXHIBIT 37, PAGE 759

000541

| Debtor 1 | JAMIE LYNN GALLIAN | | Case number (if known) | 8:21-bk-11710-ES |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ☐ I have not used any business names or EINs.<br><br>J-SANDCASTLE CO, LLC<br>Business name<br><br>J-PAD, LLC<br>Business name<br><br>EIN<br><br>EIN | ☐ I have not used any business names or EINs.<br><br>Business name<br><br>Business name<br><br>EIN<br><br>EIN |
| **5. Where you live** | 16222 Monterey Lane,<br>Number    Street<br><br>Unit 376<br><br>Huntington Beach    CA    92649<br>City    State    ZIP Code<br><br>Orange County<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number    Street<br><br>P.O. Box<br><br>City    State    ZIP Code | **If Debtor 2 lives at a different address:**<br><br>Number    Street<br><br>City    State    ZIP Code<br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number    Street<br><br>P.O. Box<br><br>City    State    ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain.<br>(See 28 U.S.C. § 1408.) | *Check one:*<br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain.<br>(See 28 U.S.C. § 1408.) |

Official Form 101 **Voluntary Petition for Individuals Filing for Bankruptcy** page 2

EXHIBIT 37, PAGE 760

000542

Debtor 1    JAMIE LYNN GALLIAN
First Name    Middle Name    Last Name

Case number (if known) __8:21-bk-11710-ES__

| Part 2: | Tell the Court About Your Bankruptcy Case |

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.*

- [✓] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

**8. How you will pay the fee**

- [✓] **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- [ ] **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- [ ] **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments. If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- [✓] No
- [ ] Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- [✓] No
- [ ] Yes.

Debtor _____    Relationship to you _____
District _____    When _____    Case number, if known _____

Debtor _____    Relationship to you _____
District _____    When _____    Case number, if known _____

**11. Do you rent your residence?**

- [✓] No.    Go to line 12.
- [ ] Yes.   Has your landlord obtained an eviction judgment against you?

****** State Court UD Case 30-2019-01041423, pending since 1/2/2019; Dispute over failure of Landlord to counter-sign Leasehold for Ground lease, Space 376, location of 2014 Manufactured Home LBM 1081, Affixed to real property in July 2014, pursuant to H & S §§ 18551. Original 80yr Unexpired Ground Lease in place thru 12/31/2059.

- [ ] No. Go to line 12.
- [ ] Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Official Form 101        Voluntary Petition for Individuals Filing for Bankruptcy        page 3

EXHIBIT 37, PAGE 761

000543

| Debtor 1 | JAMIE LYNN GALLIAN | | | Case number (if known) | 8:21-bk-11710-ES |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 3:**  **Report About Any Businesses You Own as a Sole Proprietor**

---

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number      Street

_____

_____
City                          State      ZIP Code

Check the appropriate box to describe your business:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor* or a debtor as defined by 11 U.S. C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

**Part 4:**  **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

---

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes.  What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

---

Official Form 101                     **Voluntary Petition for Individuals Filing for Bankruptcy**                     page 4

| Debtor 1 | JAMIE LYNN GALLIAN | | Case number *(if known)* | 8:21-bk-11710-ES |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

**Part 5:    Explain Your Efforts to Receive a Briefing About Credit Counseling**

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

EXHIBIT 37, PAGE 763

000545

Debtor 1    **Jamie Lynn Gallian**    Case number *(if known)*    **8:21-bk-11710-ES**

| Part 6: | Answer These Questions for Reporting Purposes |

**16. What kind of debts do you have?**

16a.  **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b.  **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☒ No. Go to line 16c.

☐ Yes. Go to line 17.

16c.  State the type of debts you owe that are not consumer debts or business debts

*Consumer Debts*

**17. Are you filing under Chapter 7?**

☐ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Part 7: | Sign Below |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| *Jamie Lynn Gallian* | |
| **Jamie Lynn Gallian** | Signature of Debtor 2 |
| Signature of Debtor 1 | |
| Executed on    3/9/2022 | Executed on |
| MM / DD / YYYY | MM / DD / YYYY |

EXHIBIT 37, PAGE 764

000546

**8:21-bk-11710-ES**

**AMENDED**
## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    **8:03-bk-1856-JB; Chapter 7; Central District of California - Santa Ana; Filed 08/04/2003; Discharged 11/17/2003**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    **None.**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    **None.**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)


I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at ___Santa Ana_____, California.

Date: ___3/9/2022___

Jamie Lynn Gallian
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                    Page 1                **F 1015-2.1.STMT.RELATED.CASES**

EXHIBIT 37, PAGE 765

000547

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA–SANTA ANA DIVISION |
| Case number | **8:21-bk-11710-ES** |

�■ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

**1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
■ Yes. Where is the property?

| 1.1 | **16222 Monterey Ln. Unit 376** | **What is the property?** Check all that apply | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| | Street address, if available, or other description | ☐ Single-family home | |
| | | ☐ Duplex or multi-unit building | |
| | | ☐ Condominium or cooperative | |
| | | ■ Manufactured or mobile home | |
| | **Huntington Beach   CA   92649-0000** | ☐ Land | **Current value of the entire property?**   **Current value of the portion you own?** |
| | City          State      ZIP Code | ☐ Investment property | $ unknown        $235,000.00 |
| | | ☐ Timeshare | |
| | | ☐ Other | Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known. |
| | **Orange** | **Who has an interest in the property?** Check one | |
| | County | ■ Debtor 1 only | **Existing 1979 80 year Ground Leasehold Parcel 1 & 2 Tract 10542, Unit(s) 1,2,3,4** |
| | | ☐ Debtor 2 only | |
| | | ☐ Debtor 1 and Debtor 2 only | ☐ Check if this is community property (see instructions) |
| | | ☐ At least one of the debtors and another | |
| | | Other information you wish to add about this item, such as local property identification number:   LPT 891-569-62 | |

**2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.....................................................⇒**

$235,000.00

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

EXHIBIT 37, PAGE 766

000548

Debtor 1    **Jamie Lynn Gallian**                                          Case number *(if known)*    **8:21-bk-11710-ES**

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

■ No
☐ Yes

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

**5 Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for**
**pages you have attached for Part 2. Write that number here.....................................................=>**          **$0.00**

**Part 3:    Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

**6. Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes. Describe.....

| | |
|---|---|
| Misc. household goods and furnishings<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA<br>92649 | $3,500.00 |
| waterford crystal set red and white wine glasses | $1,000.00 |

**7. Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices
   including cell phones, cameras, media players, games
☐ No
■ Yes. Describe.....

| | |
|---|---|
| Wall television, computer, printer and peripherals<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA<br>92649 | $500.00 |

**8. Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections;
   other collections, memorabilia, collectibles
☐ No
■ Yes. Describe.....

| | |
|---|---|
| Lladro figurine collection (20) | $1,900.00 |

**9. Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools;
   musical instruments
■ No
☐ Yes. Describe.....

**10. Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
■ No
☐ Yes. Describe.....

Official Form 106A/B                                    Schedule A/B: Property                                          page 2

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor 1    **Jamie Lynn Gallian**                                   Case number *(if known)*    **8:21-bk-11710-ES**

11. **Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes. Describe.....

   | Misc. clothing<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $1,000.00 |
   |---|---|

12. **Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ■ Yes. Describe.....

   | Movado wrist watch (20 yrs. old); costume jewelry, misc. non-gold chains/bracelets, and earrings.<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $1,000.00 |
   |---|---|

13. **Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ☐ No
   ■ Yes. Describe.....

   | 5-year old Wired Terrier Dog | $25.00 |
   |---|---|

14. **Any other personal and household items you did not already list, including any health aids you did not list**
   ■ No
   ☐ Yes.  Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .......................................................................    | $8,925.00 |

| **Part 4:**  **Describe Your Financial Assets** | |
|---|---|

Do you own or have any legal or equitable interest in any of the following?          Current value of the portion you own?
Do not deduct secured claims or exemptions.

16. **Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ■ No
   ☐ Yes.........................................................................

17. **Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes.....................

   |  |  | Institution name: |  |
   |---|---|---|---|
   | 17.1. | **EDD Debit account** | **Bank of America** | $3,793.00 |
   | 17.2. | **Savings** | **Alliant Credit Union--Only funds are Covid-19 relief funds from the government.** | $1,407.00 |

EXHIBIT 37, PAGE 768

000550

Debtor 1    **Jamie Lynn Gallian**                                                    Case number *(if known)*    **8:21-bk-11710-ES**

| | | | |
|---|---|---|---|
| 17.3. | **Savings** | **Alliant Credit Union--Only funds are Covid-19 relief funds from the government.** | **$2,600.00** |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes.................    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes.  Give specific information about them........Name of entity:                              % of ownership:

    **19.1  J-Sandcastle Co, LLC- Assets include a bank account of less than $1,000.**
    **Debtor peacefully resided at 4476 Alderport since 11/23/2009.  On 8/5/2018, debtor was battered at her home in HOA. Criminal charges PC §242 were filed; trial is pending 19WM00951. Request for victim restitution.  Debtor moved out of the HOA-Alderport home out of fear on 9/11/18. On 9/11/2018, a three year residential property lease 5782 Pinon Dr signed. Debtors Alderport home sold on 10/31/2018.  Debtor purchased investment rental property on 11/1/2018 within TRACT 10542 APN 178-011-01 located in Huntington Harbour with proceeds from unencumbered sale of her Alderport with the intent of living in the property at the end of the signed lease commitment.  Debtors Retirement Funds were completely depleted from 2016-2019 legal expenses incurred defending Gables HOA civil complaints filed against her  On 11/8/18, ST Court denied Gables HOA MOTION to freeze debtors equity in the Alderport sale.  Debtor executed a Security Agreement and Promissory Note with the LLC dated 11/16/2018, perfected HCD Certificate of Title and UCC-1 on 1/14/2019 No. 19-7691916827.  Debtor continued on medical LOA and never returned to her 20 year employment as a Flight Attendant due to the 8/5/18 battery with severe nerve injury. On February 1, 2019, Debtor successfully terminated the 3 year Pinon Drive lease agreement with Landlord Henry Newton.  Debtors primary residence is 16222 Monterey Ln. Unit 376, Located on Lot 2 Tract 10542 Unit 4 per 8/7/1979 City of HB.**     100    %                      **$1,000.00**

    **19.2  J-PAD, LLC. has a bank account of around $ 500.00**     100    %              **$   500.00**

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
                    Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.
                    Type of account:        Institution name:

                    **IRA**                **Fidelity**                              **$7,400.00**

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ....................    Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

Official Form 106A/B                           Schedule A/B: Property                                     page 4

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **Jamie Lynn Gallian**    Case number *(if known)*    **8:21-bk-11710-ES**

■ No
☐ Yes............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes. Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes. Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes. Give specific information about them...

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**
■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes. Give specific information......

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
■ No
☐ Yes. Give specific information..

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
■ No
☐ Yes. Name the insurance company of each policy and list its value.
        Company name:                    Beneficiary:                    Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
☐ No
■ Yes. Give specific information..

| | | |
|---|---|---|
| 32.1 | Probate estate of Charles J. Bradley, Jr. Case No. 30-2017-00915711. Uncertain what, if any, proceeds will pass to debtor. | Unknown |
| 32.2 | "Creditor's claim" in probate estate of Charles Bradley filed by debtor for $1 million. Unknown whether any recovery will be awarded or available. | Unknown |

Official Form 106A/B                    Schedule A/B: Property                    page 5

EXHIBIT 37, PAGE 770

000552

| Debtor 1 | **Jamie Lynn Gallian** | | Case number *(if known)*   **8:21-bk-11710-ES** |

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples: Accidents, employment disputes, insurance claims, or rights to sue*
   ■ No
   ☐ Yes. Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   ☐ No
   ■ Yes. Describe each claim.........

| | | |
|---|---|---|
| 34.1 | Potential claim for bad faith denial of insurance against Mercury Insurance Company failure to defend/indemnify HOA Civil Action filed 4/11/2017, 18 days after title recorded. Debtor purchased homeowners insurance policy on 3/22/17 | Unknown |
| 34.2 | Potential Victim Restitution Award from Jesus Jesus Jr, for battery 8/5/2018.  Criminal Case pending 19WM09951. Estimated economic damages exceed $73,000.00 | Unknown |
| 34.3 | Claim against Houser Bros Co. dba Rancho Del Rey Mobilehome Estates  for Violation(s) of Davis Stirling Act, MRL §798, et seq. multiple acts of retaliation, discrimination, trespassing/unlawful entry; forcible detainer, wrongful eviction, failure to timely pursue/prosecute frivolous UD claim pending since 1/2/19.  Failure to apply to CA Covid19 Relief after debtor delivered 9/7/20 Declaration of Covid afflictions and hardship.                       No lawsuit yet filed. | Unknown |
| 34.4 | Personal Injury claim against Huntington Beach Gables HOA; Jesus Jasso, Jr.  Case No. 30-2020-01153679. Estimated damages $195,000. | Unknown |
| 34.5 | Potential Claim against Master Lessor, Houser Company, Lessor(s) BS Investors, LP, S4 I, GP  due to overpayment of Ground Leasehold fees charged to Consumers.  Master Lessor Houser Company recorded Annexation approx. 8/17/1979.  The Original Tenant Robert P. Warmington, an Ind., ro Sublessor RPW, Co. and Houser Bros Co dba Rancho Del Rey MHE misrepresent to consumers Fee Interest vs. Air-Space Condominium Project within Parcel 1 & Parcel 2; Ground Leases recorded in violation of known City of Huntington Beach Ordinance from City Attorney. Master Lessor, Tenant, & RPW, Co recorded 1979 Ground Lease and Subcondominium Lease on APN 178-011-01, and not APN 178-771-03. Only easements were recorded.  Additionally, Lessors Amended CC&Rs 8/5/1980 after Final Subdivision Report was issued by DRE July 1980, without Notice to Consumers or providing NT of Copy of Rec,  First Amendment to CC&Rs Doc No. 1980-5002.  Subsequently in 2005, Craig Houser, RDRMHE  recorded Amendment to all 80 Ground Leases without Notice to Park Consumers or Gables HOA Consumers.  Huntington Beach Gables HOA has a cross-complaint pending in the ST. Court Case Randall Nickels vs. Huntington Beach Gables HOA, et al. 30-2020-01163055-CU-OR-CJC which the HOA seeks a voiding of the sale and Assignment of unexpired term of Subcondominium Leasehold APN 937-63-053, on October 31, 2018, from Debtor to bona fide purchaser Randall Nickels.     Potential Cross-Petition not yet filed. | Unknown |

**35. Any financial assets you did not already list**
   ☐ No
   ■ Yes. Give specific information..

| | | |
|---|---|---|
| | CA COVID-19 Rent Relief Award10/27/2021, post petition tendered to Houser Bros Co. Ck No. 58066665    $ 24,301.55. Not property of the estate. | $    0.00 |
| 35.1   ■ Yes. | Bank of America Cashier's Check [uncashed] tendered rent chk Houser Bros Co.                                    $ 14,118.00 Not property of the estate. | $    0.00 |

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.........................................................................** | $ 16,700.00 |

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

Official Form 106A/B                               Schedule A/B: Property                                     page 6

EXHIBIT 37, PAGE 771

000553

Debtor 1    **Jamie Lynn Gallian**                                              Case number *(if known)*   **8:21-bk-11710-ES**

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes.  Go to line 38.

| Part 6 | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................  **$0.00**

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55. **Part 1: Total real estate, line 2** ...........................................................................................  $235,000.00

56. **Part 2: Total vehicles, line 5**                                            $0.00
57. **Part 3: Total personal and household items, line 15**                    $ 8,925.00
58. **Part 4: Total financial assets, line 36**                               $ 16,700.00
59. **Part 5: Total business-related property, line 45**                         $0.00
60. **Part 6: Total farm- and fishing-related property, line 52**                $0.00
61. **Part 7: Total other property not listed, line 54**            +             $0.00

62. **Total personal property. Add lines 56 through 61**...          **$25,625.00**      Copy personal property total      $25,625.00

63. **Total of all property on Schedule A/B. Add line 55 + line 62**                          $260,625.00

EXHIBIT 37, PAGE 772

000554

**Fill in this information to identify your case:**

| Debtor 1 | **Jamie Lynn Gallian** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA–SANTA ANA DIVISION | | |
| Case number (if known) | **8:21-bk-11710-ES** | | |

■ Check if this is an
amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt

4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:    Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **16222 Monterey Ln. Spc 376 Huntington Beach, CA 92649  Orange County** APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home. Decal No. LBM1081.  Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2". Line from *Schedule A/B*: **1.1** | $235,000.00 | ■  $600,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.730** |
| **Misc. household goods and furnishings** Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 Line from *Schedule A/B*: **6.1** | $3,500.00 | ■  $3,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| **waterford crystal set red and white wine glasses** Line from *Schedule A/B*: **6.2** | $1,000.00 | ■  $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.040** |

EXHIBIT 37, PAGE 773

000555

| Debtor 1 **Jamie Lynn Gallian** | | | Case number (if known) | **8:21-bk-11710-ES** |
|---|---|---|---|---|
| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | | Specific laws that allow exemption |
| **Wall television, computer, printer and peripherals** Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 Line from *Schedule A/B*: **7.1** | $500.00 | ■ | $500.00 | C.C.P. § 704.020 |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| **Lladro figurine collection (20)** Line from *Schedule A/B*: **8.1** | $1,900.00 | ■ | $1,900.00 | C.C.P. § 704.040 |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| **Misc. clothing** Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 Line from *Schedule A/B*: **11.1** | $1,000.00 | ■ | $1,000.00 | C.C.P. § 704.020 |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| **Movado wrist watch (20 yrs. old); costume jewelry, misc. non-gold chains/bracelets, and earrings.** Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 Line from *Schedule A/B*: **12.1** | $1,000.00 | ■ | $1,000.00 | C.C.P. § 704.040 |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| **5-year old Wired Terrier Dog** Line from *Schedule A/B*: **13.1** | $25.00 | ■ | $25.00 | C.C.P. § 704.020 |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| **EDD Debit account: Bank of America** Line from *Schedule A/B*: **17.1** | $3,793.00 | ■ | $3,793.00 | C.C.P. § 704.225 |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| **Savings: Alliant Credit Union--Only funds are Covid-19 relief funds from the government.** Line from *Schedule A/B*: **17.2** | $1,407.00 | ■ | $1,407.00 | C.C.P. § 704.220 |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| **Savings: Alliant Credit Union--Only funds are Covid-19 relief funds from the government.** Line from *Schedule A/B*: **17.3** | $2,600.00 | ■ | $381.00 | C.C.P. § 704.220 |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| **Savings: Alliant Credit Union--Only funds are Covid-19 relief funds from the government.** Line from *Schedule A/B*: **17.3** | $2,600.00 | ■ | $2,219.00 | C.C.P. § 704.225 |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| **IRA: Fidelity** Line from *Schedule A/B*: **21.1** | $7,400.00 | ■ | $7,400.00 | C.C.P. § 704.115(a)(1) & (2), (b) |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |

