ERIC P. ISRAEL (State Bar No. 132426)
*eisrael@DanningGill.com*
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Attorneys for Jeffrey I. Golden, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:21-bk-11710-SC |
| JAMIE LYNN GALLIAN, | Chapter 7 |
| Debtor. | **TRUSTEE'S NOTICE OF HEARING ON MOTION TO AUTHORIZE SALE OF MANUFACTURED HOME CURRENTLY LOCATED AT 16222 MONTEREY LANE, SPACE 376, HUNTINGTON BEACH, CA 92649, DECAL NO. LBM1081, FREE AND CLEAR OF LIENS AND HOMESTEAD EXEMPTION** |
| | Date: March 4, 2025<br>Time: 11:00 a.m.<br>Place: Courtroom 5C<br>411 W. Fourth Street<br>Santa Ana, California |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1785208.1  27064                                   1

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY**

**JUDGE AND INTERESTED PARTIES:**

PLEASE TAKE NOTICE that on March 4, 2025, at 11:00 a.m., in Courtroom "5C" of the United States Bankruptcy Court, for the Central District of California, located at 411 W. Fourth Street, Santa Ana, California, Jeffrey I. Golden, the Chapter 7 trustee (the "Trustee") for the bankruptcy estate (the "Estate") of Jamie Lynn Gallian (the "Debtor"), will and hereby does move the Court (the "Motion") under 11 U.S.C. § 363, and Local Bankruptcy Rules 6004-1(c) and 9013-1, for an order authorizing the sale of the 2014 Skyline Custom Villa manufactured home, decal no. LBM1081 (the "Property") currently located at 16222 Monterey Lane, Space #376, Huntington Beach, California 92649 (the "Space"). The proposed sale is pursuant to a Purchase and Sale Agreement and amendments (collectively the "PSA"), copies of which are attached collectively to the Declaration of Jeffrey I. Golden (the "Golden Declaration") as Exhibit "1." The Trustee is requesting authority to sell the Property free and clear of liens and interests pursuant to 11 U.S.C. § 363(f) and authorize the Trustee to disburse the amount of the avoided and preserved first lien to the Trustee.

Pursuant to Local Bankruptcy Rule 6004-1(c), the Trustee provides the following information:

A.    The date, time and place of the hearing on the Motion are set forth above.

B.    The Trustee has proposed the sale of the Property to Galaxy Homes, LLC (the "Buyer"), subject to overbidding.

C.    The property to be sold consists of the Trustee's right, title, and interest in the Property, with the following description:

> Skyline, Custom Villa, 2014, net size 60x30. Serial Numbers
> AC7V710394GB/GA; DOH/HUD Numbers: PFS1130282 and PFS1130281;
> Decal Number LBM1081 Year 2006.

The Property to be sold does not include the ground lease for the Space (the "Ground Lease"), which was deemed rejected long ago. However, the Association (Houser Bros.) has agreed to give any qualified buyer – but not the Debtor, a new ground lease.

D.    The Buyer has conducted all due diligence on the Property that the Buyer believes is necessary for the completion of this sale.  Any and all contingencies agreed to relating to the sale have been waived, and thus the sale will not be contingent upon any events or conditions other than Court approval and potential overbidding.

The Property will be sold for $275,000 (the "Proposed Sale Price") on an "as is," "where is" condition, with no warranty or recourse whatsoever.

E.    Based on records maintained by the California Department of Community Development (the "HCD"), which maintains title and lien records for manufactured homes, and proofs of claim filed in the Debtor's case, there are no known consensual encumbrances against the Property that have not been avoided, recovered and preserved for the benefit of the Estate.

The Trustee seeks to sell the Property free and clear of any and all liens and interests, including the Debtor's homestead exemption.  Because the consensual liens have been avoided, recovered and preserved, the Estate will realize the first approximate $301,011.14 from the sales proceeds on account of such liens.  Involuntary liens were not properly perfected, and in any event are junior to the avoided consensual liens.  Absent a significant increase in the sale price, the Debtor's homestead exemption is out of the money and will not be paid.

