**FILED**

**FEB - 5 2025**

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:_____ Deputy Clerk

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>Jamie Lynn Gallian<br>aka Jamie L. Gallian<br>dba J-Sandcastle Co., LLC<br>dba J-Pad, LLC,<br><br>Debtor(s) | CASE NO.: 8:21-bk-11710-SC<br>ADVERSARY NO.: N/A<br>BAP/USDC NO.: 8:24-cv-02333-FLA<br>NOTICE OF APPEAL FILED: 10/22/2024<br>APPEAL DOCKET ENTRY NO.: 475 |
|---|---|
| Plaintiff(s)<br>vs.<br><br>Defendant(s) | **APPEAL DEFICIENCY NOTICE TO:**<br><br>☐ BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT<br><br>☒ UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA |

The following documents and/or filing fee, as indicated below, were not filed on the above-captioned appeal as required by FRBP 8003 and 8009.

☒ Statement of Issues
☒ Designation of Record
☐ Notice of Transcript
☐ Transcript(s)
☐ Filing Fee for Notice of Appeal
☐ Other (*specify*):

Kathleen J. Campbell
Clerk of Court

Date: 02/05/2025    By: /s/ Nickie Bolte *Nickie Bolte*
Deputy Clerk