United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 21-11710-SC |
| Jamie Lynn Gallian | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 20, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: jamiegallian@gmail.com | Feb 21 2025 02:12:00 | Jamie Lynn Gallian, 16222 Monterey Ln Unit 376, Huntington Beach, CA 92649-2258 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 22, 2025        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron E. De Leest | on behalf of Plaintiff Jeffrey I. Golden adeleest@marshackhays.com  adeleest@marshackhays.com,alinares@ecf.courtdrive.com |
| Aaron E. De Leest | on behalf of Trustee Jeffrey I Golden (TR) adeleest@marshackhays.com adeleest@marshackhays.com,alinares@ecf.courtdrive.com |
| Bradford Barnhardt | on behalf of Plaintiff Houser Bros. Co. bbarnhardt@marshackhays.com bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com |
| Bradford Barnhardt | on behalf of Interested Party Courtesy NEF bbarnhardt@marshackhays.com bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 20, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Brandon J. Iskander
    on behalf of Plaintiff The Huntington Beach Gables Homeowners Association biskander@goeforlaw.com kmurphy@goeforlaw.com

Brandon J. Iskander
    on behalf of Creditor The Huntington Beach Gables Homeowners Association biskander@goeforlaw.com kmurphy@goeforlaw.com

Christopher L Blank
    on behalf of Debtor Jamie Lynn Gallian chris@chrisblanklaw.com

Christopher L Blank
    on behalf of Attorney Christopher L. Blank  Attorney at Law, PC chris@chrisblanklaw.com

D Edward Hays
    on behalf of Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
    on behalf of Interested Party Courtesy NEF ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
    on behalf of Plaintiff Houser Bros. Co. ehays@marshackhays.com ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Eric P Israel
    on behalf of Trustee Jeffrey I Golden (TR) epi@lnbyg.com danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Jeffrey I Golden (TR)
    lwerner@go2.law jig@trusteesolutions.net;kadele@go2.law;C205@ecfcbis.com

Laila Masud
    on behalf of Plaintiff Houser Bros. Co. lmasud@marshackhays.com lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Masud
    on behalf of Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates lmasud@marshackhays.com lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Masud
    on behalf of Interested Party Courtesy NEF lmasud@marshackhays.com lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Mark A Mellor
    on behalf of Interested Party Courtesy NEF mail@mellorlawfirm.com mellormr79158@notify.bestcase.com

Mark A Mellor
    on behalf of Defendant Randall L Nickel mail@mellorlawfirm.com mellormr79158@notify.bestcase.com

Robert P Goe
    on behalf of Creditor The Huntington Beach Gables Homeowners Association kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe
    on behalf of Interested Party The Huntington Beach Gables Homeowners Association kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe
    on behalf of Plaintiff The Huntington Beach Gables Homeowners Association kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Shantal Malmed
    on behalf of Interested Party Courtesy NEF  cheryl.caldwell@gmlaw.com

Shantal Malmed
    on behalf of Trustee Jeffrey I Golden (TR) shantal.malmed@gmlaw.com cheryl.caldwell@gmlaw.com

Shantal Malmed
    on behalf of Plaintiff Jeffrey I. Golden shantal.malmed@gmlaw.com cheryl.caldwell@gmlaw.com

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov

Valerie Smith
    on behalf of Interested Party Courtesy NEF claims@recoverycorp.com

TOTAL: 26

D. EDWARD HAYS, #162507
ehays@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Movant and Creditor,
HOUSER BROS. CO. dba RANCHO DEL REY MOBILE HOME ESTATES

**FILED & ENTERED**

**FEB 20 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte      DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>Debtor. | Case No. 8:21-bk-11710-SC<br><br>Chapter 7<br><br>ORDER GRANTING HOUSER BROS. CO. DBA RANCHO DEL REY MOBILE HOME ESTATES'S MOTION OBJECTING TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION IN "PAD" LOCATED AT 16222 MONTEREY LN., SPACE 376, HUNTINGTON BEACH, CA 92649<br><br>Date:     February 4, 2025<br>Time:    11:00 a.m.<br>Ctrm:    5C<br>Location: 411 W. Fourth Street<br>                Santa Ana, CA 92701 |

The "Motion Objecting to Debtor's Claimed Homestead Exemption in 'Pad' Located at 16222 Monterey Ln., Space 376, Huntington Beach, CA 92649" ("Motion"), filed by Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates ("Houser Bros."), on January 2, 2025, as Dk. No. 529, came on for hearing on February 4, 2025, at 11:00 a.m., before the Honorable Scott C. Clarkson. All appearances were as noted on the record.

