| | |
|---|---|
| 1 | ERIC P. ISRAEL, #132426 |
| 2 | EPI@LNBYG.COM |
| | LEVENE, NEALE, BENDER, YOO & |
| 3 | GOLUBCHIK L.L.P. |
| | 2818 La Cienega Avenue |
| 4 | Los Angeles, CA 90034 |
| | Phone: 310-229-1234 |
| 5 | |
| 6 | Attorneys for JEFFREY I. GOLDEN, Trustee |
| 7 | D. EDWARD HAYS, #162507 |
| | ehays@marshackhays.com |
| 8 | BRADFORD N. BARNHARDT, #328705 |
| | bbarnhardt@marshackhays.com |
| 9 | MARSHACK HAYS WOOD LLP |
| | 870 Roosevelt |
| 10 | Irvine, CA 92620 |
| 11 | Telephone: (949) 333-7777 |
| | Facsimile: (949) 333-7778 |
| 12 | |
| 13 | Attorneys for Creditor, |
| | HOUSER BROS. CO. dba RANCHO DEL |
| 14 | REY MOBILE HOME ESTATES |

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:21-bk-11710-SC |
| JAMIE LYNN GALLIAN, | Chapter 7 |
| Debtor. | DECLARATION OF GREGORY A. PEPLIN RE GOOD FAITH PURCHASER FINDING ON CHAPTER 7 TRUSTEE'S MOTION TO AUTHORIZE SALE OF MANUFACTURED HOME CURRENTLY LOCATED AT 16222 MONTEREY LANE, SPACE 376, HUNTINGTON BEACH, CA 92649, DECAL NO. LBM1081, FREE AND CLEAR OF LIENS AND HOMESTEAD EXEMPTION (DOCKET NO. 539) |
| | Date: March 4, 2025 |
| | Time: 11:00 a.m. |
| | Ctrm: 5C |

/ / /

1

DECLARATION OF GREGORY A. PEPLIN RE: GOOD FAITH PURCHASER
4880-1284-8131,v.1

TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR AND HER COUNSEL OF RECORD, AND ALL INTERESTED PARTIES:

Houser Bros. Co., dba Rancho Del Rey Mobile Home Estates ("Houser Bros.") and Jeffrey I. Golden solely in his capacity as Chapter 7 Trustee ("Trustee") of the bankruptcy estate of Jamie Lynn Gallian, jointly submit the attached Declaration of Gregory A. Peplin re: Good Faith Purchaser Finding on Chapter 7 Trustee's Motion to Authorize Sale of Manufactured Home currently located at 16222 Monterey Lane, Space 376, Huntington Beach, CA 92649, Decal No. LBM1081, Free and Clear of Liens and Homestead Exemption (Docket No. 539).

DATED: March 7, 2025         MARSHACK HAYS WOOD LLP

                             By:  */s/ Bradford N. Barnhardt*
                                  D. EDWARD HAYS
                                  BRADFORD N. BARNHARDT
                                  Attorneys for Creditor,
                                  HOUSER BROS. CO. dba RANCHO DEL
                                  REY MOBILE HOME ESTATES

# DECLARATION

ERIC P. ISRAEL (State Bar No. #132426)
*EPI@LNBYG.COM*
LEVENE, NEALE, BENDER, YOO &
GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, CA 90034
Phone: 310-229-1234

Attorneys for Jeffrey I. Golden, Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>Debtor. | Case No. 8:21-bk-11710-SC<br><br>Chapter 7<br><br>**DECLARATION OF GREGORY A. PEPLIN RE GOOD FAITH PURCHASER FINDING ON CHAPTER 7 TRUSTEE'S MOTION TO AUTHORIZE SALE OF MANUFACTURED HOME CURRENTLY LOCATED AT 16222 MONTEREY LANE, SPACE 376, HUNTINGTON BEACH, CA 92649, DECAL NO. LBM1081, FREE AND CLEAR OF LIENS AND HOMESTEAD EXEMPTION (DOCKET NO. 539)**<br><br>Date:  March 4, 2025<br>Time:  11:00 a.m.<br>Ctrm:  5C |

### DECLARATION OF GREGORY A. PEPLIN

I, Gregory A. Peplin, declare as follows:

1. I am an individual over 18 years of age and competent to make this Declaration.

2. The facts set forth below are true of my personal knowledge. If called upon to do so, I could and would competently testify as to the facts set forth in this Declaration.

3. I make this declaration in support of the request by Jeffrey I. Golden, the Chapter 7 Trustee (the "Trustee") for the estate of Jamie Lynn Gallian (the "Debtor"), for a good faith purchaser finding in the Trustee's Motion to Authorize Sale of Manufactured Home Currently

1

Located at 16222 Monterey Lane, Space 376, Huntington Beach, Ca 92649, Decal No. LBM1081, Free and Clear of Liens and Homestead Exemption (Docket No. 539) (the "Sale Motion").

    4.    On or about February 26, 2025, I made an overbid at $276,000 (the "Overbid"), through Coldwell Banker Realty ("Coldwell Banker"), the Trustee's real estate brokers, for a 2014 Skyline Custom Villa manufactured home, decal no. LBM 1081 (the "Property") currently located at 16222 Monterey Lane, Space #376, Huntington Beach, California 92649 (the "Space"). The Overbid was for all cash with no contingencies. I also provided the Trustee with a bank statement reflecting enough funds to pay cash at that price.

    5.    I have received and review a copy of the Sale Motion. I understand that the sale will be subject to all of the terms and conditions in that motion other than price. I also understand that the Trustee is not selling the Space and that I will need to apply to the park association for a new lease.

