ERIC P. ISRAEL (State Bar No. #132426)
EPI@LNBYG.COM
LEVENE, NEALE, BENDER, YOO &
GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, CA 90034
Phone: 310-229-1234

Attorneys for Jeffrey I. Golden, Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>Debtor. | Case No. 8:21-bk-11710-SC<br><br>Chapter 7<br><br>**NOTICE OF ENTRY OF ORDER VACATING AUCTION RESULTS AND RESCHEDULING AUCTION (*DOCKET NO. 569*)**<br><br>Date:  March 27, 2025<br>Time: 10:00 a.m.<br>Ctrm:  5C<br>       411 West Fourth Street<br>       Santa Ana, CA 92701 |

TO ALL CREDITORS, THE DEBTOR AND HER COUNSEL:

PLEASE TAKE NOTICE THAT on March 13, 2025, the Court entered an order vacating the results of the auction held on March 4, 2025 (*docket no. 569*). A copy of that order is attached hereto as Exhibit "A". Accordingly, an auction by Jeffrey I. Golden, the Chapter 7 Trustee (the "Trustee") for the estate of Jamie Lynn Gallian (the "Debtor"), of the manufactured home currently located at 16222 Monterey Lane, Space 376, Huntington Beach, Ca 92649, Decal No. LBM1081 will occur on March 27, 2025, at 10:00 a.m., in Courtroom "5C". The auction will be subject to all of the terms and conditions set for in the Trustee's Motion to Sell Manufactured Home Currently

1

Located at 16222 Monterey Lane, Space 376, Huntington Beach, CA 92649, Decal No. LBM1081, Free and Clear of Liens and Homestead Exemption (*docket no. 539*) (the "Sale Motion"), which was previously noticed to creditors.  Any party wishing to make an overbid must comply with the procedures set forth in the Sale Motion.

DATED:  March 14, 2025　　　　　　　　　LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.


　　　　　　　　　　　　　　　　　　　By:　　　/s/ Eric P. Israel
　　　　　　　　　　　　　　　　　　　　　ERIC P. ISRAEL
　　　　　　　　　　　　　　　　　　　　　Attorneys for Jeffrey I. Golden, Chapter 7 Trustee

2

# EXHIBIT "A"

**FILED & ENTERED**

**MAR 13 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Jamie Lynn Gallian,<br><br>Debtor(s). | Case No.: 8:21-bk-11710-SC<br><br>CHAPTER 7<br><br>**ORDER VACATING AUCTION RESULTS FROM MARCH 4, 2025, HEARING AND SETTING NEW AUCTION DATE OF MARCH 27, 2025**<br><br>Original Sale Hearing:<br>Date:    March 4, 2025<br>Time:    11:00 AM<br>Courtroom:  5C |

On March 4, 2024, the Court permitted the Chapter 7 Trustee to conduct an auction with respect to the Chapter 7 Trustee's Motion to Sell property of the Estate Free and Clear of Liens [Dk. 539]. Mr. Gregory A. Peplin was the successful bidder. At the hearing, the Court declined to make a good faith finding as Mr. Peplin was not the original buyer and permitted the Chapter 7 Trustee to submit a supplemental declaration in support of his request for a good faith finding under § 363(m) for the Court's review.

Accordingly, pursuant to the Court's instructions, the Declaration of Gregory A. Peplin was filed on March 7, 2025 [Dk. 566] attesting to his good faith status to support

-1-

a good faith finding under 11 U.S.C. § 363(m). On March 12, 2025 [Dk. 568], Debtor filed an Opposition to Mr. Peplin's declaration. The Opposition asserts that a single broker, Galaxy Homes LLC ("Galaxy") represented the two potential buyers appearing at the March 4, 2025, sale auction.[1]

The Court, having reviewed the Opposition and undertaking further research, has several concerns and risks to consider:

**1. Conflict of Interest Between Buyers**

Each buyer wants to acquire the property at the lowest possible price, creating a direct competition between them. The broker has a duty to act in each client's best interest, but representing both may result in an inability to fully advocate for either or advise either.

