| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ERIC P. ISRAEL (State Bar No. 132426) <br> EPI@LNBYG.COM <br> LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. <br> 2818 La Cienega Ave. <br> Los Angeles, CA 90034 <br> Telephone: (310) 229-1234 <br> Facsimile: (310) 229-1244 | |
| ☐ *Individual appearing without attorney* <br> ☒ *Attorney for:* Jeffrey I. Golden, Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re: <br> JAMIE LYNN GALLIAN <br><br> Debtor(s). | CASE NO.: 8:21-11710-SC <br> CHAPTER: 7 <br><br> **NOTICE OF SALE OF ESTATE PROPERTY** |
|---|---|

| **Sale Date:** 03/27/2025 | **Time:** 10:00 am |
|---|---|
| **Location:** Courtroom 5C, | |

**Type of Sale**: ☒ Public ☐ Private    **Last date to file objections**: 03/18/2025

**Description of property to be sold**:
Manufactured home described as a 2014 Skyline Custom Villa, Decal No. LBM1081, presently located at 16222 Monterey Lane, Space 376, Huntington Beach, CA 92649. Sale does not include the ground lease for the pad, but the association advises that it will issue a new ground lease to any qualified buyer (but not the debtor).

**Terms and conditions of sale**:
"As is" and "where is" with no warrantees or recourse whatsoever. All cash, no contingencies. Subject to overbid and Court approval. For further information, see sale motion (docket no. 539) (the "Sale Motion").

**Proposed sale price**: $ 275,000.00

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 6004-2.NOTICE.SALE**

**Overbid procedure (*if any*)**:
Minimum initial overbid of $276,000.  Overbids in increments of $1,000. To overbid, a cashiers check payable to "Jeffrey I. Golden, Trustee" must be delivered at 3 days before the auction with proof of ability to close the sale and overbid on approved form without changes attached as Exhibit "8" to sale motion.  For further information, see the Sale Motion.

**If property is to be sold free and clear of liens or other interests, list date, time and location of hearing:**
Auction to be held March 27, 2025, at 10:00 a.m. in Courtroom "5C", 411 W. Fourth St., Santa Ana, CA.

**Contact person for potential bidders (*include name, address, telephone, fax and/or email address*):**
Greg Bingham at Coldwell Banker Realty.  (949) 759-3760, Gregory.Bingham@camoves.com.

Date: 03/18/2025

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                Page 2                                                **F 6004-2.NOTICE.SALE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled **NOTICE OF SALE OF ESTATE PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 18, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Bradford Barnhardt    bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com
- Christopher L Blank    chris@chrisblanklaw.com
- Aaron E. De Leest    adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- Jeffrey I Golden (TR)    lwerner@go2.law, jig@trustesolutions.net;kadele@go2.law;C205@ecfcbis.com
- D Edward Hays    ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- Brandon J. Iskander    biskander@goeforlaw.com, kmurphy@goeforlaw.com
- Shantal Malmed    shantal.malmed@gmlaw.com, cheryl.caldwell@gmlaw.com
- Shantal Malmed    , cheryl.caldwell@gmlaw.com
- Laila Masud    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com
- Mark A Mellor    mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com
- Valerie Smith    claims@recoverycorp.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

**2. <u>SERVED BY UNITED STATES MAIL</u>**: On **March 18, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Jaime Lynn Gallian
16222 Monterey Ln Unit 376
Huntington Beach, CA 92649

☐ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 18, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                            **F 9013-3.1.PROOF.SERVICE**

None.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 18, 2025 | D. Woo | /s/ D. Woo |
|---|---|---|
| *Date* | *Type Name* | *Signature* |