1  ERIC P. ISRAEL (State Bar No. 132426)
   *EPI@LNBYG.COM*
2  LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
   2818 La Cienega Ave.
3  Los Angeles, CA 90034
   Phone:  310-229-1234
4  Fax:    310-229-1244

5  Attorneys for Jeffrey I. Golden, Trustee

FILED & ENTERED

MAR 18 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte        DEPUTY CLERK

6

## UNITED STATES BANKRUPTCY COURT

7

## CENTRAL DISTRICT OF CALIFORNIA

8

## SANTA ANA DIVISION

9

10

11  In re

12  JAMIE LYNN GALLIAN,

          Debtor.

13

14

15

16

17

Case No. 8:21-bk-11710-SC

Chapter 7

**ORDER GRANTING TRUSTEE'S APPLICATION TO RETAIN LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. AS SUCCESSOR GENERAL BANKRUPTCY COUNSEL TO TRUSTEE [*DOCKET NO. 557*]**

[No Hearing Required]

18        On February 25, 2025, Jeffrey I. Golden, the Chapter 7 trustee (the "Trustee") for the estate

19  of Jamie Lynn Gallian (the "debtor"), filed his Application to Employ Levene, Neale, Bender, Yoo

20  & Golubchik L.L.P. as Successor General Bankruptcy Counsel *(docket no. 557)* (the

21  "application").  It appears from the application that it is necessary that the Trustee employ counsel,

22  that said counsel represents no interest adverse to the debtor, the estate or any creditors in the

23  matter upon which counsel is to be engaged, and that the employment of Levene, Neale, Bender,

24  Yoo & Golubchik L.L.P. is in the best interest of the estate. It also appears that due and proper

25  notice of the application under LBR 9013-1(o) was given to the debtor, the debtor's counsel, the

26  United States Trustee, the 20 largest creditors and all parties in interest. It also appears that no

27  objections or requests for hearing with respect to the application have been filed. Good cause

28  appearing,

1

IT IS ORDERED THAT:

1.      The application is GRANTED in its entirety, and the Trustee is authorized to employ Levene, Neale, Bender, Yoo & Golubchik L.L.P., as his successor general bankruptcy counsel, at the expense of the estate, effective as of February 1, 2025, pursuant to 11 U.S.C. § 327(a).

2.      The compensation to be awarded shall be fixed by the Court after notice and a hearing as may be required by 11 U.S.C. §§ 330 and 331 and other applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Central District of California, and the practice and procedure of this Court.

###

Date: March 18, 2025

Scott C. Clarkson
United States Bankruptcy Judge