ERIC P. ISRAEL (State Bar No. #132426)
*EPI@LNBYG.COM*
LEVENE, NEALE, BENDER, YOO &
GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, CA 90034
Phone:     310-229-1234
Facsimile: 310-229-1244

Attorneys for Jeffrey I. Golden, Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>　　　Debtor. | Case No. 8:21-bk-11710-SC<br><br>Chapter 7<br><br>**DECLARATION OF LORI ALVAREZ RE COURT'S ORDER VACATING MARCH 4, 2025 AUCTION RESULTS AND RE-SETTING AUCTION FOR MARCH 27, 2025 (*DOCKET NO. 569*)**<br><br>Date: March 27, 2025<br>Time: 10:00 a.m.<br>Ctrm: 5C<br>　　　411 West Fourth Street<br>　　　Santa Ana, California |

I, Lori Alvarez, declare as follows:[1]

1. I am an individual over 18 years of age.

2. The facts set forth below are true of my personal knowledge. If called upon to do so, I could and would competently testify as to the facts set forth in this Declaration.

---

[1] Although I understand that the Court asked for declarations of conversations between buyers and brokers to be filed by March 20, 2025, since I was not retained by Mr. Peplin until March 19, 2025, I was unable to submit this declaration sooner, but am filing it as soon as possible thereafter.

1

3. I am a licensed real estate salesperson with Real Estate Resolved ("RE Resolved").

4. I was recently contacted by Greg Peplin to represent him as overbidder to purchase the manufactured home described as a 2014 Skyline Custom Villa, decal no. LBM 1081 (the "Property") currently located at 16222 Monterey Lane, Space #376, Huntington Beach, California 92649 (the "Space") (the "Property") from Jeffrey I. Golden, the Chapter 7 trustee for Jamie Lynn Gallian (the "Debtor"). I just signed a written agreement with Mr. Peplin on March 19, 2025.

5. Until this week when I spoke with Mr. Peplin, I have had no dealings with Mr. Peplin. I have never met or spoken with Jamie Lynn Gallain or Jeff Golden. I only spoke on March 21, 2025 with Eric Israel in order to prepare this declaration.

6. I have had no conversations with David Guarino, Richard Herr or anyone else from Galaxy Homes. I have not spoken with any other potential overbidders and do not intend to do so at any time through the March 27, 2025 auction hearing.

7. I understand that if Mr. Peplin is the successful bidder and the Court confirms the sale to him, a 3% commission would be payable to me, subject to Court approval. I have not agreed to share any commission I receive with any party other than my real estate brokerage – RE Resolved.

8. I intend to appear at the auction hearing on March 27, 2025, at 10:00 a.m. ***Honchariw*** and will be available to answer any questions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at La Verne, California, on March 22, 2025.

_____
LORI ALVAREZ

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled **DECLARATION OF LORI ALVAREZ RE COURT'S ORDER VACATING MARCH 4, 2025 AUCTION RESULTS AND RE-SETTING AUCTION FOR MARCH 27, 2025 (DOCKET NO. 569)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 24, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Bradford Barnhardt    bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com
- Christopher L Blank    chris@chrisblanklaw.com
- Aaron E. De Leest    adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- Jeffrey I Golden (TR)    lwerner@go2.law, jig@trustesolutions.net;kadele@go2.law;C205@ecfcbis.com
- D Edward Hays    ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- Brandon J. Iskander    biskander@goeforlaw.com, kmurphy@goeforlaw.com
- Eric P Israel    epi@lnbyg.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- Shantal Malmed    shantal.malmed@gmlaw.com, cheryl.caldwell@gmlaw.com
- Shantal Malmed    , cheryl.caldwell@gmlaw.com
- Mark A Mellor    mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com
- Laila Rais    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com
- Valerie Smith    claims@recoverycorp.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**: On **March 24, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 24, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

