UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

CIVIL MINUTES – GENERAL

| Case No. | 8:24-cv-02445-MRA | Date | March 28, 2025 |
|---|---|---|---|
| Bankr. Case No. | 8:21-bk-11710-SC | | |
| Title | In Re: Jamie Lynn Gallian | | |

| Present: The Honorable | MONICA RAMIREZ ALMADANI, UNITED STATES DISTRICT JUDGE |
|---|---|

| Gabriela Garcia | None Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER DISMISSING BANKRUPTCY APPEAL FOR LACK OF PROSECUTION AND FOR FAILURE TO COMPLY WITH THE COURT'S ORDER**

　　Appellant Jamie Lynn Gallian filed a Notice of Appeal and Statement of Election on November 8, 2024. ECF 1. On November 13, 2024, the Court issued a Notice Regarding Appeal from Bankruptcy Court, ordering Appellant, within 14 days after filing the Notice of Appeal, to file with the Clerk of the Bankruptcy Court: (1) a designation of record, (2) a statement of issues on appeal, and (3) a notice regarding the ordering of transcripts. ECF 3 at 1. The Court warned that failure to timely comply with these requirements may result in the dismissal of the appeal. *Id.* at 2.

　　On February 4, 2025, the Court issued an Order to Show Cause, observing that Appellant had not filed all of the required documents. ECF 5. The Court thus ordered Appellant to show cause in writing no later than February 19, 2025, why this appeal should not be dismissed for lack of prosecution. *Id.* To date, Appellant has failed to respond the Court's Order to Show Cause.

　　District courts may impose sanctions, including dismissal, upon any bankruptcy appellant who fails to take steps required to prosecute an appeal. *See Greco v. Stubenberg*, 859 F.2d 1401, 1404 (9th Cir. 1988); *see also In re Marsh*, 19 F. App'x 727, 729 (9th Cir. 2001) (affirming that a three-month delay in designating the record on appeal was an "inexcusably flagrant violation of the court's rules" and warranted dismissal). Accordingly, the Court **ORDERS** this appeal dismissed for lack of prosecution and failure to comply with the Court's Orders.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　-　:　-

　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk　　gga