CHRISTOPHER L. BLANK (SBN 115450)
CHRISTOPHER L. BLANK, ATTORNEY AT LAW, PC
2973 Harbor Blvd. #506
Costa Mesa, CA 92626
Telephone:     (949) 250-4600
Email:        chris@chrisblanklaw.com

Attorney for Debtor Jamie Lynn Gallian

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re | ) **BK Case No. 8:21-bk-11710-SC** |
| | ) |
| | ) **Chapter 7** |
| | ) |
| JAMIE LYNN GALLIAN | ) **PROOF OF SERVICE OF DEBTOR'S** |
| | ) **EVIDENCE AND ARGUMENT IN** |
| | ) **OPPOSITION TO PROPOSED FINDING** |
| Debtor. | ) **OF GOOD FAITH PURCHASE AND** |
| | ) **EXHIBIT 1 THERETO** |
| | ) |
| | ) **Date:  April 10, 2025** |
| | ) **Time:  9:30 AM** |
| | ) **Ctrm: 5C In-person** |
| | ) |

TO THE COURT AND INTERESTED PARTIES:

Please see the attached Exhibit 1 which was to be attached to Debtor's Evidence and

Argument in Opposition to Proposed Finding of Good Faith, as well as Proof of Service of that

document.

Dated:  April 5, 2025            CHRISTOPHER L. BLANK, ATTORNEY
                               AT LAW, PC

                               By:   /S/*Christopher L. Blank*
                               Christopher L. Blank, Attorney for Debtor
                               Jamie Lynn Gallian

1

# EXHIBIT 1

# EXHIBIT 1

# EXHIBIT 1

**From:** Vivienne Alston <valston@aadlawyers.com>
**Subject: FW: Scan Data from [XRX9C934E629521]**
**Date:** April 11, 2019 at 9:58:35 AM PDT
**To:** Jamie Gallian <jamiegallian@gmail.com>

Here is the application packet  for a new buyer.  The  space rent doe the lot is  on the Information for Prospective Homeowners.

Sincerely,
Vivienne J. Alston
Alston, Alston & Diebold
27201 Puerta Real, Suite 300
Mission Viejo, CA 92691
Telephone: (714) 556-9400

**From:** info2@aadlawyers.com <info2@aadlawyers.com>
**Sent:** Thursday, April 11, 2019 1:37 AM
**To:** Vivienne Alston <valston@aadlawyers.com>
**Subject:** Scan Data from [XRX9C934E629521]

*Rancho Del Rey*

**MOBILE HOME ESTATES**
16222 MONTEREY LANE
HUNTINGTON BEACH, CA 92649
PHONE: (714) 846-1429

## Application Qualification Requirements

The below listed criteria must be meet for approval of Rancho Del Rey Mobile Home
Estates tenancy.

- Proof of monthly income must be greater than three (3) times the monthly rent which
  varies by space.

- FICO credit score must be above 650.

- No evictions in the past 5 years.

- No bankruptcy in the past 5 years.

- Application is evaluated on the ability of applicant to conform to the (MRL) Mobile
  Home Residency Law and the park Rules and Regulations.

- General/Criminal background checks and references of past tenancy information are
  required and evaluated to confirm applicant will comply with the Rules and
  Regulations.

- Restrictions are placed on pets. Limit is two (2) small pets per space. Dogs must be
  approved by management and must be no greater than 15 inches at the shoulders or
  weigh less then 22 pounds.

