1  ERIC P. ISRAEL (State Bar No. 132426)
   EPI@LNBYG.COM
2  LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
   2818 La Cienega Ave.
3  Los Angeles, CA 90034
   Telephone: (310) 229-1234
4  Facsimile: (310) 229-1244

5  Attorneys for Jeffrey I. Golden, Chapter 7 Trustee

**FILED & ENTERED**

**APR 14 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte     DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>    Debtor. | Case No. 8:21-bk-11710-SC<br><br>Chapter 7<br><br>**SUPPLEMENTAL ORDER GRANTING TRUSTEE'S MOTION TO AUTHORIZE SALE OF MANUFACTURED HOME CURRENTLY LOCATED AT 16222 MONTEREY LANE, SPACE 376, HUNTINGTON BEACH, CA 92649, DECAL NO. LBM 1081, FREE AND CLEAR OF LIENS AND HOMESTEAD EXEMPTION**<br><br>Date:   April 10, 2025<br>Time:   9:30 a.m.<br>Crtrm.:  Courtroom "5C" |

On April 10, 2025, 9:30 a.m., the Court held an evidentiary hearing on the Trustee's Motion for Order Compelling Turnover of Manufactured Home Currently Located at 16222 Monterey Lane, Space 376, Huntington Beach, CA 92649, Decal No. LBM 1081 (Dk. 538); and the Trustee's Motion to Authorize Sale of Manufactured Home Currently Located at 16222 Monterey Lane, Space 376, Huntington Beach, CA 92649 (Dk. 539).  The Court on April 10, 2025, having entered its Order re: (1) Chapter 7 Trustee's Motion for Order Compelling Debtor and Any Other Occupants to Vacate and Turn Over Manufactured Home and Authorizing Issuance of Writ of Assistance [Dk. 538]; (2) Trustee's Motion to Authorize Sale of Manufactured Home Currently Located at 16222 Monterey Lane, Space 376, Huntington Beach, CA 92649, Decal No. LBM 1081,

1

Free and Clear of Liens and Homestead Exemption [Dk. 539]; and, (3) Good Faith Finding Pursuant to Section 363(M) on April 10, 2025 (Dk. 593) (the "Omnibus Order"), having read and considered the Declaration of Eric P. Israel Requesting Supplemental Orders on: (1) Chapter 7 Trustee's Motion for Order Compelling Debtor and Any Other Occupants to Vacate and Turn Over Manufactured Home and Authorizing Issuance of Writ of Assistance (Dk. 538); and (2) Trustee's Motion to Authorize Sale of Manufactured Home Currently Located at 16222 Monterey Lane, Space 376, Huntington Beach, CA 92649, Decal No. LBM 1081, Free and Clear of Liens and Homestead Exemption (Dk. 539), good cause appearing, it is

ORDERED THAT:

1. The Sale Motion (Dk. 539) is granted in its entirety.

2. The proposed overbid procedures are approved.

3. The sale by the Trustee of the entirety of the Manufactured Home Currently Located at 16222 Monterey Lane, Space 376, Huntington Beach, CA 92649, Decal No. LBM 1081 (the "Property"), including the interests of J-Sandcastle, LLC, to Greg Peplin (the "Buyer") for $276,000.00, is confirmed on the terms and conditions set forth in the Sale Motion and in the Purchase and Sale Agreement attached as Exhibit "1" to the Sale Motion.

4. The sale shall be free and clear of any and all liens, claims or interests pursuant to 11 U.S.C. § 363(b), (f) and (h), "as is," "where is," with no warranty or recourse whatsoever. The Trustee having avoided and preserved the senior lien on the Property, the sale proceeds are free and clear funds of the estate.

5. The Trustee is authorized to pay brokerage commissions, ordinary and customary costs of sale (including title and escrow fees), and undisputed amounts owed to the Lender through escrow. Brokers commissions are allowed and authorized for payment as follows:

    (b) 3% ($8,280.00) to Coldwell Banker Realty; and

    (c) 3$ ($8,280.00) to Real Estate Resolved.

6. The Buyer, Gregory A. Peplin, is found to be good faith purchaser within the meaning of 11 U.S.C. § 363(m).

7.  The Trustee is authorized to execute all documents and otherwise take all actions he deems necessary and appropriate to close the sale of the Property.

8.  There shall be no liability to the Trustee, in any capacity, by virtue of the sale of the Property hereinabove approved.  In the event the Trustee cannot consummate the sale for any reason, the sole remedy of the Buyer shall be limited to a return of the deposit.

9.  Upon closing of the sale, the escrow company closing the sale shall turn over promptly to the Trustee the balance of the proceeds of sale remaining after payment of costs and allowed sums under this order, as appropriate.

10.  The filing of this order with the California Department of Housing and Community Development shall constitute a discharge, termination and cancellation as to the Property of all liens, without the need for reconveyance or release of such liens, encumbrances, or other interests.

11.  The 14-day stay imposed by FRBP 6004(h) is not waived, because the Trustee withdrew the request that it be waived at the initial hearing on March 4, 2025.

###

Date: April 14, 2025

Scott C. Clarkson
United States Bankruptcy Judge

3