**Part 2:  Identify the subject of this appeal**

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:
   Order re Trustee's Motion for Sale, Turnover and Good Faith. Docket No. 593, Ent. 4/10/25, Exh. 1.
   Supplemental Order re Sale, Docket No. 598, Ent. 4/14/25, Exh. 2.
   Supplemental Order re Turnover, Docket No. 599, Ent. 4/14/25, Exh. 3.
2. State the date on which the judgment—or the appealable order or decree—was entered: 04/10/2025

**Part 3:  Identify the other parties to the appeal**

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party:  Trustee, Jeffrey Golden

   Attorney:

   Eric P. Israel
   LEVENE, NEALE, BENDER, YOO & GOLUBCHICK, L.L.P.
   2818 La Cienega Ave.
   Los Angeles, CA 90034
   EPI@LNBYG.com

2. Party:  Creditor, Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates

   Attorney:

   D. Edward Hays
   MARSHACK HAYS WOOD LLP
   870 Roosevelt
   Irvine, CA 92620
   ehays@marshackhays.com

**Part 4:  Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5:  Sign below**

Christopher L. Blank    [signature]    Date: 04/14/2025
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[Note to inmate filers: If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]