

ORDER No. _____

# UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

CHAPTER 7.00

APPEAL? ☒ Yes ☐ No
APPEAL No. 8:25-cv-00827-CV
(if known)

(File this form on the related case docket)

Ordering Party's Name: Christopher L. Blank    Attorney Bar# 115450
Law Firm: Christopher L. Blank, Attorney at Law, PC
Mailing Address: 2973 Harbor Blvd. #506, Costa Mesa, CA 92626

Person to Contact (**If Judge-ordered: Transcriber to contact Procurement***): Christopher L. Blank
Telephone: (714) 856-4626    E-mail: chris@chrisblanklaw.com
Bankruptcy Case #: 8:21-bk-11710-SC    Adversary Proceeding #/MP #: _____
Date of Hearing (**complete a SEPARATE form for EACH hearing date**): 4/10/25    Time: 9:30 AM
Debtor: Jamie Lynn Gallian
Adversary Proceeding Name: _____ vs. _____
Hearing Judge: S. Clarkson    Courtroom #: SA 5C
TRANSCRIBER: Briggs Reporting    ALTERNATE: J & J Court Transcribers
(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM**. For *341(a) Recording Request Procedures click here*, visit the U.S. Trustee website

**Transcript Type:**    NOTE: The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.

**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☒ 30 Days (Ordinary)    ☐ 3 Days    ☒ Entire Hearing
☐ 14 Days    ☐ Next Day (24 hours)    ☐ Ruling/Opinion of Judge only
☐ 7 Days    ☐ Testimony of Witness _____
    ☐ Other* _____ (name of witness)

*Special Instructions: _____

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

### TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript***: Clerk must **docket this form**; CM/ECF will automatically notify Procurement.
Date Request Filed: _____ Date Sent to Transcriber: _____ By ☐ FDS ☐ Mail ☐ Messenger
Digital Recording (or Analog Tape Recording)
(Tape #: ___) Time Start (Index #): ___ Time End (Index #): ___ Time Start: ___ Time End: ___
(Tape #: ___) Time Start (Index #): ___ Time End (Index #): ___ Time Start: ___ Time End: ___
Court Recorder: _____ Division: _____ Processed by: _____

### **TRANSCRIBER INSTRUCTIONS

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote prior to transcribing.

*Rev. October 2023. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*