CHRISTOPHER L. BLANK (SBN 115450)
CHRISTOPHER L. BLANK, ATTORNEY AT LAW, PC
2973 Harbor Blvd. #506
Costa Mesa, CA 92626
Telephone:     (949) 250-4600
Email:         chris@chrisblanklaw.com

Attorney for Debtor Jamie Lynn Gallian

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re | ) BK Case No. 8:21-bk-11710-SC |
| | ) |
| | ) Chapter 7 |
| | ) |
| JAMIE LYNN GALLIAN | ) APPELLANT'S DESIGNATION OF |
| | ) RECORD ON APPEAL [Docket 600] |
| | ) |
| Debtor. | ) |

TO THE COURT AND INTERESTED PARTIES: Debtor/Appellant, Jamie Lynn Gallian, hereby submits her Designation of Record on Appeal which is attached hereto.

Dated: April 28, 2025            CHRISTOPHER L. BLANK, ATTORNEY
                                 AT LAW, PC

                                 By:  /S/*Christopher L. Blank*
                                      Christopher L. Blank, Attorney for Debtor
                                      Jamie Lynn Gallian

1

**LIST OF DESIGNATED DOCUMENTS**

| Filing Date | # | Docket Text |
|---|---|---|
| 01/31/2025 | 538 (89 pgs) | Motion for Turnover of Property -*Chapter 7 Trustee's Notice of Motion and Motion for Order Compelling Debtor and Any Other Occupants to Vacate and Turn Over Manufactured Home and Authorizing Issuance of Writ of Assistance; Memorandum of Points and Authorities, Declaration of Jeffrey I. Golden and Request for Judicial Notice; proof of service* Filed by Trustee Jeffrey I Golden (TR) (Israel, Eric) (Entered: 01/31/2025) |
| 01/31/2025 | 539 (160 pgs; 3 docs) | Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) *Trustees Notice of Motion and Motion to Authorize Sale of Manufactured Home Currently Located at 16222 Monterey Lane, Space 376, Huntington Beach, CA 92649, Decal No. LBM1081, Free and Clear of Liens and Homestead Exemption; Memorandum of Points and Authorities, Declarations of Jeffrey I. Golden and Greg Bingham and Request for Judicial Notice in Support Thereof, With Proof of Service*. Fee Amount $199, Filed by Trustee Jeffrey I Golden (TR) (Attachments: # 1 Exhibit Exhibits 1 to 12 # 2 Proof of Service) (Israel, Eric) (Entered: 01/31/2025) |
| 01/31/2025 | 542 (12 pgs) | Notice of Hearing *Trustee's Notice of Hearing on Motion to Authorize Sale of Manufactured Home Currently Located at 16222 Monterey Lane, space 376, Huntington Beach, CA 92649, Decal No. LBM1081, Free and Clear of Liens and Homestead Exemption, With Proof of Service* Filed by Trustee Jeffrey I Golden (TR) (RE: related document(s)539 Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) *Trustees Notice of Motion and Motion to Authorize Sale of Manufactured Home Currently Located at 16222 Monterey Lane, Space 376, Huntington Beach, CA 92649, Decal No. LBM1081, Free and Clear of Liens and Homestead Exemption; Memorandum of Points and Authorities, Declarations of Jeffrey I. Golden and Greg Bingham and Request for Judicial Notice in Support Thereof, With Proof of Service*. |

|  |  |  |
|---|---|---|
|  |  | Fee Amount $199, Filed by Trustee Jeffrey I Golden (TR) (Attachments: # 1 Exhibit Exhibits 1 to 12 # 2 Proof of Service)). (Israel, Eric) (Entered: 01/31/2025) |
| 01/31/2025 | 543 (9 pgs) | Notice of Hearing *Chapter 7 Trustee's Notice of Hearing on Motion for Order Compelling Debtor and any other Occupants to Vacate and Turn Over Manufactured Home and Authorizing Issuance of Writ of Assistance, With Proof of Service* Filed by Trustee Jeffrey I Golden (TR) (RE: related document(s)538 Motion for Turnover of Property - *Chapter 7 Trustee's Notice of Motion and Motion for Order Compelling Debtor and Any Other Occupants to Vacate and Turn Over Manufactured Home and Authorizing Issuance of Writ of Assistance; Memorandum of Points and Authorities, Declaration of Jeffrey I. Golden and Request for Judicial Notice; proof of service* Filed by Trustee Jeffrey I Golden (TR)). (Israel, Eric) (Entered: 01/31/2025) |
| 02/13/2025 | 551 (4 pgs) | Notice *Joinder in Support of Trustee's Motion and Motion to Authorize Sale of Manufactured Home Currently Located at 16222 Monterey Lane, Space 376, Huntington Beach, CA 92649, Decal No. LBM1081, Free and Clear of Liens and Homestead Exemption; with Proof of Service* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (RE: related document(s)539 Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) *Trustees Notice of Motion and Motion to Authorize Sale of Manufactured Home Currently Located at 16222 Monterey Lane, Space 376, Huntington Beach, CA 92649, Decal No. LBM1081, Free and Clear of Liens and Homestead Exemption; Memorandum of Points and Authorities, Declarations of Jeffrey I. Golden and Greg Bingham and Request for Judicial Notice in Support Thereof, With Proof of Service*. Fee Amount $199, Filed by Trustee Jeffrey I Golden (TR) (Attachments: # 1 Exhibit Exhibits 1 to 12 # 2 Proof of Service)). (Hays, D) (Entered: 02/13/2025) |
| 02/13/2025 | 552 (12 pgs) | Notice *of Joinder in Support of Trustee's Motion and Motion for Order Compelling Debtor and Any* |

