RICHARD A. MARSHACK, #107291
rmarshack@marshackhays.com
LAILA RAIS, #311731
lrais@marshackhays.com
SARAH R. HASSELBERGER, #340640
shasselberger@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Proposed Attorneys for Chapter 7 Trustee,
LARRY D. SIMONS

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>DAVID ROBERT STONE, dba<br>CORNERSTONE FINANCIAL SERVICES,<br><br>Debtor. | Case No. 6:25-bk-12353-SY<br><br>Chapter 7<br><br>DECLARATION OF CYNTHIA BASTIDA RE: NOTICE OF HEARING ON SHORTENED TIME RE: CHAPTER 7 TRUSTEE'S MOTION FOR AUTHORITY TO OPERATE DEBTOR'S BUSINESS UNDER 11 U.S.C. § 721<br><br>**Hearing (ON SHORTENED NOTICE)**<br>Date:    May 14, 2025<br>Time:    11:00 a.m.<br>Ctrm:    301[1]<br>Location:  United States Bankruptcy Court<br>          3420 Twelfth Street<br>          Riverside, CA 92501-3819 |

---

[1] Although this case is assigned to the Honorable Scott H. Yun, the Honorable Mark D. Houle shall preside over this particular hearing in Courtroom 301.

### DECLARATION OF CYNTHIA BASTIDA

I, CYNTHIA BASTIDA, declare as follows:

1.      I am an individual above the age of eighteen years of age and have personal knowledge of the facts set forth herein, and if called and sworn as a witness, I could and would competently testify thereto, except where matters are stated on information and belief, in which case I am informed and believe that the facts so stated are true and correct.

2.      I am a paralegal with the law firm of Marshack Hays Wood LLP.

3.      Except as otherwise stated, the following is based upon my personal knowledge and, if called as a witness, I could and would testify competently thereto.

4.      On May 6, 2025, as Dk. No. 30, our office filed the Chapter 7 Trustee's Motion for Authority to Operate Debtor's Business Under 11 U.S.C. § 721 ("Motion"). On the same date, a copy of the Motion was served via United States Mail to Debtor. Debtor's attorney and all other Interested Parties were served with the Motion electronically via NEF.

5.      On May 6, 2025, as Dk. No. 31, our office filed the Application for Order Setting Hearing on Shortened Notice [LBR 9075-1(b)] ("Application"). The Application requested that the Court set a hearing on the Motion on shortened time, or less than 21-days' notice. On this same date, a copy of the Application was served via United States Mail to Debtor. Debtor's attorney and all other interested parties were served with the Application electronically via NEF.

6.      On May 6, 2025, a judge's copy of the Motion and Application was provided via personal service to the Honorable Scott H. Yun.

7.      On May 7, 2025, as Dk. No. 33, the Court entered the Order Granting Application and Setting Hearing on Shortened Notice ("Order"). In the Order, the Court ordered that a hearing on the Motion will take place on May 14, 2025, at 11:00 a.m., in Courtroom 301 at 3420 Twelfth Street, Riverside, CA 92501 ("Hearing").

8.      On May 7, 2025, in compliance with paragraph 3(b)(2)(A-C) of the Order, at approximately 5:09 p.m., I provided telephonic notice via detailed voicemail to Debtor's counsel, Michael Spector of Law Offices of Michael G. Spector, of the Hearing and other related deadlines.

Accordingly, I provided the required telephonic notice as set forth in the Order prior to the May 8, 2025, 5:00 p.m. deadline.

9.  On May 7, 2025, in compliance with paragraph 3(b)(2)(A-C) of the Order, at approximately 5:11 p.m., I provided telephonic notice via detailed voicemail to Brittany Porter, assistant to counsel for Debtor, Michael Spector of Law Offices of Michael G. Spector, of the Hearing and other related deadlines. Accordingly, I provided the required telephonic notice as set forth in the Order prior to the May 8, 2025, 5:00 p.m. deadline.

10. On May 7, 2025, in compliance with paragraph 3(b)(2)(A-C) of the Order, at approximately 5:14 p.m., I provided telephonic notice via detailed voicemail to the general voicemail box of counsel for Debtor, Michael Spector of Law Offices of Michael G. Spector, of the Hearing and other related deadlines. Accordingly, I provided the required telephonic notice as set forth in the Order prior to the May 8, 2025, 5:00 p.m. deadline.

11. On May 7, 2025, at approximately 5:45 p.m., I provided telephonic notice via detailed voicemail to the general voicemail box of the Office of the United States Trustee (Riverside) ("OUST"), of the Hearing on the Motion.

12. On May 8, 2025, as Dk. No. 34, our office filed the Notice of Hearing on Shortened Time Re: Chapter 7 Trustee's Motion for Authority to Operate Debtor's Business Under 11 U.S.C. § 721 ("Notice"). A copy of the Order was attached to the Notice. On the same date, in compliance with paragraph 3(b)(3)(A-C) of the Order, our office served a copy of the Notice was served via First Class United States Mail on Debtor, Debtor's counsel, and all Creditors.

