**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FILED
MAY 28 2025
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:_____ Deputy Clerk

| | |
|---|---|
| In re:<br>JAMIE LYNN GALLIAN<br>aka JAMIE L. GALLIAN<br>dba J-SANDCASTLE CO., LLC<br>dba J-PAD, LLC<br><br>Debtor(s) | BAP/USDC NO.: 8:25-cv-00827-ODW<br>CASE NO.: 8:21-bk-11710-SC<br>ADVERSARY NO.: N/A<br>APPEAL DOCKET ENTRY NO.: 600 |
| Plaintiff(s)<br><br>vs.<br><br><br><br>Defendant(s) | **CERTIFICATE OF READINESS AND COMPLETION OF RECORD ON APPEAL** |

To the Clerk of the:
- ☐ Bankruptcy Appellate Panel of the Ninth Circuit
- ☒ U.S. District Court
- ☐ U.S. Court of Appeals for the Ninth Circuit

Attorney of Record for Appellant:
Christopher L. Blank - Christopher L. Blank, Attorney at Law, PC
2973 Harbor Boulevard, No. 506
Costa Mesa, CA 92626

Attorney of Record for Appellee:
D. Edward Hays - Laila Masud - Bradford N. Barnhardt - Marshack Hays LLP - (See attached)
870 Roosevelt
Irvine, CA 92620

The undersigned deputy clerk of the United States Bankruptcy Court certifies that the record on appeal is complete and is available electronically on the case docket.

The transcript status is as follows:
- ☒ All transcripts requested by either the Appellant, Appellee, or both, have been filed with this court.
- ☐ No transcripts were requested by either the Appellant or Appellee.
- ☐ Statement of Evidence in Lieu of Transcript

I certify that a copy of this certificate was served on the parties listed in the Appeal.

Kathleen J. Campbell
Clerk of Court

Date: 05/28/2025           By: /s/ Nickie Bolte
                              Deputy Clerk

# CERTIFICATE OF READINESS SERVICE LIST

1. **SERVED BY THE BANKRUPTCY COURT BY NOTICE OF ELECTRONIC FILING (NEF):**

   ☐ Bankruptcy Appellate Panel of the Ninth Circuit at bapca09filings@ca9.uscourts.gov
   ☒ United States District Court at bkappeal_cacd@cacd.uscourts.gov

   Office of the U.S. Trustee

   ☐ Los Angeles Division at ustpregion16.la.ecf@usdoj.gov
   ☐ Riverside Division at ustpregion16.rs.ecf@usdoj.gov
   ☒ Santa Ana Division at ustpregion16.sa.ecf@usdoj.gov
   ☐ San Fernando Valley Division at ustpregion16.wh.ecf@usdoj.gov
   ☐ Northern Division at ustpregion16.nd.ecf@usdoj.gov

   Other Parties Served by NEF:

   Bradford Barnhardt    bbarnhardt@marshackhays.com,
   bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com
   Christopher L Blank    chris@chrisblanklaw.com
   Aaron E. De Leest    adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
   Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com;
   Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
   Jeffrey I Golden (TR)    lwerner@go2.law, kadele@go2.law;C205@ecfcbis.com
   D Edward Hays    ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;
   cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
   Brandon J. Iskander    biskander@goeforlaw.com, kmurphy@goeforlaw.com
   Eric P Israel    epi@lnbyg.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com

   XX Service information continued on attached page

2. **SERVED BY THE BANKRUPTCY COURT BY UNITED STATES MAIL:**

   Jamie Lynn Gallian
   aka Jamie L Gallian; dba J-Sandcastle Co., LLC
   dba J-PAD, LLC
   16222 Monterey Lane, Unit 376
   Huntington Beach, CA 92649

   Janine Jasso
   P.O. Box 370161
   El Paso, CA 79937

   Levene Neale Bender Yoo & Golubchik, L.L.P.
   2818 La Cienega Avenue
   Los Angeles, cA 90034

   Michael D. Poole
   Feldsott & Lee
   23161 Mill Creek Drive, Suite 300
   Laguna Hills, CA 92653

   XX Service information continued on attached page

I. **SERVED BY THE BANKRUPTCY COURT BY NOTICE OF ELECTRONIC FILING (NEF):**

- **Bradford Barnhardt**    bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com
- **Christopher L Blank**    chris@chrisblanklaw.com
- **Aaron E. De Leest**    adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- **Robert P Goe**    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- **Jeffrey I Golden (TR)**    lwerner@go2.law, kadele@go2.law;C205@ecfcbis.com
- **D Edward Hays**    ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **Brandon J. Iskander**    biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **Eric P Israel**    epi@lnbyg.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- **Shantal Malmed**    shantal.malmed@gmlaw.com, cheryl.caldwell@gmlaw.com
- **Shantal Malmed**    , cheryl.caldwell@gmlaw.com
- **Mark A Mellor**    mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com
- **Laila Rais**    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com
- **Valerie Smith**    claims@recoverycorp.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

II. <u>**SERVED BY THE COURT VIA U.S. MAIL**</u>

Greg Bingham
Coldwell Banker Residential
840 Newport Center Drive, Suite, 100
Newport Beach, CA 92660

Coldwell Banker Realty
840 Newport Center Drive, Suite 100
Newport Beach, CA 92660

William Friedman
Coldwell Banker Realty
840 Newport Center Drive, Suite 100
Newport Beach, CA 92660