| | |
|---|---|
| Christopher L. Blank, SBN 115450<br>Christopher L. Blank, Attorney at Law, PC<br>2973 Harbor Blvd #506<br>Costa Mesa, CA 92626<br>chris@chrisblanklaw.com<br>949-250-4600<br><br>Attorney for Debtor Jamie Lynn Gallian | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| Name of Debtor(s) listed on the bankruptcy case:<br>JAMIE LYNN GALLIAN | CASE NO.: 8:21-bk-11710-SC<br><br>CHAPTER: 7<br><br>**CHANGE OF MAILING ADDRESS** |

1. This change of mailing address is requested by:   ☒ Debtor   ☐ Joint-Debtor   ☐ Creditor

   Attorneys who wish to make a change of mailing address must use CM/ECF.

2. **Old Address:**
   Name(s):                         JAMIE LYNN GALLIAN
   Mailing Address:            16222 Monterey Lane, Space 376
   City, State, Zip Code:     Huntington Beach, CA 92649

3. **New Address:**
   Mailing Address:            279 Topeka
   City, State, Zip Code:     Irvine, CA 92604

4. ☒ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number     TP 226587

   Joint Debtor's DeBN account number _____

Date: 06/03/2025                    Christopher L. Blank, Attorney at Law, PC
                                    Requestor's printed name(s)

                                    *Christopher Blank*
                                    Requestor's signature(s)

                                    Attorney for Debtor Jamie Lynn Gallian
                                    Title (if applicable, of corporate officer, partner, or agent)

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2015                                                                                  F 1002-1.3.CHANGE.ADDRESS