Jeffrey I. Golden, A Partner of
**GOLDEN GOODRICH LLP**
3070 Bristol Street, Suite 640
Costa Mesa, California  92626
Telephone:   714-966-1000
Facsimile:    714-966-1002

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br><br>Debtor. | Case No. 8:21-bk-11710-SC<br><br>Chapter 7<br><br>**CHAPTER 7 TRUSTEE'S REPORT OF SALE (FRBP 6004(f)(1))**<br><br>[No Hearing Required] |

**PLEASE BE ADVISED** that on April 10, 2025, the above-captioned Court approved the sale (the "Sale") of assets as listed in the Report of Sale attached hereto. The Sale was approved pursuant to a properly noticed motion filed by the duly appointed chapter 7 trustee of the instant bankruptcy estate, Jeffrey I. Golden (the "Trustee").  The attached Report of Sale provides a description of the property sold, name of the buyer, and the price received.  The Sale has been completed.

Respectfully submitted,

Dated: July 2, 2025

_____
JEFFREY I. GOLDEN
Chapter 7 Trustee

## REPORT OF SALE

**Property Sold:**   16222 Monterey Lane, Space 376
                     Huntington Beach, CA  92649

**Buyer:**           Gregory A. Peplin

**Purchase Price:**  $276,000.00


**Cardinal Escrow**

6615 E. Pacific Coast Highway, Suite 240 • Long Beach, CA 90803
OFFICE (562) 493-9393 • Fax: (562) 493-9357

Escrow No.:     0000065248-08
Escrow Officer: Janice Bracht
Date:           June 30, 2025

## SELLER'S FINAL SETTLEMENT STATEMENT

| | | |
|---|---|---|
| **PROPERTY:** | 16222 Monterey Lane Space 376 Huntington Beach, CA 92649 | **DATE:** June 30, 2025 |
| | | **CLOSING DATE:** June 30, 2025 |
| | | **DISBURSEMENT DATE:** June 30, 2025 |
| **SELLER:** | Bankruptcy Estate of Jamie Lynn Gallian | **ESCROW NO.:** 0000065248-08 |

| | DEBITS | CREDITS |
|---|---|---|
| **FINANCIAL CONSIDERATION** | | |
| Total Consideration | | 276,000.00 |
| Buyer Broker Compensation | 8,280.00 | |
| Seller Credit to Buyer | 600.00 | |
| Deposit direct to Seller | 8,280.00 | |
| **PRORATIONS/ADJUSTMENTS** | | |
| County Taxes at $431.66/annually from 06/30/2025 to 07/01/2025 | | 1.20 |
| **COMPENSATION CHARGES** | | |
| Coldwell Banker Realty | 8,280.00 | |
| **DEPT. of HOUSING - Dept of Housing & Community Development** | | |
| Duplicate Fees | 50.00 | |
| **OTHER DEBITS/CREDITS** | | |
| MyNHD, Inc. for Natural Hazard Disclosure Report | 94.95 | |
| Cardinal Escrow, Inc for Upfront HCD Fee | 35.00 | |
| Gregory Bingham to reimbursement for The Junkluggers | 1,120.00 | |
| Trustee Insurance Agency, Inc for Trustee Insurance | 3,747.10 | |
| Hold For HCD Transfer Clearance | 75.00 | |
| **TITLE/TAXES/RECORDING CHARGES** | | |
| Property Taxes 2nd 1/2 for 24/25 to Orange County Tax Collector | 497.83 | |
| Conditional Tax Clearance Certificate to Orange County Tax Collector | 10.00 | |
| **ESCROW CHARGES - Cardinal Escrow, Inc.** | | |
| Title - Escrow Fee | 1,500.00 | |
| **Net Proceeds** | 243,431.32 | |
| **TOTAL** | $ 276,001.20 | $ 276,001.20 |

**SAVE THIS STATEMENT FOR INCOME TAX PURPOSES**

jlb

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**3070 Bristol Street, Suite 640, Costa Mesa, CA  92626**

A true and correct copy of the foregoing document entitled (*specify*): **CHAPTER 7 TRUSTEE'S REPORT OF SALE (FRBP 6004(f)(1)]** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 2, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Bradford Barnhardt**    bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com
**Christopher L Blank**    chris@chrisblanklaw.com
**Aaron E. De Leest**    adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
**Robert P Goe**    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
**Jeffrey I Golden (TR)**    lwerner@go2.law, kadele@go2.law;C205@ecfcbis.com
**D Edward Hays**    ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
**Brandon J. Iskander**    biskander@goeforlaw.com, kmurphy@goeforlaw.com
**Eric P Israel**    epi@lnbyg.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
**Shantal Malmed**    shantal.malmed@gmlaw.com, cheryl.caldwell@gmlaw.com
**Shantal Malmed**    , cheryl.caldwell@gmlaw.com
**Mark A Mellor**    mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com
**Laila Rais**    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com
**Valerie Smith**    claims@recoverycorp.com
**United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **Date,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **Date**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 2, 2025 | Lori Werner | */s/ Lori Werner* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**