Jeffrey I. Golden, A Partner of
**GOLDEN GOODRICH LLP**
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Telephone: (714) 966-1000
Facsimile: (714) 966-1002

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JAMIE LYNN GALLIAN,<br><br>　　　　　　　　Debtor. | Case No. 8:21-bk-11710-SC<br>Chapter 7 Case<br><br>**NOTICE OF INTENT TO ABANDON PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. § 554(a)**<br><br>**[No Hearing Required]** |

**TO DEBTOR AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that pursuant to Section 554(a) of the Bankruptcy Code [11 U.S.C. Section 554(a)], Jeffrey I. Golden, the duly appointed, qualified and acting Trustee of the estate of the above-captioned Debtor, intends to abandon the following interest effective as of the petition date as burdensome and of inconsequential value to the estate.

### 2020 KIA SPORTAGE

After taking into consideration the market and costs of sale the subject asset is burdensome and of inconsequential value to the estate.

Pursuant to Section 554(a) of the Bankruptcy Code [11 U.S.C. Section 554(a)] and Federal Rule of Bankruptcy Procedure Rule 6007, said interests will be abandoned, without further hearing, or Order, unless within fourteen (14) days after service of this notice, plus an additional three (3) days if served by mail or pursuant to Fed. R. Civ. P. 5(b)(2)(D) or (F), a creditor or other interested party files a written objection and request for hearing with the Clerk of the Bankruptcy Court at 411 West Fourth Street, Santa Ana, California 92701, and serves a copy of such request on the Trustee named in the upper left-hand corner of this notice and upon the Office of the United States Trustee, 411 West Fourth Street, Suite 7160, Santa Ana, California 92701. **SEE LOCAL BANKRUPTCY RULE 9013-1.**

Dated: September 12, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　
JEFFREY I. GOLDEN, Chapter 7 Trustee

1　　　　NOTICE OF INTENT TO ABANDON

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3070 Bristol Street, Suite 640, Costa Mesa, CA  92626**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF INTENT TO ABANDON PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. § 554(a)** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 12, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Bradford Barnhardt**  bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,alinares@ecf.courtdrive.com
**Christopher L Blank**  chris@chrisblanklaw.com
**Aaron E. De Leest**  adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
**Robert P Goe**  rgoe@goeforlaw.com, kmurphy@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
**Jeffrey I Golden (TR)**  lwerner@go2.law, kadele@go2.law;C205@ecfcbis.com
**D Edward Hays**  ehays@marshackhays.com, ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
**Brandon J. Iskander**  biskander@goeforlaw.com, kmurphy@goeforlaw.com;jfountain@goeforlaw.com
**Eric P Israel**  epi@lnbyg.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
**Shantal Malmed**  shantal.malmed@gmlaw.com, cheryl.caldwell@gmlaw.com
**Shantal Malmed**  , cheryl.caldwell@gmlaw.com
**Mark A Mellor**  mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com
**Laila Rais**  lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;lbuchanan@marshackhays.com;alinares@ecf.courtdrive.com
**Valerie Smith**  claims@recoverycorp.com
**United States Trustee (SA)**  ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **September 12, 2025,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **Date**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 12, 2025 | | *Kelly Adele* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| 16222 MONTEREY LANE UNIT 376<br>HUNTINGTON BEACH, CA 92649-2258 | Association of Flight Attendants<br>625 No. River Road Ste. 4020<br>Rosemont, IL 60018 | BS Investors<br>Robert P. Warmington C/o<br>Gorden May Grant, Genovese &<br>Baratta<br>2030 Hain St. Ste. 1600<br>Irvine, CA 92614 |
| Christopher L Blank<br>Christopher L Blank, Esq<br>2973 Harbor Blvd #506<br>92626<br>Costa Mesa, CA 92626-3912 | Christopher L. Blank, Attorney at Law, PC<br>2973 Harbor Blvd<br>Box 506<br>COSTA MESA, CA 92626-3912 | Coldwell Banker Realty<br>840 Newport Center Dr Ste 100<br>Newport Beach, CA 92660-6377 |
| County of Orange Treasurer-Tax Collector<br>P.O. Box 4515<br>Santa Ana, CA 92702-4515 | Danning, Gill, Israel & Krasnoff, LLP<br>1901 Ave of The Stars, Ste 450<br>Los Angeles, CA 90067-6006 | David R. Flyer<br>4120 Birch St. Ste. 101,<br>Newport Beach, CA 92660-2228 |
| Feldsott & Lee<br>23161 Mill Creek Drive Ste 300<br>Laguna Hills, CA 92653-7907 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | Frank Satalino<br>19 Velarde Ct.<br>Rancho Santa Margarita, CA 92688-8502 |
| Gordon Rees Scully & Mansukhani<br>633 W 5th Street, 52nd Floor<br>Los Angeles, CA 90071-2005 | Gordon Rees Scully & Mansukhani<br>5 Park Plaza Ste. 1100<br>Irvine, CA 92614-8502 | Greg Bingham<br>Coldwell Banker Residential<br>840 Newport Center Dr Ste 100<br>Newport Beach, CA 92660-6377 |
| Houser Bros. Co.<br>DBA Rancho Del Rey Estates<br>16222 Monterey Ln<br>Huntington Beachr, CA 92649-6214 | Houser Bros. Co. dba Rancho Del Rey Mobile H<br>c/o Marshack Hays LLP<br>870 Roosevelt<br>Irvine, CA 92620-3663 | Houser Bros. Co.dba Rancho Del Rey Mobile Home Estates<br>17610 Beach Blvd Ste. 32<br>Huntington Beach, CA 92647-6876 |
| Houser Brothers Co.<br>dba Rancho Del Rey Mobilehome Est.<br>17610 Beach Blvd. Ste. 32<br>Huntington Beach, CA 92647-6876 | Huntington Beach Gables HOA<br>c/o Feldsott & Lee<br>23161 Mill Creek Dr. Ste. 300<br>Laguna<br>Hllls, CA 92653-7907 | Huntington Beach Gables Homeowners Associati<br>Epstein, Grinnel & Howell, APC<br>10200 Willow Creek Rd Ste 100<br>San Diego, CA 92131-1655 |
| Huntington Harbor Village<br>16400 Saybrook<br>Huntington Beach, CA 92649-2277 | Huntington Hobile Home Inv. LLC.<br>430 S. San Dimas Ave.<br>San Dimasa, CA 91773-4045 | Huntington Mobile Home Investments<br>16400 Saybrook Lane<br>Huntington Beach, CA 92649-2277 |
| Huntington Mobile Home Investments LLC<br>1100 Newport Beach Blvd. Ste 1150<br>Newport Beach, CA 92560 | Hyundal Capital America<br>P0 B0X 269011<br>Plano, TX 75026-9011 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, 19101-7346 |
| Internal Revenue Service Insolvency<br>P0 B0X 7346<br>Philadelphia, PA 19101-7346 | J-pad, LLC<br>2702 N Gaff Street<br>Orange, CA 92865-2417 | J-pad, LLC<br>21742 Anza Avenue<br>Torrance, CA 90503-6428 |