EXHIBIT 37, PAGE 774

000556

| Debtor 1 **Jamie Lynn Gallian** | | Case number (if known) | **8:21-bk-11710-ES** |
|---|---|---|---|
| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
| **IRA: Fidelity**<br>Line from *Schedule A/B*: **21.1** | $7,400.00 | ■ $7,400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C)** |
| **Personal Injury claim against Huntington Beach Gables HOA; Jesus Jasso, Jr.  Case No. 30-2020-01153679.  Estimated damages $195,000.**<br>Line from *Schedule A/B*: **34.4** | Unknown | ■ $195,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.140** |
| **Potential Victim Restitution Order Jesus Jasso, Jr, OCSC 19WM09951**<br>Line from *Schedule A/B*: **34.2** | Unknown | XX $73,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.140** |

3. **Are you claiming a homestead exemption of more than $170,350?**
(Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

☐  No
■  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐  No
    ■  Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor    **JAMIE LYNN GALLIAN**
First Name    Middle Name    Last Name

Debtor 2
(Spouse if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the: **Central District of California**

Case number    **8:21-bk-11710-ES**
(if known)

☑ Check if this is an amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.**

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | **SUBLESSOR-1979 MASTER LEASE-BS INVESTORS, LP**<br>Name<br>**18201 VON KARMAN, STE.450**<br>Number    Street<br>**IRVINE        CA        92612**<br>City            State    ZIP Code | Unexpired term of 1979 GroundLease Parcel 1 & Parcel 2, Tract 10542 Lot 1 and Lot 2,  Unit 1,2,3,4. |
| 2.2 | **SUBTENANT S4, A CA LIMITED PARTNERSHIP**<br>Name<br>**1001 DOVE STREET SUITE 230**<br>Number    Street<br>**NEWPORT BEACH    CA        92660**<br>City            State    ZIP Code | Tenant of Unexpired term of 1979 GroundLease Parcel 1 & Parcel 2, Tract 10542 Lot 1 and Lot 2,  Unit 1,2,3,4. |
| 2.3 | **Houser Bros Co dba Rancho Del Rey Mobilehome Est.**<br>Name<br>**17610 BEACH BLVD. STE. 32**<br>Number    Street<br>**HUNTINGTON BEAC  CA        92647**<br>City            State    ZIP Code | Property Manager Rancho Del Rey Mobilehomes Tract 10542 Unit 1, 2, 3, 4 |
| 2.4 | **LAURA RYAN-Deceased; LISA RYAN; PATRICIA RYAN**<br>Name<br>**20949 LASSEN ST. #208**<br>Number    Street<br>**CHATTSWORTH    CA        91311**<br>City            State    ZIP Code | 1/1/2006  Lease Agreement Lot 376 |
| 2.5 | **HYUNDAI CAPITAL AMERICA**<br>Name<br>**P.O. BOX 269011**<br>Number    Street<br>**PLANO        TX        75036**<br>City            State    ZIP Code | VEHICLE LEASE 2020 KIA SPORTAGE. EXPIRES DECEMBER 31, 2022. |

EXHIBIT 37, PAGE 776

000558

Case 8:21-bk-11710-ES    Doc 72    Filed 03/11/22    Entered 03/14/22 09:54:23    Desc
Main Document    Page 24 of 64



Units 1, 2, 3 and 4 of Lot 2 of the following:

All that certain land situated in the State of California, County of Orange, City of Huntington Beach, described as follows:

Proposed Tract No. 10542, being a subdivision of the following:

A portion of the northeast one quarter (1/4) of the northwest one quarter (1/4) of Section 20, Township 5 south, Range 11 west, in the Rancho Las Bolsa Chica, as shown on a map recorded in book 51, page 13 of Miscellaneous Maps, records of said Orange County, being described as follows:

Parcel 1 of a map filed in book 108, page 48 of Parcel Maps.

## NOTICE OF COMPLIANCE WITH CONDITIONS ON TRACT
## AUTHORIZATION FOR RELEASE FOR RECORDING

TO:        City Clerk                    Date _____

FROM:    PLANNING DEPARTMENT
         James W. Palin

TRACT NO. _____

RECREATION & PARKS FEES PAID _____

Other: _____

_____
(Signature)

2 of 2

EXHIBIT 37, PAGE 777

000559



*First American*

ᴍʏ·FirstAm⁺    **Recorded Document**

The Recorded Document images are displayed in the subsequent pages for the following request:

| | |
|---|---|
| State: | CA |
| County: | Orange |
| Document Type: | Document - Year.DocID |
| Year: | 1986 |
| DocID: | 456266 |

Limitation of Liability for Informational Report

**IMPORTANT – READ CAREFULLY:** THIS REPORT IS NOT AN INSURED PRODUCT OR SERVICE OR A REPRESENTATION OF THE CONDITION OF TITLE TO REAL PROPERTY.  IT IS NOT AN ABSTRACT, LEGAL OPINION, OPINION OF TITLE, TITLE INSURANCE COMMITMENT OR PRELIMINARY REPORT, OR ANY FORM OF TITLE INSURANCE OR GUARANTY.  THIS REPORT IS ISSUED EXCLUSIVELY FOR THE BENEFIT OF THE APPLICANT THEREFOR, AND MAY NOT BE USED OR RELIED UPON BY ANY OTHER PERSON. THIS REPORT MAY NOT BE REPRODUCED IN ANY MANNER WITHOUT FIRST AMERICAN'S PRIOR WRITTEN CONSENT.  FIRST AMERICAN DOES NOT REPRESENT OR WARRANT THAT THE INFORMATION HEREIN IS COMPLETE OR FREE FROM ERROR, AND THE INFORMATION HEREIN IS PROVIDED WITHOUT ANY WARRANTIES OF ANY KIND, AS-IS, AND WITH ALL FAULTS.  AS A MATERIAL PART OF THE CONSIDERATION GIVEN IN EXCHANGE FOR THE ISSUANCE OF THIS REPORT, RECIPIENT AGREES THAT FIRST AMERICAN'S  SOLE LIABILITY FOR ANY LOSS OR DAMAGE CAUSED BY AN ERROR OR OMISSION DUE TO INACCURATE INFORMATION OR NEGLIGENCE IN PREPARING THIS REPORT SHALL BE LIMITED TO THE FEE CHARGED FOR THE REPORT.  RECIPIENT ACCEPTS THIS REPORT WITH THIS LIMITATION AND AGREES THAT FIRST AMERICAN  WOULD NOT HAVE ISSUED THIS REPORT BUT FOR THE LIMITATION OF LIABILITY DESCRIBED ABOVE.  FIRST AMERICAN MAKES NO REPRESENTATION  OR WARRANTY AS TO THE LEGALITY OR PROPRIETY OF RECIPIENT'S USE OF THE INFORMATION HEREIN.

10/04/2021

©2005-2021 First American Financial Corporation and/or its affiliates. All rights reserved.

EXHIBIT 37, PAGE 778

000560



86-456266

RECORDING REQUESTED BY
AND WHEN RECORDED RETURN TO:

RECORDING REQUESTED BY
FIRST AMERICAN TITLE INS. CO.

IRELL & MANELLA
840 Newport Center Drive, Suite 500
Newport Beach, California 92660
Attention:  Patrick J. Evans, Esq.

RECORDED IN OFFICIAL RECORDS
OF ORANGE COUNTY, CALIFORNIA

-8 12 PM    SEP 30 '86

MAIL TAX STATEMENTS TO:

G/HB INVESTORS,
c/o AP Development Company
17911 Mitchell Avenue
Irvine, California 92714
Attn:  Hugh Saddington

*1444086 MT*

(Space Above for Recorder's Use)

The undersigned grantor declares:
The real property conveyed hereunder
is located in the City of Huntington
Beach, County of Orange.  The
Documentary Transfer Tax is
$ 247.50 based on full value of
the real property conveyed here-
under, but not on the leasehold
conveyed hereunder, which leasehold
is for a term less than ninety-nine
(99) years.

ASSIGNMENT AND ASSUMPTION
OF
GROUND LEASES
AND
CONDOMINIUM SUBLEASES
AND
GRANT DEED

THIS ASSIGNMENT AND ASSUMPTION OF GROUND LEASES AND
CONDOMINIUM SUBLEASES AND GRANT DEED ("Assignment") is made
and entered into this 30th day of September, 1986 by and
between Robert P. Warmington, a married man, as assignor and
grantor ("Assignor") and G/HB Investors, a California limited
partnership as assignee and grantee ("Assignee").

-1-

2PE01SL

EXHIBIT 37, PAGE 779

000561



B6-456266

R E C I T A L S

A.  Houser Bros. Co., a limited partnership ("Houser")
is the fee owner of that certain real property (the "Houser
Property") located in the City of Huntington Beach and more
particularly described in Exhibit "A" attached hereto;

B.  Located on the Houser Property is a condominium
project (the "Condominium Project") created by that certain
Condominium Plan (the "Condominium Plan") recorded in Book
13358, Pages 1193, et. seq., official Records of Orange
County, California;

C.  The Condominium Plan shows and defines and there
are eighty (80) condominiums (the "Condominiums") in the
Condominium Project;

D.  Houser leased the Condominiums, except for the
Condominium Project buildings and improvements, to Assignor
under those certain Ground Leases (the "Ground Leases") dated
August 1, 1980 and described in Exhibit "B" attached hereto;

E.  Assignor subleased the Condominiums, except for the
Condominium Project buildings and improvements, to individual
condominium tenants (the "Tenants" or a "Tenant") under those
certain Condominium Subleases, (the "Subleases") dated August

-2-

2PE01SL

EXHIBIT 37, PAGE 780

000562



86-456266

1, 1980 more particularly described in Exhibit "B" attached hereto;

    F.  The property leased under the Ground Leases and the Subleases is more particularly described as Parcels 1, 2, 5 and 6 of Exhibit "B" attached hereto;

    G.  The Robert P. Warmington Company ("Company") owned the Condominium Project buildings and improvements and conveyed the Condominium Project buildings and improvements to the Tenants, for a term, with respect to each Tenant, ending on the expiration or earlier termination of the Tenant's Sublease, thereby retaining a remainder interest in a determinable fee estate with respect to the Condominium Project buildings and improvements (the "Remainder Interest"), which Remainder Interest is more particularly described as parcels 3 and 4 of Exhibit "B" attached hereto;

    H.  Company conveyed the Remainder Interest to Assignor; and

    I.  Assignor now desires to assign, transfer and convey all of his right, title and interest in and to the Ground Leases and Subleases (collectively the "Leases") and the Remainder Interest to Assignee and Assignee desires to assume all of Assignor's obligations under the Leases.

-3-

2PE01SL

EXHIBIT 37, PAGE 781

000563

B6-456266

NOW, THEREFORE, for valuable consideration, receipt of which is hereby acknowledged, Assignor and Assignee agree as follows:

## A G R E E M E N T

1.  **Assignment**.  Assignor hereby assigns, transfers, conveys and sets over to Assignee all of his right, title and interest in and to the Leases.

2.  **Grant of Remainder Interest**.  Assignor hereby grants, assigns, transfers and sets over to Assignee all of its right, title and interest in and to the Remainder Interest.

3.  **Quitclaim Grant**.  Assignor hereby remises, releases and forever quitclaims to Assignee all of his right, title and interest in and to the Houser Property, the Condominium Project, and any property or other rights defined in the Condominium Plan.

4.  **Assumption**.  Assignee hereby assumes and agrees to keep and perform all of Assignor's obligations under the Leases.

-4-

2PEC1SL



86-456266

5.   *Indemnification.*  Assignor agrees to indemnify and hold Assignee harmless from all claims, damages, lawsuits, and liabilities which arise out of or relate to Assignor's obligations under the Leases.

6.   *Effective Date.*  This Assignment shall be effective on the date it is recorded.

IN WITNESS WHEREOF, Assignor and Assignee have executed this Assignment on the date first written above.

"ASSIGNOR"

_____
Robert P. Warmington

I am the spouse of Robert P. Warmington.  I hereby consent and agree to the terms of the foregoing Assignment.

_____
Loring P. Warmington

"ASSIGNEE"

G/HB Investors,
a California limited partnership

By:  AP Development Company,
     a California corporation,
     general partner

By:  _____
     John E. Wertin, Chairman

-5-

EXHIBIT 37, PAGE 783

000565

86-456266

E X H I B I T   "A"

The Houser Property

Lots 1 and 2 of Tract 10542 in the City of Huntington Beach,
County of Orange, State of California, as shown on a map
recorded in Book 456, Pages 49 to 50 of Maps, in the office of
the County Recorder of Said County.

EXHIBIT 37, PAGE 784

000566



86-456266

E X H I B I T   "B", Page 1

The Leases, the property leased pursuant to the Leases, and the
property comprising the Remainder Interest are described as
follows:

GROUND LEASEHOLD AND SUBLEASEHOLD ESTATES  AS TO PARCELS 1  AND
2, SAID ESTATES BEING MORE PARTICULARLY DESCRIBED AS  THE
LESSEES' INTERESTS UNDER THOSE CERTAIN GROUND LEASES SET  FORTH
IN SUB-PARAGRAPH (A)  HEREIN BELOW,  AND SUBLESSORS'  INTERESTS
UNDER THOSE CERTAIN  SUBLEASES SET FORTH  IN SUB-PARAGRAPH  (B)
BELOW;

A REMAINDER INTEREST IN A DETERMINABLE FEE ESTATE AS TO PARCELS
3 AND 4;

AN EASEMENT AS TO PARCELS 5 AND 6;

(A)   THOSE  CERTAIN  GROUND  LEASES,  DATED AUGUST 1,  1980,
EXECUTED BY HOUSER BROS.   CO., A LIMITED PARTNERSHIP  ORGANIZED
UNDER THE LAWS OF THE STATE OF CALIFORNIA, IN WHICH CLIFFORD C.
HOUSER AND VERNON F. HOUSER CONSTITUTE THE SOLE GENERAL.

(continued)



Case 8:21-bk-11710-ES    Doc 72    Filed 03/11/2
Main Document      P

B6-456266

EXHIBIT "B" Page 2

ALTA PLAIN                                          OR-1444086
LANGUAGE COMMITMENT                                 AMENDMENT NO. 1

PARTNERS, AS LANDLORD, AND BY ROBERT P. WARMINGTON, AS
TENANT, FOR THE TERM ENDING DECEMBER 31, 2059, UPON THE
TERMS, COVENANTS AND CONDITIONS THEREIN CONTAINED, RECORDED
AS FOLLOWS IN OFFICIAL RECORDS OF SAID ORANGE COUNTY:

| UNIT | BOOK | PAGE | INSTRUMENT |
|------|------|------|------------|
| 1 | 13754 | 263 | |
| 2 | 14091 | 1031 | |
| 3 | 14045 | 118 | |
| 4 | 13733 | 179 | |
| 5 | 13760 | 942 | |
| 6 | 13982 | 417 | |
| 7 | 13754 | 297 | |
| 8 | 13726 | 1238 | |
| 9 | 13822 | 1546 | |
| 10 | 13773 | 10 | |
| 11 | | | 82-128057 |
| 12 | 13807 | 1569 | |
| 13 | 13780 | 354 | |
| 14 | 13797 | 1088 | |
| 15 | 13780 | 462 | |
| 16 | 13726 | 1310 | |
| 17 | 13763 | 259 | |
| 18 | 13915 | 190 | |
| 19 | 13997 | 346 | |
| 20 | 13807 | 1669 | |
| 21 | 13733 | 278 | |
| 22 | 13775 | 235 | |
| 23 | 13803 | 587 | |
| 24 | 14038 | 692 | |
| 25 | 13793 | 955 | |
| 26 | 13814 | 607 | |
| 27 | 13789 | 1600 | |
| 28 | 13787 | 1834 | |
| 29 | 13778 | 173 | |
| 30 | 13896 | 1090 | |
| 31 | 14091 | 1139 | |
| 32 | 13726 | 1346 | |
| 33 | 14005 | 1903 | |
| 34 | 14048 | 1460 | |
| 35 | 13861 | 723 | |
| 36 | 13814 | 666 | |
| 37 | 13768 | 1032 | |
| 38 | 13793 | 1179 | |
| 39 | 13810 | 1665 | |
| 40 | 13783 | 875 | |

PAGE 3

EXHIBIT 37, PAGE 786

000568

Case 8:21-bk-11710-ES Doc 72 Filed 03/
Main Document



86-456266

EXHIBIT "B" Page 3

ALTA PLAIN
LANGUAGE COMMITMENT

OR-1444086
AMENDMENT NO. 1

| | | |
|---|---|---|
| 41 | 13824 | 1312 |
| 42 | 13847 | 798 |
| 43 | 13726 | 1102 |
| 44 | 14072 | 1910 |
| 45 | 13789 | 1547 |
| 46 | 14066 | 756 |
| 47 | 14038 | 637 |
| 48 | 13933 | 1529 |
| 49 | 13825 | 1973 |
| 50 | 13783 | 1732 |
| 51 | 13916 | 1672 |
| 52 | 14094 | 1929 |
| 53 | 13824 | 1259 |
| 54 | 13780 | 407 |
| 55 | 13780 | 514 |
| 56 | 14094 | 1874 |
| 57 | 13726 | 1208 |
| 58 | 14091 | 1084 |
| 59 | 13787 | 1781 |
| 60 | 13795 | 966 |
| 61 | 13803 | 335 |
| 62 | 13831 | 117 |
| 63 | 14250 | 1197 |
| 64 | 14171 | 1652 |
| 65 | 13726 | 1136 |
| 66 | 13765 | 1665 |
| 67 | 13803 | 640 |
| 68 | 14031 | 1108 |
| 69 | 13777 | 1038 |
| 70 | 14091 | 977 |
| 71 | 14034 | 1806 |
| 72 | 14130 | 1508 |
| 73 | 13785 | 1959 |
| 74 | 13977 | 569 |
| 75 | 14091 | 923 |
| 76 | 14064 | 1068 |
| 77 | 13726 | 1274 |
| 78 | 13726 | 1172 |
| 79 | 14091 | 869 |
| 80 | 13780 | 599 |