F.    The proposed sale is subject to higher and better bids and, by way of this Motion, the Trustee is requesting that the Court approve the overbid procedures described in the accompanying memorandum of points and authorities, summarized as follows:

1.    **Minimum initial overbid**:  $276,000.00 ($1,000.00 above the Buyer's current offer).

2.    **Minimum overbidding increments**:  $1,000.00.

3.    **Initial overbid deposit**:  $8,280.00 (*i.e.*, 3% of the minimum initial overbid price).

4.    **Qualification for overbidding**:  At least three (3) business days prior to the commencement of the hearing on this Motion, any party wishing to overbid on the Property must deliver to the Trustee's counsel, Eric P. Israel, Esq., 1901 Avenue of the Stars, Suiter 450, Los Angeles, California 90067:

1          (a)  a cashier's check payable to "Jeffrey I. Golden, Trustee" in the amount of

2    $8,280.00, and

3          (b)  a written, executed overbid in the form attached as Exhibit "8" to the Trustee's

4    declaration.

5          5.      The Trustee proposes that no party be allowed to bid on the Property absent

6    the timely delivery of the initial overbid deposit and the written, executed overbid form as set forth

7    above.  The Trustee in his sole discretion may determine that a party desiring to bid is not qualified

8    due to insufficient documentation or financial qualifications.  Accordingly, any party wishing to

9    bid is encouraged to contact the Trustee's counsel at least one week before the hearing to ensure

10   qualification.

11         6.      **Back-up bidders**:  Any qualified overbidder who is not the successful

12   overbidder may opt to be a back-up bidder, subject to the Trustee's approval, in which case such

13   back-up bidder's initial deposit will be retained by the Trustee until the sale closes.

14         G.      **Estimated Net Sale Proceeds**: The opening sale price for the Property is

15   $275,000.00, subject to a 6% brokers' commission, liens, fees, and anticipated costs of sale, as

16   follows:

| Sale Price | $275,000 .00 |
|---|---|
| 3% Commission to Coldwell Banker (Trustee's Broker) | ($8,250.00) |
| Commission to Galaxy (3%) (Buyer's Broker) | ($8,250.00) |
| Trustee's Avoided J-Pad Lien | $301,011.14[1] |
| Insurance Advances | $1,691.80 + |
| **Estimated Net Sale Proceeds (before escrow fees)** | **$256,808.20** |
| | |

Because the consensual lien now held by the Trustee exceeds the proposed sales price, the

Motion requests authority for the Trustee to not pay Debtor's allowed homestead because it is out

---

[1] As of January 9, 2025, at the contract interest rate of 5.5% (daily interest continues to accrue at $33.90) per day.

1  of the money and the Debtor cannot claim an exemption in the recovered liens that the Debtor

2  voluntarily put on the Property pursuant to Section 522(g).

3     H.  The Trustee proposes to pay a real estate broker's commission of 6% of the sale

4  price of the Property to the brokers as follows: 3% to Trustee's broker Coldwell Banker Residential

5  Broker ("Coldwell Banker"), and 3% to Galaxy Homes, LLC ("Galaxy"), as the Buyer's broker in

6  connection with the closing of this sale.  If there is a successful overbidder (i.e., not the Buyer),

7  such successful overbidder's broker will receive the 3% allocated to the Buyer's broker.  If such

8  successful overbidder does not have a broker, the entire 6% commission will be paid to Coldwell

9  Banker, as Seller's broker.

10     I.  The Trustee obtained forced insurance for the Property and requests authority to pay

11  Trustee Insurance Agency ("TIA") $1.691.80 plus any additional accrued premiums before the sale

12  closes (collectively the "Insurance Advances").

13     J.  **Anticipated Taxes**: The Trustee is consulting with his accountant and will

14  supplement this motion with the estimated capital gain consequences of the sale, if any.