The Court has read and considered the Motion; the joinder to the Motion, filed by The Huntington Beach Gables Homeowners Association on January 8, 2025, as Dk. No. 531; the Declaration of Chris Houser filed by Houser Bros. on January 10, 2025, as Dk. No. 532; the joinder to the Motion, filed by Jeffrey I. Golden, Chapter 7 Trustee for the Bankruptcy Estate of

1

4907-6986-9593,v.1

1 Jamie Lynn Gallian ("Debtor"), on January 13, 2025, as Dk. No. 533; the Opposition to the
2 Motion, filed by Debtor on January 24, 2025, as Dk. No. 535; the amended Opposition to the
3 Motion, filed by Debtor on January 25, 2025, as Dk. No. 536; the reply in support of the
4 Motion, filed by Houser Bros. on January 28, 2025, as Dk. No. 537; the unauthorized Sur-Reply
5 to the Motion, filed by Debtor on January 31, 2025, as Dk. No. 544; and all other pleadings and
6 papers filed in this case. For the reasons set forth in the Court's tentative ruling, a copy of which
7 is attached hereto as **Exhibit 1**, and as set forth on the record, the Court finds good cause to
8 grant the Motion, and enters its order as follows:

9     IT IS ORDERED that:

10     1.    The Motion is granted in its entirety.

11     2.    Houser Bros.'s objections to Debtor's claimed exemptions in the Pad pursuant to
12 California Code of Civil Procedure §§ 704.930, 704.930(a), and 704.720(a) in 16222 Monterey Ln.,
13 Space 376, Huntington Beach, CA 92649 "Pad" ("Pad") are sustained, and all claims of exemption
14 by Debtor in the Pad are disallowed.

### #

Date: February 20, 2025

Scott C. Clarkson
United States Bankruptcy Judge

2

4907-6986-9593,v.1

# United States Bankruptcy Court
## Central District of California
Santa Ana
**Scott Clarkson, Presiding**
**Courtroom 5C Calendar**

---

**Tuesday, February 4, 2025**                                                                Hearing Room    **5C**

---

<u>11:00 AM</u>
**8:21-11710**    **Jamie Lynn Gallian**                                                                Chapter 7

   **#4.00**

   Hearing RE: Motion Objecting To Debtor's Claimed Homestead Exemption In "PAD" Located At 16222 Monterey Lane, Space 376, Huntington Beach, CA 92649
   (Motion filed 1/2/25)

                                  Docket       529

**Tentative Ruling:**

   Tentative for 2/4/25 is to GRANT.

   Movant, Houser Bros, objects to the exemption asserted by Debtor in her Amended Schedule C [Dk. 519] in the "PAD," which is the property underneath Debtor's mobile home. The motion is joined by the Chapter 7 Trustee and the Huntington Beach Gables HOA.

   Preliminarily, as noted by Movant, Debtor's Amended Schedule C [Dk. 519] identifies non-existent statutes as the basis for her exemption in the "PAD" as follows: "11 U.S.C. § 704.930, 11 U.S.C. § 704.930(a), and 11 U.S.C. § 704.720(a)." It is clear, however, that Movant is aware of which statutes Debtor is using and that no confusion resulted from Debtor's error. *See*, e.g., *In re White*, 377 B.R. 633 (Bankr. Ariz. 2007). Thus, any objection based upon the foregoing is not warranted.

   Secondarily, Movant's argument regarding the untimeliness and formatting of Debtor's opposition is well-taken. Debtor has been previously warned that untimely pleadings will not be considered by the Court, as fully noted in Movant's Reply; however, the opposition is only 3 days late and Movant has not articulated any identifiable harm and in fact filed a fulsome reply. The opposition will be considered. The Court's prior cautions, however, are repeated for future reference.

   Turning to the merits, Debtor bears the burden of proof on her exemptions, which she has not met. *In re Tallerico* , 532 B.R. 774, 780 (Bankr. E.D. Cal. 2015); CCP § 704.780(a)(1).

---

# United States Bankruptcy Court
## Central District of California
Santa Ana
**Scott Clarkson, Presiding**
**Courtroom 5C Calendar**

---

**Tuesday, February 4, 2025**                                                                                          **Hearing Room    5C**

<u>11:00 AM</u>
**CONT...**     **Jamie Lynn Gallian**                                                                                                       **Chapter 7**

Here, Debtor somewhat incoherently argues in her opposition that she possesses both a declared homestead and an automatic homestead. As noted above, Debtor's Amended Schedule C [Dk. 519] references the statutes pertaining to both, as follows: "11 U.S.C. § 704.930, 11 U.S.C. § 704.930(a),and 11 U.S.C. § 704.720(a)."  The assertion of both homesteads is permissible. *See* generally, *In re Salazar*, 2022 Bankr. LEXIS 1615 (Bankr. C.D. Cal. 2022).