    6.    I attended by Zoom the sale hearing on March 4, 2025, at 11:00 a.m. The Trustee called for overbidders, and I understand that my Overbid was the highest bid for the Property. The Court ultimately took the Sale Motion under submission.

    7.    I make the following disclosures in connection with the Trustee's request for a good faith purchaser finding for the Overbid:

    a.    Bill Friedman and Greg Bingham of Coldwell Banker Realty were also salespersons representing Jason M. Rund, solely in his capacity as Chapter 7 trustee for the estate of Gregory A. Peplin, case no. 2:24-bk-13645-DS (the "Peplin Trustee"). In that case, the Peplin Trustee sold my real property to a third party, and I received money on account of my homestead exemption in that case. I understand that I must reinvest those proceeds in another home by April 30, 2025, in order to preserve their exempt character.

    b.    Mr. Friedman and Mr. Bingham are not representing me in the proposed sale by the Trustee of the Property at bar – they instead are only representing the Trustee. Instead, I am represented by Galaxy Homes LLC ("Galaxy"). Galaxy was also the stalking horse buyer.

8. Except for my interest in overbidding on the Property, and the matters disclosed in paragraph 7 above, I have no relationship with the Debtor, the Trustee or any of the professionals in this case. I was advised of the Property by the Brokers and my real estate broker, David Guarino of Galaxy Homes. Before being referred to the Property, I had no knowledge of or dealings with the Debtor, this bankruptcy case or the Trustee.

9. There are no undisclosed terms to the sale.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at La Verne, California, on March __, 2025.



GREGORY A. PEPLIN

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: DECLARATION OF GREGORY A. PEPLIN RE GOOD FAITH PURCHASER FINDING ON CHAPTER 7 TRUSTEE'S MOTION TO AUTHORIZE SALE OF MANUFACTURED HOME CURRENTLY LOCATED AT 16222 MONTEREY LANE, SPACE 376, HUNTINGTON BEACH, CA 92649, DECAL NO. LBM1081, FREE AND CLEAR OF LIENS AND HOMESTEAD EXEMPTION (DOCKET NO. 539) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 7, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On March 7, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR**
JAMIE LYNN GALLIAN
16222 MONTEREY LN UNIT 376
HUNTINGTON BEACH, CA 92649

**SECURED CREDITOR**
J-PAD, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE OF PROCESS
4519 PONDEROSA WAY
YORBA LINDA, CA 92886

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on March 7, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
**VIA PERSONAL DELIVERY**
**PRESIDING JUDGE'S COPY**
HONORABLE SCOTT C. CLARKSON
UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA
RONALD REAGAN FEDERAL BUILDING AND COURTHOUSE
411 WEST FOURTH STREET, SUITE 5130 / COURTROOM 5C
SANTA ANA, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 7, 2025 | Cynthia Bastida | */s/ Cynthia Bastida* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 2                    **F 9021-1.2.BK.NOTICE.LODGMENT**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:
   - **ATTORNEY FOR CREDITOR AND PLAINTIFF HOUSER BROS. CO.:** Bradford Barnhardt bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com, kfrederick@ecf.courtdrive.com
   - **ATTORNEY FOR DEBTOR:** Christopher L Blank    chris@chrisblanklaw.com
   - **ATTORNEY FOR TRUSTEE JEFFREY I GOLDEN (TR):** Aaron E DE Leest adeleest@DanningGill.com, danninggill@gmail.com; adeleest@ecf.inforuptcy.com
   - **ATTORNEY FOR CREDITOR AND PLAINTIFF THE HUNTINGTON BEACH GABLES HOMEOWNERS' ASSOCIATION:** Robert P Goe kmurphy@goeforlaw.com, rgoe@goeforlaw.com; goeforecf@gmail.com
   - **CHAPTER 7 TRUSTEE JEFFREY I GOLDEN (TR):** Jeffrey I Golden (TR lwerner@wgllp.com, jig@trustesolutions.net; kadele@wgllp.com
   - **ATTORNEY FOR CREDITOR AND PLAINTIFF HOUSER BROS. CO. and CREDITOR HOUSER BROS. CO. DBA RANCHO DEL REY MOBILE HOME ESTATES:** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
   - **ATTORNEY FOR CREDITOR AND PLAINTIFF THE HUNTINGTON BEACH GABLES HOMEOWNERS' ASSOCIATION:** Brandon J Iskander biskander@goeforlaw.com, kmurphy@goeforlaw.com
   - **ATTORNEY FOR TRUSTEE JEFFREY I GOLDEN (TR):** Eric P Israel eisrael@DanningGill.com, danninggill@gmail.com; eisrael@ecf.inforuptcy.com
   - **INTERESTED PARTY:** Shantal Malmed    shantal.malmed@gmlaw.com, cheryl.caldwell@gmlaw.com
   - **ATTORNEY FOR CREDITOR AND PLAINTIFF HOUSER BROS. CO. and CREDITOR HOUSER BROS. CO. DBA RANCHO DEL REY MOBILE HOME ESTATES:** Laila Masud lmasud@marshackhays.com, lmasud@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
   - **ATTORNEY FOR DEFENDANT RANDALL L NICKEL:** Mark A Mellor mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com
   - **INTERESTED PARTY COURTESY NEF:** Valerie Smith claims@recoverycorp.com
   - **U.S. TRUSTEE:** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                Page 3                                **F 9021-1.2.BK.NOTICE.LODGMENT**