**2. Duty of Loyalty and Confidentiality**

A broker must keep one client's bidding strategy, valuation analysis, and negotiation tactics confidential from the other. There is a risk of improper disclosure (even inadvertently), which could undermine one buyer's competitive position.

**3. Risk of Auction Manipulation**

If both buyers are aware that they share a broker, it could lead to collusive behavior or bid rigging.

**4. Reduced Leverage for Clients**

A broker negotiating for multiple bidders may be limited in their ability to push aggressively for the best deal for either party.

**5. Disclosure and Legal Risks**

When the broker is a licensed professional, disclosure of the dual representation may be required. In this case, disclosure was made at the March 4, 2025 hearing, but not before to all parties-in-interest. The failure to disclose earlier has now raised the

---

[1] Further, Galaxy was not only the broker, but also the stalking horse buyer. Accordingly, whether Galaxy itself or the other bidder were successful, Galaxy would be getting a commission fee.

conflict issue (waivable or not between the potential buyers, but not waived by other parties-in- interest).

**6. Creditor and Court Scrutiny**

This Court insists on full transparent and a competitive bidding process in Section 363 sales. While full disclosure and consent may have been provided to both buyers, the Court and other parties-in-interest must have that information earlier than provided to evaluate the efficacy of the sales process, and the Court should have been provided an opportunity to consider and make necessary adjustments.

In this instance, the solution to ensure undivided loyalty, avoid conflicts and to provide full transparency, is to vacate the auction results of March 4, 2025, and order that a second auction shall be held on March 27, 2025, at 10 a.m. with prior full disclosures of broker representations of any buyers and supporting declarations regarding any conversations that have occurred between any buyer and/or broker. Any further disclosures and supporting evidence must be filed by no later than March 20, 2025.

The Court recommends that potential buyers have separate representations by brokers, and if necessary, counsel.

**IT IS SO ORDERED.**

Date: March 13, 2025

Scott C. Clarkson
United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled **NOTICE OF ENTRY OF ORDER VACATING AUCTION RESULTS AND RESCHEDULING AUCTION (DOCKET NO. 569)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 14, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Bradford Barnhardt    bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com
- Christopher L Blank    chris@chrisblanklaw.com
- Aaron E. De Leest    adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- Jeffrey I Golden (TR)    lwerner@go2.law, jig@trustesolutions.net;kadele@go2.law;C205@ecfcbis.com
- D Edward Hays    ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- Brandon J. Iskander    biskander@goeforlaw.com, kmurphy@goeforlaw.com
- Shantal Malmed    shantal.malmed@gmlaw.com, cheryl.caldwell@gmlaw.com
- Shantal Malmed    , cheryl.caldwell@gmlaw.com
- Laila Masud    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com
- Mark A Mellor    mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com
- Valerie Smith    claims@recoverycorp.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**: On **March 14, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

| **Buyer** | **Overbidder** |
|---|---|
| Galaxy Homes | Greg Peplin |
| Attn: Richard Herr | 4616 Calle de Grande |
| 12852 Bubbling Well Road | La Verne, CA  91750 |
| Santa Ana, CA 92705 | |