None.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 24, 2025 | D. Woo | /s/ D. Woo |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                    **F 9013-3.1.PROOF.SERVICE**

```
Label Matrix for local noticing          Christopher J. Blank, Attorney at Law, PC   Coldwell Banker Realty
0973-8                                    2973 Harbor Blvd                           840 Newport Center Dr Ste 100
Case 8:21-bk-11710-SC                     Box 506                                    Newport Beach, CA   92660-6377
Central District of California            COSTA MESA, CA 92626-3912
Santa Ana
Mon Mar 24 09:16:29 PDT 2025

Houser Bros. Co. dba Rancho Del Rey Mobile H   Levene Neale Bender Yoo & Golubchik L.L.P.   Santa Ana Division
c/o Marshack Hays LLP                     2818 La Cienega Ave                        411 West Fourth Street, Suite 2030,
870 Roosevelt                             Los Angeles, CA 90034-2618                 Santa Ana, CA 92701-4500
Irvine, CA 92620-3663


16222 MONTEREY LANE UNIT 376              Association of Flight Attendants           BS Investors
HUNTINGTON BEACH, CA 92649-2258           625 No. River Road Ste. 4020               Robert P. Warmington C/o
                                          Rosemont, IL. 60018                        Gorden May Grant, Genovese & Baratta
                                                                                     2030 Hain St. Ste. 1600
                                                                                     Irvine, CA 92614


County of Orange                          County of Orange Treasurer-Tax Collector   Danning, Gill, Israel & Krasnoff, LLP
P.O. Box 4515                             P.O. Box 4515                              1901 Ave of The Stars, Ste 450
Santa Ana CA 92702-4515                   Santa Ana CA 92702-4515                    Los Angeles CA 90067-6006



David R. Flyer                            FRANCHISE TAX BOARD                        Feldsott & Lee
4120 Birch St. Ste. 101,                  BANKRUPTCY SECTION MS A340                 23161 Mill Creek Drive Ste 300
Newport Beach, CA 92660-2228              PO BOX 2952                                Laguna Hills, CA 92653-7907
                                          SACRAMENTO CA 95812-2952


Frank Satalino                            Gordon Rees Scully & Mansukhani            Gordon Rees Scully & Mansukhani
19 Velarde Ct.                            5 Park Plaza Ste. 1100                     633 W 5th Street, 52nd Floor
Rancho Santa Margarita, CA 92688-8502     Irvine, CA 92614-8502                      Los Angeles, CA 90071-2005


Houser Bros. Co.                          Houser Bros. Co.dba Rancho Del             Houser Brothers Co.
DBA Rancho Del Rey Estates                Rey Mobile Home Estates                    dba Rancho Del Rey Mobilehome Est.
16222 Monterey Ln                         17610 Beach Blvd Ste. 32                   17610 Beach Blvd. Ste. 32
Huntington Beachr CA 92649-6214           Huntington Beach, CA 92647-6876            Huntington Beach, CA 92647-6876


Huntington Beach Gables HOA               Huntington Beach Gables Homeowners Associati   Huntington Harbor Village
c/o Feldsott & Lee                        Epstein, Grinnel & Howell, APC             16400 Saybrook
23161 Mill Creek Dr. Ste. 300 Laguna      10200 Willow Creek Rd Ste 100              Huntington Beach, CA 92649-2277
Hllls, CA 92653-7907                      San Diego CA 92131-1655


Huntington Hobile Home Inv. LLC.          Huntington Mobile Home Investments         Huntington Mobile Home Investments LLC
430 S. San Dimas Ave.                     16400 Saybrook Lane                        1100 Newport Beach Blvd. Ste 1150
San Dimasa CA 91773-4045                  Huntington Beach, CA 92649-2277            Newport Beach, CA 92560


Hyundai Capital America                   Hyundal Capital America                    Internal Revenue Service
PO BOX 269011                             PO BOX 269011                              PO Box 7346
Plano, TX 75026-9011                      Plano, TX 75026-9011                       Philadelphia, 19101-7346
```