Rancho Del Rey Management

# MOBILEHOME PARK RENTAL AGREEMENT DISCLOSURE



**Western Manufactured Housing Communities Association**

THIS DISCLOSURE STATEMENT CONCERNS THE MOBILEHOME PARK KNOWN AS <u>Rancho Del Rey Mobile Home Estates</u> LOCATED AT

<u>16222 Monterey Ln.</u> IN THE CITY OF <u>Huntington Beach</u> COUNTY OF <u>Orange</u>, STATE OF CALIFORNIA.

park address / park name

THIS STATEMENT IS A DISCLOSURE OF THE CONDITION OF THE PARK AND PARK COMMON AREAS AS OF <u>4/10/2019</u> IN COMPLIANCE WITH SECTION 798.75.5 OF THE CIVIL CODE.

date

IT IS NOT A WARRANTY OF ANY KIND BY THE MOBILEHOME PARK OWNER OR PARK MANAGEMENT AND IS NOT A SUBSTITUTE FOR ANY INSPECTION BY THE PROSPECTIVE HOMEOWNER/LESSEE OF THE SPACE TO BE RENTED OR LEASED OR OF THE PARK, INCLUDING ALL COMMON AREAS REFERENCED IN THIS STATEMENT. THIS STATEMENT DOES NOT CREATE ANY NEW DUTY OR NEW LIABILITY ON THE PART OF THE MOBILEHOME PARK OWNER OR MOBILEHOME PARK MANAGEMENT OR AFFECT ANY DUTIES THAT MAY HAVE EXISTED PRIOR TO THE ENACTMENT OF SECTION 798.75.5 OF THE CIVIL CODE, OTHER THAN THE DUTY TO DISCLOSE THE INFORMATION REQUIRED BY THE STATEMENT.

Are you (the mobilehome park owner/mobilehome park manager) aware of any of the following:

| A. Park or common area facilities | B. Does the park contain this facility? | | C. Is the facility in operation? | | D. Does the facility have any known substantial defects? | | E. Are there any uncorrected park citations or notices of abatement relating to the facilities issued by a public agency? | | F. Is there any substantial, uncorrected damage to the facility from fire, flood, earthquake, or landslides? | | G. Are there any pending lawsuits by or against the park affecting the facilities or alleging defects in the facilities? | | H. Is there any encroachment, easement, non-conforming use, or violation of setback requirements regarding this park's common area facility? | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| Clubhouse | X | | X | | | X | | X | | X | | X | | X |
| Walkways | X | | X | | | X | | X | | X | | X | | X |
| Streets, roads and access | X | | X | | | X | | X | | X | | X | | X |
| Electric utility system | X | | X | | | X | | X | | X | | X | | X |
| Water utility system | X | | X | | | X | | X | | X | | X | | X |
| Gas utility system | X | | X | | | X | | X | | X | | X | | X |
| Common area lighting system | X | | X | | | X | | X | | X | | X | | X |
| Septic or sewer system | X | | X | | | X | | X | | X | | X | | X |
| Playground | | X | | | | | | | | | | | | |
| RV storage | | | | | | | | | | | | | | |
| Parking areas | X | | X | | | X | | X | | X | | X | | X |
| Swimming pool | X | | X | | | X | | X | | X | | X | | X |
| Spa pool | X | | X | | | X | | X | | X | | X | | X |
| Laundry | X | | X | | | X | | X | | X | | X | | X |
| Other common area facilities* | X | | X | | | X | | X | | X | | X | | X |

*If there are other important park or common area facilities, please specify (attach additional sheets if necessary)

<u>Other Common Areas Include: Car Washing Facility, Pool Showers and Saunas.</u>

If any item in C is checked "no", or any item in D, E, F, G, or H is checked "yes", please explain (attach additional sheets if necessary):

_____

_____

The mobilehome park owner/park manager states that the information herein has been delivered to the prospective homeowner/lessee a minimum of three days prior to execution of a rental agreement and is true and correct to the best of the park owner/park manager's knowledge as of the date signed by the park owner/manager.

Park Owner/Manager:

_____    By: _____    Date: _____
      Chris Houser
      print name                                    signature

I/WE ACKNOWLEDGE RECEIPT OF A COMPLETED COPY OF THE PARK OWNER/MANAGER STATEMENT.

Prospective Homeowner
Lessee:_____ Park Owner/Manager:_____, Title:_____
Date:_____

Prospective Homeowner
Lessee:_____ Park Owner/Manager:_____, Title:_____
Date:_____



Copyright © 2014, WMA.