|  |  | *Other Occupants to Vacate and Turn Over Manufactured Home and Authorizing Issuance of Writ of Assistance; with Proof of Service* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (RE: related document(s)538 Motion for Turnover of Property - *Chapter 7 Trustee's Notice of Motion and Motion for Order Compelling Debtor and Any Other Occupants to Vacate and Turn Over Manufactured Home and Authorizing Issuance of Writ of Assistance; Memorandum of Points and Authorities, Declaration of Jeffrey I. Golden and Request for Judicial Notice; proof of service* Filed by Trustee Jeffrey I Golden (TR)). (Hays, D) (Entered: 02/13/2025) |
|---|---|---|
| 02/18/2025 | 553 (6 pgs) | Substitution of attorney Filed by Debtor Jamie Lynn Gallian. (Blank, Christopher) (Entered: 02/18/2025) |
| 02/18/2025 | 554 (52 pgs) | Opposition to (related document(s): 538 Motion for Turnover of Property -*Chapter 7 Trustee's Notice of Motion and Motion for Order Compelling Debtor and Any Other Occupants to Vacate and Turn Over Manufactured Home and Authorizing Issuance of Writ of Assistance; Memorandum of Points a filed by Trustee Jeffrey I Golden (TR), 539 Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) Trustees Notice of Motion and Motion to Authorize Sale of Manufactured Home Currently Located at 16222 Monterey Lane, Space 376, Huntington Beach, CA 92649, Decal No. filed by Trustee Jeffrey I Golden (TR), 551 Notice filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates, 552 Notice filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates) Filed by Debtor Jamie Lynn Gallian (Blank, Christopher) (Entered: 02/18/2025)* |
| 02/25/2025 | 558 (59 pgs) | Reply to (related document(s): 538 Motion for Turnover of Property -*Chapter 7 Trustee's Notice of Motion and Motion for Order Compelling Debtor and Any Other Occupants to Vacate and Turn Over Manufactured Home and Authorizing Issuance of Writ of Assistance; Memorandum of Points a filed by Trustee Jeffrey I Golden* |

| | | | |
|---|---|---|---|
| | | | (TR), 539 *Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) Trustees Notice of Motion and Motion to Authorize Sale of Manufactured Home Currently Located at 16222 Monterey Lane, Space 376, Huntington Beach, CA 92649, Decal No. filed by Trustee Jeffrey I Golden (TR)) Joint Omnibus Reply in Support of (1) Motion for Order Compelling Debtor and Any Other Occupants to Vacate and Turn Over Manufactured Home and Authorizing Issuance of Writ of Assistance; and (2) otion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) Trustees Notice of Motion and Motion to Authorize Sale of Manufactured Home Currently Located at 16222 Monterey Lane, Space 376, Huntington Beach, CA 92649, Decal No. LBM1081, Free and Clear of Liens and Homestead Exemption; with Proof of Service* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (Hays, D) (Entered: 02/25/2025) |
| 02/25/2025 | | 559 (10 pgs) | Objection (related document(s): 554 Opposition filed by Debtor Jamie Lynn Gallian) *Joint Evidentiary Objections to Declaration of Jamie Lynn Gallian in Support of Debtor's Omnibus Opposition to Trustee's Motions to Sell and For Turnover of Property and Houser Joinders; with Proof of Service* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (Barnhardt, Bradford) (Entered: 02/25/2025) |
| 02/28/2025 | | 560 (8 pgs) | Supplemental *Supplemental Declaration Of Greg Bingham Re Receipt Of Overbid Re Chapter 7 Trustee's Motion To Authorize Sale Of Manufactured Home Currently Located At 16222 Monterey Lane, Space 376, Huntington Beach, CA 92649, Decal No. LBM 1081, Free And Clear Of Liens And Homestead Exemption (Docket No. 539)* Filed by Trustee Jeffrey I Golden (TR). (Israel, Eric) (Entered: 02/28/2025) |
| 03/03/2025 | | 562 (14 pgs) | Motion To Stay Pending Appeal (related documents 538 Motion for Turnover of Property, 539 Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) - Fee) Filed by Debtor Jamie Lynn Gallian (Blank, Christopher) (Entered: 03/03/2025) |