13. On May 8, 2025, a judge's copy of the Notice was provided via personal service to the Honorable Scott H. Yun.

14. On May 8, 2025, at approximately 11:50 a.m., I provided a copy of the Motion, the Application, and the Notice, via email to Debtor's counsel. In the email to Debtor's counsel, I requested that Debtor's counsel give notice of the Hearing to Debtor as our office was not in possession of Debtor's number and, as Debtor is a represented party, I was instructed not to contact Debtor directly.

DECLARATION OF CYNTHIA BASTIDA

15.     On May 12, 2025, at approximately 2:00 p.m., I left a further detailed voicemail to the general voicemail box of the OUST of the Hearing on the Motion. Also, on this same date, at approximately 3:17 p.m., I sent an email providing a copy of the Motion, the Application and the Notice, via email to the OUST, attention Abram S. Feuerstein.

16.     On May 12, 2025, I caused to have served via First Class United States mail, a copy of the Motion, the Application, and the Notice to the OUST.

17.     On May 12, 2025, I caused to be personally delivered a copy of the Motion, the Application, and the Notice to the OUST.[2]

18.     It is believed that compliance has been met with regard to the Order.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 12, 2025, at Yorba Linda, California.

_____
CYNTHIA BASTIDA

---

[2] Unfortunately, while the OUST was served electronically with the Motion, the Application, and the Notice via NEF, the OUST inadvertently was not mail served with the Motion, the Application, and the Notice in compliance with paragraphs 3(b)(3)(D) and 3(b)(4)(D), which provides "no electronic service permitted." To remedy this error, our office sent a mail service copy on May 12, 2025, via First Class Mail. Also, on May 12, 2025, our attorney service was sent to personally deliver a copy of the Motion, the Application and the Notice to the OUST. The OUST was closed, but our attorney service will personally deliver in the morning when the OUST opens on May 13, 2025. My sincere apologies for this error.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **DECLARATION OF CYNTHIA BASTIDA RE: NOTICE OF HEARING ON SHORTENED TIME RE: CHAPTER 7 TRUSTEE'S MOTION FOR AUTHORITY TO OPERATE DEBTOR'S BUSINESS UNDER 11 U.S.C. § 721** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 12, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2**.  **SERVED BY UNITED STATES MAIL**: On **May 12, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
**DEBTOR**
DAVID ROBERT STONE
4310 REDWOOD HWY, SUITE 100
SAN RAFAEL, CA 94903

☐  Service information continued on attached page

**3**.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 12, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
**HONORABLE SCOTT H. YUN – VIA PERSONAL DELIVERY**
PRESIDING JUDGE'S COPY
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 345 / Courtroom 302
Riverside, CA 92501-3819

**COURTESY JUDGE'S COPY – VIA PERSONAL DELIVERY**
HONORABLE MARK D. HOULE
UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
 3420 TWELFTH STREET, SUITE 325 / COURTROOM 301
RIVERSIDE, CA 92501-3819

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 12, 2025 | Cynthia Bastida | /s/ Cynthia Bastida |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>: CONTINUED:

- **ATTORNEY FOR CREDITOR, WESTAMERICA BANK:** Charles L Doerksen    cld@doerksentaylor.com
- **ATTORNEY FOR SECURED CREDITOR KATAAB LATEEF:** Anthony Dutra    adutra@hansonbridgett.com, ssingh@hansonbridgett.com
- **ATTORNEY FOR SECURED CREDITOR ELIZABETH MONTGOMERY:** Christopher Hart chart@nutihart.com, admin@nutihart.com
- **PROPOSED ATTORNEY FOR CHAPTER 7 TRUSTEE:** Sarah Rose Hasselberger shasselberger@marshackhays.com, shasselberger@ecf.courtdrive.com;cbastida@marshackhays.com;alinares@ecf.courtdrive.com
  **INTERESTED PARTY:** Richard G. Heston    rheston@hestonlaw.com, yflores@hestonlaw.com,docs@hestonlaw.com,HestonRR41032@notify.bestcase.com,hestonlaw@recap.email
- **ATTORNEY FOR CREDITOR FRANK P. GIORGI REVOCABLE TRUST:** Chris D. Kuhner c.kuhner@kornfieldlaw.com
- **ATTORNEY FOR CREDITORS CHARLES DIMICK, CATHERINE THOMAS:** Paul J Laurin plaurin@btlaw.com, slmoore@btlaw.com;jboustani@btlaw.com;jose.barajas@btlaw.com
- **INTERESTED PARTY:** Stacey A Miller    smiller@tharpe-howell.com
- **PROPOSED ATTORNEY FOR CHAPTER 7 TRUSTEE:** Laila Rais    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com
- **CHAPTER 7 TRUSTEE:** Larry D Simons (TR)    larry@janus.law, c119@ecfcbis.com;nancy@lsimonslaw.com;simonsecf@gmail.com;keila@janus.law
- **ATTORNEY FOR DEBTOR DAVID ROBERT STONE:** Michael G Spector    mgspector@aol.com, mgslawoffice@aol.com
- **U.S. TRUSTEE:** United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**