J-Sandcastle Co, LLC
16222 Monterey Ln Unit 376
Huntington Beach, CA 92649-2258

James H Cosello
Casello & Lincoln,
525 N Cabrillo Park Dr. Ste 104
Santa Ana, CA 92701-5017

Jamie Lynn Gallian
279 Topeka
Irvine, CA 92604-2551

Janine Jasso
c/o Gordon Rees Scully &
Mansukhani
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071-2005

Janine Jasso
P.O. Box 370161
El Paso, TX 79937

Janine Jasso
16025 Warmington Lane
Huntington Beach, CA 92649-2278

JANINE JASSO
PO BOX 370161
EL PASO, TX 79937-0161

Janine Jasso, Jennifer Paulin,
Lori Burrett
c/o Goe Forsythe & Hodges LLP
17701 Cowan, Suite 210
Irvine, CA 92614-6840

Jennifer Ann Paulin
c/o Gordon Rees Scully &
Mansukhani
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071-2005

Jennifer Paulin
4446 Alderport Dr.
Huntington Beach, CA 92649-2286

Kia Motors Finance
PO Box 20815
Fountain Valley, CA 92728-0815

Lee Gragnano
16062 Warmington Ave.
Huntington Beacha, CA 92649-2285

Lee Gragrano
16062 Warmington Ave.
Huntington Beach, CA 92649-2285

Lee S. Gragnano
c/o Gordon Rees Scully &
Mansukhani
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071-2005

Levene Neale Bender Yoo &
Golubchik L.L.P.
2818 La Cienega Ave
Los Angeles, CA 90034-2618

Linda Jean ''Lindy'' Bec
c/o Gordon Rees Scully &
Mansukhani
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071-2005

Lindy Beck
4443 Chase Dr.
Huntington Beach, CA 92649-2297

Lisa T. Ryan
20949 Lassen St. Apt 208
Chattsworth, CA 91311-4239

Lori Ann Burrett
c/o Gordon Rees Scully &
Mansukhani
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071-2005

Lori Burrett
16107 Harmington Lane
Huntington Beach, CA 92649-2281

Lori Burrett
16107 Sherlock Lane
Huntington Beach, CA 92649-2293

Mark A.Mellor Mellor Law Firm
c/o Randall Nickell
6800 Indiana Ave.
Riverside, CA 92506-4267

Michael Chulak-tunknown)
Mchulak@MTcLaw.com

Michael S. Devereux
Wex Law
9171 Wilshire Blvd. Ste. 500
Beverly Hills, CA 90210-5530