(B) THOSE CERTAIN SUBLEASES DATED AUGUST 1, 1980, EXECUTED BY
ROBERT P. WARMINGTON, AS SUBLESSOR, AND BY VARIOUS PARTIES, AS
SUBLESSEES, FOR THE TERM ENDING DECEMBER 31, 2059, UPON THE
TERMS, COVENANTS AND CONDITIONS THEREIN CONTAINED, RECORDED
AS FOLLOWS IN OFFICIAL RECORDS OF SAID ORANGE COUNTY:

| UNIT | BOOK | PAGE | INSTRUMENT | ORIGINAL |
|---|---|---|---|---|

PAGE 4

EXHIBIT 37, PAGE 787

000569



EXHIBIT "B" Page 4

B6-456266

ALTA PLAIN
LANGUAGE COMMITMENT

OR-1444086
AMENDMENT NO. 1

SUBLESSEE

| | | |
|---|---|---|
| 1 | 13754 | 243 |
| 2 | 14091 | 1066 |
| 3 | 14045 | 133 |
| 4 | 13733 | 216 AND |
| | 13754 | 52 |
| 5 | 13760 | 917 |
| 6 | 13982 | 432 |
| 7 | 13754 | 312 |
| 8 | 13726 | 1256 AND |
| | 13754 | 69 |
| 9 | 13822 | 1561 |
| 10 | 13773 | 25 |
| 11 | | 82-128058 |
| 12 | 13807 | 1584 |
| 13 | 13780 | 369 |
| 14 | 13797 | 1103 |
| 15 | 13780 | 477 |
| 16 | 13726 | 1328 AND |
| | 13754 | 86 |
| 17 | 13763 | 234 |
| 18 | 13915 | 205 |
| 19 | 13997 | 361 |
| 20 | 13807 | 1684 |
| 21 | 13733 | 296 |
| 22 | 13775 | 250 |
| 23 | 13803 | 602 |
| 24 | 14038 | 707 |
| 25 | 13793 | 970 |
| 26 | 13814 | 622 |
| 27 | 13789 | 1615 |
| 28 | 13787 | 1849 |
| 29 | 13778 | 188 |
| 30 | 13896 | 1125 |
| 31 | 14091 | 1154 |
| 32 | 13726 | 1364 AND |
| | 13754 | 120 |
| 33 | 14005 | 1919 |
| 34 | 14048 | 1475 |
| 35 | 13861 | 738 |
| 36 | 13814 | 681 |
| 37 | 13766 | 1047 |
| 38 | 13793 | 1194 |
| 39 | 13818 | 1680 |
| 40 | 13783 | 1800 |
| 41 | 13824 | 1327 |
| 42 | 13867 | 813 |

PAGE 5

EXHIBIT 37, PAGE 788

000570



B6-456266

EXHIBIT "B" Page 5

ALTA PLAIN
LANGUAGE COMMITMENT

OR-1444084
AMENDMENT NO. 1

| | | |
|---|---|---|
| 43 | 13726 | 1120 |
| 44 | 14072 | 1925 |
| 45 | 13789 | 1562 |
| 46 | 14066 | 771 |
| 47 | 14038 | 652 |
| 48 | 13933 | 1544 |
| 49 | 13826 | 1 |
| 50 | 13783 | 1747 |
| 51 | 13916 | 1687 |
| 52 | 14074 | 1944 |
| 53 | 13826 | 1274 |
| 54 | 13780 | 422 |
| 55 | 13780 | 529 |
| 56 | 14074 | 1889 |
| 57 | 13726 | 1226 |
| 58 | 14091 | 1099 |
| 59 | 13787 | 1796 |
| 60 | 13795 | 981 |
| 61 | 13803 | 350 |
| 62 | 13831 | 132 |
| 63 | 14250 | 1212 |
| 64 | 14191 | 1667 |
| 65 | 13726 | 1154 |
| 66 | 13765 | 1660 |
| 67 | 13803 | 655 |
| 68 | 14031 | 1123 |
| 69 | 13797 | 1053 |
| 70 | 14091 | 992 |
| 71 | 14034 | 1821 |
| 72 | 14180 | 1523 |
| 73 | 13785 | 1974 |
| 74 | 13977 | 584 |
| 75 | 14091 | 938 |
| 76 | 14064 | 1083 |
| 77 | 13726 | 1292 |
| 78 | 13726 | 1190 |
| 79 | 14091 | 884 |
| 80 | 13780 | 614 |

4.  THE LAND REFERRED TO IN THIS COMMITMENT IS DESCRIBED AS
FOLLOWS:

ALL THAT CERTAIN LAND SITUATED IN THE STATE OF CALIFORNIA, COUNTY
OF ORANGE, CITY OF HUNTINGTON BEACH, DESCRIBED AS FOLLOWS:

PARCEL 1:

PAGE 6

EXHIBIT 37, PAGE 789

000571



06-456266

EXHIBIT "B" Page 6

ALTA PLAIN                                          OR-1444086
LANGUAGE COMMITMENT                                 AMENDMENT NO. 1

UNITS 1 THROUGH 80 INCLUSIVE, AS SHOWN AND DEFINED ON A CONDOMINIUM
PLAN (THE "CONDOMINIUM PLAN") RECORDED IN BOOK 13758, PAGES 1173 AND
FOLLOWING OF OFFICIAL RECORDS OF ORANGE COUNTY, CALIFORNIA, EXCEPTING
THAT PORTION CONSISTING OF BUILDINGS AND OTHER IMPROVEMENTS.


PARCEL 2:

AN UNDIVIDED EIGHTY/EIGHTIETHS (80/80) INTEREST IN THE COMMON
AREA AS SHOWN AND DEFINED ON THE CONDOMINIUM PLAN, EXCEPTING
THAT PORTION CONSISTING OF BUILDINGS AND OTHER IMPROVEMENTS.

PARCEL 3:

THOSE PORTIONS OF UNITS 1 THROUGH 80 INCLUSIVE, AS SHOWN AND
DEFINED ON THE CONDOMINIUM PLAN, CONSISTING OF BUILDINGS AND
OTHER IMPROVEMENTS.

PARCEL 4:

AN UNDIVIDED EIGHTY/EIGHTIETHS (80/80) INTEREST IN AND TO THOSE
PORTIONS OF THE COMMON AREA AS SHOWN AND DEFINED ON THE CONDOMINIUM
PLAN, CONSISTING OF BUILDINGS AND OTHER IMPROVEMENTS.

PARCEL 5:

AN EASEMENT FOR THE EXCLUSIVE USE AND OCCUPANCY OF THOSE PORTIONS
OF THE RESTRICTED COMMON AREA, AS DEFINED ON SAID CONDOMINIUM
PLAN FOR ENTRY AND STAIRCASES AND ATTIC SPACE RELATING TO SAID
UNITS.

PARCEL 6:

A NON-EXCLUSIVE EASEMENT AND RIGHT TO USE THE COMMON AREA AS
DEFINED ON SAID CONDOMINIUM PLAN, EXCEPT THE RESTRICTED COMMON
AREA.

PAGE 7



86-456266

STATE OF CALIFORNIA        )
                           ) ss.
COUNTY OF ORANGE           )

    On this 24st day of September, in the year 1986, before
me, the undersigned, a Notary Public in and for said State,
personally appeared Robert P. Warmington, personally known to
me or proved to me on the basis of satisfactory evidence) to be
the person whose name is subscribed to the within instrument,
and acknowledged to me that he executed it.

WITNESS my hand and official seal.

_Pearl L. Hunt_

STATE OF CALIFORNIA        )
                           ) ss.
COUNTY OF ORANGE           )

    On this 24d day of September, in the year 1986, before
me, the undersigned, a Notary Public in and for said State,
personally appeared Loring P. Warmington, personally known to
me or proved to me on the basis of satisfactory evidence) to be
the person whose name is subscribed to the within instrument,
and acknowledged to me that she executed it.

WITNESS my hand and official seal.

_Pearl L. Hunt_

2PE01SL



Case 8:21-bk-11710-ES    Doc 72    File
Main Docum

86/456266

STATE OF CALIFORNIA    )
                       ) ss.
COUNTY OF ORANGE       )

    On September 23, 1986, before me, the undersigned, a
Notary Public in and for said State, personally appeared John
E. Wertin, personally known to me (or proved to me on the basis
of satisfactory evidence) to be the person who executed the
within instrument as the Chairman on behalf of AP Development
Company, the corporation therein named, and acknowledged to me
that said corporation executed the within instrument pursuant
to its bylaws or a resolution of its board of directors, said
corporation being known to me to be the general partner of G/HB
Investors, the limited partnership that executed the within
instrument, and acknowledged to me that such corporation
executed the same as such partner and that such partnership
executed the same.

WITNESS my hand and official seal.

OFFICIAL SEAL
SHIRLEY A. GERBASI
NOTARY PUBLIC - CALIFORNIA
PRINCIPAL OFFICE IN
ORANGE COUNTY
My Commission Exp. Apr. 23, 1990

2PE01SL

EXHIBIT 37, PAGE 792

000574

**Fill in this information to identify your case:**

Debtor 1  **JAMIE LYNN GALLIAN**
First Name  Middle Name  Last Name

Debtor 2
(Spouse, if filing)  First Name  Middle Name  Last Name

United States Bankruptcy Court for the: **Central District of California**

Case number  **8:21-bk-11710-ES**
(If known)

☑ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors
12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☑ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.*)

   ☐ No. Go to line 3.
   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☐ No
   ☐ Yes. In which community state or territory did you live? __California__. Fill in the name and current address of that person.

   __Ronald J. Pierpont__
   Name of your spouse, former spouse, or legal equivalent

   __4519 Ponderosa Way__
   Number     Street

   __Yorba Linda__          __CA__          __92886__
   City          State          ZIP Code

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
| --- | --- |
| | Check all schedules that apply: |
| **3.1**  __Lisa Ryan__<br>Name<br>__20949 Lassen St. #208__<br>Number     Street<br>__Chatsworth__     __CA__     __91311__<br>City     State     ZIP Code | ☐ Schedule D, line 2.10 2.11<br>☑ Schedule E/F, line 4.8<br>☑ Schedule G, line 2.4 |
| **3.2**  __Patricia Ryan__<br>Name<br>__20949 Lassen St. #208__<br>Number     Street<br>__Chatsworth__     __CA__     __91311__<br>City     State     ZIP Code | ☐ Schedule D, line 2.10 2.11<br>☑ Schedule E/F, line 4.10<br>☑ Schedule G, line 2.4 |
| **3.3**  _____<br>Name<br>_____<br>Number     Street<br>_____<br>City     State     ZIP Code | ☐ Schedule D, line _____<br>Schedule E/F, line _____<br>Schedule G, line _____ |

Official Form 106H          Schedule H: Your Codebtors          page 1 of 1

EXHIBIT 37, PAGE 793

000575

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA–SANTA ANA DIVISION |
| Case number (if known) | **8:21-bk-11710-ES** |

Check if this is:

■ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
### Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☐ Employed<br>■ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | | **Flight Attendant** | |
| Employer's name | | | |
| Employer's address | | | |
| How long employed there? | | | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $        0.00 | $        N/A |
| 3. | Estimate and list monthly overtime pay. | 3. | +$        0.00 | +$        N/A |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $        0.00 | $        N/A |

EXHIBIT 37, PAGE 794

000576

Debtor 1   **Jamie Lynn Gallian**                                      Case number (if known)   **8:21-bk-11710-ES**

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ 0.00 | $ N/A |
| 5. | **List all payroll deductions:** | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ N/A |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ N/A |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ N/A |
| | 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ N/A |
| | 5e. **Insurance** | 5e. | $ 0.00 | $ N/A |
| | 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ N/A |
| | 5g. **Union dues** | 5g. | $ 0.00 | $ N/A |
| | 5h. **Other deductions. Specify:** | 5h.+ | $ 0.00 | + $ N/A |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ N/A |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ N/A |
| 8. | **List all other income regularly received:** | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N/A |
| | 8b. **Interest and dividends** | 8b. | $ 0.00 | $ N/A |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| | 8d. **Unemployment compensation** | 8d. | $ 1,005.26 | $ N/A |
| | 8e. **Social Security** | 8e. | $ 0.00 | $ N/A |
| | 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify:  **Temporary Covid-19 FAC payment** | 8f. | $ 1,200.00 | $ N/A |
| | 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ N/A |
| | 8h. **Other monthly income. Specify:** | 8h.+ | $ 0.00 | + $ N/A |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 2,205.26 | $ N/A |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 2 or non-filing spouse. | 10. | $ 2,205.26 + $ N/A = $ 2,205.26 | |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:                                                                    11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.**
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it
applies                                                                    12.  $ 2,205.26

                                                                                      **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
   ■  No.
   ☐  Yes. Explain:

| Official Form 106I | Schedule I: Your Income | page 2 |
|---|---|---|

**EXHIBIT 37, PAGE 795**

**Fill in this information to identify your case:**

Debtor 1    JAMIE LYNN GALLIAN
            First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name        Last Name

United States Bankruptcy Court for the: Central District of California

Case number   8:21-bk-11710-ES
(If known)

☑ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules                    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

✗ _Jamie Lynn Gallian_                    ✗ _____
Signature of Debtor 1                         Signature of Debtor 2

Date 3/9/2022                               Date _____
    MM / DD / YYYY                              MM / DD / YYYY

Official Form 106Dec                Declaration About an Individual Debtor's Schedules

EXHIBIT 37, PAGE 796

000578

**Fill in this information to identify your case:**

Debtor 1  **Jamie Lynn Gallian**
First Name  Middle Name  Last Name

Debtor 2
(Spouse if, filing)  First Name  Middle Name  Last Name

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION

Case number  **8:21-bk-11710-ES**
(if known)

■ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy
4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:  Give Details About Your Marital Status and Where You Lived Before**

1. What is your current marital status?

   ☐ Married
   ■ Not married

2. During the last 3 years, have you lived anywhere other than where you live now?

   ☐ No
   ■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| 4476 Alderport Dr. #53 Huntington Beach, CA 92649 | From-To: 11/2009 to 9/10/2018 | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |
| 5782 Pinon Drive Huntington Beach, CA 92649 | 9/11/2018 to 11/30/2018 | | |

3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory? (Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ☐ No
   ■ Yes. Make sure you fill out Schedule H: Your Codebtors (Official Form 106H).

**Part 2  Explain the Sources of Your Income**

4. Did you have any income from employment or from operating a business during this year or the two previous calendar years? Fill in the total amount of income you received from all jobs and all businesses, including part-time activities. If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 Sources of income Check that all apply. | Gross income (before deductions and exclusions) | Debtor 2 Sources of income Check that all apply. | Gross income (before deductions and exclusions) |
|---|---|---|---|---|
| For last calendar year: (January 1 to December 31, 2020 ) | ■ Wages, commissions, bonuses, tips | $1,408.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Official Form 107  Statement of Financial Affairs for Individuals Filing for Bankruptcy  page 1

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

EXHIBIT 37, PAGE 797

000579

| Debtor 1 | **Jamie Lynn Gallian** | | | Case number (*if known*) | **8:21-bk-11710-ES** |
|---|---|---|---|---|---|

| | Debtor 1<br>Sources of income<br>Check all that apply. | Gross income<br>(before deductions and<br>exclusions) | Debtor 2<br>Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions) |
|---|---|---|---|---|
| For the calendar year before that:<br>(January 1 to December 31, 2019 ) | ■ Wages, commissions,<br>bonuses, tips<br>☐ Operating a business | $3,375.00 | ☐ Wages, commissions,<br>bonuses, tips<br>☐ Operating a business | |

**5.** **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
■ Yes. Fill in the details.

| | Debtor 1<br>Sources of income<br>Describe below. | Gross income from<br>each source<br>(before deductions and<br>exclusions) | Debtor 2<br>Sources of income<br>Describe below. | Gross income<br>(before deductions<br>and exclusions) |
|---|---|---|---|---|
| From January 1 of current year until<br>the date you filed for bankruptcy: | Unemployment | $11,000.00 | | |
| For last calendar year:<br>(January 1 to December 31, 2020 ) | Unemployment | $21,227.00 | | |
| For last calendar year:<br>(January 1 to December 31, 2018 ) | Retirement Income-<br>Withdrawal from 401k | $31,922.58 | | |

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

**6.** **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ **No.** **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐ **No.** Go to line 7.
☐ **Yes** List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

■ **Yes.** **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

■ **No.** Go to line 7.
☐ **Yes** List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount<br>paid | Amount you<br>still owe | Was this payment for ... |
|---|---|---|---|---|

| | | |
|---|---|---|
| Official Form 107 | Statement of Financial Affairs for Individuals Filing for Bankruptcy | page 2 |

EXHIBIT 37, PAGE 798

000580

Debtor 1    **Jamie Lynn Gallian**                                    Case number *(if known)*    **8:21-bk-11710-ES**

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

    ■ No
    ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
    Include payments on debts guaranteed or cosigned by an insider.