15     This Motion is based upon this Notice, the separately filed Motion and its attached

16  Memorandum of Points and Authorities, Declarations of Jeffrey I. Golden and Greg Bingham and

17  Request for Judicial Notice; the papers and pleadings in the Debtor's bankruptcy case and related

18  adversary proceedings; and such other evidence that may be presented at the hearing.

19     Contemporaneously herewith, the Trustee is filing a separate motion for turnover, and

20  incorporates all evidence and argument in support thereof as well.

21     **PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-1(f),

22  each interested party opposing, joining in or responding to the Motion must, not less than **14 days**

23  before the date of the hearing, file with the Clerk of the Bankruptcy Court and serve upon the

24  Trustee's general counsel, Eric P. Israel, Esq., 1901 Avenue of the Stars, Suite 450, Los Angeles,

25  California 90067, and the United States Trustee, 411 W. 4th Street, Suite 7160, Santa Ana,

26  California, either: (i) a complete written statement of all reasons in opposition thereto or in support

27  or joinder thereof, declarations and copies of all photographs and documentary evidence on which

28

1   the responding party intends to rely, and any responding memorandum of points and authorities; or

2   (ii) a written statement that the Motion will not be opposed.

3        Pursuant to Local Bankruptcy Rule 9013-1(h), failure to timely file and serve papers may

4   be deemed by the Court to be consent to the granting of the Motion.

5

6   DATED:  January 31, 2025           DANNING, GILL, ISRAEL & KRASNOFF, LLP

7

8                       By: _____

9                          ERIC P. ISRAEL
                         Attorneys for Jeffrey I. Golden, Chapter 7 Trustee

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled (*specify*): **Trustee's Notice Hearing on Motion to Authorize Sale of Manufactured Home Currently Located at 16222 Monterey Lane, Space 376, Huntington Beach, CA 92649, Decal No. LBM1081, Free and Clear of Liens and Homestead Exemption** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On January 31, 2025 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On January 31, 2025 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) January 31, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Debtor
Jamie Lynn Gallian
jamiegallian@gmail.com

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| January 31, 2025 | Gloria Ramos | */s/ Gloria Ramos* |
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                   **F 9013-3.1.PROOF.SERVICE**
1785216.1  27064

ADDITIONAL SERVICE INFORMATION (if needed):

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Bradford Barnhardt on behalf of Interested Party Courtesy NEF
bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Bradford Barnhardt on behalf of Plaintiff Houser Bros. Co.
bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Christopher L Blank on behalf of Attorney Christopher L. Blank, Attorney at Law, PC
chris@chrisblanklaw.com

Aaron E. De Leest on behalf of Plaintiff Jeffrey I. Golden
adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com

Aaron E. De Leest on behalf of Trustee Jeffrey I Golden (TR)
adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com

Robert P Goe on behalf of Creditor The Huntington Beach Gables Homeowners Association
kmurphy@goeforlaw.com,
rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe on behalf of Interested Party The Huntington Beach Gables Homeowners Association
kmurphy@goeforlaw.com,
rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe on behalf of Plaintiff The Huntington Beach Gables Homeowners Association
kmurphy@goeforlaw.com,
rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Jeffrey I Golden (TR)
lwerner@go2.law, jig@trustesolutions.net;kadele@go2.law;C205@ecfcbis.com

D Edward Hays on behalf of Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays on behalf of Interested Party Courtesy NEF
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays on behalf of Plaintiff Houser Bros. Co.
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Brandon J. Iskander on behalf of Creditor The Huntington Beach Gables Homeowners Association
biskander@goeforlaw.com, kmurphy@goeforlaw.com

Brandon J. Iskander on behalf of Plaintiff The Huntington Beach Gables Homeowners Association
biskander@goeforlaw.com, kmurphy@goeforlaw.com