Under either statute, however, Debtor has not identified any exemptible interest in the "PAD," which is the land underneath her mobile home, which is fatal to the assertion of both exemptions. She argues that her interest stems from a ground lease. This argument is insufficient to establish an exemptible interest. Debtor has already admitted, and the Court has previously found, that she is not a party to any ground lease. *See Houser Bros. Co. v. Gallian (In re Gallian)*, Case No. 8:21-ap-01097-SC, ECF No. 72 at 366-67 (Bankr. C.D. Cal. May 3, 2023). This finding is law of the case. Under the "law of the case" doctrine, "a court is generally precluded from reconsidering an issue that has already been decided by the same court, or a higher court in the identical case." *Thomas v. Bible*, 983 F.2d 152, 154 (9th Cir.), cert. denied 508 U.S. 951 (1993).

Debtor does not own the real property (i.e., the "PAD"), and has not otherwise demonstrated that she has any exemptible interest, which is her burden. Thus, the motion is appropriate to grant as to Debtor's exemptions on Amended Schedule C in the "PAD," which is the property upon which her mobile home sits. Her exemption to her home remains unchanged.

Virtual appearances are required. The hearing will take place using Zoom for Government, a free service that provides audioconference and videoconference capabilities. Only the parties, including counsels, their clients, and pro se individuals, may virtually join the hearing. No testimony, however, will be permitted unless specifically authorized by the Court either prior to, or during, the hearing. Parties virtually appearing should consult the NOTICE OF VIDEO AND TELEPHONIC APPEARANCE PROCEDURES FOR JUDGE SCOTT CLARKSON'S CASES for specific procedures and further information.

---

**United States Bankruptcy Court**
**Central District of California**
Santa Ana
**Scott Clarkson, Presiding**
**Courtroom 5C Calendar**

**Tuesday, February 4, 2025**                                                                                     **Hearing Room   5C**

<u>11:00 AM</u>
**CONT...**       **Jamie Lynn Gallian**                                                                                             **Chapter 7**

The audio portion of each hearing will be recorded electronically by the Court and constitute its official record. **By Order of the Judicial Conference of the United States, members of the general public may only view the hearings from the Courtroom, which will remain open, or access the hearing by audioconference only, as set forth below. This is a nation-wide mandate and is not subject to this Court's discretion. The Court will have monitors on and viewable within the Courtroom for viewing.**

Hearing participants may connect to the videoconference through an Internet browser by entering the Videoconference URL shown below, as well as the meeting ID and password, when prompted.

Videoconference URL:      https://cacb.zoomgov.com/j/1608592258

Meeting ID:                        160 859 2258

Password:                          843179

If a participant is unable to send and receive audio through his/her computer, or join the videoconference through an Internet browser for any reason, the audio of the hearing may be accessed by telephone using the below audio conference information. PLEASE BE ADVISED THAT THE GENERAL PUBLIC AND ALL MEDIA MAY ONLY USE THE AUDIO CONFERENCE SYSTEM BELOW AND MAY NOT UTILIZE THE VIDEO CONFERENCE SYSTEM.

Audioconference Tel. No.: +1 (669) 254 5252 or +1 (646) 828 7666

Meeting ID:                        160 859 2258

Password:                          843179

For further details, please consult the instructions on the Court's website https://www.cacb.uscourts.gov/judges/honorable-scott-c-clarkson.

# United States Bankruptcy Court
## Central District of California
Santa Ana
**Scott Clarkson, Presiding**
**Courtroom 5C Calendar**

---

**Tuesday, February 4, 2025**                                                                 **Hearing Room    5C**

**11:00 AM**
**CONT...**      **Jamie Lynn Gallian**                                                                  **Chapter 7**

Please note that default matters may be called prior to the videoconference, so there may be a slight delay to the official start time of the videoconference hearing.

As noted in the Court's Zoom Video Hearing Guide, located at https://www.cacb.uscourts.gov/node/7890, all persons are strictly prohibited from making any recording of court proceedings, whether by video, audio, "screenshot," or otherwise. Violation of this prohibition may result in the imposition of monetary and non-monetary sanctions.

|                    Party Information                    |

**Debtor(s):**

   Jamie Lynn Gallian                                Pro Se

**Trustee(s):**

   Jeffrey I Golden (TR)                              Represented By
                                                 Aaron E. De Leest
                                                 Eric P Israel
                                                 Shantal  Malmed