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                             **F 9013-3.1.PROOF.SERVICE**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 14, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 14, 2025 | D. Woo | /s/ D. Woo |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                    **F 9013-3.1.PROOF.SERVICE**

```
Label Matrix for local noticing              Christopher L. Blank, Attorney at Law, PC      Coldwell Banker Realty
0973-8                                       2973 Harbor Blvd                               840 Newport Center Dr Ste 100
Case 8:21-bk-11710-SC                        Box 506                                        Newport Beach, CA   92660-6377
Central District of California               COSTA MESA, CA 92626-3912
Santa Ana
Fri Mar 14 11:14:55 PDT 2025

Houser Bros. Co. dba Rancho Del Rey Mobile H  Santa Ana Division                            16222 MONTEREY LANE UNIT 376
c/o Marshack Hays LLP                         411 West Fourth Street, Suite 2030,           HUNTINGTON BEACH, CA 92649-2258
870 Roosevelt                                 Santa Ana, CA 92701-4500
Irvine, CA 92620-3663


Association of Flight Attendants              BS Investors                                  County of Orange
625 No. River Road Ste. 4020                  Robert P. Warmington C/o                      P.O. Box 4515
Rosemont, IL. 60018                           Gorden May Grant, Genovese & Baratta          Santa Ana CA 92702-4515
                                              2030 Hain St. Ste. 1600
                                              Irvine, CA 92614


County of Orange Treasurer-Tax Collector      Danning, Gill, Israel & Krasnoff, LLP         David R. Flyer
P.O. Box 4515                                 1901 Ave of The Stars, Ste 450                4120 Birch St. Ste. 101,
Santa Ana CA 92702-4515                       Los Angeles CA 90067-6006                     Newport Beach, CA 92660-2228


FRANCHISE TAX BOARD                           Feldsott & Lee                                Frank Satalino
BANKRUPTCY SECTION MS A340                    23161 Mill Creek Drive Ste 300                19 Velarde Ct.
PO BOX 2952                                   Laguna Hills, CA 92653-7907                   Rancho Santa Margarita, CA 92688-8502
SACRAMENTO CA 95812-2952


Gordon Rees Scully & Mansukhani               Gordon Rees Scully & Mansukhani               Houser Bros. Co.
5 Park Plaza Ste. 1100                        633 W 5th Street, 52nd Floor                  DBA Rancho Del Rey Estates
Irvine, CA 92614-8502                         Los Angeles, CA 90071-2005                    16222 Monterey Ln
                                                                                            Huntington Beachr CA 92649-6214


Houser Bros. Co.dba Rancho Del                Houser Brothers Co.                           Huntington Beach Gables H0A
Rey Mobile Home Estates                       dba Rancho Del Rey Mobilehome Est.            c/o Feldsott & Lee
17610 Beach Blvd Ste. 32                      17610 Beach Blvd. Ste. 32                     23161 Mill Creek Dr. Ste. 300 Laguna
Huntington Beach, CA 92647-6876               Huntington Beach, CA 92647-6876               Hllls, CA 92653-7907


Huntington Beach Gables Homeowners Associati  Huntington Harbor Village                     Huntington Hobile Home Inv. LLC.
Epstein, Grinnel & Howell, APC                16400 Saybrook                                430 S. San Dimas Ave.
10200 Willow Creek Rd Ste 100                 Huntington Beach, CA 92649-2277               San Dimasa CA 91773-4045
San Diego CA 92131-1655


Huntington Mobile Home Investments            Huntington Mobile Home Investments LLC        Hyundai Capital America
16400 Saybrook Lane                           1100 Newport Beach Blvd. Ste 1150             PO B0X 269011
Huntington Beach, CA 92649-2277               Newport Beach, CA 92560                       Plano, TX 75026-9011


Hyundal Capital America                       Internal Revenue Service                      Internal Revenue Service Insolvency
P0 B0X 269011                                 P0 Box 7346                                   P0 B0X 7346
Plano, TX 75026-9011                          Philadelphia, 19101-7346                      Philadelphia, PA 19101-7346
```