| | | |
|---|---|---|
| Internal Revenue Service Insolvency<br>P0 BOX 7346<br>Philadelphia, PA 19101-7346 | J-Sandcastle Co., LLC<br>16222 Monterey Ln Unit 376<br>Huntington Beach CA 92649-2258 | J-pad, LLC<br>21742 Anza Avenue<br>Torrance, CA 90503-6428 |
| J-pad, LLC<br>2702 N Gaff Street<br>Orange, CA 92865-2417 | James H Cosello<br>Casello & Lincoln,<br>525 N Cabrillo Park Dr. Ste 104<br>Santa Ana, CA 92701-5017 | Jamie Lynn Gallian<br>16222 Monterey Ln #376<br>Huntington Beach, CA 92649-2258 |
| Janine Jasso<br>16025 Warmington Lane<br>Huntington Beach, CA 92649-2278 | (p)JANINE JASSO<br>PO BOX 370161<br>EL PASO TX 79937-0161 | Janine Jasso<br>c/o Gordon Rees Scully &<br>Mansukhani<br>633 W 5th Street, 52nd Floor<br>Los Angeles, CA 90071-2005 |
| Janine Jasso, Jennifer Paulin, Lori Burrett<br>c/o Goe Forsythe & Hodges LLP<br>17701 Cowan, Suite 210<br>Irvine, CA 92614-6840 | Jennifer Ann Paulin<br>c/o Gordon Rees Scully &<br>Mansukhani<br>633 W 5th Street, 52nd Floor<br>Los Angeles, CA 90071-2005 | Jennifer Paulin<br>4446 Alderport Dr.<br>Huntington Beach, CA 92649-2286 |
| Kia Motors Finance<br>PO Box 20815<br>Fountain Valley, CA 92728-0815 | Lee Gragnano<br>16062 Warmington Ave.<br>Huntington Beacha CA 92649-2285 | Lee Gragrano<br>16062 Warmington Ave.<br>Huntington Beach, CA 92649-2285 |
| Lee S. Gragnano<br>c/o Gordon Rees Scully &<br>Mansukhani<br>633 W 5th Street, 52nd Floor<br>Los Angeles, CA 90071-2005 | Linda Jean ''Lindy'' Bec<br>c/o Gordon Rees Scully &<br>Mansukhani<br>633 W 5th Street, 52nd Floor<br>Los Angeles, CA 90071-2005 | Lindy Beck<br>4443 Chase Dr.<br>Huntington Beach, CA 92649-2297 |
| Lisa T. Ryan<br>20949 Lassen St. Apt 208<br>Chattsworth, CA 91311-4239 | Lori Ann Burrett<br>c/o Gordon Rees Scully &<br>Mansukhani<br>633 W 5th Street, 52nd Floor<br>Los Angeles, CA 90071-2005 | Lori Burrett<br>16107 Harmington Lane<br>Huntington Beach, CA 92649-2281 |
| Lori Burrett<br>16107 Sherlock Lane<br>Huntington Beach, CA 92649-2293 | Mark A.Mellor Mellor Law Firm<br>c/o Randall Nickell<br>6800 Indiana Ave.<br>Riverside, CA 92506-4267 | Michael S. Devereux<br>Wex Law<br>9171 Wilshire Blvd. Ste. 500<br>Beverly Hills, CA 90210-5530 |
| Nationwide Reconveyance, LLC<br>c/o Feldsott & Lee<br>23161 Mill Creek Drive Ste 300<br>Laguna Hills, CA 92653-7908 | Orange County Superior Court<br>c/o Feldsott & Lee<br>23161 Mill Creek Dr. Ste. 300<br>Laguna Hills, CA 92653-7907 | Patricia Ryan<br>20949 Lassen St. Apt 208<br>Chattsworth, CA 91311-4239 |
| People of the St of CA<br>8141 13th St<br>Westminster CA 92683-4576 | Randall Nickel<br>11619 Inwood Drive,<br>Riverside, CA 92503-5000 | Randall Nickell<br>4476 Alderport Dr.<br>Huntington Beach. CA 92649-2288 |