Printed Using formsRus.com On-Line Forms Software 1/14

# INFORMATION FOR PROSPECTIVE HOMEOWNERS



Western
Manufactured Housing Communities Association

As a prospective homeowner you are being provided with certain information you should know prior to applying for tenancy in a mobilehome park. This is not meant to be a complete list of information.

Owning a home in a mobilehome park incorporates the dual role of "homeowner" (the owner of the home) and park resident or tenant (also called a "homeowner" in the Mobilehome Residency Law). As a homeowner under the Mobilehome Residency Law, you will be responsible for paying the amount necessary to rent the space for your home, in addition to other fees and charges described below. You must also follow certain rules and regulations to reside in the park.

If you are approved for tenancy, and your tenancy commences within the next 30 days, your beginning monthly rent will be $ __1372.00__ (must be completed by the management) for space number __376__ (must be completed by the management). Additional information regarding future rent or fee increases may also be provided.

In addition to the monthly rent, you will be obligated to pay to the park the following additional fees and charges listed below. Other fees or charges may apply depending upon your specific requests. Metered utility charges are based on use.
Average Park Utility Charges from 2017 (Charges Vary on usage):
Gas:$29.61, Electric:$68.75, Water:$22.20, Trash:$17.67, Sewer:$23.38
<span style="font-size:smaller">(Management shall describe the fee or charge and a good faith estimate of each fee or charge.)</span>
Some spaces are governed by an ordinance, rule, regulation, or initiative measure that limits or restricts rents in mobilehome parks. These laws are commonly known as "rent control." Prospective purchasers who do not occupy the mobilehome as their principal residence may be subject to rent levels which are not governed by these laws. (Civil Code Section 798.21) Long-term leases specify rent increases during the term of the lease. By signing a rental agreement or lease for a term of more than one year, you may be removing your rental space from a local rent control ordinance during the term, or any extension, of the lease if a local rent control ordinance is in effect for the area in which the space is located.

A fully executed lease or rental agreement, or a statement signed by the park's management and by you stating that you and the management have agreed to the terms and conditions of a rental agreement, is required to complete the sale or escrow process of the home. You have no rights to tenancy without a properly executed lease or agreement or that statement. (Civil Code Section 798.75)

If the management collects a fee or charge from you in order to obtain a financial report or credit rating, the full amount of the fee or charge will be either credited toward your first month's rent or, if you are rejected for any reason, refunded to you. However, if you are approved by management, but, for whatever reason, you elect not to purchase the mobilehome, the management may retain the fee to defray its administrative costs. (Civil Code Section 798.74)

We encourage you to request from management a copy of the lease or rental agreement, the park's rules and regulations, and a copy of the Mobilehome Residency Law. Upon request, park management will provide you a copy of each document. We urge you to read these documents before making the decision that you want to become a mobilehome park resident.

Dated: _____

Acknowledge Receipt by Prospective Homeowner(s): _____

Signature of Park Manager: _____



Printed Using formsRus.com On-Line Forms Software 1/14

Copyright © 2014, WMA

# APPLICATION FOR RESIDENCY



**Western Manufactured Housing Communities Association**

**(Each person desiring residency must complete a separate application.)**

IN _____ Rancho Del Rey Mobile Home Estates _____
(Community Name)

## Personal

Name of Person Making Application: _____

Phone Number: _____

Date (of application): _____

Present Address: _____
City          State          Zip

Social Security Number: _____ Driver's License Number: _____

Email: _____ Date of birth: _____

Name(s) of Other Person(s) Who Will Be Occupying Homesite: _____
_____

Relationship(s): _____

Social Security Number(s): _____

Driver's License Number(s) _____

## Previous Residency

Present Landlord or Mortgage Co.: _____ Yrs. _____

Address: _____ Phone: _____
(City)      (State)      (Zip)

Monthly Rent or Mortgage Payment: _____

Prior Landlord or Mortgage Co.: _____ Yrs. _____

Address: _____ Phone: _____
(City)      (State)      (Zip)

Monthly Rent or Mortgage Payment: _____

Have you ever been asked to terminate your residency elsewhere or have you ever been evicted? ☐ Yes ☐ No

If yes, please explain: _____

Have you ever lived in a mobilehome park before? ☐ Yes   ☐ No

If yes, please explain: _____
_____

Address: _____

Dates of Residency: _____

Amount of Last Rent: _____



Copyright © 2017. WMA.