| | | | |
|---|---|---|---|
| 03/07/2025 | | [565](#) (37 pgs) | Notice of lodgment *re: Proposed Findings of Fact and Conclusions of Law with Proof of Service* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (RE: related document(s)[538](#) Motion for Turnover of Property -*Chapter 7 Trustee's Notice of Motion and Motion for Order Compelling Debtor and Any Other Occupants to Vacate and Turn Over Manufactured Home and Authorizing Issuance of Writ of Assistance; Memorandum of Points a*, [539](#) *Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) Trustees Notice of Motion and Motion to Authorize Sale of Manufactured Home Currently Located at 16222 Monterey Lane, Space 376, Huntington Beach, CA 92649, Decal No.).* (Barnhardt, Bradford) (Entered: 03/07/2025) |
| 03/07/2025 | | [566](#) (8 pgs) | Declaration re: *Gregory A. Peplin re: Good Faith Purchaser with proof of service* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (RE: related document(s)[539](#) Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) *Trustees Notice of Motion and Motion to Authorize Sale of Manufactured Home Currently Located at 16222 Monterey Lane, Space 376, Huntington Beach, CA 92649, Decal No.).* (Barnhardt, Bradford) (Entered: 03/07/2025) |
| 03/07/2025 | | [567](#) (14 pgs) | Notice of lodgment *Debtor's Proposed Findings of Fact and Conclusions of Law* Filed by Debtor Jamie Lynn Gallian (RE: related document(s)[538](#) Motion for Turnover of Property - *Chapter 7 Trustee's Notice of Motion and Motion for Order Compelling Debtor and Any Other Occupants to Vacate and Turn Over Manufactured Home and Authorizing Issuance of Writ of Assistance; Memorandum of Points a*, [539](#) *Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) Trustees Notice of Motion and Motion to Authorize Sale of Manufactured Home Currently Located at 16222 Monterey Lane, Space 376, Huntington Beach, CA 92649, Decal No.).* (Blank, Christopher) (Entered: 03/07/2025) |

| | | | |
|---|---|---|---|
| 03/12/2025 | | 568 (6 pgs) | Opposition to (related document(s): 566 Declaration filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates) Filed by Debtor Jamie Lynn Gallian (Blank, Christopher) (Entered: 03/12/2025) |
| 03/13/2025 | | 569 (3 pgs) | Order Vacating Auction Results From March 4, 2025, Hearing And Setting New Auction Date Of March 27, 2025. IT IS ORDERED: The Solution To Ensure Undivided Loyalty, Avoid Conflicts And To Provide Full Transparency, Is To VACATE The Auction Results Of March 4, 2025, And Order That A SECOND AUCTION Shall Be Held On March 27, 2025, At 10:00 A.M. With Prior Full Disclosures Of Broker Representations Of Any Buyers And Supporting Declarations Regarding Any Conversations That Have Occurred Between Any Buyer And/Or Broker. Any Further Disclosures And Supporting Evidence Must Be Filed By No Later Than March 20, 2025. (Hearing To Be Held In Courtroom 5C, Located At 411 West Fourth Street, Santa Ana, CA 92701) (SEE ORDER FOR FURTHER RULING) (BNC-PDF) (Related Doc # 539 ) Signed on 3/13/2025 (NB8) (Entered: 03/13/2025) |
| 03/14/2025 | | 570 (12 pgs) | Notice *Of Entry Of Order Vacating Auction Results And Rescheduling Auction (Docket No. 569)* Filed by Trustee Jeffrey I Golden (TR) (RE: related document(s)569 Order Vacating Auction Results From March 4, 2025, Hearing And Setting New Auction Date Of March 27, 2025. IT IS ORDERED: The Solution To Ensure Undivided Loyalty, Avoid Conflicts And To Provide Full Transparency, Is To VACATE The Auction Results Of March 4, 2025, And Order That A SECOND AUCTION Shall Be Held On March 27, 2025, At 10:00 A.M. With Prior Full Disclosures Of Broker Representations Of Any Buyers And Supporting Declarations Regarding Any Conversations That Have Occurred Between Any Buyer And/Or Broker. Any Further Disclosures And Supporting Evidence Must Be Filed By No Later Than March 20, 2025. (Hearing To Be Held In Courtroom 5C, Located At 411 West Fourth Street, Santa Ana, CA 92701) (SEE ORDER FOR FURTHER RULING) (BNC-PDF) (Related Doc # 539) Signed on |