Nationwide Reconveyance, LLC
c/o Feldsott & Lee
23161 Mill Creek Drive Ste 300
Laguna Hills, CA 92653-7908

Orange County Superior Court
c/o Feldsott & Lee
23161 Mill Creek Dr. Ste. 300
Laguna Hills, CA 92653-7907

Patricia Ryan
20949 Lassen St. Apt 208
Chattsworth, CA 91311-4239

People of the St of CA
8141 13th Street
Westminster, CA 92683-4576

qennifer Paulin
4446 Alderport Dr.
Huntington Beach, CA 92649-2286

Randall Nickel
11619 Inwood Drive,
Riverside, CA 92503-5000

| | | |
|---|---|---|
| Randall Nickell<br>4476 Alderport Dr.<br>Huntington Beach., CA 92649-2288 | Randell Nickel<br>c/o Mark Mellor, Esq.<br>6800 Indiana Ave. Ste. 220<br>Riverside, CA 92506-4267 | Randell Nickel<br>c/o Mark Mellor, Esq. Ste. 220<br>6800<br>Indiana Ave.<br>Riverside, CA 92506 |
| Raquel Flyer-Dashner<br>4120 Birch St. Ste. 101,<br>Newport Beach, CA 92660-2228 | Robert P. Warmington Co.<br>c/o BS Investors LP<br>18201 Von Karmen Ste. 450<br>Irvine, CA 92612-1195 | Robert P. Warmington Co.<br>c/o BS Investors<br>18201 Von Karmen Ste. 450<br>Irvine, CA 92612-1195 |
| Rutan & Tucker<br>18575 Jamboree Rd 9th Fl<br>Irvine, CA 92612-2559 | S4 A California Limited Partnership<br>1001 Cove St Ste 230<br>Newport Beach, CA 92660 | Sandra L. Bradley<br>18 Meadowwood<br>Coto De Caza, CA 92679-4738 |
| Santa Ana Division<br>411 West Fourth Street, Suite 2030,<br>Santa Ana, CA 92701-4500 | Sardra Bradley<br>18 Meadow Hood<br>Coto De Caza, CA 92679-4738 | Stanley Feldsott: Esq<br>Feldsott & Lee<br>23161 Mill Creek Drive<br>Laguna Hills, CA 92653-7907 |
| Steven A. Fink<br>13 Corporate Plaza Ste. 150<br>Newport Beach, CA 92660-7919 | Superior Court of CA<br>County of Orange<br>711 Civic Center Dr West<br>Santa Ana, CA 92701-3907 | Superior Default Services Inc<br>c/o Feldsott & Lee<br>23161 Mill Creek Drive Ste 30O<br>Laguna Hills, CA 92653-7908 |
| Suzanne Tague<br>Ross Wolcott, Teinert, Prout<br>3151 Airway Ave. S-1<br>Costa Mesa, CA 92626-4607 | Ted Phillips<br>17162 Sandra Lee<br>Huntington Beach, CA 92649 | Ted Phillips<br>17912 Sandra Lee<br>Huntington Beach, CA 92649 |
| The Huntington Beach Gables Homeowners Association<br>c/o Epsten Grinnell & Howell, APC 10200 Willow Creek Road, Ste 1OO<br>San Diego, CA 92131 | The Huntington Beach Gables Homeowners Association<br>c/o Epsten Grinnell & Howell APC<br>10200 Willow Creek Road, Ste 10O<br>San Diego, CA 92131-1669 | The Huntington Beach Gables Homeowners Assoc<br>c/o Goe Forsythe & Hodges LLP<br>18101 Von Karman Ave, Suite 1200<br>Irvine, CA 92612-7119 |
| Theodore Phillips<br>17612 Sandea Lee<br>Huntington Beach, CA 92649 | Theodore R ''Ted'' Phill<br>c/o Gordon Rees Scully & Mansukhani<br>633 W 5th Street, 52nd Floor<br>Los Angeles, CA 90071-2005 | United Airlines<br>P.O. Box 0675<br>Carol Stream, 60132-0675 |
| United Airlines<br>233 S. Hacker Dr.<br>Chicago, IL 60606-6462 | US BANK<br>PO BOX 5229<br>CINCINNATI, OH 45201-5229 | US Bank NA<br>PO Box 64799<br>Saint Paul, MN 55164 |
| Vivienne J Alston<br>Alston, Alston & Diebold<br>27201 Puerta Real Ste 30O<br>Mission Viejo, CA 92691-7359 | William Friedman<br>Coldwell Banker Realty<br>840 Newport Center Dr Ste 100<br>Newport Beach, CA 92660-6377 | zanine Jasso<br>16025 Harmington Lane<br>Huntington Beacha, CA 92649-2278 |