    ■ No
    ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☐ No
    ■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Houser Bros. Co. dba Rancho Del Rey Mobilehome Estates  vs. Jamie Lynn Gallian 30-2019-01041423-CI-UD-CJC | Unlawful Detainer filed 1/2/2019 regarding Lot 376, Tract 10542, Unit 4, Unexpired term of 80 yr. Ground Leasehold recorded APN 178-011-01 | Orange County Superior Court 700 W. Civic Center Dr. West Santa Ana, CA 92701 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| Randall L. Nickell vs. Huntington Beach Gables HOA, et. al. 30-2020-01163055-CU-OR-CJC | Cross complaint contained in this action by Huntington Beach Gables HOA. Unencumbered sale to bona fide purchaser for value 10/31/2018 of 4476 Alderport Unit 53; APN 178-771-03, Und. Int. Tract 10542 Lot 1 & 2, Gables subd. Randall Nickell. | Orange County Superior Court 700 Civic Center Dr. West Santa Ana, CA 92701 | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>Debtor is a cross defendant |
| Estate of Charles James Bradley, Jr. 30-2017-00915711 | Petition to determine heirship; Claim to Property | Orange County Superior Court 700 Civic Center Dr. West Santa Ana, CA 92701 | XX Pending |

EXHIBIT 37, PAGE 799

000581

Debtor 1    **Jamie Lynn Gallian**                                   Case number (*if known*)  **8:21-bk-11710-ES**

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Huntington Beach Gables HOA vs. Sandra Bradley, et. al.**<br>30-2017-00913985 | Collections | **Orange County Superior Court**<br>**700 Civic Center Dr. West**<br>**Santa Ana, CA 92701** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>post judgment collections actions |
| **Huntington Beach Gables HOA vs. Jamie Gallian**<br>30-2017-00962999-CU-HR-CJC | Collections | **Orange County Superior Court**<br>**700 Civic Center Dr. West**<br>**Santa Ana, CA 92701** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **Jamie Lynn Gaillan vs. Jesus Jasso, et. al.**<br>30-2020-01153679 | Personal injury | **Orange County Superior Court**<br>**700 Civic Center Dr. West**<br>**Santa Ana, CA 92701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

  ■ No. Go to line 11.
  ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property | Date | Value of the property |
|---|---|---|---|
| | Explain what happened | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
  ■ No
  ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
  ■ No
  ☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
  ■ No
  ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift and Address: | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
  ■ No
  ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

EXHIBIT 37, PAGE 800

000582

Debtor 1    **Jamie Lynn Gallian**      Case number *(if known)*    **8:21-bk-11710-ES**

---

**Part 6:**   **List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

  ■ No
  ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

**Part 7:**   **List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

  ■ No
  ☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

  ■ No
  ☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

  ☐ No
  ■ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| James H. Casello<br>Casello & Lincoln<br>525 Cabrillo Park Dr. Ste. 104<br>Santa Ana, CA 92701 | $43,000 legal fees | Legal services | multiple: 2019 to 2020 |
| Michael T. Chulak & Assoc.<br>30343 Canwood St. Ste. 203<br>Agoura Hills, CA 91301<br><br>None | $8,700 | Legal services | 2018 to 2019 |
| Michael S. Devereux, Esq.<br>9171 Wilshire Blvd. Ste. 500<br>Beverly Hills, CA 90210<br><br>None | $5,000 | legal services | 2018 to 2019 |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**EXHIBIT 37, PAGE 801**

**000583**

Debtor 1    **Jamie Lynn Gallian**                                        Case number (if known)   **8:21-bk-11710-ES**

| Person Who Received Transfer Address | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person's relationship to you | | | |
| Steven A. Fink, Esq 13 Corporate Plaza Dr. Ste. 150 Newport Beach, CA 92660 | $30,000 | legal services | 2019 to 2020 |
| None | | | |
| David R. Flyer, Esq. 4120 Birch St. Ste. 101 Newport Beach, CA 92660 | $17,000 | Legal services | 2018 to 2019 |
| Sherry A. Garrels, Esq. 12660 Brookhurst St. #103 Garden Grove, CA 92740 | $ 5,000.00 | Legal Services | 2020-2021 |

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

EXHIBIT 37, PAGE 802

000584

Debtor 1    **Jamie Lynn Gallian**                                  Case number *(if known)*   **8:21-bk-11710-ES**

**Part 9:    Identify Property You Hold or Control for Someone Else**

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

   ■ **No**
   ☐ **Yes.  Fill in the details.**

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

   ■ **No**
   ☐ **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. Have you notified any governmental unit of any release of hazardous material?

   ■ **No**
   ☐ **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

   ■ **No**
   ☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

**Part 11:    Give Details About Your Business or Connections to Any Business**

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

   ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

   ■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

   ☐ A partner in a partnership

   ☐ An officer, director, or managing executive of a corporation

   ☐ An owner of at least 5% of the voting or equity securities of a corporation

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

EXHIBIT 37, PAGE 803

000585

Debtor 1    **Jamie Lynn Gallian**                                          Case number *(if known)*    **8:21-bk-11710-ES**

☐    **No. None of the above applies. Go to Part 12.**

■    **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| J-Sandcastle Co., LLC<br>16222 Monterey Lane #376<br>Huntington Beach, CA 92649 | Residential Management | EIN:    83-2453659<br><br>From-To  10/19/2018- 11/22/2021 |
| J-Pad, LLC<br>21742 Anza Ave.<br>Torrance, CA 90503 | Residential Management. | EIN:<br><br>From-To  2/9/2018-11/22/2021 |

28.  **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■    **No**
☐    **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date issued |
|---|---|

**Part 12:    Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

_____
**Jamie Lynn Gallian**
**Signature of Debtor 1**                                     **Signature of Debtor 2**

Date    **3/9/2022**                                          Date

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
■    Yes
☐    No

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■    No
☐    Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**EXHIBIT 37, PAGE 804**

000586

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA–SANTA ANA DIVISION |
| Case number | **8:21-bk-11710-ES** |
| (if known) | |

■ Check if this is an
amended filing

## Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7
12/15

If you are an individual filing under chapter 7, you must fill out this form if:
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.
You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List Your Creditors Who Have Secured Claims**

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Orange County Tax Assessor**<br><br>Description of property securing debt: **16222 Monterey Ln. Spc 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home. Decal No. LBM1081. Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2".** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br><br>**Pay as Agreed** | ☐ No<br><br>■ Yes |
| Creditor's name: **People of the State of California**<br><br>Description of property securing debt: **16222 Monterey Ln. Spc 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home. Decal No. LBM1081.** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Yes | ☐ No<br><br>■ Yes |

Official Form 108                    Statement of Intention for Individuals Filing Under Chapter 7                    page 1 of 4

EXHIBIT 37, PAGE 805

000587

Debtor 1   **Jamie Lynn Gallian**                                   Case number *(if known)*   **8:21-bk-11710-ES**

| property securing debt: | Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2". | ■ Retain the property and (explain):<br><br>**Lien To Be Avoided By  522(f) or Other Means** |
|---|---|---|

| Creditor's name: | **BS Investors, LP; S 4, LP** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
|---|---|---|---|
| Description of property securing debt: | **16222 Monterey Ln. Spc 376 Huntington Beach, CA 92649 Orange County** APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home.  Decal No. LBM1081. Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2". | **Lien to be avoided by 522(f) or other means** | |

**Part 2:**  **List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

Describe your unexpired personal property leases

| | | Will the lease be assumed? |
|---|---|---|
| Lessor's name: | **BS Investors, LP; S4, LP;**<br>**Houser Bros. Co. dba Rancho Del Rey Mobilehome Estates,**<br>**Property Manager** | ☐ No<br><br>■ Yes |
| Description of leased Property: | **1979 Unexpired Recorded 80 yr. Ground leasehold;**<br>**1/1/2006 Ground Lease Agreement Laura Ryan (Deceased);  Lisa Ryan,**<br>**Patricia Ryan  Lot 376 location of New 2014 Skyline Custom Villa**<br>**manufactured home purchase, delivery, construction  pursuant to H&S**<br>**§18551.** | |
| Lessor's name: | **Hyundai Capital America** | ☐ No<br><br>■ Yes |
| Description of leased Property: | **Vehicle lease for 2020 Kia Sportage.  Expires 12/1/2022** | |

**Part 3:**  **Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X _Jamie Lynn Gallian_                                              X _____
Jamie Lynn Gallian                                                      Signature of Debtor 2
Signature of Debtor 1

Date   _3/9/2022_                                                       Date _____

**EXHIBIT 37, PAGE 806**

000588

Debtor 1    **Jamie Lynn Gallian**                    Case number (if known)    **8:21-bk-11710-ES**

## CONTINUATION SHEET FOR OFFICIAL FORM 108

**1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Creditor's Name | Description of property securing debt | | |
|---|---|---|---|
| Janine Jasso<br>16025 Warmington Lane<br>Huntington Beach, CA 92649 | 16222 Monterey Ln. Sp. 376<br>Huntington Beach, CA 92649<br>APN 891-569-62,<br>Decal No. LBM 1081 | Has exemptions | Avoid Lien |
| The Huntington Beach Gables<br>Homeowners Association, A CA<br>Nonprofit Mutual Benefit Corporation | 16222 Monterey Ln. Sp. 376<br>Huntington Beach, CA 92649<br>APN 891-569-62,<br>Decal No. LBM 1081 | Has exemptions | Avoid Lien |
| The Huntington Beach Gables<br>Homeowners Association, A CA<br>Nonprofit Mutual Benefit Corporation | 16222 Monterey Ln. Sp. 376<br>Huntington Beach, CA 92649<br>APN 891-569-62,<br>Decal No. LBM 1081 | Has exemptions | Avoid Lien |
| The Huntington Beach Gables<br>Homeowners Association, A CA<br>Nonprofit Mutual Benefit Corporation | 16222 Monterey Ln. Sp. 376<br>Huntington Beach, CA 92649<br>APN 891-569-62,<br>Decal No. LBM 1081 | Has exemptions | Avoid Lien |
| Lori Burrett<br>16107 Sherlock Lane<br>Huntington Beach, CA 92649 | 16222 Monterey Ln. Sp. 376<br>Huntington Beach, CA 92649<br>APN 891-569-62, Decal No. LBM 1081 | Has exemptions | Avoid Lien |
| The Huntington Beach Gables<br>Homeowners Association, A CA<br>Nonprofit Mutual Benefit Corporation | 16222 Monterey Ln. Sp. 376<br>Huntington Beach, CA 92649<br>APN 891-569-62,<br>Decal No. LBM 1081 | Has exemptions | Avoid Lien |
| Lee Gragnano<br>16062 Warmington Lane<br>Huntington Beach, CA 92649 | 16222 Monterey Ln. Sp. 376<br>Huntington Beach, CA 92649<br>APN 891-569-62,<br>Decal No. LBM 1081 | Has exemptions | Avoid Lien |
| Theodore Phillips<br>17912 Sandra Lee<br>Hubntington Beach, CA 92649 | 16222 Monterey Ln. Sp. 376<br>Huntington Beach, CA 92649<br>APN 891-569-62,<br>Decal No. LBM 1081 | Has exemptions | Avoid Lien |
| Lindy Beck<br>4443 Chase Lane<br>Huntington Beach, CA 92649 | 16222 Monterey Ln. Sp. 376<br>Huntington Beach, CA 92649<br>APN 891-569-62,<br>Decal No. LBM 1081 | Has exemptions | Avoid Lien |
| Jennifer Paulin<br>4464 Alderport Drive<br>Huntington Beach, CA 92649 | 16222 Monterey Ln. Sp. 376<br>Huntington Beach, CA 92649 APN<br>891-569-62, Decal No. LBM 1081 | Has exemptions | Avoid Lien |

EXHIBIT 37, PAGE 807

000589

Debtor 1    **JAMIE LYNN GALLIAN**                    Case number *(if known)*    **8:21-bk-11710-ES**

## CONTINUATION SHEET FOR OFFICIAL FORM 108

**1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Creditor's Name | Description of property securing debt | | |
|---|---|---|---|
| Janine Jasso<br>16025 Warmington Lane<br>Huntington Beach, CA 92649 | 16222 Monterey Ln. UNIT 376 Huntington Beach, CA 92649 APN 891-569-62, Decal No. LBM 1081 | Has exemptions | Avoid Lien |
| The Huntington Beach Gables Homeowners Association, A CA Nonprofit Mutual Benefit Corporation | 16222 Monterey Ln. Sp. 376 Huntington Beach, CA 92649 APN 891-569-62, Decal No. LBM 1081 | Has exemptions | Avoid Lien |
| The Huntington Beach Gables Homeowners Association, A CA Nonprofit Mutual Benefit Corporation | 16222 Monterey Ln. Sp. 376 Huntington Beach, CA 92649 APN 891-569-62, Decal No. LBM 1081 | Has exemptions | Avoid Lien |
| The Huntington Beach Gables Homeowners Association, A CA Nonprofit Mutual Benefit Corporation | 16222 Monterey Ln. Sp. 376 Huntington Beach, CA 92649 APN 891-569-62, Decal No. LBM 1081 | Has exemptions | Avoid Lien |
| J-PAD, LLC | 16222 Monterey Ln. Sp. 376 Huntington Beach, CA 92649 APN 891-569-62, Decal No. LBM 1081 | Has exemptions | Avoid Lien |
| People of the State of California | 16222 Monterey Ln. Sp. 376 Huntington Beach, CA 92649 APN 891-569-62, Decal No. LBM 1081 | Has exemptions | Avoid Lien |
| GORDEN, REES, SKULLY, MANSUKHANI, APC | 16222 Monterey Ln. Sp. 376 Huntington Beach, CA 92649 APN 891-569-62. Decal No. LBM 1081 | Has exemptions | Avoid Lien |
| FELDSOTT & LEE, APC | 16222 Monterey Ln. Sp. 376 Huntington Beach, CA 92649 APN 891-569-62, Decal No. LBM 1081 | Has exemptions | Avoid Lien |
| HOUSER BROS CO, LP<br>HOUSER BROS CO, GP | 16222 Monterey Ln. Sp. 376 Huntington Beach, CA 92649 APN 891-569-62, Decal No. LBM 1081 | Has exemptions | Avoid Lien |
| S4, A CALIFORNIA LIMITED PARTNERSHIP | 16222 Monterey Ln. Sp. 376 Huntington Beach, CA 92649 APN 891-569-62, Decal No. LBM 1081 | Has exemptions | Avoid Lien |

EXHIBIT 37, PAGE 808

000590

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Central District of California--Santa Ana Division |
| Case number (if known) | **8:21-bk-11710-ES** |

Check one box only as directed in this form and in Form 122A-1Supp:

■ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

■ Check if this is an amended filing

## Official Form 122A – 1
## Chapter 7 Statement of Your Current Monthly Income
04/20

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

**Part 1:    Calculate Your Current Monthly Income**

1. **What is your marital and filing status?** Check one only.

   ■ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

      ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

      ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

   Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $        0.00 | $ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $        0.00 | $ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $        0.00 | $ |
| 5. | **Net income from operating a business, profession, or farm** | | |

|  | | Debtor 1 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | | $      0.00 | | |
| Ordinary and necessary operating expenses | | -$      0.00 | | |
| Net monthly income from a business, profession, or farm | $ | 0.00 | Copy here -> $ | 0.00 | $ |

6. **Net income from rental and other real property**

|  | | Debtor 1 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | | $      0.00 | | |
| Ordinary and necessary operating expenses | | -$      0.00 | | |
| Net monthly income from rental or other real property | | 0.00 | Copy here -> $ | 0.00 | $ |

| 7. | **Interest, dividends, and royalties** | | $        0.00 | $ |
|---|---|---|---|---|

EXHIBIT 37, PAGE 809

000591

| Debtor 1 | **Jamie Lynn Gallian** | | Case number *(if known)* | **8:21-bk-11710-ES** |
|---|---|---|---|---|

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|

**8. Unemployment compensation** — $ 1,789.00   $

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you ......................... $ 0.00

For your spouse ........... $

**9. Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title. — $ 0.00   $

**10. Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments made under the Federal law relating to the national emergency declared by the President under the National Emergencies Act (50 U.S.C. 1601 et seq.) with respect to the coronavirus disease 2019 (COVID-19); payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below..

$ 0.00   $

$ 0.00   $

Total amounts from separate pages, if any. + $ 0.00   $

**11. Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B. — $ 1,789.00 + $ = $ 1,789.00

Total current monthly income

---

**Part 2:    Determine Whether the Means Test Applies to You**

**12. Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 ........ Copy line 11 here=> $ 1,789.00

Multiply by 12 (the number of months in a year) ............................................ x 12

12b. The result is your annual income for this part of the form. 12b. $ 21,468.00

**13. Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live. **CA**

Fill in the number of people in your household. **1**

Fill in the median family income for your state and size of household. 13. $ 62,938.00
To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**14. How do the lines compare?**

14a. ■ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A-2.

**Part 3:    Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X _~~Jamie Lynn Gallian~~_
**Jamie Lynn Gallian**

Official Form 122A-1    Chapter 7 Statement of Your Current Monthly Income    page 2

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

EXHIBIT 37, PAGE 810

000592

| Debtor 1 | **Jamie Lynn Gallian** | Case number (*if known*) | **8:21-bk-11710-ES** |

Signature of Debtor 1

Date   3/9/2022
       MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

---

Official Form 122A-1                **Chapter 7 Statement of Your Current Monthly Income**                page 3

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

EXHIBIT 37, PAGE 811

000593

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

In re:   JAMIE LYNN GALLIAN

                    Debtor

Verification of Creditor Matrix

The above-named Debtor hereby verify that the attached list of creditors is
True and correct to the best of her knowledge.