Eric P Israel on behalf of Trustee Jeffrey I Golden (TR)
eisrael@danninggill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
1785216.1  27064

**F 9013-3.1.PROOF.SERVICE**

Shantal Malmed on behalf of Interested Party Courtesy NEF
, cheryl.caldwell@gmlaw.com

Shantal Malmed on behalf of Plaintiff Jeffrey I. Golden
shantal.malmed@gmlaw.com, cheryl.caldwell@gmlaw.com

Shantal Malmed on behalf of Trustee Jeffrey I Golden (TR)
shantal.malmed@gmlaw.com, cheryl.caldwell@gmlaw.com

Laila Masud on behalf of Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates
lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Masud on behalf of Interested Party Courtesy NEF
lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Masud on behalf of Plaintiff Houser Bros. Co.
lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Mark A Mellor on behalf of Defendant Randall L Nickel
mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com

Mark A Mellor on behalf of Interested Party Courtesy NEF
mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com

Valerie Smith on behalf of Interested Party Courtesy NEF
claims@recoverycorp.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov


**2. SERVED BY U.S. MAIL  LIST OF ALL CREDITORS (MML)**

| | | |
|---|---|---|
| Jamie Lynn Gallian<br>16222 Monterey Ln Unit 376<br>Huntington Beach, CA 92649 | The Honorable Scott C. Clarkson<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>411 W. Fourth Street, Suite 5130<br>Santa Ana, CA 92701 | Office of the United States Trustee<br>Santa Ana Division<br>411 West Fourth Street, Suite 5130<br>Santa Ana, CA 92701-4500 |
| Christopher L. Blank, Attorney at Law,<br>PC<br>2973 Harbor Blvd<br>Box 506<br>COSTA MESA, CA 92626-3912 | Coldwell Banker Realty<br>840 Newport Center Dr Ste 100<br>Newport Beach, CA  92660-6377 | 16222 MONTEREY LANE UNIT 376<br>HUNTINGTON BEACH, CA 92649-<br>2258 |
| Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | Franchise Tax Board<br>Bankruptcy Section MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Houser Bros. Co. dba Rancho Del Rey<br>Mobile H<br>c/o Marshack Hays LLP<br>870 Roosevelt<br>Irvine, CA 92620-3663 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Association of Flight Attendants
625 No. River Road Ste. 4020
Rosemont, IL. 60018

BS Investors
Robert P. Warmington C/o
Gorden May Grant, Genovese &
Baratta
2030 Hain St. Ste. 1600
Irvine, CA 92614

County of Orange
P.O. Box 4515
Santa Ana CA 92702-4515

Patricia Ryan
20949 Lassen St. Apt 208
Chattsworth, CA 91311-4239

David R. Flyer
4120 Birch St. Ste. 101,
Newport Beach, CA 92660-2228

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Feldsott & Lee
23161 Mill Creek Drive Ste 30O
Laguna Hills, CA 92653-7907

Frank Satalino
19 Velarde Ct.
Rancho Santa Margarita, CA 92688-8502

Gordon Rees Scully & Mansukhani
5 Park Plaza Ste. 1100
Irvine, CA 92614-8502

Gordon Rees Scully & Mansukhani
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071-2005

Houser Bros. Co.
DBA Rancho De1 Rey Estates
16222 Monterey Ln
Huntington Beachr CA 92649-6214

Houser Bros. Co.dba Rancho De1
Rey Mobile Home Estates
17610 Beach Blvd Ste. 32
Huntington Beach, CA 92647-6876

Houser Brothers Co.
dba Rancho Del Rey Mobilehome
Est.
17610 Beach Blvd. Ste. 32
Huntington Beach, CA 92647-6876

Huntington Beach Gables H0A
c/o Feldsott & Lee
23161 Mill Creek Dr. Ste. 300 Laguna
HIlls, CA 92653-7907