| | | |
|---|---|---|
| J-Sandcastle Co, LLC<br>16222 Monterey Ln Unit 376<br>Huntington Beach CA 92649-2258 | J-pad, LLC<br>21742 Anza Avenue<br>Torrance, CA 90503-6428 | J-pad, LLC<br>2702 N Gaff Street<br>Orange, CA 92865-2417 |
| James H Cosello<br>Casello & Lincoln,<br>525 N Cabrillo Park Dr. Ste 104<br>Santa Ana, CA 92701-5017 | Jamie Lynn Gallian<br>16222 Monterey Ln #376<br>Huntington Beach, CA 92649-2258 | Janine Jasso<br>16025 Warmington Lane<br>Huntington Beach, CA 92649-2278 |
| (p)JANINE JASSO<br>PO BOX 370161<br>EL PASO TX 79937-0161 | Janine Jasso<br>c/o Gordon Rees Scully &<br>Mansukhani<br>633 W 5th Street, 52nd Floor<br>Los Angeles, CA 90071-2005 | Janine Jasso, Jennifer Paulin, Lori Burrett<br>c/o Goe Forsythe & Hodges LLP<br>17701 Cowan, Suite 210<br>Irvine, CA 92614-6840 |
| Jennifer Ann Paulin<br>c/o Gordon Rees Scully &<br>Mansukhani<br>633 W 5th Street, 52nd Floor<br>Los Angeles, CA 90071-2005 | Jennifer Paulin<br>4446 Alderport Dr.<br>Huntington Beach, CA 92649-2286 | Kia Motors Finance<br>PO Box 20815<br>Fountain Valley, CA 92728-0815 |
| Lee Gragnano<br>16062 Warmington Ave.<br>Huntington Beacha CA 92649-2285 | Lee Gragrano<br>16062 Warmington Ave.<br>Huntington Beach, CA 92649-2285 | Lee S. Gragnano<br>c/o Gordon Rees Scully &<br>Mansukhani<br>633 W 5th Street, 52nd Floor<br>Los Angeles, CA 90071-2005 |
| Linda Jean ''Lindy'' Bec<br>c/o Gordon Rees Scully &<br>Mansukhani<br>633 W 5th Street, 52nd Floor<br>Los Angeles, CA 90071-2005 | Lindy Beck<br>4443 Chase Dr.<br>Huntington Beach, CA 92649-2297 | Lisa T. Ryan<br>20949 Lassen St. Apt 208<br>Chattsworth, CA 91311-4239 |
| Lori Ann Burrett<br>c/o Gordon Rees Scully &<br>Mansukhani<br>633 W 5th Street, 52nd Floor<br>Los Angeles, CA 90071-2005 | Lori Burrett<br>16107 Harmington Lane<br>Huntington Beach, CA 92649-2281 | Lori Burrett<br>16107 Sherlock Lane<br>Huntington Beach, CA 92649-2293 |
| Mark A.Mellor Mellor Law Firm<br>c/o Randall Nickell<br>6800 Indiana Ave.<br>Riverside, CA 92506-4267 | Michael S. Devereux<br>Wex Law<br>9171 Wilshire Blvd. Ste. 500<br>Beverly Hills, CA 90210-5530 | Nationwide Reconveyance, LLC<br>c/o Feldsott & Lee<br>23161 Mill Creek Drive Ste 300<br>Laguna Hills, CA 92653-7908 |
| Orange County Superior Court<br>c/o Feldsott & Lee<br>23161 Mill Creek Dr. Ste. 300<br>Laguna Hills, CA 92653-7907 | Patricia Ryan<br>20949 Lassen St. Apt 208<br>Chattsworth, CA 91311-4239 | People of the St of CA<br>8141 13th St<br>Westminster CA 92683-4576 |
| Randall Nickel<br>11619 Inwood Drive,<br>Riverside, CA 92503-5000 | Randall Nickell<br>4476 Alderport Dr.<br>Huntington Beach. CA 92649-2288 | Randell Nickel<br>c/o Mark Mellor, Esq.<br>6800 Indiana Ave. Ste. 220<br>Riverside, CA 92506-4267 |