| | | |
|---|---|---|
| Randell Nickel<br>c/o Mark Mellor, Esq.<br>6800 Indiana Ave. Ste. 220<br>Riverside, CA 92506-4267 | Randell Nickel<br>c/o Mark Mellor, Esq. Ste. 220 6800<br>Indiana Ave.<br>Riverside, CA 92506 | Raquel Flyer-Dashner<br>4120 Birch St. Ste. 101,<br>Newport Beach, CA 92660-2228 |
| Robert P. Warmington Co.<br>c/o BS Investors<br>18201 Von Karmen Ste. 450<br>Irvine, CA 92612-1195 | Robert P. Warmington Co.<br>c/o BS Investors LP<br>18201 Von Karmen Ste. 450<br>Irvine, CA 92612-1195 | Rutan & Tucker<br>18575 Jamboree Rd 9th Fl<br>Irvine CA 92612-2559 |
| S4 A California Limited Partnership<br>1001 Cove St Ste 230<br>Newport Beach CA 92660 | Sandra L. Bradley<br>18 Meadowwood<br>Coto De Caza, CA 92679-4738 | Sardra Bradley<br>18 Meadow Hood<br>Coto De Caza, CA 92679-4738 |
| Stanley Feldsott: Esq<br>Feldsott & Lee<br>23161 Mill Creek Drive<br>Laguna Hills, CA 92653-7907 | Steven A. Fink<br>13 Corporate Plaza Ste. 150<br>Newport Beach, CA 92660-7919 | Superior Court of CA<br>County of Orange<br>711 Civic Center Dr West<br>Santa Ana CA 92701-3907 |
| Superior Default Services Inc<br>c/o Feldsott & Lee<br>23161 Mill Creek Drive Ste 300<br>Laguna Hills, CA 92653-7908 | Suzanne Tague<br>Ross Wolcott, Teinert, Prout<br>3151 Airway Ave. S-1<br>Costa Mesa, CA 92626-4607 | Ted Phillips<br>17162 Sandra Lee<br>Huntington Beach, CA 92649 |
| Ted Phillips<br>17912 Sandra Lee<br>Huntington Beach, CA 92649 | The Huntington Beach Gables<br>Homeowners Association<br>c/o Epsten Grinnell & Howell APC<br>10200 Willow Creek Road, Ste 100<br>San Diego, CA 92131-1669 | The Huntington Beach Gables<br>Homeowners Association<br>c/o Epsten Grinnell & Howell,<br>APC 10200 Willow Creek Road,<br>Ste 100<br>San Diego, CA 92131 |
| The Huntington Beach Gables Homeowners Assoc<br>c/o Goe Forsythe & Hodges LLP<br>18101 Von Karman Ave, Suite 1200<br>Irvine, CA 92612-7119 | Theodore Phillips<br>17612 Sandea Lee<br>Huntington Beach CA 92649 | Theodore R ''Ted'' Phill<br>c/o Gordon Rees Scully &<br>Mansukhani<br>633 W 5th Street, 52nd Floor<br>Los Angeles, CA 90071-2005 |
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | United Airlines<br>233 S. Hacker Dr.<br>Chicago, IL 60606-6462 | United Airlines<br>P.O. Box 0675<br>Carol Stream, 60132-0675 |
| United States Trustee (SA)<br>411 W Fourth St., Suite 7160<br>Santa Ana, CA 92701-4500 | Vivienne J Alston<br>Alston, Alston & Diebold<br>27201 Puerta Real Ste 300<br>Mission Viejo, CA 92691-7359 | qennifer Paulin<br>4446 Alderport Dr.<br>Huntington Beach, CA 92649-2286 |
| zanine Jasso<br>16025 Harmington Lane<br>Huntington Beacha CA 92649-2278 | Christopher L Blank<br>Christopher L Blank, Esq<br>2973 Harbor Blvd #506<br>92626<br>Costa Mesa, CA 92626-3912 | Greg Bingham<br>Coldwell Banker Residential<br>840 Newport Center Dr Ste 100<br>Newport Beach, CA 92660-6377 |

| | | |
|---|---|---|
| Jamie Lynn Gallian<br>16222 Monterey Ln Unit 376<br>Huntington Beach, CA 92649-2258 | Jeffrey I Golden (TR)<br>Golden Goodrich LLP<br>3070 Bristol Street, Suite 640<br>Costa Mesa, CA 92626-3067 | William Friedman<br>Coldwell Banker Realty<br>840 Newport Center Dr Ste 100<br>Newport Beach, CA 92660-6377 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Janine Jasso<br>P.O. Box 370161<br>El Paso, TX 79937 | US Bank<br>P O Box 5229<br>Cincinnati OH 45201-5229 | (d)US Bank NA<br>PO Box 64799<br>Saint Paul, MN 55164 |

(d)Janine Jasso
PO Box 370161
El Paso, CA 79937

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Courtesy NEF | (u)The Huntington Beach Gables Homeowners Ass | (u)Michael Chulak-tunknown)<br>Mchulak@MTcLaw.com |

| | |
|---|---|
| (d)People of the St of CA<br>8141 13th Street<br>Westminster, CA 92683-4576 | End of Label Matrix<br>Mailable recipients   92<br>Bypassed recipients    4<br>Total                 96 |