# APPLICATION FOR RESIDENCY
**Page 2**

## Vehicles

Number of Automobile(s): _____Boat(s): _____ Other _____

We must have complete descriptions of all vehicles:

Make: _____ Model: _____ Year: _____License No.: _____ State: _____

Financed By: _____Address: _____ Phone: _____

Make: _____ Model: _____ Year: _____License No.: _____ State: _____

Financed By: _____Address: _____ Phone: _____

Make: _____ Model: _____ Year: _____License No.: _____ State: _____

Financed By: _____Address: _____ Phone: _____

## Employment

Employer: _____ Phone: _____

Address: _____ City_____ State/ZIP: _____

Position: _____ Gross Monthly Salary: $ _____

Immediate Supervisor: _____ Length of Employment: Yrs. _____ Mos. _____

If not employed, please provide source and amount of means of financial support:

_____     _____

_____     _____

## Financial

Name of Bank: _____City: _____ Acct. No.: _____

    ☐ Checking  ☐ Savings  ☐ Loan

Name of Bank: _____City: _____ Acct. No.: _____

    ☐ Checking  ☐ Savings  ☐ Loan

Credit Card: _____ Acct. No.: _____ How Long: _____

Credit Card: _____ Acct. No.: _____ How Long: _____

Credit Card: _____ Acct. No.: _____ How Long: _____

Net Worth (from back page): _____ 0.00

## References

Business:  Name: _____ City: _____ Phone: _____

           Name: _____ City: _____ Phone: _____

Personal:  Name: _____ City: _____ Phone: _____

           Name: _____ City: _____ Phone: _____



Copyright © 2017. WMA.

# APPLICATION FOR RESIDENCY
**Page 3**

**Emergency**

Person(s) to notify in case of an emergency (other than co-resident):
Name: _____ Relationship:_____
Address: _____ City: _____
State/ZIP: _____ Phone Number: _____

## Approved Animals

If you have dogs and/or cats, please provide the following information:

| Name | Age | Type | Color/Description | Height | Weight |
|------|-----|------|-------------------|--------|--------|
|      |     |      |                   |        |        |
|      |     |      |                   |        |        |

## Home or Recreational Vehicle to Occupy Homesite

Make/Model: _____ Net Size:  Length: _____ Width: _____ Height: _____
Year: _____ Breaker Size: _____ amps.    License or Decal No.: _____
Serial No.: _____ Value: _____
Financed by: _____
Current Location: _____
Legal Owner Name/Address: _____
Registered Owner Name/Address: _____
Junior Lienholder Name/Address (if any): _____

The following paragraph should be completed by management and initialed by the prospective resident in the event the park has established minimum age requirements. If there are no age requirements for occupancy, the paragraph should be crossed out.

**The undersigned understands and acknowledges that this Park is a "housing for older persons" park with a minimum age requirement of ___55___ years of age or older for at least one resident and a minimum age requirement of ___18___ years of age or older for all other residents. The undersigned hereby represents that the person(s) making application to reside in the park meet the age requirement.**

The undersigned requests the management to check the above credit references and representations. The undersigned acknowledges that in the event a rental agreement is executed by both the management and the undersigned, it is subject to approval by the management of the undersigned's mobilehome or recreational vehicle as provided in the Rental Agreement.

The undersigned represents and warrants that the above information is true and correct and has been made for the purpose of informing the management of the park. The management has permission to verify any and all information offered on this application. In the event of any misrepresentation by applicant, management will have grounds to cancel any agreement entered in reliance upon the misrepresentation.

Copyright © 2017. WMA.