|  |  |  |
|---|---|---|
|  |  | 3/13/2025 (NB8)). (Israel, Eric) (Entered: 03/14/2025) |
| 03/18/2025 | [573](#) (4 pgs) | Notice of sale of estate property (LBR 6004-2) Manufactured home described as a 2014 Skyline Custom Villa, Decal No. LBM1081, presently located at 16222 Monterey Lane, Space 376, Huntington Beach, CA 92649. Filed by Trustee Jeffrey I Golden (TR). (Israel, Eric) (Entered: 03/18/2025) |
| 03/20/2025 | [577](#) (26 pgs) | Declaration re: *Supplemental Declaration Of Gregory A. Peplin Re Courts Order Vacating March 4, 2025 Auction Results And Re-Setting Auction For March 27, 2025 (Docket No. 569)* Filed by Trustee Jeffrey I Golden (TR) (RE: related document(s)[569](#) Order on Motion To Sell (BNC-PDF)). (Israel, Eric) (Entered: 03/20/2025) |
| 03/20/2025 | [578](#) (69 pgs) | Declaration re: *Supplemental Declaration Of Greg Bingham Re Marketing Efforts After Vacating March 4, 2025 Auction Results And Scheduling New Auction Re Manufactured Home Currently Located At 16222 Monterey Lane, Space 376, Huntington Beach, Ca 92649, Decal No. LBM1081 (Docket No. 569)* Filed by Trustee Jeffrey I Golden (TR) (RE: related document(s)[569](#) Order on Motion To Sell (BNC-PDF)). (Israel, Eric) (Entered: 03/20/2025) |
| 03/24/2025 | [580](#) (8 pgs) | Declaration re: *Declaration Of Lori Alvarez Re Courts Order Vacating March 4, 2025 Auction Results And Re-Setting Auction For March 27, 2025 (Docket No. 569)* Filed by Trustee Jeffrey I Golden (TR) (RE: related document(s)[569](#) Order on Motion To Sell (BNC-PDF)). (Israel, Eric) (Entered: 03/24/2025) |
| 03/25/2025 | [581](#) (28 pgs) | Supplemental *Compendium of Out of Circuit Cases re Trustee's Motion for Sale [Docket 539]* Filed by Debtor Jamie Lynn Gallian. (Blank, Christopher) - See docket entry no.: 582 for corrections Modified on 3/26/2025 (NB8). (Entered: 03/25/2025) |
| 03/26/2025 | [583](#) (5 pgs) | Notice *of Errata* Filed by Debtor Jamie Lynn Gallian (RE: related document(s)[581](#) Supplemental *Compendium of* |

|  |  |  |
|---|---|---|
|  |  | *Out of Circuit Cases re Trustee's Motion for Sale [Docket 539]* Filed by Debtor Jamie Lynn Gallian. (Blank, Christopher) - See docket entry no.: 582 for corrections Modified on 3/26/2025 (NB8).). (Blank, Christopher) (Entered: 03/26/2025) |
| 03/28/2025 | [585](#) (4 pgs) | Order Establishing Evidentiary Hearing For Interested Parties To Provide Further Evidence In Support Or Opposition To A Determination Of A Section 363(m) Finding With Respect To The Successful Buyer Of Manufactured Home Currently Located At 16222 Monterey Lane, Space 376, Huntington Beach, CA 92649, Decal No. LBM1081. - IN PERSON ONLY NO ROMOTE HEARING. IT IS ORDERED: The Court Finds Good Cause, In The Interest Of The Bankruptcy Process, To Permit Any Party, Including Debtor, Additional Time To Further Address Their Positions And Present Evidence On This Particular Subject On The Record. For This Reason, The Court Hereby Sets An EVIDENTIARY HEARING On The Matter Of The Request For A Section 363(m) Finding On APRIL 10, 2025, AT 1:30 P.M. In Courtroom 5C. The HEARING Shall Be IN PERSON ONLY And No Remote Hearing Opportunities Will Be Afforded To The Parties Or Witnesses. The BRIEFING SCHEDULE Shall Be As Follows: 1. The EVIDENTIARY HEARING Will Be Held On APRIL 10, 2025, AT 9:30 A.M. In Courtroom 5C. 2. An Evidentiary Hearing Brief Shall Be Filed And Served By All Parties Opposing The Trustee's Request For A Section 363(m) Good Faith Finding By April 4, 2025. 3. Any Brief(s) In Reply To The Opposition(s) May Be Filed And Served By No Later Than April 8, 2025. 4. If Any Witness To Be Presented By Any Party Is Not Physically Present In Courtroom 5C On April 10, 2025, At 9:30 A.M. Their Declaration, And Any Evidence Attached Thereto, Will Be Stricken. 5. No Further Briefing Shall Be Filed Without Good Cause Shown And Without Separate Written Application For Leave To File Further Pleadings. 6. Any Untimely Filed Pleading Will Be Stricken. 7. The Parties Are Cautioned That The Evidentiary Hearing Is Expressly Limited To The Issue Of Whether A Section 363(m) Good Faith Finding Can Be Made As To The Successful Bidder Of The |