Date: ___3/9/2022___

Signature of Debtor

EXHIBIT 37, PAGE 812

000594

Jamie Lynn Gallian
16222 Monterey Lane Unit 376
Huntington Beach, CA 92649

Danning, Gill, Israel & Krasnoff, LLP
1901 Avenue Of The Stars,  Ste. 450
Los Angeles, CA 90067-6006

Frank Satalino
19 Velarde Ct.
Rancho Santa Margarita,  CA
92688- 8502

Huntington Beach Gables HOA
c/o Feldsott & Lee
23161 Mill Creek Dr. Ste.  300
Laguna Hills, CA 92653-7907

Huntington Mobile Home Investments
16400 Saybrook Lane
Huntington Beach, CA 92649-2277

Hyundai Capital America
P0 BOX 269011
Plano, TX 75026-9011

Janine Jasso
P.0 Box 37106
El Paso TX 79937-0161

Lee Gragnano
16062 Warmington Lane
Huntington Beach, CA 92649

Lori Burrett
16107 Sherlock Lane
Huntington Beach, CA 92649-2293

Association of Flight Attendants
6625 No. River Road Ste. 4020
Rosemont, IL. 60018

David R. Flyer
4120 Birch St. Ste. 101,
Newport Beach, CA 92660-2228

Houser Bros Co. dba Rancho Del Rey
Mobilehome Estates
16222 Monterey Ln  OFFICE
Huntington Beach, CA 92649

Houser Bros Co
dba Rancho Del Rey Mobilehome Est.
17610 Beach Blvd. Ste. 32 Huntington
Beach, CA 92647-6876

Huntington Mobile Home Investments
LLC
1100 Newport Beach Blvd. Ste 1150
Newport Beach, CA 92660

Internal Revenue Service Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346

Janine Jasso
16025 Warmington Lane
Huntington Beach, CA 92649

Lindy Beck
4443 Chase Dr.
Huntington Beach, CA 92649-2297

BS Investors, LP
18201 Von Karman, Ste. 450
Irvine, CA 92612

Gordon Rees Scully & Mansukhani
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071-2005

Huntington Harbor Village
16400 Saybrook
Huntington Beach, CA 92649-2277

Huntington Mobile Home Inv. LLC.
430 S. San Dimas Ave.
San Dimasa CA 91773-4045

Huntington Beach Gables Homeowners
Association
EPSTEN, GRINNEL, & H0WELL, APC
10200 Willow Creek Rd. Ste. 100  San
Diego, CA 92131

James H Cosello, Esq.
Casello & Lincoln,
525 N Cabrillo Park Dr. Ste 104
Santa Ana, CA 92701-5017

Jennifer Paulin
4446 Aldercort Dr.
Huntington Beach, CA 92649-2286

Lisa T. Ryan
20949 Lassen St. APT. 208
Chatsworth, CA 91311-4239

EXHIBIT 37, PAGE 813

000595

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

In re:   JAMIE LYNN GALLIAN                    CASE NO. 8:21-bk-11710-ES

Debtor

Verification of Declaration of Homestead filed with

Orange County Clerk Recorder

DOC NO. 2021000443659

The above-named Debtor(s) hereby verify that the attached Homestead
Declaration is a true and correct copy to the best of the knowledge.

Date: _3/9/2022_                    _____
                                    Signature of Debtor

EXHIBIT 37, PAGE 814

000596

Michael S. Devereux
Wex Law
9171 Wilshire Blvd. Ste. 50O
Beverly Hills, CA 90210-5536

Patricia Ryan
20949 Lassen St. Apt 208
Chatsworth, CA 91311-4239

Raquel Flyer-Dashner
4120  Birch St. Ste. 101, Newport
 Beach, CA 92660-2228

Rutan & Tucker
18575 Jamboree Rd. 9th FL Irvine,
CA 92612

Steven A. Fink
13 Corporate Plaza Ste. 150
Newport  Beach, CA 92660-7919

The Huntington Beach Gables
Homeowners Association
c/o Epsten Grinnell & Howell APC
10200 Willow Creek Road, Ste 10O
San Diego, CA 92131-1669

United Airlines
233 S. Hacker Dr.
Chicago, IL 60606-6462

Vivienne J Alston
Alston, Alston & Diebold
27201 Puerta Real Ste 300
Mission Viejo, CA 92691-8590

Orange County Alternate
Defenders Office
600 W. Santa Ana,  Ste. 600
Santa Ana, CA 92701

People of the St of CA
8141 13th Street
Westminster, CA 92683-4576

Randall Nickell
4476 Alderport Dr.
Huntington Beach. CA 92649-2288

Superior Court of California
County Of Orange
711 Civic Center Drive, West
Santa Ana, CA 92701

Suzanne Tague Ross Wolcott,
Teinert, Prout
3151 Airway Ave. S-1
Costa Mesa, CA 92626-4627

Theodore Phillips
17612 Sandea Lee
Huntington Beach, CA 92649

United Airlines
P.O. Box 0675
Carol Stream, 60132-0675

Orange County Public Defender
801 Civic Center Drive, West
Santa Ana, CA 92702

Randell Nickel
c/o Mark Mellor, Esq.
6800 Indiana Ave. Ste. 220
Riverside, CA 92506-4267

Robert P. Warmington Co.
c/o  BS Investors LP
18201 Von Karmen Ste. 450
Irvine, CA 92612-1195

Sandra L.  Bradley
18 Meadowwood,
Coto De Caza, 92679

Stanley Feldsott: Esq
Feldsott & Lee
23161 Mill Creek Drive  Ste. 300
Laguna Hills, CA 92653-7907

S 4, A California Limited
Partnership
1001 Dove Street Ste. 230
Newport  Beach, CA 92660

US BANK
PO Box5229
Cincinnati, OH 45201-5229

2

EXHIBIT 37, PAGE 815

000597

*18*

Recording Requested by :

J-SANDCASTLE CO LLC

JAMIE LYNN GALLIAN
16222 MONTEREY LANE #376
HUNTINGTON BEACH, CA 92649

When recorded mail to:

JAMIE LYNN GALLIAN
16222 MONTEREY LANE #376
HUNTINGTON BEACH, CA 92649

**Recorded in Official Records, Orange County**
**Hugh Nguyen, Clerk-Recorder**

| | |
|---|---|
| *\*R0012980956\** | 88.00 |

2021000443659 12:48 pm 07/09/21
18 414A D04   2
0.00 0.00 0.00 0.00 3.00 0.00 0.000.0075.00 3.00

*IT*
*2P*
*SB3*
*FF*

SPACE ABOVE THIS LINE FOR RECORDER USE ONLY

# HOMESTEAD DECLARATION
### CCP §704.930

APN#: | 891-569-62 |

**1. Name(s) of Declared Homestead owners:**

| JAMIE LYNN GALLIAN | , do hereby claim a Declared |

Homestead in the following real property located in:

the City of | HUNTINGTON BEACH, CA |, County of | ORANGE |, State of California,

more commonly known as:

| 16222 MONTEREY LANE SPACE 376 HUNTINGTON BEACH, CA 92649 |
*(Insert Common Street Address Above)*

and more particularly described as follows:

2014 SKYLINE CUSTOM VILLA DECAL NO. LBM1081 SERIAL NO. AC7V710394GB; AC7V710394GA; LOCATED ON LOT 376
ON APN 178-011-16, TRACT 10542, UNIT 4, PARCEL MAP BOOK 108, PG(S) 47 & 48
*(Insert Property Legal Description Above)*

**2. The Declared Homestead is the principal dwelling of the Declared Homestead Owner(s) listed above or such person(s) spouse.**

**3. The Declared Homestead Owner(s) listed above, or such person(s) spouse, resides in the Declared Homestead on the date this Homestead Declaration is recorded.**

**4. The facts stated in this Homestead Declaration are known to be true as of the personal knowledge of the person(s) below executing and acknowledging this Homestead Declaration.**

Dated: 07/08/2021

_____
*(Signature of Declared Homestead Owner or Spouse)*

| JAMIE LYNN GALLIAN |
*(Printed Name of Declared Homestead Owner or Spouse)*

_____
*(Signature of Declared Homestead Owner of Spouse)*

*Jamie Lynn Gallian*
*(Printed Name of Declared Homestead Owner or Spouse)*

( See Attached Acknowledgment )

**EXHIBIT 37, PAGE 816**

## ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _O-rge_ )

On _7/9/ 21_ before me, _Greg Buysman, Notary Public_
(insert name and title of the officer)

personally appeared _Jamie Lynn Galligan_ _____
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

**GREG BUYSMAN**
COMM # 2341449
ORANGE County
California Notary Public
Comm Exp Feb. 5, 2025

Signature _Greg B_ _____ (Seal)

EXHIBIT 38

| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **JAMIE LYNN GALLIAN**<br>16222 Monterey Ln. #376<br>Huntington Beach, CA 92649<br>(714) 321-3449<br>jamiegallian@gmail.com | **FILED**<br>MAR 15 2022<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:_____ Deputy Clerk |

☐ Attorney for Debtor
☑ Individual appearing without attorney

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA–SANTA ANA DIVISION**

| In re:<br><br>Jamie Lynn Gallian<br><br><br><br>Debtor(s) | CASE NO.: **8:21-bk-11710-ES**<br>CHAPTER: **7**<br><br>**SUMMARY OF AMENDED<br>SCHEDULES, ,<br>AND/OR STATEMENTS<br>[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D, or E/F (see <u>Abbreviated Fee Schedule</u> on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? __XX__ Yes

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B          ☐ Schedule C          ☑ Schedule D          ☑ Schedule E/F          ☐ Schedule G

☐ Schedule H          ☐ Schedule I          ☐ Schedule J          ☐ Schedule J-2          ☐ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s)          ☐ Statement of Intentions          ☐ Master Mailing List

☐ Other (specify) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and/or statements are true and correct.

Date:    _3/11/2022_          _[signature]_
                              **Jamie Lynn Gallian**
                              Debtor 1 Signature

                              Debtor 2 (Joint Debtor) Signature (if applicable)

<u>NOTE:</u> It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                    Page 1                    F 1007-1.1.AMENDED.SUMMARY

**EXHIBIT 38, PAGE 818**

000601

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**5801 Skylab Road Huntington Beach, CA 92647**

A true and correct copy of the foregoing document entitled (*specify*):    **Summary of Amended Schedules, Master Mailing List, and or Statements**    will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 3/11/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Jeffrey I Golden (TR)    lwerner@wgllp.com, jig@trustesolutions.net;kadele@wgllp.com
Mark A Mellor    mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com
Valerie Smith    claims@recoverycorp.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

                                                                      ☒ Service information continued on attached
page

**2.  SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

                                                                      ☐ Service information continued on attached
page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

                                                                      ☐ Service information continued on attached
page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| 3/14/2022 | Robert McLelland | *Robert McLelland* |
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

## 1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

Aaron E DE Leest on behalf of Trustee Jeffrey I Golden (TR)
adeleest@DanningGill.com, danninggill@gmail.com; adeleest@ecf.inforuptcy.com

Jeffrey I Golden (TR)    lwerner@wgllp.com, jig@trusteesolutions.net; kadele@wgllp.com

D Edward Hays on behalf of Interested Party Courtesy NEF
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays on behalf of Plaintiff Houser Bros. Co.
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Eric P Israel on behalf of Trustee Jeffrey I Golden (TR)
eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Laila Masud on behalf of Interested Party Courtesy NEF
lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Laila Masud on behalf of Plaintiff Houser Bros. Co.
lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Mark A Mellor on behalf of Defendant Randall L Nickel
mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com

Mark A Mellor on behalf of Interested Party Courtesy NEF
mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com

Valerie Smith on behalf of Interested Party Courtesy NEF        claims@recoverycorp.com

United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

## 2. SERVED BY U.S. MAIL

Jamie Lynn Gallian
16222 Monterey Ln. Unit 376
Huntington Beach, CA 92649

The Honorable Erithe A. Smith
U.S. Bankruptcy Court
411 West Fourth Street, Suite 5040
Santa Ana, CA 92701-4593

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

Feldsott & Lee
23161 Mill Creek Drive, Ste.
300 Laguna Hills, CA
92653-7907

Janine Jasso
16025 Warmington Lane
Huntington Beach, CA 92649

Janine Jasso
P.O Box 37106
El Paso TX 79937-0161

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

1

EXHIBIT 38, PAGE 820

000603

Association of Flight
Attendants 6625 No. River
Road Ste. 4020 Rosemont, IL.
60018

David R. Flyer
4120 Birch St. Ste. 101,
Newport Beach, CA
92660-2228

Houser Bros. Co.
dba Rancho Del Rey Estates
16222 Monterey Ln (Office)
Huntington Beach, CA
92649-6214

Huntington Beach Gables HOA
c/o Feldsott & Lee
23161 Mill Creek Dr. Ste. 300
Laguna Hills, CA 92653-7907

Huntington Mobile Home
Investments 16400 Saybrook
Lane
Huntington Beach, CA
92649-2277

J-Sandcastle Co, LLC
16222 Monterey Ln. Unit 376
Huntington Beach, CA 92649

James H Cosello, Esq.
Casello & Lincoln,
525 N Cabrillo Park Dr. Ste
104 Santa Ana, CA
92701-5017

Lindy Beck
4443 Chase Dr.
Huntington Beach, CA
92649-2297

BS Investors, LP
Grant, Genovese & Baratta
2230 Main Street, Ste. 1600
Irvine, CA 92614

Frank Satalino
18 Velarde CT
Rancho Santa Margarita, CA
92688-8502

Gordon Rees Scully &
Mansukhani    633 W 5th
Street, 52nd Floor    Los
Angeles, CA 90071-2005

Huntington Mobile Home Inv.
LLC.
430 S. San Dimas Ave.
San Dimasa CA 91773-4045

Huntington Mobile Home
Investments LLC
1100 Newport Beach Blvd. Ste
1150 Newport Beach, CA 92660

Janine Jasso
16025 Warmington Lane
Huntington Beach, CA 92649

Jennifer Paulin
4446 Alderport Dr.
Huntington Beach, CA 92649

Lisa T. Ryan
20949 Lassen St. APT. 208
Chatsworth, CA 91311-4239

Danning, Gill, Israel & Krasnoff, LLP
1901 Avenue Of The Stars,  Ste.
450   Los Angeles, CA 90067-6006

Huntington Harbor Village
16400 Saybrook
Huntington Beach, CA92649-2277

Huntington Beach Gables
Homeowners Association
EPSTEN, GRINNEL, & HOWELL,APC
10200 Willow Creek Rd. Ste. 100
San Diego, CA 92131

Hyundai Capital America
PO BOX 269011
Plano, TX 75026-9011

Internal Revenue Service
Insolvency  P.O. Box 7346
Philadelphia, PA 19101-7346

J-Pad, LLC
21742 Anza Avenue
Torrance, Ca 90503

Lee Gragnano
16062 Warmington Lane
Huntington Beach, CA 92649

Lori Burrett
16107 Sherlock
Huntingotn Beach, CA 927649

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

Michael S. Devereux
Wex Law
9171 WilshireBlvd. Ste. 500
Beverly Hills, CA 90210-5536

Orange County Alternate
Defender 600 Santa Ana Blvd.
Ste. 600 Santa Ana, CA 92702

Randall Nickell
4476 Alderport Dr.
Huntington Beach. CA 92649

Robert.P. Warmington Co.
c/o BS Investors LP
18201 Von Karmen Ste. 450
Irvine, CA 92612

Sandra Bradley
18 Meadowwood,
Coto De Caza, Ca 92679

Stanley Feldsott: Esq
Feldsott & Lee
23161 Mill Creek Drive Ste.
300 Laguna Hills, CA
92653-7907

Theodore Phillips
17612 Sandea Lee
Huntington Beach, CA 92649

United Airlines
233 S. Hacker Dr.
Chicago, IL 60606-6462

Vivienne J Alston
Alston, Alston &Diebold
27201 Puerta Real Ste 300
Mission Viejo, CA 92691-8590

Orange County Tax Collector
P.O. Box 149
Santa Ana, CA 92701

Patricia Ryan
20949 Lassen St. Apt 208
Chatsworth, CA 913 J 1-4239

Randell Nickel
c/o Mark Mellor, Esq.
6800 Indiana Ave. Ste. 220
Riverside, CA 92506-4267

Rutan & Tucker
18575 Jamboree Rd. 9th FL
Irvine, CA 92612

Steven A. Fink
13 Corporate Plaza Ste. 150
Newport Beach, CA 92660

Suzanne Tague Ross Wolcott,
Teinert, Prout
3151 Airway Ave. S-1
Costa Mesa, CA 92626-4627

United Airlines
P.O.Box 0675
Carol Stream, 60132-0675

Orange County Public
Defender 801 Civic Center
Drive, West Santa Ana, CA
92702

People of the St of CA
8141 13th Street
Westminster, CA
92683-4576

Raquel Flyer-Dashner
4120 Birch St. Ste. 101,
Newport Beach, CA 92660

S 4, A California Limited
Partnership
1001 Dove Street Ste. 230
Newport Beach, CA 92660

Superior Court of California
County Of Orange
711 Civic Center Drive, West
Santa Ana, CA 9270 l

The Huntington Beach Gables
Homeowners Association
c/o Epsten Grinnell & Howell
APC 10200 Willow Creek Road,
Ste 100
San Diego, CA 92131

USBANK
PO Box 5229
Cincinnati, OH 45201-5229

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                    F 9013-3.1.PROOF.SERVICE

EXHIBIT 38, PAGE 822

000605

| Debtor 1 | Jamie Lynn Gallian | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA–SANTA ANA DIVISION | | |
| Case number (if known) | 8:21-bk-11710-ES | | |

■ Check if this is an
amended filing

## Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:**    List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|---|---|
| **2.1** | **Orange County Tax Assessor** Creditor's Name | Describe the property that secures the claim: **16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; Decal No. LBM1081.** | $ 0.00 | $235,000.00 | $0.00 |

P.O. Box 1438
Santa Ana, CA
92701

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number    **LPT 891-569-62**

Official Form 106D    Schedule D: Creditors Who Have Claims Secured by Property    page **1 of 9**

EXHIBIT 38, PAGE 823

000606

Debtor 1  **Jamie Lynn Gallian** _____    Case number (if known)  **8:21-bk-11710-ES**
First Name    Middle Name    Last Name

| 2.2 | Janine Jasso | Describe the property that secures the claim: | $ 46,138.00 | $ 235,000.00 | $ 188,862.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; LBM1081**

**Judgment Superior Court of California for the CO of Orange Case No. 30-2017-00913985; Recorded Doc No. 2018000467142**

16025 Warmington Lane
Huntington Beach, CA
92649
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred  **12/4/2018**    Last 4 digits of account number _____

| 2.3 | Jennifer Paulin | Describe the property that secures the claim: | $   0.00 | $235,000.00 | $   0.00 |
|---|---|---|---|---|---|

Creditor's Name

**16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; LBM1081.**

**Judgment Superior Court of California for the CO of Orange Case No. 30-2017-00913985; Recorded Doc No. 2018000467142**

4446 Alderport Drive
Huntington Beach, CA
92649
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☒ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred  **12/4/2018**    Last 4 digits of account number _____

Add the dollar value of your entries in Column A on this page. Write that number here:
If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:

**$  46,138.00**

**Part 2:  List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Official Form 106D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page **2 of 9**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