Huntington Beach Gables
Homeowners Associati
Epstein, Grinnel & Howell, APC
10200 Willow Creek Rd Ste 100
San Diego CA 92131-1655

Huntington Harbor Village
16400 Saybrook
Huntington Beach, CA 92649-2277

Huntington Hobile Home Inv. LLC.
430 S. San Dimas Ave.
San Dimasa CA 91773-4045

Huntington Mobile Home Investments
16400 Saybrook Lane
Huntington Beach, CA 92649-2277

Huntington Mobile Home Investments
LLC
1100 Newport Beach Blvd. Ste 1150
Newport Beach, CA 92560

Hyundai Capital America
PO B0X 269011
Plano, TX 75026-9011

Hyundal Capital America
P0 B0X 269011
Plano, TX 75026-9011

Internal Revenue Service
PO Box 7346
Philadelphia, 19101-7346

Internal Revenue Service Insolvency
P0 B0X 7346
Philadelphia, PA 19101-7346

J-Sandcastle Co, LLC
16222 Monterey Ln Unit 376
Huntington Beach CA 92649-2258

J-pad, LLC
21742 Anza Avenue
Torrance, CA 90503-6428

J-pad, LLC
2702 N Gaff Street
Orange, CA 92865-2417

James H Cosello
Casello & Lincoln,
525 N Cabrillo Park Dr. Ste 1O4
Santa Ana, CA 92701-5017

People of the St of CA
8141 13th St
Westminster CA 92683-4576

Janine Jasso
16025 Warmington Lane
Huntington Beach, CA 92649-2278

JANINE JASSO
PO BOX 370161
EL PASO TX 79937-0161

Janine Jasso
c/o Gordon Rees Scully &
Mansukhani
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071-2005

Janine Jasso, Jennifer Paulin, Lori
Burrett
c/o Goe Forsythe & Hodges LLP
17701 Cowan, Suite 210
Irvine, CA 92614-6840

Jennifer Ann Paulin
c/o Gordon Rees Scully &
Mansukhani
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071-2005

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
1785216.1  27064

**F 9013-3.1.PROOF.SERVICE**

Jennifer Paulin
4446 Alderport Dr.
Huntington Beach, CA 92649-2286

Kia Motors Finance
PO Box 20815
Fountain Valley, CA 92728-0815

Lee Gragnano
16062 Warmington Ave.
Huntington Beacha CA 92649-2285

Lee Gragrano
16062 Warmington Ave.
Huntington Beach, CA 92649-2285

Lee S. Gragnano
c/o Gordon Rees Scully &
Mansukhani
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071-2005

Linda Jean "Lindy" Bec
c/o Gordon Rees Scully & Mansukhani
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071-2005

Lindy Beck
4443 Chase Dr.
Huntington Beach, CA 92649-2297

Lisa T. Ryan
20949 Lassen St. Apt 208
Chattsworth, CA 91311-4239

Lori Ann Burrett
c/o Gordon Rees Scully &
Mansukhani
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071-2005

Lori Burrett
16107 Harmington Lane
Huntington Beach, CA 92649-2281

Lori Burrett
16107 Sherlock Lane
Huntington Beach, CA 92649-2293

Mark A.Mellor Mellor Law Firm
c/o Randall Nickell
6800 Indiana Ave.
Riverside, CA 92506-4267

Zanine Jasso
16025 Harmington Lane
Huntington Beach CA 92649-2278

Michael S. Devereux
Wex Law
9171 Wilshire Blvd. Ste. 50O
Beverly Hills, CA 90210-5530

Nationwide Reconveyance, LLC
c/o Feldsott & Lee
23161 Mill Creek Drive Ste 3O0
Laguna Hills, CA 92653-7908

Orange County Alternate Defender
600 Santa Ana Blvd, Ste 600
Santa Ana CA 92701-4552

Orange County Public Defender
801 Civic Center Dr
West Santa Ana, CA 92702

Orange County Superior Court
c/o Feldsott & Lee
23161 Mill Creek Dr. Ste. 300
Laguna Hills, CA 92653-7907