| | | |
|---|---|---|
| Randell Nickel<br>c/o Mark Mellor, Esq. Ste. 220 6800<br>Indiana Ave.<br>Riverside, CA 92506 | Raquel Flyer-Dashner<br>4120 Birch St. Ste. 101,<br>Newport Beach, CA 92660-2228 | Robert P. Warmington Co.<br>c/o BS Investors<br>18201 Von Karmen Ste. 450<br>Irvine, CA 92612-1195 |
| Robert P. Warmington Co.<br>c/o BS Investors LP<br>18201 Von Karmen Ste. 450<br>Irvine, CA 92612-1195 | Rutan & Tucker<br>18575 Jamboree Rd 9th Fl<br>Irvine CA 92612-2559 | S4 A California Limited Partnership<br>1001 Cove St Ste 230<br>Newport Beach CA 92660 |
| Sandra L. Bradley<br>18 Meadowwood<br>Coto De Caza, CA 92679-4738 | Sardra Bradley<br>18 Meadow Hood<br>Coto De Caza, CA 92679-4738 | Stanley Feldsott: Esq<br>Feldsott & Lee<br>23161 Mill Creek Drive<br>Laguna Hills, CA 92653-7907 |
| Steven A. Fink<br>13 Corporate Plaza Ste. 150<br>Newport Beach, CA 92660-7919 | Superior Court of CA<br>County of Orange<br>711 Civic Center Dr West<br>Santa Ana CA 92701-3907 | Superior Default Services Inc<br>c/o Feldsott & Lee<br>23161 Mill Creek Drive Ste 300<br>Laguna Hills, CA 92653-7908 |
| Suzanne Tague<br>Ross Wolcott, Teinert, Prout<br>3151 Airway Ave. S-1<br>Costa Mesa, CA 92626-4607 | Ted Phillips<br>17162 Sandra Lee<br>Huntington Beach, CA 92649 | Ted Phillips<br>17912 Sandra Lee<br>Huntington Beach, CA 92649 |
| The Huntington Beach Gables<br>Homeowners Association<br>c/o Epsten Grinnell & Howell APC<br>10200 Willow Creek Road, Ste 100<br>San Diego, CA 92131-1669 | The Huntington Beach Gables<br>Homeowners Association<br>c/o Epsten Grinnell & Howell,<br>APC 10200 Willow Creek Road,<br>Ste 100<br>San Diego, CA 92131 | The Huntington Beach Gables Homeowners Assoc<br>c/o Goe Forsythe & Hodges LLP<br>18101 Von Karman Ave, Suite 1200<br>Irvine, CA 92612-7119 |
| Theodore Phillips<br>17612 Sandea Lee<br>Huntington Beach CA 92649 | Theodore R ''Ted'' Phill<br>c/o Gordon Rees Scully &<br>Mansukhani<br>633 W 5th Street, 52nd Floor<br>Los Angeles, CA 90071-2005 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| United Airlines<br>233 S. Hacker Dr.<br>Chicago, IL 60606-6462 | United Airlines<br>P.O. Box 0675<br>Carol Stream, 60132-0675 | United States Trustee (SA)<br>411 W Fourth St., Suite 7160<br>Santa Ana, CA 92701-4500 |
| Vivienne J Alston<br>Alston, Alston & Diebold<br>27201 Puerta Real Ste 300<br>Mission Viejo, CA 92691-7359 | qennifer Paulin<br>4446 Alderport Dr.<br>Huntington Beach, CA 92649-2286 | zanine Jasso<br>16025 Harmington Lane<br>Huntington Beacha CA 92649-2278 |
| Christopher L Blank<br>Christopher L Blank, Esq<br>2973 Harbor Blvd #506<br>92626<br>Costa Mesa, CA 92626-3912 | Greg Bingham<br>Coldwell Banker Residential<br>840 Newport Center Dr Ste 100<br>Newport Beach, CA 92660-6377 | Jamie Lynn Gallian<br>16222 Monterey Ln Unit 376<br>Huntington Beach, CA 92649-2258 |

| | | |
|---|---|---|
| Jeffrey I Golden (TR)<br>Golden Goodrich LLP<br>3070 Bristol Street, Suite 640<br>Costa Mesa, CA 92626-3067 | William Friedman<br>Coldwell Banker Realty<br>840 Newport Center Dr Ste 100<br>Newport Beach, CA 92660-6377 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Janine Jasso<br>P.O. Box 370161<br>El Paso, TX 79937 | US Bank<br>P O Box 5229<br>Cincinnati OH 45201-5229 | (d)US Bank NA<br>PO Box 64799<br>Saint Paul, MN 55164 |

| |
|---|
| (d)Janine Jasso<br>PO Box 370161<br>El Paso, CA 79937 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Courtesy NEF | (u)The Huntington Beach Gables Homeowners Ass | (u)Michael Chulak-tunknown)<br>Mchulak@MTcLaw.com |

| | |
|---|---|
| (d)People of the St of CA<br>8141 13th Street<br>Westminster, CA 92683-4576 | End of Label Matrix<br>Mailable recipients    91<br>Bypassed recipients     4<br>Total                  95 |