# APPLICATION FOR RESIDENCY
## Page 4

The undersigned understands that in the event that any of the above information cannot be verified by the management of the Park, the management of the Park has the right to deny the application. The undersigned further understands that Prospective Resident(s) shall have no rights of tenancy until a Rental Agreement has been signed by the Park management and the prospective resident(s).

APPLICANT _____

DATE _____

# NET WORTH STATEMENT

| ASSETS | | IN DOLLARS | LIABILITIES | | AMOUNT |
|---|---|---|---|---|---|
| CASH | Bank Office Name & No. | (Omit Cents) | NOTES PAYABLE TO BANKS | Bank Office Name & No. | (Omit Cents) |
| STOCKS AND BONDS | | | OTHER NOTES & ACCOUNTS PAYABLE | Mobilehome Loans | |
| | | | | Sales Contracts | |
| | | | | Loans of Life Ins. Policies | |
| NOTES RECEIVABLE (COLLECT-IBLE) | Relatives & Friends | | TAXES PAYABLE | Current Yr's Income Taxes Unpaid | |
| | Trust Deeds & Mortgages | | | Prior Yr's Income Taxes Unpaid | |
| | Other | | | Property Taxes Unpaid | |
| REAL ESTATE | Improved | | OTHER LIABILITIES | Unpaid Interest | |
| | Unimproved | | | | |
| | Leasehold Interest Owned | | | Total Liabilities | |
| LIFE INSURANCE | Cash Surrender Value | | NET WORTH CALCU-LATION | TOTAL ASSETS | |
| OTHER PERSONAL PROPERTY | Vehicles | | | TOTAL LIABILITIES | |
| | Other | | | NET WORTH | |
| | TOTAL ASSETS | | | | |

Copyright © 2017. WMA.

# PRIVACY STATEMENT FORM



**Western
Manufactured Housing Communities
Association**

At

Rancho Del Rey Mobile Home Estates
(Name of Community)

we are committed to safeguarding all nonpublic personal information that we may collect during the application process or at any time during your tenancy. We use this information initially for the sole purpose of evaluating your application for residency. Occasionally we use nonpublic personal information in order to collect a debt, for example, when a resident fails to pay the rent.

We collect nonpublic personal information about you from the following sources:

Information we receive directly from you, on forms, and in other communications to or with us, whether in writing, in person, by telephone or any other means.

Information we receive from other sources such as current and former landlords, current employers credit reporting agencies and resident screening services.

The community values your privacy and does not disclose nonpublic personal information to anyone, except as permitted or required by law, or as reasonably necessary in order to establish your identity when communicating with others as discussed above.

We restrict access to nonpublic personal information about you to only those persons who need to know that information in order to perform their job duties. Further, we maintain physical, electronic and procedural safeguards that comply with federal standards to guard your nonpublic personal information.

The undersigned Resident, or prospective Resident, hereby acknowledges receipt of a copy of this notice.

DATED: _____    _____

DATED: _____    _____

# CONSENT TO OBTAIN
# CONSUMER CREDIT REPORT



**Western
Manufactured Housing Communities
Association**

The undersigned hereby authorizes _____ Rancho Del Rey Mobile Home Estates _____ to obtain a credit report
(Name of park)
based upon the information provided in the undersigned's *Application for Tenancy*, and to share any necessary
personal information from the undersigned's application documents with any credit reporting agency or their
affiliates.

SO AGREED:

Dated:_____    _____
(Applicant)

Dated:_____    _____
(Applicant)

Dated:_____    _____
(Applicant)



Copyright © 2014. WMA.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

2973 Harbor Blvd. #506, Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled (*specify*):

### DEBTOR'S EVIDENCE AND ARGUMENT IN OPPOSITION TO PROPOSED FINDING OF GOOD FAITH PURCHASE AND EXHIBIT 1

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 4, 2025 Brief and April 5, 2025 Exhibit 1, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See Attached

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 5, 2025 | Christopher L. Blank | /S/Christopher L. Blank |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

<u>SERVICE LIST</u>

8:21-bk-11710-SC Notice will be electronically mailed to:

Bradford Barnhardt on behalf of Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates
bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Bradford Barnhardt on behalf of Interested Party Courtesy NEF
bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Bradford Barnhardt on behalf of Plaintiff Houser Bros. Co.
bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Christopher L Blank on behalf of Attorney Christopher L. Blank, Attorney at Law, PC
chris@chrisblanklaw.com

Christopher L Blank on behalf of Debtor Jamie Lynn Gallian
chris@chrisblanklaw.com

Aaron E. De Leest on behalf of Plaintiff Jeffrey I. Golden
adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com

Aaron E. De Leest on behalf of Trustee Jeffrey I Golden (TR)
adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com

Robert P Goe on behalf of Creditor The Huntington Beach Gables Homeowners Association
kmurphy@goeforlaw.com,
rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe on behalf of Interested Party The Huntington Beach Gables Homeowners Association
kmurphy@goeforlaw.com,
rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe on behalf of Plaintiff The Huntington Beach Gables Homeowners Association
kmurphy@goeforlaw.com,
rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Jeffrey I Golden (TR)
lwerner@go2.law, jig@trustesolutions.net;kadele@go2.law;C205@ecfcbis.com

D Edward Hays on behalf of Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays on behalf of Interested Party Courtesy NEF
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendo
za@ecf.courtdrive.com

D Edward Hays on behalf of Plaintiff Houser Bros. Co.
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendo
za@ecf.courtdrive.com

Brandon J. Iskander on behalf of Creditor The Huntington Beach Gables Homeowners Association
biskander@goeforlaw.com, kmurphy@goeforlaw.com

Brandon J. Iskander on behalf of Plaintiff The Huntington Beach Gables Homeowners Association
biskander@goeforlaw.com, kmurphy@goeforlaw.com

Eric P Israel on behalf of Trustee Jeffrey I Golden (TR)
epi@lnbyg.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Eric P Israel on behalf of Trustee Jeffrey I Golden (TR)
epi@lnbyg.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Shantal Malmed on behalf of Interested Party Courtesy NEF
, cheryl.caldwell@gmlaw.com

Shantal Malmed on behalf of Plaintiff Jeffrey I. Golden
shantal.malmed@gmlaw.com, cheryl.caldwell@gmlaw.com

Shantal Malmed on behalf of Trustee Jeffrey I Golden (TR)
shantal.malmed@gmlaw.com, cheryl.caldwell@gmlaw.com

Mark A Mellor on behalf of Defendant Randall L Nickel
mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com

Mark A Mellor on behalf of Interested Party Courtesy NEF
mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com

Laila Rais on behalf of Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates
lmasud@marshackhays.com,
lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Rais on behalf of Interested Party Courtesy NEF
lmasud@marshackhays.com,
lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila Rais on behalf of Plaintiff Houser Bros. Co.
lmasud@marshackhays.com,

lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Valerie Smith on behalf of Interested Party Courtesy NEF
claims@recoverycorp.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

8:21-bk-11710-SC Notice will not be electronically mailed to:

Greg Bingham
Coldwell Banker Residential
840 Newport Center Dr Ste 100
Newport Beach, CA 92660

Coldwell Banker Realty
840 Newport Center Dr Ste 100
Newport Beach, CA

William Friedman
Coldwell Banker Realty
840 Newport Center Dr Ste 100
Newport Beach, CA 92660

Janine Jasso
PO Box 370161
El Paso, CA 79937

Levene Neale Bender Yoo & Golubchik L.L.P.
2818 La Cienega Ave
Los Angeles, CA 90034

Michael D Poole on behalf of Creditor The Huntington Beach Gables Homeowners Association
Feldsott & Lee, ALC
23161 Mill Creek Dr Ste 300
Laguna Hills, CA 92653

Michael D Poole on behalf of Plaintiff The Huntington Beach Gables Homeowners Association
Feldsott & Lee
23161 Mill Creek Dr Ste 300
Laguna Hills, CA 92653