|  |  | Property, Mr. Peplin. (SEE ORDER FOR FURTHER RULING.) (BNC-PDF) (Related Doc # 584 ) Signed on 3/28/2025 (NB8) (Entered: 03/28/2025) |
|---|---|---|
| 04/04/2025 | 589 (5 pgs) | Brief *Evidence and Argument re Good Faith* Filed by Debtor Jamie Lynn Gallian. (Blank, Christopher) (Entered: 04/04/2025) |
| 04/05/2025 | 590 (22 pgs) | Proof of service *and Exhibit 1 re Debtor's Evidence and Argument re Bad Faith* Filed by Debtor Jamie Lynn Gallian (RE: related document(s)589 Brief). (Blank, Christopher) (Entered: 04/05/2025) |
| 04/08/2025 | 591 (31 pgs) | Reply to (related document(s): 589 Brief filed by Debtor Jamie Lynn Gallian) *Joint Reply in Support of 11 U.S.C. Section 363(m) Finding re: Gregory A. Peplin; with proof of service* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (Hays, D) (Entered: 04/08/2025) |
| 04/08/2025 | 592 (44 pgs) | Notice *of Unpublished Authority in Support of Joint Reply in Support of 11 U.S.C. Section 363(m) Finding re: Gregory A. Peplin; with Proof of Service* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates (RE: related document(s)591 Reply to (related document(s): 589 Brief filed by Debtor Jamie Lynn Gallian) *Joint Reply in Support of 11 U.S.C. Section 363(m) Finding re: Gregory A. Peplin; with proof of service* Filed by Creditor Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates). (Hays, D) (Entered: 04/08/2025) |
| 04/10/2025 | 593 (26 pgs) | ORDER RE: (1) Chapter 7 Trustee's Motion For Order Compelling Debtor And Any Other Occupants To Vacate And Turn Over Manufactured Home And Authorizing Issuance Of Writ Of Assistance (Docket 538 ). (2) Trustee's Motion To Authorize Sale Of Manufactured Home Currently Located At 16222 Monterey Lane, Space 376, Huntington Beach, CA 92649, Decal No. LBM1081, Free And Clear Of Liens And Homestead Exemption (Docket 539 ); And (3) Good Faith Finding Pursuant To Section 363(m). IT IS ORDERED: As Set Forth Above, Trustee May Sell The Property And Obtain Turnover Of The Property. Debtor's Objections Are Overruled. Mr. |

|  |  |  |
|---|---|---|
|  |  | Peplin Is The Successful Bidder And Is Awarded The Finding Of A Good Faith Buyer Under Section 363(m). Debtor Has Requested A Denial Of A 6004(h) Waiver To Give Her Time To Preserve Her Appeal Rights, Which Is The Purpose Of 6004(h). However, Debtor, Prior To The Issuance Of This Memorandum Opinion, Has Filed Both A Notice Of Appeal And Motion For A Stay Pending Appeal. The Motion For Stay Pending Appeal Shall Be Addressed In A Separate Order. The Trustee's Request For A Waiver Of Rule 6004(h) Is Granted. (SEE ORDER FOR FURTHER RULING) (BNC-PDF) (Related Doc # 539 ) Signed on 4/10/2025 (NB8) (Entered: 04/10/2025) |
| 04/10/2025 | 594 (15 pgs) | ORDER Denying Motion For Stay Pending Appeal. IT IS ORDERED: For All The Foregoing Reasons, The Court Finds Good Cause To DENY The Motion For Stay Pending Appeal. The Parties Are Ordered To Submit (a) This Order Denying Motion For Stay Pending Appeal And (b) The Order RE (1) Chapter 7 Trustee's Motion For Order Compelling Debtor And Any Other Occupants To Vacate And Turnover Manufactured Home And Authorizing Issuance Of Writ Of Assistance; (2) Trustee's Motion To Authorize Sale Of Manufactured Home; And (3) Good Faith Finding Pursuant To Section 363(m) Entered April 10, 2025 (Docket 593) To Any District Court Or Bankruptcy Appellate Panel That Further Considers Any Motion For Stay Pending Appeal. (SEE ORDER FOR FURTHER RULING) (BNC-PDF) Signed on 4/10/2025 (RE: related document(s)562 Motion To Stay Pending Appeal filed by Debtor Jamie Lynn Gallian). (NB8) (Entered: 04/10/2025) |
| 04/14/2025 | 597 (13 pgs) | Declaration re: *Declaration Of Eric P. Israel Requesting Supplemental Orders On: (1) Chapter 7 Trustee's Motion For Order Compelling Debtor And Any Other Occupants To Vacate And Turn Over Of Manufactured Home And Authorizing Issuance Of Writ Of Assistance (Dk. 538); (2) Trustee's Motion To Authorize Sale Of Manufactured Home Currently Located At 16222 Monterey Lane, Space 376, Huntington Beach, CA 92649, Decal No. LBM 1081, Free And Clear Of Liens And Homestead Exemption (Dk.* |