EXHIBIT 38, PAGE 824

000607

Debtor 1   **Jamie Lynn Gallian**
   First Name     Middle Name     Last Name

Case number (if known)   **8:21-bk-11710-ES**

| 2.4 | **Lindy Beck** | Describe the property that secures the claim: | $ 0.00 | $ 235,000.00 | $ 0.00 |
|---|---|---|---|---|---|

Creditor's Name

**16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; LBM1081**

**Judgment Superior Court of Califonia for the CO of Orange Case No. 30-2017-00913985; Recorded Doc No. 2018000467142**

**4443 Chase
Huntington Beach, CA
92649**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Who owes the debt?** Check one
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☒ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **12/4/2018**     Last 4 digits of account number _____

| 2.5 | **Lori Burrett** | Describe the property that secures the claim: | $ 0.00 | $235,000.00 | $ 0.00 |
|---|---|---|---|---|---|

Creditor's Name

**16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; LBM1081.**

**Judgment Superior Court of California for the CO of Orange Case No. 30-2017-00913985; Recorded Doc No. 2018000467142**

**16107 Sherlock
Huntington Beach, CA
92649**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☒ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **12/4/2018**     Last 4 digits of account number _____

Add the dollar value of your entries in Column A on this page. Write that number here:
If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:

$ 0.00

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Official Form 106D     Additional Page of Schedule D: Creditors Who Have Claims Secured by Property     page 3 of 9

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

EXHIBIT 38, PAGE 825

000608

Debtor 1   **Jamie Lynn Gallian**

First Name    Middle Name    Last Name

Case number (if known)   **8:21-bk-11710-ES**

| 2.6 | **Lee Gragnano** | | | | | |
|---|---|---|---|---|---|---|
| | Creditor's Name | | $ 0.00 | $ 235,000.00 | $ | 0.00 |

Describe the property that secures the claim:

**16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; LBM1081**

**Judgment Superior Court of Califonia for the CO of Orange Case No. 30-2017-00913985;**
**Recorded Doc No. 2018000467142**

**16062 Warmington Lane
Huntington Beach, CA
92649**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred   **12/4/2018**

Last 4 digits of account number

| 2.7 | **Theodore Phillips** | | | | | |
|---|---|---|---|---|---|---|
| | Creditor's Name | | $ 0.00 | $235,000.00 | $ | 0.00 |

Describe the property that secures the claim:

**16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; LBM1081.**

**Judgment Superior Court of California for the CO of Orange Case No. 30-2017-00913985;**
**Recorded Doc No. 2018000467142**

**17612 Sandra Lee
Huntington Beach, CA
92649**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☒ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred   **12/4/2018**

Last 4 digits of account number

Add the dollar value of your entries in Column A on this page. Write that number here:
If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:

| $ | 0.00 |
|---|---|

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Official Form 106D         Additional Page of Schedule D: Creditors Who Have Claims Secured by Property         page   **4 of 9**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

Debtor 1  **Jamie Lynn Gallian**
   First Name   Middle Name   Last Name

Case number (if known)  **8:21-bk-11710-ES**

| | | | | |
|---|---|---|---|---|
| **2.8** | **Huntington Beach Gables Homeowners Association** | Describe the property that secures the claim: | $ 9,265.00 | $ 235,000.00 | $ |

Creditor's Name

Describe the property that secures the claim:

**16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; LBM1081**

**Judgment Superior Court of California for the CO of Orange Case No. 30-2018-00962999;**

**Recorded Doc No. 2019000148568**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**10200 Willow Creek Rd. Ste. 100 San Diego, CA 92131**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **03/21/2019**      Last 4 digits of account number ____

| | | | | |
|---|---|---|---|---|
| **2.9** | **Huntington Beach Gables Homeowners Association** | Describe the property that secures the claim: | $ 319,653.59 | $235,000.00 | $ |

Creditor's Name

**16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; LBM1081.**

**Judgment Superior Court of California for the CO of Orange Case No. 30-2017-00913985**

**Recorded Doc No. 2019000165259**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**10200 Willow Creek Rd. Ste. 100 San Diego, CA 92131**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☒ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **5/6/2019**      Last 4 digits of account number ____

Add the dollar value of your entries in Column A on this page. Write that number here:
If this is the last page of your form, add the dollar value totals from all pages. Write that number here:

$ 328,918.59

**Part 2:** List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**EXHIBIT 38, PAGE 827**

000610

| Debtor 1    **Jamie Lynn Gallian** | | Case number (if known)    **8:21-bk-11710-ES** | |
|---|---|---|---|
| First Name    Middle Name    Last Name | | | |

| | **BS Investors-LP** | | | | |
|---|---|---|---|---|---|
| 2.10 | **Lessor** | Describe the property that secures the claim: | $    0.00 | $ 235,000.00 | $    0.00 |
| | Creditor's Name | **16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; LBM1081** | | | |

**18201 Von Karman Ste.400 Irvine, CA 92612**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

Date debt was incurred    12/12/2019    Last 4 digits of account number

| | **Houser Bros, GP dba Rancho** | | | | |
|---|---|---|---|---|---|
| 2.11 | **Del Rey Mobilehome Estates Park Manager** | Describe the property that secures the claim: | $    0.00 | $235,000.00 | $    0.00 |
| | Creditor's Name | **16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; LBM1081.** | | | |

**16222 Monterey Ln, (OFC) Huntington Beach, CA 92649**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Who owes the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- XX Other (including a right to offset)

**Houser Bros Co received post petition CA Covid-19 Rent Relief Funds Award to Debtor on 10/27/2021. Ck No, 58066665, $ 24301.55. Debtor filed Application For Relief from Forfeiture OCSC ST Court 30-2019-01041423 on 11/8/2021; Refer to Minute**

Date debt was incurred    Last 4 digits of account number **Order 11/10/2021-Honorable Sheri Honer, C-66.**

Add the dollar value of your entries in Column A on this page. Write that number here:    $    0.00
If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Official Form 106D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page    6 of 9

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Jamie Lynn Gallian**
First Name      Middle Name           Last Name                        Case number (if known)    **8:21-bk-11710-ES**

| 2.12 | **S 4, A California Limited Partnership. Tenant** | Describe the property that secures the claim: | $ 0.00 | $ 235,000.00 | $ 0.00 |

Creditor's Name

Describe the property that secures the claim:
**16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; LBM1081**

**1001 Dove Street, Ste. 230 Newport Beach, CA 92660**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Other (including a right to offset)
☐ Judgment lien from a lawsuit

Date debt was incurred  **12/12/2019**         Last 4 digits of account number

| 2.13 | **Huntington Beach Gables Homeowners Association** | Describe the property that secures the claim: | $ 46,138.00 | $235,000.00 | $ |

**Gorden, Rees, Skully Mansukhani, APC**
Creditor's Name

Describe the property that secures the claim:
**16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; LBM1081.**

**Judgment Superior Court of California for the CO of Orange Case No. 30-2017-00913985 Recorded Doc No. 2018000467412**

**633 W. 5th Street 52 FL Los Angeles, CA 90071-2005**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☒ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
XX Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred  **12/4/2018**          Last 4 digits of account number

Add the dollar value of your entries in Column A on this page. Write that number here:          $    46,138.00
If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Official Form 106D      Additional Page of Schedule D: Creditors Who Have Claims Secured by Property      **Page 7 of 9**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor 1  **Jamie Lynn Gallian**
    First Name    Middle Name    Last Name

Case number (if known)  **8:21-bk-11710-ES**

| | | |
|---|---|---|
| **2.14** **Huntington Beach Gables** **Homeowners Association** | Describe the property that secures the claim: | $ 319,653.19    $ 235 000.00    $ |

Creditor's Name

**16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; LBM1081**

**Judgment Superior Court of California for he CO of Orange Case No. 30-2017-00913985**

**Recorded Doc No.2019000166068**

10200 Willow Creek Rd.
Ste. 100
San Diego, CA 92131
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Abstract Released by Gables HOA 9/10/2020 OC CLK REC. Doc No. 20200000481922**

Date debt was incurred  **N/A**

Last 4 digits of account number

| | | |
|---|---|---|
| **2.15** **Huntington Beach Gables** **Homeowners Association** | Describe the property that secures the claim: | $ 3,070.00    $235,000.00    $ |

Creditor's Name

**16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; LBM1081.**

**Judgment Superior Court of California for the CO of Orange Case No. 30-2017-00913985**

**Recorded Doc No. 2018000435011**

10200 Willow Creek Rd.
Ste. 100
San Diego, CA 92131
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☒ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred  **9/27/2018**

Last 4 digits of account number

Add the dollar value of your entries in Column A on this page. Write that number here:  **$ 322,723.19**
If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:

**Part 2:** List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Official Form 106D      Additional Page of Schedule D: Creditors Who Have Claims Secured by Property      page  **8 of 9**

Software Copyright (c) 1996 2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**EXHIBIT 38, PAGE 830**

000613

Debtor 1    Jamie Lynn Gallian

First Name    Middle Name    Last Name

Case number (if known)    8:21-bk-11710-ES

| 2.16 | People of the State of California | Describe the property that secures the claim: | $ 13,229.34 | $ 235,000.00 | $ |

Creditor's Name

16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; LBM1081

Judgment Superior Court of Callfornia for the CO of Orange Case No. 18WM05278;

Recorded Doc No. 2021000348287

8141 13th Street
Westminister, CA
92683

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    Less Debtor Paid Fine & Fees pursuant to CT Order 12/12/2019 @ WJC

Date debt was incurred 12/12/19; 1/20/21    Last 4 digits of account number _____

| 2.17 | Janine Jasso | Describe the property that secures the claim: | $ 13,229.34 | $235,000.00 | $ |

Creditor's Name

16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; LBM1081.

Judgment Superior Court of Callfornia for the CO of Orange Case No. 18WM05278;

Recorded Doc No. 2021000348287

16025 Warmington Ln
Huntington Beach, CA
92649

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☒ Judgment lien from a lawsuit
☒ Other (including a right to offset)    Civil Attorney Fees 6785 with Misc
Less Debtor Paid Fine & Fees pursuant to CT Order 12/12/2019 @ WJC

Date debt was incurred    1/20/2021    Last 4 digits of account number _____

Add the dollar value of your entries in Column A on this page. Write that number here:
If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:

$ 26,458.68

**Part 2:**    List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Official Form 106D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page 9 of 9

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

EXHIBIT 38, PAGE 831

000614

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jamie Lynn Gallian** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION | | |
| Case number (if known) | **8:21-bk-11710-ES** | | |

■ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:  List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | **Internal Revenue Service** | Last 4 digits of account number **3936** | **$3,361.00** | **$3,361.00** | **$0.00** |
| | Priority Creditor's Name | | | | |

**Internal Revenue Service**
Priority Creditor's Name
**Insolvency**
**PO BOX 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number **3936**

When was the debt incurred?    **2018**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify   **Potential 2018 Income Tax**

### Part 2:  List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

---

Official Form 106 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page **1** of 8

EXHIBIT 38, PAGE 832

000615

Debtor 1    **Jamie Lynn Gallian**                                      Case number (if known)    **8:21-bk-11710-ES**

**4.1**

| Gordon, Reese, Scully & Mansukhani | |
| --- | --- |
Nonpriority Creditor's Name
**633 W. 5th St. Fl. 52**
**Los Angeles, CA 90071**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number    **N/A**                    **Unknown**

When was the debt incurred?    **2021**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **possible remittur amount owed as part of Hunt, Beach Gables**

---

**4.2**

| Houser Bros Co. dba Rancho Del | |
| --- | --- |
Nonpriority Creditor's Name
**Rey Mobilehome Estates-**
**Property Manager**
**17610 Beach Blvd. Ste. 32 Huntington**
**Beach, CA 92647**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ Yes
- ☐ No

Last 4 digits of account number    _____    **Unknown**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    Park Manager, Houser Bros Co refused to accept tendered Ground space payments, post petition (7/9/2021); Refused CA Covid19 Rent Relief Award Check No. 58066665  $ 24,301.55, post petition November 8, 2021.

---

**4.3**

| Huntington Beach Gables HOA | |
| --- | --- |
Nonpriority Creditor's Name
**c/o Epstein, Grinnell & Howell, APC**
**10200 Willow Creek Rd. Ste. 100**
**San Diego, CA 92131**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number    **3985**                    **$ unknown**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Potential Remittur for attorneys fees and costs**

---

**Part 2**

Official Form 106 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page    **2 of 8**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

EXHIBIT 38, PAGE 833

000616

Debtor 1   **Jamie Lynn Gallian**                                    Case number (if known)    **8:21-bk-11710-ES**

| | | |
|---|---|---|
| **4.4** | **Huntington Beach Gables HOA** | Last 4 digits of account number    **2999**                **$ unknown** |

Nonpriority Creditor's Name
c/o Epstein, Grinnell & Howell, APC
10200 Willow Creek Rd. Ste. 100
San Diego, CA 92131
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profitsharing plans, and other similar debts
- ■ Other. Specify  **Potential Remittur for Attorney Fees & Costs**

---

| | | |
|---|---|---|
| **4.5** | **James H. Casello, Esq.** | Last 4 digits of account number    **N/A**                **$ Unknown** |

Nonpriority Creditor's Name
Casello & Lincoln
525 N. Cabrillo Park Dr. Ste. 104
Santa Ana, CA 92701
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Misc Attorneys Fees & Costs**

---

| | | |
|---|---|---|
| **4.6** | Potential Assignee of CREDITOR Huntington Beach Gables | **Homeowners Association**        **Unknown** |

**Feldsott & Lee**
Last 4 digits of account number

Nonpriority Creditor's Name
23161 Mill Creek Dr. Ste. 300
Laguna Hills, CA 92653
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Misc; Gables HOA**

---

**Part 2**

EXHIBIT 38, PAGE 834

000617

Debtor 1    Jamie Lynn Gallian                                           Case number (if known)    8:21-bk-11710-ES

| 4.7 | Danning, Gill, Israel & Krasnoff, LLP | Last 4 digits of account number | Unknown |
| --- | --- | --- | --- |

Nonpriority Creditor's Name
1901 Avenue Of The Stars, Ste. 450
Los Angeles, CA 90067-6006

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Potential Attorney Fees misc. debt.**

---

| 4.8 | Lisa Ryan | Last 4 digits of account number    N/A | Unknown |
| --- | --- | --- | --- |

Nonpriority Creditor's Name
20949 Lassen St. #208
Chatsworth, CA 91311

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Listed solely as a precaution-Misc. Debt.
1/1/2006 Lease Agreement Lot 376, with  Rancho Del Rey MHE..**

---

| 4.9 | Orange County Alternate Defender | Last 4 digits of account number    5278 | Unknown |
| --- | --- | --- | --- |

Nonpriority Creditor's Name
600 Santa Ana Blvd. Ste. 600
Santa Ana, CA 92702

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Attorney Fees & Costs**

---

**Part 2**

Official Form 106 E/F                Schedule E/F: Creditors Who Have Unsecured Claims                Page  **4 of 8**
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

---

EXHIBIT 38, PAGE 835

000618

Case 8:21-bk-11710-ES    Doc 75    Filed 03/15/22    Entered 03/15/22 10:49:38    Desc
Main Document    Page 19 of 22

Debtor 1    Jamie Lynn Gallian                                   Case number (if known)    8:21-bk-11710-ES

| 4.10 | Patricia Ryan | | Last 4 digits of account number | Unknown |
|------|------|------|------|------|

Nonpriority Creditor's Name

When was the debt incurred?

20949 Lassen St. #208
Chatsworth, CA 91311

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Listed solely as a precaution-Misc.**
  **1/1/2006 Lease Agreement  Lot 376  Rancho Del Rey MHE**

---

| 4.11 | Robert P. Warmington Co. | | Last 4 digits of account number | Unknown |
|------|------|------|------|------|

Nonpriority Creditor's Name
c/o BS Investors, LP
18201 Von Karmen Ste. 450 Irvine, CA 92612

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

- ■ Contingent
- ■ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Tract 10542 Unit 4, Lot 376-Misc Debt**

---

| 4.12 | Randall Nickels | | Last 4 digits of account number | Unknown |
|------|------|------|------|------|

Nonpriority Creditor's Name
4476 Alderport Drive, Unit 53
Huntington Beach, CA 92649

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Listed as a precaution for possible claims related to 10/31/2018**
  **Assignment of Subleasehold  4476 Alderport Dr  #53, Huntington Beach, CA.**

**Part 2**

EXHIBIT 38, PAGE 836

000619

Case 8:21-bk-11710-ES    Doc 75    Filed 03/15/22    Entered 03/15/22 10:49:38    Desc
Main Document    Page 20 of 22

Debtor 1    **Jamie Lynn Gallian**    Case number (if known)    **8:21-bk-11710-ES**

| 4.13 | **United Airlines** | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | Last 4 digits of account number    **0092** | **$9,600.00** |
| | PO BOX 0675 | | |
| | Carol Stream, IL 60132-0675 | When was the debt incurred? | |
| | Number Street City State Zip Code | | |
| | Who incurred the debt? Check one. | As of the date you file, the claim is: Check all that apply | |

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Cobra payments**

| 4.14 | **US Bank** | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | Last 4 digits of account number    **6482** | **$9,145.00** |
| | Attn: Bankruptcy Dept | | |
| | Po Box 5229 | When was the debt incurred?    **???** | |
| | Cincinnati, OH 45201 | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | |
| | Who incurred the debt? Check one. | | |

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **misc. purchases**

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| | Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|---|
| 5.1 | BS Investors/Robert P. Warmington | Line 4.11 (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims |
| | c/o Gorden May | | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Grant, Genovese & Baratta | | |
| | 2030 Main St. Ste. 1600 | | |
| | Irvine, CA 92614 | Last 4 digits of account number    **Tract 10542, Unit 4, Lot 376** | |

| | Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|---|
| 5.2 | Feldsott & Lee | Line 4.6 (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims |
| | 23161 Mill Creek Dr. Ste. 300 | | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Laguna Hills, CA 92653 | Last 4 digits of account number | |

| | Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|---|
| 5.3 | Randall Nickels | Line 4.12 (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims |
| | c/o Mark Mellor, Esq. | | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | 6800 Indiana Ave. Ste. 200 | | |
| | Riverside, CA 92506 | Last 4 digits of account number | |