Randall Nickel
11619 Inwood Drive,
Riverside, CA 92503-5000

Randall Nickell
4476 Alderport Dr.
Huntington Beach. CA 92649-2288

Randell Nickel
c/o Mark Mellor, Esq.
6800 Indiana Ave. Ste. 220
Riverside, CA 92506-4267

Randell Nickel
c/o Mark Mellor, Esq. Ste. 220 6800
Indiana Ave.
Riverside, CA 92506

Raquel Flyer-Dashner
4120 Birch St. Ste. 101,
Newport Beach, CA 92660-2228

Robert P. Warmington Co.
c/o BS Investors
18201 Von Karmen Ste. 450
Irvine, CA 92612-1195

Robert P. Warmington Co.
c/o BS Investors LP
18201 Von Karmen Ste. 450
Irvine, CA 92612-1195

Rutan & Tucker
18575 Jamboree Rd 9th Fl
Irvine CA 92612-2559

S4 A California Limited Partnership
1001 Cove St Ste 230
Newport Beach CA 92660

Sandra L. Bradley
18 Meadowwood
Coto De Caza, CA 92679-4738

Sardra Bradley
18 Meadow Hood
Coto De Caza, CA 92679-4738

Stanley Feldsott: Esq
Feldsott & Lee
23161 Mill Creek Drive
Laguna Hills, CA 92653-7907

Steven A. Fink
13 Corporate Plaza Ste. l50
Newport Beach, CA 92660-7919

Superior Court of CA
County of Orange
711 Civic Center Dr West
Santa Ana CA 92701-3907

Superior Default Services Inc
c/o Feldsott & Lee
23161 Mill Creek Drive Ste 30O
Laguna Hills, CA 92653-7908

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
1785216.1  27064

F 9013-3.1.PROOF.SERVICE

Suzanne Tague
Ross Wolcott, Teinert, Prout
3151 Airway Ave. S-1
Costa Mesa, CA 92626-4627

The Huntington Beach Gables
Homeowners Association
c/o Epsten Grinnell & Howell APC
10200 Willow Creek Road, Ste 10O
San Diego, CA 92131-1669

Theodore Phillips
17612 Sandea Lee
Huntington Beach CA 92649

Greg Bingham, Broker
Coldwell Banker Residential
840 Newport Center Dr Ste 100
Newport Beach, CA 92660-6377

William Friedman, Broker
Coldwell Banker Realty
840 Newport Center Dr Ste 100
Newport Beach, CA 92660-6377

Buyer
Galaxy Homes
Attn: Richard Herr
12852 Bubbling Well Road
Santa Ana, CA  92705

Ted Phillips
17162 Sandra Lee
Huntington Beach, CA 92649

The Huntington Beach Gables
Homeowners Association
c/o Epsten Grinnell & Howell,
APC 10200 Willow Creek Road,
Ste 1OO
San Diego, CA 92131

Theodore R "Ted" Phill
c/o Gordon Rees Scully &
Mansukhani
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071-2005

United Airlines
233 S. Hacker Dr.
Chicago, IL 60606-6462

Vivienne J Alston
Alston, Alston & Diebold
27201 Puerta Real Ste 30O
Mission Viejo, CA 92691-7359

Michael Chulak)
Mchulak@MTcLaw.com
undeliverable

Ted Phillips
17912 Sandra Lee
Huntington Beach, CA 92649

The Huntington Beach Gables
Homeowners Assoc
c/o Goe Forsythe & Hodges LLP
18101 Von Karman Ave, Suite 1200
Irvine, CA 92612-7119

US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

United Airlines
P.O. Box 0675
Carol Stream, 60132-0675

Gennifer Paulin
4446 Alderport Dr.
Huntington Beach, CA 92649-2286

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
1785216.1  27064

**F 9013-3.1.PROOF.SERVICE**