|  |  |  |
|---|---|---|
|  |  | *539)* Filed by Trustee Jeffrey I Golden (TR) (RE: related document(s)538 Motion for Turnover of Property -*Chapter 7 Trustee's Notice of Motion and Motion for Order Compelling Debtor and Any Other Occupants to Vacate and Turn Over Manufactured Home and Authorizing Issuance of Writ of Assistance; Memorandum of Points a*, 539 *Motion to Sell Property of the Estate Free and Clear of Liens under Section 363(f) Trustees Notice of Motion and Motion to Authorize Sale of Manufactured Home Currently Located at 16222 Monterey Lane, Space 376, Huntington Beach, CA 92649, Decal No.).* (Israel, Eric) (Entered: 04/14/2025) |
| 04/14/2025 | 598 (3 pgs) | Supplemental Order Granting Trustee's Motion To Authorize Sale Of Manufactured Home Currently Located At 16222 Monterey Lane, Space 376, Huntington Beach, CA 92649, Decal No. LBM 1081, Free And Clear Of Liens And Homestead Exemption. IT IS ORDERED: 1. The Sale Motion (Docket 539 ) Is GRANTED In Its Entirety. 2. The Proposed Overbid Procedures Are APPROVED. 3. The Sale By The Trustee Of The Entirety Of The Manufactured Home Currently Located At 16222 Monterey Lane, Space 376, Huntington Beach, CA 92649, Decal No. LBM 1081 (The "Property"), Including The Interests Of J-Sandcastle, LLC, To Greg Peplin (The "Buyer") For $276,000.00, Is CONFIRMED On The Terms And Conditions Set Forth In The Sale Motion And In The Purchase And Sale Agreement Attached As Exhibit "1" To The Sale Motion. (SEE ORDER FOR FURTHER RULING) (BNC-PDF) (Related Doc # 539 ) Signed on 4/14/2025 (NB8) (Entered: 04/14/2025) |
| 04/14/2025 | 599 (3 pgs) | Supplemental Order Granting Trustee's Motion For Order Compelling Turnover Of Manufactured Home Currently Located At 16222 Monterey Lane, Space 376, Huntington Beach, CA 92649, Decal No. LBM1081 (Docket No. 538 ). IT IS ORDERED: 1. The Turnover Motion (Docket 538 ) Is GRANTED In Its Entirety. 2. Debtor And Any Other Occupants Of The Property Must Vacate And Turn Over All Possession, Custody And Control Of The Property To The Trustee By April 24, 2025. 3. The Debtor And Any Other |