Official Form 106 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page **6 of 8**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 8:21-bk-11710-ES    Doc 75    Filed 03/15/22    Entered 03/15/22 10:49:38    Desc
Main Document    Page 21 of 22

Debtor    JAMIE LYNN GALLIAN
FIRST NAME    Middle Name    Last Name                                    Case Number (if known) 8:21-bk-11719-ES

**4.15** B.S. INVESTORS, LP
Nonpriority Creditor's Name

18201 VON KARMAN
Number    Street

SUITE 450

IRVINE, CA 92612
City    State    ZIP Code

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    Potential Assignee of CREDITOR Huntington
When was the debt incurred?    Beach Gables Homeowners Association;

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Attorneys Fees; Ground Rent

$ Unknown

**4.16** S 4 I, LP, A California Limited Partnership
Nonpriority Creditor's Name

1001 DOVE STREET
Number    Street

SUITE 230

NEWPORT BEACH, CA 92660
City    State    ZIP Code

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    Potential Assignee of CREDITOR Huntington
When was the debt incurred?    Beach Gables Homeowners Association;

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Attorneys Fees; Ground Rent

$ Unknown

**4.17** LPL Asset Management Co.
Nonpriority Creditor's Name

18201 VON KARMAN  STE. 450
Number    Street

IRVINE, CA 92612
City    State    ZIP Code

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    Potential Assignee of CREDITOR Huntington
When was the debt incurred?    Beach Gables Homeowners Association;

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Attorney's Fees; Ground Rent

$ Unknown

EXHIBIT 38, PAGE 838

000621

Debtor 1    **Jamie Lynn Gallian**                                     Case number (if known)    **8:21-bk-11710-ES**

| | Name and Address | | |
|---|---|---|---|
| 5.4 | **Alston, Alston & Diebold** <br> **27201 Puerta Real Ste.300** <br> **Mission Viejo, CA 92691** | On which entry in Part 1 or Part 2 did you list the original creditor? <br> Line **4.2** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims <br> Line **4.8; 4.10** ■ Part 2: Creditors with Nonpriority Unsecured Claims <br> Last 4 digits of account number | |
| 5.5 | **Superior Court of California,** <br> **County of Orange** <br> **700 Civic Center Drive, West** <br> **Santa Ana, Ca 92701** | On which entry in Part 1 or Part 2 did you list the original creditor? <br> Line **4.9** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims <br> ■ Part 2: Creditors with Nonpriority Unsecured Claims <br> Last 4 digits of account number    **1805278** | |
| 5.6 | **Superior Court of California,** <br> **County of Orange** <br> **8131 13th Street** <br> **Westminster . CA 92683** | On which entry in Part 1 or Part 2 did you list the original creditor? <br> Line **4.9** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims <br> ■ Part 2: Creditors with Nonpriority Unsecured Claims <br> Last 4 digits of account number    **1805278** | |
| | Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? <br> Line ___ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims <br> ☐ Part 2: Creditors with Nonpriority Unsecured Claims <br> Last 4 digits of account number | |
| 5.7 | **Rutan & Tucker** <br> **18575 Jamboree Rd. 9th FL** <br> **Irvine, CA 92612** | On which entry in Part 1 or Part 2 did you list the original creditor? <br> Line 4.2 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims <br> 4.15; 4.16; 4.17 X Part 2: Creditors with Nonpriority Unsecured Claims <br> Last 4 digits of account number | |
| 5.8 | **Orange County Public Defender** <br> **801 Civic Center Drive, West** <br> **Santa Ana, CA 92702** | Line 4.9 of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims <br> X Part 2: Creditors with Nonpriority Unsecured Claims <br> Last 4 digits of account number    **5278** | |

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | Domestic support obligations | 6a. | $ 0.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. | $ 3,361.00 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ 0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 3,361.00 |
| | | | | Total Claim |
| **Total claims from Part 2** | 6f. | Student loans | 6f. | $ 0.00 |
| | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ 0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ 0.00 |
| | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ |

Official Form 106 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page **8 of 8**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

EXHIBIT 38, PAGE 839

000622

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| JAMIE LYNN GALLIAN<br>16222 MONTEREY LN. SPACE 376<br>HUNTINGTON BEACH, CA 92649<br>714-321-3449<br>JAMIEGALLIAN@GMAIL.COM | |

☒ Individual appearing without attorney
☐ Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>JAMIE LYNN GALLIAN | CASE NO.:  8:21-bk-11710-SC<br>CHAPTER:  7 |
|---|---|
| | **SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS<br>[LBR 1007-1(c)]** |
| Debtor(s) | |

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added? ☐ Yes ☒ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☒ Schedule A/B    ☐ Schedule C    ☐ Schedule D    ☐ Schedule E/F    ☐ Schedule G
☐ Schedule H    ☒ Schedule I    ☒ Schedule J    ☐ Schedule J-2    ☐ Statement of Financial Affairs
☐ Statement About Your Social Security Numbers    ☐ Statement of Intention    ☐ Master Mailing List
☐ Other (specify) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and/or statements are true and correct.

Date: _10/20/2024_____

Debtor 1 Signature   _JAMIE LYNN GALLIAN_

Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE**: It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2015                          Page 1                          F 1007-1.1.AMENDED.SUMMARY

000623

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
16222 MONTEREY LN. UNIT 378 HUNTINGTON BEACH, CA 92649

A true and correct copy of the foregoing document entitled (*specify*): **SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS [LBR 1007-1(c)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
__10/20/2024_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| __10/20/2024__ | JOSEPH CLARK | *Joseph Clark* |
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

*December 2015*                    Page 2                    **F 1007-1.1.AMENDED.SUMMARY**

000624

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- **Bradford Barnhardt**    bbarnhardt@marshackhays.com,
  bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com
- **Aaron E. DE Leest**    adeleest@marshackhays.com,
  adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- **Robert P Goe**    kmurphy@goeforlaw.com,
  rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@g
  oeforlaw.com
- **Jeffrey I Golden (TR)**    lwerner@go2.law,
  jig@trustesolutions.net;kadele@go2.law;C205@ecfcbis.com
- **D Edward Hays**    ehays@marshackhays.com,
  ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendo
  za@ecf.courtdrive.com
- **Brandon J. Iskander**    biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **Eric P Israel**    eisrael@danninggill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- **Shantal Malmed**    shantal.malmed@gmlaw.com, cheryl.caldwell@gmlaw.com
- **Laila Masud**    lmasud@marshackhays.com,
  lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com
- **Mark A Mellor**    mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com
- **Valerie Smith**    claims@recoverycorp.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                  Page 4

000625

**Fill in this information to identify your case and this filing:**

Debtor 1    JAMIE LYNN GALLIAN
_____
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the:  Central District of California

Case number    8:21-BK-11710-SC
_____

☑ Check if this is an
amended filing

## Official Form 106A/B

# Schedule A/B: Property                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
☑ Yes. Where is the property?

1.1.  16222 Monterey Ln. Unit 376
_____
Street address, if available, or other description

Tr. 10542, Misc Maps, Bk 456/49-50
_____

Huntington Beach        CA      92649
_____
City                    State   ZIP Code

ORANGE
_____
County

On 11/1/18, Debtor purchased a Used 2014 Skyline manufactured
home with the sale proceeds from her previous homestead through
a private sale, not thru a broker. Debtor has resided in the home as her
her personal residence since 11/1/2018 and always intended to.
On 2/25/2021, J-Sandcastle Co HCD COT RO of 2014 Skyline
Manufactured home LBM 1081, executed Releasing Signature on
Original COT. Debtor submitted HCD Application, HCD Notice of
Sale/Transfer executed 2/25/2021 for -0- consideration and
registered the manufactured home in her name to obtain Sp. 376
Lease. Debtor filed a pre-petition Declared Homestead CCP
§704.930, with OC Clerk Rec. Instru. No. 2021000443659.
Docket 72.

_____
Street address, if available, or other description

_____

_____
City                    State   ZIP Code

_____
County

**What is the property?** Check all that apply.

☑ Single-family home
☑ Duplex or multi-unit building
☑ Condominium or cooperative
☑ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other  Rec. Covenants Running With
The Land

**Who has an interest in the property?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: 891-569-62, part of 178-011-16

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$ 539,000.00

**Current value of the portion you own?**
$ 539,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
80yr unexpired Recorded Gr. Lease
Book 13824, page 1259, OC Clk Rec.

☐ **Check if this is community property** (see instructions)

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$_____

**Current value of the portion you own?**
$_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
_____

☐ **Check if this is community property** (see instructions)

Debtor 1    JAMIE LYNN GALLIAN                                                                 Case number (if known)    8:21-BK-11710-SC
_____
First Name    Middle Name    Last Name

| | | |
|---|---|---|
| 1.3. | _____ <br> Street address, if available, or other description <br><br> _____ <br><br> _____ <br> City            State    ZIP Code <br><br> _____ <br> County | **What is the property?** Check all that apply. <br> ☐ Single-family home <br> ☐ Duplex or multi-unit building <br> ☐ Condominium or cooperative <br> ☐ Manufactured or mobile home <br> ☐ Land <br> ☐ Investment property <br> ☐ Timeshare <br> ☐ Other _____ <br><br> **Who has an interest in the property?** Check one. <br> ☐ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br><br> **Other information you wish to add about this item, such as local property identification number:** _____ | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* <br><br> **Current value of the entire property?**   **Current value of the portion you own?** <br> $_____   $_____ <br><br> **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.** <br> _____ <br><br> ☐ **Check if this is community property** (see instructions) |

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.** ……………………………………………➔  $ | 539,000.00 |

---

## Part 2:    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☒ Yes

| | | |
|---|---|---|
| 3.1. | Make:  Kia <br> Model:  Sportage <br> Year:  2020 <br> Approximate mileage:  15,000 <br><br> Other information: <br> [box] | **Who has an interest in the property?** Check one. <br> ☒ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br><br> ☐ **Check if this is community property** (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* <br><br> **Current value of the entire property?**   **Current value of the portion you own?** <br> $    8,000.00   $    8,000.00 |

If you own or have more than one, describe here:

| | | |
|---|---|---|
| 3.2. | Make:  _____ <br> Model:  _____ <br> Year:  _____ <br> Approximate mileage:  _____ <br><br> Other information: <br> [box] | **Who has an interest in the property?** Check one. <br> ☐ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br><br> ☐ **Check if this is community property** (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* <br><br> **Current value of the entire property?**   **Current value of the portion you own?** <br> $_____   $_____ |

---

Debtor 1    JAMIE LYNN GALLIAN                                                      Case number *(if known)*_____    8:21-bk-11710-SC-
_____
First Name    Middle Name    Last Name

---

**3.3.**    Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

[   ]

**Who has an interest in the property?** Check one.

[ ] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another

[ ] **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

---

**3.4.**    Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

[   ]

**Who has an interest in the property?** Check one.

[ ] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another

[ ] **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

---

**4.    Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

[x] No
[ ] Yes

---

**4.1.**    Make: _____

Model: _____

Year: _____

Other information:

[   ]

**Who has an interest in the property?** Check one.

[ ] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another

[ ] **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

If you own or have more than one, list here:

**4.2.**    Make: _____

Model: _____

Year: _____

Other information:

[   ]

**Who has an interest in the property?** Check one.

[ ] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another

[ ] **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

---

**5.    Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** .................................................... ➔    $    8,000.00

---

Debtor 1  JAMIE LYNN GALLIAN

First Name   Middle Name   Last Name

Case number *(if known)* _____ 8:21-bk-11710-SC

---

**Part 3:**  **Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe.........

   | Household goods, furnishings; Appliances, w/d, refrigerator, dishes, pot/pans, microwave, clock, dining tables, 6 chairs, hutch, side table, sofa, end tables, Bedroom furniture, dresser, armoire, nightstands |

   $ 2,500.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes. Describe.........

   Wall television, Laptop, printer, cables, cell-phone,

   $ 1,000.00

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☑ No
   ☐ Yes. Describe.........

   Lladro Figures (20)
   Boy & Dog Collection

   $ 1,500.00

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ☑ Yes. Describe.........

   Used treadmill

   $ 250.00

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☑ No
    ☐ Yes. Describe.........

    $ _____

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☑ No
    ☐ Yes. Describe.........

    Every day clothing; purses, jackets, pants, tops, sweaters, dresses, jeans, work uniform, tennis shoes, work boots, sandals,

    $ 500.00

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☑ Yes. Describe.........

    Non-gold Necklaces, earrings, bracelets, chains, watch

    $ 500.00

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ☑ Yes. Describe.........

    2 dogs

    $ 25.00

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☐ No
    ☑ Yes. Give specific information. .............

    Crystal wine glasses, vases, bowls

    $ 1,000.00

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ......................................................➔

    $ 7,275.00

---

Debtor 1    JAMIE LYNN GALLIAN                                          Case number *(if known)*___8:21-BK-11710-SC__
First Name      Middle Name      Last Name

---

**Part 4:**    **Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes ...................................................................................................    Cash: ...................... $ _____100.00__

17. **Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes ....................                                        Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | Alliant Credit Union | $ __1191.73__ |
| 17.2. Checking account: | Chase Bank | $ __1898.68__ |
| 17.3. Savings account: | | $ _____ |
| 17.4. Savings account: | | $ _____ |
| 17.5. Certificates of deposit: | | $ _____ |
| 17.6. Other financial account: | | $ _____ |
| 17.7. Other financial account: | | $ _____ |
| 17.8. Other financial account: | | $ _____ |
| 17.9. Other financial account: | | $ _____ |

18. **Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes ................    Institution or issuer name:

$ _____
$ _____
$ _____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes. Give specific information about them.......................

| Name of entity: | % of ownership: | |
|---|---|---|
| J-Pad LLC  Terminated - Cancelled  CA  SOS  11/22/21 | _____ % | $ __0.00__ |
| J-Sandcastle  Co - Terminated - Cancelled CA SOS 11/22/21 | _____ % | $ __0.00__ |
| | _____ % | $ _____ |

---

Debtor 1    JAMIE LYNN GALLIAN
      First Name     Middle Name     Last Name      Case number *(if known)*   8:21-BK-11710-SC

**20.** **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific     Issuer name:
   information about
   them......................

                                        $_____
                                        $_____
                                        $_____

**21.** **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes. List each          Type of account:      Institution name:
   account separately.

                    401(k) or similar plan:   Fidelity Federal _____   $_____7,800.00

                    Pension plan:   _____   $_____

                    IRA:   _____   $_____

                    Retirement account:   _____   $_____

                    Keogh:   _____   $_____

                    Additional account:   _____   $_____

                    Additional account:   _____   $_____

**22.** **Security deposits and prepayments**    Space 376-

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ Yes .9/11/2024 Good Faith Payment for Space 376

☐ No                      Institution name or individual:

                    Electric:   _____   $_____

                    Gas:   _____   $_____

                    Heating oil:   _____   $_____

                    Security deposit on rental unit:   _____   $_____

                    Prepaid rent:   _____   $_____

                    Telephone:   _____   $_____

                    Water:   _____   $_____

                    Rente  furniture:   _____   $_____

                    Other:   _____   $_____

**23.** **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes ......................... Issuer name and description:

                                          $_____
                                          $_____
                                          $_____

Debtor 1    JAMIE LYNN GALLIAN

First Name    Middle Name    Last Name

Case number (if known)    8:21-bk-11710-SC

---

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes ...................................    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

_____    $_____

_____    $_____

_____    $_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes. Give specific
information about them....    [                    ]    $_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Give specific
information about them....    [                    ]    $_____

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes. Give specific
information about them....    [                    ]    $_____

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

☑ No

☐ Yes. Give specific information
about them, including whether
you already filed the returns
and the tax years. ......................    [          ]    Federal:    $_____

State:    $_____

Local:    $_____

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information..............    [          ]    Alimony:    $_____

Maintenance:    $_____

Support:    $_____

Divorce settlement:    $_____

Property settlement:    $_____

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation,
Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information..............    [          ]    $_____

---

Debtor 1    JAMIE LYNN GALLIAN                                    Case number (if known)    8:21-bk-11710-SC

First Name    Middle Name    Last Name

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

☑ Yes. Name the insurance company of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Foremost Insurance Homeowners Ins | | $ 0.00 |
| AAA accident coverage | | $ 0.00 |
| | | $ |

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information.............    $

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes. Describe each claim.    $

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☐ No

☑ Yes. Describe each claim.    $

**35. Any financial assets you did not already list**

☐ No

☑ Yes. Give specific information............    Un-cashed CA Covid-19 Rent Relief Check awarded on behalf of Debtor's 6/9/18 Appl. for relief pre-petition Space 376 in Rancho Del Rey Park, in possession Houser Bros Co. issued 11/3/2018, $24,301.55. Debtor qualified for relief under guidelines.    $ 0.00

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here ...........................................................................    ➡    $ 9,786.00

---

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.

☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☑ Yes. Describe    On 11/16/2018, Jamie L.Gallian, the "Lender" and "Holder", entered into a Security Agreement and Exhibit A Promissory Note dated 11/16/2018, to Loan $225,000, to the "Borrower" J-Sandcastle Co LLC to support J-Sandcastle Co. LLC 11/18/18 Resident Application to Rancho Del Rey for Real Property Leasehold Space 376 16222 Monterey Lane, 92649. I recorded. UCC-1 Statement and Addendum as File 19769196827 listing J-Sandcastle as the Debtor and Jamie Lynn Gallian as the Secured Creditor of the Collateral Personal Property, 2014 Skyline Manufactured Home,Serial# AC7V710394/GB/GA.    $ 225,000.00

☐ No.......

J-Pad, a manager managed LLC  was listed in the event of Death of Creditor Jamie Gallian as testified to at Trial on 4/26/2023, 21-01097-SC

**39. Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No    On February 25, 2021, by Certificate of Title releasing signature of RO J-Sandcastle Co. LLC. I Registered the personal property LBM 1081 Serial # AC7V710394GB/GA in my name pursuant to the terms of the Security Agreement and Promissory Note.  On August 3, 2021, I received the Original Certificate Of Title from CA HCD removing J-Sandcastle Co LLC as the Registered Owner. HCD Lien Satisfied executed pre-petitin 7/9/21, by LO Ronald Pierpont [OR] J-Pad LLC, removed all Legal Owners.  The CH 7  Trustee is forcing me to claim this credit and debit, because of Trustee's Adv. 8:23-ap-01064-SC without naming Debtor as a Necessary Party. Trustee believes he preserved a J-Pad lien.that does not exist. J-Sandcastle Co and J-Pad do not have Security  Agreement.    $ <225,000.00>

☐ Yes.Describe .....