|  |  |  |
|---|---|---|
|  |  | Occupants Of The Property Must Leave The Property Vacant And In Its Present, Good, Broom-Swept Condition Without Any Refuse, Trash, Or Personal Belongings Remaining. 4. The Debtor And Any Occupants Of The Property Must Provide The Trustee With All Keys To The Property, Along With Any Security Codes And Garage Door And/Or Gate Openers, By April 24, 2025. 5. The Trustee Is Authorized To Prepare A Writ Of Assistance Consistent With This Order For Issuance By The Clerk Of The Court. The Trustee May Levy Or Execute On Such Writ Should The Debtor Or Any Other Occupants Fail To Timely Vacate The Property As Set Forth In This Order. (SEE ORDER FOR FUTHER RULING) (BNC-PDF) (Related Doc # 538 ) Signed on 4/14/2025 (NB8) (Entered: 04/14/2025) |
| 04/14/2025 | 600 (41 pgs) | Notice of Appeal and Statement of Election to U.S. District Court.(Official Form 417A) . Fee Amount $298 Filed by Debtor Jamie Lynn Gallian (RE: related document(s)593 Order on Motion To Sell (BNC-PDF), 598 Order on Motion To Sell (BNC-PDF), 599 Order on Motion for Turnover of Property (BNC-PDF)). Appellant Designation due by 04/28/2025. (Blank, Christopher) (Entered: 04/14/2025) |
| 04/14/2025 | 601 (1 pg) | Original Holographic signature page Notice of Appeal *Docket #600* Filed by Debtor Jamie Lynn Gallian. (Blank, Christopher) - - See docket entry no.: 602 for corrections Modified on 4/15/2025 (NB8). (Entered: 04/14/2025) |
| 04/15/2025 | 603 (6 pgs) | Original Holographic signature page Debtor's Notice of Appeal [Docket 600] Filed by Debtor Jamie Lynn Gallian. (Blank, Christopher) (Entered: 04/15/2025) |
| 04/15/2025 | 605 (61 pgs; 6 docs) | Notice Of Referral Of Appeal To United States District Court with certificate of mailing (RE: related document(s)600 Notice of Appeal and Statement of Election (Official Form 417A) filed by Debtor Jamie Lynn Gallian) (Attachments: # 1 Notice of Appeal and Statement of Election # 2 Holographic Signature of Debtor's Counsel on Debtor's Notice of Appeal # 3 Notice of Transcript(s) Designated for an Appeal |

| | | |
|---|---|---|
| | | # [4](#) Transcript Order Form # [5](#) Amended Order Continuing the Bankruptcy Appellate Panel of the Ninth Circuit) (NB8) (Entered: 04/15/2025) |
| 04/21/2025 | [608](#)<br>(2 pgs) | Notice Regarding Appeal from Bankruptcy Court. District Court Case 8:25cv00827CV. Originally Filed on 04/21/25. (RE: related document(s)[605](#) Notice Of Referral Of Appeal To United States District Court with certificate of mailing (RE: related document(s)[600](#) Notice of Appeal and Statement of Election (Official Form 417A) filed by Debtor Jamie Lynn Gallian) (Attachments: # 1 Notice of Appeal and Statement of Election # 2 Holographic Signature of Debtor's Counsel on Debtor's Notice of Appeal # 3 Notice of Transcript(s) Designated for an Appeal # 4 Transcript Order Form # 5 Amended Order Continuing the Bankruptcy Appellate Panel of the Ninth Circuit) (NB8)). (DG) (Entered: 04/21/2025) |
| 04/22/2025 | [609](#)<br>(2 pgs) | Assignment notice of USDC case/judge to appeal - Assigned USDC Case No.: 8:25-cv-00827-CV (filed at United States District Court on 4/21/2025) (RE: related document(s)[600](#) Notice of Appeal and Statement of Election (Official Form 417A) filed by Debtor Jamie Lynn Gallian) (NB8) (Entered: 04/22/2025) |
| 04/28/2025 | [610](#)<br>(1 pg) | Transcript Order Form related to an Appeal, regarding Hearing Date 03/04/2025 Filed by Debtor Jamie Lynn Gallian. (Blank, Christopher) (Entered: 04/28/2025) |
| 04/28/2025 | [611](#)<br>(1 pg) | Transcript Order Form related to an Appeal, regarding Hearing Date 03/27/25 Filed by Debtor Jamie Lynn Gallian. (Blank, Christopher) (Entered: 04/28/2025) |
| 04/28/2025 | [612](#)<br>(1 pg) | Transcript Order Form related to an Appeal, regarding Hearing Date 04/10/2025 Filed by Debtor Jamie Lynn Gallian. (Blank, Christopher) (Entered: 04/28/2025) |
| 04/28/2025 | [613](#)<br>(6 pgs) | Notice of transcripts Filed by Debtor Jamie Lynn Gallian (RE: related document(s)[600](#) Notice of Appeal and Statement of Election (Official Form |

|  |  | 417A)). (Blank, Christopher) (Entered: 04/28/2025) |
|---|---|---|

## TRANSCRIPTS OF HEARINGS

| **DATE OF HEARING** | **TIME OF HEARING** |
|---|---|
| 3/4/2025 (Santa Ana) | 11:00 A.M. |
| 3/27/2025 (Santa Ana) | 11:00 A.M. |
| 4/10/2025 (Santa Ana) | 9:30 A.M. |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

2973 Harbor Blvd. #506, Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled (*specify*):

**APPELLANT'S DESIGNATION OF RECORD ON APPEAL**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 28, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See Attached