Official Form 106A/B                    Schedule A/B: Property                    000633                    page 8

Debtor 1    JAMIE LYNN GALLIAN                                    Case number *(if known)*_____8:21-bk-11710-SC_____
            First Name    Middle Name    Last Name

---

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No

☐ Yes. Describe.......  [                              ]                    $_____

---

**41. Inventory**

☑ No

☐ Yes. Describe.......  [                              ]                    $_____

---

**42. Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe.......   Name of entity:                        % of ownership:

_____    _____%    $_____
_____    _____%    $_____
_____    _____%    $_____

---

**43. Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

   ☐ No

   ☐ Yes. Describe.......  [                              ]              $_____

---

**44. Any business-related property you did not already list**

☑ No

☐ Yes. Give specific     _____    $_____
      information .........    _____    $_____
                             _____    $_____
                             _____    $_____
                             _____    $_____
                             _____    $_____

---

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here ...................................................................** ➔   $_____

---

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
| | If you own or have an interest in farmland, list it in Part 1. |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47. Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☑ No

☐ Yes ........................  [                              ]                    $_____

---

Debtor 1    **JAMIE LYNN GALLIAN**
    First Name      Middle Name      Last Name      Case number *(if known)* 8:21-bk-11710-SC

---

48. **Crops—either growing or harvested**

☑ No
☐ Yes. Give specific information. ............        $ _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes ........................        $ _____

50. **Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes ........................        $ _____

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific information. ............        $ _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ..........................................................➔    $ _____

---

## Part 7:   Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific information. ............        $ _____
       $ _____
       $ _____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................➔    $ _____

---

## Part 8:   List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** ....................................................................➔    $    539,000.00

56. **Part 2: Total vehicles, line 5**    $    8,000.00

57. **Part 3: Total personal and household items, line 15**    $    7,275.00

58. **Part 4: Total financial assets, line 36**    $    9,786.00

59. **Part 5: Total business-related property, line 45**    $    0.00

60. **Part 6: Total farm- and fishing-related property, line 52**    $    0.00

61. **Part 7: Total other property not listed, line 54**    + $    0.00

62. **Total personal property.** Add lines 56 through 61. .....................    $    25,061.00    Copy personal property total ➔   + $    25,061.00

63. **Total of all property on Schedule A/B.** Add line 55 + line 62. ........................................    $    564,061.00

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | JAMIE LYNN GALLIAN | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:  Central District of California

Case number  8 21 bk 11710 SC
(If known)

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
|---|---|

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. Fill in your employment information. | | | |
| If you have more than one job, attach a separate page with information about additional employers. | **Employment status** | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Include part-time, seasonal, or self-employed work. | **Occupation** | . Motor Coach Driver | _____ |
| Occupation may include student or homemaker, if it applies. | **Employer's name** | ART Anaheim Resort Transportation | |
| | **Employer's address** | 1354 S. Anaheim Blvd. | |
| | | Number    Street | Number    Street |
| | | _ | |
| | | Anaheim        CA    92805 | |
| | | City        State    ZIP Code | City        State    ZIP Code |
| | **How long employed there?** | < 1 yr | _____ |

| Part 2: | Give Details About Monthly Income |
|---|---|

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $_____2,200.00 | $_____ |
| 3. | Estimate and list monthly overtime pay. | 3. | +$_____500.00 | +$_____ |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $_____2,700.00 | $_____ |

Case 8:21-bk-11710-SC   Doc 508   Filed 10/21/24   Entered 10/21/24 10:18:49   Desc
Main Document   Page 15 of 18

Debtor 1    JAMIE LYNN GALLIAN

First Name    Middle Name    Last Name

Case number *(if known)*    8:21-bk-11710-SC

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here.......................................................➔ 4. | $ 2,700.00 | $ |

**5. List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 250.00 | $ |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ | $ |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ | $ |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ | $ |
| 5e. **Insurance** | 5e. | $ | $ |
| 5f. **Domestic support obligations** | 5f. | $ | $ |
| 5g. **Union dues** | 5g. | $ | $ |
| 5h. **Other deductions.** Specify: _____ | 5h. | + $ | + $ |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ | $ |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 2,450.00 | $ |

**8. List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 500.00 | $ |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ |
| 8e. **Social Security** | 8e. | $ 0.00 | $ |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ |
| 8h. **Other monthly income.** Specify: Direct from housemate | 8h. | + $ 1,500.00 | + $ |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 2,000.00 | $ |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 2,450.00 + | $ = $ 4,450.00 |

**11.** State all other regular contributions to the expenses that you list in *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____    11. + $ _____

**12.** Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies

12. $ 4,450.00

**Combined monthly income**

**13.** Do you expect an increase or decrease within the year after you file this form?

☑ No.

☐ Yes. Explain: _____

Official Form 106I    Schedule I: Your Income    page 2

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | JAMIE LYNN GALLIAN |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | Central District of California |
| Case number | 8:21-bk-11710-SC |
| (If known) | |

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition chapter 13
expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J
_____

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number
(if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

☑ No.  Go to line 2.
☐ Yes. **Does Debtor 2 live in a separate household?**

   ☐ No
   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and
   Debtor 2.

   Do not state the dependents'
   names.

   ☑ No
   ☐ Yes. Fill out this information for
   each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include
   expenses of people other than
   yourself and your dependents?**

   ☑ No
   ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report
expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the
applicable date.

Include expenses paid for with non-cash government assistance if you know the value of
such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | | Your expenses |
|---|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ 1,325.00 |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. | $ 25.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | $ 25.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | $ 10.00 |
| 4d. | Homeowner's association or condominium dues | 4d. | $ 0.00 |

Debtor 1   **JAMIE LYNN GALLIAN**

First Name   Middle Name   Last Name

Case number *(if known)*   **8:21-bk-11710-SC**

| | | Your expenses |
|---|---|---|
| 5. **Additional mortgage payments for your residence**, such as home equity loans | 5. | $ 0.00 |
| 6. **Utilities:** | | |
| 6a.  Electricity, heat, natural gas | 6a. | $ 60.00 |
| 6b.  Water, sewer, garbage collection | 6b. | $ 20.00 |
| 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 125.00 |
| 6d.  Other. Specify: _____ | 6d. | $ 0.00 |
| 7. **Food and housekeeping supplies** | 7. | $ 300.00 |
| 8. **Childcare and children's education costs** | 8. | $ 0.00 |
| 9. **Clothing, laundry, and dry cleaning** | 9. | $ 0.00 |
| 10. **Personal care products and services** | 10. | $ 25.00 |
| 11. **Medical and dental expenses** | 11. | $ 0.00 |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 200.00 |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 10.00 |
| 14. **Charitable contributions and religious donations** | 14. | $ 0.00 |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a.  Life insurance | 15a. | $ 0.00 |
| 15b.  Health insurance | 15b. | $ 0.00 |
| 15c.  Vehicle insurance | 15c. | $ 75.00 |
| 15d.  Other insurance. Specify: Car Registration | 15d. | $ 10.00 |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $ 0.00 |
| 17. **Installment or lease payments:** | | |
| 17a.  Car payments for Vehicle 1 | 17a. | $ 0.00 |
| 17b.  Car payments for Vehicle 2 | 17b. | $ 0.00 |
| 17c.  Other. Specify: _____ | 17c. | $ 0.00 |
| 17d.  Other. Specify: _____ | 17d. | $ 0.00 |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 106I).** | 18. | $ 0.00 |
| 19. **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | $ 0.00 |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | |
| 20a.  Mortgages on other property | 20a. | $ 0.00 |
| 20b.  Real estate taxes | 20b. | $ 0.00 |
| 20c.  Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
| 20d.  Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| 20e.  Homeowner's association or condominium dues | 20e. | $ 0.00 |

Official Form 106J                    Schedule J: Your Expenses                    page 2

| Debtor 1 | JAMIE LYNN GALLIAN | | Case number (if known) | 8:21-bk-11710-SC |
| | First Name    Middle Name    Last Name | | | |

21. **Other**. Specify: _____    21. **+**$_____

22. **Calculate your monthly expenses.**

   22a. Add lines 4 through 21.    22a. $_____ 2,210.00

   22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b. $_____ 0.00

   22c. Add line 22a and 22b. The result is your monthly expenses.    22c. $_____ 2,210.00

23. **Calculate your monthly net income.**

   23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a. $_____ 4,450.00

   23b. Copy your monthly expenses from line 22c above.    23b. **−**$_____ 2,210.00

   23c. Subtract your monthly expenses from your monthly income.
   The result is your *monthly net income*.    23c. $_____ 2,240.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

   For example, do you expect to finish paying for your car loan within the year or do you expect your
   mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

   ☑ No.
   ☐ Yes.    Explain here:

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address
JAMIE LYNN GALLIAN
16222 MONTEREY LANE UNIT 376
HUNTINGTON BEACH, CA 92649
714-321-3449
JAMIEGALLIAN@GMAIL.COM

FOR COURT USE ONLY

☒ *Individual appearing without attorney*
☐ *Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

In re:
JAMIE LYNN GALLIAN

CASE NO.:  8:21-BK-11710-SC

CHAPTER:  7

Debtor(s)

**SUMMARY OF AMENDED SCHEDULES,**
**MASTER MAILING LIST,**
**AND/OR STATEMENTS**
**[LBR 1007-1(c)]**

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website
www.cacb.uscourts.gov).  A supplemental master mailing list (do not repeat any creditors on the original) is required as an
attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added?  ☐ Yes ☒ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B      ☒ Schedule C      ☐ Schedule D      ☐ Schedule E/F      ☐ Schedule G

☐ Schedule H        ☐ Schedule I       ☐ Schedule J       ☐ Schedule J-2       ☐ Statement of Financial Affairs

☐ Statement About Your Social Security Numbers     ☐ Statement of Intention     ☐ Master Mailing List

☐ Other (*specify*) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or
statements are true and correct.

Date:  11/27/2024

*Jamie Lynn Gallian*
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

***NOTE***:  It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors
listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file
the attached Proof of Service of Document.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2015                                    Page 1                          F 1007-1.1.AMENDED.SUMMARY

000641

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
16222 MONTEREY LN UNIT 375 HUNTINGTON BEACH, CA 92649

A true and correct copy of the foregoing document entitled (specify): **SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS [LBR 1007-1(c)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) __11/27/2024__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On (date) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 11/27/24 | Joseph Clark | *Joseph Clark* |
| Date | Printed Name | Signature |

_This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California._

<u>ADDITIONAL SERVICE INFORMATION</u>

## 1. <u>SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>

Bradford Barnhardt on behalf of Interested Party Courtesy NEF
bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,kfrederick@ecf.courtdrive.com

Bradford Barnhardt on behalf of Plaintiff Houser Bros. Co.
bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,kfrederick@ecf.courtdrive.com

Aaron E. DE Leest on behalf of Trustee Jeffrey I Golden (TR)
adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com

Robert P Goe on behalf of Creditor The Huntington Beach Gables Homeowners Association
kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe on behalf of Plaintiff The Huntington Beach Gables Homeowners Association
kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com

Jeffrey I Golden (TR)
lwerner@go2.law, jlg@trustesolutions.net;kadele@go2.law

D Edward Hays on behalf of Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmend
oza@ecf.courtdrive.com

D Edward Hays on behalf of Interested Party Courtesy NEF
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmend
oza@ecf.courtdrive.com

D Edward Hays on behalf of Plaintiff Houser Bros. Co.
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmend
oza@ecf.courtdrive.com

Brandon J Iskander on behalf of Creditor The Huntington Beach Gables Homeowners Association
biskander@goeforlaw.com, kmurphy@goeforlaw.com

Brandon J Iskander on behalf of Plaintiff The Huntington Beach Gables Homeowners Association
biskander@goeforlaw.com, kmurphy@goeforlaw.com

Eric P Israel on behalf of Trustee Jeffrey I Golden (TR)
eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Laila Masud on behalf of Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates
lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Laila Masud on behalf of Interested Party Courtesy NEF
lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                        F 9013-3.1.PROOF.SERVICE

                                                                                    000643

Laila Masud on behalf of Plaintiff Houser Bros. Co.
lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Mark A Mellor on behalf of Defendant Randall L Nickel
mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com

Mark A Mellor on behalf of Interested Party Courtesy NEF
mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com

Valerie Smith on behalf of Interested Party Courtesy NEF
claims@recoverycorp.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov


**2.  SERVED BY U.S. MAIL**

The Honorable Scott C. Clarkson U.S. Bankruptcy Court
411 W. Fourth Street, Suite 5130 Santa Ana, CA  92701

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                               F 9013-3.1.PROOF.SERVICE

**Fill in this information to identify your case:**

Debtor 1   JAMIE LYNN GALLIAN
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the: Central District of California

Case number   8:21-BK-11710-SC
(If known)

☑ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                    04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on Schedule A/B: Property (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of Part 2: Additional Page as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:**   **Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** Check one only, even if your spouse is filing with you.
   - ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   - ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on Schedule A/B that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 16222 Monterey Ln. U<br>UNIT 376<br>Line from Schedule A/B: 1.1 | $ 385,000.00 | ☑ $ 600,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | CCP § 704.930(a)<br>CCP § 704.720(a)<br>CCP § 704.930<br><br>11 U.S.C. § 522(P)(2)(B) |
| Brief description: 16222 Monterey Ln.<br>UNIT 376<br>Line from Schedule A/B: 1.2 | $ 185,000.00 | ☑ $ 185,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Rollover Sale Proceeds 11/1/2018 to purchase current homestead 2014 manufactured home LBM 1081 |
| Brief description: 16222 Monterey Ln.<br>SPACE 376 "PAD"<br>Line from Schedule A/B: 1.3 | $ 200,000.00 | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 704.930<br>11 U.S.C.§ 704.930(a)<br>11 U.S.C.§ 704.720(a) |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)
   - ☐ No
   - ☒ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
     - ☐ No
     - ☒ Yes   Previous Homestead acquired 3/22/2027 (Outside 1215 days) 4476 Alderport Huntington Beach, sold primary residence exempt homestead 10/31/18, transferred/rolled-over sale proceeds to purchase current ,primary residence 11/1/2018 LBM 1081 2014 Skyline Custom Villa Serial No. AC 7V710394GB/GA 16222 Monterey Ln, Unit 376, 891-569-62

| Debtor 1 | JAMIE LYNN GALLIAN | | Case number (if known) | 8:21-BK-11710-SC |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

**Part 2:  Additional Page**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: HOUSEHOLD GOOD<br>Line from Schedule A/B: 6.1 | $ 3,500.00 | ☑ $ 3,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | CCP §704.020 |
| Brief description: CRYSTAL GLASSES<br>Line from Schedule A/B: 6.2 | $ 1,000.00 | ☑ $ 1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | CCP §704.040 |
| Brief description: ELECTRONICS, COM<br>Line from Schedule A/B: 7.1 | $ 500.00 | ☑ $ 500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | CCP §704.020 |
| Brief description: FIGURINE COLLECT<br>Line from Schedule A/B: 8.1 | $ 1,900.00 | ☑ $ 1,900.00<br>☐ 100% of fair market value, up to any applicable statutory limit | CCP §704.225 |
| Brief description: MISC CLOTHING<br>Line from Schedule A/B: 11.1 | $ 1,000.00 | ☑ $ 1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | CCP§ 704.220 |
| Brief description: EVERYDAY JEWELRY<br>Line from Schedule A/B: 12.1 | $ 1,000.00 | ☑ $ 1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | CCP§ 704.220 |
| Brief description: DOGS<br>Line from Schedule A/B: 13.1 | $ 50.00 | ☑ $ 50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | CCP §704.040 |
| Brief description: ALLIANT<br>Line from Schedule A/B: 17.1 | $ 3,793.00 | ☑ $ 3,793.00<br>☐ 100% of fair market value, up to any applicable statutory limit | CCP § 704.020 |
| Brief description: ALLIANT<br>Line from Schedule A/B: 17.2 | $ 1,407.00 | ☑ $ 1,407.00<br>☐ 100% of fair market value, up to any applicable statutory limit | CCP § 704.225 |
| Brief description: ALLIANT<br>Line from Schedule A/B: 17.3 | $ 2,600.00 | ☑ $ 2,600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | CCP §704.220 |
| Brief description: ALLIANT<br>Line from Schedule A/B: 17.3 | $ 2,600.00 | ☑ $ 2,600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | CCP §704.720 |
| Brief description: FIDELITY<br>Line from Schedule A/B: 21.1 | $ 7,400.00 | ☑ $ 7,400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | CCP §704.115(A)& (2)(B) |

Official Form 106C                  Schedule C: The Property You Claim as Exempt                  page 2 of 2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
16222 Monterey Ln. Unit 375 Huntington Beach, CA 92649

A true and correct copy of the foregoing document entitled (*specify*): ___OPPOSITION  to Houser and Joinders Debtors___
___Amended Schedules_____
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
1/23/2025I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

[x]  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge will be completed no later than 24 hours after the document is filed.

[ ]  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served
the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.

[ ]  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 1/23/2025 | Joseph Clark | *Joseph Clark* |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**
000647

ADDITIONAL SERVICE INFORMATION (if needed):

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- **Bradford Barnhardt**   bbarnhardt@marshackhays.com,
  bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

- 

- **Robert P Goe**   kmurphy@goeforlaw.com,
  rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

- **Jeffrey I Golden (TR)**   lwerner@go2.law,
  jig@trustesolutions.net;kadele@go2.law;C205@ecfcbis.com

- **D Edward Hays**   ehays@marshackhays.com,
  chays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

- **Brandon J. Iskander**   biskander@goeforlaw.com, kmurphy@goeforlaw.com

- **Eric P Israel**   eisrael@danninggill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com

- 

- **Laila Masud**   lmasud@marshackhays.com,
  lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

- 

- **Valerie Smith**   claims@recoverycorp.com

- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

000648