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 28, 2025 | Christopher L. Blank | /S/Christopher L. Blank |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                              **F 9013-3.1.PROOF.SERVICE**

**SERVICE LIST**

8:21-bk-11710-SC Notice will be electronically mailed to:
Bradford  Barnhardt on behalf of Creditor   Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates
bbarnhardt@marshackhays.com,  bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Bradford  Barnhardt on behalf of Interested Party   Courtesy NEF
bbarnhardt@marshackhays.com,  bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Bradford  Barnhardt on behalf of Plaintiff   Houser Bros. Co.
bbarnhardt@marshackhays.com,  bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com

Christopher L Blank on behalf of Attorney   Christopher L. Blank, Attorney at Law, PC
chris@chrisblanklaw.com

Christopher L Blank on behalf of Debtor Jamie Lynn Gallian
chris@chrisblanklaw.com

Aaron E. De Leest on behalf of Plaintiff   Jeffrey I. Golden
adeleest@marshackhays.com,  adeleest@marshackhays.com,alinares@ecf.courtdrive.com

Aaron E. De Leest on behalf of Trustee Jeffrey I Golden (TR)
adeleest@marshackhays.com,  adeleest@marshackhays.com,alinares@ecf.courtdrive.com

Robert P Goe on behalf of Creditor   The Huntington Beach Gables Homeowners Association
kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe on behalf of Interested Party   The Huntington Beach Gables Homeowners Association
kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Robert P Goe on behalf of Plaintiff   The Huntington Beach Gables Homeowners Association
kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com

Jeffrey I Golden (TR)
lwerner@go2.law,  kadele@go2.law;C205@ecfcbis.com

D Edward Hays on behalf of Creditor   Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates
ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays on behalf of Interested Party   Courtesy NEF
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays on behalf of Plaintiff   Houser Bros. Co.
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Brandon J. Iskander on behalf of Creditor   The Huntington Beach Gables Homeowners Association
biskander@goeforlaw.com,  kmurphy@goeforlaw.com

Brandon J. Iskander on behalf of Plaintiff   The Huntington Beach Gables Homeowners Association
biskander@goeforlaw.com,  kmurphy@goeforlaw.com

Eric P Israel on behalf of Trustee Jeffrey I Golden (TR)
epi@lnbyg.com,  danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Eric P Israel on behalf of Trustee Jeffrey I Golden (TR)
epi@lnbyg.com,  danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Shantal  Malmed on behalf of Interested Party   Courtesy NEF
,  cheryl.caldwell@gmlaw.com

Shantal  Malmed on behalf of Plaintiff   Jeffrey I. Golden
shantal.malmed@gmlaw.com,  cheryl.caldwell@gmlaw.com

Shantal  Malmed on behalf of Trustee Jeffrey I Golden (TR)
shantal.malmed@gmlaw.com,  cheryl.caldwell@gmlaw.com

Mark A Mellor on behalf of Defendant Randall L Nickel
mail@mellorlawfirm.com,  mellormr79158@notify.bestcase.com

Mark A Mellor on behalf of Interested Party   Courtesy NEF
mail@mellorlawfirm.com,  mellormr79158@notify.bestcase.com

Laila  Rais on behalf of Creditor   Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates
lmasud@marshackhays.com,
lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila  Rais on behalf of Interested Party   Courtesy NEF
lmasud@marshackhays.com,
lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Laila  Rais on behalf of Plaintiff   Houser Bros. Co.

lmasud@marshackhays.com,
lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com

Valerie Smith on behalf of Interested Party   Courtesy NEF
claims@recoverycorp.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov


8:21-bk-11710-SC Notice will not be electronically mailed to:
Greg Bingham
Coldwell Banker Residential
840 Newport Center Dr Ste 100
Newport Beach, CA 92660

Coldwell Banker Realty
840 Newport Center Dr Ste 100
Newport Beach, CA

William Friedman
Coldwell Banker Realty
840 Newport Center Dr Ste 100
Newport Beach, CA 92660

Janine Jasso
PO Box 370161
El Paso, CA 79937

Levene Neale Bender Yoo & Golubchik L.L.P.
2818 La Cienega Ave
Los Angeles, CA 90034

Michael D Poole on behalf of Creditor   The Huntington Beach Gables Homeowners Association
Feldsott & Lee, ALC
23161 Mill Creek Dr Ste 300
Laguna Hills, CA 92653

Michael D Poole on behalf of Plaintiff   The Huntington Beach Gables Homeowners Association
Feldsott & Lee
23161 Mill Creek Dr Ste 300
Laguna Hills, CA 92653